AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Broidy Capital Management LLC et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00150-DLF |
| Nicholas Muzin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Elliott Broidy and Broidy Capital Management LLC.

Date:  01/25/2019

/s/ Shannen W. Coffin
*Attorney's signature*

Shannen W. Coffin (Bar # 449197)
*Printed name and bar number*

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
*Address*

scoffin@steptoe.com
*E-mail address*

(202) 429-6255
*Telephone number*

(202) 429-3902
*FAX number*