AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, et al., | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:19-CV-00150 DF |
| NICOLAS D. MUZIN, et al., | ) | |
| Defendant | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gregory Howard.

Date: 04/19/2019

*[signature]*
*Attorney's signature*

Charles S. Fax    Bar No. 198002
*Printed name and bar number*

Rifkin Weiner Livingston LLC
7979 Old Georgetown Road
Suite 400
Bethesda, Maryland  20814
*Address*

cfax@rwllaw.com
*E-mail address*

(301) 951-0150
*Telephone number*

(301) 951-0172
*FAX number*