AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-00150-DLF |
| NICOLAS D. MUZIN, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Joseph Allaham                                                                           .

Date:   04/19/2019

/s/ Laura E. Zell
*Attorney's signature*

Laura E. Zell  1044336
*Printed name and bar number*

Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
*Address*

laura.zell@arentfox.com
*E-mail address*

(202) 857-6032
*Telephone number*

(202) 857-6395
*FAX number*