AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Broidy Capital Management LLC et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-00150-DLF |
| Nicholas Muzin, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Stonington Strategies LLC and Nicolas D. Muzin                                                                    .

Date:      04/29/2019                                                    /s/ Rebecca Fiebig
                                                                              *Attorney's signature*

                                                                    Rebecca Fiebig (D.C. Bar # 976854)
                                                                              *Printed name and bar number*

                                                                    WILEY REIN LLP
                                                                    1776 K Street NW
                                                                    Washington, DC 20006

                                                                              *Address*

                                                                    rfiebig@wileyrein.com
                                                                              *E-mail address*

                                                                    (202) 719-7000
                                                                              *Telephone number*

                                                                    (202) 719-7049
                                                                              *FAX number*