**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NICHOLAS D. MUZIN, *et al.*, <br><br> *Defendants*. | No. 19-cv-0150 (DLF) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' motions to dismiss, Dkts. 40, 41, 42, are **GRANTED** as to Counts IV (Computer Fraud and Abuse Act), V (Defend Trade Secrets Act), VI (California Uniform Trade Secrets Act), VII (receipt and possession of stolen property), X (intrusion upon seclusion), and XIII (civil conspiracy). It is further

**ORDERED** that the defendants' motions to dismiss, Dkts. 40, 41, 42, are **DENIED** as to Counts I (RICO), II (RICO conspiracy), III (Stored Communications Act), VIII (California Comprehensive Computer Data Access and Fraud Act), IX (public disclosure of private facts), XI (conversion), and XII (tortious interference).

*(signature)*
DABNEY L. FRIEDRICH
United States District Judge

March 31, 2020