# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOT BROIDY,<br><br>                    Plaintiffs,<br><br>       v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>                    Defendants. | Civil Action No. 1:19-cv-00150-DLF |

## DEFENDANTS' JOINT NOTICE OF APPEAL

Defendants Nicolas D. Muzin, Joseph Allaham, Gregory Howard, and Stonington Strategies LLC (together, "Defendants") hereby jointly appeal to the United States Court of Appeals for the District of Columbia Circuit, pursuant to Federal Rule of Appellate Procedure 3 and the collateral order doctrine, *see, e.g.*, *Kilburn v. Socialist People's Libyan Arab Jamahiriya*, 376 F.3d 1123, 1126 (D.C. Cir. 2004), that part of this Court's March 31, 2020 Order, Dkt. No. 50, denying Defendants' motions to dismiss the First Amended Complaint, *see* Dkt. Nos. 40, 41, 42.

Dated: April 27, 2020

By: /s/ *Stephen J. Obermeier*
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wileyrein.com
Rebecca J. Fiebig (D.C. Bar # 976854)
rfiebig@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Nicolas D. Muzin and Stonington Global LLC*

Respectfully submitted,

By: /s/ *Jeffrey A. Udell*
Jeffrey A. Udell (*pro hac vice*)
judell@wmhlaw.com
Adam P. Cohen (*pro hac vice*)
acohen@wmhlaw.com
Kraig Ahalt (*pro hac vice*)
kahalt@wmhlaw.com
WALDEN MACHT & HARAN LLP
One Battery Park Plaza, 34th Floor
New York, NY 10004
Phone: (212) 335-2030
Facsimile: (212) 335-2040

*Counsel for Defendant Gregory Howard*

By: /s/ *Alison L. Andersen*
Alison L. Andersen (D.C. Bar # 997260)
alison.andersen@arentfox.com
Laura E. Zell (D.C. Bar. # 1044336)
laura.zell@arentfox.com
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
Phone: (202) 857-6191

Mohammed T. Farooqui (*pro hac vice*)
mohammed.farooqui@arentfox.com
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Phone: (212) 457-5428
Facsimile: (212) 484-3990

*Counsel for Defendant Joseph Allaham*

Charles Samuel Fax (D.C. Bar # 198002)
cfax@rwlls.com
RIFKIN WEINER LIVINGSTON LLC
7979 Old Georgetown Road, Ste. 400
Bethesda, MD  20814
Phone: (301) 951-0150
Facsimile: (301) 951-0172

*Counsel for Defendant Gregory Howard (Cont'd)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, a true and correct copy of Defendants' Joint Notice of Appeal was served electronically on all registered counsel of record via ECF and is available for viewing and downloading from the ECF system.

*/s/ Stephen J. Obermeier*
Stephen J. Obermeier
