Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

May 4, 2020

**<u>Via ECF</u>**

Hon. Dabney L. Friedrich
United States District Court for the
    District of Columbia
333 Constitution Avenue N.W.
Washington D.C.  20001

> Re:    ***Broidy Capital Management, LLC et al. v. Muzin, et al.***,
>           **No. 1:19-cv-00150-DLF (D.D.C.)**

Dear Judge Friedrich:

We write on behalf of Plaintiffs Broidy Capital Management, LLC and Elliott Broidy ("Plaintiffs") to notify the Court that Defendants failed to Answer the operative Complaint on or before May 1, 2020, as ordered by the Court in its April 8, 2020 minute order.  We write to inform the Court of the situation and our current intentions.

On April 27, 2020, Defendants filed a notice of appeal from this Court's order of March 31, 2020.  We understand that Defendants contend that the March 31 order was a "collateral order" and that their notice of appeal thus divests this Court of jurisdiction.  We believe this is wrong because defendants cannot satisfy the standards of the collateral order doctrine.  Indeed, on May 1, 2020, the D.C. Circuit issued an order requiring Defendants to show cause why their appeal should not be dismissed for lack of jurisdiction.  Because Defendants did not procure a stay pending appeal from this Court or the Court of Appeals, they are in default.  *See* Fed. R. Civ. P. 55.

Nonetheless, in light of the D.C. Circuit's May 1 order, Plaintiffs are not moving for a default at this time.  Since the D.C. Circuit has, on its own motion, taken up the issue of jurisdiction, we think judicial efficiency and the critical need for expedition here suggest that the issue proceed only in that Court.  But should circumstances change, Plaintiffs reserve their rights to seek relief in this Court, which retains jurisdiction notwithstanding Defendants' defective notice of appeal.

Hon. Dabney L. Friedrich
May 4, 2020
Page 2

**Steptoe**

Respectfully submitted,

/s/ Filiberto Agusti
Filiberto Agusti (DC Bar No. 270058)

*Counsel for Plaintiffs*

cc:   Counsel of Record (via ECF)