UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT, LLC,
and ELLIOTT BROIDY,

        Plaintiffs,

—v.—

NICOLAS D. MUZIN,
JOSEPH ALLAHAM,
GREGORY HOWARD, and
STONINGTON STRATEGIES, LLC,

        Defendants.

Civil Action No. 1:19-cv-00150-DLF

## PLAINTIFFS' STATUS REPORT

Plaintiffs Elliott Broidy and Broidy Capital Management, LLC file this status report to notify the Court that Defendants failed to Answer the operative Complaint on or before May 1, 2020, as ordered by the Court in its April 8, 2020 minute order.

On April 27, 2020, Defendants filed a notice of appeal from this Court's order of March 31, 2020.  Defendants contend that the March 31 order was a "collateral order" and that their notice of appeal thus divests this Court of jurisdiction.  Defendants are wrong because the March 31 order does not satisfy the standards of the collateral order doctrine.  Indeed, on May 1, 2020, the D.C. Circuit issued an order requiring Defendants to show cause why their appeal should not be dismissed for lack of jurisdiction.  Because Defendants did not procure a stay pending appeal from this Court or the Court of Appeals, they are in default.  *See* Fed. R. Civ. P. 55.

Nonetheless, in light of the D.C. Circuit's May 1 order, Plaintiffs are not moving for a default at this time.  Since the D.C. Circuit has, on its own motion, taken up the issue of jurisdiction, judicial efficiency and the critical need for expedition here suggest that the issue


proceed only in that Court. But should circumstances change, Plaintiffs reserve their rights to seek relief in this Court, which retains jurisdiction notwithstanding Defendants' defective notice of appeal.

Dated: May 6, 2020

Respectfully submitted,

/s/ Filiberto Agusti
Filiberto Agusti (DC Bar No. 270058)
Shannen W. Coffin (DC Bar No. 449197)
Michael J. Baratz (DC Bar No. 480607)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
fagusti@steptoe.com
scoffin@steptoe.com
mbaratz@steptoe.com

*Counsel for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2020, I electronically filed the foregoing by using the Court's CM/ECF system to all counsel and parties receiving electronic notice of pleadings filed in this case.

/s/ Filiberto Agusti
Filiberto Agusti