UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br>                    Plaintiffs,<br><br>        v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br>                    Defendants. | Civil Action No.  1:19-cv-00150-DLF |

**DEFENDANTS' STATUS REPORT**

On May 4, 2020, Plaintiffs sent Defendants a letter, *see* attached Exhibit A, erroneously claiming that "Defendants were obligated to file Answers notwithstanding the notices of appeal" they filed on April 27, 2020.  *See* Dkt. Nos. 56, 57.  Before giving Defendants the opportunity to respond to their letter, Plaintiffs filed a "Status Report" with the Court the very same day, alleging that Defendants "are in default" of their supposed obligation to file Answers.  *See* Dkt. No. 59.

On May 5, 2020, Defendants replied to Plaintiffs' letter, *see* attached Exhibit B, and explained how, under controlling D.C. Circuit precedent, a "facially nonfrivolous" appeal from denial of a motion to dismiss on grounds of sovereign immunity pursuant to the collateral order doctrine divests the district court of jurisdiction over the entire case. *Bombardier Corp. v. Nat'l RR Passenger Corp.*, 333 F.3d 250, 252 (D.C. Cir. 2003); *see also Kilburn v. Socialist People's Libyan Arab Jamahiriya*, 376 F.3d 1123, 1126 (D.C. Cir. 2004) ("The denial of a motion to dismiss on the ground of sovereign immunity . . . is . . . subject to interlocutory review."); *Princz v. Fed. Republic of Germany*, 998 F.2d 1 (D.C. Cir. 1993) (per curiam) (appeal from denial of motion to dismiss on grounds of sovereign immunity divests district court of jurisdiction over the entire case).  As a result, Defendants were not obligated to file Answers on May 1. *Bombardier Corp.*,

333 F.3d at 252.  As the D.C. Circuit has found, because jurisdiction is transferred to the circuit court, the entry of a stay by the District Court pending an appeal that invokes the collateral order doctrine is "unnecessary."  *Princz*, 998 F.2d at 1.

Defendants further observed that although they had previously directed Plaintiffs to this binding authority, Plaintiffs did not and could not contend that Defendants' appeal is "frivolous." Moreover, Defendants noted that the D.C. Circuit has asked them to confirm its jurisdiction, *see* Clerk's Order (May 1, 2020), Doc. #1840861 (Case No. 20-7040), and consideration of that question by the circuit court further confirms that this Court is divested of jurisdiction.  *Bombardier Corp.*, 333 F.3d at 252.  In a short reply letter dated May 5, 2020, *see* attached Exhibit C, Plaintiffs offered no authority to rebut Defendants' position.

Notwithstanding the absence of any contrary authority and their failure to rebut Defendants' position, on May 6, 2020, Plaintiffs refiled a substantially similar Status Report with this Court (after the initial filing was entered in error), again erroneously claiming that Defendants "are in default."  *See* Dkt. No. 60.  Nevertheless, Plaintiffs also concede that the most appropriate path forward is for the D.C. Circuit to resolve "the issue of jurisdiction."  *See id.*

Defendants agree that the issue of appellate jurisdiction is for the D.C. Circuit to resolve, and they will file a timely response to the D.C. Circuit's show cause order.  If the D.C. Circuit ultimately remands the case, Defendants intend to promptly file Answers.

Dated: May 7, 2020

By: /s/  Stephen J. Obermeier
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wileyrein.com
Rebecca J. Fiebig (D.C. Bar # 976854)
rfiebig@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Nicolas D. Muzin and Stonington Global LLC*

By:  /s/  Alison L. Andersen
Alison L. Andersen (D.C. Bar # 997260)
alison.andersen@arentfox.com
Laura E. Zell (D.C. Bar. # 1044336)
laura.zell@arentfox.com
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
Phone: (202) 857-6191

Mohammed T. Farooqui (*pro hac vice*)
mohammed.farooqui@arentfox.com
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Phone: (212) 457-5428
Facsimile: (212) 484-3990

*Counsel for Defendant Joseph Allaham*

Respectfully submitted,

By:  /s/  Jeffrey A. Udell
Jeffrey A. Udell (*pro hac vice*)
judell@wmhlaw.com
Adam P. Cohen (*pro hac vice*)
acohen@wmhlaw.com
Kraig Ahalt (*pro hac vice*)
kahalt@wmhlaw.com
WALDEN MACHT & HARAN LLP
One Battery Park Plaza, 34th Floor
New York, NY 10004
Phone: (212) 335-2030
Facsimile: (212) 335-2040

Charles Samuel Fax (D.C. Bar # 198002)
cfax@rwlls.com
RIFKIN WEINER LIVINGSTON LLC
7979 Old Georgetown Road, Ste. 400
Bethesda, MD  20814
Phone: (301) 951-0150
Facsimile: (301) 951-0172

*Counsel for Defendant Gregory Howard*