

Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

May 4, 2020

**Via Email**

Stephen J. Obermeier, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
sobermeier@wileyrein.com

Alison L. Andersen, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
(202) 857-6191
Fax: (202) 857-6395
alison.andersen@arentfox.com

Jeffrey A. Udell, Esq.
Walden Macht & Haran LLP
One Battery Park Plaza
34th Floor
New York, NY 10004
judell@wmhlaw.com

          **Re:**    *Broidy Capital Management LLC et al. v. Muzin et al.*,
                  No. 1:19-cv- 00150- DLF (D.D.C.)

Dear Steve, Alison, and Jeff,

      Defendants did not file Answers to the operative Complaint on or before May 1, 2020, which was the date agreed to by the parties and ordered by the Court in its April 8, 2020 minute order. Defendants were obligated to file Answers notwithstanding the notices of appeal your clients filed as those notices do not divest the district court of jurisdiction since the Courts' denial of Defendants' immunity claims is not an appealable collateral order and the Court denied Defendants' motion for an interlocutory appeal. Indeed, the Court of Appeals' *sua sponte* May 1, 2020 show cause order supports Plaintiffs' position. Nor did you seek, or obtain, a stay pending appeal from either the district court or the Court of Appeals.



Stephen J. Obermeier, Esq.
Alison L. Andersen, Esq.
Jeffrey A. Udell, Esq.
May 4, 2020
Page 2

    Please respond no later than noon tomorrow as to why your clients are not in default for failing to file Answers to the operative Complaint.

    Plaintiffs reserve their rights to raise this matter with the Court.

Sincerely yours,

Filiberto Agusti