Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

May 5, 2020

**Via Email**

Stephen J. Obermeier, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
sobermeier@wileyrein.com

Alison L. Andersen, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
(202) 857-6191
Fax: (202) 857-6395
alison.andersen@arentfox.com

Jeffrey A. Udell, Esq.
Walden Macht & Haran LLP
One Battery Park Plaza
34th Floor
New York, NY 10004
judell@wmhlaw.com

      Re: *Broidy Capital Management LLC et al. v. Muzin et al.*,
         No. 1:19-cv- 00150- DLF (D.D.C.)

Dear Steve, Alison, and Jeff:

  We received Steve Obermeier's letter today on behalf of all Defendants. We disagree with Defendants' position and Defendants failure to Answer the operative Complaint on or before May 1, 2020 as ordered by the Court means your clients are in default.

  Since the D.C. Circuit has, on its own motion, taken up the issue of jurisdiction, we think judicial efficiency and the critical need for expedition here suggest that the issue proceed only and be resolved in that Court. Thus, we do not currently intend to proceed in the district court until the Court of Appeals resolves the jurisdictional issue.

Stephen J. Obermeier, Esq.
Alison L. Andersen, Esq.
Jeffrey A. Udell, Esq.
May 5, 2020
Page 2

Plaintiffs reserve their rights to raise this matter with the district court.

Very truly yours,

Filiberto Agusti