AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

BROIDY CAPITAL MANAGEMENT, LLC, et al. )
*Plaintiff* )
v. ) Case No. 1:19-cv-00150-DLF
NICOLAS D. MUZIN, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Broidy Capital Management, LLC and Elliott Broidy.

Date:   04/07/2021

*Attorney's signature*

Brooks H. Spears (Bar No. VA105)
*Printed name and bar number*
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA  22102

*Address*

bspears@mcguirewoods.com
*E-mail address*

(703) 712-5073
*Telephone number*

(703) 712-5190
*FAX number*