# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 20-7040** | **September Term, 2021** |
| | **1:19-cv-00150-DLF** |
| | **Filed On: October 12, 2021** [1917683] |

Broidy Capital Management LLC and Elliott Broidy,

        Appellees

    v.

Nicolas D. Muzin, et al.,

        Appellants

## M A N D A T E

In accordance with the judgment of September 3, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the judgment filed September 3, 2021