# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-7040**　　　　　　　　　　　　　　**September Term, 2021**
FILED ON: SEPTEMBER 3, 2021

BROIDY CAPITAL MANAGEMENT LLC AND ELLIOTT BROIDY,
　　　　　APPELLEES

v.

NICOLAS D. MUZIN, ET AL.,
　　　　　APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-00150)

---

Before: PILLARD and WALKER, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: September 3, 2021

Opinion for the court filed by Circuit Judge Pillard.