UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-00150-DLF |

## NOTICE OF INTEREST BY NON-PARTY STATE OF QATAR

Non-party State of Qatar ("Qatar") hereby files a Notice of Interest in the above-captioned litigation for the limited purpose of enabling it to monitor the proceedings to ensure that its sovereignty and immunities are respected in any discovery that is conducted. In filing this Notice, Qatar does not seek to intervene in this litigation, and does not waive any rights or immunities, including its immunity from the jurisdiction of the courts of the United States pursuant to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1602–1611.

Plaintiffs in this case previously filed suit based on related allegations in the Central District of California, naming as defendants both Qatar and certain of the Defendants in this litigation. *See Broidy Cap. Mgmt., LLC v. Qatar*, No. 2:18-cv-02421 (C.D. Cal.). The Central District of California dismissed that action, holding that Qatar is immune from suit under the FSIA, and the Ninth Circuit affirmed the dismissal of Qatar on the basis of its immunity. *See Broidy Cap. Mgmt., LLC v. Qatar*, 982 F.3d 582 (9th Cir. 2020), *cert. denied*, 141 S.Ct. 2704 (Mem.). Before the district court dismissed that action, Plaintiffs served over 80 third-party

subpoenas, resulting in thousands of pages of document productions and one deposition.  The discovery sought included materials related to Qatar's foreign policy, including diplomatic communications protected by the Vienna Convention on Diplomatic Relations.  *See* Supp. Memo. in Opposition to Pls.' Mot. Challenging Def. Qatar's Designations of Material Under the Protective Order, *Broidy Cap. Mgmt., LLC v. Qatar*, 2:18-cv-02421 (C.D. Cal. Oct. 26, 2018), ECF 240.  Plaintiffs sought to make certain of those materials public, and after an *in camera* review, the court denied Plaintiffs' attempt, finding that the documents and testimony at issue "contain[ed] or comprise[d]" Highly Confidential information "relat[ed] to the conduct by Qatar of its foreign policy."  Min. Order, *Broidy Cap. Mgmt. LLC, v. Qatar*, No. 2:18-cv-02421 (C.D. Cal. Nov. 2, 2018), ECF 242.

In light of Plaintiffs' conduct of discovery in that related litigation, it appears to Qatar that there is significant risk that Plaintiffs will pursue discovery in this action that does not properly respect Qatar's sovereignty and immunities.  In this respect, Qatar notes that the United States Court of Appeals for the District of Columbia Circuit emphasized its "trust [that] the district court has the appropriate tools to protect Qatar's absolute FSIA 'immunity from trial and the attendant burdens of litigation[.]'"  *Broidy Cap. Mgmt. LLC  v. Muzin*, 12 F.4th 789, 804 (D.C. Cir. 2021) (quoting *Kilburn v. Socialist People's Libyan Arab Jamahiriya*, 376 F.3d 1123, 1126 (D.C. Cir. 2004)).  Qatar respectfully requests that the Court add undersigned counsel to the docket so that its counsel may monitor any filings and rulings, and participate as necessary and appropriate as a non-party to this action in order to protect Qatar's immunities and interests.

Dated:  October 21, 2021

Respectfully submitted,

Mitchell A. Kamin*
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
(424) 332-4800
mkamin@cov.com
*Pro Hac Vice motion forthcoming

/s/ David M. Zionts
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
dzionts@cov.com

Counsel for non-party State of Qatar

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, I caused a true and correct copy of the

foregoing Notice of Interest by Non-Party State of Qatar to be filed through the Court's e-file

and serve system, which will serve notice electronically on all counsel of record, as more fully

reflected on the Notice of Electronic Filing.

Dated: October 21, 2021

*/s/ David M. Zionts*
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
dzionts@cov.com

*Counsel for non-party State of Qatar*
