UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>  Plaintiffs,<br><br>  v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>  Defendants. | Civil Action No. 1:19-cv-00150-DLF |

## ENTRY OF APPEARANCE

David M. Zionts hereby enters his appearance in the above-captioned matter as counsel for non-party State of Qatar ("Qatar"). Entry of this appearance does not waive any rights or immunities on behalf of Qatar, including its immunity from the jurisdiction of the courts of the United States pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602–1611.

Dated: October 21, 2021

Respectfully submitted,

*/s/ David M. Zionts*
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
dzionts@cov.com

*Counsel for non-party State of Qatar*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I caused a true and correct copy of the foregoing Entry of Appearance to be filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

Dated:  October 21, 2021

/s/ David M. Zionts
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
dzionts@cov.com

*Counsel for non-party State of Qatar*