UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Broidy Capital Management LLC et al., <br><br>           **Plaintiffs,** <br><br> v. <br><br> Nicolas D. Muzin et al., <br><br>           **Defendants.** | No. 1:19-cv-00150-DLF |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Eric Roman, Esq. of the law firm of Arent Fox LLP hereby notices his appearance as counsel of record for Defendant Joseph Allaham. Mr. Allaham will continue to be represented by Mohammed T. Farooqui, Esq. and Laura E. Zell, Esq. of Arent Fox LLP.

Dated:  October 29, 2021

Respectfully submitted,

 /s/ Eric Roman
Eric Roman (pro hac vice)
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Tel: (212) 492-3283
Fax: (212) 484-3990
eric.roman@arentfox.com

*Counsel for Defendant Joseph Allaham*