AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Broidy Capital Management, LLC, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-00150-DLF |
| Nicolas D. Muzin, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nicolas D. Muzin and Stonington Strategies LLC                                                      .

Date:      11/01/2021

/s/ Rebecca Saitta
*Attorney's signature*

Rebecca Saitta (D.C. Bar # 488110)
*Printed name and bar number*

WILEY REIN LLP
1776 K Street NW
Washington, DC 20006

*Address*

rsaitta@wiley.law
*E-mail address*

(202) 719-7000
*Telephone number*

(202) 719-7049
*FAX number*