AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Broidy Capital Management, LLC, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-cv-00150-DLF |
| Nicolas D. Muzin, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nicolas D. Muzin and Stonington Strategies LLC                             .

Date:   11/01/2021                                                  /s/ Krystal B. Swendsboe
*Attorney's signature*

Krystal B. Swendsboe (D.C. Bar # 1552259)
*Printed name and bar number*

WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
*Address*

kswendsboe@wiley.law
*E-mail address*

(202) 719-7000
*Telephone number*

(202) 719-7049
*FAX number*