IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOT BROIDY,<br><br>                        Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, et al.,<br>                        Defendants. | Civil Action No. 1:19-cv-00150-DLF |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order of October 20, 2021, the parties met and conferred on October 29 and submit this joint status report proposing the following schedule:

- Each of the defendants shall answer the First Amended Complaint on or before November 5, 2021;

- The parties shall confer as required by Fed. R. Civ. P. 26(f) on November 8, 2021; and

- The parties shall submit the report required by LCvR 16.3(d) on or before November 22, 2021.

Plaintiffs note their continued objection to any involvement by non-parties, including the State of Qatar, in this litigation. In addition to the dates stated above, by November 8, 2021, Defendants will provide to Plaintiffs a proposed Protective Order for entry in this matter. Defendants believe that this action is likely to involve highly sensitive materials pertaining to the parties, as well as diplomatic and confidential personal information from the individual defendants and third parties, and Defendants believe it will be of highest importance to enter an appropriate Protective Order prior to the commencement of discovery. Plaintiffs have asked to

see a draft Protective Order before taking a position.  Plaintiffs do not agree to any delay in the commencement of discovery as prescribed by the Federal Rules of Civil Procedure, and further reserve the right to oppose the issuance of the Protective Order that Defendants describe herein.

Wherefore, the parties ask the Court to enter an order reflecting the above deadlines.

Dated: November 3, 2021

Respectfully submitted,
BROIDY CAPITAL MANAGEMENT LLC and
ELLIOTT BROIDY
*By Counsel*

*s/ George J. Terwilliger III*
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5282
bspears@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on November 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ George J. Terwilliger III*