UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BROIDY CAPITAL MANAGEMENT LLC AND ELLIOTT BROIDY,** <br><br>            **Plaintiffs,** <br><br> ***v.*** <br><br> **NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, AND STONINGTON STRATEGIES LLC** <br><br>           **Defendants.** | **Case No. 1:19-cv-00150-DLF** <br><br> **Judge: Dabney L. Friedrich** |

## ANSWER OF DEFENDANT JOSEPH ALLAHAM TO FIRST AMENDED COMPLAINT

Defendant Joseph Allaham ("Mr. Allaham"), by and through counsel, hereby answers the First Amended Complaint (the "FAC") filed by Broidy Capital Management LLC and Elliott Broidy (collectively "Plaintiffs") and admits, denies, and alleges as stated below.  Mr. Allaham denies that he engaged in any unlawful conduct, and denies that any monetary damages or equitable relief should be awarded in favor of Plaintiffs and against Mr. Allaham.  Any allegation not specifically admitted below is denied.

### ANSWER TO THE ALLEGATIONS IN THE INTRODUCTION TO THE FAC

1.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of allegations in the first five sentences of Paragraph No. 1 of the FAC, and therefore denies same.  Mr. Allaham denies the allegations in the last sentence of Paragraph No. 1 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the last sentence of Paragraph No. 1 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

2.      Paragraph No. 2 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 2 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 2 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

3.      Mr. Allaham admits that Plaintiffs' action was ostensibly brought under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and included other federal and state causes of action.  The remainder of Paragraph No. 3 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the remaining allegations in Paragraph No. 3 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 3 to the extent they are directed to other Defendants, and therefore denies same.

4.      Paragraph No. 4 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 4 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 4 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

5.      Paragraph No. 5 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 5 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 5 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

6.      Paragraph No. 6 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 6 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 6 to the extent they are directed to other Defendants, and therefore denies same.

7.      Paragraph No. 7 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 7 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 7 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

8.      Paragraph No. 8 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 8 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 8 to the extent they are directed to other Defendants, and therefore denies same.

9.      Mr. Allaham denies the allegations in Paragraph No. 9 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 9 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

10.     Paragraph No. 10 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies that he engaged in any unlawful conduct as alleged by Plaintiffs and denies that Plaintiffs are entitled to relief.

## ANSWER TO ALLEGATIONS REGARDING THE PARTIES

11.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of allegations in Paragraph No. 11 of the FAC, and therefore denies same.

12.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of allegations in Paragraph No. 12 of the FAC, and therefore denies same.

13.     Mr. Allaham admits that Nicolas D. Muzin ("Mr. Muzin") lives in Maryland, is involved with Stonington Global LLC, has worked as a political lobbyist, was registered as a foreign agent of Qatar from roughly 2017 to 2018, and was dismissed for lack of personal jurisdiction from a related litigation brought by Plaintiffs in the United States District Court for the Central District of California.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 13 of the FAC, and therefore denies same.

14.     Mr. Allaham admits that Mr. Muzin worked for Senator Ted Cruz, and that Mr. Muzin worked as an agent for the Democratic Party of Albania in 2017.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 14 of the FAC, and therefore denies same.

15.     Mr. Allaham admits that Mr. Muzin was involved in Qatar's outreach to the Republican Jewish community in the United States.  The remainder of Paragraph No. 15 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 15, and therefore denies same.

16.     Mr. Allaham admits that he resides in New York and has owned restaurants which are no longer operating.  Mr. Allaham further admits that he worked as an agent for Qatar and filed a registration statement under the Foreign Agents Registration Act ("FARA") on June 15,

2018.  Mr. Allaham denies that he co-founded Stonington Strategies or that he serves as a partner

of Stonington Strategies and that he filed a registration statement under FARA in response to a

subpoena from Plaintiffs in a related action.

17.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph No. 17 of the FAC, and therefore denies same.

18.     Mr. Allaham admits that Stonington Strategies LLC is a public relations and

lobbying firm that registered under FARA as a foreign agent providing "strategic

communications" for the State of Qatar, and that Stonington Strategies LLC was dismissed for

lack of personal jurisdiction from a related litigation brought by Plaintiffs in the United States

District Court for the Central District of California.  Mr. Allaham denies the allegation that he is

a founder of Stonington Strategies LLC.  Mr. Allaham lacks knowledge or information sufficient

to form a belief as to the truth of the remaining allegations in Paragraph No. 18 of the FAC, and

therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING JURISDICTION

19.     Paragraph No. 19 of the FAC contains legal conclusions to which no response is

required.  This Court has dismissed Counts One, Two, and Three and therefore none of those

claims can provide a basis for subject matter jurisdiction.  To the extent a response is required,

Mr. Allaham denies the allegations in Paragraph No. 19 to the extent they are directed to him.

20.     Paragraph No. 20 of the FAC contains legal conclusions to which no response is

required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph

No. 20 to the extent they are directed to him.

21.     Paragraph No. 21 of the FAC contains legal conclusions to which no response is

required.  To the extent a response is required, Mr. Allaham denies that the amount in

controversy exceeds $75,000, and lacks information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 21, and therefore denies same.

22.     Mr. Allaham admits that he is a citizen of the United States.  The remainder of Paragraph No. 22 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the remaining allegations in Paragraph No. 22.

23.     The first sentence of Paragraph No. 23 of the FAC contains legal conclusions to which no response is required.  Mr. Allaham denies that he regularly conducts business out of Stonington Strategies, and that he acted as a principal of Stonington Strategies.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 23, and therefore denies same.

24.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 24 of the FAC, and therefore denies same.

25.     Paragraph No. 25 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 25 to the extent they are directed to him.

26.     Paragraph No. 26 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 26 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 26 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

27.     Paragraph No. 27 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph

No. 27 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 27 to the extent they are directed to other Defendants, and therefore denies same.

28.      Paragraph No. 28 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 28 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 28 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING VENUE

29.      Paragraph No. 29 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 29 to the extent they are directed to him.

30.      Paragraph No. 30 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 30 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 30 to the extent they are directed to other Defendants, and therefore denies same.

31.      Paragraph No. 31 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 31 to the extent they are directed to him.

## ANSWER TO ALLEGATIONS REGARDING FACTS ALLEGED IN THE FAC

32.      Paragraph No. 32 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 32 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in Paragraph No. 32 to the extent they are directed to other Defendants, and therefore denies same.

33.     Paragraph No. 33 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 33 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 33 to the extent they are directed to other Defendants, and therefore denies same.

34.     Paragraph No. 34 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 34 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 34 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

35.     Mr. Allaham admits that Qatar was subject to international sanctions, but lacks knowledge or information sufficient to form a belief as to the truth of the allegation in Paragraph No. 35 of the FAC regarding the reason for the imposition of those sanctions.  Mr. Allaham denies the remaining allegations in Paragraph No. 35 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 35 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

36.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 36 of the FAC, and therefore denies same.

37.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 37 of the FAC, and therefore denies same.

38.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 38 of the FAC, and therefore denies same.

39.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 39 of the FAC, and therefore denies same.

40.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 40 of the FAC, and therefore denies same.

41.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 41 of the FAC, and therefore denies same.

42.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 42 of the FAC, and therefore denies same.

43.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 43 of the FAC, and therefore denies same.

44.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 44 of the FAC, and therefore denies same.

45.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 45 of the FAC, and therefore denies same.

46.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 46 of the FAC, and therefore denies same.

47.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 47 of the FAC, and therefore denies same.

48.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 48 of the FAC, and therefore denies same.

49.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 49 of the FAC, and therefore denies same.

50.     Mr. Allaham denies the allegations in Paragraph No. 50 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 50 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

51.     Mr. Allaham admits that he was retained by Qatar to help improve Qatar's reputation amongst the American Jewish community.  Mr. Allaham denies the remaining allegations in Paragraph No. 51 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 51 to the extent they are directed to other Defendants, and therefore denies same.

52.     Paragraph No. 52 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 52 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 52 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

53.     Mr. Allaham admits that he was independently retained by Qatar.  Mr. Allaham admits that, as part of that retention, he worked with Jamal Benomar ("Mr. Benomar") and Mr. Muzin.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 53 of the FAC to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

54.     Mr. Allaham admits that he contemplated suing Mr. Benomar for approximately five to ten million dollars that he believed Qatar owed to him.  Mr. Allaham lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 54 of the FAC to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

55.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 55 of the FAC, and therefore denies same.

56.     Mr. Allaham denies that his FARA disclosures were belatedly filed.  Mr. Allaham admits the remainder of the allegations in Paragraph No. 56 of the FAC.

57.     Mr. Allaham denies the allegations in Paragraph No. 57 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 57 to the extent they are directed to other Defendants, and therefore denies same.

58.     Mr. Allaham admits that Sheikh Mohamad bin Hamad Al Thani ("MBH") was chair of the Supreme Committee for Delivery and Legacy that helped manage Qatar's 2022 FIFA World Cup Bid.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 58 of the FAC, and therefore denies same.

59.     Mr. Allaham denies that Ahmad Nimeh paid him $3.9 million dollars in the fall of 2017.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph No. 59 of the FAC, and therefore denies same.

60.     Mr. Allaham admits that he had direct contact with Ali al-Thawadi.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph No. 60 of the FAC, and therefore denies same.

61.     Mr. Allaham admits the allegations in Paragraph No. 61 of the FAC.

62.     Mr. Allaham admits that he stated in his FARA filings that his direct contact was Ali al-Thawadi and that he worked with MHB.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 62 of the FAC, and therefore denies same.

63.     Mr. Allaham admits that he exchanged phone calls with Ali al-Thawadi, but cannot confirm the exact number or time frame during which these phone calls took place.

64.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 64 of the FAC regarding Mr. Benomar's alleged conversations with Ali al-Thawadi, and therefore denies same.  Mr. Allaham denies the allegation in Paragraph No. 64 that Mr. Benomar's alleged conversation with Ali al-Thawadi indicates that Mr. Allaham was communicating directly with the highest members of the Qatari government.

65.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 65 of the FAC, and therefore denies same.

66.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 66 of the FAC, and therefore denies same.

67.     Mr. Allaham admits that he paid $50,000 to the Zionist Organization of America ("ZOA") in furtherance of the activities described in his June 2018 FARA registration.  Mr. Allaham denies the allegation in Paragraph No. 67 of the FAC that his FARA registration was belatedly filed.

68.     Mr. Allaham admits that he purchased a table at ZOA's annual gala and that his guest was Ahmed Al-Rumaihi.  Mr. Allaham further admits that Al-Rumaihi was the former head of Qatar Investments, the primary sovereign investment fund of Qatar.  Mr. Allaham lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 68 of the FAC, and therefore denies same.

69.     Mr. Allaham admits that Judge Katherine Forrest of the United States District Court for the Southern District of New York granted Plaintiffs' motion to compel documents from him in a subpoena-enforcement action in a related litigation and that he issued a statement announcing that he would register under FARA as a foreign agent of Qatar.  Mr. Allaham denies the remaining allegations in Paragraph No. 69 of the FAC.

70.     Paragraph No. 70 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 70.

71.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 71 of the FAC, and therefore denies same.

72.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 72 of the FAC, and therefore denies same.

73.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 73 of the FAC, and therefore denies same.

74.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 74 of the FAC, and therefore denies same.

75.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 75 of the FAC, and therefore denies same.

76.     Mr. Allaham admits to being in close contact with Mr. Benomar but denies that he worked with Mr. Benomar to target Elliott Broidy.  Mr. Allaham admits that Mr. Muzin created a group chat on the text message service WhatsApp which included Mr. Muzin, Mr. Benomar, and

Mr. Allaham.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 76 of the FAC, and therefore denies same.

77.     Paragraph No. 77 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 77 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 77 to the extent they are directed to other Defendants, and therefore denies same.

78.     Paragraph No. 78 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 78 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 78 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

79.     Mr. Allaham denies the allegations in Paragraph No. 79 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 79 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

80.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 80 of the FAC, and therefore denies same.

81.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 81 of the FAC, and therefore denies same.

82.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 82 of the FAC, and therefore denies same.

83.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 83 of the FAC, and therefore denies same.

84.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 84 of the FAC, and therefore denies same.

85.     Paragraph No. 85 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 85 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 85 to the extent they are directed to other Defendants, and therefore denies same.

86.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 86 of the FAC, and therefore denies same.

87.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 87 of the FAC, and therefore denies same.

88.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 88 of the FAC, and therefore denies same.

89.     Paragraph No. 89 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 89 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 89, and therefore denies same.

90.     Paragraph No. 90 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 90, and therefore denies same.

91.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 91 of the FAC, and therefore denies same.

92.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 92 of the FAC, and therefore denies same.

93.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 93 of the FAC, and therefore denies same.

94.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 94 of the FAC, and therefore denies same.

95.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 95 of the FAC, and therefore denies same.

96.     Paragraph No. 96 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 96, and therefore denies same.

97.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 97 of the FAC, and therefore denies same.

98.     Paragraph No. 98 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 98, and therefore denies same.

99.     Paragraph No. 99 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required,  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 99, and therefore denies same.

100.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 100 of the FAC, and therefore denies same.

101.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 101 of the FAC, and therefore denies same.

102.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 102 of the FAC, and therefore denies same.

103.    Paragraph No. 103 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required,  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 103, and therefore denies same.

104.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 104 of the FAC, and therefore denies same.

105.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 105 of the FAC, and therefore denies same.

106.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 106 of the FAC, and therefore denies same.

107.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 107 of the FAC, and therefore denies same.

108.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 108 of the FAC, and therefore denies same.

109.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 109 of the FAC, and therefore denies same.

110.    Paragraph No. 110 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required,  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 110, and therefore denies same.

111.    Mr. Allaham admits that he had a text exchange with Mr. Muzin on WhatsApp on March 13, 2018.  Mr. Allaham denies any characterization of the text exchange as it speaks for itself.  Mr. Allaham denies the remaining allegations in Paragraph No. 111 of the FAC.

112.    Paragraph No. 112 of the FAC contains legal conclusions to which no response is required.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 112 to the extent they are directed to him, and therefore denies same.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 112 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

113.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 113 of the FAC to the extent they are directed to him, and therefore denies same.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 113 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

114.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 114 of the FAC, and therefore denies same.

115.     Mr. Allaham denies the allegations in Paragraph No. 115 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 115 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

116.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 116 of the FAC, and therefore denies same.

117.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 117 of the FAC, and therefore denies same.

118.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 118 of the FAC, and therefore denies same.

119.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 119 of the FAC, and therefore denies same.

120.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 120 of the FAC, and therefore denies same.

121.     Paragraph No. 121 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 121, and therefore denies same.

122.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 122 of the FAC, and therefore denies same.

123.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 123 of the FAC, and therefore denies same.

124.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 124 of the FAC, and therefore denies same.

125.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 125 of the FAC, and therefore denies same.

126.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 126 of the FAC, and therefore denies same.

127.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 127 of the FAC, and therefore denies same.

128.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 128 of the FAC, and therefore denies same.

129.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 129 of the FAC, and therefore denies same.

130.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 130 of the FAC, and therefore denies same.

131.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 131 of the FAC, and therefore denies same.

132.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 132 of the FAC, and therefore denies same.

133.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 133 of the FAC, and therefore denies same.

134.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 134 of the FAC, and therefore denies same.

135.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 135 of the FAC, and therefore denies same.

136.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 136 of the FAC, and therefore denies same.

137.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 137 of the FAC, and therefore denies same.

138.     Mr. Allaham denies the allegations in Paragraph No. 138 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 138 to the extent they are directed to other Defendants, and therefore denies same.

139.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 139 of the FAC, and therefore denies same.

140.     Mr. Allaham admits that Mr. Muzin sent him a text message on WhatsApp on January 25, 2018.  Mr. Allaham denies any characterization of the text exchange, which speaks for itself.  Mr. Allaham denies the remaining allegations in Paragraph No. 140 of the FAC.

141.     Mr. Allaham admits that Mr. Muzin messaged him on January 25, 2018.  Mr. Allaham denies any characterization of the text exchange, which speaks for itself.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 141 of the FAC to the extent they are directed to other Defendants, and therefore denies same.

142.     Mr. Allaham denies the allegations in Paragraph No. 142 of the FAC to the extent they are directed to him.

143.     Mr. Allaham admits the allegations in Paragraph 143 of the FAC.

144.     Mr. Allaham denies the allegations in Paragraph No. 144 of the FAC to the extent they are directed to him.

145.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 145 of the FAC, and therefore denies same.

146.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 146 of the FAC, and therefore denies same.

147.     Mr. Allaham admits that Mr. Muzin sent him a text message on WhatsApp on March 13, 2018.  Mr. Allaham denies any characterization of the text exchange as it speaks for itself.  Mr. Allaham denies the remaining allegations in Paragraph No. 147 of the FAC to the extent they are directed to him.

148.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 148 of the FAC, and therefore denies same.

149.     Mr. Allaham admits that Mr. Muzin sent him a text message on WhatsApp on March 14, 2018.  Mr. Allaham denies any characterization of the text exchange as it speaks for itself.  Mr. Allaham denies the remaining allegations in Paragraph No. 149 of the FAC.

150.     Mr. Allaham admits that Mr. Muzin sent him a text message on WhatsApp on March 15, 2018.  Mr. Allaham denies any characterization of the text exchange as it speaks for itself.  Mr. Allaham denies the remaining allegations in Paragraph No. 150 of the FAC.

151.     Mr. Allaham denies the allegations in Paragraph No. 151 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph No. 151 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

152.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 152 of the FAC, and therefore denies same.

153.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 153 of the FAC, and therefore denies same.

154.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 154 of the FAC, and therefore denies same.

155.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 155 of the FAC, and therefore denies same.

156.    Mr. Allaham admits that Mr. Muzin sent him a text message on WhatsApp on May 4, 2018.  Mr. Allaham denies any characterization of the text exchange as it speaks for itself.  Mr. Allaham denies the remaining allegations in Paragraph No. 156 of the FAC.

157.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 157 of the FAC, and therefore denies same.

158.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 158 of the FAC, and therefore denies same.

159.    Mr. Allaham denies the allegations in Paragraph No. 159 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 159 to the extent they are directed to other Defendants, and therefore denies same.

160.    Paragraph No. 160 of the FAC contains legal conclusions to which no response is required. To the extent a response is required, Mr. Allaham denies the allegations in Paragraph

No. 160 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 160 to the extent they are directed to other Defendants, and therefore denies same.

161.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 161 of the FAC, and therefore denies same.

162.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 162 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

163.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 163 to the extent they are directed to other Defendants, and therefore denies same.

164.    Mr. Allaham admits that Mr. Muzin paid approximately $2.3 million to Lexington Strategies.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 164 of the FAC to the extent they are directed to other Defendants, and therefore denies same.

165.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 165 of the FAC, and therefore denies same.

166.    Mr. Allaham denies the allegations in Paragraph No. 166 of the FAC.

167.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 167 of the FAC, and therefore denies same.

168.    Mr. Allaham denies the allegations in Paragraph No. 168 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief

as to the truth of the allegations in Paragraph No. 168 to the extent they are directed to other Defendants, and therefore denies same.

169.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 169 of the FAC, and therefore denies same.

170.    Paragraph No. 170 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 170 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 170 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

171.    Paragraph No. 171 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 171 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 171 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

172.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 172 of the FAC, and therefore denies same.

173.    Mr. Allaham denies the allegations in Paragraph No. 173 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 173 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

174.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 174 of the FAC, and therefore denies same.

175.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 175 of the FAC, and therefore denies same.

176.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 176 of the FAC, and therefore denies same.

177.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 177 of the FAC, and therefore denies same.

178.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 178 of the FAC, and therefore denies same.

179.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 179 of the FAC, and therefore denies same.

180.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 180 of the FAC, and therefore denies same.

181.    Paragraph No. 181 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 181 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 181 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

182.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 182 of the FAC, and therefore denies same.

183.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 183 of the FAC, and therefore denies same.

184.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 184 of the FAC, and therefore denies same.

185.    Mr. Allaham denies the allegations in Paragraph No. 185 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 185 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

186.    Mr. Allaham denies the allegations in Paragraph No. 186 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 186 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

187.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 187 of the FAC, and therefore denies same.

188.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 188 of the FAC, and therefore denies same.

189.    Mr. Allaham admits that Plaintiffs filed suit against Mr. Muzin, Qatar, and others on March 26, 2018 in the United States District Court for the Central District of California and that he produced discovery pursuant to a third-party subpoena issued to him by Plaintiffs in that action.  Mr. Allaham further admits that the District Court for the Central District of California dismissed the lawsuit against Qatar on grounds of foreign sovereign immunity and dismissed all other served Defendants for lack of personal jurisdiction, and that Plaintiffs have appealed that

decision.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph No. 189 of the FAC, and therefore denies same.

190.    Mr. Allaham admits the allegations in Paragraph No. 190 of the FAC.

191.    Mr. Allaham admits that he is an American citizen.  Mr. Allaham denies the remaining allegations in Paragraph No. 191 of the FAC to the extent they are directed to him. Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 191 to the extent they are directed to other Defendants, and therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING COUNT I

192.    The allegations in Paragraph Nos. 192-258 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required. To the extent any response is required, Mr. Allaham denies the allegations to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph Nos. 192-258 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING COUNT II

193.    The allegations in Paragraph Nos. 259-265 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required. To the extent any response is required, Mr. Allaham denies the allegations to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph Nos. 259-265 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING COUNT III

194.     The allegations in Paragraph Nos. 266-273 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required. To the extent any response is required, Mr. Allaham denies the allegations.

## ANSWER TO ALLEGATIONS REGARDING COUNT IV

195.     In response to Paragraph No. 274 of the FAC, Mr. Allaham repeats, re-alleges, and reiterates each and every response as set forth above in the preceding paragraphs with the same force and effect as if fully set forth herein.

196.     The allegations in Paragraph No. 275 of the FAC state legal conclusions to which no response is required.

197.     The allegations in Paragraph No. 276 of the FAC state legal conclusions to which no response is required.

198.     The allegations in Paragraph No. 277 of the FAC state legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 277 to the extent they are directed to him.

199.     The allegations in Paragraph No. 278 of the FAC state legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 278 to the extent they are directed to him.

200.     Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 279 of the FAC, and therefore denies same.

201.     Paragraph No. 280 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 280 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in Paragraph No. 280 to the extent they are directed to other Defendants, and therefore denies same.

202.    Mr. Allaham denies the allegations in Paragraph No. 281 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 281 to the extent they are directed to other Defendants, and therefore denies same.

203.    Mr. Allaham denies the allegations in Paragraph No. 282 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 282 to the extent they are directed to other Defendants, and therefore denies same.

204.    Mr. Allaham denies the allegations in Paragraph No. 283 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 283 to the extent they are directed to other Defendants, and therefore denies same.

205.    Mr. Allaham denies the allegations in Paragraph No. 284 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 284 to the extent they are directed to other Defendants, and therefore denies same.

206.    Paragraph No. 285 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 285 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 285 to the extent

they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

207.    Paragraph No. 286 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 286 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 286 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

208.    Paragraph No. 287 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 287 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 287 to the extent they are directed to other Defendants, and therefore denies same.

209.    Paragraph No. 288 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 288 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 288 to the extent they are directed to other Defendants, and therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING COUNT V

210.    In response to Paragraph No. 289 of the FAC, Mr. Allaham repeats, re-alleges, and reiterates each and every response as set forth above in the preceding paragraphs with the same force and effect as if fully set forth herein.

211.    The allegations in Paragraph No. 290 of the FAC state legal conclusions to which no response is required.

212.    The allegations in Paragraph No. 291 of the FAC state legal conclusions to which no response is required.

213.    The allegations in Paragraph No. 292 of the FAC state legal conclusions to which no response is required.

214.    The allegations in Paragraph No. 293 of the FAC state legal conclusions to which no response is required.

215.    The allegations in Paragraph No. 294 of the FAC state legal conclusions to which no response is required.

216.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 295 of the FAC, and therefore denies same.

217.    Paragraph No. 296 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 296, and therefore denies same.

218.    Paragraph No. 297 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 297, and therefore denies same.

219.    Paragraph No. 298 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 298, and therefore denies same.

220.     Paragraph No. 299 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 299, and therefore denies same.

221.     Paragraph No. 300 of the FAC contains legal conclusions to which no response is required. To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 300 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 300 to the extent they are directed to other Defendants, and therefore denies same.

222.     Paragraph No. 301 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 301 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 301 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

223.     Paragraph No. 302 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 302 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 302 to the extent they are directed to other Defendants, and therefore denies same.

224.     Paragraph No. 303 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 303 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in Paragraph No. 303 to the extent they are directed to other Defendants, and therefore denies same.

225.    Paragraph No. 304 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 304 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 304 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

226.    Paragraph No. 305 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 305 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 305 to the extent they are directed to other Defendants, and therefore denies same.

227.    Paragraph No. 306 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 306 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 306 to the extent they are directed to other Defendants, and therefore denies same.

228.    The allegations in Paragraph No. 307 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required. To the extent any response is required, Mr. Allaham denies the allegations.

## <u>ANSWER TO ALLEGATIONS REGARDING COUNT VI</u>

229.    In response to Paragraph No. 308 of the FAC, Mr. Allaham repeats, re-alleges, and reiterates each and every response as set forth above in the preceding paragraphs with the same force and effect as if fully set forth herein.

230.    The allegations in Paragraph No. 309 of the FAC state legal conclusions to which no response is required.

231.    Mr. Allaham denies the allegations in Paragraph No. 310 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 310 to the extent they are directed to other Defendants, and therefore denies same.  The remaining allegations in Paragraph No. 310 state legal conclusions to which no response is required.

232.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 311 of the FAC, and therefore denies same.

233.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 312 of the FAC, and therefore denies same.

234.    Paragraph No. 313 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 313, and therefore denies same.

235.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 314 of the FAC, and therefore denies same.

236.    Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 315 of the FAC, and therefore denies same.

237.    Paragraph No. 316 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 316 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 316 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

238.    Paragraph No. 317 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 317 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 317 to the extent they are directed to other Defendants, and therefore denies same.

239.    Paragraph No. 318 of the FAC contains legal conclusions to which no response is required. To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 318 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 318 to the extent they are directed to other Defendants, individuals, entities, or sovereigns, and therefore denies same.

240.    Paragraph No. 319 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 319 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 319 to the extent they are directed to other Defendants, and therefore denies same.

241.    Mr. Allaham denies the allegations in Paragraph No. 320 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 320 to the extent they are directed to other Defendants, and therefore denies same.

**ANSWER TO ALLEGATIONS REGARDING COUNT VII**

242.    In response to Paragraph No. 321 of the FAC, Mr. Allaham repeats, re-alleges, and reiterates each and every response as set forth above in the preceding paragraphs with the same force and effect as if fully set forth herein.

243.    The allegations in Paragraph No. 322 of the FAC state legal conclusions to which no response is required.

244.    The allegations in Paragraph No. 323 of the FAC state legal conclusions to which no response is required.

245.    Mr. Allaham denies the allegations in Paragraph No. 324 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 324 to the extent they are directed to other Defendants, and therefore denies same.

246.    Mr. Allaham denies the allegations in Paragraph No. 325 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 325 to the extent they are directed to other Defendants, and therefore denies same.

247.    Paragraph No. 326 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 326 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in Paragraph No. 326 to the extent they are directed to other Defendants, and therefore denies same.

248.     Mr. Allaham denies the allegations in Paragraph No. 327 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 327 to the extent they are directed to other Defendants, and therefore denies same.

249.     Mr. Allaham denies the allegations in Paragraph No. 328 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 328 to the extent they are directed to other Defendants, and therefore denies same.

250.     Mr. Allaham denies the allegations in Paragraph No. 329 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 329 to the extent they are directed to other Defendants, and therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING COUNT VIII

251.     The allegations in Paragraph Nos. 330-340 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required. To the extent any response is required, Mr. Allaham denies the allegations.

## ANSWER TO ALLEGATIONS REGARDING COUNT IX

252.     The allegations in Paragraph Nos. 341-349 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required. To the extent any response is required, Mr. Allaham denies the allegations.

## ANSWER TO ALLEGATIONS REGARDING COUNT X

253.     In response to Paragraph No. 350 of the FAC, Mr. Allaham repeats, re-alleges, and reiterates each and every response as set forth above in the preceding paragraphs with the same force and effect as if fully set forth herein.

254.     The allegations in Paragraph No. 351 of the FAC state legal conclusions to which no response is required.

255.     Mr. Allaham denies the allegations in Paragraph No. 352 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 352 to the extent they are directed to other Defendants, and therefore denies same.

256.     Paragraph No. 353 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 353 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 353 to the extent they are directed to other Defendants, and therefore denies same.

257.     Mr. Allaham denies the allegations in Paragraph No. 354 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 354, and therefore denies same.

258.     Paragraph No. 355 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 355 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 355 to the extent they are directed to other Defendants, and therefore denies same.

259.     Paragraph No. 356 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 356 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 356 to the extent they are directed to other Defendants, and therefore denies same.

## ANSWER TO ALLEGATIONS REGARDING COUNT XI

260.     The allegations in Paragraph Nos. 357-361 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required.  To the extent any response is required, Mr. Allaham denies the allegations.

## ANSWER TO ALLEGATIONS REGARDING COUNT XI

261.     The allegations in Paragraph Nos. 362-367 of the FAC are no longer relevant following the Court's ruling on the Motions to Dismiss, and so no response is required.  To the extent any response is required, Mr. Allaham denies the allegations.

## ANSWER TO ALLEGATIONS REGARDING COUNT XIII

262.     In response to Paragraph No. 368 of the FAC, Mr. Allaham repeats, re-alleges, and reiterates each and every response as set forth above in the preceding paragraphs with the same force and effect as if fully set forth herein.

263.     Mr. Allaham denies the allegations in Paragraph No. 369 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 369 to the extent they are directed to other Defendants, and therefore denies same.

264.     Paragraph No. 370 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 370 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in Paragraph No. 370 to the extent they are directed to other Defendants, and therefore denies same.

265.    Paragraph No. 371 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 371 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 371 to the extent they are directed to other Defendants, and therefore denies same.

266.    Mr. Allaham denies the allegations in Paragraph No. 372 of the FAC to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 372 to the extent they are directed to other Defendants, and therefore denies same.

267.    Paragraph No. 373 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 373 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 373 to the extent they are directed to other Defendants, and therefore denies same.

268.    Paragraph No. 374 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph No. 374 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 374 to the extent they are directed to other Defendants, and therefore denies same.

269.    Paragraph No. 375 of the FAC contains legal conclusions to which no response is required.  To the extent a response is required, Mr. Allaham denies the allegations in Paragraph

No. 375 to the extent they are directed to him.  Mr. Allaham lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in Paragraph No. 375 to the extent

they are directed to other Defendants, and therefore denies same.

## ANSWER TO PRAYER FOR RELIEF

270.     In response to Paragraph No. 376 of the FAC, Mr. Allaham repeats, re-alleges,

and reiterates each and every response as set forth above in the preceding paragraphs with the

same force and effect as if fully set forth herein.

271.     In response to Paragraph No. 377 of the FAC, Mr. Allaham denies the allegations

in this paragraph and denies that Plaintiffs are entitled to any relief.  To the extent these

allegations relate to claims dismissed as a result of the Court's ruling on the Motions to Dismiss,

no response is required. To the extent any response is required, Mr. Allaham denies the

allegations.

## ANSWER TO DEMAND FOR JURY TRIAL

272.     With respect to Plaintiffs' jury demand, Mr. Allaham denies that Plaintiffs are

entitled to any relief and states that judgment should be entered in his favor.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Mr. Allaham is immune from suit as an agent of the State of Qatar under the principles of

derivative sovereign immunity.

## SECOND AFFIRMATIVE DEFENSE

The FAC fails to allege its causes of action with particularity to enable Mr. Allaham to

raise all appropriate defenses and, therefore, Mr. Allaham reserves the right to add additional

defenses as the factual basis for each defense becomes known.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred due to a lack of subject matter jurisdiction.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs fail to plead misappropriation, by any means, with sufficient particularity.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs fail to plead fraud, in whatever form, with sufficient particularity.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are preempted by the California Uniform Trade Secrets Act.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by lack of causation, and Mr. Allaham is not responsible for any wrongdoing committed by other entities and individuals.

## EIGTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by their own actions and unclean hands.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because they have not suffered any harm/damages, and/or have failed to mitigate their alleged damages.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged damages were not reasonably foreseeable, and the alleged damages are hypothetical and speculative.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claim for punitive damages is barred as neither appropriate nor warranted.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred because Mr. Allaham took no actions to promote, encourage, aid, abet, or contribute to the conduct alleged herein, such that he can be held secondarily liable under the statutes alleged.

**THIRTEENTH AFFIRMATIVE DEFENSE**

To the extent that Mr. Allaham is found liable to Plaintiffs, Mr. Allaham is entitled to indemnification and/or contribution from others.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Injunctive relief is inappropriate because Plaintiffs are not likely to succeed on the merits.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Injunctive relief is inappropriate because Plaintiffs will not suffer irreparable injury without an injunction.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Injunctive relief is inappropriate because there is an adequate remedy at law.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Mr. Allaham will rely upon such other and further defenses as appear from discovery and the evidence.

Dated: November 5, 2021

Respectfully Submitted,

  /s/ Randall A. Brater
Randall A. Brater (D.C. Bar # 475419)
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
Phone: (202) 857-6000
randall.brater@arentfox.com

Eric Roman (*pro hac vice*)
Mohammed T. Farooqui (*pro hac vice*)
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
Phone: (212) 484-3900
eric.roman@arentfox.com
mohammed.farooqui@arentfox.com

*Counsel for Defendant Joseph Allaham*