UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NICOLAS D. MUZIN, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:19-cv-00150-DLF |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6, Alison L. Andersen is withdrawing as counsel for Defendant Joseph Allaham in the above-entitled action. Laura E. Zell, Mohammed T. Farooqui, Eric Roman, and Randall A. Brater remain as counsel of record for Defendant Joseph Allaham.

Dated: November 9, 2021

Respectfully submitted,

/s/ Alison L. Andersen
Alison L. Andersen (DC Bar No. 997260)
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6191
alison.andersen@arentfox.com

Joseph Allaham

/s/ Laura E. Zell
Laura E. Zell (DC Bar No. 1044336)
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6032
laura.zell@arentfox.com

*Counsel for Defendant Joseph Allaham*