UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, and ELLIOTT BROIDY,<br><br>      Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>      Defendants. | Civil Action No.: 1:19-cv-00150 (DLF) |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Charles S. Fax, a partner in the law firm of Rifkin Weiner Livingston, LLC, with offices at 7989 Old Georgetown Road, Suite 400, Bethesda, Maryland 20814, as counsel for Defendant Gregory Howard ("Howard"), respectfully moves the admission *pro hac vice* of attorney Jacob Gardener as co-counsel for Howard. In support thereof, Mr. Fax states as follows:

I was admitted to practice before the District of Columbia Court of Appeals on October 16, 1974, and the United States District Court for the District of Columbia on November 4, 1974. My D.C. Bar Number is 198002. I am currently an active member in good standing of the Bar of this Court.

In support of this motion, I attach hereto the Declaration of Jacob Gardener.

Counsel for Plaintiffs Broidy Capital Management LLC and Elliott Broidy have indicated that they have no objection to this motion.

Based on the foregoing, I respectfully move the admission of Jacob Gardener *pro hac vice*, as co-counsel to Defendant Howard.

1

Respectfully submitted,

Dated: November 16, 2021.

*Charles S. Fax*
Charles S. Fax
D.C. Bar No. 198002
Rifkin Weiner Livingston, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Tel.: (301) 951-0150
Email: cfax@rwllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I filed a copy of the foregoing through the Court's CM/ECF system, thereby serving all parties electronically.

*Charles S. Fax*
Charles S. Fax