UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, and ELLIOTT BROIDY,<br><br>                    Plaintiffs,<br><br>            v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>                    Defendants. | Civil Action No.: 1:19-cv-00150 (DLF) |

### DECLARATION OF JACOB GARDENER

JACOB GARDENER, pursuant to 28 U.S.C. § 1746, declares as follows:

1. My name is Jacob Gardener.

2. I am of counsel at WALDEN MACHT & HARAN LLP, located at 250 Vesey Street, 27th Floor, New York, New York 10281, phone number (212) 335-2965.

3. I am a member in good standing of the bars of the following jurisdictions:

    a. State of New York;

    b. U.S. District Court for the Eastern District of New York;

    c. U.S. District Court for the Southern District of New York;

    d. U.S. Court of Appeals for the Third Circuit.

4. I have never been disciplined or sanctioned by any Court or Bar.

5. I have reviewed and am familiar with the Local Rules of the U.S. District Court for the District of Columbia.

6. I am not admitted to the District of Columbia Bar, nor do I practice law from an office in the District of Columbia.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 10, 2021

*Jacob Gardener*
Jacob Gardener
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, New York 10281
Tel.:  (212) 335-2965
Email:  jgardener@wmhlaw.com