UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, and ELLIOTT BROIDY,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>　　　　　　　Defendants. | Civil Action No.: 1:19-cv-00150 (DLF) |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF JACOB GARDENER**

AND NOW, upon consideration of the Motion for Admission *Pro Hac Vice* of Jacob Gardener in the above-captioned action, it is hereby ORDERED that the Motion is GRANTED. Jacob Gardener is hereby admitted *pro hac vice* to appear and practice in this Court in the above-captioned action as counsel for Defendant Gregory Howard.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Dabney Friedrich
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1