IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NICOLAS D. MUZIN, et al., <br><br> *Defendants*. | Case No. 1:19CV150 (DLF) |

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SUBMISSION OF THE JOINT RULE 26(f) REPORT

Plaintiffs Elliott Broidy and Broidy Capital Management LLC, pursuant to Fed. R. Civ. P. 6(b), move for an extension of the deadline for the submission of the joint report required by Fed. R. Civ. P. 26(f) and LCivR 16.3(d).  Defendants do not oppose this motion.

1. The parties held a conference pursuant to Fed. R. Civ. P. 26(f) on November 8, 2021.  Defendants proposed that they would draft and circulate a simple report for Plaintiffs' review before it became due on November 22, 2021.  Plaintiffs agreed.

2. On November 18, 2021, at 5:00 p.m., Defendants circulated a draft report that was six pages long and contained several significant changes from what the parties had discussed.[1]

3. The following morning, Plaintiffs sought Defendants' consent to extend the November 22, 2021 deadline for filing the joint report.

4. That afternoon, Defendants replied that they would not oppose such a motion, so long as the new proposed deadline is set for the week after the Thanksgiving holiday.

---

[1] Defendants dispute that the draft report contains any significant changes from the parties' Rule 26(f) conference. Defendants contend that the draft report proposes some compromises where the parties disagreed, but accurately reflects the parties' different positions.

5. Additionally, Plaintiffs are currently in the process of substituting counsel from McGuireWoods LLP to Kasowitz Benson Torres LLP, and anticipate filing a notice of substitution of counsel today. Plaintiffs' new counsel would like an opportunity to review the draft Rule 26(f) report and propose any revisions to opposing counsel.

6. For good cause shown, Plaintiffs request a short ten-day extension in order to allow the parties to submit a complete report to the Court.

Wherefore, for the reasons stated above, Plaintiffs ask the Court to extend the deadline for the submission of the parties' joint Rule 26(f) report from November 22, 2021 to December 2, 2021.

Dated: November 22, 2021

Respectfully submitted,
BROIDY CAPITAL MANAGEMENT LLC and
ELLIOTT BROIDY
*By Counsel*

 *s/ George J. Terwilliger III*
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5282
bspears@mcguirewoods.com

## CERTIFICATE OF SERVICE

  I certify that, on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                      *s/ George J. Terwilliger III*