UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>Defendants. | Case No. 19-cv-00150-DLF |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK:

Pursuant to Local Civil Rule 83.6, George J. Terwilliger, III and Brooks H. Spears of McGuire Woods LLP withdraw their appearance as attorneys for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs"). Please further enter the appearance of Henry B. Brownstein of Kasowitz Benson Torres LLP, located at 1399 New York Ave. NW, Ste. 201, Washington D.C. 20005, as new counsel for Plaintiffs.

No trial date has been set in this matter, and Plaintiffs consent to this substitution of counsel as indicated by their signatures below.

Dated: November 22, 2021

| KASOWITZ BENSON TORRES LLP | MCGUIRE WOODS LLP |
|---|---|
| By: /s/ Henry B. Brownstein<br>　Henry B. Brownstein<br>　D.C. Bar No. 1026042<br>　1399 New York Avenue, Suite 201<br>　Washington, D.C. 20005<br>　Tel.: (202) 760-3400<br>　hbrownstein@kasowitz.com | By: /s/ George J. Terwilliger III<br>　George J. Terwilliger, III<br>　D.C. Bar No. 956532<br>　888 16th Street NW<br>　Suite 500<br>　Washington, DC 20006-4103<br>　Tel.: 202-857-2473<br>　gterwilliger@mcguirewoods.com<br><br>　Brooks H. Spears<br>　VA Bar No. 86391<br>　1750 Tysons Boulevard<br>　Suite 1800<br>　Tysons, VA 22102<br>　Tel.: 703-712-5073<br>　bspears@mcguirewoods.com |

_____
Elliott Broidy
Authorized Representative
　of Broidy Capital Management, LLC

_____
Elliott Broidy

Dated: November 22, 2021

| KASOWITZ BENSON TORRES LLP | MACGUIRE WOODS LLP |
|---|---|
| By: /s/ Henry B. Brownstein<br>  Henry B. Brownstein<br>  D.C. Bar No. 1026042<br>  1399 New York Avenue, Suite 201<br>  Washington, D.C. 20005<br>  Tel.: (202) 760-3400<br>  hbrownstein@kasowitz.com | By:_____<br>  George J. Terwilliger, III<br>  D.C. Bar No. 956532<br>  888 16th Street NW<br>  Suite 500<br>  Washington, DC 20006-4103<br>  Tel.: 202-857-2473<br>  gterwilliger@mcguirewoods.com<br><br>  Brooks H. Spears<br>  VA Bar No. 86391<br>  1750 Tysons Boulevard<br>  Suite 1800<br>  Tysons, VA 22102<br>  Tel.: 703-712-5073<br>  bspears@mcguirewoods.com |

*[signature]*
Elliot Broidy
Authorized Representative
 of Broidy Capital Management, LLC

*[signature]*
Elliot Broidy

2