UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, ELLIOTT BROIDY<br><br>              Plaintiffs,<br><br>v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>              Defendants. | **Civil Action No.:** 19-cv-00150-DLF |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for plaintiffs Broidy Capital Management, LLC and Elliott Broidy.

Dated: November 29, 2021

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: /s/ Henry Brownstein
    Henry Brownstein
    D.C. Bar No. 1026042
    1399 New York Avenue, Suite 201
    Washington, D.C. 20005
    Tel.: (202) 760-3400
    hbrownstein@kasowitz.com

*Attorneys for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy*