**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC**,** ELLIOTT BROIDY | |
| Plaintiff**s,** | **Civil Action No.:** 19-cv-00150-DLF |
| v. | |
| NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC, | |
| Defendant**s.** | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Court and all parties of record:

I am admitted *pro hac vice* to practice in this Court, and I appear in this case as counsel

for plaintiffs Broidy Capital Management, LLC and Elliott Broidy.

Dated: November 29, 2021                    Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:  /s/ Daniel R. Benson
        Daniel R. Benson
        Admitted *pro hac vice*
        1633 Broadway
        New York, NY 10019
        Tel.: (212) 506-1700
        dbenson@kasowitz.com

*Attorneys for Plaintiffs Broidy Capital*
*Management, LLC and Elliott Broidy*