UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, ELLIOTT BROIDY<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>Defendants. | Civil Action No.: 19-cv-00150-DLF |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Court and all parties of record:

I am admitted *pro hac vice* to practice in this Court, and I appear in this case as counsel for plaintiffs Broidy Capital Management, LLC and Elliott Broidy.

Dated: November 29, 2021

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: /s/ Jacob Benson
    Jacob Benson
    Admitted *pro hac vice*
    1633 Broadway
    New York, NY 10019
    Tel.: (212) 506-1700
    jbenson@kasowitz.com

*Attorneys for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy*