# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, ELLIOTT BROIDY<br><br>                      Plaintiffs,<br><br>          v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>                      Defendants. | **Civil Action No.:** 19-cv-00150-DLF |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Court and all parties of record:

I am admitted *pro hac vice* to practice in this Court, and I appear in this case as counsel for plaintiffs Broidy Capital Management, LLC and Elliott Broidy.

| | |
|---|---|
| Dated: November 29, 2021 | Respectfully submitted,<br><br>KASOWITZ BENSON TORRES LLP<br><br>By: /s/ Andrew R. Kurland<br>     Andrew R. Kurland<br>     Admitted *pro hac vice*<br>     1633 Broadway<br>     New York, NY 10019<br>     Tel.: (212) 506-1700<br>     akurland@kasowitz.com<br><br>*Attorneys for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy* |