AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, et al., ) <br> *Plaintiff* ) <br> v. ) <br> NICOLAS D. MUZIN, et al., ) <br> *Defendant* ) | Case No.  1:19-CV-00150 DF |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gregory Howard.

Date: 11/29/2021

*/s/ Jacob Gardener*
*Attorney's signature*

Jacob Gardener
*Printed name and bar number*

Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, New York 10281
*Address*

jgardener@wmhlaw.com
*E-mail address*

(212) 335-2965
*Telephone number*

(212) 335-2040
*FAX number*