UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC<br>　　　　　　　Defendants. | Civil Action No.  1:19-cv-00150-DLF |

**DEFENDANTS' EMERGENCY MOTION FOR A PROTECTIVE ORDER**

Defendants Nicolas D. Muzin, Joseph Allaham, Gregory Howard, and Stonington Strategies LLC, by counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 26(c), to enter a protective order providing for the manner in which materials obtained through discovery in this proceeding are handled.  The Motion should be granted for the reasons stated in Defendants' accompanying Memorandum in Support.  The Proposed Protective Order is attached hereto as Exhibit A.[1]

Dated: November 29, 2021

Charles S. Fax
RIFKIN WEINER LIVINGSTON LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
cfax@rwlls.com

Respectfully submitted,

/s/ Stephen J. Obermeier
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wiley.law
Rebecca Saitta (D.C. Bar # 488110)
rsaitta@wiley.law
Rebecca Fiebig (D.C. Bar # 976854)
rfiebig@wiley.law
Krystal B. Swendsboe (D.C. Bar # 1552259)

---

[1] Counsel for Defendants certify pursuant to Local Civil Rule 7(m) that they have conferred with counsel for Plaintiffs regarding the subject matter of the present Motion, as detailed in the accompanying Memorandum in Support.  It is Defendants' understanding that Plaintiffs oppose the present Motion.

Liesel J. Schopler
RIFKIN WEINER LIVINGSTON LLC
225 Duke Of Gloucester Street
Annapolis, MD 21401
lschopler@rwlls.com

Jeffrey A. Udell
Adam P. Cohen
Jacob Gardener
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, NY 10281
judell@wmhlaw.com
acohen@wmhlaw.com
jgardner@whmlaw.com

*Counsel for Defendant Gregory Howard*

kswendsboe@wiley.law
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Stonington Strategies LLC and Nicolas D. Muzin*
Randall A. Brater
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
randall.brater@arentfox.com

Eric Roman
Mohammed T. Farooqui
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
eric.roman@arentfox.com
mohammed.farooqui@arentfox.com

*Counsel for Defendant Joseph Allaham*