# EXHIBIT 5

| | |
|---|---|
| **From:** | Obermeier, Stephen |
| **Sent:** | Wednesday, November 10, 2021 7:01 PM |
| **To:** | Francisco, Michael |
| **Cc:** | Jeffrey Udell; Spears, Brooks H.; Roman, Eric; Lane, William; Fiebig, Rebecca; Andersen, Alison; Zell, Laura E.; Farooqui, Mohammed; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen; Kraig Ahalt; Swendsboe, Krystal; Terwilliger, George J. III |
| **Subject:** | Re: Broidy v. Muzin, No. 1:19CV150 (D.D.C.) |

Thanks for the update, Michael.

Sent from my iPhone

On Nov 10, 2021, at 6:56 PM, Francisco, Michael <MFrancisco@mcguirewoods.com> wrote:

**External Email**

Counsel,

Sorry for the delay, we thought we would have a substantive response to the PO and proposal for temporary treatment today. It's just going to be tomorrow now, hopefully in the morning. Sorry for the inconvenience.

Michael

**Michael Francisco**
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:  +1 202 857 1722
M: +1 303 746 1967
mfrancisco@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

**McGUIREWOODS**

1

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Tuesday, November 9, 2021 3:29 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Jeffrey Udell <judell@wmhlaw.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Roman, Eric <Eric.Roman@arentfox.com>; Lane, William <WLane@wiley.law>; Fiebig, Rebecca <RFiebig@wiley.law>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**EXTERNAL EMAIL; use caution with links and attachments**

Thank you, Michael.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Tuesday, November 9, 2021 3:17 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Jeffrey Udell <judell@wmhlaw.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Roman, Eric <Eric.Roman@arentfox.com>; Lane, William <WLane@wiley.law>; Fiebig, Rebecca <RFiebig@wiley.law>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**External Email**

Counsel,

As one more follow up, we are considering your verbal suggestion to a temporary protocol of considering discovery material that comes in as attorneys-eyes-only until the protective order can be decided. We expect to have a response and potential counter-proposal also over to you tomorrow.

Michael

**Michael Francisco**
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:   +1 202 857 1722

M: +1 303 746 1967
mfrancisco@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

<image001.gif>

---

**From:** Francisco, Michael
**Sent:** Monday, November 8, 2021 7:13 PM
**To:** 'Obermeier, Stephen' <SObermeier@wiley.law>; Jeffrey Udell <judell@wmhlaw.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Roman, Eric <Eric.Roman@arentfox.com>; Lane, William <WLane@wiley.law>; Fiebig, Rebecca <RFiebig@wiley.law>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

Counsel,

As a follow up to the conferral this afternoon, please know that we plan to send you all a substantive response to the proposed protective order on or before this Wednesday.

Regards,
Michael


**Michael Francisco**
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:   +1 202 857 1722
M: +1 303 746 1967
mfrancisco@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

<image001.gif>

---

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Wednesday, November 3, 2021 9:27 PM

**To:** Jeffrey Udell <judell@wmhlaw.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Roman, Eric <Eric.Roman@arentfox.com>; Lane, William <WLane@wiley.law>; Francisco, Michael <MFrancisco@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** Re: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**EXTERNAL EMAIL; use caution with links and attachments**

Agreed, thanks, Brooks.

Sent from my iPhone

On Nov 3, 2021, at 9:25 PM, Jeffrey Udell <judell@wmhlaw.com> wrote:

**External Email**

Approved o/b/o Howard.

Jeffrey A. Udell
**WALDEN MACHT & HARAN LLP**
250 Vesey Street, 27th Floor
New York, New York  10281
O: (212) 335-2045
F: (212) 335-2040
judell@wmhlaw.com
http://www.wmhlaw.com

**From:** Spears, Brooks H. <BSpears@mcguirewoods.com>
**Sent:** Wednesday, November 3, 2021 9:17 PM
**To:** Roman, Eric <Eric.Roman@arentfox.com>; Jeffrey Udell <judell@wmhlaw.com>
**Cc:** Lane, William <WLane@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Francisco, Michael <MFrancisco@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

*External Email - Caution before clicking links.*

4

William, Jeff, and Eric, We accepted your changes but added a sentence at the end (as shown).  Please let us know if you each approve, and we will file this ASAP.

**Brooks H. Spears**
Associate
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:   +1 703 712 5073
M: +1 304 904 1608
F:   +1 703 712 5190
bspears@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com


<image001.gif>

**From:** Roman, Eric <Eric.Roman@arentfox.com>
**Sent:** Wednesday, November 3, 2021 7:54 PM
**To:** Jeffrey Udell <judell@wmhlaw.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Lane, William <WLane@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Francisco, Michael <MFrancisco@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** Re: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**EXTERNAL EMAIL; use caution with links and attachments**

As do we.


> On Nov 3, 2021, at 19:53, Jeffrey Udell <judell@wmhlaw.com> wrote:
>
>
> We join in the edits proposed by the Muzin defendants.
>
> Jeffrey A. Udell
> **Walden Macht & Haran LLP**
> 250 Vesey Street, 27th Floor
> New York, New York  10281
> O: (212) 335-2045
> F: (212) 335-2040
> judell@wmhlaw.com
> http://www.wmhlaw.com

5

*Note our new address effective January 1, 2021*

**From:** Spears, Brooks H. <BSpears@mcguirewoods.com>
**Sent:** Wednesday, November 3, 2021 7:52:34 PM
**To:** Lane, William <WLane@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Francisco, Michael <MFrancisco@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com <alison.andersen@arentfox.com>; laura.zell@arentfox.com <laura.zell@arentfox.com>; mohammed.farooqui@arentfox.com <mohammed.farooqui@arentfox.com>; cfax@rwlls.com <cfax@rwlls.com>; Jeffrey Udell <judell@wmhlaw.com>; lschopler@rwlls.com <lschopler@rwlls.com>; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

***External Email - <u>Caution</u> before clicking links.***

Thank you, William. We are considering your edits and will respond shortly. Can the other defendants please provide their positions so we can get this filed?

### Brooks H. Spears

Associate
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:   +1 703 712 5073
M: +1 304 904 1608
F:   +1 703 712 5190
bspears@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com


<image001.gif>

**From:** Lane, William <WLane@wiley.law>
**Sent:** Wednesday, November 3, 2021 6:37 PM
**To:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Obermeier, Stephen <SObermeier@wiley.law>; Francisco, Michael <MFrancisco@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric

<Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**EXTERNAL EMAIL; use caution with links and attachments**

Brooks,

Please see attached for some edits from Defendants noting our plan to circulate a draft protective order.  Otherwise, you have our consent to file.

Thanks,
Bill

<image001.png>William K. Lane III
Attorney at Law
wlane@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.3349
Download V-Card | wiley.law

---

**From:** Spears, Brooks H. <BSpears@mcguirewoods.com>
**Sent:** Wednesday, November 3, 2021 6:25 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Francisco, Michael <MFrancisco@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** Re: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**External Email**

Just following up to see if anyone anticipates significant revisions before we have to file tonight. Thanks.

Sent from my iPhone

> On Nov 3, 2021, at 4:39 PM, Spears, Brooks H. <BSpears@mcguirewoods.com> wrote:
>
> All,

7

Please see the draft joint status report attached.  Please note that this remains subject to final approval from our client.  However, we wanted to go ahead and circulate to get your consent or revisions.

Thank you.

**Brooks H. Spears**
Associate
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:   +1 703 712 5073
M: +1 304 904 1608
F:   +1 703 712 5190
bspears@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

<image002.gif>

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Wednesday, October 27, 2021 11:01 AM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Thanks, Michael, sounds good.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Wednesday, October 27, 2021 9:44 AM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman,

8

Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**External Email**

---

Thank you Steve, I appreciate the helpful explanation.

This Friday at 11:00 am works well.  We will circulate a dial-in for the call.

Regards,
Michael


**Michael Francisco**
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:   +1 202 857 1722
M: +1 303 746 1967
mfrancisco@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

<image001.gif>

---

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Tuesday, October 26, 2021 12:56 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

9

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Hi Michael,

Good to talk to you as well.

While I appreciate your client's desire to start discovery, a few things are worth noting:

1. As I think you probably know, the Rule 26(f) conference is not supposed to occur until after an Answer is filed under the Local Rule.  *See* LCvR 16.3(b) ("The requirements of this Rule and of Fed. R. Civ. P. 16(b) and 26(f), shall not apply in cases in which no answer has yet been filed[.]").
2. The Court hasn't ordered a Rule 26(f) conference.  She ordered us to meet and confer and submit a joint status report.  Our only deadline at this point is next Wednesday's deadline to submit the report.
3. The mandate was not docketed in the DDC until last Wednesday.  Prior to that, it's not clear that the DDC even had jurisdiction.  Indeed, it appears that the Court only became aware of the mandate after it was docketed, as that is when the Minute Order issued.
4. It's difficult to see why we should ignore all of the foregoing and expedite the Rule 26(f) conference when that exact request was rejected in 2019, this case has been pending for years, and Judge Friedrich didn't see any need to rush given the deadlines set in her Minute Order.
5. As you can imagine, it takes some time for the defendants to coordinate schedules.

Given all of the above, the November 1 date we proposed was eminently reasonable.  We have no intention of being difficult, however, and have since coordinated schedules among the defendants' counsel so that we can be available this Friday, Oct. 29 at 11AM.  Please let us know if that works.

Thanks,

Steve

---

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Monday, October 25, 2021 2:58 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>;

10

alison.andersen@arentfox.com;
laura.zell@arentfox.com;
mohammed.farooqui@arentfox.com; cfax@rwlls.com;
judell@wmhlaw.com; lschopler@rwlls.com;
acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**External Email**

Steve,

Nice to run into you again. While I appreciate tomorrow may not work, we really are motivated to have this Rule 26(f) conference in the immediate future. We are just not willing to push this out to Nov. 1. This case has been pending for a long time; there is no reason to continue to delay the Rule 26(f) conference.

In the alternative, we can wait on the conference if you would consent to discovery commencing before the Rule 26(f) conference.

What days are you available between today and Nov. 1? It has been some time since the mandate issued (and much longer since the D.C. Circuit issued its opinion). We will make someone on our team available as needed.

What time Wednesday of this week works?

Happy to discuss over the phone.

Regards,
Michael


**Michael Francisco**
McGuireWoods LLP
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
T: +1 202 857 1722 | M: +1 303 746 1967

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Monday, October 25, 2021 2:07 PM
**To:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Thanks, Brooks.  Tomorrow doesn't work for the defendants.  Are you not available on November 1?

**From:** Spears, Brooks H. <BSpears@mcguirewoods.com>
**Sent:** Friday, October 22, 2021 3:56 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**External Email**

Steve,

Thanks for the email.  We'd like to discuss all the things you mentioned, but we'd like to do so on Monday or Tuesday next week.  Please let us know what times you're available those days.

Thank you.

**Brooks H. Spears**
Associate

McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:  +1 703 712 5073
M: +1 304 904 1608
F:  +1 703 712 5190
bspears@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

<image001.gif>

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Friday, October 22, 2021 3:19 PM
**To:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com; Roman, Eric <Eric.Roman@arentfox.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Subject:** RE: Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Brooks,

In light of the court's order, and on behalf of the defendants, are you guys available to meet and confer on November 1 regarding the answer deadline, the Rule 26(f) conference, and other scheduling matters?

Thanks,

Steve

**From:** Spears, Brooks H. <BSpears@mcguirewoods.com>
**Sent:** Tuesday, October 19, 2021 11:23 AM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Fiebig, Rebecca <RFiebig@wiley.law>; alison.andersen@arentfox.com; laura.zell@arentfox.com; mohammed.farooqui@arentfox.com; cfax@rwlls.com; judell@wmhlaw.com; lschopler@rwlls.com; acohen@wmhlaw.com; kahalt@wmhlaw.com
**Cc:** Francisco, Michael

13

<MFrancisco@mcguirewoods.com>
**Subject:** Broidy v. Muzin, No. 1:19CV150 (D.D.C.)

**External Email**

Counsel,

In light of the DC Circuit's mandate, we would like to set a Rule 26(f) conference in the district court proceedings.  Please provide your availability for Monday or Tuesday next week.

Thank you.

**Brooks H. Spears**
Associate
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
T:   +1 703 712 5073
M: +1 304 904 1608
F:   +1 703 712 5190
bspears@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

<image001.gif>

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient,

14

Case 1:19-cv-00150-DLF   Document 90-7   Filed 11/29/21   Page 16 of 17

you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law

<Active_151928689_1_Joint Status Report Following DC Circuit Remand.DOCX>

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law