# EXHIBIT 6

| | |
|---|---|
| **From:** | Lane, William |
| **Sent:** | Thursday, November 4, 2021 12:30 PM |
| **To:** | Spears, Brooks H. |
| **Cc:** | Jeffrey Udell; Obermeier, Stephen; Francisco, Michael; Fiebig, Rebecca; Andersen, Alison; Zell, Laura E.; Farooqui, Mohammed; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen; Kraig Ahalt; Swendsboe, Krystal; Terwilliger, George J. III; Roman, Eric |
| **Subject:** | Broidy v. Muzin, No. 1:19CV150 (D.D.C.) |
| **Attachments:** | DDC Protective Order.docx |

Brooks,

Per our meet and confer last week, please find attached a draft protective order. It would be great to have redlines from you in advance of the Rule 26(f) conference, but regardless we plan to discuss it on Monday.

Thanks,
Bill



William K. Lane III
Attorney at Law
wlane@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.3349
Download V-Card | wiley.law

1