# EXHIBIT 7

| | |
|---|---|
| **From:** | Steggerda, Todd R. <TSteggerda@mcguirewoods.com> |
| **Sent:** | Monday, November 8, 2021 11:09 AM |
| **To:** | Obermeier, Stephen |
| **Cc:** | Francisco, Michael |
| **Subject:** | RE: Broidy DC Matter/PO |

**External Email**

Steve – Understand, thanks for trying.  Probably don't need to discuss as extra agenda item today.  Assume there is already enough to discuss.

Thanks again,

--Todd

**Todd R. Steggerda**
McGuireWoods LLP
T: +1 202 857 2477 | M: +1 202 415 1944

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Monday, November 08, 2021 11:02 AM
**To:** Steggerda, Todd R. <TSteggerda@mcguirewoods.com>
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Subject:** RE: Broidy DC Matter/PO

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Hi Todd,

As it turns out, this is more complicated than I expected.  I don't think Stonington has copies of these filings (it does not look like we were served because we had been dismissed), and I can't access them on PACER with my credentials.  It would seem that your client should have them, but I understand that you're just trying to streamline things.  We can discuss more on the call today.

Thanks,

Steve

**From:** Obermeier, Stephen
**Sent:** Sunday, November 7, 2021 3:47 PM
**To:** 'Steggerda, Todd R.' <TSteggerda@mcguirewoods.com>
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Subject:** RE: Broidy DC Matter/PO

Hi Todd,

No trouble at all.  Let me look into this, and I'll get back to you ASAP.

1

Thanks,

Steve

---

**From:** Steggerda, Todd R. <TSteggerda@mcguirewoods.com>
**Sent:** Sunday, November 7, 2021 2:32 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Subject:** Broidy DC Matter/PO

**External Email**

---

Stephen —

I hope you are having a good weekend, and sorry to trouble you on a Sunday.

I am assisting Michael with our team's evaluation of the proposed Protective Order you circulated on Thursday.

I thought it might help expedite our ability to respond if you happen to have copies and could share with us a few of the sealed exhibits in the earlier C.D.Cal litigation (2:18-cv-02421). Our firm did enter an appearance in that litigation, so I understand that we would be considered Outside Counsel of Record under the terms of that PO and able to view the sealed/unredacted filings.

If you are able to share them with Michael, it would be most appreciated. Here are the docket numbers:

232
234
235
238
239
240
241

Thanks very much, and I do appreciate this courtesy.

Best,

—Todd


**Todd R. Steggerda**
Partner
McGuireWoods LLP
888 16th Street (BLM Plaza)
Suite 500
Washington DC 20006
Office 202-857-2477
Mobile 202-415-1944
TSteggerda@mcguirewoods.com

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law