# EXHIBIT 9

| | |
|---|---|
| **From:** | Obermeier, Stephen |
| **Sent:** | Monday, November 15, 2021 5:38 PM |
| **To:** | Terwilliger, George J. III; eric.roman@arentfox.com; judell@wmhlaw.com |
| **Cc:** | Francisco, Michael; Spears, Brooks H.; Swendsboe, Krystal; Lane, William |
| **Subject:** | RE: Broidy Capital Mgmt. LLC, et al. v. Muzin, et al., No. 1:19CV150 (D.D.C.) Protective Order |

Thank you for the update, George. It is appreciated.

**From:** Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Sent:** Monday, November 15, 2021 5:33 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; eric.roman@arentfox.com; judell@wmhlaw.com
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Subject:** RE: Broidy Capital Mgmt. LLC, et al. v. Muzin, et al., No. 1:19CV150 (D.D.C.) Protective Order

**External Email**

Steve, sorry not to have gotten back to you yet. We are conferring with our client and will get back you substantively as soon as we can. We have not sent any third party subpoenas pending that discussion. Best, George

**From:** Terwilliger, George J. III
**Sent:** Friday, November 12, 2021 5:11 PM
**To:** 'Obermeier, Stephen' <SObermeier@wiley.law>; eric.roman@arentfox.com; judell@wmhlaw.com
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Subject:** RE: Broidy Capital Mgmt. LLC, et al. v. Muzin, et al., No. 1:19CV150 (D.D.C.) Protective Order

Steve, we will get back to you on this the first of next week. We do not intend to send any third party subpoenas in the interim. Have a good weekend. George

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Friday, November 12, 2021 9:56 AM
**To:** Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>; eric.roman@arentfox.com; judell@wmhlaw.com
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Lane, William <WLane@wiley.law>
**Subject:** RE: Broidy Capital Mgmt. LLC, et al. v. Muzin, et al., No. 1:19CV150 (D.D.C.) Protective Order

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Good morning, George,

Thank you for your November 11, 2021 letter regarding Defendants' proposed protective order. We appreciate your offer to compromise, but we cannot accept your proposal.

We sent you the Defendants' proposed protective order more than a week ago, yet Plaintiffs have yet to provide any redlines on our draft. Respectfully, sixty days is just too long to wait for the implementation of an adequate protective order, particularly because initial discovery has already been served. Further, as I outlined in our Rule 26(f) conference,

the materials sought in this case, as well as Plaintiffs' prior actions before this Court and the California court, make clear that "Attorneys' Eyes Only" protections are required, both in the final protective order and in the interim period while we negotiate the precise terms of the protective order.

We are certainly willing to meet and confer with you regarding the terms of the proposed protective order, but if you serve subpoenas, we will be required to file an emergency motion to enter the protective order, as I previewed in our 26(f) conference.  We presume from your letter that you do not intend to issue subpoenas at this time, but please confirm for us that you will not serve any subpoenas before a protective order is entered—or some other mutually acceptable terms are agreed upon.  If you cannot so confirm this point, we reserve all rights and will have to move forward with an emergency motion.

Thank you,

Steve

---

**From:** Conkey, Cecelia R. <CConkey@mcguirewoods.com> **On Behalf Of** Terwilliger, George J. III
**Sent:** Thursday, November 11, 2021 4:23 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; eric.roman@arentfox.com; judell@wmhlaw.com
**Cc:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** Broidy Capital Mgmt. LLC, et al. v. Muzin, et al., No. 1:19CV150 (D.D.C.) Protective Order

**External Email**

---

Please see the attached correspondence from George Terwilliger.



**George J. Terwilliger III**
Partner
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006
T:  +1 202 857 2473
F:  +1 202 828 2965
gterwilliger@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

**McGuireWoods**

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please

2

permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wiley.law