# EXHIBIT 10

| | |
|---|---|
| **From:** | Lane, William |
| **Sent:** | Friday, November 19, 2021 3:46 PM |
| **To:** | Francisco, Michael; Spears, Brooks H.; Terwilliger, George J. III |
| **Cc:** | Obermeier, Stephen; Fiebig, Rebecca; Swendsboe, Krystal; Jeffrey Udell; Roman, Eric; Andersen, Alison; Zell, Laura E.; Farooqui, Mohammed; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen; Kraig Ahalt |
| **Subject:** | RE: Broidy v. Muzin, No. 19-cv-150 (D.D.C.) |

Hi Michael,

Apologies for the delay.  It's been a hectic day.

Because this deadline is subject to a court order and the local rule, on behalf of Defendants, we believe you will need to file a motion.  We are not willing to join that motion, but we won't oppose it, assuming the deadline is set for the week after Thanksgiving.

Thanks,
Bill



William K. Lane III
Attorney at Law
wlane@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.3349
Download V-Card | wiley.law

---

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Friday, November 19, 2021 9:37 AM
**To:** Lane, William <WLane@wiley.law>; Spears, Brooks H. <BSpears@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Fiebig, Rebecca <RFiebig@wiley.law>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Jeffrey Udell <judell@wmhlaw.com>; Roman, Eric <Eric.Roman@arentfox.com>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>
**Subject:** RE: Broidy v. Muzin, No. 19-cv-150 (D.D.C.)

**External Email**

Bill,

I hate to do this, but could we reach an agreement to file this report later than Monday?  For client and other reasons, it is not preferable to work through this before Monday when I understand it to be due.

Michael

1

Michael Francisco
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:   +1 202 857 1722
M: +1 303 746 1967
mfrancisco@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

McGuireWoods

---

**From:** Lane, William <WLane@wiley.law>
**Sent:** Thursday, November 18, 2021 4:52 PM
**To:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>; Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Fiebig, Rebecca <RFiebig@wiley.law>; Swendsboe, Krystal <KSwendsboe@wiley.law>; Jeffrey Udell <judell@wmhlaw.com>; Roman, Eric <Eric.Roman@arentfox.com>; Andersen, Alison <Alison.Andersen@arentfox.com>; Zell, Laura E. <Laura.Zell@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>; cfax@rwlls.com; lschopler@rwlls.com; Adam Cohen <acohen@wmhlaw.com>; Kraig Ahalt <kahalt@wmhlaw.com>
**Subject:** Broidy v. Muzin, No. 19-cv-150 (D.D.C.)

**EXTERNAL EMAIL; use caution with links and attachments**

Brooks,

Please find attached a proposed conference report.  We look forward to your feedback.

Thanks,
Bill


William K. Lane III
Attorney at Law
wlane@wiley.law

Wiley Rein LLP • 1776 K Street NW • Washington, DC 20006
o:  202.719.3349
Download V-Card | wiley.law


NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please

permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to
Information@wiley.law

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*