AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Broidy Capital Management, LLC, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-00150-DLF |
| Nicolas D. Muzin, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nicolas D. Muzin and Stonington Strategies LLC.

Date:  12/09/2021

/s/ Enbar Toledano
*Attorney's signature*

Enbar Toledano (D.C. Bar # 1030939)
*Printed name and bar number*

WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
*Address*

etoledano@wiley.law
*E-mail address*

(202) 719-7000
*Telephone number*

(202) 719-7049
*FAX number*