UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**ENTRY OF APPEARANCE**

Alexander A. Berengaut hereby enters his appearance in the above-captioned matter as counsel for non-party State of Qatar ("Qatar"). Entry of this appearance does not waive any rights or immunities on behalf of Qatar, including its immunity from the jurisdiction of the courts of the United States pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602–1611.

Dated: December 13, 2021

Respectfully submitted,

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut (D.C. Bar No. 989222)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com

*Counsel for non-party State of Qatar*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I caused a true and correct copy of the foregoing Entry of Appearance to be filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

Dated: December 13, 2021

/s/ Alexander A. Berengaut
Alexander A. Berengaut (D.C. Bar No. 989222)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com

*Counsel for non-party State of Qatar*