UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 19-cv-00150-DLF |

**DECLARATION OF HENRY B. BROWNSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO ANSWER DISCOVERY REQUESTS**

I, Henry B. Brownstein, declare under penalty of perjury that the following is true and correct:

1.　　I am an attorney at the law firm Kasowitz Benson Torres LLP, attorneys for Plaintiffs Broidy Capital Management, LLC and Elliot Broidy (together, "Plaintiffs"), in the above-captioned action.  I am member in good standing of the bar of the District of Columbia and the bar of this Court.

2.　　I submit this declaration in support of Plaintiffs' Motion to Compel Defendants To Answer Discovery Requests.  I have personal knowledge of the facts set forth in this Declaration.

3.　　Attached hereto as Exhibit 1 is a true and correct copy of defendant Gregory Howard's responses and objections to Plaintiffs' first requests for production of documents, dated December 22, 2021.

4. Attached hereto as Exhibit 2 is a true and correct copy of defendant Gregory Howard's responses and objections to Plaintiffs' first requests for admission, dated December 22, 2021.

5. Attached hereto as Exhibit 3 is a true and correct copy of defendant Gregory Howard's responses and objections to Plaintiffs' first interrogatories, dated December 22, 2021.

6. Attached hereto as Exhibit 4 is a true and correct copy of defendant Nicholas D. Muzin's objections and responses to Plaintiffs' first set of requests for production of documents, dated December 22, 2021.

7. Attached hereto as Exhibit 5 is a true and correct copy of defendant Nicholas D. Muzin's objections and responses to Plaintiffs' first set of requests for admission, dated December 22, 2021.

8. Attached hereto as Exhibit 6 is a true and correct copy of defendant Nicholas D. Muzin's objections and responses to Plaintiffs' first set of interrogatories, dated December 22, 2021.

9. Attached hereto as Exhibit 7 is a true and correct copy of objections and responses to Plaintiffs' first requests for production of documents to defendant Joseph Allaham, dated December 22, 2021.

10. Attached hereto as Exhibit 8 is a true and correct copy of objections and responses to Plaintiffs' first requests for admissions to defendant Joseph Allaham, dated December 22, 2021.

11. Attached hereto as Exhibit 9 is a true and correct copy of objections and responses to Plaintiffs' first interrogatories to defendant Joseph Allaham, dated December 22, 2021.

12. Attached hereto as Exhibit 10 is a true and correct copy of Hon. Katherine B. Forrest's order, filed in the action *Broidy Cap. Mgmt. LLC, et al., v. Joseph Allaham*, Case No. 18-mc-240 (S.D.N.Y.) on June 11, 2018 at ECF No. 4.

13. Attached hereto as composite Exhibit 11 is a true and correct copy of a statement of Professor Eileen Denza before the House Committee on Oversight and Reform ("Oversight Committee") on December 11, 2002, and a letter from E. Denza to U.S. Rep. Dan Burton, Chairman of the Oversight Committee ("Burton"), dated November 18, 2002, each published in *Investigation into Abductions of American Children to Saudi Arabia: Hearing Before the H. Comm. on Govt. Reform,* 107th Cong. (2002).

14. Attached hereto as Exhibit 12 is a true and correct copy of a letter from Burton to His Royal Highness Prince Bandar bin Sultan bin Abdulaziz, dated November 21, 2002.

15. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt from Eileen Denza, *Diplomatic Law: Commentary on the Vienna Convention on Diplomatic Relations* (4th ed. 2016), titled Inviolability of Official Correspondence, Article 27.

16. Attached hereto as Exhibit 14 is a true and correct copy of the House of Lords' decision in *Shearson Lehman Bros Inc. v. Maclaine Watson & Co Ltd. (No. 2)* [1988] 1 All ER 116 (Eng.)

17. Attached hereto as Exhibit 15 is a true and correct copy of exhibits A and B to Stonington Strategies LLC's registration statement pursuant to the Foreign Agents Registration Act of 1938, as amended ("FARA"), received by FARA Registration Unit on September 3, 2017.

18. Attached hereto as Exhibit 16 is a true and correct copy of S. Exec. Rep. No. 6, 89th Cong., 1st Sess. (1965).

19. Attached hereto as Exhibit 17 is a true and correct copy of S. Rep. No. 89–143, 89th Cong., 1st Sess. (1965).

Executed on this 24th day of January 2022, at Washington, D.C.

                                                */s/ Henry B. Brownstein*
                                                Henry B. Brownstein