# EXHIBIT 15

OMB No. 1124-0006; Expires May 31, 2020

| U.S. Department of Justice | **Exhibit A to Registration Statement** |
|---|---|
| Washington, DC 20530 | **Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

INSTRUCTIONS. Furnish this exhibit for EACH foreign principal listed in an initial statement and for EACH additional foreign principal acquired subsequently. The filing of this document requires the payment of a filing fee as set forth in Rule (d)(1), 28 C.F.R. § 5.5(d)(1). Compliance is accomplished by filing an electronic Exhibit A form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required by the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide this information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .49 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name and Address of Registrant<br>Stonington Strategies LLC<br>550 Madison Avenue<br>New York, NY 10022 | 2. Registration No.<br>6458 |
|---|---|
| 3. Name of Foreign Principal<br>Embassy of the State of Qatar | 4. Principal Address of Foreign Principal<br>2555 M Street NW<br>Washington, DC 20037 |

5. Indicate whether your foreign principal is one of the following:

- [x] Government of a foreign country[1]
- [ ] Foreign political party
- [ ] Foreign or domestic organization: If either, check one of the following:
  - [ ] Partnership
  - [ ] Corporation
  - [ ] Association
  - [ ] Committee
  - [ ] Voluntary group
  - [ ] Other *(specify)* _____
- [ ] Individual-State nationality _____

6. If the foreign principal is a foreign government, state:
   a) Branch or agency represented by the registrant

   Ministry of Foreign Affairs

   b) Name and title of official with whom registrant deals

   Mohammed Al-Attiyah, Government Affairs

7. If the foreign principal is a foreign political party, state:
   a) Principal address

   b) Name and title of official with whom registrant deals

   c) Principal aim

---

[1] "Government of a foreign country," as defined in Section 1(e) of the Act, includes any person or group of persons exercising sovereign de facto or de jure political jurisdiction over any country, other than the United States, or over any part of such country, and includes any subdivision of any such group and any group or agency to which such sovereign de facto or de jure authority or functions are directly or indirectly delegated. Such term shall include any faction or body of insurgents within a country assuming to exercise governmental authority whether such faction or body of insurgents has or has not been recognized by the United States.

FORM NSD-3
Revised 05/17

Received by NSD/FARA Registration Unit 09/03/2017 3:55:47 PM

8. If the foreign principal is not a foreign government or a foreign political party:
   a) State the nature of the business or activity of this foreign principal.

   b) Is this foreign principal:

| | |
|---|---|
| Supervised by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Owned by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Directed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Controlled by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Financed by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |
| Subsidized in part by a foreign government, foreign political party, or other foreign principal | Yes ☐ No ☐ |

9. Explain fully all items answered "Yes" in Item 8(b). *(If additional space is needed, a full insert page must be used.)*

10. If the foreign principal is an organization and is not owned or controlled by a foreign government, foreign political party or other foreign principal, state who owns and controls it.

### EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit A to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit A | Name and Title | Signature |
|---|---|---|
| September 3, 2017 | Nicolas D. Muzin, CEO | /s/ Nicolas D. Muzin |

OMB No. 1124-0004; Expires May 31, 2020

U.S. Department of Justice
Washington, DC 20530

**Exhibit B to Registration Statement**
**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS. A registrant must furnish as an Exhibit B copies of each written agreement and the terms and conditions of each oral agreement with his foreign principal, including all modifications of such agreements, or, where no contract exists, a full statement of all the circumstances by reason of which the registrant is acting as an agent of a foreign principal. Compliance is accomplished by filing an electronic Exhibit B form at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .33 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| 1. Name of Registrant | 2. Registration No. |
|---|---|
| Stonington Strategies LLC | 6458 |

3. Name of Foreign Principal

Embassy of the State of Qatar

Check Appropriate Box:

4. ☒ The agreement between the registrant and the above-named foreign principal is a formal written contract. If this box is checked, attach a copy of the contract to this exhibit.

5. ☐ There is no formal written contract between the registrant and the foreign principal. The agreement with the above-named foreign principal has resulted from an exchange of correspondence. If this box is checked, attach a copy of all pertinent correspondence, including a copy of any initial proposal which has been adopted by reference in such correspondence.

6. ☐ The agreement or understanding between the registrant and the foreign principal is the result of neither a formal written contract nor an exchange of correspondence between the parties. If this box is checked, give a complete description below of the terms and conditions of the oral agreement or understanding, its duration, the fees and expenses, if any, to be received.

7. Describe fully the nature and method of performance of the above indicated agreement or understanding.

The registrant will develop and implement a government relations strategy for the State of Qatar. For the performance of these services, the foreign principal will pay the registrant a monthly fee retainer of $50,000.

FORM NSD-4
Revised 05/17

8. Describe fully the activities the registrant engages in or proposes to engage in on behalf of the above foreign principal.

The registrant will develop and implement a government relations strategy for the State of Qatar.

9. Will the activities on behalf of the above foreign principal include political activities as defined in Section 1(o) of the Act and in the footnote below? Yes ☒ No ☐

If yes, describe all such political activities indicating, among other things, the relations, interests or policies to be influenced together with the means to be employed to achieve this purpose.

The registrant's activities may include communications with Executive Branch officials, Members of Congress and congressional staff, and other individuals and organizations involved in governmental or public policy matters.

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this Exhibit B to the registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date of Exhibit B | Name and Title | Signature |
|---|---|---|
| September 3, 2017 | Nicolas D. Muzin, CEO | /s/ Nicolas D. Muzin |

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Rev. 081617

Ref:

August 24, 2017

Mr. Nicolas Muzin
Stonington Strategies
nick@stoningtonstrategies.com

**CONFIDENTIAL**

Re: **Agreement for Consulting Services**

Dear Mr. Muzin:

This will confirm the terms of our agreement (the "Agreement") by which you and Stonington Strategies shall provide consulting services to the Embassy of the State of Qatar in Washington.

The services provided by you shall include the development and implementation of a government relations strategy for the State of Qatar, as requested and directed by the Embassy.

You will be compensated at the rate of US$ 50,000 (Fifty Thousand United States Dollars) per month, for twelve months. The first monthly payment shall be made on execution of this Agreement. Eleven subsequent payments shall be made on the 15th day of each calendar month. No compensation or reimbursement in excess of that amount shall be paid. Without limiting the generality of the foregoing, the compensation described above shall be inclusive of all expenses that you may incur in the performance of this Agreement.

The term of this Agreement shall commence on August 24, 2017, and expire on August 21, 2018. Upon written notice, the Agreement may be terminated by any party at any time, without cause and without any liability, effective 30 calendar days after notice. Upon termination, you shall be paid at the agreed rate of compensation, *pro rata*, through the effective date of termination.

Except as directed by the Embassy, you are not authorized by this Agreement to act as a representative, spokesperson or agent on behalf of the Embassy or the State of Qatar in any meeting or communication with any person, or in any public or private statement, or in any communications with the media.

You agree that all documents, information or communications (whether verbal or recorded) exchanged between you and the Embassy (including the Embassy's diplomats, employees, contractors, or attorneys), and any information generated or received by you in the course of your performance of this Agreement, are confidential, and will not be disclosed to any person except as instructed by the Embassy or as required by law. You agree that you will not use confidential information for any purpose other than performance of this Agreement, and you will return the information upon request. You shall be responsible for assuring that your employees, agents or subcontractors have executed written confidentiality agreements reflecting the substance of this provision, and you shall guarantee their adherence to these terms. This provision shall survive termination of this Agreement.

This Agreement is not intended to establish an employer-employee relationship, or principal-agent relationship. You are not authorized to commit the Embassy to any cost, contract, or other obligation. You shall be solely

010-8519-9518/1/AMERICAS

Page 2

responsible for compliance with any applicable laws or regulations that govern your performance of this Agreement, including, without limitation, any laws in respect of taxation, registration as a foreign agent or lobbyist, or reporting as may be required by law.

During the term of this Agreement, and for a period of one year after expiration or termination, you shall not accept any employment position, contract, consulting engagement, or compensation from any member state of the Gulf Cooperation Council, nor from any person or entity acting on behalf of any member state, except the State of Qatar.

Nothing in this Agreement shall waive or otherwise alter the privileges and immunities to which the Embassy is entitled under the laws of the United States or any treaty to which the United States is a party.

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled exclusively by arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The place of arbitration shall be Washington, D.C.

Please indicate your acceptance by signing below, and forwarding a copy of this letter to the Embassy.

Very truly yours,

_____
For the Embassy of the State of Qatar

AGREED: _____
For Stonington Strategies

010-8519-9518/1/AMERICAS