# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| BRODY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY, <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC, <br><br> Defendants. | Case No. 19-cv-00150-DLF <br><br> **[PROPOSED] ORDER** |

Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs"), having moved to compel defendants Nicolas D. Muzin, Joseph Allaham, Gregory Howard, and Stonington Strategies, LLC (collectively, "Defendants"), to produce discovery in response to Plaintiff's discovery requests, and the Court having considered the Plaintiffs' submissions and any opposition received thereto, and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiffs' motion to compel is GRANTED. Defendants may not withhold discovery based upon the Vienna Convention on Diplomatic Relations, the Vienna Convention on Consular Relations, or principles of international comity; and

IT IS FURTHER ORDERED that Defendants must serve amended discovery responses within two (2) weeks from the date of this order.

____ day of _____, 2022

                                                               _____
                                                               HON. DABNEY L. FRIEDRICH
                                                               United States District Judge