UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>Defendants. | Case No. 19-cv-00150-DLF |

**DECLARATION OF HENRY B. BROWNSTEIN
IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SEAL PREVIOUSLY
FILED EXHIBIT**

I, Henry B. Brownstein, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Kasowitz Benson Torres LLP, counsel for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy in this action. I am a member in good standing of the bar of the District of Columbia and the bar of this Court.

2. I submit this declaration in support of Plaintiffs' unopposed motion to seal or remove from the public docket a previously filed exhibit, which Plaintiffs will replace with a redacted version of the exhibit.

3. On January 24, 2022, Plaintiffs filed a Motion to Compel Defendants to Answer Discovery Requests. ECF No. 109. Along with the motion, Plaintiffs filed as an exhibit Defendant Nicolas D. Muzin's Objections and Responses to Plaintiffs' First Set of Interrogatories, which included a two-page "Attachment A" ("Exhibit 6"). ECF No. 109-8.

4. On February 2, 2022, Muzin's counsel emailed Plaintiffs' counsel to request that Attachment A be removed from the docket, as that portion of Exhibit 6 had been designated "Confidential."

5. Without agreeing that the information in question is confidential or was properly designated as such, Plaintiffs agreed, as a courtesy, to make efforts to replace the filed exhibit with a redacted version of the same.

6. To that end, a clerk at this firm corresponded with a Case Administrator at the Court, who temporarily placed the exhibit under seal and instructed Plaintiffs to file a motion to have it remain sealed.

7. Counsel for Muzin has confirmed that Muzin consents to the granting of this motion.

8. For the foregoing reasons, Plaintiffs respectfully request that the Court remove from the docket or seal from public view Exhibit 6 (ECF No. 109-8). Plaintiffs will re-file a corrected version of Exhibit 6 with the allegedly confidential information redacted.

Executed on this 3rd day of February 2022, at Washington, D.C.

/s/ *Henry B. Brownstein*
Henry B. Brownstein