UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>　　　　　　　　　　　Defendants. | Case No. 19-cv-00150-DLF |

**PLAINTIFFS' UNOPPOSED RULE 16 MOTION
TO MODIFY THE SCHEDULING ORDER**

Plaintiffs Broidy Capital Management, LLC and Elliot Broidy (together, "Plaintiffs") respectfully submit this motion to modify the scheduling order in this action, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure. Plaintiffs respectfully submit that this motion should be granted for the reasons expressed in the accompanying memorandum of law. Pursuant to Local Rule 7(c), a proposed order is submitted herewith.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel has conferred with Defendants' counsel regarding the subject matter of this Motion, and Defendants do not oppose the relief sought by this motion.

Dated: April 20, 2022			Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: /s/ *Henry B. Brownstein*
    Henry B. Brownstein
    D.C. Bar No. 1026042
    1399 New York Avenue, Suite 201
    Washington, D.C. 20005
    Tel.: (202) 760-3400
    hbrownstein@kasowitz.com

    Daniel R. Benson (*pro hac vice*)
    Andrew R. Kurland (*pro hac vice*)
    Jeffrey Ephraim Glatt (*pro hac vice* pending)
    1633 Broadway
    Tel.: (212) 506-1700
    New York, New York 11019
    dbenson@kasowitz.com
    akurland@kasowitz.com
    jglatt@kasowitz.com

*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy*