UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>                    Plaintiffs,<br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>                    Defendants. | Case No. 1:19-cv-150-DLF |

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' RULE 16 MOTION**

Defendants Nicolas D. Muzin, Stonington Strategies, LLC, Joseph Allaham, and Gregory Howard (collectively, "Defendants") find it necessary to clarify the record on certain points and respectfully file this notice regarding their position on Plaintiffs' Rule 16 Motion. *See* ECF No. 136.

Defendants do not oppose an extension of all current deadlines for three months relative to the Court's resolution of the Pending Party Discovery Motions (ECF Nos. 109, 116, and 118). The need for an extension, however, is entirely of Plaintiffs' own making. Indeed, it was Plaintiffs who requested—over Defendants' objection—a "Substantial Completion of Document Discovery" deadline of May 6, 2022. *See* ECF No. 91. And despite Plaintiffs' request, in nearly six months of discovery, Plaintiffs have not produced a single document, including trade secret information required by statute to be produced before the commencement of discovery. *See* Cal. Civ. Proc. Code § 2019.210 (requiring that trade secrets be identified "with reasonable particularity" "before commencing discovery"). Indeed, it was only this past Friday, on April 15, 2022, that Plaintiffs revealed their "computation of each category of damages" for the first time—

including specific damages calculations for only *one* of five claimed damages categories—despite the requirement to serve this information in their initial disclosures on December 13, 2021. *See* ECF No. 91 (setting agreed deadline for initial disclosures); Fed. R. Civ. P. 26(a)(1)(A). Additionally, as has been made clear in multiple non-party filings, Plaintiffs have relied on their pending motion for protective order to dissuade non-party subpoena respondents from complying with Defendants' subpoenas. *See* Ex. A, Rabinowitz Decl. ¶¶ 4–5, ECF No. 132-1; Reaboi Decl. ¶¶ 5–6, *In re: Motion to Compel Compliance with Subpoena Directed to Non-Party David Reaboi*, No. 1:22-MC-20786 (S.D. Fla. Apr. 11, 2022), ECF No. 13-1; *see also* Movants' Reply 2, 8–10, ECF No. 135 (describing subpoena respondent statements). Plaintiffs have therefore created an untenable situation where they sought and received aggressive deadlines and, at the same time, prevented Defendants from obtaining the discovery materials necessary to comply with those deadlines.

Dated: April 20, 2022

Randall Adam Brater
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
Randall.brater@arentfox.com
laura.zell@arentfox.com

Eric Roman
Mohammed T. Farooqui
Nicholas Collins
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
eric.roman@arentfox.com
mohammed.farooqui@arentfox.com
nicholas.collins@arentfox.com

*Counsel for Defendant Joseph Allaham*

/s/ Stephen J. Obermeier
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wiley.law
Rebecca Fiebig (D.C. Bar # 976854)
rfiebig@wiley.law
Enbar Toledano (D.C. Bar # 1030939)
etoledano@wiley.law
Krystal B. Swendsboe (D.C. Bar # 1552259)
kswendsboe@wiley.law
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants-Movants Stonington Strategies LLC and Nicolas D. Muzin*

Liesel J. Schopler
RIFKIN WEINER LIVINGSTON LLC
225 Duke Of Gloucester Street
Annapolis, MD 21401
lschopler@rwlls.com

Charles S. Fax
RIFKIN WEINER LIVINGSTON LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
cfax@rwlls.com

Jeffrey A. Udell
Adam P. Cohen
Jacob Gardener
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, NY 10281
judell@wmhlaw.com
acohen@wmhlaw.com
jgardener@wmhlaw.com

*Counsel for Defendant Gregory Howard*