UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRODY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>                                 Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>                                 Defendants. | Case No. 19-cv-00150-DLF |

**PLAINTIFFS' STATEMENT IN REPLY TO
DEFENDANTS' "NOTICE OF NON-OPPOSITION"**

Plaintiffs respectfully submit this reply to Defendants' "Notice of Non-Opposition to Plaintiffs' Rule 16 Motion." ECF No. 137.

As Defendants well know, discovery has been proceeding, including in the form of written discovery and the production of documents by numerous third parties who have been subpoenaed. But to the extent anyone is responsible for the need for an extension of discovery deadlines, it is Defendants.

First, while Defendants have served scores of irrelevant discovery demands on Plaintiffs and numerous third parties, they have refused to produce plainly relevant documents based on a purported immunity this Court has already twice rejected – necessitating Plaintiffs' pending motions for a protective order and to compel. *See* ECF Nos. 118, 109. Second, Defendants disingenuously complain that Plaintiffs have not yet produced documents, but they themselves have not produced a single document to date. Third, the California procedural rule Defendants cite – Cal. Civ. Proc. Code § 2019.210 – does not apply in this Court. *See Funcat Leisure Craft,*

*Inc. v. Johson Outdoors, Inc.*, No. CIV. S-06-0533-GEB-GGH, 2007 WL 273949, at *2 (E.D. Cal. Jan. 29, 2007) (Section 2019.210 does not apply in federal cases "unless stipulated otherwise or ordered after stipulation pursuant to case management orders").

Dated: April 21, 2022

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: /s/ *Henry B. Brownstein*
    Henry B. Brownstein
    D.C. Bar No. 1026042
    1399 New York Avenue, Suite 201
    Washington, D.C. 20005
    Tel.: (202) 760-3400
    hbrownstein@kasowitz.com

    Daniel R. Benson (*pro hac vice*)
    Andrew R. Kurland (*pro hac vice*)
    Jeffrey Ephraim Glatt (*pro hac vice* pending)
    1633 Broadway
    Tel.: (212) 506-1700
    New York, New York 11019
    dbenson@kasowitz.com
    akurland@kasowitz.com
    jglatt@kasowitz.com

*Counsel for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy*