# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT,
LLC, *et al.*

        *Plaintiffs*,

        v.                              Civil Action No. 1 1:19-cv-00150-DLF

NICOLAS D. MUZIN, *et al.*,

        *Defendants*.

## [PROPOSED] ORDER GRANTING NON-PARTY BENJAMIN WIEDER'S MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR DOCUMENTS

Having considered Non-Party Benjamin Wieder's Motion to Quash Plaintiffs' Subpoena for Documents, the accompanying Memorandum of Law, and Declaration of Benjamin Wieder, and for good cause shown, it is **HEREBY ORDERED** that:

1. Non-Party Benjamin Wieder's Motion to Quash Plaintiffs' Subpoena for Documents is **GRANTED**.

2. Plaintiffs' Subpoena for Documents is quashed. Plaintiffs are precluded from obtaining from Benjamin Wieder the documents and information sought in the subpoena.

**IT IS SO ORDERED.**

_____, 2022                                    _____

                                                                                  Judge Dabney L. Friedrich
                                                                                   United States District Court Judge

Copies to all counsel of record, via ECF