# Exhibit 1

**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)

  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)

  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone: (212) 446-2300
Fax: (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)

  aneuhardt@bsfllp.com
1401 New York Avenue, NW

Washington, DC 20005-2102
Phone: (202) 237-2727
Fax: (202) 237-6131

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>**The Honorable John F. Walter**<br><br>Amended Complaint: May 24, 2018<br>Discovery Cut-Off: March 1, 2019<br>Pretrial Conference Date: June 7, 2019<br>Trial Date: June 25, 2019 |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Broidy Capital Management LLC ("BCM") and Elliott Broidy ("Broidy") (together, "Plaintiffs") hereby provide Plaintiffs' Initial Disclosures. Plaintiffs have made a reasonable and good faith effort to prepare the disclosures set forth herein. These disclosures are based on the information reasonably available to Plaintiffs at present, and Plaintiffs reserve the right to supplement or otherwise amend these disclosures with additional names and entities whose significance is revealed by discovery.

## I. Individuals And Entities Likely To Have Discoverable Information That Plaintiffs May Use To Support Their Claims

The chart below sets forth: 1) the name and, if known, the address and telephone number of each individual or entity likely to have discoverable information that Plaintiffs may use to support their claims or defenses, unless the use would be solely for impeachment; and 2) to the extent reasonably determinable by Plaintiffs at this time, the subjects of the information about which these individuals/entities may have knowledge.

Plaintiffs' current beliefs, which are based on the information currently available to Plaintiffs and subject to change, are set forth below.

| SUBJECT MATTER |
| --- |
| **1. Efforts to Remove Economic Sanctions on the State of Qatar**, including but not limited to influencing United States Government officials, retention of agents in the United States, outreach to the American Jewish community, and distribution of donations from or on behalf of the State of Qatar to entities in the United States. |

| SUBJECT MATTER |
|---|
| **2. The Hacking of the Computer Systems of Elliott Broidy and Broidy Capital Management LLC**, including but not limited to the nature of the computer systems of Elliott Broidy and Broidy Capital Management LLC, the security measures protecting the computer systems of Elliott Broidy and Broidy Capital Management LLC, the materials stored on the computer systems of Elliott Broidy and Broidy Capital Management LLC, plans to hack the computer systems of Elliott Broidy and Broidy Capital Management LLC, the identity of those who planned and participated in the hacking of the computer systems of Elliott Broidy and Broidy Capital Management, efforts to acquire the usernames and passwords of those with access to the computer systems of Elliott Broidy and Broidy Capital Management, payments made to individuals and entities to hack the computer systems of Elliott Broidy and Broidy Capital Management LLC, the infiltration of the computer systems of Elliott Broidy and Broidy Capital Management LLC, and the materials stolen from the computer systems of Elliott Broidy and Broidy Capital Management LLC. |
| **3. The Dissemination of Materials Stolen from the Computer Systems of Elliott Broidy and Broidy Capital Management LLC**, including but not limited to plans to disseminate materials stolen from the computer systems of Elliott Broidy and Broidy Capital Management LLC, the identity of those who planned and participated in the dissemination of materials stolen from the computer systems of Elliott Broidy and Broidy Capital Management LLC, the review of materials stolen from the computer systems of Elliott Broidy and Broidy Capital Management LLC, payments made to individuals and entities to disseminate materials stolen from the computer systems of Elliott Broidy and Broidy Capital Management LLC, the dissemination of materials stolen from the computer systems of Elliott Broidy and Broidy Capital Management LLC, and communications with members of the media concerning the dissemination of materials stolen from the computer systems of Elliott Broidy and Broidy Capital Management LLC. |
| **4. The Damages Caused By the Hacking of the Computer Systems of Elliott Broidy and Broidy Capital Management LLC and the Dissemination of Materials Stolen from the Computer Systems of Elliott Broidy and Broidy Capital Management LLC.** |

| Name | Contact Information | Subject Matter |
|---|---|---|
| 1&1 Mail & Media Inc. ("mail.com") | c/o Legal Compliance<br>701 Lee Road, Suite 300<br>Chesterbrook, PA 19087<br>Tel.: (866) 991-2631 | 3 |
| 365 Wireless LLC | c/o Corporate Services Company<br>40 Technology Pkwy South, #300<br>Norcross, GA 30092<br>Tel.: (888) 871-4575 | 2 |
| Jack Abramoff | 812 Edelblut Drive<br>Silver Springs, MD 20901 | 1, 3 |
| Joseph Allaham | c/o Allan E. Anderson<br>Arent Fox LLP<br>555 West Fifth Street 48th Floor<br>Los Angeles, CA 90013-1065<br>Tel.: (213) 443-7383 | 1-3 |
| The Associated Press | c/o Jay Ward Brown<br>Ballard Spahr LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006-1157<br>Tel.: (202) 661-2200 | 3 |
| AT&T Mobility LLC | 1025 Lenox Park Boulevard Northeast<br>Atlanta, GA 30319<br>Tel.: (800) 635-6840 | 2-3 |
| Atlassian | c/o Corporation Service Co.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95844<br>Tel.: (916) 641-5100 | 2 |
| AVAST Software s.r.o. | 2625 Broadway Street<br>Redwood City, CA 94063<br>Tel.: (844) 340-9251 | 2-3 |
| Avenue Strategies Global, LLC | 1627 I Street NW, #825<br>Washington, DC 20006<br>Tel.: (202) 559-9290 | 1, 3 |
| AVG Technologies | 2100 Powell St., # 147<br>Emeryville, CA 94608<br>(Tel. number unknown) | 2-3 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Bandwidth.com, Inc. | c/o Corporation Service Company<br>80 State Street<br>Albany, New York 12207-2543<br>Tel.: (800) 808-7776 | 2-3 |
| Jamal Benomar | 9 Rutland Road<br>Scarsdale, NY 10583<br>Tel.: (917) 442-7695 | 1-3 |
| Bitly, Inc. | 139 5th Avenue, 5th Floor<br>New York, NY 10010<br>Tel.: (212) 537-6135 | 2 |
| Bloomberg News | 731 Lexington Ave.<br>New York City, NY 10022<br>Tel.: (212) 318-2000 | 3 |
| Ron Bonjean | c/o ROKK Solutions<br>1634 I Street NW, Suite 1050<br>Washington, D.C. 20006<br>Tel.: (202) 280-2007 | 3 |
| Broidy Capital Management LLC | c/o Lee S. Wolosky<br>Boies Schiller Flexner LLP<br>575 Lexington Ave., Floor 7<br>New York, NY 10022-6138<br>Tel.: (212) 446-2300 | 1-4 |
| Elliott Broidy | c/o Lee S. Wolosky<br>Boies Schiller Flexner LLP<br>575 Lexington Ave., Floor 7<br>New York, NY 10022-6138<br>Tel.: (212) 446-2300 | 1-4 |
| Clayton Carol | 7 East 20th Street, #10R<br>New York, NY 10003<br>(Tel. number unknown) | 1-3 |
| Kevin Chalker | c/o Brendan R. McGuire<br>WilmerHale LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 295-6278 | 1-3 |
| Delon Cheng | c/o Argyle<br>20277 Valley Blvd.<br>Walnut, CA 91789<br>Tel.: (626) 810-9111 | 2, 4 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Cloudinary Ltd. | 111 W Evelyn Ave., Suite 206<br>Sunnyvale, CA 94086<br>(Tel. number unknown) | 2 |
| CLX Communications, Inc. | c/o Paracorp Inc.<br>2140 S Dupont Hwy<br>Camden, DE 19934<br>Tel.: (800) 533-7272 | 2 |
| Coinbase, Inc. | c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017<br>Tel.: (213) 627-8252 | 2 |
| Conover & Gould Strategic Communications, Inc. | 3520 Connecticut Ave NW, Suite 41<br>Washington, DC 20009<br>Tel.: (866) 411-7321 | 1-3 |
| Contina | 424 Church Street, Suite 2000<br>Nashville, TN 37219<br>Tel.: (615) 651-7385 | 2-3 |
| Datacenter IP, LLC | c/o Computer Solutions ISP, LLC<br>3234 Mountain Cove<br>Salt Lake City, UT 84124<br>Tel.: (801) 990-1070 | 2-3 |
| Datto, Inc. | c/o Austin McChord<br>101 Merritt 7<br>Norwalk, CT 06851<br>Tel.: (203)-665-6423 | 2-3 |
| Alan Dershowitz | c/o Harvard Law School<br>1575 Massachusetts Avenue<br>Cambridge, MA 02138<br>Tel.: (617)-495-3109 | 1 |
| Domains by Proxy, LLC | 14455 North Hayden Rd. Suite 219<br>Scottsdale, Arizona 85260<br>Tel.: (480) 505-8800 | 2-3 |
| Dropbox, Inc. | 333 Brannan St.<br>San Francisco, CA 94107<br>Tel.: (800)-620-5395 | 2-3 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| The Endurance International Group, Inc. | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>Tel.: (855) 998-4241 | 2-3 |
| Esquire | 300 W. 57th Street<br>New York, NY 10019<br>Tel.: (212) 649-4020 | 3 |
| GitHub | c/o Incorporating Services, Ltd.<br>7801 Folsom Boulevard<br>Suite 202<br>Sacramento, CA 95826<br>Tel.: (302)-531-0851 | 2 |
| GlobalPops/VoIPStreet, Inc. (VoIP Innovations) | Eight Penn Center West<br>Suite 101<br>Pittsburgh, PA 15276<br>Tel.: (866)-799-4767 | 2-3 |
| Global Risk Advisors (EMEA) Limited | c/o Brendan R. McGuire<br>WilmerHale LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 295-6278 | 1-3 |
| Global Risk Advisors LLC | c/o Brendan R. McGuire<br>WilmerHale LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 295-6278 | 1-3 |
| GoDaddy.com, LLC | 14455 North Hayden Rd.<br>Suite 219<br>Scottsdale, Arizona 85260<br>Tel.: (480) 505-8800 | 2-3 |
| Google Inc. | c/o Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Tel.: (650) 253-0000 | 2-3 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Happy Bear Motel | c/o Chirag Patel<br>1784 Killington Road<br>Killington, VT 05751<br>Tel.: (802) 345-9765 | 2-3 |
| Daron Hartvigsen | c/o Ankura Consulting Group<br>1220 19th Street, NW, Suite 700<br>Washington, DC 20036<br>Tel: (202) 797-1111 | 2-4 |
| Christopher Harvey | c/o Ankura Consulting Group<br>1 North Wacker Drive<br>Suite 1950<br>Chicago, IL 60606<br>Tel.: (312) 252-9501 | 2-3 |
| Shmully Hecht | 19 Howe Street<br>New Haven CT 06511<br>(Tel. number unknown) | 1 |
| Erica Hilliard | c/o Lee S. Wolosky<br>Boies Schiller Flexner LLP<br>575 Lexington Ave., Floor 7<br>New York, NY 10022-6138<br>Tel.: (212) 446-2300 | 2-4 |
| Malcolm Hoenlein | c/o Conference of Presidents of Major American Jewish Organizations<br>633 Third Avenue<br>New York, NY 10017<br>Tel.: (212) 318-6111 | 1 |
| Hook Mobile | 1593 Spring Hill Road, #540<br>Vienna, VA 22182<br>Tel.: (866)-835-7539 | 2 |
| Hootsuite | Corporation Service Company<br>80 State Street<br>Albany, New York 12207-2543<br>(Tel. number unknown) | 2 |
| Greg Howard | P.O. Box 68<br>Sebasco Estates, ME 04565<br>(Tel. number unknown) | 1-3 |
| Mike Huckabee | c/o Blue Diamond Horizons, Inc.<br>756 Blue Mountain Road<br>Santa Rosa Beach, FL 32459<br>Tel.: (212)-354-1828 | 1 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| The Huffington Post | 770 Broadway, New York, NY 10003 Tel.: (212) 652-6400 | 3 |
| Insta VPS | 358 S 700 E STE B-202 Salt Lake City, UT 08410 Tel.: (844)-900-2656 | 2-3 |
| Inteliquent, Inc. | 550 West Adams St., 9th Floor Chicago, IL 60661 Tel.: (312) 384-8000 | 2-3 |
| The Intercept | c/o First Look Media Works, Inc. 114 Fifth Ave. New York, NY 10011 Tel.: (917)-477-6500 | 3 |
| Robert Johnston | c/o Adlumin Inc. 1101 Wilson Blvd., 6th Floor Arlington, VA 22209 Tel.:(202)-352-8001 | 2-4 |
| Morton A. Klein | c/o Zionist Organization of America 633 3rd Ave., Floor 31B New York, NY 10017-8165 Tel.: (202)-481-1500 | 1 |
| Level 3 Communications, LLC | c/o CT Corporation System 818 West Seventh Street Suite 930 Los Angeles, CA 90017 Tel.:(213)-627-8252 | 2-3 |
| Levick Strategic Communications, LP | 1900 M Street NW Washington, DC 20036 Tel.: (202)-973-1300 | 1, 3 |
| LinkedIn | c/o Corporation Services Co. 2710 Gateway Oaks Drive Suite 150N Sacramento, CA 95844 Tel.: (916)-641-5100 | 2 |
| The McClatchy Company | 2100 Q Street Sacramento, CA 95816-6899 Tel.: (916) 321-1855 | 3 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Messagebird Inc. | c/o Incorporating Services, Ltd.<br>7801 Folsom Blvd Ste 202<br>Sacramento, CA 95826<br>(Tel. number unknown) | 2 |
| Micfo LLC | 198 East Bay Street<br>3rd Floor<br>Charleston, SC 29401<br>Tel.: (843)-800-1000 | 2-3 |
| Microsoft Corporation | c/o Corporation Service Co.<br>1090 VermontAvenue NW<br>Washington, DC 20005<br>Tel.: (202)-408-3121 | 2-3 |
| Joel Mowbray | c/o Kory Langhofer<br>Statecraft PLLC<br>649 North Fourth Avenue<br>First Floor<br>Phoenix, AZ 85003<br>Tel.: (602) 382-4078 | 1-4 |
| Nicolas D. Muzin | c/o Stephen J. Obermeier<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel.: (202) 719-7465 | 1-3 |
| Netrouting, Inc. | c/o Savvas Bout<br>Att: Netrouting Legal<br>36 NE 2nd Street, Suite 400<br>Miami, FL 33132<br>Tel.: (305)-705-6983 | 2-3 |
| The New York Times | 620 Eighth Avenue<br>New York, NY 10018<br>Tel.: 1(800)-698-4637 | 3 |
| Karl Noturno | c/o Stephen J. Obermeier<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel.: (202) 719-7465 | 1-3 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Oath | c/o CT Corporation System<br>818 West Seventh Street<br>Suite 930<br>Los Angeles, CA 90017<br>Tel,: (213)-627-8252 | 2 |
| Ooredoo Q.S.C. | Ooredoo Tower<br>West Bay Area, Doha, Qatar<br>Tel.:+(974)-440-0806 | 2-3 |
| P.D.R. Solutions (U.S.) LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>Tel.: (855) 998-4241 | 2-3 |
| Perfect Privacy LLC | 12808 Gran Bay Parkway West<br>Jacksonville, FL 32258<br>Tel.: (902)-749-2701 | 2-3 |
| David Mark Powell | C/O Global Risk Advisors<br>Mezzanine Level<br>Al Bidda Tower<br>Corniche Street<br>Doha, Qatar<br>(Tel. number unknown) | 1-3 |
| Privacy Protect, LLC | c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>Tel.: (855) 998-4241 | 2-3 |
| State of Qatar | c/o Mitchell A. Kamin<br>Covington & Burling LLP<br>1999 Avenue of the Stars,<br>Los Angeles, CA 90067<br>Tel.: (424)-332-4800 | 1-3 |
| QuadraNet, Inc. | c/o Robert B. Scapa, Esq.<br>21700 Oxnard St., Suite 670<br>Woodland Hills, CA 91367<br>Tel.: (818)-710-1881 | 2-3 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Robin Rosenzweig | c/o Jason Linder<br>Irell & Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Tel.: (310) 203-7640 | 1-4 |
| Ahmed al-Rumaihi | 1712 Abbot Kinney Boulevard,<br>Venice, CA 90291<br>(Tel. number unknown) | 1-3 |
| Marc Schneier | c/o Jeffrey C. Ruderman<br>Cyruli Shanks Hart<br>  & Zizmor LLP<br>420 Lexington Avenue<br>New York, New York 10170<br>Tel.: (212) 661-6800 | 1 |
| Alexander Shively | c/o Stephen J. Obermeier<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel.: (202) 719-7465 | 1-3 |
| Aryeh Shudofsky | c/o Stephen J. Obermeier<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel.: (202) 719-7465 | 1-3 |
| Sprint Spectrum L.P. | c/o The Prentice-Hall<br>Corporation System, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>Tel.: (302)-636-5400 | 2-3 |
| Stonington Strategies LLC | c/o Stephen J. Obermeier<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Tel.: (202) 719-7465 | 1-3 |
| Telintel Ltd. | 1655 N. Commerce Pkwy<br>Suite 204<br>Weston, FL 33326<br>Tel.: (786)-871-6500 | 2 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| Luke Tenery | c/o Ankura Consulting Group<br>1 North Wacker Drive<br>Suite 1950<br>Chicago, IL 60606<br>Tel.: (312) 252-9510 | 2-4 |
| Mohammed bin Hamad bin Khalifa al Thani | c/o Supreme Committee for Delivery and Legacy<br>Al Bidda Tower<br>Corniche St<br>Doha, Qatar<br>Tel.: +(974)-4475-2022 | 1-3 |
| Tamim bin Hamad Al Thani | c/o Mitchell A. Kamin<br>Covington & Burling LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Tel.: (424) 332-4759 | 1-3 |
| Ali Al Thawadi | c/o Supreme Committee for Delivery and Legacy<br>Al Bidda Tower<br>Corniche St<br>Doha, Qatar<br>Tel.: +(974)-4475-2022 | 1-3 |
| Hassan Al Thawadi | c/o Supreme Committee for Delivery and Legacy<br>Al Bidda Tower<br>Corniche St<br>Doha, Qatar<br>Tel.: +(974)-4475-2022 | 1-3 |
| TinyURL, LLC | c/o Nathan Hansen<br>Hansen Law Office<br>2440 Charles Street North<br>Suite 242<br>Tel.: (651) 704-9600 | 2 |
| T-Mobile USA, Inc. | c/o Subpoena Compliance Department<br>4 Sylvan Way<br>Parsippany, NJ 07054<br>Tel.: (973) 292-8911 | 2-3 |

| Name | Contact Information | Subject Matter |
|---|---|---|
| TPx Communications | 515 S. Flower St. 45th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 213-3000 | 2 |
| Verizon | c/o VSAT<br>180 Washington Valley Road<br>Bedminster, NJ 07921<br>Tel.: (800) 451-5242 | 2-3 |
| Cellco Partnership d/b/a Verizon Wireless | c/o Custodian of Records<br>180 Washington Valley Road<br>Beminster, NJ 07921<br>Tel.: (800) 451-5242 | 2-3 |
| Vermont Telephone Company, Inc. | c/o Downs Rachlin Martin PLLC<br>90 Prospect Street, PO Box 99<br>St. Johnsbury, VT 05819<br>Tel.: (802) 863-2375 | 2-3 |
| Vitello Consulting | 309 Yoakum Parkway<br>Suite 1418<br>Alexandria, VA 22304<br>Tel.: (571)-970-4305 | 1-3 |
| The Wall Street Journal | 1211 Avenue of the Americas<br>New York, NY 10036<br>Tel.: (212) 416-2000 | 3 |
| Lisa Williams | 271 S. Main Street<br>Wallingford, VT 05773<br>Tel.: (516) 784-0544 | 2-3 |
| Marc Williams | 271 S. Main Street<br>Wallingford, VT 05773<br>Tel.: (802) 446-9463 | 2-3 |
| XO Communications, LLC | c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>Tel.: (855) 998-4241 | 2 |

## II.  Description and Location of Documents

Set forth below are descriptions, by category and location, of all documents, electronically stored information, and tangible things that Plaintiffs have in their possession, custody, or control that Plaintiffs may use to support their claims, unless the use would be solely for impeachment.  The categories set forth below reflect

those that Plaintiff have identified as of the date of this disclosure and may not reflect all categories of documents in Plaintiffs' possession.  Plaintiffs reserve the right to supplement or amend these categories.

By setting forth this information, Plaintiffs do not admit to the relevance or admissibility of any category or any document in any category; nor do Plaintiffs acknowledge that any request for documents comprising all or part of any of these categories would reasonably be calculated to lead to the discovery of admissible evidence in this case, or be proportional or otherwise appropriate.  Plaintiffs expressly reserve the right to object to and/or withhold production of any documents in any of the categories set forth below.

These documents are in the form of electronically stored information or hard copy:

- BCM emails and documents: Plaintiffs may rely on emails and other electronically stored documents to support their claims or defenses.  These files are stored on a Microsoft Exchange server, identified as EX1, which was imaged using software called Forensics Tool Kit (FTK).  BCM also employed a file server, identified as FS1, which also was imaged using FTK.

Plaintiffs also may rely on physical copies of documents stored at the BCM office.

- Spearphishing emails sent to Plaintiffs' associates: Plaintiffs may rely on spearphishing emails sent to Plaintiffs' employees and associates.

- Internet Information System ("IIS") logs: Plaintiffs may rely on certain logs extracted from the BCM server showing connections to the BCM office.  Plaintiffs extracted logs from their images of the BCM server, including "Internet Information Systems" logs.  The discovered logs were in the Windows W3SVC generic format and included basic connection data to EX1 from 2013 up to March 6, 2018.  These logs were configured to show information about email account access.

- Other computer logs: Plaintiffs may rely on other computer logs

obtained from the BCM server and personal computers showing Internet browsing history, Remote Desktop Protocol ("RDP") connections, and system events ("Event Logs"). These logs have been extracted from the images of BCM servers and personal computers, described above.

### III. Computation of Damages

Plaintiffs have not completed their calculation for monetary damages. Expenses for remediation, monitoring and other security measures arising from the breach of Plaintiffs' computer systems continue to accrue. In addition, because Plaintiffs' stolen materials continue to be published and republished, it is not yet possible to calculate damages resulting from the dissemination of materials stolen from Plaintiffs. When available, documents and information will be provided in conformity with Fed. R. Civ. P. 26(a)(2) and/or any relevant Orders entered by the Court.

Dated: August 6, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Lee. S. Wolosky*
　　LEE S. WOLOSKY
　　*Counsel for Plaintiffs*

16

Case No. 18-cv-02421-JFW
PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES