IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT,
LLC, *et al.*

        *Plaintiffs*,

        v.

NICOLAS D. MUZIN, *et al.*,

        *Defendants*.

Civil Action No. 1:19-cv-00150-DLF

**JOINT STIPULATION TO WITHDRAW SUBPOENA TO BENJAMIN WIEDER
AND WITHDRAW MOTION TO QUASH WITHOUT PREJUDICE**

Plaintiffs Broidy Capital Management, LLC, *et al.* and Non-Party Benjamin Wieder submit this Joint Stipulation to Withdraw Subpoena to Benjamin Wieder and Withdraw Motion to Quash Without Prejudice ("Joint Stipulation"). Plaintiffs had served a Subpoena for Documents on Mr. Wieder on April 11, 2022. Mr. Wieder moved to quash the subpoena on April 25, 2022 (DE 142). On May 4, 2022, the court issued a Minute Order staying the briefing schedule for all pending motions, including the Motion to Quash. The Court held a hearing on June 15, 2022, indicating the stay was lifted, and indicated that, if Plaintiffs wished to file a response to the motion, they should follow the procedures regarding discovery disputes set forth in the Court's standing order by June 23, 2022.

Plaintiffs' counsel and counsel for Mr. Wieder conferred following the Court's hearing. Plaintiffs have withdrawn the Subpoena for Documents to Mr. Wieder without prejudice and reserve the right to issue a new subpoena if they choose later in the litigation. Because the subpoena has been withdrawn, Mr. Wieder withdraws the present Motion to Quash without

prejudice and reserves the right to object to and move to quash any future subpoenas served on him.

Dated: June 23, 2022                                   Respectfully submitted,

                                                       HOLLAND & KNIGHT LLP

                                                       By: /s/ Christine N. Walz
                                                       Christine N. Walz, D.C. Bar #996643
                                                       31 West 52nd Street, 12th Floor
                                                       New York, NY 10019
                                                       Telephone: 212-513-3200
                                                       Christine.Walz@hklaw.com

                                                       Cynthia A. Gierhart, D.C. Bar #1027690
                                                       800 17th St. NW, Suite 1100
                                                       Washington, D.C. 20006
                                                       Telephone: 202-469-5416
                                                       Cindy.Gierhart@hklaw.com

                                                       *Attorneys for Benjamin Wieder*



                                                       KASOWITZ BENSON TORRES LLP

                                                       By:/s/ Andrew R. Kurland
                                                       Andrew R. Kurland (*pro hac vice*)
                                                       1633 Broadway
                                                       New York, New York 10019
                                                       Tel.  (212) 506-3306
                                                       Fax.  (212) 835-5254
                                                       AKurland@kasowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation to Withdraw Subpoena to Benjamin Wieder and Motion to Quash Without Prejudice for Documents, and accompanying Memorandum of Law, was served by ECF filing on June 23, 2022 on all counsel of record.

/s/ Christine N. Walz
Christine N. Walz
HOLLAND & KNIGHT LLP

*Counsel for Non-Party Benjamin Wieder*