UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No. 19-cv-00150-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's July 20, 2022 Minute Order, Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs") and Defendants Nicolas D. Muzin, Stonington Strategies LLC, Gregory Howard, and Joseph Allaham (together, "Defendants"), by counsel, hereby submit this Joint Status Report regarding new discovery deadlines.

1.　In light of Qatar's pending appeal before the Court of Appeals for the D.C. Circuit, which will determine whether Defendants are required to produce documents and provide information that are the subject of that appeal, proceeding with the current discovery schedule is not feasible until the appeal is resolved.

2.　The parties jointly therefore propose that the new substantial completion deadline for document discovery be moved to 60 days after the D.C. Circuit issues a decision on the appeal, which will be fully briefed by September 26, 2022.

3.　In their discovery responses, Defendants asserted certain privileges and immunities belonging to Qatar that are implicated in the appeal. Plaintiffs thus propose, and defendants are amenable to, adding a new deadline to amend any discovery responses, if necessary, based on the

D.C. Circuit's decision. The parties propose that this deadline shall occur 30 days after the issuance of the mandate on the D.C. Circuit's decision.

4. The remainder of the deadlines would be moved accordingly based on the time periods between deadlines in the current Scheduling Order. *See* Minute Order, Apr. 25, 2022.

5. The parties' proposed new schedule is as follows:

| Event | Current Deadline | New Deadline* |
|---|---|---|
| Amend discovery responses, if necessary after D.C. Circuit decision | N/A | 30 days after D.C. Circuit decision |
| Substantial completion of document discovery | August 19, 2022 | 30 days after deadline to amend discovery responses |
| Motions to add parties or amend pleadings | September 2, 2022 | 14 days after substantial completion |
| Close of fact discovery | October 13, 2022 | 41 days after motions to add parties |
| Close of expert discovery | January 5, 2023 | 84 days after close of fact discovery |
| Dispositive motions | February 2, 2023 | 28 days after close of expert discovery |
| Responses to dispositive motions | March 2, 2023 | 28 days after dispositive motions |
| Replies in support of dispositive motions | March 23, 2023 | 21 days after responses to dispositive motions |

* To the extent that this day falls on a weekend or holiday, the deadline will be the next business day.

Dated: July 27, 2022

Respectfully submitted,

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | WILEY REIN LLP |
| By: /s/ Henry B. Brownstein<br>Henry B. Brownstein<br>D.C. Bar No. 1026042<br>1401 New York Avenue, Suite 401<br>Washington, D.C. 20005<br>Tel.: (202) 760-3400<br>hbrownstein@kasowitz.com<br><br>Daniel R. Benson (*pro hac vice*)<br>Andrew R. Kurland (*pro hac vice*)<br>Sarah G. Leivick (*pro hac vice*)<br>1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 506-1700<br>dbenson@kasowitz.com<br>akurland@kasowitz.com<br>sleivick@kasowitz.com<br><br>*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy* | By: /s/ Stephen J. Obermeier<br>Stephen J. Obermeier (D.C. Bar # 979667)<br>sobermeier@wiley.law<br>Rebecca Fiebig (D.C. Bar # 976854)<br>rfiebig@wiley.law<br>Enbar Toledano (D.C. Bar # 1030939)<br>etoledano@wiley.law<br>Krystal B. Swendsboe (D.C. Bar # 1552259)<br>kswendsboe@wiley.law<br>2050 M Street NW<br>Washington, DC 20036<br>Phone: (202) 719-7000<br>Facsimile: (202) 719-7049<br><br>*Counsel for Defendants Stonington Strategies LLC and Nicolas D. Muzin* |
| ARENT FOX LLP | RIFKIN WEINER LIVINGSTON LLC |
| /s/ Randall A. Brater<br>Randall A. Brater<br>1717 K Street NW<br>Washington, DC 20006<br>randall.brater@arentfox.com<br><br>Eric Roman<br>Mohammed T. Farooqui<br>Nicholas Collins<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019<br>eric.roman@arentfox.com<br>mohammed.farooqui@arentfox.com<br>nicholas.collins@arentfox.com<br><br>*Counsel for Defendant Joseph Allaham* | /s/ Charles S. Fax<br>Charles S. Fax<br>7979 Old Georgetown Road, Suite 400<br>Bethesda, MD 20814<br>cfax@rwlls.com<br><br>Jeffrey A. Udell<br>Adam P. Cohen<br>Jacob Gardener<br>Walden Macht & Haran LLP<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br>judell@wmhlaw.com<br>acohen@wmhlaw.com<br>jgardener@wmhlaw.com<br><br>*Counsel for Defendant Gregory Howard* |