UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, ELLIOTT BROIDY </br></br> Plaintiffs, </br></br> v. </br></br> NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC, </br></br> Defendants. | Case No. 1:19-cv-00150-DLF |

**NON-PARTY ADLUMIN, INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA**

Pursuant to this Court's Minute Order dated September 23, 2022, non-party Adlumin Inc. hereby requests a period of 30 days to respond to the revised Subpoena served by Defendants Nicolas D. Muzin and Stonington Strategies, LLC on June 29, 2022 (the "Subpoena"). Adlumin certifies that the parties have met and conferred pursuant to LCvR 7(m), and as set forth below, Defendants Muzin and Stonington do not oppose the motion.

**POINTS AND AUTHORITIES SUPPORTING THE MOTION**

Good cause exists for the grant of the requested 30-day extension. *See, e.g., Barnes v. D.C.,* 2012 U.S. Dist. LEXIS 133764 (D.D.C) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time..."). Such good cause includes the following points:

1. Adlumin, Inc. has agreed to respond to the Subpoena within 30 days.

2. Defendants Muzin and Stonington do not oppose the grant of the additional 30 days. As part of that statement of non-opposition, Defendants Muzin and Stonington take the position that Adlumin has waived all objections, including any privilege claims that predate the engagement of undersigned counsel. Adlumin will respond to that position if an applicable situation arises.

3. Further action by the Court beyond the approval of this motion is unnecessary and would not likely result in production of documents on a more expedient timeline.

    Respectfully submitted,

    MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY & POPEO, P.C.

    By: /s/ Robert G. Kidwell
        Robert G. Kidwell
        D.C. Bar No. 468084
        555 12th Street, NW, Suite 1100
        Washington, D.C. 20004
        Tel.: (202) 661-8752
        Fax: (202) 434-7400
        rgkidwell@mintz.com

    *Counsel for Adlumin, Inc.*

    September 29, 2022

## CERTIFICATE OF SERVICE

I, Robert G. Kidwell, certify that a true and correct copy of the foregoing was served on all parties via the Court's Electronic Case Filing System pursuant to LCvR 5.4(d) on September 29, 2022.

/s/ Robert G. Kidwell

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, ELLIOTT BROIDY )<br><br>Plaintiffs, )<br><br>v. )<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC, )<br><br>Defendants. ) | Case No. 1:19-cv-00150-DLF |

## [Proposed] ORDER

For good cause shown, the Court hereby GRANTS Non-Party Adlumin, Inc.'s Unopposed Motion for Extension of Time to Respond to Subpoena. Adlumin's response to the Subpoena is now due on or before Monday, October 31, 2022.

**SO ORDERED.**

Dated: September __, 2022

Dabney L. Friedrich
United States District Judge