



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Adlumin, Inc.
   1701 Rhode Island Ave NW
   Washington, DC 20036

2. Article Number

   7002 0860 0000 7773 7763

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1035

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _JoV M_                    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JaiVaim Marbin

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

UNITED STATES POSTAL SERVICE
CAPITAL DISTRICT 208
30 SEP 2022 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk's Office
Attn: J. Hopkins
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

01-283700