# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, ELLIOTT BROIDY<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>Defendants. | Civil Action No.: 19-cv-00150-DLF |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6, Jeffrey Ephraim Glatt is withdrawing as counsel for plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Broidy") in the above-entitled action. Daniel R. Benson, Jacob Benson, Henry B. Brownstein, Andrew R. Kurland, and Sarah G. Leivick remain as counsel of record for Broidy.

Dated: March 9, 2023

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: */s/ Jeffrey Ephraim Glatt*
Jeffrey Ephraim Glatt
1633 Broadway
New York, NY 10019
Tel.: (212) 542-4706
Fax: (646) 514-9240
jglatt@kasowitz.com

*Attorneys for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy*