UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>         Plaintiffs,<br><br>   v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>         Defendants. | Case No. 19-cv-00150-DLF |

## JOINT STATUS REPORT

  Pursuant to the Court's July 28, 2022 Minute Order, Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs") and Defendants Nicolas D. Muzin, Stonington Strategies LLC, Gregory Howard, and Joseph Allaham (together, "Defendants," and with Plaintiffs, the "Parties"), by counsel, hereby submit this Joint Status Report regarding a proposed case schedule.

  1. On July 27, 2022, the Parties jointly proposed a discovery schedule that would commence after the U.S. Court of Appeals for the D.C. Circuit issued a decision on the State of Qatar's appeal of the Court's June 2, 2022 Memorandum Opinion (Dkt. No. 148).

  2. On July 28, 2022, the Court vacated all existing discovery deadlines and entered a Minute Order, stating that, "[w]ithin seven days of the D.C. Circuit's decision in this case, the parties shall file another joint status report that proposes new discovery dates that are consistent with the parties' proposed schedule."

  3. On March 10, 2023, the D.C. Circuit issued a decision on Qatar's appeal, dismissing the appeal because Qatar is not a party to this action, and remanding "with instructions

to the District Court to afford Qatar the opportunity to intervene or take some other action to become a party in accordance with th[e] opinion before enforcing the discovery order." The decision further "instruct[s] the District Court to provide Qatar the opportunity to timely intervene to assert its rights under the Vienna Conventions and international comity, or file some other appropriate motion to become party to this litigation[.]"

4. On March 10, 2023, the D.C. Circuit also issued an Order withholding issuance of the mandate "until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc."

5. The Parties therefore respectfully request that the Court defer its deadline for the parties to propose discovery deadlines, and respectfully request the opportunity to submit a Joint Status Report within fourteen (14) days of the issuance of the D.C. Circuit's mandate.

[Intentionally left blank]

Dated: March 17, 2023

Respectfully submitted,

| KASOWITZ BENSON TORRES LLP | WILEY REIN LLP |
|---|---|
| By: /s/ Sarah G. Leivick<br>Henry B. Brownstein<br>D.C. Bar No. 1026042<br>1401 New York Avenue, Suite 401<br>Washington, D.C. 20005<br>Tel.: (202) 760-3400<br>hbrownstein@kasowitz.com<br><br>Daniel R. Benson (*pro hac vice*)<br>Andrew R. Kurland (*pro hac vice*)<br>Sarah G. Leivick (*pro hac vice*)<br>1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 506-1700<br>dbenson@kasowitz.com<br>akurland@kasowitz.com<br>sleivick@kasowitz.com<br><br>*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy* | By: /s/ Stephen J. Obermeier<br>Stephen J. Obermeier (D.C. Bar # 979667)<br>sobermeier@wiley.law<br>Rebecca Fiebig (D.C. Bar # 976854)<br>rfiebig@wiley.law<br>Enbar Toledano (D.C. Bar # 1030939)<br>etoledano@wiley.law<br>Krystal B. Swendsboe (D.C. Bar # 1552259)<br>kswendsboe@wiley.law<br>2050 M Street NW<br>Washington, DC 20036<br>Phone: (202) 719-7000<br>Facsimile: (202) 719-7049<br><br>*Counsel for Defendants Stonington Strategies LLC and Nicholas D. Muzin* |
| ARENTFOX SCHIFF LLP | RIFKIN WEINER LIVINGSTON LLC |
| /s/ Randall A. Brater<br>Randall A. Brater<br>1717 K Street NW<br>Washington, DC 20006<br>randall.brater@afslaw.com<br><br>Eric Roman<br>Mohammed T. Farooqui<br>Nicholas Collins<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019<br>eric.roman@afslaw.com<br>mohammed.farooqui@afslaw.com<br>nicholas.collins@afslaw.com<br><br>*Counsel for Defendant Joseph Allaham* | /s/ Charles S. Fax<br>Charles S. Fax<br>7979 Old Georgetown Road, Suite 400<br>Bethesda, MD 20814<br>cfax@rwlls.com<br><br>Jeffrey A. Udell<br>Adam P. Cohen<br>Jacob Gardener<br>Walden Macht & Haran LLP<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br>judell@wmhlaw.com<br>acohen@wmhlaw.com<br>jgardener@wmhlaw.com<br><br>*Counsel for Defendant Gregory Howard* |