UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY, <br><br> Plaintiffs, <br><br> v. <br><br> NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC, <br><br> Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**STATE OF QATAR'S UNOPPOSED MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF PROTECTING ITS SOVEREIGN PRIVILEGES AND IMMUNITIES**

The State of Qatar ("Qatar") respectfully moves to intervene in this action for the limited purpose of protecting its privileges and immunities under the Vienna Convention on Diplomatic Relations, Apr. 18, 1961, 23 U.S.T. 3227, 500 U.N.T.S. 95, the Vienna Convention on Consular Relations, Apr. 24, 1963, 21 U.S.T. 77, 596 U.N.T.S. 261, principles of international comity, and any related privileges, at all stages of discovery in this case.

This motion follows the D.C. Circuit's instruction that Qatar be afforded an opportunity to "timely intervene to assert its rights under the Vienna Conventions and international comity" in this case prior to "enforc[ement] [of] the [Court's] underlying discovery order." *Broidy Cap. Mgmt. LLC v. Muzin*, 61 F.4th 984, 987, 999 (D.C. Cir. 2023). In making this motion, Qatar expressly preserves and does not waive any rights or immunities, including its immunity from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act. *See id.* at 995–98.

1

As explained in the attached memorandum, Qatar satisfies all four elements of the test for intervention as of right under Federal Rule of Civil Procedure 24(a).  In further support of this motion, Qatar files herewith a Memorandum of Law and a Proposed Order.

Qatar has met and conferred with the parties pursuant to Local Rule 7(m).  Plaintiffs Elliott Broidy and Broidy Capital Management, LLC (collectively "Broidy") do not oppose this motion. Nicolas D. Muzin, Joseph Allaham, Gregory Howard, and Stonington Strategies LLC (collectively "Defendants") also do not oppose this motion.

Dated: April 26, 2023

Respectfully submitted,

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut (D.C. Bar No. 989222)
David M. Zionts (D.C. Bar No. 995170)
Amber M. Charles (D.C. Bar No. 1035226)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com
dzionts@cov.com
acharles@cov.com

Mitchell A. Kamin (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
(424) 332-4800
mkamin@cov.com

*Counsel for State of Qatar*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, I caused a true and correct copy of the foregoing State of Qatar's Unopposed Motion to Intervene for the Limited Purpose of Protecting Its Sovereign Privileges and Immunities to be filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

Dated: April 26, 2023

/s/ *Alexander A. Berengaut*
Alexander A. Berengaut (D.C. Bar No. 989222)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com

*Counsel for State of Qatar*