**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>            Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>            Defendants. | Case No. 19-cv-00150-DLF |

**JOINT STATUS REPORT**

Pursuant to the Court's March 19, 2023 Minute Order, Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs") and Defendants Nicolas D. Muzin, Stonington Strategies LLC, Gregory Howard, and Joseph Allaham (together, "Defendants," and with Plaintiffs, the "Parties"), by counsel, hereby submit this Joint Status Report.

1.   On April 18, 2023, the United States Court of Appeals for the D.C. Circuit issued the mandate in connection with the State of Qatar's appeal of the Court's June 2, 2022 Memorandum Opinion (Dkt. No. 171).

2.   On April 26, 2023, Qatar filed an unopposed motion to intervene (Dkt. No. 173), and attached as exhibits: (a) a motion to vacate this Court's prior order, and (b) a joint motion to stay enforcement of the Court's prior order and hold in abeyance Qatar's motion to vacate.  Qatar requested that after granting Qatar's motion to intervene, the Court accept both motions as filed.

3.   The joint motion to stay includes a proposed procedure for Qatar to assert its claimed privileges and immunities through preparation of a privilege log, which will be sent to Plaintiffs by June 8, 2023.  (Dkt. No. 173-4.)  Plaintiffs will have until June 15, 2023 to raise any

objections to any of Qatar's asserted privileges and immunities, Plaintiffs and Qatar will meet and confer to attempt to narrow or resolve any objections, and then Plaintiffs and Qatar will bring any disputes concerning the log to the Court.

4.   In light of the potential need for the Court to adjudicate disputes concerning Qatar's privilege log, as well as Qatar's motion to vacate, the Parties respectfully request that the Court permit the Parties to submit a Joint Status Report with proposed discovery deadlines by the earlier of June 30, 2023, or within seven (7) days of Plaintiffs' and Qatar's first submission to the Court of a dispute concerning Qatar's privilege log, or as otherwise directed by the Court.

[Intentionally left blank]

Dated: May 1, 2023

Respectfully submitted,

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | WILEY REIN LLP |
| By: */s/ Henry B. Brownstein* <br> Henry B. Brownstein <br> D.C. Bar No. 1026042 <br> 1401 New York Avenue, Suite 401 <br> Washington, D.C. 20005 <br> Tel.: (202) 760-3400 <br> hbrownstein@kasowitz.com <br><br> Daniel R. Benson (*pro hac vice*) <br> Andrew R. Kurland (*pro hac vice*) <br> Sarah G. Leivick (*pro hac vice*) <br> 1633 Broadway <br> New York, New York 10019 <br> Tel.: (212) 506-1700 <br> dbenson@kasowitz.com <br> akurland@kasowitz.com <br> sleivick@kasowitz.com <br><br> *Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy* | By:  */s/ Stephen J. Obermeier* <br> Stephen J. Obermeier (D.C. Bar # 979667) <br> sobermeier@wiley.law <br> Rebecca Fiebig (D.C. Bar # 976854) <br> rfiebig@wiley.law <br> Enbar Toledano (D.C. Bar # 1030939) <br> etoledano@wiley.law <br> Krystal B. Swendsboe (D.C. Bar # 1552259) <br> kswendsboe@wiley.law <br> 2050 M Street NW <br> Washington, DC 20036 <br> Phone: (202) 719-7000 <br> Facsimile: (202) 719-7049 <br><br> *Counsel for Defendants Stonington Strategies LLC and Nicolas D. Muzin* |
| ARENT FOX LLP | RIFKIN WEINER LIVINGSTON LLC |
| */s/ Randall A. Brater* <br> Randall A. Brater <br> 1717 K Street NW <br> Washington, DC 20006 <br> randall.brater@arentfox.com <br><br> Eric Roman <br> Mohammed T. Farooqui <br> Nicholas Collins <br> 1301 Avenue of the Americas, Floor 42 <br> New York, NY 10019 <br> eric.roman@arentfox.com <br> mohammed.farooqui@arentfox.com <br> nicholas.collins@arentfox.com <br><br> *Counsel for Defendant Joseph Allaham* | */s/ Charles S. Fax* <br> Charles S. Fax <br> 7979 Old Georgetown Road, Suite 400 <br> Bethesda, MD 20814 <br> cfax@rwlls.com <br><br> Jeffrey A. Udell <br> Adam P. Cohen <br> Jacob Gardener <br> Walden Macht & Haran LLP <br> 250 Vesey Street, 27th Floor <br> New York, NY 10281 <br> judell@wmhlaw.com <br> acohen@wmhlaw.com <br> jgardener@wmhlaw.com <br><br> *Counsel for Defendant Gregory Howard* |