**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**ORDER GRANTING JOINT MOTION TO STAY ENFORCEMENT OF THE COURT'S PRIOR ORDER (ECF NOS. 148, 149) AND HOLD IN ABEYANCE QATAR'S MOTION TO VACATE THE COURT'S PRIOR ORDER REGARDING QATAR'S PRIVILEGES AND IMMUNITIES**

Upon consideration of the State of Qatar ("Qatar") and Plaintiffs Elliott Broidy and Broidy Capital Management LLC's ("Broidy") Joint Motion to Stay Enforcement of the Court's Prior Order (ECF Nos. 148, 149) and Hold in Abeyance Qatar's Motion to Vacate the Court's Prior Order Regarding Qatar's Privileges and Immunities, it is this 3rd day of May, 2023, hereby:

**ORDERED** that the Joint Motion is **GRANTED**.

It is further **ORDERED** that:

1. Pending the Court's resolution of any disputed log entries as set forth in paragraph 3 below, enforcement of the Court's prior Order (ECF Nos. 148, 149) is **STAYED** insofar as that Order: (1) addresses the applicability of Qatar's privileges and immunities to documents and information held by Defendants, and (2) modifies the operative Protective Order in this case by narrowing what documents can be marked as "Highly Confidential;"

1

2.      Any further briefing deadlines related to, or resolution of, Qatar's Motion to Vacate the Court's Prior Order Regarding Qatar's Privileges and Immunities  (ECF No. 175) are **HELD IN ABEYANCE** pending the submission to the Court of a discovery dispute as set forth in paragraph 3.f below; and

3.      Qatar is permitted to prepare and serve a privilege log as follows:

a.      Within 45 days of April 24, 2023 (Thursday, June 8, 2023) Qatar will complete and serve a substantially complete log that asserts its claimed privileges and immunities over the documents and information identified by Defendants or non-party subpoena recipients which are subject to production but for an assertion of privilege or immunity by Qatar.  Log entries will include an explanation for Qatar's assertion of its claimed privileges and immunities and will describe the nature of each withheld document in a manner that will enable Plaintiffs to assess Qatar's assertions.

b.      On a rolling basis, as and when Qatar determines not to assert its privileges or immunities with respect to documents and information it reviews during the process of preparing its privilege log, Qatar will so inform the relevant Defendant or non-party subpoena recipient and the Defendant or non-party subpoena recipient will promptly produce such documents or information.

c.      To the extent that the resolution of discovery disputes between Broidy and Defendants or non-party subpoena recipients, or additional discovery requests served by Broidy, result in additional documents and information becoming subject to production but for an assertion of privilege or immunity by Qatar, Qatar will serve a supplemental privilege log for those materials on a rolling basis.

d.      Within seven days after receiving Qatar's initial privilege log (*i.e.*, by June 15, 2023) or within seven days after receiving any supplemental log, Broidy will provide Qatar with any objections to Qatar's asserted privileges and immunities.

e.      Within seven days after receiving Plaintiffs' objections, Qatar and Broidy will begin the process of meeting and conferring in good faith in order to seek to narrow or resolve any objections.

f.      At the conclusion of the meet-and-confer process, and in accordance with the Court's procedure for resolving discovery disputes, Qatar and Broidy will submit to the Court each party's position regarding the disputed log entries. The Court notes that Qatar and Broidy have each reserved their right to advocate with respect to the appropriateness of *in camera* review as part of the resolution of any disputed log entries.

**SO ORDERED.**

May 3, 2023

Hon. Dabney L. Friedrich
United States District Judge