UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>                           Plaintiffs,<br><br>            v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES LLC,<br><br>                           Defendants. | Case No. 19-cv-00150-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's May 3, 2023 Order (ECF 177), Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs") and Defendants Nicolas D. Muzin, Stonington Strategies LLC, Gregory Howard, and Joseph Allaham (together, "Defendants"), by counsel, hereby submit this Joint Status Report regarding new discovery deadlines.

1. Pursuant to the Court's May 3, 2023 Order (ECF 177), the State of Qatar has served privilege logs purporting to identify the basis of the privileges and immunities it asserts over the documents and communications being withheld by Defendants and certain third-party subpoena recipients. Plaintiffs have raised various objections to Qatar's assertions of privileges and immunities. Plaintiffs and Qatar have exchanged multiple letters, are meeting and conferring, and expect to submit this dispute to the Court next week.

2. It is also necessary to take account of an additional pending discovery dispute, which relates to the discovery obligations of the Plaintiffs and certain non-party subpoena recipients acting in concert with Plaintiffs. The Parties have exchanged multiple letters regarding this dispute, are meeting and conferring, and expect to submit this dispute to the Court next week,

in accordance with the procedure set forth in the Court's May 4, 2022 Standard Order (ECF No. 145).

3. In light of the pending disputes and the forthcoming joint letters raising those disputes with the Court, the parties propose that the new deadline for completion of all document discovery be moved to the latter of seven (7) days after this Court issues a decision on Plaintiffs' objections to Qatar's privilege logs, or seven (7) days after this Court issues a decision on Defendants' dispute with Plaintiffs and certain non-party subpoena recipients acting in concert with Plaintiffs.

4. The remainder of the deadlines would be moved accordingly based on the time periods between deadlines in the current Scheduling Order. *See* Minute Order, Apr. 25, 2022.

5. The parties' proposed new schedule is as follows:

| Event | New Deadline* |
|---|---|
| Completion of all document discovery | The latter of either 7 days after this Court issues a decision on Plaintiffs' objections to Qatar's privilege logs or the Court issues a decision on Defendants' dispute with Plaintiffs. |
| Motions to add parties or amend pleadings | 14 days after completion of all document discovery |
| Close of fact discovery | 41 days after motions to add parties |
| Close of expert discovery | 84 days after close of fact discovery |
| Dispositive motions | 28 days after close of expert discovery |
| Responses to dispositive motions | 28 days after dispositive motions |
| Replies in support of dispositive motions | 21 days after responses to dispositive motions |

\* To the extent that this day falls on a weekend or holiday, the deadline will be the next business day.

2

Dated: June 30, 2023

Respectfully submitted,

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | WILEY REIN LLP |
| By:  s/ *Henry B. Brownstein*<br>Henry B. Brownstein<br>D.C. Bar No. 1026042<br>1401 New York Avenue, Suite 401<br>Washington, D.C. 20005<br>Tel.: (202) 760-3400<br>hbrownstein@kasowitz.com<br><br>Daniel R. Benson (*pro hac vice*)<br>Sarah G. Leivick (*pro hac vice*)<br>1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 506-1700<br>dbenson@kasowitz.com<br>akurland@kasowitz.com<br>sleivick@kasowitz.com<br><br>*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy* | By:  s/ *Stephen J. Obermeier*<br>Stephen J. Obermeier (D.C. Bar # 979667)<br>sobermeier@wiley.law<br>Rebecca Fiebig (D.C. Bar # 976854)<br>rfiebig@wiley.law<br>Enbar Toledano (D.C. Bar # 1030939)<br>etoledano@wiley.law<br>Krystal B. Swendsboe (D.C. Bar # 1552259)<br>kswendsboe@wiley.law<br>2050 M Street NW<br>Washington, DC 20036<br>Phone: (202) 719-7000<br>Facsimile: (202) 719-7049<br><br>*Counsel for Defendants Stonington Strategies LLC and Nicolas D. Muzin* |
| ARENTFOX SCHIFF LLP | RIFKIN WEINER LIVINGSTON LLC |
|   s/ *Randall A. Brater*<br>Randall A. Brater<br>1717 K Street NW<br>Washington, DC 20006<br>randall.brater@afslaw.com<br><br>Eric Roman<br>Mohammed T. Farooqui<br>Nicholas Collins<br>1301 Avenue of the Americas, Floor 42<br>New York, NY 10019<br>eric.roman@afslaw.com<br>mohammed.farooqui@afslaw.com<br>nicholas.collins@afslaw.com<br><br>*Counsel for Defendant Joseph Allaham* |   s/ *Charles S. Fax*<br>Charles S. Fax<br>7979 Old Georgetown Road, Suite 400<br>Bethesda, MD 20814<br>cfax@rwlls.com<br><br>Jeffrey A. Udell<br>Adam P. Cohen<br>Jacob Gardener<br>Walden Macht & Haran LLP<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br>judell@wmhlaw.com<br>acohen@wmhlaw.com<br>jgardener@wmhlaw.com<br><br>*Counsel for Defendant Gregory Howard* |

3