UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY, <br><br> Plaintiffs, <br><br> v. <br><br> NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC, <br><br> Defendants. | Civil Action No. 1:19-cv-00150-DLF |

### NOTICE OF STATE OF QATAR'S PRIVILEGE LOG SUBMISSION

Pursuant to the Court's July 28, 2023 Minute Order, the State of Qatar ("Qatar") respectfully submits its privilege logs, which assert Qatar's claimed privileges and immunities over documents and information held by Defendants and non-party subpoena recipients. Qatar's privilege logs are attached as Exhibit A to this notice, and are being filed provisionally under seal pursuant to Qatar's accompanying Motion for Leave to File Privilege Logs Under Seal.

In its Minute Order, the Court directed that:

> To the extent that Qatar intends to rely on the United States' proposed test for consular inviolability, the log should provide concrete facts, specific to each document, that are sufficient to establish: (1) that the Qatari mission provided the documents or (2) that the documents (a) were solicited by the mission (b) for reasons essential to the function of the mission and (c) contain information incorporated from inviolable Qatari documents or archives; and (3) that Qatar maintained objectively reasonable expectations of confidentiality with respect to the documents.

Minute Order (July 28, 2023) (internal citation omitted). In accordance with the Court's Minute Order, Qatar has supplemented its privilege log entries with additional detail regarding the elements of the United States' proposed test as articulated by the Court's Minute Order.

1

Given that the Court's Minute Order directs Qatar to provide this detail "to the extent [it] intends to rely on the United States' proposed test," Qatar respectfully submits the following context for its position regarding the United States' proposed test. As explained in its Reply Brief filed with the D.C. Circuit, Qatar does not disagree with the United States' proposed test, as articulated by the United States in its amicus brief. *See* Reply Brief for Appellant State of Qatar, *Broidy Cap. Mgmt. LLC v. Muzin*, 61 F.4th 984 (D.C. Cir. 2023) (No. 22-7082), 2022 WL 4482880, at *14–15. At the same time, Qatar submits that there are various means through which a mission may "solicit" work product, as well as numerous ways in which resulting communications may "incorporate" the mission's information. Qatar accordingly suggested several clarifying principles for the United States' proposed test in its D.C. Circuit brief, *id.* at *14–18, and Qatar's initial privilege logs were prepared based on Qatar's articulation of the test. Qatar will more fully address its proposed clarifying principles on the United States' proposed test in Qatar's forthcoming brief to be filed on August 18, 2023, in accordance with the Court's Minute Order dated July 28, 2023. In the meantime, Qatar's objective here is merely to inform the Court of its position in relation to the United States' proposed test, in light of the Court's July 28, 2023 Minute Order.

Dated: August 7, 2023

Respectfully submitted,

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut (D.C. Bar No. 989222)
David M. Zionts (D.C. Bar No. 995170)
Amber M. Charles (D.C. Bar No. 1035226)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com
dzionts@cov.com
acharles@cov.com

*Counsel for State of Qatar*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, a true and correct copy of the foregoing Notice of State of Qatar's Privilege Log Submission was filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, and emailed to all counsel of record, as more fully reflected on the Notice of Electronic Filing.

Dated: August 7, 2023

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut (D.C. Bar No. 989222)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com

*Counsel for State of Qatar*