UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**PLAINTIFFS' CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiffs Broidy Capital Management, LLC and Elliott Broidy respectfully submit this cross-motion, pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, to compel defendants Nicolas D. Muzin, Joseph Allaham, Gregory Howard, and Stonington Strategies, LLC, and third-party subpoena recipients Heather Conover, Jeff Kleuter, and Information Management Services, Inc. to produce the withheld documents over which Intervenor the State of Qatar asserts purported privileges and immunities under the Vienna Convention on Diplomatic Relations, Apr. 18, 1961, 23 U.S.T. 3227, 500 U.N.T.S. 95, and deliberative-process privilege. Plaintiffs' cross-motion should be granted for the reasons set forth in the accompanying memorandum of law. Pursuant to Local Rule 7(c), a proposed order is submitted herewith.[1]

---

[1] Pursuant to L.Civ. R. 7(m), Plaintiffs' counsel have conferred with Qatar's counsel regarding the subject matter of this cross-motion. Qatar opposes this cross-motion.

Dated: August 7, 2023

        Respectfully submitted,

        KASOWITZ BENSON TORRES LLP

        By: */s/ Daniel R. Benson*
        Daniel R. Benson (*pro hac vice*)
        Sarah G. Leivick (*pro hac vice*)
        1633 Broadway
        New York, New York 10019
        Tel.: (212) 506-1700
        dbenson@kasowitz.com
        sleivick@kasowitz.com
        skhojasteh@kasowitz.com
        dadams@kasowitz.com

        Henry B. Brownstein
        D.C. Bar No. 1026042
        1401 New York Avenue, Suite 401
        Washington, D.C. 20005
        Tel.: (202) 760-3400
        hbrownstein@kasowitz.com

        *Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy*