UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-00150-DLF |

### DECLARATION OF DANIEL R. BENSON
### IN SUPPORT OF PLAINTIFFS' CROSS-MOTION TO COMPEL
### AND IN OPPOSITION TO QATAR'S MOTION TO VACATE

I, Daniel R. Benson, declare under penalty of perjury that the following is true and correct:

1. I am a member of Kasowitz Benson Torres LLP, counsel for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy in the above-captioned action. I am admitted *pro hac vice* to this Court. I submit this declaration in support of Plaintiffs' Cross-Motion to Compel and in Opposition to Qatar's Motion to Vacate.

2. Attached hereto as Exhibit 1 is a copy of Qatar's June 8, 2023 privilege log for Joseph Allaham.

3. Attached hereto as Exhibit 2 is a copy of Qatar's June 8, 2023 privilege log for Nicolas Muzin and Stonington Strategies LLC.

4. Attached hereto as Exhibit 3 is a copy of Qatar's June 8, 2023 privilege log for Gregory Howard.

5. Attached hereto as Exhibit 4 is a copy of Qatar's June 8, 2023 privilege log for Heather Conover.

6. Attached hereto as Exhibit 5 is a copy of Qatar's June 8, 2023 privilege log for Jeffrey Klueter / IMS.

7. Attached hereto as Exhibit 6 is a copy of Qatar's June 16, 2023 supplemental privilege log for Joseph Allaham.

8. Attached hereto as Exhibit 7 is a copy of Qatar's June 29, 2023 supplemental privilege log for Jeffrey Klueter / IMS.

9. Attached hereto as Exhibit 8 is a copy of Qatar's July 3, 2023 amended privilege log for Nicolas Muzin and Stonington Strategies LLC.

10. Attached hereto as Exhibit 9 is a copy of Qatar's July 3, 2023 amended privilege log for Heather Conover.

11. Attached hereto as Exhibit 10 is a copy of Qatar's July 21, 2023 amended privilege log for Nicolas Muzin and Stonington Strategies LLC.

12. Attached hereto as Exhibit 11 is a copy of my June 15, 2023 letter to Alexander Berengaut regarding plaintiffs' objections to Qatar's June 8, 2023 privilege logs.

13. Attached hereto as Exhibit 12 is a copy of my June 20, 2023 letter to Alexander Berengaut regarding plaintiffs' objections to Qatar's June 16, 2023 supplemental privilege log for Joseph Allaham.

14. Attached hereto as Exhibit 13 is a copy of my July 11, 2023 letter to Alexander Berengaut regarding plaintiffs' objections to Qatar's June 29, 2023 supplemental privilege log for Jeffrey Klueter / IMS.

15. Attached hereto as Exhibit 14 is a copy of my July 28, 2023 letter to Alexander Berengaut regarding plaintiffs' objections to Qatar's June 29, 2023 supplemental privilege log for Nicolas Muzin and Stonington Strategies LLC.

16. Attached hereto as Exhibit 15 is a copy of the July 21, 2023 joint email to the Court regarding the plaintiffs',objections to Qatar's privilege logs.

17. Attached hereto as Exhibit 16 is a copy of Qatar's August 4, 2023 privilege log for Joseph Allaham.

18. Attached hereto as Exhibit 17 is a copy of Qatar's August 4, 2023 privilege log for Nicolas Muzin and Stonington Strategies.

19. Attached hereto as Exhibit 18 is a copy of Qatar's August 4, 2023 privilege log for Gregory Howard.

20. Attached hereto as Exhibit 19 is a copy of Qatar's August 4, 2023 privilege log for Heather Conover.

21. Attached hereto as Exhibit 20 is a copy of Qatar's August 4, 2023 privilege log for Jeffrey Klueter / IMS.

22. Attached hereto as Exhibit 21 is a copy of a July 3, 2023 email from Amber Charles to me.

23. Attached hereto as Exhibit 22 is a copy of the October 25, 2018 email from Craig Engle to Armin Rosen, Bates-stamped Allaham0000714.

24. Attached hereto as Exhibit 23 is a copy of the September 8, 2017 email from Greg Menken to Nicolas Muzin and Ronn Torossian, copying Joseph Allaham, Bates-stamped Allaham0001062.

25. Attached hereto as Exhibit 24 is a copy of a September 7, 2017 text message thread between Joseph Allaham, Nicolas Muzin, and Jamal Benomar, Bates-stamped Allaham0001089.

26. Attached hereto as Exhibit 25 is a copy of the document titled "Elliott Broidy: File," Bates-stamped Allaham0001091.

27. Attached hereto as Exhibit 26 is a copy of the December 18, 2017 memorandum titled "Upcoming Challenges" from Nicolas Muzin to Jamal Benomar, Bates-stamped Allaham0001107.

28. Attached hereto as Exhibit 27 is a copy of the document Bates-stamped Allaham0000772.

29. Attached hereto as Exhibit 28 is a copy of the June 21, 2018 email from Joseph Allaham to Armin Rosen, Bates-stampee Allaham0000727.

30. Attached hereto as Exhibit 29 is a copy of the June 21, 2018 email from Joseph Allaham to the email address Helen Chernikoff, Bates-stamped Allaham0000773.

31. Attached hereto as Exhibit 30 is a copy of the June 20, 2018 email from Joseph Allaham to Aidan Pink, Bates-stamped Allaham0000739.

32. Attached hereto as Exhibit 31 is a copy of the June 21, 2018 email from Joseph Allaham to Armin Rosen, Bates-stamped Allaham0000781.

33. Attached hereto as Exhibit 32 is a copy of the June 21, 2018 email from Joseph Allaham to Helen Chernikoff, Bates-stamped Allaham0000797.

34. Attached hereto as Exhibit 33 is a copy of the October 31, 2018 Declaration of Jamal Benomar, filed in *Broidy Cap. Mgmt. LLC et al. v. Benomar*, Case No. 18-6615-CS (S.D.N.Y.) (ECF 39).

35. Attached hereto as Exhibit 34 is a copy of a June 20, 2023 letter from Alexander Berengaut to me.

36. Attached hereto as Exhibit 35 is a copy of the March 13, 2018 WhatsApp text message thread Bates-stamped SSLLC_00001118.

37. Attached hereto as Exhibit 36 is a copy of the September 29, 2017 from Gregory Howard to Isaac Arnsdorf, Bates-stamped HOWARD000499.

Signed this 7th day of August 2023, at New York, New York.

*/s/ Daniel R. Benson*
Daniel R. Benson (*pro hac vice*)