**CONFIDENTIAL – FILED UNDER SEAL**

# EXHIBIT 5