UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>                Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>                Defendants. | Case No. 19-cv-00150-DLF<br><br>**CERTIFICATE OF SERVICE** |

      I, David Tyler Adams, an attorney for plaintiffs Broidy Capital Management, LLC and Elliott Broidy with a forthcoming application for admission *pro hac vice* to the United States District Court for the District of Columbia, do hereby certify that I have this date served via email a copy of ECF 185, 185-1–39, 186, 186-1–36, and 187 on all opposing counsel of record.

      THIS, the 8th day of August, 2023.

                                                    David Tyler Adams (*pro hac vice forthcoming*)