## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT LLC
and ELLIOTT BROIDY,

        *Plaintiffs*,

    v.

NICOLAS D. MUZIN, JOSEPH
ALLAHAM, GREGORY HOWARD, and
STONINGTON STRATEGIES LLC,

        *Defendants*.

1:19-cv-00150-DLF

Hon. Dabney L. Friedrich

## NOTICE OF POTENTIAL PARTICIPATION

The United States, by and through undersigned counsel, respectfully submits this Notice of Potential Participation regarding the above-captioned lawsuit. On August 3, 2023, the Court invited the United States to file a brief addressing whether two treaties to which the United States is a party "protect any or all of Qatar's documents from discovery" and to notify the Court of its intention to file a brief by August 10, 2023. *See* August 3, 2023 Minute Order.

The Government greatly appreciates the Court's invitation and has commenced its internal-authorization process to determine whether to file a Statement of Interest. While the Government is proceeding expeditiously, that process can often take several weeks. Because the necessary authorization process for participation in these district court proceedings has not yet completed, the Government cannot yet officially confirm to the Court that it will file a Statement of Interest. The Government therefore files this Notice of Potential Participation, pending completion of the authorization process. The Government will endeavor to complete that process by the Court's

requested deadline of August 25, 2023, and, if authorized, to file the requested Statement of

Interest on that date, or as soon thereafter as is practicable.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Counsel for the United States*