## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT LLC and
ELLIOTT BROIDY,

             Plaintiffs,

     v.

NICOLAS D. MUZIN, JOSEPH ALLAHAM,
GREGORY HOWARD, and STONINGTON
STRATEGIES LLC,

             Defendants.

Civil Action No. 1:19-cv-00150-DLF

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT JOSEPH ALLAHAM

     Pursuant to Fed R. Civ. P. 41, IT IS HEREBY STIPULATED AND AGREED between

Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs") and

Defendant Joseph Allaham ("Allaham") that all of Plaintiffs' claims asserted against Allaham in

the above-captioned action are dismissed with prejudice, without interest or costs to any party.

For the avoidance of doubt, this stipulation of dismissal applies only to Allaham, and not to

Plaintiffs' claims against the other Defendants, which Plaintiffs are continuing to pursue.

Dated: August 24, 2023

                    Respectfully submitted,

                    KASOWITZ BENSON TORRES LLP

                    By: */s/ Daniel R. Benson*
                    Daniel R. Benson (*pro hac vice*)
                    Sarah G. Leivick (*pro hac vice*)
                    Sarmad M. Khojasteh (*pro hac vice*
                    forthcoming)
                    David Tyler Adams (*pro hac vice* forthcoming)
                    1633 Broadway

New York, New York 10019
Tel.: (212) 506-1700
dbenson@kasowitz.com
sleivick@kasowitz.com
skhojasteh@kasowitz.com
dadams@kasowitz.com

Henry B. Brownstein
D.C. Bar No. 1026042
1401 New York Avenue, Suite 401
Washington, D.C. 20005
Tel.: (202) 760-3400
hbrownstein@kasowitz.com

*Counsel for Plaintiffs Broidy Capital
Management and Elliott Broidy*

**SO ORDERED:**

Dated: Washington, D.C.
            _____ \_\_, 2023

_____
**Hon. Dabney L. Friedrich**
**United States District Judge**