UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>    Plaintiffs,<br><br>    v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>    Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**REPLY DECLARATION OF DANIEL R. BENSON**

I, Daniel R. Benson, declare under penalty of perjury that:

1. I am an attorney at Kasowitz Benson Torres LLP, counsel for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy in the above-captioned action. I am admitted *pro hac vice* to this Court. I submit this reply declaration in further support of Plaintiffs' Motion to Compel.

2. Attached hereto as Exhibit 1 is a copy of the Declaration of Joseph Allaham, dated August 19, 2023.

3. Attached hereto as Exhibit 2 is a copy, provided by Joseph Allaham, of the December 20, 2018 Confidential Settlement Agreement and Release of Claims among The Embassy of the State of Qatar, Bluefort Public Relations, Joseph Allaham, Lauren Allaham, and Lexington Strategies, LLC.

4. Attached hereto as Exhibit 3 is a copy, provided by Joseph Allaham, of a July 13, 2018 email from Craig Engle to Eric W. Bloom.

5.	Attached hereto as Exhibit 4 is a copy of Amendment Two to the Consulting Services Agreement between Information Management Services, Inc. and The Embassy of the State of Qatar dated May 2, 2018.

6.	Attached hereto as Exhibit 5 is a copy, provided by Joseph Allaham, of an August 13, 2017 Referral Agreement between Stonington Strategies and Jamal Benomar.

Executed this 24th day of August 2023, at New York, New York.

/s/ Daniel R. Benson
Daniel R. Benson (*pro hac vice*)