# EXHIBIT 3

From: Engle, Craig [mailto:Craig.Engle@arentfox.com]
Sent: Friday, July 13, 2018 9:33 AM
To: Bloom, Eric W. <mailto:EBloom@winston.com>>
Subject: Re: I found your leaker

Suspicions confirmed.

It came out of Briodys shop.  The leaker is one of his henchmen Michael Bowbray.  A real gutter ball. He actually threatened Joey in my office a few weeks ago (and was recording the conversation ).  Joey found about 20 texts in Arabic that help explain the leaks   I will send them to you later this morning

The tide is turning.  With all due respect I suggest the sovereign start paying more attention to the strength of its opponent then of its allies.

We are now facing a contempt motion from the lawyers of your enemy.  Broidy is not our enemy he's yours.  We're not even a defendant.  Joey did an amazing job of getting through discovery without a scratch on Qatar even though there is no confidentiality agreement in place between he and Qatar  - or indemnification agreement or help with immunity.

Qatars lawyers thought just keeping discovery "attorneys eyes" only would be good enough.  I said then it wouldn't and I'm proven right from the leaks.  The only good strategy was "no discovery" but Qatar negotiated that away.  So any press calls are promoted by Joel Mowbray working for Broidy using leaked confidential discovery that should not have been taken in the first place.  Maybe Covington should get off their ass to do something about it.

And the thought that Joey would be the source of those press questions about Jamal is absurd.  There is not one rational or irrational argument that could support that.   As you said, that's not the way to act if you want a settlement.  Precisely.  My two cents: look at the guy who is suing you, not the guy who is testifying on your behalf.

And if your client is concerned it can't trust Joey to abide by a confidentiality provision in a settlement agreement, then we have to call these negotiations off now.  But again: Joey has kept his confidences even though there are no confidentiality agreements in place between he and anyone - and we expect Qatar to have our back.

I think things are going to get worse for Jamal not just from a reporter or two calling.   You don't hire Abbey Lowell if you've got a parking ticket, right ? Broidy is hugely embarrassed and is gunning for Jamal and this case is the vehicle.

We do not want to go unaided through contentious discovery again - in a case that doesn't even involve us.   And For the last three months joey has not picked up any new business (we specifically set those discussions aside until this settlement agreement was done) and we have been avoiding press calls

Joey has been going it alone up until now.

He wants to know he's on a team.

Thank you Eric - I will pull together some evidence and send it over to you later this morning.

.

Sent from my iPhone

On Jul 12, 2018, at 10:44 PM, Bloom, Eric W. <EBloom@winston.com<mailto:EBloom@winston.com>> wrote:

Were your suspicions confirmed or will this be a surprise? You around tomorrow?

-------- Original Message --------
Subject: Re: I found your leaker
From: "Engle, Craig" <Craig.Engle@arentfox.com<mailto:Craig.Engle@arentfox.com>>
Date: Jul 12, 2018, 10:33 PM
To: "Bloom, Eric W." <EBloom@winston.com<mailto:EBloom@winston.com>>

And who is talking to the
press about Jamal.

Sent from my iPhone

On Jul 12, 2018, at 10:12 PM, Engle, Craig <Craig.Engle@arentfox.com<mailto:Craig.Engle@arentfox.com>> wrote:


Sent from my iPhone

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.