# EXHIBIT 4

## CONSULTING SERVICES AGREEMENT
## AMENDMENT TWO

**THIS AMENDMENT TWO** shall amend that certain **CONSULTING SERVICES AGREEMENT** (the "Agreement"), dated October 20, 2017, as subsequently amended effective January 1, 2018, made by and between the **Embassy of the State of Qatar** (the "Embassy") and **IMS, Inc.** (the "Consultant").

In consideration of the mutual promises set forth herein, the Embassy and Consultant agree that the Agreement is amended, effective April 20, 2018, as follows:

The Term of the Agreement is extended to May 31, 2018, and the Term shall expire at 5 pm EDT on that date.

The Scope of Services is amended by deleting Appendix A, and substituting the following:

> IMS shall compile and index all the records IMS has assembled/produced in the performance of this Agreement, including all confidential communications; IMS shall purge all duplicates from IMS hard copy or electronic files; and IMS shall organize the records (in encrypted form) for delivery to the Embassy, if requested.

> Actual delivery to the Embassy will be deferred until requested, and shall be subject to the Parties observing any legal requirements as to record retention, including such requirements as may be mandated by the Foreign Agents Registration Act.

> The Scope of Services shall be completed on or before May 21, 2018.

The Compensation is amended by deleting Appendix B Paragraphs 1 and 2, and substituting the following:

> 1. For the Scope of Services, as amended by this Amendment Two, Consultant shall be paid the firm fixed price of US$ 40,000. No expenses shall be reimbursed.

> 2. The fixed fee shall be payable upon execution of this Amendment Two.

Except as expressly modified by this Amendment Two, nothing herein shall alter or amend the Agreement.

**IN WITNESS WHEREOF**, Embassy and Consultant have executed this Amendment Two by their duly authorized representatives on the dates indicated below.

By: _____   Dated: 5/2/18
    Embassy

By: _____   Dated: 5/1/18
    Consultant

1

050118

010-8524-3638/1/AMERICAS