# EXHIBIT 5

## REFERRAL AGREEMENT

This Agreement, dated effective August 13, 2017 is made and entered into by Stonington Strategies ("Company") and Jamal Benomar ("Consultant").

WHEREAS, Company desires to obtain certain clients;

WHEREAS, Consultant has contacts within the diplomatic community and desires to act as an intermediary finder of clients for Company;

NOW, THEREFORE, in consideration of the premise and the mutual promises and covenants contained herein, the parties agree as follows:

1. **Description of Services**: Consultant hereby agrees to refer "The Kingdom of Morocco" and "The State of Qatar" as clients to the Company. Consultant will receive a referral fee (as set forth in Section 2 below) should selected clients sign a Statement of Work with the Company. Consultant will also receive a referral fee (as set forth in Section 2 below) for any additional clients he brings to the Company, assuming said clients are not existing customers of the Company, or currently in the Company's pipeline. Consultant must provide written notice directly to Company of any new client for which he may refer. If it is a client of interest to Company, an email will be sent to Consultant notifying him of this fact and that he is eligible for a referral fee if said client signs a Statement of Work.

    The Consultant also agrees to provide ongoing services to the Company in order to help the Company maintain its relationships with referred clients. For all related services, the Company must pay an additional Consulting Fee as set forth in Section 3 below.

2. **Referral Fees and Payments**: Company agrees to pay Consultant a referral fee based upon the following:

    A. Company shall pay the Consultant a fee of twenty-five percent (25%) of the dollar amount defined in the initially executed Statement of Work between the Company and the referred client. In the event that the Statement of Work or contemplated task is completed or terminated prior to the date of the anticipated or contemplated contract or SOW period, the Company shall only be responsible for payment to Consultant for work actually billed and collected from client up to the date of early completion or early termination.

    B. Company shall pay the Consultant a fee of twenty-five percent (25%) of the dollar amount for any additional executed Statement of Works between the Company and the referred client. In the event that any Statement of Work or contemplated task is completed or terminated prior to the date of the anticipated or contemplated contract or SOW period, the Company shall only be responsible for payment to Consultant for work actually billed and collected from client up to the date of early completion or early termination.

    C. Once Consultant has provided notice of a potential new client, and Company has established that it is a client of interest, Company agrees that it will not enter into any agreements with that client or third parties, the effect of which would prevent Consultant from referral fees pursuant to this Agreement. ("The Kingdom of Morocco" and "The State of Qatar" currently qualify as clients of interest to the Company.)

    D. Payments will not be distributed to the Consultant in the form of referral fee unless and until such time as payment is received by the Company from client.

3. **Consulting Fees and Payment**: Company shall pay the Consultant an additional fee of five percent (5%) of the dollar amount defined in the initially executed Statement of Work between the Company and the referred client for all ongoing work provided by the Consultant. (Such fees are paid for each referred client.)

4. **Time of Payment**: Referral fee payments shall be paid once per month to Consultant no later than the 5th day of each month for all money collected by Company from client for the prior month. (For Example: Company receives payments from Client for work completed during the month of January, 2017. Consultant shall receive payment as agreed herein no later than February 5, 2017, and on the 5th of each month thereafter for the money actually collected for work performed during the month prior.) Consulting fees shall be paid on the same day as referral fees for any services delivered the prior month.

5. **Term and Termination**: The term of this Agreement shall commence on the Effective Date and shall continue in full force and effect until terminated by either party upon at least 15 days prior written notice. Payment of referral fees for clients already referred under the Agreement will continue after the termination of this Agreement and will only cease when the client ends its relationship with the Company.

6. **Independent Contractor Status**: The parties agree that this Agreement creates an independent contractor relationship, not an employment relationship. The Consultant acknowledges and agrees that the Company will not provide the Consultant with employee benefits, including social security, unemployment, medical, or pension payments, and that income tax withholding is Consultant's responsibility.

7. **Confidential Relationship**: Company and Consultant agree at all times to keep the terms and conditions hereof confidential and non-public. Parties may share this Agreement with their respective accountants, legal advisors, tax advisors, and/or financial advisors (if any), on an as-needed basis, provided they (a) first discloses to such individuals the confidential nature of this Agreement and (b) ensure that such individuals maintain the terms of this Agreement as strictly confidential, except as otherwise provided herein.

8. **Confidential Information**: Consultant may perform services for Company which will require Company to disclose Confidential Information to Consultant. Accordingly, to protect the Company's Confidential Information, the Consultant agrees to as follows:

   A. Consultant will hold the Confidential Information received from Company in strict confidence and shall exercise a reasonable degree of care to prevent disclosure to others.

   B. Consultant will not disclose or divulge either directly or indirectly the Confidential Information to others unless first authorized to do so in writing by Company.

   C. Consultant will not reproduce the Confidential Information nor use this information commercially or for any purpose other than the performance of his/her duties for Company.

   D. Consultant will, upon the request or upon termination of its relationship with Company, deliver to Company any drawings, notes, documents, equipment, and materials received from Company or originating from its activities for Company.

9. **Ethical Conduct**: Parties agree to uphold ethical conduct in their relationship.

10. **Limitation of Liability**: Company agrees to indemnify, save and hold Consultant harmless from any and all damages, liabilities, costs, losses or expenses arising out of this Agreement, except in the event any such claims, damages, liabilities, costs, losses or expenses arise directly as a result of gross negligence or intentional misconduct of Consultant. Furthermore, in no event shall the aggregate liability for any cases or controversies arising out of the subject matter of this Agreement exceed the aggregate payments actually received by Consultant.

11. **Governing Law; Consent to Jurisdiction**: This Agreement shall be governed by and construed in accordance with the internal laws of the State of New York. The parties hereto each hereby irrevocably consent to the exclusive jurisdiction of the federal and state courts located in the County of New York, State of New York in connection with any action or proceeding arising out of or connected with this Agreement; and each agree that service of process in any such proceeding will be sufficient if delivered by hand with a copy receipted, or by certified mail, return receipt requested, and that such service shall be deemed "personal service."

12. **Severability**: If any provision of this Agreement is held invalid, illegal or unenforceable, the remaining provisions will not be affected.

13. **Merger Clause**: This is the parties' entire agreement on this matter, superseding all previous negotiations and agreements.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year set forth above.

_____          _____
Jamal Benomar (Consultant)                        Nicholas Muzin (The Company)