UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**PLAINTIFF'S OPPOSITION TO STATE OF QATAR'S
MOTION FOR EXTENSION OF TIME TO FILE ITS SUR-REPLY
AND TO PRODUCE DOCUMENTS FOR *IN CAMERA* REVIEW**

　　　　　　　　　　　　　　　　　　　　KASOWITZ BENSON TORRES LLP
　　　　　　　　　　　　　　　　　　　　Daniel R. Benson
　　　　　　　　　　　　　　　　　　　　Sarah Gibbs Leivick
　　　　　　　　　　　　　　　　　　　　Sarmad M. Khojasteh (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　Henry B. Brownstein
　　　　　　　　　　　　　　　　　　　　David Tyler Adams (*pro hac vice* forthcoming)

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Broidy Capital
　　　　　　　　　　　　　　　　　　　　Management, LLC and Elliott Broidy*

Dated: August 25, 2023

Plaintiffs respectfully submit this opposition to non-party State of Qatar's Motion for Extension of Time to File its Sur-Reply and to Produce Documents for in Camera Review ("Q. Mot.," ECF 199).

The Court's schedule provides Qatar and its counsel more than sufficient time. There is no justification or legitimate reason for further delay. Qatar shows no justifiable reason why it cannot respond to the Court's order to submit to *in camera* review. The documents themselves and *in camera* review of the documents have been the subject of months of litigation, in this Court and the Court of Appeals, during which the prospect of *in camera* review was extensively raised. As this comes as no surprise to Qatar and its counsel, it is impossible to believe that Qatar or its counsel need more time to consider the issue. The documents can be produced to the Court with the push of a button.

Nor does or should Qatar or its counsel need more time to respond to the straightforward documents raised in plaintiffs' Reply. They know more than anyone about those documents and about their efforts to obstruct discovery.

As the materials plaintiffs have recently received show, the documents on Qatar's privilege logs are not remotely protected by the Vienna Convention or any other privilege. In fact, if the documents are anything close to the way Mr. Allaham describes them in his declaration, serious and sanctionable misrepresentations have been repeatedly made to this Court, the Court of Appeals and the Government.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court deny the Motion and adhere to the schedule set forth in its August 25, 2023 minute order.

Dated: August 25, 2023

1

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: */s/ Daniel R. Benson*
Daniel R. Benson (*pro hac vice*)
Sarah G. Leivick (*pro hac vice*)
Sarmad M. Khojasteh (*pro hac vice* forthcoming)
David Tyler Adams (*pro hac vice* forthcoming)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
dbenson@kasowitz.com
sleivick@kasowitz.com
skhojasteh@kasowitz.com
dadams@kasowitz.com

Henry B. Brownstein
D.C. Bar No. 1026042
1401 New York Avenue, Suite 401
Washington, D.C. 20005
Tel.: (202) 760-3400
hbrownstein@kasowitz.com

*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy*

2