# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, *et al.*, | : : : | |
| Plaintiffs, | : : | Civil No. Action 1:19-cv-00150-DLF |
| v. | : : | |
| NICHOLAS D. MUZIN, *et al.*, | : : | |
| Defendants. | : | |

### MIDDLE EAST FORUM'S OBJECTIONS AND RESPONSE
### TO DEFENDANT GREGORY HOWARD'S SUBPOENA

TO:      GREGORY HOWARD
c/o Jeffrey Udell
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281

FROM:    MIDDLE EAST FORUM
c/o Jeffrey M. Schwaber
Eduardo S. Garcia
Stein Sperling Bennett De Jong Driscoll PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852

Non-Party Middle East Forum ("MEF") by and through its counsel, Jeffrey M. Schwaber,

Eduardo S. Garcia and the law firm of Stein Sperling Bennett De Jong Driscoll PC pursuant Rule

45(d)(2)(B) hereby submits its timely objections to the Subpoena issued by Defendant Gregory

Howard (the "Subpoena"). Subject to and without waiving its objections, MEF hereby provides

its written responses, and simultaneously is providing Defendant Gregory Howard ("Defendant

Howard") with MEF's responsive document production which is bates stamped: MEF 000001-

001941.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
1101 Wootton Parkway, Suite 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301.340.2020

8801800_4

## OBJECTIONS

1.       Pursuant to Rule 34(b)(2)(D), MEF objects to producing responsive documents in the ESI format requested by Defendant Howard in the Subpoena. As a non-party to the instant litigation, MEF should not be forced to bear the unnecessary cost and burden of providing the documents in Defendant Howard's requested ESI format. As such, MEF is producing its document production as a compilation of documents in PDF format. In the event that Defendant Howard intends to challenge the method of MEF's document production, MEF reserves the right to seek cost-shifting through Rule 26, since the "burden or expense of the proposed discovery" is outweighed by "its likely benefit, considering the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the action and the importance of the discovery in resolving the issues."[1]

2.       MEF is an organization—based in Philadelphia, Pennsylvania—that engages in newsgathering with the intention of disseminating information to the public. As such, MEF's sources, work product, and unpublished resource material are protected from disclosure under the common law reporters' privilege as well as the Pennsylvania Shield Law. These doctrines preclude MEF from being compelled to disclose its confidential source information as well as unpublished resource material, to the extent a broad reading of the Subpoena would encompass such documents within its scope.[2] This objection is applicable to the following Requests Nos.: 2, 3 & 7.

3.       Pursuant to Rule 45(d)(3)(B), MEF is entitled to protect its trade secrets which includes, but is not limited to, identity of donors, amounts of donor contributions, proposals to

---

[1] To be clear, MEF's objection to the requested ESI format is not limited to the costs of production. MEF reserves the right to present any and all arguments against Defendant Howard's requested ESI format.
[2] While MEF does not read the Subpoena to encompass such documents, it asserts this objection out of an abundance of caution.

donors, the identity of sources for its reporting and internal discussions regarding reporting decisions. MEF objects to the extent that a broad reading of the Subpoena would encompass documents comprising MEF's trade secrets.[3]   This objection is applicable to the following Requests Nos.: 2, 3, 7 10 & 14.

4.      Pursuant to the First Amendment of the Constitution, Americans have the right to anonymously financially support charities and political nonprofits. *See Americans for Prosperity Foundation v. Bonta*, 141 S. Ct. 2373 (2021) & *NAACP v. Alabama*, 357 US 449 (1958).  Hence the identity of MEF's donors and the amounts contributed by those donors is Constitutionally protected and not subject to disclosure.[4] This objection is applicable to the following Request No. 10.

## RESPONSES TO REQUESTS

REQUEST NO. 1.  All communications with Broidy, his agents, his representatives, or any Broidy-affiliated entity, including without limitation lawyers at Boies Schiller Flexner LLP or Latham &Watkins, regarding Defendants, the alleged hacking, the State of Qatar, the UAE, Saudi Arabia, or any individuals or entities—including without limitation nonprofit organizations, think tanks, and media organizations—that received funding from the UAE or Saudi Arabia, as well as any documents relating to such communications.

RESPONSE NO. 1.   MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 2.  All communications with Joel Mowbray or Fourth Factor Consulting, their agents, or their representatives, including attorneys at Statecraft PLLC, regarding Broidy, Defendants, the State of Qatar, the UAE, Saudi Arabia, or the alleged hacking, as well as any documents relating to such communications.

RESPONSE NO. 2.  Objection, this Request seeks information that is protected under the reporter's privilege, Pennsylvania Shield law and applicable trade secret protections.

---

[3] While MEF does not read the Subpoena to encompass such documents, it asserts this objection out of an abundance of caution.
[4] While MEF does not read the Subpoena to encompass such documents, it asserts this objection out of an abundance of caution

REQUEST NO. 3.  All communications between You and any person regarding Broidy's advocacy, lobbying, public relations, or consulting efforts relating to the State of Qatar or any Qatar-based entity, as well as any documents relating to such communications.

RESPONSE NO. 3.  Objection, this Request seeks information that is protected under the reporter's privilege, Pennsylvania Shield law and applicable trade secret protections.

REQUEST NO. 4.  All documents and communications regarding Broidy's advocacy, lobbying, public relations, or consulting efforts on behalf of Saudi Arabia, the UAE, or any individuals or entities—including without limitation nonprofit organizations, think tanks, and media organizations—that received funding from either country.

RESPONSE NO. 4.  MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 5.  All communications with George Nader, GS Investment Ltd., or Xiemen Investments Limited, their agents, their representatives, or their attorneys, including communications between Your attorneys and Mr. Nader's, GS Investment Ltd.'s, or Xiemen Investments Limited's agents, representatives, or attorneys, regarding Broidy, Defendants, the State of Qatar, the UAE, or Saudi Arabia, as well as any documents relating to such communications.

RESPONSE NO. 5.  MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 6.  All communications between You and any person regarding Broidy's business dealings with the UAE or Saudi Arabia, or any officials, agents, or representatives of those countries, as well as any documents relating to such communications.

RESPONSE NO. 6.  MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 7.  All communications between You, Your agents, or representatives, and members of the press, or their staff, agents, or representatives, regarding the alleged hacking, Broidy, or Defendants, as well as any documents relating to such communications.

RESPONSE NO. 7.  Objection, to the extent this Request seeks information that is protected under the reporter's privilege, Pennsylvania Shield law and applicable trade secret protections. MEF objects to this Request on the grounds that it seeks trade secrets that are

irrelevant to the claims and defenses in the case, not proportional to the needs of the case and thus is unduly burdensome. MEF further objects to this Request on the grounds that it seeks documents within the possession custody or control of Defendants and/or third parties.

REQUEST NO. 8.   All media, articles, reports, social media posts, and public statements that You, or someone on Your behalf, authored or contributed to regarding Defendants, Broidy, or the alleged hacking, as well as any documents or communications relating to such publications.

RESPONSE NO. 8.   MEF is producing responsive documents in its possession, custody or control. *See* MEF000001-MEF001941.

REQUEST NO. 9.   All documents and communications regarding public statements Broidy has made about the State of Qatar, the UAE, or Saudi Arabia.

RESPONSE NO. 9.   MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 10.   All documents and communications regarding payments, distributions, donations, or disbursements that were made to You on behalf of, received from, or made by Broidy or Circinus Worldwide, their staff, their agents, their representatives, or any individuals acting on their behalf.

RESPONSE NO. 10.   Objection, this Request seeks information that is protected under the applicable trade secret protections as well as the First Amendment to the Constitution.

REQUEST NO. 11.   All documents and communications regarding monetary payments or donations made or received by You, in connection with Broidy's advocacy, lobbying, or consulting efforts relating to the State of Qatar, including without limitation monetary payments or donations made by or received from Saudi Arabia or the UAE, or any individuals or entities— including but not limited to nonprofit organizations, think tanks, and media organizations—that received funding from either country.

RESPONSE NO. 11.   MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 12.   All documents and communications regarding payments, donations, gifts, grants, disbursements, or contributions—including without limitation contributions to PACs, Hybrid PACs, Super PACs, 501(c)(3) organizations, or 501(c)(4) organizations—received by or made by Broidy, or at Broidy's direction, in relation to any federal political campaign.

RESPONSE NO. 12.   MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 13.   All documents and communications relating to financial transactions or exchanges of anything of value, whether direct or indirect, between You—and any entity that you own or are affiliated with—and Broidy, Circinus Worldwide, or any Broidy-affiliated entity.

RESPONSE NO. 13.   Objection, this Request seeks information that is protected under the applicable trade secret protections as well as the First Amendment to the Constitution.

REQUEST NO. 14.   All contracts, agreements, pitches, proposals, or bids regarding Broidy or Defendants.

RESPONSE NO. 14.   MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 15.   All communications with officials, agents, or representatives of the United States government regarding the alleged hacking, Defendants, or Broidy, as well as any documents relating to such communications.

RESPONSE NO. 15.   MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 16.   All documents and communications relating to any conferences you organized, participated in, or financed regarding the State of Qatar, the United Arab Emirates, or the Kingdom of Saudi Arabia, involving Broidy, Circinus Worldwide, or any Broidy-affiliated entity.

RESPONSE NO. 16.   MEF is producing responsive documents in its possession, custody or control. *See* MEF000001-MEF001941.

REQUEST NO. 17.   All documents and communications regarding Broidy's advocacy, lobbying, public relations, or consulting efforts on behalf of any foreign countries, entities, or individuals other than Saudi Arabia and the UAE, including without limitation Malaysia, Angola, Romania, Morocco, Nigeria, the Republic of the Congo, the Republic of Tunisia, and the Kurdistan Regional Government.

RESPONSE NO. 17.   MEF is not in possession, custody or control of any responsive documents.

REQUEST NO. 18.  All documents and communications regarding any Broidy-affiliated entity's advocacy, lobbying, public relations, or consulting efforts on behalf of any foreign countries, entities, or individuals, including without limitation Saudi Arabia, UAE, Malaysia, Angola, Romania, Morocco, Nigeria, the Republic of the Congo, the Republic of Tunisia, and the Kurdistan Regional Government.

RESPONSE NO. 18.  MEF is not in possession, custody or control of any responsive documents.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC


By:        */s/ Jeffrey M. Schwaber*
Jeffrey M. Schwaber (D.C. Bar # 419681)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)


         */s/ Eduardo S. Garcia*
Eduardo S. Garcia (D.C. Bar # 1028040)
egarcia@steinsperling.com
(301) 354-8326 (facsimile)


1101 Wotton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020


*Attorneys for Non-Party Middle East Forum*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2022, a copy of the foregoing was served via electronic mail and first class, postage prepaid, to the following person(s):

Jeffrey Udell
Jake Gardener
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
judell@wmhlaw.com
jgardener@wmhlaw.com

Adam P. Cohen
Kraig Ahalt
Walden Macht & Haran LLP
1 Battery Park Plaza
34th Floor
New York, New York 10004
acohen@wmhlaw.com
kahalt@wmhlaw.com

Charles Samuel Fax
Liesel J. Schopler
Rifkin Weiner Livingston LLC
4800 Hampden Lane
Suite 820
Bethesda, Maryland 20814
cfax@rwlls.com
lschopler@rwlls.com

Stephen J. Obermeier
Enbar Toledano
Krystal Brunner Swendsboe
Rebecca J. Fiebig
Rebecca Lynn Saitta
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
sobermeier@wiley.law
etoledano@wilerein.com
kswendsboe@wileyrein.com
rfiebig@wiley.law
rsaitta@wileyrein.com

Eric Roman
Nicholas L. Collins
Temitope K. Yusuf
Mohammed T. Farooqui
Arent Fox LLP
1301 Avenue of the Americas
Suite Floor 42
New York, New York 10019
Eric.roman@arentfox.com
Nicholas.collins@arentfox.com
Temitope.yusuf@arentfox.com
Mohammed.farooqui@arentfox.com

Laura E. Zell
Randal Adam Brater
Arent Fox LLP
1717 K Street NW
Washington, DC 20006
Laura.Zell@arentfox.com
Randall.brater@arentfox.com

David M. Zionts
Alexander Adelman Berengaut
Megan O'Neill
Covington & Burling LLP
850 Tenth Street, NW
One City Center
Washington, DC 20001
dzionts@cov.com
aberengaut@cov.com
moneill@cov.com

Daniel R. Benson
Andrew Kurland
Jacob Benson
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
dbenson@kasowitz.com
akurland@kasowitz.com
jbenson@kasowitz.com

Henry B. Brownstein
Kasowitz Benson Torres LLP
1399 New York Avenue, NW
Suite 201
Washington, DC 20005
hbrownstein@kasowitz.com


        */s/ Eduardo S. Garcia*
Eduardo S. Garcia

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, *et al.*, | : | |
| | : | |
| Plaintiffs | : | Civil No. Action 1:19-cv-00150-DLF |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS D. MUZIN, *et al.*, | : | |
| | : | |
| Defendants | : | |

### GREGG ROMAN'S OBJECTIONS AND RESPONSE
### TO DEFENDANT GREGORY HOWARD'S SUBPOENA

TO:      GREGORY HOWARD
c/o Jeffrey Udell
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281

FROM:    GREGG ROMAN
c/o Jeffrey M. Schwaber
Eduardo S. Garcia
Stein Sperling Bennett De Jong Driscoll PC
1101 Wootton Parkway, Suite 700
Rockville, Maryland 20852

Non-Party Gregg Roman ("Roman") by and through his counsel, Jeffrey M. Schwaber,

Eduardo S. Garcia and the law firm of Stein Sperling Bennett De Jong Driscoll PC pursuant Rule

45(d)(2)(B) hereby submits its timely objections and responses to the Subpoena issued by

Defendant Gregory Howard (the "Subpoena").

### OBJECTIONS AND RESPONSES TO REQUESTS

REQUEST NO. 1.  All communications with Broidy, his agents, his representatives, or
any Broidy affiliated entity, including without limitation lawyers at Boies Schiller Flexner LLP
or Latham & Watkins, regarding Defendants, the alleged hacking, the State of Qatar, the UAE,
Saudi Arabia, or any individuals or entities—including without limitation nonprofit
organizations, think tanks, and media organizations—that received funding from the UAE or
Saudi Arabia, as well as any documents relating to such communications.

1

RESPONSE NO. 1.   Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 2.   All communications with Joel Mowbray or Fourth Factor Consulting, their agents, or their representatives, including attorneys at Statecraft PLLC, regarding Broidy, Defendants, the State of Qatar, the UAE, Saudi Arabia, or the alleged hacking, as well as any documents relating to such communications.

RESPONSE NO. 2.   Roman is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of Non-Party Middle East Forum ("MEF"), who was also served with a Subpoena and has responded. Further, to the extent necessary Roman joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 3.   All communications between You and any person regarding Broidy's advocacy, lobbying, public relations, or consulting efforts relating to the State of Qatar or any Qatar-based entity, as well as any documents relating to such communications.

RESPONSE NO. 3.   Roman is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded. Further, to the extent necessary Roman joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 4.   All documents and communications regarding Broidy's advocacy, lobbying, public relations, or consulting efforts on behalf of Saudi Arabia, the UAE, or any individuals or entities— including without limitation nonprofit organizations, think tanks, and media organizations—that received funding from either country.

RESPONSE NO. 4.   Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 5.   All communications with George Nader, GS Investment Ltd., or Xiemen Investments Limited, their agents, their representatives, or their attorneys, including communications between Your attorneys and Mr. Nader's, GS Investment Ltd.'s, or Xiemen

Investments Limited's agents, representatives, or attorneys, regarding Broidy, Defendants, the State of Qatar, the UAE, or Saudi Arabia, as well as any documents relating to such communications.

RESPONSE NO. 5.   Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 6.  All communications between You and any person regarding Broidy's business dealings with the UAE or Saudi Arabia, or any officials, agents, or representatives of those countries, as well as any documents relating to such communications.

RESPONSE NO. 6.   Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 7.   All communications between You, Your agents, or representatives, and members of the press, or their staff, agents, or representatives, regarding the alleged hacking, Broidy, or Defendants, as well as any documents relating to such communications.

RESPONSE NO. 7.   Roman is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded. Further, to the extent necessary Roman joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 8.  All media, articles, reports, social media posts, and public statements that You, or someone on Your behalf, authored or contributed to regarding Defendants, Broidy, or the alleged hacking, as well as any documents or communications relating to such publications.

RESPONSE NO. 8.   Roman is not in possession, custody or control of any responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded.

REQUEST NO. 9.   All documents and communications regarding public statements Broidy has made about the State of Qatar, the UAE, or Saudi Arabia.

RESPONSE NO. 9.  Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 10.  All documents and communications regarding payments, distributions, donations, or disbursements that were made to You or Middle East Forum on behalf of, received from, or made by Broidy or Circinus Worldwide, their staff, their agents, their representatives, or any individuals acting on their behalf.

RESPONSE NO. 10.  Roman is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded. Further, to the extent necessary Roman joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 11.  All documents and communications regarding monetary payments or donations made or received by You or Middle East Forum, in connection with Broidy's advocacy, lobbying, or consulting efforts relating to the State of Qatar, including without limitation monetary payments or donations made by or received from Saudi Arabia or the UAE, or any individuals or entities— Including but not limited to nonprofit organizations, think tanks, and media organizations—that received funding from either country.

RESPONSE NO. 11.  Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 12.  All documents and communications regarding payments, donations, gifts, grants, disbursements, or contributions—including without limitation contributions to PACs, Hybrid PACs, Super PACs, 501(c)(3) organizations, or 501(c)(4) organizations—received by or made by Broidy, or at Broidy's direction, in relation to any federal political campaign.

RESPONSE NO. 12.  Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 13.  All documents and communications relating to financial transactions or exchanges of anything of value, whether direct or indirect, between You or Middle East Forum—and any entity that you own or are affiliated with—and Broidy, Circinus Worldwide, or any Broidy affiliated entity.

RESPONSE NO. 13.  Roman is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive

documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded. Further, to the extent necessary Roman joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 14.   All contracts, agreements, pitches, proposals, or bids regarding Broidy or Defendants.

RESPONSE NO. 14.   Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 15.   All communications with officials, agents, or representatives of the United States government regarding the alleged hacking, Defendants, or Broidy, as well as any documents relating to such communications.

RESPONSE NO. 15.   Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 16.   All documents and communications relating to any conferences You or Middle East Forum organized, participated in, or financed regarding the State of Qatar, the United Arab Emirates, or the Kingdom of Saudi Arabia, involving Broidy, Circinus Worldwide, or any Broidy affiliated entity.

RESPONSE NO. 16.   Roman is not in possession, custody or control of any responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded.

REQUEST NO. 17.   All documents and communications regarding Broidy's advocacy, lobbying, public relations, or consulting efforts on behalf of any foreign countries, entities, or individuals other than Saudi Arabia and the UAE, including without limitation Malaysia, Angola, Romania, Morocco, Nigeria, the Republic of the Congo, the Republic of Tunisia, and the Kurdistan Regional Government.

RESPONSE NO. 17.   Roman is not in possession, custody or control of any responsive documents.

REQUEST NO. 18.   All documents and communications regarding any Broidy-affiliated entity's advocacy, lobbying, public relations, or consulting efforts on behalf of any foreign countries, entities, or individuals, including without limitation Saudi Arabia, The United Arab

Emirates (UAE), Malaysia, Angola, Romania, Morocco, Nigeria, the Republic of the Congo, the Republic of Tunisia, and the Kurdistan Regional Government.

      <u>RESPONSE NO. 18.</u> Roman is not in possession, custody or control of any responsive documents.

                                    STEIN SPERLING BENNETT
                                    DE JONG DRISCOLL PC

By:         */s/ Jeffrey M. Schwaber*
                   Jeffrey M. Schwaber (D.C. Bar # 419681)
                   jschwaber@steinsperling.com
                   (301) 354-8110 (facsimile)

                   */s/ Eduardo S. Garcia*
                   Eduardo S. Garcia (D.C. Bar # 1028040)
                   egarcia@steinsperling.com
                   (301) 354-8326 (facsimile)

                   1101 Wotton Parkway, Suite 700
                   Rockville, Maryland 20852
                   (301) 340-2020

                   *Attorneys for Non-Party Gregg Roman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2022, a copy of the foregoing was served via electronic mail and first class, postage prepaid, to the following person(s):

Jeffrey Udell
Jake Gardener
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
judell@wmhlaw.com
jgardener@wmhlaw.com

Adam P. Cohen
Kraig Ahalt
Walden Macht & Haran LLP
1 Battery Park Plaza
34th Floor
New York, New York 10004
acohen@wmhlaw.com
kahalt@wmhlaw.com

Charles Samuel Fax
Liesel J. Schopler
Rifkin Weiner Livingston LLC
4800 Hampden Lane
Suite 820
Bethesda, Maryland 20814
cfax@rwlls.com
lschopler@rwlls.com

Stephen J. Obermeier
Enbar Toledano
Krystal Brunner Swendsboe
Rebecca J. Fiebig
Rebecca Lynn Saitta
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
sobermeier@wiley.law
etoledano@wilerein.com
kswendsboe@wileyrein.com
rfiebig@wiley.law
rsaitta@wileyrein.com

7

Eric Roman
Nicholas L. Collins
Temitope K. Yusuf
Mohammed T. Farooqui
Arent Fox LLP
1301 Avenue of the Americas
Suite Floor 42
New York, New York 10019
Eric.roman@arentfox.com
Nicholas.collins@arentfox.com
Temitope.yusuf@arentfox.com
Mohammed.farooqui@arentfox.com

Laura E. Zell
Randal Adam Brater
Arent Fox LLP
1717 K Street NW
Washington, DC 20006
Laura.Zell@arentfox.com
Randall.brater@arentfox.com

David M. Zions
Alexander Adelman Berengaut
Megan O'Neill
Covington & Burling LLP
850 Tenth Street, NW
One City Center
Washington, DC 20001
dzionts@cov.com
aberengaut@cov.com
moneill@cov.com

Daniel R. Benson
Andrew Kurland
Jacob Benson
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
dbenson@kasowitz.com
akurland@kasowitz.com
jbenson@kasowitz.com

Henry B. Brownstein
Kasowitz Benson Torres LLP
1399 New York Avenue, NW
Suite 201
Washington, DC 20005
hbrownstein@kasowitz.com


          */s/ Eduardo S. Garcia*
Eduardo S. Garcia

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROADY CAPITAL MANAGEMENT, LLC, *et al.*, | : |
| | : |
| | : |
| Plaintiffs | : Civil No. Action 1:19-cv-00150-DLF |
| | : |
| v. | : |
| | : |
| NICHOLAS D. MUZIN, *et al.*, | : |
| | : |
| Defendants | : |

### DANIEL PIPES' OBJECTIONS AND RESPONSE
### TO DEFENDANT GREGORY HOWARD'S SUBPOENA

TO:       GREGORY HOWARD
           c/o Jeffrey Udell
           Walden Macht & Haran LLP
           250 Vesey Street, 27th Floor
           New York, NY 10281

FROM:     DANIEL PIPES
           c/o Jeffrey M. Schwaber
           Eduardo S. Garcia
           Stein Sperling Bennett De Jong Driscoll PC
           1101 Wootton Parkway, Suite 700
           Rockville, Maryland 20852

Non-Party Daniel Pipes ("Pipes") by and through his counsel, Jeffrey M. Schwaber, Eduardo S. Garcia and the law firm of Stein Sperling Bennett De Jong Driscoll PC pursuant Rule 45(d)(2)(B) hereby submits its timely objections and responses to the Subpoena issued by Defendant Gregory Howard (the "Subpoena").

### OBJECTIONS AND RESPONSES TO REQUESTS

REQUEST NO. 1.   All communications with Broidy, his agents, his representatives, or any Broidy affiliated entity, including without limitation lawyers at Boies Schiller Flexner LLP or Latham & Watkins, regarding Defendants, the alleged hacking, the State of Qatar, the UAE, Saudi Arabia, or any individuals or entities—including without limitation nonprofit organizations, think tanks, and media organizations—that received funding from the UAE or Saudi Arabia, as well as any documents relating to such communications.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

RESPONSE NO. 1.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 2.  All communications with Joel Mowbray or Fourth Factor Consulting, their agents, or their representatives, including attorneys at Statecraft PLLC, regarding Broidy, Defendants, the State of Qatar, the UAE, Saudi Arabia, or the alleged hacking, as well as any documents relating to such communications.

RESPONSE NO. 2.   Pipes is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of Non-Party Middle East Forum ("MEF"), who was also served with a Subpoena and has responded. Further, to the extent necessary Pipes joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 3.  All communications between You and any person regarding Broidy's advocacy, lobbying, public relations, or consulting efforts relating to the State of Qatar or any Qatar-based entity, as well as any documents relating to such communications.

RESPONSE NO. 3.   Pipes is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded. Further, to the extent necessary Pipes joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 4.   All documents and communications regarding Broidy's advocacy, lobbying, public relations, or consulting efforts on behalf of Saudi Arabia, the UAE, or any individuals or entities— including without limitation nonprofit organizations, think tanks, and media organizations—that received funding from either country.

RESPONSE NO. 4.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 5.   All communications with George Nader, GS Investment Ltd., or Xiemen Investments Limited, their agents, their representatives, or their attorneys, including communications between Your attorneys and Mr. Nader's, GS Investment Ltd.'s, or Xiemen Investments Limited's agents, representatives, or attorneys, regarding Broidy, Defendants, the

State of Qatar, the UAE, or Saudi Arabia, as well as any documents relating to such communications.

RESPONSE NO. 5.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 6.  All communications between You and any person regarding Broidy's business dealings with the UAE or Saudi Arabia, or any officials, agents, or representatives of those countries, as well as any documents relating to such communications.

RESPONSE NO. 6.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 7.  All communications between You, Your agents, or representatives, and members of the press, or their staff, agents, or representatives, regarding the alleged hacking, Broidy, or Defendants, as well as any documents relating to such communications.

RESPONSE NO. 7.   Pipes is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded. Further, to the extent necessary Pipes joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 8.  All media, articles, reports, social media posts, and public statements that You, or someone on Your behalf, authored or contributed to regarding Defendants, Broidy, or the alleged hacking, as well as any documents or communications relating to such publications.

RESPONSE NO. 8.   Pipes is not in possession, custody or control of any responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded.

REQUEST NO. 9.   All documents and communications regarding public statements Broidy has made about the State of Qatar, the UAE, or Saudi Arabia.

RESPONSE NO. 9.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 10.   All documents and communications regarding payments, distributions, donations, or disbursements that were made to You or the Middle East Forum on behalf of, received from, or made by Broidy or Circinus Worldwide, their staff, their agents, their representatives, or any individuals acting on their behalf.

RESPONSE NO. 10.   Pipes is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded. Further, to the extent necessary Pipes joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 11.   All documents and communications regarding monetary payments or donations made or received by You or the Middle East Forum, in connection with Broidy's advocacy, lobbying, or consulting efforts relating to the State of Qatar, including without limitation monetary payments or donations made by or received from Saudi Arabia or the UAE, or any individuals or entities—including but not limited to nonprofit organizations, think tanks, and media organizations—that received funding from either country.

RESPONSE NO. 11.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 12.   All documents and communications regarding payments, donations, gifts, grants, disbursements, or contributions—including without limitation contributions to PACs, Hybrid PACs, Super PACs, 501(c)(3) organizations, or 501(c)(4) organizations—received by or made by Broidy, or at Broidy's direction, in relation to any federal political campaign.

RESPONSE NO. 12.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 13.   All documents and communications relating to financial transactions or exchanges of anything of value, whether direct or indirect, between You or the Middle East Forum—and any entity that you own or are affiliated with—and Broidy, Circinus Worldwide, or any Broidy affiliated entity.

RESPONSE NO. 13.   Pipes is not in possession, custody or control of any responsive documents. To the extent that there are responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served

with a Subpoena and has responded. Further, to the extent necessary Pipes joins in the objections identified in MEF's Response to the Subpoena.

REQUEST NO. 14.   All contracts, agreements, pitches, proposals, or bids regarding Broidy or Defendants.

RESPONSE NO. 14.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 15.   All communications with officials, agents, or representatives of the United States government regarding the alleged hacking, Defendants, or Broidy, as well as any documents relating to such communications.

RESPONSE NO. 15.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 16.   All documents and communications relating to any conferences You or the Middle East Forum organized, participated in, or financed regarding the State of Qatar, the United Arab Emirates, or the Kingdom of Saudi Arabia, involving Broidy, Circinus Worldwide, or any Broidy affiliated entity.

RESPONSE NO. 16.   Pipes is not in possession, custody or control of any responsive documents. To the extent there are responsive documents they would be in the possession, custody or control of MEF, who was also served with a Subpoena and has responded.

REQUEST NO. 17.   All documents and communications regarding Broidy's advocacy, lobbying, public relations, or consulting efforts on behalf of any foreign countries, entities, or individuals other than Saudi Arabia and the UAE, including without limitation Malaysia, Angola, Romania, Morocco, Nigeria, the Republic of the Congo, the Republic of Tunisia, and the Kurdistan Regional
Government.

RESPONSE NO. 17.   Pipes is not in possession, custody or control of any responsive documents.

REQUEST NO. 18.   All documents and communications regarding any Broidy-affiliated entity's advocacy, lobbying, public relations, or consulting efforts on behalf of any foreign countries, entities, or individuals, including without limitation Saudi Arabia, The United Arab Emirates (UAE), Malaysia, Angola, Romania, Morocco, Nigeria, the Republic of the Congo, the Republic of Tunisia, and the Kurdistan Regional Government.

5

RESPONSE NO. 18.  Pipes is not in possession, custody or control of any responsive documents.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:      */s/ Jeffrey M. Schwaber*
Jeffrey M. Schwaber (D.C. Bar # 419681)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)

*/s/ Eduardo S. Garcia*
Eduardo S. Garcia (D.C. Bar # 1028040)
egarcia@steinsperling.com
(301) 354-8326 (facsimile)

1101 Wotton Parkway, Suite 700
Rockville, Maryland 20852
(301) 340-2020

*Attorneys for Non-Party Daniel Pipes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2022, a copy of the foregoing was served via electronic mail and first class, postage prepaid, to the following person(s):

Jeffrey Udell
Jake Gardener
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
judell@wmhlaw.com
jgardener@wmhlaw.com

Adam P. Cohen
Kraig Ahalt
Walden Macht & Haran LLP
1 Battery Park Plaza
34th Floor
New York, New York 10004
acohen@wmhlaw.com
kahalt@wmhlaw.com

Charles Samuel Fax
Liesel J. Schopler
Rifkin Weiner Livingston LLC
4800 Hampden Lane
Suite 820
Bethesda, Maryland 20814
cfax@rwlls.com
lschopler@rwlls.com

Stephen J. Obermeier
Enbar Toledano
Krystal Brunner Swendsboe
Rebecca J. Fiebig
Rebecca Lynn Saitta
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
sobermeier@wiley.law
etoledano@wilerein.com
kswendsboe@wileyrein.com
rfiebig@wiley.law
rsaitta@wileyrein.com

Eric Roman
Nicholas L. Collins

7

Temitope K. Yusuf
Mohammed T. Farooqui
Arent Fox LLP
1301 Avenue of the Americas
Suite Floor 42
New York, New York 10019
Eric.roman@arentfox.com
Nicholas.collins@arentfox.com
Temitope.yusuf@arentfox.com
Mohammed.farooqui@arentfox.com

Laura E. Zell
Randal Adam Brater
Arent Fox LLP
1717 K Street NW
Washington, DC 20006
Laura.Zell@arentfox.com
Randall.brater@arentfox.com

David M. Zionts
Alexander Adelman Berengaut
Megan O'Neill
Covington & Burling LLP
850 Tenth Street, NW
One City Center
Washington, DC 20001
dzionts@cov.com
aberengaut@cov.com
moneill@cov.com

Daniel R. Benson
Andrew Kurland
Jacob Benson
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
dbenson@kasowitz.com
akurland@kasowitz.com
jbenson@kasowitz.com

Henry B. Brownstein
Kasowitz Benson Torres LLP
1399 New York Avenue, NW
Suite 201
Washington, DC 20005
hbrownstein@kasowitz.com

_/s/ Eduardo S. Garcia_
Eduardo S. Garcia