# EXHIBIT 3-A

**Document Summary**

1. QNB Transaction Records

This document lists transactions conducted over a two week period in 2010 and includes 8 pages. The last transaction on page 2 is as an outgoing transfer from QNB to an account at Cititrust Jersey in the name of "Beriza Limited".

2. Bank Statement

This document shows a series of transactions in 2015 in an account held by "Gentium Law Group". The first transaction (page 2) of this statement is a deposit from "Beriza Limited" Cititrust Jersey in the amount of $5,000,000. Subsequent to this transaction there are a number of payments to other attorneys and forensic firms (Kroll, etc).

3. Gentium Law Press Release

This document is a publicly circulated press release from Gentium Law. The press release describes its engagement by Sheikh Ahmed Al-Sabah in the matter of a forensic investigation. The press release is in response to Swiss criminal fraud charges being filed against the firm, its principal (Matthew Parrish) and its client Sheikh Ahmed Al-Sabah.

4. Forensic Document Examiner Report

This document describes the analysis by a well-known forensic examiner in London of the original QNB records. Their conclusion is that the documents show no signs of tampering, the QNB stamp is identical to an independently obtained sample, and that the documents are authentic.

**Investigatory Background**

As part of our forensic investigation into the authenticity of the QNB records we conducted due diligence on dozens of transactions. The evidence supporting the transaction in question above was traced via two other transactions as described below.

Transaction 1: This transaction shows the brother of Sheikh Ahmed Al-Sabah receiving substantial funds.

Transaction 2: This transaction shows a company, owned by the Mother of Sheikh Ahmed Al-Sabah receiving substantial funds.

Transaction 3 (Beriza Limited): Based on circumstantial evidence from Transaction 1 and 2, we hypothesized that Transaction 3, under the name of "Beriza Limited' in Jersey, was possibly a shell company belonging to Sheikh Ahmed Al-Sabah.

Based on this information we engaged a private investigator to identify transactions/cases/other business where Sheikh Ahmed may have used the Trust to receive or send money. Our investigator identified a court case in Switzerland where Sheikh Ahmed was named in an ongoing criminal case. After obtaining records from this case we identified a bank statement for the Gentium Law Firm, the Sheikh Ahmed's named co-conspirator (his attorney Matthew Parrish) that showed the receipt of $5m dollars which was subsequently spent on activities dedicated to Sheikh Ahmed's project (described in the Gentium Press Release). There were no other deposits into this account other than from the "Beriza Limited" account. The name and account numbers are exact matches to the QNB records.

Additionally, we engaged a well known international forensic accountant with a successful history of tracing terrorist financing to attempt to identify the owner of the trust and other relevant account details. The forensic accountant was able to confirm through confidential sources that the account for Beriza Limited exists and is protected by additional levels of security only provided to high-profile VIP accounts.

World Cup 2020- Index of Information

Evidence of conspiracy by Qatar to bribe FIFA officials in 2009, 2010, 2011 to obtain votes and ensure World Cup 2020 was held in Qatar.

1. Qatar National Bank London Branch report detailing 41 separate transactions to FIFA officials (incl names, sending & receiving account numbers)
   - Paper report (8 pages) verified as authentic by former Scotland Yard document analyst
   - 8 transactions match officials already publicly known to have been bribed
     - Julio Grondona
     - Issa Hayatou
     - Charles Blazer
     - Adam Marcus
     - Hussein Al Musallam
     - Chung Mong-Joon
     - Jaques Anouma
     - Sheikh Ahmed Al-Fahad Al-Ahmed Al-Jaber Al-Sabah
   - 1 transaction validated to account shown to belong to Kuwaiti sport minister al -Sabah
   - 3 more transaction accounts identified to still be active and tied to named officials
2. Index of key conspirators & background on involvement
   - Ali al-Thawadi
   - Sheikh Jassim bin Hamad bin Khalifa Al Thani
   - Sheikh Mohammed bin Hamad bin Khalifa Al Thani – Chairman, Qatar World Cup
   - Sheikh Joaan bin Hamad bin Khalifa Al Thani – President of Qatar Olympic Committee
   - Ahmad al-Nlmeh
   - Michael Holtzman
   - Brian Wagner
   - Hassan al-Thawadi

3. ███████████████████████████████████
   ███████████████████████
   ████████████

4. Names of bribed officials sourced from internal documents by whistleblower (additional separate validation)

5. ███████████████████████████████████
   █████████████████

6. Names & report on public firms used by Qatar to conduct influence and dirty tricks for World Cup effort

Notes:
1. QNB report was obtained by ██████████████████
████████████████ who was involved in conducting some of the transactions at the direction of superiors. ████████████ was terminated after reporting a sexual assault by a senior bank official.
█████████████████████████████████████
█████████████████████████████████████

2/3/4/5/6. Evidence of conspiracy obtained by professional investigators from phone, email, financial and other public records as well as ████████ inside Qatar.



**Banque Cantonale de Fribourg**
**Freiburger Kantonalbank**

Service Line **0848 223 223**
www.bcf.ch
CHE-108.954.576 TVA

## Relevé de compte avec détail des écritures

| Date | Texte | Valeur | Débit | Crédit | Solde USD |
|------|-------|--------|-------|--------|-----------|
| | CHF 15'750.00 **Cours** 0.91500 **Communication/Référence** B. Goral | | | | |
| 03.02.2015 | Ordre e-banking 30 01 364.369-02 **Bénéficiaire** Gentium Law Group Sàrl 1700 Fribourg **Compte du bénéficiaire (No. BC)** 30 01 364.369-02 IBAN: CH5200768300136436902 **Montant** USD 41'951.59 **Communication/Référence** Kroll, Allianz Berg | 03.02.2015 | 41'951.59 | | 4'821'089.46 |
| 03.02.2015 | Ordre e-banking 30 01 364.369-02 **Bénéficiaire** Gentium Law Group Sàrl 1700 Fribourg **Compte du bénéficiaire (No. BC)** 30 01 364.369-02 IBAN: CH5200768300136436902 **Montant** CHF 125 317.44 **Cours** 0.91500 **Communication/Référence** Ticino report, Rued Winkler, Inv. 121411, Inv. 150109, Inv. 150110, Inv. 150111, Lawtank | 03.02.2015 | 136'958.95 | | 4'863'041.05 |
| 28.01.2015 | Crédit 511245028059 / BERIZA LIMITED **Donneur d'ordre** BERIZA LIMITED Cititrust (Jersey) Limited P.O. Box 728 38 Esplanade St. Helier JE4 8ZT         JE **Montant** USD 5'000'000.00 | 28.01.2015 | | 5'000'000.00 | 5'000'000.00 |

**MEF000004**



GENTIUM LAW GROUP SARL
SECOND PRESS RELEASE CONCERNING

## THE AL SABAH AFFAIR

**26 SEPTEMBER 2016**
**(SECOND PRESS RELEASE)**

Following the publication of an article directed against this firm in a well-known Geneva newspaper dated 16 September 2016, the firm has received a number of further media enquiries. It therefore wishes to make the following additional statement about this affair, in addition to the prior press statement it released on 12 September 2016.

+++

This case involves serious allegations of corruption made against two senior Kuwaiti politicians, one of who is the former Prime Minister of Kuwait (Sheikh Nasser Al-Sabah) and the other of which, Jassem Al-Kharafi (now deceased), was the former Speaker of the Kuwaiti Parliament until both of those individuals resigned in 2011 amidst street protests relating to complaints of corruption. Sheikh Nasser is perceived as the presumptive heir to the Kuwaiti Emiracy when the current Emir, who is elderly, dies.

For a number of years the State of Kuwait has been suspected by foreign governments, including the United States, to have been a funding source for the Islamic State of Iraq and the Levant (ISIL, now commonly known just as the "Islamic State"). Everyone accepts that the Islamic State is a dangerous terrorist organization that it is the common obligation of civilized nations to degrade and destroy. No oil-rich state, or any Gulf Royal Family member, ought to be supporting it.

This firm's attorneys were engaged by its client and Sheikh Nasser's political opponent Sheikh Ahmed Al-Sabah, with U.S. support, to investigate the veracity of certain videos circulating in Kuwait. Those videos appeared to show acts of corrupt and/or dishonest behaviour on the part of Sheikh Nasser and/or Mr Al-Kharafi. It is known from the diplomatic cables exposed by Wikileaks and sent from the U.S. Embassy in Kuwait City to Washington, DC that the U.S. Government considered Sheikh Ahmed a substantially more eligible candidate to be the next Emir than Sheikh Nasser.

# FIONA MARSH M.Sc.
*Questioned Document Examiner*

## REPORT ON EXAMINATION OF QATAR

## NATIONAL BANK DOCUMENTS.

I, Fiona Elizabeth Marsh, specialise in the scientific examination of documents and handwriting. I hold the degrees of Bachelor of Science and Master of Science. I was trained in document examination at the Metropolitan Police Forensic Science Laboratory where I worked for eight years. Since leaving the MPFSL in 1988 I have worked as an Independent Forensic Document Examiner. My clients include, for civil work and for criminal defence work, a large number of solicitors, Loss Adjusters, large companies as well as private individuals. I have also undertaken criminal prosecution work for the Metropolitan Police, the City of London Police, the Fraud Squad, the Central Cheque Squad, the British Army, the Ministry of Defence and prosecuting authorities in Gibraltar, Hong Kong, Australia, Oman and the Philippines. I have attended court on many occasions in order to give evidence both whilst employed at the MPFSL and since leaving.



2

On the 20th December 2017 I took possession of the following items:

QUESTIONED DOCUMENTS

1) Eight pages of Qatar National Bank bank statements for account in the name of Qatar Diplomatic Mission-44 all dated 17-OCT-2017. Pages numbered 1 of 1 and 2 of 3 cover periods in August and December 2010 and pages numbered 1 of 6 through to 6 of 6 cover dates in February 2009.

REFERENCE DOCUMENTS

2) Three pages of Qatar National Bank bank statements for account in the name of Mohamed Nasser Hinzab Al Mari. Two pages are dated 23-Nov-17 and the other is dated 07- Dec-17 all covering periods in August 2010.

I have examined these items.

I have been instructed to examine and compare features of the paper, printing, format, typestyle/font of the entries and the rubber stamps on the questioned and reference documents. I have carried out these comparisons using non destructive scientific techniques.

MEF000007

3

The result of my detailed examination can be summarised as follows:

PAPER COMPARISON: the reference and questioned documents are on A4 size plain white paper. There is no watermark present or any other security feature apparent. The paper of the questioned documents is indistinguishable from the paper of the reference documents.

PRINTING/TYPESTYLE/ FONT: I am unable to distinguish between the printing method and the size, spacing, font and format used on the questioned and reference documents apart from a few minor differences which are likely to be explained by being individual habits of the different people producing the statements. For example the date format of the date in the top right hand corner of the page differs in the questioned and reference documents as does the width of the box on the right hand side which is headed "Balance".

RUBBER STAMP: Each page in the questioned and reference documents bears a round rubber stamp which is in a light blue/turquoise colour ink. The stamp consists of a circle which contains the letters "QNB" and to the left of these letters is a motif. Underneath the circle are the words "London Branch" and under these words is a number. On the questioned documents the number can either be clearly defined as a "9" or is a smudge which is likely to be a "9". Two of the reference documents have the number "14" under the words "London Branch" and the third reference document bears a number "9"

MEF000008

4

identical in shape and position to that found in the questioned documents. I have used this reference document i.e. the one bearing a stamp marked "London Branch 9" for detailed comparison with the questioned documents. I found this reference stamp to be indistinguishable from the stamps on the questioned documents even to the extent that it bears a small dot of ink just below and to the left of the lowest point of the motif. A dot in exactly the same position can be found on most of the questioned documents. It is absent from the rubber stamp on the page marked 2 of 6 but this rubber stamp is much fainter than the others and it cannot be detected on the page numbered 1 of 6. However, there is a signature written across the area the dot would be and the signature may well be masking the dot.

CONCLUSION

The degree of similarity between the questioned and reference documents is such that I am unable to find any evidence to indicate that the questioned documents are other than genuine.

A more detailed report on the various comparisons that have been made can be produced if required.

Signed.............................................    Dated..28th Dec 2017.............

 **QNB**

Equation System
TH-Account Statement
Qatar

Produced by:

Account Number:  00603879232          Currency:  GREAT BRITAIN POUNDS
From : 02/12/2009 To : 03/31/2009     Name:    QATAR DIPLOMATIC MISSSION-44

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 02/12/2009 | SH. DHARI E A CITI BANK SING ACCOUNT NUMBER 9808997885 CTI INGSGGCB | 02/13/2009 | 14,320,000.000 | 149,268,677.00 |
| 02/13/2009 | JULIO H GRONDONA BANCO SANTANDER RIO ACCOUNT NUMBER 00077864788345 BSCHARBA | 02/13/2009 | 8,500,101.000 | 140,768,576.00 |
| 02/13/2009 | ISSA HAYATOU CREDIT MOBILIER ACCOUNT NUMBER 2763J481 CMMDMCMIXXX | 02/13/2009 | 4,750,000.000 | 136,018,576.00 |
| 02/13/2009 | MOHMAD HK AL-THANI QATAR NAT. BANK HQ ACCOUNT NUMBER 0067778869 QNBAQAQA | 02/13/2009 | 42,000,000.000 | 94,018,576.00 |
| 02/16/2009 | MOHMAD HK AL-THANI QATAR NAT. BANK HQ ACCOUNT NUMBER 0067778869 QNBAQAQA | 02/17/2009 | 6,280,900.000 | 87,737,676.00 |
| 02/16/2009 | INCOMIN TRNES QATAR MISSION MAIN ACCOUNT NUMBER | 02/16/2009 | (308,060,225.750) | 395,797,901.75 |
| 02/18/2009 | CASH CHECK HLDR HASSAN AL THAWADI CHECK HLDR 23-008-775 | 02/18/2009 | 2,000,000.000 | 393,797,901.75 |

Qatar National Bank                    Page 1 of 6                    EQU_PRD_EQU_THISTORY_REP.

 **QNB**

Equation System
TH-Account Statement
Qatar

Produced by:

| Account Number: | 00607879232 | Currency: | GREAT BRITAIN POUNDS |
| From : 02/12/2009 To : 03/31/2009 | | Name: | QATAR DIPLOMATIC MISSSION-44 |

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 02/17/2009 | PETER CEFERIN<br>NOVA KREDITNA BANKA MARIBOR<br>ACCOUNT NUMBER<br>229/88933086 KBMASI2XXXX | 02/17/2009 | 1,120,000.000 | 392,677,901.75 |
| 02/17/2009 | DIWAN EXP  VISIT PROTOCOL<br>SAVOY HOTEL GRP<br>ACCOUNT NUMBER<br>3004142-203647 BARCGB22 | 02/17/2009 | 1,443,786.980 | 391,234,114.77 |
| 02/17/2009 | HH SH JASIM BIN HAMAD<br>CASH CHECK HLDR<br>ACCOUNT NUMBER<br>223/000777869-21/201 | 02/17/2009 | 850,000.000 | 390,384,114.77 |
| 02/17/2009 | DIWAN EXP  VISIT PROTOCOL<br>CASH CHECK HLDR<br>ACCOUNT NUMBER<br>226/000777869-21/201 | 02/17/2009 | 3,000,000.000 | 387,384,114.77 |
| 02/17/2009 | CHUNG KIM HIONG<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0900778721 QNBASGSG | 02/18/2009 | 5,181,800.000 | 382,202,314.77 |
| 02/18/2009 | ANOUMA JACQUES<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0900708638 QNBASGSG | 02/18/2009 | 1,670,000.000 | 380,532,314.77 |
| 02/18/2009 | JEROME VALCKE<br>QATAR NAT. BANK PARIS<br>ACCOUNT NUMBER<br>19-23-0000440711 QNBAFRPPXXX | 02/18/2009 | 7,500,000.000 | 373,032,314.77 |

MEF000011



Equation System
TH-Account Statement
Qatar

Produced by:

Account Number:        00603879232
From : 02/12/2009 To : 03/31/2009

Currency:   GREAT BRITAIN POUNDS
Name:      QATAR DIPLOMATIC MISSSION-44

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 02/18/2009 | ALMIRON NICOLAS LEOZ<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00663445223 QNBAQAQA | 02/18/2009 | 3,720,000.000 | 369,312,314.77 |
| 02/18/2009 | AHMAD AHMAD<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00662721023 QNBAQAQA | 02/19/2009 | 4,000,000.000 | 365,312,314.77 |
| 02/19/2009 | DIWAN EXP VISIT PROTOCOL<br>CASH CHECK HLDR<br>ACCOUNT NUMBER<br>244/000777869-21/201 | 02/19/2009 | 150,000.000 | 365,162,314.77 |
| 02/19/2009 | SH MAYASSA H AL THANI<br>CASH CHECK HLDR<br>ACCOUNT NUMBER<br>261/000777869-22/202 | 02/19/2009 | 1,250,000.000 | 363,912,314.77 |
| 02/19/2009 | WORAWI MAKUDI<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0000775401 QNBASGSG | 02/19/2009 | 3,778,000.000 | 360,134,314.77 |
| 02/19/2009 | SENES ERZIK<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0000773102 QNBASGSG | 02/19/2009 | 5,970,000.000 | 354,164,314.77 |
| 02/19/2009 | RODRIGUES BELO ANA PAULA<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00678190903 QNBAQAQA | 02/19/2009 | 1,950,000.000 | 352,214,314.77 |

 **QNB**

Equation System
TH-Account Statement
Qatar

Produced by:

| Account Number: | 03607879232 | | Currency: | GREAT BRITAIN POUNDS |
| From : 02/12/2009 To : 03/31/2009 | | | Name: | QATAR DIPLOMATIC MISSION-44 |

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 02/19/2009 | DIWAN EXP EXT MFA<br>CASH CHECK HLDR<br>ACCOUNT NUMBER<br>303/000777869-21/201 | 02/19/2009 | 520,000.000 | 351,694,314.77 |
| 02/19/2009 | CAR SERVICES LTD<br>CHECK MAIN ACCOUNT<br>ACCOUNT NUMBER<br>6660010018 | 02/19/2009 | 48,890.000 | 351,645,424.77 |
| 02/19/2009 | VITALY MUTKO<br>BANCA MONTE DEI PASCHI BMPS<br>ACCOUNT NUMBER<br>999000659202345-MONTMCMCXXN | 02/20/2009 | 46,000,000.000 | 305,645,424.77 |
| 02/19/2009 | RODRIGUES BELO ANA PAULA<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00678190903 QNBAQAQA | 02/19/2009 | 255,000.000 | 305,390,424.77 |
| 02/19/2009 | GUATEMALA RAFAEL SALGUERO<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0060770122 QNBASGSG | 02/19/2009 | 6,200,080.000 | 299,190,344.77 |
| 02/19/2009 | MARIOS LEFKARITIS<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0060779192 QNBASGSG | 02/19/2009 | 2,870,500.000 | 296,319,844.77 |
| 02/19/2009 | CP DIW EXP SH TAMIM BIN HAMAD<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00666808133 QNBAQAQA | 02/19/2009 | 4,166,880.000 | 292,152,964.77 |

 QNB

Produced by:

Equation System
TH-Account Statement
Qatar

Account Number:     00607879232                Currency:   GREAT BRITAIN POUNDS

From : 02/12/2009 To : 03/31/2009               Name:       QATAR DIPLOMATIC MISSION-44

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|-----------|------------------------|------------|--------|---------|
| 02/20/2009 | MON JOON CHUNG<br>BANCA MONTE DEI PASCHI BMPS<br>ACCOUNT NUMBER<br>99900046812 1124-MONTMCMCXXX | 02/20/2009 | 35,520,000.000 | 316,694,314.77 |
| 02/20/2009 | FRANCOIS PLATINI MICHEL<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0000771411 QNBASGSG | 02/20/2009 | 12,208,890.000 | 304,485,424.77 |
| 02/20/2009 | NICOLAS LEOZ<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00672230071 QNBAQAQA | 02/20/2009 | 2,600,000.000 | 301,885,424.77 |
| 02/20/2009 | SH DHARIFA AL SABAH<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00677018724 QNBAQAQA | 02/20/2009 | 18,255,000.000 | 283,630,424.77 |
| 02/20/2009 | HUSSIEN A H AL MUSALLAM<br>QATAR NAT. BANK SING<br>ACCOUNT NUMBER<br>22-334-0000787301 QNBASGSG | 02/20/2009 | 7,116,890.000 | 276,513,534.77 |
| 02/20/2009 | VILLAR ANGEL MARIA<br>BANQUE HAVILLAND S.A<br>ACCOUNT NUMBER<br>8773455610098000 HAVLMCMXXX | 02/20/2009 | 2,870,500.000 | 273,643,034.77 |
| 02/20/2009 | JUNGI OGURA<br>QATAR NAT BANK HQ<br>ACCOUNT NUMBER<br>00663368228 QNBAQAQA | 02/20/2009 | 6,788,000.000 | 266,855,034.77 |

MEF000014

 QNB

Equation System
TH-Account Statement
Qatar

Produced by:

Account Number: 00607879232                  Currency:   GREAT BRITAIN POUNDS
From : 02/12/2009 To : 03/31/2009              Name:     QATAR DIPLOMATIC MISSSION-44

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 02/24/2009 | VICTORIANO SANCHEZ ARMINIO QATAR NAT. BANK PARIS ACCOUNT NUMBER 19-23-0000422361 QNBAFRPPXXX | 02/25/2009 | 4,519,000.000 | 262,336,034.77 |
| 02/25/2009 | MEDRANO JAVIER TEBAS QATAR NAT BANK HQ ACCOUNT NUMBER 00670114132 QNBAQAQA | 02/26/2009 | 2,000,000.000 | 260,336,034.77 |
| 02/25/2009 | AUSTIN WARNER QATAR NAT BANK HQ ACCOUNT NUMBER 00666740108 QNBAQAQA | 02/26/2009 | 3,700,000.000 | 256,636,034.77 |
| 02/26/2009 | ADAM MARCUS QATAR NAT. BANK SING ACCOUNT NUMBER 22-294-0000744212 QNBASGSG | 02/26/2009 | 2,553,000.000 | 254,083,034.77 |
| 02/26/2009 | MAKHDOOM S FAISAL S HAYAT QATAR NAT. BANK SING ACCOUNT NUMBER 22-334-0000736624 QNBASGSG | 02/26/2009 | 1,556,890.000 | 252,526,144.77 |
| 02/26/2009 | BLAZER CHARLES GORDON BANQ G E D ROTHSCHILD MONACO ACCOUNT NUMBER 321-645-010786-009 BERLMCMC | 02/27/2009 | 6,610,000.000 | 245,916,144.77 |
| 02/27/2009 | NASSER GHANEM AL KHUAILIFI QATAR NAT. BANK PARIS ACCOUNT NUMBER 19-23-00004666751 QNBAFRPPXXX | 03/03/2009 | 30,000,000.000 | 215,916,144.77 |



Qatar National Bank                          Page 5 of 6                          eQU_PKD_EQU_THISTORY_REP.

 QNB

**Equation System**
**TH-Account Statement**
**Qatar**

Produced by:

Account Number: 00607879232          Currency:   GREAT BRITAIN POUNDS

From :08/02/2010 To : 08/27/2010          Name:   QATAR DIPLOMATIC MISSSION-44

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 08/04/2010 | FRANCOIS PLATINI MICHEL QATAR NAT. BANK SING ACCOUNT NUMBER 22-334-0000771431 QNBASGSG | 08/05/2010 | 5,000,000.000 | 109,356,201.04 |
| 08/05/2010 | WORAWI MAKUDI QATAR NAT. BANK SING ACCOUNT NUMBER 22-334-0000775401 QNBASGSG | 08/05/2010 | 4,340,800.000 | 105,015,401.04 |
| 08/06/2010 | DIWAN EXP VISIT PROTOCOL CASH CHECK HLDR ACCOUNT NUMBER 244/0000777869-21/201 | 08/06/2010 | 75,000.000 | 104,940,401.04 |
| 08/09/2010 | RAAVA FINE JEWELLERY QATAR NAT BANK HQ ACCOUNT NUMBER 00663450324 QNBAQAQA | 08/10/2010 | 4,058,803.000 | 100,881,598.04 |
| 08/10/2010 | AHMAD AHMAD QATAR NAT BANK HQ ACCOUNT NUMBER 00662721023 QNBAQAQA | 08/10/2010 | 2,357,610.000 | 98,523,988.04 |
| 08/10/2010 | HH SH JASIM BIN HAMAD CASH CHECK HLDR ACCOUNT NUMBER 242/0000777869-21/211 | 08/10/2010 | 500,000.000 | 98,023,988.04 |
| 08/12/2010 | PETER CEFERIN NOVA KREDITNA BANKA MARIBOR ACCOUNT NUMBER 229/88933056 KBMASI2XXXX | 08/16/2010 | 2,087,110.000 | 95,936,878.04 |

Qatar National Bank                    Page 2 of 3                    EQU_PKD_EQU_THISTORY_REP.

 **QNB**

**Equation System**
**TH-Account Statement**
**Qatar**

Produced by:

| Account Number: | 00603879232 | Currency: | GREAT BRITAIN POUNDS |
| From :12/13/2010 To : 12/24/2010 | | Name: | QATAR DIPLOMATIC MISSION-44 |

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 12/14/2010 | BLAZER CHARLES GORDON BANQ G E D ROTHSCHILD MONACO ACCOUNT NUMBER 321-645-010786-000 BERLMCMC | 12/14/2010 | 7,328,000.000 | 89,524,711.34 |
| 12/14/2010 | GUATEMALA RAFAEL SALGUERO QATAR NAT. BANK SING ACCOUNT NUMBER 22-334-0090770122 QNBASGSG | 12/15/2010 | 3,022,900.000 | 86,501,811.34 |
| 12/15/2010 | NASSER GHANEM AL KHUAILIFI QATAR NAT. BANK PARIS ACCOUNT NUMBER 19-23-00004666751 QNBAFRPPXXX | 12/15/2010 | 990,000.000 | 85,511,811.34 |
| 12/15/2010 | UP BIW EXP SH TAMIM BIN HAMAD QATAR NAT BANK HQ ACCOUNT NUMBER 00666800133 QNBAQAQA | 12/15/2010 | 1,543,000.000 | 83,968,811.34 |
| 12/16/2010 | VITALY MUTKO BANCA MONTE DEI PASCHI BMPS ACCOUNT NUMBER 999000659202345-MONTMCMCXXX | 12/20/2010 | 21,556,890.000 | 62,411,921.34 |
| 12/20/2010 | BLAZER CHARLES GORDON BANQ G E D ROTHSCHILD MONACO ACCOUNT NUMBER 321-645-010786-000 BERLMCMC | 12/21/2010 | 4,622,090.000 | 57,789,831.34 |
| 12/21/2010 | BERIZA LIMITED CITITRUST (JERSEY) LIMITED ACCOUNT NUMBER 511245028059 CITIJEJXXXX | 12/23/2010 | 6,870,000.000 | 50,919,831.34 |

MEF000017

# ALEKSANDER ČEFERIN

Aleksander Čeferin is the current president of UEFA. He was elected in September 2016, automatically making him a vice president of FIFA. From 2011 to 2016, Čeferin was the second vice-chairman of UEFA's legal committee, a member of FIFA's disciplinary committee, and President of Slovenia's football association. From 2005 to 2011, Čeferin held executive positions with local Slovenian football clubs. Čeferin also worked as a lawyer with Čeferin Law Firm from 1991 to 2016.

Čeferin's election as the president of UEFA came amidst speculation from news sources that FIFA President Gianni Infantino had chosen him to act as his "puppet." During Čeferin's campaign, Infantino allegedly sent an advisor to "gather votes" for Čeferin in Scandinavian countries. Further, Infantino reportedly hired a friend of Čeferin to a role determining Čeferin's FIFA salary. Both Čeferin and Infantino denied these allegations.

Čeferin chaired the 2019 UEFA Congress that "officially appointed" Nasser Al-Khelaifi, a Qatari businessman being investigated for corruption, to a position on the UEFA Executive Committee. In 2020, Čeferin expressed support for the 2022 World Cup's location in Qatar and praised Qatar's tournament facilities.

During his UEFA presidency, Čeferin has been criticized for hosting multiple football tournaments in Azerbaijan, including the 2019 Europa League Final, even though the country has an "appalling human rights record."

## Background

**In September 2016, Aleksander Čeferin was elected president of UEFA, automatically making him a vice president of FIFA, having previously been the second vice-chairman of the UEFA legal committee and a FIFA disciplinary committee member since September 2011.**

**Čeferin Has Been President Of UEFA Since His Election September 14, 2016, Which Automatically Made Him A Vice-President Of FIFA.** "On 14 September 2016, Mr Čeferin was elected as the seventh President of UEFA at the 12th Extraordinary UEFA Congress in Athens, automatically becoming a vice-president of the world football body, FIFA." ("UEFA President: Aleksander Čeferin," UEFA, Accessed 3/4/22)

**From September 2011 To September 2016, Čeferin Was On The FIFA Disciplinary Committee And Was Second Vice Chairman Of The UEFA Legal Committee.** "Since September 2011 until September 2016, Mr. Čeferin was also President of the Football Association of Slovenia (NZS), 2nd Vice-Chairman of the Legal Committee of the Union of European Football Associations (UEFA), and a member of the Disciplinary Committee of the International Federation of Association Football (FIFA)." ("Aleksander Čeferin," Čeferin Law Firm, Accessed 3/7/22)

**Čeferin held executive positions with local Slovenian football clubs FC Litija and FC Ljubljana Lawyers starting in 2005 and with NK Olimpija Ljubljana from 2006 to 2011, then became President of the Football Association of Slovenia from September 2011 to September 2016.**

**Starting In 2005, Čeferin Worked As An Executive Board Member Of "Local Football" Clubs FC Litija And FC Ljubljana, And From 2006 To 2011 He Was An Executive Committee Member Of NK Olimpija Ljubljana.** "Mr Čeferin took a formal interest in local football in 2005 through his work with the executive board of futsal club FC Litija. A member of the executive committee of amateur side FC Ljubljana Lawyers since 2005, he also served as an executive committee member at NK Olimpija Ljubljana from 2006 to 2011." ("UEFA President: Aleksander Čeferin," UEFA, Accessed 3/4/22)

**From September 2011 To September 2016, Čeferin Was President Of The Football Association Of Slovenia.** "Since September 2011 until September 2016, Mr. Čeferin was also President of the Football Association of Slovenia (NZS), 2nd Vice-Chairman of the Legal Committee of the Union of European Football Associations (UEFA), and a member of the Disciplinary Committee of the International Federation of Association Football (FIFA)." ("Aleksander Čeferin," Čeferin Law Firm, Accessed 3/7/22)

**Čeferin "mainly represented professional athletes and sports clubs" as a lawyer with Čeferin Law Firm from 1991 until 2016, when he started his full-time role as president of UEFA.**

**Starting In 1991, Čeferin Practiced Law With Čeferin Law Firm, Where He "Mainly Represented Professional Athletes And Sports Clubs."** "Mr. Aleksander Čeferin graduated from the Faculty of Law of Ljubljana in 1991 and took a position in our law firm the same year. Aleksander Čeferin is a founder of the firm, dealing with criminal law, commercial law and law on personal (human) rights. More specifically, Mr. Čeferin mainly represented professional athletes and sports clubs." ("Aleksander Čeferin," Čeferin Law Firm, Accessed 3/9/22)

**Čeferin Left The Firm In 2016 To Take A Full-Time Role As President Of UEFA.** "On September 14, 2016 he was elected as a seventh president of the Union of European Football Associations (UEFA). He is now fulfilling his role as a full time president." ("Aleksander Čeferin," Čeferin Law Firm, Accessed 3/9/22)

## Relationship To Qatari FIFA Corruption

### Chaired UEFA Congress That Appointed Corrupt Qatari Businessman To UEFA Board

**In 2019, Čeferin chaired the UEFA congress that "officially appointed" Nasser Al-Khelaifi, a Qatari businessman, to a position on the UEFA Executive Committee, despite ongoing ethical investigations into Al-Khelaifi.**

Page 2

**In 2019, The UEFA Congress "Officially Appointed" Nassar Al-Khelaifi To Join The UEFA Executive Committee As A European Club Association (ECA) Representative Following His Election By The ECA.** "Nasser al-Khelaifi, the Qatari president of French giants Paris Saint-Germain, was on Thursday officially appointed club representative on UEFA's Executive Committee, at the Congress of European football's governing body in Rome. The 45-year-old had been elected at the end of January at a meeting of the Executive Committee of the European Club Association (ECA) which defends the interests of big European clubs and is chaired by Juventus president Andrea Agnelli. But his candidacy had yet to be ratified and was done so during the UEFA Congress." (Rob Harris, "PSG chairman Al-Khelaifi to join top UEFA body amid probes," *AP News*, 1/30/19)

- **The UEFA President Chairs The UEFA Congress.** "The President shall chair the Congress, as well as meetings of the Executive Committee." ("UEFA Statutes: Rules of Procedure of the UEFA Congress: Regulations governing the Implementation of the UEFA Statutes," *UEFA*, 2021)

- **In 2019, Čeferin Was Unanimously Reelected UEFA President.** "Uefa president Aleksander Ceferin was handed a new four-year term on Thursday and promised a bright future despite the 'complex challenges' ahead for European football's governing body. The 51-year-old Slovenian lawyer was the only candidate going forward for election at the Uefa Congress in Rome and was voted in by acclamation."

**At The Time Of His Appointment, Al-Khelaifi Was The Chairman Of Paris Saint-Germain, Which Was "Under Investigation For Potential Breaches Of UEFA's Own Financial Fair Play Rules."** "Prior to being confirmed in the role, the Qatari chairman of French giants Paris Saint-Germain (PSG) said he hoped to 'enhance and develop European football, while ensuring that the interests of all the clubs are represented in the decision making process.' That collegial-sounding statement has been met with a collective raised eyebrow by many observers of European football's governing body. Paris Saint-Germain, backed heavily by the Gulf state, are currently under investigation for potential breaches of UEFA's own Financial Fair Play rules and Al-Khelaifi is embroiled in criminal proceedings relating to his position as chairman of BeIN Sports and the alleged bribery of a FIFA official in their procurement of World Cup rights for 2026 and 2030." ("Qatari PSG boss Nasser Al-Khelaifi elected to UEFA Executive Committee with DFB support," *Deutsche Welle*, 2/7/19)

**Al-Khelaifi Was Also Under Investigation For Allegedly Bribing A FIFA Executive In Exchange For "2026 And 2030 World Cup Broadcast Rights" For His Company, BeIN Sports.** "Al-Khelaifi is in charge of Doha-based beIN Sports, which broadcasts in the Middle East as well as parts of Asia, Europe and North America, and buys rights from UEFA. Al-Khelaifi's conduct at the television network is being investigated by Swiss prosecutors who accused him in 2017 into bribery linked to beIN's agreement with FIFA for some 2026 and 2030 World Cup broadcast rights. He denied wrongdoing and was later questioned about allegedly providing an Italian luxury villa for then-FIFA Secretary General Jerome Valcke to use." (Rob Harris, "PSG chairman Al-Khelaifi to join top UEFA body amid probes," *AP News*, 1/30/19)

## Praised Qatar As The Location For FIFA World Cup

MEF000020

**In 2020, Čeferin expressed support for the World Cup's location in Qatar and praised Qatar's tournament facilities.**

**In 2020, Čeferin Expressed Support For The 2022 World Cup's Location In Qatar.** "Talking to reporters while in Doha to attend the Emir of Qatar Cup final, he said: 'I look forward to coming to the World Cup in Qatar two years from now.'" ("World Cup 2022: UEFA chief Čeferin lauds Qatar preparations," *AS Soccer*, 12/20/20)

**Čeferin Further Praised Qatar's 2022 World Cup Facilities.** "'What I have seen of the preparations confirm that it will without doubt be a fantastic tournament, and holding the final of the Emir Cup at Al Rayyan Stadium is the best way to introduce the world to this first-class facility, the fourth stadium to be completed ahead of Qatar 2022.'" ("World Cup 2022: UEFA chief Čeferin lauds Qatar preparations," *AS Soccer*, 12/20/20)

## Corruption Allegations Surrounding UEFA Presidential Election

**Čeferin was called "a puppet of new FIFA President Gianni Infantino" after Infantino allegedly sent an adviser to "gather votes" for Čeferin during his campaign for UEFA President and appointed a friend of Čeferin to a role determining Čeferin's salary.**

**After His Election As UEFA President, Čeferin Was Called "A Puppet Of New FIFA President Gianni Infantino."** "Čeferin has been accused of 'being a puppet of new Fifa president Gianni Infantino', reports the Telegraph, although both men have dismissed such claims." ("Who is new Uefa president Aleksander Čeferin?" *The Week*, 9/14/16)

**Infantino Appointed Tomas Vesel, A Slovenian Who Knew Čeferin Personally, As Chairman Of FIFA's Audit And Compliance Committee Shortly After Visiting A Football Center's Opening In Slovenia.** "In May, the NZS opened its new national football center – replete with three pitches and a multipurpose sports training facility – near the city of Kranj, 30 kilometers north of the capital Ljubljana. The ceremony was attended by Gianni Infantino – and Čeferin's relationship with the FIFA president was the subject of speculation in the run-up to Wednesday's election. Some reports claimed Infantino – who replaced scandal-hit Sepp Blatter as head of world football in February 2016 – wanted Čeferin to win the election, leading to denials from both men. Nonetheless, the conspiracy theorists were keen to highlight the fact that Tomas Vesel, Slovenia's state auditor and an associate of Čeferin, was appointed the chairman of FIFA's Audit and Compliance Committee two months after the football center's opening." (Piers Edwards, "UEFA presidency: Slovenian Aleksander Čeferin to replace Michel Platini," *CNN*, 9/14/16)

- **Vesel Would Be Responsible For Setting Čeferin's FIFA Salary, Leading To Concerns About Čeferin And Vesel's "Personal Friendship."** "The 48-year-old Čeferin is untainted by FIFA's past excesses, but his clear link to Vesel, the governing body's new audit and compliance committee chairman, has caused concern. FIFA rules state the job of overseeing how it earns and spends its World Cup revenue can only go to a person with no 'material financial relationship' to a member federation. It was done until May by Domenico Scala, a pharmaceutical industry executive who resigned amid disputes with Infantino, including a no-bonus rule for the president. Vesel, however, could within days be responsible for setting the FIFA salary of his teammate on the

Page 4

soccer team in the Slovene capital. Pieth, a compliance expert, said the Slovenia link was 'less camouflaged' than in the Blatter era. 'There is a personal friendship,' Pieth told the AP. 'There's not a general rule against that kind of thing but it's simple patronage. It's clear.'" (Graham Dunbar. "Infantino's leadership questioned as UEFA elects president," *AP News*, 9/12/16)

**Infantino Was Also Accused Of Sending An Advisor To "Gather Votes" In Scandinavian Countries For Čeferin, Which Čeferin Denied.** "The Fifa president was alleged by the Dutch newspaper De Volksrant to have sent an adviser to a meeting of northern European FAs to lobby on Ceferin's behalf before the Champions League final on 28 May. Ceferin had been invited to the meeting to discuss his plans for his prospective candidacy. Before Ceferin had even announced his campaign, the Danish, Finnish, Norwegian and Swedish FAs had come out in favour of his candidacy. The adviser sent to the May meeting was the Norwegian FA's secretary-general, Kjetil Siem, who was announced as Infantino's 'director of strategic affairs' on May 18th. Fifa said Siem was still working for the Norwegian FA at the time of the meeting. An investigation by the Norwegian football magazine Josimar detailed allegations that Siem worked to gather votes for Ceferin and in return promised seats on Uefa's board and favourable consideration for tournament bids. Ceferin angrily called the claims 'almost completely not true' and said it was 'a lie' Siem had pledged Infantino's support." (Owen Gibson. "A ghost at the feast: Platini to address Uefa election," *The Irish Times*, 9/13/16)

## Significant Salary Increases

**Čeferin's salary has reportedly increased considerably since 2016, with "a staggering gross increase of €450,000" in one year leading to a €2.19 million salary in 2020.**

**According To Reports, In 2019-2020, Čeferin's Salary Was €2.19 Million, "A Staggering Gross Increase Of €450,000 From The Previous Year."** "According to reports from Calcio & Finanza, UEFA president Aleksander Ceferin earned €2.19m in 2019-20, a staggering gross increase of €450,000 from the previous year." (Vidit Dhawan, "UEFA President Aleksander Ceferin Gave Himself Pay-rise During Covid Pandemic, Earns £1.9M, Republic World, 4/23/21)

**Čeferin's Salary Has Greatly Increased From His 2016 "Pre-Tax Salary Of 1.56 Million Swiss Francs."** The Aleksander Ceferin salary has seen a considerable increase since 2016. In 2016, UEFA had revealed that Ceferin earned a pre-tax salary of 1.56 million Swiss francs ($1.64 million), thereby fulfilling the 2016 promise of transparency on pay for top officials." (Vidit Dhawan, "UEFA President Aleksander Ceferin Gave Himself Pay-rise During Covid Pandemic, Earns £1.9M, Republic World, 4/23/21)

## Hosted Tournaments In Country With "Appalling Human Rights Record"

**While UEFA President, Čeferin was criticized for hosting multiple European football tournaments in Azerbaijan, which has an "appalling human rights record."**

**During Čeferin's Presidency, Azerbaijan Has Been Selected As Host Of Multiple European Football Tournaments, Including The 2019 Europa League Final, While Reports Have Observed Čeferin's "Close Friendship" With Azerbaijan's President.** "The President of

Page 5

Azerbaijan, an ally of Turkish President Erdogan, has made a name for himself in European football thanks to a close friendship with UEFA President Aleksander Ceferin. Since the Slovenian president entered his current position in 2016, Baku has hosted the 2019 Europa League final, as well as three games in the group stage of the Euro 2020 and one of the quarterfinals, Without forgetting that it hosted the Qarabag Champions League matches during the 2017/18 season." ("Ceferin's 'dangerous friendships,'" *Market Research Telecast*, 6/21/21)

**UEFA Was Criticized For Hosting The 2019 Europa League Final In Azerbaijan Because Of Azerbaijan's "Appalling Human Rights Record" And Dangerous Conflict With Armenia Causing An Armenian Player To Fear "For His Safety."** "Amnesty International has increased the pressure on European football's governing body, Uefa, by saying Azerbaijan must not be allowed to 'sportswash its appalling human rights record' by staging high-profile football matches. Baku's Olympic Stadium is hosting the Europa League final between Arsenal and Chelsea next Wednesday and is also the venue for four games in next year's European Championship. But the decision to stage the Europa League showpiece in the former Soviet republic has been strongly criticised by fans and human rights groups and, on Tuesday, the Arsenal midfielder Henrikh Mkhitaryan said he would not travel to the game amid fears for his safety in a country that is locked in a simmering conflict with his native Armenia over the disputed Nagorno-Karabakh region." ("Amnesty: don't let Azerbaijan hide human rights abuses behind football," *The Guardian*, 5/22/19)

# ANA PAULA RODRIGUES-BELO

Ana Paula Rodrigues-Belo is a Brazilian handball player. According to Handball World News, Belo has been on the Brazilian national handball team since 2008. "Social encyclopedia" website Alchetron claims she is married to Ricardo Teixeira, a former FIFA executive committee member and former president of the Brazilian Football Confederation. However, Rodrigues-Belo's social media account shows she has been married to someone else for more than a decade. Further, according to media reports, Teixeira is married to a woman named Ana Carolina Wigand Rodrigues.

While Rodrigues-Belo's appears to lack any real connection to Teixeira, the former football administrator was  indicted by the U.S. in April 2020 for receiving bribes to vote for Qatar to host the 2022 World Cup.

## Background

**Ana Paula Rodrigues-Belo is a Brazilian handball player who currently plays for the Brazilian national team.**

**Ana Paula Rodrigues-Belo Is A Brazilian Handball Player.** ("Ana Paula Rodrigues Belo," European Handball Federation, Accessed 3/8/22, Archived 4/3/19)



**According To Handball World News, Rodrigues-Belo Has Been On The Brazilian National Handball Team Since 2008.** ("Ana Paula Rodrigues Belo - Player profile," Handball World News, Accessed 3/11/22)

| National team: | | |
|---|---|---|
| | Nr. | from/to |
| » Brazil | 9 | 2008 - 2022 |

**According to "social encyclopedia" Alchetron, Rodrigues-Belo is married to Ricardo Teixeira, former FIFA Executive Committee member and former president of the Brazilian Football Confederation, however media reports and her social media appear to disprove this claim.**

**A Website Named Alchetron Claims Rodrigues-Belo Was Married To Ricardo Teixeira In 2003.** ("Ana Paula Rodrigues," Alchetron, 3/30/18)

> Full name Ana Paula Rodrigues-Belo
>
> Born  18 October 1987 (age 28) Sao Luis, Brazil (1987-10-18)
>
> 0020  2007 2007  2008 2008-2009 2009  2011  2011  2014 2014  A.A.G. Maru Guaruihos Roquetas de Mar Elche Mustang Elda Prestigio Hypo Niederosterreich CSM Bucuresti
>
> Spouse Ricardo Teixeira (m. 2003)

- **Alchetron Claims To Be "An Innovative And Performance-Minded Social Encyclopedia."** "Alchetron is an innovative and performance-minded social encyclopedia that brings together all formats of information on a particular topic in to one central knowledge hub on its platform."  ("Alchetron," Alchetron, Accessed 3/11/22)

- **Teixeira Was A Five-Term President Of The Brazilian Football Confederation (CBF) From January 1989 To March 2012.** "On January 16, 1989, the then 41-year-old financier was elected CBF president by acclamation at the headquarters of the Superior Court of Sports Justice. Between then and his scandal-enshrouded retreat some 23 years and 56 days later, on March 12, 2012, Teixeira was re-elected five times." (Keir Radnedge, "Ricardo Teixeira: how 25 years of absolute power came to an end," World Soccer, 1/16/14)

- **From 1994 To 2012, Teixeira Was A Member Of The FIFA Executive Committee.** "He was a member of the FIFA Executive Committee from 1994 until 2012 and a member of the CONMEBOL Executive Committee." ("Decision of the adjudicatory chamber of the FIFA Ethics Committee in the case of Mr. Ricardo Teixeira [BRA]," FIFA, 7/26/19)

**Rodrigues-Belo's Social Media Shows She Has Been Married To John Belo Since June 2011.** "It's been a decade since we gave our YES as a guarantee to live our love in its fullness.

Page 2

Thank you for being my partner, best friend, husband and being everything I need to be who I am." (Ana Paula Rodrigues-Belo, Instagram, 6/20/21)



**NOTE:** *Rodrigues-Belo's post was translated from Portuguese using Google Translate.*

- **Teixeira Is Married To A Woman Named Ana Carolina Wigand Rodrigues.** "On Aug. 25, Ochab Properties, controlled by Teixeira's wife Ana Carolina Wigand Rodrigues, sold the waterfront home at 2345 Lake Avenue to MB Lake Avenue Property. The home has seven bedrooms and 7.5 bathrooms in 6,630 square feet and was built in 2000." (Brian Bandell, "Miami Beach home linked to FIFA official in corruption scandal sold for $9M," *South Florida Business Journal*, 8/26/15)

## Tenuously Linked To Corrupt FIFA Executive

### Teixeira Allegations Of Corruption In Securing 2022 World Cup For Qatar

**In June 2014, Teixeira admitted to trading votes for Qatar to host the 2022 FIFA World Cup in exchange for Qatar's support for Brazil to host the 2018 World Cup, an admission triggering FIFA and Switzerland investigations into alleged Qatari bribes to Teixeira's "secret bank account."**

**In June 2014, Teixeira Admitted To Voting For Qatar To Host The 2022 FIFA World Cup In Exchange For Qatar Voting For Brazil To Host The 2018 World Cup.** "Teixeira told Terra: 'Spain needed votes. They had the three from South America, their own and maybe one

Page 3

**MEF000026**

more from Europe. But it wasn't enough. So we had a meeting. Me, Villar and Grondona got some votes from Asia thanks to Qatar. And what was the deal? Qatar would vote for us for 2018 and would, in exchange, receive our support for 2022.'" (Ben Rumsby, "Brazil delegate confirms illicit World Cup vote trading between backers of Spain and Qatar bids," *The Telegraph*, 6/19/15)

**Teixeira's Admission Spurred FIFA And Switzerland To Investigate Allegations That Teixeira Received Bribes From "Qatari Construction Companies" To His "Secret Bank Account."** "Fifa's chief investigator, Cornel Borbely, confirmed this week he stood ready to extend his probe and Teixeira's explosive testimony would appear to be clear grounds for doing so Switzerland's attorney general could also examine it as part of his criminal inquiry into the award of the 2018 and 2022 tournaments. Both investigations may even look into claims that police in Brazil had unearthed evidence of payments made by Qatari construction companies into a secret bank account of Teixeira. (Ben Rumsby, "Brazil delegate confirms illicit World Cup vote trading between backers of Spain and Qatar bids," *The Telegraph*, 6/19/15)

**In 2011, "shortly after" Qatar won the 2022 World Cup bid, Teixeira allegedly received more than $24 million in bribes from Qatar-linked entities,.**

**In January 2011, Teixeira Allegedly Received $22 Million In His Swiss Bank Account From A Qatari Firm Named Ghanim Bin Saad Al-Saad & Sons Group (CSSG) "Shortly After" Qatar Won The 2022 World Cup Bid.** "The Brazilian justice ministry and the FBI are investigating a transfer of $22 million made by Qatar and allegedly linked to the 2022 World Cup, French news website Mediapart reported on Sunday. Brazilian and US prosecutors have investigated bank statements of the Brazilian Football Federation's former boss, Ricardo Teixeira, who had opened an account at Pasche Monaco - a Swiss-based facility controlled by Credit Mutuel until in 2013. They then noticed that a $22 million payment from the Qatari group Ghanim Bin Saad Al-Saad & Sons Group (CSSG) was made to this bank account in January 2011, shortly after Qatar was awarded the 2022 tournament." ("New scandal embroils Qatar 2022 with $22 million 'suspicious transfer'," *Al Arabiya*, 11/27/17)

**In June 2011, Teixeira's Then-10-Year-Old Daughter, Antonia Wigand Teixeira, Allegedly Received More Than £2 Million (Approx. $2.6 Million) From Former F.C. Barcelona President Sandro Rosell.** "The money transfer to Mr Teixeira's daughter, whose account is registered in Rio, is thought to have been made by Sandro Rosell. Mr Teixeira has had a long-standing relationship involving a number of reported business deals with Mr Rosell, who was previously head of Nike Brazil and until early this year was President of Barcelona Football Club. The payment from Mr Rosell to Antonia was made on June 22 2011, when she was 10 years old." (Claire Newell, Ben Bryant, and Hollywatt, "Daughter of World Cup official had £2m put into account," *The Telegraph*, 4/18/14)

- **Under Rosell's Leadership, F.C. Barcelona Agreed A Sponsorship Deal With The Qatar Foundation And Qatar Airways.** "Mr Teixeira has had a long-standing relationship involving a number of reported business deals with Mr Rosell, who was previously head of Nike Brazil and until early this year was President of Barcelona Football Club. The payment from Mr Rosell to Antonia was made on June 22 2011, when she was 10 years old. Sources close to the football club said they did not know about the payment. In December 2010, the Catalan club agreed a sponsorship deal with the Qatar

Page 4

Foundation, which developed into a three-year corporate sponsorship with Qatar Airways." (Claire Newell, Ben Bryant, and Hollywatt, "Daughter of World Cup official had £2m put into account," *The Telegraph*, 4/18/14)

- **Lawyers Representing Qatar's Bid For The 2022 World Cup Denied Qatar Bribed Teixeira "Or Anyone On His Behalf."** "A statement issued by lawyers acting for the Qatar bid said the payment from Mr Rosell to Mr Teixeira had nothing to do with the country's bid for the 2022 World Cup and they had not given him any payments to secure Mr Teixeira's vote. It added that there was "no question" that any payment made to Mr Teixeira, or anyone on his behalf, was connected to the sponsorship of Barcelona football club by the Qatar Foundation or Qatar Airways." (Claire Newell, Ben Bryant, and Hollywatt, "Daughter of World Cup official had £2m put into account," *The Telegraph*, 4/18/14)

**<u>Despite denying receiving bribes from Qatar, Teixeira was indicted by the U.S. in April 2020 for receiving bribes to vote for Qatar to host the 2022 World Cup.</u>**

**Teixeira Denied Receiving Bribes From Qatar, Declaring He Received "Absolutely Nothing" In Exchange For Voting For Qatar.** "Teixeira insisted he got 'absolutely nothing' in return for voting for Qatar and branded suggestions he was involved in impropriety as 'preposterous'." (Ben Rumsby, "Brazil delegate confirms illicit World Cup vote trading between backers of Spain and Qatar bids," *The Telegraph*, 6/19/15)

**In April 2020, U.S. Prosecutors Indicted Teixeira For Receiving Bribes To Vote For Qatar To Host The 2022 World Cup.** "Prosecutors revealed new details of alleged bribes paid to FIFA executive committee members to gain their votes for Qatar to host the 2022 World Cup and charged a pair of former 21st Century Fox executives with making illegal payments to win broadcast rights for the 2018 and 2022 tournaments. An indictment unsealed Monday in U.S. District Court in Brooklyn says Nicolás Leoz, then president of the South American governing body CONMEBOL, and former Brazil federation president Ricardo Teixeira received bribes to vote for Qatar at the 2010 FIFA executive committee meeting." (Ronald Blum, "US prosecutors allege bribes in 2018, 2022 World Cup votes," *Associated Press*, 4/7/20)

MEF000028

# ÁNGEL MARÍA VILLAR

Former soccer player and union organizer Ángel María Villar Llona was President of Spain's soccer federation (RFEF) from 1988 to 2017 and held senior leadership roles with both UEFA and FIFA for several decades.

Villar led the Spain/Portugal bid team that reportedly traded votes with Qatar to (unsuccessfully) secure the 2018 World Cup for Spain and Portugal and the 2022 World Cup for Qatar. According to investigative reports, Villar used his influence over Latin American soccer federations to personally broker the vote-trading deal. Villar was also reportedly pushed to support Qatar's bid by UEFA President Michel Platini as part of a corrupt deal struck between Platini, French President Nicolas Sarkozy, and the Qatari royal family.

When FIFA investigated the alleged voting pact, Villar attempted to suppress the probe, even personally threatening the lead investigator. He was issued a fine for refusing to cooperate with the investigation.

In Spain, Villar was accused of corruption several times over his long tenure as RFEF President before finally being arrested by Spanish authorities in 2017. According to prosecutors, Villar stayed in power at RFEF for almost thirty years by alternately threatening and buying votes from regional federations in Spanish soccer. He has also been accused of misappropriating RFEF funds to pay for a lavish personal lifestyle.

Villar's son, former FIFA reform advisor Gorka Villar, has also been implicated in corruption scandals. In 2016, he stepped down as head of South America's soccer federation amid allegations of extortion. Gorka Villar, who had allegedly benefitted financially from Angel Maria Villar's RFEF presidency, was arrested with his father in 2017 on charges of corruption.

## Background

**Former soccer player and union organizer Ángel María Villar Llona was President of Spain's soccer federation from 1988 to 2017.**

**Ángel María Villar Llona Played Soccer For Athletic Bilbao And The Spanish National Team In The 1970s.** "Ángel María Villar Llona never was a brilliant footballer. But he was big and fearsome for a physical Athletic Bilbao side in the seventies, having grown up right next to San Mamés, and won 22 caps for the Spanish national team. At 'La Roja' he played alongside Vicente Del Bosque, who now is his employee." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" Medium, 5/28/16)

**As A Player, Villar Co-Founded The Spanish Players' Union.** "Villar was also the co-founder of the Spanish player's union, which along with a degree in law would catapult him to the RFEF (the Spanish FA) presidency in 1988." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" Medium, 5/28/16)

**Villar Was Elected President Of The Royal Spanish Football Federation In 1988 And Held The Role Until He Was Suspended In July 2017.** "One week after his arrest in a corruption probe, Angel Maria Villar's three-decade reign of the Spanish Football Federation came to an end on Tuesday when he was suspended from its presidency. Villar, FIFA's senior vice president, has been behind bars since police detained him, his son Gorka Villar, and two other football officials during police raids of the national federation headquarters and other properties. Seeing no sign that Villar was willing to step down from the post he has held since 1988, Spain's government decided to remove him in an attempt to limit the damage done to the national sport." (Joseph Wilson, "Spain suspends soccer president Angel Maria Villar after arrest," _Durango Herald_, 7/25/17)

**Villar Was Also A Board Member Of Spain's Olympic Committee.** "As head of Spain's football federation since 1988, Villar also was a board member of the Spanish national Olympic committee. He is a former Spain international who later qualified as a lawyer." ("Ángel María Villar resigns from Uefa and Fifa positions after arrest in Spain." _Guardian_, 7/27/17)

**<u>Villar held senior leadership roles with both UEFA and FIFA for several decades.</u>**

**Villar Joined UEFA's Executive Committee In 1992, And Briefly Became Acting UEFA President In 2015.** "Angel Maria Villar, the president of the Spanish Football Federation (RFEF) and the vice-president of UEFA, will be interim president of UEFA while its incumbent Michel Platini is suspended from FIFA for 90 days, the news agency EFE has learned. Born in Bilbao on 21 January in 1950, Ángel María Villar Llona has been a member of UEFA's Executive Committee since 1992. The hierarchy of FIFA is the following: Angel Maria Villar, first vice-president; Marios N. Lefkaritis, second vice-president; Giancarlo Abete, third vice-president; Grigoriy Surkis, fourth vice-president, and Michael van Praag, fifth vice-president. Villar, who is also a vice-president of FIFA, currently acts as first vice-president at UEFA, where he is in charge of the Referees' Committee and the Legal Committee, vice-president of the Players' Statute Committee, Transfers and Agents Committee and Match Agents Committee, as well as being a representative on the executive committee of the Counsel of Strategy for Professional Football." ("Angel Maria Villar will be interim president of UEFA." _Sport_, 8/10/15)

**Throughout His Tenure, Villar Was Also A Vice-President Of FIFA.** "First elected to the position in 1988, Mr Villar Llona will thus begin his seventh term as president of the RFEF – which runs from 2012 to 2016. He is also a vice-president of UEFA and of the world footballing body FIFA, and UEFA President Michel Platini attended the assembly, offering his congratulations to Mr Villar Llona, who is in charge while the Spanish game enjoys a golden period." ("Ángel María Villar Llona re-elected RFEF president," UEFA, 2/17/12)

- **Villar Also Was Chair Of FIFA's Legal Committee And Was A Member Of FIFA's Executive Committee.** "That's why you hardly hear about him, despite his substantial power as senior vice president of UEFA, vice president of FIFA, along with being chairman of FIFA's legal committee. His most important position however, is his seat on FIFA's executive committee, the government of the organization, and now recoined and expanded as the FIFA Council." (Pål Ødegård. "Ángel Maria Villar — Is the Spanish Fox Ready?" _Medium_, 5/28/16)

## Relationship To Qatari FIFA Corruption

Page 2

## Trading Votes With Qatar

**Villar led the Spain/Portugal bid team that reportedly traded votes with Qatar to (unsuccessfully) secure the 2018 World Cup for Spain and Portugal and the 2022 World Cup for Qatar.**

**Villar "Allegedly Traded Votes During The 2018 And 2022 World Cup Host Election."**
"Also at FIFA where Villar and Mutko allegedly traded votes during the 2018 and 2022 World Cup host election. And with the upcoming World Cup in 2018 being a national priority, Russia is likely to be an ally of Spain again, creating a block against more progressive UEFA nations." (Pål Ødegård. "Ángel María Villar — Is the Spanish Fox Ready?" *Medium*, 5/28/16)

**Villar Led The Spain/Portugal Bid For The 2018 World Cup And Allegedly Colluded With Qatar In A "Widely Reported Voting Pact."** "Villar, who was elected to FIFA's ruling board 16 years ago, was a leader of the Spain-Portugal bid that was among four candidates in the 2018 contest. It lost despite a widely reported voting pact with Qatar, in breach of FIFA rules to prevent collusion." (Graham Dunbar, "5 investigated in FIFA WCup bid corruption probe," *Federal News Network*, 11/28/14)

**Spain And Portugal Agreed To Support Qatar's 2022 Bid If Qatar Supported Their 2018 Bid, According To The Admission Of Former-FIFA President Sepp Blatter.** "FIFA President Sepp Blatter has for the first time publicly confirmed that Qatar and Spain and Portugal colluded to trade votes for their respective 2018 and 2022 World Cup bids, according to The Daily Telegraph. The British newspaper said Blatter disclosed the collusion in an interview with the BBC. An on-line BBC excerpt of the interview makes no mention of the admission. 'I'll be honest, there was a bundle of votes between Spain and Qatar,' the Telegraph quoted Blatter as telling the BBC. 'But it was a nonsense. It was there but it didn't work, not for one and not for the other side.'" (James Dorsey, "FIFA Concedes Qatar and Spain/Portugal Traded Votes in World Cup Bids," *Bleacher Report*, 2/7/11)

**Villar allegedly personally brokered the vote-trading deal with the Qataris to advance his "interests" and secure a sponsorship deal for a Spanish soccer club.**

**A French Investigative Report Accused Villar Of Brokering The Deal With Qatar To Advance His "Interests."** "All the roads of the Qatar 2022 World Cup passed through Spain. That's what the French magazine France Football says.in a documented investigative report titled 'Qatargate.' The magazine provides documents and anonymous testimonies that reveal a complex bilateral soccer and economic spider web, promoted by the presidents of the Spanish Football Federation and Real Madrid (Ángel María Villar and Florentino Pérez) and by the former president of Barcelona, Sandro Rosell , and articulated to favor the interests of all parties, including the private companies of Pérez (ACS) and Rosell (BSM). The secret agreement, forged in Madrid in 2009, provided the oil emirate with the support of several Latin American countries (at least Brazil, Argentina, Paraguay and Guatemala) for the 2022 World Cup bid, and allowed Pérez and Rosell to improve their relations with Doha." (Michael Mora, "Villar, Florentino Pérez and Rosell sealed an alliance with Qatar in 2009." *El País*, 6/17/14, Translated from Spanish to English using Google Translate)

**According To The French Report, Villar Was "At The Center Of The Transactions."**
"According to the report, the key man in the alliance between Qatar and Spain was Ángel María Villar, who was 'at the center of the transactions.' The pact consisted in the fact that the Spanish Federation supported the Qatari candidacy for 2022 and, in exchange, the emirate supported the nomination of the Spain-Portugal tandem for the 2018 World Cup." (Michael Mora, "Villar, Florentino Pérez and Rosell sealed an alliance with Qatar in 2009," *El País*, 6/17/14, Translated from Spanish to English using Google Translate)

**Villar Allegedly Controlled The Votes Of Several Latin American Countries Through "His Own Networks."** "The secret agreement, forged in Madrid in 2009, provided the oil emirate with the support of several Latin American countries (at least Brazil, Argentina, Paraguay and Guatemala) for the 2022 World Cup bid, and allowed Pérez and Rosell to improve their relations with Doha… 'The contacts made with the two great institutions of Spanish football opened the door to an influence game that would allow Villar to vote for the emirate and use his own networks to obtain the support of Latin American countries,' says France Football." (Michael Mora, "Villar, Florentino Pérez and Rosell sealed an alliance with Qatar in 2009," *El País*, 6/17/14, Translated from Spanish to English using Google Translate)

**One Condition Of The Voting Pact Was Reportedly Qatar Airways' Sponsorship Of Spanish Soccer Club Barcelona.** "Sponsorship of Barcelona by Qatar Airways was one deal brokered via Spain's voting pact with Qatar, which later became an open secret, even acknowledged by FIFA president Sepp Blatter." ("Qatar paid £17.17billion to host the 2022 World Cup finals, and new research shows where all that money went." *Daily Mail*, 4/25/15)

**Villar was also accused of supporting Qatar at the behest of UEFA President Michel Platini, following a meeting between Platini, French President Nicolas Sarkozy, and the Qatari royal family.**

**Former FIFA President Sepp Blatter Claims Villar Supported Qatar At The Behest Of UEFA President Michel Platini..** "The dinner between French President Nicolas Sarkozy, Qatari prince Tamim ben Hamad al-Thani and Michael Platini, who was FIFA's vice president and UEFA's president at the time. Former FIFA president Sepp Blatter, who was removed from office in 2015 and is serving a six-year ban from FIFA activities due to paying 2 million Swiss francs to Platini, told Agence France-Presse on Wednesday that he would be willing to testify in France… 'Platini phoned me immediately after. He told me: 'Sepp, it's not going to work, we will have a problem for the election.' President Sarkozy had asked him, suggested, to vote for Qatar. I said to Platini 'Did he force you?' He said 'Not at all, but when a head of state asks you to do something, you do it so I will follow and I will take my friends with me.' His friends were the Cypriot Marios Lefkaritis, the Belgian Michel D'Hooghe who would have voted for Qatar anyway, his son having already had a post in Qatar, and the Spaniard Angel Maria Villar. So it made four voices that tipped the vote.'" (Brock Fritz, "France Opens Official Inquiry into Qatar World Cup," *Athletic Business*, 12/13/19)

- **Platini Was Reportedly Pressured By French President Nicolas Sarkozy As Part Of A Deal With The Qatari Royal Family.** "The dinner between French President Nicolas Sarkozy, Qatari prince Tamim ben Hamad al-Thani and Michael Platini, who was FIFA's vice president and UEFA's president at the time. Former FIFA president Sepp Blatter,

Page 4

**MEF000032**

who was removed from office in 2015 and is serving a six-year ban from FIFA activities due to paying 2 million Swiss francs to Platini, told Agence France-Presse on Wednesday that he would be willing to testify in France… 'Platini phoned me immediately after. He told me: 'Sepp, it's not going to work, we will have a problem for the election.' President Sarkozy had asked him, suggested, to vote for Qatar. I said to Platini 'Did he force you?' He said 'Not at all, but when a head of state asks you to do something, you do it so I will follow and I will take my friends with me.' His friends were the Cypriot Marios Lefkaritis, the Belgian Michel D'Hooghe who would have voted for Qatar anyway, his son having already had a post in Qatar, and the Spaniard Angel Maria Villar. So it made four voices that tipped the vote.'" (Brock Fritz, "France Opens Official Inquiry into Qatar World Cup," _Athletic Business_, 12/13/19)

## Accused Of Obstructing World Cup Investigation

**Villar attempted to suppress an investigation into the 2018/2022 World Cup bidding process, even allegedly threatening the lead investigator, and was ultimately fined by FIFA for not cooperating.**

**Villar Was Recommended As A Person To Interview During Michael Garcia's Investigation Into Corruption During The Bid Process For The 2018 And 2022 World Cups.** "'You should talk to Ángel María Villar. He's very smart.' These words were said by Harold Mayne-Nicholls during his interview with Michael Garcia in January 2014. The former Chilean football federation president had been called in for his role as the leader of the bid inspection team for the 2018 and 2022 World Cups, and had been asked by Garcia if he had anything to add at the end of the interview where Garcia himself seemed to just want to go home despite Mayne-Nicholls having come all the way from Chile at his own expense. As most are aware of, Garcia's investigation was about alleged vote swapping and corruption during the bid process for the World Cups in 2018 and 2022." (Pål Ødegård, "Ángel Maria Villar — Is the Spanish Fox Ready?" _Medium_, 5/28/16)

**Villar Attempted To Have FIFA Corruption Investigator Michael Garcia Removed, And Resisted Garcia's Attempts To Question Him.** "That probably felt like a harsher punishment than the one he received from FIFA's ethics committee after the Garcia investigation. Because Garcia did talk to Villar. Not that the latter said much. The Basque had first tried to remove Michael Garcia from FIFA, and when he finally was dragged to a meeting, the most significant uttering he said was 'gilipollas' between his teeth towards the former US prosecutor. Spanish savvy Garcia, himself a child of Latin American immigrants, understood the insult, however, which means something like 'motherf**ker*.'" (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" _Medium_, 5/28/16)

**According To Garcia, Villar Told Him To Drop The Investigation "For Your Own Good."** "Michael Garcia, who conducted the investigation, wrote that Mr Villar told him: 'Well, you really have balls' when the American lawyer refused to reveal who had made allegations against Mr Villar. He also demanded Mr Garcia drop the case 'for your own good.'" ("Spain football chief Angel Maria Villar Llona arrested," _BBC_, 7/18/17)

Page 5

**Villar Was Fined 25,000 Swiss Francs And Warned By FIFA's Ethics Committee In 2015 For Refusing To Cooperate With Garcia's Investigation Into The 2018 And 2022 World Cup Bidding Processes.** "Spain's Uefa vice-president Ángel Villar Llona has been fined 25,000 Swiss francs (£16,000) for failing to cooperate with an investigation into the 2018 World Cup bidding process. Villar Llona, the senior vice-president in Uefa, has also been warned by Fifa's ethics committee but has escaped a ban. A statement from the adjudicatory chamber of Fifa's ethics committee said: 'Mr Villar Llona failed to behave in accordance with the general rules of conduct applicable to football officials in the context of the investigations conducted by the then chairman of the investigatory chamber of the Fifa ethics committee regarding the 2018/2022 Fifa World Cup bids." ("Uefa's Ángel Villar Llona fined by Fifa for not cooperating with 2018 investigation," *Guardian*, 11/13/15)

## Other Corruption Allegations

### Corruption At RFEF

**Villar was accused of corruption several times over his long tenure as RFEF President before finally being arrested by Spanish authorities in 2017.**

**In 2004, Gerardo Gonzalez, Villar's "Former Right-Hand Man" And Election Opponent, Accused Him Of Being "Passive Towards Corruption" At RFEF.** "Angel Maria Villar was, as expected, re-elected as president of the Spanish football federation on Friday, beating off the challenge of Gerardo Gonzalez, his former right-hand man. Villar picked up 98 votes to Gonzalez' 78, after a noisy morning of accusations and counter-accusations. Gonzalez, who was supported by most of the professional clubs, claimed that Villar had been 'passive towards corruption' within the federation, and had failed to bring "substantial success" for the Spanish national team." ("Villar re-elected president of Spanish football federation," *Deutsche Presse-Agentur*, 11/26/04)

**Javier Tebas, Head Of Spain's Top Soccer League, Accused Villar Of Corruption "Related To The Expenses Of Employees And Family Members Of The Association."** "He has also had an ongoing battle with Javier Tebas, the head of the Spanish league, since the latter launched corruption allegations against Villar related to the expenses of employees and family members of the association that were subsequently dismissed." ("Spain's Villar withdraws bid for UEFA top job," *Bangkok Post*, 9/7/16)

**Villar Reportedly Declined To Accept Government Support For RFEF To Avoid Disclosing The Organization's Finances; When Spanish Authorities Demanded Disclosure Anyway, FIFA Threatened To Ban Spain From International Tournaments.** "Villar had avoided such probes into RFEF's finances earlier. Cardenal's predecessor, Jaime Lissavetzky, was startled to learn that Villar didn't want any financial support from the government, as was the federation's right. Lissavetzky suspected the motive was to avoid reporting RFEF's finances, and asked for it anyway. Villar then made none other than Sepp Blatter himself pick up the phone, and threaten Lissavetzky that Spanish teams could be suspended from participating in international tournaments on the grounds of government interference. Lissavetzky backed down." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" *Medium*, 5/28/16)

Page 6

**In 2016, Spanish Authorities Raided RFEF Headquarters On Suspicion Of Financial Impropriety.** "The country's Supreme Council of Sports (Consejo Superior de Deporte, or CSD, in effect the sports ministry) has now raided the plush RFEF headquarters (revamped with money from FIFA's Goal Project program) located in the uptown suburb of Las Rosas in Madrid. The background is RFEF and Villar helping out two clubs, Recreativo Huelva and Marino de Tenerife, economically. This meant that they avoided getting automatically relegated for not having paid staff and players due salaries, as the sports law states. Meanwhile, relegation has struck many other sides for the same reason. But the real agenda CSD and its chairman Miguel Cardenal have seem to be to stop Villar from running for his sixth term, and to find out what is in the books." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" Medium, 5/28/16)

**In July 2017, Villar Was Arrested By Spanish Police For Misappropriating Funds And Buying Votes From Regional Federations.** "One week after his arrest in a corruption probe, Angel Maria Villar's three-decade reign of the Spanish Football Federation came to an end on Tuesday when he was suspended from its presidency. Villar, FIFA's senior vice president, has been behind bars since police detained him, his son Gorka Villar, and two other football officials during police raids of the national federation headquarters and other properties… The country's top sports authority, the Higher Council of Sport, met on Tuesday in Madrid and ruled to suspend Villar for one year pending the outcome of the investigation that has rocked Spanish soccer. Court documents indicate that besides misappropriated funds, Villar allegedly corrupted several regional federations by offering favors in exchange for votes." (Joseph Wilson, "Spain suspends soccer president Angel Maria Villar after arrest," Durango Herald, 7/25/17)

**According to Spanish authorities, Villar stayed in power at RFEF for almost thirty years by alternately threatening and buying votes from regional federations in Spanish soccer.**

**Villar Reportedly Threatened Spanish Soccer Clubs And Regional Federations With Spending Cuts If They Failed To Support His Re-Election As RFEF President.** "He's now looking for his sixth term as the president of RFEF, where he's already been for 28 years. Every time he has won by margins any dictator would be proud of. The closest he came to defeat was by slightly over 80%, the remaining percentages absentees as he stood unopposed. The last one he won by getting 161 of 167 votes, again unopposed. Not that candidates lacked in the run up. But Villar either threatened their clubs or regions with cuts, or altered the electoral statutes in ways that favoured him. In his first reelection campaign his own general secretary opposed him since he had discovered economic irregularities in the federation's accounts. Villar had him fired for 'disloyalty.'" (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" Medium, 5/28/16)

**In July 2017, Villar Was Accused By Spanish Police Of Buying Votes From Regional Federations.** "One week after his arrest in a corruption probe, Angel Maria Villar's three-decade reign of the Spanish Football Federation came to an end on Tuesday when he was suspended from its presidency. Villar, FIFA's senior vice president, has been behind bars since police detained him, his son Gorka Villar, and two other football officials during police raids of the national federation headquarters and other properties… The country's top sports authority, the Higher Council of Sport, met on Tuesday in Madrid and ruled to suspend Villar for one year pending the outcome of the investigation that has rocked Spanish soccer. Court documents indicate that besides misappropriated funds, Villar allegedly corrupted several regional

Page 7

federations by offering favors in exchange for votes." (Joseph Wilson, "Spain suspends soccer president Angel Maria Villar after arrest," *Durango Herald*, 7/25/17)

- **"Villar Used His Influence As Federation President To Funnel Private And Public Funds Into Regional Federations In Exchange For Votes To Remain In Power For Eight Consecutive Terms."** (Joseph Wilson, "Spain suspends soccer president Angel Maria Villar after arrest," *Durango Herald*, 7/25/17)

**A Spanish Referee Claimed "Elections Were Manipulated Through Mail-In Voting And Pressure On Villar's Detractors."** "Alfonso Pino Zamorano, former First Division referee, has granted an interview to El Español in which he speaks unapologetically about the operation of the Federation under the mandate of Ángel María Villar, at a stage in which, according to the former referee, 'bites' were requested to rise and elections were manipulated through mail-in voting and pressure on Villar's detractors." ("Pino Zamorano reveals the pressures and 'bites' of Villar," *AS*, 7/23/17)

## Villar has been accused of misappropriating RFEF funds to pay for a lavish personal lifestyle.

**In July 2017, Villar Was Arrested By Spanish Police For Misappropriating Funds From RFEF.** "One week after his arrest in a corruption probe, Angel Maria Villar's three-decade reign of the Spanish Football Federation came to an end on Tuesday when he was suspended from its presidency. Villar, FIFA's senior vice president, has been behind bars since police detained him, his son Gorka Villar, and two other football officials during police raids of the national federation headquarters and other properties… The country's top sports authority, the Higher Council of Sport, met on Tuesday in Madrid and ruled to suspend Villar for one year pending the outcome of the investigation that has rocked Spanish soccer. Court documents indicate that besides misappropriated funds, Villar allegedly corrupted several regional federations by offering favors in exchange for votes." (Joseph Wilson, "Spain suspends soccer president Angel Maria Villar after arrest," *Durango Herald*, 7/25/17)

**At Villar's Request, RFEF Bought A Luxury Apartment In Madrid For His Use; Within A Year, It Was Owned Outright By Villar As A Private Property.** "In fact, as soon as Villar took over in 1988, he asked to get a flat in Madrid on the federation's expense. The luxurious flat was bought from none other than mad hatter Jesús Gil, the former Atlético Madrid president. Somehow, the flat silently became a private property of Villar within a year." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" *Medium*, 5/28/16)

**Reporters Have Questioned How Villar Can Afford His "Several Lavish Apartments And Houses All Over Spain" On His Salary Of €165,000.** "By now, Villar has several lavish apartments and houses all over Spain. Despite an annual salary of €165,000(nobody really knows, and some estimates go as high as €300,000–500,000), almost twice what Spain's prime minister earns, along his per diems at UEFA and FIFA, some reporters ask if he really would have been able to acquire that much with his official incomes. But it's impossible to prove." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" *Medium*, 5/28/16)

Page 8

**According To Spanish Authorities, Villar Diverted RFEF Funds To Certain Companies And "Established A Patronage System" For Personnel And Contract Decisions.** "After the arrest, the former president of the RFEF spent ten days in provisional prison, until he paid a bail of 300,000 euros. According to Judge Pedraz , Villar would have woven a "network" of companies for the diversion of money from federation funds and established a patronage system in the hiring of personnel and the awarding of supply and service contracts to companies directly linked to him. or through relatives. Villar , who has practically not been seen since his release from pressure, returns to the media spotlight." ("Villar sits on the bench for the 'Soule case'." *Sport*. 2/26/19, Translated from Spanish to English using Google Translate)

## Corrupt Son

**Villar's son, Gorka, who had advised FIFA on reform efforts in 2015, stepped down as head of South America's soccer federation in 2016 amid allegations of extortion.**

**Villar's Son, Gorka, Was A "FIFA Reform Adviser" In 2015.** "Villar, who has led Spain's football federation for 29 years, was among four arrested this month, including his son. Gorka Villar, who was a FIFA reform adviser in 2015, allegedly benefited from deals linked to friendly matches involving Spain's national team." ("Turmoil at top of Olympic sports bodies 1 year after Rio." *USA Today*, 7/26/17)

**Gorka Villar Also Served As Director-General Of CONMEBOL, South America's Soccer Confederation, Before Stepping Down In 2016 Amid Charges Of Extortion.** "Gorka Villar served as the director-general of the South American football confederation Conmebol before standing down last year. Before standing down, he had been accused of extortion by a number of Uruguyan football clubs." ("Spain football chief Angel Maria Villar Llona arrested," *BBC*, 7/18/17)

**Gorka Villar, who had allegedly benefitted financially from Angel Maria Villar's RFEF presidency, was arrested with his father in 2017 on charges of corruption.**

**Gorka Villar Was Arrested With His Father On Charges Of Corruption in 2017.** "The executive who oversaw Spain's rise to dominate world soccer in recent years was arrested Tuesday in an anti-corruption investigation, dealing yet another blow to the sport's already-tarnished image. Angel Maria Villar, his son, Gorka Villar, and two other soccer officials were detained while raids were conducted at the federation headquarters and other properties, the state prosecutor and Spanish police said." (Aritz Parra and Joseph Wilson, "Spanish soccer executive. son arrested in corruption probe," *Associated Press*, 7/18/17)

**According To Spanish Authorities, Villar "Arranged Matches For Spain That Led To Business Deals Benefiting His Son."** "Angel Maria Villar has been president of the Spanish federation for three decades. He is also FIFA's senior vice president and a vice president of UEFA. On Tuesday, Police said they suspect the elder Villar of having arranged matches for Spain that led to business deals benefiting his son, a sports lawyer who has worked for CONMEBOL under three presidents who were all implicated in corruption cases." ("Angel Maria Villar appears before judge after arrest in corruption probe," *Indian Express*, 7/20/17)

Page 9

MEF000037

# CHUNG MONG-JOON

Chung Mong-Joon is a South Korean billionaire, politician, and the largest shareholder of shipbuilding company Hyundai Heavy Industries. He first became a FIFA vice president in 1994, and held the role until 2011, when he became an honorary vice president, a title he held until at least 2018. Chung was also the president of the Korean Football Association from 1994 to 2011 and "co-chairman of the Korean Organizing Committee for the 2002 Korea-Japan FIFA World Cup."

In 2015, FIFA's ethics committee found Chung guilty of ethics violations committed during the 2010 World Cup selection process. FIFA banned Chung for five years, alleging he promoted South Korea's bids for the 2018 and 2022 tournaments by telling other FIFA executives he would create a $777 million "Global Football Fund" to provide funds to create and renovate football facilities. Chung was also investigated over payments he made to Haiti and Pakistan, but he maintained the payments were for "disaster relief" efforts.

In 2018, the Court of Arbitration of Sport (CAS) deemed Chung's ethics violations less extensive than FIFA had ruled and reduced his five-year football ban to 15 months, clearing him to return to football immediately. The CAS pointed to Chung's "lack of any prior record of unethical behavior" and his "public stance against corruption within FIFA."

## Background

**Chung Mong-joon is the "largest shareholder" of shipbuilder Hyundai Heavy Industries, the chairman of the Asan Foundation, and the "honorary chairman" of the Asan Institute for Policy Studies and Ulsan University.**

**Chung Mong-Joon Is Shipbuilder Hyundai Heavy Industries' "Largest Shareholder" And The Son Of Hyundai Group's Founder.** "Chung Mong-joon is the largest shareholder of shipbuilder Hyundai Heavy Industries. He is the sixth son of the late Hyundai group founder Chung Ju-yung, who got his start repairing trucks for the U.S. Army after the Korean War." ("Chung Mong-joon," *Forbes*, Accessed 3/9/22)

**Chung Joined Hyundai Heavy Industries In 1975, And Began Running The Hyundai Group Affiliate In 1982.** "He joined Hyundai Heavy Industries in 1975. Since 1982, he has been in charge of the key affiliate of Hyundai Group and remains the major shareholder of the company." ("Chung Mong-joon," *The Investor*, 3/11/22)

- **Chung Ran Hyundai Heavy Industries Until 1988.** "Chung ran Hyundai Heavy Industries until he entered politics in 1988; he served seven terms in the National Assembly." ("Chung Mong-joon," *Forbes*, Accessed 3/9/22)

**Chung Is The "Founder And Honorary Chairman Of The Asan Institute For Policy Studies," "The Chairman Of The Board Of Trusteed Of The Asan Foundation," And The "Honorary Chairman Of Ulsan University."** "Dr. M.J. CHUNG is the founder and honorary

chairman of the Asan Institute for Policy Studies. He is also the chairman of the board of trustees of the Asan Foundation, the largest philanthropic organization in Korea, and the honorary chairman of Ulsan University." ("Dr. M.J. Chung," The Asan Institute for Policy Studies, Accessed 3/10/22)

- **The Asan Institute Claims To Be "An Independent, Non-Partisan Think Tank," Which Conducts "Policy-Relevant Research To Foster Domestic, Regional, And International Environments Conducive To Peace And Stability On The Korean Peninsula."** "As an independent, non-partisan think tank, the Asan Institute for Policy Studies is dedicated to undertaking policy-relevant research to foster domestic, regional, and international environments conducive to peace and stability on the Korean Peninsula. The Asan Institute was established in commemoration of the late Founder and Honorary Chairman of Hyundai Group Chung Ju-Yung, who left an indelible mark on South Korea's modernization and inter-Korean exchanges towards peace." ("About the Asan Institute, Asan Institute, Accessed 3/14/22)

**Chung was a FIFA vice president from 1994 to June 2011, then became an honorary vice president until at least 2018.**

**Chung Was A FIFA Vice President From 1994 Until June 2011, Then Became An Honorary Vice President.** "Chung Mong-joon, the outgoing FIFA vice president from South Korea, became the honorary vice president for football's international governing body on Thursday. At the FIFA Congress in Zurich, Switzerland, Chung took the honorary post. His term as vice president ended at the start of this month. He was nominated for the honorary position by FIFA's Executive Committee in March. In January this year, Chung lost to Jordanian Prince Ali bin al-Hussein in his bid for a fifth term. Chung had been vice president since 1994." ("Chung named honorary vice president," The Korea Herald, 6/2/11)

- **AS Of 2018, Chung Retained His Title As An Honorary Vice President.** "The Korea Football Association (KFA) said it recently received a letter from FIFA Secretary General Fatma Samoura, saying that Chung had not been stripped of his honorary vice president position in FIFA and the 66-year-old South Korean is free to use that title. Chung, who served as a FIFA vice president from 1994 to 2011, was bestowed the honorary position in 2011. Honorary members can take part in the FIFA Congress and can join debates. They are not allowed to vote, however." ("FIFA: reinstated S. Korean official can maintain honorary post, Yonhap News Agency, 7/12/18)

**Chung was previously the president of the Korea Football Association from 1993 to 2009 and "co-chairman of the Korean organizing committee for the 2002 Korea-Japan FIFA World Cup."**

**From 1993 To 2009, Chung Was The President Of The Korea Football Association.** "Chung was instrumental in bringing the 2002 FIFA World Cup to his homeland, South Korea, which co-hosted the tournament with Japan. Between 1993 and 2009 he served as President of the Korea Football Association. It was during his tenure that South Korea progressed to the semi-finals of their home World Cup." ("Chung Mong-joon," Leaders In Sport, Accessed 3/9/22)

**Chung Was Also "Co-Chairman Of The Korean Organizing Committee For The 2002 Korea-Japan FIFA World Cup."** "He served as vice president of FIFA (Federation Internationale de Football Association), and as co-chairman of the Korean Organizing Committee for the 2002 Korea-Japan FIFA World Cup." ("Dr. M.J. Chung," The Asan Institute for Policy Studies, Accessed 3/10/22)

**Chung was also involved in South Korean politics, as he was a member of the National Assembly for seven terms beginning in 1988, the chairman of the Grand National Party from 2009 to 2010, and a presidential candidate in 2002,**

**Starting In 1988, Chung "Served Seven Terms In The National Assembly."** "Chung ran Hyundai Heavy Industries until he entered politics in 1988; he served seven terms in the National Assembly." ("Chung Mong-joon," *Forbes*, Accessed 3/9/22)

**From 2009 To 2010, Chung Was The Chairman Of The Grand National Party, And A Presidential Candidate In 2002.** "He was chairman of the Grand National Party (Ruling Party) from 2009-2010, and was a presidential candidate in 2002." ("Dr. M.J. Chung," The Asan Institute for Policy Studies, Accessed 3/10/22)

## Ethic's Violations During South Korea's World Cup Bids

**Violated FIFA Ethics Rules By Promoting South Korean World Cup Bids Through "Global Football Fund"**

**In 2015, the FIFA Ethics Committee found Chung guilty of manipulating the 2010 World Cup selection process to promote South Korea's bids for the 2018 and 2022 tournaments by telling other FIFA executives he intended to create a $777 million "Global Football Fund" to provide funds to create and renovate football facilities.**

**In 2015, Chung Was Accused Of "Vote Trading" By Informing FIFA Executive Members He Intended To Create A $777 Million "Global Football Fund" During South Korea's 2010 Bid To Host The 2018 Or 2022 World Cup.** "Chung, however, may be banned from all football activities before then, as FIFA's Ethics Committee is apparently seeking to punish him for alleged vote trading in a World Cup bid. Earlier Wednesday, an aide to Chung told reporters that FIFA will likely mete out punishment as early as Wednesday. Chung is under scrutiny for writing to FIFA executive members in 2010 about creating the Global Football Fund, valued at US$777 million, as South Korea was bidding for either the 2018 or 2022 World Cups. In a press conference in Seoul on Tuesday, Chung had said FIFA was seeking a 15-year suspension for the proposal of the fund and another four years for his criticism of the Ethics Committee." ("Chung Mong-joon to sue FIFA president Blatter," *The Korea Herald*, 10/7/15)

**According To Letters Sent By Chung To Other FIFA Executives, The Global Football Fund Would Support "Football Development" By Building "New Football Infrastructure And Renovate Existing Facilities."** "The report followed an investigation led by U.S. lawyer Michael Garcia and looked into letters that Chung sent, in late 2010, to FIFA executive committee members about a proposal to establish a 'Global Football Fund' supporting football

development. 'According to those letters, Korea intended to raise US$777 million from 2011 to build new football infrastructure and renovate existing facilities,' said the report, which added that the fund was linked to South Korea's 2022 bid." ("Chung denies wrongdoing in payments to Haiti, Pakistan," *Reuters*, 8/19/15)

- **A FIFA Report Directly Linked The Global Football Fund To South Korea's 2022 Bid.** "The report followed an investigation led by U.S. lawyer Michael Garcia and looked into letters that Chung sent, in late 2010, to FIFA executive committee members about a proposal to establish a 'Global Football Fund' supporting football development. 'According to those letters, Korea intended to raise US$777 million from 2011 to build new football infrastructure and renovate existing facilities,' said the report, which added that the fund was linked to South Korea's 2022 bid." ("Chung denies wrongdoing in payments to Haiti, Pakistan," *Reuters*, 8/19/15)

**The FIFA Ethics Committee Found Chung "Guilty Of Infringing On FIFA's Code Of Conduct" And Gave Him A Fine And Five-Year Ban From Football.** "In 2015, Chung was found guilty of infringing on FIFA's code of conduct during South Korea's bidding process for the 2022 World Cup, which was eventually awarded to Qatar, in 2010. He first received a six-year ban by FIFA's Ethics Committee, but the Appeal Committee later reduced the suspension to five years and halved the fine to 50,000 Swiss francs." ("CAS ends FIFA ban on Chung Mong-joon," *Yonhap News Agency*, 2/10/18)

- **Allegations Of "Vote Trading" Were Dropped, But Chung Was Still Punished For Misconduct Related To His "Written Offers Of A Global Football Fund To His Colleagues."** "In 2014, FIFA's Ethics Committee opened an investigation into Chung, alleging that he had engaged in "vote trading." He supposedly gave the "appearance of offering benefits" to the South Korean bid. Ultimately, the Ethics Committee dropped these allegations, but still banned the South Korean from the game with a five-year ban over Chung's written offers of a global football fund to his colleagues in the Exco." (Samindra Kunti, "Former FIFA vice president Chung wins CAS appeal," *International Sports Press Association*, 2/12/18)

- **Chung Was Also "Found Guilty Of Failing To Cooperate" With The Investigation.** "He was found guilty of failing to cooperate with a FIFA ethics investigation of the 2018-2022 World Cup bidders, which included his native South Korea." ("Chung Mong-joon testifies to CAS in protest of five-year FIFA ban," *ESPN*, 11/14/17)

**<u>Chung was also investigated by FIFA for "payments he made to Haiti and Pakistan," which he claimed were for "disaster relief," and claimed the ethics investigation into him was to harm his 2015 bid to become FIFA president.</u>**

**Chung Was Also Investigated By FIFA For "Payments He Made To Haiti And Pakistan," Which He Claimed Were For "Disaster Relief."** "FIFA presidential candidate Chung Mong-joon said on Wednesday that payments he made to Haiti and Pakistan in 2010 were 'charitable donations' and any attempt to use them as part of a reported ethics investigation was 'cynical and unethical'. Responding to media reports that world soccer's governing body was investigating the South Korean billionaire over the 'disaster relief' funds, Chung said in a statement he had

been donating money to causes at home and abroad since the 1990s." ("Chung denies wrongdoing in payments to Haiti, Pakistan," *Reuters*, 8/19/15)

**Chung Alleged FIFA's Investigation Was "A Cynical And Unethical Effort By FIFA To Misrepresent Even Charitable Donations For Political Manipulation" While He Was Running For FIFA President.** "'Recent media reports allege that FIFA has started an investigation into FIFA Honorary Vice President Dr. Chung Mong-Joon's 2010 donations to disaster relief funds to Haiti and Pakistan,' said the statement. 'If these reports are true, we condemn this as a cynical and unethical effort by FIFA to misrepresent even charitable donations for political manipulation.'... Chung, the scion of Korea's Hyundai industrial conglomerate, told Reuters in an interview on July 30, when he stated his intention to stand for FIFA president, that he feared outgoing president Sepp Blatter might try to sabotage his bid." ("Chung denies wrongdoing in payments to Haiti, Pakistan," *Reuters*, 8/19/15)

**In February 2018, the Court of Arbitration of Sport deemed FIFA's suspension of Chung too harsh and reduced Chung's initial ban to essentially time served, pointing to Chung's "lack of any prior record of unethical behavior" and "public stance against corruption within FIFA."**

**In February 2018, The Court Of Arbitration Of Sport (CAS) Reduced Chung's Five-Year Ban And Eliminated His Fine, Making Him Free To Return To Football As Of January 7, 2018.** "In a press release on Friday (Switzerland time), Chung's camp said the Lausanne-based Court of Arbitration for Sport (CAS) has reduced the five-year ban that FIFA had imposed on its former executive to 15 months, meaning the ban therefore expired as of Jan. 7. The CAS also canceled a fine of 50,000 Swiss francs (US$53,200). '(Chung is) free to take part in any football related activity -- administrative, sport or any other -- at national and international level,' Chung's camp said in an English-language statement. It also said the CAS made it clear that it was due to FIFA's 'excessive and unjustified delays' that Chung had to serve a longer suspension than the CAS found to be warranted." ("CAS ends FIFA ban on Chung Mong-joon," *Yonhap News Agency*, 2/10/18)

- **The CAS Concluded Chung Committed Ethics Violations, But "To 'A Far Lesser Degree Than Found By The FIFA Instances.'"** "Although CAS said that Chung was guilty of ethics violations, it said it was to 'a far lesser degree than found by the FIFA instances'." ("Former FIFA vice-president Chung's ban cut to 15 months, *Reuters*, 2/10/18)

**In Their Decision, The CAS Claimed Chung Had A "Lack Of Any Prior Record Of Unethical Behavior" And Had A "Public Stance Against Corruption Within FIFA."** "CAS said that Chung's 'misconduct related to his lobbying activities was not minor considering his high and influential positions at FIFA'. It said he was both honorary president of a federation bidding to stage the World Cup and a member of the FIFA executive committee which was responsible for choosing the hosts. However, CAS said that it was 'common for FIFA Executive Committee members to promote the bids presented by their national football associations'. It also took into account Chung's 'lack of any prior record of unethical behaviour, his public stance against corruption within FIFA, and the meritorious services he provided to FIFA and football over the years'." ("Former FIFA vice-president Chung's ban cut to 15 months, *Reuters*, 2/10/18)

## Financial Situation And Current Net Worth

**Chung Mong-joon is one of the richest people in Korea, and according to *Forbes* was worth $3.2 billion in March 2011 and $1.43 billion as of June 2021.**

**According To *Forbes*, As Of June 2021, Chung Was The 34th Richest Person In Korea, Worth $1.45 Billion.** ("Chung Mong-joon." *Forbes*, Accessed 3/9/22)



**Forbes Also Shows Chung Was Previously Worth $3.2 Billion In March 2011.** ("Chung Mong-joon," *Forbes*, Accessed 3/9/22)



Page 6

# DAVID CHUNG

David Chung is the former president of the Papua New Guinea Football Association. He "was the longest-serving of FIFA's eight vice presidents" on the FIFA Council, and as President of the Oceania Football Confederation (OFC) until he resigned from the positions in 2018 citing "personal reasons." Chung was reportedly blocked from voting on the host nation for the 2022 World Cup as he was only a deputy on the FIFA Council at the time, though he reportedly would have voted for Australia.

About a month after Chung resigned in 2018, FIFA launched an investigation into corruption allegations regarding Chung's involvement with a plan to construct a new OFC headquarters in New Zealand. In March 2019, FIFA announced it had found Chung guilty of offering and accepting gifts, as well as acting "under a conflict of interest" in violation of the FIFA code of ethics. FIFA then banned Chung from all football activities for more than six years and fined him $100,300.

Additionally, Chung was accused of "vote-rigging" in the 2016 Papua New Guinea Football Association election. According to his opponents, Chung rigged votes to "illegally" exclude "supporters of rival candidate," however no charges appear to have ever been filed related to the vote-rigging allegations.

## Background

**David Chung is the former president of the Papua New Guinea Football Association, "was the longest-serving of FIFA's eight vice presidents" after seven years on the FIFA Council, and was President of the Oceania Football Confederation, but resigned from the positions in 2018 for "personal reasons."**

**David Chung Was Elected President Of The Papua New Guinea Football Association In 2004.** "David Chung was first elected President of the Papua New Guinea Football Association (PNGFA) in August 2004 in Kimbe and took over from Madiu Andrew as Papua New Guinea's representative on the OFC Executive Committee." ("Profile: David Chung," Oceania Football Confederation, 11/27/10)

**Starting In 2011, David Chung Became "The Longest-Serving Of FIFA's Eight Vice Presidents."** "Almost a year after resigning as head of the Oceania Football Confederation citing 'personal reasons', David Chung has been banned from the sport for 6.5 years for financial wrongdoing, reportedly over the awarding of contracts for the construction of the OFC headquarters in New Zealand. Chung, who headed the Papua New Guinea FA from 2004, was the longest-serving of FIFA's eight vice presidents – and effectively therefore Infantino's number two – when he resigned in April, 2018 after seven years in the role." (Andrew Warshaw, "Cashed out: FIFA hands former senior VP and OFC boss Chung 6.5 year ban," Inside World Football, 3/4/19)

- **Chung Was Also The Head Of The Oceania Football Confederation.** "Almost a year after resigning as head of the Oceania Football Confederation citing 'personal reasons',

David Chung has been banned from the sport for 6.5 years for financial wrongdoing, reportedly over the awarding of contracts for the construction of the OFC headquarters in New Zealand. Chung, who headed the Papua New Guinea FA from 2004, was the longest-serving of FIFA's eight vice presidents – and effectively therefore Infantino's number two – when he resigned in April, 2018 after seven years in the role." (Andrew Warshaw. "Cashed out: FIFA hands former senior VP and OFC boss Chung 6.5 year ban," Inside World Football, 3/4/19)

**In April 2018, Chung Resigned From His Football Positions "For Personal Reasons."**
"FIFA has taken note of the resignation of David Chung as a member of the FIFA Council and as President of OFC (Oceania Football Confederation) for personal reasons. In accordance with the FIFA Statutes (art. 33 par. 8), OFC members will now have to decide on the replacement of David Chung on the FIFA Council for the remaining period of office." ("OFC President David Chung resigns," FIFA, 4/6/18)

- **FIFA Launched A Corruption Investigation Into Chung A Month After He Resigned In April 2018.** "The investigation against Mr Chung was opened on 3 May 2018. In its decision, the adjudicatory chamber found that Mr Chung had breached art. 20 (Offering and accepting gifts or other benefits) and art. 19 (Conflicts of interest) of the 2018 edition of the FIFA Code of Ethics and banned him for six years and six months from all football-related activities (administrative, sports or any other) at both national and international level. Additionally, a fine in the amount of CHF 100,000 has been imposed on Mr Chung." ("Adjudicatory chamber of the independent Ethics Committee sanctions David Chung," FIFA, 3/1/19)

**NOTE:** *For more on the investigation into Chung following his departure from FIFA and the Oceania Football Confederation, see the Other Corruption Allegations section of this report.*

## Relationship To Qatari World Cup

### Chung Was Blocked From Voting For The Host Nation Of The 2022 World Cup, Reportedly Would Have Voted For Australia

**At the time of the vote to award Qatar the World Cup, Chung was deputy to a FIFA Council member who was appealing a suspension, which prevented Chung from filling his role as a voter and reportedly voting for Australia rather than Qatar.**

**At The Time Of The Vote To Award Qatar The World Cup, Chung Was Deputy To Reynald Temarii, A FIFA Council Member That Had Been Recently Suspended For Corruption, But Was Appealing The Chargers, Preventing Chung From Filling His Role As A Voter.** "The Sunday Times has obtained millions of secret documents – emails, letters and bank transfers – which it alleges are proof that the disgraced Qatari football official Mohamed Bin Hammam made payments totalling $5m to football officials in return for their support for the Qatar bid... The Sunday Times also alleges that it has documents which prove Bin Hammam paid 305,000 Euros (£250,000) to cover the legal expenses of another former Fifa executive committee member from Oceania, Reynald Temarii. Temarii, from Tahiti, was unable

to vote in the contest as he had already been suspended by Fifa after he was caught out by a Sunday Times sting asking bogus American bid officials for money in return for his support. But the paper now alleges that Bin Hammam provided him with financial assistance to allow him to appeal against the Fifa suspension, delaying his removal from the executive committee and blocking his deputy David Chung from voting in the 2022 election." ("Qatar World Cup: '$5m payments to officials' corruption claim," *Stabroek News*, 6/2/14)

- ***The Sunday Times* Alleged "The Disgraced Qatari Football Official Mohamed Bin Hammam," Provided Temarii "Financial Assistance To Allow Him To Appeal Against The Fifa Suspension, Delaying His Removal From The Executive Committee And Blocking His Deputy David Chung From Voting In The 2022 Election."** "The Sunday Times has obtained millions of secret documents – emails, letters and bank transfers – which it alleges are proof that the disgraced Qatari football official Mohamed Bin Hammam made payments totalling $5m to football officials in return for their support for the Qatar bid... The Sunday Times also alleges that it has documents which prove Bin Hammam paid 305,000 Euros (£250,000) to cover the legal expenses of another former Fifa executive committee member from Oceania, Reynald Temarii. Temarii, from Tahiti, was unable to vote in the contest as he had already been suspended by Fifa after he was caught out by a Sunday Times sting asking bogus American bid officials for money in return for his support. But the paper now alleges that Bin Hammam provided him with financial assistance to allow him to appeal against the Fifa suspension, delaying his removal from the executive committee and blocking his deputy David Chung from voting in the 2022 election." ("Qatar World Cup: '$5m payments to officials' corruption claim," *Stabroek News*, 6/2/14)

**Chung Reportedly Would Have Voted For Australia, But "Instead There Was No Representative From Oceania Allowed To Vote, A Decision Which May Have Influenced The Outcome In Qatar's Favour."** "The paper claims that had Chung been allowed to vote he would have supported Qatar's rivals Australia. Instead there was no representative from Oceania allowed to vote, a decision which may have influenced the outcome in Qatar's favour." ("Qatar World Cup: '$5m payments to officials' corruption claim," *Stabroek News*, 6/2/14)

## Other Corruption Allegations

## Banned From Football Activities For More Than Six Years Due To Bribery, Conflict Of Interest

**About a month after his April 2018 resignation due to "personal reasons," FIFA launched an investigation into Chung, and in March 2019, announced he violated the FIFA code of ethics because he "offered and accepted gifts" and "acted under a conflict of interest" in relation to a deal to construct the Oceania Football Confederation headquarters.**

**In April 2018, Chung Resigned From His Position On The FIFA Council And His Position As President Of The Oceania Football Confederation "For Personal Reasons."** "FIFA has taken note of the resignation of David Chung as a member of the FIFA Council and as President of OFC (Oceania Football Confederation) for personal reasons. In accordance with the FIFA

MEF000046

Statutes (art. 33 par. 8), OFC members will now have to decide on the replacement of David Chung on the FIFA Council for the remaining period of office." ("OFC President David Chung resigns," FIFA, 4/6/18)

**After He Resigned In 2018, A FIFA Audit Found "Potential Irregularities" In A $20 Million Deal To Build The Oceania Football Confederation Headquarters.** "Shortly after he resigned as head of the region, it emerged that a FIFA-appointed audit found 'potential irregularities' linked to building the $20 million OFC headquarters in Auckland, casting a dark shadow over the FIFA administration's attempts to clean up its constituent bodies." (Andrew Warshaw, "Cashed out: FIFA hands former senior VP and OFC boss Chung 6.5 year ban," Inside World Football, 3/4/19)

**FIFA Launched Its Corruption Investigation Into Chung In May 2018** "The investigation against Mr Chung was opened on 3 May 2018. In its decision, the adjudicatory chamber found that Mr Chung had breached art. 20 (Offering and accepting gifts or other benefits) and art. 19 (Conflicts of interest) of the 2018 edition of the FIFA Code of Ethics and banned him for six years and six months from all football-related activities (administrative, sports or any other) at both national and international level. Additionally, a fine in the amount of CHF 100,000 has been imposed on Mr Chung." ("Adjudicatory chamber of the independent Ethics Committee sanctions David Chung," FIFA, 3/1/19)

**In March 2019, The FIFA Council Found Chung "Guilty Of Having Offered And Accepted Gifts, As Well As Having Acted Under A Conflict Of Interest, In Violation Of The FIFA Code Of Ethics."** "The adjudicatory chamber of the independent Ethics Committee has found David Chung, former President of the Papua New Guinea Football Association, former President of the Oceania Football Confederation and former member of the FIFA Council, guilty of having offered and accepted gifts, as well having acted under a conflict of interest, in violation of the FIFA Code of Ethics. ("Adjudicatory chamber of the independent Ethics Committee sanctions David Chung," FIFA, 3/1/19)

**<u>FIFA then suspended Chung for more than six years and fined him $100,300 "over the awarding of contracts for the construction of the OFC headquarters in New Zealand,"</u>**

**In March 2019, FIFA Banned Chung From All Football-Related Activities For More Than Six Years "For Offering And Accepting Gifts As Well As Conflict Of Interest."** "Former Papua New Guinea Football Association president David Chung has been banned from all soccer-related activities for six-and-a-half years for offering and accepting gifts as well as conflict of interest." ("FIFA bans former Papua New Guinea Football Association president David Chung for financial misconduct," Reuters, 3/2/19)

**FIFA Also Fined Chung $100,300.** "Along with the ban, which comes into immediate effect, former FIFA vice president Chung was also fined 100,000 Swiss francs ($100,300)." ("FIFA bans former Papua New Guinea Football Association president David Chung for financial misconduct," Reuters, 3/2/19)

**Chung Reportedly Was Punished "Over The Awarding Of Contracts For The Construction Of The OFC Headquarters In New Zealand."** "Almost a year after resigning as head of the Oceania Football Confederation citing 'personal reasons', David Chung has been banned from the sport for 6.5 years for financial wrongdoing, reportedly over the awarding of

MEF000047

contracts for the construction of the OFC headquarters in New Zealand." (Andrew Warshaw, "Cashed out: FIFA hands former senior VP and OFC boss Chung 6.5 year ban," Inside World Football, 3/4/19)

## **Accused Of Vote Rigging In Football Association Election**

**Chung also was president of the Papua New Guinea Football Association (PNGFA), and during the 2016 PNGFA elections, he was accused by his opponents of using "vote-rigging" to "illegally" exclude "supporters of rival candidate John Kapi Natto."**

**According To The Oceania Football Confederation, Chung Was Elected President Of The Papua New Guinea Football Association In 2004.** "David Chung was first elected President of the Papua New Guinea Football Association (PNGFA) in August 2004 in Kimbe and took over from Madiu Andrew as Papua New Guinea's representative on the OFC Executive Committee." ("Profile: David Chung," Oceania Football Confederation, 11/27/10)

**During The 2016 PNGFA Elections, Chung's Opponents Accused Him Of "Vote-Rigging" To "Illegally" Exclude "Supporters Of Rival Candidate John Kapi Natto."** "Chung was a controversial figure both within the OFC but particularly in Papua New Guinea where he was president of the national federation.  Accused of vote-rigging at the 2016 PNGFA elections – his opponents said that he had illegally excluded supporters of rival candidate John Kapi Natto." (Andrew Warshaw and Paul Nicholson, "Chung quits OFC presidency amid rumours of political and financial corruption," *Inside World Football*, 3/4/22)

**NOTE:** *According to publicly available information, it appears formal charges were never filed nor the claims of Chung's opponents substantiated.*

Page 5

# FAISAL SALEH HAYAT

Faisal Saleh Hayat, "the feudal lord of Pakistani football," was President of the Pakistan Football Federation (PFF) from 2003 to 2018. Since 2011, he has been a member of the Asian Football Confederation (AFC) Executive Committee. In 2010, Hayat became a member of the FIFA Disciplinary Committee and in 2012 he became a member of the "FIFA Strategic Committee." From the 1990s to 2012, Hayat was a prominent politician in Pakistan. Hayat also controls "large tracts of agricultural land and real estate" throughout Pakistan.

Hayat was a close friend of Mohammed Bin Hammam, a Qatari official at the center of the 2022 World Cup corruption scandal. In 2010, a committee led by Bin Hamman, who Hayat once referred to as his "big brother," granted PFF several FIFA development projects worth a total of $2 million. PFF also reportedly received $15,000 from "slush funds" controlled by Bin Hamman. Hayat bragged he personally secured these projects through his "good contacts." Additionally, in 2012, Hayat reportedly blocked the AFC from forming an ethics task force "to deal with governance and mismanagement during Bin Hammam's reign," after Bin Hammam was banned from soccer for corruption.

In March 2013, Hayat personally met a "high powered delegation" of Qatari officials to secure a "long term partnership" between PFF and Qatar, which led to PFF upgrading its facilities and granting its players access to Qatari facilities.

Hayat has also been accused of corruption in his roles in government and the PFF. In 2010, PFF secured a $400,000 donation from former-FIFA Vice President Chung Mong-Joon for flood relief in Hayat's "ancestral home" of Jhang, even though the Jhang region was relatively unaffected by flooding. One day after the donation, leaked emails reportedly show Chung learned PFF would support his bid for reelection. According to 2017 reporting, no flood relief project was ever started by PFF. In July 2015 the Pakistan government investigated PFF for embezzlement "during its 12 years under" Hayat. Hayat has also been accused of stealing irrigation water, keeping government vehicles for personal use, and making unauthorized political appointments.

## Background

**Faisal Saleh Hayat, "the feudal lord of Pakistani football," was President of the Pakistan Football Federation From 2003 to 2018, since 2011 he has been a member of the Asian Football Confederation (AFC) Executive Committee and in 2012 he became a member of the FIFA Strategic Committee.**

**In 2003, Faisal Saleh Hayat Was Elected President Of The Pakistan Football Federation (PFF), And He Has Been Called "The Feudal Lord Of Pakistani Football."** "Pakistani football is run by Makhdoom Syed Faisal Saleh Hayat. A shrewd politician and PFF President since 2003, many often joke that they can name the PFF boss much more easily than the current captain of the Pakistan national team! 13 years of uninterrupted rule in Pakistani football has allowed Hayat to also become an active part of world football administration at both confederation and global levels. Hayat sided with AFC head Sheikh Salman bin Ibrahim al-

Khalifa from the Bahraini royal family in the FIFA Presidential Elections held in early 2016 to replace the now-disgraced FIFA supremo Joseph S. Blatter of Switzerland." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

- **In December 2018, Hayat's "Reign As The Chief Of Pakistan Football" Ended.** "The expression on retired Lt Col Ahmed Yar Khan Lodhi's face was of utter resignation. An era had just ended moments earlier, 15 years of Faisal Saleh Hayat's uninterrupted reign as the chief of Pakistan football, when Ashfaq Hussain Shah was elected Pakistan Football Federation (PFF) chief in an election at the Supreme Court here on Wednesday." (Umaid Wasim, "Hayat's long reign ends as Ashfaq elected PFF chief," *Dawn*, 12/13/18)

**In 2007, Hayat Became A Member Of The Asian Football Confederation (AFC) And In 2011 Became A Member Of The AFC Executive Committee And The AFC Legal Committee.** "Hayat entered world football by becoming member of the AFC Disciplinary Committee in 2007 (and later led in 2009–11), heads the AFC Legal Committee since 2011, and is member of the AFC Executive Committee since 2011." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

**In 2010, Hayat Became A Member Of The FIFA Disciplinary Committee, And In 2012 He Became A "Member Of The FIFA Strategic Committee."** "Hayat eventually got into the FIFA Disciplinary Committee in 2010 where he also served as member of the 2010 World Cup Disciplinary Committee. Since 2012, the PFF boss is member of the FIFA Strategic Committee as well." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

**NOTE:** *It is unclear if Faisal retains any position at FIFA.*

**From the 1990s to 2012, Hayat was a politician in Pakistan, and he holds "large tracts of agricultural land and real estate nationwide."**

**Hayat Controls "Large Tracts Of Agricultural Land And Real Estate Nationwide" And His Family Are "Custodians" Of A Sufi Shrine In Punjab.** "With a political career spanning more than 40 years Hayat, comes from a powerful feudal family and studied at the prestigious Aitchison College in Lahore—Pakistan's Eton where the scions of all prominent families often go for schooling—as well as King's College in London. Alongside owning large tracts of agricultural land and real estate nationwide, Hayat's family are also custodians of a prominent Sufi shrine in his native town of Shah Jewana in the Jhang district of Punjab province." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

- **Sufi Shrines "Tend To Generate Significant Revenues Through Tax-Free Donations And Endowments."** "Sufi shrines tend to generate significant revenues through tax-free donations and endowments from many devotees both poor and rich." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

**From At Least The 1990s To 2012, Hayat Was A Prominent Pakistani Politician, Serving As A Minister In Several Governments.** "Hayat has gained a reputation like many politicians in Pakistan for being never hesitant to change sides if and when the need arises. Hayat broke from his family's previously non-political traditions and began to contest for the local parliament

Page 2

seats. Hayat's was a member of the Pakistan Peoples Party (PPP) and served as a minister in Benazir Bhutto's two, short-lived tenures in the 1990s. The 1999 military coup of General Pervez Musharraf ousting the then government of Prime Minister Nawaz Sharif of the Pakistan Muslim League (PML), proving to be a game changer for many mid-level politicians. Many Sharif loyalists jumped ship and formed their own pro-Musharraf faction of the Pakistan Muslim League—Quaid (PML-Q). PML-Q would eventually be patronised to win the 2002 general elections to bring a token civilian government subservient to Musharraf. Many opposition politicians were jailed on corruption charges (as is often the norm in Pakistan), exiled, or promised ministries to lend their support to the Musharraf government. Faisal Saleh Hayat eventually formed a break-away faction—the PPP-Patriots—to become a coalition ally of Musharraf. He later joined PML-Q a few years later. For his efforts, Hayat became Federal Interior Minister in 2002 till 2004 before being heading other ministries till 2008. He also become Housing Minister in the PPP coalition government for a year (2011–12) after a deal between PPP and PML-Q before falling out with his former party and quit." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

## Relationship To Qatari FIFA Corruption

### Close Relationship With FIFA Official Involved In Qatari World Cup Bid

**In September 2014, Hayat claimed he "had very good relations with" Qatari official Mohammed Bin Hammam, who has been accused of bribery and assisting Qatar in its "controversial" bid for the 2022 World Cup.**

**In September 2014, Hayat Claimed He "Had Very Good Relations With Bin Hammam And Wouldn't Deny That."** "'I had very good relations with Bin Hammam and wouldn't deny that,' Hayat said, '… but then I also enjoy very close ties with Blatter.'" (Umaid Wasim, "Was PFF involved in the 'Qatar-gate' controversy?" *Dawn*, 9/17/14)

- **In June 2015, Hayat Called Bin Hammam His "Big Brother."** "Bin Hammam was already a popular leader for the PFF with its president Faisal Saleh Hayat addressing him as his 'big brother.'" (Umaid Wasim, "Football project in Jhang – the ends don't always justify the means!" *Dawn*, 6/8/15)

**In 2011, Bin Hammam Was Accused Of Orchestrating A Bribery Scheme In Trinidad And Being Involved In "The Controversial Awarding Of The 2022 World Cup" To Qatar.** "The banning of Mr. Bin Hammam has sparked a flurry of official and unofficial investigations related to the Qatari's alleged bribery as well as to the controversial awarding of the 2022 World Cup to his native Qatar. The FIFA investigations focus on three executive committee members who accompanied Mr. Bin Hammam to the CFU meeting in May in Trinidad where the bribery is said to have occurred." (James M. Dorsey, "Qatar's Bin Hammam, banned for life, faces Asian humiliation," *Al Arabiya News*, 7/27/11)

**Bin Hammam Allegedly Used Development Funds To Win Support For Qatar's World Cup Bid And His Own Bid For The FIFA Presidency.** "A 2014 story from The Sunday Times revealed documents detailing how Bin Hammam—AFC President and FIFA ExCo member at that time—used development funds etc to bribe football officials worldwide back in 2010 to not

Page 3

only ensure Qatar won its 2022 World Cup hosting bid but also to gather support for his own attempt to challenge Sepp Blatter for the FIFA Presidency in 2011. Bin Hammam not only failed at his FIFA Presidency challenge, but was also banned for life by FIFA for bringing football into disrepute through corruption by 2012." (Ali Ahsan. "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," _Football Pakistan_, 9/9/16)

**In 2010, during Hayat's time as PFF president, PFF received $2 million for development projects from a FIFA committee led by Bin Hammam as well as $15,000 from "slush funds" controlled by Bin Hammam.**

**Under Hayat, PFF Was Awarded Eight "FIFA Goal Projects."** "Hayat often boasts of helping Pakistan bring an unprecedented eight FIFA Goal Projects. Those eight projects are in Lahore, Karachi, Quetta, Peshawar, Abbottabad, Khanewal, Jacobabad, and Sukkur. Also, PFF's Vision 2020 plan, unveiled in 2008, aimed to make Pakistan among top 15 Asian sides by 2020. Reality is, only One out of the Eight is complete and running—PFF's own headquarters on Ferozepur Road in Lahore with half of the building rented out to a multinational corporation. The remaining goal projects in Karachi, Peshawar, etc are far from complete after all these years despite millions of dollars being spent. Almost all are buildings for office spaces void of playing facilities like 3G pitches that Pak football desperately needs on the ground." (Ali Ahsan. "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," _Football Pakistan_, 9/9/16)

- **The FIFA Goal Programme Was Designed To Support National Soccer Associations' Development Projects.** "The FIFA GOAL Programme was initiated by the FIFA President, Joseph S. Blatter for the benefit of national associations, and ratified by the 1999 Extraordinary FIFA Congress in Los Angeles. GOAL is a tailor-made development and assistance programme designed to realise projects based on the specific needs of national associations…The GOAL Projects in each of the countries have been boosted by the OFC Infrastructure Grants programme that has enable each national association to enhance the scope of works and/or purchase land sites for GOAL. Without doubt the assistance of the Confederation has been significant and contributed enormously to achieve 'top' facilities for the countries." ("FIFA Goal Project," Football Federation American Samoa, Accessed 3/10/22)

- **The FIFA Goal Projects Awarded To Pakistan Were Worth $500,000 Each.** "Pakistan received $15000 (allegedly from a personal account), $500,000 each for eight Goal Projects and an unending supply of cash from AFC's Aid 27 programme." (Umaid Wasim. "Was PFF involved in the 'Qatar-gate' controversy?" _Dawn_, 9/17/14)

- **Hayat Claims He Personally Secured These Projects Through His "Good Contacts."** "'It's all because of my contacts,' Hayat said. 'The fact that we got the most Goal projects in the world is because of the good contacts we enjoy in FIFA. I'd like to ask the chiefs of other sports bodies to also develop good contacts with their global governing bodies because it always helps.'" (Umaid Wasim, "Was PFF involved in the 'Qatar-gate' controversy?" _Dawn_, 9/17/14)

**Four FIFA Goal Projects Were Awarded "Around 2010" By A FIFA Committee Led By Bin Hammam.** "Interestingly, four of the eight Goal Projects were awarded around 2010. The

MEF000052

timing raises many questions because back then the FIFA committee handling development projects worldwide was under Mohammed bin Hammam of Qatar." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," _Football Pakistan_, 9/9/16)

**In November 2010, Hayat's PFF Was Paid $15,000 From "Slush Funds" Controlled By Bin Hammam.** "Bin Hammam continued to lavish football bosses with direct payments from the network of slush funds operated by Kemco. Asatulloev Zarifjon, president of the Tajikistan football federation, received $50,000 in June 2010. The next month, Fernando's ally, Nidal Hadid of the Jordan FA, received $50,000 into his personal bank account from the account of Bin Hammam's daughter, Aisha. Another loyal ally of Fernando was handsomely rewarded for backing Bin Hammam. Ganesh Thapa, president of the Nepalese FA, was paid a total of £115,000 from two separate Kemco accounts in March and August 2010. President Ganesh Thapa said last week to the newspaper that the money was paid as part of a business arrangement he had with Kemco. Bangladesh received $25,000 in November 2010, while Pakistan received about $15,000 in the same period. Afghanistan was paid $40,000 from the Kemco account. The documents do not record how the money was spent." ("Sunday Times: PFF Was Allegedly Bribed $15,000 To Vote For Qatar's Bin Hammam In 2011," _Football Pakistan_, 6/8/14)

**<u>In November 2012 Hayat allegedly blocked AFC's attempt to form an ethics committee to correct the "mismanagement" exposed by "Bin Hammam's reign," and in March 2013 Hayat praised Qatar for securing "the prestigious FIFA World Cup."</u>**

**In November 2012, Hayat Allegedly Blocked The AFC's Attempt To Establish An Ethics Task Force "To Deal With Governance And Mismanagement During Bin Hammam's Reign."** "In his position as Legal Committee chairman, Hayat has been alleged to thwart an attempt to form an ethics taskforce to deal with governance and mismanagement during Bin Hammam's reign in November 2012, five months after the Qatari was banned for life." (Umaid Wasim, "Was PFF involved in the 'Qatar-gate' controversy?" _Dawn_, 9/17/14)

**In March 2013, Hayat "Lauded The Efforts Of [The Qatar Football Association (QFA)] And The State Of Qatar In Bringing The Prestigious FIFA World Cup To The Brotherly State Of Qatar In 2022."** "The close and fraternal bilateral relations between PFF and QFA were further strengthened as a result of this first ever high powered visit of QFA Delegation. The President PFF lauded the efforts of QFA and the state of Qatar in bringing the prestigious FIFA World Cup to the brotherly State of Qatar in 2022. He further emphasized that this historic World Cup 2022 would prove to be a much needed stimulus for the entire region in taking Soccer to new heights of development. It would further re-enforce the Asian region as a strong Football Power House. The entire Youth and soccer enthusiasts around the world, look forward to seeing the Qatar, 2022 FIFA World Cup achieve new glories. PFF also offered its cooperation to QFA in the successful holding of this prestigious event." (Press Release, "A high powered delegation of Qatar Football Association meets Makhdoom Syed Faisal Saleh Hayat," _Pakistan Football Federation_, 3/18/13)

**<u>Negotiated "Long Term Partnership" Between PFF And Qatar Football Association</u>**

**<u>In March 2013, Hayat personally met a "high powered delegation" of Qatari officials to secure a "long term partnership" in which Qatar pledged to upgrade Pakistan's soccer</u>**

Page 5

**MEF000053**

**facilities, and in December 2014 PFF signed an agreement with the Qatar Football Association to grant Pakistan players access to Qatari facilities.**

**In March 2013, Hayat Met With "A High Powered Delegation Of Qatar Football Association Headed By Its President H.E. Hamad Khalifa A.A Al- Thani."** "A high powered delegation of Qatar Football Association headed by its President H.E. Hamad Khalifa A.A Al-Thani, held a detailed meeting with Makhdoom Syed Faisal Saleh Hayat President PFF at Football House, Lahore on Sunday 17th March, 2013. The Qatari Delegation comprised of 8 members including Hassan Abdulla H.R Al-Thawadi (General Secretary, Qatar 2022 Supreme Committee), Ali Mohamed N B Al-Naemi (Assistant General Secretary, QFA) and Tariq A. Aziz Al-Naama (Dy. Chairman, Aspire Academy)." (Press Release, "A high powered delegation of Qatar Football Association meets Makhdoom Syed Faisal Saleh Hayat," Pakistan Football Federation, 3/18/13)

- **PFF And QFA Agreed To A "Long Term Partnership" In Which Qatar Would "Assist PFF In [Upgrading] Its Infrastructure And Allied Facilities."** "It was also agreed that training and professional facilities to the Pakistan National Team would be made available in Qatar as and when required. QFA would also assist PFF in up grading its infrastructure and allied facilities vital to the development of football in Pakistan." (Press Release, "A high powered delegation of Qatar Football Association meets Makhdoom Syed Faisal Saleh Hayat," Pakistan Football Federation, 3/18/13)

**In December 2014, PFF Signed An Agreement With QFA Allowing Pakistani Players To Access State-Of-The-Art Qatari Facilities.** "Already having the support of Bahrain, the Pakistan Football Federation (PFF) signed a five-year agreement with the Qatar Football Association (QFA) for mutual cooperation in all fields of football development. The deal had been inked on the weekend in Doha with the details of it officially announced by the PFF on Monday. It follows a visit from members of the QFA in March last year to the country where they assured Pakistan of full support in uplifting the game here. The Pakistan national team already have head-coach Mohammed Al Shamlan from Bahrain on free from the Bahrain Football Association and most recently visited the country in August for a few practice games in preparation for the Asian Games. The women's team, meanwhile, visited Bahrain in October for a series of friendlies to prepare for the SAFF Women's Championship last month. Now the teams can look forward to going to Qatar, who will host the 2022 FIFA World Cup, and benefit from the high-quality sporting infrastructure and equipment there." (Umaid Wasim, "PFF inks deal with Qatar FA for football development," *Dawn*, 12/16/14)

## Other Corruption Allegations

### Allegedly Received Bribe To Support FIFA Vice Presidential Campaign

**In 2010, PFF secured a $400,000 donation from then-FIFA Vice-President Chung Mong-Joon for flood relief in Hayat's "ancestral home" region of Jhang, and one day after the donation PFF announced it would support Chung's campaign to be reelected "vice-president from Asia."**

**In 2010, Dr. Chung Mong-Joon Donated $400,000 To The PFF To Rebuild Infrastructure In Pakistan's Jhang Region After Flooding.** "That man was honorary FIFA vice-president

from South Korea, Dr Chung Mong-Joon who was being rewarded for his 'philanthropic activities,' most notably donating US$400,000 to the PFF for rebuilding football infrastructure following devastating floods in the country in 2010. That rebuilding never happened, only that the PFF was eager to get its hands on the funds as soon as possible as a series of leaked e-mails received by Dawn show. Maybe it is due to the purpose those funds were sent for – maybe the purpose they were sent for was fulfilled without making the football training centre in the district of Jhang for which they were intended for." (Umaid Wasim, "Football project in Jhang – the ends don't always justify the means!" *Dawn*, 6/8/15)

- **Jhang Is Hayat's "Ancestral Home."** "More crucially for the PFF, with Dr Chung out of power the project in Jhang — Hayat's ancestral home — was now hanging in the balance." (Umaid Wasim, "Football project in Jhang – the ends don't always justify the means!" *Dawn*, 6/8/15)

- **At The Time, Chung Was Seeking "Re-Election As FIFA Vice-President From Asia."** "Bin Hammam was seeking re-election as president of the Asian body in the 2011 AFC elections, Fernando was hoping to be elected as a FIFA Executive Committee member and Dr Chung was promised re-election as FIFA vice-president from Asia." (Umaid Wasim, "Football project in Jhang – the ends don't always justify the means!" *Dawn*, 6/8/15)

**On The Day Chung Announced His Donation, Hayat Praised Chung's "Supportive [Gesture]," And One Day Later Chung Learned PFF Would Support His Reelection Bid.** "It is the awarding time of the project which shrouds it in doubt. Awarded on Oct 19, 2010, in wake of the devastating floods that hit Pakistan in July, Hayat lauded the gesture. 'Such supportive gestures will never be forgotten,' Hayat is quoted as saying in a PFF news release issued on that day. A day later, in one of many e-mails which have since been intercepted and leaked, Fernando told Dr Chung that a number of countries including Pakistan had agreed to support him in the coming year's elections." (Umaid Wasim, "Football project in Jhang – the ends don't always justify the means!" *Dawn*, 6/8/15)

**<u>Jhang was reportedly relatively unaffected by the 2010 floods, and as of January 2017 no flood relief project was ever started by PFF.</u>**

**According To "Several Resident Of Jhang," The 2010 Floods Did Not Affect The Region As Badly As Surrounding Areas.** "According to several residents of Jhang, interviewed by Dawn, the floods in 2010 didn't affect Jhang as painted in the letter. 'It was the floods of 2014 that caused serious damage,' a political party worker, who wished to remain anonymous, told Dawn on Sunday. 'The worst damage in 2010 was in Muzaffargarh rather than Jhang.'" (Umaid Wasim, "Jhang needed the Dr Chung-AFC flood relief project," *Dawn*, 1/10/17)

**After "Almost Four Years," Chung's Funds Had Been Transferred To PFF But No Flood Relief Project Had Begun.** "FIFA Goal Project regulations ask the member associations to provide a document that the land has been acquired on a 30-year lease. This, however, was the AFC. Any development project in return for a favour come under bribes, according to FIFA. The funds were transferred by Soosay to the PFF while almost four years on, the flood relief project in Jhang hasn't even begun." (Umaid Wasim, "Football project in Jhang – the ends don't always justify the means!" *Dawn*, 6/8/15)

Page 7

**As Of January 2017, The Flood Relief Project Still Had Not Begun.** "In the ancestral home of Pakistan football's czar, the game is virtually non-existent. But since charity begins from home maybe that is why Faisal Saleh Hayat, the legally-challenged Pakistan Football Federation (PFF) president, wanted to build a football training centre in Jhang. Only that, the project never began despite former FIFA vice-president Dr Chung Mong-Joon and the Asian Football Confederation (AFC) giving funds totalling $650,000 in 2011 for the flood relief project." (Umaid Wasim, "Jhang needed the Dr Chung-AFC flood relief project," *Dawn*, 1/10/17)

## Accused Of Embezzling From The PFF And Government Corruption

**In July 2015, the Pakistani government investigated PFF for embezzlement "during its 12 years under" Hayat, who has also been accused of keeping government vehicles for personal use, forcing unauthorized political appointments, defaulting on loans, and of "stealing irrigation water."**

**In July 2015, Pakistani Authorities Investigated PFF For Embezzlement "During Its 12 Years Under President Faisal Saleh Hayat."** "The Federal Investigation Agency (FIA) has begun its probe into the Pakistan Football Federation (PFF) over financial embezzlement during its 12 years under president Faisal Saleh Hayat. The FIA summoned Hayat, secretary Col Ahmed Yar Khan Lodhi and finance committee chairman Asif Ali on Monday, asking them to appear with the PFF bank account statements and complete audit reports from July 1, 2003 till June 30, 2015." ("FIA opens probe into PFF," *Dawn*, 7/14/15)

**In 2013, Hayat Was Disqualified From Standing For Re-Election As An MP Due To Charges Of "Stealing Irrigation Water."** "According to sources, the erstwhile PML-Q leader Faisal Saleh Hayat, contesting as an independent candidate, and PPP's Abid Imam, a first-timer, could not believe his ears when they heard the Returning Officer in NA-87 disqualifying them to run for the polls. Abid Imam, who happens to be the son of veteran politicians, Syed Fakhar Imam and Syeda Abida Hussain, was taking his first shot at the elections but ECP did not let him so to speak. However he reserves the right to challenge the decision in one of the ECO tribunals. The nomination papers of both the candidates were rejected on the charges of stealing irrigation water, the sources added." ("Election: Faisal Saleh Hayat, Abid Imam disqualified for stealing water," *Geo News*, 4/4/13)

**Hayat Has Been Accused By Pakistani Officials Of Keeping Government Vehicles For Personal Use, Defaulting On Loans, And Forcing Political Appointments Without Authorization.** "Hayat was also accused of corruption as Housing Minister by his own officials as well as allegedly keeping as many as 12 government vehicles for his own usage for many months after quitting. He has also faced a myriad of corruption cases with the National Accountability Bureau (NAB) from allegedly defaulting on loans to forcing unauthorised appointments as Minister. In the 2013 elections, Hayat was disqualified from taking part due to allegations of electricity theft and stealing irrigation water." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

Page 8

MEF000056

# HASSAN AL THAWADI

Hassan Al Thawadi is the is the Secretary General of the Supreme Committee for Delivery and Legacy (SC), the organization coordinating the 2022 World Cup, and also the chairman of the 2022 FIFA World Cup LLC, "the joint venture between FIFA and the SC." According to his LinkedIn, Thawadi is additionally the CEO of the 2022 FIFA World Cup Qatar Local Organizing Committee, and was previously CEO of the Qatar 2022 Bid Committee from 2008 to 2010. From 2006 to 2013 he was also general counsel for Qatar's sovereign wealth fund.

Thawadi was reportedly instrumental in Qatar's bid for the 2022 World Cup, as the idea "was born in" 2009 when he met with head of the Qatari national soccer federation Sheikh Hamad bin Khalifa bin Ahmad Al Thani to begin organizing the country's bid for the World Cup. However, following the bidding process at FIFA, a number of FIFA executives became embroiled in corruption allegations.

Despite questions surrounding the circumstances of Qatar winning the rights to the 2022 World Cup, Thawadi has consistently denied such corruption allegations, and claimed the allegations would not cause Qatar to lose the rights. In December 2015, Thawadi said "there was no evidence of wrongdoing against Qatar." In May 2016, after "a German judge largely cleared Qatar of any wrongdoing," Thawadi "denied there was any corruption involved in Qatar's winning bid" and claimed Qatar "stuck to the rules." Thawadi has made similar claims in the following years, arguing Qatar had already been investigated and "exonerated" from corruption charges.

While Thawadi has not been personally accused of corruption in the bidding process, 2022 World Cup construction projects in Qatar have had their own problems. According to a report in *Josimar*, In 2021, a Qatari whistleblower on abuses of migrant workers working on projects related to the 2022 World Cup was arrested hours before a meeting with journalists. The arrest came shortly after Thawadi asked his team to "put a spin on" the abuses. The journalists organizing the interview then had a chance to interview Thawadi and asked several questions about the whistleblower. The journalists were arrested the next day, and it later was revealed the interview had been deleted by the Qatari police.

## Background

**Hassan Al Thawadi is the is the Secretary General of the Supreme Committee for Delivery and Legacy (SC), the organization coordinating the 2022 World Cup, and is chairman of the 2022 FIFA World Cup LLC, "the joint venture between FIFA and the SC."**

**Hassan Al Thawadi Is Secretary General Of The Supreme Committee For Delivery And Legacy (SC), The Organization Coordinating The 2022 World Cup.** "H.E. Hassan Al Thawadi is the Secretary General of the Supreme Committee for Delivery and Legacy (SC), the organisation responsible for coordinating amongst public and private entities for the 2022 FIFA World Cup." ("Speakers, H.E. Hassan Al Thawadi," Leaders in Sports. Accessed 3/4/22)

- **Thawadi Was Appointed To Secretary General In March 2011, Following "His Role As Chief Executive Officer In Qatar's 2022 Bid Committee," Which Promoted "Qatar's Ultimately Successful Attempt To Bring The FIFA World Cup" To Qatar.** "His appointment in March 2011 as Secretary General followed on from his role as Chief Executive Officer in Qatar's 2022 Bid Committee, in which he worked closely with Bid Chairman, H.E. Sheikh Mohammed bin Hamad Al Thani, promoting Qatar's ultimately successful attempt to bring the FIFA World Cup to the Middle East for the first time." ("Speakers, H.E. Hassan Al Thawadi," Leaders in Sports, Accessed 3/4/22)

**Thawadi Is Also The "Chairman of the 2022 FIFA World Cup LLC, – The Joint Venture Between FIFA And The SC Responsible For Organising And Staging The Event."** "In addition to this, he also serves as the Chairman of the 2022 FIFA World Cup LLC, – the joint venture between FIFA and the SC responsible for organising and staging the event." ("Speakers, H.E. Hassan Al Thawadi," Leaders in Sports, Accessed 3/4/22)

**<u>According to his LinkedIn, Thawadi is also the CEO of the 2022 FIFA World Cup Qatar Local Organizing Committee, and previously was the CEO of the Qatar 2022 Bid Committee from 2008 to 2010.</u>**

**Thawadi Is Also The CEO Of The 2022 FIFA World Cup Qatar Local Organizing Committee.** (Hassan Al Thawadi, LinkedIn, Accessed 3/4/22)



**From 2008 To 2010, Thawadi Was The CEO Of The Qatar 2022 Bid Committee.** (Hassan Al Thawadi, LinkedIn, Accessed 3/4/22)



**<u>From 2006 to 2013, Thawadi claims he was "general counsel" for the Qatar Investment Authority, the country's sovereign wealth fund.</u>**

**According To His LinkedIn, From 2006 To 2013, Thawadi Was General Counsel For Qatar Investment Authority.** (Hassan Al Thawadi, LinkedIn, Accessed 3/4/22)

Page 2



**Established In 2005, The Qatar Investment Authority "Is The Sovereign Wealth Fund Of The State Of Qatar."** "Qatar Investment Authority (QIA) is the sovereign wealth fund of the State of Qatar. QIA was established in 2005 to protect and grow Qatar's financial assets and to diversify the economy." (About, Qatar Investment Authority, Accessed 3/4/22)

## Relationship To Qatari FIFA Corruption

### Role In Securing 2022 World Cup For Qatar

**Thawadi was instrumental in Qatar's bid for the 2022 World Cup, as the idea "was born" in 2009 when he met with head of the Qatari national soccer federation Sheikh Hamad bin Khalifa bin Ahmad Al Thani to begin organizing the country's bid for the World Cup.**

**The Idea For Qatar To Bid For The 2022 World Cup "Was Born In '09" When Head Of The Qatari National Soccer Federation Sheikh Hamad Bin Khalifa Bin Ahmad Al Thani Met With Thawadi To Begin Organizing The Country's Bid For The 2022 World Cup.** "Qatar's idea to bid for World Cup 2022 was born in '09, when Sheikh Hamad bin Khalifa bin Ahmad Al Thani, the head of the country's national soccer federation, called Al Thawadi in for a meeting. FIFA had announced in late '08 that it would award both the '18 and '22 tournaments at the Zurich meeting. A winning nation would then have 12 years to prepare for the '22 Cup. The Qataris saw that span as a chance to propose futuristic projects that they would have time to complete, including new transportation networks and new stadiums, some of which would be broken down afterward and sent to developing nations." (Grant Wahl. "As concerns continue to build, will a Qatar World Cup really happen?." *Sports Illustrated*, 7/13/14)

- **Thawadi Was CEO Of The Qatar 2022 Bid Committee At The Time Of The Meeting.** (Hassan Al Thawadi, LinkedIn, Accessed 3/4/22)



### Repeated Denials Of Corruption In Qatari World Cup Bid

**In December 2015, Thawadi said corruption investigations would not cause Qatar to lose the 2022 World Cup, as "there was no evidence of wrongdoing against Qatar."**

MEF000059

**In December 2015, Thawadi Said Corruption Investigations Would Not Cause Qatar To Lose The 2022 World Cup.** "Doha: Qatar has been unfairly 'singled out' for criticism the 2022 World Cup committee chief said, adding that no labourer has died during more than 14 million man-hours of work on tournament venues. In a robust defence of Qatar's position, Hassan Al-Thawadi, also said that the Gulf state does not expect to lose the World Cup, regardless of an ongoing investigation into the 2022 bidding process in Switzerland, amid allegations of corruption." ("Qatar has been singled out for criticism: 2022 FIFA World Cup committee chief," *Agence France-Presse*, 12/15/15)

- **Thawadi Claimed Qatar Was Cooperating With Investigators And Said "There Was No Evidence Of Wrongdoing Against Qatar."** "Thawadi, secretary-general of the 2022 Supreme Committee, the body overseeing tournament preparations said that there was no evidence of wrongdoing against Qatar and that the country would cooperate with investigators in Switzerland and the US 'should there be any request'." ("Qatar has been singled out for criticism: 2022 FIFA World Cup committee chief," *Agence France-Presse*, 12/15/15)

**In May 2016, after "a German judge largely cleared Qatar of any wrongdoing," Thawadi "denied there was any corruption involved in Qatar's winning bid" and claimed Qatar "stuck to the rules."**

**In May 2016, After "A German Judge Largely Cleared Qatar Of Any Wrongdoing," Thawadi "Denied There Was Any Corruption Involved In Qatar's Winning Bid."** "A summary of the investigation led by a German judge largely cleared Qatar of any wrongdoing. Al-Thawadi denied there was any corruption involved in Qatar's winning bid." (Henry Ridgwell, "Qatar Denies World Cup Corruption," *VOA News*, 5/20/16)

**According To Thawadi, Qatar "Stuck To The Rules And "Cooperated Fully" With Corruption Investigations "Out Of A Sense Of Vindication" And "Confidence."** "We stuck to the rules. And more importantly when the investigation happened with Michael Garcia after the bid, we cooperated fully out of a sense of vindication and out of a sense of confidence at the cleanliness of our bid," said Al-Thawadi." (Henry Ridgwell, "Qatar Denies World Cup Corruption," *VOA News*, 5/20/16)

**In December 2017, Thawadi denied allegations made by Alejandro Burzaco, the former head of an Argentine sports marketing company, who claimed Qatar had bribed FIFA officials to secure the rights to the 2022 World Cup.**

**In 2017, The Former Head Of An Argentine Sports Marketing Company Alejandro Burzaco Alleged Qatar Bribed FIFA Officials To Secure The Rights To The 2022 World Cup.** "Alejandro Burzaco, the former head of Argentine sports marketing company Torneos y Competencias, told jurors that he paid bribes to all three defendants to secure rights to matches including the Copa America and Copa Libertadores. Burzaco had pleaded guilty and agreed to cooperate with prosecutors. Burzaco also said that Fox Sports, Mexico's Grupo Televisa and Brazil's Globo paid bribes for media rights to games. Fox and Globo have denied these allegations. Televisa declined to comment immediately after Burzaco's testimony. Burzaco also said that Qatar bribed officials of soccer's world governing body FIFA to host the 2022 World Cup." (Jan Wolfe. "Two ex-South American soccer officials convicted in FIFA bribery case," *Reuters*, 12/22/17)

Page 4

**Thawadi Denied The Allegations, Claiming "It Is All Hearsay And There Is No Evidence" And Contending Qatar Was "Confident In The Integrity Of Our Bid."** "Hassan al-Thawadi, secretary of Qatar's Supreme Committee for Delivery & Legacy, which is organizing the 2022 World Cup, has denied the allegations. 'It is all hearsay and there is no evidence,' al-Thawadi said at a public event in November after Burzaco's testimony, according to a representative of the committee. 'We are confident in the integrity of our bid.'" (Jan Wolfe, "Two ex-South American soccer officials convicted in FIFA bribery case," *Reuters*, 12/22/17)

**In June 2019, Thawadi claimed Qatar "nothing to worry about" regarding a French corruption investigation into the decision to award the 2022 World Cup to Qatar and said Qatar had already been investigated and was "exonerated,"**

**In June 2019, Thawadi Claimed Qatar Had "Nothing To Worry About" Regarding A French Corruption Investigation Into The Decision To Award The 2022 World Cup To Qatar.** "Qatar's 2022 World Cup organising committee chief Hassan Al Thawadi insisted on Friday that the Gulf nation has nothing to worry about in relation to a French corruption investigation. Former European football president Michel Platini was questioned by French anti-corruption investigators for several hours on Wednesday in relation to the 2010 award of World Cup hosting rights to gas-rich Qatar. "From what I understood he was not arrested, he was asked for questioning and there's a very big difference between the two," Al Thawadi told reporters in Brazil, where Qatar is taking part in the Copa America as guest." ("Qatar World Cup chief unconcerned by Platini corruption questioning," *Sportstar*, 6/22/19)

**Thawadi Claimed Qatar Had Already Been Investigated And Was "Exonerated."** "'For me there's no story there, I cannot comment because there's an investigation ongoing, but I can say that we were not contacted by the authorities. For us, we have always held ourselves to a high standard, we've been investigated by the Garcia Investigation, it exonerated us.'" ("Qatar World Cup chief unconcerned by Platini corruption questioning," *Sportstar*, 6/22/19)

## World Cup Human Rights Concerns

**Thawadi Asked Team To "Put Spin" On World Cup Worker Abuses, Qatari Police Destroy Interview With Thawadi Questioning Him On Abuses**

**According to a report in *Josimar*, In 2021, a Qatari whistleblower on abuses of migrant workers working on projects related to the 2022 World Cup was arrested hours before a meeting with journalists, only weeks after Thawadi asked his team to "put a spin on" the abuses.**

**In 2021, A Qatari Whistleblower "Stood Up For Striking Migrant Workers" Facing Abuses, Some Of Whom Were Working On 2022 World Cup Projects.** "The NRK team arrived in Doha on Sunday 13 November. On Monday morning they had an interview appointment with whistleblower Abdullah Ibhais, the former media manager at World Cup organisers Supreme Committee for Delivery and Legacy (SC), who, earlier in 2021, had been sentenced to five years in prison, in a trial where no evidence against the accused had been

Page 5

produced. As Josimar reported earlier, Abdullah Ibhais was arrested following heated discussions on the SC's Crisis Comms group on WhatsApp, where he stood up for striking migrant workers. Workers who hadn't been paid for months, workers who were starving and without their ID, including workers who were involved in SC's stadiums projects." ("The interview that disappeared," *Josimar*, 12/22/21)

**Thawadi Wanted To "Put A Spin On" The Abuses, But The Whistleblower "Argued Against This Approach Because SC Workers Were Indeed Involved."** "While Hassan Al-Thawadi, the secretary general of the SC, wanted his media team to 'put a spin on it' and communicate that this strike was not SC related, Abdullah Ibhais argued against this approach because SC workers were indeed involved." ("The interview that disappeared," *Josimar*, 12/22/21)

**The Whistleblower Was Arrested "A Few Weeks Later."** "Following the discussions, Ibhais was soon marginalised within the SC and a few weeks later he was arrested, following an internal investigation into a tender process, in the offices of the SC at the Al Bidda Tower." ("The interview that disappeared," *Josimar*, 12/22/21)

**While The Whistleblower Was Free On Bail He Was Arrested Again, And He Believed The Arrest Was Caused By An Upcoming Interview He Had Scheduled For Later That Day.** "Abdullah Ibhais was free on bail pending his appeal. In the wee hours of that Monday, just hours before his interview with NRK, Abdullah Ibhais texted Josimar and said police had come to his house and were about to arrest him. He believed the reason for his arrest was his interview appointment. No official reason for his arrest has been given by Qatari authorities. In prison, Abdullah Ibhais immediately started a hunger strike." ("The interview that disappeared," *Josimar*, 12/22/21)

**According to the *Josimar* report, the journalists who had organized the interview then interviewed Thawadi and asked several questions about the whistleblower, but journalists were arrested the next day, and it was later was revealed the interview had been deleted by the Qatari police.**

**The Journalists Then Had A Chance To Interview Thawadi, And Asked Several Questions About The Whistleblower.** "Late that Sunday, after the ceremony ended around 21:30, the NRK team got a surprise message from the SC. They had tried for months, but now they got confirmation: They would get to interview Hassan Al-Thawadi that very same night. Halvor Ekeland was happy, he thought it was a scoop. After spending nearly an hour with Al-Thawadi, he and photographer Lokman Ghorbani headed back to their hotel. It was past midnight, they were tired and they had to get up in just a few hours to catch the red eye to Oslo. But they were happy about the interview with Hassan Al-Thawadi and they had asked him several questions about his former employee, the imprisoned Abdullah Ibhais." ("The interview that disappeared," *Josimar*, 12/22/21)

**The Next Day, The Journalists Were Arrested For Trespassing.** "When they got out of the car outside their hotel, four men dressed in thobes introduced themselves as police officers. They were arrested on the spot, their camera equipment, computers and phones were confiscated and they would spend the next 32 hours in prison. They flew back to Norway on Wednesday 24 November and on the same day a spokesperson for the Qatari government said: 'An NRK crew

were taken into custody in the early hours of 22 November for trespassing on private property and filming without a permit. The authorities arrested the crew in their hotel after responding to a complaint made by the owner of the private property on which the crew had illegally accessed.'" ("The interview that disappeared," *Josimar*, 12/22/21)

**Following The Arrests, It Was Alleged The Reason For The Arrest Was Because Of The Interview With Thawadi, Which The Qatari Police Deleted After Confiscating The Journalists' Equipment.** "A few days after the NRK arrest, Josimar was told that the real reason for the arrest was not trespassing, but their interview with de facto World Cup boss Hassan Al-Thawadi. Or rather: their questions about Abdullah Ibhais. Our sources also told us that the interview with Al-Thawadi had been deleted by the police shortly after they had confiscated the NRK equipment." ("The interview that disappeared," *Josimar*, 12/22/21)

MEF000063

# HUSAIN AL-MUSALLAM

Husain Al-Musallam is the president of the International Swimming Federation (FINA), a role he was elected to in June 2021. Since 2019, Al-Musallam has also been secretary general of the Kuwait Olympic Committee. Additionally, Al-Musallam has been general director of the Olympic Council of Asia (OCA) since 2005 and a member of the International Olympic Committee (IOC) Olympic Solidarity Committee since 2004. Previously, Al-Musallam was Director of International Relations and Legal Affairs for the Kuwait Football Association from 2010 to 2014 and a member of the FIFA Olympic Tournament Organizing Committee from 2011 to 2014.

Although Al-Musallam does not appear to have been directly involved in Qatar's 2022 World Cup bid, he was implicated as the "right-hand man" of Sheikh Ahmed Al-Fahad Al-Ahmad, who resigned from the FIFA Executive Council in 2017 after his alleged involvement in a bribery scheme orchestrated by FIFA Audit and Compliance Committee member Richard K. Lai. According to an investigation by the U.S. Department of Justice, Al-Musallam "arranged a meeting between Lai and [Ahmed]" that led to Al-Musallam and Ahmed in 2009 secretly paying Lai to help them "gain control" of the Asian Football Confederation and "influence FIFA." However, Al-Musallam and Ahmed "denied wrongdoing" and "were never indicted."

Likewise, in July 2017, the IOC Ethics Board investigated Al-Musallam after he was accused of attempting to negotiate kickbacks for himself on OCA "sponsorship deals." However, Al-Musallam contended the "commission" he requested from "a Chinese marketing agent" was meant to "go directly to the OCA," not himself. The outcome of the investigation is unclear.

## Background

**<u>Since June 2021, Al-Musallam has been president of the International Swimming Federation (FINA), which he has been a member of since 1996.</u>**

**Since 1996, Al-Musallam Has Been A Member Of The International Swimming Federation (FINA) Bureau.** "Representing Kuwait as an international swimmer in his youth, Al Musallam was an airline captain pilot and was first elected to the FINA Bureau in 1996." ("Husain Al Musallam elected new FINA President," <u>Fédération Internationale de Natation</u>, 6/5/21)

**In July 2017, Al-Musallam Became First Vice President Of FINA, "After Serving As Vice-President For Many Years."** "He was FINA First Vice-President since July 2017, after serving as Vice-President for many years." ("Bureau," <u>Fédération Internationale de Natation</u>, Accessed 3/10/22)

**Since June 2021, Al-Musallam Has Been President Of FINA.** "Captain Husain Al-Musallam of Kuwait is the new FINA President since 5th June 2021." ("Bureau," <u>Fédération Internationale de Natation</u>, Accessed 3/10/22)

**<u>In 2019, Al-Musallam was elected secretary general of the Kuwait Olympic Committee (KOC), leading the International Olympic Committee (IOC) to lift KOC's 2015 suspension,</u>**

**which IOC mandated in response to "a sports law" passed in Kuwait "not compatible with... the Olympic Movement."**

**In 2019, Al-Musallam Was Elected Secretary General Of The Kuwait Olympic Committee (KOC).** "The establishment of a new Board has also seen the appointment of Husain Al-Musallam as KOC secretary general." (Daniel Etchells. "IOC lifts suspension of Kuwait Olympic Committee," *Inside the Games*, 7/5/19)

- **In October 2015, The International Olympic Committee (IOC) Suspended KOC "To Protect The Olympic Movement In Kuwait" After Kuwait Passed "A Sports Law That Was Not Compatible With The Basic Principles That Govern The Olympic Movement."** "The KOC was suspended by decision of the IOC Executive Board on October 27 in 2015. This was to protect the Olympic Movement in Kuwait from 'undue Government interference' after a sports law that was not compatible with the basic principles that govern the Olympic Movement was passed in the country." (Daniel Etchells. "IOC lifts suspension of Kuwait Olympic Committee," *Inside the Games*, 7/5/19)

- **The 2019 KOC Election Marked "The Successful Implementation Of A Roadmap Agreed Between" IOC And KOC, And Consequently IOC "Lifted The Suspension" Of KOC.** "The International Olympic Committee (IOC) Executive Board has today fully lifted the suspension of the Kuwait Olympic Committee (KOC) as a result of the successful implementation of a roadmap agreed between all parties. The decision was made by postal vote. It comes less than a week after Sheikh Fahad Nasser Sabah Ahmad Al Sabah was appointed President of the KOC at the national governing body's Elective General Assembly. The IOC revealed in a statement that the holding of the Elective General Assembly marked the third and last step of the roadmap – revision and adoption of the KOC statutes, followed by KOC elections." (Daniel Etchells. "IOC lifts suspension of Kuwait Olympic Committee," *Inside the Games*, 7/5/19)

**Since 2005, Al-Musallam has been general director of the Olympic Council of Asia (OCA), which he joined in 1982, and since 2004 he has been a member of the IOC Olympic Solidarity Committee.**

**Since 2003, Al-Musallam Has Been A Member of The Olympic Council Of Asia (OCA) Executive Board, And Since 2005 He Has Been OCA General Director.** "Al-Musallam joined the Olympic Council of Asia (OCA) Executive Board in January 2003 and is the OCA General Director (since 2005)." ("Bureau," Fédération Internationale de Natation, Accessed 3/11/22)

**In 1982, Al-Musallam First Joined OCA.** ("Hon.Dr. Husain A H Z AL-MUSALLAM," Olympic Council of Asia, Accessed 3/11/22)



Hon.Dr. Husain A H Z AL-MUSALLAM
DATE OF ENTRY TO OCA
1982

MEF000065

**Since 2004, Al-Musallam Has Been A Member Of The IOC Olympic Solidarity Commission.** ("Husain Al Musallam Curriculum Vitae," *Khabaronline*, 6/3/21)

| 2004 - Current | IOC Olympic Solidarity Commission Member International Olympic Committee Olympic Agenda 2020 workgroup member |
|---|---|
| | ■ Strategic review of sponsorship, licensing and merchandising |
| | ■ Procedure for the composition of the Olympic Program |

**From 2011 to 2014, Al-Musallam was a member of the FIFA Olympic Tournament Organizing Committee, and from 2010 to 2014 Al-Musallam was director of international relations and legal affairs for the Kuwait Football Association (KFA) as well as vice chairman of the KFA International Relations and Legal Committee.**

**From 2011 To 2014, Al-Musallam Was A Member Of The FIFA Olympic Tournament Organizing Committee.** ("Husain Al Musallam Curriculum Vitae," *Khabaronline*, 6/3/21)

| 2011 - 2014 | FIFA Olympic Tournament Organizing Committee Member Fédération Internationale de Football Association |
|---|---|

**From 2010 To 2014, Al-Musallam Was Director Of International Relations And Legal Affairs For The Kuwait Football Association (KFA).** ("Husain Al Musallam Curriculum Vitae," *Khabaronline*, 6/3/21)

| 2010 - 2014 | Director of International Relations and Legal Affairs Kuwait Football Association |
|---|---|

- **In The Same Period, Al-Musallam Was Also Vice Chairman Of The KFA International Relations And Legal Committee.** ("Husain Al Musallam Curriculum Vitae," *Khabaronline*, 6/3/21)

| 2010 - 2014 | Vice Chairman, International Relations and Legal Committee Kuwait Football Association |
|---|---|

## Implicated in 2017 FIFA Bribery Scandal

**In May 2017, Al-Musallam was implicated in a FIFA corruption scheme as the "right-hand man" of Sheikh Ahmed Al-Fahad Al-Ahmad, who in 2017 resigned from the FIFA Executive Council after he was accused of being involved in a bribery scheme orchestrated by FIFA Audit and Compliance Committee member Richard K. Lai.**

Page 3

**In 2017, Sheikh Ahmed Al-Fahad Al-Sabah Resigned From A Number Of "Footballing Roles" Including A Position On The FIFA Executive Council After He Was Implicated In A Corruption Scheme.** "Mr Lai's guilty plea also implicated sporting powerbroker Sheikh Ahmad Al-Fahad Al-Sabah, the president of the Association of National Olympic Committees and the head of the Olympic Council of Asia. He was identified in the indictment of Lai as 'co-conspirator number two', and he resigned from all of his footballing roles including his position on Fifa's Council. Sheikh Ahmad also relinquished his role roles on the Fifa Reform Committee and the Asian Football Confederation Executive Committee. Sheikh Ahmad denies any wrongdoing." (Jack de Menezes, "Fifa corruption: Richard Lai, Julio Rocha and Rafael Esquivel banned from football for life," *The Independent*, 11/21/17)

- **Ahmed Was Known As A "King Maker" "Inside The International Olympic Committee (IOC) And World Football Circles."** "Kuwait's Sheikh Ahmad Al-Fahad Al-Sabah is known inside the International Olympic Committee (IOC) and world football circles as 'the king maker'." (Tracey Holmes, "Sheikh Amhad Al-Fahad Al-Sabah quits after being implicated in FIFA bribery, corruption probe," *Australian Broadcasting Company*, 5/2/17)

**Ahmed Was Implicated After Several Major Football Organizers, Including Richard K. Lai, Pled Guilty To A Variety Of Corruption Charges Including Wire Fraud, Racketeering, Money Laundering, And Bribery.** "The Fifa Ethics Committee has banned three leading official from all football for life. Richard Lai, Julio Rocha and Rafael Esquivel pleaded guilty to corruption charges in the United States and have been given life-time sanctions as a result. Mr Lai, from Guam, was a former member of Fifa's Audit and Compliance Committee and was also head of the Guam Football Association. He pleaded guilty to two charges of wire fraud conspiracy and revealed that he had received nearly $1m [£773,000] in bribes in April. Mr Rocha, the former head of the Nicaraguan Football Federation, pleaded guilty to racketeering conspiracy and wire fraud conspiracy in April, with authorities claiming that he negotiated and accepted more than $150,000 [£113,340] in bribes linked to the sale of marketing rights. Having been president of the Nicaraguan Football Federation from 1998 to 2012, he then took up a role as Fifa development officer until his arrest in May 2015. Mr Esquivel, the former Venezuela Football Federation president, pleaded guilty to racketeering conspiracy, wire fraud conspiracy and money laundering conspiracy after participating in bribery schemes related to awarding media and marketing rights contracts." (Jack de Menezes, "Fifa corruption: Richard Lai, Julio Rocha and Rafael Esquivel banned from football for life," *The Independent*, 11/21/17)

- **Lai Was Guam Football Association President And A Member Of The FIFA Audit And Compliance Committee.** "In federal court in New York, Guam Football Association President and FIFA Audit and Compliance Committee member Richard K. Lai pled guilty to corruption charges accusing him of accepting almost $1 million in bribes." ("Richard K. Lai pleads guilty to accepting almost $1 million in bribes," *Guam News*, 4/28/17)

**In May 2017, Al-Musallam Was "Identified As A Player in The Scandal," Being Ahmed's "Right-Hand Man."** "Husain Al-Musallam, the Kuwait-native who is the First Vice President of FINA, has been identified as a player in the scandal which has rocked FIFA, the international football federation. According to a report from *The Times*, Al-Musallam is 'co-conspirator No. 3' that allegedly bribed football official Richard Lai. Lai has pleaded guilty to accepting about $1

Page 4

million (USD) in bribes, including more than $750,000 in wire transfers from Kuwaiti accounts controlled by 'co-conspirator No. 3 or his assistants,' according to the report. Al-Musallam, according to *The Times*, 'is the right-hand man to Sheikh Ahmad Al-Fahad Al-Sabah, a FIFA council member who resigned from his football positions on Sunday after being identified as co-conspirator No. 2 in the indictment.'" (David Rieder, "FINA Vice President Husain Al-Musallam Connected With FIFA Corruption Case," *Swimming World*, 5/2/17)

**According to a U.S. Department of Justice document, in 2009, as part of the bribery scheme, Al-Musallam "arranged a meeting between Lai and [Ahmed]" to secretly pay Lai to help the two "gain control" of the Asian Football Confederation and "influence FIFA," though Al-Musallam and Ahmed "denied wrongdoing" and "were never indicted."**

**Al-Musallam Was Reportedly Named A "Co-Conspirator" In A U.S. Department Of Justice Investigation Into The FIFA Bribery Scheme.** "It is understood that Al Musallam is 'Co-conspirator #3', described in the US Department of Justice (DoJ) charge sheet (PDF below) against Richard K. Lai as 'a high raking official of the OCA and an official of the KFA [Kuwait Football Association]'." (Andy Brown, "IOC Ethics Board investigating Al Musallam corruption claims," *The Sports Integrity Initiative*, 7/31/17)

**According To The U.S. Department Of Justice, Al-Musallam "Arranged A Meeting Between Lai And [Ahmed]" To Discuss "Arranging The Transfer Of Funds To Lai's Personal Account, Which Was Dressed As Covering The Hire Of The Manager For The Guam National Team."** "The charge sheet alleges that 'Co-conspirator #3' arranged a meeting between Lai and Sheikh Ahmad Al-Fahad Al-Sabah to discuss Mohammed bin Hammam's leadership of the Asian Football Confederation (AFC), as well as arranging the transfer of funds to Lai's personal account, which was dressed as covering the hire of the manager for the Guam national team. Sheikh Ahmad is President of the OCA – in effect, he is Al Musallam's boss." (Andy Brown, "IOC Ethics Board investigating Al Musallam corruption claims," *The Sports Integrity Initiative*, 7/31/17)

- **In November 2009, According To The U.S. Department Of Justice, Al-Musallam And Ahmed Paid Lai For His "Assistance In Furtherance Of Their Efforts" To "Gain Control Of The [Asian Football Confederation]" And "Influence FIFA."** "After the defendant RICHARD LAI received this $200,000 payment in November 2009, Co-Conspirator #2 and CoConspirator #3 began using LAI's assistance in furtherance of their efforts to diminish Co-Conspirator #1's power and influence over the AFC and FIFA. Ultimately, their goal was to gain control of the AFC by ensuring that their allies obtained positions of leadership within the AFC, rather than CoConspirator #1 or his allies, and to influence FIFA, including through the election of AFC representatives to the FIFA Executive Committee." (U.S. District Court of the Eastern District of New York, "Cr. No. 17-224 (PKC)," *The Sports Integrity Initiative*, Filed 4/27/17)

**In September 2021, *Associated Press* Reported Al-Musallam And Ahmed "Denied Wrongdoing," "Were Never Indicted," And It Was "Unclear How Active The Investigation Was."** "Sheikh Ahmad and al-Musallam have denied wrongdoing in the FIFA case, were never indicted and continued their Olympic work despite being implicated in paying bribes. U.S.

Page 5

authorities made no further comment and it has been unclear how active the investigation was." (Graham Dunbar, "Documents show US investigation of 2 Kuwaitis in FIFA case," *Associated Press*, 9/2/21)

## Accused Of Trying To Negotiate Kickbacks On Sponsorship Deals

**In July 2017, the IOC Ethics Board investigated Al-Musallam after he was accused of attempting to negotiate kickbacks on OCA "sponsorship deals" with "a Chinese marketing agent," though Al-Musallam contended the "commission" he discussed with the agent was intended to "go directly to the OCA," not himself.**

**In July 2017, The IOC Ethics Board Began Investigating Al-Musallam After He Was Accused Of Asking "A Chinese Marketing Agent" For "A 10% Cut Of Prospective Sponsorship Deals" With OCA As "Commission."** "The Ethics Board of the International Olympics Committee (IOC) is investigating a report from The Times, Der Spiegel and SwimVortex, which alleges that Director General of the Olympic Council of Asia (OCA), Husain Al Musallam, attempted to negotiate a 10% cut of prospective sponsorship deals. The allegations centre around a recorded conversation, published by Jens Weinreich, that took place in a meeting between Al Musallam and a Chinese marketing agent, where he suggests that 10% of any sponsorship deals should be channelled to him as 'commission'. The OCA has denied that any corruption took place." (Andy Brown, "IOC Ethics Board investigating Al Musallam corruption claims," *The Sports Integrity Initiative*, 7/31/17)

**In July 2017, Al-Musallam "Denied That There Was Any Corruption" And Contended The 10% Cut He Discussed "Would Go Directly To The OCA," Not Himself.** "UPDATE 31/7/2017: In a statement provided to InsideTheGames, Al Musallam denied that there was any corruption involved in the recorded conversation, which he alleged was leaked to the media in an attempt to destabilise his FINA election campaign. 'I was fully aware that the meeting was being recorded', he told the internet site, adding that the proposed sponsorship deal never materialised. 'The OCA proposal that I made was as follows: 82 per cent of the Asian Games Rights Fees would go to the Asian Games; 10 per cent of the Rights Fee would go directly to the OCA (hence to 'us'); the remaining eight percent of the Rights Fee would be paid as commission to the agency. As the tape would testify, I did not personally request any commission for me at any stage nor did I receive any commission […] The allegations were deliberately timed to try and damage my reputation and that of the FINA family which I serve.'" (Andy Brown, "IOC Ethics Board investigating Al Musallam corruption claims," *The Sports Integrity Initiative*, 7/31/17)

**NOTE:** *No public information is available regarding the outcome of IOC's investigation of Al-Musallam.*

MEF000069

# ISSA HAYATOU

Issa Hayatou is the former president of the Confederation of African Football. He has previously held a number of positions in the Cameroonian government, academia, and sports related organizations. He has also been FIFA Vice President, held a seat on the FIFA Executive Committee Council, and been a member of the FIFA Committee for Security and Fair Play. In October 2015, Hayatou was announced as the acting President of FIFA following the suspension of the previous president Sepp Blatter due to an investigation into corruption. In February 2016 he was replaced by Gianni Infantino

Despite Hayatou's long history with FIFA, he has continually faced allegations of corruption for more than a decade. In May 2011, Hayatou and another African football organizer were accused of taking $1.5 million from Qatar in relation to the county's bid for the 2022 World Cup. Hayatou and the organizer "strongly denied the allegations" and the whistleblower "later said she was motivated by malice and had made them up."

In 2014, Hayatou was again accused of assisting Qatar with its bid for the World Cup, this time by *The Sunday Times* newspaper. Although Hayatou denied the claims, he allegedly "received free private medical treatment and other favors for backing Qatar as host of the 2022 World Cup." In July 2021, the International Olympic Committee announced it was seeking evidence showing Qatar paid Hayatou for his vote for the 2022 World Cup. In the same month, a British MP said parliament "had received written evidence from *The Sunday Times* newspaper that Hayatou and fellow FIFA Executive Committee member Jacques Anouma were paid by a fixer employed by the Qatar bid."

Hayatou has been involved in other corruption schemes outside of the World Cup organizing. In 2010, Hayatou was accused of accepting bribes from a sports marketing firm awarded World Cup rights. Hayatou strongly denied the claims and threatened legal action against the *BBC* for reporting them. More recently, in August 2021, Hayatou was banned by the FIFA Ethics Committee after it found he had "breached his duty of loyalty" as a professional football organizer by signing an "anti-competitive agreement with Lagardère Sport." However, Hayatou won his appeal against the ban in February 2022.

## Background

**Issa Hayatou is the former president of the Confederation of African Football, and has previously held a number of positions in the Cameroonian government, academia, and sports related organizations.**

**From 1998 To 2017, Issa Hayatou Was The President Of The Confederation Of African Football.** ("CAF History," Confederation of African Football, Accessed 3/3/22)

| Presidents |
| --- |
| Abdel Aziz Abdaliah Salem (Egypt): 1957 – 1958 |
| Abdel Aziz Mostafa (Egypt): 1958 – 1968 |
| Abdel Halim Mohamed (Sudan): 1968 – 1972 |
| Ydnekatchew Tessema (Ethiopia): 1972 – 1987 |
| Abdel Halim Mohamed (Sudan): 1987 – 1988 |
| Issa Hayatou: (Cameroon): 1988 – 2017 |
| Ahmad Ahmad: (Madagascar: 2017 – 2021 |
| Patrice Motsepe: (South Africa) 2021 – |

**Hayatou Previously Held A Number Of Positions In The Cameroonian Government, Academia, And Sports Related Organizations.** "He has held various positions, including that of coordinator-professor at the Lycée Leclerc (Yaoundé) (1973 – 1974); general secre-tary of the Cameroon Football Association (1974 – 1983); and director of sports of Cameroon in the Ministry of Youth and Sports (1982 – 1986), and as president of the Cameroon Football Association (1985 – 1988)." ("Issa Hayatou (1946 - )," The Presidency Republic of South Africa, Accessed 3/3/22)

**<u>Hayatou has held several positions with FIFA, including FIFA Vice President, and was a member of the FIFA Executive Committee Council, and the FIFA Committee for Security and Fair Play, in addition to several positions relating to the Olympics and World Cup organizing.</u>**

**Beginning In 1990, Hayatou Has Held Several Roles With FIFA, Including FIFA Vice President, And As A Member Of The FIFA Executive Committee Council And A Member Of The FIFA Committee For Security And Fair Play.** "In 1990, he became a member of the FIFA Executive Committee and since 1992, the FIFA vice-president; president of the Organising Committee of the Football Olympic Tournaments of FIFA; vice-president of the FIFA Committee for Security and Fair Play; member of the World Cup Organising Committee; member of the Women and Sport Committee of the International Olympic Committee (IOC); and head of Cameroonian sports delegations on several sporting occasions." ("Issa Hayatou (1946 - )," The Presidency Republic of South Africa, Accessed 3/3/22)

**In 2001 Hayatou Was An Elected Member Of The International Olympic Committee And In 2007 He Appointed Chairman Of The 2010 World Cup Organising Committee.** "In 2001, he was elected member of the IOC during the Moscow session. He was appointed chairperson of the 2010 World Cup Organising Committee in 2007." ("Issa Hayatou (1946 - )," The Presidency Republic of South Africa, Accessed 3/3/22)

**NOTE:** *Hayatou no longer holds any of the positions listed above.*

**In addition to his other roles with FIFA, in October 2015, Issa Hayatou was announced as the acting President of FIFA following the suspension of the previous president Sepp Blatter due to an investigation into corruption.**

**In October 2015, Issa Hayatou Was Announced As The Acting President Of FIFA Following The Suspension Of Sepp Blatter.** "Issa Hayatou is to become acting president of Fifa following the suspension of Sepp Blatter for 90 days during which he will be relieved of all his duties, though he said he would not stand for permanent office." ("Issa Hayatou to be acting Fifa president following suspension of Sepp Blatter," *The Guardian*, 10/8/15)

**Blatter Was Suspended Pending A Criminal Investigation Regarding Allegations He "Mis-Sold" World Cup TV Rights And Made A £1.3 Million "Disloyal Payment" To Another Party.** "Blatter's controversial 17-year reign was all but ended on Thursday when Fifa's ethics committee suspended him pending a criminal investigation into allegations the Swiss mis-sold a World Cup TV rights contract to the disgraced former Fifa official Jack Warner in 2006 and made a 'disloyal payment' of £1.3m to Michel Platini in 2011. Blatter and Platini deny any wrongdoing." ("Issa Hayatou to be acting Fifa president following suspension of Sepp Blatter," *The Guardian*, 10/8/15)

- **Gianni Infantino Was Elected FIFA President In February 2016.** "Since his election at the Extraordinary FIFA Congress on 26 February 2016, Gianni Infantino has focused his presidency on repositioning FIFA as a credible, trustworthy, modern, professional and accountable organisation." ("About Us; President," *FIFA*, Accessed 3/4/22)

## Relationship To Qatari FIFA Corruption

## Allegations Of Corruption In Securing 2022 World Cup For Qatar

**In May 2011, Hayatou and another African football organizer were accused of taking $1.5 million from Qatar in relation to the county's bid for the 2022 World Cup, although both Hayatou and the organizer "strongly denied the allegations" and the whistleblower "later said she was motivated by malice and had made them up."**

**In May 2011, Hayatou And Another African Football Organizer Were Accused Of Taking $1.5 Million From Qatar In Relation To The County's Bid For The 2022 World Cup.** "Two of African football's most powerful men have been accused of taking bribes related to Qatar's 2022 World Cup bid. Confederation of African Football (Caf) president Issa Hayatou and executive committee member Jacques Anouma were reportedly paid $1.5m by Qatar. The accusations were heard by British MPs at the culture, media and sport committee in the House of Commons. MP Damian Collins said the evidence against the Fifa pair was submitted by the Sunday Times newspaper." ("Caf's Hayatou and Anouma accused of taking Qatar bribes," *BBC Sport*, 5/11/11)

**The Whistleblower Who Made The Accusations Claimed The Money Would Go To The Confederation Of African Football, But "'There Would Be No Questions Asked About How The Money Was Used."** "In its evidence, the Sunday Times said a whistleblower who had

worked for the Qatari had told its reporters that the cash would go to the three members' football federation - but 'there would be no questions asked about how the money was used'." ("Caf's Hayatou and Anouma accused of taking Qatar bribes," *BBC Sport*, 5/11/11)

- **Qatar And The Accused Both "Strongly Denied The Allegations And The Whistleblower Who Made Them Later Said She Was Motivated By Malice And Had Made Them Up."** "Qatar and the two Fifa executives strongly denied the allegations and the whistleblower who made them later said she was motivated by malice and had made them up." ("Fifa forced to backtrack over Issa Hayatou Olympic appointment," *The Guardian*, 9/21/11)

**In 2014, *The Sunday Times* newspaper accused Hayatou of assisting Qatar with its bid for the World Cup, as Hayatou allegedly "received free private medical treatment and other favors for backing Qatar as host of the 2022 World Cup," although Hayatou denied the allegations.**

**In 2014, Hayatou Was Again Accused Of Assisting Qatar With Its Bid For The World Cup As Hayatou Allegedly "Received Free Private Medical Treatment And Other Favors For Backing Qatar As Host Of The 2022 World Cup."** "FIFA vice president and African football head Issa Hayatou has denied allegations in a British newspaper that he received free private medical treatment and other favors for backing Qatar as host of the 2022 World Cup in a vote already marred by accusations of corruption and under investigation." (Gerald Imray, "FIFA VP Issa Hayatou denies allegations of corruption in Qatar's World Cup bid," *The Augusta Chronicle*, 6/2/14)

**Hayatou "Denied Categorically" All Of The Accusations, Which Included Receiving Expensive Gifts, Money, World Cup Tickets, And "Luxury Accommodation And Business Class Flights."** "CAF said the 67-year-old Hayatou, who is from Cameroon, 'denied categorically' the string of allegations made against him personally, including: • That he received expensive gifts from bin Hammam on the trip to Doha in December 2009, a year before the World Cup vote. • That he was involved in a payment of $400,000 to the Cameroon Football Federation through FIFA's Goal project, which bin Hammam headed at the time. • That he received 60 World Cup tickets from bin Hammam. • That bin Hammam arranged for Hayatou, who has suffered from liver problems, to be treated at a private clinic after he voted for Qatar to get the World Cup. • That Hayatou accepted luxury accommodation and business class flights from Qatar's 2022 World Cup organizing committee. (Gerald Imray, "FIFA VP Issa Hayatou denies allegations of corruption in Qatar's World Cup bid," *The Augusta Chronicle*, 6/2/14)

**In July 2021, the International Olympic Committee announced it was seeking evidence regarding the allegation Qatar paid Hayatou for his vote for the 2022 World Cup.**

**In July 2021, The International Olympic Committee Announced It Was Seeking Evidence Regarding The Allegation Qatar Paid Hayatou For His Vote For The 2022 World Cup.** "The International Olympic Committee tells INSIDER it is seeking evidence from The Sunday Times about explosive allegations that the Qatar 2022 World Cup bid paid bribes to African football chief Issa Hayatou in exchange for his vote." ("IOC Set to Probe Qatar Corruption Allegations Facing Issa Hayatou," *Around the Rings*, 7/12/21)

Page 4

**In The Same Month, A British MP Said Parliament "Had Received Written Evidence From The Sunday Times Newspaper That Hayatou And Fellow FIFA Executive Committee Member Jacques Anouma Were Paid By A Fixer Employed By The Qatar Bid."** "On Tuesday, British MP Damian Collins told a parliamentary inquiry into football governance that it had received written evidence from the Sunday Times newspaper that Hayatou and fellow FIFA Executive Committee member Jacques Anouma were paid by a fixer employed by the Qatar bid." ("IOC Set to Probe Qatar Corruption Allegations Facing Issa Hayatou," *Around the Rings*, 7/12/21)

## Other Corruption Allegations

### Fined By FIFA Ethics Committee For Making "Anti-Competitive Agreement" With Sports Agency

**In August 2021, Hayatou was banned by the FIFA Ethics Committee after it found he had "breached his duty of loyalty" as a professional football organizer by signing an "anti-competitive agreement with Lagardère Sport," though he successfully appealed the ban in February 2022.**

**In August 2021, The FIFA Ethics Committee Found Hayatou Violated "The FIFA Code Of Ethics."** "The adjudicatory chamber of the independent Ethics Committee has found Mr Issa Hayatou, former CAF president, former FIFA President ad interim, FIFA Vice-President and member of the FIFA Council, as well as Honorary FIFA VicePresident, responsible for having breached article 15 (Duty of Loyalty) of the FIFA Code of Ethics." (Press Release, "Adjudicatory chamber of the independent Ethics Committee sanctions Issa Hayatou," FIFA, 8/3/11)

**The Committee Found Hayatou "Breached His Duty Of Loyalty" As A Professional Football Organizer By Signing An "Anti-Competitive Agreement With Lagardère Sport" That Damaged The Confederation Of African Football.** "The investigation into Mr Hayatou's conduct in his position as CAF president concerned his involvement in the negotiation, conclusion and signature of the memorandum of understanding and contractual agreement for the commercialisation of media and marketing rights of competitions organised by CAF with the company Lagardère Sports between 2014 and 2017. In its decision, following an extensive hearing, the adjudicatory chamber ruled that, based on information gathered by the investigatory chamber, Mr Hayatou had breached his duty of loyalty in his position as CAF president, by entering, in the name and on behalf of the confederation, into an anti-competitive agreement with Lagardère Sport which was detrimental and caused significant damage to CAF (both financially, in the amount of EGP 200 million, as well as to its reputation)." (Press Release, "Adjudicatory chamber of the independent Ethics Committee sanctions Issa Hayatou," FIFA, 8/3/11)

**Hayatou Received A Fine And Was Banned From "Taking Part In Any Kind Of Football-Related Activity" For One Year.** "Consequently, the adjudicatory chamber found that Mr Hayatou had breached article 15 of the current edition of the FIFA Code of Ethics and sanctioned him with a ban from taking part in any kind of football-related activity at both national and international level (administrative, sports or any other) for one year. In addition, a fine in the

Page 5

amount of CHF 30,000 has been imposed on Mr Hayatou." (Press Release, "Adjudicatory chamber of the independent Ethics Committee sanctions Issa Hayatou," FIFA, 8/3/11)

**Hayatou Was Successful In Appealing The Ban In February 2022.** "Former Confederation of African Football (CAF) President Issa Hayatou has won an appeal at the Court of Arbitration for Sport (CAS) against a year's suspension imposed by FIFA. The Cameroonian official, at one stage Acting President of FIFA, was found guilty in June 2021 of breaching the 15th article of its Code of Ethics. This followed an Ethics Committee investigation into an agreement between CAF and marketing company Lagardère Sports over the media and marketing rights for CAF competitions." (Duncan Mackay, "CAF Honorary President and former acting FIFA chief Hayatou wins appeal at CAS over year ban." *inside the games*, 2/5/2022)

## Accused Of Accepting Bribes In 2010 For World Cup Rights

**In 2010, Hayatou was accused of accepting bribes from a sports marketing firm awarded World Cup rights, including 100,000 French Francs.**

**In 2010, Hayatou Was Accused Of Accepting Bribes In The 1990s From A Sports Marketing Firm Awarded World Cup Rights.** "Three senior Fifa officials who will vote on the 2018 and 2022 World Cup bids took bribes in the 1990s, according to the BBC's Panorama. Nicolas Leoz, Issa Hayatou and Ricardo Teixeira took the money from a sport marketing firm awarded lucrative World Cup rights, the programme alleges. The alleged bribes are included in a confidential document listing 175 payments totalling about $100m (£64m). The three men did not respond to Panorama's allegations." ("Panorama: Three Fifa World Cup officials took bribes." *BBC News*, 11/29/10)

**According To A Confidential Document Listing "Secret Payments," Hayatou Received 100,000 French Francs.** "But Panorama has obtained a confidential ISL document which lists 175 secret payments. It shows Mr Leoz was paid a further $600,000 (£384,000 using current conversions) in three instalments of $200,000… The list obtained by Panorama also includes details of 100,000 French Francs (£12,900) paid to Issa Hayatou, the Fifa vice-president representing football in African nations. Mr Hayatou also did not respond to the allegations when contacted by Panorama." ("Panorama: Three Fifa World Cup officials took bribes." *BBC News*, 11/29/10)

**In April 2012, Hayatou "Insisted He Was Innocent" From The Allegation "He Accepted A £10,000 Bribe In 1995."** "Issa Hayatou, the FIFA vice-president accused by BBC Panorama of taking bribes, today insisted he was innocent - and that he would not take out his anger on England's 2018 World Cup bid. Hayatou has threatened legal action against Panorama over their claim he accepted a £10,000 bribe in 1995 - he says the money was given to the Confederation of African Football (CAF) towards their 40th anniversary celebrations." ("Issa Hayatou: Panorama won't change my World Cup vote." *Evening Standard*, 4/11/12)

MEF000075

# AUSTIN "JACK" WARNER

Jack Warner was the President of the Caribbean Football Union (CFU) from 1982 to 2011 and President of CONCACAF, North and Central America's soccer federation, from 1990 to 2011. Warner joined FIFA's executive committee in 1983, and was the longest-serving executive committee member when he resigned in 2011. He has also had roles in the Trinidadian government.

During his time at FIFA, Warner was at the center of a number of bribery allegations regarding Qatar and the country's bid for the World Cup. After supporting Qatar's bid for the 2022 tournament, Warner and his family allegedly received millions of dollars in bribes from Qatari businessman Mohammed Bin Hammam. During the FIFA presidential election in 2011, Warner handed out envelopes full of cash from Bin Hammam to CFU members to win support for the Qatari's FIFA presidency bid. Warner also allegedly received $250,000 from Hammam in 2008, allegedly related to damages suffered on a trip to China.

In addition to his corrupt support for Qatar, Warner also sided with the Russian bid for the 2018 World Cup. Warner allegedly solicited bribes for 2018 World Cup vote, eventually accepting $5 million in bribes to back Russia's bid. Before that, he reportedly accepted a $10 million in bribes from South African and FIFA officials to support South Africa's bid for the 2010 World Cup.

Warner has also been implicated in a number of corruption and embezzlement schemes. At the 2006 World Cup, Warner and his sons were accused of reselling tickets at inflated prices and refusing to give Trinidad & Tobago's national team its winnings from the tournament. Warner also embezzled development funds from FIFA by building a $16 million CONCACAF facility on land he secretly owned. Unbeknownst to FIFA, the funds he requested to support the facility were deposited into counts Warner had sole control over. Warner was later ordered to pay $79 million in damages connected to charges that he embezzled tens of millions of dollars from CONCACAF.

In another instance of corruption, Warner once allegedly asked that the proceeds from a match between Trinidad & Tobago and Scotland be transferred directly to his personal account. Warner even reportedly diverted a $750,000 donation for Haitian earthquake relief in 2010 to accounts he controlled for "personal use."

## Background

**Jack Warner was the President of the Caribbean Football Union from 1982 to 2011 and President of CONCACAF, North and Central America's soccer federation, from 1990 to 2011.**

**Jack Warner Was General Secretary Of Various Soccer Federations In The Caribbean Before Taking Over As President Of The Caribbean Football Union (CFU) In 1982.** "1966-71: General Secretary, Central Football Association; 1971-73: General Secretary, Central St. George Football Association; 1974-1990: General Secretary, Trinidad & Tobago Football

Association;  1978-82: General Secretary, Caribbean Football Union;  1982-present: President, Caribbean Football Union." (Profile, JackWarnerTT.com, Archived 3/28/07)

**Warner Joined North And Central American Soccer Federation CONCACAF As Vice-President In 1983 And Took Over As President In 1990.** "1983-90: Vice-President, CONCACAF;  1990-present: President CONCACAF." (Profile, JackWarnerTT.com, Archived 3/28/07)

**Warner Resigned As CFU And CONCACAF President In 2011.** "After nearly 30 years, longtime CONCACAF official Jack Warner is stepping aside from soccer. The 68-year-old informed FIFA on Monday morning that he was resigning from all the posts he held in the sport with the Caribbean Football Union, CONCACAF and FIFA. He's been on FIFA's executive committee since 1983 and has served as head of CONCACAF since 1990." ("CONCACAF executive Jack Warner resigns," Chicago Fire, 6/20/11)

**Warner joined FIFA's executive committee in 1983, and was FIFA's longest-serving executive committee member when he resigned in 2011.**

**Warner Joined FIFA's Executive Committee In 1983 And Became FIFA Vice-President In 1997.** "After nearly 30 years, longtime CONCACAF official Jack Warner is stepping aside from soccer. The 68-year-old informed FIFA on Monday morning that he was resigning from all the posts he held in the sport with the Caribbean Football Union, CONCACAF and FIFA. He's been on FIFA's executive committee since 1983 and has served as head of CONCACAF since 1990." ("CONCACAF executive Jack Warner resigns," Chicago Fire, 6/20/11)

**Warner Resigned From FIFA In 2011 As The Longest-Serving Member Of The Executive Committee.** "The 68-year-old had been the longest-serving member of Fifa's executive committee, and a Fifa statement continued: 'Fifa regrets the turn of events that have led to Mr Warner's decision.'" ("Fifa vice-president Jack Warner resigns," BBC, 6/20/11)

**Warner also served in the Trinidadian Parliament from 2007 to 2015, though he briefly resigned in 2013 before winning election again that same year, and he was also Trinidad & Tobago's Minister of Security, a position he resigned from in 2013.**

**Warner Was A Member Of The Trinidadian Parliament From 2007 To 2013, When He Resigned.** "Blazer is believed to be 'Co-conspirator #1' in Wednesday's indictment. He pleaded guilty to 10 counts including racketeering, wire fraud and money laundering in 2013, a plea that was sealed until this week, according to U.S. authorities. That same year, Warner's own sons, Daryll and Daryan, also pleaded guilty to fraud. There was hardly any news of their arrests, either in the United States or Trinidad. But it was around that time that Warner quit the Trinidadian Parliament, where he had been a member since 2007." (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," Washington Post, 5/28/15)

**Warner Also Resigned As Trinidad & Tobago's Minister Of Security In 2013.** "A former top figure in international football, Jack Warner, has resigned as Trinidad and Tobago's minister of security amid an inquiry into fraud." ("Trinidad's Jack Warner resigns amid fraud inquiry," BBC, 4/22/13)

Page 2

MEF000077

**Warner Joined A Different Political Party After Resigning In 2013 And Won Back His Seat In Parliament.** "Note: Mr. Warner submitted a letter of resignation as the Member of Parliament for Chaguanas West to the Speaker of the House, which took effect at midnight on Friday April 26, 2013. He was re-elected as Member for Chaguanas West, this time as a member of the Independent Liberal Party, on Monday July 29, 2013. Mr. Jack Austin Warner was first elected to the House of Representatives on November 05, 2007, representing the newly created Chaguanas West constituency. Mr. Warner was reelected on May 24, 2010 and was appointed Minister of Works and Transport shortly thereafter." (Mr. Jack Warner, MP, Republic of Trinidad & Tobago Parliament, Accessed 3/10/22)

**Warner Lost Re-Election In 2015.** "Jack Warner, the former Fifa official accused of corruption, conceded he had lost his seat in the Trinidad and Tobago parliament as the incumbent party was voted out in elections and a new prime minister took office." ("Jack Warner concedes loss of seat in Trinidad and Tobago parliament," *The Guardian*, 9/9/15)

## FIFA World Cup Corruption

### 2022 Qatar World Cup And Presidency Bribery

**In 2011, Warner reportedly handed out envelopes full of cash from Mohammed Bin Hammam, the Qatari businessman at the center of the bribery allegations regarding Qatar's 2022 World Cup bid, to CFU members to win support for the Bin Hamman's FIFA presidency bid.**

**At A May 2011 CFU Meeting, Warner Reportedly Handed Out Brown Paper Envelopes To Members Of The Caribbean Football Union With $40,000 Inside.** "It was May 11, 2011, and 'Trinidad Jack,' as reporters call him, was holding court. From his perch atop a raised table at the Hyatt Regency Hotel in Port-of-Spain, the capital of Trinidad and Tobago, Jack Warner tried to quell the revolt within the ranks of the Caribbean Football Union. The day before, Warner had doled out brown paper envelopes with $40,000 in them to each of the union's 25 visiting members." (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

**Warner Explained The Money Was A "Gift" From Qatari Businessman Mohammed Bin Hammam And That The CFU Could Secure Bin Hammam's Bid For The FIFA Presidency If It Voted As A Bloc.** "The money, he now explained, came from Mohamed bin Hammam, a Qatari businessman running against Sepp Blatter for FIFA's presidency. Someone in the crowd, however, had called headquarters to complain. The media would be asking questions. So Warner wanted to set things straight: The cash wasn't a bribe, he said, but a 'gift' from Hammam. The Qatari had 'fresh ideas.' The Caribbean could hand him the presidency, as long as it voted as a bloc." (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

- **Bin Hammam Was At The Center Of Bribery Allegations Surrounding Qatar's 2022 World Cup Bid.** "The banning of Mr. Bin Hammam has sparked a flurry of official and unofficial investigations related to the Qatari's alleged bribery as well as to the controversial awarding of the 2022 World Cup to his native Qatar...The allegations

Page 3

against Mr. Bin Hammam, who was closely associated with Qatar's World Cup bid, have much to FIFA's chagrin, sparked calls for a widening of the investigation to include Mr. Bin Hammam's role in the Gulf state's campaign as well as various private investigations by parties opposed to it hosting the world's largest sports event." (James M. Dorsey, "Qatar's Bin Hammam, banned for life, faces Asian humiliation," _Al Arabiya News_, 7/27/11)

- **Warner Had Already Received A $250,000 Gift From Bin Hammam In 2008, When He Claimed Bin Hammam Reimbursed Him For Damages Suffered On A Trip To China Due To An Earthquake Hundreds Of Miles Away.** (Heidi Blake and Jonathan Calvert, _The Ugly Game: The Qatari Plot to Buy the World Cup_, Simon & Schuster, 2015, pg. 46)

> The man from the Caribbean was key, and thankfully he described Bin Hammam as 'my only brother in football'. The Qatari was already working hard on locking down Warner's support. A couple of weeks earlier in May 2008, he had emailed his staff at the AFC to ask for Warner's bank account details so he could wire over $250,000 – a sum 25 times the average wage in Trinidad and Tobago at that time. Days earlier, just ahead of the Sydney congress, Warner had been taken to China on Bin Hammam's private jet in his role as the Qatari's 'consultant' on a project to raise the standards of football across Asia. The men were touring Beijing when a massive earthquake hit the Sichuan region, hundreds of miles away. Warner would later claim that the cash from Bin Hammam was to recompense him for 'losses' he had suffered during the natural disaster. He never explained quite what he was carrying in his luggage that could possibly have been worth such a huge round-figure sum – unless, of course, it was a suitcase full of cash.

**Warned Boasted To CFU Members That He Had Solicited The Cash From Bin Hammam And Encouraged Them To Vote For Bin Hammam.** "At the May 2011 conference at the Hyatt Regency in Port-of-Spain, Warner started his speech by making sure that there were no journalists present. 'Is the media here?' he asked, before openly discussing the packets of Qatari cash he had doled out hours earlier to Caribbean soccer federations. 'So I am making the point here, folks, that it was given to you because [bin Hammam] could not bring the silver tray and a silver, some silver trinkets and so on, and some thing with Qatari sand,' he said. 'So I said put a value on it and give the countries [cash], and the gift you get is for you to determine how best you want to use it for development for football in your country.' Warner went on to praise bin Hammam and slam Sepp Blatter. The Caribbean had been slighted under the Swiss FIFA president, so why not try someone else? 'Once bin Hammam loses, it means that is the end of any opponent' to Blatter, Warner warned. With the FIFA election only a few weeks away, he encouraged the Caribbean to vote as a bloc. 'If ever the power of FIFA is held in our hands, that time is now,' Warner said, according to the recorded speech. 'And believe you me, it is not in the hands of CONCACAF, you know; it is in the hands of the [Caribbean Football Union].'" (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," _Washington Post_, 5/28/15)

Page 4

**After supporting Qatar's bid for the 2022 World Cup, Warner and his family allegedly received millions of dollars in bribes from Mohammed Bin Hammam.**

**After Warner Supported Bin Hammam's Presidential Candidacy And Qatar's 2022 World Cup Bid, He Allegedly Received $1.2 Million From An Account In Qatar.** "The indictment also accuses Warner of receiving huge wire transfers from Qatar shortly after supporting bin Hammam's presidential campaign and the country's bid for the 2022 World Cup: 'On or about July 14, 2011, after the scheme had been uncovered and the defendant Jack Warner resigned from his soccer-related positions, Co-Conspirator #7 caused $1,211,980 to be wired from an account that he controlled at Doha Bank in Qatar, to a correspondent account at Citibank, for credit to an account held in Warner's name at Intercommercial Bank in Trinidad and Tobago.'" (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

- **The Account Was Owned By Bin Hammam's Company.** "The controversial Trinidadian former Fifa executive committee member Jack Warner received $1.2m (£720,000) from a company controlled by former Asian Football Confederation president Mohamed Bin Hammam in July 2011, according to the Daily Telegraph." (Owen Gibson, "Qataris paid Fifa official $1.2m after World Cup bid win, documents claim,' *The Guardian*, 3/17/14)

**Warner's Sons And An Employee Were Also Reportedly Paid An Additional $1 Million From Hammam's Company.** "The newspaper also alleged that a note from one of Warner's companies, Jamad, to Bin Hammam's firm, Kemco, requested $1.2m in payment for work carried out between 2005 and 2010. It was also claimed that Warner's two sons and an employee were paid a further $1m by the same Qatari company." (Owen Gibson, "Qataris paid Fifa official $1.2m after World Cup bid win, documents claim,' *The Guardian*, 3/17/14)

## Sold 2018 World Cup Vote To Russia

**Warner allegedly solicited bribes for his 2018 World Cup vote, eventually accepting a $5 million bribe to back Russia's bid.**

**According To The Chairman Of England's 2018 World Cup Bid Team, Warner Offered His Vote In Exchange For A £2.5 Million Payment To A Trinidadian Education Center Routed Through His Personal Account.** "Lord Triesman, the former Football Association and England 2018 chairman, has accused several Fifa executive committee members of 'improper and unethical' behaviour. He told the select committee looking into football that the Fifa vice-president Jack Warner asked for money – suggested to be £2.5m – to build an education centre in Trinidad with the cash to be channelled through him, and later £500,000 to buy Haiti's World Cup TV rights for the earthquake-hit nation, also to go through Warner." ("Lord Triesman accuses Fifa executives of 'unethical behaviour,'" *The Guardian*, 5/10/11)

**Walker Also Allegedly Asked For A Payment To Purchase The Rights To Show The World Cup At Public Stadiums In Haiti.** "The FIFA, besides financial assistance, is providing them with large TV screens placed at two football stadia (at which stadia football can no longer be played in the immediate future) so that all Haitians can see the 2010 World Cup. However before the earthquake owner of the rights had charged them $1.6million USD for the rights, a fee which

they had agreed to pay. I have since spoken to the owners and can get this figure reduced substantially. If you believe that you can assist them in any way by contributing in part or in whole to the purchase of these rights I am sure all of Haiti will be eternally grateful." (David Bond, "E-mail adds to pressure on Fifa's Jack Warner," _BBC_, 5/26/11)

- **According To FIFA, Haiti Was Never Issued A License Show The Event At Public Stadiums FIFA "Had No Discussions Anywhere In The World For An Amount As Big As" Walker Had Estimated..** "Fifa, the ultimate owner of outdoor broadcast rights to the 2010 World Cup, has told the BBC that no public viewing licence was ever granted for Haiti. It says it had no discussions anywhere in the world for an amount as big as $1.6m, but its response poses serious questions over the deal Warner was trying to arrange with the FA." (David Bond, "E-mail adds to pressure on Fifa's Jack Warner," _BBC_, 5/26/11)

**According To An Indictment Unsealed In 2020, Warner Received A Total Of $5 Million In Bribes To Vote For Russia's 2018 World Cup Bid.** "The U.S. prosecutors also stated in Monday's indictment that the former soccer official Jack Warner of Trinidad and Tobago, who has been fighting extradition to the U.S. since 2015, received $5 million through a string of shell companies to vote for Russia. Some of the money, the indictment said, came 'from companies based in the United States that performed work on behalf of the 2018 Russia World Cup bid.'" (Tariq Panja and Kevin Draper, "US prosecutors say Qatar and Russia bribed FIFA officials to win World Cup bids," _Indian Express_, 4/7/20)

## Accepted Bribes From FIFA, South African Officials To Support World Cup Bid

**Warner allegedly accepted a $10 million bribe from FIFA and South African officials to support the country's bid for the 2010 World Cup.**

**According To Prosecutors, Warner Accepted A Briefcase Full Of Tens Of Thousands Of Dollars In Cash From A "High-Ranking South African" Member Of FIFA's 2010 World Cup Bid Committee.** "In the early 2000s, Warner sent a family member 'to fly to Paris, France and accept a briefcase containing bundles of U.S. currency in $10,000 stacks in a hotel room from… a high-ranking South African bid committee official. Hours after arriving in Paris, [the family member] boarded a return flight and carried the briefcase back to Trinidad and Tobago, where [the family member] provided it to Warner,' according to the indictment. Warner also later agreed to vote for South Africa to host the 2010 World Cup in exchange for $10 million to 'support the African diaspora,' the indictment says." (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," _Washington Post_, 5/28/15)

**Warner Agreed To Support South Africa's Bid In Exchange For A $10 Million Payment "To Support The African Diaspora," But South Africa Could Not Pay The Alleged Bribe So A FIFA Official Authorized The Payment.** "Warner also later agreed to vote for South Africa to host the 2010 World Cup in exchange for $10 million to 'support the African diaspora,' the indictment says. When South Africa couldn't pay the alleged bribe, FIFA did: 'A high-ranking FIFA official caused payments of $616,000, $1,600,000, and $7,784,000 – totaling $10 million – to be wired from a FIFA account in Switzerland to a Bank of America correspondent account in New York, New York, for credit to accounts held in the names of CFU and

Page 6

**MEF000081**

CONCACAF, but controlled by the defendant Jack Warner.'" (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

## World Cup Scams Regarding Tickets

### At a World Cup qualifying match in 1989, Warner illegally sold alcohol and printed extra tickets to increase sales.

**In 1989, Warner Admitted To Printing Extra Tickets And Illegally Selling Alcohol At A World Cup Qualifying Match.** "In 1989, Warner was involved in his first big soccer controversy. Trinidad and Tobago was one point away from qualifying for the 1990 World Cup. As head of the country's soccer federation, Warner 'printed thousands of extra tickets and ignored rules forbidding alcohol sales at the stadium,' according to Jennings. The stadium was dangerously overcrowded. When Trinidad lost, an angry public demanded answers." (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

**Warner Later Admitted To Selling An Extra 5,000 Tickets.** "SECRETARY of the Trinidad and Tobago Football Association (TTFA) Jack Warner has admitted responsibility for excess printing of tickets for the deciding CONCACAF zone World Cup qualifying match here four months ago. In interviews with Express newspapers, Warner said an extra 5,000 tickets had been sold for the game at the national stadium on November 19 won by the United States, ending Trinidad's hopes of going to Rome." ("Warner Admits Responsibility," *Jamaica Gleaner*, 3/20/90)

### Warner and his sons were accused of reselling 2006 World Cup tickets at inflated prices and allegedly refused to give Trinidad & Tobago's national team its winnings from the tournament.

**In 2006, Warner Was Accused Of Reselling 2006 World Cup Tickets At Inflated Prices, And FIFA Eventually Fined Warner's Son, Daryan, $1 Million For The Resale.** "'In 2006, Warner was implicated in a public scandal involving the reselling of large blocks of tickets to the 2006 World Cup at inflated prices,' according to the 2013 CONCACAF report. 'The tickets were made available to certain football officials by the FIFA ticket office with the understanding that, if they were resold, it would not be for more than face value. Investigations resulted in FIFA fining Warner's son [Daryan] $1 million for reselling the tickets, which were acquired from FIFA under Warner's name, through a travel agency owned by Warner and his family.' He was also accused of stiffing the Trinidadian soccer team out of its prize money. Warner denied all wrongdoing." (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

**Trinidad & Tobago's National Team Accused Warner Of Withholding Their Winnings From Their 2006 World Cup Appearance.** "Before the 2006 World Cup, the players and federation had agreed to a 50/50 split of the TTFF's World Cup income. Afterwards the TTFF declared a net surplus of TT$282,952 [£28,295] and offered each player TT$5,600 [£560]. The players protested, the TTFF revised the surplus to TT$950,000 [£95,000], raising the per-player proposal to TT$18,800 [£1,880]. The players were rebuffed in a request to examine the accounts

MEF000082

and the TTFF has dragged out the case ever since.'" ("Five years on and the Soca Warriors are still waiting to get paid," *World Soccer*, 9/19/11)

## Other Corruption Allegations

### Embezzled Development Funds

**Warner built a $16 million CONCACAF facility on land he secretly owned, allowing him to embezzle development funds from FIFA, and in 2019, Warner was ordered to pay $79 million in damages connected to charges that he embezzled tens of millions of dollars from CONCACAF.**

**Warner Built A $16 Million CONCACAF Facility On Land He Personally Owned.** "Warner quit his position at Port-of-Spain's Polytechnic Institute and devoted himself to transforming Trinidad and CONCACAF. He established an official office on the tiny island and built a $16 million state-of-the-art soccer facility — on land that he owned. (When CONCACAF later filed litigation against him over the land, Warner called it a 'political vendetta' against him.)" (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

**According To A CONACAF Investigation, Warner Hid His Ownership Of The Land, Allowing Him To Solicit Development Funds From FIFA Straight To His Personal Accounts.** "The Committee concluded that Jack Warner committed fraud against CONCACAF and FIFA in connection with the COE in two ways. First, Warner secured funds from FIFA and CONCACAF by falsely representing, and intentionally creating a false impression, that the land on which the COE was developed was owned by CONCACAF when he knew that it was in fact owned by his own companies. Second, Warner induced FIFA to transfer funds that were intended for development of the COE to himself personally by falsely representing that bank accounts to which FIFA should send the funds were CONCACAF accounts when he knew that in fact he controlled them personally. The Committee also concluded that Warner committed fraud and misappropriated funds that were sent by Football Federation Australia ('FFA') to CONCACAF for development of the COE, and that he breached his fiduciary duties to CONCACAF through fraud and misappropriation of funds. The Committee further concluded that Warner violated the CONCACAF Statutes by arranging for others to sign loan guarantees related to the COE on behalf of CONCACAF without obtaining approval from the Congress, and that Warner violated the FIFA Ethics Code by engaging in self-dealing through fraud and misappropriation." ("Integrity Committee Report of Investigation," CONCACAF, 4/18/13, Archived 3/15/17)

**"Over The Years Warner Repeatedly Bombarded FIFA With Requests For Money To Develop The Centre," And FIFA Reportedly "Obliged, Pumping Millions Into Warner's Scheme Almost Every Time He Asked."** (Heidi Blake and Jonathan Calvert, *The Ugly Game: The Qatari Plot to Buy the World Cup*, Simon & Schuster, 2015, pg. 46)

Page 8

> Over the years Warner repeatedly bombarded FIFA with requests for money to develop the centre. FIFA duly obliged, pumping millions into Warner's scheme almost every time he asked. His secret, which he never let on, was that he owned the land the centre was built on, and the CONCACAF bank accounts FIFA were regularly filling were also under his complete control. FIFA never enquired about what happened to the money. The votes Warner controlled at congress were too important. Instead, Blatter tried to keep his Caribbean friend happy, offering patronage in the form of membership of various FIFA committees to 72 officials from Warner's confederation.

(Heidi Blake and Jonathan Calvert, *The Ugly Game: The Qatari Plot to Buy the World Cup*, Simon & Schuster, 2015, pg. 46)

**Warner Allegedly Created Misleading CONCACAF Financial Statement And Misrepresented Audits To Cover Up His Embezzlement.** "The Committee concluded that Jack Warner and Chuck Blazer committed fraud against CONCACAF in connection with the CONCACAF financial statements and external audits in two ways. First, Warner and Blazer repeatedly issued financial statements that they knew contained misrepresentations and material omissions. Second, they represented that the financial statements were subject to independent audits when they knew that the auditor used by CONCACAF was not independent and did not engage in activities one would normally associate with an audit. The Committee also concluded that Warner and Blazer breached their fiduciary duties to CONCACAF and violated the CONCACAF Statutes through the same fraudulent conduct." ("Integrity Committee Report of Investigation," CONCACAF, 4/18/13, Archived 3/15/17)

**In 2019, Warner Was Ordered To Pay $79 Million In Damages Relating To His Embezzlement Of Tens Of Millions Of Dollars From CONCACAF.** "A former Caribbean soccer official fighting extradition in the FIFA bribery scandal has been ordered to pay $79 million in damages from a related U.S. lawsuit. U.S. District Judge William Kuntz ordered the default judgment against Jack Warner in the 2017 civil action accusing him of embezzling tens of millions of dollars from the Confederation of North, Central American and Caribbean Association Football. The written ruling was issued in federal court in Brooklyn on Tuesday after Warner failed to contest the claim." (Tom Hays, "Ex-Caribbean soccer official hit with $79 million judgment," *Washington Post*, 7/10/19)

## Other Corruption Allegations

**Warner also allegedly asked that the proceeds from a 2004 match between Trinidad & Tobago and Scotland be transferred directly to his personal account, and was accused of stealing a $750,000 donation to Haitian earthquake victims in 2010 for his personal use.**

**At A 2004 Friendly Match Between Trinidad & Tobago And Scotland, Warner Allegedly Asked That The Proceeds Be Directed To His Personal Account.** "But success and allegations of scandal seemed to go hand-in-hand for Warner. In 2004, he helped arrange a friendly match between Scotland and Trinidad and Tobago. After the game, Warner requested that the $75,000 proceeds check be made out to his personal account, the head of the Scottish

Page 9

Football Association claimed, according to the New York Times." (Michael Miller, "The rise and fall of Trinidad's Jack Warner, the former teacher at the center of the FIFA allegations," *Washington Post*, 5/28/15)

**Warner Allegedly Diverted A $750,000 Donation For Haiti Earthquake Relief To Accounts He Controlled For "Personal Use."** "Jack Warner, the former FIFA vice-president and CONCACAF leader at the heart of a corruption investigation that cost Sepp Blatter his job, is being accused of diverting funds aimed at Haiti earthquake relief into bank accounts he controlled. Warner, according to U.S. investigators' documents that were seen by the BBC, allegedly took $750,000 in emergency funds donated by FIFA and the Korean Football Association. The money, which was given for victims of the quake five years ago, went into accounts Warner controlled for his 'personal use,' the BBC reports. Warner, who is from Trinidad & Tobago, was one of 14 people indicted by the U.S. Department of Justice on racketeering, bribery and money laundering charges. The Justice Department is investigating possible wire fraud in the disappearance of the money and is, the BBC says, working through 75 accounts Warner controlled. Warner, who was arrested last month in Trinidad, has denied any wrongdoing and faces extradition to the U.S." (Cindy Boren. "FIFA's Jack Warner allegedly diverted Haiti earthquake money," *Washington Post*, 6/9/15)

MEF000085

# JACQUES ANOUMA

From 2007 to 2015, Jacques Anouma was a member of the executive committee for FIFA. Anouma was also previously a member of the executive committee of the Confederation of African Football (CFA), and while it is unclear how long Anouma held the role, in 2021 he campaigned to be president of the organization. However, Anouma withdrew his nomination in the month of the election, March 2021, after pledging to support a rival candidate citing a desire for "unity" in African football. Starting in 2002, Anouma spent nearly ten years as the president of Cote D'Ivoire's football Federation (CDFF), but in 2011, he announced he was stepping down despite having "more than 80% chance of winning" the next presidential election. Local writers speculated his withdrawal was related to Ivorian political upheaval at the time.

In 2015, Anouma was accused of, and denied receiving a $1.5 million bribe to support Qatar's bid for the World Cup claiming he was out of the country at the time of the negotiations for the bribe, which were allegedly conducted at a hotel in Luanda in 2010. In July 2021, Anouma was again accused of receiving $1.5 million in bribes from "a fixer employed by the Qatar bid" following an investigation by the *Sunday Times* newspaper.

Outside of football, Anouma has faced other allegations of corruption. Anouma was previously the Director of Finance for the Ivorian government under President Laurent Gbagbo, who was detained in 2011 following a "violent" post-election "power struggle." Gbagbo and his advisors were accused of money laundering and stealing "vast amounts from the treasury and the cocoa regulatory body." According to a report by Le Journal 2 L'Afrique, Anouma was involved with the "embezzlement within the coffee-cocoa sector." Additionally, according to the same report, in May 2019, Anouma was accused of embezzling 2.3 billion CFA francs before leaving the Ivorian Football Federation.

## Background

**Jacques Anouma was previously a member of the executive committees for both the Confederation of African Football (CFA) and FIFA, and most recently was a candidate to be president of CFA but withdrew his nomination in the month of the election.**

**Anouma Previously Was An Elected Member Of The CAF Executive Committee And Spent Eight Years On The FIFA Executive Committee.** "And a tournament of African nations dedicated to local players was set up in places and places, by the African football confederation, in 2009. The first edition organized in Abidjan. Jacques Anouma rose through the ranks at CAF and FIFA. He was elected member of the executive committee of CAF and sat for eight (8) years on the executive committee of FIFA." (Fernand Dedeh, "CAF ELECTIONS: JACQUES ANOUMA IN THE FOOTSTEPS OF HIS DESTINY," *Pan African Football*, 11/21/20, Translated from French to English using Google Translate)

- **According To *BBC*, Anouma Was A FIFA Executive Committee Member Between 2007 And 2015.** "Anouma wey bi former member of Fifa Executive Committee (now Fifa Council) between 2007 and 2015, announce im own desire some days before

Motsepe own." ("Fifa ban on Ahmad go make oda African kontris sharp teeth for Caf 2021 presidency," *BBC*, 11/23/20)

**In November 2020, Anouma Announced He Was Running In The March 2021 Election For President Of The Confederation Of African Football.** "No one escapes his fate. The Ivorian Jacques Anouma, considered in the middle of African football as a close friend and supporter of the current president of CAF, the Malagasy Ahmad Ahmad, is once again throwing himself into the water. He is a candidate for the presidency of CAF for the elections in March 2021." (Fernand Dedeh, "CAF ELECTIONS: JACQUES ANOUMA IN THE FOOTSTEPS OF HIS DESTINY," *Pan African Football*, 11/21/20, Translated from French to English using Google Translate)

- **According To His Confidants, Rumors Of Possible Sanctions Against The Current CAF President Spurred On Anouma's Announcement As He Wanted To "Enhance" CAF's "Image."** "He has, according to his entourage, hesitated a long time before committing. Rumors of a possible sanction of the CAF president by the FIFA ethics committee have revived his buried desire to chair the continental umbrella of football. 'To enhance its image. '. The 69-year-old Ivorian wants to serve a single four-year term. Time to reposition CAF. He obtained the sponsorship of five federations including those of Côte d'Ivoire, Kenya and Niger. However, it will have to face competition in the West African sub-region. Two other candidates from West Africa point. The Senegalese Augustin Senghor and the Mauritanian, Ahmed Ould Abderrahmane." (Fernand Dedeh, "CAF ELECTIONS: JACQUES ANOUMA IN THE FOOTSTEPS OF HIS DESTINY," *Pan African Football*, 11/21/20, Translated from French to English using Google Translate)

**However, In March 2021, Anouma Withdrew His Candidacy For The Position, "Invoking The Best Interests Of Football On The Continent."** "Jacques Anouma followed in Augustin Senghor's footsteps a few hours later during the television news of the Ivorian Radio Television ( RTI 1 ). ' I have decided to give up my candidacy ,' said the former boss of the Ivorian Federation, also invoking the best interests of football on the continent." ("CAF Presidency: Anouma and Senghor withdraw their candidacies," *RFI*, 3/5/21, Translated from French to English using Google Translate)

- **Anouma Then Pledged His Support For Another Candidate, Claiming He Wants Unity In African Football.** "Former Ivory Coast FA boss Jacques Anouma has withdrawn from the CAF Presidential election and is now supporting South African businessman Patrice Motsepe. Anouma pulled out of the race on Friday night, stating he wants to help unite the football family in the wake of recent sharp divisions." ("Jacques Anouma drops out of CAF presidency race, backs Motsepe," *Sunday World*, 3/6/21)

**Anouma had previously spent about ten years as the president of Cote D'Ivoire's Football Federation, but in 2011, he announced he was stepping down despite having "more than 80% chance of winning," with journalists suspecting his resignation was political.**

**Anouma Also Previously Spent about Ten Years As The President Of Cote D'Ivoire's Football Federation (CDFF), But In 2011, He Announced He Was Stepping Down.** "After 10 years at the helm of Cote d'Ivoire's Football Federation, he has declared that he will not be

Page 2

running for another term of office despite being favoured in the poll." (Kingsley Kobo, "Jacques Anouma not running for third term as Cote D'Ivoire FA president," *Goal.com*, 7/31/11)

- **According To *BBC*, Anouma Ran CDFF From 2002 To 2011.** "Anouma is an honorary president of the Ivorian federation, which he ran between 2002 and 2011, and was a member of Fifa's Executive Committee, now the Fifa Council, between 2007 and 2015." ("Ivorian Jacques Anouma to run for Caf president," *BBC*, 11/9/20)

**Anouma Had "More Than 80% Chance Of Winning" According To Polling, Leaving Local Writers To Suspect His Withdrawal Was Political.** "A public opinion poll gave Anouma more than 80% chance of winning. Some local editorialists suspect Anouma's abrupt withdrawal to be political, in the wake of the five-month crisis that rocked the west African nation. Some say the new authorities pressured him to step down." (Kingsley Kobo, "Jacques Anouma not running for third term as Cote D'Ivoire FA president," *Goal.com*, 7/31/11)

**<u>Anouma was also the Director of Finance for the Ivorian government under President Laurent Gbagbo, who was detained in 2011 following a "violent" post-election "power struggle" and, along with his advisors, accused of money laundering and stealing "vast amounts" from the government.</u>**

**Anouma Was Also The Director Of Finance For The Ivorian Government Under Laurent Gbagbo.** "Former Director of Finance for the Presidency of the Republic, while Laurent Gbagbo was Head of State, Anouma is also involved in a scandal of embezzlement within the coffee-cocoa sector." ("Election to CAF: Jacques Anouma, outsider in front of the eternal?," *Le Journal 2 L'Afrique*, 2/17/21)

- **Although The Exact Dates Are Unclear, Anouma "Spent A Decade" In His Role As Director Of Finance.** "He also spent a decade as chief financial officer for the presidency of his country." (Firdose Moonda, "Who should lead CAF?," *ESPN*, 3/6/13)

- **Gbagbo Was Detained In 2011 Following "A Violent Power Struggle" After "A Disputed November Election."** "Gbagbo, his wife Simone and senior officials in his government have been detained by Ivorian authorities since pro-Ouattara forces backed by the French military seized him from his bunker on April 11, ending a violent power struggle between them since a disputed November election. Rights groups say no one imprisoned has faced trial yet and have urged his authorities to press charges or release them." (Tim Cocks, "Corruption probe for I. Coast's Gbagbo may last 2 years," *Reuters*, 6/21/11)

- **Gbagbo Was Investigated For "Serious Abuses Committed During" The "Power Struggle," In Addition To Allegations He And His Advisors Engaged In Money Laundering And "Stole Vast Amounts From The Treasury And The Cocoa Regulatory Body."** "Investigating alleged corruption by Ivory Coast's former president, Laurent Gbagbo, and his associates may take up to two years, although an initial inquiry is finished, the justice minister said on Tuesday. Ivorian authorities are investigating allegations of serious abuses committed during a post-election power struggle between Gbagbo and current President Alassane Ouattara. They are also probing allegations he and those close to him stole vast amounts from the treasury and the cocoa regulatory

Page 3

body, Justice Minister Jeannot Ahoussou Kouadio told a news conference in Ivory Coast's main commercial city Abidjan. Switzerland opened a money-laundering case against Gbagbo's associates last month, freezing 70 million Swiss francs ($80 million), after a complaint by Ouattara's government." (Tim Cocks, "Corruption probe for I. Coast's Gbagbo may last 2 years," *Reuters*, 6/21/11)

## Relationship To Qatari FIFA Corruption

### Corruption Allegations Related To Qatari World Cup Bid

**In 2015, Anouma denied receiving a $1.5 million bribe to support Qatar's bid for the World Cup claiming he was out of the country at the time of the negotiations for the bribe, which were allegedly conducted at a hotel in Luanda in 2010.**

**In 2015, Anouma Denied Receiving A $1.5 Million Bribe To Support Qatar's Bid For The World Cup.** "Ivorian ex-Fifa executive Jacques Anouma has told the BBC that he did not accept a $1.5m (£1m) bribe over Qatar's successful 2022 World Cup bid." ("Fifa corruption: Jacques Anouma denies 'Qatar bribe'," *BBC*, 6/19/15)

**Negotiations For The Bribe Were Allegedly Conducted At A Hotel In Luanda In 2010.** "Negotiations with Qatari officials for the $1.5m bribe are alleged to have taken place in a hotel in the Angolan capital Luanda, during the Caf annual congress in 2010." ("Fifa corruption: Jacques Anouma denies 'Qatar bribe'," *BBC*, 6/19/15)

**According To Anouma, He Was Not In The Country At The Time Of The Meeting.** "But Mr Anouma said there was no way he could have been involved as he was not in the country at the time." ("Fifa corruption: Jacques Anouma denies 'Qatar bribe'," *BBC*, 6/19/15)

- **Anouma Also Said $2 Million Qatar Paid To The Confederation Of African Football In 2010 "Did Not Oblige African Members To Vote For The Gulf Nation."** "Mr Anouma also said that $2m paid by Qatar to the Confederation of African Football (Caf) in 2010, ahead of the final World Cup vote, did not oblige African members to vote for the Gulf nation." ("Fifa corruption: Jacques Anouma denies 'Qatar bribe'," *BBC*, 6/19/15)

**In July 2021, Anouma was again accused of receiving $1.5 million in bribes from "a fixer employed by the Qatar bid" following an investigation by the *Sunday Times* newspaper.**

**In July 2021, Anouma Was Again Accused Of Receiving $1.5 Million In Bribes Regarding The Selection Of Qatar As Host Of The 2022 World Cup.** "Qatar's successful bid to host the 2022 World Cup finals is rocked by allegations that it paid $1.5 million bribes to FIFA Executive Committee members Jacques Anouma and Issa Hayatou." ("Qatar 2022 World Cup Organizers Rocked by Bribery Allegations," *Around the Rings*, 7/12/21)

**Anouma Was Allegedly "Paid Bribes By A Fixer Employed By The Qatar Bid," Which Was Revealed By "Evidence From The Sunday Times Newspaper."** "British MP Damian Collins told a parliamentary inquiry into football governance Tuesday that it had received evidence from the Sunday Times newspaper that the pair were paid bribes by a fixer employed

by the Qatar bid." ("Qatar 2022 World Cup Organizers Rocked by Bribery Allegations," *Around the Rings*, 7/12/21)

## Other Corruption Allegations

### Accused Of Embezzling From Ivorian Football Federation And Ivorian Government

**In May 2019, Anouma was accused of embezzling 2.3 billion CFA francs before leaving the Ivorian Football Federation, and was also allegedly involved with a separate "scandal of embezzlement within the coffee-cocoa sector" in his role as Director of Finance for the Ivorian government.**

**In May 2019, Anouma Was Accused Of Embezzling 2.3 Billion CFA Francs Before Leaving The Ivorian Football Federation.** "But Jacques Anouma remains an eternal outsider. And if the Ivorian promises to be the 'candidate for modern, responsible and transparent management' of a sports institution in crisis, he must also deal with his own affairs. In May 2019, Anouma was indeed accused of embezzling 2,3 billion CFA francs before leaving the FIF." ("Election to CAF: Jacques Anouma, outsider in front of the eternal?," *Le Journal 2 L'Afrique*, 2/17/21)

**Anouma Was Also Allegedly Involved With A Separate "Scandal Of Embezzlement Within The Coffee-Cocoa Sector" While He Was Director Of Finance For The Ivorian Government.** "Former Director of Finance for the Presidency of the Republic, while Laurent Gbagbo was Head of State, Anouma is also involved in a scandal of embezzlement within the coffee-cocoa sector." ("Election to CAF: Jacques Anouma, outsider in front of the eternal?," *Le Journal 2 L'Afrique*, 2/17/21)

MEF000090

# JAVIER TEBAS MEDRANO

Javier Tebas Medrano has been the President of Spain's top soccer league since 2013.

Tebas has pursued at least two business deals with Qatar. In 2016, he attempted to secure Qatar's sponsorship of La Liga. In 2020, he endorsed the "La Liga Business School" in Qatar as part of the Gulf state's "National Vision 2030." La Liga Business School's Qatari backer is an arm of the Qatari royal family and has overseen its World Cup 2022 projects.

Despite his business ties to Qatar, Tebas has criticized the country's influence and its hosting of the 2022 World Cup. After initially supporting the decision to hold Qatar's World Cup during winter, Tebas reversed himself and sued FIFA in 2015 to overturn the plan because it conflicted with La Liga's season. He has also been vocally critical of Qatar's ownership of French club Paris Saint-Germain, accusing the club of violating financial regulations.

Tebas has supported far-right and fascist political groups and politicians and was called a "Nazi" by the former director of the Barcelona football team.

## Background

### Javier Tebas Medrano has been the President of Spain's top soccer league since 2013.

**Javier Tebas Medrano Is The President Of La Liga, Spain's Top-Flight Soccer League.**
"Javier Tebas Medrano has been officially proclaimed president of LaLiga , where he will complete his third consecutive term, as no more candidates have been presented for the position, the Spanish football association reported in a statement. 'After having presented a single candidacy for the Presidency of the National Professional Football League, and this being valid, Javier Tebas is definitively proclaimed as President of LaLiga  for a period of four years, without the need to hold an Extraordinary General Assembly,' he explained. after its meeting, the Electoral Commission constituted for this purpose." ("Javier Tebas, re-elected president of LaLiga for the third time," *RTVE*, 12/23/19)

**During His Time In Spanish Football, Tebas Worked With 11 Different Spanish Soccer Clubs To Improve Their Administration And Finance And Led A Group Of Clubs In Consolidating La Liga's Television Revenue.** "His career spans over two decades in Spanish football and he has worked with over 11 different clubs during this time. He is recognised in Spain for helping clubs through the 'Ley Concursal' administration procedures and saving many clubs from liquidation. Tebas recently represented the G30 Group of clubs, whose majority voting power has solidified La Liga's TV revenue status quo." (Javier Tebas, Leaders In Sport, Archived 3/24/15)

**Tebas Served As Vice-President Of La Liga Three Times Before Being Elected President In 2013.** "He was elected vice-President of the LFP in 2001 and in 2003 he was the head of the G30, a group of the biggest clubs in the Spanish first and second divisions. After leaving the LFP Tebas had various roles at other clubs before returning as vice-President and then in 2013, he

finally took the top job. He was the only candidate to stand in the election and he had the backing of 32 of the 42 clubs involved in the process." (Garreth Nunn, "Javier Tebas: The man with a plan?" *Football España*, 1/16/15)

**Upon His Election As President, Tebas Pledged To Fight Match-Fixing And Bring More Transparency To The League.** "Before Tebas took the job he promised to clean up the Spanish game. He announced that he had been told of numerous games that had been fixed and he promised that justice would be done. He also announced that he would make third-party ownership more transparent and that he would make the League more attractive." (Garreth Nunn, "Javier Tebas: The man with a plan?" *Football España*, 1/16/15)

## Relationship To Qatari FIFA Corruption

**NOTE:** *No evidence of Tebas's involvement in corruption surrounding the 2022 World Cup in Qatar could be found.*

## Business Deals With Qatar

### In 2016, Tebas attempted to secure Qatar's sponsorship of La Liga and in 2020, with support from Tebas, La Liga established the "La Liga Business School" in Qatar as part of the Gulf state's "National Vision 2030."

**In 2016, Tebas Engaged In Negotiations With Qatar To Potentially Secure The Country's Sponsorship Of La Liga.** "Word on the grapevine has it that a delegation of LaLiga executives headed by Javier Tebas has held talks with Qatari emissaries to negotiate a possible deal in which the Persian Gulf state would become the division's main sponsor ahead of the 2016/17 season. The reason both parties are in discussions boils down to a breakdown in negotiations between FC Barcelona and Qatar Airways. Importantly, LaLiga and Barça cannot share the same sponsor. Sources at the Catalan club state that the meetings between LaLiga officials and the Qataris are being monitored but are regarded as mere scare tactics by the latter, in an attempt to pressure the Azulgranas into agreeing to their terms." (Moisés Llorens and Juan Jiménez, "Barcelona's Qatari deal in jeopardy as LaLiga enters the sponsorship race," *AS*, 5/11/16)

**In 2020, La Liga Reached An Agreement With The Aspire Zone Foundation To Launch The La Liga Business School In Qatar.** "The recently launched Qatar Sports Business District (QSBD) has marked a major step forward in its goal to become a leading hub in the region for sports innovation by signing a representative office of LaLiga as an anchor tenant. The Spanish professional league's backing of Qatar Sports Business District is a huge testament to the strategic vision of Aspire Zone Foundation, and the Qatar Financial Centre (QFC)… LaLiga's firm commitment to supporting broader educational goals has led the institution to create the 'LaLiga Business School' to identify, recruit and train a wide range of talented professionals through programmes and initiatives that comprise football management, methodologies and analysis. Part of LaLiga Business School's initial operations will be delivered from its brand-new office in the QSBD." (Aspire-Backed Qatar Sports Business District And La Liga Sign MOU For Strategic Partnership," *Stad Al Doha*, 12/2/20)

Page 2

**Tebas Promotes La Liga Business School On Its Website.** (La Liga Business School, Accessed 3/9/22)



**Qatar Uses Its Agreement With La Liga To Attract Sports And Entertainment Talent.** "Aspire Zone Foundation (AZF) and LaLiga Business School joined forces to develop their new educational offering, which will help establish the future leaders of the MENA region's sports and entertainment industry. However, they have been working together on various projects since 2019, having signed a memorandum of understanding (MoU) to aid one-another to develop sporting talent through a long-term strategic partnership. Qatar offers an ideal location for the new venture in terms of access to the region and the country's rapidly emerging prowess as a global sports hub. The AZF is Qatar's premier organisation tasked with developing and supporting the nation's sports industry at home and worldwide. The foundation works to galvanise the country's sports economy, not only through the development of sports champions but by offering world-class facilities for local, regional and international sports events and tournaments, facilities for competitive and pre-competition training and wider industry events, and premises and services for sports education, medicine, research and development." ("Developing Qatar's And The Middle East's Sports Industry," Living2022.com, 1/18/22)

**The Agreement "Will Also Play A Key Role In Fulfilling Qatar's National Vision 2030, Helping To Build A Diverse, Knowledge-Based Economy By Positioning Qatar As A Leading Regional And International Sports Hub."** "Such developments will also play a key role in fulfilling Qatar's National Vision 2030, helping to build a diverse, knowledge-based economy by positioning Qatar as a leading regional and international sports hub." (Aspire-Backed Qatar Sports Business District And La Liga Sign MOU For Strategic Partnership," Stad Al Doha, 12/2/20)

**La Liga Business School's Qatari backer is an arm of the Qatari royal family and has overseen its World Cup 2022 projects.**

**The Aspire Zone Foundation (AZF) Is An Initiative Of Qatar's Royal Family To Boost The Country's Sports Economy And Secure Its Standing In International Sports.** "Aspire Zone is partly the driving force and inspiration behind Qatar's successful transformation into an international sporting giant. An incredible achievement considering the size and population of Qatar compared to other major sporting nations... All of these services are managed by the Aspire Zone Foundation (AZF) which was established by Emiri decree on 1st January 2008 . Supported by its member organizations – Aspire Academy, Aspetar Orthopedic and Sports Medicine Hospital and Aspire Logistics – Aspire Zone Foundation aims to become an exemplar in sports excellence, worldwide . Aspire Zone Foundation boasts some of the world's finest sports infrastructure and facilities, offering unparalleled opportunities for athlete development and education. It also plays a lead role in galvanizing the sports economy in Qatar and in

Page 3

MEF000093

promoting a healthy lifestyle to the community at large ." ("Aspire Zone – delivering on the sporting aspirations of a Nation," Government of Qatar, 9/6/20)

**AZF Has Overseen The Renovation And Construction Of Stadiums For Qatar's 2022 World Cup.** "Khalifa International Stadium has a capacity of 40,000 fans and was inaugurated before the final match of the Emir of Qatar Cup in 2017 to become the first stadium completed by the Supreme Committee for Delivery and Legacy (the body responsible for projects and initiatives for the FIFA World Cup), after having been renovated to comply with FIFA standards with respect to the stadiums designated to host the 2022 World Cup matches in Qatar. The process was supervised by the Aspire Zone, the same supervisory body that has overseen the establishment of the Al Bayt Stadium." ("Khalifa International Stadium reinforces Qatar's national vision," AS, 1/20/21)

**AZF Is "A Factory Tasked With Super-Charging Qatar's National Team Ahead Of The World Cup.** "If Aspire is a centre of development, a factory tasked with super-charging Qatar's national team ahead of the World Cup, much of its future success will lie in scouting. Qatar lacked the climate, population and football infrastructure to develop players quickly enough to match ambition. It didn't lack the money." (Daniel Storey, "World Cup 2022 hosts: How Qatar built their national team with money, a Spanish coach and Fifa's helping hand," iNews, 12/8/21)

## Criticism Of Qatar

**Despite initially supporting the decision to hold Qatar's World Cup in winter, Tebas reversed himself and sued FIFA in 2015 to overturn the plan because it interfered with La Liga's season.**

**In 2014, Tebas Supported FIFA's Plan To Hold The 2022 Qatar World Cup During Winter.** "World football's ruling body came under withering fire on Thursday following FIFA secretary general Jerome Valcke's claim Wednesday that the 2022 World Cup in Qatar will be played in winter… It wasn't all doom and gloom, though, as in Spain the Football League president Javier Tebas urged all interested parties to simply roll up their sleeves and make the best of it. 'Everyone needs to make an effort, but it doesn't seem to me to be particularly serious, it's not that dramatic,' he said in an article in El Pais. 'Everyone has to make concessions so that the World Cup can go to every part of the world. We can't discriminate against one area because their summer temperatures are too high.'" (Barnaby Chesterman, "Qatar comments fall-out leaves FIFA under attack," Yahoo News, 1/9/14)

**In 2015, Tebas Sued FIFA Over The Body's Decision To Host The 2022 World Cup In Winter, Arguing It Conflicted With La Liga's Season.** "The Spanish Football League (LFP) has filed a lawsuit with the Court of Arbitration for Sport (CAS) over world football's governing body FIFA's decision to host the 2022 Qatar World Cup in the middle of the European football season. The scheduled date of the quadrennial tournament between November 20th and December 18th in order to 'avoid high temperatures in the country during the spring and summer,' would seriously affect the Spanish season, which along with most major European leagues is played between August and May, reports Xinhua." ("La Liga files lawsuit against FIFA over 2022 World Cup dates in Qatar," SportsKeeda, 6/29/15)

Page 4

MEF000094

**Tebas has been vocally critical of Qatar's ownership of French club Paris Saint-Germain (PSG), accusing the club of violating financial regulations.**

**In 2018, Tebas Accused Qatari-Owned French Club Paris Saint-Germain (PSG) Of Overvaluing Its Contracts With Qatari Companies.** "Javier Tebas, the president of the Spanish League La Liga, said he believes that Qatari-owned Paris Saint-Germain F.C. (PSG) overvalued its contracts with companies of Qatari origin and should be excluded from the Champions League." ("La Liga president condemns Qatari-owned PSG's 'overvalued contracts,'" *Al-Arabiya News*, 10/31/18)

- **Tebas Accused PSG Of Violating UEFA's Financial Regulations.** "Head of the Spanish La Liga, Javier Tepas, has attacked Paris Saint-Germain for failing to comply with the UEFA's Financial Fair Play rules, demanding that the club, owned by Qatar's ruling family, should be excluded from the Champions League. UEFA opened an investigation into the Qatari-owned club's spending in September 2017 under pressure from some of Europe's footballing elite after they signed Neymar from Barcelona for a world-record 222 million. They then completed a deal to sign Kylian Mbappé from Monaco for 180 million euros just a few weeks later, and Tebas has been especially vocal in his criticism of PSG's finances, while also targeting Abu Dhabi-owned Manchester City. 'UEFA's Financial Fair Play rules say that when you cheat with your budgets, you have to be thrown out of the competition,' Tebas said Tuesday during an interview in Paris with several media, including AFP. PSG have never been barred from playing in the Champions League, although in late September UEFA said it had referred the accusations against the French giants to its financial unit 'for further investigation.' UEFA rules mandate that clubs cannot spend more than they earn in any given season and deficits must fall within a 30-million-euro limit over three seasons. PSG's case, though, is complicated by lucrative sponsorship deals with the Qatar National Bank and the Gulf state's tourism authority. Tebas claims his faith in UEFA and FFP is wavering." ("Javier Tebas: Qatar's funds threaten football stability in Europe," *QatariLeaks*, 11/2/18)

**In 2021, Tebas Again Criticized Qatari Funding Of PSG.** "In a letter to PSG seen by The Associated Press, Tebas doubles down on his criticism of the ownership model with funding linked to the Emir of Qatar. Tebas writes that 'PSG's finances have been kept afloat thanks to the multi-million euro contributions of its shareholder over the last three seasons.' In the letter addressed to PSG general secretary Victoriano Melero, Tebas makes the accusation that the club's finances 'breach the content and, more importantly, the purpose of Financial Fair Play, despite the acquittal by the CAS for technical reasons.' In 2019, the Court of Arbitration for Sport upheld PSG's appeal against an attempt by UEFA investigators to reopen a previously closed investigation. PSG has been a major target of FFP scrutiny since the launch of the UEFA rules a decade ago — when the influx of Qatari investment began following the takeover by a sovereign wealth vehicle of the Gulf state. The club forfeited 20 million euros (then $23 million) of Champions League prize money in a 2014 settlement that avoided a more high-stakes legal fight." ("Responding to PSG, La Liga's Tebas attacks funding in letter." *USA Today*, 9/26/21)

- **Tebas: "It Is Not Normal That A Sovereign Fund, Such As That Of Qatar, Can Act In An Unlimited Way In Continually Injecting Money."** "Tebas, as expected, was quick to point out Manchester City, and PSG's roles in the proposed breakaway, as well

Page 5

as voicing his thoughts on the clubs' respective financial powers. 'It is not normal that a sovereign fund, such as that of Qatar, can act in an unlimited way in continually injecting money. This creates market inflation and allows clubs in debt to compete with others despite significant losses,' said the La Liga chief. 'What PSG and City are doing is economic doping.'" (Adam Booker, ""What They Are Doing is Economic Doping!" - La Liga President Takes Aim at Man City," _FanNation_, 11/17/21)

## Feud With Angel Maria Villar

**Tebas is a longtime critic of former Spanish soccer federation President Angel Maria Villar, accusing him of corruption.**

**Tebas Engaged In A "Feud" With Former Royal Spanish Football Federation President Angel Maria Villar For Several Years.** "Villar has been acting president of European soccer's ruling body since Michel Platini was provisionally suspended in October. He is now expected to run for election as UEFA's permanent leader after Platini resigned when his ban was upheld by the Court of Arbitration for Sport (CAS) on Monday. Tebas has long been a critic of Villar, the RFEF's president since 1988, for his leadership of the organisation." ("La Liga Chief Javier Tebas Renews Feud With Acting UEFA Boss Angel Maria Villar," _EuroSport_, 5/10/16)

**Tebas And Villar Clashed Over Collective Bargaining And Fan Violence.** "Their relationship was further strained last year when Villar supported a planned strike by players against a new law regulating the collective bargaining for the sale of television rights. Tebas lobbied for the new ruling. 'The president of the federation will have my total support to be president of UEFA. It could be very good if Angel Maria Villar would dedicate himself exclusively to Europe and someone else lead Spanish football,' Tebas told reporters on Tuesday. 'Leading Spanish football and UEFA are very different things and Spanish football needs clear reform. If the current president and his companions leave then Spanish football will get the important change it needs to come out of the crisis engulfing it.' The pair also clashed in 2014 over how to solve the problem of violence in Spanish soccer, Tebas criticising Villar's decision to not attend a crisis meeting after a fan was killed before a game between Deportivo La Coruna and Atletico Madrid." ("La Liga Chief Javier Tebas Renews Feud With Acting UEFA Boss Angel Maria Villar," _EuroSport_, 5/10/16)

**Tebas Accused Villar Of Corruption "Related To The Expenses Of Employees And Family Members Of The Association."** "He has also had an ongoing battle with Javier Tebas, the head of the Spanish league, since the latter launched corruption allegations against Villar related to the expenses of employees and family members of the association that were subsequently dismissed." ("Spain's Villar withdraws bid for UEFA top job," _Bangkok Post_, 9/7/16)

**Tebas Also Accused Villar Of Laundering La Liga Funds Through The Referees Budget To Pay Third Parties.** "The sports institutions chaired by Luis Rubiales (RFEF) and Javier Tebas (LaLiga) -appeared as accusations in the case- collide again in the framework of the investigation that for four and a half years has been directed by the Central Court of Instruction 1 of the Hearing National, with former federal president Ángel María Villar as the main defendant. The latest clash has occurred as a result of the lawyers of the Spanish football employers having asked the instructor to summon Victoriano Sánchez Arminio and Raúl Massó to testify as

Page 6

**MEF000096**

witnesses -former president and former secretary of the Technical Committee of Referees (CTA), respectively- on account of the use of the money that LaLiga gave to the RFEF between 2009 and 2016 to pay the referees and defray their travel and accommodation expenses. The employers assure that, 'without their knowledge' or their 'consent,' the Federation allocated part of those funds 'for the benefit of third parties and the RFEF itself' instead of reimbursing the remnants that were generated in said period. Specifically, Tebas defends that at least 5.21 million euros were diverted for purposes other than those planned and wants proceedings to continue to try to clarify these alleged irregularities, which is why he has requested the testimony of Sánchez Arminio and Massó. The petition comes after the five signatories of the arbitration agreement signed on August 20, 2010 appeared in court: Antonio Miguel Mateu Lahoz, Alberto Undiano Mallenco, David Fernández Borbalán, Carlos del Cerro Grande and Juan Carlos Yuste Jiménez." (Antonio Salvador, "The RFEF says that the League wants to 'eternalize' the 'Villar case' for its 'querulant delirium,'" *The Independent*, 1/4/22)

## Other Potential Hits

**Tebas has supported far-right and fascist political groups and politicians, and was labeled a "Nazi" by the former director of Barcelona's football team.**

**In The 1980s, Tebas Supported *Fuerza Nueva*, A Fascist Political Party.** "Tebas was on Spanish radio this week when he was asked about Spain's political changing landscape, and having been a member of the fascist Fuerza Nueva party in the 1980s he was asked his opinion on the surging far-right party of 2019…The 56 year old has a history of making strong political statements, previously discussing his past with Fuerza Nueva and expressing his support for fascist politicians in neighbouring France." (Ed Malyon, "La Liga president Javier Tebas backs far-right Spanish political party Vox, saying 'I will vote for them,'" *Independent*, 1/17/19)

**Tebas Publicly Supports Vox, A Spanish Nationalist Party Accused Of Racism And Xenophobia.** "In recent years, Tebas has become a supporter of Vox , which has earned him a lot of criticism among Spanish football fans. 'I am clear about where I am and it is public: I went many years without voting and since I did it again, I have always done it for Vox ,' he explains. Along these lines, the president of LaLiga defends that he is going to 'continue voting for Vox,' because 'I don't think they have horns or tails , as they say out there.' Tebas also makes a statement in defense of the voters of the party chaired by Santiago Abascal , at a moment of euphoria for the radical formation, after the good results it has achieved in the recent regional elections in Castilla y León , in which it has become in the third force. And where he could enter a government for the first time, if he reaches an agreement for it with the Popular Party. 'I also think that there should be a little more respect for the millions of voters that Vox has. Things are said about us with which, personally, I feel offended:  racists , xenophobes ... When the majority of Vox voters do not We are none of that. If I entered politics, I would enter something similar to Vox , but although you can never say I will not drink this water, it is not my life,' adds the president of the main Spanish football competition in his conversation with this daily." (Sergio R. Vinas, "Tebas acknowledges that he votes for Vox and defends him: 'They have no tails or horns,'" *El Periodico de Aragon*, 2/18/22)

**Tebas Has Opposed Catalonian Independence And Supported Far-Right French Politician Jean-Marie Le Pen.** "Tebas is opposed to Catalan independence from a political point of view,

Page 7

but fracturing La Liga for political reasons would be nearly incomprehensible when the football and monetary side dictate a much more rational solution… Speaking of France, Tebas also had some thoughts on controversial French politician Jean-Marie Le Pen: At times, I feel like we are missing a Spanish version of Le Pen. Above all, because of the national identity of Spain, which is not being properly defended by the parties. Le Pen is a far-right politician in France." (Luis Mazariegos, "La Liga President Javier Tebas: 'Clubs of independent Catalonia cannot play in the league,'" *SB Nation*, 3/1/16)

- **Le Pen Was Accused Of Holocaust Denial, Founded A Society To Sell Nazi Recordings, And Claimed Ebola Could Solve Europe's Immigration Crisis.**
  "Reelected to the National Assembly in 1958, [Le Pen] was defeated in 1962, after which he founded a society that sold recordings of Nazi speeches and German military songs… Le Pen himself was constantly embroiled in political controversy; for example, in the 1960s he was given a two-month suspended prison sentence and fined 10,000 francs for an 'apology of war crimes;' he was found guilty of violating France's law prohibiting Holocaust denial for comments made in the 1980s describing the Holocaust as a mere 'detail' in the history of World War II.. In May 2014 he suggested the Ebola virus as a solution to Europe's immigration issues days before being reelected to the European Parliament as part of the National Front's best national electoral showing in the party's history." ("Jean-Marie Le Pen." Encyclopedia Britannica, Accessed 3/9/22)

**Former Barcelona Director Albert Perrin Called Tebas "A Fascist, Repugnant And A Clear Nazi."** "Albert Perrin, a former director of Barcelona, has lashed out in response to Javier Tebas' comments on the Copa del Rey final in which he said that protests supporting independence at the game must be silenced. The comments have provoked anger from fans and the club have reacted strongly, issuing their own dismissal of the potential deployment of Article 155.Perhaps the harshest of all though, has come from Perrin. 'He's a fascist, repugnant and a clear Nazi,' he said, speaking to LaSexta. 'The holocaust fills him with pride and satisfaction. Tebas isn't joking when he says about Article 155 [of the Spanish constitution]. He says it because it's how he feels. He's a fascist and is acting like one. To him, the Popular Party [Spain's ruling conservative party] are very, very left wing.'" ("Ex-Barcelona director labels LaLiga chief Tebas a 'repugnant, fascist, Nazi'," *Marca*, 4/3/18)

MEF000098

# JÉRÔME VALCKE

Between 2003 and 2015, Jérôme Valcke held multiple positions at FIFA and was connected with numerous scandals and allegations of corruption. Valcke was FIFA Director of Marketing and TV from 2003 until 2006, when FIFA "released" him following a sponsorship negotiation scandal. In 2007 he rejoined FIFA as Secretary General until 2015, when he was suspended after attempting to collude with a marketing firm to resell World Cup tickets for an increased price. He is currently "banned from all football-related activity until mid-2032" following accusations of even more scandals.

In an email leaked in 2011, Valcke stated Qatar had "bought the WC (World Cup)," though he later denied his email implied bribery. Valcke is accused of having an ongoing corrupt relationship with Qatari businessman Nassar Al-Khelaifi. In 2013, Valcke allegedly accepted "inappropriate gifts" from Al-Khelaifi, including "rent-free access" to a villa in Sardinia, in exchange for World Cup broadcasting rights. In 2015, Valcke allegedly met with Al-Khelaifi shortly after FIFA's decision to allow Qatar to host the 2022 World Cup in the winter. After their meeting, Valcke texted Al-Khelaifi, "if you need anything, you know that you can count on me," and later that night Al-Khelaifi gifted him a $45,000 watch.

In a 2020 corruption trial led by Swiss prosecutors, Valcke was charged with "accepting bribes and criminal mismanagement" over his broadcasting deal with Al-Khelaifi and his alleged acceptance of 1.25 million euros from "favored broadcasters in Italy and Greece" in exchange for World Cup broadcasting rights. Judges cleared Valcke of bribery charges, but he received a "suspended prison sentence for forgery" of documents related to the 1.25 million euro payments. Swiss prosecutors appealed the ruling. The appeal trial was set to end on March 10, 2022. As of March 14, 2022, the result of the trial is unclear.

Having been "banned from all football-related activity until mid-2032", Valcke claimed he has "had no income" since 2015 and has more than $11 million in debt. He has claimed several payments accused of being bribes were actually loans from friends to help cover his extensive debt.

## Background

**Jérôme Valcke worked in French television with Canal+ from 1984 to 1997 as CEO of Sport+ from 1997 to 2002, then as COO of Sportfive from 2002 to 2003.**

**Jérôme Valcke Worked For "French TV Channel Canal+ As A Journalist" From 1984 To 1991 Then As The "Deputy Head Of Sport" From 1991 To 1997.** "Jérôme Valcke, until recently the owner and CEO of Paris-based Sportunited, is a French citizen and can boast an impressive track record with a number of companies. Having joined French TV channel Canal+ as a journalist in 1984, he was appointed its deputy head of sport in 1991. In 1997 he moved to Sport+, where he served in the role of CEO until 2002." ("Jérôme Valcke Appointed New Head of Fifa Marketing AG," *Sport Cal*, 6/17/03)

**Valcke Was CEO Of Sport+ From 1997 To 2002, Then COO Of Sportfive From 2002 To 2003.** "In 1997 he moved to Sport+, where he served in the role of CEO until 2002. Since then, he has spent a year as Chief Operating Officer of Sportfive." ("Jérôme Valcke Appointed New Head of Fifa Marketing AG," *Sport Cal*, 6/17/03)

**Valcke worked for FIFA as Director of Marketing and TV from 2003 to 2006, when he was "released" following a sponsorship scandal, then was rehired as secretary general from 2007 to 2015, when he was placed on leave following allegations he profited from a World Cup ticket reselling scheme.**

**Valcke Was FIFA Director Of Marketing And TV From 2003 Until 2006, When He Was "Released" After Being Accused Of Lying To Sponsors Mastercard And Visa.** "He joined Fifa in 2003 as a director of marketing and TV. In 2006, Valcke was released by Fifa after a New York court said he lied in a sponsorship row between Mastercard and Visa." ("Fifa secretary Jerome Valcke suspended," BBC Sport, 9/18/15)

**In 2007, FIFA Rehired Valcke As Secretary General.** "Valcke, whose main duty at FIFA was overseeing organization of the World Cup, denies wrongdoing. The Frenchman was re-hired by as secretary general in 2007 despite being fired the previous year over his role in a sponsorship controversy." ("Jerome Valcke dismissed as FIFA secretary general," *USA Today*, 1/13/16)

**Valcke Was Placed On Leave In September 2015 Following Allegations He "Sought To Profit" From A Failed "2014 World Cup Black Market Ticket Deal."** "Valcke was banished from FIFA in September when he was put on leave within hours of a FIFA ticketing partner alleging that the former television presenter and marketing executive sought to profit from a 2014 World Cup black market ticket deal that later fell through." ("Jerome Valcke dismissed as FIFA secretary general," *USA Today*, 1/13/16)

- **Valcke Was Officially Dismissed In January 2016.** "Jérôme Valcke, a longtime ally to suspended FIFA President Sepp Blatter, has been dismissed from his post as the secretary general of soccer's world governing body. Valcke was initially suspended from his post by FIFA's ethics committee last fall, following allegations that he was involved in a scheme to profit from World Cup ticket sales." (Bill Chappell, "FIFA Fires Blatter Ally From Secretary General Post," *NPR*, 1/13/16)

**NOTE:** *Additional information on Valcke's sponsorship scandal and World Cup ticket scandal can be found in the "Other Corruption And Misconduct Allegations" section of the report.*

## Qatari FIFA Corruption

## Stated Qatar "Bought" The 2022 World Cup

**In an email leaked in 2011, Valcke stated Qatar had 'bought' hosting rights for the 2022 World Cup, though he argued his email referred to lobbying rather than bribery.**

**In An Email Leaked In 2011, Valcke "Suggested Qatar Had 'Bought' The Rights" To Host The 2022 World Cup.** "Qataris reacted angrily to claims the country paid for its right to host the 2022 World Cup tournament, in stark contrast to the massive celebrations seen in Doha's streets after news of their winning bid last December. The controversy erupted after a leaked email from FIFA General Secretary Jerome Valcke suggested Qatar had 'bought' the rights, which he denied on Monday." (Regan E. Doherty, Qataris brush off allegations of buying World Cup rights, *Reuters*, 5/30/11)

- **In The Email, Valcke Questioned Whether Mohamed Bin Hamman, A Candidate From Qatar, Was Running For FIFA President Because "He Thought You Can Buy FIFA As They Bought The WC (World Cup)."** "The email, shown to Reuters by FIFA vice-president Jack Warner, referred to Qatar's Mohamed bin Hammam, who was at that time a candidate to stand against Blatter in the presidential election. 'For MBH, I never understood why he was running,' Warner quoted the email from Valcke as saying. 'If really he thought he had a chance or just being an extreme way to express how much he does not like anymore JSB (Blatter). Or he thought you can buy FIFA as they bought the WC (World Cup).'" ("Qatar accused of buying World Cup rights," *France 24*, 5/30/11)

**Valcke Confirmed He Sent The Email But Denied It Implied Bribery, Claiming He Meant Qatar "Used Its Financial Muscle To Lobby For Support."** "Valcke confirmed he had sent an email to vice-president Jack Warner in which he questioned Qatari Mohamed bin Hammam's decision to stand against Sepp Blatter in the FIFA presidential election, suggesting Qatar had paid for the rights. But Valcke denied suggesting it was bribery, instead saying the country used its financial muscle to lobby for support." (Regan E. Doherty, Qataris brush off allegations of buying World Cup rights, *Reuters*, 5/30/11)

## Accepted "Inappropriate Gifts" From Qatari Broadcaster

**<u>Valcke is accused of a corrupt relationship with Qatari businessman Nassar Al-Khelaifi, allegedly accepting "inappropriate gifts" from Al-Khelaifi in 2013 in exchange for 2026 and 2030 World Cup broadcasting rights.</u>**

**In 2020, Swiss Prosecutors Accused Valcke Of Accepting "Inappropriate Gifts" From Al-Khelaifi, Including "Rent-Free Access To A Luxury Property On The Italian Island Of Sardinia," In Exchange For "Broadcasting Rights" For Events Including The 2026 And 2030 World Cups."** "Later in April, the Swiss judiciary announced Khelaifi and Valcke would be tried in September in a corruption case linked to the attribution of broadcasting rights. Al-Khelaifi is suspected of giving inappropriate gifts to Valcke in order to secure broadcasting rights to prestigious events, including the 2026 and 2030 World Cups. In exchange Valcke, formerly ex-FIFA boss Sepp Blatter's right-hand man, gained, among other things, rent-free access to a luxury property on the Italian island of Sardinia. ("Revelation about $45,000 watch spells trouble for Qatar's Khelaifi," *The Arab Weekly*, 6/15/20)

- **Al-Khelaifi Allegedly Promised Valcke The Villa In October 2013.** "The prosecution alleged that at a meeting in October 2013 at the French headquarters of beIN, Al-Khelaifi promised to buy a villa in Sardinia for five million euros ($6.06 million), granting its exclusive use to Valcke in exchange for support in its bid for the TV rights in North

Africa and the Middle East for the 2026 and 2030 World Cups." ("Swiss prosecutor to appeal against acquittal of PSG president Al-Khelaïfi," *France 24*, 2/16/21)

**The 2020 Ruling Cleared Valcke Of "Accepting Bribes And Aggravated Criminal Mismanagement" Charges, "But Swiss Prosecutors Appealed The Ruling."** "Valcke, 61, who was Secretary-General of the world soccer body from 2007 to 2015, was initially cleared in 2020 of accepting bribes and aggravated criminal mismanagement, but Swiss prosecutors appealed the ruling." ("Former FIFA official Valcke denies bribery charges in Swiss appeals court," *SABC News*, 3/7/22)

- **Judges Cleared Valcke's Criminal Mismanagement Charge Arguing His Deal With Al-Khelaifi "Was Good For FIFA And Its Interests Had Not Been Damaged."** "Valcke was cleared of the criminal mismanagement charge. The three Swiss judges ruled the beIN deal for the 2026 and 2030 tournaments, said to total $480 million, was good for FIFA and its interests had not been damaged." ("Former FIFA chief and PSG president back in court after federal prosecutors appeal verdicts," *ESPN*, 3/7/22)

- **During The Trial, Valcke Was Found Guilty Of A Separate Forgery Charge Related To "The Attribution Of Italian And Greek World Cup TV Rights."** "Al-Khelaifi, the chairman of beIN Media, was cleared of inciting aggravated criminal mismanagement, with Valcke found guilty of a separate charge of forging documents related to the attribution of Italian and Greek World Cup TV rights." ("Al-Khelaifi acquitted, Valcke given suspended sentence in TV rights trial," *France 24*, 10/30/20)

  **NOTE:** *Additional information on Valcke's forgery charge can be found in the "Other Corruption And Misconduct Allegations" section of this report.*

**On March 7th, 2022, During Switzerland's Appeal Trial, Valcke Denied "Bribery Charges" Involving Al-Khelaifi And "World Cup Media Rights."** "Former FIFA Secretary-General Jerome Valcke and Qatari sports and broadcasting executive Nasser Al-Khelaifi denied bribery charges involving World Cup media rights in the appeals court of Switzerland's Federal Criminal Court on Monday." ("Former FIFA official Valcke denies bribery charges in Swiss appeals court," *SABC News*, 3/7/22)

- **The Appeals Trial Was Scheduled To End On Thursday, March 10, 2022.** "The appeals trial is due to last until Thursday." ("Former FIFA official Valcke denies bribery charges in Swiss appeals court," *SABC News*, 3/7/22)

**NOTE:** *As of March 11, 2022, it is unclear whether the appeals trial is still ongoing.*

**<u>In June 2020, European journalists uncovered text messages between Valcke and Al-Khelaifi confirming the two had "secretly met" shortly after FIFA decided the 2022 Qatar World Cup could be held in the winter, and Valcke had accepted a $45,000 watch from Al-Khelaifi.</u>**

**In June 2020, An Investigation By European Journalists Revealed Valcke Had "Secretly Met With Khelaifi" And Accepted His Gift Of A $45,000 Watch In 2015, Shortly After**

Page 4

**FIFA "Controversially" Permitted Qatar To Host The 2022 World Cup In The Winter.** "Between 2013 and 2015, Khelaifi, president of French club Paris Saint Germain (PSG) and chairman of beIN Sports TV network, showed great generosity towards Valcke, according to an investigation by Mediapart and its media partners in the journalistic consortium European Investigative Collaborations. According to the investigative report, Valcke secretly met with Khelaifi shortly after a committee of world football governing body FIFA in February 2015 controversially recommended that the 2022 World Cup in Qatar could be played in the winter. Hours after the meeting, Valcke thanked Khelaifi for a $45,000 watch given to him as a gift, according to revealed text messages." ("Revelation about $45,000 watch spells trouble for Qatar's Khelaifi," *The Arab Weekly*, 6/15/20)

**In Revealed Text Messages, Valcke Told Al-Khelaifi "If You Need Anything, You Know That You Can Count On Me" After Their Meeting In Qatar.** "According to the report, Valcke, who was second-in-command at FIFA at the time, met Khelaifi at the headquarters of the Qatar Tennis Federation a few hours after the decision had been confirmed. Shortly after that meeting, Valcke sent Khelaifi a text message, reading: 'Thank you, Nasser. If you need anything, you know that you can count on me,' according to the Mediapart report. To that text message, Khelaifi responded: 'You're the best.'" ("Revelation about $45,000 watch spells trouble for Qatar's Khelaifi," *The Arab Weekly*, 6/15/20)

**Later That Night, Valcke Received "A Luxury Watch Worth $45,000" And Texted Al-Khelaifi Thanking Him For His "Gift."** "That evening at his hotel, Valcke discovered a luxury watch worth $45,000, as he explained to his wife by SMS. He thanked Khelaifi: 'Thank you, Nasser, for your gift. It is beautiful.'" ("Revelation about $45,000 watch spells trouble for Qatar's Khelaifi," *The Arab Weekly*, 6/15/20)

## Other Corruption And Misconduct Allegations

### <u>Mishandled Sponsorship Negotiations For 2010 And 2014 World Cups</u>

<u>**Valcke was "released" from FIFA in 2006 for mishandling sponsorship negotiations with Visa and MasterCard for the 2010 and 2014 World Cups, costing FIFA $90 million in a settlement case, but FIFA rehired him in 2007 as general secretary.**</u>

**In 2006, Valcke Was "Released" From His Position At FIFA After Violating Mastercard's Negotiation Rights By Negotiating Sponsorship With "Mastercard's Rival Visa."** "When Valcke was Fifa's director of marketing and TV, he was released from the organisation in 2006 over a scandal involving its long-time sponsorship partner Mastercard. He was found to have negotiated with Mastercard's rival Visa in violation of the former company's right of first negotiation, a mistake that cost Fifa $90m (£61.3m) in a settlement." ("Jerome Valcke: Fifa wants nine-year ban for ex-secretary general," *BBC*, 1/6/16)

- **Valcke Was Found To Have Lied To Both To Visa And MasterCard During Sponsorship Negotiations For The 2010 And 2014 World Cups.** "Ten months ago, the Frenchman's career was in tatters at the age of 46. A New York judge had stated that Valcke, then Fifa's marketing director, had lied to two groups – MasterCard and Visa –

bidding for the right to sponsor the 2010 and 2014 World Cups." ("Jérôme Valcke: He scored
the worst-ever own goal. Now he's running football," *The Independent*, 10/28/07)

**FIFA Rehired Valcke As General Secretary "Within Six Days" Of Reaching A $90 Million
Settlement With MasterCard In 2007.** "Less than a month later, on 21 June, Fifa and
MasterCard reached agreement to terminate legal proceedings at a cost to Fifa of $90m (£45m),
including settlement of a separate marketing dispute. Within six days of that, Valcke was back –
this time as general secretary." ("Jérôme Valcke: He scored the worst-ever own goal. Now he's running
football," *The Independent*, 10/28/07)

## Involved In South African Bribe To Host 2010 World Cup

**In 2008, the US Justice Department accused Valcke of authorizing a $10 million payment
from the South African Football Association to two FIFA members as part of a bribe for
their votes for South Africa as the 2010 World Cup hosts.**

**In 2015, The US Justice Department Accused Valcke Of Authorizing A $10 Million
Payment To FIFA Members As Part Of A 2008 Bribe For Their Votes To Support South
Africa As The 2010 World Cup Hosts.** "A US justice department indictment of 18 people
charged last week over football-related corruption says in 2008 that $10m was paid to the former
Fifa members Jack Warner and Chuck Blazer from Fifa's Swiss bank account to an American
account controlled by Warner. The New York Times has reported that federal authorities believe
it was the F secretary general, Jérôme Valcke, who caused the payment to be made. He has
denied that to the newspaper and Fifa says it was Grondona who authorised the payments. Fifa's
head of media, Delia Fischer, told the Press Association via email: 'USD 10m was authorised by
the then chairman of the Finance Committee and executed in accordance with the Organisation
Regulations. Payments of this level require the approval of the Fifa Finance Committee.' It is not
known whether Blatter would also have had to sign off such a large sum. The US indictment says
the bribe was in return for Warner and Blazer voting for the 2010 World Cup to be played in
South Africa." ("Fifa claim Julio Grondona authorised $10m payments to Jack Warner and Chuck Blazer," *The
Guardian*, 6/2/15)

**FIFA Denied Valcke's Involvement In The Bribe, But A Letter "Obtained By The Press
Association" Purportedly Showed Valcke "Was Aware Of" Payment Details.** "Just an hour
after Fifa had released a statement denying that Valcke authorised the transfer of $10m to a Bank
of America account linked to Warner, a letter from the South African Football Association was
obtained by the Press Association that was addressed to the longstanding Fifa secretary general.
It showed he was aware of it and contained detailed instructions for payment." (Owen Gibson,
"Fifa's secretary general Jérôme Valcke under new pressure over $10m 'bribe'," *The Guardian*, 6/2/15)

## Committed Numerous Financial Misconduct Violations

**In 2015 and 2016, FIFA found Valcke guilty of numerous misconduct violations, including
colluding with a marketing firm to resell World Cup tickets for profit, misusing FIFA
funds for personal expenses, and interfering with investigations, leading to a 12 year ban
"from all football-related activity" and a fine.**

MEF000104

**In 2015, Valcke Was Accused Of "A Scheme To Sell World Cup Tickets Above Face Value And Share In The Profits."** "Fifa, in turmoil since a series of dramatic arrests in May and subsequent US corruption charges, said in a statement that Valcke had been put on leave after being implicated in a scheme to sell World Cup tickets above face value and share in the profits. He has denied the allegations through his lawyers." (Owen Gibson, "Fifa's Jérôme Valcke released from duties over World Cup ticket claims," *The Guardian*, 9/17/15)

- **Valcke Was Accused Of Attempting To Help JB Sports Marketing Resell World Cup Tickets For A Higher Price In Exchange For Half Of The Ticket Profits, Though The Deal Was Ultimately Unsuccessful.** "The allegations have been made by Benny Alon a consultant for JB Sports Marketing which signed a contract with Fifa to buy 8,750 tickets to sell on for corporate hospitality. Heinz Schild is director and lawyer of JB Sports Marketing (JBSM) and disclosed what happened: 'At a meeting Jérôme Valcke confirmed he would choose 12 attractive matches for us. In return we made an agreement with him that he should get 50 percent of the ticket sales.' Alon claims that a deal to provide tickets should never have been made as Fifa had already sold them to a rival. Heinz Schild continues: 'The tickets were not provided because there was obviously an internal problem at Fifa concerning the ticket allocation. Presumably the tickets were provided to another exclusive provider, Match Hospitality. Thus we never go the tickets and the deal fell through.'" ("Fifa's Valcke suspended over alleged World Cup ticket scam," *Euronews*, 9/18/15)

**During A Subsequent Investigation, FIFA Found Valcke Guilty Of Numerous Other Acts Of Misconduct, Including "Abuse Of The FIFA Travel Expenses Policies And Regulations, Cases Involving Related-Parties Issues And The Sale Of TV And Other Media Rights, And The Destruction Of Evidence."** "The investigation against Mr Valcke was conducted by Dr Cornel Borbély, chairman of the investigatory chamber of the Ethics Committee, following allegations of potential misconduct related to the sale of tickets for FIFA World Cups™. During the course of the investigations, several other acts of potential misconduct arose, in particular abuse of the FIFA travel expenses policies and regulations, cases involving related-parties issues and the sale of TV and other media rights, and the destruction of evidence." ("Independent Ethics Committee bans Jérôme Valcke, FIFA, 2/12/16)

- **Valcke Encouraged A Sports Marketing Firm To Gain An "Undue Advantage From The Selling Of World Cup Tickets" And "Breach An Agreement" With FIFA.** "Amongst other things, the adjudicatory chamber found that a sports marketing firm had gained an undue advantage from the selling of World Cup tickets. In this respect, not only did Mr Valcke do nothing to stop these activities, he even encouraged the persons responsible to do so. Furthermore, Mr Valcke repeatedly encouraged them to breach an agreement concluded between FIFA and the sports marketing firm." ("Independent Ethics Committee bans Jérôme Valcke, FIFA, 2/12/16)

- **Valcke Used FIFA Funds On Unnecessary Personal Travel Expenses.** "By travelling at Fifa's expense purely for sightseeing reasons, as well as repeatedly choosing private flights for his trips over commercial flights without any business rationale for doing so, Mr Valcke gained an advantage for himself and relatives. In doing so, Mr Valcke acted

against Fifa's best interests and caused considerable financial damage to Fifa." ("Independent Ethics Committee bans Jérôme Valcke, FIFA, 2/12/16)

- **Valcke Attempted To Sell The 2018 And 2022 World Cup TV And Media Rights At A Price "Far Below Their Actual Market Value."** "Concerning the issue of TV and media rights for the Caribbean, it was found that Mr Valcke attempted to grant the TV and media rights for the 2018 and 2022 World Cups to a third party for a fee far below their actual market value and had taken concrete preparatory action in this regard." ("Independent Ethics Committee bans Jérôme Valcke, FIFA, 2/12/16)

- **Valcke "Deliberately" Interfered With FIFA's Investigation "By Attempting To Delete Or Deleting Several Files And Folders."** "Furthermore, it was found that Mr Valcke deliberately tried to obstruct the ongoing proceedings against him by attempting to delete or deleting several files and folders relevant to the investigation, despite being aware of his duty to preserve all data and to collaborate in order to establish the facts of the case." ("Independent Ethics Committee bans Jérôme Valcke, FIFA, 2/12/16)

**In February 2016, Following The Investigation, FIFA Banned Valcke "From All Football-Related Activity For 12 Years" And Fined Him 100,000 Swiss Francs.** "Fifa has banned its former secretary-general Jerome Valcke from all football-related activity for 12 years. The governing body's independent ethics committee also fined the 55-year-old 100,000 Swiss francs (£70,800) after it investigated allegations of misconduct relating to sales of World Cup tickets." ("Fifa: Ex-general secretary Jerome Valcke banned for 12 years," *BBC Sport*, 2/12/16)

## Accepted Bribes For World Cup Broadcasting Rights

**In 2020, Valcke was charged with accepting 1.25 million euros in bribes to grant his "favored broadcasters in Italy and Greece" World Cup broadcasting rights, and although he was cleared of bribery charges, he received a "suspended prison sentence for forgery" of documents related to the payments.**

**In A 2020 Trial, Valcke Was Accused Of Accepting 1.25 Million Euros In Bribes To Help "Favored Broadcasters In Italy And Greece" Obtain World Cup Rights And "Falsifying Documents" Related To The Bribes.** "Prosecutors say Valcke took three kickbacks totaling 1.25 million euros ($1.48 million) to steer World Cup rights toward favored broadcasters in Italy and Greece. He is also charged with falsifying documents by booking the payments to his private company as loans." ("Al-Khelaifi, Valcke in Swiss court for FIFA corruption trial," *AP News*, 9/14/20)

**Valcke Was Cleared Of Bribery And Mismanagement Charges, But Received A "Suspended Prison Sentence For Forgery."** "Valcke, currently serving a 10-year ban from football, also stood accused of receiving kickbacks totalling 1.25 million euros from Deris, in three payments from Liechtenstein, to influence the awarding of media rights for Italy and Greece for World Cups and other tournaments between 2018 and 2030. He was cleared of the most serious charges of accepting bribes and aggravated criminal mismanagement but was handed a suspended prison sentence for forgery." ("Al-Khelaifi acquitted, Valcke given suspended sentence in TV rights trial," *France 24*, 10/30/20)

Page 8

- **Valcke's Suspended Sentence Lasted 120 Days, And He Was Also Required To Pay FIFA 1.75 Million Euros "In Restitution."** "Valcke was acquitted of accepting bribes and criminal mismanagement during his FIFA tenure from 2007-15 and given a 120-day suspended sentence as well as an order to pay FIFA €1.75 million in restitution." (Jonathan Johnson, "Nasser Al-Khelaifi 'vindicated' by corruption case acquittal as ex-FIFA official Jerome Valcke is convicted," *CBS Sports*, 10/30/20)

## Claims Of Extensive Financial Difficulties

**Valcke is "banned from all football-related activity until mid-2032" and recently claimed he has "had no income" since 2015, stating several past payments accused of being bribes were actually loans from friends to help cover more than $11 million in personal debt.**

**In March 2022, Valcke Complained "His Professional And Financial Situation Had Deteriorated Since 2015 As He Had No Income" And Has Been "Banned From All Football-Related Activity Until Mid-2032."** "Valcke, who has been banned from all football-related activity until mid-2032 by FIFA's ethics committee, said his professional and financial situation had deteriorated since 2015 as he had no income." ("Former FIFA official Valcke denies bribery charges in Swiss appeals court," *SABC News*, 3/7/22)

**During Valcke's 2020 Trial, He Claimed A Payment From A Greek Businessman Was Not A Bribe, But Rather A Loan To Help Cover His Personal Debt Of More Than $11 Million.** "Earlier on Wednesday, Valcke told the court a 500,000-euro ($593,000) payment that he was accused of accepting as a bribe from the Greek businessman was actually a loan. Valcke said he needed help to cover more than 10 million Swiss francs ($11 million) in personal debt." (Hugo Miller, "FIFA's Former No. 2 Caught Up in Scandal Had $11 Million Debt," *Bloomberg Quint*, 9/16/20)

- **Valcke Claimed These Debts Came From Purchasing Two Homes And A Boat.** "Valcke told the court his debts stemmed from the purchase of two homes in Switzerland worth 7 million francs as well as a 34-meter (112-foot) boat valued at more than 2 million francs." (Hugo Miller, "FIFA's Former No. 2 Caught Up in Scandal Had $11 Million Debt," *Bloomberg Quint*, 9/16/20)

**During Valcke's 2022 Appeal Trial, Valcke Argued Al-Khelaifi Had Helped Him "As A Friend" Because Of Valcke's Financial Difficulties, Not To Gain World Cup Media Rights.** "Valcke said he had asked Al-Khelaifi to help him as a friend back in 2013 because he was facing difficulties financing the purchase of the villa and of a new boat. 'I am not proud of it, I would have had fewer problems if I'd been reasonable,' Valcke said. 'I turned to Nasser because I knew him. That was Jerome talking to Nasser and not the FIFA secretary-general to the president of beIN Sports.' He said his request was not related to negotiations going on at the same time for World Cup media rights, adding the contract signed between beIN Sports and FIFA, also a party in the case, was financially very attractive for the world soccer body.'" ("Former FIFA official Valcke denies bribery charges in Swiss appeals court," *SABC News*, 3/7/22)

Page 9

# JUNJI OGURA

Junji Ogura has been a leader in the Japan Football Association since 1981 and took over as chairman from 2010 to 2012. He was appointed to FIFA's executive committee in 2002.

Ogura led Japan's World Cup bid in 2022 but voted for Qatar after Japan was eliminated. Qatari official Mohammed Bin Hammam convinced Ogura to support Qatar in the name of Asian solidarity after hosting the Japanese leader at a lavish dinner paid for by the Asian Football Confederation.

Despite his vote for Qatar, Ogura has been outspoken in his criticism of FIFA corruption and is considered to have a "clean reputation." He later demanded Bin Hammam's ouster from the AFC and called for a full investigation into the 2022 World Cup bid process.

Ogura oversaw the 2002 World Cup bidding process that awarded the event to Japan as a co-host. Japanese officials were later accused of bribing South American soccer associations to secure votes for their World Cup bid, though Ogura denies the claims.

## Background

**Junji Ogura has been a leader in the Japan Football Association (JFA) since 1981 and took over as chairman from 2010 to 2012; he was appointed to FIFA's executive committee in 2002.**

**Junji Ogura Joined The International Committee Of The Japan Football Association (JFA) In 1981.** "After graduating from Waseda University in 1962, joins Furukawa Electric Company. While seeing trainings of the company's football club, starts to help the club operation. For five years from 1981, takes role of London resident office head and actively works as an international committee of the Japan Football Association. After returning home, appointed as the management planning section head and serves as the football club captain. In 1998, strength of professionalization gathers and promotes to professionalize Japanese football as the chairman of the 2nd Activation Committee." (OGURA Junji, Japan Football Association, Accessed 3/10/22)

**Ogura Became Chairman Of JFA In 2010.** "In 2010 appointed as JFA chairman, leads Japanese football to be active on the international stage, including Nadeshiko Japan team to win the title of FIFA Women's World Cup in Germany, and to be the last 16 at FIFA World Cup in South Africa. In 2012, he brings FIFA U-20 Women's World Cup to a success conclusion as chairman of its Japanese organizational committee.Appointed as Chairman of the Japan Futsal Federation in 2012." (OGURA Junji, Japan Football Association, Accessed 3/10/22)

**After Stepping Down As Chairman In 2012, Ogura Was Briefly Appointed "Honorary President" Of JFA And Later Took The Role Of "Supreme Advisor."** "Ogura, 79, stepped down as Japan Football Association President in 2012. He became the body's Honorary

President and then supreme advisor." (David Owen, "Only one of the 22 men who voted last time FIFA chose a World Cup host remains on the football body's rebranded Council," *Inside The Games*, 6/10/18)

**Ogura oversaw the bidding process for the 2002 World Cup and led Japan's bid in 2022.**

**In 1991, Ogura Served As JFA Executive Committee Member And Director-General of the Secretariat of the 2002 FIFA World Cup Bidding Committee, Overseeing The Bidding Process For The 2002 World Cup.** "Appointed as Special-Appointment Director of Japan Football Association (JFA) in 1990, leveraging his London experience to actively serve as Chairman of the JFA International Committee. Appointed as JFA Executive Committee Member in 1991, pulling efforts to invite the 2002 FIFA World Cup as the Director-General of the Secretariat of the 2002 FIFA World Cup Bidding Committee." (OGURA Junji, *Japan Football Association*, Accessed 3/10/22)

- **The 2002 World Cup Was Awarded To Japan And South Korea.** "Japan and South Korea were selected today to co-host soccer's 2002 World Cup, marking the first time two countries will share the event. FIFA president Joao Havelange said the executive committee of soccer's world governing body had unanimously agreed the proposal at a meeting in Zurich. The dramatic turnaround came after Japan's soccer federation, which had bitterly resisted co-hosting, wrote to Havelange saying that it was now ready to join its once bitter rival in organizing the prestigious tournament. Both sides indicated they had agreed to the proposal. Japan, widely regarded as favorite to host the prestigious tournament, had previously resisted the suggestion. South Korea was more sympathetic to the idea." ("Japan, Korea To Co-Host World Cup 2002." *Associated Press*, 5/31/96)

**Ogura Served On FIFA's Executive Committee From 2002 To 2011.** "But Ogura, who was on the FIFA executive committee from 2002 to 2011 when bin Hammam was on board, understands that most members of the current executive committee do not think the stories are necessarily a bad thing if they reveal what actually occurred behind the scenes — and under the table." ("Ogura calls for truth over World Cup bribery allegations," *Japan Times*, 6/11/14)

**Ogura Led Japan's Bid To Host The 2022 World Cup.** "Japan's new soccer supremo Junji Ogura will head the country's bid to host the 2022 World Cup, the Japan Football Association (JFA) said on Monday. The 71-year-old was named the JFA's new president on Sunday after his predecessor Motoaki Inukai stepped down after a two-year term citing health reasons. The JFA told Reuters that FIFA executive committee member Ogura will take charge of Japan's bidding process for the 2022 World Cup." ("New JFA boss Ogura to head 2022 World Cup bid," *Reuters*, 7/26/10)

**As Executive Committee Member Of The Asian Football Confederation (AFC), Ogura Oversaw The 2012 FIFA Club World Cup In Japan.** "Appointed as Executive Committee Member of Asia Football Confederation (AFC). Brings the 2012 FIFA World Cup to a successful conclusion as deputy Secretaries-General of the Japan Organizational committee chairman. Due to highly-acclaimed those achievement and his activities at AFC activities, appointed as the third Japanese FIFA director. For nine years, Ogura acts as intermediary of associations throughout the world including JFA and FIFA to promote to internationalize Japanese football." (OGURA Junji, *Japan Football Association*, Accessed 3/10/22)

Page 2

## Relationship To Qatari FIFA Corruption

### 2022 World Cup Vote For Qatar

**Qatari official Mohammed Bin Hammam successfully sought Ogura's vote for Qatar's 2022 World Cup bid and hosted Ogura at a lavish dinner paid for by the Asian Football Confederation (AFC).**

**Qatari FIFA Vice President Mohammed Bin Hammam Was At The Center Of Bribery Allegations Surrounding Qatar's 2022 World Cup Bid.** "The banning of Mr. Bin Hammam has sparked a flurry of official and unofficial investigations related to the Qatari's alleged bribery as well as to the controversial awarding of the 2022 World Cup to his native Qatar…The allegations against Mr. Bin Hammam, who was closely associated with Qatar's World Cup bid, have much to FIFA's chagrin, sparked calls for a widening of the investigation to include Mr. Bin Hammam's role in the Gulf state's campaign as well as various private investigations by parties opposed to it hosting the world's largest sports event." (James M. Dorsey, "Qatar's Bin Hammam, banned for life, faces Asian humiliation," *Al Arabiya News*, 7/27/11)

**Bin Hammam Approached Ogura During The Bid Vote, Seeking His Support As An "Asian Comrade."** (Heidi Blake and Jonathan Calvert, *The Ugly Game: The Qatari Plot to Buy the World Cup*, Simon & Schuster, 2015, pg. 46)



**Bin Hammam Hosted Ogura At A Lavish Dinner Paid For By The AFC To Finalize Their Voting Pact.** (Heidi Blake and Jonathan Calvert, *The Ugly Game: The Qatari Plot to Buy the World Cup*, Simon & Schuster, 2015, pg. 46)

Page 3

> Chung and Bin Hammam kept talking behind the scenes after
> their meeting in Seoul and by the time of the South African
> World Cup, the Qatari was ready to bring Ogura into the circle
> of trust. It fell to Chung to set up a meeting in Johannesburg.
> The South Korean emailed Ogura, Bin Hammam and Makudi,
> inviting them to a summit over a lavish meal at the Michelangelo
> Hotel. Bin Hammam would later bill the AFC $3,482 for a
> 'dinner with Exco members'.

**Ogura Voted For Qatar's 2022 World Cup Bid After Japan's Was Eliminated.** "Other voters for Qatar included Chung Mong-joon of South Korea, whom Bin Hammam later helped secure honorary FIFA vice-presidency, and Junji Ogura of Japan, seen as squeaky clean, who voted for Qatar after Japan dropped out. Bin Hammam voted for Qatar and the 14th vote is understood to have come from either Senes Erzik of Turkey, whose PM is a close friend of the Qatar royals, or Hany Abo Rida of Egypt, paid to join Bin Hammam on campaigning trips." (Nick Harris, "Qatar paid £17.17billion to host the 2022 World Cup finals, and new research shows where all that money went," *Daily Mail*, 4/25/15)

## Criticism Of Corruption

<u>**Ogura has been outspoken in his criticism of FIFA corruption, demanding Bin Hammam's ouster from the AFC and calling for a full investigation into the 2022 World Cup bid process.**</u>

**When Bin Hammam Was Banned From Soccer For Life On Bribery Charges, Ogura Called For His Ouster From The Asian Football Confederation.** "Disgraced FIFA vice president and head of the Asian Football Confederation (AFC) Mohammed Bin Hammam is setting himself up for a second humiliating defeat in less than a week by refusing to resign his posts. Six days after the world soccer body's ethics committee banned Mr. Bin Hammam for life from involvement in soccer on charges of bribery, the Qatari national is refusing to step down as head of the AFC days before the organization's executive committee meets on Friday in the Malaysian capital of Kuala Lumpur to discuss the issue. In response, Japan Football Association president Junji Ogura has called for Mr. Bin Hammam's ousting. Mr. Bin Hammam, a 62-year old Qatari national, 'has been banned for life so I think an election needs to be held,' The Associated Press quoted Mr. Ogura as saying." (James M. Dorsey, "Qatar's Bin Hammam, banned for life, faces Asian humiliation," *Al Arabiya News*, 7/27/11)

**In 2010, Ogura Publicly Admitted That FIFA Ignored England's Bid For The 2018 World Cup Due To English Media Investigations Into Corruption And Bribery At FIFA.** "Over the weekend, Japan's representative, Junji Ogura, said publicly what most people suspected. There was a backlash after British news media investigations into alleged corruption and bribery in the voting." (Rob Hughes, "Russia's World Cup Lesson: Keep Politics Quiet," *New York Times*, 12/7/10)

**In 2014, Ogura Supported Investigations Into The 2022 World Cup Bidding Process, Claiming Other Members Of FIFA's Executive Committee Wanted To Know The Truth.** "A good majority of FIFA's executive committee wants the truth to come out about bribery

allegations against Qatar despite president Sepp Blatter's attempt to dismiss them as racist and discriminatory, former vice president Junji Ogura said Tuesday… But Ogura, who was on the FIFA executive committee from 2002 to 2011 when bin Hammam was on board, understands that most members of the current executive committee do not think the stories are necessarily a bad thing if they reveal what actually occurred behind the scenes — and under the table… 'There are a lot of people in the executive committee who feel that way, and it's why things are being investigated,' Ogura, the Japan Football Association's honorary president, told Kyodo News. 'Maybe we feel that way because Japan don't operate like that. We're entitled to find out what really went on because it's what's right. We want to host the World Cup again by 2050 — on our own this time — and if we find out what really went on, we'll know what bidding procedures are acceptable and what's not. "f it's made clear what is allowed and what isn't allowed, then people will stop doing these things. Everything ought to come to light — in black and white.'" ("Ogura calls for truth over World Cup bribery allegations," *Japan Times*, 6/11/14)

**Ogura is generally considered to have a "clean reputation" despite his vote for Qatar.**

**Despite Voting For Qatar's 2022 World Cup Bid After Japan's Was Eliminated, Ogura Is "Seen As Squeaky Clean" According To The *Daily Mail*.** "Other voters for Qatar included Chung Mong-joon of South Korea, whom Bin Hammam later helped secure honorary FIFA vice-presidency, and Junji Ogura of Japan, seen as squeaky clean, who voted for Qatar after Japan dropped out. Bin Hammam voted for Qatar and the 14th vote is understood to have come from either Senes Erzik of Turkey, whose PM is a close friend of the Qatar royals, or Hany Abo Rida of Egypt, paid to join Bin Hammam on campaigning trips." (Nick Harris, "Qatar paid £17.17billion to host the 2022 World Cup finals, and new research shows where all that money went," *Daily Mail*, 4/25/15)

**According To *Sports Illustrated*, Ogura Retired From FIFA In 2011 "With A Clean Reputation."** "Supporter of the failed Japan bid for 2022 who left FIFA with a clean reputation after reaching Asian age limit of 70." ("5 years later, FIFA still reeling from World Cup votes," *Sports Illustrated*, 12/2/15)

## Other Corruption Allegations

## 2002 Bribery Allegations

**Ogura oversaw the 2002 World Cup bidding process that awarded the event to Japan as a co-host; Japanese officials were later accused of bribing South American soccer associations to secure votes for their World Cup bid.**

**In 1991, Ogura Served As Director-General of the Secretariat of the 2002 FIFA World Cup Bidding Committee, Overseeing The Bidding Process For The 2002 World Cup.** "Appointed as Special-Appointment Director of Japan Football Association (JFA) in 1990, leveraging his London experience to actively serve as Chairman of the JFA International Committee. Appointed as JFA Executive Committee Member in 1991, pulling efforts to invite the 2002 FIFA World Cup as the Director-General of the Secretariat of the 2002 FIFA World Cup Bidding Committee." (OGURA Junji, *Japan Football Association*, Accessed 3/10/22)

Page 5

- **The 2002 World Cup Was Awarded To Japan And South Korea.** "Japan and South Korea were selected today to co-host soccer's 2002 World Cup, marking the first time two countries will share the event. FIFA president Joao Havelange said the executive committee of soccer's world governing body had unanimously agreed the proposal at a meeting in Zurich. The dramatic turnaround came after Japan's soccer federation, which had bitterly resisted co-hosting, wrote to Havelange saying that it was now ready to join its once bitter rival in organizing the prestigious tournament. Both sides indicated they had agreed to the proposal. Japan, widely regarded as favorite to host the prestigious tournament, had previously resisted the suggestion. South Korea was more sympathetic to the idea." ("Japan, Korea To Co-Host World Cup 2002," _Associated Press_, 5/31/96)

**In 2015, Allegations Surfaced That Japanese Officials Paid $1.5 Million To Several South American Soccer Associations To Secure Support For Its Successful 2002 World Cup Bid.** "Senior Japanese football officials have denied claims that they paid $1.5m to South American associations in return for support of its co-hosting of the 2002 World Cup with South Korea. The allegations, published over the weekend by the Spanish sports daily Diario As as part of a detailed interview with a Conmebol source who had worked there for 15 years, meant that corruption allegations of some sort had been levelled at every World Cup since 1998 and up to the Qatar 2022 tournament in the three weeks since US investigators alleged a 'World Cup of fraud' at the top of football." (Owen Gibson, "Japanese deny alleged $1.5m payment for 2002 World Cup support," _The Guardian_, 6/22/15)

**Ogura Dismissed The Allegations As "Impossible."** "'It's impossible,' the JFA honorary president, Junji Ogura, told the Japanese newspaper the Asahi Shimbun of the report. The source, who also gave a detailed breakdown of how the former Conmebol president Nicolás Leoz allegedly moved money from Conmebol accounts to private ones, told the Spanish paper that the then JFA honorary president, Ken Naganuma, sent the money in 2000. He has since died. Japan and South Korea were chosen in 1996 as joint hosts of the 2002 event after fierce competition between the two nations. Ogura said any such payment in 2000 would have been impossible since Japan had won the event four years earlier. 'Besides, we don't have such a sum of money,' he added." (Owen Gibson, "Japanese deny alleged $1.5m payment for 2002 World Cup support," _The Guardian_, 6/22/15)

# MARIOS LEFKARITIS

Marios Lefkaritis is a director and major shareholder of Petrolina, the "biggest petroleum company" in Cyprus, and a director of Minerva Insurance Company. As of March 10, 2022, both companies are worth more than $116 million. Starting in 1991, Lefkaritis was the president of the Cyprus Football Association (CFA) for a decade, and has been the honorary president of CFA until as recently as 2017. From 1996 to 2017, Lefkaritis was a member of the Union of European Football Associations, and from 2007 to 2017 he was a member of the FIFA Executive Committee.

In December 2010, the FIFA Executive Committee, with Lefkaritis support, voted to grant Qatar the 2022 World Cup. In June 2017, FIFA released a report evaluating allegations of corruption surrounding the vote, which noted Lefkaritis had been accused of profiting on a September 2011 land deal in Cyprus with Qatar and developing a close relationship between his company Petrolina and Qatar. In response, Lefkaritis contended his family sold its share of the land purchased by Qatar prior to the "World Cup bidding process." Lefkaritis also argued Petrolina has "absolutely no relationship... with Qatar." Ultimately, due to a lack of "documentary evidence contradicting" Lefkaritis, FIFA concluded there was "no basis for further inquiry" into the allegations.

The Lefkaritis family has also been accused of attempting to cover up atrocious crimes committed by Lefkaritis' nephew, Akis Lefkaritis. In June 2014, Akis was "sentenced to 12 years in prison" for sexually exploiting underage girls. In February 2016, Romanian media reported former football officials close to Marios alleged the Lefkaritis family used its substantial "influence in Cyprus" to help Akis "[evade] justice for some time" before his conviction.

## Background

**Since 1971, Lefkaritis has been a director of "the Lefkaritis group of companies" and Petrolina, Cyprus' "biggest petroleum company," and he is also the director of Minerva Insurance Company.**

**Since 1971, Marios Lefkaritis Has Been "Major Shareholder And Director Of The Lefkaritis Group Of Companies," And Petrolina.** ("LEFKARITIS Marios – Cyprus," _Fédération Internationale de Football Association_. Archived 5/12/15)

> Professional career
> Since 1971, major shareholder and Director of the Lefkaritis group of companies and Petrolina Ltd

- **Petrolina Is The "Biggest Petroleum Company" In Cyprus And Is "Owned By The Lefkaritis Family."** "ELPE (Hellenic Petroleum) is close to acquiring a 32 percent stake in an LPG facility being developed in Cyprus' Vasiliko area by the Petrolina group, the country's biggest petroleum company, owned by the Lefkaritis family." ("ELPE close to acquiring 32% stake in Cyprus LPG facility," _ENERGYPRESS_, 6/2/21)

**Lefkaritis Is Also A Director Of Minerva Insurance Company.** "Mr. Marios Leukaritis serves as a Director at Petrolina (Holdings) Public Ltd. and Minerva Insurance Company Public Ltd. Mr. Leukaritis served as Director of Petrolina Ltd and Petrolina holding (Public) ltd since 1971." ("Marios Leukaritis," _Bloomberg_, 3/6/18)

- **Minerva Insurance Company Offers "Life, Automobile, Casualty, Transportation, And Aviation Insurance" In Cyprus.** "Minerva Insurance Company Public Limited offers insurance and reinsurance services in Cyprus. The Company offers life, automobile, casualty, transportation, and aviation insurance. Through subsidiaries, Minerva offers lease financing and invests in securities and property." ("Minerva Insurance Co Public Ltd," _Bloomberg_, Accessed 3/10/22)

**<u>Starting in 1991, Lefkaritis was president of the Cyprus Football Association (CFA) for a decade and has been CDA's honorary president until at least February 2017.</u>**

**In 1985, Lefkaritis Became A Member Of The Cyprus Football Association (CFA), In 1991 He Became The CFA's President "For A Decade," Until He Became CFA's Honorary President.** "Admitted to the board of the Cyprus Football Association (CFA) in 1985, he served as the organisation's president for a decade from 1991, before becoming honorary president." ("Marios N Lefkaritis," <u>Union of European Football Associations</u>, 1/8/10)

**As Of February 2017, Lefkaritis Was Still Honorary President Of CFA.** "It is also being suggested that Lefkaritis, who is now honorary president of the Cyprus FA after a decade of running his federation, does not meet the eligibility criteria laid out by Ceferin who clarified last week that exco members must in future hold one of four specific positions in their national association: president, vice-president, general secretary or CEO." (Andrew Warshaw, "Exclusive: UEFA rules loophole leaves door open to an age-old issue," _Inside World Football_, 2/16/17)

**<u>In August 2002, Lefkaritis became honorary president of Romanian football club Farul Constanta, and as of February 2016 Lefkaritis was still honorary president of the club.</u>**

**In August 2002, Lefkaritis Became Honorary President Of Romanian Football Club Farul Constanța.** "Marios Lefkaritis has become the new honorary president of Romania's FC Farul Constanta." ("UEFA man takes Farul role," <u>Union of European Football Associations</u>, 8/6/02)

**As Of February 2016, Lefkaritis Was Still Honorary President Of Farul Constanța.** "Farul is on the brink of bankruptcy despite the fact that UEFA vice-president and treasurer Marios Lefkaritis is honorary head of the club. 'Yes, Mr. Lefkaritis is still our Honorary President. Why should we change this thing?' Farul owner Giani Nedelcu told ProSport." (Costin Ștucan, "Marios Lefkaritis – The Kingpin of the Zahavi Empire," _Futbolgrad_, 2/28/16)

**<u>From 1996 to 2017, Lefkaritis was a member of the Union of European Football Associations (UEFA) Executive Committee, choosing not to run for reelection in 2017.</u>**

**In 1996, Lefkaritis Became A Member Of The Union Of European Football Associations (UEFA) Executive Committee.** ("Marios N Lefkaritis," <u>Union of European Football Associations</u>, 1/8/10)

Executive Committee member since: 1996

**In 2017, Lefkaritis Was Replaced On The UEFA Executive Committee After Choosing Not To Run For Reelection.** "UEFA executive committee member Marios Lefkaritis of Cyprus is to exit international football politics. The European governing body says the 70-year-old Lefkaritis has withdrawn as a candidate in an April 5 election to retain his seat on the committee. UEFA gave no reason." (*Associated Press*, "Marios Lefkaritis withdraws from UEFA executive committee election," *ESPN*, 3/16/17)

**From 2007 to 2017, Lefkaritis was a member of the FIFA Executive Committee until "stepp[ing] down from" his position.**

**In 2007, Lefkaritis Became A Member Of The FIFA Executive Committee.** "He became a European member of the FIFA Executive Committee and a UEFA vice-president in 2007." ("Marios N Lefkaritis," Union of European Football Associations, 1/8/10)

**In 2017, Lefkaritis "Stepped Down From" The FIFA Executive Committee.** "The 71-year-old Cypriot stepped down from both the FIFA Council and UEFA's Executive Committee in 2017." (David Owne, "Only one of the 22 men who voted last time FIFA chose a World Cup host remains on the football body's rebranded Council," *Inside the Games*, 6/10/18)

## Relationship To Qatari FIFA Corruption

**Accused Of Benefitting From Financial Relationships With Qatar**

**In December 2010, as part of the FIFA Executive Committee, Lefkaritis voted for Qatar to receive the 2022 World Cup, though allegations of corruption surrounding the vote forced FIFA to release in June 2017 a report recommending "investigation and action against several senior members" of the Executive Committee.**

**In December 2010, The FIFA Executive Committee Voted To Grant Qatar The 2022 World Cup.** "Five years ago today, Fifa's executive committee voted for Russia to host the 2018 World Cup and Qatar to host the 2022 tournament." (Martyn Ziegler, "Fifa executive committee: Where are the 22 men who voted for Russia and Qatar to host the World Cup now?," *The Independent*, 12/2/15)

- **Lefkaritis Voted For Qatar To Receive The 2022 World Cup.** "Lefkaritis was one of 22 ExCo members who voted in December 2010 on the locations of the 2018 and 2022 tournaments, and voted for Qatar for 2022." (Nick Harris, "World Cup corruption probe turns spotlight on land deal in Cyprus," *Daily Mail*, 10/5/13)

**In June 2017, FIFA Released Its Full Report On "The 2010 Voting Process," Which "Did Not Recommend That The Vote Be Annulled" But "Did Find Evidence Of Serious Alleged Irregularities And Recommended Investigation And Action Against Several Senior Members Of [FIFA's] Executive Committee."** "The prospects of the 2018 and 2022 World Cups being hosted by Russia and Qatar have been strengthened after Fifa dramatically published in full the investigation by the US prosecutor Michael Garcia into the 2010 voting process. Long

Page 3

thought to contain explosive revelations after Garcia resigned in 2014 protesting that a summary published by his fellow ethics committee chairman, Hans-Joachim Eckert, misrepresented it. His 349-page main report contained some startling detail on the 'culture of entitlement' at Fifa, but his main findings largely tallied with the thrust of Eckert's summary. He did find evidence of serious alleged irregularities and recommended investigation and action against several senior members of Fifa's executive committee, including the former German player and coach Franz Beckenbauer, but did not recommend that the vote be annulled." (David Conn, "Michael Garcia's Fifa report eases Russia and Qatar World Cup fears," *The Guardian*, 6/27/17)

**FIFA's June 2017 report noted Lefkaritis had been accused of profiting from "various transactions" between his businesses and associates and Qatar "during and after the bidding process," including developing a business relationship between Petrolina and Qatar and a September 2011 land deal between his family and the Qatari government.**

**The June 2017 FIFA Report Noted Lefkaritis Was Accused Of Profiting From "Various Transactions" Between His "Businesses" And Associates And Qatar "During And After The Bidding Process," Including Developing Petrolina Into "An Important Partner" Of Qatar "In The Trade Of Liquified [Natural] Gas."** "According to an allegation presented to the Investigatory Chamber, during and after the bidding process Qatar's government carried out various transactions that benefited businesses and individuals linked to FIFA Executive Committee member Marios Lefkaritis, 'who is known to have voted in favour of Qatar 2022 on 2 December 2010.'1134 Among the principal allegations were claims that 'Petrolina Holdings, of which Mr. Lefkaritis is one of the Board [of] directors, has become an important partner of the emirate in the trade of liquefied gas;' that in September 2011 Cyprus's government authorized a €32 million purchase by the Qatar Investment Authority ('QIA') of a strip of land 'to build a five-star hotel on it, land which, according to the Cypriot newspaper Haravgi, 'belonged to the Lefkaritis family;'' and that 'all of these activities so closely followed' visits by Qatari government officials to Cyprus, and by Cypriot government officials to Qatar.1135." (Michael J. Garcia and Cornel Borbély, "Report on the Inquiry Into the 2018/2022 FIFA World Cup™ Bidding Process," Fédération Internationale de Football Association, Archived 6/28/17)

**The FIFA Report Also Noted Lefkaritis Was Accused Of Profiting In September 2011 When The Qatar Investment Authority Purchased "A Strip Of Land" Owned By The Lefkaritis Family For €32 Million.** "According to an allegation presented to the Investigatory Chamber, during and after the bidding process Qatar's government carried out various transactions that benefited businesses and individuals linked to FIFA Executive Committee member Marios Lefkaritis, 'who is known to have voted in favour of Qatar 2022 on 2 December 2010.'1134 Among the principal allegations were claims that 'Petrolina Holdings, of which Mr. Lefkaritis is one of the Board [of] directors, has become an important partner of the emirate in the trade of liquefied gas;' that in September 2011 Cyprus's government authorized a €32 million purchase by the Qatar Investment Authority ('QIA') of a strip of land 'to build a five-star hotel on it, land which, according to the Cypriot newspaper Haravgi, 'belonged to the Lefkaritis family;'' and that 'all of these activities so closely followed' visits by Qatari government officials to Cyprus, and by Cypriot government officials to Qatar.1135." (Michael J. Garcia and Cornel Borbély, "Report on the Inquiry Into the 2018/2022 FIFA World Cup™ Bidding Process," Fédération Internationale de Football Association, Archived 6/28/17)

Page 4

**According to FIFA's report, Lefkaritis countered the allegations against him by contending the Lefkaritis family sold its stake in the land bought by Qatar to a partner prior to the "World Cup bidding process" and claiming Petrolina has "absolutely no relationship... with Qatar," leading FIFA to conclude the allegations were baseless.**

**The June 2017 FIFA Report Noted Lefkaritis Contended The Lefkaritis Family Sold Its Stake In The Land To Its Partner Prior To The "World Cup Bidding Process" And Petrolina Has "Absolutely No Relationship... With Qatar."** "Mr. Lefkaritis told the Investigatory Chamber that with respect to "our petroleum activities," there is "absolutely no relationship . . . with Qatar."1139 As to the allegation concerning the sale of land, Mr. Lefkaritis said that around April or March 2011, the real estate firm Lefkaritis & Hassapis—of which he has been a director since approximately 20071140—sold beach property in Lanarca belonging to his "whole family" to a Hungarian company with "a Qatari[] interest."1141 Mr. Lefkaritis said he did not know the name of the Qatari entity because he "was not involved in any of these dealings."1142 He recalled that it was a private company, adding, "how private I don't know."1143 Mr. Lefkaritis said the transaction "was a long process" set in motion before the World Cup bidding process even began.1144 Lefkaritis & Hassapis had owned a 50% interest in the land with another Cyprus entity, Mr. Lefkaritis said, and the firm sold its interest to that partner before the Hungarian entity purchased the land.1145." (Michael J. Garcia and Cornel Borbély, "Report on the Inquiry Into the 2018/2022 FIFA World Cup™ Bidding Process," Fédération Internationale de Football Association, Archived 6/28/17)

**The Report Found "No Documentary Evidence Contradicting" Lefkaritis' Claims And Noted There Was "No Basis For Further Inquiry Into This Matter."** "There was no documentary evidence contradicting either Mr. AlThawadi or Mr. Lefkaritis. At most, the evidence before the Investigatory Chamber shows a tenuous link between a company Mr. Lefkaritis is affiliated with and a company with a 'Qatari interest.' 1148 Nothing in this record reflects any connection between the transactions highlighted in the allegations and the Qatar bid team or the bidding process generally. The Investigatory Chamber therefore finds no basis for further inquiry into this matter." (Michael J. Garcia and Cornel Borbély, "Report on the Inquiry Into the 2018/2022 FIFA World Cup™ Bidding Process," Fédération Internationale de Football Association, Archived 6/28/17)

## Director Of Companies Worth More Than $116 Million

**As of March 10, 2022, Petrolina has a market cap of more than $110.5 million and Minerva Insurance Company has a market cap of more than $5.7 million.**

**As Of March 10, 2022, Petrolina Has A Market Cap Of €100.61 Million.** ("Petrolina (Holdings) Public Ltd.," MarketWatch, Accessed 3/10/22)

MARKET CAP
€100.62M

Page 5

- **As Of March 10, 2022, €100.61 Million Is More Than $110.5 Million.** ("100,610,000 EUR to USD - Convert Euros to US Dollars," Xe, Accessed 3/10/22)

> 100,610,000.00 Euros =
> ## 110,565,262.85 US Dollars
> 1 EUR = 1.09885 USD
> 1 USD = 0.909964 EUR

**As Of March 10, 2022, Minerva Insurance Company Has A Market Value Of €5.25 Million.** ("Minerva Insurance Co. Public Ltd.," *Barron's*, Accessed 3/10/22)

> | Market Value | €5.25M |
> | --- | --- |

- **As Of March 10, 2022, €5.25 Million Is More Than $5.7 Million.** ("5,250,000 EUR to USD - Convert Euros to US Dollars," Xe, Accessed 3/10/22)

> 5,250,000.00 Euros =
> ## 5,769,776.00 US Dollars
> 1 EUR = 1.09900 USD
> 1 USD = 0.909914 EUR

## Family Accused Of Using Its Influence To Cover Up Crimes

**In February 2016, former Romanian football officials alleged the Lefkaritis family used its substantial "influence in Cyprus" to help Lefkaritis' nephew "[evade] justice for some time" before he was convinced in June 2014 of sexually exploiting underage girls.**

**In February 2016, Romanian Newspaper *ProSport* Reported "Former Romanian [Football Association] Members Who Know" Lefkaritis Claimed The Lefkaritis Family Used Its "Influence In Cyprus" To Help Lefkaritis' Nephew Akis Lefkaritis "[Evade] Justice For Some Time" Before Being Convicted Of "Sexually Exploiting" Two Underage Girls.** "Former Romanian FA members, who know Marios Lefkaritis, told ProSport that this family's influence in Cyprus is impressive. So impressive that, according to the island newspapers, Akis Lefkaritis—a nephew of the UEFA vice-president and a former Petrolina director himself— evaded justice for some time before being sentenced to 12 years in jail after pleading guilty to charges of sexually exploiting two girls, aged 14 and 15." (Costin Ştrucan, "Marios Lefkaritis – The Kingpin of the Zahavi Empire," *Futbolgrad*, 2/28/16)

**In June 2014, Akis Lefkaritis Was "Sentenced To 12 Years In Prison" In Cyprus "For The Sexual Exploitation Of Two Girls Aged 14 And 15," After He "Admitted That He Had Sexually Exploited The Two Girls On April 27, 2014" And Had "Sex With The 14-Year-Old Girl 18 Times Between March 2013 And April 2014."** "The well-known Cypriot businessman Akis Lefkaritis was sentenced to 12 years for the sexual exploitation of two girls aged 14 and 15. The 35-year-old Nicos Nicolaou, who is also involved in the case, was sentenced to 10 years in prison. Lefkaritis

Page 6

admitted that he had sexually exploited the two girls on April 27, 2014. He also admitted to having sex with the 14-year-old girl 18 times between March 2013 and April 2014." (Nikoleta Kalmouki, "Cypriot Businessman Sentenced to 12 Years for Sex with Minor," *Greek Reporter*, 6/24/14)

- **In November 2016, Akis Lefkaritis "Had His Sentence Reduced By The Supreme Court By Three Years Over 'Mistakes" Made By' The Local Criminal Court That Convicted Him.** "Well known businessman Akis Lefkaritis, 59, who was sentenced to 12 years in jail after pleading guilty to charges of sexually exploiting two girls, aged 14 and 15, had his sentence reduced by the supreme court by three years over "mistakes" made by the Larnaca criminal court." (Philip Mark, "Supreme court reduces pedophiles' jail terms," *CyprusMail*, 11/23/16)

# MICHEL FRANCOIS PLATINI

Michel Platini is considered one of the greatest French footballers of all time. After his playing career, he became a football administrator and worked on the organizing committee of the 1998 World Cup, was a member of the UEFA and FIFA executive committees, and served on the FIFA Technical Development Committee and as a vice-president of the French Football Federation.

Platini was selected as president of UEFA in January 2007 and served in that role for nearly a decade. However, in December 2015, Platini was found to have received a $2 million "disloyal payment" from then-FIFA President Sepp Blatter by the FIFA Ethics Committee and banned from all football administration roles for eight years. Blatter claimed the payment was for an oral agreement the two made while Platini worked at FIFA as Blatter's advisor between 1998 and 2002, but no formal record of such an agreement exists. Platini has maintained his innocence, but the committee said Platini "did not show commitment to an ethical attitude." Platini called the situation "true mockery" and labeled the disciplinary process "pathetic."

Platini has featured prominently in several controversies surrounding the selection of Qatar to host the 2022 World Cup. Days before he voted to grant Qatar rights to the tournament, Platini met with the then-French president Nicolas Sarkozy and high-ranking Qatari officials for lunch, which included Tamim al-Thani, then the son of the Emir of Qatar, and then-Prime Minister Sheikh Hamad Bin Jassim. Platini has for years maintained the meeting did not influence his vote, despite former FIFA President Sepp Blatter insisting French President Sarkozy told Platini to vote for Qatar. In 2013, Platini acknowledged politics played a role in the decision to Grant Qatar the 2022 World Cup, but again claimed he was not influenced by the meeting. Platini also admitted he lobbied to move the 2022 World Cup to winter, which was a controversial request as it would clash with the European football schedule and break with the tradition of hosting the World Cup in the summer. However, once again, Platini maintained the meeting did not influence his lobbying.

In June 2019, Platini was detained by French investigators in connection to a corruption investigation regarding FIFA's decision to grant Qatar the rights to the 2022 World Cup. After he was released, attorneys for Platini said "he had not been arrested" and "expressed himself serenely and precisely." Despite his denial of wrongdoing, Platini's detention was "the first substantial public move" of the corruption investigation.

Platini also made headlines in 2016 after his name appeared in the Panama Papers, which were millions of leaked financial and attorney-client documents of offshore entities created by Panamanian law firm Mossack Fonseca. According to the documents, Platini had contracted the law firm to set up an offshore company in Panama.

## Background

**Michel Platini is a former French football player, and football administration who became the president of UEFA but was ultimately suspended in 2015 after he was found guilty of receiving a $2 million "disloyal payment" from then-FIFA President Sepp Blatter, who claimed the payment was for services Platini rendered between 1998 and 2002.**

**Michel Platini Is Considered One Of The Greatest French Football Players Of All Time.**
"Possibly France's greatest player of all-time, Michel Platini was a generational playmaker who achieved much success whilst representing his country… Widely regarded as one of the best passers and set-piece specialists in football history, the man known as 'The King' was blessed with incredible technique with the ball at his feet. A creative playmaker with speed, quick feet and silky dribbling, Platini also had an eye for goal, scoring over 300 goals in his career despite being a midfielder. A 3-time Ballon d'Or winner, Platini ranks among one of the best players to ever play football." ("The Greatest French Football Players of all-time," *theSporting.blog*, Accessed 3/10/22)

**After His Playing Career Ended, Platini Became A Football Administrator And Worked On The Organizing Committee Of The 1998 World Cup, The UEFA And FIFA Executive Committees, As Well As The FIFA Technical Development Committee, And For The French Football Federation.** "Following the end of his playing days, Mr Platini coached his national side from 1988-92, before setting out on a career as a football administrator and politician. He was vice-chairman of the organising committee for the 1998 World Cup in France. Mr Platini has been a member of the UEFA Executive Committee and European member of the FIFA Executive Committee since 2002. He is chairman of the FIFA Technical Development Committee and vice-president of the French Football Federation." ("Platini Elected," UEFA, Published 1/26/07)

**In January 2007, Platini Was Elected President Of UEFA.** "Michel Platini has been elected as President of UEFA. The 51-year-old Frenchman was elected by Europe's 52 national football associations at the XXXI Ordinary UEFA Congress in the German city of Dusseldorf on Friday. He received 27 votes, while the incumbent UEFA President Lennart Johansson gained 23 votes, with two votes invalid. Upon his election, Mr Platini proposed that Mr Johansson become UEFA honorary president after 17 years of outstanding service at the helm of European football." ("Platini Elected," UEFA, Published 1/26/07)

**In December 2015, Platini Was Banned From Football Administration After The FIFA Ethics Committee Found Him Guilty Of Receiving A $2 Million "Disloyal Payment" From Then-FIFA President Sepp Blatter.** "Fifa president Sepp Blatter and Uefa boss Michel Platini have been suspended for eight years from all football-related activities following an ethics investigation. They were found guilty of breaches surrounding a £1.3m ($2m) 'disloyal payment' made to Platini in 2011. The Fifa ethics committee found Blatter and Platini had demonstrated an 'abusive execution' of their positions. 'I will fight for me and for Fifa,' Blatter, 79, said at a news conference." ("Fifa: Sepp Blatter and Michel Platini get eight-year bans," *BBC*, 12/21/15)

- **The Payment "Had No Written Contract" But Was Reportedly "Paid Due To An Agreement They Made Orally When Platini Worked As Blatter's Adviser At Fifa, Between 1998 And 2002."** "The Uefa president, Michel Platini, had no written contract for the 2m Swiss francs (£1.35m) Fifa paid him in 2011, which is the subject of criminal proceedings in Switzerland and a Fifa ethics committee investigation. According to sources with knowledge of the payment, Platini and the Fifa president, Sepp Blatter, are understood to have told investigators the money was paid due to an agreement they made orally when Platini worked as Blatter's adviser at Fifa, between 1998 and 2002." (David Conn. "Fifa's £1.35m payment to Michel Platini: there was no written contract," *The Guardian*, 10/11/15)

**NOTE:** *For more information on the payment and Platini's ban, please see the Other Corruption Allegations section of this report.*

## Relationship To Qatari FIFA Corruption

### Role In Securing 2022 World Cup For Qatar

**Days before he voted to grant Qatar the rights to World Cup 2022, Platini met with the then-French president and high-ranking Qatari officials, and although he has maintained his vote was not influenced by the meeting, former FIFA President Sepp Blatter insisted the French President told Platini to vote for Qatar.**

**Days Before The Vote That Granted Qatar The Rights For World Cup 2022, Platini Met With The Then-French President Nicolas Sarkozy And High-Ranking Qatari Officials Including "Tamim al-Thani, Then The Son Of The Qatar Emir," And Then-Prime Minister Sheikh Hamad Bin Jassim.** "The French newspaper Le Monde has reported that the PNF is particularly interested in the now famous lunch nine days before the vote, to which Platini was invited by the French president, Nicolas Sarkozy. Platini has said that, when he arrived at the Élysée Palace, he found that Sarkozy had with him Tamim al-Thani, then the son of the Qatar Emir, now the Emir himself, and the then prime minister, Sheikh Hamad bin Jassim." (David Conn. "A Sarkozy lunch, PSG and beIN sports: questions for Platini over Qatar 2022," *The Guardian*, 6/18/19)

**Platini Has Claimed His Vote Was Not Influenced By The Meeting, And That He Had Decided To Vote For Qatar Prior To The Meeting After Considering Voting For The U.S.** "Platini has said it was clear Sarkozy wanted the Qataris to take over the club he supported, Paris St-Germain, and for Platini to vote for Qatar to host the World Cup. Platini told the Guardian a fortnight ago in Paris before the Fifa congress that he had made his mind up to vote for Qatar before the lunch, having at first considered supporting the USA bid. He said that when he arrived at the lunch and saw the guests, he understood that Sarkozy was supporting Qatar, but has always insisted he was not influenced himself. Sarkozy has denied influencing Platini to vote for Qatar, suggesting in 2015 that he did not have the power to do so." (David Conn. "A Sarkozy lunch, PSG and beIN sports: questions for Platini over Qatar 2022," *The Guardian*, 6/18/19)

- **In 2013, Platini Acknowledged Politics Played A Role In The Decision To Grant Qatar The 2022 World Cup, But Insisted He Was Not Influenced By The Meeting.** "To some it will be a statement of the obvious, to others an admission that should ring alarm bells. Responding to the assertion of the Fifa president, Sepp Blatter, that the Qatar 2022 World Cup was a 'political' choice by European voters, the Uefa president, Michel Platini, has confirmed that 'political and economic influences' were a factor… Platini has admitted voting for Qatar and lobbying for the move to winter, but has insisted that a much scrutinised meeting with the then French president Nicolas Sarkozy, the now Emir of Qatar and the Qatar prime minister did not result in pressure being put on him." (Owen Gibson. "Michel Platini admits politics played part in Qatar 2022 World Cup win," *The Guardian*, 9/20/13)

**Despite Platini's Statement, Former FIFA President Sepp Blatter Has Insisted Then-French President Nicolas Sarkozy Told Platini To Vote For Qatar To Host The 2022 World Cup.** "Speaking in an interview with Le Monde, ex-FIFA President Sepp Blatter has further insisted that ex-French President Nicolas Sarkozy told then UEFA President Michel Platini to vote for the 2022 World Cup in Qatar. 'Sarkozy invited Platini to join the end of a lunch at the Elysee Palace attended by Crown Prince Tamim. Platini called me the next morning to say: 'You can probably no longer count on me & my voices because the head of state asked if I could support Qatar.' I was of course, frustrated with Platini.'" ("Sepp Blatter insists that Nicolas Sarkozy told Michel Platini to vote for Qatar 2022," *Get Football News France*, 11/21/21)

- **In 2015, Claimed He Had "No Regrets" About His Vote "Despite The Allegations Of Corruption And Human Rights Abuses Directed Against The Country."** "Back in 2015, when still one of the sport's most powerful figures, Platini told me he had 'no regrets' about voting for Qatar, despite the allegations of corruption and human rights abuses directed against the country, and the havoc a winter tournament would play with the European game he represented at the time." ("Michel Platini released after being questioned over awarding of World Cup to Qatar," *BBC*, 6/19/19)

<u>**Platini also admitted he lobbied for moving the 2022 World Cup to winter, a controversial request as it would clash with the European football schedule and break the tradition of holding the tournament in the summer, but he maintained the meeting did not influence his lobbying.**</u>

**Platini Also Admitted He Lobbied For Moving The 2022 World Cup To Winter, But Claimed The Meeting Did Not Influence His Lobbying.** "Platini has admitted voting for Qatar and lobbying for the move to winter, but has insisted that a much scrutinised meeting with the then French president Nicolas Sarkozy, the now Emir of Qatar and the Qatar prime minister did not result in pressure being put on him." (Owen Gibson, "Michel Platini admits politics played part in Qatar 2022 World Cup win," *The Guardian*, 9/20/13)

**The Plan To Move The Tournament To Winter 2022 Was Controversial, As It Clashes With The Traditional Schedules Of Footballers, Especially In Europe.** "That decision immediately created a major problem for the club game, particularly in Europe, with the season traditionally played from August to May. The final two months of the year are a busy time with plenty of domestic games and group fixtures in the Champions League and Europa League. With Qatar 2022 running from Nov. 21 to Dec. 18, 2022, the club game faces a shutdown of at least six weeks -- a week before the tournament for preparation and a week after for players to recover -- so the 2022-23 season must somehow be reconfigured to enable the club game and the World Cup to be concluded as smoothly as possible. But the ripple effect of dropping a World Cup into the middle of a club season will affect both the start and finish date of the 2022-23 season and potentially the start of the 2023-24 campaign." (Mark Ogden, "Qatar 2022: How will football squeeze in a World Cup in November-December?," *ESPN*, 3/25/21)

**Qatar's Bid To Host The 2022 World Cup Was Accepted "On The Basis Of The Tournament Being Staged In June And July" Like Every Previous Tournament, But Due To Qatar's "Searing Summer Temperatures," FIFA Moved The Tournament To The Winter.** "When Qatar was announced as the winning bid to host the 2022 World Cup back in

2010, it was awarded on the basis of the tournament being staged in June and July, as with every previous tournament. But concerns over the searing summer temperatures in the Middle East, which average 41.2 degrees Celsius (106.2 Fahrenheit) in June, prompted FIFA to move the World Cup to November-December." (Mark Ogden, "Qatar 2022: How will football squeeze in a World Cup in November-December?," *ESPN*, 3/25/21)

## Corruption Allegations Related To World Cup

**In June 2019, Platini was detained in connection to a corruption investigation regarding FIFA's decision to grant Qatar the rights to World Cup 2022, but after his release, his lawyers said "he had not been arrested" and "expressed himself serenely and precisely."**

**In June 2019, Platini Was Detained By French Investigators In Connection To A Corruption Investigation Regarding FIFA's Decision To Grant Qatar The Rights To World Cup 2022.** "Michel Platini, the banned former Uefa president and France football legend, has been detained in connection with a criminal investigation into alleged corruption relating to Fifa's decision to host the 2022 World Cup in Qatar, French justice sources have confirmed. Platini's detention was first reported by the news website Mediapart on Tuesday morning, with Claude Guéant, the former secretary general of the Élysée Palace under the presidency of Nicolas Sarkozy, also being interviewed as a 'free suspect'." (David Conn, "Michel Platini detained over award of 2022 World Cup to Qatar," *The Guardian*, 6/18/19)

- **Platini's Detention Was "The First Substantial Public Move" Of The Corruption Investigation.** "The detention of Platini, who voted for Qatar to host the tournament, represents the first substantial public move in an investigation into the 2022 decision opened two years ago by France's Parquet National Financier, which is responsible for law enforcement against serious financial crime." (David Conn, "Michel Platini detained over award of 2022 World Cup to Qatar," *The Guardian*, 6/18/19)

**He Was Later Released From Detention, And His Lawyers Said "He Had Not Been Arrested" And Had "Expressed Himself Serenely And Precisely."** "Former Uefa president Michel Platini has been released by French anti-corruption investigators after being questioned over the awarding of the 2022 World Cup to Qatar… In a statement, Platini's lawyers reiterated he had not been arrested and had 'expressed himself serenely and precisely, answering all the questions, including those on the conditions for the awarding of Euro 2016, and has provided useful explanations'." ("Michel Platini released after being questioned over awarding of World Cup to Qatar," *BBC*, 6/19/19)

## Other Corruption Allegations

## Banned From Football For Receiving $2 Million "Disloyal Payment" From Former FIFA President Sepp Blatter

**In December 2015, Platini was banned from football administration after he was found guilty of receiving a $2 million "disloyal payment" from then-FIFA President Sepp Blatter,**

**who claimed the payment was for services Platini rendered him when Platini was his advisor at FIFA between 1998 and 2002.**

**In December 2015, Platini Was Banned From Football Administration After The FIFA Ethics Committee Found Platini And Former FIFA President Sepp Blatter Guilty Of A $2 Million "Disloyal Payment."** "Fifa president Sepp Blatter and Uefa boss Michel Platini have been suspended for eight years from all football-related activities following an ethics investigation. They were found guilty of breaches surrounding a £1.3m ($2m) "disloyal payment" made to Platini in 2011. The Fifa ethics committee found Blatter and Platini had demonstrated an 'abusive execution' of their positions. 'I will fight for me and for Fifa,' Blatter, 79, said at a news conference." ("Fifa: Sepp Blatter and Michel Platini get eight-year bans," *BBC*, 12/21/15)

**The Payment "Had No Written Contract" But Was Reportedly "Paid Due To An Agreement They Made Orally When Platini Worked As Blatter's Adviser At Fifa, Between 1998 And 2002."** "The Uefa president, Michel Platini, had no written contract for the 2m Swiss francs (£1.35m) Fifa paid him in 2011, which is the subject of criminal proceedings in Switzerland and a Fifa ethics committee investigation. According to sources with knowledge of the payment, Platini and the Fifa president, Sepp Blatter, are understood to have told investigators the money was paid due to an agreement they made orally when Platini worked as Blatter's adviser at Fifa, between 1998 and 2002." (David Conn, "Fifa's £1.35m payment to Michel Platini: there was no written contract," *The Guardian*, 10/11/15)

**Both Platini And Blatter "Have Vigorously Professed Innocence" Regarding The Payment.** "Platini, the president of European soccer's governing body, known as UEFA, was once considered the front-runner for the presidency of FIFA, which governs soccer worldwide. But he was suspended for 90 days this month at the same time as FIFA's longtime president, Sepp Blatter, amid a corruption investigation by the Swiss. Both men have vigorously professed innocence." (Victor Mather, "Michel Platini Is Ineligible for FIFA Presidency While Suspended," *The New York Times*, 10/20/15)

**Following the ban, the FIFA Ethics Committee said Platini "did not show commitment to an ethical attitude," while Platini called the situation "true mockery," and labeled the disciplinary process "pathetic."**

**Following The Ban, The Committee Said Platini "Did Not Show Commitment To An Ethical Attitude" And Had Abused His Position.** "The committee said that Mr. Platini's actions 'did not show commitment to an ethical attitude' and that he had abused his position as a vice president for FIFA and as a member of its executive committee." (Sam Borden, "FIFA Committee Bars Sepp Blatter and Michel Platini for 8 Years," *The New York Times*, 12/21/15)

**Platini "Denied The Charges," Called The Situation "True Mockery," And Labeled The Disciplinary Process "Pathetic."** "In a statement, Mr. Platini denied the charges and said the entire situation was a 'true mockery.' He also labeled the disciplinary process 'pathetic' and said the decision against him went against 'all legitimacy and credibility.'" (Sam Borden, "FIFA Committee Bars Sepp Blatter and Michel Platini for 8 Years," *The New York Times*, 12/21/15)

## Financial Situation And Current Net Worth

**According to Celebrity Net Worth, Platini has a net worth of $15 million.**

**According To Celebrity Net Worth, Platini Has A Net Worth Of $15 Million.** "Michel Platini is a former French football player, manager, and executive who has a net worth of $15 million. After a successful playing career that reached its peak during the 80s, Platini became one of the leading figures in football's governing bodies, most notable FIFA and UEFA. Michel became the president of UEFA, only to be banned from any involvement in soccer after he committed ethics violations." ("Michel Platini Net Worth," Celebrity Net Worth, Accessed 3/10/22)

- **Celebrity Net Worth Claims It Estimates Individuals' Net Worth Based On "Financial Analysis, Market Research, And Inside Sources."** "Our data is rooted in financial analysis, market research, and inside sources that we have meticulously developed over the last decade to maintain accuracy and breadth of knowledge. At a minimum, each net worth estimate on CNW takes into account known salaries, real estate holdings, divorce records, royalties, lawsuits, and endorsements. Our estimates incorporate a proprietary formula that removes estimated taxes, manager's fees, agent fees, and lifestyle expenses." (About Us, Celebrity Net Worth, Accessed 3/10/22)

**NOTE:** *It is unclear precisely how this net worth estimate was determined, or what Platini's current financial situation is today.*

## Other Notable Hits

### Panama Papers Reveal Platini's Name

**Platini's name appeared in the 2016 Panama Papers, a trove of millions of leaked financial and attorney-client documents created by Panamanian law firm Mossack Fonseca, which revealed Platini had contracted the firm to administer an offshore company set up in 2007.**

**In 2016, Platini Was Named In The Panama Papers.** "The Panama Papers have which have been disclosed through Panamanian based law firm Mossack Fonseca have cast a shadow on the financial dealings of some of the richest people on the planet. The footballing world has also come under the spotlight with accounts relating to the likes of footballs global governing body FIFA, Barça's Lionel Messi, Michel Platini having been exposed." ("Panama Papers: Messi, FIFA and Platini named," *Agence France-Presse*, 4/4/16)

**The Panama Papers Are "11.5 Million Leaked Financial And Attorney-Client Details Of Over 214,488 Offshore Entities Which Were Created By Panamanian Law Firm Mossack Fonseca" To "Evade Taxes And Other Money Fraud."** "The documents that were published in 2016 are 11.5 million leaked financial and attorney-client details of over 214,488 offshore entities which were created by Panamanian law firm Mossack Fonseca in order to evade taxes and other money fraud. The leaked documents contain financial information of public officials, corporate honchos, celebrities, politicians and more that were previously kept private." ("Flashback: The 2016 Panama Papers & the scandal behind famous names and their offshore entities," *The Economic Times*, 12/22/21)

MEF000127

**The Documents Revealed Platini Had Contracted The Firm "To Help Him Administer An Offshore Company Created In Panama In 2007."** "Suspended UEFA chief Michel Platini, who is serving a six-year ban from football for over a $2 million payment from FIFA president Sepp Blatter, turned to Mossack Fonseca to help him administer an offshore company created in Panama in 2007." ("Panama Papers: Messi, FIFA and Platini named," _Agence France-Presse_, 4/4/16)

# MOHAMMED BIN HAMAD AL THANI

Mohammed bin Hamad bin Khalifa Al Thani is the Emir of Qatar's brother, vice chairman of the Qatar Investment Authority, and the Emir's secretary for investment affairs. Additionally, since 2011 Al Thani has been managing director of Qatar's Supreme Committee for Delivery & Legacy, which coordinates Qatar's "infrastructure," "planning," and "operations" for the 2022 World Cup.

Al Thani led Qatar's campaign committee for its 2022 World Cup bid, which allegedly "broke FIFA's rules in its campaign" and relied on "black operations" to "sabotage rivals" with "fake propaganda" to secure the World Cup for Qatar.

Additionally, in November 2010, Al Thani claimed Qatar's "biggest asset" in its campaign for the World Cup was former FIFA official Mohamed Bin Hammam, who allegedly used development funds to win support for Qatar's World Cup bid.

## Background

**Mohammed bin Hamad bin Khalifa Al Thani, the Emir of Qatar's brother, is vice chairman of the Qatar Investment Authority and the Emir's secretary for investment affairs.**

**Mohammed Bin Hamad Bin Khalifa Al Thani Is The Emir Of Qatar's Brother.** "Mohammed bin Hamad bin Khalifa To the Thani, the one who in addition to being sheik is brother of the emir of Qatar, Tamim bin Hamad To the Zani, has published in his official account of Twitter that already exists an agreement between the PSG and Leo Messi." (Oleg Kostko, "The brother of the Emir of Qatar reveals the state of the conversations with Messi with the PSG," *FC Barcelona News*, 8/7/21)

**Al Thani Is Vice Chairman Of The Qatar Investment Authority And Secretary To His Highness The Emir For Investment Affairs.** "His Excellency Sheikh Moham¬med bin Hamad bin Khalifa Al Thani is the Secretary to His High¬ness the Emir for Investment Af-fairs and Vice Chairman of QIA." ("H.E. Sheikh Mohammed bin Hamad Bin Khalifa Al Thani," Qatar Investment Authority, Accessed 3/15/22)

**Since 2011, Al Thani has been managing director of Qatar's Supreme Committee for Delivery & Legacy, which oversees "the delivery of the required infrastructure" and "planning and operations" for Qatar to host the 2022 World Cup.**

**Since 2011, Al Thani Has Been Managing Director Of Qatar's Supreme Committee For Delivery & Legacy.** "The Managing Director of the Supreme Committee of Qatar 2022 is Sheikh Mohammed bin Hamad bin Khalifa Al Thani. He will be assisted by Hassan Abdullah Al-Thawadi, who has been appointed as Secretary-General." ("Board of directors for Supreme Committee announced," Fédération Internationale de Football Association, 4/29/11)

**The Supreme Committee For Delivery & Legacy "Is Responsible For The Delivery Of The Required Infrastructure" And "Planning And Operations" For Qatar To Host The 2022**

**World Cup.** "Established in 2011 by the State of Qatar, the Supreme Committee for Delivery & Legacy (SC) is responsible for the delivery of the required infrastructure and host country planning and operations for Qatar to host an amazing and historic 2022 FIFA World Cup™ which accelerates progress towards achieving national development goals and creates a lasting legacy for Qatar, the Middle East, Asia and the world." ("About," Supreme Committee for Delivery & Legacy, LinkedIn, Accessed 3/15/22)

## Relationship To Qatari FIFA Corruption

## Led Committee That Used "Black Operations" To Secure The 2022 World Cup

### Al Thani was the head of Qatar's bid committee for the 2022 World Cup, which allegedly not only "broke FIFA's rules in its campaign" but used "black operations" to "sabotage rivals" with "fake propaganda."

**Al Thani Led Qatar's Bid Committee For The 2022 World Cup.** "'Mohamed bin Hamad Al-Thani, left, Chairman of the 2022 bid committee, and Sheikh Hamad bin Khalifa Al-Thani, Emir of Qatar, hold the World Cup trophy in front of FIFA Secretary General Jerome Valcke after the announcement that Qatar will host the 2022 soccer World Cup, on Dec. 2, 2010, in Zurich, Switzerland. (AP Photo/Anja Niedringhaus, File)." (2022 World Cup host Qatar used ex-CIA officer to spy on FIFA, *KTLA*, 11/23/21)

**According To Reports, The Committee Led By Al Thani "Broke FIFA's Rules In Its Campaign" To Secure The 2022 World Cup For Qatar.** "Sheikh Mohammed bin Khalifa Al Thani, the son of the emir of Qatar: He signed up to a contractual 'declarations of compliance with the rules of conduct'. However documents prove that his team under his supervision broke FIFA's rules in its campaign to host the World Cup in Doha." ("Among them ex-CIA agents, these are the people Qatar used to cheat its way to WC 2022," *Alarabiya News*, 5/20/20)

**The Committee Reportedly Used "Black Operations" To "Sabotage Rivals Competing To Host The Tournament," Including Paying "A Public Relations Firm And Former CIA Agents To Pump Out Fake Propaganda About Its Main Rivals."** "The controversial Qatar World Cup bid team broke Fifa's rules by running a secret 'black operations' campaign to sabotage rivals competing to host the tournament, according to documents leaked to The Sunday Times. Emails from a whistleblower show how the bid paid a public relations firm and former CIA agents to pump out fake propaganda about its main rivals, the United States and Australia, during its successful campaign to host the next World Cup." ("Exclusive: Qatar sabotaged 2022 World Cup rivals with 'black ops,'" *The Sunday Times*, 7/29/18)

## Claimed Qatar's "Biggest Asset" In The Campaign Was A Corrupt Official

### In November 2010, Al Thani claimed Qatar's "biggest asset" during its bid for the World Cup was former Qatari FIFA official Mohamed Bin Hammam, who allegedly used development funds to win support for Qatar's World Cup bid.

**In November 2010, Al Thani Was Quoted Claiming Former Qatari FIFA Official Mohamed Bin Hammam Was Qatar's "Biggest Asset" And A "Crucial Mentor For His Team" During Its Bid For The 2022 World Cup.** "But the newspaper said the email trails proved Bin Hammam was in fact intimately involved with the audacious two-year campaign to bring the World Cup to the tiny oil and gas-rich Gulf state, where temperatures can top 50 degrees in June. In November 2010, the World Football Insider website quoted the bid chairman, Sheikh Mohammed bin Hamad bin Khalifa Al-Thani, as saying Bin Hammam was the campaign's 'biggest asset' and had been a crucial mentor for his team." (Owen Gibson, "Fifa faces calls to quash Qatar World Cup vote after corruption allegations," *The Guardian*, 6/2/14)

**In 2011, Bin Hammam Was Investigated For Orchestrating A Bribery Scheme And Being Involved In "The Controversial Awarding Of The 2022 World Cup" To Qatar.** "The banning of Mr. Bin Hammam has sparked a flurry of official and unofficial investigations related to the Qatari's alleged bribery as well as to the controversial awarding of the 2022 World Cup to his native Qatar. The FIFA investigations focus on three executive committee members who accompanied Mr. Bin Hammam to the CFU meeting in May in Trinidad where the bribery is said to have occurred." (James M. Dorsey, "Qatar's Bin Hammam, banned for life, faces Asian humiliation," *Al Arabiya News*, 7/27/11)

- **Bin Hammam Allegedly Used "Development Funds" To Win Support For Qatar's World Cup Bid And His Own Bid For The FIFA Presidency.** "A 2014 story from The Sunday Times revealed documents detailing how Bin Hammam—AFC President and FIFA ExCo member at that time—used development funds etc to bribe football officials worldwide back in 2010 to not only ensure Qatar won its 2022 World Cup hosting bid but also to gather support for his own attempt to challenge Sepp Blatter for the FIFA Presidency in 2011. Bin Hammam not only failed at his FIFA Presidency challenge, but was also banned for life by FIFA for bringing football into disrepute through corruption by 2012." (Ali Ahsan, "Faisal Saleh Hayat: The Feudal Lord Of Pakistani Football," *Football Pakistan*, 9/9/16)

# NASSER AL-KHELAIFI

Nasser Al-Khelaifi, believed to be a billionaire, is chairman of BeIN Media Group, the Qatari company that owns international television rights for the French football league and French television rights for the Champions League. Al-Khelaifi is also chairman of Qatar Sports Investment (QSI), the sports-focused subsidiary of Qatar's sovereign wealth fund. He also serves as president and CEO of Paris Saint-Germain (PSG), the French football club owned by QSI. Al-Khelaifi is a close friends of the Emir of Qatar and was appointed to be a minister in the Qatari government in 2013. Al-Khelaifi has been a prominent figure in Qatari sports and "one of the key players in Qatar's soft power strategy" since befriending Qatar's emir in the 1990s.

Al-Khelaifi sits on UEFA's executive committee and the FIFA Club World Cup organizing committee. In 2010, Al-Khelaifi was allegedly part of a Qatari delegation that approached French President Nicolas Sarkozy and UEFA President Michel Platini with a deal to secure the 2022 World Cup for Qatar. He reportedly proposed a TV rights deal to FIFA involving a $100 million bonus if Qatar was awarded the 2022 World Cup.

Al-Khelaifi was indicted by Swiss authorities for allegedly bribing a FIFA official to award TV rights for the 2026 and 2030 World Cups to his media company, BeIN Media Group, on a no-bid contract. A Swiss court acquitted Al-Khelaifi in 2020, but prosecutors appealed the ruling and are seeking a 28-month prison sentence.

Al-Khelaifi was also accused of arranging an illegal payment to a player's agent from the Emir of Qatar to secure the player's transfer to PSG. French investigators claim Al-Khelaifi secured the 2019 World Championships in track & field for Qatar by bribing an official.

Al-Khelaifi is currently under investigation by UEFA following "aggressive behavior" towards officials after a Champions League match.

## Background

**Nasser Al-Khelaifi, a Qatari businessman reportedly worth billions of dollars, is the chairman of Qatar Sports Investment (QSI), the sports-focused subsidiary of Qatar's sovereign wealth fund, and is president and CEO of Paris Saint-Germain (PSG), the French football club owned by QSI.**

**Qatari Businessman Nasser Al-Khelaifi Has Been Chairman Of Qatar Sports Investment (QSI) And President And CEO Of The Paris Saint-Germain (PSG) Soccer Club Since 2011, When QSI Took Over The Team.** "The fortunes of Paris Saint-Germain have been transformed since they were taken over by Qatar Sports Investment (QSI) in 2011… President Nasser Al-Khelaifi has been the public figurehead of the Parisian outfit for the duration of this time, overseeing the running of the club as a whole and seeking to modernise it to such an extent that it becomes a major player in European football… In 2008, he became president of the Qatar Tennis Federation, a position that he still holds, and three years later graduated to become chairman of QSI. Four months later, on October 7, 2011, he was named president and CEO of

PSG, while he has subsequently taking leading roles at beIN Sports, Miramax and sits on the organising committee of the 2022 World Cup." (Robin Bairner, "Who is the PSG chairman? Nasser Al-Khelaifi's net worth & Qatar ownership," *Goal*, 6/18/19)

- **QSI Is A Subsidiary Of Qatar's Sovereign Wealth Fund.** "It's not a revelation; it's a statement of fact and it ought to be repeated whenever Paris Saint-Germain are discussed: since 2011, PSG have been owned by Qatar Sports Investments (QSI), a subsidiary of the sovereign wealth fund of the state of Qatar." (Matt Ford and Kyle McKinnon, "Messi, PSG, Qatar, FFP, sportswashing and geopolitics: quo vadis, football?" *DW*, 12/8/21)

**Al-Khelaifi Is Estimated To Be Worth Billions Of Dollars.** "Although Al-Khelaifi enjoys a terrific amount of influence in many big organisations, he has managed to keep his wealth and his private life well away from prying eyes. Reports suggest that he is worth billions of dollars, though an exact figure is difficult to pin down given that Forbes, who are often the best source of estimating wealth, do not include him in their rich list due to his involvement with the Emir of Qatar. There are rumours that he owns various luxury properties across the globe, but these are unverified." (Robin Bairner, "Who is the PSG chairman? Nasser Al-Khelaifi's net worth & Qatar ownership," *Goal*, 6/18/19)

**As chairman of BeIN Media Group, a Qatari "minister without… a specific assignment" in the Qatari government, and president of the Qatar Tennis Federation, Al-Khelaifi has been a prominent figure in Qatari sports and "one of the key players in Qatar's soft power strategy" since befriending Qatar's emir in the 1990s.**

**As A Professional Tennis Player In The 1990s and early 2000s, Al-Khelaifi Became Friends With Qatar's Current Emir, Sheikh Tamim bin Hamad Al Thani.** "Born in Doha, the son of a pearl fisherman, Al-Khelaifi's career actually started as a professional tennis player. He managed only a couple of main-draw appearances on the ATP Tour and only just broke into the world's Top 1000 players, yet he was comparatively successful in the Davis Cup (effectively the World Cup of tennis) for Qatar, playing 43 singles matches between 1992 and 2002, winning 12 times. It was through tennis that he met Sheikh Tamim bin Hamad Al Thani, who is the emir of Qatar and head of the country's sovereign wealth fund. As such, Sheikh Tamim is effectively his boss. The pair have been close friends for 30 years and the absolute trust placed in the man known in Paris as 'NAK' has been reflected in the positions that he has taken up over the years." (Robin Bairner, "Who is the PSG chairman? Nasser Al-Khelaifi's net worth & Qatar ownership," *Goal*, 6/18/19)

**Al-Khelaifi Has Been President Of The Qatar Tennis Federation Since 2008.** "In 2008, he became president of the Qatar Tennis Federation, a position that he still holds, and three years later graduated to become chairman of QSI." (Robin Bairner, "Who is the PSG chairman? Nasser Al-Khelaifi's net worth & Qatar ownership," *Goal*, 6/18/19)

**Al-Khelaifi Was Appointed "Minister Without… A Specific Assignment" In The Qatari Government In 2013.** "This is Nasser Al-Khelaïfi minister. Already president of PSG and the Qatar Tennis Federation, Nasser was appointed to the Qatari government two weeks ago during his visit to Doha. Information from our colleagues from Le Parisien , who specify that the strong man of the Parisian club has not received a specific assignment for the moment and that his role will not present any concrete activity at first. 'He is a minister without a framework, that is to say

Page 2

**MEF000133**

without a specific assignment,' can we read in the article. Appointed by Emir Tamim bin-Hamad al-Thani, to whom he is very close, Nasser Al-Khelaïfi could consider giving up his duties at PSG in a few years to take on 'high political responsibilities' at Qatar." (Aurélien Canot, "Nasser Al-Khelaïfi appointed minister in Qatar," *Foot365*, 2/12/13)

**Al-Khelaifi Is Chairman Of BeIN Media Group, The Qatari Company Whose Subsidiary, BeIN Sports, Owns International Television Rights For The French Soccer League And French Television Rights For The Champions League.** "He's also a member of UEFA's Executive Committee (ExCo), the chairman of Qatar's BeIN Media Group, whose BeIN Sports subsidiary holds the international television rights for France's Ligue 1 and the French television rights for the Champions League, plus a member of the organizing committee for FIFA's Club World Cup." (Matt Ford and Kyle McKinnon, "Messi, PSG, Qatar, FFP, sportswashing and geopolitics: quo vadis, football?" *DW*, 12/8/21)

**"Al-Khelaifi Is Considered One Of The Key Players In Qatar's Soft Power Strategy."** "With a ferocious attitude for work and high demands of those he surrounds himself with, Al-Khelaifi is considered one of the key players in Qatar's soft power strategy and his position of strength is not thought to have yet been weakened by the accusations levelled at him." (Robin Bairner, "Who is the PSG chairman? Nasser Al-Khelaïfi's net worth & Qatar ownership," *Goal*, 6/18/19)

<u>**Al-Khelaifi also sits on UEFA's executive committee and the FIFA Club World Cup organizing committee.**</u>

**Al-Khelaifi Is A UEFA Executive Committee Member And A FIFA Club World Cup Organizing Committee Member.** "He's also a member of UEFA's Executive Committee (ExCo), the chairman of Qatar's BeIN Media Group, whose BeIN Sports subsidiary holds the international television rights for France's Ligue 1 and the French television rights for the Champions League, plus a member of the organizing committee for FIFA's Club World Cup." (Matt Ford and Kyle McKinnon, "Messi, PSG, Qatar, FFP, sportswashing and geopolitics: quo vadis, football?" *DW*, 12/8/21)

## Relationship To Qatari FIFA Corruption

### 2022 Qatar World Cup

<u>**Al-Khelaifi was allegedly part of a Qatari delegation that approached French President Nicolas Sarkozy and UEFA President Michel Platini in 2010 with a deal to secure the 2022 World Cup for Qatar, and Al-Khelaifi allegedly proposed a TV rights deal for his media company to FIFA involving a $100 million bonus if Qatar was awarded the 2022 World Cup.**</u>

**In 2010, Al-Khelaifi Reportedly Joined A Qatari Delegation To French President Nicolas Sarkozy And UEFA President Michel Platini, Seeking Support For Qatar's 2022 World Cup Bid In Exchange For Qatar's Takeover Of PSG.** "Prince Tamim bin Hamad Al Thani , who would soon be the Emir of Qatar, was accompanied by high-ranking officials from his government and a new face, Nasser Ghanim Al Khelaifi , who would end up becoming the key player in Qatari interests in France, leading the project of a PSG designed to dominate Europe.

Page 3

On the other side, none other than the President of the French Republic, Nicolas Sarkozy , flanked by Michel Platini, UEFA President at the time, and Sebastien Bazin, PSG owner.From that meeting came the promise of European support for Qatar's candidacy for the 2022 World Cup and the decision of the emir of Qatar to land in Paris to launch the PSG megaproject financed with Arab capital. PSG, in the hands of Colony Capital, was going through a serious financial and sporting crisis (that year it finished in 13th place in La Ligue) and did not exist in Europe." (Pedro Riscal, "Qatar 2022: The World Cup of Corruption," *Given Daily*, 5/22/19)

**Al-Khelaifi Allegedly Proposed A Deal To FIFA Just Before The 2022 World Cup Bid Vote Where BeIN Media Group Would Buy TV Rights For The Event For $300 Million Plus An Additional $100 Million If Qatar Won The Vote.** "Mediapart also alleges that there is a possible link between this series of events and the 2022 World Cup in Qatar, whose ability to win the bid was being investigated at the time for being corrupt by authorities in France, Switzerland and the United States. French investigators are probing an alleged deal proposed by Al Khelaifi to FIFA just before the vote on December 2, 2010 in which BeIN promised to buy the TV rights for the World Cup for $300 million, plus an additional $100 million bonus if Qatar won the rights to the 2022 edition." ("New Corruption Evidence Emerges against Khelaifi over Qatar 2022 World Cup," *Asharq Al Awsat*, 10/21/19)

- **Al-Khelaifi Is Chairman Of BeIN Media Group.** "He's also a member of UEFA's Executive Committee (ExCo), the chairman of Qatar's BeIN Media Group, whose BeIN Sports subsidiary holds the international television rights for France's Ligue 1 and the French television rights for the Champions League, plus a member of the organizing committee for FIFA's Club World Cup." (Matt Ford and Kyle McKinnon, "Messi, PSG, Qatar, FFP, sportswashing and geopolitics: quo vadis, football?" *DW*, 12/8/21)

## Other Accusations Of World Cup Bribery

**<u>Al-Khelaifi was indicted by Swiss authorities for allegedly bribing a FIFA official to award TV rights for the 2026 and 2030 World Cups to his media company, BeIN Media Group, on a no-bid contract.</u>**

**In 2017, The Swiss Attorney General Launched An Investigation Into Al-Khelaifi's Alleged Bribery Of Former FIFA Secretary-General Jerome Valcke To Secure TV Rights To The 2026 And 2030 World Cups For BeIN Media Group.** "The Swiss Office of the Attorney General (OAG) said that it had searched a number of properties yesterday, after opening a new investigation on 20 March into former FIFA Secretary General Jérôme Valcke and Nasser al-Khelaifi of BeIN Media Group concerning the award of FIFA World Cup media rights. The OAG said that it was investigating Al-Khelaifi on suspicion of bribery of private individuals, fraud, criminal mismanagement and forgery of a document. However, connections between Al-Khelaifi and Qatari state owned authorities also risk pulling Qatar's ruling family into the crosshairs of Swiss investigators. 'It is suspected that Jérôme Valcke accepted undue advantages from a businessman in the sports rights sector in connection with the award of media rights for certain countries at the FIFA World Cups in 2018, 2022, 2026 and 2030 and from Nasser Al-Khelaifi in connection with the award of media rights for certain countries at the FIFA World Cups in 2026 and 2030', read a statement. The OAG said that as a result of an interview with Valcke on 12

Page 4

October, properties were searched in various locations in cooperation with authorities in France, Greece, Italy, and Spain. The OAG said that the new March 2017 proceeding was opened due to the findings of an earlier March 2016 ongoing investigation into Valcke." (Andy Brown, "Swiss charges against Nasser al-Khelaifi risk implicating Qatar in corruption," *Sports Integrity Initiative*, 10/13/17)

**FIFA Awarded The 2026 And 2030 TV Rights For The Middle East And North Africa To Al-Khelaifi's BeIN Sports.** "Al-Khelaifi is a criminal suspect in Switzerland for bribery linked to Qatar-owned beIN Sports' broadcast agreements with FIFA for 2026 and 2030 World Cup rights in the Middle East and North Africa. He has denied wrongdoing. Pena was followed in giving evidence by technical experts in banking business from the Bank of America and Hilton Worldwide Holdings." (Keir Radnedge, "FIFAGate Trial: Court told how Zurich arrests halted Qatari bid for scandal-hit agency," *Sports Integrity Initiative*, 11/23/17)

- **Al-Khelaifi Is Chairman Of BeIN Media Group, Whose Subsidiary Is BeIN Sports.** "He's also a member of UEFA's Executive Committee (ExCo), the chairman of Qatar's BeIN Media Group, whose BeIN Sports subsidiary holds the international television rights for France's Ligue 1 and the French television rights for the Champions League, plus a member of the organizing committee for FIFA's Club World Cup." (Matt Ford and Kyle McKinnon, "Messi, PSG, Qatar, FFP, sportswashing and geopolitics: quo vadis, football?" *DW*, 12/8/21)

**The Rights Were Awarded Without A Bidding Process.** "There were several strange quirks to this contract. FIFA did not undergo a bidding process for these rights, which is common practice in order to incite a bidding war. Two sources close to FIFA have told Mediapart that it was also highly unusual to sell such rights more than 10 years in advance of the competitions actually taking place." ("New Corruption Evidence Emerges against Khelaifi over Qatar 2022 World Cup," *Asharq Al Awsat*, 10/21/19)

**Al-Khelaifi Was Indicted In 2020 For Inciting Valcke Into "Aggravated Criminal Mismanagement" By Allowing Him To Live In A Sardinian Villa Rent-Free For 18 Months At A Value Of Up To 1.8 Million Euros.** "The chairman of Paris Saint-Germain and head of the BeIN Media Group, Nasser al-Khelaifi, was indicted by Swiss prosecutors on Thursday following a three-year probe into the sale of World Cup television rights. A more serious charge of bribery, however, was dropped after soccer authorities withdrew their complaint against him. Al-Khelaifi, a Qatari businessman who also serves on the top committee of European soccer's governing body, was charged with inciting former FIFA No. 2 Jérôme Valcke 'to commit aggravated criminal mismanagement,' the office of the Swiss Attorney General said. Valcke, who served as FIFA's secretary-general under former president Sepp Blatter, was charged with accepting bribes and falsifying documents. A third man, a television executive, was charged with bribery. 'The investigations revealed that Valcke had received undue advantages from both co-accused,' Swiss prosecutors said. Specifically, they alleged that Valcke had lived rent-free in a villa in Sardinia purchased by a company set up by al-Khelaifi for 18 months, while failing to declare it. They estimated the value of that rent to be between €900,000 ($973,000) and €1.8 million." (Joshua Robinson, "Paris Saint-Germain Chief and a Former FIFA Executive Charged by Swiss Prosecutors," *Wall Street Journal*, 2/20/20)

- **A More Serious Charge Of Bribery Was Dropped When FIFA And Al-Khelaifi Reached An "Amicable Agreement."** "He had also been under investigation for a more serious bribery allegation by FIFA, soccer's world governing body, related to the sale of television rights for the 2026 and 2030 World Cups. But prosecutors dropped those charges after FIFA withdrew its complaint. Swiss authorities said that FIFA and al-Khelaifi had reached an 'amicable agreement.' (Under Swiss law, this particular form of bribery could not be prosecuted without a complaint.)" (Joshua Robinson, "Paris Saint-Germain Chief and a Former FIFA Executive Charged by Swiss Prosecutors," *Wall Street Journal*, 2/20/20)

**<u>A Swiss court acquitted Al-Khelaifi, but prosecutors are appealing the ruling and seeking a 28-month prison sentence.</u>**

**A Swiss Court Found The Arrangement For The Villa Was "Indeed A Bribe," But Acquitted Al-Khelaifi.** "The prosecution alleged that at a meeting in October 2013 at the French headquarters of beIN, Al-Khelaifi promised to buy a villa in Sardinia for five million euros ($6.06 million), granting its exclusive use to Valcke in exchange for support in its bid for the TV rights in North Africa and the Middle East for the 2026 and 2030 World Cups. At the hearings in September, prosecutors requested 28 months imprisonment for Al-Khelaifi, who is Qatari, and three years for Frenchman Valcke. The Federal Criminal Court found Valcke guilty of a civil offence but not a criminal one. It ruled the payment was 'indeed a bribe' and ordered Valcke to pay damages to FIFA, based on the time he had spent in the villa, but the court did not find him guilty of 'unfair management,' a charge which would have required proof that the agreement between the two men harmed FIFA. The court ruled 'there is nothing to indicate that FIFA could have obtained a more advantageous contract' than the one signed with beIN. It was worth $480 million for two World Cups, 60 percent more than for the 2018 and 2022 World Cups. The court acquitted Al-Khelaifi in relation to that charge." ("Swiss prosecutor to appeal against acquittal of PSG president Al-Khelaifi," *France 24*, 2/16/21)

**In 2022, Swiss Prosecutors Appealed The Ruling, Seeking A 28-Month Prison Sentence For Al-Khelaifi.** "On day two of the appeal hearing the federal prosecutor Cristina Castellote requested a 28-month prison sentence for Al-Khelaifi and 35 months for Valcke, former right-hand man to ex FIFA president Sepp Blatter." ("Swiss Prosecutor Seeks Prison for Nasser Al-Khelaifi, Jerome Valcke," *News18*, 3/9/22

## Other Corruption Allegations

**<u>French investigators charged Al-Khelaifi with corruption in May 2019, claiming he authorized a payment to officials to secure the 2017 or 2019 World Championships in track & field for Qatar.</u>**

**In May 2019, French Authorities Charged Al-Khelaifi "With Corruption In Relation To A $3.5 Million Payment Over The Organization Of The World Athletics Championships In Qatar."** "The president of French football champion Paris Saint-Germain has been charged by Parisian prosecutors with corruption in relation to a $3.5 million payment over the organization of the World Athletics Championships in Qatar, a judiciary source told CNN Thursday." (George Ramsey, "PSG president Nasser Al-Khelaifi charged with corruption," *CNN*, 5/24/19)

Page 6

**Al-Khelaifi Allegedly Tried To Secure The 2017 Or 2019 Track & Field World Championships For Qatar Through The Payment.** "Paris Saint-Germain's president, Nasser al-Khelaifi, has been placed under investigation for alleged corruption as part of an inquiry into the bidding process for the 2017 and 2019 athletics World Championships. A French judicial official said the preliminary charge of 'active corruption' was filed against Khelaifi, also the chair of the beIN media group, in mid-May in a case focusing on the payment of $3.5m to an IAAF official. The official said Khelaifi was suspected of corruption 'in regards with Qatar's track and field worlds.' Khelaifi is from Qatar." ("PSG president under investigation in IAAF corruption case," _The Guardian,_ 5/23/19)

**According To Investigators, Oryx QSI Paid $3.5 Million To A Company Linked To A Senior Track & Field Official Before The Vote On The 2017 World Championships Bid.** "According to Obaidly's lawyer, the investigating magistrate Renaud Van Ruymbeke based his suspicion on documents showing that a former IAAF official received two payments totalling about $3.5m from Qatari investors before the vote for the 2017 World Championships. Qatar eventually lost to London but was later awarded the 2019 event. The championships will be held in Doha from 27 September to 6 October. The two payments from Oryx Qatar Sports Investments, an investment fund linked to the Qatari government, were made to Pamodzi Sports Marketing in October and November 2011, days before the vote. Obaidly's representatives say the payments made by Oryx to the IAAF's appointed agent were transparent and part of the normal bidding process. Set up to handle the sponsorship and rights for Qatar's bid, Oryx agreed to pay $32.5m for the event's commercial rights, including the $3.5m paid to Pamodzi as a non-refundable deposit. The full amount would have been paid only if Qatar's 2017 bid had been successful. According to the online news site Mediapart, Oryx is owned by Khelaifi and his brother, Khalid. Mediapart said Khelaifi was questioned by Van Ruymbeke in March and denied any knowledge of the payments. Pamodzi was founded by one of Diack's sons, Papa Massata Diack. A former marketing consultant at the IAAF, he has been banned for allegations of extorting hundreds of thousands of dollars from a Russian marathon runner who wanted to avoid a doping ban before the 2012 Olympics. France has issued a wanted notice for him via Interpol." ("PSG president under investigation in IAAF corruption case," _The Guardian,_ 5/23/19)

- **Oryx QSI Is Reportedly Owned By Al-Khelaifi And His Brother, Khalid.** "According to the online news site Mediapart, Oryx is owned by Khelaifi and his brother, Khalid. Mediapart said Khelaifi was questioned by Van Ruymbeke in March and denied any knowledge of the payments. Pamodzi was founded by one of Diack's sons, Papa Massata Diack. A former marketing consultant at the IAAF, he has been banned for allegations of extorting hundreds of thousands of dollars from a Russian marathon runner who wanted to avoid a doping ban before the 2012 Olympics. France has issued a wanted notice for him via Interpol." ("PSG president under investigation in IAAF corruption case," _The Guardian,_ 5/23/19)

**Prosecutors Claim Al-Khelaifi Approved The Payment.** "French prosecutors allege Mr Khelaifi approved the payment, but his lawyers deny he was either a director or a shareholder at the time in 2011. They say he only had shares in the company between 2013 and 2016." ("PSG boss Al-Khelaifi charged with athletics corruption." _BBC News,_ 5/23/19)

Page 7

**Qatar Was Not Awarded The 2017 World Championships But Was Awarded The 2019 World Championships.** "According to Obaidly's lawyer, the investigating magistrate Renaud Van Ruymbeke based his suspicion on documents showing that a former IAAF official received two payments totalling about $3.5m from Qatari investors before the vote for the 2017 World Championships. Qatar eventually lost to London but was later awarded the 2019 event. The championships will be held in Doha from 27 September to 6 October." ("PSG president under investigation in IAAF corruption case," *The Guardian*, 5/23/19)

**NOTE:** *Additional research is required to determine the status of this case.*

**In 2019, Al-Khelaifi was accused of arranging an illegal payment to a player's agent from the Emir of Qatar to secure the player's transfer to PSG.**

**In July 2019, Al-Khelaifi Was Accused Of Soliciting An Illegal $2.25 Million Payment From Qatar's Emir To A Player's Agent To Secure The Player's Transfer To PSG.** "Paris Saint-Germain's president has been accused of misusing his connection with Qatar's government to bring Argentine Javier Pastore to the Parisian club in 2011, according to a report in the UK's Guardian newspaper. The Parisian club's chief executive Nasser Al-Khelaifi allegedly sought help from the Qatari leadership to pay €2 million ($2.25 million) to the player's agent Marcelo Simonian during transfer proceedings. According to an email in a large tranche of documents seen by the Guardian and France's Mediapart, Al-Khelaifi asked the Emir of Qatar to pay the sum to ensure the player's transfer to the current French champions would go through… The alleged actions break FIFA rules — article 7 of its regulations for intermediaries — which stipulate that it is forbidden for club owners to personally make payments to agents." ("PSG's Qatari owner accused of misusing government connections for payments to Pastore agent," *Arab News*, 7/15/19)

- **As A Professional Tennis Player In The 1990s And Early 2000s, Al-Khelaifi Met Qatar's Current Emir, Sheikh Tamim bin Hamad Al Thani, And Befriended Him.** "Born in Doha, the son of a pearl fisherman, Al-Khelaifi's career actually started as a professional tennis player. He managed only a couple of main-draw appearances on the ATP Tour and only just broke into the world's Top 1000 players, yet he was comparatively successful in the Davis Cup (effectively the World Cup of tennis) for Qatar, playing 43 singles matches between 1992 and 2002, winning 12 times. It was through tennis that he met Sheikh Tamim bin Hamad Al Thani, who is the emir of Qatar and head of the country's sovereign wealth fund. As such, Sheikh Tamim is effectively his boss. The pair have been close friends for 30 years and the absolute trust placed in the man known in Paris as 'NAK' has been reflected in the positions that he has taken up over the years." (Robin Bairner, "Who is the PSG chairman? Nasser Al-Khelaifi's net worth & Qatar ownership," *Goal*, 6/18/19)

**NOTE:** *Additional research is required to determine the status of this case.*

## Accused Of Assaulting Referee

**In March 2022, UEFA opened "disciplinary proceedings against" Al-Khelaifi after he engaged in "aggressive behavior and tried to enter the referee' locker room," and reportedly hit "the pennant of one of the attendees" following a Champions League match.**

Page 8

**In March 2022, UEFA Opened "Disciplinary Proceedings Against" Al-Khelaifi As A Result Of His Behavior Following A Champions League Match.** "UEFA has decided to open disciplinary proceedings against the president, the sports director and, in general, the Parisian club, for what happened after the Champions League semi-final match against Real Madrid. As AS has learned, the procedure is opened based on articles 11 and 15 of the Disciplinary Code against PSG, Al-Khelaifi and Leonardo." (Aritz Gabilondo, "Al Khelaïfi will not go away scot-free," *AS*, 3/10/22, Google Translate)

**Al-Khelaifi Allegedly Engaged In "Aggressive Behavior And Tried To Enter The Referee' Locker Room," And Reportedly Hit "The Pennant Of One Of The Attendees."** Confronted A Although it is not public, El Larguero announced that in section 7 of said minutes the referee wrote that 'the president and the technical director of PSG showed aggressive behavior and tried to enter the referees' locker room. When the referee asked them to leave , they blocked the door and the president deliberately hit the pennant of one of the attendees, breaking it.'" (Aritz Gabilondo, "Al Khelaïfi will not go away scot-free," *AS*, 3/10/22, Google Translate)

MEF000140

# PETER ČEFERIN

Peter Čeferin is a Slovenian lawyer, who has been described as "one of the most recognized lawyers in Slovenia." Čeferin founded Slovenian law firm, Čeferin Law Firm, which offers "high standard legal services to individual clients, to Slovenian and foreign companies and also to other legal entities." Čeferin's son is Aleksander Čeferin, the president of UEFA.

## Background

**Peter Čeferin "is one of the most recognized lawyers in Slovenia" and the founder of Čeferin Law Firm based in Slovenia, which offers "high standard legal services to individual clients, to Slovenian and foreign companies and also to other legal entities."**

**Peter Čeferin Is A Founder Of Čeferin Law Firm.** ("Founders," Čeferin Law Firm, Accessed 3/4/22)



Dr. Peter Čeferin

- **Čeferin Law Is "The Largest Law Firm In Slovenia."** "He remained in this profession and achieved as much as possible; he is also the recipient of a Lifetime Achievement Award from the Bar Association. Together with his sons, he has the largest law firm in Slovenia." (Lidija Jež, "Lawyer Peter Ceferin openly about women," *Odkrito.si*, 7/22/18, translated from Slovenian using Google Translate.)

**Čeferin Law Firm Offers "High Standard Legal Services To Individual Clients, To Slovenian And Foreign Companies And Also To Other Legal Entities."** "Our main office, since it was founded, is based in Grosuplje. With the intention to make our services more accessible for our clients, we opened branch in Maribor. A team of more than 30 attorneys, attorney candidates and attorney trainees offer high standard legal services to individual clients, to Slovenian and foreign companies and also to other legal entities." ("About Us," Čeferin Law Firm, Accessed 3/4/22)

**Čeferin Has Been Described As "One Of The Most Recognized Lawyers In Slovenia."** "Peter Čeferin is one of the most recognized lawyers in Slovenia." ("Indecent Attorney: A Biography of Peter Čeferin," Google Books, Accessed 3/11/22)

**Čeferin is the father of Aleksander Čeferin, who is the current president of UEFA and a FIFA council member.**

**Čeferin Is The Father Of Aleksander Čeferin.** "Aleksander Čeferin had a hard job to get out from under his father's shadow. His father Dr. Peter Čeferin is one of the most notable lawyers in whole Europe." ("Top Facts About Aleksander Čeferin, President of UEFA," SportMob, 5/3/21)

**Aleksander Čeferin Is The Current President Of UEFA.** "Aleksander Čeferin, a Slovenian lawyer and football administrator, was born in the capital of Slovenia, Ljubljana, on 13 October 1967. Between 2011 and 2016, he was president of the Football Association of Slovenia (NZS). Mr Čeferin has served as President of European football's governing body, UEFA, since his election on 14 September 2016." ("UEFA President: Aleksander Čeferin," UEFA, Accessed 3/4/22)

**Aleksander Čeferin Is Also A Vice President Of The FIFA Council.** ("Organisation FIFA Council," FIFA, Accessed 3/4/22)



**Aleksander CEFERIN**

Vice president

Slovenia

UEFA

# RAFAEL SALGUERO SANDOVAL

Rafael Salguero Sandoval is the former president of the Guatemalan soccer federation, the Federación Nacional de Fútbol de Guatemala, and a former member of the FIFA executive committee, which he joined in 2007. He served in that role until March 2019, when FIFA found Salguero guilty of bribery and banned him from all football activities.

Unlike several other FIFA executives, Salguero was never directly implicated in corruption regarding his vote in the 2022 World Cup selection process. It is unclear if Salguero voted for Qatar, as the votes were cast in secret. However, according to a French investigative report, former Spanish soccer player and UEFA executive Ángel María Villar Llona allegedly partnered with Qatar to broker a deal to gain the support of Latin American counties, including Guatemala, for Qatar's World Cup bid.

Salguero was however implicated in corruption regarding his vote for Russia to host the 2018 World Cup. In 2016, Salguero pleaded guilty to taking bribes regarding his vote awarding Russia the rights to 2018 World Cup. According to court documents, Salguero was promised $1 million to vote for Russia, but he failed to collect the bribe after the vote. Salguero was also found guilty of accepting bribes for "television and marketing rights" and "the illegal resale of World Cup tickets." Salguero cooperated with investigators, and was fined and sentenced to time served in 2018 after spending three years under house arrest.

## Background

**Rafael Salguero Sandoval was the president of the Guatemalan soccer federation, and a member of the FIFA executive committee beginning in 2007, but he was found guilty of bribery and banned from all football activities in March 2019.**

**Rafael Salguero Sandoval Was The President Of The Guatemalan Soccer Federation, The Federación Nacional De Fútbol De Guatemala, And A Member Of The FIFA Executive Committee.** "At various times relevant to the Indictment, Rafael Salguero was the president of the Federación Nacional de Futbol de Guatemala, the Guatemalan soccer federation, and a member of the FIFA executive committee." (UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK v. HUGO JINKIS, MARIANO JINKIS. et. al.," U.S. Department of Justice, Filed 3/18/20)

- **Salguero Held Various Roles With The Federación Nacional De Fútbol De Guatemala From 1976 To 1990, And Was A "Member And Vice-Chairman Of CONCACAF From 1986."** ("SALGUERO SANDOVAL Rafael – Guatemala." FIFA, Archived 5/30/15, Accessed 3/11/22)

> **Other functions in football**
> Former player with various clubs in Guatemala.
> Treasurer, General Secretary and then Chairman of the
> Guatemalan Football Association from 1976 to 1990.
> Member and vice-chairman of CONCACAF from 1986.
> FIFA Appeal Committee

**Salguero Joined The FIFA Executive Committee In 2007.** ("SALGUERO SANDOVAL Rafael – Guatemala," FIFA. Archived 5/30/15, Accessed 3/11/22)

> **FIFA Ex-Co member since**
> 2007

**In March 2019, Salguero Was Banned From All Football Related Activities For Seven Years After Being Found Guilty Of Bribery.** "Former Guatemalan FA president Rafael Salguero has been banned from all soccer-related activities for seven years at national and international level after being found guilty of bribery, world governing body FIFA said on Wednesday." ("FIFA bans, fines former Guatemalan FA president Salguero," _Reuters_, 3/13/19)

## Relationship To FIFA Corruption

## Role In Securing 2022 World Cup For Qatar

**It is unclear whether Salguero voted for Qatar in the World Cup selection process, as votes are cast in secret, however according to reports former UEFA executive Ángel María Villar Llona allegedly brokered a deal with Qatar to secure the votes of Latin American countries, including Guatemala, for Qatar's World Cup bid.**

**Ángel María Villar Llona Played Soccer For Athletic Bilbao And The Spanish National Team In The 1970s.** "Ángel María Villar Llona never was a brilliant footballer. But he was big and fearsome for a physical Athletic Bilbao side in the seventies, having grown up right next to San Mamés, and won 22 caps for the Spanish national team. At 'La Roja' he played alongside Vicente Del Bosque, who now is his employee." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" Medium, 5/28/16)

**Villar Joined UEFA's Executive Committee In 1992, And Briefly Became Acting UEFA President In 2015.** "Angel Maria Villar, the president of the Spanish Football Federation (RFEF) and the vice-president of UEFA, will be interim president of UEFA while its incumbent Michel Platini is suspended from FIFA for 90 days, the news agency EFE has learned. Born in Bilbao on 21 January in 1950, Ángel María Villar Llona has been a member of UEFA's Executive Committee since 1992. The hierarchy of FIFA is the following: Angel Maria Villar, first vice-president; Marios N. Lefkaritis, second vice-president; Giancarlo Abete, third vice-president; Grigoriy Surkis, fourth vice-president, and Michael van Praag, fifth vice-president. Villar, who is also a vice-president of FIFA, currently acts as first vice-president at UEFA, where he is in charge of the Referees' Committee and the Legal Committee, vice-president of the Players' Statute Committee, Transfers and Agents Committee and Match Agents Committee, as

Page 2

**MEF000144**

well as being a representative on the executive committee of the Counsel of Strategy for Professional Football." ("Angel Maria Villar will be interim president of UEFA," *Sport*, 8/10/15)

**A French Investigative Report Accused Villar Of Brokering A Deal With Qatar To Provide The Country With Votes From Latin American Countries During The World Cup Selection Process, Including Guatemala.** "All the roads of the Qatar 2022 World Cup passed through Spain. That's what the French magazine France Football says.in a documented investigative report titled 'Qatargate.' The magazine provides documents and anonymous testimonies that reveal a complex bilateral soccer and economic spider web, promoted by the presidents of the Spanish Football Federation and Real Madrid (Ángel María Villar and Florentino Pérez) and by the former president of Barcelona, Sandro Rosell , and articulated to favor the interests of all parties, including the private companies of Pérez (ACS) and Rosell (BSM). The secret agreement, forged in Madrid in 2009, provided the oil emirate with the support of several Latin American countries (at least Brazil, Argentina, Paraguay and Guatemala) for the 2022 World Cup bid, and allowed Pérez and Rosell to improve their relations with Doha." (Michael Mora, "Villar, Florentino Pérez and Rosell sealed an alliance with Qatar in 2009," *El País*, 6/17/14, Translated from Spanish to English using Google Translate)

**According To The Report, "The Secret Agreement" Provided Qatar With "The Support" Of Guatemala And Other Latin American Countries.** "The secret agreement, forged in Madrid in 2009, provided the oil emirate with the support of several Latin American countries (at least Brazil, Argentina, Paraguay and Guatemala) for the 2022 World Cup bid, and allowed Pérez and Rosell to improve their relations with Doha." (Michael Mora, "Villar, Florentino Pérez and Rosell sealed an alliance with Qatar in 2009," *El País*, 6/17/14, Translated from Spanish to English using Google Translate)

- **The FIFA Executive Committee Held A Closed Meeting To Vote During The World Cup Selection Process And The Votes Were Cast In Secret.** "The executive committee will hold a closed meeting at 1400 on Thursday at FIFA HQ and then start the voting process… The votes will be in secret and the results will not be announced after each round, meaning there will be no clues as to how the voting has gone before Sepp Blatter opens the envelopes at the decision ceremony at the Messezentrum Zurich." (Kevin Fylan, "Q &amp; A: How the World Cup vote works," *Reuters*, 12/1/10)

## Role In Securing 2018 World Cup For Russia

**In 2016, Salguero pleaded guilty to taking bribes regarding his vote awarding Russia the rights to 2018 World Cup, but he failed to collect the bribe after his vote and was credited with cooperating with the investigation into corruption of football officials.**

**In 2016, Salguero "Pleaded Guilty To Taking Bribes In A Sealed Proceeding."** "The former head of Guatemala football had pleaded guilty to taking bribes in a sealed proceeding in 2016." ("Ex-FIFA official Rafael Salguero sentenced in corruption case," *Associated Press*, 12/6/18)

**During His Sentencing In December 2018, Salguero Was Credited "With Cooperating In The Sprawling U.S. Case Accusing Several Football Officials Of Accepting More Than $200 Million Dollars In Bribes."** "A former FIFA official from Guatemala has been sentenced

to time served in international football's corruption scandal. Rafael Salguero was credited at his sentencing on Thursday with cooperating in the sprawling U.S. case accusing several football officials of accepting more than $200 million dollars in bribes." ("Ex-FIFA official Rafael Salguero sentenced in corruption case," *Associated Press*, 12/6/18)

**During The Proceedings, Salguero Said He Was "Approached By Someone Offering To Buy His Vote Awarding Hosting Rights To Russia For The 2018 World Cup," But Failed To Collect The Bribe After The Vote.** "According to a transcript of his plea that was unsealed earlier this week, he told a judge that as a member of FIFA's executive committee he was approached by someone offering to buy his vote awarding hosting rights to Russia for the 2018 World Cup. He said he tried to collect the bribe after the vote, but failed to get it." ("Ex-FIFA official Rafael Salguero sentenced in corruption case," *Associated Press*, 12/6/18)

- **According To Court Documents, "Salguero Was Promised A $1 Million Bribe In Exchange For Their Votes In Favor Of Russia To Host The 2018 World Cup."** "In addition, the defendant JACK WARNER was promised and received bribe payments totaling $5 million and Rafael Salguero was promised a $1 million bribe in exchange for their votes in favor of Russia to host the 2018 World Cup." (UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK v. HUGO JINKIS, MARIANO JINKIS, et. al.," U.S. Department of Justice, Filed 3/18/20)

**Salguero was sentenced to time served after spending three years under house arrest, and was fined $288,000 to pay back bribes he accepted for "television and marketing rights" and "the illegal resale of World Cup tickets."**

**Salguero Was Sentenced To Time Served After Spending Three Years Under House Arrest.** "Ex-Guatemala football chief and former Fifa executive committee member Rafael Salguero was on Thursday (Dec 6) sentenced to time served, releasing him from house arrest over the sweeping corruption scandal plaguing world soccer. The 73-year-old pleaded guilty in October 2016 to criminal conspiracy, two counts of conspiracy to commit bank fraud and conspiracy to launder money, and had been under house arrest in the United States. According to court documents published this week, he has spent three years under house arrest at an undisclosed location." ("Football: Former Guatemalan association chief Salguero avoids jail over Fifa scandal," *Agence France-Presse*, 12/7/18)

**Salguero Was Also Fined $288,000 To Pay Back Bribes He Accepted For "Television And Marketing Rights" And "The Illegal Resale Of World Cup Tickets."** "She also ordered Salguero to pay back up to US$288,000 (S$394,400) which he admitted receiving in bribes in exchange for granting television and marketing rights to football tournaments and the illegal resale of World Cup tickets." ("Football: Former Guatemalan association chief Salguero avoids jail over Fifa scandal," *Agence France-Presse*, 12/7/18)

- **According To Court Documents, Salguero Accepted Bribes And Conspired To Cause CONCACAF To Sell Media And Marketing Rights Of Its Tournaments To A Chosen Group.** "During a meeting at the estate of defendants HUGO JINKIS and MARIANO JINKIS in Punta del Este, Uruguay, the defendant ARIEL ALVARADO, Alfredo Ha.wit and Rafael Salguero agreed to use their influence to try to cause

CONCACAF to sell media and marketing rights to CONCACAF tournaments, including the Gold Cup, to the defendant FULL PLAY. HUGO JINKIS, MARIANO JINKIS and FULL PLAY agreed to pay and did pay six-figure bribe payments to ALVARADO, Alfredo Hawit and Rafael Salguero in exchange for their support of FULL PLAY's efforts to secure the CONCACAF rights." (UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK v. HUGO JINKIS, MARIANO JINKIS, et. al.," U.S. Department of Justice, Filed 3/18/20)

**In March 2019, FIFA banned Salguero from all football related activities for seven years, and fined him 100,000 Swiss francs.**

**In March 2019, Salguero Was Banned From All Football Related Activities For Seven Years.** "Former Guatemalan FA president Rafael Salguero has been banned from all soccer-related activities for seven years at national and international level after being found guilty of bribery, world governing body FIFA said on Wednesday." ("FIFA bans, fines former Guatemalan FA president Salguero," *Reuters*, 3/13/19)

**Salguero Was Also Fined 100,000 Swiss Francs.** "Along with the ban, which comes into immediate effect, the former FIFA and CONCACAF executive committee member was fined 100,000 Swiss francs (76,133 pounds)." ("FIFA bans, fines former Guatemalan FA president Salguero," *Reuters*, 3/13/19)

MEF000147

# ŞENES ERZIK

Şenes Erzik is a retired, "respected" Turkish football administrator who formerly served as president of the Turkish Football Federation, UEFA vice-president, and FIFA Executive Committee member. When Erzik retired in 2015, then-UEFA president Michael Platini named him an honorary UEFA member and said Erzik was "respected and respectful" and "the very embodiment of wisdom." Erzik was one of the quieter members of the FIFA Executive Committee, rarely making headlines outside of reports on the World Cup selection process.

Erzik, whose Prime Minister was "close friend of the Qatar royals," was alleged to have voted for Qatar to host the World Cup. However, Erzik was never accused of taking money for his 2018 and 2022 World Cup votes or implicated in any corruption scandals. In 2010, when former Football Association chairman Lord David Triesman implicated several FIFA executives in a corruption scandal, he declared Erzik was "completely incorruptible." In 2011, journalists investigating corruption at FIFA found Erzik had never been accused of "illegal behavior" throughout his entire career or implicated in bribery or match-fixing allegations that were prevalent in the international football community at the time.

## Background

**Şenes Erzik is a retired, "respected" Turkish football administrator, who was previously president of the Turkish Football Federation, vice-president of UEFA, and a FIFA Executive Committee member.**

**In 2015, Şenes Erzik, A Retired Turkish Football Administrator, Retired From His Position On The EUFA Executive Committee Where He Served For 25 Years.** "A UEFA Executive Committee member since 1990, Şenes Erzik can look back with pride as he retires from his UEFA duties at the XXXIX Ordinary UEFA Congress in Vienna, having been rewarded for his long and outstanding service to the European game by joining the distinguished group of UEFA honorary members." (Mark Chaplin, "Şenes Erzik – respectful and respected," UEFA, 3/24/15)

**Erzik Was "Respected" In The Football Community And Became An Honorary Member Of UEFA, With Then-UEFA President Michael Platini Declaring Erzik Was "Respected And Respectful" And "The Very Embodiment Of Wisdom."** "A UEFA Executive Committee member since 1990, Şenes Erzik can look back with pride as he retires from his UEFA duties at the XXXIX Ordinary UEFA Congress in Vienna, having been rewarded for his long and outstanding service to the European game by joining the distinguished group of UEFA honorary members. The former Turkish Football Federation (TFF) president received a standing ovation from UEFA Congress delegates as UEFA President Michel Platini bestowed UEFA honorary membership upon him in Vienna. 'There is no doubt that the man who is about to be made a UEFA honorary member deserves it more than any other leader in football today,' said Mr Platini… 'This man is a gentleman,' the UEFA President said. 'This man is respected and respectful – respectful of values, principles and all people, regardless of their position. This man is the very embodiment of wisdom. Indeed, one might even say that he is wisdom itself.'" (Mark Chaplin, "Şenes Erzik – respectful and respected," UEFA, 3/24/15)

**Erzik Previously Worked For The Turkish Football Federation, Eventually Becoming Its President, And Was A Member Of The FIFA Executive Committee.** "Appointed to the TFF board for the first time in 1977, he was President from 1989 to 1997. Erzik became a UEFA vice-president in 1994 and a member of the FIFA Executive Committee in 1996, and he held a number of positions within the organisations, whether as committee chairman, heading working groups or as a member of numerous bodies." ("Şenes Erzik donates his personal collection to the FIFA World Football Museum," FIFA Museum, 12/3/20)

## Allegedly Voted For Qatar To Host The World Cup

### Role In Securing 2022 World Cup For Qatar

**In 2018, former FIFA President Sepp Blatter alleged Erzik voted for Qatar and the *Daily Mail* also identified Erzik as the possible final vote for Qatar, noting Turkey's Prime Minister "is a close friend of the Qatar royals."**

**In 2018, Former FIFA President Sepp Blatter Claimed That In 2010, Erzik Voted For Qatar As The Host Of The 2022 World Cup.** "But Blatter said that he knew Qatar would win after UEFA president Michel Platini told him that his and other votes in Europe were shifting to Qatar. 'Him, [Cyprus' Marios] Lefkaritis, [Turkey's Senes] Erzik, [Belgium's Michel] D'Hooghe. They all went to Qatar' After the meeting with Sark'zy.' Then-French president Nicolas Sarkozy is under investigation in his country for his part in the bid process. Blatter has previously alleged Sarkozy applied pressure on Platini to change his vote in a meeting also attended by Qatar's crown prince." ("Sepp Blatter told Obama U.S. lost 2022 World Cup bid before vote," *ESPN*, 1/20/18)

- **The FIFA Executive Committee Holds A Closed Meeting To Vote During The World Cup Selection Process And The Votes Are Cast In Secret.** "The executive committee will hold a closed meeting at 1400 on Thursday at FIFA HQ and then start the voting process… The votes will be in secret and the results will not be announced after each round, meaning there will be no clues as to how the voting has gone before Sepp Blatter opens the envelopes at the decision ceremony at the Messezentrum Zurich." (Kevin Fylan, "Q &amp; A: How the World Cup vote works," *Reuters*, 12/1/10)

**According To The Daily Mail, The Final Vote For Qatar Was Possibly Cast By Erzik, Noting That The Turkish Prime Minister "Is A Close Friend Of The Qatar Royals."** "Qatar won the final round of voting 14-8 against the USA in the executive committee ballot. The MoS analysis suggests that Qatar spent an astonishing £17.2 billion directly and indirectly on the way to victory… Other voters for Qatar included Chung Mong-joon of South Korea, whom Bin Hammam later helped secure honorary FIFA vice-presidency, and Junji Ogura of Japan, seen as squeaky clean, who voted for Qatar after Japan dropped out. Bin Hammam voted for Qatar and the 14th vote is understood to have come from either Senes Erzik of Turkey, whose PM is a close friend of the Qatar royals, or Hany Abo Rida of Egypt, paid to join Bin Hammam on campaigning trips." (Nick Harris, "Qatar paid £17.17billion to host the 2022 World Cup finals, and new research shows where all that money went," *The Daily Mail*, 4/25/18)

Page 2

## No Evidence Of Corruption During Career

### A Completely Incorruptible Football Administrator, Never Accused Of Illegal Activity Or Selling Vote For World Cup

**In 2011, former Football Association chairman Lord David Triesman implicated a number of FIFA executives in a corruption scandal, but placed Erzik in a group of "FIFA members who are 'completely incorruptible.'"**

**In 2011 Former Football Association Chairman Lord David Triesman Implicated Several FIFA Executive Committee Members In A Corruption Scandal By Providing Evidence To The U.K. Parliament.** "Six more members of the 24-man FIFA executive committee have been implicated in a Parliamentary inquiry on evidence given by former FA chairman Lord Triesman and the Sunday Times. And among the allegations, there appears to be an answer to why Qatar was able to beat the U.S. by such a wide margin in the 2022 vote." ("Qatar allegedly bribed FIFA voters with U.S. dollars," _Yahoo_, 5/10/11)

- **Triesman Was "Secretly Recorded Making Bribery Allegations About Rival Countries' Attempts To Secure The Tournament."** "England's bid to host the 2018 World Cup is in disarray following the resignation today of the Football Association chairman, Lord Triesman, who was secretly recorded making bribery allegations about rival countries' attempts to secure the tournament." (Own Gibson, "Lord Triesman quits over World Cup 'bribery' claims," _The Guardian_, 5/16/2010)

**Triesman Also Provided A List Of "Completely Incorruptible" FIFA Members To The U.K. Parliament, Which Included Şenes Erzik.** "Six more members of the 24-man FIFA executive committee have been implicated in a Parliamentary inquiry on evidence given by former FA chairman Lord Triesman and the Sunday Times. And among the allegations, there appears to be an answer to why Qatar was able to beat the U.S. by such a wide margin in the 2022 vote. It's kind of funny in an awful sort of way that Qatar (allegedly) used the U.S.'s own currency against them, rather than something more valuable like euros or Canadian dollars. But not nearly as funny/awful as the alleged bribe solicitations Triesman revealed... Well, Leoz asking for a knighthood is quite different from his own allegations that Prince William tried to bribe him with a wedding invite. Also, Teixeira's bribe solicitation is just plain creepy. Triesman didn't just name the bad guys, though. He also gave his list of FIFA members who are 'completely incorruptible.' They are: Japan's Junji Ogura, Korea's Chung Mong-Joon, UEFA president Michel Platini, Turkey's Senes Erzik and, of course, England's Geoff Thompson." ("Qatar allegedly bribed FIFA voters with U.S. dollars," _Yahoo_, 5/10/11)

**Despite widespread corruption at FIFA, Erzik was never been accused of "illegal behavior" during his career, was not accused of taking money for his 2018 and 2022 World Cup votes, nor implicated in bribery allegations surrounding election of the FIFA president.**

**According To Journalists Investigating FIFA Corruption In 2011, Erzik Was Never Accused Of "Illegal Behavior" Across His Entire Career Nor "Suspected Of Taking Money For His Vote For The 2018 And 2022 World Cups."** "Fans and executives around the world

today were shocked to learn that Senes Erzik, a member of FIFA's Executive Committee , has not been mentioned in conjunction with any bribery allegations regarding the upcoming vote for FIFA President… Additionally, Erzik is not suspected of taking money for his vote for the 2018 and 2022 World Cups. Even more bewildering, Erzik, who has represented Turkey on the Executive Committee since 1996, has never been accused of taking bribes, promising votes, or any other type of illegal behavior in all his time with FIFA." (Berry Petchesky, "Breaking: FIFA Member Not Suspected Of Corruption," _Deadspin_, 5/27/11)

- **At Least 5 FIFA Executive Committee Members Either Sold Or Attempted To Sell Their World Cup Selection Votes.** "The U.S. prosecutors on Monday explicitly revealed details about money paid to five members of FIFA's top board ahead of the 2010 vote to choose Russia and Qatar as hosts. Russia defeated England and joint bids from Holland-Belgium and Spain-Portugal to host the 2018 men's tournament. Qatar, a tiny desert state that has spent billions of dollars to prepare for the 2022 World Cup, defeated the United States in a runoff by a group of voters that had already been trimmed because two members had been secretly filmed agreeing to sell their votes. Three South American officials, according to the indictment, received payments to vote for Qatar." (Tariq Panja and Kevin Draper, "U.S. Says FIFA Officials Were Bribed to Award World Cups to Russia and Qatar," _The New York Times_, 4/6/21)

- **Between The 2010 Selection Of Russia And Qatar As World Cup Hosts And 2015, "Sixteen Of The 24" FIFA Executive Committee Members Who Participated In The Vote "Have Been Suspended, Arrested For Bribery, Or Banned."** "Five years ago on Wednesday, FIFA's executive committee chose Russia to host the 2018 World Cup and Qatar for 2022 in one of the most controversial votes in sporting history. Sixteen of the 24 executive members have been suspended, arrested for bribery, or banned. Others have faced questions about their record." ("What happened to the FIFA members who voted for Russia and Qatar," _Agence France-Presse_, 12/1/15)

- **Prior To The Selection Of World Cup Hosts In 2010, FIFA Banned An Executive Committee Member "For Bribery And Punished Five Other Senior Officials In The Wake Of Corruption Allegations," While Four Former Executive Committee Members Were Banned From All Football Activity For "Two And Four Years."** "Fifa today admitted its image had suffered 'very great damage' after it banned one of its most senior figures for three years for bribery and punished five other senior officials in the wake of corruption allegations. But even as its ethics committee banned Nigeria's Amos Adamu for three years and fellow executive committee member Reynald Temarii for one year, its chairman still hit out at the 'sensationalist' Sunday Times for 'twisting the facts'. Four more officials, all former executive committee members, also received bans of between two and four years. The suspensions from 'all football-related activity' were more severe than many expected and mean the votes for the 2018 and 2022 World Cups will now go ahead on 2 December with just 22 executive committee members." (Owen Gibson, "Fifa hits out at Sunday Times despite Adamu and Temarii bribery bans," _The Guardian_, 11/18/10)

**The Journalists Investigating FIFA Corruption Also Stated "There Are No Reports, Credible Or Otherwise, That Erzik Was Among Those Who Accepted Cash Payments At A**

Page 4

**Meeting Called By Mohammed Bin Hammam Earlier This Month.**" "Stunned journalists were hesitant to go with the news, assuming there must have been a mistake, but indeed were impelled to relay that there are no reports, credible or otherwise, that Erzik was among those who accepted cash payments at a meeting called by Mohammed Bin Hammam earlier this month." (Berry Petchesky, "Breaking: FIFA Member Not Suspected Of Corruption," _Deadspin_, 5/27/11)

**A May Report 2011 Declared Erzik Had Not Been Implicated In Bribery Allegations Surrounding The FIFA Presidential Election.** "Fans and executives around the world today were shocked to learn that Senes Erzik, a member of FIFA's Executive Committee , has not been mentioned in conjunction with any bribery allegations regarding the upcoming vote for FIFA President." (Berry Petchesky, "Breaking: FIFA Member Not Suspected Of Corruption," _Deadspin_, 5/27/11)

**Erzik Was Also Not Implicated In "Any Of The Match-Fixing Or Bribery Scandals" Prior To 2011.** "Believe it. Erzik, also a Vice President of UEFA, has also not been named in connection with any of the match-fixing or bribery scandals that have rocked that association in recent years. Nor did he find his name splashed across the front pages during his time as president of the Turkish FA." (Berry Petchesky, "Breaking: FIFA Member Not Suspected Of Corruption," _Deadspin_, 5/27/11)

# SHEIKH DHARI FAHAD AL-AHMAD AL-SABAH

Sheikh Dhari Al-Fahad Al-Ahmad Al-Sabah is the current chairman of the Kuwait Hunting and Equestrian Club. Dhari has had limited direct engagement with FIFA or international football bodies.

While Dhari may lack many direct connections to FIFA, his brother, Sheik Ahmed Al-Fahad Al-Ahmad Al-Sabah, was known as a "king maker" in international football circles and has been implicated in investigations of FIFA corruption. In 2017, Sheik Ahmed Al-Fahad Al-Ahmad Al-Sabah resigned from a number of "footballing roles" including a position on the FIFA Executive Council after he was implicated in a corruption scheme. In 2021, the U.S. Justice Department (DOJ) targeted Sheik Ahmed in an investigation into possible corruption. The DOJ reportedly suspected Sheik Ahmed engaged in "racketeering and bribery related to FIFA and international soccer politics."

## Background

**Sheikh Dhari Al-Fahad Al-Ahmad Al-Sabah is a member of Kuwait's ruling family and is currently the chairman of the Kuwait Hunting and Equestrian Club.**

**Sheikh Dhari Al-Fahad Al-Ahmad Al-Sabah Is Currently The Chairman Of The Kuwait Hunting And Equestrian Club.** ("Who We Are," Kuwait Hunting and Equestrian Club. Accessed 3/3/22)



- **The Club Is Located Near The Kuwait Desert Resort.** "Established in 1960, occupying a total area of 1,270,000 square meters. The club is located on the Sixth Ring Road, next to the Kuwait Desert Resort, which features an impressive 18-hole golf course. club is equipped with race tracks and horseback riding. There are also tennis and

squash courts, bowling alley, snooker hall, billiard, basketball court, ballroom, meeting room and 4 km running track." ("Who We Are," Kuwait Hunting and Equestrian Club, Accessed 3/3/22)

**The Al-Sabah Family Has Ruled Kuwait Since 1756.** "Al Otob tribe fled to State of Kuwait away from the terrible drought which perished the Arab Peninsula. They chose Sabah bin Jaber as their governor in 1756. As time passed, the small town of Kuwait benefited from its location overlooking the head of the Arabian Gulf and thrived through trade, fishing and pearl fishery. Hence, Kuwait became one of the most prosperous countries in the region. Since 1756, fourteen rulers from Al Sabah family ruled Kuwait." ("Kuwait Rulers' History," Kuwait Government Online, Accessed 3/3/22)

## Relationship To FIFA

### Family Member Implicated In Corruption Scheme, Targeted For Racketeering And Bribery Related To FIFA

**Sheikh Dhari Al-Fahad Al-Ahmad Al-Sabah is a brother of Sheikh Ahmed Al-Fahad Al-Ahmad Al-Sabah, who was known as a "king maker" in international football circles, but in 2017 resigned from a number of "footballing roles" including a position on the FIFA Executive Council after he was implicated in a corruption scheme.**

**Dhari Fahad Al-Ahmad Al-Sabah Is The Brother Of Ahmed Al-Fahad Al-Ahmed Al-Sabah.** ("Kuwait Olympic Committee Board of Directors," Kuwait Olympic Committee, Archived 10/8/07, Accessed 3/3/22)

> **Marital Status :** Married and survived by 5 sons and one daughter.
> - Sheikh Ahmad Al-Fahad Al-Sabah .
> The eldest is at present President of the Olympic Council of Asia as well as a Member of the International Olympic Committee.Also President of the Kuwait Olympic Committee and Kuwait Football Association .
> - Sheikh Talal Fahad Al-Sabah
> President, Kuwait Basketball Federation
> - Sheikh Athbi Al-Fahad Al-Sabah
> - Sheikh Khaled Al-Fahad Al-Sabah
> - Sheikh Dari Al-Fahad Al-Sabah
> - Sheikha Bibi Al-Fahad Al-Sabah

- **Ahmed Was Known As A "King Maker" "Inside The International Olympic Committee (IOC) And World Football Circles."** "Kuwait's Sheikh Ahmad Al-Fahad Al-Sabah is known inside the International Olympic Committee (IOC) and world football circles as 'the king maker'." (Tracey Holmes, "Sheikh Amhad Al-Fahad Al-Sabah quits after being implicated in FIFA bribery, corruption probe," ABC.Net.AU News, 5/2/17)

**In 2017, Ahmed Resigned From A Number Of "Footballing Roles" Including A Position On The FIFA Executive Council After He Was Implicated In A Corruption Scheme.** "Mr Lai's guilty plea also implicated sporting powerbroker Sheikh Ahmad Al-Fahad Al-Sabah, the president of the Association of National Olympic Committees and the head of the Olympic

Page 2

Council of Asia. He was identified in the indictment of Lai as "co-conspirator number two", and he resigned from all of his footballing roles including his position on Fifa's Council. Sheikh Ahmad also relinquished his role roles on the Fifa Reform Committee and the Asian Football Confederation Executive Committee. Sheikh Ahmad denies any wrongdoing." (Jack de Menezes, *The Independent*, 11/21/17)

- **Ahmed Was Implicated After Several Major Football Organizers Pled Guilty To A Variety Of Corruption Charges Including Wire Fraud, Racketeering, Money Laundering, And Bribery.** "The Fifa Ethics Committee has banned three leading official from all football for life. Richard Lai, Julio Rocha and Rafael Esquivel pleaded guilty to corruption charges in the United States and have been given life-time sanctions as a result. Mr Lai, from Guam, was a former member of Fifa's Audit and Compliance Committee and was also head of the Guam Football Association. He pleaded guilty to two charges of wire fraud conspiracy and revealed that he had received nearly $1m [£773,000] in bribes in April. Mr Rocha, the former head of the Nicaraguan Football Federation, pleaded guilty to racketeering conspiracy and wire fraud conspiracy in April, with authorities claiming that he negotiated and accepted more than $150,000 [£113,340] in bribes linked to the sale of marketing rights. Having been president of the Nicaraguan Football Federation from 1998 to 2012, he then took up a role as Fifa development officer until his arrest in May 2015. Mr Esquivel, the former Venezuela Football Federation president, pleaded guilty to racketeering conspiracy, wire fraud conspiracy and money laundering conspiracy after participating in bribery schemes related to awarding media and marketing rights contracts." (Jack de Menezes, *The Independent*, 11/21/17)

**As Of September 2021, the U.S. Justice Department (DOJ) was investigating Ahmed Al-Fahad Al-Ahmed Al-Sabah in an investigation, suspecting him of engaging in "racketeering and bribery related to FIFA and international soccer politics."**

**As Of September 2021, The U.S. Justice Department (DOJ) Was Investigating Ahmed Regarding Bribery And Racketeering Related To FIFA.** "Two Kuwaiti Olympic officials are being investigated by the US Justice Department for alleged racketeering and bribery related to FIFA, according to the Associated Press. One of the officials was described in court documents reviewed by the AP as Sheikh Ahmad Al-Fahad Al-Ahmed Al-Sabah, the 'kingmaker' of the Asia's International Olympic Committee elections, and the other individual is Husain Al-Musallam, the president of FINA, the international swimming governing body." (Azmi Haroun, "The DOJ is investigating two senior Kuwaiti Olympic officials for bribery and racketeering related to FIFA probe," *Business Insider*, 9/2/21)

**Ahmed Was Suspected Of "Racketeering And Bribery Related To FIFA And International Soccer Politics," And Was Under Investigation Since At Least 2017.** "Two senior Olympic officials from Kuwait, one reputed to be the 'kingmaker' of IOC elections and another who is president of swimming's international governing body, have been targeted by the U.S. Department of Justice for suspected racketeering and bribery related to FIFA and international soccer politics, according to documents obtained by The Associated Press. The U.S. embassy in Kuwait made a formal request to local authorities in 2017 for assistance to secure evidence including records of multiple bank accounts held in the Gulf state, according to one document. The request included a document dated June 7, 2017, titled: 'Request for assistance in the

Page 3

investigation of Sheikh Ahmad Al-Fahad Al-Ahmed Al-Sabah, Husain al-Musallam, Reza Charim, Vahid Kardany and others.' The documents confirm that Sheikh Ahmad is under investigation and provide insight into the U.S. government's probe of high-level foreign officials as part of the broad FIFA investigation that began more than a decade ago." (Graham Dunbar, "Documents show US investigation of 2 Kuwaitis in FIFA case," *Associated Press*, 11/2/21)

## Met With FIFA Vice President And Chairman Of Jordanian Football Association in 2011

**In November 2011, Al-Ahmad Al-Sabah met with the FIFA's Vice President and Chairman of the Jordanian Football Association Royal Highness Prince Ali Ibn Al-Hussein during a meet hosted by Prime Minister Sheikh Nasser Mohammad Al-Ahmad Al-Sabah.**

**In November 2011, FIFA's Vice President And Chairman Of The Jordanian Football Association Royal Highness Prince Ali Ibn Al-Hussein Met With Prime Minister Sheikh Nasser Mohammad Al-Ahmad Al-Sabah.** "His Highness the Prime Minister Sheikh Nasser Mohammad Al-Ahmad Al-Sabah received Tuesday evening His Royal Highness Prince Ali Ibn Al-Hussein, FIFA's Vice-President and Chairman of Jordan's Football association, on occasion of his visit to Kuwait." ("Kuwait PM meets FIFA"s VP Prince Ali Ibn Al-Hussein," Kuwait News Agency, 11/1/11)

**Sheikh Dhari Fahad Al-Ahmad Al-Sabah Attended The Meeting.** "The meeting was attended by Chairman of the Hunting and Equestrian Club Sheikh Dhari Fahad Al-Ahmad Al-Sabah. (end) bs KUNA 112001 Jan 11NNNN." ("Kuwait PM meets FIFA"s VP Prince Ali Ibn Al-Hussein," Kuwait News Agency, 11/1/11)

**NOTE:** *No additional information regarding the November 2011 meeting was publicly available.*

# VICTORIANO SANCHEZ ARMINIO

Victoriano Sanchez Arminio led Spain's Technical Committee of Referees (CTA) from 1993 until his dismissal in 2018, maintaining personal control of referee assignments throughout his tenure.

In 1993, Sanchez Arminio was "handpicked" to serve as president of CTA by former Royal Spanish Football Federation president Angel Maria Villar, who "traded votes" and colluded with Qatar during its 2022 World Cup bid. Additionally, Sanchez Arminio has been described in the press as "Villar's last strong man" and Villar's "trusted man," and Sanchez Arminio has defended Villar against several allegations of corruption.

As CTA president, Sanchez Arminio exercised control over referees with an "opaque scoring system" that allowed him to promote or demote officials at will and influence games. In 2014 and 2017, Spanish football club Real Madrid objected to Sanchez Arminio's management of referees, accusing him of picking officials biased against the club.

## Background

**Victoriano Sanchez Arminio was president of Spain's Technical Committee of Referees (CTA) from 1993 until his dismissal in 2018, maintaining personal control of referee assignments throughout his tenure.**

**Victoriano Sanchez Arminio Was "Handpicked" To Be President Of Spain's Technical Committee of Referees (CTA) In 1993 And Served As "Capo Of The Men With The Whistle" Until His Dismissal In 2018.** "'Victoriano Sánchez Arminio will cease to be president of the Referees' Technical Committee tomorrow.' 'The new president has to be a recently retired referee who is fluent in new technology and respected.' 'He has completed a stage, he touches change.' The tour of the nightly radio programs this Thursday of the new president of the Royal Spanish Football Federation (RFEF), Luis Rubiales , had a common denominator: the announcement that the head of the referees is leaving 25 years after the appointment of he. A quarter of a century has passed since Ángel María Villar chose the former international collegiate on the occasion of an arbitration strike. The capo of the men with the whistle, Villar's last strong man, says goodbye With the interim of Juan Luis Larrea after the suspension of Villar, the first threat of stepping aside came from Sánchez Arminio. He put his position at the disposal of the president and the latter trusted him to continue in command. But it's over. Although in the past his position had to be voted on by the arbitration establishment itself, the 75-year-old leader was handpicked in 1993." (Alberto Lambea, "Goodbye to Sánchez Arminio, the eternal boss of the referees," *El Mundo*, 5/18/18, Translated from Spanish to English by Google Translate)

**Sanchez Arminio Personally Appointed The Referees For Spanish Soccer Matches And Decided Which To Promote And Which To Demote Based On An "Opaque Scoring System."** "His functions? Nothing less than appointing the referees of the different matches each day and establishing the ascents and descents of the braids of each category, with an opaque scoring system that they did not even know from within. Opacity was, precisely, one of the

hallmarks of his mandate." (Alberto Lambea, "Goodbye to Sánchez Arminio, the eternal boss of the referees," _El Mundo_, 5/18/18, Translated from Spanish to English by Google Translate)

**Sanchez Arminio Was "Struck Down" By Incoming Spanish Soccer Federation President Luis Rubiales As The First Act Of His New Administration.** "Luis Rubiales , the new president of the Spanish Football Federation, has taken the dismissal of Victoriano Sánchez Arminio as the first step as soon as he took office , as president of the Technical Committee of Referees and head of the appointments of the referees during these last seasons." (David Castro, "Victoriano Sánchez Arminio, struck down," _El Periódico de Catalunya_, 5/18/18, Translated from Spanish to English by Google Translate)

## Close Relationship With Corrupt Official

**In 1993, Sanchez Arminio was "handpicked" by former Royal Spanish Football Federation president Angel Maria Villar, who "allegedly traded votes" and colluded with Qatar during its 2022 World Cup bid, with Arminio having been described as "Villar's last strong man" and Villar's "trusted man."**

**Sanchez Arminio Was "Handpicked" By Angel Maria Villar In 1993 And Was Described As "Villar's Last Strong Man."** "'Victoriano Sánchez Arminio will cease to be president of the Referees' Technical Committee tomorrow.' 'The new president has to be a recently retired referee who is fluent in new technology and respected.' 'He has completed a stage, he touches change.' The tour of the nightly radio programs this Thursday of the new president of the Royal Spanish Football Federation (RFEF), Luis Rubiales , had a common denominator: the announcement that the head of the referees is leaving 25 years after the appointment of he. A quarter of a century has passed since Ángel María Villar chose the former international collegiate on the occasion of an arbitration strike. The capo of the men with the whistle, Villar's last strong man, says goodbye With the interim of Juan Luis Larrea after the suspension of Villar, the first threat of stepping aside came from Sánchez Arminio. He put his position at the disposal of the president and the latter trusted him to continue in command. But it's over. Although in the past his position had to be voted on by the arbitration establishment itself, the 75-year-old leader was handpicked in 1993." (Alberto Lambea, "Goodbye to Sánchez Arminio, the eternal boss of the referees," _El Mundo_, 5/18/18, Translated from Spanish to English by Google Translate)

- **Villar Was Elected President Of The Royal Spanish Football Federation In 1988 And Held The Role Until He Was Suspended In July 2017.** "One week after his arrest in a corruption probe, Angel Maria Villar's three-decade reign of the Spanish Football Federation came to an end on Tuesday when he was suspended from its presidency. Villar, FIFA's senior vice president, has been behind bars since police detained him, his son Gorka Villar, and two other football officials during police raids of the national federation headquarters and other properties. Seeing no sign that Villar was willing to step down from the post he has held since 1988, Spain's government decided to remove him in an attempt to limit the damage done to the national sport." (Joseph Wilson, "Spain suspends soccer president Angel Maria Villar after arrest," _Durango Herald_, 7/25/17)

- **Villar "Allegedly Traded Votes During The 2018 And 2022 World Cup Host Election."** "Also at FIFA where Villar and Mutko allegedly traded votes during the 2018

Page 2

**MEF000158**

and 2022 World Cup host election. And with the upcoming World Cup in 2018 being a national priority, Russia is likely to be an ally of Spain again, creating a block against more progressive UEFA nations." (Pål Ødegård, "Ángel María Villar — Is the Spanish Fox Ready?" <u>Medium</u>, 5/28/16)

- **Villar Led The Spain/Portugal Bid For The 2018 World Cup And Allegedly Colluded With Qatar In A "Widely Reported Voting Pact."** "Villar, who was elected to FIFA's ruling board 16 years ago, was a leader of the Spain-Portugal bid that was among four candidates in the 2018 contest. It lost despite a widely reported voting pact with Qatar, in breach of FIFA rules to prevent collusion." (Graham Dunbar, "5 investigated in FIFA WCup bid corruption probe," *Federal News Network*, 11/28/14)

**In May 2018, *El Periódico de Catalunya* Reported Arminio "Was A Trusted Man" Villar.** "Sánchez Arminio  was a trusted man of former President  Ángel María Villar." (David Castro. "Victoriano Sánchez Arminio, struck down." *El Periódico de Catalunya*, 5/18/18, Translated from Spanish to English by Google Translate)

**NOTE:** *No public information is available regarding Arminio's involvement in Villar's corruption scandal.*

<u>**In 2017, Sanchez Arminio defended Villar against charges of corruptions, stating prosecutors are treating Villar worse than a terrorist and contending Villar "has done nothing, nothing at all."**</u>

**In July 2017, Sanchez Arminio Defended Villar Against Charges Of Corruption, Arguing, "Not Even A Terrorist Is Treated Like Him."** "Operation Soule:  'I am sorry that they treat Villar like this, what do you want me to tell him? It makes me very sad; not even a terrorist is treated like him. The judges will say, in this country we crucify anyone.'" ("Sanchez Arminio: 'Not even a terrorist is treated like Villar,'" *Diario AS*, 7/24/17, Translated from Spanish to English by Google Translate)

**In November 2017, Sanchez Arminio Claimed "The Treatment [Villar] Has Received Has Not Been Fair," And, "I Think He Has Done Nothing, Nothing At All."** "'I find him perfectly. He is very well and very strong. The judges will be the ones who have to decide. What I do not understand is that people judge in advance, without knowing what is there. It does not enter my head. I think the The treatment he has received has not been fair. There are other people who have done much more, if he has done anything, and yet the treatment they have received has been better. I think he has done nothing, nothing at all. so that they put him in jail.'" ("Sánchez Arminio and criticism from Madrid: 'Do we have to look for referees in another Galaxy?'" *Marca*, 11/15/17, Translated from Spanish to English by Google Translate)

<u>**In July 2017, Sanchez Arminio again defended Villar after he was accused of using referees as a voting bloc to manipulate elections and stay in power.**</u>

**In July 2017, A Former Spanish Referee Claimed Villar Used Referees As A Voting Bloc To Manipulate Elections And Stay In Power.** "Especially shocking is his account of how Villar used the arbitration establishment to stay in power. 'I can't tell you outside the arbitration establishment, [...] but the referees are guided to vote for Villar. In the end, the elections were won by the referees . [...] One of the pretensions that Villar had before this year's elections was

Page 3

to increase the votes of the referees because they are votes that he had controlled.'" ("Pino Zamorano reveals the pressures and 'bites' of Villar," *Diario AS*, 7/23/17, Translated from Spanish to English by Google Translate)

**Sanchez Arminio Denied The Allegations Against Villar By Arguing, "Everything That [The Referee] Has Said Is A Lie."** "After Alfonso Pino Zamorano 's statements in 'El Español' in which he affirmed that Ángel María Villar's mandate had been very lacking in integrity, assuring that elections and also promotions and demotions were being manipulated, he has appeared tonight on 'El Larguero ' the president of the Referees Technical Committee, Victoriano Sánchez Arminio .When questioned about this issue, Sánchez Arminio could not have been more emphatic about his statements. 'Everything that Pino Zamorano has said is a lie . It is very easy to get on the opposite side now. I feel sorry for Mr. Zamorano, very sorry,' he assured." ("Sánchez Arminio: 'I am very sorry about Villar, he has been treated worse than a terrorist,'" *Cadena Ser*, 7/23/17, Translated from Spanish to English by Google Translate)

## Accused Of Exploiting His Control Over Referees To Affect Games

**<u>As president of CTA, Sanchez Arminio allegedly used an "opaque scoring system" to promote or demote referees at will, leading to Spanish football club Real Madrid in 2014 and 2017 accusing Sanchez Arminio of picking referees biased against the team, though Sanchez Arminio denied any wrongdoing.</u>**

**As President CTA, Sanchez Arminio Reportedly Decided Which Referees To Promote And Which To Demote Based On An "Opaque Scoring System."** "His functions? Nothing less than appointing the referees of the different matches each day and establishing the ascents and descents of the braids of each category, with an opaque scoring system that they did not even know from within." (Alberto Lambea, "Goodbye to Sánchez Arminio, the eternal boss of the referees," *El Mundo*, 5/18/18, Translated from Spanish to English by Google Translate)

**In 2014, Spanish Football Club Real Madrid Objected To Sanchez Arminio's Personal Control Over Referees, Claiming His Handpicked Referees Were Biased Against The Team.** "Florentino Pérez does not enjoy the Spanish arbitration system . Finger designations do not like. The white club asks for and wants a change. The idea that the Santiago Bernabéu manages is that this aspect must change, take a step forward and that everything does not depend on one person: Sánchez Arminio, president of the Referees Committee. He intends that three referees be designated per game and that a draw be carried out among them in order to avoid suspicions, which according to the Madrid entity are repeated over time and always against Real Madrid." (Jose Felix Diaz Barcelona, "Real Madrid wants to end the arbitration designation by hand," *El Confidencial*, 2/4/14, Translated from Spanish to English by Google Translate)

- **In 2017, Real Madrid Again Pushed For Referee Reform, Seeking To Remove Sanchez Arminio From The Process Of Appointing Referees To Specific Matches.** "Real Madrid president Florentino Perez says Cristiano Ronaldo's recent sending off in the Spanish Super Cup shows that the system of appointing and appraising match officials in La Liga needs an overhaul…Perez is a known critic of long-serving referees chief Victoriano Sanchez Arminio, who is an associate of Spanish federation president Angel Maria Villar. Reports have claimed that Madrid are now applying pressure to get

Page 4

the system of appointing and managing La Liga referees changed, amid chaos at the federation with Villar currently refusing to step down from his position, despite being arrested and charged with a number of serious corruption charges earlier this summer." (Dermot Corrigan, "Real Madrid chief calls for major changes to La Liga refereeing," *ESPN*, 9/8/17)

- **In November 2017, Real Madrid Fans Spent An Entire Match Chanting "Corruption In The Federation" And "Arminio Go Now."** "From the stands at the Estadio Santiago Bernabeu on Saturday, there were constant messages and protests aimed at the refereeing body and the Spanish Football Federation. Continuous chanting put a dampener on the afternoon. 'Corruption, in the Federation,' was sung every time the ball went out. 'Arminio go now!' was also repeated throughout the game." (J.L. Calderon, "Real Madrid supporters protest against the referees," *Marca*, 11/25/17, Translated from Spanish to English by Google Translate)

**In November 2017, Sanchez Arminio Denied Claims That He Is Biased Against Real Madrid.** "Relationship with Real Madrid 'The same relationship as with any other club, exactly the same. We have no relationship with the clubs, our relationship is summed up to do our best on the pitch. What do we have to improve? Of course, as in any facet of life. And that is why we are working. And that is why tomorrow we will talk about the things that have been done right or wrong since we met in Santander until now. It is very nice to say that we have to improve, but tell us what. Do I have to go look for referees in another galaxy? We cannot do more than what we are doing. We have some great referees in Spain, and it is not that I say so because I am the President. Everyone who knows and who likes football has seen the evolution that there has been in refereeing in our country.'" ("Sánchez Arminio and criticism from Madrid: 'Do we have to look for referees in another Galaxy?'" *Marca*, 11/15/17, Translated from Spanish to English by Google Translate)

**In October 2015, an anonymous referee claimed he was instructed by CTA to favor Real Madrid in a match, leading Sanchez Arminio to claim the allegation "makes no sense."**

**In October 2015, An Anonymous Assistant Referee Claimed He Was Asked By The CTA To Show Bias In Favor Of Real Madrid In Its Rivalry Match With Barcelona.** "Spain's top sports official has told the country's football federation (RFEF) to state what it knows about an allegation an assistant referee has been told to favour Real Madrid in next month's 'Clasico' against Barcelona. The assistant filed an anonymous complaint through a lawyer to the state anti-corruption prosecutor claiming instructions had been given by the RFEF's refereeing committee (CTA) to show bias towards Real in the Nov. 21 La Liga clash at the Bernabeu stadium." ("Spain official wants clarity on 'Clasico' allegation," *Reuters*, 10/22/15)

**Sanchez Arminio Claimed The Allegation "Makes No Sense."** "Victoriano Sanchez Arminio, the head of Spain's refereeing committee (CTA), told the As sports daily the accusation 'makes no sense' while Javier Tebas, the president of the professional league (La Liga), said it was 'implausible.'" ("Spain official wants clarity on 'Clasico' allegation," *Reuters*, 10/22/15)

Page 5

# VITALY MUTKO

Vitaly Mutko is the General Director of the Russian state company DOM.RF, a "financial institution for housing development" created by the Russian government. He has held positions within Russian football, Russia's Paralympic committee, and the Russian government, where he was previously the Russian Minister of Sport, Tourism and Youth Policy and, in 2016 became Deputy Prime Minister of Russia. Mutko had also been a member of the FIFA Executive Council starting in 2009, but in March 2017 the council barred him from seeking re-election because his political role in Russia "contravened" FIFA's statutes of neutrality. Mutko additionally was on the Russian World Cup organizing committee beginning in 2011, but was replaced in 2019 after "claiming he wanted to focus on his government work."

Following the selection of Russia and Qatar as the hosts of the World Cup, investigations were launched into the selection processes. In 2015, "dozens of global soccer officials" were indicted on corruption charges, but according to Mutko, "Russia was not accused of anything to do with money laundering." Mutko was likely interviewed during these investigations as Swiss Police announced they wanted "to question 10 senior FIFA executives."

Despite appearing to lack direct involvement with corruption related to the 2022 Qatar World Cup awarding, Mutko himself has faced accusations of unethical behavior. In 2010, Mutko was "accused of squandering taxpayer's money" at the Vancouver Olympics, by spending "12 times his official limit for hotel expenses" and spending "$4,500 for his breakfasts alone."

Separately, in 2015, a report released by the World Anti-Doping Agency implicated Mutko in Russia's "deeply rooted culture of cheating" via doping in its athletics programs. The report found "it was inconceivable" Mutko was unaware of the alleged doping program, and although he denied the charges, Mutko's accreditation to the 2016 Rio Summer Olympics was taken away and in December 2017, Mutko was permanently banned from attending any Olympics with any status.

## Background

**Vitaly Mutko is currently General Director of the Russian state company DOM.RF, a "financial institution for housing development" created by the Russian government.**

**Mutko Is Currently General Director Of "The State Company" DOM.RF** "On January 28, 2020, Mutko was elected General Director at the state company „DOM.RF". He will serve as Director from January 29, 2020, to January 28, 2025. JSC." ("Key Persons," Rondeli Foundation, Accessed 3/8/22)

**DOM.RF Claims To Be "A Financial Institution For Housing Development" Created By The Russian Government.** "DOM.RF is a financial institution for housing development. Created in 1997 by a decree of the Government of the Russian Federation to promote housing policy. The company develops areas that allow creating favorable conditions for the purchase of housing, forming a civilized rental market and developing the urban environment." ("About company," DOM.RF, Accessed 3/8/22, Translated from Russian to English using Google Translate )

**Mutko has held a number of positions within Russian football, including as president of the Russian Football Union, sat on the Executive Committee of the Russian Paralympic Committee, and worked for the Russian government as Russian Minister of Sport, Tourism and Youth Policy and Deputy Prime Minister of Russia.**

**Mutko Has Held A Number Of Positions Within Russia-Based Football Organizations, Including The Russian Football Union.** "From 1993: President of Football Club Zenit; under his leadership the team moved into the Russian football elite. In 1999, it won the Russia Cup and in 2002 won bronze at the Russian football championship. The Russian Football Premier League (RFPL) was organised in 2001 at the initiative of Mutko, who is a member of the Executive Committee of the Russian Football Union, President of the Russian Football Premier League and Vice President of the Football Federation of St Petersburg and North-West Russia." ("Vitaly Mutko," Roscongress. Accessed 3/8/22)

- **Mutko Was Began Working At The Russian Football Union In September 2015.** "Mutko was reelected the RFU president at the Congress of the Russian governing body of football in Moscow last month. He has been at the helm of the Russian football body since he was unanimously elected to the RFU presidency at the organization's extraordinary session on September 2, 2015." ("Sports Minister Mutko officially appointed deputy PM — Putin's decree," *Tass*, 10/19/16)

**Mutko Has Also Held Positions And Helped Organize Russia's Paralympic Committee.** "2002: elected to the Executive Committee of Russia's Paralympic Committee. For the past 13 years, Mutko has been the volunteer chairman of St Petersburg's Special Olympic Committee for the rehabilitation of people with mental disabilities. For 10 years he has chaired the Golden Pelican charity movement." ("Vitaly Mutko," Roscongress, Accessed 3/8/22)

**Mutko Had An Active Role In Russian Politics, As He Was Appointed Russian Minister Of Sport, Tourism And Youth Policy In 2012 And Appointed Deputy Prime Minister Of Russia In 2016.** "2003: appointed member of the Federation Council of Russia's Federal Assembly, representing the St Petersburg Government. 2008: appointed the Russian Minister of Sport, Tourism and Youth Policy. May 21, 2012: Reappointed Minister of Sport of the Russian Federation by a presidential decree. October 19, 2016: appointed Deputy Prime Minister of Russia by a presidential decree." ("Vitaly Mutko," Roscongress, Accessed 3/8/22)

**Mutko was previously the head of the Russian World Cup organizing committee until January 2018, and was also a member of the FIFA Executive Council, but in March 2017, the council barred him from seeking re-election because his political role in Russia "contravened" FIFA's statutes.**

**Mutko Was A Member Of The FIFA Council, But In March 2017, The Council Barred Him From Seeking Re-Election.** "The Russian deputy prime minister Vitaly Mutko has been barred from standing for re-election for a place on the Fifa council." ("Russian World Cup head Vitaly Mutko blocked from re-election to Fifa council," *The Guardian*, 3/10/17)

Page 2

MEF000163

- **Mutko Joined The Executive Committee In 2009.** "Mutko has sat on Fifa's executive committee since 2009 and it was previously reported he would be one of the officials questioned by Swiss investigators. Mutko later denied he had been called for questioning. Putin, in a dramatic intervention into the Fifa scandal, last week called the US investigation an 'attempt to derail Mr Blatter's re-election'." ("Russian World Cup head Vitaly Mutko blocked from re-election to Fifa council," *The Guardian*, 3/10/17)

**In January 2018, Mutko Was Replaced As The Head Of The Russian World Cup Organizing Committee "Claiming He Wanted To Focus On His Government Work."** "Alexei Sorokin has officially replaced Vitaly Mutko as the head of the Organising Committee for this year's FIFA World Cup after a decree removing him from the role was signed by Prime Minister Dmitry Medvedev. The Deputy Prime Minister announced last week that he would be stepping down as Organising Committee chairman after claiming he wanted to focus on his Government work. The decree, published in Russia today, provides formal confirmation that Mutko has been relieved of his World Cup duties." (Liam Morgan, "Mutko officially removed as head of Russia 2018 World Cup Organising Committee," *inside the games*, 1/4/18)

- **Mutko Had Held The Position Since 2011.** "The decree, published in Russia today, provides formal confirmation that Mutko has been relieved of his World Cup duties. Mutko, who has also temporarily stood down from his role as President of the Russian Football Union to fight his lifetime ban from the Olympic Games, had served in the position since 2011. The decree specifies the new responsibilities for Sorokin, who will also continue to be the Organising Committee's chief executive." (Liam Morgan, "Mutko officially removed as head of Russia 2018 World Cup Organising Committee," *inside the games*, 1/4/18)

## Relationship To Qatari FIFA Corruption

## Claimed Russia Was Not Implicated In 2015 Corruption Indictments At FIFA

**In 2015, "dozens of global soccer officials" were indicted on "corruption charges, including money laundering, racketeering and wire fraud," but according to Mutko, "Russia was not accused of anything to do with money laundering."**

**In 2015, "Dozens Of Global Soccer Officials" Were Indicted On "Corruption Charges, Including Money Laundering, Racketeering And Wire Fraud."** "Apart from doping, FIFA, too, has battled recent scandal, with dozens of global soccer officials indicted in 2015 by the United States on an array of corruption charges, including money laundering, racketeering and wire fraud. American authorities have continued their investigation over the last year, along with an inquiry into the Russian doping scandal. (Rebecca Ruiz, "Vitaly Mutko, Russia's Deputy Premier, Is Barred From FIFA Leadership," *The New York Times*, 3/10/17)

**According To Mutko, Russia Was Not Caught Up In The 2015 Indictments Or "Accused Of Anything To Do With Money Laundering."** "The process of conducting background and integrity checks on executives like Mr. Mutko is a new practice for FIFA, enacted last year as part of a set of changes in response to the United States case. Mr. Mutko was the only one of six men not to pass the review. 'Russia was not accused of anything to do with money laundering,'

Page 3

**MEF000164**

Mr. Mutko said in Moscow last year, emphasizing he had not been implicated in the United States indictment. 'We never said we had no issues with doping.'" (Rebecca Ruiz. "Vitaly Mutko, Russia's Deputy Premier, Is Barred From FIFA Leadership." *The New York Times*, 3/10/17)

## Likely Interviewed By Investigators As A Part Of Corruption Investigations

**Mutko was likely interviewed sometime after May 2015 by investigators regarding the decision to award Russia and Qatar rights to the World Cup.**

**Mutko Was Likely Interviewed Sometime After May 2015 Regarding The Decision To Award Russia And Qatar Rights To The World Cup, With Swiss Police Stating They Want "To Question 10 Senior FIFA Executives."** "Swiss police have said they want to question 10 senior FIFA executives over the decision to award World Cups to Russia and Qatar. The Executive Committee members - including Russia's Sports Minister Vitaly Mutko - were involved in the controversial vote for the 2018/2022 tournaments, which is under investigation by Swiss authorities." ("FIFA Execs To Be Questioned Over World Cup Vote," *Sky News*, 5/28/15)

**In May 2015, Mutko Promised Russia's "Full Cooperation With The Swiss Investigation" And Said He Had Yet To Be Contacted By Investigators.** "'We're prepared to show everything,' Mutko said, promising full cooperation with the Swiss investigation regarding the bidding process that led to Russia's selection. Mutko said he and 2018 organizing committee head Alexei Sorokin have not been contacted by investigators yet." (Austin Knoblauch, "Russia sports minister on 2018 World Cup: We have 'nothing to hide'," *Associated Press*, 5/27/15)

## Other Corruption Allegations

## Squandered Taxpayer's Money On Expensive Hotels, Breakfasts

**In 2010, Mutko was "accused of squandering taxpayer's money" at the Vancouver Olympics by spending "12 times his official limit for hotel expenses" and spending "$4,500 for his breakfasts alone."**

**In 2010, Mutko Was "Accused Of Squandering Taxpayer's Money" At The Vancouver Olympics By Spending "12 Times His Official Limit For Hotel Expenses," Which Amounted To $32,400.** "There is a rising clamor in Russia for the head of Sports Minister Vitaly Mutko, who has been accused of squandering taxpayer's money while the country's Vancouver Olympics team went down to defeat last winter in Vancouver. Mr. Mutko, who was rated as Russia's second-most unpopular government minister in a recent poll, says he won't quit over a report by the parliament's Audit Chamber that alleges he spent 12 times his official limit for hotel expenses during the Vancouver Games, or a whopping $32,400 over 20 days." (Fred Weir, *The Christian Science Monitor*, 7/7/10)

**Mutko Also Allegedly Spent $4,500 On His Breakfasts During The Trip, Although He Denied These Claims.** "During the same time, the report says, Russian taxpayers forked over $4,500 for his breakfasts alone. Mutko says the allegations are baseless, and that he was just

following the same standards as government officials the world over." (Fred Weir, *The Christian Science Monitor*, 7/7/10)

## Implicated In Russian Athletics Doping Scandal, Banned From Attending Olympics In Any Status

**In 2015, a report released by the World Anti-Doping Agency implicated Mutko in Russia's "deeply rooted culture of cheating" via doping in its athletics programs, and although he denied the charges, the report "it was inconceivable" Mutko was unaware.**

**In 2015, A Report Released By The By The World Anti-Doping Agency Found Russia Had A "Deeply Rooted Culture Of Cheating" In Its Athletics Programs.** "Russia operated a huge state sponsored doping programme that sabotaged the London 2012 Olympics and should be banned from athletics, according to a damning report by the World Anti Doping Agency. The 325-page review by an independent commission chaired by Dick Pound, a former Wada president, uncovered a 'deeply rooted culture of cheating' and recommended that Russia be suspended from competition and barred from the Olympic Games in Rio next year unless it entirely overhauls its approach." (Owen Gibson, "Russia accused of 'state-sponsored doping' as Wada calls for athletics ban," *The Guardian*, 11/9/15)

**The Report Found "It Was Inconceivable That" Mutko Would Be Unaware Of The Problem, As The Discovered Activities Were Too Large And Pervasive To Not Have "The Explicit Or Tacit Approval Of Russian Governmental Authorities."** "Pound said it was inconceivable that the Russian sports minister, Vitaly Mutko, was not aware of the scale of the problem. 'It was impossible for him not to be aware of it. And if he's aware of it, he's complicit in it,' he said. 'It would be naive in the extreme to conclude that activities on the scale discovered could have occurred without the explicit or tacit approval of Russian governmental authorities,' the report concludes." (Owen Gibson, "Russia accused of 'state-sponsored doping' as Wada calls for athletics ban," *The Guardian*, 11/9/15)

**Mutko Denied All Wrong Doing Related To The Doping Allegations.** "Mutko, who leads the 2018 football World Cup organising committee, denied wrongdoing to the Wada inquiry panel, including any knowledge of athletes being blackmailed." (Owen Gibson, "Russia accused of 'state-sponsored doping' as Wada calls for athletics ban," *The Guardian*, 11/9/15)

**As a result of the doping allegations, Mutko's accreditation to the 2016 Rio Summer Olympics was taken away and in December 2017, Mutko was permanently banned from attending any Olympics with any status.**

**As A Result Of The Doping Allegations, Mutko's Accreditation To The 2016 Rio Summer Olympics Was Taken Away.** "Russian Minister of Sports Vitaly Mutko will not receive accreditation for the 2016 Olympic Games in Rio de Janeiro as the person mentioned in the report of the commission of the World Anti-Doping Agency, the press service of the International Olympic Committee reported." ("Mutko will not receive IOC accreditation for the Rio Olympics," *BBC*, 7/19/16)

Page 5

MEF000166

**In December 2017, Mutko Was "Banned From Participating In All Future Olympics In Any Capacity."** "Former Russian sports minister Vitaly Mutko and his former deputy Yuri Nagornykh have been permanently banned from participating in all future Olympics in any capacity. This is stated in the IOC resolution published today . Participation means that Mutko and Nagornykh will never be accredited to the Olympics as officials. Russian athletes are allowed to participate in the 2018 Olympics in Pyeongchang only under a neutral flag, subject to a number of strict conditions. The activities of the Russian Olympic Committee (ROC) have been suspended. The IOC ruled that the Schmid Commission established the presence in Russia of a system of violations of the IOC anti-doping rules." ("Vitaly Mutko banned from Olympic Games forever," *Ведомости*, 12/5/17. Translated from Russian to English using Google Translate)

# WORAWI MAKUDI

Worawi Makudi is currently the executive chairman of Nakhon Ratchasima Football Club in the Thai League 1. From 1997 to 2015 Makudi was a member of the FIFA Executive Committee, and from 2007 to October 2015, Makudi was president of the Football Association of Thailand (FAT). Makudi was removed from his position at FAT in October 2015 after being found guilty by a court in Thailand of using "electoral fraud" to win the 2013 FAT presidential election. In 2017, his criminal charges were overturned.

Makudi has a long history of using his influence in FIFA and FAT for personal gain. In December 2010, Makudi, as part of the FIFA Executive Committee, reportedly voted to grant Qatar the 2022 World Cup. According to a report released by FIFA in June 2017, Makudi's "chief advisor" Joe Sim arranged for Makudi to support Qatar's bid in exchange for Qatari state company Qatargas offering Thailand's state energy company PPT lower prices on liquified natural gas.

Additionally, Makudi is tied to Qatar through his relationship with former FIFA presidential candidate Mohamed Bin Hamman, who is Qatari. Makudi has been described as a "long-time ally" of Bin Hamman, and in May 2011 the two men travelled to Trinidad together, where Bin Hamman offered cash to football officials in exchange for votes in the FIFA presidential election. In 2015, Makudi travelled to Qatar as part of FIFA's International Board delegation.

Makudi has been involved in several scandals during his time at FIFA. In 2011, he was accused of spending FIFA development money on his own land, though the case was later dismissed after Makudi proved he "donated the land" to FAT. Additionally, in May 2011 former Football Association Chairman David Triesman accused Makudi of attempting to bribe him in exchange for supporting England's 2018 bid for the World Cup.

In 2016, Makudi received a five-year ban from FIFA following his 2015 election fraud conviction in Thailand. However, following the charges being overturned in 2017, FIFA canceled Makudi's ban in February 2019. Nonetheless, FIFA noted Makudi still violated the FIFA Code of Ethics.

## Background

**Since September 2021, Worawi Makudi has been executive chairman of Thai League Nakhon Ratchasima Football Club, and from 1997 to 2015 Makudi was a member of the FIFA Executive Committee.**

**Since September 2021, Worawi Makudi Has Been Executive Chairman Of Thai League 1 Team Nakhon Ratchasima.** "Former Football Association of Thailand (FAT) president Worawi Makudi has taken over as executive chairman of bottom-placed Thai League 1 side Nakhon Ratchasima, who have yet to claim a point in the new season. The announcement of Worawi's appointment comes as the Swat Cats prepare for Sunday's battle with fellow top-flight strugglers Police Tero at home." (Tor Chittinand, "Worawi back on scene as Nakhon Ratchasima boss," *Bangkok Post*, 9/17/21)

**From 1997 To 2015, Makudi Was A Member Of The FIFA Executive Committee.** "Makudi – often referred to in the Thai media as Bung Yee or Bang Yi – had been voted on to the FIFA exective committee orginally back in 1997, one year before Sepp Blatter succeeded Joao Havelange as president. He then spent 18 years as an immovable and highly influential Asian delegate." ("Fifa's List of Shame of those who voted on the 2018 and 2022 World Cups keeps on growing," *World Soccer*, 10/18/16)

- **In April 2015, Makudi Was Voted Out Of The FIFA Executive Committee.** "Makudi, a long-time ally of former FIFA presidential candidate Mohamed bin Hammam of Qatar, was a member of the executive committee for 18 years until Asian federations voted him out in April 2015." ("Former FIFA official Worawi Makudi banned 5 years for forgery," *ESPN*, 10/18/16)

**NOTE:** *For additional information on the circumstances surrounding Makudi's exit from the FIFA Executive Committee in 2015, see the "Numerous FIFA Scandals" section.*

**From 1996 to 2007, Makudi was secretary general of the Football Association of Thailand (FAT), and from 2007 to October 2015 he was president of FAT.**

**From 1996 To 2007, Makudi Was Football Association Of Thailand (FAT) Secretary General.** (*Reuters*, "Soccer-AFC presidential candidate Worawi Makudi," *Yahoo! Sports*, 4/29/13)

Thailand Football Association secretary general (1996-2007)

**From 2007 To October 2015, Makudi Was FAT President.** "FIFA removed the entire executive committee of Thailand's football association (FAT) on Friday, four days after its president Worawi Makudi was suspended pending an ethics investigation by soccer's governing body. FIFA said that it had put in place a so-called 'normalization committee' to oversee the election of a new executive committee by Feb. 16 'at the latest'. 'The FIFA Emergency Committee has decided...to remove the executive committee of the Football Association of Thailand from office and to appoint a normalization committee in its place,' said soccer's governing body in a statement. Worawi, who had been FAT president since 2007, was provisionally banned for 90 days on Monday over a possible breach of FIFA's code of ethics." (Brian Homewood, "FIFA removes Thai FA's executive committee after Worawi ban," *Reuters*, 10/16/15)

## Relationship To Qatari FIFA Corruption

### Advisor Accused Of Negotiating Bribe To Support Qatar's 2022 Bid

**Makudi was a member of the FIFA Executive Committee in December 2010 when it voted to grant Qatar the 2022 World Cup, and Makudi "reportedly voted for Qatar to host" the World Cup.**

**From 1997 To 2015, Makudi Was A Member Of The FIFA Executive Committee.** "Makudi – often referred to in the Thai media as Bung Yee or Bang Yi – had been voted on to the FIFA

exective committee orginally back in 1997, one year before Sepp Blatter succeeded Joao Havelange as president. He then spent 18 years as an immovable and highly influential Asian delegate." ("Fifa's List of Shame of those who voted on the 2018 and 2022 World Cups keeps on growing," *World Soccer*, 10/18/16)

**In December 2010, The FIFA Executive Committee Voted To Grant Qatar The 2022 World Cup.** "Five years ago today, Fifa's executive committee voted for Russia to host the 2018 World Cup and Qatar to host the 2022 tournament." (Martyn Ziegler, "Fifa executive committee: Where are the 22 men who voted for Russia and Qatar to host the World Cup now?," *The Independent*, 12/2/15)

- **Makudi "Reportedly Voted For Qatar To Host The 2022 World Cup."** "Mr Worawi reportedly voted for Qatar to host the 2022 World Cup and British media said there might have been a link between his vote and Thailand's PTT Plc securing a gas deal with a Qatari company." ("Fifa recommends four-year ban for Worawi," *Bangkok Post*, 7/15/16)

**In June 2017, FIFA released a report on the December 2010 vote, which accused Makudi's "chief advisor" Joe Sim of negotiating with Qatar "state-controlled company" Qatargas to arrange "a reduce price for liquified natural gas" for Thailand's "state-run energy company" PPT "in exchange for the Thai FA supporting Qatar's [World Cup] bid."**

**In June 2017, FIFA Released Its Full Report On "The 2010 Voting Process," Which "Did Not Recommend That The Vote Be Annulled" But "Did Find Evidence Of Serious Alleged Irregularities And Recommended Investigation And Action Against Several Senior Members Of [FIFA's] Executive Committee."** "The prospects of the 2018 and 2022 World Cups being hosted by Russia and Qatar have been strengthened after Fifa dramatically published in full the investigation by the US prosecutor Michael Garcia into the 2010 voting process. Long thought to contain explosive revelations after Garcia resigned in 2014 protesting that a summary published by his fellow ethics committee chairman, Hans-Joachim Eckert, misrepresented it. His 349-page main report contained some startling detail on the 'culture of entitlement' at Fifa, but his main findings largely tallied with the thrust of Eckert's summary. He did find evidence of serious alleged irregularities and recommended investigation and action against several senior members of Fifa's executive committee, including the former German player and coach Franz Beckenbauer, but did not recommend that the vote be annulled." (David Conn, "Michael Garcia's Fifa report eases Russia and Qatar World Cup fears," *The Guardian*, 6/27/17)

**The FIFA Report Accused Makudi's "Chief Advisor" Joe Sim Of Negotiating With Qatar "State-Controlled Company" Qatargas To Arrange "A Reduced Price For Liquified Natural Gas (LNG), In Exchange For The Thai FA Supporting Qatar's Bid."** "The report spends considerable time exploring the conduct of Joe Sim, a supposed "Chief Advisor" to Thai FA president and FIFA Executive Committee member Worawi Makudi. While Sim's official title is not necessarily clear, the report says he was close with Makudi and often accompanied him to official Thai FA meetings where he was introduced as an advisor. The investigation strongly suggests that Sim was involved in negotiations with Qatargas, a state-controlled company, to work out a deal for a reduced price for liquified natural gas (LNG), in exchange for the Thai FA supporting Qatar's bid." (Aaron Gordon, "Newly Released World Cup Corruption Report Not as Clean as FIFA Claimed," *VICE*, 7/7/17)

- **Sim Denied The Allegations, Though Thailand's "State-Run Energy Company" PTT Was "Attempting To Renegotiate A Fixed Deal" With Qatargas At The Time, And "Qatar Delivered LNG To PPT" At PPT's Preferred Price "Seven Months After The World Cup Was Awarded To Qatar."** "Sim later told Garcia's investigators that the email was meant to discuss potential sponsorship of the Thai National Football Team by Qatargas, and had nothing to do with LNG sales. But later reports indicated that Thailand's state-run energy company, PTT Public Company Limited, was looking to re-negotiate a contract with Qatargas. As footnote 1081 notes, just three months before Sim sent his email, PTT was attempting to renegotiate a fixed deal because of a decline in liquified natural gas prices. PTT wanted to use the current rate, rather than the previously agreed upon price. Seven months after the World Cup was awarded to Qatar, Qatar delivered LNG to PPT at the current price." (Aaron Gordon, "Newly Released World Cup Corruption Report Not as Clean as FIFA Claimed," *VICE*, 7/7/17)

- **Consequently, The Report Called For "Further Investigation Into Makudi."** "Because of this, and several inconsistencies between the principle parties involved, the investigation concluded '[o]n its face, Mr. Sim's August 2010 email to the Chairman of Qatar Petroleum, blind-copied to Mr. Bin Hammam's assistant, gives the appearance that a LNG contract was being negotiated through football channels,' and suggested that further investigation into Makudi was needed, given his role as Thai FA president and FIFA executive committee voting member." (Aaron Gordon, "Newly Released World Cup Corruption Report Not as Clean as FIFA Claimed," *VICE*, 7/7/17)

## Other Notable Ties To Qatar

**In May 2011, Makudi accompanied his "long-time ally" former FIFA presidential candidate Mohamed Bin Hammam, who is Qatari, "on a presidential campaign visit to Trinidad," where Bin Hammam offered bribes in exchange for votes in the election, and in 2015 Makudi travelled to Qatar "as a member of FIFA's International Board delegation."**

**Makudi Is "A Long-Time Ally Of Former FIFA Presidential Candidate Mohamed Bin Hammam Of Qatar."** "Makudi, a long-time ally of former FIFA presidential candidate Mohamed bin Hammam of Qatar, was a member of the executive committee for 18 years until Asian federations voted him out in April 2015." ("Former FIFA official Worawi Makudi banned 5 years for forgery," *ESPN*, 10/18/16)

- **In May 2011, Makudi Accompanied Bin Hammam "On A Presidential Campaign Visit To Trinidad."** "Makudi was also questioned by investigators over accompanying Bin Hammam on a presidential campaign visit to Trinidad in May 2011. The Qatari candidate withdrew his challenge to Sepp Blatter days before the vote while under investigation for allegedly bribing Caribbean voters." ("Former FIFA official Worawi Makudi banned 5 years for forgery," *ESPN*, 10/18/16)

- **During The Trip, Bin Hammam Offered "Caribbean Soccer Officials" Cash In Exchange For Voting For Bin Hammam In The FIFA Presidential Election.** "FIFA have asked Caribbean soccer officials to clarify their role in a meeting that resulted in former presidential candidate Mohamed Bin Hammam being banned from the sport for

life. The Qatari was found guilty of offering cash for votes at the summit by football's governing body and barred from having any involvement with the game, despite protesting his innocence. In a statement given to CNN, FIFA said they had given Caribbean Football Union (CFU) officials 48 hours to provide relevant information about the meeting, or face similar sanctions. It read: 'FIFA sent a letter yesterday (25) July to all CFU associations, asking the associations, their presidents, and any of their members with knowledge of anything that transpired during the meetings held on 10 and 11 May in Trinidad and Tobago to provide and report all relevant information in their possession within 48 hours.'" ("FIFA demands answers from Caribbean officials on Bin Hammam summit," _CNN_, 7/26/11)

**In 2015, Makudi Travelled To Qatar "As A Member Of FIFA's International Board Delegation."** "In early 2015 Makudi travelled widely, including to Qatar as well as to Belfast as a member of FIFA's International Board delegation, trying to prevent support ebbing away. In the April, however, AFC Congress voted to replace him as its east zone FIFA delegate by Malaysia's Prince Abdullah, son of a former AFC president." ("Fifa's List of Shame of those who voted on the 2018 and 2022 World Cups keeps on growing," _World Soccer_, 10/18/16)

## Numerous FIFA Scandals

## Investigated Regarding Using FIFA Money To Develop His Land

**In 2011, FIFA investigated Makudi "over allegations that more than $800,000 of development money" from FIFA "was spent on projects built on land he owned near Bangkok," though FIFA dismissed the case after Makudi provided "documents showing he had donated the land" to FAT.**

**In 2011, FIFA Investigated Makudi "Over Allegations That More Than $800,000 Of Development Money" From FIFA "Was Spent On Projects Built On Land He Owned Near Bangkok."** "FIFA's ethics committee previously investigated Makudi in 2011 over allegations that more than $800,000 of development money from Zurich was spent on projects built on land he owned near Bangkok." ("Former FIFA official Worawi Makudi banned 5 years for forgery," _ESPN_, 10/18/16)

**FIFA Dismissed The Case After Makudi Provided "Documents Showing He Had Donated The Land To The Thai Football Body."** "That case was closed after FIFA accepted documents showing he had donated the land to the Thai football body." ("Former FIFA official Worawi Makudi banned 5 years for forgery," _ESPN_, 10/18/16)

## Accused Of Asking For Bribe To Help England Gain The 2018 World Cup

**In May 2011, former English Football Association Chairman David Triesman accused Makudi of asking for "TV rights to a friendly between England and the Thai national team" in exchange for voting to give England the World Cup in 2018.**

**In May 2011, Former Chairman Of The English Football Association David Triesman Accused Makudi Of Seeking "Bribes" "In Return For Backing England's Failed 2018 World Cup Bid."** "Former Football Association chairman Lord Triesman claims four Fifa members sought 'bribes' in return for backing England's failed 2018 World Cup bid. Triesman - who was initially chairman of England's bid - made the allegations about Jack Warner, Nicolas Leoz, Ricardo Teixeira and Worawi Makudi." (David Bond, "Triesman claims four Fifa members sought 2018 bribes," _BBC_, 5/10/21)

- **Triesman Claimed Makudi Asked For "TV Rights To A Friendly Between England And The Thai National Team" In Exchange For Voting For England To Receive The World Cup."** "Thailand's Fifa member Makudi wanted to be given the TV rights to a friendly between England and the Thai national team." (David Bond, "Triesman claims four Fifa members sought 2018 bribes," _BBC_, 5/10/21)

**In May 2011, Makudi Announced He Would Sue Triesman And Prove The Allegations Were "Groundless."** "Thailand's football chief is set to take legal action against Lord Triesman after the former Football Association chairman implicated him in an alleged World Cup bribery scandal. Triesman stated that Worawi Makudi had demanded the TV rights for a proposed friendly between England and Thailand in return for his 2018 World Cup vote. Makudi said he had a 'very strong case' and that the claims were 'groundless'. 'I will present evidence to prove these allegations are not true,' he added." ("Worawi Makudi takes legal action against Lord Triesman," _BBC_, 5/14/11)

- **In February 2014, An Appeal Court Rejected Makudi's Libel Lawsuit Against Triesman Because Of Free Speech "Immunity" Granted To "MPs And Peers' Proceedings."** "Lord Triesman, the former chairman of the Football Association, cannot be sued for libel by a Thai official, the appeal court has ruled, in a judgment that significantly expands freedom of expression beyond the traditional limits of parliament. The unanimous decision by three senior judges relies on the ancient immunity granted to speakers under article 9 of the bill of rights 1689, which protects MPs and peers' proceedings from being 'questioned in any court or place outside of parliament'. The Thai official, Dato Worwawi Makudi, the head of Thailand's football federation, had attempted to sue Triesman for defamation following the peer's appearance before the culture, media and sport select committee in May 2011." (Owen Bowcott, "Lord Triesman cannot be sued for libel by Thai official, court of appeal rules," _The Guardian_, 2/26/14)

## Banned From FIFA For Accusation Of Fraud In FAT Election

**In 2015, FIFA suspended Makudi after he was convicted in Thailand of committing "electoral fraud" in the 2013 FAT presidential election, and in 2016 his suspension was extended to a five-year ban after FIFA concluded its investigation and found him guilty of "forgery and falsification of documents and refusing to cooperate with investigators."**

**In 2015, FIFA Suspended Makudi For 90 Days "Pending The Outcome Of A Formal Investigation" After He Received "A 16-Month Suspended Jail Term And A $75 Fine In Bangkok For Electoral Fraud Concerning The Falsifying Of Documents" In A Previous FAT Election.** "In early 2015 Makudi travelled widely, including to Qatar as well as to Belfast

Page 6

as a member of FIFA's International Board delegation, trying to prevent support ebbing away. In the April, however, AFC Congress voted to replace him as its east zone FIFA delegate by Malaysia's Prince Abdullah, son of a former AFC president. In July Makudi's year went from bad to worse when he was handed a 16-month suspended jail term and a $75 fine in Bangkok for electoral fraud concerning the falsifying of documents in the FAT election. That prompted FIFA ethics prosecutor Cornel Borbely to open inquiries which led, shortly before the re-run of the FAT election in October, to Makudi being suspended for 90 days pending the outcome of a formal investigation." ("Fifa's List of Shame of those who voted on the 2018 and 2022 World Cups keeps on growing," *World Soccer*, 10/18/16)

- **Makudi's Conviction Concerned His Role In "Altering Documents" During The 2013 FAT Presidential Election.** "Worawi was initially banned for five years by FIFA in October 2016 following a suspended prison sentence from Southern Bangkok Criminal Court for altering documents ahead of the Football Association of Thailand's presidential election in 2013." ("Former Thai football chief Worawi Makudi has FIFA ban overturned by CAS," *Sky Sports*, 2/11/19)

**In February 2016, FIFA Extended Makudi's Ban To Three Months After He "Was Still Involved In FAT Affairs," Breaching The Terms Of His Suspension.** "'The Disciplinary Committee found that Mr Makudi was still involved in FAT affairs during this period - constituting a breach of article 64 of the FIFA Disciplinary Code - and has therefore decided to ban him from taking part in any kind of football-related activity at national and international level for a period of three months.'" (Dan Palmer, "Makudi banned for three months after ignoring FIFA suspension, *Inside the Games*, 2/22/16)

**In October 2016, FIFA Completed Its Investigation And Banned Makudi For Five Years After Finding Him Guilty Of "Forgery And Falsification Of Documents" In The 2013 FAT Election "And Refusing To Cooperate With Investigators."** "Former FIFA executive committee member Worawi Makudi has been banned from football for five years for election forgery. On Tuesday, the judging chamber of FIFA's ethics committee said it had found Thailand's Makudi guilty of forgery and falsification of documents and refusing to cooperate with investigators." ("Former FIFA official Worawi Makudi banned 5 years for forgery," *ESPN*, 10/18/16)

**In 2017, Makudi's criminal conviction for forgery in Thailand was overturned by an "appeals court," leading to FIFA canceling Makudi's ban in February 2019, though it noted Makudi still violated the FIFA Code of Ethics.**

**In 2017, Makudi "Was Declared Not Guilty Of Forgery And Falsification By An Appeals Court" In Thailand.** "He was declared not guilty of forgery and falsification by an appeals court in his country in 2017." ("Former Thai football chief Worawi Makudi has FIFA ban overturned by CAS," *Sky Sports*, 2/11/19)

**In 2018, FIFA Cut Makudi's Ban "By 18 Months… After He Took His Case To FIFA's Appeals Committee."** "Former Thai football chief Worawi Makudi had his three-and-a-half-year ban rescinded by the Court of Arbitration for Sport on Monday. Worawi was suspended from all football-related activities in October 2016 for five years following his conviction for forgery in a Thai court and for failing to cooperate with a FIFA investigation. His ban was cut by

Page 7

18 months last year after he took his case to FIFA's appeals committee." ("CAS annuls ban on former Thai football chief," _France 24_, 2/11/19)

- **In February 2019, The FIFA Appeals Committee Completely Overturned Makudi's Ban, Though It Noted He Still Breached The FIFA Code Of Ethics.** "In an appeal against the decision, Worawi presented additional witnesses and new information to CAS which was not available to FIFA when they issued previous decisions. 'The breach of article 41 of the FIFA Code of Ethics was confirmed, but to a lesser degree than found by the FIFA instances,' CAS said in a statement." ("Former Thai football chief Worawi Makudi has FIFA ban overturned by CAS," _Sky Sports_, 2/11/19)

Page 8

**MEF000175**



# 1. Top 10 Entities

| | |
|---|---|
| Total number of entities | 97 |
| Total number of links | 215 |

## Ranked by Incoming Links

| Rank | Type | Value | Incoming links |
|---|---|---|---|
| 1 | Alias | عبد الله بن محمد | 7 |
| 2 | Phone Number | 974 6692 2022 | 6 |
| 3 | Phone Number | 974 4494 3239 | 6 |
| 4 | Phone Number | 974 4475 2200 | 6 |
| 5 | Skype User | Justine Oldfield | 5 |
| 6 | Email Address | j.oldfield@qatar2022bid.com | 5 |
| 7 | Email Address | j.oldfield@qatar2022.qa | 5 |
| 8 | Alias | abdullah_2o18 | 5 |
| 9 | Phone Number | 974 3300 2022 | 5 |
| 10 | maltego.NominatimLocation | Eastern, KY 41622 | 5 |

## Ranked by Outgoing Links

| Rank | Type | Value | Outgoing links |
|---|---|---|---|
| 1 | Phone Number | +97466922022 | 28 |
| 2 | Phone Number | 974 6692 2022 | 26 |
| 3 | Phone Number | 974 3300 2022 | 16 |
| 4 | Phone Number | 974 6600 6677 | 14 |
| 5 | Phone Number | 974 7767 6747 | 13 |
| 6 | Phone Number | +97466006666 | 12 |
| 7 | Phone Number | 974 3380 2022 | 11 |
| 8 | Phone Number | 974 4475 2202 | 9 |
| 9 | Phone Number | 974 5500 1966 | 8 |
| 10 | Phone Number | 1 419 516 3880 | 7 |

## Ranked by Total Links

| Rank | Type | Value | Total links |
|---|---|---|---|
| 1 | Phone Number | 974 6692 2022 | 32 |
| 2 | Phone Number | +97466922022 | 30 |
| 3 | Phone Number | 974 3300 2022 | 21 |
| 4 | Phone Number | 974 6600 6677 | 18 |
| 5 | Phone Number | 974 7767 6747 | 17 |
| 6 | Phone Number | 974 3380 2022 | 16 |
| 7 | Phone Number | 974 4475 2202 | 14 |
| 8 | Phone Number | +97466006666 | 13 |
| 9 | Phone Number | 974 5500 1966 | 12 |
| 10 | Phone Number | 1 419 516 3880 | 11 |

## 2. Entities by Type

Aliases (20)

| | |
|---|---|
| Abdula Al Ali | Abdulla Althawadi |
| Ali Al Tawadi | Ali Athawdee |
| Ali Dauad | Hassal London Top |
| Hassan Al Thawadi | Justine Hassan |
| Justine Hussane Asst | Justine Oldfield |
| Mohammed Al Than | abdullah_2o18 |
| hassan.thawadi | hassanthawadi |
| justy.o | live:ali.althawadi_1 |
| q22scmd | لنمني غني عبد الله لدولة |
| عبد الله بن محمد | غلاين عبد الله لدوين |

Email Addresses (11)

| | |
|---|---|
| h.*****@gmail.com | h.althawadi@gmail.com |
| h.althawadi@live.com | h.althawadi@qatar2022bid.com |
| ha********@s*.** | halthawadi@sc.qa |
| j.*****@qatar2022.qa | j.oldfield@qatar2022.qa |
| j.oldfield@qatar2022bid.com | ju*****@btinternet.com |
| sg@qatar2022.qa | |

Locations (2)

| | |
|---|---|
| Great Britain | Qatar |

MySpaces (1)

Hassan Al Thawadi

Pandora Users (1)

h.althawadi

People (14)

| | |
|---|---|
| +97455001966 | +97455844444 |
| +97455844444 | +97466006677 |
| Abdaullah | Al Hassan Thawadi |
| Ali Al-Thawdi | Hassan |
| Hassan Al-Thawdi - | Justine Oldfield |
| Justine Secretary Hassan Al Thawadi | Mohammed bin Hamad |
| Q22SC MD | ali althawadi |

Persons (1)

Al Thawadi Hassan

Phone Numbers (22)

| | |
|---|---|
| ******22 | +97455844444 |

+97466006666                          +97466110666
+97466922022                          1 234 985 0221
1 419 516 3880                        974 3300 2022
974 3380 2022                         974 4475 2001
974 4475 2200                         974 4475 2202
974 4475 2210                         974 4494 3115
974 4494 3239                         974 5500 1966
974 5584 4444                         974 6600 6666
974 6600 6677                         974 6611 0666
974 6692 2022                         974 7767 6747


Profile Existses (3)
Instagram                             Snapchat
Snapchat


Signal Users (3)
+97455844444                          +97466006666
+97466922022


Skype Users (4)
Hassan                                Justine Oldfield
Q22SC MD                              ali althawadi


Skypes (4)
Hassan                                Justine Oldfield
Q22SC MD                              ali althawadi


Telegram (2)
Abdulla Al-Ali                        خندمانس@ کت و و مین ناس غی نن


WhatsApp Users (4)
97455001966@c.us                      97466006677@c.us
97466110666@c.us                      97466922022@c.us


Yelp Users (1)
Hassan A.


maltego.NominatimLocation (2)
1813 Little Ave. Columbus, OH 43223   Eastern, KY 41622


phonesearch.CarrierProvider (2)
Carrier: Bandwidth.com.               Carrier: Verizon Wireless.
Line Provider: Bandwidth.com.         Line Provider: Cellco Partnership dba Verizon Wireless - CA.

## 3. Entity Details



Phone Number
maltego.PhoneNumber

974 6692 2022

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 6692 2022 |
| Country Code | 974 |
| City Code | 6692 2022 |
| Area Code | |
| Last Digits | |

### Incoming (6)

| | |
|---|---|
| Phone Number | +97466922022 |
| Phone Number | 974 3300 2022 |
| Phone Number | 974 3380 2022 |
| Phone Number | 974 5500 1966 |
| Phone Number | 974 6600 6677 |
| Phone Number | 974 7767 6747 |

### Outgoing (26)

| | |
|---|---|
| Alias | Abdula Al Ali |
| Alias | abdullah_2018 |
| Alias | ابثناني عبيد الله اللهبان |
| Alias | عبيد الله بن عبيد منم |
| Email Address | j.oldfield@qatar2022.qa |
| Email Address | j.oldfield@qatar2022bid.com |
| Person | Justine Secretary Hassan Al Thawadi |
| Phone Number | 1 234 985 0221 |
| Phone Number | 1 419 516 3880 |
| Phone Number | 974 3300 2022 |
| Phone Number | 974 3380 2022 |
| Phone Number | 974 4475 2200 |
| Phone Number | 974 4475 2202 |
| Phone Number | 974 4494 3289 |
| Phone Number | 974 5500 1966 |
| Phone Number | 974 6600 6677 |
| Phone Number | 974 7767 6747 |
| Signal User | +97466922022 |
| Signal User | +97466922022 |
| Skype | Justine Oldfield |
| Skype User | Justine Oldfield |
| Skype User | Justine Oldfield |
| Telegram User | Abdulla Al-Ali |
| WhatsApp User | 97466922022@c.us |
| WhatsApp User | 97466922022@c.us |
| maltego.NominatimLocation | Eastern, KY 41622 |



Phone Number

maltego PhoneNumber

+97466922022

| | |
|---|---|
| Weight | 0 |
| Phone Number | +97466922022 |
| Country Code | |
| City Code | |
| Area Code | |
| Last Digits | |
| Attachments | |
| Text | +97466922022 |

**Incoming (2)**

| | |
|---|---|
| Person | Abdaullah |
| Person | Abdaullah |

**Outgoing (28)**

| | |
|---|---|
| Alias | Abdulla Al Ali |
| Alias | abdullah_2o18 |
| Alias | للتجارى بانج عبدالله اللبنان |
| Alias | عبد الله بن محمد |
| Email Address | j.oldfield@qatar2022.qa |
| Email Address | j.oldfield@qatar2022bid.com |
| Person | Justine Secretary Hassan Al Thawadi |
| Phone Number | 1 234 985 0221 |
| Phone Number | 1 419 516 3880 |
| Phone Number | 974 3300 2022 |
| Phone Number | 974 3380 2022 |
| Phone Number | 974 4475 2200 |
| Phone Number | 974 4475 2202 |
| Phone Number | 974 4494 3299 |
| Phone Number | 974 5500 1966 |
| Phone Number | 974 6600 6677 |
| Phone Number | 974 6692 2022 |
| Phone Number | 974 7767 6747 |
| Signal User | +97466922022 |
| Signal User | +97466922022 |
| Skype | Justine Oldfield |
| Skype User | Justine Oldfield |
| Skype User | Justine Oldfield |
| Skype User | Justine Oldfield |
| Telegram User | Abdulla Al-Ali |
| WhatsApp User | 97466922022@c.us |
| WhatsApp User | 97466922022@c.us |
| maltego.NominatimLocation | Eastern, KY 41622 |



Phone Number
maltego PhoneNumber
## 974 3300 2022

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 3300 2022 |
| Country Code | 974 |
| City Code | 3300 2022 |
| Area Code | |
| Last Digits | |

**Incoming (5)**

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 974 3380 2022 |
| | Phone Number | 974 4475 2200 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |

**Outgoing (16)**

| | | |
|---|---|---|
| | Alias | Hassan Al Thawadi |
| | Alias | hassan.thawadi |
| | Email Address | h.althawadi@gmail.com |
| | Email Address | h.althawadi@qatar2022bid.com |
| | Email Address | halthawadi@sc.qa |
| | Email Address | j.oldfield@qatar2022.qa |
| | Email Address | j.oldfield@qatar2022bid.com |
| | Email Address | sg@qatar2022.qa |
| | Phone Number | 974 3380 2022 |
| | Phone Number | 974 4475 2001 |
| | Phone Number | 974 4475 2200 |
| | Phone Number | 974 4475 2202 |
| | Phone Number | 974 4475 2210 |
| | Phone Number | 974 4494 3115 |
| | Phone Number | 974 4494 3299 |
| | Phone Number | 974 6692 2022 |



Phone Number
maltego PhoneNumber
## 974 6600 6677

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 6600 6677 |
| Country Code | 974 |
| City Code | 6600 6677 |
| Area Code | |
| Last Digits | |

**MEF000182**

Incoming (4)

| | | |
|---|---|---|
| | Phone Number | +97466022022 |
| | Phone Number | 974 5500 1966 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |

Outgoing (14)

| | | |
|---|---|---|
| | Alias | Abdula Al Ali |
| | Alias | abdullah_2018 |
| | Alias | لشيم غ بني سال هلا يب هلل:نان |
| | Alias | عبيد هلل بن ميرم |
| | Person | +97466006677 |
| | Phone Number | 1 234 985 0221 |
| | Phone Number | 1 419 516 3880 |
| | Phone Number | 974 5500 1966 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |
| | Profile Exists | Snapchat |
| | WhatsApp User | 97466006677@c.us |
| | WhatsApp User | 97466006677@c.us |
| | maltego.NominatimLocation | Eastern, KY 41622 |



Phone Number

maltego.PhoneNumber

974 7767 6747

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 7767 6747 |
| Country Code | 974 |
| City Code | 7767 6747 |
| Area Code | |
| Last Digits | |

Incoming (4)

| | Phone Number | +97466922022 |
|---|---|---|
| | Phone Number | 974 5500 1966 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |

Outgoing (13)

| | Alias | Abdula Al Ali |
|---|---|---|
| | Alias | لبثی ناخ عبس‌ملا لله‌لدزان |
| | Alias | عبسد لله‌لد بی‌ه منم‌ر |
| | Email Address | j.oldfield@qalar2022.qa |
| | Email Address | j.oldfield@qatar2022bid.com |
| | Phone Number | 974 3300 2022 |
| | Phone Number | 974 3380 2022 |
| | Phone Number | 974 4475 2200 |
| | Phone Number | 974 4475 2202 |
| | Phone Number | 974 4494 3239 |
| | Phone Number | 974 5500 1966 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |



Phone Number
maltego PhoneNumber

974 3380 2022

| Weight | 100 |
|---|---|
| Phone Number | 974 3380 2022 |
| Country Code | 974 |
| City Code | 3380 2022 |
| Area Code | |
| Last Digits | |

Incoming (5)

| | Phone Number | +97466922022 |
|---|---|---|
| | Phone Number | 974 3300 2022 |
| | Phone Number | 974 4475 2202 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |

Outgoing (11)

| | Alias | Hassan Al Thawadi |
|---|---|---|
| | Alias | Justine Hassan |
| | Alias | Justine Hussane Asst |
| | Alias | Justine Oldfield |
| | Alias | hassan.thawadi |
| | Phone Number | 974 3300 2022 |
| | Phone Number | 974 4475 2200 |
| | Phone Number | 974 4475 2202 |
| | Phone Number | 974 4494 3115 |
| | Phone Number | 974 4494 3239 |
| | Phone Number | 974 6692 2022 |



Phone Number
maltego.PhoneNumber
974 4475 2202

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 4475 2202 |
| Country Code | 974 |
| City Code | 4475 2202 |
| Area Code | |
| Last Digits | |

Incoming (5)

| | |
|---|---|
| Phone Number | +97466922022 |
| Phone Number | 974 3300 2022 |
| Phone Number | 974 3380 2022 |
| Phone Number | 974 6692 2022 |
| Phone Number | 974 7767 0747 |

Outgoing (9)

| | |
|---|---|
| Alias | Justine Hassan |
| Alias | Justine Hussane Asst |
| Alias | Justine Oidfield |
| Email Address | j.oldfield@qalar2022.qa |
| Email Address | j.oldfield@qatar2022bid.com |
| Person | Al Thawadi Hassan |
| Phone Number | 974 3380 2022 |
| Phone Number | 974 4475 2200 |
| Phone Number | 974 4494 3239 |



Phone Number
maltego.PhoneNumber
+97466006666

| | |
|---|---|
| Weight | 0 |
| Phone Number | +97466006666 |
| Country Code | |
| City Code | |
| Area Code | |
| Last Digits | |
| Attachments | |
| Text | +97466006666 |

MEF000185

Incoming (1)
  Person                          Ali Al-Thawdi
Outgoing (12)
  Alias                           Abdulla Althawadi
  Alias                           Ali Al Tawadi
  Alias                           Ali Alhawdee
  Alias                           Ali Dauad
  Alias                           غالي عبد الله شونمي
  Phone Number                    974 6600 6666
  Signal User                     +97466006666
  Signal User                     +97466006666
  Skype                           ali althawadi
  Skype User                      ali althawadi
  Skype User                      ali alhawadi
  Skype User                      ali althawadi



Phone Number
maltego PhoneNumber
974 5500 1966

  Weight                          100
  Phone Number                    974 5500 1966
  Country Code                    974
  City Code                       5500 1966
  Area Code
  Last Digits

Incoming (4)
  Phone Number                    +97466922022
  Phone Number                    974 6600 6677
  Phone Number                    974 6692 2022
  Phone Number                    974 7767 6747
Outgoing (8)
  Alias                           Abdula Al Ali
  Alias                           بلحين عبد الله الدائنا
  Alias                           عبد الله بن محرم
  Person                          +97455001966
  Phone Number                    974 6600 6677
  Phone Number                    974 6692 2022
  Phone Number                    974 7767 6747
  WhatsApp User                   97455001966@c.us



Phone Number
maltego PhoneNumber
1 419 516 3880

| | | |
|---|---|---|
| | Weight | 100 |
| | Phone Number | 1 419 516 3880 |
| | Country Code | 1 |
| | City Code | 419 |
| | Area Code | 516 |
| | Last Digits | 3880 |

Incoming (4)

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 1 234 985 0221 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |

Outgoing (7)

| | | |
|---|---|---|
| | Alias | abdullah_2018 |
| | Alias | عبید الله بن متهم |
| | Phone Number | 1 234 985 0221 |
| | Profile Exists | Snapchat |
| | maltego.NominatimLocation | 1813 Little Ave, Columbus, OH 43223 |
| | maltego.NominatimLocation | Eastern, KY 41622 |
| | phonesearch.CarrierProvider | Carrier: Verizon Wireless.<br>Line Provider: Cellco Partnership dba Verizon Wireless - CA. |



Phone Number
maltego.PhoneNumber
1 234 985 0221

| | | |
|---|---|---|
| | Weight | 100 |
| | Phone Number | 1 234 985 0221 |
| | Country Code | 1 |
| | City Code | 234 |
| | Area Code | 985 |
| | Last Digits | 0221 |

Incoming (4)

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 1 419 516 3880 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |

Outgoing (6)

| | | |
|---|---|---|
| | Alias | abdullah_2018 |
| | Alias | عبید الله بن متهم |
| | Phone Number | 1 419 516 3880 |
| | Telegram User | خانم یاسر@ کن ۰۰ میغی صاحب ی ن ن |
| | maltego.NominatimLocation | Eastern, KY 41622 |
| | phonesearch.CarrierProvider | Carrier: Bandwidth.com.<br>Line Provider: Bandwidth.com. |



Phone Number
maltego.PhoneNumber

## 974 4475 2200

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 4475 2200 |
| Country Code | 974 |
| City Code | 4475 2200 |
| Area Code | |
| Last Digits | |

Incoming (6)

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 974 3300 2022 |
| | Phone Number | 974 3380 2022 |
| | Phone Number | 974 4475 2202 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |

Outgoing (3)

| | | |
|---|---|---|
| | Alias | Hassan Al Thawadi |
| | Alias | Justine Oldfield |
| | Phone Number | 974 3300 2022 |



Phone Number
maltego.PhoneNumber

## 974 6600 6666

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 6600 6666 |
| Country Code | 974 |
| City Code | 6600 6666 |
| Area Code | |
| Last Digits | |

Incoming (1)

| | | |
|---|---|---|
| | Phone Number | +97466006666 |

Outgoing (7)

| | | |
|---|---|---|
| | Alias | Abdulla Althawadi |
| | Alias | Ali Al Tawadi |
| | Alias | Ali Athawdee |
| | Alias | Ali Dauad |
| | Alias | بالث دوس لل هنوي |
| | Signal User | +97466006666 |
| | Signal User | +97466006666 |



**Email Address**

maltego.EmailAddress

# h.althawadi@gmail.com

| | |
|---|---|
| Weight | 100 |
| Email Address | h.althawadi@gmail.com |

Info

29 Jul 20 (00:54)- Email exists

Incoming (1)

| | | |
|---|---|---|
| | Phone Number | 974 3300 2022 |

Outgoing (7)

| | | |
|---|---|---|
| @ | Email Address | h.althawadi@live.com |
| | MySpace | Hassan Al Thawadi |
| P | Pandora User | h.althawadi |
| | Profile Exists | Instagram |
| | Skype | Hassan |
| | Skype User | Hassan |
| | Yelp User | Hassan A. |

**Skype User**

shadow/dragon.skype.user

# Justine Oldfield

| | |
|---|---|
| Weight | 1 |
| ID | justy.o |
| Avatar URL | https://avatar.skype.com/v1/avatars/justy.o/public |
| Name | Justine Oldfield |
| Image | https://avatar.skype.com/v1/avatars/justy.o/public |
| Username | justy.o |
| About | |
| Language | en |
| URL | |
| Gender | |
| Birthday | |
| Location | eyJjaXR5IjogbnVsbCwgInN0YXRlIjogbnVsbCwgImNvdW50cnkiOi AiUWF0YXIlfQ== |
| Website URL | |

Avatar Link

Click here to view profile picture

Incoming (5)

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | +97466922022 |
| | Phone Number | +97466922022 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 6692 2022 |

Outgoing (3)

| | | |
|---|---|---|
| | Alias | justy.o |
| | Location | Qatar |
| | Person | Justine Oldfield |



Email Address
maltego.EmailAddress
j.oldfield@qatar2022.qa

| | |
|---|---|
| Weight | 100 |
| Email Address | j.oldfield@qatar2022.qa |

Info

29 Jul 20 (00:54)- Email exists

Incoming (5)

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 974 3300 2022 |
| | Phone Number | 974 4475 2202 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |

Outgoing (2)

| | | |
|---|---|---|
| | Skype | Q22SC MD |
| | Skype User | Q22SC MD |



Phone Number
maltego.PhoneNumber
974 4494 3239

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 4494 3239 |
| Country Code | 974 |
| City Code | 4494 3239 |
| Area Code | |
| Last Digits | |

MEF000190

**Incoming (6)**

| | | |
|---|---|---|
| 📞 | Phone Number | +97466922022 |
| 📞 | Phone Number | 974 3300 2022 |
| 📞 | Phone Number | 974 3380 2022 |
| 📞 | Phone Number | 974 4475 2202 |
| 📞 | Phone Number | 974 6692 2022 |
| 📞 | Phone Number | 974 7767 6747 |

**Outgoing (1)**

| | | |
|---|---|---|
| 👤 | Person | Al Hassan Thawadi |

Alias
mattego.Alias

عبد الله بسن محمد

| Weight | 100 |
|---|---|
| Alias | عبد الله بسن محمد |

**Incoming (7)**

| | | |
|---|---|---|
| 📞 | Phone Number | +97466922022 |
| 📞 | Phone Number | 1 234 985 0221 |
| 📞 | Phone Number | 1 419 516 3880 |
| 📞 | Phone Number | 974 5500 1966 |
| 📞 | Phone Number | 974 6600 6677 |
| 📞 | Phone Number | 974 6692 2022 |
| 📞 | Phone Number | 974 7767 6747 |

Phone Number
mattego.PhoneNumber

+97455844444

| Weight | 0 |
|---|---|
| Phone Number | +97455844444 |
| Country Code | |
| City Code | |
| Area Code | |
| Last Digits | |
| Attachments | |
| Text | +97455844444 |

**Incoming (1)**

| | | |
|---|---|---|
| 👤 | Person | Mohammed bin Hamad |

**Outgoing (5)**

| | | |
|---|---|---|
| 👤 | Alias | Mohammed Al Than |
| | Person | +97455844444 |
| 📞 | Phone Number | 974 5584 4444 |
| ▢ | Signal User | +97455844444 |
| ▢ | Signal User | +97455844444 |



Phone Number
maltego.PhoneNumber

## +97466110666

| | |
|---|---|
| Weight | 0 |
| Phone Number | +97466110666 |
| Country Code | |
| City Code | |
| Area Code | |
| Last Digits | |
| Attachments | |
| Text | +97466110666 |

Incoming (1)
| | | |
|---|---|---|
| 👤 | Person | Hassan Al-Thawdi - |

Outgoing (5)
| | | |
|---|---|---|
| | Alias | Hassal London Top |
| 👤 | Person | Al Hassan Thawadi |
| | Phone Number | 974 6611 0666 |
| | WhatsApp User | 97466110666@c.us |
| | WhatsApp User | 97466110666@c.us |



Skype
maltego.skype

## Justine Oldfield

| | |
|---|---|
| Weight | 100 |
| Alias | justy.o |
| Name | Justine Oldfield |
| Image | https://avatar.skype.com/v1/avatars/justy.o/public?returnDefaultImage=false&size=l |
| Age | 53 |
| Country | Qatar |
| Language | en |

Details

Incoming (2)
| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 974 6692 2022 |

Outgoing (4)
| | | |
|---|---|---|
| | Alias | justy.o |
| @ | Email Address | ju*****@btinternet.com |
| 📍 | Location | Qatar |
| | Phone Number | *****'22 |

**MEF000192**



Phone Number
maltego PhoneNumber

## 974 5584 4444

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 5584 4444 |
| Country Code | 974 |
| City Code | 5584 4444 |
| Area Code | |
| Last Digits | |

Incoming (1)
| | | |
|---|---|---|
| | Phone Number | +97455844444 |

Outgoing (4)
| | | |
|---|---|---|
| | Alias | Mohammed Al Than |
| | Person | +97455844444 |
| | Signal User | +97455844444 |
| | Signal User | +97455844444 |

Skype User
shadowdragon.skype.user

## ali althawadi

| | |
|---|---|
| Weight | 1 |
| ID | live:ali.althawadi_1 |
| Avatar URL | https://avatar.skype.com/v1/avatars/live:ali.althawadi_1/public |
| Name | ali althawadi |
| Image | https://avatar.skype.com/v1/avatars/live:ali.althawadi_1/public |
| Username | live.ali.althawadi_1 |
| About | |
| Language | |
| URL | |
| Gender | |
| Birthday | |
| Location | bnVsbA== |
| Website URL | |

Avatar Link

Click here to view profile picture

Incoming (3)
| | | |
|---|---|---|
| | Phone Number | +97466006666 |
| | Phone Number | +97466006666 |
| | Phone Number | +97466006666 |

Outgoing (2)
| | | |
|---|---|---|
| | Alias | live.ali.althawadi_1 |
| | Person | ali althawadi |



Email Address
maltego.EmailAddress

## j.oldfield@qatar2022bid.com

| | |
|---|---|
| Weight | 100 |
| Email Address | j.oldfield@qatar2022bid.com |

**Incoming (5)**

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 974 3300 2022 |
| | Phone Number | 974 4475 2202 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |



Alias
maltego.Alias

## abdullah_2018

| | |
|---|---|
| Weight | 100 |
| Alias | abdullah_2018 |

**Incoming (5)**

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 1 234 985 0221 |
| | Phone Number | 1 419 516 3880 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |



maltego.NominatimLocation
maltego.NominatimLocation

## Eastern, KY 41622

| | |
|---|---|
| Weight | 100 |
| Temp | Eastern, KY 41622 |

**Incoming (5)**

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 1 234 985 0221 |
| | Phone Number | 1 419 516 3880 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |



Alias
maltego.Alias

## الشيخ عبدالله الولد

| | |
|---|---|
| Weight | 100 |
| Alias | نشيل غني بسع ماليه ماليه ماليه نان |

**Incoming (5)**

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 974 5500 1966 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |



Alias
maltego Alias

## Abdula Al Ali

| | |
|---|---|
| Weight | 100 |
| Alias | Abdula Al Ali |

**Incoming (5)**

| | | |
|---|---|---|
| | Phone Number | +97466922022 |
| | Phone Number | 974 5500 1966 |
| | Phone Number | 974 6600 6677 |
| | Phone Number | 974 6692 2022 |
| | Phone Number | 974 7767 6747 |

Skype
maltego skype

## Hassan

| | |
|---|---|
| Weight | 100 |
| Alias | hassanthawadi |
| Name | Hassan |
| Image | https://avatar.skype.com/v1/avatars/hassanthawadi/public?return Defaultimage=false&size=l |
| Country | Great Britain |

**Details**

**Incoming (1)**

| | | |
|---|---|---|
| @ | Email Address | h.allhawadi@gmail.com |

**Outgoing (3)**

| | | |
|---|---|---|
| | Alias | hassanthawadi |
| @ | Email Address | h.*****@gmail.com |
| | Location | Great Britain |

Skype
maltego skype

## Q22SC MD

| | |
|---|---|
| Weight | 100 |
| Alias | q22scmd |
| Name | Q22SC MD |
| Image | https://avatar.skype.com/v1/avatars/q22scmd/public?returnDefault Image=false&size=i |
| Age | 44 |
| Sex | Male |
| Country | Qatar |
| Language | en |

Details

Incoming (1)

| @ | Email Address | j.oldfield@qatar2022.qa |
|---|---|---|

Outgoing (3)

| | Alias | q22scmd |
|---|---|---|
| @ | Email Address | j.****@qatar2022.qa |
| ♀ | Location | Qatar |

Phone Number
makego.PhoneNumber
974 6611 0666

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 6611 0666 |
| Country Code | 974 |
| City Code | 6611 0666 |
| Area Code | |
| Last Digits | |

Incoming (1)

| | Phone Number | +97466110666 |
|---|---|---|

Outgoing (3)

| | Alias | Hassal London Top |
|---|---|---|
| | Person | Al Hassan Thawadi |
| | WhatsApp User | 97466110666@c.us |

Skype User
shadowdragon.skype.user
Hassan

MEF000196

| | |
|---|---|
| Weight | 1 |
| ID | hassanthawadi |
| Avatar URL | https://avatar.skype.com/v1/avatars/hassanthawadi/public |
| Name | Hassan |
| Image | https://avatar.skype.com/v1/avatars/hassanthawadi/public |
| Username | hassanthawadi |
| About | |
| Language | |
| URL | |
| Gender | |
| Birthday | |
| Location | eyJjaXR5IjogbnVsbCwgInN0YXRlIjogbnVsbCwgImNvdW50cnkiOi AiR3JlYXQgQnJpdGFpbiJ9 |
| Website URL | |

**Avatar Link**

Click here to view profile picture

**Incoming (1)**

| @ | Email Address | h.althawadi@gmail.com |
|---|---|---|

**Outgoing (3)**

| | Alias | hassanthawadi |
|---|---|---|
| | Location | Great Britain |
| | Person | Hassan |

### Skype User

shadowdragon.skype.user

### Q22SC MD

| | |
|---|---|
| Weight | 1 |
| ID | q22scmd |
| Avatar URL | https://avatar.skype.com/v1/avatars/q22scmd/public |
| Name | Q22SC MD |
| Image | https://avatar.skype.com/v1/avatars/q22scmd/public |
| Username | q22scmd |
| About | |
| Language | en |
| URL | |
| Gender | male |
| Birthday | |
| Location | eyJjaXR5IjogbnVsbCwgInN0YXRlIjogbnVsbCwgImNvdW50cnkiOi AiUWF0YXIifQ== |
| Website URL | |

**Avatar Link**

Click here to view profile picture

Incoming (1)
  @ Email Address                              j.oldfield@qatar2022.qa
Outgoing (3)
  Alias                                        q22scmd
  Location                                     Qatar
  Person                                       Q22SC MD



WhatsApp User
shadowdragon.whatsapp.user
97466922022@c.us

  Weight                                       1
  id                                           97466922022@c.us
  Entity representing a WhatsApp user
  Image                                        https://pps.whatsapp.net/v/t61.24694-
                                               24/55900134_645897752539353_7704819158885597184_n.jpg?
                                               oh=bc45c444972943d11c7b4e5ecatef74c&oe=5F24F6F7
  Phone Number                                 97466922022
  Status                                       Hello, I'm using WhatsApp Business.
  Image URL                                    https://pps.whatsapp.net/v/t61.24694-
                                               24/55900134_645897752539353_7704819158885597184_n.jpg?
                                               oh=bc45c444972943d11c7b4e5ccatef74c&oe=5F24F6F7
  ID                                           97466922022@c.us
  Is Private                                   False

Image Link
Click here to visit the Image in your browser

Incoming (4)
  Phone Number                                 +97466922022
  Phone Number                                 +97466922022
  Phone Number                                 974 6692 2022
  Phone Number                                 974 6692 2022



Signal User
shadowdragon.signal.user
+97466922022

  Weight                                       1
  ID                                           +97466922022
  Phone Number                                 +97466922022
  PhoneNumber

Incoming (4)
  Phone Number                                 +97466922022
  Phone Number                                 +97466922022
  Phone Number                                 974 6692 2022
  Phone Number                                 974 6692 2022

**MEF000198**



Signal User
shadowdragon signal user

+97455844444

| Weight | 1 |
| ID | +97455844444 |
| Phone Number | +97455844444 |
| PhoneNumber | |

Incoming (4)

| | Phone Number | +97455844444 |
| | Phone Number | +97455844444 |
| | Phone Number | 974 5584 4444 |
| | Phone Number | 974 5584 4444 |



Signal User
shadowdragon signal user

+97466006666

| Weight | 1 |
| ID | +97466006666 |
| Phone Number | +97466006666 |
| PhoneNumber | |

Incoming (4)

| | Phone Number | +97466006666 |
| | Phone Number | +97466006666 |
| | Phone Number | 974 6600 6666 |
| | Phone Number | 974 6600 6666 |



Location
maltego Location

Qatar

| Weight | 0 |
| Name | Qatar |
| Country | Qatar |
| City | |
| Street Address | |
| Area | |
| Area Code | |
| Country Code | |
| Longitude | 0.0 |
| Latitude | 0.0 |

MEF000199

Incoming (4)



| | | |
|---|---|---|
| Skype | | Justine Oldfield |
| Skype | | Q22SC MD |
| Skype User | | Justine Oldfield |
| Skype User | | Q22SC MD |



WhatsApp User
shadowdragon.whatsapp.user
## 97466110666@c.us

| Weight | 1 |
|---|---|
| Id | 97466110666@c.us |
| Entity representing a WhatsApp user | |
| Phone Number | 97466110666 |
| Status | |
| Image URL | |
| ID | 97466110666@c.us |
| Is Private | True |

Incoming (3)

| Phone Number | +97466110666 |
|---|---|
| Phone Number | +97466110666 |
| Phone Number | 974 6611 0666 |



Person
maltego.Person
## Al Hassan Thawadi

| Weight | 100 |
|---|---|
| Full Name | Al Hassan Thawadi |
| First Names | |
| Surname | |

Incoming (3)

| Phone Number | +97466110666 |
|---|---|
| Phone Number | 974 4494 3239 |
| Phone Number | 974 6611 0666 |

Alias
maltego.Alias
## Hassan Al Thawadi

| Weight | 100 |
|---|---|
| Alias | Hassan Al Thawadi |

Incoming (3)

| | Phone Number | 974 3300 2022 |
| --- | --- | --- |
| | Phone Number | 974 3380 2022 |
| | Phone Number | 974 4475 2200 |

Alias
maltego.Alias

## Justine Oldfield

| Weight | 100 |
| --- | --- |
| Alias | Justine Oldfield |

Incoming (3)

| | Phone Number | 974 3380 2022 |
| --- | --- | --- |
| | Phone Number | 974 4475 2200 |
| | Phone Number | 974 4475 2202 |

Person
maltego.Person

## Abdaullah

| Weight | 0 |
| --- | --- |
| Full Name | Abdaullah |
| First Names | |
| Surname | |
| Attachments | |
| Text | Abdaullah · |

Outgoing (2)

| | Phone Number | +97466922022 |
| --- | --- | --- |
| | Phone Number | +97466922022 |

Skype
maltego.skype

## ali althawadi

| Weight | 100 |
| --- | --- |
| Alias | live:ali.althawadi_1 |
| Name | ali althawadi |
| Image | https://avatar.skype.com/v1/avatars/live:ali.althawadi_1/public?ret urnDefaultImage=false&size=l |

Details

Incoming (1)

| | Phone Number | +97466006666 |
| --- | --- | --- |

Outgoing (1)

| | Alias | live:ali.althawadi_1 |
| --- | --- | --- |

**MEF000201**



Email Address
maltego.EmailAddress
## halthawadi@sc.qa

| | |
|---|---|
| Weight | 62 |
| Email Address | halthawadi@sc.qa |

Info

29 Jul 20 (00:54)- Email exists

Incoming (1)

| | | |
|---|---|---|
| | Phone Number | 974 3300 2022 |

Outgoing (1)

| | | |
|---|---|---|
| @ | Email Address | ha********@s*.** |



Telegram User
maltego.telegram.profile
## Abdulla Al-Ali

| | |
|---|---|
| Weight | 100 |
| User ID | 1022240667 |
| First Name | Abdulla |
| Last Name | Al-Ali |
| Profile Image | https://images.si-area.com/telegram/send_file?params=gAAAAABIMc4NyFO6RwD VAoSS5DgTcAgTXPTIxjFeFcabVValyOtAPrf2eAnBtxUfKAyj5uyR wCPrqPdulOq3dgP5rLCK5w6w - cYIJIqXmneGxFQRDOp6zlK7SxrPzLQGlIkEhRQr03QAaLIk7EjoE SqDDcMlbA_-4sGlWvzzHPtKjQ- _n1fGDrkfkGqZzA8OhjFYuf9FJvm |
| Name | Abdulla Al-Ali |
| Profile | u1022240667 |
| Phone Number | +97466922022 |
| Was Online | 2020-07-23 12:48:11 |
| Status | Offline |

Details



**Name:** Abdulla Al-Ali
**Alias:** u1022240667
**Phone Number:** +97466922022
**Status:** Offline
**Was Online:** 2020-07-23 12:48:11

Details



**Name:** Abdulla Al-Ali
**Alias:** u1022240667
**Phone Number:** +97466922022
**Status:** Offline
**Was Online:** 2020-07-23 12:48:11

Details



**Name:** Abdulla Al-Ali
**Alias:** u1022240667
**Phone Number:** +97466922022
**Status:** Offline
**Was Online:** 2020-07-23 12:48:11

Incoming (2)



| | Phone Number | +97466922022 |
| | Phone Number | 974 6692 2022 |

Phone Number
maltego PhoneNumber

974 4494 3115

| Weight | 100 |
| Phone Number | 974 4494 3115 |
| Country Code | 974 |
| City Code | 4494 3115 |
| Area Code | |
| Last Digits | |

Incoming (2)



| | Phone Number | 974 3300 2022 |
| | Phone Number | 974 3380 2022 |

Alias
maltego Alias

Abdulla Althawadi

| Weight | 100 |
| Alias | Abdulla Althawadi |

MEF000204

Incoming (2)
    Phone Number                                +97466006666
    Phone Number                                  974 6600 6666



Alias
maltego.Alias
## Ali Dauad

Weight                                    100
Alias                                       Ali Dauad

Incoming (2)
    Phone Number                                +97466006666
    Phone Number                                974 6600 6666

Alias
maltego.Alias
## live:ali.althawadi_1

Weight                                    50
Alias                                       live:ali.althawadi_1

Incoming (2)
    Skype                                         ali.althawadi
    Skype User                                   ali.althawadi

Alias
maltego.Alias
## Ali Al Tawadi

Weight                                    100
Alias                                       Ali Al Tawadi

Incoming (2)
    Phone Number                                +97466006666
    Phone Number                                974 6600 6666

Alias
maltego.Alias
## hassan.thawadi

Weight                                    100
Alias                                       hassan.thawadi

Incoming (2)

| | Phone Number | | 974 3300 2022 |
| --- | --- | --- | --- |
| | Phone Number | | 974 3380 2022 |



Location

maltego Location

## Great Britain

| | |
| --- | --- |
| Weight | 0 |
| Name | Great Britain |
| Country | Great Britain |
| City | |
| Street Address | |
| Area | |
| Area Code | |
| Country Code | |
| Longitude | 0.0 |
| Latitude | 0.0 |

Incoming (2)

| | Skype | Hassan |
| --- | --- | --- |
| | Skype User | Hassan |



Person

maltego Person

## Justine Secretary Hassan Al Thawadi

| | |
| --- | --- |
| Weight | 100 |
| Full Name | Justine Secretary Hassan Al Thawadi |
| First Names | |
| Surname | |

Incoming (2)

| | Phone Number | +07466922022 |
| --- | --- | --- |
| | Phone Number | 974 6692 2022 |



Alias

maltego Alias

## Mohammed Al Than

| | |
| --- | --- |
| Weight | 100 |
| Alias | Mohammed Al Than |

Incoming (2)

| | Phone Number | +97455844444 |
| --- | --- | --- |
| | Phone Number | 974 5584 4444 |



Alias
maltego Alias

## hassanthawadi

Weight                        50
Alias                         hassanthawadi

Incoming (2)
Skype                         Hassan
Skype User                    Hassan



Alias
maltego Alias

## Ali Athawdee

Weight                        100
Alias                         Ali Athawdee

Incoming (2)
Phone Number                  +97466006666
Phone Number                  974 6600 6666



Alias
maltego Alias

## غيلان عبدالله لازودى

Weight                        100
Alias                         غيلان عبدالله سومنى

Incoming (2)
Phone Number                  +97466006666
Phone Number                  974 6600 6666

Alias
maltego Alias

## Hassal London Top

Weight                        100
Alias                         Hassal London Top

Incoming (2)
Phone Number                  +97466110666
Phone Number                  974 6611 0666



Alias
maltego Alias

## q22scmd

| Weight | 50 |
| Alias | q22scmd |

Incoming (2)
| Skype | Q22SC MD |
| Skype User | Q22SC MD |



Alias
maltego Alias

## justy.o

| Weight | 50 |
| Alias | justy.o |

Incoming (2)
| Skype | Justine Oldfield |
| Skype User | Justine Oldfield |



Alias
maltego Alias

## Justine Hussane Asst

| Weight | 100 |
| Alias | Justine Hussane Asst |

Incoming (2)
| Phone Number | 974 3380 2022 |
| Phone Number | 974 4475 2202 |



Alias
maltego Alias

## Justine Hassan

| Weight | 100 |
| Alias | Justine Hassan |

Incoming (2)
| Phone Number | 974 3380 2022 |
| Phone Number | 974 4475 2202 |



**WhatsApp User**
shadow.dragon.whatsapp.user

## 97466006677@c.us

| | |
|---|---|
| Weight | 1 |
| Id | 97466006677@c.us |
| Entity representing a WhatsApp user | |
| Is Private | False |
| Image URL | https://pps.whatsapp.net/v/t61.24694-24/56374337_410501016196807_5775065609486204928_n.jpg?oh=a1f7f1364dac102b0da6f81cd5a1fcc9&oe=5F24D4F7 |
| Image | https://pps.whatsapp.net/v/t61.24694-24/56374337_410501016196807_5775065609486204928_n.jpg?oh=a1f7f1364dac102b0da6f81cd5a1fcc9&oe=5F24D4F7 |
| Phone Number | 97466006677 |
| ID | 97466006677@c.us |
| Status | كلام كم تو حال قى قفقو |

Image Link
Click here to visit the Image in your browser

Incoming (2)

| | | |
|---|---|---|
| | Phone Number | 074 6600 6677 |
| | Phone Number | 974 6600 6677 |

**Person**
maltego.Person

## Mohammed bin Hamad

| | |
|---|---|
| Weight | 0 |
| Full Name | Mohammed bin Hamad |
| First Names | Mohammed |
| Surname | bin Hamad |

Outgoing (1)

| | | |
|---|---|---|
| | Phone Number | +97455844444 |

**Person**
maltego.Person

## Hassan Al-Thawdi -

| | |
|---|---|
| Weight | 0 |
| Full Name | Hassan Al-Thawdi - |
| First Names | |
| Surname | |
| Text | Hassan Al-Thawdi - |

Outgoing (1)

| | | |
|---|---|---|
| | Phone Number | +97466110666 |



Person
maltego.Person

## Ali Al-Thawdi

| | |
|---|---|
| Weight | 0 |
| Full Name | Ali Al-Thawdi |
| First Names | |
| Surname | |
| Text | Ali Al-Thawdi |

Outgoing (1)
Phone Number              +97466006666



phonesearch.CarrierProvider
phonesearch.CarrierProvider

## Carrier: Verizon Wireless. Line Provider: Cellco Partnership dba Verizon Wireless - CA.

| | |
|---|---|
| Weight | 100 |
| Temp | Carrier: Verizon Wireless. Line Provider: Cellco Partnership dba Verizon Wireless - CA. |

Incoming (1)
Phone Number              1 419 516 3880



Profile Exists
maltego.profile.exists

## Instagram

| | |
|---|---|
| Weight | 100 |
| Profile Exists | Instagram |
| From Value | h.althawadi@gmail.com |
| From Type | EmailAddress |
| Image | https://mtg-bi.com/misc/icons/instagram.png |
| Name | instagram |

Details
Instagram

Incoming (1)
Email Address              h.althawadi@gmail.com



maltego.NominatimLocation
maltego.NominatimLocation

## 1813 Little Ave, Columbus, OH 43223

Weight                   100

Temp                    1813 Little Ave, Columbus, OH 43223

**Incoming (1)**

Phone Number          1 419 516 3880

**Email Address**

maltego.EmailAddress

ju*****@btinternet.com

Weight                   0

Email Address          ju*****@btinternet.com

**Incoming (1)**

Skype                    Justine Oldfield

**Phone Number**

maltego.PhoneNumber

******22

Weight                   0

Phone Number          ******22

Country Code

City Code

Area Code

Last Digits

**Incoming (1)**

Skype                    Justine Oldfield

**Email Address**

maltego.EmailAddress

j.*****@qatar2022.qa

Weight                   0

Email Address          j.****'@qatar2022.qa

**Incoming (1)**

Skype                    Q2SC MD

**Person**

maltego.Person

+97466006677

MEF000211

| Weight | 1 |
| Full Name | +97466006677 |
| First Names | |
| Surname | |
| Image | https://scontent.xx.fbcdn.net/v/t1.30497-1/cp0/c15.0.50.50a/p50x50/84628273_176159830277856_97269336392282932 12_n.jpg?_nc_cat=1&_nc_sid=12b3bc&_nc_ohc=61UfcY8Xw30AX_ZcKcy&_nc_ht=scontent.xx&oh=7cd893ebab7f59cb02a14eeed897fa92&oe=5F45E4B8 |
| Image URL | https://scontent.xx.fbcdn.net/v/t1.30497-1/cp0/c15.0.50.50a/p50x50/84628273_176159830277856_97269336392282932 12_n.jpg?_nc_cat=1&_nc_sid=12b3be&_nc_ohc=61UfcY8Xw30AX_ZcKcy&_nc_ht=scontent.xx&oh=7cd893ebab7f59cb02a14eeed897fa92&oe=5F45E4B8 |
| ID | d7d2b10626a94510badd635b22701843 |
| Name | +97466006677 |

### Incoming (1)

| Phone Number | 974 6600 6677 |



**Email Address**

maltego.EmailAddress

**h.*****@gmail.com**

| Weight | 0 |
| Email Address | h.*****@gmail.com |

### Incoming (1)

| Skype | Hassan |



**MySpace**

maltego.myspace.profile

**Hassan Al Thawadi**

| Weight | 0 |
| MySpace | 385396773 |
| Name | Hassan Al Thawadi |
| Profile Image | https://x.myspacecdn.com/new/common/images/user.png |
| Profile | https://myspace.com/385396773 |
| Alias | 385396773 |
| Out connections count | 0 |
| In connections count | 0 |

### Details

**Name:** Hassan Al Thawadi | View profile
**Alias:** 385396773
**Out connections count:** 0
**In connections count:** 0

### Incoming (1)

| Email Address | h.althawadi@gmail.com |



Phone Number
maltego PhoneNumber
974 4475 2001

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 4475 2001 |
| Country Code | 974 |
| City Code | 4475 2001 |
| Area Code | |
| Last Digits | |

**Incoming (1)**

| | |
|---|---|
| Phone Number | 974 3300 2022 |



Phone Number
maltego PhoneNumber
974 4475 2210

| | |
|---|---|
| Weight | 100 |
| Phone Number | 974 4475 2210 |
| Country Code | 974 |
| City Code | 4475 2210 |
| Area Code | |
| Last Digits | |

**Incoming (1)**

| | |
|---|---|
| Phone Number | 974 3300 2022 |



Telegram User
maltego.telegram.profile
ان ای رنغص ا  ان ی م رآ+ •  دراک  @ ن ه م ن وخ

| | |
|---|---|
| Weight | 100 |
| User ID | 1096313210 |
| First Name | خ ن م ه ن@ |
| Last Name | کد و و م ی نی  صاح ی نی ن |
| Profile Image | |
| Name | خ ن م ه ن@ کد • • م ی نی  صاح ی نی ن |
| Profile | mardinbaba |
| Phone Number | +12349850221 |
| bio | ا ل خ نی براه ی ن تو |
| Status | Offline |
| Was Online | 2020-04-24 23:03:05 |

Details

**Name:** @
**Alias:** mardinbaba
**Phone Number:** +12349850221
**Bio:**
**Status:** Offline
**Was Online:** 2020-04-24 23:03:05

Incoming (1)

Phone Number                              1 234 985 0221



Email Address

maltego.EmailAddress

sg@qatar2022.qa

Weight                                    100
Email Address                             sg@qatar2022.qa

Info

29 Jul 20 (00:55)- Email exists

Incoming (1)

Phone Number                              974 3300 2022



Email Address

maltego.EmailAddress

h.althawadi@qatar2022bid.com

Weight                                    100
Email Address                             h.althawadi@qatar2022bid.com

Incoming (1)

Phone Number                              974 3300 2022



WhatsApp User

shadow/dragon.whatsapp.user

97455001966@c.us

Weight                                    1
id                                        97455001966@c.us
Entity representing a WhatsApp user
Phone Number                              97455001966
Status                                    Busy
Image URL
ID                                        97455001966@c.us
Is Private                                False

Incoming (1)

Phone Number                              974 5500 1966

Person

maltego Person

## +97455844444

| | |
|---|---|
| Weight | 1 |
| Full Name | +97455844444 |
| First Names | |
| Surname | |
| Image | https://scontent.xx.fbcdn.net/v/t1.30497-1/cp0/c15.0.50.50a/p50x50/84628273_176159830277856_97269 3363922829312_n.jpg?_nc_cat=1&_nc_sid=12b3bc&_nc_ohc=61 UfcY8Xw30AX-moued&_nc_ht=scontent.xx&oh=6fcdb77549f7fee3c481125d163 cc714&oe=5F45E4B8 |
| Image URL | https://scontent.xx.fbcdn.net/v/t1.30497-1/cp0/c15.0.50.50a/p50x50/84628273_176159830277856_97269 3363922829312_n.jpg?_nc_cat=1&_nc_sid=12b3be&_nc_ohc=61 UfcY8Xw30AX-moued&_nc_ht=scontent.xx&oh=6fcdb77549f7fee3c481125d163 cc714&oe=5F45E4B8 |
| ID | 4dae7b1e2f8d4bdb883f1aedb51ab69b |
| Name | +97455844444 |

Incoming (1)

 Phone Number                              +97455844444

Profile Exists

maltego profile exists

## Snapchat

| | |
|---|---|
| Weight | 100 |
| Profile Exists | Snapchat |
| From Value | 1 419 516 3880 |
| From Type | PhoneNumber |
| Image | https://mtg-bi.com/misc/icons/snapchat.png |
| Name | Snapchat |

Details

Snapchat

Incoming (1)

 Phone Number                              1 419 516 3880

Pandora User

shadowdragon.pandora.user

## h.althawadi

| | |
|---|---|
| Weight | 1 |
| ID | h.althawadi |
| Name | h.althawadi |
| About | |
| URL | https://www.pandora.com/profile/h.althawadi |
| Hometown | |
| School | |
| Employer | |
| Facebook ID | |

Profile Link

Click here to view profile

Incoming (1)

 Email Address                    h.althawadi@gmail.com

phonesearch.CarrierProvider

phonesearch.CarrierProvider

## Carrier: Bandwidth.com.
## Line Provider: Bandwidth.com.

| | |
|---|---|
| Weight | 100 |
| Temp | Carrier: Bandwidth.com. |
| | Line Provider: Bandwidth.com. |

Incoming (1)

Phone Number                    1 234 985 0221



Profile Exists

maltego.profile.exists

## Snapchat

| | |
|---|---|
| Weight | 100 |
| Profile Exists | Snapchat |
| From Value | 974 6600 6677 |
| From Type | PhoneNumber |
| Image | https://mtg-bi.com/misc/icons/snapchat.png |
| Name | Snapchat |

Details

Snapchat

Incoming (1)

Phone Number                    974 6600 6677



Person

maltego.Person

## Q22SC MD

| | |
|---|---|
| Weight | 1 |
| Full Name | O22SC MD |
| First Names | |
| Surname | |

Incoming (1)

| | |
|---|---|
| Skype User | O22SC MD |

Yelp User

shadowdragon.yelp.user

## Hassan A.

| | |
|---|---|
| Weight | 1 |
| ID | Hqk4rBJyH_TrMc421WsjwA |
| Name | Hassan A. |
| Image | https://s3-media0.fl.yelpcdn.com/assets/srv0/yelp_styleguide/514f6997a318/assets/img/default_avatars/user_60_square.png |
| Username | |
| Reviews Count | 0 |
| Photos Count | |
| Friends Count | 0 |
| URL | https://www.yelp.com/user_details?userid=Hqk4rBJyH_TrMc421WsjwA |
| Tagline | |
| Created At | |
| Image URL | https://s3-media0.fl.yelpcdn.com/assets/srv0/yelp_styleguide/514f6997a318/assets/img/default_avatars/user_60_square.png |
| Location | Stockholm, Sweden |
| Hometown | |

Image Link

Click here to view profile picture

Profile Link

Click here to view profile

Incoming (1)

@ Email Address          h.althawadi@gmail.com

Person

maltego Person

## Justine Oldfield

| | |
|---|---|
| Weight | 1 |
| Full Name | Justine Oldfield |
| First Names | |
| Surname | |

Incoming (1)

    Skype User                            Justine Oldfield

Person
maltego.Person
## Hassan

| | |
|---|---|
| Weight | 1 |
| Full Name | Hassan |
| First Names | |
| Surname | |

Incoming (1)

    Skype User                            Hassan

Person
maltego.Person
## ali althawadi

| | |
|---|---|
| Weight | 1 |
| Full Name | ali althawadi |
| First Names | |
| Surname | |

Incoming (1)

    Skype User                            ali althawadi

Email Address
maltego.EmailAddress
## h.althawadi@live.com

| | |
|---|---|
| Weight | 0 |
| Email Address | h.althawadi@live.com |
| Alias | h.althawadi |
| Domain | live.com |
| Domain Type | casual |

Details

**Alias:** h.althawadi
**Domain:** live.com
**Domain Type:** casual

Incoming (1)

    @ Email Address                       h.althawadi@gmail.com



Email Address
maltego.EmailAddress
ha********@s*.**

| | |
|---|---|
| Weight | 0 |
| Email Address | ha********@s*.** |

Incoming (1)
@ Email Address                      haithawadi@sc.qa

Person
maltego.Person
+97455001966

| | |
|---|---|
| Weight | 1 |
| Full Name | +97455001966 |
| First Names | |
| Surname | |
| Image | https://scontent.xx.fbcdn.net/v/t1.30497-1/cp0/c15.0.50.50a/p50x50/84628273_17615983027785 6_97269 3363922829312_n.jpg?_nc_cat=1&_nc_sid=12b3be&_nc_ohc=61 UfcY8Xw30AX-zdNbn&_nc_ht=scontent.xx&oh=8e2cc2f7ce831332d5800dd09eb 069bc&oe=5F45E4B8 |
| Image URL | https://scontent.xx.fbcdn.net/v/t1.30497-1/cp0/c15.0.50.50a/p50x50/84628273_17615983027785 6_97269 3363922829312_n.jpg?_nc_cat=1&_nc_sid=12b3be&_nc_ohc=61 UfcY8Xw30AX-zdNbn&_nc_ht=scontent.xx&oh=8e2cc2f7ce831332d5800dd09eb 069bc&oe=5F45E4B8 |
| ID | b37e1f6df1944f43ab2daa209891c82c |
| Name | +97455001966 |

Incoming (1)
Phone Number                      974 5500 1966



Person
maltego.Person.siob
Al Thawadi Hassan

| | |
|---|---|
| Weight | 0 |
| Full Name | Al Thawadi Hassan |
| First Names | |
| Surname | |
| phone | 9744752202 |
| country | Qatar |
| region | QATAR |
| street | Corniche Street |

Details

**phone:** 97444752202
**country:** Qatar
**region:** QATAR
**street:** Corniche Street

Incoming (1)

| | | |
|---|---|---|
| ⊑ | Phone Number | 974 4475 2202 |

Person

maltego.Person

+97455844444

| | |
|---|---|
| Weight | 1 |
| Full Name | +97455844444 |
| First Names | |
| Surname | |
| Image | https://scontent.xx.fbcdn.net/v/t1.3049?-1/cp0/c15.0.50.50a/p50x50/84628273_176159830277856_97269 3363922829312_n.jpg?_nc_cat=1&_nc_sid=12b3be&_nc_ohc=61 UfcY8Xw30AX_wXqJc&_nc_ht=scontent.xx&oh=57456defd6f3f3c 210b754a17ff3ec2c&oe=5F45E4B8 |
| Image URL | https://scontent.xx.fbcdn.net/v/t1.3049?-1/cp0/c15.0.50.50a/p50x50/84628273_176159830277856_97269 3363922829312_n.jpg?_nc_cat=1&_nc_sid=12b3be&_nc_ohc=61 UfcY8Xw30AX_wXqJc&_nc_ht=scontent.xx&oh=57456defd6f3f3c 210b754a17ff3ec2c&oe=5F45E4B8 |
| ID | abc7f55e72974760ba57adcfacct42f10 |
| Name | +97455844444 |

Incoming (1)

| | | |
|---|---|---|
| ⊑ | Phone Number | 974 5584 4444 |

REPORT ON THE INQUIRY INTO
THE 2018/2022 FIFA WORLD CUP™ BIDDING PROCESS

*Michael J. Garcia*
*Chairman*
*Investigatory Chamber*
*FIFA Ethics Committee*

*Cornel Borbély*
*Deputy Chairman*
*Investigatory Chamber*
*FIFA Ethics Committee*

CONTENTS

I.    INVESTIGATION OVERVIEW ................................................................. 1
      A.    Jurisdiction .................................................................................. 1
            1.    Authority to Investigate Under the FIFA Code of Ethics ........... 1
            2.    Referral from FIFA ............................................................... 2
            3.    Expansion of the Inquiry ....................................................... 3
      B.    Investigative Process ................................................................... 6

II.   FIFA and The World Cup ........................................................................ 8
      A.    Structure of FIFA ......................................................................... 8
            1.    Associations and Confederations ............................................. 8
            2.    Executive Committee ............................................................. 8
      B.    FIFA World Cup .......................................................................... 11
            1.    Overview ............................................................................ 11
            2.    Attendance and Viewership .................................................. 12
            3.    Revenue ............................................................................. 12
            4.    Selection of Hosts ................................................................ 13

III.  Overview of the 2018/2022 World Cup Bid Process ................................ 15
      A.    Technical and Legal Requirements .............................................. 15
            1.    Entities / LOCs ................................................................... 15
            2.    Financing of Bid Activities .................................................. 16
            3.    Bid Books ........................................................................... 17
            4.    Evaluations ........................................................................ 19
      B.    Rules of Conduct ........................................................................ 19
            1.    FIFA Code of Ethics ("FCE") ................................................ 19
            2.    Other Bidding Regulations ................................................... 20
            3.    Declarations of Compliance .................................................. 21
            4.    Bid Circular No. 2 ............................................................... 22
      C.    Timeline / Summary of Key Events .............................................. 25
            1.    December 2008: Decision to Select Two Hosts at Once ........... 25
            2.    2009-Early 2010: Registration of Bidders ............................. 26
            3.    May 2010: Delivery of Bid Books ......................................... 27
            4.    June-July 2010: World Cup in South Africa ........................... 27
            5.    July 2010: Bid Circular No. 3 ............................................... 28
            6.    July-October 2010: Bid Inspection Visits and Report ............. 29
            7.    October 2010: Division of 2018 and 2022 Bidders .................. 30
            8.    October-November 2010: Ethics Committee Proceedings
                  and Suspensions ................................................................. 31
            9.    November 19, 2010: Executive Committee Meeting ................ 32
            10.   December 1-2, 2010: Final Presentations and Vote ................. 34

IV.   Cooperation ......................................................................................... 36

i

A.  Overview of the Cooperation Requirement ............................. 36
    1.  Reform Process and the Stronger Code of Ethics ...................... 36
    2.  Additional Cooperation Requirements Applicable to the Bidding Process ........................................................... 38
    3.  Limitations on the Investigatory Chamber's Power to Compel ..................................................................... 39
B.  Cooperation of Executive Committee Members ..................... 40
    1.  Current Executive Committee Members ............................ 40
    2.  Former Executive Committee Members ........................... 49
C.  Bid Teams ..................................................................... 54
    1.  Spain/Portugal 2018 .................................................. 55
D.  FIFA ............................................................................ 58

V.  Australia 2022 .................................................................... 58
A.  "Australia Whistleblower" .................................................. 58
B.  Efforts to Gain the Support of Franz Beckenbauer .............. 61
    1.  The 2007 Australia-Germany Agreement ....................... 61
    2.  Australia's Bid for the 2011 Women's World Cup .......... 62
    3.  The FFA-DFB MOU's Effect on Mr. Beckenbauer's Vote ......... 63
    4.  Retention of Fedor Radmann and Other Consultants ............... 65
    5.  Efforts to Mask Ties to Messrs. Beckenbauer and Radmann .................................................................. 69
    6.  Mr. Beckenbauer's Interactions with Mr. Radmann During the Bidding Process ........................................ 74
    7.  Conclusion ............................................................... 76
C.  Peter Hargitay's Contacts with FIFA .................................. 76
    1.  Mr. Hargitay's Emails with the FIFA President and Secretary General Denigrating Other Bids .................... 77
    2.  Mr. Hargitay's Access to the FIFA Ethics Committee ............. 80
    3.  Conclusion ............................................................... 80
D.  Football Development ....................................................... 81
    1.  OFC Funding ............................................................ 81
    2.  CONCACAF and the Center of Excellence .................... 83
    3.  The U-20 Trinidad and Tobago Team's visits to Cyprus .......... 91
    4.  Targeting African Countries with Ties to Executive Committee Members. ................................................. 95
    5.  Conclusion ............................................................... 98

VI.  Belgium/Holland 2018 ......................................................... 99

VII.  England 2018 ..................................................................... 99
A.  Efforts to Gain the Support of Jack Warner ....................... 99
    1.  Richard Sebro .......................................................... 100
    2.  Joe Public ............................................................... 104
    3.  Trinidad and Tobago Youth Teams ............................. 107
    4.  Jamaica Football Federation ..................................... 110

MEF000223

|  |  | 5. | Longdenville | 111 |
|  |  | 6. | Conclusion | 116 |
|  | B. | | Dinner at the CFU Congress | 116 |
|  | C. | | Memorandum of Understanding with OFC | 118 |
|  | D. | | Lord Triesman's Allegations and the Dingemans Report | 128 |
|  |  | 1. | Lord Triesman's May 2011 Testimony | 128 |
|  |  | 2. | The FA Commissions the Dingemans Report | 130 |
|  |  | 3. | The Dingemans Report's Findings | 131 |
|  |  | 4. | FIFA's Response to the Dingemans Report | 139 |
|  |  | 5. | The Investigatory Chamber's Analysis | 142 |
|  |  | 6. | Conclusion | 151 |
| VIII. | Japan 2022 | | | 151 |
|  | A. | | Gifts | 152 |
| IX. | Korea 2022 | | | 154 |
|  | A. | | Global Football Fund | 154 |
|  |  | 1. | FIFA's November 2010 Inquiry | 154 |
|  |  | 2. | Chung Mong-Joon's Letters | 156 |
|  |  | 3. | The Global Football Fund and Korea 2022 | 158 |
|  |  | 4. | The Investigatory Chamber's Analysis | 161 |
|  |  | 5. | Conclusion | 164 |
| X. | Qatar bid | | | 164 |
|  | A. | | Government Involvement | 165 |
|  |  | 1. | The Emir's Meeting in Brazil | 165 |
|  |  | 2. | Qatargas and the Thai FA | 172 |
|  |  | 3. | Michel Platini's Meeting with Nicolas Sarkozy and the Qatari Emir | 181 |
|  |  | 4. | Marios Lefkaritis and Business in Cyprus | 182 |
|  |  | 5. | Guillermo Tofoni's "Infrastructure" Email | 184 |
|  |  | 6. | Conclusion | 186 |
|  | B. | | Consultants and Advisors | 186 |
|  |  | 1. | Sandro Rosell | 186 |
|  |  | 2. | Amadou Diallo | 189 |
|  | C. | | Aspire Academy | 192 |
|  | D. | | November 17, 2010 Brazil-Argentina Friendly | 200 |
|  |  | 1. | Financing and Contractual Arrangements | 202 |
|  |  | 2. | Ricardo Teixeira's Accommodations | 210 |
|  | E. | | CAF Congress | 213 |
|  | F. | | Legends Dinner | 217 |
|  |  | 1. | Sponsorship Negotiations | 219 |
|  |  | 2. | Qatar 2022's Withdrawal | 225 |
|  |  | 3. | Conclusion | 229 |
|  | G. | | Payments from Mohamed Bin Hammam | 230 |
|  |  | 1. | Payments to CAF Officials | 232 |

MEF000224

|  |  | 2. | Payments to Jack Warner | 233 |
|  |  | 3. | Payments to Reynald Temarii | 240 |
|  | H. | | "Qatar Whistleblower" | 249 |
|  |  | 1. | Public Allegations and Recantation | 249 |
|  |  | 2. | Contact with the Investigatory Chamber | 258 |
|  |  | 3. | Conclusion | 271 |
|  | I. | | President Blatter's Assistant | 272 |
|  | J. | | Goldman Sachs | 275 |
|  | K. | | Harold Mayne-Nicholls | 278 |
|  |  | 1. | The Inspection Group's Awareness of Aspire's Relationship with Qatar 2022 | 279 |
|  |  | 2. | Requests for Benefits from Aspire | 280 |
|  |  | 3. | Response to the Investigatory Chamber's Follow-Up Questions | 284 |
|  |  | 4. | Conclusion | 286 |
| XI. | | | Timing of the 2022 FIFA World Cup | 288 |
|  | A. | | Awareness of the Heat Issue Before December 2010 | 289 |
|  | B. | | The Executive Committee's Failure to Discuss the Issue Before the Vote | 291 |
|  | C. | | Consequences of Rescheduling the World Cup | 292 |
|  | D. | | Conclusion | 293 |
| XII. | | | Michel D'Hooghe | 295 |
|  | A. | | Painting from Viacheslav Koloskov | 295 |
|  | B. | | Son's Employment at Aspetar | 298 |
|  | C. | | Business Opportunity in Qatar for a Friend's Son | 300 |
|  |  | 1. | Email Correspondence | 300 |
|  |  | 2. | Andreas Bleicher's Explanation | 304 |
|  |  | 3. | Qatar 2022's Role | 308 |
|  |  | 4. | Dr. D'Hooghe's Explanation | 309 |
|  | D. | | Conclusion | 310 |
| XIII. | | | Collusion | 311 |
|  | A. | | Spain/Portugal 2018-Qatar 2022 Voting Agreement | 311 |
|  |  | 1. | 2010 Ethics Committee Investigation | 314 |
|  |  | 2. | Evidence of a Voting Agreement | 316 |
|  |  | 3. | Other Contacts Between Spain And Qatar | 320 |
|  |  | 4. | CONMEBOL's Approach to World Cup Voting | 322 |
|  |  | 5. | Conclusion | 325 |
|  | B. | | Japan's "Bartering" of Votes | 325 |
|  | C. | | Chung Mong-Joon's Vote | 326 |
|  |  | 1. | Mr. Chung and Mohamed Bin Hammam | 326 |
|  |  | 2. | Mr. Chung and Geoff Thompson | 328 |
|  | D. | | Conclusion | 330 |
| XIV. | | | Conclusions | 331 |

iv

|   |   | | |
|---|---|---|---|
| A. | Executive Committee | ........................................................ | 331 |
|   | 1. | Current Executive Committee members ..................................... | 331 |
|   | 2. | Former Executive Committee Members Who Remain Football Officials.................................................... | 333 |
|   | 3. | Cases Against Former Executive Committee Members .......... | 334 |
| B. | President Blatter | ........................................................ | 336 |
| C. | Bid Teams | ........................................................ | 338 |
| D. | Consultants | ........................................................ | 340 |
|   | 1. | Andreas Abold.................................................... | 340 |
|   | 2. | Fedor Radmann ................................................... | 340 |
|   | 3. | Peter Hargitay .................................................. | 341 |
|   | 4. | Sandro Rosell .................................................... | 341 |
|   | 5. | Amadou Diallo ................................................... | 341 |
| E. | Other Football Officials................................................ | | 341 |
|   | 1. | Harold Mayne-Nicholls.......................................... | 341 |
|   | 2. | Joe Sim ........................................................... | 342 |
|   | 3. | Guillermo Tofoni ................................................. | 342 |

**XV.** **Referrals To Other FIFA Committees** ........................................................ **343**

| A. | Referral to the Independent Chair of the Audit and Compliance Committee ........................................................ | 343 |
|---|---|---|
| B. | Referral to the Chair of the Disciplinary Committee ........................ | 343 |

**XVI.** **Recommendations** ........................................................ **343**

| A. | Term Limits .................................................... | 344 |
|---|---|---|
| B. | Recusal of Executive Committee Members ....................................... | 346 |
| C. | Rotation System .................................................... | 346 |
| D. | Evaluation Criteria and Rankings ...................................... | 347 |
| E. | Travel to Bidding Nations............................................ | 347 |
| F. | Enhanced Reporting Requirements........................................ | 347 |
|   | 1. | Gifts........................................................... | 347 |
|   | 2. | Friendly Matches............................................... | 348 |
|   | 3. | Advisors and Consultants ....................................... | 348 |
|   | 4. | Confidentiality Clauses ......................................... | 348 |
|   | 5. | Retention of Records............................................ | 349 |
|   | 6. | Audits........................................................... | 349 |
|   | 7. | Football Development............................................ | 349 |

MEF000226

# I.   INVESTIGATION OVERVIEW

On December 2, 2010, the Executive Committee of the Fédération Internationale de Football Association ("FIFA"), using an anonymous voting procedure, determined the hosts for the 2018 and 2022 FIFA World Cup[1] tournaments.  Allegations of corruption related to the voting process had surfaced even before the final vote that December day in Zurich.  Ever since, there have been persistent allegations of misconduct with respect to the selection process.

The World Cup generates the lion's share of FIFA's operating budget for subsequent four year cycle.[2]  It is a prize that, for the host country, brings international prestige and significant revenue.[3]  For its importance to fans of the sport, one need only look to the number of people around the world who attend or watch the tournament.[4]

Given the importance of this event to international football, the concerns raised by participants in the process, and the lingering doubts surrounding the procedure for selecting the host cities, the Investigative Chamber determined to review the bidding and award process as well as specific allegations of misconduct.  The investigation has been led by the two independent members of this chamber: Chair Michael J. Garcia and Deputy Chair Cornel Borbély.

## A.   Jurisdiction

### 1.   Authority to Investigate Under the FIFA Code of Ethics

Generally, the starting point for any inquiry by the Investigatory Chamber of the FIFA Ethics Committee must be the 2012 FIFA Code of Ethics ("FCE").  The FCE describes the "[d]uties and competences of the investigatory chamber" as follows:

---

[1] "FIFA World Cup" is a trademark of FIFA.  For purposes of this report, the event is referred to as the "World Cup."

[2] *See, e.g.,* FWC00166731.

[3] In its 2010 FIFA World Cup Country Report, for example, the South African government described the event as "an 'image coup' for the entire continent," resulting in an "intangible legac[y]" about "how global perceptions about South Africa and Africa have shifted."  FWC00185684.  The report further noted that revenue generated by tourism during the World Cup totaled 3.64 billion South African Rand.  FWC00185778.

[4] For example, FIFA has reported that a total of 3.18 million fans attended the 2010 World Cup in South Africa, FWC00185493, while the in-home television coverage of the 2010 World Cup reached 3.2 billion people around the world (2.2 billion of which watched at least twenty consecutive minutes of coverage), representing 46.4% of the global population.  FWC00185245.

1

> The investigatory chamber shall investigate potential breaches of provisions of this Code on its own initiative and ex officio at its full and independent discretion.

FCE Art. 28(1).

FIFA's first Code of Ethics took effect October 6, 2004.  Since then the Code been revised several times, including in 2009 and, most recently, in 2012.  The World Cup Bidding Process took place primarily after the enactment of the 2009 Code of Ethics ("2009 FCE") and prior to the 2012 revisions.  However, jurisdiction for this inquiry is still governed by the standard set forth in the current FCE:

> This Code shall apply to conduct whenever it occurred including before the passing of the rules contained in this Code except that no individual shall be sanctioned for breach of this Code on account of an act or omission which would not have contravened the Code applicable at the time it was committed nor subjected to a sanction greater than the maximum sanction applicable at the time the conduct occurred.  This shall, however, not prevent the Ethics Committee from considering the conduct in question and drawing any conclusions from it that are appropriate.

FCE Art. 3.

Regardless of whether any sanctions are available, however, this report strives to consider the conduct of the participants in the bidding process and draw appropriate conclusions.  *See* FCE Art. 3.

In terms of who is covered and for what activities, the 2012 FCE generally applies to "conduct that damages the integrity and reputation of football and in particular to illegal, immoral and unethical behavior" and is used to investigate alleged breaches of by football officials of the specific provisions prohibiting such conduct.  FCE Arts. 1 and 2.

## 2.   *Referral from FIFA*

On November 18, 2012, the Sunday Times (of London) published an article alleging that the Qatar bid team paid $1 million to Samson Adamu, the son of FIFA Executive Committee member Amos Adamu, in the months prior to the vote for World Cup host.[5]  The newspaper stated the money was offered to "sponsor" an "African [Football] Legends Dinner" hosted by Samson Adamu in Johannesburg before the World Cup in South Africa.[6]

---

[5] FWC00153524-27.

[6] FWC00153524-27.

2

In advance of publication, the Sunday Times forwarded to FIFA certain material in their possession, and FIFA in turn forwarded the same information to the Chair of the Investigatory Chamber.[7]  The communication from FIFA noted that the material was being forwarded for the Chair's "information and analysis."[8]

This referral to the Investigatory Chamber of specific allegations of misconduct by a bid team led to the initiation of a preliminary investigation.

### 3.    Expansion of the Inquiry

Given the importance of the general subject matter, and the allegations of misconduct that had been raised by various parties since the vote in 2010, the Chairman of the Investigatory Chamber considered whether the scope of the inquiry should expand to include the conduct of the various participants in the bid process.

Without at all judging the merits of any those charges and accusations, it was clear that there was distrust by the public and by some of the participants in the integrity of the bidding process.  Moreover, the lack of any formal review of the process had served only to fuel rumors and speculation over what had taken place.  The FIFA reforms aimed at establishing an independent Ethics Committee had indeed led some to call for the new committee to undertake just such a review:

> The IGC[9] also insisted that the remit of the new Ethics Committee should not be limited to investigations of events occurring after the IGC's recommendations came into effect, but that they should include investigation into events in the past.  This explicitly included allegations in relation to World Cup hosting decisions and the IGC singled out this issue including the decision to award the tournament to Qatar as one that required further investigation.  If FIFA is to emerge from the scandals of recent years it must now produce a convincing and transparent answer to any issues relating to hosting decisions, either to confirm that the suspicions are, sadly, well founded or to demonstrate that they are groundless.  The Ethics Committee should not rest until there is a conclusive answer.[10]

With respect to the authority to expand the inquiry in the manner described, while the FCE clearly governs investigations into misconduct by individual football officials, there is also precedent for the Investigatory Chamber conducting an

---

[7] FWC00173987-90.

[8] FWC00173987.

[9] Independent Governance Committee.  *See* Part IV(A)(1).

[10] FWC00185512.

inquiry and reporting to the Adjudicatory Chamber on more general issues or on patterns of alleged misconduct.

In July 2012, the FIFA Executive Committee requested that the Investigatory Chamber examine the Order on the Dismissal of the Criminal Proceedings by the Prosecutor's Office in the Canton of Zug.[11] That order, unsealed by the Swiss Federal Court on July 11, 2012, concerned an investigation into commissions allegedly paid by the sports marketing company ISMM/ISL Group ("ISL") to several FIFA officials.[12] The Executive Committee asked the Chair of the Investigatory Chamber to review the ISL case from a "moral and ethical standpoint" and to report his findings to the Executive Committee.[13]

A threshold issue arose how best to align the Executive Committee's referral of the ISL matter with the procedural system the FCE prescribes. The matter was submitted to the Chair not in the form of a complaint alleging "potential breaches of provisions of [the FCE]," *see* FCE Art. 28(1), but in the form of a request for an examination based upon ethical and moral standards.[14] And while the FCE requires that any final report of investigation be sent to the adjudicatory chamber, *see* FCE Arts. 28(5) and 67, the Executive Committee had requested that the Chair report to that committee.[15]

A decision was reached to respond to the Executive Committee's referral in a manner consistent with the FCE's guiding principles, which echoed the referral's instruction to examine this matter "from a mere moral and ethical standpoint." Indeed, the preamble to the FCE notes the following: "FIFA is constantly striving to protect the image of football, and especially that of FIFA, from jeopardy or harm as a result of illegal, *immoral* or *unethical* methods and practices." FCE Preamble (emphases added).

In line with this approach, the Chair decided to conduct a preliminary investigation into the ISL matter, by considering the referral by the Executive Committee as a "complaint," and pursuant to the Investigatory Chamber's independent and broad authority to do so. *See* FCE Art. 62(3).

A report was prepared, but rather than being sent to the Executive Committee, it was submitted to the chairman of the adjudicatory chamber as provided for in the FCE.[16] That "Report of Examination of the ISL Matter," filed

---

[11] FWC00185149.

[12] FWC00185534.

[13] FWC00185149.

[14] FWC00185149.

[15] FWC00185149.

[16] FWC00185534; FCE Arts. 28 and 29.

MEF000230

with Judge Eckert on March 18, 2013, did not charge any official with misconduct but rather described the investigative steps taken, discussed the key issues, made certain findings, and identified potential further steps that, for reasons discussed therein, might be more appropriately taken up in the adjudicatory chamber at its chairman's discretion.  *See* FCE Art. 69.  In addition, the Chair of the Investigatory Chamber determined that there was a prima facie case that certain provisions of the FCE had been violated by a football official and announced his intention to conduct formal investigation proceedings pursuant to FCE Articles 28 and 64-68.

On April 29, 2013, Judge Eckert issued a "[s]tatement… on the examination of the ISL case."[17]  Judge Eckert published findings that he described as "consistent with the Report of Examination" submitted by the Chair of the Investigatory Chamber.[18]  In a statement issued the next day, FIFA President Blatter took note of Judge Eckert's findings.[19]

Use of the ISL model in the present case is also supported by the language of the FCE, specifically in Article 4 governing "Scope of the Code, omissions, custom, doctrine and jurisprudence."  FCE Art. 4(3).  That section provides that "[d]uring all its operations, the Ethics Committee may draw on precedents and principles already established by sports doctrine and jurisprudence."  Complementing the authority to look to precedent, is the acknowledgment that in "[i]f there are any omissions in this Code, the judicial bodies shall decide in accordance with the association's custom or, in the absence of custom, in accordance with the rules they would lay down if there were acting as legislators."  FCE Art. 4(2).  Both this organization's own precedent, namely the ISL case, and the precedents and jurisprudence of sports doctrine, for example the investigations of the International Olympic Committee ("IOC") into alleged corruption in the bidding to host the Olympic games, support the present inquiry.[20]

As further support for this specific inquiry into the selection process for the 2018 and 2022 World Cup hosting rights, the Bid Registration form designed by FIFA explicitly contemplated that it might become necessary for the FIFA Ethics Committee to review and investigate that bidding process.  The registration form required each member association ("MA") to acknowledge:  "FIFA has established

---

[17] FWC00185534-41.

[18] FWC00185534.

[19] FWC00185543-44.

[20] *See, e.g.*, FWC00185198-233 (Report of the IOC *ad hoc* Commission to Investigate the Conduct of Certain IOC Members and to Consider Possible Changes in the Procedures for the Allocation of the Games of the Olympiad and Olympic Winter Games, Presented to the IOC Executive Board on January 24, 1999); FWC00172486-FWC00172540 (Second Report of the IOC *ad hoc* Commission to Investigate the Conduct of Certain IOC Members and to Consider Possible Changes in the Procedures for the Allocation of the Games of the Olympiad and Olympic Winter Games, Presented to the IOC Executive Board on March 11, 1999).

the FIFA Ethics Committee as an independent judicial body which, among other responsibilities, may be requested by FIFA to examine the Bidding Process in relation to the rules of conduct as set out in this [c]lause... to ensure a fair, open and transparent Bidding Process."[21]  The limited avenue for initiating such requests and complaints available under the 2009 FCE was replaced in 2012 with the broad authority of the Chair of the Investigatory Chamber to initiate proceedings.  *Compare* FCE Art. 16 (2009 edition) *with* FCE Art 62(3).  No "request" from FIFA is therefore needed for the Ethics Committee to "examine the Bidding Process."

Accordingly, the Chairman of the Investigatory Chamber determined that, given the persistent and widespread allegations of misconduct in the selection process, and the attendant lack of confidence in the outcome, there needed to be a comprehensive inquiry not only into the allegations of individual misconduct, such as that described in the referral from the Sunday Times, but also an inquiry into the process, including the conduct of each of the bid teams, their contractors, FIFA, and the Executive Committee.  The Investigatory Chamber has proceeded as described below in establishing the facts and circumstances surrounding the bidding process for hosting the 2018/2022 World Cup tournaments and in making recommendations for improving that process.   In the course of the investigation, certain conduct warranting further proceedings against individual football officials has been uncovered and those cases will be opened and pursued.  *See* FCE Art. 63.

### B.    Investigative Process

Investigation into the bidding by nine teams, composed of eleven different countries—a process that in its formal phase covered more than a year—required a significant commitment of time and resources.  Accordingly, both independent members of the Investigatory Chamber, the Chairman and Deputy Chairman, have jointly led this inquiry.  Pursuant to the FCE, the Chairman, a United States national, recused himself from any issues concerning the United States bid team.[22]  FCE Arts. 35(2)(c) and 32.  The Chairman also exercised his discretion to recuse himself from all issues and any findings related to the Russian bid team based on a travel ban imposed by the Russian government in April 2013 related to the Chair's prior work as a prosecuting attorney.[23]  FCE Arts. 35(2)(c) and 32.  As a result, the Deputy Chair was solely responsible for all findings and conclusions with respect to the activities of those bid teams or any nationals from those countries.  Separate reports by the Deputy Chair covering those matters are appended to this Report.

Additionally, the Deputy Chair, a Swiss national, recused himself from all issues and any findings related to FIFA President Joseph Blatter and any other

---

[21] FWC00003887 (Section 11.6).

[22] FWC00185594.

[23] FWC00185594.

6

Swiss nationals.  FCE Art. 35(2)(c).  As a result, the Chairman was solely responsible for all findings and conclusions with respect to the activities of President Blatter and other Swiss nationals.

The inquiry into the bidding process involved interviewing representatives of each of the bid teams, current and former Executive Committee members and FIFA officials.  In addition, other football officials who were believed to have relevant information were called upon to assist in establishing the facts of the case.  Third parties, although not subject to the cooperation requirements of the FCE, were also approached and asked for cooperation.  In all, more than 75 interviews were conducted, either in person with an audio recording for the record or through written questions.  Investigatory team members traveled to ten countries to conduct interviews, including the United States, Italy, Holland, Spain, Japan, Australia, England, Malaysia, Switzerland, Oman, and the Netherlands.  Witnesses who could not appear for interviews were sent written questions.  In many cases, follow-up questions were sent.

Pursuant to a process and practice established by the Investigatory Chamber over the past two years, all interviewees were provided with a written request and proposed dates for the interview.  All were entitled to bring counsel.  *See* FCE Art. 40.  Whenever requested, a qualified interpreter was made available.  Oral interviews were tape recorded and a copy of the transcript was later provided to the interviewee or counsel with an opportunity to propose corrections.  The tapes, transcripts and any comments or additions by the witnesses are all part of the record of this case.

Each bid team was sent a request for documents and, as the facts were further developed, requests for specific follow-up material.  FIFA provided voluminous materials related to the registration and evaluation process, prior ethics proceedings, and other relevant documents.

Other football associations, confederations, and officials provided material relevant to certain issues.  In a number of cases, third parties voluntarily produced documents that contributed to establishing the facts.  All of that material, approximately 200,000 pages of relevant material, is part of the official Ethics Committee record of this case.

The Investigatory Chamber announced early on that it would hear anyone who believed they had relevant information and that such information would be duly evaluated.  It was a message aimed at making public an opportunity to assist for those interested in making this review as complete as possible.  Many, including several media outlets, took advantage of that opportunity to provide information helpful in clarifying the facts.  Despite best efforts, information may well surface in the future further clarifying certain issues or raising new ones.  Pursuant to the FCE, the Investigatory Chamber has the authority to consider that information and

7

take whatever action it deems appropriate—at the same time weighing the need for certainty and the resources already expended in this inquiry.

The allegations examined were widespread and varied. Some were made prominently in the media; some were reported directly to the Investigatory Chamber. Still others were uncovered in the course of reviewing the materials produced. With each issue, and with every witness, the same procedure was followed, namely a process designed to address the significant allegations in as thorough and efficient a manner possible while treating fairly all parties to that process.

## II.    FIFA AND THE WORLD CUP

### A.    Structure of FIFA

#### 1.    Associations and Confederations

FIFA, the world's governing body for organized football, is a private association under Swiss law, with its headquarters in Zurich, Switzerland. FIFA Statutes Art. 1. FIFA is currently composed of 209 member associations covering the globe.[24] Those national associations are responsible for organizing and supervising football in their respective countries. FIFA Statutes Art. 10(1).

National football associations have not only joined together in FIFA but also in federations— or "confederations" as designated by FIFA—with limited geographical scope and jurisdiction. There are six such confederations in total, each of them responsible for a specific region: Asian Football Confederation (AFC); Confédération Africaine de Football (CAF); Confederation of North, Central American and Caribbean Association Football (CONCACAF); Confederación Sudamericana de Fútbol (CONMEBOL); Oceania Football Confederation (OFC); and Union des associations européennes de football (UEFA). FIFA Statutes Art. 20(1).

The confederations themselves are not members of FIFA. Under Swiss association law, they are considered independent branches of the organization. Nevertheless, the FIFA Statutes place certain duties on the confederations and grant them specific rights within the framework of FIFA. *See* FIFA Statutes Art. 20(3). One of the most important powers residing with the confederations is the selection of the members of the FIFA Executive Committee. FIFA Statutes Art. 20(3)(g).

#### 2.    Executive Committee

---

[24] FWC00185496-98.

8

FIFA consists of the following branches: the Congress (legislative); the Executive Committee (executive); and the general secretariat (administrative). FIFA Statutes Art. 21.

Given the crucial role played by the FIFA Executive Committee in the 2010 decision naming the host countries for the 2018 and 2022 FIFA World Cup tournaments, the authority of that Committee will be discussed in some detail.

The Executive Committee is responsible for overseeing FIFA's day-to-day business and representing FIFA vis-à-vis third parties. FIFA Statutes Arts. 31 and 32; Swiss Civil Code Art. 69.[25] Relevant decisions of the FIFA Congress are binding on the Executive Committee. *See* FIFA Statutes Art. 21(1). Within this—very liberal—legal framework, FIFA has room to determine the authority of the Executive Committee in response to specific circumstances.

Under FIFA Statutes, the Executive Committee is in responsible for, among other things:

- Appointing and dismissing the FIFA Secretary General. FIFA Statutes Art. 31(8).

- Appointing the chairmen, deputy chairmen and members of the standing committees of FIFA, including the Legal Committee. FIFA Statutes Art. 31(4).

- Approving FIFA regulations. FIFA Statutes Art. 31(10). *See, e.g., id.* Art. 62(4) (Disciplinary Code), Art. 63(3) (Code of Ethics). and Art. 82(2) (international matches and competitions).

Notwithstanding the above, the FIFA Executive Committee has the general power to act and decide on all matters that do not fall within the authority of the FIFA Congress or any other FIFA body. FIFA Statutes Art. 31(1). Moreover, it has the final decision-making power concerning any matters not provided for in the FIFA Statutes. FIFA Statutes Art. 85.

Decisions in the FIFA Executive Committee are taken, in principle, by simple majority of the votes cast by the members present. FIFA Statutes Art. 27(6). If votes are equal, the FIFA President, who presides over the Executive Committee and has an "ordinary" vote, then has the deciding vote. FIFA Statutes Art. 32(5). The FIFA Executive Committee presently consists of 25 members.[26] FIFA Statutes Art. 30(1). The president is elected by the FIFA Congress for a term of four years.

---

[25] The representational role, however, has been allocated to the FIFA President. FIFA Statutes Art. 32(1).

[26] At the time of the 2010 vote, that number was 24. FIFA Statutes Art. 30(1) (2010 edition).

9

FIFA Statutes Art. 30(1), (2), and (3).[27]  All other Executive Committee seats, including the eight vice presidents, are determined by the confederations.  FIFA Statutes Art. 30(4).

The seats in the FIFA Executive Committee are apportioned to the different confederations according to the following allocation formula:

- CONMEBOL      3     (1 vice president and 2 members);
- AFC:          4     (1 vice president and 3 members);
- UEFA:         8     (3 vice presidents and 5 members);
- CAF:          4     (1 vice president and 3 members);
- CONCACAF:     3     (1 vice president and 2 members); and
- OFC:          1     (1 vice president).

FIFA Statutes Art. 30(4).

Each one of these 23 FIFA Executive Committee members elected or appointed by a confederation (also for a term of four years) must subsequently be installed by the FIFA Congress.  FIFA Statutes Art. 30(1).  To date, in the more than 50 years since this process has been in place, no Executive Committee appointment proposed by any confederation has been rejected by the Congress.[28]  Once installed, a vice president or other member of the FIFA Executive Committee may only be removed from office by the FIFA Congress or the congress of the confederation concerned, subject to sanctions and decisions issued by the FIFA judicial bodies.  FIFA Statutes Art. 30(4).  Once again, there is no record of removal by the Congress of any sitting Executive Committee member or of such action being taken by any confederation.[29]

There are few rules or guidelines imposed on the confederations in electing or appointing FIFA Executive Committee members.  In the past, those rules were limited to certain time constraints and to stipulating that not more than one member from the same FIFA member association could serve on the Executive Committee simultaneously.  *See, e.g.*, FIFA Statutes Art. 30(4) (2009 edition).  As of 2013, candidates for FIFA Executive Committee also must undergo an integrity check prior to their election or re-election.  Standing Orders of the Congress Art. 13.  *See also* FIFA Organisation Regulations, Annexe 1.  Accordingly, procedures and

---

[27] Additionally, as of 2013, a representative of Women's Football with full voting rights is also elected by the FIFA Congress.  FIFA Statutes Art. 30(3).

[28] FWC00185988-90.

[29] FWC00185988-90.

MEF000236

preconditions with regard to elections or appointments of the eight vice presidents and 15 members of the FIFA Executive Committee are governed almost entirely by relevant confederation rules and regulations. These rules and regulations, in turn, differ from confederation to confederation.

This latter point is most striking in the area of term and age limits: for example, the AFC President (who is either a FIFA vice president or a regular member of the FIFA Executive Committee, *see* AFC Statutes Art. 31(1)(3)) may not serve more than three terms; candidates must be under the age of 70 at the time of the election. AFC Statutes Art. 31(8) and (9). Two other confederations have similar age limitations: CAF has an age limit of "under 70 years" for all members of the Executive Committee, CAF Statutes Art. 18(1), and UEFA has an age limit of 70 years for the President and all members of the Executive Committee, UEFA Statutes Art. 22(2).

By contrast, INTERPOL's 13-member Executive Committee is elected by the General Assembly and certain term limits apply. INTERPOL Constitution Art. 15 *et seq.* Likewise, all members of the International Olympic Committee ("IOC") Executive Board are elected by the the IOC "Session" made up of more than 100 members and those board members are also subject to term limits. Olympic Charter Rules 16(1), 18(1), and 19(2). Term limits and comparisons with other international organizations are discussed in further detail below.[30]

**B.     FIFA World Cup**

   *1.     Overview*

By statute, FIFA is tasked with organizing its own international competitions, the highest profile of which is the FIFA World Cup. FIFA Statutes Art. 2(b).

While there are several different "World Cup" tournaments organized by FIFA, the term "FIFA World Cup" is generally used to describe the quadrennial competition of the senior men's national ("A") teams of the FIFA member associations (the "World Cup"). The FIFA World Cup consists of a *qualifying stage* and a *final tournament.* For the public, the focus is on the final tournament of a FIFA World Cup, which takes place in one host country (or two in the case of co-hosting nations) over a period of approximately four weeks in June and July. The name of the country that hosts the final round of the FIFA World Cup is reflected in the designation given the tournament: for example, 2014 FIFA World Cup Brazil.

The inaugural tournament of the FIFA World Cup took place in Uruguay in 1930. Since then, it has been continuously organized on a four years cycle, except for

---

[30] *See* Part XVI(A).

MEF000237

1942 and 1946 when it interrupted by the Second World War. For each tournament, FIFA decides the number of places awarded to each of the confederations beforehand, generally based on the relative strength of the confederations' teams, with host nations receiving automatic qualification to the final tournament.

The final tournament of each FIFA World Cup is divided into two stages: the group stage followed by the knockout stage. In the group stage, teams compete within eight groups of four teams each. The top two teams from each group advance to the knockout stage, which is a single-elimination round in which teams compete in one-off matches beginning with the round of 16 (or the second round) and advancing through to the final match.

### 2.   *Attendance and Viewership*

The FIFA World Cup is the premiere event for world's most popular sport. In 1930, over half a million people attended the first World Cup tournament and in 1950 attendance exceeded one million for the first time. The last three World Cup tournaments (the 2006 World Cup Germany, the 2010 World Cup South Africa, and the 2014 World Cup Brazil) have each been attended by over three million people.[31]

The World Cup was first televised in 1954 and is now the most widely viewed sporting event in the world. For example, the cumulative audience of all matches of the 2006 World Cup Germany is estimated to have been 26.29 billion people while the final match alone drew 715 million viewers.[32] Not surprisingly, the World Cup attracts many sponsors.

### 3.   *Revenue*

The proceeds generated by the FIFA World Cup make up by far the major share of FIFA's overall revenue. For the four-year periods that result from the corresponding cycles of the World Cup tournaments (cf. section 1.2.1 above), the amount of World Cup-related FIFA revenue for recent years is represented as follows (in million US Dollars).

|                      | 1995-1998 | 1999-2002 | 2003-2006 | 2007-2010 | 2011-2014 |
|----------------------|-----------|-----------|-----------|-----------|-----------|
| TV Rights            | 162,2     | 987,3     | 1'300,9   | 2'408,1   | 2'418,4   |
| Marketing Rights     | 145,6     | 497,8     | 559,9     | 1'071,9   | 1'479,2   |
| Licensing Rights     |           |           | 72,5      | 54,7      | 76,6      |
| Hospitality Rights   |           |           | 203,8     | 120,0     | 174,9     |

[31] FIFA has reported that a total of 3.36 million fans attended the 2006 World Cup in Germany, FWC00185619, 3.18 million fans attended the 2010 World Cup in South Africa, FWC00185493, and 3.43 million fans attended the 2014 World Cup in Brazil, FWC00185671.

[32] FWC00185234. Note that figures are not yet available for the 2014 World Cup Brazil.

MEF000238

| | Total | 307,8 | 1'485,1 | 2'137,1 | 3'654,7 | 4'149,1 |
|---|---|---|---|---|---|---|

As shown in the chart[33] above, World Cup-related revenue consistently accounts for 80 to 90% of FIFA's overall revenue. For example, FIFA's total revenue for the period of 2007 to 2010 amounted to USD 4,2 billion, with the World Cup-related revenue constituting 87% of this total.[34] The numbers make clear that FIFA could not cover expenses without the revenue generated by the World Cup.

### 4.    Selection of Hosts

Given the prestige inherent to the FIFA World Cup, being selected as a host country brings with it a considerable attention on the world sports stage. Moreover, the economic benefits that result from hosting the final competitions of a FIFA World Cup tournament are substantial. A host country can anticipate a multi-billion dollar revenue increase from this one-month event.

Host countries also face certain demands. For example, they must ensure that their general and sports-specific infrastructure is capable of coping with the considerable challenges that result from vast numbers of spectators, athletes and administrative staff coming to a few selected locations for a very short period of time. Indeed, FIFA issues comprehensive requirements for sports-specific infrastructure requiring compliance within specific deadlines (see below).

With regard to the selection of countries as hosts of the final competitions of a FIFA World Cup tournament, the relevant rules and regulations have changed over time. For four decades until 1998, FIFA followed a pattern of alternating the hosts of FIFA World Cup tournaments between the Americas and Europe. The 2002 World Cup however marked a first change to this pattern with the host countries (South Korea and Japan) located in Asia. The 2006 FIFA World Cup was hosted by Germany in line with the custom to hold every second FIFA World Cup in Europe. By contrast, the decisions on the hosts of the 2010 and 2014 FIFA World Cup tournaments were made in accordance with a specific rotation scheme among the FIFA confederations, allowing only countries from the chosen confederation (Africa in 2010, South America in 2014) to bid to host the tournament. That rotation system was abandoned in 2007. Since that time, any country represented by a national association in FIFA may apply as host for a FIFA World Cup. The only restriction is that tournaments may not be held on the same continent, or hosted by member associations of the same confederation, on two successive occasions. FIFA Statutes Art. 76(1) (2010 edition); FIFA Statutes Art. 80(4). These principles applied to the bidding process for hosting the 2018 and 2022 World Cup

---

[33] FWC00186017.

[34] FWC00186017.

MEF000239

tournaments, although as discussed below, with one "informal," yet significant, modification: the 2018 World Cup would be played in Europe.[35]

From 1964 through the most recent selection of hosting nations in 2010, the decision on which country would host a FIFA World Cup tournament were made by the FIFA Executive Committee. Prior to that time, the FIFA Congress made the selection. In considering the proposed change it was noted in the record from that meeting:

> If accepted, this will enable national associations concerned to make adequate preparations without encountering strong competition which regrettably is occurring in connection with the present campaign [Election of World Championship venue 1970, decided by 1964 Congress]. The present uncertainty causes national associations much expense to canvass for votes; puts strain on friendships of some who do not like to discriminate between the applicants particularly when both claimants have much in common; involves them in much work, worry and expense and prevents them from concentrating their efforts on more fruitful activities. The Committee feel that many of the delegates who exercise their right to vote do so without having seen the facilities which are offered by the various applicants and are therefore forced to base their choice on not wholly relevant issues. All this will be avoided if the following plan, proposed by the Executive Committee is found generally acceptable. It would be, of course, for members of the Executive Committee to satisfy themselves through personal visits to the countries selected that all the facilities and amenities available were suitable - football stadia, hotels, hostels and so on - and that financial requirements and national economy of the potential host, was satisfactory. They would also study the advisability and practicability of allocating the World Cup and Congress to Continents which hitherto have not staged them.[36]

It appears that for the better part of a century, one venue at a time was bid; for the selection in 2010, FIFA decided to bid both the 2018 and 2022 venues simultaneously.[37]

---

[35] *See* Part III(C)(7).
[36] FWC00185637-38.
[37] *See* Part III(C)(1).

14

### III.   OVERVIEW OF THE 2018/2022 WORLD CUP BID PROCESS

For FIFA, an inherent risk in the World Cup bidding process is its limited leverage to enforce the obligations the successful bidder undertook to perform. Whatever legal rights FIFA may have when a successful bidder fails to fulfill promises it made during the bidding process, its practical options in those circumstances are limited.  World Cups preparation begins years in advance of the tournament and World Cup revenues fuel FIFA's other activities, including development programs worldwide.[38] Stripping hosting rights away from a successful bidder is therefore an extreme measure that risks financial catastrophe for FIFA, and by extension the many associations that rely on its support.

FIFA had those risks in mind when it designed the 2018/2022 World Cup bidding process.  As described below, FIFA sought to design a process that to the extent possible could manage the risk of non-compliance with the pertinent rules.[39]

### A.   Technical and Legal Requirements

#### 1.   Entities / LOCs

On January 15, 2009, FIFA sent out a notice inviting eligible FIFA member associations to file an expression of interest with FIFA for "either or both" of the 2018 and 2022 World Cup hosting rights.[40]  The deadline for submitting an Expression of Interest form was February 2, 2009.[41]  Following this notice, 11 Member Associations filed such expressions of interest.[42]

On February 16, 2009, FIFA sent a document entitled "Bid Registration" to each MA that had expressed interest in hosting the games.[43]  The Bid Registration detailed the rules and procedures governing the Bidding Process for each interested MA.[44]  Additional terms governed joint bids, such as those pursued by the Belgium-Holland MAs and the Spain-Portugal MAs.[45]  Executed Bid Registration agreements were submitted to FIFA by March 16, 2009.[46]

By September 18, 2009, the registered bidders were required to establish a "bid committee" in one of two forms: as a separate business unit of the bidding MA

---

[38] *See* Part II(B)(3).

[39] FWC00003862 (Bid Registration, 2.1.2).

[40] FWC00127919.

[41] FWC00127920.

[42] *See* Part III(C)(2).

[43] FWC00127920.  *See* FWC00003851-916.

[44] FWC00003861 (Section 1.4).

[45] FWC00004020-30 (Additional Terms Applicable for Joint Bids).

[46] FWC00003865 (Section 2.1.1).

15

or as a separate legal entity.[47]  The sole purpose of the bid committee was to participate in the World Cup bidding process on behalf of the MA, while operating separately from the MA's day-to-day operations.[48]  The MAs' general resources and the resources allocated to the bidding process were therefore managed separately.[49]  By December 11, 2009, every bidder established an additional legal entity known as a Local Organising Committee ("LOC").[50]  The LOC's sole purpose was to run the World Cup operations in the event the bid succeeded.[51]  During the bidding process, the LOCs remained dormant.[52]

### 2.    Financing of Bid Activities

The MAs and bid committees were responsible for financing the promotion of their bids.[53]  FIFA allowed bid committees to fund their activities from both the public and the private sector.[54]  However, FIFA prohibited the use in bidding activities of funds provided by FIFA to the MA through the FIFA Financial Assistance Programme, the FIFA Development Programme, or other FIFA-funded initiatives.[55]  Bid committee activities were therefore funded largely by "bid sponsors," under sponsorship agreements that, like other aspects of the bidding process, were subject to FIFA regulation and oversight.  Before appointing a bid sponsor, each bid committee needed FIFA's written approval of that sponsor and of the contemplated sponsorship agreement.[56]  Once the agreement was signed, bid sponsors could pledge financial and other support for the bid publicly.[57]  Bid committees were allowed to solicit and receive donations from entities other than their bid sponsors, provided those donors refrained from making "public reference or statement in any form to the fact, or nature, of their donations."[58]

Under the Bid Registration agreement, all activities were to be conducted in an "economically reasonable and prudent manner at all times recognising its

---

[47] FWC00003871-73 (Sections 4.1 and 4.2).

[48] FWC00003871-72 (Section 4.2.1).

[49] FWC00003871 (Section 4.1).

[50] FWC00003874 (Section 5.2.2).

[51] FWC00003874 (Section 5.2.1).

[52] FWC00003874 (Section 5.2.1).

[53] FWC00003881 (Section 8.1).

[54] FWC00003881 (Section 8.2.1).

[55] FWC00003881 (Section 8.2.3).

[56] FWC00003883 (Section 9.1).

[57] FWC00003883-84 (Section 9.1).

[58] FWC00003881 (Section 8.2.2).

MEF000242

responsibility to safeguard the integrity and reputation of football and complying with the FIFA Code of Ethics."[59]

Each MA was required to ensure that the bid committee established a clear accounting system and appointed an "independent and internationally recognized auditing firm" to carry out a final audit of the bid committee's finances at the end of the Bidding Process.[60] The bid committee was to provide FIFA with a copy of this audit report within 90 days of the vote for World Cup host.[61] This requirement applied to all bid teams regardless of the outcome of the vote.

### 3.    Bid Books

The 2018/2022 bid process marked the first time that the Bidding Agreement set forth precise requirements for the "bid books" the bidders would submit. Bid books are the centerpiece of every World Cup bidder's written proposal and are described in the Bidding Agreement as "the core element of the Bid."[62] Typically sleek and colorful (and expensive) publications, the books detail every facet of how the bidder plans to conduct the event, including the unique characteristics of the bidder's "hosting concept," the bidder's ideas to promote football development, and specifics concerning stadiums, geography, transportation, media rights, accommodations, security, and other practical aspects of the bidder's plan to host the World Cup.[63] In the Bidding Agreement, every bid committee acknowledged and agreed that "all information given, statements made, and plans and measures proposed" in its bid book "will have a binding legal character and be legally binding" not only for the bid committee, but also for the LOC and the MA, both of which would sign related agreements to be submitted along with the bid book.[64] The Bidding Agreements for the 2018/2022 bidding process thus sought to ensure that the bid books, which were due to be submitted to FIFA in May 2010, would contain more than mere empty promises.

The Bidding Agreement contains detailed instructions for each chapter of the bid book, including one on "Football Development:"

In this regard, the Bid Committee shall:

(i) describe in detail the manner in which the Bid Committee intends to ensure that the hosting and staging of the FIFA World Cup™ will contribute to the development of football in the Bidding

---

[59] FWC00003881 (Section 8.1).

[60] FWC00003882 (Section 8.4).

[61] FWC00003882 (Section 8.4).

[62] FWC00003927 (Section 3(i)).

[63] FWC00003927-41 (Section 4).

[64] FWC00003925 (Section 2.2).

17

Country as well as worldwide in a sustainable manner and in alignment with FIFA's permanent activities and initiatives in this field; and

(ii) describe, in concrete terms, what its intended activities are in association with the hosting and staging of the FIFA World Cup™ to contribute to the development in parts of the football family outside the elite men's game (e.g. women's, youth, grassroots and disabled football) in the Bidding Country and worldwide.[65]

The plain meaning of the text cited above would require the bid team to outline what development initiatives would result if that venue were selected to host the World Cup. As will be seen below, however, this was in many cases taken as an incentive for bid teams to promote "football development" initiatives aimed at currying favor with Executive Committee members.[66]

FIFA provided templates for the various agreements and guarantees bidders executed and submitted during the bid process. Among those agreements was a series of "Hosting Documents" to be executed by the MAs and annexed to the bid books, including government guarantees concerning customs and visa procedures, tax exemptions, security measures, commercial rights, and other topics; legal declarations to be signed by the national government concerning that nation's laws addressing antitrust protections, ambush marketing, public advertising regulations, no-fly zones around event venues, data-protection laws, and other subjects; guarantees from local governments of the cities proposed as hosts of World Cup games; agreements with owners and operators of the facilities proposed as World Cup venues; framework agreements for every proposed training site to be used during the World Cup; agreements with the many hotels needed to accommodate the hundreds of thousands of visitors a World Cup event would draw; and a legal opinion from a reputable attorney in that nation confirming the validity and enforceability, under the bidding country's laws, of the other agreements and guarantees submitted to FIFA.[67]

Bid teams took the requirements of the contents of the bid books quite seriously. Each team submitted a professional product of significant length and cost.[68] Once the copies were filed with FIFA, they were made available to each Executive Committee member. It appears that, despite the "core" relationship to the bid's merits, few members reviewed the books.[69] Some members did take the

---

[65] FWC00003928-29 (Section 4).

[66] *See, e.g.*, Part V(D).

[67] FWC00003941-46.

[68] For example, preparation of Australia's bid book was estimated to have cost AUS$4.89 million. FWC00179755.

[69] *See, e.g.*, FWC00184632-33; FWC00184239; FWC00181752; FWC00182868.

18

opportunity to pass the books related to other bids on to the bid team from their respective home countries.[70]

### 4.   Evaluations

In order to assess key elements of each bid by a neutral fact-finding body, FIFA created the "FIFA Evaluation Group for the 2018 and 2022 FIFA World Cup bids" (the "Evaluation Group"). As a result of those inspections, the Evaluation Group produced written reports that "evaluate[d] the information provided in the Bidding Documents, indicate[d] the extent to which the requirements have been fulfilled, and identifie[d]  potential gaps and risks in respect of FIFA's requirements for hosting a FIFA World Cup."[71]  Detailed reports for each bidder that evaluated categories of operational and legal risks were prepared and submitted to the President and the Executive Committee members on November 19, 2010.[72]

### B.   Rules of Conduct

### 1.   FIFA Code of Ethics ("FCE")

The FIFA Code of Ethics applies to all football officials.  FCE Art. 2.  The 2006 FCE was in effect until September 1, 2009 when the 2009 FCE took effect for remainder of bidding process.  FCE Art. 21 (2009 edition).  Any sanctions for conduct committed before the effective date of the 2012 FCE must be based upon violations of the substantive provisions in force at the time the conduct took place and cannot be greater than those available at that time.  FCE Art. 3.  Accordingly, although the procedures of the current code govern this inquiry and the actions of the Investigatory Chamber and those asked to assist in establishing the facts of the case in this process, any prima facie case that an individual committed an ethics violation during the bidding process must also be based in part upon the relevant code in effect at the time of the alleged misconduct.  FCE Art. 3.

Both the 2006 and 2009 codes contained substantive provisions prohibiting certain conduct by football officials.  In the 2006 code, such provisions governed, among other things, general conduct, conflicts of interest, gifts, bribery and duty to disclose violations.  *See, e.g.*, FCE Arts. 3, 8, 11, 12 and 16 (2006 edition).  Likewise the 2009 code contained rules governing those same substantive areas with some modifications.  The rules related to gifts did not change and continued to prohibit officials from accepting "gifts and other benefits that exceed the average relative value of local customs" or cash in any amount.  *Compare* FCE Art. 11 (2006 edition) *with* FCE Art. 10 (2009 edition).  The Conflicts of Interest and Bribery rules also remained unchanged.  *Compare* FCE Arts. 8 and 12 (2006 edition) *with* FCE Arts. 5

---

[70] *See, e.g.*, FWC00184809; FWC00184527.

[71] *See, e.g.*, FWC00002507 (Executive Summaries).

[72] FWC00186093.  *See, e.g.*, FWC00002511 (Executive Summaries).

19

and 11 (2009 edition). As a result, the substantive rules governing those areas of conduct remained essentially the same throughout the bidding process. Rules governing the conduct of officials and others required to collaborate in the present inquiry will be discussed in detail below.[73]

Under the system in place during the bidding process, ethics complaints could only be filed by the parties designated in the Code of Ethics, including members of the FIFA Executive Committee and the Secretary General. *See, e.g.*, FCE, Procedural Regulations Art. 4 (2006 edition); FCE Art. 16 (2009 edition). In practice, complaints were generally sent to the FIFA Secretary General who would then decide whether the matter merited submission to the FIFA Ethics Committee.

### 2.    *Other Bidding Regulations*

Establishing the bid committees as distinct business units or entities gave the MAs and FIFA a layer of protection from financial or legal risks stemming from the bidder's or host's activities. The separate legal status did not, however, liberate those involved with the bidding process from rules of conduct, including the FIFA Code of Ethics, applicable to other football officials, such as members of the FIFA Executive Committee and officials with the MAs.

Bidding documents vested responsibility for the bid committees' conduct not only with the Committees themselves, but also with their respective MAs. By reviewing, signing, and returning the Bid Registration submitted to FIFA in March 2009, an MA formally entered the bidding process and agreed to all "provisions, procedures, terms and requirements" the process entailed.[74] The Bid Registration laid out rules and requirements for the by-laws and internal regulations of each bid committee, ensuring that the MA has "legal ability to adequately influence, direct and control the decisions and activities of the Bid Committee with respect to the Bid."[75] Among other rules, FIFA required that the MA be the sole shareholder of the bid committee, unless local law required otherwise, and that the MA elect the majority of the bid committee's board members and chairman.[76] Because the MAs from the bidding nations were also required to sign the Bidding Agreements the bid committees submitted to FIFA in December 2009, those MAs were jointly and severally liable "for the proper performance of the Bid Committee's obligations under the Bidding Agreement."[77]

Those obligations included compliance with the FIFA Code of Ethics and similar rules of conduct, as FIFA emphasized—and the MAs and Bidding

---

[73] *See* Part IV.

[74] FWC00003861 (Section 4.1).

[75] FWC00003873 (Section 4.2.3).

[76] FWC00003872 (Section 4.2.3).

[77] FWC00003871 (Section 4.2.1).

MEF000246

Committee acknowledged—multiple times during the bidding process.  By executing the Bid Registration in March 2009, the MAs agreed with the following:

> It is essential to the integrity, image and reputation of FIFA and the Competitions that the conduct of the Member Association and the Bid Committee during their Bid preparations complies with the highest standards of ethical behavior.  The Member Association therefore expressly agrees to be bound by, and to comply with, the FIFA Code of Ethics in its applicable form and the provisions, procedures, terms, rules and requirements outlined in this Bid Registration.  The Member Association shall also be responsible for ensuring that the Bid Committee agrees to be bound by, and complies with, the FIFA Code of Ethics in its applicable form and the provisions, procedures, terms, rules and requirements outlined in this Bid Registration.[78]

While, as noted above, the Codes of Ethics applicable during the bidding process included provisions forbidding bribery, excessive gifts, conduct giving rise to actual or apparent conflicts of interest, and abusing one's position in football to further private interests, *see, e.g.*, FCE Articles 3, 8, 11-13 (2006 edition); FCE Articles 3, 5, 10-12 (2009 edition), the bidding materials reiterated those basic principles of ethical behavior.  Under the Bid Registration filings, for example, the MAs and bid committees were obliged to "refrain from attempting to influence members of the FIFA Executive Committee or any other FIFA officials, in particular by offering benefits for specific behaviour,"[79] and were prohibited from giving FIFA Executive Committee members or anyone associated with them any "monetary gifts" or other "personal advantage that could give even the impression of exerting influence, or conflict of interest, either directly or indirectly, in connection with the Bidding Process."[80]  There was no requirement placed on Executive Committee members to report gifts from bid teams or their agents.

### 3.   *Declarations of Compliance*

All bidders' MAs and bid committees also submitted separate but substantively identical "Declarations of Compliance" affirming the applicability of the FIFA Code of Ethics and other rules of conduct.  The MAs' Declarations were submitted along with the Bid Registration materials filed in March 2009; the bid committees' Declarations followed in September 2009 with the documents proving that the bid committees had been established.

---

[78] FWC00003886 (Section 11.1).

[79] FWC00003886 (Section 11.2).

[80] FWC00003887 (Section 11.3).

21

Documents gathered in this investigation include copies of every Declaration of Compliance filed by the bid committees and their respective MAs. Those Declarations acknowledge that the FCE and other rules of conduct applied to everyone involved with the bidding process, namely, all "officials, officers, directors, employees, representatives, agents or other auxiliary persons of the Member Association and the Bid Committee established by the Member Association ('Representatives')."[81] Moreover, by signing the Declaration the MAs and the bid committees agreed to cooperate, and to secure the cooperation of all of their Representatives, with any "audit or inquiry" conducted by the FIFA Ethics Committee.[82]

### 4.   Bid Circular No. 2

On March 16, 2010, FIFA issued "Bid Circular No. 2," addressed to "the Member Associations of FIFA/Bid Committees who have expressed an interest" to host the World Cup, and addressing issues related to "rules of conduct".[83] The triggering event for the release of this circular was the first meeting of the FIFA Ethics Committee under new Chairman Claudio Sulser at which monitoring of the bid process was discussed.[84] As a result, a "reminder" of the relevant rules of conduct was being sent, under the signature of the FIFA Secretary General, to the recipients of the circular:

> In order to safeguard a fair, open and transparent Bidding Process, the FIFA Ethics Committee decided to remind you that the Member Associations and Bid Committees must conduct any activities in relation to the Bidding Process in full compliance with the rules of conduct set forth in Clause 11 of the Bid Registration as well as the declaration of compliance with the rules of conduct referred to in Clause 11.1 of the Bid Registration.[85]

Attached was a two-page appendix detailing the governing "Rules of Conduct" found in the Bid Registration signed by representatives of each bid team. Given the importance of these rules and the fact that, in addition to being found in the registration agreements, they were reprinted and disseminated again during the process at the behest of the FIFA Ethics Committee, the appendix is printed in full below:

### GENERAL PRINCIPLES

---

[81] FWC00003915 (Bid Registration, Annexe 7).

[82] FWC00003916 (Bid Registration, Annexe 7).

[83] FWC00002532-35.

[84] FWC00002532.

[85] FWC00002532.

MEF000248

It is essential to the integrity, image and reputation of FIFA and the Competitions that the conduct of the Member Association and the Bid Committee during their Bid preparations complies with the highest standards of ethical behaviour. The Member Association therefore expressly agrees to be bound by, and to comply with, the FIFA Code of Ethics in its applicable form and the provisions, procedures, terms, rules and requirements outlined in this Bid Registration. The Member Association shall also be responsible for ensuring that the Bid Committee agrees to be bound by, and complies with, the FIFA Code of Ethics in its applicable form and the provisions, procedures, terms, rules and requirements outlined in this Bid Registration.

Additionally, the Member Association and the Bid Committee (once established) shall sign and provide to FIFA the declaration of compliance with the rules of conduct as set out in this is Clause 11, as attached to this Bid Registration as Annexe 7 by the following deadlines at the latest:

- Member Association:                           16 March 2009

- Bid Committee:                                18 September 2009

## ETHICAL BEHAVIOUR

The Member Association and the Bid Committee shall conduct any activities in relation to the Bidding Process in accordance with basic ethical principles such as integrity, responsibility, trustworthiness and fairness. The Member Association and the Bid Committee shall refrain from attempting to influence members of the FIFA Executive Committee or any other FIFA officials, in particular by offering benefits for specific behaviour.

The Member Association and the Bid Committee shall declare to FIFA that the contents of the Bid Book and any documents contained therein reflect the truth and are in no way misleading and shall notify FIFA of any facts or information that come to light following the submission of its Bid that may result in the contents of the Bid Book and any documents contained therein no longer reflecting the truth or being misleading.

The Member Association and the Bid Committee shall provide FIFA with all requested information in a truthful manner at all times.

## GIFTS

23

MEF000249

The Member Association and the Bid Committee shall refrain, and shall ensure that each entity or individual associated or affiliated with it shall refrain, from providing to FIFA or to any representative of FIFA, to any member of the FIFA Executive Committee, the FIFA Inspection Group, FIFA consultants, or any of their respective relatives, companions, guests or nominees

(i)     any monetary gifts;

(ii)    any kind of personal advantage that could give even the impression of exerting influence, or conflict of interest, either directly or indirectly, in connection with the Bidding Process, such as at the beginning of a collaboration, whether with private persons, a company or any authorities, except for occasional gifts that are generally regarded as having symbolic or incidental value and that exclude any influence on a decision in relation to the Bidding Process; and

(iii)   any benefit, opportunity, promise, remuneration or service to any of such individuals, in connection with the Bidding Process.

## STATEMENTS CONCERNING OTHER MEMBER ASSOCIATIONS

The Member Association agrees to refrain from making any written or oral statements of any kind, whether adverse or otherwise, about the bids or candidatures of any other member association which has expressed an interest in hosting and staging the Competitions. This provision shall not apply to any statements to FIFA in relation to inappropriate conduct from such other member associations.

## UNFAIR COLLABORATION

The Member Association agrees to refrain from collaborating or colluding with any other member association or any other third party with a view to unfairly influencing the outcome of the Bidding Process. In particular, the Member Association and the Bid Committee are prohibited from entering into any kind of agreement with any other member association or bid committee as regards to the behaviour during the Bidding Process, and the manner in which and when a member association or bid committee bid for the Competitions or which may otherwise influence the Bidding Process.

## FIFA ETHICS COMMITTEE

24

The Member Association acknowledges that FIFA has established the FIFA Ethics Committee as an independent judicial body which, among other responsibilities, may be requested by FIFA to examine the Bidding Process in relation to the rules of conduct as set out in this Clause 11 to ensure a fair, open and transparent Bidding Process. Upon request by the FIFA Ethics Committee, the Member Association undertakes and warrants, at its own cost, to fully cooperate with, and support any audit or inquiry conducted by, the FIFA Ethics Committee and to provide, in a timely manner, any information or document required to be disclosed.[86]

At its meeting held on March 18 and 19, 2010, the FIFA Executive Committee was informed that Bid Circular Number 2, reminding each of the participants in the bidding process of the rules of conduct, had been sent.[87]

## C.    Timeline / Summary of Key Events

### 1.    *December 2008: Decision to Select Two Hosts at Once*

It appears that the 2010 World Cup vote marked the first time FIFA selected two World Cup hosts at once. Secretary General Jérôme Valcke explained to the Investigatory Chamber that he developed this idea in 2007.[88] At that time, he was concerned that the world economic crisis would negatively impact FIFA's future income, which is derived primarily from the World Cup.[89] Secretary General Valcke believed that World Cup sponsors would "use the current situation in order to argue that it's not very clear or it's not clear enough where the World Cups would be played," and would therefore "try to reduce the current price they were paying to FIFA."[90] Accordingly, he felt that selecting two host countries at once would allow these sponsors to "know the value of these markets for their business" and provide more level ground for negotiations.[91]

Secretary General Valcke subsequently proposed the idea to President Blatter,[92] who, in his own interview with the Investigatory Chamber, similarly recalled the decision being a "commercial idea" in order to offer a "double package" to marketing partners.[93] Secretary General Valcke did not recall any discussion at

---

[86] FWC00002534-35.

[87] FWC00166686.

[88] FWC00182716-17.

[89] FWC00182717, FWC00182719. *See* Part II(B)(3).

[90] FWC00182718.

[91] FWC00182717-18.

[92] FWC00182717-18.

[93] FWC00182641.

25

the time of the potential for collusion, noting that they were "just thinking of the commercial side."[94]

Secretary General Valcke recalled that this dual-bidding proposal was initially rejected by the Executive Committee.[95]  However, at a subsequent meeting held on October 23-24, 2008, "[t]he majority of the Executive Committee members pronounced their support, in principle, for a simultaneous decision on the hosts for the 2018 and 2022 FIFA World Cups™ and it was agreed that, following more detailed evaluation, a final decision would be made at the Executive Committee meeting in Tokyo on 19-20 December."[96]  The Executive Committee formally approved this "simultaneous bidding procedure" at its meeting in Tokyo.[97]

### 2.    2009-Early 2010:  Registration of Bidders

As discussed above, MAs were invited to submit an Expression of Interest to FIFA by February 2, 2009; those MAs that expressed such an interest were required to subsequently submit a completed Bid Registration form by March 16.[98]  Although the Federación Mexicana de Fútbol Asociación A.C. submitted both an Expression of Interest and Bid Registration to FIFA, its Bid Registration was found to be deficient.[99]  FIFA sent a notice to the Federación Mexicana de Fútbol Asociación A.C. on March 25, 2009, offering an extended deadline of April 3, but Mexico's bid was subsequently terminated for failure to cure that breach.[100]

The Football Association of Indonesia similarly submitted both an Expression of Interest and Bid Registration to FIFA, but failed to submit a duly executed Bidding Agreement by the December 11, 2009 deadline, in breach of its Bid Registration.[101]  On January 8, 2010, FIFA notified the Football Association of Indonesia of this breach and offered a 30-day cure period.[102]  On February 10, after this 30-day period expired, FIFA notified the Football Association of Indonesia that its bid had been terminated pursuant to Clause 12.3.1 of the Bid Registration.[103]

---

[94] FWC00182722-23.

[95] FWC00182717, FWC00182720.

[96] FWC00166630.

[97] FWC00114147.

[98] FWC00127920.

[99] FWC00185675-76.

[100] FWC00185675-76.

[101] FWC00002538-39.

[102] FWC00002538-39.

[103] FWC00002536-39.  *See also* FWC00166680 (minutes from March 18-19, 2010 meeting of the FIFA Executive Committee, in which the Executive Committee determined that Indonesia's right to continue the bid was forfeited after it failed to submit "various mandatory guarantees" by the December 11, 2009 deadline).

MEF000252

The remaining bidders were: (1) Union Royale Belge des Sociétés de Football-Association and Koninkljjke Nederlandse Voetbalbond ("Belgium/Holland 2018") (2) The Football Association Ltd. ("England 2018"); (3) Football Union of Russia ("Russia 2018"); (4) Real Federación Española de Fútbol and Federaçáo Portuguesa de Futebol ("Spain/Portugal 2018"); (5) U.S. Soccer Federation ("United States 2022"); (6) Football Federation Australia Limited ("Australia 2022"); (7) Japan Football Association ("Japan 2022"); (8) Korea Football Association ("Korea 2022"); and (9) Qatar Football Association ("Qatar 2022").[104]

### 3.    May 2010:  Delivery of Bid Books

On May 14, 2010, a delegation from each bid team provided their bid books to FIFA in a brief ceremony.[105]  Later, following the FIFA Congress plenary session on June 10, 2010, a "Bidders Exhibition" took place, which was "targeted to the participants of the FIFA congress" and included "one standardized exhibition stand per bidder and an area for socializing."[106]

### 4.    June-July 2010:  World Cup in South Africa

The 2010 World Cup South Africa took place from June 11 to July 11, 2010. On April 1, 2010, Secretary General Valcke sent a letter to all bid teams requesting that they "refrain from any bid related activities in South Africa during the event period" in order to "preserve the integrity regarding to the promotion, 'look and feel' and the unrestricted attention of the 2010 FIFA World Cup™."[107]  The Secretary General referenced Clause 7.3 of the Bidding Registration, which permits FIFA to regulate promotional activities by bid countries at FIFA events.[108]

Bid teams were, however, permitted to participate in an "Observers Programme" from June 27 to July 3, 2010, in Durban, Cap Town, and Johannesburg, South Africa.[109]  The aim of the program was to provide bid teams with an overall understanding of how the World Cup was run.[110]

---

[104] FWC00166703-04; FWC00166714.

[105] *See, e.g.,* FWC00002582.

[106] *See, e.g.,* FWC00002583.

[107] *See, e.g.,* FWC00002591.

[108] FWC00002591-92.  *See also* FWC00003880 ("The Member Association may conduct Bid promotion activities (such as the staging of exhibitions, press conferences or other promotional events or activities) at certain events related to FIFA and/or the confederations . . . . To ensure a fair and balanced Bidding Process for all bidding member associations, FIFA will inform the Member Association in writing of the occasions on which it may conduct such Bid promotion activities and of the manner and extent of those activities.")

[109] FWC00002611.

[110] FWC00002611.

27

MEF000253

5.     July 2010: Bid Circular No. 3

On July 7, 2010, FIFA sent "Bid Circular No. 3" to the same MAs and bid committees who received Bid Circular No. 2, described above.[111]  In contrast to the prior "guidance," this communication established new reporting requirements for "contact with members of the FIFA Executive Committee and their member associations."[112]

The triggering event for the new reporting requirement was purportedly events at the 2010 World Cup in South Africa, during which "members of the FIFA Executive Committee noted that various bidding associations were contacting members of the FIFA Executive Committee, either formally or informally, in relation to the relevant bids."[113]

> In order to better monitor these contacts and also to preserve the independence of the members of the FIFA Executive Committee in the bidding procedure, and after analysing the issue with the chairman of the FIFA Ethics Committee, we would like to inform you about a new policy we ask you to strictly respect, effective immediately. . .
>
> . . . [E]ach and every contact and/or initiative that a bidding association (including the relevant Bid Committees) makes (be it directly or indirectly) with a member of the FIFA Executive Committee or a member association of an FIFA Executive Committee member member (be it directly or indirectly) shall be reported in advance and in writing to the secretariat to the FIFA Ethics Committee.  This report shall include an explanation about the reasons for such contact as well as any other information that could have an impact on the Bidding Process.[114]

Violations of the new policy, it was noted, would lead to an investigation by the Ethics committee and possible sanctions.[115]

The new policy placed no corresponding reporting requirement on the members of the FIFA Executive Committee or their respective member associations. Nevertheless, several weeks later, Executive Committee member Chuck Blazer of CONCACAF sent an email to the FIFA Secretary General expressing his indignation over Bid Circular number 3 which he believed was "not in good taste

---

[111] FWC00002543-44.

[112] FWC00002543.

[113] FWC00002543.

[114] FWC00002543.

[115] FWC00002544.

28

nor in respect of the members of the Executive Committee."[116]   Mr. Blazer then summarized trips he planned to take to a number of bidding nations and stated: "I trust you will accept this as sufficient notice and require nothing further from the bidding countries since I do not consider their contact as a burden nor an incentive, but merely as me conducting my proper role in assessing the viability of each candidature."[117]   This email was forwarded to a number of others at FIFA, including the secretariat to the Ethics Committee[118] but there is no record of any response from FIFA.

### 6.    *July-October 2010:   Bid Inspection Visits and Report*

Harold Mayne-Nicholls, the then-President of the Chilean Football Federation,[119] was selected as Chairman of the Evaluation Group by President Blatter.[120]   Secretary General Valcke informed Mr. Mayne-Nicholls of the other team members, including Danny Jordaan (the CEO of the 2010 FIFA World Cup South Africa Organizing Committee) who was just finishing up his work as CEO of the South Africa 2010 Organising Committee,[121] as well as Jürgen Müller, Wolfgang Eichler, and David Fowler, among others.[122]

After reviewing the bid books, the Evaluation Group conducted on-site visits of each of the eleven countries involved in the bidding from July 18 through September 17, 2010.[123]   Expenses for those trips were paid by FIFA with the exception of local transportation.   Team members looked at stadia, training sites, hotels and other areas related to the criteria.[124]

According Mr. Mayne-Nicholls, no one at FIFA pressured him regarding his reports:   "I was free to do and write whatever I wanted."[125]

The Evaluation Group was told not to "rank" the bid teams.[126]   With respect to overall operational risk, all bid venues were ranked "low risk" except for Qatar ("high risk") and Russia ("medium risk").[127]   In the individual subcategories, the

---

[116] FWC00000177-78.

[117] FWC00000178.

[118] FWC00000177-78.

[119] FWC00181035.

[120] FWC00181035.

[121] FWC00181035; FWC00181291; FWC00185672.

[122] FWC00002134.

[123] FWC00002507.

[124] FWC00181293.

[125] FWC00181111-12.

[126] FWC00181073.

[127] FWC00002510.

29

only high risk grades went to Qatar for "team facilities" and Russia for "transport: airports and international connections."[128]  All legal risks were classified as low or medium, with Belgium/Holland, Japan, and the United States receiving an overall rating of medium risk and the rest of the countries classified as low risk.[129]

In the cover letter to the Executive Summary, Mr. Mayne-Nicholls concluded, "[w]e feel we have accomplished our work in the spirit of integrity, objectiveness and transparency."[130]

### 7.    October 2010: Division of 2018 and 2022 Bidders

During a meeting held on October 28 and 29, 2010, the Executive Committee approved an agenda attaching "Voting Procedure Guidelines," which governed the appointment of the hosts for the 2018/2022 World Cups.[131]  Those guidelines stipulated that "[s]hould a European member association be appointed as the host of the 2018 FIFA World Cup in the first part of the voting procedure, no European member association shall be permitted to take part in the voting procedure for the 2022 FIFA World Cup."[132]  According to the guidelines, the U.S. team was the only non-European bidding nation for the 2018 venue.[133]  Once the U.S. team dropped out, a European 2018 World Cup venue would be assured, as would the absence of any European bidders for 2022.  In contrast to the guidelines, however, the minutes of the October meeting listed the U.S. team as a bidder only for the 2022 World Cup.[134]

In his interview with the Investigatory Chamber, President Blatter explained that there had been an agreement (although "not a . . . written[] contract") that "every third World Cup shall come back to Europe."[135]  He stated that he convinced the bidders to let the 2018 World Cup take place in Europe and "open [the 2022 World Cup] to the world."[136]  Secretary General Valcke also recalled a discussion among Executive Committee members and President Blatter to keep a rotation system whereby every third World Cup would return to Europe.[137]  He recalled that

---

[128] FWC00002510. Note that in its individual Bid Evaluation Report for Qatar, the Evaluation Group noted that "Qatar would present very hot weather conditions during the tournament period, with average temperatures seldom falling below 37°C during the afternoon and seldom below 31°C during the evening."  FWC00002387-88.

[129] FWC00002511.

[130] FWC00002507.

[131] FWC00166710; FWC00166702-07.

[132] FWC00166704.

[133] FWC00166703.

[134] FWC00166714.

[135] FWC00182644.

[136] FWC00182645.

[137] FWC00182721.

30

MEF000256

this was an "understanding between all Confederations" and that "[t]here was no objection" from the non-European bidders.[138]

### 8. October-November 2010: Ethics Committee Proceedings and Suspensions

On November 17, 2010, the FIFA Ethics Committee issued decisions finding that Executive Committee members Amos Adamu and Reynald Temarii had violated various provisions of the FCE based on their conduct at recent meetings with undercover reporters from the Sunday Times.[139]  Over the course of August, September, and October 2010, these reporters had posed as employees of the fictional company "Franklin Jones," which they described in meetings with certain football officials as a London-based public relations firm representing a consortium of American businesses in order to lobby for the U.S. World Cup bid.[140]  The reporters secretly recorded conversations with Messrs. Adamu and Temarii, as well as CAF Executive Committee members Slim Aloulou and Amadou Diakite, CAF Honorary Member Ismail Bhamjee, and OFC Executive Committee member Ahongalu Fusimalohi.[141]  During individual meetings with Messrs. Adamu and Temarii, the undercover reporters offered financial investments in football development projects in the officials' home countries and confederations in exchange for their vote for the U.S. to host the 2022 FIFA World Cup.[142]

On October 17, 2010, the Sunday Times published two articles describing its "sting" of these officials.[143]  In the following days, the FIFA Ethics Committee opened proceedings against the accused officials and provisionally suspended them from football-related activities.[144]  Mr. Adamu was ultimately found to have violated FCE Art. 3(1), (2), and (3) (General rules), Art. 9(1) (Loyalty), and Art. 11(1) (Bribery); he was banned from taking part in any football-related activity at national and international level (administrative, sports or any other) for a period of three years beginning October 20, 2010.[145]  Mr. Temarii was found to have violated FCE Art. 3(1) and (2) and Art. 9(1), and was banned from football for a period of one

---

[138] FWC00182721.

[139] FWC00171444-81; FWC00172270-99.

[140] FWC00171736.

[141] FWC00185966-70.

[142] FWC00185966-70.

[143] FWC00185971-72; FWC00185966-70.

[144] FWC00171447; FWC00171653; FWC00171736-37; FWC00171835; FWC00172079; FWC00172272-73.

[145] FWC00171480.

31

year from October 20, 2010.[146]  Appeals by these two officials were later dismissed.[147]

         *9.*     *November 19, 2010: Executive Committee Meeting*

At the Executive Committee meeting held November 19, 2010, President Blatter addressed the attending members (Messrs. Warner and Anouma were listed as "Excused," while Messrs. Temarii and Adamu were labeled as "Banned") about the upcoming vote for hosting rights.  According to the minutes of the meeting:

> In view of the importance of the FIFA World Cup™, the President reminded the members of the responsibility that rested on their shoulders.  He said that the FIFA Executive Committee was the government of FIFA, but that while other governments were generally either elected by the same body as the president or the president appointed his own ministers, the government of FIFA was elected by the confederations ....with the exception of the President, who was elected by Congress.  This meant that there was not always a unity of opinion or doctrine among the members of the Executive Committee.  Therefore the members of the Executive Committee formed an independent government and the FIFA President could not indicate where the FIFA World Cup™ should be held.  With this in mind, the FIFA President appealed to the members' institutional responsibility towards FIFA and the FIFA World Cup™ in the run-up to the vote on 2 December, which should take precedence over any personal responsibility or wishes.[148]

President Blatter later described his remarks at this meeting as "a call to order."[149]

This appeal to the duty of loyalty of the FIFA Executive Committee members came on the heels of the Sunday Times sting and the suspension of Adamu and Temarii for, among other violations, conflict of interest.  Those suspensions were also discussed at the meeting and the President noted that six football officials had been sanctioned for violating the FCE.[150]  According to the official minutes, "[i]n

---

[146] FWC00172298.

[147] FWC00171482-529; FWC00171576-47; FWC00172300-28.  Messrs. Aloulou, Bhamjee, Diakite, and Fusimalohi were each also found to have violated certain provisions of the FCE, and were subjected to sanctions.  FWC00171688; FWC00171691-93; FWC00171770; FWC00171880; FWC00171882-916; FWC00172074; FWC00172076-118; FWC00172187-269.

[148] FWC00166723-24.

[149] FWC00182650.

[150] FWC00166724.

response to a number of questions on this issue, the FIFA President and Director of Legal Affairs confirmed that in accordance with art. 17 of the FIFA Code of Ethics....the Ethics Committee has the right to ban officials from any football-related activity."[151]  With respect to replacing the banned Executive Committee members, the President explained "that this would only be possible once the decisions taken by the FIFA Ethics Committee became final and binding...[and i]f the Executive Committee members in question decided not to appeal against their sanctions, they would be immediately replaced by their relevant confederation; if they decided to appeal, there would be no immediate replacement and only 22 Executive Committee members would be eligible to vote" in December.[152]  Given Temarii's public position that, as directed by the OFC, he would vote for Australia to host the 2022 World Cup and England for 2018, this last point would have significant consequences.[153]

At this same meeting, Harold Mayne-Nicholls, Chairman of the Evaluation Group, gave a "brief summary of the inspection tour and the process of compiling the bid evaluation reports."[154]

Near the end of the meeting minutes, the Secretary General "informed the members of results of a report on the commercial aspects of each bid which had been commissioned from the external consultancy firm McKinsey, and mentioned that all the members would receive a comprehensive set of reports, including a security report, which had been provided by an independent security company."[155]

Other than the aforementioned topics, there is no reference in the minutes to any questions or discussions by the members of any of the topics related to the vote for the World Cup scheduled to take place in less than two weeks.

According to FIFA, the McKinsey Report and the Security Report were never given to Executive Committee members, although the results of the McKinsey Report were incorporated into the Evaluation Group's reports.[156]  The McKinsey Report assesses the commercial aspects of each bid in some detail.[157]

The Security Report, dated November 15, 2010, contains no identifying information about the author; it is unsigned.[158]  Under "Terms of Reference," it

---

[151] FWC00166724.

[152] FWC00166724.

[153] *See* Part X(G)(3).

[154] FWC00166724.

[155] FWC00166724-25.

[156] FWC00185993.

[157] FWC00185458-91.

[158] FWC00185570-92.

MEF000259

recounts a discussion with FIFA Security Director Chris Eaton on November 11, 2010, during which "a need was expressed to perform a risk assessment re the 'structural vulnerability of each bidding nation or joint-nations to terrorist attacks'."[159]  In addition, it was noted that Jürgen Müller of FIFA informed the author(s) that the Secretary General wanted to inform the EXCO on general risk factors as far as the security of bidding countries is concerned."[160]  The report was completed in two or three days based upon limited information, leading to an "alternative approach."[161]  Each bid venue was ultimately assigned a rating ranging from "Low" (terrorism may have no or a limited impact on the event) to "High" (terrorism may have a major impact on the event leading to cancellation).[162]  Although there is a representation that "[i]n view of the discussion with Mr. Eaton on 11 November 2010 only the bidding countries for the 2022 FIFA World Cup will receive attention,"[163]  all nine bid venues were in fact analyzed.   Eight bid teams were given ratings in the "low" to "moderate" range;[164] Qatar was assigned a "high" risk rating.[165]

> ### 10.    December 1-2, 2010: Final Presentations and Vote

An Executive Committee meeting was held in Zurich on December 1, 2010.[166]  The record reflects that "only 22 members were present at the meeting and eligible to vote to vote on the hosting of the 2018 and 2022 World Cups" as  Messrs, Adamu and Temari  had been banned from all football-related activity by the Executive Committee.[167]  The President added that "it was not possible to replace these members because they were currently appealing the Ethics Committee's decision."[168]  The only other mention of any discussion related to the upcoming vote was a notation that the Holland/Belgium bid had filed certain documents so that the members "took note that contrary to the findings of the bid evaluation report, the Bid Committee had now fully complied with the requirements" regarding certain agreements.[169]  There is no record of any discussion of other concerns related to risk factors identified in the bid evaluation reports.

---

[159] FWC00185571.

[160] FWC00185572.

[161] FWC0185572-74.

[162] FWC00185574.

[163] FWC00185574.

[164] FWC00185575-86; FWC00185589-92.

[165] FWC00185588.

[166] FWC00166726-32.

[167] FWC00166727.

[168] FWC00166727.

[169] FWC00166729.

MEF000260

The minutes do note that the members agreed that "after the ballot to determine the host of the 2018 World Cup had taken place, they would not be informed of the result but would instead proceed directly to the ballot on the 2022 World Cup."[170]

The vote took place on December 2, 2010, using an "exhaustive balloting" procedure.[171] The vote for the 2018 World Cup took place first, and was immediately followed by the vote for the 2022 World Cup.[172] According to the Voting Procedure Guidelines approved of by the Executive Committee at its October 28-29, 2010 meeting,[173] Executive Committee members were called individually to a voting booth, where they each submitted a ballot paper.[174] If, after all votes were counted, no bidder received an absolute majority (50%+1) of votes, the bid country that obtained the fewest number of votes was eliminated.[175] This proceeded until an absolute majority was reached.[176]

---

2018 Bidders: England, Belgium/Holland, Spain/Portugal, **Russia**

    Round 1: England 2; Belgium/Holland 4; Spain/Portugal 7; Russia 9
    Round 2: Belgium/Holland 2; Spain/Portugal 7; **Russia 13**

---

2022 Bidders: Australia, Japan, Korea, USA, **Qatar**

    Round 1: Australia 1; Japan 3; Korea 4; Qatar 11; USA 3
    Round 2: Japan 2; Korea 5; Qatar 10; USA 5
    Round 3: Korea 5; Qatar 11; USA 6
    Round 4: **Qatar 14**; USA 8

---

After two rounds of voting, Russia received an absolute majority of votes for the 2018 World Cup; after four rounds, Qatar received an absolute majority of votes

---

[170] FWC00166729.

[171] FWC00166703; FWC00173354.

[172] FWC00166704.

[173] FWC00166710; FWC00166702-07.

[174] FWC00166704.

[175] FWC00166705.

[176] FWC00166705.

35

for the 2022 World Cup.[177]  The two winners—as well as the tallies for each round of
the 2018 and 2022 World Cup votes—were announced publicly that day.[178]

## IV.   COOPERATION

As noted above, the Chair of the Investigatory Chamber decided to expand
the inquiry to look at the bidding process—events and circumstances that
encompassed conduct by a wide range of individuals.  Given the scope of the issues
involved, and the need for detailed information about the process and specific
allegations, it was critical to the investigation to secure the cooperation of the
participants to the extent possible.  This section examines the cooperation
requirement and assesses the quality of the responses by certain key entities and
individuals involved.

### A.   Overview of the Cooperation Requirement

#### 1.   *Reform Process and the Stronger Code of Ethics*

In 2011, amid high-profile allegations of misconduct, increased public
scrutiny, and internal dissatisfaction with its governance structures, FIFA
subjected itself to a rigorous reform process.  FIFA asked Professor Mark Pieth of
the University of Basel to find and establish a group of "independent governance
experts and stakeholder representatives" to oversee the process.  The newly formed
oversight body was named the Independent Governance Committee, or IGC.[179]

The IGC examined ways FIFA could improve its governance structure to
support its goals of "transparency, accountability, professionalism, and
independence."[180]  One of the areas the IGC scrutinized was FIFA's handling of past
misconduct.  The procedures FIFA had been using, the IGC concluded, were
"insufficient to meet the challenges of a major global sport governing body."[181]  In
particular, the IGC noted the lack of a "proactive and systematic investigation of
allegations" into past misconduct.[182]  The revisions incorporated into the 2012 FCE
sought to remedy those issues.  A specific goal of the 2012 FCE was to
"strengthen[]" the Ethics Committee's "investigative role."[183]

Perhaps the most important step forward to emerge from the FIFA reform
process was the adoption, in July 2012, of a revised Code of Ethics.  Key to that new

---

[177] FWC00173354.

[178] FWC00173354.

[179] *See* FWC00185518.

[180] FWC00185516.

[181] FWC00185517.

[182] FWC00185517.

[183] FWC00185520.

36

and more robust code—and to strengthening the investigative role of the Ethics Committee—are the provisions requiring cooperation from all "football officials":

> At the request of the Ethics Committee, the persons bound by this Code are obliged to contribute to establishing the facts of the case and, especially, to provide written or oral information as witnesses. A failure to cooperate may lead to sanction in accordance with this Code.

> Witnesses are obliged to tell the absolute and whole truth and to answer the questions put to them to the best of their knowledge and judgement.

FCE Art. 42(1) and (2). These provisions provide the Ethics Committee with a tool to investigate and prosecute misconduct that was unavailable under the 2009 or any previous FCE editions.

What is now Article 18(2) was also strengthened considerably. The previous version, Article 14(2) of the 2009 FCE, stated that "[t]he persons implicated shall, upon request, report to the body responsible and, in particular, declare details of their income and provide the evidence requested for inspection." In contrast, Article 18(2) of the current FCE applies not merely to "the persons implicated," but to all "persons bound by this Code"; it requires not just "declar[ing] details of their income and provid[ing] the evidence requested for inspection," but also "clarifying the facts of the case or clarifying possible breaches"; and it refers not merely to some "body responsible" for making these requests, but rather identifies the "Ethics Committee" as the body whose requests trigger the provision's express requirements.

Football officials must also adhere to the "General Rules of Conduct" that inform all their actions, including their cooperation with the Ethics Committee. *See* FCE Art. 13. Those rules require officials to be "aware of the importance of their duties and concomitant obligations and responsibilities"; "to respect all applicable laws and regulations as well as FIFA's regulatory framework"; and to "show commitment to an ethical attitude" while behaving "in a dignified manner and act[ing] with complete credibility and integrity." FCE Art. 13(1), (2), and (3).

These standards and obligations are imposed on all officials so that FIFA can meet its "special responsibility to safeguard the integrity and reputation of football worldwide." FCE Preamble.

On May 25, 2012, the FIFA Congress in Budapest approved (by a majority of 96%) amendments to the FIFA Statutes, and mandated that the Executive

MEF000263

Committee hold an extraordinary meeting to adopt the proposed FCE.[184]  The Executive Committee did so on July 17, 2012.  *See* FCE Art. 88.

The prospect of sanctions is a powerful incentive to cooperate.  In the two years since the adoption of the 2012 FCE, it has been made clear that failure to do so will have consequences.[185]

2.  *Additional Cooperation Requirements Applicable to the Bidding Process*

In addition to imposing substantive ethical rules (for example, restrictions on collusion and the denigration of other bids) as noted above, the bidding contracts and agreements signed by each organization participating in the 2018 and 2022 World Cup bidding process required cooperation with the FIFA Ethics Committee. Every participant acknowledged the potential role of the FIFA Ethics Committee in a potential investigation of the process,[186] and also agreed:

> Upon request by the FIFA Ethics Committee, the Member Association undertakes and warrants, at its own cost, to fully cooperate with, and support any audit or inquiry conducted by, the FIFA Ethics Committee and to provide, in a timely manner, any information or document required to be disclosed.[187]

Further, "Annexe 7" to the Bid Registration, titled "Declaration of Compliance with the Rules of Conduct for the Member Association and the Bid Committee," provided that each signatory organization was "bound by, and shall comply with, the FIFA Code of Ethics in its applicable form" as well as the specific rules of conduct set out in the Annexe.  Those rules included the following:

> Upon request by the FIFA Ethics Committee or by FIFA, the [Member Association/Bid Committee] undertakes and warrants to, and ensures that its Representatives shall, at the [Member Association's/Bid Committee's] own cost, fully cooperate with, and support, any audit or inquiry conducted by, the FIFA Ethics

---

[184] *See* FWC00185310-11.

[185] *See, e.g.*, Decision of the FIFA Appeal Committee in the Case of Mr Vernon Manilal Fernando, Ref. No. 120611, ¶ 121 (noting, in its decision imposing a lifetime ban on former FIFA Executive Committee member Vernon Manilal Fernando, that "a person bound by the FCE may be sanctioned for breaches of a provision obliging him to cooperate in ethics proceedings and, in particular, that a witness can be sanctioned in any case for not telling the truth as he or she is clearly obliged to do").

[186] *See* FWC00003887 (Bid Registration, Section 11.6).

[187] FWC00003888 (Bid Registration, Section 11.6).

MEF000264

Committee and to provide, in a timely manner, any information or document required to be disclosed.[188]

All annexes survived the termination or expiration of the Bid Registration.[189]

By reviewing, signing, and returning the Bid Registration submitted to FIFA in March 2009, a signatory formally entered the bidding process and agreed to all "provisions, procedures, terms and requirements" the process entailed.[190]  By executing the Bid Registration in March 2009, the MAs agreed with the following:

> It is essential to the integrity, image and reputation of FIFA and the Competitions that the conduct of the Member Association and the Bid Committee during their Bid preparations complies with the highest standards of ethical behaviour.  The Member Association therefore expressly agrees to be bound by, and to comply with, the FIFA Code of Ethics in its applicable form and the provisions, procedures, terms, rules and requirements outlined in this Bid Registration.  The Member Association shall also be responsible for ensuring that the Bid Committee agrees to be bound by, and complies with, the FIFA Code of Ethics in its applicable form and the provisions, procedures, terms, rules and requirements outlined in this Bid Registration.[191]

These provisions were so central to the integrity of the bidding process that, as noted above, in March 2010, the Chair of the Ethics Committee, Claudio Sulser, issued a reminder about those rules in the form of bid circular addressed to "Member Associations of FIFA/Bid Committees who have expressed an interest regarding the hosting and staging of the 2018 and/or 2022 FIFA World Cup."[192]

This circular was issued via a letter signed by the FIFA Secretary General.[193]

Clearly, both as participants in a bidding process governed by agreements with unambiguous cooperation provisions and as football officials subject to the FCE, bid teams, related member associations, and representatives of both were required to assist this inquiry.

### 3.     Limitations on the Investigatory Chamber's Power to Compel

---

[188] FWC00003916.

[189] *See* FWC00003889 (Section 12.3.3).

[190] FWC00003861 (Section 1.4).

[191] FWC00003886 (Section 11.1).

[192] FWC00002532.

[193] *See* FWC00002533.

MEF000265

It must also be noted, however, that the Investigatory Chamber has no subpoena power. Third-party cooperation is always voluntary; the Investigatory Chamber requested such cooperation during this inquiry whenever deemed necessary. Moreover, even as to those bound by the FCE and other contractual agreements to cooperate, good faith in meeting those obligations is essential to the Ethics Committee's work.[194]

Given the critical importance of cooperation to the success of any investigation by the FIFA Ethics Committee, and the magnitude of the specific issues addressed in this inquiry, this section will assess the cooperation of those asked to collaborate in establishing the facts of the case.

## B.   Cooperation of Executive Committee Members

The Investigatory Chamber sought to interview all 24 Executive Committee members who were expected to vote in December 2010 (including the two who were suspended prior to the voting).

### 1.   Current Executive Committee Members

All Executive Committee members who voted for the 2018/22 venues and remain on the Executive Committee either interviewed with representatives of the Investigatory Chamber or submitted answers to written questions. Unfortunately, in two cases this was done only after the individuals initially refused to be interviewed, as the following subsections explain.

#### a.   *Ángel María Villar Llona*

On March 20, 2014, Mr. Villar Llona appeared for an interview that had been previously arranged through his assistant.[195] As conveyed to Mr. Villar Llona in the Investigatory Chamber's initial meeting request, the purpose of the interview was to establish facts pertaining to its investigation into the 2018 and 2022 World Cup bidding process.[196] Mr. Villar Llona was accompanied by counsel. A qualified Spanish interpreter was also present. Mr. Villar Llona, whose FIFA biography identifies him as a lawyer,[197] has an extensive background in football, including 17

---

[194] *See, e.g.*, Decision of the FIFA Appeal Committee in the Case of Mr Vernon Manilal Fernando, Ref. No. 120611, ¶ 115 ("[T]he FIFA Ethics Committee is not granted such wide power of investigation [such as search warrants] and is dependent on the cooperation and collaboration of the persons involved.")

[195] *See* FWC00185313.

[196] *See* FWC00185313.

[197] *See* FWC00185884.

40

years on the FIFA Executive Committee, where he serves as Chair of the Legal Committee.[198]

The Legal Committee's role is to "analyze basic legal issues relating to football and the evolution of the Statutes and regulations of FIFA, the Confederations and Members." FIFA Statutes Art. 55. Among other duties, it is specifically assigned "to monitor the evolution of FIFA Statutes and regulations and to propose suitable amendments to the FIFA Executive Committee." FIFA Organisation Regulations Art. 6.2.2(b). The latter responsibility includes proposals for amendments to the FIFA Code of Ethics, and in fact Mr. Villar Llona was the Chair of the Legal Committee when it advised the Executive Committee on the revisions that became the 2012 FCE.[199] The Chair of the Legal Committee is designated by the Executive Committee and serves a term of four years; there are no term limits. FIFA Statutes Art. 34(2) and (3).

Mr. Villar Llona apparently came to the meeting to make two demands: (1) to know who had initiated this investigation; and (2) to have the Chair of the Investigatory Chamber recuse himself from this inquiry. He was not willing to discuss the facts and circumstances of the case.

Mr. Villar Llona issued the first demand, regarding the source of the inquiry, e almost immediately, before the Investigatory Chamber asked a single question:

> But you will have to understand the following: I want to know, as a witness, who started this investigation. Was it you, Mr. Garcia? Was it FIFA? Was it the President? General Secretary? Executive Committee? Congress? The media? I have the right and before I answer anything, I need to know where this hails from. So this is what I want to know.[200]

The Chair attempted to explain to Mr. Villar Llona that a media outlet had contacted FIFA with a specific allegation and that allegation had been referred to the Investigatory Chamber pursuant to the FCE.[201] Mr. Villar Llona was not satisfied: "I want to know who gave order to whoever staff member handed you the documents. I need to know who's behind all this."[202] Later, he stated: "I want to know who handed you the file. If any staff member handing you the file will not act

---

[198] *See* FWC00181895.

[199] *See* FWC00114233.

[200] FWC00181896.

[201] *See* FWC00181897-99; *see also* Part I(A).

[202] FWC00181903.

MEF000267

on his own behalf."[203]  He also stated:  "So I will leave this meeting and this interview without knowing who asked me?  Well, you really have balls."[204]

Eventually, Mr. Villar Llona turned to his second demand—one he claimed to issue in his role as Chair of the Legal Committee—namely, that the the Investigatory Chamber Chair, a United States national, be removed from this investigation because the United States bid to host the 2022 World Cup.[205]

Mr. Villar Llona stated:

> [Y]ou cannot investigate this case.  And for your own good, I'm telling you right here.  So in this case, I'm asking you and I'm saying this right here that you designate someone else for this investigation, because I will recuse you otherwise. . . .  So, if it moves, if it keeps on moving on, I will have to talk to other people.  But I will recuse you because your country is involved, the interests of your country.[206]

The Chair of the Investigatory Chamber reminded Mr. Villar Llona that, as announced publicly in October 2013, he had already recused himself from all issues involving the United States bid team and the Russian bid team in order to avoid any appearance of conflict.[207]  Mr. Villar Llona nevertheless insisted, "If you don't resign, I will have to recuse you, and I wouldn't like to do that."[208]  Several times, Mr. Villar Llona made statements to the effect that the Chair of the Investigatory Chamber should accede to this demand because it was in his "best interests as well, personally"[209] and for his "own good."[210]  Mr. Villar Llona then said he was terminating the interview and would "cooperate" in the future if his recusal effort failed.[211]

Mr. Villar Llona's conduct was striking on a number of fronts.

First, while the quoted language above somewhat reflects the inappropriate tone of his remarks, only by listening to the audio record of the interview can the truly disturbing nature of Mr. Villar Llona's conduct be fully appreciated.  At one

---

[203] FWC00181908.

[204] FWC00181908.

[205] *See* FWC00181910.

[206] FWC00181910.

[207] *See* FWC00181912; FWC00185594.

[208] FWC00181917.

[209] FWC00181909.

[210] FWC00181917.

[211] FWC00181917.

42

point, the Chair of the Investigatory Chamber had to urge Mr. Villar Llona to "Please calm down. Please."[212]

Second, Mr. Villar Llona's demand to know the identity of the person who had given the file to the Ethics Committee was improper. The demand was made not in response to a specific allegation made against Mr. Villar Llona, but rather in response to the mere existence of the Investigatory Chamber's inquiry into the bidding process. It was also made without regard to whether anonymity protections the FCE affords sources of information in certain circumstances, see FCE Arts. 47 and 48, were applicable. As the Chair of the FIFA Legal Committee during the reform process that led to the 2012 FCE, and as a member of the FIFA Executive Committee that voted to adopt that Code, Mr. Villar Llona was well aware that the Investigatory Chamber has full authority to open cases "on its own initiative and ex officio at its full and independent discretion." FCE Art. 28(1).

Lastly, Mr. Villar Llona's demand that the Chair of the Investigatory Chamber recuse himself—made not pursuant to the procedures the FCE sets forth for filing such objections, but rather in the manner described above during what had been agreed would be an interview to help establish the facts of the case—was inappropriate. Again, Mr. Villar Llona was well aware of the Code of Ethics provision governing recusal:

"An objection against a member of the Ethics Committee believed to be biased must be submitted within five days following the identification of the grounds for non-participation, failing which, such objection shall be deemed waived." FCE Art. 35(4). Mr. Villar Llona made no objection when, in November 2012, FIFA referred the accusations surrounding the Legends Dinner to the Chair of the Investigatory Chamber.[213] Nor did Mr. Villar Llona raise any objection in October 2013 when the Chair publicly announced his recusal from any role in issues involving the bid teams from the United States and Russia.[214]

Moreover, despite his insistence to the contrary, the Chair of the FIFA Legal Committee does not have unilateral authority to recuse the independent Chair of the FIFA Ethics Committee's Investigatory Chamber from any inquiry. See FCE Art. 35(5); FIFA Statutes Art. 55; FIFA Organisation Regulations Art. 6.2.2.

Several days later, on March 24, 2014, Mr. Villar Llona sent the Chair of the Investigatory Chamber a letter, written in a noticeably more conciliatory tone, reiterating his request for information about the initiation of the inquiry and seeking the Chair's recusal.[215] The letter recast Mr. Villar Llona's statements

---

[212] FWC00181907. The audio recording is specifically made part of the record here.

[213] See Part I(A); FWC00173987-90.

[214] See FWC00185594.

[215] See FWC00185318-19.

MEF000269

during the interview as a "humble" petition to clarify issues, rather than a confrontational attempt to interfere with the process.[216]  Specifically, Mr. Villar Llona again raised the issue of the Chair's nationality, and what he now described as the Chair's "special situation with the Russian foreign authorities" as the basis for the recusal request.[217]  He gave every assurance of being eager to cooperate should his "specific request" be denied.[218]  Mr. Villar Llona also asserted that it had been made clear to him that that the Chair was "personally leading this investigation,"[219] ignoring the explicit representation made to him at his interview that both the Investigatory Chamber's Chair and the Deputy Chair (a Swiss national who was also present throughout Mr. Villar Llona's interview) would be leading the inquiry.[220]  While it cited a number of citations to FCE provisions, the letter from the "Chair of the Legal Committee" contained no discussion of the proper procedure for making a legitimate challenge to the impartiality of a member of the chamber.

Mr. Villar Llona also sought to recast the discussion related to his inappropriate demands regarding the origin of the inquiry, stating, "I was expressly told that I cannot be informed of whether this investigation has been initiated at the discretion of the Investigatory Chamber or as a consequence of a complaint from a third party, nor of the facts that support it."[221]  This was not accurate.  As described above, the interviewers attempted to explain the origin of the inquiry by essentially providing the facts described in Part I(A) above.[222]

On April 14, 2014, the Investigatory Chamber sent written questions to Mr. Villar Llona, noting that this step was necessary because although "we previously arranged for you to provide information to us orally in response to questions posed during an interview, when we met with you in person in Zurich as scheduled on 20 March 2014, you were unwilling to answer our questions at that time."[223]

Two weeks later, Mr. Villar Llona submitted his answers in writing with a cover letter that stated:

> I am pleased to attach responses to the questions that were put to me on April 14, 2014 within the context of the FIFA Ethics Committee investigation into the World Cup candidature process,

---

[216] *See* FWC00185319.

[217] FWC00185318-19.

[218] FWC00185319.

[219] FWC00185318.

[220] *See, e.g.*, FWC00181899.

[221] FWC00185319.

[222] *See, e.g.*, FWC00181897-99.

[223] FWC00185320; FWC00173335.

44

and I am entirely at your disposal in the event that you require any comment on, or clarification of, the same. *As ever, I send my kind regards*, and reiterate my total and absolute commitment to collaborate with the FIFA Ethics Committee.[224]

Whether Mr. Villar Llona's conduct in Zurich was intended to intimidate the interviewers and to frustrate this inquiry must be further considered. His questions about "who" initiated the case suggest an improper motive to identify the source of any complaint. His comments regarding his intention to "recuse" the independent Chair of the Investigatory Chamber were inappropriate, especially in light of his role as FIFA Vice President and Chair of the FIFA Legal Committee. Moreover, his tone and manner were deeply disturbing, as the audio recording of the interview—which is in the record and which the Investigatory Chamber strongly recommends that the Adjudicatory Chamber review—makes evident.

In sum, these facts establish a prima facie case that Mr. Villar Llona violated FCE Article 13(1)-(3) ("General rules of conduct"), which states that persons bound by the FCE "are expected to be aware of the importance of their duties and concomitant obligations and responsibilities," "are obliged to respect all applicable laws and regulations as well as FIFA's regulatory framework," "shall show commitment to an ethical attitude," and "shall behave in a dignified manner and act with complete credibility and integrity"; Article 18(2) ("Duty of disclosure, cooperation and reporting"); and Article 42 ("General obligation to collaborate").

Accordingly, formal investigatory proceedings will be opened against Mr. Villar Llona and the Investigatory Chamber will follow up appropriately. *See* FCE Art. 28(3) and (4). Mr. Villar Llona's subsequent written responses to questions from the Investigatory Chamber will be considered in that inquiry as a potential mitigating factor. *See* FCE Art. 28(4).

### b.   *Julio Grondona*[225]

On March 17, 2014, by prior arrangement with his Mr. Grondona's assistant,[226] the Investigatory Chamber attempted to interview Mr. Grondona at FIFA Headquarters in Zurich. As conveyed to Mr. Grondona in the Investigatory

---

[224] FWC00185545 (emphasis added).

[225] Julio Grondona died on July 30, 2014. The Investigatory Chamber considered whether his death warranted the revision or removal of sections in this report that address issues related to his conduct. Given Mr. Grondona's status as the Senior Vice President of FIFA, the need to thoroughly address certain issues regarding FIFA Executive Committee members, and the importance of explaining the bases of this Report's findings and recommendations, the Investigatory Chamber determined that full discussion of Mr. Grondona's conduct both during the bidding process and in response to this investigation is appropriate. This decision was in no way intended to be disrespectful toward Mr. Grondona's memory.

[226] *See* FWC00185314.

45

Chamber's initial meeting request, the purpose of the interview was to establish facts pertaining to its investigation into the 2018 and 2022 World Cup bidding process.[227] Mr. Grondona was accompanied by his assistant, who was allowed to remain for the duration of the interview. AA qualified Spanish interpreter was also present.

At the time of the interview, Mr. Grondona was the Senior Vice President of FIFA and Chair of the Finance Committee and he had been a member of the Executive Committee for more than a quarter-century.

The "interview" began with Mr. Grondona challenging the "grounds" upon which the investigation was based: "[I]f you weren't accepting what the media are saying then we wouldn't be sitting here today, would we?"[228] Despite being reassured numerous times that no allegation, whatever the source, had been accepted as true and that this interview, as with all interviews, was aimed at establishing what had as well as what had not taken place,[229] Mr. Grondona returned to this theme numerous times.[230]

From the outset, Mr. Grondona displayed a marked unwillingness to answer questions or even to acknowledge the right of the independent Chair and Deputy

---

[227] *See* FWC00185314.

[228] FWC00181364.

[229] *See, e.g.*, FWC00181364 ("**Michael Garcia**: . . . [W]e do not accept what the media says as true."); FWC00181364 ("**Michael Garcia**: I listen to all allegations and my job is to look at what the facts are, not to accept the allegations as true."); FWC00181387-88 ("**Michael Garcia**: . . . [W]hat I'm investigating is simply to try to look at the process and where things aren't true to be able to report that this didn't happen and where they are true to report that this is what happened. And so where people make or have these beliefs that this process they've gone through wasn't fair, if they believe that, this is your opportunity to help educate me to tell me you view and what happened and that's helpful for me. I sense that you feel, and I hope you do not, that this is an accusation or in some way disrespectful and I assure you it's not. All this is is a review to try to see what happened and to answer some of the questions that have been raised by the media or by bid teams or by whomever. The answer may be, 'That didn't happen. That's not true.' But I very much would like your help, your assistance in helping me to find out what the facts are, and that that's all this is about.").

[230] *See, e.g.*, FWC00181389 ("**Julio Grondona**: . . . [Y]ou should have actually first taken a closer look at those who have made those claims who have been denouncing that something is wrong with this process. You should check their background rather than ours."); FWC00181390 ("**Julio Grondona**: So actually you should start investigations that are necessary or base your action on real requirements without considering any innuendo or any kind of supposed acts nor should you take into account any comments that are also the product or that lead to scandals and the public that are really instigated by those who wish to benefits from these scandals on various terms, for example, in sporting matters, in political or even indeed when it comes to commercial interests that might be involved and that are in stark contrast actually indeed contradict the very spirit of the family of football and FIFA."); FWC00181392 ("**Julio Grondona**: I cannot help you in this way because you are acting upon news·· . . . [a]ssumptions.").

46

Chair of the Investigatory Chamber to pose them.  Mr. Grondona clearly stated his understanding of his own situation and role as follows:

> Julio Grondona:  Well it's probably one of the few cases where the boss is being investigated by the employee.
>
> Michael Garcia:  Of course I'm not an employee of FIFA.
>
> Julio Grondona:  No?
>
> Michael Garcia:  No.
>
> Julio Grondona:  I had a word with Mr. Blatter on that.  Because that's what he explained to me.
>
> Michael Garcia:  I'm an independent Chair as is Mr. Borbely of the Ethics Committee.  Similar to Mr. Scala's role with the Audit Committee.  Okay?
>
> Julio Grondona:  I don't understand it but I'll go ahead with it anyway.[231]

As the interview progressed, however, Mr. Grondona continued to challenge the basis for the inquiry and the role of the interviewers:

> Julio Grondona:  You have your job but that is not my job.
>
> Michael Garcia:  And what I am asking you is, are you willing to assist me in doing my job?
>
> Julio Grondona:  Not like this.[232]

The interviewers offered to take a short break, to which Mr. Grondona responded, "No, I'm leaving."[233]  A break was eventually agreed to, but when Mr. Grondona returned, his tone was unchanged.  He again challenged the authority of the Ethics Committee to conduct this inquiry:

> Julio Grondona:  Am I under your jurisdiction?
>
> Michael Garcia:  Yes.

---

[231] FWC00181364-65.

[232] FWC00181392.

[233] FWC00181395.

47

Julio Grondona:  Well then we'll see how far this goes.[234]

The FIFA Senior Vice President, unhappy to be informed that he was indeed subject to the jurisdiction of the Ethics Committee, was implying that he would see to it that the case was closed.

With Mr. Grondona having made clear at this point that any further attempt to elicit relevant information would be futile, the Chair of the Investigatory Chamber told Mr. Grondona the following:

> [W]hat I think, since this meeting, I do not think is very productive. And I do not think asking you these questions in this venue is going to be productive.  I will send you written follow-up questions.  You can choose to answer them or not.  I will give you a reasonable time to answer them and you'll have to make your own decision.  I thank you for your time today.  And I hope that nothing I have asked you is in any way suggested that I believe any allegation that's been made in this case.  The only interest I have here is determining the facts and circumstances.[235]

Shortly thereafter, the interview was terminated.

On April 28, 2014, Mr. Grondona submitted written responses to questions sent to him by the Investigatory Chamber.[236]

It is striking that Mr. Grondona, during his in-person interview, challenged the jurisdiction of the Investigatory Chamber to question him.[237]  The jurisdiction of the Ethics Committtee and the independent status of its chambers' Chairs and Deputy Chairs are spelled out in the 2012 FCE that Mr. Grondona and the rest of the Executive Committee voted to adopt in July 2012.  *See* FCE Art. 88 ("The Executive Committee adopted this Code on 17 July 2012.").  The suggestion that Mr. Grondona, as an Executive Committee member, was beyond the scope of the Ethics Committee's jurisdiction is further undermined by the fact that in the period between the adoption of the 2012 FCE and Mr. Grondona's March 2014 interview in Zurich, two Executive Committee members had been banned for life from any football-related activity as a result of Ethics Committee investigations.

        *c.*     *Conclusion*

---

[234] FWC00181398.

[235] FWC00181398-99.

[236] *See* FWC00185375-94; FWC00185355-74.

[237] *See, e.g.,* FWC00181364, FWC00181398.

48

The conduct of Messrs. Villar Llona and Grondona, two of FIFA's most powerful officials, is addressed in further detail in this Report's recommendation that all Executive Committee officials, including the President, Vice President, and other members, be subject to term limits.[238]

## 2.    Former Executive Committee Members

Eleven officials who served on the FIFA Executive Committee during the bidding process no longer hold seats on that committee, although several are still considered football officials pursuant to the FCE. Of those 11, five agreed to be interviewed or to provide written answers to questions: Amos Adamu, Chung Mong-Joon, Junji Ogura, Reynald Temarii, and Geoff Thompson.

Three either declined or did not respond to the request: Nicolás Leoz,[239] Chuck Blazer,[240] and Mohamed Bin Hammam.[241]

The Investigatory Chamber was unable to confirm any contact with Ricardo Teixeira, Jack Warner, or their representatives.

### a.    Franz Beckenbauer

While Mr. Beckenbauer's membership on the FIFA Executive Committee ended on July 1, 2011, he has remained active in football. Among other roles, he currently serves as Special Advisor to the FIFA Football Committee.[242]

By letter dated March 6, 2014, the Investigatory Chamber requested Mr. Beckenbauer's cooperation in establishing the facts relevant to this inquiry.[243] Specifically, the Investigatory Chamber's communication, written in English, asked Mr. Beckenbauer to provide dates when he would be available to meet for a witness interview; cited FCE provisions that require him, as a football official, to cooperate with the inquiry; advised him that because this investigation was confidential, he should refrain from discussing the notice "with anyone other than your attorney,

---

[238] *See* Part XVI(A).

[239] Although Mr. Leoz indicated on April 2, 2014, that he would respond to written questions from the Investigatory Chamber, *see* FWC00185980, he did not respond to the questions that were then prepared and sent to him on April 16, *see* FWC00185981-87.

[240] Mr. Blazer declined due to medical issues described in a signed note from his doctor. *See* FWC00185978.

[241] The Investigatory Chamber sent Mr. Bin Hammam and his attorney a meeting request *see* FWC00185979, but received no response.

[242] *See* FWC00185150; *see also* FCE Art. 2 ("This Code shall apply to all officials and players as well as match and players' agents who are bound by this Code on the day the infringement is committed.").

[243] *See* FWC00185155.

should you choose to retain one"; and instructed him to send the requested dates he would be available for an interview "by no later than March 12, 2014."[244]

Mr. Beckenbauer did not respond until March 24, 2014, when, citing his schedule, he wrote a letter asking that, in lieu of the requested meeting, the Investigatory Chamber submit "questions in writing."[245] Nowhere did Mr. Beckenbauer's letter—which was written in English—request that the questions be sent in German.[246]

Accordingly, on April 8, 2014, the Investigatory Chamber sent Mr. Beckenbauer a letter that attached 21 written questions.[247] The letter noted Mr. Beckenbauer's obligation to cooperate with this investigation, again citing relevant FCE provisions; explained that the attached questions "seek responses that represent the absolute and whole truth to the best of your knowledge and judgment"; requested that Mr. Beckenbauer submit his written responses "by no later than Friday, 5 May 2014;" and reminded Mr. Beckenbauer that because "this investigation is confidential," he should "refrain from discussing our communications and requests to you with anyone other than your attorney, should you choose to retain one."[248] Apart from an April 14, 2014 email, confirming that the April 8 correspondence had been received and forwarded to Mr. Beckenbauer,[249] the Investigatory Chamber received no response or other communication from Mr. Beckenbauer prior to the May 5 deadline.

On May 9, 2014, the Investigatory Chamber sent Mr. Beckenbauer a follow-up letter noting that the May 5 deadline had passed; referring again to the Investigatory Chamber's contact information, which Mr. Beckenbauer could use to raise "any questions or other issues related to our requests that you wish to discuss;" warning that the Investigatory Chamber intended "to close this investigation in the relatively near future" and "if we have not received your responses by that time, we will unfortunately have no choice but to conclude that you have failed to cooperate in establishing the facts of the case;" and again citing the FCE provisions concerning the obligation to cooperate and the consequences of failing to do so.[250]

The communication received in response came not from Mr. Beckenbauer, but rather from Fedor Radmann, who at the time was himself a witness whose

---

[244] FWC00185155 (emphasis in original).

[245] FWC00185156.

[246] *See* FWC00185156.

[247] *See* FWC00185157-64.

[248] FWC00185157-58 (emphasis in original).

[249] FWC00185165.

[250] FWC00185167.

MEF000276

cooperation with the World Cup investigation the Investigatory Chamber had been seeking in vain.[251]  Mr. Radmann contacted the Secretariat of the Investigatory Chamber by phone on May 13, 2014 and stated that Mr. Beckenbauer wished to have the written questions translated from English to German; that Mr. Beckenbauer wished to have Mr. Radmann's assistance in answering the questions; that any future correspondence to Mr. Beckenbauer should be addressed to Mr. Radmann; that Messrs. Beckenbauer and Radmann would respond jointly to any such requests to the best of their ability and recollection; and that Mr. Beckenbauer resented the tone of previous correspondence to him, particularly its imposition of deadlines.[252]

In response, on May 16, 2014, the Investigatory Chamber sent Mr. Beckenbauer a letter summarizing Mr. Radmann's comments to the Secretariat as well as the history of requests for Mr. Beckenbauer's cooperation.[253]  The letter cited the prior repeated requests that Mr. Beckenbauer refrain from discussing the Investigatory Chamber's communications in connection with this confidential investigation with anyone other than his attorney, should he choose to retain one.[254] In light of the points raised by Mr. Radmann on Mr. Beckenbauer's behalf, the May 16 letter appended a German translation of both the letter and the written questions initially sent to Mr. Beckenbauer on April 8; reiterated that Mr. Beckenbauer's answers must be prepared without the assistance of or disclosure of the questions to anyone other than his attorney, should he choose to retain one; explained that, pursuant to FCE Article 42(2), the requests sought the absolute and whole truth to the best of Mr. Beckenbauer's knowledge and judgment; asked Mr. Beckenbauer, "as someone with stature and renown in the sport, to set an example of cooperation in this matter so important to the future of football"; and warned that "we intend to close this investigation soon, and that absent full compliance with our requests, we would unfortunately have no choice but to conclude that you have failed to cooperate in establishing the facts of the case."[255]

Mr. Beckenbauer did not respond.  Accordingly, on June 3, 2014, the Investigatory Chamber provided Mr. Beckenbauer with a final warning in the form of a letter that contained the subject heading: "**Re: FIFA World Cup Bidding Process: Final Warning for Failure to Cooperate.**"[256]  The letter noted that, despite repeated requests for his assistance, Mr. Beckenbauer had yet to provide the information requested in connection with the Investigatory Chamber's inquiry into

---

[251] *See* Part IV(B), V(B).

[252] *See* FWC00185168.

[253] *See* FWC00185168.

[254] *See* FWC00185168-69.

[255] FWC00185168-93.

[256] FWC00185194 (emphasis in original).

51

the 2018 and 2022 FIFA World Cup bidding process.[257]  The letter also informed Mr. Beckenbauer that "[w]e intend to complete the information-gathering phase of our investigation on June 9, 2014," and unless he provided the requested information "before that date, we will conclude that you failed to collaborate in establishing the facts of the case."[258]

Once again, Mr. Beckenbauer failed to respond, let alone to provide the requested information.  Moreover, according to a news report dated June 7, 2014, Mr. Beckenbauer proclaimed publicly that the Investigatory Chamber had submitted questions to him and that he had no intention of cooperating with the inquiry.[259]

In light of the conduct described above, on June 10, 2014, formal investigation proceeding were initiated against Mr. Beckenbauer.  As explained to Mr. Beckenbauer in the notice of proceedings, the investigation relates to possible violations by Mr. Beckenbauer of FCE Articles 13, 18, and 42.[260]

On June 13, 2014, at the request of the Investigatory Chamber, the Adjudicatory Chamber imposed a 90-day provisional ban on Mr. Beckenbauer.[261] Five days later, Mr. Beckenbauer submitted written answers to the questions sent to him by the Investigatory Chamber.[262]  That same day, Mr. Beckenbauer petitioned the Adjudicatory Chamber to lift the provisional ban, noting a need to address the matter with "high urgency."[263]

The Investigatory Chamber opposed the request in a written submission to the Adjudicatory Chamber filed that same day, June 18, 2014.[264]  Among the reasons urged for denying the request, the Investigatory Chamber cited public statements Mr. Beckenbauer had reportedly made to the media since the ban was imposed, including the following:

- Mr. Beckenbauer reportedly said he declined to respond to the Investigatory Chamber's questions because those questions were provided only "in legal English," and the Investigatory Chamber had refused his request to receive the questions in German.[265]  As discussed above,

---

[257] *See* FWC00185194.

[258] FWC00185194.

[259] *See* FWC00185195-96.

[260] FWC00185138.

[261] *See* FWC00185439-41.

[262] *See* FWC00185663; FWC00185664-70; FWC00174034-40. The substance of those answers will be considered elsewhere in this report.  *See* Part V(B).

[263] FWC00185140.

[264] *See* FWC00185140-48.

[265] FWC00185144; FWC00185621.

MEF000278

however, Mr. Beckenbauer's request for written questions—which he made in a letter written in English, a language his biography on the FIFA website as of 2011 listed as one he spoke[266]—did not ask for questions in German.  When Fedor Radmann requested on Mr. Beckenbauer's behalf on May 13 (well after the deadline to respond to the questions sent on April 8) that the questions be provided in German, the Investigatory Chamber granted that request and sent the questions and the entire text of the April 8 letter to Mr. Beckenbauer in German by May 16.

- Mr. Beckenbauer reportedly said that the Investigatory Chamber sent him "around 130 questions."[267]  However, as set forth above, the May 16 letter to Mr. Beckenbauer attached questions in German numbered 1 through 21. While some of those questions had subparts, the total number of questions amounted to a fraction of the "130" that Mr. Beckenbauer claimed to have received.

- Mr. Beckenbauer reportedly said that among the "130 questions" the Investigatory Chamber sent were questions "such as how old was [your] grandmother when she died."[268]  Again, this is incorrect—not only literally, but also in its suggestion that the questions sought irrelevant and/or unreasonably detailed information.  The questions posed to Mr. Beckenbauer sought information directly related to the World Cup bidding process, and Mr. Beckenbauer was specifically instructed that far from needing to research details of events that occurred long ago, he needed merely to answer the questions truthfully to the best of his knowledge and judgment pursuant to FCE Article 42(2).  Mr. Beckenbauer's submission of written answers several days after the 90-day provisional ban was imposed belies any implication that the Investigatory Chamber's requests were onerous.

- Mr. Beckenbauer reportedly said that he "assumed that I didn't have to answer the questions because I no longer have any official capacity at FIFA."[269]  However, Mr. Beckenbauer served throughout the relevant period as Special Advisor to the FIFA Football Committee, and that title was listed under Mr. Beckenbauer's name on all of the letters he received from the Investigatory Chamber.  Moreover, the Investigatory Chamber informed Mr. Beckenbauer repeatedly that the FCE required his cooperation.

---

[266] *See* FWC00180507-08.

[267] FWC00185144; FWC00185621.

[268] FWC00185145; FWC00185621.

[268] FWC00185145; FWC00185624.

MEF000279

- Mr. Beckenbauer reportedly said that "[i]n dealings with the ethics committee's investigators, it was never about whether he would answer the questions, but solely about how" he would provide those answers.[270] That is false. The only "dealings with the ethics committee's investigators" Mr. Beckenbauer had consisted of (i) Mr. Beckenbauer's request, written in English, that questions be provided in writing, which they promptly were; and (ii) Mr. Radmann's request on Mr. Beckenbauer's behalf that the written questions be translated into German, which they promptly were. There were no further "dealings with the ethics committee's investigators" addressing "how" Mr. Beckenbauer should answer the questions.

On June 27, 2014, the Adjudicatory Chamber lifted the 90-day ban, and a statement was issued that sanctions could be re-imposed if there was "a repetition or continuation of the conduct that led to the imposition of the provisional measure."[271]  Mr. Beckenbauer's manager, Marcus Hoefl, issued a statement via Twitter that the management team continued to believe the ban was not justified because Mr. Beckenbauer had no obligation to testify to FIFA, but acknowledged that in hindsight, it would have been better to answer the questions earlier.[272]

According to a statement by Mr. Beckenbauer released at that time, he "underestimated the matter," attributing that to the fact that "such voluminous administrative things"—in this instance responding to a FIFA Ethics Committee request that he cooperate with an investigation into corruption in the World Cup bidding process—are usually dealt with by his management team, but in this case he was unable to involve that "team" fully.[273]

The case against Mr. Beckenbauer for the conduct described above is ongoing and will be expanded to include the other substantive issues described later in this Report.[274]

## C.    Bid Teams

All nine bid teams responded to the Investigatory Chamber's request for documents.  The specifics of the degree and scope of each team's cooperation will be discussed below in the relevant sections on that team's activities in the bidding process.  The disappointing lack of candor by one bid team, however, merits discussion here.

---

[270] FWC00185145; FWC00185628.

[271] FWC00185456.

[272] See FWC00185453-55; FWC00185542.

[273] FWC00185454.

[274] See Part V(B).

MEF000280

1.    *Spain/Portugal 2018*

On March 6, 2014, the Investigatory Chamber wrote to Mr. Jorge Perez Arias, the General Secretary of Real Federación Española de Fútbol ("RFEF"), to request certain email communications related to the activities of the Spain/Portugal bid team.[275]  The Investigatory Chamber requested a response by April 2, but after a request for an extension and a telephone conference with the RFEF Legal Director, a rolling schedule for production of documents was agreed upon.

On April 15, RFEF responded to a specific request regarding communications with a Jaime Fluxa by representing:

> [T]here is no record in the [RFEF], unless there is an error or omission, of any kind of communication sent to or received from Jaime Fluxa (or any intermediary or third party related to Jaime Fluxa) during the period January 1, 2009 to March 31, 2011 in any email account belonging to the Spain/Portugal Bid Committee or any other email account that is owned by us or under our control.[276]

The response also included two pages of general information related to certain "friendly" matches that had been requested, namely, the date of certain matches and the opponent.[277]

Two weeks later, the Legal Director, who had been present at Mr. Villar Llona's "interview" in Zurich in March, represented to the Investigatory Chamber that "with regard to the investigation, I find myself needing to ask for a few more days to send the documentation" in order to "properly prepare the documents."[278] The Legal Director offered to "tell . . . a little about the reasons for this new request" when he was at the Home of FIFA in Zurich the following day.[279]  That meeting did not take place.[280]  At the same time, the Legal Director was arranging to forward Mr. Villar Llona's written responses described above.

Despite the indications that efforts were ongoing to review data and assemble a comprehensive response, on May 12, 2014—more than two months after the initial request for documents—Mr. Perez Arias wrote informing the Investigatory Chamber the following:

---

[275] *See* FWC00185315-17.

[276] FWC00185341; FWC00185346.

[277] FWC00185343-44; FWC00185348-49.

[278] FWC00185351; FWC00185353.

[279] FWC00185351; FWC00185353.

[280] FWC00185677-78.

MEF000281

[W]e inform you that, except for error or omission,[281] the information services section of the [RFEF] informs us that the emails have not been kept in the general servers of the [RFEF] due to the fact that 3, 4, and up to 5 years have passed since the period of time in question.  As such, unfortunately it is not possible to review them.[282]

No further information about the data issue was provided.  The RFEF did represent that all gifts it had given to FIFA Executive Committee members were in accordance with ethics rules, and it attached a list of examples of gifts it stated had been provided, including "ham and cheese" and "basket with typical Christmas products: Spanish wine, nougat, sweets, etc."[283]  Mr. Arias also answered a question related to meetings with the Qatar bid team, stating that no such meetings had occurred.[284]

On May 20, 2014, the Investigatory Chamber responded that neither Mr. Perez Arias nor the Legal Director had previously expressed doubt about their ability to collect the requested materials.[285]  "To the contrary," the Investigatory Chamber wrote, "your April 15 letter implied that email accounts from that period had already been accessed and searched for communications with Mr. Fluxa."[286]  In light of the apparent contradiction, the Investigatory Chamber requested detailed information about the servers involved, and about the storage and removal of data.[287]  The letter also requested records of communications indicating efforts to access the data and efforts to search non-official email accounts.[288]  On May 21, Mr. Arias acknowledged receipt of the letter and added, "I notify you of the [RFEF]'s intention to comply with the requests made, and that it will act with total and absolute cooperation with the FIFA Ethics Committee."[289]

On May 29, 2014, Mr. Perez Arias responded first by expressing "regret" for the "disappointment" the prior response "surely caused."[290]  After noting that the RFEF always intended to "demonstrate[] the greatest possible goodwill and spirit of collaboration with respect to meeting your needs," Mr. Perez Arias stated that, as to

---

[281] Neither the April 15 nor the May 12 letter from RFEF defined or explained the term "except for error or omission."

[282] FWC00185396; FWC00185401.

[283] FWC00185397; FWC00185402.

[284] *See* FWC00185398; FWC00185403.

[285] *See* FWC00185405.

[286] FWC00185405.

[287] *See* FWC00185405-06.

[288] *See* FWC00185406.

[289] FWC00185409; FWC00185408.

[290] FWC00185424; FWC00185410.

56

the lost data, "there [was] no requirement or legal obligation incumbent upon the [RFEF], nor instructions laid down by the FIFA, which would have established the obligation of these documents being kept for use in a future investigation."[291]  Mr. Perez Arias further stated on behalf of the RFEF that the "administration of the service of the email host" was dependent on "one single service and host located in the actual offices" of the RFEF and that "all administration of service and of the e-mail host was therefore" dependent "upon the IT department of the [RFEF]."[292]  Accordingly, the May 29 response stated, "the service and the host are located at the Data Processing Centre of the offices of the [RFEF]."[293]  In a confused narrative, the RFEF went on to suggest that despite its earlier representation that data from the bidding process had been expunged, some data remained and that data had been searched for relevant communications.[294]  A production was attached that purportedly represented the only such communications in the possession of the RFEF sent or received from the RFEF or Spanish bid domains to any member of the FIFA Executive Committee (including the FIFA President or Secretary General) or Qatar's bid team during the relevant period.[295]

Remarkably, the only emails RFEF was able to locate were a dozen or so communications from September and October 2010 that concerned United States citizen and FIFA Executive Committee member Chuck Blazer's planned visit to Spain.[296]  These were reviewed by Deputy Chair Borbély.

The representation that these were the only communicatinos RFEF could find from an eighteen-month period lacks credibility.  In addition to contradicting earlier representations made by the RFEF regarding its efforts to produce documents, the fact that the few documents RFEF did send consisted solely of communications to and from the American Executive Committee member Chuck Blazer bear an unfortunate echo of Mr. Villar Llona's conduct in seeking to have the Chair of the Investigatory Chamber recused.[297]

Given the apparent conflict between the initial response of the RFEF that indicated a review and production was ongoing and the later assertion that the data was no longer available—or was available in a very limited way— further investigation is warranted.  The Investigatory Chamber will open investigation proceedings as to whether individuals at the RFEF failed to meet their obligations to cooperate with the FIFA Ethics Committee as required under the FCE and the

---

[291] FWC00185424-25; FWC00185410.

[292] FWC00185425; FWC00185411.

[293] FWC00185426; FWC00185411.

[294] See FWC00185426; FWC00185411.

[295] See FWC00185426-27; FWC00185411-12.

[296] FWC00185428-38; FWC00185413-23.

[297] See Part IV(B)(1).

57

bid registration contract. *See* FCE Arts. 18, 42, 66, and 63. These allegations may be combined with the investigation into Mr. Villar Llona's conduct.[298] Recommendations for future rules concerning data preservation and for potential restrictions on future bids by the RFEF/Spain to host the World Cup are discussed later in this Report.[299]

### D.    FIFA

The Investigatory Committee made numerous formal requests for evidence and witness interviews to FIFA. Materials sought included, among many items, Executive Committee meeting minutes, prior Ethics Committee files, internal reports, and email communications among FIFA officials including President Blatter and Secretary General Valcke. FIFA complied with all such requests. Moreover, the Investigatory Chamber conducted a number of interviews with FIFA personnel ranging from President Blatter to staff attorneys and other employees.

## V.   AUSTRALIA 2022

Australia 2022 provided full and valuable cooperation in establishing the facts and circumstances of this case. Witnesses were made available for interviews, documents were produced, and follow-up requests were accommodated. To the extent this Report identifies conduct by Australia 2022 that may not have met the standards set out in the FCE or the bid rules, culpability is mitigated by the fact that these issues were uncovered largely as a result of its cooperation.

### A.    "Australia Whistleblower"

In May 2013, a source suggested that the Investigatory Chamber contact "Australia Whistleblower" ("AW"), a former member of the Australia 2022 bid team. From the beginning of the bidding process until her termination in January 2010,[300] AW was Australia 2022's Head of Corporate and Public Affairs.[301] AW noted during her initial communications with the Investigatory Chamber that providing information to the Ethics Committee might violate non-disclosure or confidentiality obligations that she owed her former employers under the terms of her severance agreement. Accordingly, upon the Investigatory Chamber's request,[302] the Football Federation of Australia ("FFA") provided a release stating, "To the extent any

---

[298] *See* Part IV(B)(1).

[299] *See* Part XVI(F)(5). Although Spain bid for the World Cup jointly with Portugal, it is clear that nearly all the work was done by the bid representatives in Spain. Moreover, the Investigatory Chamber received an appropriate response to its requests from the member association in Portugal. *See, e.g.*, FWC00128027-53. Members of the Spain/Portugal bid team cooperated with the Investigatory Chamber's interview requests. *See* FWC00181145-89; FWC00182596-634; FWC00182414-50.

[300] FWC00180702.

[301] FWC00180707.

[302] *See* FWC00180530.

MEF000284

individual discloses information or material related to the 2018 or 2022 World Cups to the FIFA Ethics Committee or anyone working on its behalf, [FFA] hereby releases such individual from any non-disclosure, confidentiality, or similar obligation the individual might otherwise owe FFA or any other entity or individual connected with Australia's World Cup Bid."[303] The Investigatory Chamber subsequently interviewed AW twice, in New York in November 2013 and in Australia in April 2014.

At all times during the investigation process, AW was responsive to investigators' requests for information and documentation. She also offered investigators direct access to her computer to obtain emails dating from her time on the bid team.

While AW provided some useful information regarding possible issues for the Investigatory Chamber to examine, the evidence—including evidence she provided—often did not support her specific recollections and allegations. For example, the Investigatory Chamber asked about a highly-publicized 2009 incident in which Australia 2022 reportedly bought a pearl necklace as a gift for the wife of FIFA Executive Committee member Jack Warner. AW said she sent Australia 2022 Chairman Frank Lowy and CEO Ben Buckley an email at the time expressing concerns that the gift violated bidding rules:

> I sent an email to Ben, saying—uh, to Lowy. I said to Lowy, "I'm just letting you know I've bought this pearl for Maureen Warner. I'm very uncomfortable about doing it, because it's a—it's inconsistent with the bidding guidelines on incidental gifts and I'm letting you know this in case it ever comes back to bite us." I'm paraphrasing it.[304]

The copy of the email AW then provided, however, was not consistent with her recollection:

> I have not prepared a note from you to Jack or his wife on this as I am a little cautious about putting something in writing about a gift while we're in bidding mode. If you think it's okay to do so, please let me know and I will draft the note.[305]

Similarly, AW provided the Investigatory Chamber with a copy of a spreadsheet detailing the Australia bid team's budget, arranged in three ways: management reporting, government reporting, and a reconciliation of management vs. government reporting.[306] AW repeatedly characterized the document as

---

[303] FWC00180533.
[304] FWC00180741-42.
[305] FWC00158325.
[306] FWC00158345; *see also* FWC00180707.

59

suspicious,[307] alleging that it indicated Australia 2022's reports to the government concealed certain bid expenditures documented on internal budgets.[308] At the suggestion of AW, the Investigatory Chamber contacted another former bid team member, Ian Lewis, who was responsible for FFA's finances, although not the bid team's finances,[309] because AW said he expressed similar concerns.  Although no longer associated with FFA, Mr. Lewis agreed to meet with the Investigatory Chamber.  Mr. Lewis—who indicated he disagreed with certain decisions and strategic choices the bid team made[310]—reviewed the spreadsheet and said he found nothing unusual or suspicious.[311] According to Mr. Lewis, it is typical for an entity to use different accounting reporting methodologies[312] and provide varying degrees of detail in accounting reports prepared for different recipients.[313]  Given Mr. Lewis's background, demeanor, and lack of any current connection to FFA, the Investigatory Chamber found Mr. Lewis's statements to be credible.[314]

AW further undermined her own reliability by speaking with the press about her communications with the Investigatory Chamber, despite having agreed to refrain from doing so to protect the integrity of the ongoing investigation.[315]  In March 2014, for example, a news report published comments by a "whistleblower" from the Australian bid team regarding "the whistleblower's testimony to" the Investigatory Chamber.[316]  AW is also writing a book about the Australian bid,[317] excerpts of which are available online.[318]  A brief introduction—not drafted by AW, but seemingly endorsed by her—disparages individuals who figure prominently in AW's book in sometimes personal terms, revealing animosity.[319]  Some of AW's own statements to investigators similarly reflect bias that might color her ability to provide facts in a neutral way.[320]

---

[307]  *See* FWC00180710-11.

[308]  *See, e.g.* FWC00180707-08.

[309]  According to Mr. Lewis, an accountant from PwC, Mark Falvo, was seconded to the Australian bid team and handled all of the finances related to Australia 2022, while Mr. Lewis handled FFA's regular accounting and processed all payments, including those for the bid team, in FFA's online system.  *See* FWC00182371-73.

[310]  *See* FWC00182386-88; FWC00182390-92.

[311]  FWC00182379.

[312]  FWC00182375-76.

[313]  FWC00182379-81.

[314]  The bid team's financial accounting is addressed here only for purposes of assessing AW's credibility.  Any issues related to Australia 2022's use or accounting of public funds are beyond the authority of the Investigatory Chamber and are properly left to the jurisdiction of Australian authorities.

[315]  *See* FWC00180695-96.

[316]  FWC00185091-112.

[317]  *See* FWC00180559.

[318]  *See* FWC00180582-608.

[319]  *See* FWC00180583-84.

[320]  *See, e.g.*, FWC00180713; FWC00180794-95; FWC00180798-99.

MEF000286

For the foregoing reasons, while acknowledging AW's time and other efforts to assist in this inquiry, the Investigatory Chamber has not relied on any statement, document, or other information provided by AW in reaching any conclusions or findings in this report. Where documents provided by AW were also obtained through reliable channels, those documents were considered.

**B.      Efforts to Gain the Support of Franz Beckenbauer**

Franz Beckenbauer of Germany was a member of the FIFA Executive Committee from 2007 to 2011. This section will examine evidence related principally to the Australia 2022's efforts to gain Mr. Beckenbauer's support for the bid.

*1.      The 2007 Australia-Germany Agreement*

On September 18, 2007, FFA and the German football association, Deutscher Fussball-Bund ("DFB"), entered into a memorandum of understanding (the "FFA-DFB MOU") concerning the federations' respective interests in bidding for three future events: for FFA, the the 2015 Asian Cup and the 2018 World Cup; and for DFB, the 2011 Women's World Cup.[321]   FFA CEO Ben Buckley and DFB CEO Theo Zwanziger signed the agreement.[322]

The DFB-FFA MOU stated that "[e]ach of DFB and FFA (the Supporting Party) agree to support the other party (the Bidding Party) in respect of the Bidding Party's campaign to win the right to host" the three tournaments.[323]   The "support" they agreed to provide included the following:

> where the Supporting Party has the right to vote in the process to determine the host and location of the tournament, *the Supporting Party will exercise that vote in favour of the Bidding Party* and not in favour of any other national association or entity bidding to host the tournament;
>
> in respect of each tournament the Supporting Party will use whatever means are reasonably available to it, including public advocacy and promotion, to advocate the merits of the Bidding Party's bid (and not any other bidding party) with a view to other persons or associations deciding to vote for the Bidding Party;
>
> in respect of each tournament the Supporting Party will to the extent reasonably available to it, *facilitate introductions between representatives of the Bidding Party and persons associated,*

---

[321]   *See* FWC00118799-805.
[322]   *See* FWC00118805.
[323]   FWC00118801.

61

*involved or influential in the bidding process* in order that the Bidding Party may increase its opportunities to advance the merits of its bid.[324]

The agreement also stipulated that in preparing its future World Cup bid, FFA could draw from DFB's "considerable experience and expertise in relation to hosting international tournaments," including DFB's "access to qualified personnel within DFB with relevant experience, knowledge and expertise."[325]

   2.   *Australia's Bid for the 2011 Women's World Cup*

Earlier in 2007, Australia had formally declared interest in its own bid for the 2011 Women's World Cup.[326]  That bid remained among the candidates at the time the FFA-DFB MOU was signed.  On October 12, 2007—approximately three weeks after entering into the agreement with Germany, and just two weeks before bid presentations to FIFA—Australia formally withdrew from the bidding process.[327]  On October 30, 2007, hosting rights were awarded to Germany.[328]

It appears that an underlying assumption—indeed an unwritten obligation—of the FFA-DFB MOU was that Australia would withdraw its 2011 Women's World Cup bid.  The agreement compelled FFA to "use whatever means are reasonably available to it, including public advocacy and promotion, to advocate the merits of" Germany's bid for the 2011 Women's World Cup, "*and not [the bid of] any other bidding party.*"[329]  Had Australia maintained its own bid through the end of the process, it would have been unable to fulfill those obligations.

FFA has nevertheless consistently asserted that it decided to withdraw its bid for reasons unrelated to the FFA-DFB MOU.  Instead, FFA officials have represented, the decision was based on results from a feasibility study conducted by PwC.  In a July 2010 letter to FIFA's Director of Legal Affairs, FFA's Ben Buckley wrote:

> We understand there may be some inference that we reached an agreement with Germany to withdraw from bidding for the FIFA Women's World Cup in return for support for our 2018/22 Bid.  There is no agreement to this effect. . . . *FFA's decision not to bid for the Women's World Cup was made solely on the basis of an independent report from PriceWaterhouse Coopers* that hosting the tournament would result in a loss of many millions of dollars.[330]

---

[324]  FWC00118801  (emphases added).
[325]  FWC00118802.
[326]  *See* FWC00179523.
[327]  *See* FWC00179524.
[328]  *See* FWC00179526.
[329]  FWC00118802 (emphasis added).
[330]  FWC00118329 (emphasis added); *see also* FWC00182111; FWC00182058.

62

Similarly, Mr. Buckley and John Boultbee of FFA told the Investigatory Chamber they believed FFA decided to abandon its Women's World Cup bid before it entered the agreement with DFB.[331] FFA reaffirmed in August 2014, stating, "PWC's analysis indicated a net cost in the order of AUD $25 to $40m which would need to be covered by alternative sources of funding. On this basis FFA decided to withdraw from bidding."[332] FFA added:

> Following its decision to withdraw . . . FFA entered into the MOU with the German FA. It was not a term of [the] MoU for FFA to withdraw from bidding for the Women's World Cup and in any event that decision had already been taken. Having participated in the very successful 2006 World Cup in Germany and having already decided not to bid ourselves, we had no hesitation in indicating our support for a Women's World Cup in Germany.[333]

Other evidence contradicts FFA's explanation. Critically, it appears PwC did not provide a preliminary financial assessment until September 27, 2007—ten days *after* FFA signed the FFA-DFB MOU.[334] DFB President Theo Zwanziger, who executed the agreement on behalf of the German federation, never heard FFA officials mention a decision not to bid due to financial considerations.[335] Mr. Zwanziger said his understanding was that once FFA signed the agreement, the Australian bid would be withdrawn.[336] Indeed, support for its Women's World Cup bid was the primary consideration DFB received under the agreement.[337]

### 3.    The FFA-DFB MOU's Effect on Mr. Beckenbauer's Vote

Many parties involved agreed that whatever "support" Germany provided Australia for its future World Cup bid—which became a bid for the 2022 event—did not include a guaranteed vote for Australia by the lone German national on the 2010 FIFA Executive Committee, Franz Beckenbauer.

Australia 2022 Chairman Frank Lowy recalled that when discussions arose about a potential future World Cup vote, German officials "advised that they can't do that."[338] Australia 2022 General Secretary Ben Buckley, who signed the DFB-FFA MOU on FFA's behalf, stated, "I don't know how the DFB could compel an individual to vote a particular way."[339]

---

[331] *See* FWC00181946; FWC00182178-79.
[332] FWC00180632.
[333] FWC00180633.
[334] *See* FWC00119682-85.
[335] *See* FWC00181529-31.
[336] *See* FWC00181529.
[337] *See* FWC0011801-803; *see also* FWC00174039.
[338] FWC00182112.
[339] FWC00181949.

63

In written responses to questions from the Investigatory Chamber, Mr. Beckenbauer stated that FFA-DFB MOU involved "primarily support for the DFB's bid for the 2011 Women's World Cup from the FFA" in exchange for

> technical support for the FFA from the DFB (as host of the 2006 World Cup) in the creation and realization of a World Cup bid. This mainly involved providing organizational information, expertise and access to DFB employees. I personally played no role in meeting the commitments in the MoU.
>
> . . . . *This agreement did not involve either explicitly or implicitly[] my promise to vote for Australia's bid.*[340]

Theo Zwanziger, who executed the MOU on behalf of the DFB, echoed those statements. "Franz Beckenbauer certainly didn't find himself bound to such a Memorandum of Understanding," Mr. Zwanziger said.[341] Rather, "Franz Beckenbauer was completely free" to vote for whichever bidder he preferred;[342] no "imperative mandate" from DFB restricted Mr. Beckenbauer's options.[343] Moreover, Mr. Zwanziger said, while DFB made a non-binding "recommendation" to Mr. Beckenbauer, as to 2022 that recommendation was that Mr. Beckenbauer vote for *either* Australia or the United States.[344]

In June 2014, however, Mr. Beckenbauer was quoted in various press reports as stating, in reference to his December 2, 2010 vote for the World Cup host in 2022,

> Look, everybody knows whose side I was on. The German Football Association, DFB, had a gentlemen's agreement with the Australian FA and thus *I had a mandate*. I had made my views clear at several occasions, and in public.[345]

Given the consensus from Mr. Beckenbauer and others that the FFA-DFB MOU did not affect his vote, as well as Mr. Zwanziger's statements confirming that DFB did not attempt to require Mr. Beckenbauer to vote a particular way and did not even express a preference between the Australia and United States bids in its non-binding "recommendation," there is cause to question why Mr. Beckenbauer nonetheless felt he "had a mandate" to vote for Australia. Mr. Zwanziger noted that "an additional hope on the side of Australia" that Mr. Beckenbauer would vote for

---

[340] FWC00174039 (emphasis added).
[341] FWC00181522-23.
[342] FWC00181525.
[343] FWC00181518.
[344] *See* FWC00181520-21.
[345] FWC00185196 (emphasis added).

MEF000290

Australia 2022 may "hav[e] arisen because that German gentleman was a counselor to them," namely, "Fedor Radmann."[346]

### 4.    Retention of Fedor Radmann and Other Consultants

Australia 2022 hired three consultants, all of whom had deep ties to football: Peter Hargitay, Andreas Abold, and Fedor Radmann.

FFA entered into a consulting agreement with Mr. Hargitay's company European Consultancy Network Ltd. ("ECN") in January 2009.[347]  The agreement required Mr. Hargitay to provide consulting services and lobbying, "particularly targeted lobbying within the body of the FIFA Executive Committee and acting as an international advocate of FFA in relation to the Bid."[348]

Mr. Abold, who created the bid book and provided other technical assistance for Germany's 2006 World Cup bid, was engaged in January 2009 to provide similar support to Australia 2022.[349]  Pursuant to a consulting agreement between FFA and Mr. Abold's firm, Abold, Büro Für Marketingkommunikation GmbH, Mr. Abold's principal tasks related to designing Australia's bid book, organizing the tour of Australia by the FIFA Inspection Group, and preparing Australia 2022's final presentation to the FIFA Executive Committee.[350]  Mr. Abold's technical duties were thus distinct from Mr. Hargitay's focus on lobbying and campaign strategies.[351]

Mr. Radmann's role was less clear, although it was widely perceived by media and other officials to relate in some way to Mr. Beckenbauer.  By all accounts, the pair were—and remain—close friends.  Their relationship dated back at least to the late 1990s and early 2000, when they worked together on Germany's successful bid to host the 2006 World Cup.[352]  Public reports in mid-2010 noted that Mr. Radmann

---

[346]  FWC00181525-26.
[347]  *See* FWC00118806-22.  Although the contract was dated 2008—without specifying a day or month—it was not formally executed until January 9, 2009.  *See* FWC00121914-15.
[348]  FWC00118820-21.
[349]  *See* FWC00118736-54.
[350]  *See* FWC00118752-53.  The Abold firm also warranted in the agreement that it would not assist any other 2018 or 2022 World Cup bid other than Australia's.  *See* FWC00118741.  Curiously, however, as of 2014 Abold's website stated, under a section describing the company's experience assisting various types of bids, that the company's experience included work not only for Australia 2022, but also for "Qatar's bid for the 2022 FIFA World Cup."  *See* FWC00179645.  However, Qatar 2022 officials did not recall Mr. Abold or his firm doing any work for Qatar 2022.  *See, e.g.*, FWC00183817; FWC00184173-74.
[351]  *See, e.g.*, FWC00182065-67.
[352]  *See* FWC00174034; FWC00174038.

65

MEF000291

had "worked as an aide to Beckenbauer"[353] and was Mr. Beckenbauer's "close confidant."[354]

Various senior football officials described a business-like relationship between Messrs. Beckenbauer and Radmann. According to FIFA Secretary General Valcke, Mr. Radmann "worked with Beckenbauer and wherever Beckenbauer is flying, most of the time you see Radmann close to him. He's . . . a guy who is working on his commercial agreements and he's working and helping[] Franz in what he's doing."[355] President Blatter described Mr. Radmann as "the[] spokesman from time to time [for] Beckenbauer."[356]

Mr. Radmann communicated with Australian football officials as early as August 2008, sending updates to Australia 2022 General Secretary Ben Buckley about "private" or "confidential" meetings he and "Franz" attended with football officials including President Blatter and Mohamed Bin Hammam.[357] In November 2008, en route to New Zealand, Messrs. Radmann and Beckenbauer stopped in Sydney to meet with Mr. Buckley and Australia 2022 Chairman Frank Lowy.[358]

Sometime from February to May 2009, FFA amended its consulting agreement with Mr. Abold.[359] The amendments expanded the scope of the Abold firm's services to cover "international services," including "targeted lobbying within the body of the FIFA Executive Committee"[360]—essentially services like those described in the agreement with Mr. Hargitay. Notably, the amended agreement indicated that these new services might be carried not only by the Abold firm, but also by "its sub-contractor."[361] The amended agreement also significantly increased Mr. Abold's compensation, providing additional service fees of €2.1 million as well as contingent bonuses of €2.1 million for winning the 2018 bid or €1.050 million for winning the 2022 bid.[362]

On May 1, 2009, Mr. Abold's firm entered into a subcontracting agreement with Mr. Radmann, as an individual, for the provision of those very "international services" the amendments to the FFA-Abold agreement described.[363] Under the subcontract's payment structure, the additional services fees and bonuses the

---

[353] FWC00179786.
[354] FWC00166441.
[355] FWC00182776.
[356] FWC00182662.
[357] *See* FWC00118553; FWC00118545.
[358] *See* FWC00118545; FWC00118732; FWC00118540.
[359] *See* FWC00118755-79.
[360] FWC00118775-76.
[361] FWC00118775.
[362] *See* FWC00118778-79.
[363] *See* FWC00118780-98.

66

amendments provided would be passed through to Mr. Radmann, less a small percentage to be retained by Mr. Abold.[364]

Messrs. Buckley and Lowy told the Investigatory Chamber they could not recall why Mr. Radmann worked for Australia 2022 through a subcontract with Mr. Abold's firm, rather than through a contract with FFA directly,[365] although Mr. Buckley noted, "I think Radmann liked having less publicity about Mr. Radmann's involvement."[366]  Subsequently, FFA submitted the following statement to the Investigatory Chamber:

> The question has arisen as to the reason Radmann was engaged by way of a sub-contract to Abold.  The best of our recollection is that this request came from Abold/Radmann, possibly for taxation reasons.  From our perspective we had no issue with confirming that he was engaged to advise us in relation to the Bid.[367]

Mr. Radmann's relationship with Mr. Beckenbauer may provide an alternative or additional explanation—besides "taxation reasons"—for Mr. Radmann's apparent desire to create distance between himself and his ties to Australia's bid team.  Officials from rival bid teams told the Investigatory Chamber they believed it would be inappropriate to retain Mr. Radmann in light of his connection to Mr. Beckenbauer.  The Chair of the United States 2022 bid, Sunil Gulati, told the Investigatory Chamber that when Mr. Hargitay pitched his own and Mr. Radmann's services to the U.S. bid team, Mr. Gulati felt that "appearancewise, it wouldn't look good" to retain Mr. Radmann because he was a "long time business partner and closest friend of an ExCo member," namely, Mr. Beckenbauer.[368]  Similarly, the Chief Operating Officer of the England 2018 bid team, Simon Johnson, said Mr. Radmann "was offering his services to other bidders on an advisory basis" early in the bid process.[369]  Given his understanding that "Franz Beckenbauer had a business relationship with Fedor Radmann," whom Mr. Beckenbauer "described . . . as his business manager," Mr. Johnson believed engaging Mr. Radmann to work with a bid team "created the appearance of a conflict of interest."[370]  England 2018 CEO Andy Anson told the Investigatory Chamber his bid team "gave up" hope of gaining Mr. Beckenbauer's support because

---

[364]  *See* FWC00118797-98.

[365]  *See* FWC00181960; FWC00182116.

[366]  FWC00181960

[367]  FWC00180630.

[368]  FWC00180943.  The Chair of the Investigatory Chamber did not participate in the interview of Mr. Gulati or any other United States officials because he had recused himself from the investigation of U.S. World Cup bid.  *See* Part I(B).  Findings regarding U.S. football officials are presented in the Deputy Chair's separate report.

[369]  FWC00184510.

[370]  *See* FWC00184510.

Mr. Beckenbauer had "a guy called Fedor Radmann who works very closely for him, and he was giving us the strong hint that we would never get his vote."[371]

Messrs. Abold and Radmann failed to cooperate with this investigation. On March 26, 2014, the Investigatory Chamber sent each a letter requesting a meeting in connection with the inquiry into the bidding process for the 2018 and 2022 World Cup.[372] The Investigatory Chamber asked both consultants to respond by April 4, 2014 with a list of potential meeting dates.[373] Neither Mr. Abold nor Mr. Radmann responded. After the Investigatory Chamber informed FFA of its former consultants' non-cooperation, FFA notified Mr. Abold that his consultancy agreement required "compliance with all applicable laws, enactments, orders, regulations, industry codes of practice and other similar codes of practice or instruments of any Regulatory Authority (*which includes FIFA*)," and that it further required Mr. Abold to ensure similar compliance by sub-contractors, including Mr. Radmann.[374] Nevertheless, neither Mr. Abold nor Mr. Radmann contacted the Investigatory Chamber to arrange a meeting as requested.

Mr. Radmann did contact the Investigatory Chamber on May 13, 2014 regarding requests the Investigatory Chamber sent to Mr. Beckenbauer—requests Mr. Beckenbauer had been asked not to discuss with anyone other than legal counsel. Mr. Radmann called the Secretariat of the Investigatory Chamber to issue various complaints on behalf of Mr. Beckenbauer, who at that point had himself ignored multiple requests for his assistance.[375] In a letter to Mr. Radmann sent May 16, 2014, the Investigatory Chamber memorialized the May 13 telephone conversation and reminded Mr. Radmann of its March 26 request to arrange a meeting.[376] The letter stated that based on Mr. Radmann's failure to respond to this request, the Investigatory Chamber had "no choice but to conclude that you have failed to cooperate in establishing the facts of the case," adding that "[i]f this is incorrect, and you indeed wish to assist in this investigation—in an appropriate manner—please let us know as soon as possible."[377] Mr. Radmann never responded.

Messrs. Abold and Radmann had lucrative contracts to assist Australia 2022. They were bound by the bidding rules and had a duty to cooperate. Failure by these consultants to fulfill their obligations to assist in this inquiry hampered the Investigatory Chamber's ability to establish certain facts and circumstances related to this case. Steps should be taken in the future to ensure consultants understand

---

[371] FWC00184696.
[372] *See* FWC00185999-6000; FWC00186001-6002.
[373] *See* FWC00186000; FWC001866002.
[374] *See* FWC00186092 (emphasis added).
[375] *See* Part IV(B)(2).
[376] *See* FWC00186098-99.
[377] *See* FWC00186099.

MEF000294

they are bound by FIFA's rules of conduct, obligated to assist inquiries such as this one, and subject to sanction for failing to do so.[378]

### 5.   *Efforts to Mask Ties to Messrs. Beckenbauer and Radmann*

Internal bid team correspondence and documents indicate that Australia 2022 officials actively tried to conceal aspects of Fedor Radmann's role with the bid team because of Mr. Radmann's ties to Franz Beckenbauer.

Peter Hargitay wrote a January 2009 email to Australia 2022 Chair Frank Lowy and CEO Ben Buckley summarizing "a series of exhausting but positive meetings" with various FIFA Executive Committee members, including Mr. Beckenbauer.[379]  Mr. Hargitay noted that he would "be sending you a full report—with a further special report about my mtg with FR *and* FB—tomorrow evening."[380] "FR" and "FB" are the initials of Mr. Radmann and Mr. Beckenbauer, respectively. Later in his email, Mr. Hargitay wrote:

> In order to maintain maximum confidentiality, I want to name our project "Road through Babylon" and *our two key contacts "F&F."*
>
> I shall send over a password-protected list of aliases as I have no intention to be reading my emails in some paper.
>
> The summary is this:  It was time well-invested and significant.[381]

Given that "F&F" are the first initials of Messrs. Radmann and Beckenbauer, and that Mr. Hargitay was promising a forthcoming "special report about my mtg with FR *and* FB," it appears Mr. Hargitay was attempting to mask references to Fedor Radmann and Franz Beckenbauer "[i]n order to maintain maximum confidentiality."

Other correspondence suggests Mr. Hargitay was not always consistent in his use of code names.  A March 2009 message from Mr. Hargitay to Messrs. Lowy and Buckley stated that "[w]e have just concluded a full day of strategy meetings with F," seemingly a reference to Fedor Radmann.[382]  The message then discussed potential meetings with certain Executive Committee members, a subject Mr. Hargitay introduced by proposing a date for "a get-together with B," seemingly a reference to Mr. Beckenbauer.[383]  Later in the same message, which occurred within the period when Mr. Radmann's subcontract through the Abold firm was being

---

[378] *See* Part XVI(F)(3).
[379] FWC00121911.
[380] FWC00121911 (emphasis in original).
[381] FWC00121911-12 (emphasis added).
[382] *See* FWC00121698.
[383] *See* FWC00121698.

69

arranged, Mr. Hargitay wrote, "F and B prefer NOT to contract via the route recommended by you."[384] That language suggests that Mr. Beckenbauer—or "B"—had some interest in Mr. Radmann's "contract."

There is further evidence that "F" referred to Fedor Radmann, and that Mr. Hargitay and other bid officials attempted, albeit with limited success, to hide Mr. Radmann's involvement with Australia 2022. It appears one step taken to disguise Mr. Radmann's role was to send him email messages in blind copy. In October 2009, Mr. Hargitay noted at the end of a message to Messrs. Lowy, Buckley, and Abold, whose email addresses were listed in either the "To" or "CC" fields of the message: "PS: For the record—I am ALWAYS copying F via bcc."[385] Similarly, Mr. Hargitay mentioned in another October 2009 message to bid officials that he planned to "coordinate with my associate F as well" about some matter, adding, "(I always bcc him in these matters as u know)."[386] Notably, a record of a January 2010 message from Australia 2022 General Secretary Ben Buckley to Messrs. Lowy, Hargitay, and Abold, among others, shows that while all of those individuals were listed in either the "To" or "CC" field of the email, one person received the message via "BCC": Michaela Radmann, the wife of Fedor Radmann.[387]

When one member of the bid team sent Australia 2022 officials a message in October 2009 that listed Mr. Radmann's address in a manner visible to all recipients, Mr. Hargitay responded sternly: "Please do not list *Fedor* in the recipient lines!!!!! You simply MUST NOT do that. Why? Because you are thus jeopardizing everything."[388]

Mr. Hargitay repeated the "jeopardizes everything" phrase months later in a context related to disclosure of information about the bid team's relationship with Messrs. Radmann and Beckenbauer. On July 9, 2010, the Australian newspaper The Age ran a report about the FFA-DFB MOU that relied on "internal documents" including email communications of "FFA lobbyist Fedor Radmann."[389] Contrary to FFA's prior statements "that Mr Radmann's assistance to Australia involved offering 'technical advice,'" the article reported,

> FFA documents obtained by The Age state that he is responsible for managing the Australian World Cup bid team's international lobbying "strategy." The strategy is aimed at convincing FIFA's 24-member executive committee to support Australia's bid.

---

[384] FWC00121698.
[385] FWC00120751.
[386] FWC00120591.
[387] FWC00120345.
[388] FWC00166506 (italicized emphasis added).
[389] FWC00166444-45.

70

> *Mr Radmann is a close associate of FIFA executive committee member Franz Beckenbauer.*[390]

Mr. Hargitay sent Frank Lowy a message the same day the report was published. He wrote, in relevant part:

> *F* just told me about the email Mo got from those mudslingers at the Age.
>
> I am OUTRAGED!!!!
>
> It is totally impossible for FFA and you NOT to take legal action . . . !!!!!  That nasty piece of work *jeopardises everything* we have worked so hard for!!!
>
> . . . .
>
> *Franz has now been compromised* AGAIN and this will end badly if we don't stop it.[391]

The evidence in the record supports a finding that the bid team tried to mask its relationship with Mr. Radmann and, by extension, a connection to Mr. Beckenbauer.  Placing Mr. Radmann's contract within Mr. Abold's, sending Mr. Radmann messages in blind copy, using initials, and issuing warnings about "jeopardiz[ing] everything" when information identifying Mr. Radmann's association with Australia 2022 went public all point to an intent to conceal.  Mr. Radmann's close relationship with Mr. Beckenbauer, and the appearance of impropriety the financial arrangement with Mr. Radmann might create, appears to have been the driving force behind the bid team's actions.

Mr. Hargitay continued to try to mask certain facts concerning Mr. Radmann during this inquiry.  In response to questions from the Investigatory Chamber,[392] Mr. Hargitay distanced himself from Mr. Radmann's consultancy with Australia 2022.

Mr. Hargitay first asserted that he personally played no role in bringing Mr. Radmann aboard the bid team:

> As for Mr. Radman, I was advised by Mr Lowy at one stage that he intended to hire him.  I was invited to offer an opinion which I was

---

[390]  FWC00166444 (emphasis added).
[391]  FWC00119743 (italicized emphases added).  Mr. Lowy's response, which rejected Mr. Hargitay's advice "to take legal action," referred to a "meeting with Mohamed," who "gave me the email that F is referring to," suggesting that the "Mo" in Mr. Hargitay's message was a nickname for Mohamed Bin Hammam.  *See* FWC00119743.
[392]  FWC00173331.

71

unable to provide because I did not know Mr Radmann
professionally (nor personally, for that matter).  As far as I recall,
he was hired more or less around the time we were hired.[393]

An email Mr. Hargitay sent Mr. Lowy on December 5, 2010 contradicts that
representation.  The message referenced "my colleague Fedor" and stated, "*I
encouraged you to sign him* as you well know."[394]  That language seemingly
contradicts Mr. Hargitay's representation to the Investigatory Chamber that he was
"unable to provide" "an opinion" to Mr. Lowy about whether he should "hire" Mr.
Radmann.

   The Investigatory Chamber also asked Mr. Hargitay whether he and/or ECN
"play[ed] any role in proposing or arranging details of Mr. Radmann's relationship
with the Australian bid, including without limitation details concerning the drafting
of Mr. Radmann's contract, the manner in which Mr. Radmann was to be paid, or
the submission of invoices related to Mr. Radmann's fees and expenses."[395]  In
response, Mr. Hargitay stated:

> We had no involvement with Mr Radmann's contract or his FFA
> relationship and were not privy to it.  All I know is that he was paid
> a sum that appeared to be significantly higher than what we
> received.  Mr Lowy mentioned the fee to me at one stage, hence my
> recollection.[396]

   Evidence in the record contradicts that statement by Mr. Hargitay, as well.
Far from having "no involvement with Mr Radmann's contract or his FFA
relationship," Mr. Hargitay appeared to play a significant role in structuring Mr.
Radmann's agreement.  A February 2009 memorandum Mr. Hargitay sent Mr.
Buckley—along with instructions to "delete after printing"[397]—summarized recent
meetings in Zurich.[398]  The memorandum, written by Mr. Hargitay on ECN
letterhead,[399] included a section titled "FR Meeting," an apparent reference to a
meeting with Fedor Radmann.[400]  The first paragraph under the "FR Meeting"
heading stated:

> We advised our associate of the proposed structure for the contract
> and he accepted the structure while point[ing] out that the lines of
> communication must be between him and us, as was planned.  He
> noted that the agreement between him and AA must be between

---

[393] FWC00173322.
[394] FWC00119761-62.
[395] *See* FWC00173331.
[396] FWC00173322.
[397] FWC00121746.
[398] *See* FWC00121746-49.
[399] *See* FWC00121748-49.
[400] FWC00121748.

72

AA's Swiss company and not his German company, which I second
to and suggest for consideration.  I advised him that Ben would now
instruct AA to draw up the contract (based on the draft we
submitted to Ben during our visit) and that signing would be swift
thereafter.  I recommend that I'd receive the draft contract between
the two parties for review, after which I shall pass it on to FR for
signature.  Structurally, any and all communication relating to the
work at hand will be between FR and undersigned, as mentioned,
while AA will merely have a facilitator function for the agreement
and won't be involved in respective operations.[401]

When read in context of the other communications in the record, that
paragraph shows Mr. Hargitay playing an active role in structuring Mr. Radmann's
relationship with Australia 2022 via subcontract with "AA," i.e., Andreas Abold.
Mr. Hargitay "advised" Mr. Radmann about the contract, which would be prepared
based on a "draft we submitted" so that Mr. Hargitay could "pass it on to FR for
signature."  For reasons that are unclear, there was a request to structure the
contract with Mr. Abold's "Swiss company and not his German company," which Mr.
Hargitay deemed appropriate.[402]  Consistent with Mr. Hargitay's later aversion to
creating a record of direct communications between Australian football officials and
Mr. Radmann, Mr. Hargitay recommended that "lines of communication must be
between FR and undersigned, as mentioned."

Other evidence refutes Mr. Hargitay's denial of any involvement concerning
"the manner in which Mr. Radmann was to be paid, or the submission of invoices
related to Mr. Radmann's fees and expenses."[403]  Invoices submitted to FFA for
reimbursement reveal that in March 2009, Mr. Radmann submitted his travel
expenses to FFA for reimbursement under two different company names:
"Mavorino Limited" and "ECN."[404]  As noted above, ECN is Mr. Hargitay's company.
Moreover, the address listed on the invoice for Mavorino—4 Zinas Kanther Street,
3035 Limassol, Cyprus—is identical to the address for ECN's Cyprus office.[405]

Mr. Radmann's contract was structured in a manner consistent with the goal
of maintaining an appearance of distance between Australia 2022 and its
consultant.  From the emails described above it appears Mr. Hargitay played a
central role in designing an arrangement that would assist the bid team.  Mr.

---

[401] FWC00121748.
[402] One month later, Mr. Hargitay wrote to Mr. Buckley:  "F tells me that A now got instructions to
absolutely use Munich firm, not Swiss.  Am I missing something or has this super[s]eded our
talk?"  FWC00121526.
[403] See FWC00173331.
[404] See FWC00122510-11.
[405] See FWC00118935.  Mavorino Ltd. was registered in Cyprus (Registration No. C221734) on
February 4, 2008 (H.E. 221734).  See FWC00179544; FWC00179604.  The address is also shared by
a Cyprus corporate formation entity, Best Servus Ltd.

73

Hargitay's answers provided to the Investigatory Chamber are inconsistent with the emails he sent during the bidding process.

     *6.    Mr. Beckenbauer's Interactions with Mr. Radmann During the Bidding Process*

As part of this investigation, the Investigatory Chamber asked Mr. Beckenbauer questions about his relationship with Mr. Radmann during the bidding process, including:

- "Please explain any business relationship you had with Radmann or Abold in the period from January 2006 through January 2011."[406]

- "Were you in touch with Fedor Radmann during the bidding process? If so, please describe the nature of your communications with Fedor Radmann throughout the bidding process."[407]

- "Did you personally benefit from Fedor Radmann's relationship with the Australia bid? Did you promise your vote to Australia in connection to hiring Radmann (or any other consultant)?"[408]

In response, Mr. Beckenbauer wrote that he had "no business dealings with Andreas Abold or Fedor Radmann whatsoever" between January 2006 and January 2011.[409] He elaborated:

> Yes, I was in contact with Fedor Radmann at the time of the bidding process. The subject of our communication was primarily private matters. Where the bidding process for the 2018 and 2022 World Cups was the subject of our communication, Fedor Radmann tried to convince me of the merits of Australia's bid in his capacity as advisor to Australia's Bid Committee. Besides this, I met Fedor Radmann at various official FIFA events in the course of the bidding process in his capacity as advisor to Australia's Bid Committee and visited the Emir of Qatar with him in October 2009.[410]

The record does not support Mr. Beckenbauer's representations. Although an advisor to Australia's bid, Fedor Radmann, together with his wife, Michaela, worked with Mr. Beckenbauer during the bidding process to arrange his meetings with other bid teams. For example, England 2018 official Jane Bateman emailed Mr. Radmann in October 2009 to "arrange a meeting for [Lord Triesman] with Mr

---

[406] FWC00185162.
[407] FWC00185162.
[408] FWC00185162.
[409] FWC00174038.
[410] FWC00174038.

MEF000300

Beckenbauer to discuss England 2018," adding, "I would be grateful if you could let me know if this would be acceptable and if so, when Franz might be available for Lord Triesman to visit." [411]  Ms. Radmann responded that "Fedor is travelling," but "I informed him about your request and he will let you know asap.  Likely it will be difficult for Franz, Fedor mentioned.  But let's see what comes out next week."[412]  The Radmanns helped schedule meetings for Mr. Beckenbauer with rival bidders on other occasions as well.[413]

Internal communications indicate that Australia 2022—the only bidder for the 2018 and 2022 events not directly represented on the FIFA Executive Committee—worked closely with Mr. Beckenbauer.  When Jack Warner's assistant requested a "confirmed delegation and itinerary" for the upcoming CONCACAF Congress, Mr. Hargitay provided travel information for himself, his wife, and Messrs. Buckley, Radmann, and Beckenbauer, and noted: "Fedor arrives w[ith] Franz as usual."[414]  Other schedules circulated internally among Australia's bid team similarly provided the itinerary for Mr. Beckenbauer—and no other Australia 2022 outsider—along with travel schedules for other bid members.[415]

It appears Mr. Beckenbauer also was willing to promote the Australia 2022 bid in public.  In May 2009, Mr. Hargitay, with Mr. Radmann's assistance, arranged for CNN to interview Mr. Beckenbauer.[416]  Mr. Hargitay sent a CNN reporter ideas for potential questions to ask, and hinted that he had communicated with Mr. Beckenbauer about what topics he was willing to discuss:

> Recent rumours that England and the USA are joining forces for the WC Bid are an item [Beckenbauer] may want to offer a comment on.
>
> Please do ask him about this alleged alliance and what he thinks of it (and anything else you wish of course) since he has a vote on the Committee.
>
> And no:  I represent neither of the countries, hence there is no conflict for my recommendation; *it's merely that I know he is happy to "go there*."[417]

Mr. Hargitay forwarded that message to other Australia 2022 officials and noted, "Both interviews are in the best of hands through our friend F."[418]

In his written answers to the Investigatory Chamber's questions, Mr. Beckenbauer called any suggestion that he profited financially from Mr. Radmann's

---

[411] FWC00124505.

[412] FWC00124505.

[413] *See, e.g.*, FWC00124816; FWC00180687-88.

[414] FWC00120025.

[415] *See, e.g.*, FWC00118597-98.

[416] *See* FWC00121262.

[417] FWC00121335 (emphasis added).

[418] FWC00121335.

MEF000301

connection to Australia 2022 "entirely false."[419]  Mr. Beckenbauer also denied that he "pledged his vote to Australia in connection with Fedor Radmann's appointment" as a consultant to the bid team.[420]

When asked to disclose to the Investigatory Chamber how he voted on December 2, 2010, Mr. Beckenbauer declined.

### 7.   Conclusion

The sections above suggest efforts by Australia 2022, its consultants, and Mr. Beckenbauer to conceal certain key relationships.  Those efforts appear to have begun with the agreement with the German FA and Mr. Buckley's later attempts to recast its terms.  In structuring its contract with Mr. Radmann, Australia 2022 sought to create an appearance of distance between the bid team and Mr. Beckenbauer's close associate.  Mr. Hargitay's efforts in that regard—as reflected in his contemporaneous email correspondence but denied in his written submission to the Investigatory Chamber—was substantial.  Subsequent devices employed by the bid team and its consultants were seemingly aimed at hiding ties with Mr. Radmann while taking advantage of his influence over Mr. Beckenbauer to further the bid strategy.  There is a prima facie case that Messrs. Radmann and Hargitay violated the bidding and ethics rules that the bid team represented would bind its consultants.  Given the bid team's omission of specific language binding its consultants to FIFA statutes and regulations, the Investigatory Chamber is limited in what action it can take.  Recommendations concerning consultants, and specifically Messrs. Abold and Radmann, are addressed later in this Report.[421]

As is publicly known, investigation proceedings against Mr. Beckenbauer related to his lack of cooperation with this inquiry are ongoing.  A prima facie case also has been established that Mr. Beckenbauer violated substantive ethics provisions.  Investigation proceedings on those issues will be incorporated into the ongoing matter.[422]

### C.   Peter Hargitay's Contacts with FIFA

Before the bidding process, Peter Hargitay worked as a special advisor to FIFA President Blatter.[423]  When Mr. Hargitay, through his company ECN, was retained as a consultant to England's bid in November 2007, England's FA announced he would step down as an advisor to President Blatter at the end of the year "in order to avoid any conflict of interest."[424]

---

[419]  FWC00174038.
[420]  FWC00174034.
[421]  See Part XVI(F)(3).
[422]  See Part XIV(2)(a).
[423]  See FWC00182662-63.
[424]  See FWC00180518.

76

MEF000302

Mr. Hargitay joined England's bid having already announced that whichever bid hired him would benefit from his relationship with the FIFA President. A November 9, 2007 article in the Financial Times quoted Mr. Hargitay as stating the following:

> Forget marketing, forget promotion. . . . The target audience is not the world. The executive committee of Fifa is 24 men, one of whom is Sepp Blatter. . . . *It's very important, you know, to be close to Blatter, to make sure he values the bid that comes his way. I don't think that in the consulting business anybody has better access and better knowledge of the 24 men than Markus [Siegler] and me.* We have built a level of trust with a lot of them. Over the years you develop, you might even say, friendships.[425]

England severed ties with Mr. Hargitay and ECN in May 2008.[426] According to England bid team official Jane Bateman, the England FA terminated Mr. Hargitay's employment because Mr. Hargitay sought high fees, an expanded managerial role, and the hiring of specific personnel, including Fedor Radmann.[427] Another England 2018 official, Simon Johnson, attributed Mr. Hargitay's departure to a change in management, recalling that when the England bid team's new CEO insisted that all bid consultants go through a formal tender process, Mr. Hargitay—whom the prior CEO had appointed—refused to participate.[428]

Mr. Hargitay then joined Australia's bid. FFA hired Mr. Hargitay's company ECN in December 2008 to provide the bid with "lobbying and consulting services," including "targeted lobbying within the body of the FIFA Executive Committee."[429] Mr. Hargitay, who on one occasion boasted to an Australia 2022 official of his "8 years INSIDE FIFA,"[430] communicated with President Blatter, Secretary General Valcke, and other FIFA officials about bidding-related issues throughout the bidding process.[431]

### 1. *Mr. Hargitay's Emails with the FIFA President and Secretary General Denigrating Other Bids*

Bid Registration Rule 11.4 prohibited the bid teams and their respective member associations from "making any written or oral statements of any kind, whether adverse or otherwise, about the bids or candidatures of any other member association which has expressed an interest in hosting and staging the

---

[425] *See* FWC00180576 (emphasis added.)
[426] *See, e.g.,* FWC00184423.
[427] *See* FWC00184423-25.
[428] FWC00184513-14.
[429] FWC00118806; FWC00118820; FWC00121927.
[430] *See* FWC00120789.
[431] *See* FWC00182661-62; FWC00182776-77.

MEF000303

Competitions."[432]  Exempted from that prohibition were "any statements to FIFA in relation to inappropriate conduct from such other member associations."[433]

In several cases, Secretary General Valcke took action on FIFA's behalf to address alleged Rule 11.4 violations.[434]  In one such instance, Secretary General Valcke instructed a bid team "to refrain from making any such or similar statements in relation to the other bidding member associations in the future" and warned that "[s]hould FIFA become aware of any similar incident in [the] future, we will have no other option than to report this to the FIFA Ethics Committee."[435]

Mr. Hargitay was bound by that and other bidding regulations and rules of conduct.  As FFA acknowledged in a July 2, 2010 letter to FIFA, "All FFA personnel *and consultants* are required to comply with . . . FIFA regulations."[436]  The Investigatory Chamber asked Mr. Hargitay whether he or anyone else associated with Australia's bid made "any written or oral statements to any individual on the FIFA Executive Committee (defined to include the FIFA ExCo members, Vice Presidents, Secretary General, and President) criticizing the bid or candidature of any competing" bid.[437]  Mr. Hargitay responded as follows:

> I would certainly have made oral comments about competing bids to several of the parties you have listed and if anybody of any bid told you that they did not, then that is not credible.  We all—all bidders and their teams of advisers—regularly reviewed what the other bids were doing.  It was an obvious and necessary process to see where the competition was heading.  *What I can assure you of, is that neither I nor anybody who worked with me, would have intentionally or broadly criticised another bid.*"[438]

The record demonstrates, however, that Mr. Hargitay "intentionally or broadly criticised" other bids in written communications to both President Blatter and Secretary General Valcke.  Notably, in an email to President Blatter sent November 15, 2010 under the subject line "Truly personal and private," Mr. Hargitay set forth a list titled "<u>Ten points why FIFA should disqualify the Qatar Bid (not merely delay the vote)</u>."[439]  Mr. Hargitay's list included the following points:

> 3) The CIA World Fact Book says this: . . . <u>Natural hazards</u>: **haze, dust storms, sandstorms are common** <u>Environment - current issues</u>:

---

[432] FWC00164598; *see also* FWC00114510.
[433] FWC00114510.
[434] *See, e.g.,* FWC00000245; FWC00118346-47; FWC00118371-72.
[435] FWC00000245.
[436] FWC00118325-26 (emphasis added).
[437] FWC00173332.
[438] FWC00173323 (emphasis added.)
[439] FWC00170465-66 (emphasis in original).

MEF000304

> limited natural fresh water resources are increasing dependence on large-scale desalination facilities . . . .
>
> 5) . . . . What will **FANS** do between games?  Which fan will go to the beach (what beach?) when it is 51 degrees Centigrade?  Where will fans go at night?  What beer will FIFA Partner Budweiser sell?  Where will fans GO?  What will fans DO for entertainment?
>
> **10) Are the pressures of the past worth sullying and denigrating your own legacy as a true visionary and a deeply human leader who loves the game as you do?**[440]

Later in the message, Mr. Hargitay wrote, "[I]f you ask the Members to vote whether or not to disqualify Qatar, you will find a majority by your side.  And those who were corrupted will be outed.  Publicly."[441]  There is no record of any response from President Blatter.

Mr. Hargitay forwarded or blind-copied that communication to Australia 2022 Chairman Frank Lowy, who replied to Mr. Hargitay:  "Peter, great piece should help JB"—seemingly a reference to President Blatter's initials—"FIFA and ourselves.  Well done.  Frank."[442]

The language quoted above, and Mr. Hargitay's steps to share the "[t]ruly personal and private" message to President Blatter with Mr. Lowy, demonstrate that Mr. Hargitay tried to advance the Australia bid by undermining Qatar's candidacy.  Mr. Hargitay's email to a voting member of the FIFA Executive Committee contravened Bid Registration Rule 11.4.  The record of that communication also contradicts Mr. Hargitay's representation to the Investigatory Chamber, in response to written questions, "that neither I nor anybody who worked with me, would have intentionally or broadly criticised another bid."[443]

Mr. Hargitay's November 15, 2010 email to President Blatter was one of many communications he sent the FIFA President or Secretary General that appeared to denigrate competing bidders or bid nations.  On November 17, 2010, for example, Mr. Hargitay stated in an email to President Blatter and Secretary General Valcke, "[I]f I read and re-read this utter baloney about Qatar 'making history' (sure, history of a FIFA melt-down), I am slowly but steadily starting to loose [*sic*] it."[444]

---

[440] FWC00170466 (emphases in original).
[441] FWC00170466
[442] FWC00119784.
[443] FWC00173323.
[444] FWC00171061; *see also* FWC00170297-98; FWC00171199; FWC00171076-79; FWC0017214-15.

MEF000305

Although Mr. Hargitay sent the above-described emails directly to President Blatter and Secretary General Valcke—the latter being responsible for vetting complaints for the Ethics Committee at that time—the Investigatory Chamber has found no evidence that either Mr. Hargitay or Australia 2022 was reprimanded, referred to the Ethics Committee, or otherwise held accountable for Mr. Hargitay's comments regarding other bids, including his attempts to disqualify Qatar from the bidding process.  While no provision required reporting of bidding-rule violations, the apparent lack of any formal rebuff of such emails from Mr. Hargitay gave at least an appearance that Mr. Hargitay exerted improper influence over FIFA officials.  Mr. Hargitay reinforced the appearance of impropriety when he forwarded evidence of his "inside" access to others on Australia's bid team.

FIFA and FFA cooperated fully in providing the emails discussed above to the Investigatory Chamber.  In contrast, Mr. Hargitay denied having denigrated other bid teams, thus establishing a prima facie case that he failed to provide this chamber with complete and truthful information, although as noted above, formal investigation proceedings will not go forward against Mr. Hargitay at this time.[445]

### 2.   Mr. Hargitay's Access to the FIFA Ethics Committee

Mr. Hargitay also used a contact to obtain confidential information from the FIFA Ethics Committee.  On January 7, 2009, FIFA Ethics Committee member Les Murray forwarded Mr. Hargitay an email he had sent to the Chair of the Ethics Committee, Sebastian Coe, asking to discuss potentially investigating certain conduct by England's bid team.[446]  Mr. Hargitay then forwarded the email to Australia 2022 Chairman Frank Lowy along with the message:  "Boom.  Here we go:):)"[447]

The following month, Mr. Hargitay urged Australia 2022 General Secretary Ben Buckley to appoint Mr. Murray as a "bid Ambassador."[448]  In support of his recommendation, Mr. Hargitay wrote:  "His position within the Ethics Committee well considered (I don't believe that it is a problem at all, also considering Englishman Seb Coe's position and that of several ExCo Members whose countries are bidding), I recommend that you'd approach him upon his return from Zurich and formally invite him to 'join the team.'"[449]

### 3.   Conclusion

The email communications show that Mr. Hargitay, who had a lucrative contract with the Australian bid team, executed his strategy of using his purported

---

[445] *See* Part XVI(F)(3).
[446] *See* FWC00121919-20.
[447] FWC00121919-20.
[448] FWC00121777.
[449] FWC00121777.

MEF000306

relationship with President Blatter and other high-ranking FIFA officials to create the appearance that he was influencing the bidding process. His communications with FIFA officials reflect inappropriate denigration of other bids and show that he obtained confidential internal FIFA Ethics Committee correspondence. That misconduct was exacerbated when he forwarded those communications to the bid team members in order to demonstrate his "insider" status. His actions gave the appearance, at least to his employer, that he was improperly influencing the process.

### D.   Football Development

#### 1.   OFC Funding

In 2006, FFA left the Oceania Football Confederation ("OFC") to join the Asian Football Confederation ("AFC").[450] As part of its exit plan, FFA entered into a memorandum of understanding with OFC in which it agreed to provide ongoing financial support for an OFC technical director for the next four years (the "2006 MOU").[451]

Especially after losing Australia, OFC lacked resources relative to other confederations.[452] According to OFC General Secretary Tai Nicholas, he and OFC President Reynald Temarii asked "anybody and anyone if they could assist Oceania. And in exchange, . . . what mutual benefit there could be for you."[453]

Mr. Temarii's position as a voting member on FIFA's Executive Committee during the bidding process provided an opportunity to seek additional support for the confederation from bidding nations,[454] particularly Australia.[455] Public reports have alleged that Mr. Temarii requested specific benefits from the Australian bid team.[456] Former Australia 2022 officials confirmed to the Investigatory Chamber that Mr. Temarii sought various forms of assistance for OFC, including the TV rights to A-League matches in the Oceania region; permission add a team from OFC to the A-League; Hyundai vehicles for football federations in every OFC nation except New Zealand; and funding for new OFC headquarters.[457]

While it was not clear whether and if so to what extent those requests were ultimately granted,[458] email correspondence from May 2010 indicates that the FFA

---

[450] *See* FWC00182118.
[451] *See* FWC00181974; FWC00182184; FWC00182262; FWC00182118.
[452] *See* FWC00182298; FWC00182300-02; FWC00182314.
[453] FWC00182314.
[454] *See* FWC00181975-76; FWC00184707-08.
[455] *See* FWC00182313; FWC00182316.
[456] *See, e.g.,* FWC00185042-44; FWC00185045-46.
[457] *See* FWC00182186-87; FWC00181975-76; FWC00182312-13.
[458] *See* FWC00182319-20; FWC00181976-77.

81

MEF000307

agreed to provide some of the items on Mr. Temarii's wish list.[459]  A May 26, 2010 email from Mr. Nicholas to Australia 2022 General Secretary Ben Buckley, copying Mr. Temarii, referenced a February 2010 meeting in which Mr. Lowy told Mr. Temarii that FFA would "pay the AUD $600,000 in one lump sum in June 2010 instead of over 4 years," with half the funds to be used for "the FIFA Goal Office Project in Tahiti," and the other half to for "the new OFC Headquarters in Auckland."[460]  The message noted that the payment was to be given on top of a recurring AU$150,000 "for the OFC Technical Director," which would "be paid as usual."[461]  In addition to the assistance it received pursuant to the 2006 MOU and Mr. Temarii's aforementioned requests, OFC secured benefits from Australia through two additional agreements signed during the bidding process.[462]  In June 2009, the Australian government pledged to commit up to AU$4 million through AusAID over three years, beginning July 1, 2009, for a "Just Play" program in select primary schools and communities.[463]  OFC confirmed that it received the amount of funds pledged.[464]

Mr. Nicholas acknowledged that OFC viewed Mr. Temarii's World Cup vote as an opportunity to obtain funding that would benefit OFC,[465] and that financial support from the Australian government factored into the OFC Executive Committee's decision to vote for Australia for 2022.[466]  Statements made to undercover newspaper reporters during the bidding process corroborate Mr. Nicholas's statements.  One member of the OFC Executive Committee, Ahongalu Fusimalohi,[467] was recorded stating that Mr. Lowy was "able to get [the OFC] eight million Aussie dollars through the Australian government," and that OFC would therefore support Australia's bid.[468]  During his own conversation with undercover reporters on September 24, 2010, Mr. Temarii was asked whether Australia 2022 was "doing anything for you football-wise," Mr. Temarii responded, "[T]hey do, but it's peanuts. . . . If I compare with the proposal coming from the other bidders, it's nothing.  Nothing. . . . But, even with this small amount, I will vote for them."[469]

Within OFC, Mr. Temarii was candid about the link between a vote for Australia and obtaining valuable development support for OFC.  On November 29, 2010, while deciding whether to appeal his one year suspension from the FIFA Executive Committee—and thus preclude OFC from voting on December 2—Mr.

---

459  *See* FWC00119563-64.
460  FWC00119563.
461  FWC00119563.
462  *See* FWC00173839-42; FWC00173843-67.
463  *See* FWC00173841.
464  *See* FWC00173818; FWC00173822-26; FWC00182311-12.
465  *See* FWC00182313.
466  *See* FWC00182316.
467  *See* FWC00172046.
468  *See* FWC00172129-32.
469  FWC00172346.

82

Temarii called an informal OFC Executive Committee meeting.[470] According to a contemporaneous account by an OFC member who attended the meeting, Mr. Temarii expressly connected the outcome of the vote to the aid that would flow to OFC. According to the message, Mr. Temarii "explained he will likely not appeal the decision. He said that if he did, we would lose the 2nd Dec vote and *we would miss out on important assistance for the region.*"[471] It thus appears Mr. Temarii believed OFC's receipt of "important assistance" was contingent on his World Cup vote.

In addressing the issue of OFC funding discussed above, FFA highlighted to the Investigatory Chamber the Australian government's history of supporting the region, and stated that FFA felt obligated to support OFC financially when it left the confederation in 2006.[472] FFA conceded that there was "no question" Mr. Temarii "sought to capitalise on the fact that we were bidding for the World Cup to obtain increased support for football development projects in OFC," and that in providing support, FFA "also sought to present ourselves favourably in the region, confirm the expected support of the OFC."[473] In a theme echoed by other bidders during this inquiry, FFA also cited the "football development" guidelines to justify payments driven by the desire to provide a benefit to a voting Executive Committee member, stating it intended to "use this contribution [to OFC] in [FFA's] Bid Book as one of our tangible examples of meeting the bidding criterion in this area."[474]

Evidence indicates that Mr. Temarii sought to leverage his status as a member of the Executive Committee to obtain financial support for OFC from a bidding nation, Australia. While there is no evidence that Mr. Temarii intended this for personal gain, his requests and Australia's acquiescence helped create the appearance that benefits were conferred in exchange for a vote, thus undermining the integrity of the bidding process.

## 2.    *CONCACAF and the Center of Excellence*

OFC was not the only confederation to benefit from the FFA's view of the "football development" requirement. On or about September 23, 2010, FFA transferred AUD $500,000 (approximately USD $462,200)[475] to a bank account purportedly controlled by CONCACAF. The money was intended to benefit the Center of Excellence ("COE") sports facility in Trinidad and Tobago. Subsequent investigation by the CONCACAF Integrity Committee (the "Integrity Committee") revealed numerous irregularities associated with CONCACAF's finances, including that the funds that the FFA provided were accounted for neither in CONCACAF's

---

[470]  *See* Part X(G)(3).
[471]  FWC00173730-31 (emphasis added.)
[472]  *See* FWC00180631.
[473]  FWC00180631.
[474]  FWC00180631.
[475]  All currency conversions in this Report are calculated based on the conversion rates during the relevant period.

MEF000309

general ledger nor on its financial statements, and that CONCACAF President Jack Warner "comingled his personal funds in the same account to which the FFA payment was deposited."[476] The Integrity Committee was therefore unable to determine how FFA's funds were spent. For these reasons, the Integrity Committee concluded that Mr. Warner obtained FFA's donations by fraud and misappropriated the funds for his personal use.[477]

The CONCACAF investigation did not examine the activities of FFA or the members of the Australian bid team in connection with the AU$500,000 payment.[478] In April 2013, FFA issued a statement defending its actions:

> This funding related to the mandatory FIFA World Cup bidding criteria. FFA was required to demonstrate its credentials in the area of international development. . . . All [funding was] reported to the Australian government. The funds were allocated from FFA's international football development budget at the time and were not part of government funds provided to the World Cup bid.[479]

FFA's attempt to again shield its conduct behind a "mandatory bidding criteria" is inconsistent with both the plain language of the bidding requirements for football development and the facts the Investigatory Chamber's inquiry uncovered.

FFA consultant Peter Hargitay highlighted his relationship with Mr. Warner, who in addition to serving as CONCACAF's President was also a Vice President on the FIFA Executive Committee, to Australian bid officials. A November 2009 message from Mr. Hargitay is illustrative. Mr. Hargitay forwarded Australia 2022 General Secretary Ben Buckley and other bid officials an email from Mr. Warner disclosing rather innocuous information concerning England's bid team, and he wrote in his cover message, "How good is our relationship with Jack??????????"[480] Publicly, too, Mr. Hargitay was perceived as having influence over Mr. Warner. An October 2010 report, for example, noted that "Hargitay is considered close to controversial FIFA committee member Jack Warner, who is from Trinidad and wields huge power in Caribbean football circles."[481]

The Center of Excellence is a complex of sports facilities, including Marvin Lee Football Stadium.[482] Although Mr. Warner presented the COE to Australian football officials and others as being owned by and associated with CONCACAF,[483]

---

[476] FWC00173582; *see* FWC00173544-687.
[477] *See* FWC00173648-49.
[478] *See* FWC00173648-49.
[479] FWC00184353.
[480] FWC00120468; *see also* FWC00120878-79; FWC00121812-13; FWC00120458-60; FWC00120379-81; FWC00120364-65.
[481] FWC00180527.
[482] *See* FWC00173573.
[483] *See, e.g.,* FWC00119705; FWC00181997; FWC00173648-49.

MEF000310

he in fact held title to the land through companies unrelated to CONCACAF that he controlled.[484]  Evidence produced in this inquiry demonstrates that Mr. Warner used his status as an Executive Committee member to pressure bidding nations for favors and other benefits, as his multiple requests for favors from the English bid team demonstrate.[485]  When Mr. Warner sought financial support for a purported stadium upgrade at the COE in Trinidad, Mr. Hargitay acted to bring that request to the Australian bid team and broker a deal.[486]

Mr. Warner suggested through Mr. Hargitay that FFA provide financial support for the upgrade of the football stadium at the "CONCACAF" Center of Excellence.[487]  According to design plans, the project would, among other renovations, expand the stadium's seating capacity from 1,250 to 10,000 seats, replace the roof, expand and upgrade a media facility and VIP lounge, build a new parking garage, and install new flood lights.[488]

Members of the Australian bid team, including Mr. Hargitay, traveled to Trinidad three times in 2010 in connection with the COE development project.[489]  In August, a delegation comprising Head of International Relations and Corporate Affairs John Boultbee, International Development Manager Sam Hemphill, and Australian infrastructure consultant Tom Sloane visited the Center of Excellence to assess the feasibility of and costs associated with the stadium upgrade.[490]  The group met with Mr. Warner, Center of Excellence CEO Ken Emrith, a local project engineer named Derek Hamilton, and other CONCACAF and COE representatives.[491]

In an interview with the Investigatory Chamber, Mr. Boultbee described an incident from the August trip that highlights the suspect nature of the COE funding request and the warning signs known to the bid team.  During the trip, Mr. Boultbee and the other members of the Australian delegation toured the Center of Excellence, while discussing what Messrs. Emrith, Hamilton, and Warner estimated that the project would cost—approximately $5 million.[492]  Mr. Boultbee recalled that the Australian delegation was "taken to a Chinese restaurant for lunch with Jack Warner," who then left before the meal ended.[493]  Shortly thereafter, Mr. Boultbee said, Mr. Emrith asked to speak privately with Mr.

---

[484]   *See* FWC00173645; FWC00173574-75.

[485]   *See* Part VII(A).

[486]   *See* FWC00173324; FWC00182132; FWC00182200-01.

[487]   *See* FWC00173324.

[488]   *See* FWC00173503-04.

[489]   *See, e.g.*, FWC00173257 (May 2010); FWC00119710 (August 2010); FWC00173243 (September 2010).

[490]   *See* FWC00173492; FWC00182205.

[491]   *See* FWC00173492; FWC00173494.

[492]   *See* FWC00182241-42.

[493]   FWC00182239-40.

Boultbee.[494]  According to Mr. Boultbee, Mr. Emrith then "said, '[L]ook, we need the $5 million for development *before the bid*,'" meaning before the December 2, 2010 World Cup vote.[495]  In response, Mr. Boultbee said, he explained to Mr. Emrith that Australia would not provide any "money apart from money that might come out of the existing government support in the Caribbean," and that before requesting those funds for COE upgrades "we have to do this planning and design exercise so that we can see whether this is something we can put up to the government."[496]  Mr. Boultbee said he later told Mr. Buckley that while "they pushed for money before the bid," he had told them "it's not going to happen."[497]

After the August trip, Mr. Emrith and the local project engineer, Derek Hamilton, continued pressuring the Australians to transfer funds.  On August 31, 2010, Mr. Hamilton emailed the Australian infrastructure consultant, Mr. Sloane, copying Messrs. Warner and Emrith, and proposed that "the disbursement be in two parts:  1.  Immediately  2.  By the end of September 2010."[498]  Two days later, Mr. Emrith wrote to Mr. Boultbee to ask "how soon the transfer could be arranged," explaining that he wanted "to begin construction on October 1st" and needed to make a "guaranteed payment . . . for the preliminary works."[499]

According to Mr. Boultbee, the Australian bid team agreed—over Mr. Boultbee's dissent[500] and despite knowing of Mr. Boultbee's experience in Trinidad[501]—to provide AU$500,000 for a project plan and design for the stadium upgrade, in addition to the costs FFA paid its infrastructure consultant.[502]  According to FFA's senior management, because the stadium upgrade project still lacked the necessary "development" aspects for Australian government funding, FFA paid AU$500,000 from its own bid funds[503]—contrary to FFA's spokesperson's representation in response to the CONCACAF Integrity Committee report as cited above.[504]

In a letter to Warner on September 15, 2010, FFA sought to "reaffirm [FFA]'s ongoing support for and commitment to the development of the CONCACAF Centre of Excellence."[505]  The letter confirmed that FFA would "now provide AU $500,000 (attaching a bank draft in the US Dollar equivalent) to ensure the project is able to

---

[494]     *See* FWC00182240.
[495]     FWC00182240 (emphasis added).
[496]     FWC00182240.
[497]     FWC00182244.
[498]     FWC00173527.
[499]     FWC00119707.
[500]     *See* FWC00182217-18.
[501]     *See* FWC00182245.
[502]     *See* FWC00182212; FWC00182217-18.
[503]     *See* FWC00182211-12; FWC00181995.
[504]     *See* FWC00184353.
[505]     FWC00122146-47.

86

commence immediately."[506]  That amount was "specifically for the preliminary work required for the development of the CONCACAF Centre of Excellence," including, for example, "consultants, project management, design and construction briefs prior to the commencement of construction."[507]  In addition to the immediate payment of AU$500,000, FFA promised to provide an additional AU$4.5 million beginning in early 2011, to be paid in "installments in accordance with the project's cash flow requirements."  The $4.5 million contribution was subject to approval by the Australian government.[508]

On September 16, 2010, Mr. Emrith sent Messrs. Boultbee and Hemphill wiring instructions for a bank account in the name of CONCACAF.[509]  FFA wrote a check for AU$500,000 to CONCACAF,[510] which Mr. Hargitay personally delivered, along with the September 15 letter, to Mr. Warner in Trinidad.[511]  The check was deposited into a bank account in Trinidad on or about September 23, 2010.[512]

The AU$500,000 check and pledge of an additional AU$4.5 million beginning in 2011 were not enough to ensure the proper result according to Mr. Hargitay, who pressed Australia 2022 to provide additional funding before the December 2010 vote.  On October 12, less than a month after the AU$500,000 payment was made, Mr. Hargitay wrote to Mr. Boultbee, copying Mr. Lowy:

> Where are we with Centre of Excellence funding?  I just received a pretty dismal email from J[ack Warner] who says that the project is about to collapse as a result of funds.
>
> Can we assi[s]t with a second tranche?  If so, when?
>
> We cannot afford to lose out.  Not now.
>
> Please advise.[513]

Mr. Boultbee responded that he was "[a] bit confused" given that the September 15, 2010 commitment letter to Mr. Warner, which Mr. Boultbee attached to his message, was "specific about timing of support."[514]  Mr. Hargitay followed up with more explicit warnings about the consequences further delaying the payments would have on Australia's bid:

---

[506]   FWC00122146-47.
[507]   FWC00122146-47.
[508]   FWC00122146-47.
[509]   *See* FWC00173541-42.
[510]   *See* FWC00173543.
[511]   *See* FWC00182210; FWC00173243; FWC00182131-32.
[512]   *See* FWC00173582.
[513]   FWC00122148.
[514]   FWC00122139.

MEF000313

That's all good and lovely theory, John.

*Jack will not wait until January for installments to flow.*

He'd rather cancel the entire project than be unable to continue work.

We are in October, John, which means that the Centre has to stall all work for three months at least.

It is quite lovely to submit a schedule but it is quite useless to stick to our own suggestions if they fail to satisfy the needs on location.

*In the interest of our collective work, I invite you with some urgency, to review the scheduled payment plan and make another tranche available rather yesterday than tomorrow.*

The initial AUD 500 have been recognised as support *but certainly will not do the trick.*

Suggest we replace bureaucracy and our own approach by the reality we are faced with.

And that reality is certainly not served by a protracted approach that will kick in in January.

We have a matter at hand that needs to be recognised.  It appears to me that the urgency is not being recognised.

*I'd hate to loose [sic] because we put bureaucracy before pro-action.*[515]

In late 2010 and early 2011, Mr. Boultbee and other Australia 2022 officials tried to follow up with Mr. Hamilton or Mr. Emrith to discuss the status of the project plan and design.[516]  Mr. Emrith represented that he was "no longer with CONCACAF"—and that he "spoke to Mr Warner who advised that previous meetings have been held on this same matter and that no useful purpose will be served in any future meetings."[517]  Mr. Hamilton did not respond to FFA's inquiries.[518]  Australia did not provide any additional funding to the COE.[519]

---

[515] FWC00122134 (emphases added); *see also* FWC0012134-38; FWC00182215.
[516] *See* FWC00182259-60; FWC00128256.
[517] FWC00128256.
[518] *See* FWC00182260.
[519] *See* FWC00180631-32.

MEF000314

Mr. Warner, the longest serving member of the FIFA Executive Committee, resigned from that position and as President of CONCACAF in June 2011 amid allegations that Mohamed Bin Hammam had paid cash bribes to delegates to a CFU conference Mr. Warner had organized.[520]  Subsequently, as discussed above, the CONCACAF Integrity Committee's investigation revealed widespread misconduct by CONCACAF officials, including Mr. Warner.

With respect to the COE, the report uncovered, among many other irregularities, that Mr. Warner actually owned the parcels of land on which the COE was built.[521]  It also found that Mr. Warner had formed partnerships and opened personal accounts in names that included "Concacaf" and "Center of Excellence," then used those accounts to receive funds intended for the COE.[522]  Mr. Warner mortgaged the COE property at least twice, yet no records related to how he spent the loan proceeds could be located.[523]  Throughout this period, which spanned 1995 to 2011, Mr. Warner represented that the COE was owned by CONCACAF.

The Integrity Committee also found that "on or around September 23, 2010, FFA provided $462,000 [USD] to CONCACAF to support an upgrade . . . of the COE.  These funds were provided through Australia's International Football Development program in connection with its 2022 World Cup bid."[524]  The fate of the FFA funds was consistent with what the CONCACAF investigation revealed was a pattern of fraud and misappropriation by Mr. Warner.  While FFA wrote a check to CONCACAF, the funds were comingled in an account with Mr. Warner's personal funds.[525]  The funds were neither accounted for in the CONCACAF general ledger nor reported as income in the CONCACAF's financial statements.[526]

FFA's defense of its AU$500,000 payment has consistently been that (1) this was football-development funding consistent with, if not required by, FIFA guidelines; and (2) FFA had no way of knowing Mr. Warner was misappropriating the funding because by all indications, COE was owned by CONCACAF.[527]  The first argument is a misstatement of the bidding guidelines; the second is for the most part irrelevant to an examination of the propriety of the payment.

As discussed above, the football-development requirements called for each Bid Book to "describe in detail the manner in which the Bid Committee intends to ensure that the hosting and staging of the FIFA World Cup™ will contribute to the development of football in the Bidding Country as well as worldwide in a

---

[520]  *See* FWC00173558; FWC00174125-29.
[521]  FWC00173575.
[522]  FWC00173577-78.
[523]  *See* FWC00173585.
[524]  FWC00173581.
[525]  FWC00173581.
[526]  FWC00173581.
[527]  *See* FWC00180630-32; FWC00181997-98; FWC00182001-02; FWC00182125; FWC00182129-32.

89

MEF000315

sustainable manner and in alignment with FIFA's permanent activities and initiatives in this field."[528]  Australia is not alone in attempting to distort this requirement that bid teams propose worthwhile legacy development projects to justify "investments" aimed at benefiting Executive Committee members and their home countries.[529]

Standing alone, such conduct is wrong because it creates at least the impression that the benefit was provided for an improper purpose.  In this case, evidence in the record indicates that a desire to influence Mr. Warner's vote in the Australian bid's favor motivated this contribution to the COE.

Mr. Boultbee's experience in Trinidad when Mr. Emrith expressly stated that they needed the "football development" money "before the bid" evinced a view by at least Mr. Warner that the money was linked to his vote.  Moreover, Mr. Hargitay spelled out the connection between the timing of the payments and what he described as "*our collective work,*" even warning "that reality" was "not served by a protracted approach that will kick in in January"—*i.e.*, after the FIFA Executive Committee's December 2010 decision.

The Investigatory Chamber asked Mr. Hargitay to describe any role he played "in discussions or decisions concerning funding or other payments for the Center for Excellence in Trinidad & Tobago or any related project, including without limitation any role you played in discussions or decisions concerning the timing of such funding or other payments."[530]  In response, Mr. Hargitay asserted:

> As to my role in the Warner matter, it was I who first listened to his request for support of the CONCACAF Centre of Excellence, which request I subsequently shared with the FFA, Mr. Lowy and Ben Buckley and finally Mr John Boutlbee [sic] who was in charge of international relations at the FFA. Given the Australian Government's initiative to support the Caribbean Region . . . with funding of socially relevant projects, the FFA felt that it was in the interest of Australia's legacy to offer support to CONCACAF.[531]

There is no acknowledgment in Mr. Hargitay's response of his admonitions regarding the timing of the funding for this particular "socially relevant project"— namely, his linking of the payment with Australia's chance of success in the bidding competition.[532]

---

[528]  FWC00003929.
[529]  *See, e.g.*, Parts X(C), VII(A).
[530]  FWC00173329.
[531]  FWC00173324.
[532]  Mr. Hargitay's written response went on to say that "[f]or the avoidance of any doubt, . . . Warner made it clear to me and I in return to Lowy, that he was NOT going to vote for Australia in the first round, no matter what, nor in any other round as long as the USA were in the running," and that

MEF000316

The record provides significant evidence that the AU\$500,000 was paid with the intention of influencing Mr. Warner's World Cup vote. Australia's bid team perceived the payment as a benefit for Mr. Warner, as did Mr. Warner himself. Whether the bid team knew Mr. Warner would later misappropriate the money or that the COE project itself was designed for such purposes by Mr. Warner does not change these facts.

### 3.    The U-20 Trinidad and Tobago Team's visits to Cyprus

On June 30, 2010, the Australian newspaper *The Age* reported that FFA had "paid for a Caribbean football team linked to FIFA Vice President Jack Warner to travel to Cyprus last year."[533]  Later that day, FIFA sent FFA a letter requesting more information about that report and about other allegations concerning Australia's bid team.[534]  Australia 2022 General Secretary Ben Buckley responded to FIFA on July 2:

> Australia's U-20 team was invited to a four nation tournament in Venezuela. Given that Australia would therefore be in the vicinity of Trinidad, which had, like Australia, qualified for the FIFA U-20 World Cup, Australia committed to playing a match against Trinidad and Tobago in Trinidad in conjunction with that tournament.  It transpired that the Australian team then did not travel to Venezuela (as the tournament organiser could not confirm the tournament in time) and travelled instead to Argentina for a tournament.  The FFA considered sending the team from Argentina to Trinidad to meet the commitment to play the match, but because of the expense and flight timetable difficulties, it was agreed between the Trinidad and Tobago FA and the FFA, that the two countries would instead play in Cyprus, where Australia was in training camp just prior to the FIFA U-20 World Cup.  Trinidad and Tobago had to make a special detour on its route from London to Egypt to travel to Cyprus for this, and FFA contributed to their expenses, in line with the commitment FFA had made for its team to play the Trinidad and Tobago team.[535]

That explanation omitted key details about how FFA came to cover the Trinidad & Tobago team's costs.

---

Warner would consider Australia only "in the event the USA had dropped out" before the final round of voting.  *See* FWC00173324. Mr. Hargitay further asserted that "no deal was ever made with Warner nor with any other Member of the ExCo."  *See* FWC00173324. Mr. Hargitay's purported assessment to Mr. Lowy of Mr. Warner's intentions does not appear in the email communications produced by the FFA in this investigation.

[533]  FWC00118339.

[534]  *See* FWC00118338.

[535]  FWC00118329.

MEF000317

According to the email correspondence, Mr. Warner, who is from Trinidad & Tobago, first proposed arranging a friendly match between U-20 teams from FFA and the Trinidad & Tobago Football Federation ("TTFF") in March 2009.[536] In an email to Mr. Buckley on March 26, 2009, Australia 2022 consultant Peter Hargitay wrote: "Jack offers to play the U20 T&T team vs. Australia's either in Trinidad or Australia prior to the Egypt World Cup. If there is a chance to do so, we should try."[537] FFA sought to play the match in Trinidad, first timing it to coincide with its U-20 team's planned trip to a tournament in Venezuela,[538] then, after the Venezuela event was cancelled in June 2009, by offering to play in a four-team tournament in Trinidad and Tobago in late July and early August.[539] Mr. Warner notified Mr. Buckley on June 23, 2009 that he welcomed the idea, and he promised to "get back to you with more details and a formal agreement . . . in the next couple days."[540] More than a week passed with no word from Mr. Warner, however, and soon FFA received an offer to enter a tournament in Argentina, which it accepted.[541]

On July 9, 2009, FFA and TTFF officials agreed to play the U-20 game in early August in Cyprus, a location both sides agreed was convenient, with Cheryl Abrams of TTFF noting that "Cyprus would work best for our Team also, seeing that we will be in the region, and en route to Egypt."[542] Almost immediately, Messrs. Warner and Hargitay began asking FFA to pay the TTFF team's travel costs. Ms. Abrams forwarded her correspondence with Mr. Boultbee to Mr. Warner later on July 9 and wrote, "With regards to costs etc, I will leave that to you, lol."[543] Mr. Warner forwarded the email chain to Mr. Hargitay along with this message:

> [A]s you can see from the exchange of emails, logistically, it is best for both Australia and T&T to play one match in Cyprus. T&T is prepared to travel to Cyprus but *will need the [FFA] to assist us with the cost of travel from England to Cyprus as well as with the cost of accommodation there.*
>
> Since Australia has agreed to pay its [own] airfare and accom[m]odation in T&T, can they now, in turn, assist T&T as requested above? Believe me, I take care of all T&T's football expenses and when I say that, presently, I am stretched financially, believe me, I am.[544]

---

[536] *See* FWC00121667.

[537] FWC00121667 (emphases added.)

[538] *See* FWC00121239; FWC00182190.

[539] *See* FWC00121238-44; FWC00119693.

[540] FWC00121162.

[541] *See* FWC00121161-64; FWC00182190-91.

[542] FWC00121133.

[543] FWC00121114-15.

[544] FWC00121114 (emphasis added).

MEF000318

In an email to Mr. Buckley just one day earlier, Mr. Hargitay had predicted that "they may ask for a 'contribution' to the TT team's travel costs."[545]  When Mr. Warner did so, Mr. Hargitay forwarded the request to Mr. Buckley and urged him to grant it:

> Dear Ben
>
> I was expecting this.
>
> What can be done?
>
> *I make sure there is a quid pro quo, believe me.*
>
> Please advise and I take it further. *I can pick up costs and invoice back as "marketing costs".*  I would assume that we are looking at GBP 30-40K at the most, possibly less.
>
> Pls advise.[546]

FFA agreed to pay, and Mr. Hargitay shared the good news with Mr. Warner, writing an email on July 15, 2009 with the subject line: "Costs accepted."[547]

On August 31, 2009, Mr. Hargitay conveyed another request by the TTFF: three extra nights of hotel accommodations for the TTFF delegation, in addition to the six nights that the FFA had already agreed to cover.[548]  Mr. Hargitay again told Mr. Buckley the benefit FFA could expect in return was worth the cost:

> Hello dear friend
>
> Soon see you. Good! Have lots of excellent news:-)
>
> This one not so good: TT U20 require 9 nights hotel for the team, FFA offered 6 (I understand: 1 week)
>
> Can we amend please? *Those few Pounds won't hurt but WILL make a difference! Trust me on this one.*
>
> Pls advise asap
>
> Peter[549]

---

[545] FWC00121135.
[546] FWC00121117 (emphases added).
[547] FWC00121105.
[548] *See* FWC00121001.
[549] FWC00121001 (emphasis added).

93

The following day, Mr. Hargitay reported to Mr. Warner that Mr. Buckley "will advise his team . . . to cover the costs for an additional 3 days for your U20 team in Cyprus."[550]  In thanking Mr. Hargitay, Mr. Warner made yet another request, asking whether FFA would cover "the cost of the agreed airfare in Cyprus as well."[551]  Buckley responded a few days later that this expense, too, "has been taken care of."[552]

Invoices confirm that the Australian bid team paid for nine nights of hotel accommodations and airfare from London to Cyprus, and then from Cyprus to Cairo, for the 34-person TTFF delegation, as well as two equipment rooms, for a total of €60,420 (approximately USD $89,379).[553]

The innocuous-sounding explanation in Mr. Buckley's July 2, 2010 letter to FIFA omitted any mention of Mr. Warner's requests for escalating financial support of the TTFF U-20 team, of Mr. Hargitay's statement assuring Australia 2022 that if it covered TTFF's travel expenses he would "make sure there is a quid pro quo,"[554] of Mr. Hargitay's proposal to disguise those "quid pro quo" expenses as Mr. Hargitay's own "marketing costs," and of Mr. Hargitay's subsequent promise that paying still more costs for the team from Warner's association "WILL make a difference!"  Those points are strong evidence that FFA made improper payments intended to influence the vote of an Executive Committee member.

In response to questions posed by the Investigatory Chamber, Mr. Hargitay described his role in arranging the TTFF U-20 team's travel as "that of an intermediary."[555]  He continued:

> All these arrangements were made directly between Ben Buckley, his staff and the TTFF and *I had not part in arranging, organising or assisting in the matter*, other than passing on Warner's ongoing complaints to Buckley that this, that or the other had not been done.  Buckley and his FFA team, and the FFA's travel agency in Sydney, dealt with everything.  *ecn/myself were not party to any details nor agreements.*[556]

---

[550]  FWC00120985.

[551]  FWC00120985.

[552]  FWC00120985.

[553]  *See* FWC00119726-27.  Mr. Buckley approved the invoices, and added a hand-written note:  "*Pls note:  this is to be coded to National Teams for now."  The Australian bid team's final audit of bid funds, submitted to the Australian government, did not list this trip among its specific CSR, development, or travel expenditure; other such expenditures it listed were significantly less expensive.  *See* FWC00179724-61.

[554]  FWC00121133.

[555]  *See* FWC00173324.

[556]  FWC00173324 (first emphasis added; second emphasis original).

94

Contrary to Mr. Hargitay's representation, his own emails show he was deeply involved in the discussions surrounding the U-20 team, from selecting flights[557] to proposing ways to conceal the costs of providing additional financial support to the TTFF team.[558]  His exhortation to the bid team to "trust me on this one" is evidence that he was the guiding hand in making the arrangements as a means of influencing Mr. Warner's vote.

4.    *Targeting African Countries with Ties to Executive Committee Members.*

The record shows attempts by Australia 2022 to direct funds the Australian government set aside for existing AusAID projects in Africa toward initiatives the bid team believed would advance its bid to host the 2022 World Cup.[559]

In October 2010, a public report stated that Australia 2022 "planned to fund development projects in Africa as part of efforts to win over African executive committee members."[560]  The report cited an internal bid team document dated September 2009 as referencing a strategy to "identify relevant development projects to support Africa Exco members."[561]

The FFA produced that document and related communications to the Investigatory Chamber.[562]  Those documents show that on September 1, 2009, Australia 2022 General Secretary Ben Buckley sent Peter Hargitay, Andreas Abold, and Michaela Radmann[563] an agenda for an upcoming bid meeting and a document titled "Summary of Action Items."[564]  The "Action Items" listed under "CAF Review" were the following:

- Cameroon

- Cote d'Ivoire

- Nigeria

- Egypt

- Australian assets and relationships in Africa

- Identify relevant Development projects to support Africa Exco members

---

[557]  *See* FWC00121093-97.
[558]  *See* FWC00121135.
[559]  *See* FWC00182235-38; FWC00122309.
[560]  FWC00185131-32.
[561]  FWC00185131-32.
[562]  *See* FWC00120996-97.
[563]  Ms. Radmann worked with, and often communicated on behalf of her husband, Fedor Radmann.  *See* Part V(B).
[564]  FWC00120995.

95

- Identify Australian Commercial partnerships in Africa that can be assets[565]

The "action" apparently contemplated with respect to CAF was to use "[d]evelopment projects" to target the four African countries represented on the Executive Committee. Consistent with that approach, on July 29, 2010 Australia 2022 Chairman Frank Lowy wrote FIFA Executive Committee Vice President Issa Hayatou of Cameroon a letter "confirm[ing] our commitment to projects discussed with you in Cameroon during the week of July 19, 2010," and declaring that FFA and AusAID were "prepared to launch our joint initiative with a budget of 4 million dollars."[566] The letter listed five bullet points describing "proposed practical projects, which may be pursued with the help of FFA and AusAID."[567] Four of the five bullet points described potential development initiatives or charitable activities without mentioning any specific country. The lone bullet that did so stated:

> Support CAF efforts in training coaches, referees and technical personnel in various locations throughout Africa (*primarily in Cameroon, Ivory Coast, Nigeria and Egypt in a first phase*).[568]

Those four countries were the same ones listed in the September 2009 "Action Items"—the only African nations that were home to a member of the FIFA Executive Committee.

The bid team's efforts to arrange development projects in Africa before the World Cup vote continued. In late August, Mr. Lowy wrote a letter to Mr. Hayatou proposing a meeting between Australian delegates and Mr. Hayatou or his staff to "more clearly define the various proposed projects" and "accelerate our planning and implementation of the projects."[569] FFA's Head of International Relations and Corporate Affairs, John Boultbee, presented a development proposal to the CAF Executive Committee in late September.[570] The following week, Mr. Hayatou acknowledged Mr. Lowy's prior correspondence and invited FFA to discuss a potential development project in further detail in February 2011:

> I refer to your previous correspondences sent on July 29th and August 26th 2010 regarding Australia's commitment to football and social development throughout Africa, and I am delighted to see Australia's strong will at the highest level to implement various projects within the Continent.

---

[565] FWC00120996 (emphases added).
[566] FWC00166791-92.
[567] FWC00166791.
[568] FWC00166791 (emphasis added).
[569] FWC00119815-16.
[570] *See* FWC00119601.

MEF000322

> I am delighted to inform you that the CAF Executive Committee in
> its meeting on September 23rd 2010 examined your proposal and
> we suggest meeting with your representatives on February 23rd,
> 201[1] in Khartoum, Sudan, at the occasion of the CAF General
> Assembly.[571]

Notably, Mr. Hayatou's proposal would have delayed further discussions about
development initiatives until after the bidding process.

Australia's bid team sought to accelerate that schedule.  On November 10,
2010, Mr. Boultbee informed CAF Secretary General Hicham El Amrani via email
that "our government representatives are visiting Africa late in November and are
keen to consider some football-related projects in Africa."[572]  Noting that "President
Hayatou has invited us to Khartoum in February to discuss the project," Mr.
Boultbee warned he was "concerned that if we do not get some projects on the
government agenda when they visit in November, we might miss out on some of the
government funding that is available."[573]

In an interview with the Investigatory Chamber, Mr. Boultbee acknowledged
that Australia 2022 officials determined "it was appropriate to try and target those
countries" with Executive Committee members "prior to the vote."[574]  He
emphasized, however, that FFA considered supporting development initiatives only
in African countries where the Australian government had existing projects, and
that those countries happened to include the four African nations represented on
the FIFA Executive Committee.[575]  Asked about the FFA's repeated attempts to
coordinate with CAF in the fall of 2010, Mr. Boultbee said FFA "felt that we were
not doing enough in Africa."[576]  He noted that representatives from other bid teams
made presentations to CAF on the same day he did in September 2010.[577]

The record indicates that certain CAF Executive Committee members
apparently perceived Mr. Lowy's proposal to Mr. Hayatou as an attempt to
influence the World Cup vote.  During conversations with undercover reporters in
October 2010, CAF Executive Committee member Amadou Diakite, referencing Mr.
Lowy's proposal, remarked that "the Bid Committee of Australia for example, has
proposed $4 million. . . . And this is not accidental, because it is there where four
African countries, and the projects they have proposed in these four countries will
be there.  They suggested it officially."[578]

---

[571] FWC00119812.
[572] FWC00119601.
[573] FWC00119601.
[574] FWC00182238.
[575] *See* FWC00182236-37.
[576] FWC00182246-47.
[577] *See* FWC00182247-48.
[578] FWC00171978.

MEF000323

Amos Adamu of Nigeria, who was a FIFA Executive Committee member during the bidding process until his suspension for Code of Ethics violations shortly before the December 2, 2010 vote, brought a copy of Mr. Lowy's July 2010 letter to Mr. Hayatou to his interview with the Investigatory Chamber.[579] After reading the letter aloud, Mr. Adamu pointed out that the four countries Mr. Lowy identified were the respective homes of the four CAF representatives on FIFA's Executive Committee. "So basically they want to develop these things for people there and assist with other projects," Mr. Adamu said. "This is what this letter is all about."[580] Mr. Adamu explained that he was sharing the letter with the Investigatory Chamber "for you to know that when people lobby they make promises."

In response to questions from the Investigatory Chamber, FFA provided a brief description of the proposals in Mr. Lowy's letter and the subsequent correspondence between Messrs. Lowy and Hayatou.[581] With regard to the outcome of the development proposals, FFA stated: "Due to a lack of commitment from UNICEF and the Australian Government (AusAID) in relation to FFA's proposed development initiatives in Africa, FFA had neither the financial capacity nor the commitment of essential partners to implement these programs. As a result the meetings between FFA and CAF did not proceed."[582] FFA described other CSR and football development activities it undertook in Africa before the December 2, 2010 vote, such as a $146,000 donation to Tygerburg Children's Hospital in South Africa in December 2009, and an $87,000 donation for LapDesks to African schools in June 2010.[583]

### 5.   Conclusion

These examples of "football development" reveal a disturbing pattern. When asked about the issue of international football development and the bidding process, FFA stated:

> Much has been made of this topic, obviously not just in relation to Australia's bid, but in the context of the overall bidding process. There is probably general consensus that the process is flawed in this respect and requires serious re-visiting. The policy behind FIFA requiring a bidding nation to demonstrate its commitment and the benefits that will flow for international football development from its hosting of the tournament is understandable. However it clearly causes uncertainty over how to demonstrate this commitment and what is acceptable in terms of supporting

---

[579]  *See* FWC00182929; FWC00182940-42.
[580]  *See* FWC00182940-42..
[581]  *See* FWC00119821-22.
[582]  FWC00119822.
[583]  *See* FWC00119820.

MEF000324

international football development projects during the bidding process and creates an environment for speculation and potential abuse.[584]

FFA's approach to funding development projects in Africa and elsewhere is a further unfortunate example of bid teams using money that should be awarded based upon humanitarian considerations to curry favor with officials eligible to vote on December 2, 2010.  The bidding guidelines requiring requiring candidates to support development efforts cannot be fairly read to encourage such behavior.[585]  FFA's statement that there was "uncertainty as to how to demonstrate that commitment" is not credible.  Far from seeming "uncertain[]," Australia 2022 appears to have reached the firm conclusion that it could best "demonstrate [its] commitment" by targeting development projects in areas home to FIFA Executive Committee members.  It was not the only bid team to reach that conclusion or to offer that defense.[586]

## VI.   BELGIUM/HOLLAND 2018

The Belgium/Holland bid team provided full and valuable cooperation in establishing the facts and circumstances of this case.  Witnesses were made available for interviews; documents were produced; and follow-up requests were likewise accommodated.  No issues were identified.

## VII.   ENGLAND 2018

England 2018 provided full and valuable cooperation in establishing the facts and circumstances of this case.  Witnesses were made available for interviews, documents were produced, and follow-up requests were accommodated.  To the extent this Report identifies conduct by England 2018 that may not have met the standards set out in the FCE or the bid rules, culpability is mitigated by the fact that these issues were uncovered largely as a result of its cooperation.

### A.   Efforts to Gain the Support of Jack Warner

England 2018 placed particular emphasis on winning over Jack Warner, who was then a FIFA Vice President and the CONCACAF President.  According to bid team CEO Andy Anson, Mr. Warner was one of three Executive Committee members—along with Mohamed Bin Hammam and Issa Hayatou—who "had a disproportion[ate] amount of power in terms of voting.  You know, they really did control blocks of votes, and so if you didn't have them backing you, then you really didn't have much of a bid in the first place."[587]Warner sought to exploit that

---

[584]   FWC00180630.
[585]   *See* FWC00003929.
[586]   *See* Parts VII(A), X(C), and XVI(F)(7).

[587]   FWC00184713; *see also* FWC00184703; FWC00184576.

99

perception of his power, showering England's bid team with inappropriate requests. The bid team often accommodated his wishes, in apparent violation of bidding rules and the FIFA Code of Ethics.

### 1. Richard Sebro

In 2009 and again in 2010, Jack Warner pressed England's bid team to help someone "I consider to be my adopted son"[588] find a part-time job. In response, England 2018's top officials not only provided this individual, Richard Sebro, with employment opportunities, but also kept Mr. Warner apprised of their efforts as they solicited his support for the bid.

Mr. Warner raised the topic with Lord David Triesman, who at the time was Chairman of the England 2018 bid, in a May 25, 2009 email. The email began with a reference to the bid—"Chairman, how are things going re the 2018 Bid? [G]enerally?"—before getting to the point::

> I need your help. My banker's son, Richard Sebro, is presently studying in England and is in dire need of a job of some kind which will be able to assist him re the payment of his fees etc. Normally I will not ask the favour of you but the kid used to work with me here in T&T before he left for study overseas and is a tremendous person all round. I really will like to help him and it is therefore under these circumstances I have come to you for assistance. I am quite sure if any hurdles exist which may militate against his immediate employment you will be able to use your best efforts to overcome them and, consequently, I extend my thanks to you for your kindness and understanding re my request.[589]

Mr. Sebro's CV was attached.[590]

Mr. Warner forwarded that email to Lord Triesman again on Sunday, June 7, this time copying England 2018 CEO Andy Anson and Director of Campaign Operations Jane Bateman, to prod him into action: "Chairman, once again, I do wish to advise you of my interest in Richard Sebro and the urgent need of some positive assistance for him."[591] The message appended a note Mr. Warner had sent Mr. Sebro promising "you'll be hearing from the FA shortly."[592] Mr. Anson responded later that Sunday. He wrote that he "discussed this with the Chairman and Jane this week," and he planned to meet with Mr. Sebro at Wembly Stadium

---

[588] FWC00125254 FWC00125540.
[589] FWC00124262.
[590] *See* FWC00124263-64.
[591] FWC00124275.
[592] FWC00124276-77.

MEF000326

soon.[593]  Mr. Warner followed up one week later by forwarding Mr. Anson that June 7 exchange, and Mr. Anson responded, "I am seeing Richard tomorrow."[594]

Ms. Bateman notified Mr. Warner on June 24, 2009 that the Tottenham Hotspur Football Club would soon offer Mr. Sebro a summer job.[595]  Mr. Warner expressed gratitude, but also pressured England 2018 to continue monitoring Mr. Sebro's employment situation.  On June 30, Ms. Bateman explained to Mr. Warner, at his request, that the Tottenham job entailed one-week stints in various departments, to which Mr. Warner responded, "I thank you for this beginning, Jane, and do look fwd to a continuation in other areas and/or clubs."[596]  Mr. Warner's gratitude was short-lived.  On July 9, he sent Lord Triesman an email, copied to Mr. Anson and Ms. Bateman, bearing the subject line "Richard Sebro":

> Chairman, I do wish to register my profound disappointment with the FA re its failure to assist Richard Sebro with gainful employment for a protracted period of time as I have kindly requested of the FA.  A promise of a few days here and a few days there is not what I had in mind Chairman and then even that has been long in coming.  While my disappointment is profound, possibly I should not have been surprised and do wish to advise that if this simple request of mine proves to be a difficulty of any kind to achieve I will understand.[597]

The bid team quickly sought to reassure Mr. Warner of its commitment to helping Mr. Sebro.  Ms. Bateman responded first, later on July 9, and explained that she was writing "on behalf of the Chairman, who is currently on leave."[598]  She advised Mr. Warner that "I have spoken to Richard and he tells me that he is more than happy," and she promised to "keep in regular touch with him to make sure that this remains the case."[599]  That seemed to mollify Mr. Warner, who responded, "Jane, if Richard is happy, then so am I."[600]  Lord Triesman nevertheless replied to Mr. Warner and the others the next day to register his willingness to address Mr. Warner's complaints about Mr. Sebro's employment.  "I hope this is now Ok and I will ask Jane to keep me posted," Lord Triesman wrote.  "Let me know if you feel there's a continuing problem."[601]

England 2018 contacted Warner in August 2009, when Mr. Sebro's time with Tottenham concluded, to advise him about the new job it arranged for Mr. Sebro.

---

[593] FWC00124278.
[594] FWC00124284-85.
[595] FWC00124303.
[596] FWC00124313.
[597] FWC00124318-19.
[598] FWC00124318.
[599] FWC00124318.
[600] FWC00124318.
[601] FWC00124318.

MEF000327

Ms. Bateman explained to Mr. Warner via email that Mr. Sebro would start working "with us at Wembley on Monday morning.  He has really enjoyed his time at Tottenham so we will be doing our best to match it!"[602]  In mid-August 2009, Mr. Warner forwarded a note from Mr. Sebro thanking Mr. Warner for his assistance:

> I thought I would thank you once again for helping me to have the opportunity to get an interesting, eye opening and pers[p]ective changing job during these summer months.  My colleagues in Wolverhampton with similar qualifications are competing for extra shifts in McDonalds and I fully appreciate the privilege not [] having to do that.

> I met with Lord Triesman yesterday and he asked for you, I had to honestly reply that I had not heard from you in some time.[603]

That Mr. Sebro enjoyed "the opportunity to get an interesting, eye opening and  pers[p]ective changing job" while his "colleagues . . . with similar qualifications are competing for extra shifts in McDonalds" demonstrates the influence that the assistance provided by the bid team had on his employment.  Mr. Sebro found a part-time, paying job in football through his close personal connection to Mr. Warner.  That relationship opened doors because of Mr. Warner's status as a member of the FIFA Executive Committee and  England 2018 officials' willingness to provide the "kind of personal advantage" or "opportunity" that Section 11.3 of the Bid Registration agreement[604] and other rules forbade.

The process repeated itself in the months before the December 2010 vote.  When Mr. Sebro found himself needing help finding a job in October 2010, he approached Mr. Warner, who again approached England 2018, which again worked to satisfy him.  Mr. Warner emailed England 2018 International President David Dein on October 16, copying Ms. Bateman.[605]  Under the subject line "Urgent Help Requested," Mr. Warner wrote that Mr. Sebro, "who I consider to be my adopted son," was looking for a job that would enable him "to save funds for his Post Study Work visa."[606]  Therefore, Mr. Warner continued, "I am seeking your kind assistance in providing him with some suitable employment that can meet some specific requirements," namely, a job in the "Wolverhampton/West Midlands area" for "20 hours per week" at a "minimum of 10 pounds per hour."[607]  Correspondence forwarded to the bid team showed that Mr. Warner had already informed Mr. Sebro

---

[602] FWC00124340.
[603] FWC00124345.
[604] FWC00003887.
[605] FWC00125540.
[606] FWC00125540.
[607] FWC00125540.

that because Mr. Warner planned to "writ[e] to David Dein of the FA now," Mr. Sebro "should be able to hear something favorable by Monday."[608]

After a week without news, Mr. Warner emailed Mr. Sebro on October 22, copying Mr. Dein and Ms. Bateman: "Richard, I am both disappointed and surprised that you have not heard anything to date.  I am therefore copying this mail to David Dein and to Jane Bateman once again."[609]  Ms. Bateman responded to Messrs. Warner and Sebro later that day, copying Mr. Dein, "to reassure you that we have been working on this request and will come back to you as soon as we have any news."[610]  On November 4, Mr. Warner wrote Mr. Dein, Mr. Anson, and Ms. Bateman that "I will have to come to terms with the reality that . . . in the simple matter of assisting Richard Sebro, you are unable to help."[611]  Ms. Bateman wrote back, "Regarding Richard, we have arranged to meet up on the 19th," to which Mr. Warner replied, "The 19th?.........well, well, well."[612]  Ms. Bateman then forwarded Mr. Warner her correspondence with Mr. Sebro about the November 19 meeting, reassuring Mr. Warner in her cover email, "Don't worry, I will look after him."[613]

Ultimately, Mr. Sebro did not have to wait until November 19 for a meeting. On November 10, Mr. Sebro emailed Ms. Bateman and Mr. Dein, copying Mr. Warner, to thank them for meeting with him.[614]  Ms. Bateman replied that "[i]t was great to see you after so long!" and that "[w]e are on the case, and I will be in touch with you with any news or updates as soon as I have them."[615]  By November 15, Mr. Sebro was emailing an official at the Aston Villa Football Club—with Mr. Warner, Mr. Dein, and Ms. Bateman copied on the message—to accept a job offer.[616]  Mr. Dein congratulated Mr. Sebro later that day, and implied that Mr. Sebro would not have obtained such a valuable opportunity without the bid team's help:

> I'm personally delighted for you and hope you make the most of this opportunity.  *You are very fortunate as there are many people who would love the chance to work at a glamorous football club in England!*  Who knows where this can take you?  Please keep me advised of your progress every couple of weeks because *I now feel responsible for you!*  Go get them![617]

---

[608] FWC00125571.
[609] FWC00125571.
[610] FWC00125571.
[611] FWC00125605.  Warner also wrote that he was resigning himself to "the reality that [Prime Minister] David Cameron will not be coming to my country on Friday November 12 as I had requested of you."  FWC00125605.
[612] FWC00125605.
[613] FWC00125606-08.
[614] *See* FWC00125625.
[615] FWC00125625.
[616] FWC00125746.
[617] FWC00125746 (emphases added).

103

Also on November 15, Mr. Dein emailed Mr. Warner to make sure he knew England 2018 had delivered.  Mr. Dein's message began with a reference to the upcoming World Cup vote:  "Hi Jack, hope you are well.  The pressure is mounting with only 17 days to go!"[618]  Mr. Dein then segued from the bidding process to Mr. Warner's request for a personal benefit:  "I trust Richard has told you his news."[619]

The extensive email communications cited above demonstrate that Mr. Warner considered this to be a personal favor—one he had every expectation would be granted by the England bid team.  It is likewise apparent from the emails that the England bid team provided this benefit with Mr. Warner's status as a voting FIFA Executive Committee member in mind.   Such action, and intent, fits squarely within the Section 11.3 definition of "any kind of personal advantage that could give even the impression of exerting influence, or conflict of interest, either directly or indirectly, in connection with the Bidding Process."[620]  Key members of England 2018 engaged in the process of finding Mr. Sebro employment and in assuring Mr. Warner that such efforts were being made.  In a number of those communications, those assurances were made alongside discussion of bid efforts.  Mr. Warner's emails evidence an attitude that he was entitled to this benefit[621].  By providing Mr. Sebro employment, England 2018 gave the appearance that it sought to confer a personal benefit on Mr. Warner in order to influence his vote.

### 2.    Joe Public

Mr. Warner also asked England 2018 for favors and benefits related to a Trinidad & Tobago football team he owned, Joe Public Football Club.  Whether England ultimately provided any benefits to Mr. Warner's club is unclear.  Email correspondence shows, however, that England football officials appeared willing to do so.

On December 16, 2009, Mr. Warner emailed Jane Bateman, the Director of Campaign Operations for England 2018, information touting the accomplishments of one Derek King, whom Mr. Warner described as "the Coach of Joe Public, my

---

[618] FWC00125750.

[619] FWC00125750.

[620] FWC00003887

[621] Mr. Warner made another request to England 2018 related to employment.  In March 2010, Mr. Warner emailed England 2018 Chairman Lord Triesman, copying Bateman, to request that he find a job for "Ms Vidwati Newton, the sister of my Political Leader and Leader of the Opposition (and the next PM of T&T), Ms Kamla Persad-Bissessar."  FWC00125003-05.  Mr. Warner assured Lord Triesman "that whatever assistance you can give will be greatly appreciated."  FWC00125003.  Mr. Warner reiterated his request to Lord Triesman by email four days later, asking Lord Triesman to "pls have a look at my request for assistance for Wattie," FWC00125006, but there is no record of any response from Lord Triesman, Ms. Bateman, or anyone else associated with England's bid.

104

club."[622]  Mr. Warner asked Ms. Bateman whether she could "assist me in getting [King] temporarily assign[e]d to a club or to undergo some additional training and coaching."  Ms. Bateman responded to signal that the England team stood ready to help.  After asking Mr. Warner to "let me know when your coach would be available to travel to the UK and how long he would want to stay,"[623] Ms. Bateman followed up the next day to request Mr. King's CV, which she explained "will help us determine what we can arrange for him which best serves his needs.  He sounds a great guy as well as a very promising coach!  We look forward to having him with us."[624]  After two weeks passed with no word from Mr. Warner, Ms. Bateman raised the issue, sending Mr. Warner "[j]ust a short note to remind you that we are ready to look after Derek, and look forward to hearing further information from you about his CV / learning requirements."[625]  Mr. Warner responded that he "shall revert to you on this,"[626] but the record does not reflect any further correspondence concerning Mr. King.

A similar back-and-forth concerning Joe Public Football Club ensued in March 2010, soon after England 2018 officials met with Mr. Warner in Trinidad & Tobago.  Ms. Bateman emailed Mr. Warner on March 10 to "[f]ollow[] up" an earlier conversation related to "support" England might give Mr. Warner's club:

> [C]an you give some more details on the assistance you are looking for [for] JPFC?  In particular, the kind of support, eg: a high quality coach to work alongside the existing staff?  Or more of a motivator/mentor for your existing coach, etc?  Please also advise preferred timing.[627]

Mr. Warner replied that he planned to "advise you on this immediately upon my return to T&T tonight,"[628] but he did not follow through.  Ms. Bateman reminded Mr. Warner on March 18 to "[p]lease let me know more details regarding the type of coach/person you need to work with your team."[629]  As in the correspondence regarding Mr. King, Mr. Warner replied that he would "revert to you on this,"[630] but there is no indication he ever did.

Later in March 2010, Mr. Warner and Ms. Bateman discussed whether England could provide more extensive benefits to Joe Public Football Club.  A

---

[622] FWC00124767 (emphasis added); FWC00173223-24.  An archived page from the club's website as it appeared in December 2008 highlighted the role "patriot and committed servant Austin Jack Warner" played in founding the Joe Public Football Club.  *See* FWC00173222.
[623] FWC00124766.
[624] FWC00124765.
[625] FWC00124765.
[626] FWC00124765.
[627] FWC00125010.
[628] FWC00125010.
[629] FWC00125010.
[630] FWC00125010.

March 26 message from Mr. Warner to Ms. Bateman concerning "Technical Assistance for Joe Public" requested what even Mr. Warner uncharacteristically acknowledged were "tall orders":

> Jane, I spoke with my club extensively on the above referenced matter and they are interested if the [] FA can only assist them with a pre season camp (*at the FA's expense*) at the FA technical centre for 25 players and 6 admin staff for JPFC to play national youth teams and club teams where possible.
>
> Joe Public FC also would like to get some expertise with marketing/ sponsorship, finance, and other administrative aspects.
>
> The above seems to be tall orders so I'm not sure about the FA's capacity to respond positively to any.[631]

England proved unable to grant all the benefits sought by Mr. Warner, though not for lack of effort.  In her initial response to Mr. Warner, sent March 29, Ms. Bateman signaled a willingness to entertain Warner's request that a "technical centre" in England accommodate Joe Public Football Club's 25 players and six staff members—all "at the FA's expense."[632]  Ms. Bateman first thanked Mr. Warner for his March 26 email, then wrote:  "Please can you confirm when your season is and preferred timing of a training camp?  Please also note that the technical centre The FA is building is not scheduled to open until 2012, hence we would look to use a club facility, if available, as we did when your U20 team camped here."[633]  After Mr. Warner replied that "[o]ur" season would begin in a month and end in December,[634] Ms. Bateman responded that only scheduling conflicts precluded her from arranging what Mr. Warner wanted:

> I have spoken at length with colleagues in the bid team and The FA.  I am afraid that your request is a 'tall order' - *but only in as far as the timing*.  Given that we are in the middle of our season, we cannot access the club facilities that we would require to host your team, nor could we guarantee any fixtures, as club teams have their fixtures already in place.
>
> If we were to host your team, we would want to 'do it properly', and at this stage in our own season, we simply could not do this.  *We can however assist with providing expertise* — let me know how you see this happening.

---

[631] FWC00125034 (emphasis added).
[632] FWC00125034.
[633] FWC00125027.
[634] FWC00125027.

MEF000332

I hope you understand, Jack.  *We are always more than happy to help you where we can.*[635]

Mr. Warner's demands regarding Joe Public violated applicable rules and basic principles of ethical behavior. With respect to England 2018's response, despite Joe Public Football Club's obvious link to football activity, the discussions described above did not relate to England's routine development activities. Nothing in the record suggests England generally assisted other club football teams in Trinidad & Tobago. It is not a coincidence that the one team being discussed was the one Mr. Warner called "my club"[636] and Ms Bateman called "your team."[637] It appears that England 2018 calculated its response to Mr. Warner's demand related to his football club in a manner that reinforced the appearance that the benefit was tied to the voting process. Accordingly, both Mr. Warner's demand and England 2018's response undermined the integrity of the bidding process.

### 3.      *Trinidad and Tobago Youth Teams*

Mr. Warner also used his Executive Committee status to extract benefits for his local member association, the Trinidad & Tobago Football Federation. Once again, England 2018 was willing to help.

In June 2009, Mr. Warner asked Ms. Bateman via email, with England 2018 CEO Andy Anson copied, to "advise me positively" about a "T&TFF U 20 Team Training Camp"[638]—*i.e.*, a training camp for an under-20 team from the Trinidad & Tobago Football Federation. After Ms. Bateman replied that she would send an update soon, Mr. Warner thanked her and wrote that he was "desperate re knowledge of the exact timing" and that he also wanted Bateman to "confirm *what exactly will be the form of assistance given* eg airfare, accommodation and meals, internal travel etc, etc, etc..............all for 30 persons."[639] Later that day, Ms. Bateman sent Mr. Warner a detailed proposal offering to provide every "form of assistance" Mr. Warner listed except "airfare":

Dear Jack

I have pleasure in confirming our invitation to the Trinidad & Tobago U20 national team to train in England from 24th to 30th August. *We will provide all internal transport* for the team and officials upon arrival in England. They will be based in Sheffield, accommodated at the Sheffield Copthorne Hotel for seven nights and train at Sheffield United's training ground. *We will cover the*

---

[635] FWC00125033 (emphases added).
[636] FWC00124767; FWC00125034.
[637] FWC00125010.
[638] FWC00124299.
[639] FWC00124300 (emphasis added).

MEF000333

*costs for the duration of their stay in England, namely transport,
accommodation, meals, training facilities and match-related costs.*

We propose that the team plays two matches, to include two of
Sheffield United, Hull City and the Malta U21 national team.  We
would welcome your advice on the preferred opposition, but ask you
to note that we do not yet know which Carling Cup games Sheffield
United and Hull City will be drawn to play during that week, which
may slightly affect the schedule.  The Malta U21 team is training in
the UK at the same time and would be interested in a fixture if this
was of interest to you.

Jack, we can add the detail to the programme once you are in
agreement with the proposal.  *If you are able to join the visit at any
stage, you would of course be most welcome, and we will handle all
the arrangements for you upon your arrival to ensure you have the
best possible stay with us.*

Please let me know what you think.

With best wishes.

Jane[640]

Concerned that the proposal—to invite the Trinidad & Tobago Under-20 national
team to England, cover all expenses incurred during its stay, arrange matches
against elite opponents, and treat Mr. Warner to "the best possible stay with us" if
he cared to visit—was inadequate, Ms. Bateman wrote in a follow-up message to
Mr. Warner three days later, "I hope it sounds ok."[641]  Mr. Warner responded that
while he didn't "see a problem," he was "collaborating with the T&TFF re their
agreement."[642]  He signaled that England's failure to offer free airfare had not gone
unnoticed.  The federation, Mr. Warner wrote, "will just have to find the airfare
(which is fairly steep)."[643] It appears from the record that the arrangement went
forward substantially as planned and Mr. Warner was very pleased with the
result.[644]

Mr. Warner approached Ms. Bateman on behalf of the Trinidad & Tobago
Football Federation again in March 2010.  His assistant, Hema Ramkissoon,
emailed Ms. Bateman—with Warner copied on the message—under the subject line
"Urgent - request match for T&T U-17 Women's team in England."  Ms. Ramkissoon

---

[640] FWC00124305-06 (emphases added).
[641] FWC00124305.
[642] FWC00124305.
[643] FWC00124305.
[644] FWC00124404

explained that "Mr. Warner has requested your assistance in organizing a match between our National U-17 Women's team and any of the female teams, preferably your U-17 or U-20 Women's teams."[645] Within a week, Ms. Bateman responded that she had "the pleasure in confirming that the Arsenal U16 team will be very pleased to play Trinidad & Tobago in England on 25th March"; Ms. Bateman conveyed regret that "the England U17 is unable to play on that date."[646] Although Mr. Warner described the proposal as "very acceptable,"[647] the arrangements ultimately fell through due to a scheduling conflict that arose in Trinidad & Tobago. In her message notifying Ms. Bateman of the conflict, Ms. Ramkissoon expressed "[o]n behalf of Mr. Warner," who was copied on the email, "our profound gratitude to you and by extension the FA and the 2018 bid team for all the work you have done in arranging this match."[648]

Mr. Warner was again seeking to use his influence as an Executive Committee member to obtain benefits from a bidding nation. Culpability in these events does not hinge on whether the benefits discussed above furthered a worthwhile cause just as Mohamed Bin Hammam's payments to African officials and member associations were improper regardless of how those funds were subsequently used.[649] Likewise, England's response to these improper demands—in at a minimum always seeking to satisfy them in some way—damaged the integrity of the ongoing bidding process. Nor does culpability depend on whether benefits offered to the Trinidad & Tobago Football Federation came from the England 2018 bid team or from the FA. Member associations and bid committees alike were bound by bidding rules and the FIFA Code of Ethics.[650] Even assuming the discussions above concerned benefits to flow from one member association to another, the correspondence makes it impossible to ignore that the donor member association was bidding to host the World Cup while the recipient member association was home to a FIFA Executive Committee member. Mr. Warner was neither President nor General Secretary of the Trinidad & Tobago Football Federation during the bidding process, yet he approached (or instructed his assistant to approach) England to request assistance. Ms. Bateman was seconded from the FA to serve as England 2018's Director of Campaign Operations from January 2009 through the December 2, 2010 vote,[651] yet she received and responded to the requests. Not surprisingly, Mr. Warner's assistant's March 2010 email did not express "our gratitude" for England's offer to Ms. Bateman and "the FA" alone. She also thanked "the 2018 bid team."[652]

---

[645] FWC00124937.
[646] FWC00124976.
[647] FWC00124976.
[648] FWC00124991.
[649] *See* Part X(G)(1).
[650] *See* Part III(B).
[651] *See* FWC00138812; FWC00184358-59; FWC00184575-76.
[652] FWC00124991.

109

### 4.    *Jamaica Football Federation*

Mr. Warner's ability to use his status as an Executive Committee member to obtain benefits was evident to others.  In April 2010, a Neville Pennant asked Mr. Warner via email to use his influence with England to help the Jamaica Football Federation:

> Hi Mr Warner:
>
> Jamaica owes the english FA 215,000 USD and another 18500 USD to a private english firm.  You are one of the most powerful man in Football and the english FA were at our CFU Congress.[653]  Mr Warner is it possible for you to ask the english FA to waive Jamaica debt.  This is an emergency. · Neville Pennant[654]

Mr. Warner forwarded the message to Lord Triesman and Ms. Bateman, writing in his cover email, "I crave your kindness and understanding in having the debt of the JFF to your FA be written off in the Jamaican Federation's efforts at survival."[655]  Lord Triesman seemed amenable to granting the request.  "I can understand the problem and it does need a solution," he responded.  "I'll see our people next Monday and talk through possibilities so please forgive me for not responding faster."[656]  No other communications about this issue appear in the record, and it is unclear whether the FA forgave any debt.

These communications reflect yet another example of Mr. Warner's expectations as a voting Executive Committee member that any request—for himself, his team or his friends—would be accommodated.  For its part, England 2018 entertained this request by Mr. Warner to benefit a third party.  It is telling that Mr. Pennant appealed to Mr. Warner instead of raising the issue with the FA directly.  The Jamaican Football Federation recognized that its best hope for success in lifting the debt obligation was to persuade Mr. Warner, a particularly influential member of the FIFA Executive Committee, to contact the Chairman and Director of Campaign Operations for England's World Cup bid.  However meritorious the arguments in favor of waiving the debt, Mr. Warner's request and England 2018's response was in contradiction to the bidding rules and the FIFA Code of Ethics.

---

[653] English football officials had attended the CFU Congress because England 2018 sponsored the event to promote its World Cup bid.  *See* Part VII(B).

[654] FWC00125069.

[655] FWC00125069.

[656] FWC00125069.

110

5.    *Longdenville*

During their interviews, no witness from England 2018 or England's FA brought the communications from Jack Warner discussed above to the Investigatory Chamber's attention as examples of a FIFA Executive Committee member exerting undue influence over a bidder. Two witnesses from England 2018 did characterize the request from Mr. Warner discussed in this subsection as inappropriate, although their statements as to this issue, notably as to England 2018's response to the request, appear to contradict the record.

On February 15, 2010, only minutes after accepting Jane Bateman's request to send an England 2018 delegation to the CFU Congress in Trinidad & Tobago later that month,[657] Jack Warner forwarded Ms. Bateman a news article headlined, "Longdenville sportsmen appeal to Jack Warner."[658] The article, published by the Trinidad & Tobago Guardian, described a recent meeting in which "[s]everal cricketing clubs in the Longdenville area together with their members called on FIFA Vice President and MP for Chaguanas West Jack Austin Warner to assist them in getting much needed facilities for the district."[659] According to the report, "[t]he clubs complained that their aspirations for excellence in sport especially cricket have been drastically affected," and "Warner agreed that he would assist them by soliciting assistance from outside the country," including by "us[ing] his influence overseas to have Longdenville twinned with a foreign village where such assistance which is presently needed can be provided."[660] The article quoted Mr. Warner as saying, "We held a cordial meeting to discuss the way forward for these clubs in Longdenville who are craving better opportunities and better facilities for their cricket and we did make some head way which is a step in the right direction at this stage."[661]

Although the article did not mention football and, in fact, described a request by "*cricketing* clubs" seeking "'better opportunities and better facilities for their *cricket*'" and expressing concern about "their aspirations for excellence in sport *especially cricket*,"[662] Mr. Warner informed Ms. Bateman in his cover email forwarding the article that he planned to solicit assistance from England's FIFA World Cup bid team: "I will be reverting to you on this tonight re twinning of Longdenville with an English village and assisting them in their quest for a recreation ground among other things. It is this village which helped to make me whom I am today!!!"[663]

---

[657] FWC00124867; *see also* Part VII(B).
[658] FWC00124870.
[659] FWC00124870.
[660] FWC00124870.
[661] FWC00124870.
[662] FWC00124870 (emphases added).
[663] FWC00124870.

111

The next day Mr. Warner sent Ms. Bateman a page-long email that began by summarizing the meeting described in the article—except that in Mr. Warner's retelling, the Longdenville constituents called the meeting "to discuss the almost total absence of sporting facilities in Longdenville especially in the field of *football*."[664]  Next, Mr. Warner explained why the issue mattered to him and what he wanted from England 2018:

> I have decided to help them Jane for two basic reasons:
>
> - the first one is because I grew up in the village of Longdenville, attended the Longdenville Government Primary school (the very school in which the meeting was held) and won a scholarship to Secondary school from that school.  As a schoolboy, I played football and cricket on that very ground and, in a sense, I do feel committed in assisting them in having the ground fixed.
>
> - the second reason is personal and that is that in successfully assisting them my political stocks locally (which are presently on a high) will soar positioning me in an extremely favorable position to successfully lead my Party in local elections which are due in six months time as well as in general elections which shall become due 18 months later.
>
>         . . . .
>
> As a first measure, I will like the FA to agree to visit the ground when its delegation attends the CFU Congress at the end of February and that this should essentially be a fact finding mission for which I will like to attract much media hype.  And, immediately following this visit, we can then sit and work out the mechanics of any assistance to the villagers or even none as the FA may so desire.  In a nutshell, Jane, these are the details of my proposal.[665]

Subsequent correspondence indicates that Mr. Warner's desire to "attract much media hype" and thus boost his "political stocks locally" outweighed his interest in whether England ultimately provided "any assistance to the villagers or even none."

Ms. Bateman responded later on February 16 that "[w]e would be happy to look for a twinning partner for Longdenville, and will give it some thought prior to our visit, although it may be easier to do so once we have been there.  Also, we would be very happy to visit during our stay."[666]  As usual, text at the bottom of Ms. Bateman's email identified her as "Director of Campaign Operations" for "England

---

[664] FWC00124875 (emphasis added).

[665] FWC00124875.

[666] FWC00124874.

2018 Ltd."[667] Mr. Warner replied that once he received the England delegation's names and travel schedules, he would "arrange for your visit to Longdenville with the usual media hype."[668] On February 17, Ms. Bateman emailed Mr. Warner the travel schedule and posed questions about England 2018's upcoming visit.[669] Her first question was "When would you like to make the visit to Longdenville?"[670] Her next question asked whether and, if so, when England 2018 could "make a formal private presentation of our bid to you, taking about an hour."[671] Mr. Warner scheduled the bid-presentation meeting for February 26, and the visit to Longdenville for February 27.[672]

England 2018 did its part to help Mr. Warner generate the Longdenville-related "media hype"[673] he desired. The bid team released a media statement announcing that a "World Cup bid delegation" consisting of England 2018 CEO Andy Anson, International President David Dein, Bateman, and bid ambassador David Ginola was headed to Trinidad "[a]s part of England's ongoing campaign," and that the group planned to "visit Longdenville Cricket Club, where David Ginola will stage a football coaching session for local youngsters."[674] Local media attended the event and published articles about Mr. Warner's and England 2018's efforts to help Longdenville.[675]

Mr. Anson and Ms. Bateman discussed the Longdenville trip when they were interviewed. In Mr. Anson's interview, the subject arose when Mr. Anson was asked whether he ever felt that an Executive Committee member requested something inappropriate.[676] "[T]he one thing" that fell into that category, Mr. Anson said, was "the Longdenville issue with Jack Warner, the trying to force us to fund the reparation of, of their village sports area."[677] Mr. Anson recounted what happened in Longdenville:

> [W]e were taken to Jack Warner's birthplace, this village at
> Longdenville, and on the bus going out there, he gave the English
> bid team this document which was a project in Longdenville, where
> they needed a new sports area, and they needed $50,000 to be spent
> on this page. We then read this and thought it was strange, and we
> turned up in the town, and we got marched into the schoolyard
> where the whole village was there, everyone was out there, and

---

[667] FWC00124874.
[668] FWC00124874.
[669] See FWC00124881-82.
[670] FWC00124881.
[671] FWC00124881.
[672] See FWC00124881.
[673] FWC00124875.
[674] FWC00124914; FWC00173353.
[675] See FWC00173225-26; FWC00173227-29.
[676] See FWC00184711.
[677] FWC00184711.

113

Jack Warner said, "[T]hese are the guys from England, they're going to sort out your problem." . . . David Dein stood up and spoke for 20 minutes and said nothing and gave nothing, said it was very interesting, we'll take it away. . . . [T]hat was inappropriate, and you did feel like you were being strong-armed into doing something that you, you hadn't said you would do, or you wouldn't do.  That was the one time I felt that, that it was something inappropriate.[678]

Ms. Bateman recalled Mr. Warner taking the England 2018 delegation to a rundown football pitch in Longdenville, then "ask[ing] us could we help him build a pitch in Longdenville[ s]o these kids could have somewhere nice to play football and so on."[679]  While Mr. Warner "never said, 'I'll vote for you if you do it,'"[680] Ms. Bateman said, "it was implicit that he wanted us to do that and it would help."[681]  According to Ms. Bateman, building the pitch would have cost approximately £100,000 to £200,000,[682] and "we didn't have that kind of money,"[683] so Mr. Warner's request "was a non-starter."[684]  She added: "[B]ut you couldn't really tell Jack that sort of thing.  Just had to sort of, you know, just try and keep it at bay."

Evidence in the record demonstrates that England 2018's response to Mr. Warner's request to finance a pitch, rather than viewing it as "a non-starter" that they tried to keep "at bay," was favorable.  England 2018 offered to help and, in the months leading up to the World Cup vote, persisted in its attempts to begin the project.

Journalists who wrote about the England 2018 delegation's visit believed the bid team, thanks to Warner's influence, would finance some or all of the Longdenville project.  Under the headline "English pledge to help Longdenville," Trinidad & Tobago Newsday reported on March 1, 2010 that Mr. Warner's "boyhood home . . . will be the beneficiary of a spanking new, state-of-the-art sports facility"; that Mr. Warner "is the force who is making it possible"; and that during England 2018's visit to Longdenville "[t]he residents were given a commitment by David Dein, president of the English Bidding Committee for the 2018 World Cup[,] that he will do everything in his power to ensure that the village gets what it wants for their sportsmen and women."[685]  According to a March 2, 2010 report in Trinidad's Guardian Media, "Sources said the English FA planned to cough up $500,000 in the next ten days for the rehabilitation of the run-down recreation ground at the back of

---

[678] FWC00184711-12.
[679] FWC00184392.
[680] FWC00184392.
[681] FWC00184393.
[682] *See* FWC00184392.
[683] FWC00184392.
[684] FWC00184393
[685] FWC00173225-26.

MEF000340

Longdenville Government School."[686]  The same report stated, "Warner said he was only too glad to help those in the community where he grew up."[687]  While these reports strongly suggest that the England 2018 delegation provided the political support Mr. Warner expressly sought, they are insufficient to support a finding that Mr. Dein in fact made any "commitment" to Longdenville residents, or that England 2018 or the FA ever donated or "planned to" donate $500,000 or any other amount to Longdenville.

Ms. Bateman's written communications contradict the statement that the bid team was only concerned with keeping Mr. Warner "at bay."  On April 16, 2010, approximately seven weeks after the visit by the bid team, Ms. Bateman informed Mr. Warner that England 2018 had been working to coordinate the first step of the pitch-building project and was ready to move forward:

> Longdenville[:]  we have shared the proposal you gave us with one of The FAs partners here in London and are looking at a solution to the immediate problem which was explained to us during our visit, namely to work with you on the installation of a natural grass playing surface for the community.  We would like to send an expert out to make an assessment of the surface and facilities, and await your guidance as to appropriate timing for this visit.[688]

Ms. Bateman and Mr. Warner discussed the project in person in early May, and Ms. Bateman notified Mr. Warner on May 12 that "we have a facilities technical adviser from the Football Foundation poised to come to Trinidad next week to make an inspection visit to Longdenville."[689]  Ms. Bateman noted that "[a] representative of the British High Commission" would join the advisor in Longdenville, and "[t]hey will send a report back to me upon their return and we can then plan next steps."[690]  As soon as Mr. Warner let her know which day he wanted the technical advisor to visit, Bateman said, "we will make the flight arrangements."[691]

Mr. Warner, having enjoyed the substantial "media hype" from his visit to Longdenville with England 2018, apparently lost interest in the project.  Ms. Bateman forwarded her May 12 email to Mr. Warner again on May 14, reminding Mr. Warner to "please advise whether you would like us to send our grass specialist to Trinidad next week to visit Longdenville."[692]  On May 17, Mr. Warner's assistant notified Ms. Bateman that Mr. Warner "has asked if we can reschedule the visit till

---

[686] FWC00173227-28.
[687] FWC00173228.
[688] FWC00125090.
[689] FWC00125192.
[690] FWC00125192.
[691] FWC00125192.
[692] FWC00125192.

MEF000341

after the election," which at the time was less than a week away.[693] Ms. Bateman persevered. On June 29, she sent Mr. Warner "[j]ust a short note to see whether we can resume discussions on Longdenville." The email stated that the technical advisor was "on standby to come to Trinidad to inspect the land"; that "we would like now to see if we can start to plan that visit"; and that on the "related matter" of "look[ing] into a twinning partner for Longdenville," Ms. Bateman had the "pleasure in advising you that we have had interest from the town of Burton upon Trent, which may be familiar to you by name and it is to be the home of The FAs National Football Centre, St Georges Park."[694] Ms. Bateman, having apparently received no response, forwarded that June 29 message to Mr. Warner's assistant on August 9, stating, "Please see below, and let me know if there is any news!"[695] Seven weeks passed before Ms. Bateman forwarded *that* message to Mr. Warner's assistant on September 22, asking, "If we go to Mr Warners constituency, will these matters arise? Did you ever get any feedback from Mr Warner? Let me know so that we can all be prepared."[696]

It is unclear whether England ultimately provided any assistance to Longdenville. The response of England 2018 may well have been to keep Mr. Warner "at bay" with respect to his request for a $500,000 pitch, but it does appear that the bid team was interested in having Mr. Warner believe they were responding favorably by taking incremental steps to assist Longendville. Certainly there was no further interest in this project after December 2, 2010.

### 6.    Conclusion

Mr. Warner had considerable influence as CONCACAF President and FIFA Exective Committee member. The record shows he repeatedly used that power to exact personal benefits in violation of the FIFA Code of Ethics. Whether it was a "request' for a job for an "adopted son," for aid to his own football club, or for an all-expense paid trip for a Trinidad team, Mr. Warner's conduct demonstrates an expectation that bidding teams would react favorably and seek to curry favor with a voting member. England 2018's response shows an unfortunate willingness, time and again, to meet that expectation. Media reporting on the Longendville project demonstrates that the public knew something of these arrangements further damaging the image of FIFA and the selection process.

### B.    Dinner at the CFU Congress

In yet another example of England 2018's efforts to curry favor with Mr. Warner, the bid team sponsored a gala dinner for the Caribbean Football Union ("CFU") at its annual Congress in Trinidad.

---

[693] FWC00125205.
[694] FWC00125270.
[695] FWC00125377.
[696] FWC00125377.

CFU is a sub-confederation of CONCACAF. Jack Warner, in addition to being a Vice President of FIFA, the President of CONCACAF, and a government official in Trinidad & Tobago, was the CFU President. He suggested to a Deputy High Commissioner from England, Geoff Patton, that England football officials attend and host an event at the CFU Congress.[697] That suggestion found its way to Jane Bateman, who told Mr. Warner via email on February 15, 2010 that "we would be honoured to attend the CF Congress at the end of the month, and perhaps to host a reception or lunch, as you suggested to the High Commissioner."[698] Mr. Warner and Ms. Bateman corresponded over the next few days, trading ideas about which element of the CFU Congress England 2018 might sponsor.[699] Mr. Warner proposed on February 16 that England "host a reception,"[700] and Ms. Bateman wrote back that she "would like to speak to our High Commission before responding in full, as I will be seeking their support for a reception."[701] Before she had a chance to do that, Mr. Warner proposed that England host the CFU dinner at the local Hyatt on February 26.[702] On February 17 and 18, Ms. Bateman and Mr. Warner exchanged emails about scheduling and other information about the dinner, which Mr. Warner estimated "approximately 120 - 150 persons" would attend.[703]

Ms. Bateman agreed that England would sponsor the dinner, and on February 21 Mr. Warner sent her "the dinner budget for the FA's attention and action."[704] Mr. Warner also wrote that "[t]he Dinner will have a total of 160 persons coming from 30 countries in the Caribbean and is really the flagship event of the Caribbean Football Union."[705] The attached budget consisted of a chart, titled "Budget / CFU Dinner," listing costs in both Trinidadian Dollars for various expenses.[706] The largest line item, "tokens," was not otherwise defined or elaborated, but had a budgeted cost of TTD 150,000 / £13,636— more than twice the price of the next-biggest line item, "dinner" (TTD 74,000 / £6,827).[707] The total budget, which also included entries for "decorations" (TTD 50,000 / £4,645), "invitations" (TTD 4,200 / £382), and various other items, all with TTD prices rounded to the hundreds (with the vast majority rounded to the thousands), amounted to TTD 382,900 / £35,608.[708] On February 22, Ms. Bateman asked Mr. Warner to convert the budget "into an invoice so that we can start to process

---

[697] *See* FWC00124867; FWC00124872.
[698] FWC00124867.
[699] *See* FWC00124867; FWC00124871-73; FWC00124881-82.
[700] FWC00124872.
[701] FWC00124871.
[702] *See* FWC00124871.
[703] FWC00124881-82.
[704] FWC00124892-93.
[705] FWC00124892.
[706] FWC00124893.
[707] FWC00124893.
[708] FWC00124893. Based on historical currency rates as of February 26, 2010, that total is equivalent to approximately $55,000 United States Dollars.

payment,"[709] and Mr. Warner promptly sent back an invoice on CFU that listed the same items and £35,608 total from the budget.  The invoice did not append any additional documents, such as receipts from the Hyatt, to support the accounting.  Although Mr. Warner asked Ms. Bateman in a separate email on February 22 whether it would "be possible for the payment to be made *to the hotel and other persons involved* this week,"[710] wiring details on the invoice requested that the £35,608 be sent to a CFU bank account.[711]  The funds were wired to CFU—first through an intermediary account in New York, then to CFU's account in Trinidad— on February 23.[712]

England 2018 CEO Andy Anson told the Investigatory Chamber that "we were ultra-careful that that money didn't go to any individual.  It went to the Caribbean Football Union's account."[713]  In July 2012, however, the Court for Arbitration of Sport, in proceedings unrelated to the 2010 CFU Congress or to England 2018, found "ample evidence that Mr. Warner ran a secret USD bank account in which he co-mingled CFU and personal funds."[714]

While not a large amount of money compared to other sponsorship agreements, *see* Part X(E), the $55,000 USD expense was not insubstantial.  Moreover, that money was requested by a FIFA Executive Committee member who was looking to underwrite and expensive event he was hosting for his own sub-confederation in his home country.  Clearly this was a benefit.  As with Australia 2022's transfer of AU$500,000 to the "CONCACAF" Center for Excellence, it makes no difference whether Mr. Warner ultimately misappropriated this money.   Mr. Warner made the request knowing the pressure that England 2018 would be under to comply because of the ongoing bid.  As with Australia, England 2018 bowed to that pressure because of Mr. Warner's potential vote and in this way reinforced both Mr. Warner's expectations and public concern over the integrity of the bidding process.

## C.    Memorandum of Understanding with OFC

Mr. Warner was not the only FIFA Executive Committee member who sought to take advantage of his potential vote to extract benefits from England 2018.  Reynald Temarii also saw an opportunity to help his resource-challenged confederation, Oceania Football Confederation ("OFC").

Among the development efforts England's bid book highlighted were projects England supported pursuant to a 2006 Memorandum of Understanding ("MOU")

---

[709] FWC00124894.
[710] FWC00124894 (emphasis added).
[711] *See* FWC00124897.
[712] FWC00124902.
[713] FWC00184711; *see also* FWC00184719.
[714] FWC00173416.

with the OFC.[715]  With that agreement expiring, OFC urged England in 2010 to renew its commitment.  The potential vote of OFC's lone FIFA Executive Committee representative provided the OFC leverage to negotiate further assistance.

Discussions about a new MOU began in earnest in April 2010, shortly before an England 2018 delegation's late April visit to meet with Mr. Temarii in his home country of Tahiti.[716]  On April 24, OFC General Secretary Tai Nicholas sent Jane Bateman, the Director of Campaign Operations for England 2018, and Nada Hook, who at the time ran development programs for England's FA,[717] a proposed new MOU for 2011 through 2014.[718]  The draft MOU, which Mr. Nicholas said Mr. Temarii would discuss with the delegation in Tahiti,[719] called for England's FA to provide $1.2 million in New Zealand Dollars ("NZD") over four years,[720] comprising $568,000 NZD for travel costs associated with training English technical experts would provide to colleagues in OFC; $138,000 NZD for equipment and educational materials; and $494,000 NZD (this all payable in 2011) to help refurbish the OFC Technical Centre.[721]  After the England 2018 delegation's meeting with Mr. Temarii in Tahiti, however, OFC sent Ms. Bateman and England 2018 CEO Andy Anson a new draft, this time seeking a greater contribution.[722]  The new draft still called for England to provide the $568,000 NZD for technical experts' travel costs and $138,000 NZD for equipment and training materials, but it replaced the proposed $494,000 NZD for renovations with a provision for a $1,044,000 NZD investment, all to be provided in 2011, to build an artificial-turf pitch at the OFC Technical Centre in New Zealand.[723]  Mr. Temarii's personal assistant, Billy Vaitoare, noted in the cover email attaching the new proposal that OFC would await England's "answer by the end of next week as Andy mentioned," apparently a reference to a recent discussion with Mr. Anson in Tahiti.[724]

England seemed amenable to contributing on that scale, but reluctant to incorporate all three projects into the same MOU.  In early June, Ms. Bateman sent Mr. Nicholas a revision that omitted the reference to building a new field.  She wrote in her cover email, however, that "[t]he delivery of the commitments would be exactly along the lines of the proposal you gave us," except that a representative of England's FA would sign an MOU that described only the first two projects and "we

---

[715] *See* FWC00007112.  Specifically, the bid book noted, England organized 11 training courses in Oceania and established a "[p]artnership programme" with two OFC member associations, Fiji and the Solomon Islands. FWC00007112.

[716] *See* FWC00125075; FWC00125097-98.

[717] *See* FWC00125281.

[718] *See* FWC00125116-21.

[719] *See* FWC00125116.

[720] Based on exchange rates as of late April 2010, $1.2 million NZD was worth approximately $855,000 USD.

[721] FWC00125118-21.

[722] *See* FWC00125128-32.

[723] *See* FWC00125129-32.

[724] FWC00125116.

119

will make a verbal commitment on the day to the third item in the proposal as we would like to treat it separately to the MoU with The FA."[725]  Ms. Bateman did not explain the rationale for that approach, but as if to demonstrate England's commitment to financing the construction of the pitch, she wrote that they should discuss "when would be the best time for us to send one of our experts to inspect the site."[726]

England's hesitation in formalizing the agreement to build the pitch led OFC to postpone the signing of the MOU, which had been tentatively scheduled to occur during a June 2010 meeting of the OFC Executive Committee in Johannesburg before the World Cup.  Mr. Nicholas informed Ms. Bateman that OFC wanted to "defer the signing of the MOU," in part because "[w]e would like the MOU to be more detailed and if possible include the legacy proposal of an installation of the artificial pitch."[727]  Agreeing that a later signing date was appropriate, Ms. Bateman asked Mr. Nicholas whether she and Mr. Anson could "have some time with you . . . to see how this might best work and to agree [on] the wording."[728]  Ms. Bateman added that "[w]e would also like to discuss sending our turf expert to Auckland to inspect the site," preferably "sooner rather than later so that we can take the project forward."[729]

After sporadic communications over the next few months, mostly about travel and scheduling, Ms. Bateman and Mr. Nicholas agreed by early September 2010 that England's turf expert would travel to New Zealand to inspect the pitch site later that month, and the England-OFC MOU would be signed October 17 in Auckland, where OFC dignitaries would be gathered for OFC Executive Committee meetings on October 14-15 and for the ceremonial opening of OFC's new headquarters.[730]  During the mid-October meetings, the OFC Executive Committee would determine which World Cup bids Mr. Temarii should vote for on December 2, 2010, a decision OFC and Mr. Temarii considered binding.[731]

On September 17, 2010, Mr. Nicholas sent FIFA Secretary General Jérôme Valcke a letter soliciting his view about the propriety, given England's role in the ongoing World Cup bidding process, of signing the England-OFC MOU on October 17:

     Dear Jerome,

---

[725] FWC00125242.
[726] FWC00125242.
[727] FWC00125241.
[728] FWC00125241.
[729] FWC00125241.
[730] *See* FWC00125278, FWC00125290-92, FWC00125327-28, FWC00125335-38.
[731] *See See* FWC00175314-15; FWC00173689-94, at FWC00173691.

120

In 2006, OFC and The Football Association signed a Memorandum of Understanding ("MOU") for four years whereby The FA would assist the development of football in Oceania by providing technical expertise, personnel and equipment in some OFC Member Associations namely in Fiji and Solomon Islands.

Such an MOU is consistent with other MOU's OFC has with UEFA, Football Federation of Australia, French Football and various Governments which provide similar football development assistance for OFC.

For the last 12 months OFC has been negotiating with The Football Association the renewal [of] the MOU for the period 2010-2013 whereby the renewed MOU will provide assistance in the travel costs of OFC technical staff, the production of teaching materials and equipment and the upgrade of infrastructure [at] the OFC Regional Technical Centre in Auckland.

We have proposed to sign this renewed MOU on 17 October 2010 on the occasion of the OFC Executive Committee meeting and opening of the new OFC Headquarters in Auckland.

However, the OFC President and I seek your advice and approval that it is appropriate that such an MOU be signed at this time in light of the upcoming selection for host countries of FIFA World Cup for 2018 and 2022 in December 2010. At all materials [*sic*] it has been clear between the parties that the renewal of the MOU is not conditional or linked to the support of the bid of The Football Association to host the 2018 FIFA World Cup.

However, we seek your advice whether we can sign the MOU in October or perhaps defer any signing of the MOU until early in 2011.

    We look forward to your advice in due course.

    Sincerely,

    Tai Nicholas
    General Secretary[732]

There is no record of Mr. Nicholas sending a copy of that letter to Ms. Bateman or any other English football official, but he summarized its contents in a September 24 email to Ms. Bateman:

---

[732] FWC00179776.

121

> For the sake of transparency we have informed FIFA that we are signing the MOU with FA as part of the renewed term from 2006 in October 2010. We have advised FIFA the MOU is at 'arms length' with the English WC Bid.[733]

Several of Mr. Nicholas's statements quoted above were at best misleading in ways that downplayed the relationship between the MOU and the England 2018 bid. Most notably, Mr. Nicholas told Secretary General Valcke "it has been clear between the parties that the renewal of the MOU is not conditional or linked to the support of the bid of The Football Association to host the 2018 FIFA World Cup"— or, as Mr. Nicholas phrased it in his email to Ms. Bateman, he "advised FIFA the MOU is at 'arms length' with the English WC Bid." Those characterizations of the England 2018 team's role are contradicted by the record. Ms. Bateman indeed made clear as early as June 2010, and again in mid-September, that England's FA, rather than England 2018, would sign the MOU.[734] The arrangement probably could not have worked in any other way given that England 2018 was established specifically for the bidding process and, no matter the result of the World Cup vote, would cease to exist in its then-current form through the life of the proposed MOU. That legal formality does not sever the "link[]" between the negotiations for the MOU and OFC's potential support of England's bid, nor does it demonstrate that England 2018 officials maintained an "'arms length'" distance from discussions between OFC and England's FA. The record demonstrates that OFC discussed the MOU primarily with Ms. Bateman, who was England 2018's Director of Campaign Operations, and Mr. Anson, the England 2018 CEO. Furthermore, they discussed the MOU in circumstances that also related to England's World Cup bid, including at meetings when an England 2018 delegation presented the bid to Mr. Temarii in Tahiti[735] and in emails about a potential England 2018 presentation to the OFC Executive Committee.[736]

Secretary General Valcke, emphasizing that he understood the agreement was "just a renewal," emailed Mr. Nicholas guidance in a response on October 6, 2010:

> It is indeed a timing which could be seen by few media a bit linked to 18/22 decision but in the mean time it is just a renewal and not a first agreement. Less we have to talk about when 18/22, better it is. If for you it is not an issue to postpone the announcement, then do. If it is just keep the date of October 17th[.][737]

---

[733] FWC00125397.
[734] *See* FWC00125242, FWC00125360.
[735] *See* FWC00125075, FWC00125097-98, FWC00125101-02, FWC00125116-17, FWC00125128.
[736] *See* FWC00125237.
[737] FWC0017977.

MEF000348

If anything, in the weeks before and after Secretary General Valcke weighed in, the apparent connection between the England 2018 bid and the OFC-England MOU discussions became even less ambiguous.  A September 26 email from Ms. Bateman to Mr. Nicholas promised to follow up soon with details about how to formalize a separate MOU addressing the turf project she wanted to isolate from the other agreement, then asked Mr. Nicholas, "[i]n return," to arrange a seemingly bid-related (not MOU-related) meeting between Messrs. Temarii and Anson in Zurich.[738]  On September 28, Mr. Temarii contacted Ms. Bateman to schedule the meeting with Mr. Anson,[739] and Mr. Nicholas reminded Ms. Bateman via a separate email that, as to the "proposal to install the artificial pitch," OFC continued to await "advice on how to progress the execution of a document or partnership agreement between the Football Foundation and OFC."[740]

At the same time, OFC pushed to secure a longer and firmer commitment from England related to technical experts' travel costs and equipment and training materials.  Mr. Nicholas sent Bateman a new draft incorporating Mr. Temarii's proposal to extend the agreement an additional four years, through 2018, "[t]o reflect the build up to *the 2018 World Cup presumably in England* and also the OFC Vision 2018."[741]  While Ms. Bateman and colleagues at England's FA considered that proposal,[742] Mr. Nicholas supplemented it with a provision calling for England to invest an additional $65,500 NZD annually from 2015 through 2018 for OFC's "Just Play" grassroots development program.[743]

Ms. Bateman responded on October 11 with a proposal from England that, while not agreeing to fund any OFC projects after 2014, provided that "[i]n or around December 2013 the parties agree to discuss in good faith the success of the Project and the potential projects for which The FA may grant The OFC further assistance during the period between 1 January 2015 and 31 December 2018, and the value of any such assistance to be granted."[744]  OFC pushed back.  On October 12, Mr. Nicholas sent Ms. Bateman a redlined version of her proposal.  Among other changes, OFC's redline deleted provisions permitting England to limit the agreement to the initial four-year term or to terminate the agreement at any time with six months' notice; and added language requiring the value of any additional assistance from England in 2015 through 2018 to be of a "similar or greater amount" relative to England's contributions from 2011 through 2014.[745]

---

[738] FWC00125396-98.
[739] *See* FWC00125401.
[740] FWC00125394.
[741] FWC00125396 (emphasis added).
[742] *See* FWC00125395.
[743] FWC00125439, FWC00125479-82.
[744] FWC00125494-501.
[745] FWC00125505-12.

123

Negotiations continued as the scheduled OFC Executive Committee meeting and MOU signing drew closer. An attorney for England's FA sent Mr. Nicholas a new draft on October 13 and noted that Ms. Bateman had yet to review it because she was "currently about to board a plane" to New Zealand for the MOU signing.[746] The attorney explained that the new draft rejected the proposed deletion of the termination clauses because England's FA "requires a termination clause of some sort as a standard," but he encouraged Mr. Nicholas to "please be reassured that The FA has not terminated any of its development agreements in the ten year history of running this programme."[747] The revised draft accepted some of OFC's other recommended changes and extended the termination notice period from six months to a year.[748]

As Ms. Bateman traveled to New Zealand, two developments related to her visit emerged from the OFC Executive Committee meetings. First, among the candidates to host the 2018 FIFA World Cup, the OFC Executive Committee decided to support England and, if England were eliminated, then Spain.[749] According to meeting minutes, to reach that determination OFC assessed bidders based on three criteria, the third of which—"[t]aking into account the previous and existing relationships with the FIFA Member Associations"—considered whether and to what extent each bidder provided assistance to OFC.[750] The second development was the OFC Executive Committee's decision to distance its support for the England 2018 bid from the signing of the new MOU. Meeting minutes summarized the relevant discussion and resolution:

> The [OFC] General Secretary provided information about the MOU with [the] Football Association and reminded the members that this [was] a renewal of the MOU signed in 2006 in Tahiti. The signing of the renewed MOU was to take place on 17 October 2010 during the opening of the OFC Offices. For the sake of good order the General Secretary had informed FIFA General Secretary of the proposed signing of the MOU in light of the upcoming vote for the FIFA World Cup 2018/2022. The FIFA General Secretary advised that it would be appropriate that the MOU not be signed on 17 October 2010 but the final decision would be left to OFC.

---

[746] FWC00125513.

[747] FWC00125513.

[748] *See* FWC0012515-21.

[749] FWC00173691. For 2022, OFC agreed to support Australia first, then, if necessary, the United States. *See* FWC00173691.

[750] FWC00173691. The other two criteria addressed each bid's "football infrastructure to host the event and the legacy left in the country" and "[a]bility to create maximum revenue for FIFA." A parenthetical after that second criterion in the meeting minutes noted that "(98% of MA revenue comes from FIFA)." FWC00173691.

124

**Resolution 9.3**  It was agreed to defer the signing of the MOU with the Football Association on 17 October 2010.[751]

Mr. Nicholas notified Ms. Bateman that although OFC postponed the MOU signing, "we will take the opportunity to discuss the reasons for this deferment and recent decision by OFC Executive Committee relating to the criteria and selection of the World [Cup] bids for 2018 and 2022 *which will have a positive impact on the English bid*."[752]  After Ms. Bateman acknowledged that message, Mr. Nicholas replied: "Don't worry Ms Jane it [is] all *good news for the [E]ngland bid*—explain more tomorrow."[753]

Postponing the MOU signing helped avoid creating a public appearance linking the MOU to England 2018's campaign for Mr. Temarii's vote.  But the parties' actual conduct, as reflected in the communications summarized above, leaves the clear impression of such a connection.

In the following weeks, Mr. Temarii became mired in ethics proceedings stemming from his secretly recorded conversations with undercover reporters.[754] One issue germane to that case concerned the extent to which he suggested bidders' contributions to OFC might influence his World Cup vote.  Before appearing before the FIFA Ethics Committee in mid-November, Mr. Nicholas emailed Anson to ask whether Mr. Temarii told him before June 2010, when Australia announced that it would bid only to host the 2022 World Cup, "that we would be voting for Australia first for 2018 and 2022."[755]  If so, it would refute suggestions of a relationship between the England MOU and the England 2018 bid by showing that the pre-June 2010 MOU negotiations occurred at a time when Mr. Temarii made clear his intent to vote for one of England's then-rival bidders, Australia.  But Mr. Anson candidly responded: "He did tell me that [A]ustralia was the first choice but at the time (in [T]ahiti) we both expected them to pull out of 2018 and that 2018 would come to Europe."[756]  From the early stages of the MOU negotiations, it was therefore understood that Mr. Temarii's 2018 vote was available.

The England 2018-OFC MOU negotiations did not necessarily violate bidding regulations or ethics rules.  Mr. Anson acknowledged that Mr. Temarii's vote seemed attainable given his "very good relationship with the English FA" and his positive response to the bid team's presentation in Tahiti.[757]  Mr. Temarii made clear that OFC needed support and England had provided assistance in the past.

---

[751] FWC00173693.

[752] FWC00125522 (emphasis added).

[753] FWC00125522 (emphasis added).

[754] *See* Part III(C)(8).

[755] FWC00125747.

[756] FWC00125747.  That is consistent with the witness statement and testimony Mr. Anson provided during Mr. Temarii's proceedings before the Ethics Committee.  *See* FWC00173748-49; FWC00173768-71.

[757] FWC00184707-08.

Mr. Anson also emphasized that in his own experience Mr. Temarii spoke openly about OFC's needs, never requested money unrelated to specified projects, and never offered his vote in exchange for assistance. Rather, "he was asking for help in developing facilities so that his [C]onfederation could get stronger."[758] The projects OFC asked England to fund appeared to be genuine and worthwhile efforts to benefit the entire Confederation; there was no particular emphasis, for example, on funneling the assistance to Mr. Temarii's home member association of Tahiti. Nor has anyone suggested that Messrs. Temarii or Nicholas, or others at OFC diverted contributions to their own accounts or requested ostensibly development-related favors to serve personal interests. That distinguishes OFC's discussions with England from the requests made by Jack Warner.[759]

Troublingly, Mr. Temarii's statements to the Investigatory Chamber about the England MOU were evasive and inconsistent. He said he "was favorable to support England" "from the beginning" because when he first "looked for assistance" from Europe, "England in 2006 was the first federation to react."[760] Yet he also denied—often emphatically—that assistance from bidding countries influenced OFC's voting decision, saying at one point, "I would like to stress one more time that my vote is not in any way connected to the offers that are made by bidding country."[761]

For reasons discussed in Part III(C)(8), neither Mr. Temarii nor any other OFC representative ultimately participated in the World Cup vote. On the eve of the election, Mr. Nicholas emailed England 2018's top officials to wish them, on behalf of OFC,

> all the best of luck for the vote tomorrow. We wish to acknowledge all the tremendous support the FA has shown to OFC since 2006 and the continued support in the future. Please understand that we tried all we could to get our vote back for OFC but at the end of the day, we fully respect the right for Reynald Temarii to appeal. I am sure that post 2 December we can have an opportunity to meet and discuss our close mutual relationship and partnership.[762]

OFC and England do appear to have maintained some relationship in recent years, although perhaps not to the extent contemplated in mid-October 2010. Ms. Bateman told the Investigatory Chamber that England's FA still carries out some projects in OFC, among other places, pursuant to an MOU.[763] While the terms of

---

[758] FWC00184709-10.
[759] *See, e.g.*, Parts VII(A), V(D)(2).
[760] FWC00183628.
[761] FWC00183616-17.
[762] FWC00125838.
[763] *See* FWC00184373-74.

126

that MOU are unclear, Mr. Temarii told the Investigatory Chamber that England never built OFC a football pitch.[764]

A relationship nonetheless existed between the MOU discussions and the England 2018 bid. Such a connection once again linked football development—much of it worthwhile—with a strategy to target such assistance to Executive Committee members.

The consequences of the bid team's self-serving motives for otherwise socially responsible behavior are brought home by the fact that England's dedication to promoting international football development ended along with its World Cup bid. Jane Bateman, who oversaw football development efforts as Head of International Relations for England's Football Association ("FA")[765] before and after her assignment as Director of Campaign Operations for England 2018, told the Investigatory Chamber that England's international development budget "didn't increase during the period of the bid."[766] After the December 2010 vote, however, the budget shrank—not coincidentally:

> [W]hen the bid ended and we lost and we lost very badly, our Board wasn't very happy and our Board thought, "[W]ell, hang on. . . . [W]e've been, you know, giving all this assistance all around the world and we haven't got anything in return." Now the problem for me [there] is it was never about that. We were doing stuff around the world when there was no bid, when the bid was something we might do . . . . [W]hen the bid finished and then this decision was taken soon after that we're going to really sort of wrap up our international development program, I'm not very happy about that. [S]o we had existing MOUs with CAF. That's still going on. So we're still doing work in Africa because of that. And with OFC. But we haven't done any work since in CONCACAF for example— well, in any of the others. . . . I will in time, you know, get this back on the agenda. . . . [S]o in answer to your question, because we lost [the] Board took a decision strategically, "[Let's] not focus so much on this nice work we're doing around the world."[767]

The ability for Executive Committee members to seek benefits in the guise of football development, and the response of bid teams in seizing that opportunity to curry favor with those who would decide the hosts for the World Cup tournaments, had a real effect on those countries who might have benefited from such programs then and in the future.

---

[764] *See* FWC00183615.
[765] *See* FWC00138812; FWC00184357-59; FWC00184363-64.
[766] FWC00184376.
[767] FWC00184373-74; *see also* FWC00184595-97.

### D.   Lord Triesman's Allegations and the Dingemans Report

#### 1.   Lord Triesman's May 2011 Testimony

On May 10, 2011, Lord David Triesman testified before the Culture, Media and Sport Committee of the House of Commons about what he characterized as unethical conduct by FIFA Executive Committee members during the World Cup bidding process.[768]  Lord Triesman, who served as Chairman of England's Football Association (the "FA") and the England 2018 bid until his resignation from both posts in May 2010, described separate interactions with four members of the Executive Committee:  Ricardo Teixeira, Jack Warner, Nicolás Leoz, and Worawi Makudi.

#### a.   Ricardo Teixeira

Lord Triesman testified that he met Teixeira during an event in Qatar on November 14, 2009, and told him he looked forward to visiting Mr. Teixeira's home country, Brazil, to discuss England's World Cup bid.  In addition, Lord Triesman testified, he told Mr. Teixeira "that I was personally delighted that President Lula [of Brazil], with whose State visit I had been involved as a Foreign Office Minister responsible, among other things, for the Americas, had given us express support for the chance to host the World Cup in 2018"—to which Mr. Teixeira replied, "'Lula is nothing.  You come and tell me what you have for me.'"[769]  While acknowledging that Mr. Teixeira spoke "relatively limited English" and that the "tell me what you have for me" statement "could be sufficiently ambiguous as to refer to a variety of things," Lord Triesman testified that Mr. Teixeira's comment troubled him:  "I must say that I thought it was a surprising way of putting it and, in its way, a shocking way of putting it, because it would be easy to interpret, 'What you have for me' as meaning, 'What do you have for me?' rather than anything else."[770]

#### b.   Jack Warner

Lord Triesman described two incidents involving Warner.

First, he testified that at a London hotel on October 7, 2009, Mr. Warner met with Lord Triesman and Sir David Richards, who at the time was Deputy Chairman of the England 2018 bid,[771] and asked "that some sort of school should be built, or an education establishment should be built, which had some affinity with football," to serve as Mr. Warner's "legacy to the Trinidad and Tobago football authority."[772]

---

[768] *See* FWC00139097-115.

[769] FWC00139100.

[770] FWC00139100.

[771] *See* FWC00139284.

[772] FWC00139099.

128

MEF000354

According to Lord Triesman, he and Sir Richards rejected the request without hesitation:

> I said immediately that in my view the proposition was out of the question. Sir Dave said in what I can only really describe as a stage whisper—you could certainly have heard it around that lounge—I'll leave out some of the language—Sir Dave said, "You must be joking, Jack. You're talking about probably £2.5 million." Jack Warner nodded at that and sat back. He didn't say anything. He nodded at it. But he then said that the funds could be channeled through him and he would guarantee that they were appropriately spent.[773]

Second, Lord Triesman testified that Mr. Warner contacted him after the January 12, 2010 earthquake in Haiti "and he said that the thing that in his view would lift the spirits of the people of Haiti was if they could see the World Cup," but Mr. Warner said arranging that required him "to buy the television rights so that large screens could be erected in Haiti so that people could watch the games. He believed that if he had a sum of about half a million pounds sent to him, he could secure those rights." Once again, Lord Triesman testified, he told Mr. Warner "that that was in my view entirely out of the question."[774] Lord Triesman added that "[s]ome time later it was put to me that [Warner] was the owner of those rights but whether he was or he was not, those were the sums that were mentioned."[775]

### c.    Nicolás Leoz

The alleged interaction with Mr. Leoz occurred November 3, 2009, during a meeting Lord Triesman and other England 2018 officials attended in Mr. Leoz's home country, Paraguay, to present their bid. Lord Triesman testified that during "a brief interlude toward the end of the introduction to the bid," Mr. Leoz and one of his associates, Alberto Almirall, guided Lord Triesman to a cabinet displaying a "large book" chronicling various honors Mr. Leoz had received from different countries.[776] According to Lord Triesman, Mr. Leoz then said, with Mr. Almirall translating the Spanish into English, that "he was deeply concerned about whether people recognised what he had achieved in terms of the honours that he had received"; "that he believed that a knighthood from the United Kingdom would be appropriate"; and that "as a former Foreign Office Minister," Lord Triesman "must know how these things are organised and could probably achieve it."[777] Lord Triesman testified that he told Mr. Leoz "it was completely impossible; we did not

---

[773] FWC00139099.

[774] FWC00139099.

[775] FWC00139099-100.

[776] FWC00139100.

[777] FWC00139100.

129

operate in the United Kingdom like that," to which Mr. Leoz "shrugged his shoulders and turned and walked away."[778]

### d.   Worawi Makudi

Lord Triesman prefaced his testimony about Mr. Makudi by noting that it involved Mr. Makudi's wish to arrange a match in Thailand between the English and Thai national teams, then stating, "I have to tell you that discussions about the possibility of playing matches in countries, even if they are not at the top of our list of desired friendly matches, is a discussion that takes place, and it would be foolish to pretend that it doesn't."  Lord Triesman testified that when he and Mr. Makudi discussed parameters of the potential matchup, Mr. Makudi "insist[ed] . . . that one way or another the TV rights to the broadcasts in the United Kingdom would go to him."  In response, Lord Triesman testified, "I made the point to him that, broadly speaking, the rights to games played overseas are owned by the federations or those in the countries where the game is being played. . . .  It was not, in any case, in my view, something that we could or should organise, and I told him that.  But that was what he believed was the critical thing to making the arrangement a success."[779]

### 2.   The FA Commissions the Dingemans Report

Asked whether he would submit his allegations and any supporting evidence to FIFA, Lord Triesman testified that "I always said I would come to a committee of Parliament first, because I am a parliamentarian myself," but with that "first step" now complete, "I think it is right to then proceed."[780]  Lord Triesman reiterated his willingness to assist a FIFA investigation later in his testimony, saying, "I will present them with whatever evidence is useful, and I am more than willing to do that," although he said he believed "the first response will be that it never happened, and there will be a closing of ranks."[781]  That prompted this exchange:

> Ms Bagshawe:  Just finally, in your answer to Dr Coffey earlier, you said that you had waited.  There was a reason why you did not make these allegations during the bid.  You did not want to blow up the World Cup bid—fair enough—and afterwards you wished to present this evidence before a Select Committee of Parliament before taking it further.  You have now done that.  Will you now, therefore, be presenting this evidence to FIFA and asking for an investigation?

---

[778] FWC00139100.

[779] FWC00139100-101.

[780] FWC00139104.

[781] FWC00139114.

MEF000356

Lord Triesman:  I will make good all parts of my undertaking.[782]

An investigation began within days.  After an initial exchange of letters in which the FA "offer[ed] its full support to an investigation by FIFA"[783] and FIFA expressed "extreme concern regarding the latest allegations" and requested "any and all documentary evidence,"[784] FIFA and the FA agreed that the FA would commission an investigation into Lord Triesman's allegations and submit the findings to FIFA.[785]  Secretary General Valcke explained the next steps in a May 12, 2011 letter to FA General Secretary Alex Horne:  "[W]e would like to emphasise that we request a report on *facts*, and not an interpretation of facts.  The role of the Football Association is to collect the facts including supportive evidences.  The role of FIFA will then be to analyse these facts."[786]  Secretary General Valcke asked the FA to submit the investigator's report to FIFA "as soon as possible."[787]

The FA commissioned James Dingemans QC to conduct an independent investigation, collect evidence, and report his findings.  On May 27, the FA sent Dingemans's report (the "Dingemans Report") to Secretary General Valcke.[788]

### 3.   *The Dingemans Report's Findings*

The Dingemans Report comprised five sections, one summarizing the investigation and evidence (the "Dingemans Report Summary")[789] plus one section detailing the findings and attaching the evidence relevant to the allegations against each of the four Executive Committee members Lord Triesman implicated.[790]

A cover letter accompanying the FA's submission of the Dingemans Report noted that, "consistent with FIFA's request," "[i]t was not part of Mr Dingemans' review to determine whether the allegations made by Lord Triesman were well founded or not."[791]  Introductory paragraphs in the Dingemans Report described the inquiry's scope and limitations, explaining that the FA instructed Dingemans "(1) to review the evidence of the allegations against the four Executive Committee members; and (2) to ascertain if there is any other evidence that implicates FIFA Executive Committee members or other FIFA offices taking 'bribes' in return for

---

[782] FWC00139114.

[783] FWC00139008.

[784] FWC00139006.

[785] *See* FWC00139007.

[786] FWC00139007 (emphasis in original).

[787] FWC00139007.

[788] *See* FWC00139499-500.

[789] *See* FWC00139060-77.

[790] *See* FWC00139015-59 (Teixeira); FWC00139245-309(Warner); FWC00139078-150 (Leoz); FWC00139151-99 (Makudi).

[791] FWC00139500.

131

votes."[792]  Because the FA lacked "jurisdiction to require answers from the four Executive Committee members who were the subject of Lord Triesman's evidence to the Select Committee," Mr. Dingemans did not interview those officials.[793]  "As between FIFA and the FA," the Dingemans Report stated, "FIFA is the relevant body for those purposes."[794]

The Dingemans Report appended a selection of emails and other relevant communications, as well as signed witness statements from England 2018 CEO Andy Anson,[795] England 2018 Director of Campaign Operations Jane Bateman,[796] British politician Bob Blizzard,[797] England 2018 International President David Dein,[798] England 2018 Chief Operating Officer Simon Johnson,[799] FA Vice Chairman Sir David Richards,[800] and Lord Triesman.[801]

Despite Lord Triesman's prior vow to assist an investigation into his allegations, his cooperation with the Dingemans inquiry was limited.  In his witness statement, Lord Triesman said he "had reread my private diary to refresh my memory" before his May 10 testimony, explaining that "I make my private diary in longhand every night from my recollections and from notes that I have made during the day."[802]  But Lord Triesman declined to produce a copy of the relevant diary entries or to elaborate on his allegations beyond stating repeatedly:  "My evidence in respect of this allegation is set out in the transcript of the statement that I made to the Culture Media & Sport Select Committee under conditions of parliamentary privilege on 10 May 2011.  I think that, if I try to add to it, I may stray into territory not covered by Parliamentary privilege."[803]

The subsections below summarize the Dingemans Report's findings.

### a.    Ricardo Teixeira

Not surprisingly given the nature of the allegation and Lord Triesman's refusal to provide additional assistance, the Dingemans Report found little to corroborate or refute Lord Triesman's allegation that Mr. Teixeira told him to "come

---

[792] FWC00139060-61.

[793] FWC00139060.

[794] FWC00139060.

[795] *See* FWC00139053-55.

[796] *See* FWC00139135-37 FWC00139290.

[797] *See* FWC00139149-50.

[798] *See* FWC00139129

[799] *See* FWC00139057-59.

[800] *See* FWC00139284-86.

[801] *See* FWC00139026-28.

[802] FWC00139026.

[803] FWC00139026-28.

132

and tell me what you have for me." An email from England 2018 CEO Andy Anson to others on the bid team noted that Lord Triesman met with Mr. Teixeira in Qatar in mid-November 2009, but it did not recount what they discussed.[804] Mr. Anson, who did not attend the meeting, recalled "Lord Triesman telling me that he had been slightly surprised that in the meeting Mr Teixeira had dismissed President Lula's support of our Bid as being irrelevant, and had stated that we would need to go and present the bid to him personally."[805] According to Mr. Anson, Lord Triesman did not report hearing Mr. Teixeira say "come and tell me what you have for me."[806] England 2018 Chief Operating Officer Simon Johnson characterized Mr. Teixeira's English as "limited" and suggested that if Teixeira made the comment Lord Triesman alleged, he likely misspoke.[807]

### b.    Jack Warner

The Dingemans Report found support for Lord Triesman's assertions that Jack Warner asked England to build an academy in Trinidad and Tobago and to help buy television rights so Haitians could watch the World Cup.

Sir David Richards corroborated much of Lord Triesman's allegation concerning Warner's request for the academy.[808] He confirmed that he attended an October 7, 2009 meeting with Lord Triesman and Mr. Warner in London in which Warner proposed that England "commence a worldwide education programme, building education blocks around the world"—with the project to "start in Trinidad and Tobago."[809] Sir Richards said he "rebuffed the idea in very clear terms," at which point Mr. Warner "moved on to speak about England's bid."[810] According to Sir Richards, "It was never explicitly said by Mr Warner that the building of the facility would be in exchange for Mr Warner's voting for the England bid."[811] Discrepancies between Sir Richards's account and Lord Triesman's allegations concerned whether the £2.5 million cost was discussed in Warner's presence and whether, as Lord Triesman alleged, Mr. Warner "said that the funds could be channeled through him."[812] Sir Richards stated that "Mr Warner did not ask for money in my presence nor did he mention funds being channeled through him."[813] He recalled, however, that Lord Triesman and Warner "had a short conversation"

---

[804] *See* FWC00139020, FWC00139051.

[805] FWC00139020, FWC00139055.

[806] FWC00139020, FWC00139055.

[807] *See* FWC00139020-21, FWC00139058.

[808] *See* FWC00139248-251.

[809] FWC00139284.

[810] FWC00139284.

[811] FWC00139285.

[812] FWC00139099; *see* FWC00139248-251.

[813] FWC00139285.

133

near the end of the meeting that Sir Richards did not hear.[814]  The £2.5 million figure, according to Sir Richards, arose after the meeting, when Sir Richards told Lord Triesman he "had been 'tapped up' by Mr. Warner" for "something like £2.5m," an estimate Sir Richards based on his "previous experience of and involvement in the building of an education and training centre in South Africa."[815]  Mr. Anson and Ms. Bateman remembered hearing from Sir Richards after the meeting that Mr. Warner had asked England to build the academy, but neither recalled any mention of how much that project might cost.[816]

As to Lord Triesman's testimony about Haitian broadcast rights, the Dingemans Report discussed and attached a February 6, 2010 email from Warner requesting assistance in buying television rights needed to broadcast the World Cup in Haiti.  The email, which Warner sent to Lord Triesman and copied to Ms. Bateman, stated in relevant part:

> FIFA, besides financial assistance, is providing [the Haiti Football Federation] with large TV screens placed at two football stadia (at which stadia football can no longer be played in the immediate future) so that all Haitians can see the 2010 World Cup.  However before the earthquake owner of the rights had charged them $1.6 million USD for the rights, a fee which they had agreed to pay.  I have since spoken to the owners and can get this figure reduced substantially.  If you believe that you can assist them in any way by contributing in part or in whole to the purchase of these rights I am sure all of Haiti will be eternally grateful.[817]

Based on February 2010 conversion rates, the $1.6 million figure was approximately double the "about half a million pounds" quoted in his testimony.[818]  Mr. Anson told Dingemans the email was forwarded to him, but "I understood very clearly from Lord Triesman that The FA were not in any way willing to entertain Mr Warner's request and I therefore did not give it much thought."[819]  Similarly, Ms. Bateman stated that "Lord Triesman's position on this was that the figure was out of reach and the assistance was not appropriate."  Ms. Bateman also recalled asking FA personnel to research who controlled the television rights because Lord Triesman "said he wanted to check the ownership."[820]  She said the research revealed "that the company at the end of the trail acts on behalf of the Caribbean

---

[814] FWC00139284.

[815] FWC00139285.

[816] *See* FWC00139251-52, FWC00139290-91, FWC00139294.

[817] FWC00139298.

[818] FWC00139099. $1,600,000 was worth £1,019,170 on February 6, 2010, the date of Mr. Warner's email.

[819] FWC00139295.

[820] FWC00139291.

MEF000360

Football Union (whose President is Mr Warner) to sell the rights in the region."[821] The Dingemans Report Summary stated that "[i]nquiries suggest that a company called SportsMax acquired the pay-TV rights for FIFA events in the Caribbean from 2007-2014" in a transaction involving JD International, which "acts on behalf of the Caribbean Football Union," whose President was Jack Warner.[822] The Dingemans Report added, "It appears that FIFA would be in the best position to ascertain the exact position in relation to television rights."[823]

### c.    Nicolás Leoz

Evidence compiled in the Dingemans Report showed that Nicolás Leoz's associates repeatedly told England 2018 officials that Mr. Leoz desired a prestigious honor from the British government.  The Dingemans Report concluded that "[t]he extent to which the requests made by Alberto Almirall and others for an honour for Dr Leoz were made with the knowledge and approval of Dr Leoz is a matter on which it has not been possible to get direct evidence.  There are inferences which it will be for FIFA to draw."

Email correspondence attached to the Dingemans Report reflected some of the relevant communications from Mr. Leoz's assistants.  On October 29, 2009, days before the November 3 meeting Lord Triesman described in his testimony, Mr. Almirall sent Leslie Dickens, an England 2018 consultant,[824] an email that described Mr. Leoz as follows:

> He is a man who has many distinctions and decorations presented to him by foreign governments and institutions, among them some of the highest decorations given by France (Legion of Honor), Spain (Orden le Isabel la Catolica), Colombia, Venezuela, Peru, Japan, Argentina, Brazil, Mexico, Bolivia, Ecuador, Republic of China, Paraguay and many others.

> Confidentially, I know that he would love to have a decoration from the British Crown or government, Jane Bateman is aware of this, but nothing has happened in this respect so far.[825]

Witness statements in the Dingemans Report recounted similar discussions with Mr. Leoz's associates.  Andy Anson, who attended the November 3 meeting in Paraguay with Lord Triesman, said two of Mr. Leoz's associates, including Mr. Almirall, not only "gave a hint that Dr Leoz liked to receive honours and that it

---

[821] FWC00139291.

[822] FWC00139066-67.

[823] FWC00139254.

[824] *See* FWC00139083.

[825] FWC00139083, FWC00139123.

would be nice if England were to recognise Dr Leoz in some way," but also "said to me that it would be nice if at some point Dr Leoz would get to meet the Queen." Mr. Anson cautioned, however, that "I was never a party to any conversation where Dr Leoz personally asked anyone connected with England 2018 for a knighthood, or indeed for any award or honour," and "I cannot conclude that Mr Almiral[l] spoke on Dr Leoz's behalf when he made the hints."[826]  According to Simon Johnson, Lord Triesman returned from the November 2009 Paraguay trip having "formed the belief that Dr Leoz had asked him for a knighthood."  When Mr. Johnson asked Mr. Anson and Ms. Sanchez about Lord Triesman's allegation, "[t]hose colleagues said that a suggestion along those lines was made by a member of the CONMEBOL staff, and not by Dr Leoz himself."[827]  Ms. Bateman, who said she had known Leoz "for around 12 or 13 years," said Mr. Leoz "is famous for his book which highlights honours he has been awarded, such as honorary degrees and doctorates."[828]  Ms. Bateman acknowledged being "aware for some time (including prior to the bidding process) that, according to Alberto Almiral[l] (a member of staff at CONMEBOL), Dr Leoz missed having a British honour."[829]  Bob Blizzard, a Member of Parliament until 2010, recalled that after he discussed England's intent to bid for the 2018 FIFA World Cup with Mr. Leoz back in September 2007, the Paraguayan Charge d'Affaires in London "asked me if I could get 'some kind of honour' for Nicolas" because "'Nicolas would like an honour.'"[830]  David Dein, who said he "met Dr Leoz on several occasions during the bidding process" and "was probably the closest to him out of everybody on the England 2018 Bid," said he "was aware that people within the Conmebol staff used to refer to the other honours that had been bestowed upon Dr Leoz," but was never "made aware of such a request being made or hinted at by Dr Leoz himself."[831]  Nor, Mr. Dein said, "did Dr Leoz ever approach me for anything to do with honours."[832]

England 2018 officials discussed internally "what honour might properly be given to Dr Leoz" and considered "creating a FA Disability Cup" that could be named after him in light of his previously recognized support "for the development of disability football."[833]  England 2018 staff member Lucia Sanchez reported to Dickens in April 2010 that she had just spoken to Mr. Almiral by phone, and "[h]e asked me again about Leoz's honorary title announcement as this can 'weight heavily' on Leoz's decision.  I think we need to offer something to Leoz when we go (naming the disability cup for example?) is this big enough, or should we pace

---

[826] FWC00139120.

[827] FWC00139131.

[828] FWC00139126.

[829] FWC00139126.

[830] FWC00139149-50.

[831] FWC00139131-32.

[832] FWC00139131-32.

[833] FWC00139070.

ourselves?"[834]  Mr. Dickens's response to Ms. Sanchez, which he copied to Ms. Bateman, seemed to view the proposal to "nam[e] the disability cup" after Mr. Leoz as insufficient:  "Please keep in mind that Dr. Leoz has written a book, or somebody wrote it for him, on all of his distinctions and honours.  He wants something big, important and distinguished."[835]  According to the Dingemans Report, "there were different views in England 2018 about whether the proposal" to name a trophy after Leoz "was a good idea; and the matter was not pursued."[836]

The Dingemans Report noted that a version of Lord Triesman's knighthood allegation emerged during the bidding process, in an episode that prompted Lord Triesman to resign from England 2018 and the FA.  On May 16, 2010, a newspaper article reported that Lord Triesman made a number of allegations during a secretly recorded private conversation.[837]  According to the report, Lord Triesman alleged at one point "that one representative of a Latin American country, who he doesn't identify, appears to want an 'honorary knighthood, which we can't, which we'll never give.'"[838]  The Dingemans Report showed that Dickens notified Ms. Bateman and Ms. Sanchez via email on May 18, 2010 that Mr. Almirall, in response to the report, conveyed "his personal view" that "this could cost England the bid."[839]  On May 20, 2010, Lord Triesman and England's FA both wrote letters to the FIFA Ethics Committee addressing the various allegations attributed to Lord Triesman.[840]  One sentence in the FA's letter addressed the comment about the knighthood request:  "No member of the FIFA Executive Committee has asked The FA or the Bid Committee for an honorary knighthood which is the inference of the reported remark contained in the newspaper article."[841]  As the Dingemans Report stated, "Lord Triesman's separate letter to FIFA did not repeat that denial."[842]

### d.    Worawi Makudi

The Dingemans Report concluded that while Worawi Makudi lobbied England 2018 officials to arrange a friendly match in Thailand between the Thai and English national teams, "it does not appear that it was ever proposed that the UK TV rights would be vested in the Football Association in Thailand."[843]

---

[834] FWC00139135.

[835] FWC00139135.

[836] FWC00139070.

[837] *See* FWC00139142-44; FWC00118400-402.

[838] FWC00118401.

[839] FWC00139137.

[840] *See* FWC00139139-41; FWC00139146-47.

[841] FWC00139140.

[842] FWC00139085; *see also* FWC00139146-47.

[843] FWC00139157-58.

137

Based on documents and witness statements the Dingemans Report compiled, Mr. Makudi long hoped to host a match in Thailand featuring England's national team. Simon Johnson said he introduced Mr. Makudi to Lord Triesman in December 2008, and "[a]t that meeting, Mr Makudi asked whether Lord Triesman could assist in having England play a friendly. He did not, however, make any reference to broadcasting rights."[844] Mr. Johnson recalled speaking with Mr. Makudi "a number of times" when Mr. Johnson served as Director of Corporate Affairs for England's FA "and for probably the first three or four months of the bid," and "[a]t each of those meetings [Makudi] asked whether England would be willing to play a friendly in Thailand"—but, according to Mr. Johnson, Mr. Makudi did not discuss television rights "at any stage."[845] Mr. Makudi pressed the issue in a March 18, 2009 letter to Lord Triesman inviting England's national team to play in Thailand.[846] Calling the proposed matchup "our great wish and dream for our country," Mr. Makudi's letter expressed "hope that their wish and dream would come true by your great help and support."[847] England 2018 CEO Andy Anson told Dingemans that he "had a number of discussions on this subject personally with Mr Makudi," and "[n]othing was ever said to me about TV rights during any of these discussions."[848]

At some point, Mr. Anson said, "a 'friendly' match between England and Thailand was agreed in principle."[849] The Dingemans Report found that

> when playing friendly matches overseas, the FA often retains all TV rights for UK and the rest of the world, permitting the host country only to have domestic 'in country' TV rights. This can be the subject of negotiation, depending on who is paying for the costs of planes, transport and accommodation. By letter dated 24 November 2010 . . . Adrian Bevington, Club England Managing Director, was writing to Mr Makudi as President of the Football Association of Thailand about team arrangements and requirements, and, among other matters, TV rights. It is apparent that there were proposals being discussed whereby the Football Association of Thailand retained not only domestic TV rights, but also rest of the world TV rights except for the UK, depending on what could be agreed about payment for the cost of the trip.[850]

---

[844] FWC00139191.

[845] FWC00139192.

[846] *See* FWC00139188.

[847] FWC00139188.

[848] FWC00139196.

[849] FWC00139196.

[850] FWC00139157.

138

Mr. Bevington's letter, which the Dingemans Report attached, referenced a
"Thailand v England" game apparently scheduled for June 7, 2011 and explained
that "w[h]ile we will look to draft a formal contract for the fixture very soon, which
will be managed by our commercial and legal departments, we have detailed below
our key requirements" related to "the England senior team."[851]  The letter stated
that Thailand would "keep all matchday revenue" but would pay all of England's
travel, accommodation, and security expenses; and that "subject to agreement on all
England's costs being covered by the Thai FA (as above), the Thai FA will retain the
third party TV rights (outside of Thailand and the UK).  The FA will retain the
rights for the UK."[852]  The letter asked Mr. Makudi to identify "who is leading the
commercial operation for this game on behalf of the Thailand FA," and it advised
him that England's "Operations Travel Manager" hoped "to visit prospective hotels"
in Thailand starting December 3, 2010.

> ### e.   Other Allegations

Mr. Dingemans noted in his report that "[i]n the short time I have had
available (between 12 May and 27 May 2011), which I have necessarily devoted to
attempting to locate evidence relating to the allegations made by Lord Triesman
to the Select Committee and producing this report and the reports to FIFA, I have not
been able to locate evidence relevant to other allegations and rumours."[853]  The
witness statements the Dingemans Report appended indicated that there were no
further allegations to pursue.  Mr. Anson, Ms. Bateman, Mr. Dein, Mr. Johnson,
and Sir Richards all stated that apart from whatever information they provided in
response to Lord Triesman's allegations, they were "not aware" of any other
"evidence, written or oral, which implicates members of FIFA, either on the
executive committee or otherwise, with being involved in any corrupt activity in
relation to the FIFA World Cup bidding process."[854]

> ## 4.   FIFA's Response to the Dingemans Report

In the cover letter transmitted to FIFA Secretary General Jérôme Valcke
along with the Dingemans Report on May 27, 2011, FA General Secretary Alex
Horne noted his understanding that Secretary General Valcke "will now review the
evidence and in accordance with Paragraph 14.1 of the FIFA Ethics Code pass the
same to the FIFA Ethics Committee."[855]

---

[851] FWC00139198.

[852] FWC00139199.

[853] FWC00139074.

[854] FWC00139055, FWC00139059, FWC00139127, FWC00139129, FWC00139286.

[855] FWC00139500.

FIFA's Head of Security, Chris Eaton, reviewed the Dingemans Report and set forth his findings in a written message to FIFA's General Counsel on May 28.[856] Mr. Eaton concluded that "Lord Triesman's allegations in the UK Parliament under privilege are not adequately supported by him or other witnesses out of the privilege umbrella," and that while "the Warner allegations could warrant further investigation," none of the allegations "warrant opening a[n] Ethics Committee file as they now stand."[857] Mr. Eaton assessed the case against each Executive Committee member in turn:

- Mr. Eaton said the allegation against Mr. Teixeira "is mired in linguistic differences that are highly open to misunderstanding and misinterpretation," and is unsupported "direct evidence that Mr. Teixeira asked for any specific benefit for him in exchange for his support for the bid."[858]

- As to Mr. Warner's alleged request for an academy, Mr. Eaton found that "[a]ll recall that there was a suggestion that an academy or a school be built in Trinidad, but none other than Triesman, and to some extent Richards, associated that with cash paid through Warner, and nobody has any evidence (other than inferential) that this conversation was associated with support for the UK bid." Mr. Eaton acknowledged that "[a]ccording to Triesman, supported in part by Richards, this was apparently obvious from the circumstances and the basis of the conversation, and therefore to be inferred," but Mr. Eaton concluded that "the evidential gaps and differences between witness testimony make this unsafe for referral." As to the alleged request for payments to buy broadcast rights in Haiti, Mr. Eaton again emphasized a lack of "evidence linking the request from Warner (by Email) for cash to be sent to him" to Mr. Warner's "support[] for the England bid." He added, "There are suggestions that Warner has a direct interest in a company or companies that did own these rights, and that he was in effect soliciting money for himself for something he already owned, but there are no facts to back this up."[859]

- Mr. Eaton found "no direct evidence that Dr. Leoz asked himself for an honour to be bestowed on him by the UK, nor is there any direct evidence he asked for anything in exchange for his support for the bid." He also cited "significant differences in the evidence of witnesses" and an "enormous reliance on inferential conclusions based on conversations and the circumstances and basis of them."[860]

---

[856] *See* FWC00173438-39.

[857] FWC00173438.

[858] FWC00173439.

[859] FWC00173438.

[860] FWC00173439.

MEF000366

- Mr. Eaton's analysis of the allegation against Mr. Makudi stated simply that "[t]his allegation is totally reliant on inferential conclusions based on conversations and other communications and the circumstances and basis of them."[861]

Mr. Eaton's May 28, 2011 email is the only analysis of the evidence we have located in FIFA's case files.

The following day, Sunday, May 29, news media quoted Secretary General Valcke as saying that the Dingemans Report "cleared" everyone Lord Triesman had implicated:

> I have just got the FA report—it's a big report, 200 pages—which we asked for after Triesman's allegations.  I hope FIFA will agree to make it public because *all the people here are completely cleared*, so I'm glad the person appointed by the FA took time to hear not only Triesman but also David Dein, Simon Johnson, Anson Anson and other people who were part of the bid.[862]

FIFA President Joseph Blatter echoed that characterization of the Dingemans Report during a FIFA Executive Committee meeting on May 30. According to minutes of the meeting, President Blatter introduced the "61st FIFA Congress 2011" item of the agenda

> by referring to the accusations of breaches of the FIFA Code of Ethics made by Lord Triesman against four members of the Executive Committee during an inquiry by the UK parliament into the bid campaign to host the 2018 FIFA World Cup.  This had prompted The Football Association (The FA) to commission an independent report into the accusations, *which had exonerated all four members*.[863]

In the ensuing discussion, FIFA Vice President Ángel María Villar Llona, referencing unsubstantiated allegations Lord Triesman made against Spain in the secretly recorded conversation that became public in May 2010, "raised the possibility of at least declaring Lord Triesman a persona non grata at the appropriate moment, to which the President agreed"; Makudi announced "that he had instructed his lawyers to explore the possibility of taking legal action against Triesman" (as discussed in Part VII(D)(4), Mr. Makudi later sued Lord Triesman for libel); FIFA Vice President Geoff Thompson of England "questioned Triesman's credibility given that he had had to resign as chairman of The FA and of the England bid and criticised him for using parliamentary privilege to make his

---

[861] FWC00173439.

[862] FWC00155985 (emphasis added).

[863] FWC00166752 (emphasis added).

MEF000367

claims," and "added that he was very pleased that The FA had conducted an inquiry into the allegations that cleared the members of the accusations"; and Executive Committee member Mohamed Raouraoua "urged the President to bring the findings of The FA's report to the attention of the media, which the President said he would do."[864]

FIFA published the Dingemans Report Summary, which addressed the bulk of the findings discussed in Part VII(D)(3) above, on its website later that day.[865] FIFA also issued a press release headlined "No evidence on allegations made against FIFA Executive Committee members at the House of Commons."[866] The release stated that "FIFA has found no elements in this report which would prompt the opening of any ethics proceedings."[867]

### 5.   The Investigatory Chamber's Analysis

The Dingemans Report presented ample evidence with respect to certain allegations to warrant the initiation of FIFA Ethics Committee proceedings. Information compiled in the Dingemans investigation and supplemented during the Investigatory Chamber's own inquiry establishes a prima facie case that serious violations of bidding rules and the FIFA Code of Ethics occurred.

Unfortunately, in addition to being unable to question former FIFA Executive Committee members Ricardo Teixeira, Jack Warner, and Nicolás Leoz,[868] the Investigatory Chamber received no cooperation from Lord Triesman.  The Investigatory Chamber first requested a meeting with Lord Triesman in September 2013, during the early stage of the investigation into the World Cup bidding process.[869]  Lord Triesman's legal counsel responded that while "Lord Triesman would be happy to co-operate with the inquiry that you are undertaking" "[u]nder

---

[864] FWC00166753-54.

[865] *See* FWC00139519; FWC00173361-63.  As of August 2014, the Dingemans Report Summary remains available online at http://www.fifa.com/mm/document/affederation/administration/01/44/40/85/jdqcreview-summary.pdf.

[866] FWC00173361.

[867] FWC00173362.  FIFA's response to the Dingemans Report came amid a particularly tumultuous few days.  On May 29, 2011, the FIFA Ethics Committee provisionally banned two Executive Committee members, Jack Warner and Mohamed Bin Hammam, based on evidence they had bribed Caribbean Football Union members in an attempt to influence the upcoming election for FIFA President.  *See* FWC00166748.  FIFA was also responding to separate allegations—made during the Parliamentary hearings where Lord Triesman testified—from the Sunday Times and the so-called "Qatari whistleblower."  *See* Part X(H).  The same press release that announced FIFA "found no elements" in the Dingemans Report "which would prompt the opening of any ethics proceedings" also noted that "FIFA has not received any evidence whatsoever from the *Sunday Times* or from the 'whistleblower' cited in that newspaper with regard to allegations made against two other members of the FIFA Executive Committee (Issa Hayatou and Jacques Anouma)."  FWC00173362.

[868] *See* Part IV(B)(2).

[869] *See* FWC00173449.

normal circumstances," an ongoing libel lawsuit Mr. Makudi filed in response to Lord Triesman's May 2011 testimony made Lord Triesman "reluctant to provide evidence" that "may expose him to further legal claims."[870]  Accordingly, the Investigatory Chamber notified Lord Triesman's counsel that "[g]iven the unique concerns your client's legal position raises," the interview would not be pursued at that time[871]  Months later, after reports that a court resolved the litigation in Lord Triesman's favor,[872] Lord Triesman made public statements indicating that he felt comfortable discussing matters relevant to an investigation into potential violations of the FIFA Code of Ethics.  For example, in June 2014 he was quoted as saying "there is a very good case" for re-opening the World Cup bidding process because "I don't think you can leave the World Cup in any location where it has been awarded by means that are not legitimate."[873]  The Investigatory Chamber therefore contacted Lord Triesman's attorney again to request a meeting.[874]  Lord Triesman's counsel responded, however, that because "Mr Dato Worawi Makudi continues to pursue his libel claim against Lord Triesman and has sought permission to appeal the decision to strike-out his claim to the Supreme Court," Lord Triesman "feels that he has been put in a position where he has no option but to decline your invitation."[875]

Accordingly, the subsections below summarize the Investigatory Chamber's analysis of the allegations and related evidence without any further assistance from Lord Triesman.

### a.    Ricardo Teixeira

As to Lord Triesman's allegations against Ricardo Teixeira, FIFA's decision not to initiate further proceedings was well-founded.  Lord Triesman testified that even he did not necessarily interpret Teixeira's alleged statement—"Lula is nothing, you come and tell me what you have for me"—as a request for a bribe, especially given "that Mr Teixeira's grasp of English was not complete."[876]  Others confirmed, both in witness statements[877] appended to the Dingemans Report and in interviews with the Investigatory Chamber,[878] that Mr. Teixeira spoke English poorly.  While FIFA could have requested Mr. Teixeira to respond to Lord Triesman's testimony, he almost certainly would have stated that he never made the comment at all or that it was merely a garbled attempt to invite Lord Triesman to Brazil and remind

---

[870] FWC00173432.

[871] FWC00173433.

[872] See, e.g., FWC00153425.

[873] FWC00173440-43.

[874] See FWC00173434.

[875] FWC00173435.

[876] FWC00139100.

[877] See FWC00139058.

[878] See FWC00184716.

him that Mr. Teixeira, not President Lula, was the only Brazilian whose assessment of the World Cup bids mattered.

### b.  Jack Warner

The Dingemans Report included a signed statement from a witness, Sir David Richards, corroborating Lord Triesman's allegation that Jack Warner asked the Chairman (Lord Triesman) and Deputy Chairman (Sir Richards) of the England 2018 bid to fund the construction of an academy in Trinidad and Tobago. Witness interviews conducted during this investigation further bolstered the claim. Andy Anson, whose witness statement in the Dingemans Report noted merely that Sir Richards reported "that Mr Warner had mentioned to him the possibility of a football academy in Trinidad,"[879] told the Investigatory Chamber that Sir Richards "was very clear to me" that Sir Richards perceived Mr. Warner's request as "the price of getting Jack Warner's vote."[880] Together, that constitutes strong evidence that Mr. Warner violated ethical rules.

Much of the Dingemans Report's analysis centered on whether Sir Richards mentioned the £2.5 million estimate of the proposed project's cost in Mr. Warner's presence or only after the meeting. That issue is irrelevant. It suffices to say that Mr. Warner's request for the academy was a request for a substantial personal benefit. Given Mr. Warner's status as a voting member of the FIFA Executive Committee, and Lord Triesman's and Sir Richards's roles with the England 2018 bid team, the request was improper regardless of whether England could afford to grant it.

With respect to Mr. Warner's request to help buy World Cup broadcast rights in Haiti, Jane Bateman stated in the Dingemans Report that "Lord Triesman's position on this *was that the figure was out of reach* and the assistance was not appropriate" and  noted that Lord Triesman "also said he wanted to check the ownership of those rights."[881] Email communications the Investigatory Chamber obtained from England indicate that Lord Triesman did not decline Mr. Warner's February 6, 2010 request until February 24,[882] a delay consistent with the notion that Lord Triesman awaited the results of the research into the ownership issue before deciding whether to contribute. The Dingemans Report also notes that efforts to trace the ownership rights apparently led to a company that acted to sell broadcast rights in the region on behalf of CFU. After noting the ownership issue, the Dingemans Report stated correctly that "FIFA would be in the best position to

---

[879] FWC00139294.

[880] FWC00184717.

[881] FWC00139291 (emphasis added).

[882] *See* FWC00124904. Lord Triesman told Mr. Warner via email, "We have considered this, and if I may be completely honest with you, we are not in a position to make a contribution of this magnitude for the rights, whilst understanding completely the significance of this for the island of Haiti." *Id.*

ascertain the exact position in relation to television rights."[883]  Indeed, that issue warranted further investigation by FIFA.[884]  On June 20, 2011, as a result of a separate vote-buying scandal, Jack Warner resigned from all of his football-related positions.[885]  On this record a prima facie case has been established that Mr. Warner violated both the bidding rules and the FCE.[886]

>           c.     Nicolás Leoz

The Dingemans Report observed that the evidence related to Lord Triesman's allegation against Mr. Leoz leaves "inferences which it will be for FIFA to draw." Credible evidence pointed toward the inference that Mr. Leoz deliberately conveyed his willingness to support England's bid in exchange for a prestigious honor, preferably a knighthood.

The suggestion that Mr. Leoz's associates were not communicating on Mr. Leoz's behalf when they pressed England 2018 officials to honor their boss blinks reality.  This was not a stray comment from an eager assistant on one occasion; it was a coordinated campaign in furtherance of what Ms. Bateman characterized as Mr. Leoz's "famous" interest in chronicling and showing off "honours he has been awarded, such as honorary degrees and doctorates."  The Paraguayan Charge d'Affaires raised the issue with Bob Blizzard after Blizzard discussed England's future bid with Mr. Leoz in Paraguay; according to Simon Johnson, "people within the Conmebol staff used to refer to the other honours that had been bestowed upon Dr Leoz"; Alberto Almirall emphasized just before the England 2018 delegation's visit to Paraguay that Mr. Leoz "would love to have a decoration from the British Crown or government"; Mr. Almirall and another of Mr. Leoz's associates approached England 2018 CEO Andy Anson after the November 3, 2009 meeting and "gave a hint that Dr Leoz liked to receive honours" and "that it would be nice if at some point Dr Leoz would get to meet the Queen"; and Mr. Almirall told England 2018 staff member Lucia Sanchez months later that "Leoz's honorary title announcement . . . can 'weight heavily' on Leoz's decision."

Mr. Leoz's subordinates were not the only ones who raised the issue. According to Lord Triesman's parliamentary testimony, Lord Triesman learned of Mr. Leoz's desire for a knighthood from Mr. Leoz himself.  The obvious explanation for why Mr. Leoz personally mentioned the knighthood only to Lord Triesman is, as Lord Triesman testified, that Mr. Leoz believed Lord Triesman "must know how

---

[883] FWC00139254.

[884] Attorneys for CONCACAF investigated various allegations against Mr. Warner—though not the specific allegation regarding Haiti broadcast rights—beginning in June 2012.  *See* FWC00173544-687.  Among other conclusions, that investigation found that "Warner committed fraud" that "divested CONCACAF and FIFA of approximately $26 million."  FWC00173645.

[885] *See, e.g.,* FWC00173952-53.

[886] *See* XIV(A)(3)(c).

these things are organised and could probably achieve it."[887]  Mr. Leoz's apparent belief that Lord Triesman offered his best hope for being knighted was understandable given Lord Triesman's status as both the Chairman of England 2018 and a member of the House of Lords.

England 2018 officials perceived that Mr. Leoz would have viewed them more favorably if they helped him obtain a knighthood.  Mr. Leoz, a FIFA Vice President and the CONMEBOL President during the bidding process, bears responsibility for fostering that perception.  At a minimum, he compromised the bidding process by creating the impression—whether through his own actions or through negligent supervision of the assistants he assigned to communicate with the England 2018 bid—that his desire for personal accolades could influence his World Cup vote.  The more logical inference from the evidence is more incriminating:  Mr. Leoz directed or encouraged his associates to request a personal benefit in exchange for his support of England's World Cup bid.

The behavior of English football officials also fell short of ethical standards.

In response to the newspaper article about Lord Triesman's secretly recorded comments, the FA represented to the FIFA Ethics Committee on May 20, 2010 that "[n]o member of the FIFA Executive Committee has asked The FA or the Bid Committee for an honorary knighthood which is the inference of the reported remark contained in the newspaper article."[888]  At best, that statement was misleading.  Even ignoring Lord Triesman's allegation that Mr. Leoz requested a knighthood directly, the FA's assertion was true only under the narrowest, most legalistic sense—one where a member of the Executive Committee could be deemed not to have "asked" for anything if the request came from a subordinate, or where a request for both "a decoration from the British Crown or government" and an opportunity to "meet the Queen" could be distinguished from a request "for an honorary knighthood."

While the record indicates that England football officials neither pursued nor seriously considered pursuing a knighthood for Mr. Leoz, Ms. Bateman's statements to the Investigatory Chamber were revealing.  She said the prospect of helping Mr. Leoz obtain a knighthood "was a non-starter," adding, "[T]hese aren't decisions taken by a football association; it's things taken by a government."[889]  But the bid team considered naming the Disability Cup trophy after Mr. Leoz, Ms. Bateman said, "because it had to be something."  England 2018 ultimately chose not offer Mr. Leoz the naming-rights honor "[b]ecause needless to say he wasn't really interested in having the Disability Cup named after him."[890]  It therefore appears that

---

[887] FWC00139300.
[888] FWC00139140.
[889] FWC00184389.
[890] FWC00184389.

MEF000372

England 2018 officials dismissed the knighthood request in large part because they believed it was beyond their means; and they declined to name the Disability Cup trophy after Mr. Leoz because they believed that honor, while the best they could offer, was too modest to have much influence on Mr. Leoz.

There is a prima facie case on this record that Mr. Leoz breached ethics rules because he sought this significant personal benefit in the context of the bidding process. Similarly, the bid team erred in considering the proposal to name the FA Disability Cup trophy after Mr. Leoz rather than arranging a knighthood; that type of conduct undermined the bidding process and denigrated a legitimate honor that might indeed mean a great deal in its own right.

### d.    Worawi Makudi

Neither the Dingemans Report nor the Investigatory Chamber found evidence corroborating Lord Triesman's allegation that Worawi Makudi specifically requested the U.K. broadcast rights for a potential England-Thailand friendly. But evidence in the record supports the conclusion that in discussing the potential friendly match, ethical rules were broken.

In April 2010, England 2018 International President David Dein asked FIFA Secretary General Jérôme Valcke, in an email with the subject line "Bid rules," to clarify FIFA's "guidelines of 'dos' and 'don'ts' for legacy programmes."[891] Secretary General Valcke's reply, sent April 20, 2010, began with the following sound analysis:

> With regard to whether a Member Association which participates in the Bidding Process 2018/2022 (or its Bid Committee) may assist or provide any services or goods to another Member Association, Member Associations may in principle conduct their normal activities regardless of the Bidding Process. Such assistance or provision of goods or services may be part of the MA's programmes to develop football or collaboration with other M[A]s. *The crucial question is why they are doing i[t] and what the real goal is.*[892]

After quoting rules from the Bid Registration agreement applicable to "any Member Association which participates in such Bidding Process (and its Bid Committee)," Secretary General Valcke noted that where "a Member Association which has an official in the FIFA Executive Committee receives the assistance, goods or services, such assistance, goods or services may be regarded as intended to influence such member of the FIFA Executive Committee" and thus could violate rules governing gifts and other personal benefits.[893] "To be on the safe side," Secretary General

---

[891] FWC00125086.

[892] FWC00125112 (emphasis added).

[893] FWC00125112.

147

Valcke advised, a "Member Association[] which participates in the Bidding Process 2018/2022 (or its Bid Committee) should ask the FIFA Ethics Committee for an approval of their planned activities."[894]

England appears not to have heeded that advice[895] and, instead, pursued the type of prohibited arrangement Secretary General Valcke identified.  If not for the England 2018 bid, English football officials would not have considered accepting Mr. Makudi's invitation to play a friendly against Thailand.  FIFA ranked England's national team No. 6 in the world in 2010; Thailand was No. 129.  Ms. Bateman told the Investigatory Chamber that in the view of "the FA, who have the best interest of the England team at heart, playing Thailand was not a fit."[896]  When asked whether Thailand's team was one England "would play a friendly with normally," Roger Burden, who replaced Lord Triesman as Chairman of England's FA in 2010, answered simply:  "Not normally, no."[897]

Mr. Makudi had been lobbying to arrange an England-Thailand friendly for what he described as "so many years."[898]  It is no coincidence that England finally agreed to grant his wish on November 24, 2010,[899] eight days before the World Cup vote.  Bid team personnel participated in the parties' talks.  Ms. Bateman, who as England 2018's Director of Campaign Operations was tasked with marshaling support for the bid, told the Investigatory Chamber she discussed with Mr. Makudi "whether a match would be possible."[900]  England 2018 CEO Andy Anson stated in the Dingemans Report that not only was he "aware that a 'friendly' match between England and Thailand was agreed in principle," but "I had a number of discussions on this subject personally with Mr Makudi."[901]  A travel schedule shows that Mr. Anson was scheduled to meet with Mr. Makudi on November 22, 2010,[902] two days before England sent Mr. Makudi the letter agreeing to play the friendly.[903]

The Thailand matchup was not the only one England 2018 officials contemplated in devising their bid strategy.  According to Mr. Anson, Mr. Dein initially wanted to try to schedule a friendly against Argentina, a considerably more formidable opponent that also happened to have a representative on the Executive

---

[894] FWC00125112.

[895] Nothing in the record, which includes the FIFA Ethics Committee's complete files and correspondence related to the bidding process, indicates that the Ethics Committee approved or was even informed of England's interest in arranging a friendly against Thailand.

[896] FWC00184401.

[897] FWC00184594.

[898] FWC00182840.

[899] FWC00139199.

[900] FWC00184400-01.

[901] FWC00139196.

[902] See FWC00125751.

[903] See FWC00139199.

148

Committee in Julio Grondona. Others rejected the idea, Mr. Anson said, on the rationale that "we're never ever going to get Grondona's vote[]."[904]

Mr. Makudi's vote seemed more attainable. English officials believed Mr. Makudi would vote for the Spain/Portugal bid early in the voting to select the 2018 World Cup host.[905] According to Mr. Anson, though, "we did think he would come to us second," one reason being "all the discussion about the England game."[906] Mr. Makudi "clearly wanted England to play Thailand," Mr. Anson explained, in order to ingratiate himself with Thai authorities:

> He was [former Thai Prime Minister Thaksin] Shinawatra's guy within the Thai regime, Shinawatra left, and Makudi wanted to win favor with, with the kingdom, with the new politicians. . . . [B]ringing England to play Thailand would have been his way of doing that. [S]o by letting him talk to the FA about a friendly match, that was clearly a chance that you're going to, you know, you're going to get him on your side.[907]

England not only agreed to play against Thailand, but did so under terms that did not appear to reflect England's superior negotiating position. A comparison with the terms from a different England's men's senior national team friendly is illustrative. On May 30, 2010, England played Japan's national team in Graz, Austria. Relative to Thailand, Japan should have had far more leverage to negotiate a favorable contract: the Japan matchup offered England, which was ranked 6th internationally in 2010, much better competition (Japan was ranked 29th, Thailand 120th) in a far more convenient location.

Yet Japan played under terms that were not materially more favorable—if they were more favorable at all—than those England proposed to Mr. Makudi one week before the World Cup vote. To be sure, some of the terms in the Japan contract called for England to make payments it would not have had to make to Thailand: while the Thailand agreement did not mention any appearance fee,[908] England paid Japan a $200,000 "Match Fee" for the May 2010 game;[909] and while Thailand was to cover all of England's transportation and accommodation expenses,[910] England covered its own expenses for the Japan game plus the costs of transporting the Japanese team within Austria (with Japan responsible for its own

---

[904] FWC00184715.

[905] *See* FWC00184490-91; FWC00184698; Part XIII(A).

[906] FWC00184699-4700.

[907] FWC00184714-15.

[908] *See* FWC00139198-99.

[909] *See* FWC00126159-60.

[910] *See* FWC00139198.

airfare and accommodations).[911]  Other provisions set forth in England's letter to Thailand, however, were far more generous.  First, the Thailand agreement entitled "[t]he Thai FA to keep all matchday revenue from the match including ticket sales, hospitality, programme sales and food and beverage sales,"[912] while the Japan agreement gave England the right to "all amounts and benefits received by it in connection with the staging or exploitation of the Match including without limitation ticket revenues."[913]  Second, as to media and broadcast rights, which Lord Triesman alleged were of particular interest to Mr. Makudi, Thailand was to receive not only rights within Thailand, but also everywhere else in the world except "the UK," without paying any licensing fee.[914]  In contrast, England granted Japan media rights only within its own "Territory"—defined to "mean[] Japan only"—and, moreover, only in exchange for a "Licence Fee" of $975,000.[915]

England's desire for Mr. Makudi's World Cup vote explains the discrepancy. Thailand did not have a World Cup bid.  Moreover, the favorable terms in the November 24, 2010 letter do not appear to have been the product of rigorous negotiations.  The Investigatory Chamber asked England to produce documents reflecting all negotiations or draft proposals related to the planned friendly against Thailand, but England's search of both hard-copy files and archived electronic data turned up no additional documents.  The record therefore indicates that the November 24, 2010 letter— sent with the December 2 vote imminent—was England's first, very generous, offer.  Top English football officials recognized that arranging friendlies with a team from an Executive Committee's home country in order to advance the England 2018 bid was improper.  Mr. Burden told the Investigatory Chamber he was against the practice because "there was an argument it might not have been a clean bid."[916]  Geoff Thompson, the FIFA Vice President who replaced Lord Triesman as Chairman of England 2018, candidly told the Investigatory Chamber he "didn't think it was appropriate" to organize the proposed England-Thailand matchup or other friendlies targeting teams associated with Executive Committee members "[b]ecause I think *it's a form of bribery*."[917]

Notably, the England-Thailand game never occurred.  In a letter dated December 22, 2010, England's FA notified Mr. Makudi "that unfortunately the English team is now unable to participate" in the Thailand-England game scheduled for June 7, 2011.[918]  The letter attributed the cancellation to scheduling

---

[911] *See* FWC00126161.

[912] FWC00139199.

[913] FWC00126160.

[914] FWC00139199.

[915] FWC00126182-83.

[916] FWC00184593.

[917] FWC00184641-42 (emphasis added).

[918] FWC00125865.

problems related to England's "significant fixture programme in the summer of 2011."[919]  While Mr. Makudi characterized the cancellation as exculpatory—"If this happen[ed]," he told the Investigatory Chamber, "maybe you can say something more on me, but I mean, it [did] not happen"[920]—the game's cancellation only underscores the improper relationship between the November 24, 2010 offer to play the game and the December 2, 2010 World Cup vote.  Mr. Burden recalled that Sir David Richards, who ran the committee that organized friendlies, called him after the vote "and he said, 'Look, we don't want to play Thailand.'"[921]  Mr. Burden said he and Sir Richards agreed that the promise to play the game was not expressly conditioned on Mr. Makudi voting a particular way, "but on the other hand, we don't think he voted for us, so why should we play them a friendly?"[922]

### 6.    Conclusion

It is clear from the above that Mr. Warner made numerous improper demands on England 2018, ranging from employment for friends, "development money," sponsorships, and other benefits.   Some of these demands were met and some were not.  There is a prima facie case that Mr. Warner violated the FCE.[923]

Similarly, there is sufficient evidence to establish a prima facie case that Mr. Leoz improperly sought a knighthood from the bid team in violation of the ethics rules.[924]

As to Mr. Makudi, the terms of the friendly contract warrant further investigation and that inquiry will be encompassed within other proceedings related to his conduct in the bidding process.[925]

In many cases England 2018 accommodated or at least attempted to satisfy, the improper requests made by these Executive Committee members.  While the bidding process itself, and the attitude of entitlement and expectation demonstrated by certain Executive Committee members in the exchanges discussed in detail above, place the bid team in a difficult position that fact does not excuse all of the conduct.

## VIII.  JAPAN 2022

Japan 2022 provided full and valuable cooperation in establishing the facts and circumstances of this case.  Witnesses were made available for interviews,

---

[919] FWC00125865.

[920] FWC00182849.

[921] FWC00184594-95.

[922] FWC00184594-95.

[923] See Part XIV(A)(3)(c).

[924] See Part XIV(A)(3)(f).

[925] See Part XIV(A)(1)(c).

151

documents were produced, and follow-up requests were accommodated. To the extent this Report identifies conduct by Japan 2022 that may not have met the standards set out in the FCE or the bid rules, culpability is mitigated by the fact that these issues were uncovered largely as a result of its cooperation.

### A. Gifts

Like all bid committees and corresponding member associations, the Japan Football Association signed a Declaration of Compliance pledging to "refrain . . . from providing . . . to any member of the FIFA Executive Committee . . . or any of their respective relatives . . . any kind of personal advantage that could give even the impression of exerting influence, or conflict of interest, either directly or indirectly, in connection with the Bidding Process, . . . except for occasional gifts that are generally regarded as having symbolic or incidental value and that exclude any influence on a decision in relation to the Bidding Process."[926]

During an interview with the Investigatory Chamber in February 2014, Japan bid team CEO Kohzo Tashima recalled that bidding guidelines capped the value of permissible gifts at a "hundred US dollars," a limit he described as "very good for us because . . . our budget [wa]s so small."[927] Within the bid team, Tashima said, "everybody kn[ew] how much . . . we can give."[928] The bid team's Managing Director, Takato Maruyama, told the Investigatory Chamber that he and other bid officials were told not to give FIFA Executive Committees "too much" or anything that was "too expensive."[929] He said that while he did not recall exactly how much bid members were allowed to spend on gifts to Executive Committee members, he thought it was around "$100 or $200."[930]

Records produced by the Japan Football Association in response to subsequent requests from the Investigatory Chamber revealed that the bid team repeatedly gave Executive Committee members—and, in some instances, their spouses—gifts worth far more than that.[931] According to those documents, which included receipts, invoices, and charts summarizing what was given, the gifts Japan's bid team distributed in 2010 included the following:

- A "yakusugi ball"—a ball made from a Japanese cedar[932]—valued at ¥105,000 (approximately $1,200 based on conversion rates at the time) to

---

[926] FWC00115146-47.

[927] FWC00184804.

[928] FWC00184805.

[929] FWC00184878-79.

[930] FWC00184879.

[931] *See* FWC00126244-45; FWC00126510-616; FWC00172942-43; FWC00127586-88.

[932] FWC00127586.

FIFA President Joseph Blatter and Executive Committee members
Messrs. Abo Rida, Adamu, Anouma, Beckenbauer, Grondona, Hayatou,
Leoz, Makudi, Platini, Salguero, Teixeira, and Villar Llona.[933]

- A pendant worth approximately ¥100,359 (approximately $1,000) to the
  wives of Messrs. Grondona, Leoz, and Texiera.[934]

- A digital camera worth from ¥108,290 to ¥110,040 (approximately $1,200)
  to Messrs. Blazer, Grondona, Hayatou, Leoz, Platini, Teixeira, Temarii,
  Thompson, and Warner.[935]

- A clutch bag made by a "Japanese traditional handcraft master" worth
  ¥189,000 (approximately $2,000) to "wi[v]es of FIFA EXCO members."[936]

- A pendant worth from ¥54,810 to ¥62,370 (approximately $700) to the
  wives of Messrs. Beckenbauer, D'Hooghe, Hayatou, Lefkaritis, Makudi,
  Thompson, and Platini.[937]

In its cover letter to the Investigatory Chamber attaching these records, the
Japan Football Association stated, "we believe that most of the gifts and benefits
listed . . . are regarded as reasonable in both value and content, considering their
symbolic nature and/or the general level of prices in Japan."[938]

During interviews with the Investigatory Committee, Executive Committee
members listed above denied receiving any improper or valuable gifts from a bid
team.[939]  Three Executive Committee members had vague recollections of receiving
gifts from the Japan bid team, but they neither disclosed their receipt of some of the
more expensive items nor suggested that they believed any gifts they received were
improper.  For example, Mr. Anouma recalled receiving "some little gifts," but
"nothing" he said could be perceived as attempting to influence his World Cup
vote.[940]  Mr. Temarii recalled receiving a "little wooden trophy" from the Japan bid
team, yet he did not remember receiving a digital camera.[941]  Similarly, when asked
whether he or his wife received any gifts from the Japan bid team, Mr. Makudi

---

[933] FWC00127586-87; FWC00126513-15; FWC00126533-35; FWC00126570-73; FWC00126575-77.

[934] FWC00127586; FWC00126517-19.

[935] FWC00127586-87; FWC00126527-28; FWC00126567-68.

[936] FWC00127587; FWC00126541-44.  The bid team was unable to identify which Executive
Committee members' wives received this gift.  *See* FWC00172942.

[937] FWC00127587; FWC00126555-57; FWC00126559-62; FWC00126579-81.

[938] FWC00126245.

[939] *See, e.g.,* FWC00181588; FWC00182661; FWC00181426-27; FWC00181773; FWC00181494.

[940] FWC00181632-33.

[941] FWC00183638.

153

stated that he remembered receiving only a "Japanese ball," and that he did not believe the Japanese had given anything to his wife.[942]

There are various potential explanations for the Executive Committee members' statements, all of them troubling. First, it is possible that some or all of the Executive Committee members sincerely believed the gifts were proper. If so, it would mean that FIFA's top officials were unaware of the rule against gifts or more than "symbolic or incidental value." Second, it is possible that some or all of the Executive Committee members deliberately concealed from the Investigatory Chamber that they or their spouses had received these gifts. If so, then regardless of whether the gifts were appropriate, the Executive Committee members breached the FIFA Code of Ethics by making false statements or otherwise failing to cooperate with the Ethics Committee in establishing the facts. Third, it is possible that some or all of the Executive Committee members sincerely forgot receiving the gifts four years ago. If so, this would suggest receipt of such items was not out of the ordinary and so created no lasting impression. In any event, the gifts given by the Japan bid team and the response of the Executive Committee members who received those gifts suggests the need to adopt clearer gift rules and reporting requirements for future bids. Those reporting requirements should apply to Executive Committee members.[943]

## IX.   KOREA 2022

Korea 2022 produced records in response to requests by the Investigatory Chamber and made witnesses available.

### A.   Global Football Fund

#### 1.   FIFA's November 2010 Inquiry

On November 4, 2010, FIFA Secretary General Jérôme Valcke sent inquiries to KOBID chairman Sung-Joo Han and Mong-Joon Chung, a Vice President on the FIFA Executive Committee and Honorary President of the Korean Football Association ("KFA"), concerning letters Mr. Chung had recently sent to FIFA Executive Committee members.[944] After noting that bidding regulations included "Rules of Conduct accepted by the participating Member Associations" as well as "by the Bid Committees established by the Member Associations to focus on the Bidding process," Secretary General Valcke notified Messrs. Han and Chung that "various members of the FIFA Executive Committee" informed FIFA that Mr. Chung had sent letters about a Korea 2022 proposal to establish a "Global Football

---

[942] FWC00182831-32.

[943] *See* XVI(F)(1).

[944] *See* FWC00117786-88; FWC00118364-66.

154

Fund" supporting football development.[945]  While "FIFA principally very much appreciates the idea of a 'Global Football Fund,'" Secretary General Valcke wrote,

> in light of a fair and equal Bidding Process, the concern was expressed to FIFA that [Chung's] letters addressed to other members of the FIFA Executive Committee may be perceived as an attempt to influence the voting of other members of the FIFA Executive Committee, respectively as a promise of a monetary benefit for the respective Member Associations or Confederations directly linked to the voting on 2 December 2010.[946]

Secretary General Valcke asked Messrs. Chung and Han to provide "a copy of all letters" Mr. Chung sent Executive Committee members concerning the Global Football Fund, as well as an explanation of "in which capacity" Chung sent those communications.[947]  FIFA needed this information and material, Secretary General Valcke explained, "[i]n order to protect the integrity of the Bidding Process and to internally evaluate the situation."  Citing "the enormous public awareness and the recent cases"—an apparent reference to the Sunday Times undercover sting[948]—the Secretary General asked Messrs. Han and Chung to respond by November 8.[949]

Mr. Han's response on behalf of Korea 2022, submitted to FIFA on November 8, distanced the bid team from Mr. Chung generally and from Mr. Chung's letters in particular:

> Dr. Mong-Joon Chung does not hold any official position in the Bidding Committee for the 2022 World Cup Korea (KOBID). Hence, he has not written any letters in any capacity for our bid committee.
>
> I understand that Dr. Chung's decision to write letters to his colleagues in the FIFA Executive Committee was entirely his own. Thus, there was no intent on the part of KOBID to be involved with such letters.[950]

Mr. Chung wrote to Secretary General Valcke on November 9, one day after the November 8 deadline.  After thanking "FIFA for its appreciation of the concept of the [Global Football Fund] as a significant means of financing world football

---

[945] FWC00117786; FWC00118364.

[946] FWC00117786; FWC00118364.

[947] FWC00117786; FWC00118364.

[948] *See* Part III(C)(8).

[949] FWC00117786-87; FWC00118364-65.

[950] FWC00118363.

155

development," Mr. Chung responded to Secretary General Valcke's inquiries with expressions of bafflement and annoyance:

> As to your request for an explanation of in what capacity I sent out the letters and the intention of said letters, I presume that all the answers are already there in your questions.  In other words, I have been a FIFA Vice President for over sixteen years, formerly President of Korea Football Association (KFA) for another sixteen years, and currently Honorary President of the KFA.  With this career background in mind, I believed it was my duty to better inform the purpose of this extensive plan to my colleagues.
>
> To be honest, I am not very happy with your request to divulge my private correspondence to my FIFA colleagues on a perfectly legitimate subject.  If you still insist, however, and with a view to avoiding any misunderstanding, I am enclosing herein a copy of the letter sent to Mr. Jack Warner for your reference.[951]

Mr. Chung thus appended a copy of his letter to Mr. Warner, but not, as Secretary General Valcke requested, a copy of the other letters.

Secretary General Valcke notified Mr. Chung the next day that "[b]ased on explanations by you and the Bidding Committee for the 2022 FIFA World Cup Korea Republic, please be informed that we consider the integrity of the Bidding Process not to be affected and consequently deem the matter as closed."[952] Secretary General Valcke explained during this investigation that Messrs. Han's and Chung's responses satisfied him that Mr. Chung had sent the Global Football Fund letters "on his own without being backed by the bid committee," and that there was therefore no need to refer the matter to the Ethics Committee or otherwise follow up on his initial inquiries.[953]

### 2.    Chung Mong-Joon's Letters

We have obtained three of the letters in question, all signed by Mr. Chung and dated October 18, 2010:  the one to Jack Warner that Mr. Chung forwarded to Valcke on November 9, 2010; one addressed to Reynald Temarii and provided to us by FIFA, which obtained that letter before Secretary General Valcke's November 2010 inquiry; and one addressed to Amos Adamu, who submitted it to us during the current investigation.  Like Secretary General Valcke, we requested but did not receive copies of all the letters Mr. Chung sent FIFA Executive Committee members concerning the Global Football Fund.  The KFA stated that while "we currently do

---

[951] FWC00172872.

[952] FWC00118367.

[953] FWC00182750-51.

MEF000382

not possess the copy of Dr. Chung's letters," KFA had "been informed from Dr. Chung's office that they are communicating with you and preparing to provide the documents including this subject so that you are probably able to get the copy of the aforementioned letters from Dr. Chung."[954]  In response to our request for "a copy of every such letter," however, Mr. Chung wrote, "Please find enclosed a copy of the letter," then attached only the letter to Mr. Warner.

Portions of the letters to Messrs. Adamu, Temarii, and Warner were identical.  All three letters noted Korea 2022's recent announcement of a "Global Football Fund," then highlighted what Mr. Chung called "some of the main features of the Fund":

> Korea will raise 777 million dollars from 2011 to 2022 to aid confederations and member associations to build new football infrastructure and renovate existing facilities.  The Fund will also be used to support human resource development programs for the training of coaches, administrators, and players etc.  Most significantly, the Fund will be distributed to the respective continents and will be left to each confederation to administer for concrete development projects.[955]

Mr. Chung also wrote in all three letters, "We sincerely hope and believe that our 'Global Football Fund' and its development programs will be a significant legacy of the 2022 World Cup for the world football."[956]

Each letter also contained language tailored to its recipient.  To Messrs. Adamu and Warner, whom Mr. Chung had apparently seen recently in Trinidad and Tobago, Mr. Chung wrote that while he had already discussed the Global Football Fund with them in person, he was writing to describe "some of the main features of the Fund" "once again."[957]  Mr. Adamu's letter contained an extra sentence at the end of the paragraph quoted in block text above.  Instead of concluding the paragraph with the "significant[]" point that "the Fund will be distributed to the respective continents and will be left to each confederation" to use as it sees fit, the letter to Mr. Adamu, who unlike Messrs. Temarii and Warner was not the president of a confederation, added:  "We will also make sure that the FIFA Exco Members will have a say in the distribution of the Fund for their respective continents."[958]  In the letter to Mr. Temarii, whose intention to vote for Australia's 2022 bid was widely known in light of his mandate from the Oceania Football

---

[954] FWC00127916-17.

[955] FWC00166793; FWC00172874-75; FWC00118369.

[956] FWC00166793; FWC00172875; FWC00118370.

[957] FWC00172874; FWC00166793.

[958] FWC00166793.

MEF000383

Confederation,[959] Mr. Chung wrote immediately following the passages touting the benefits of the Global Football Fund: "I understand your circumstances and your interest in Australia, but I hope we can be of help to each other."[960]

### 3. The Global Football Fund and Korea 2022

The Global Football Fund offer, coming six weeks prior to the vote in Zurich, had never been proposed in any formal presentation by Korea 2022. Bidders submitted final bid books to FIFA in mid-May 2010. Under the bidding agreement it signed, Korea 2022 confirmed that its "Bid Book (including its annexes) is the core element of the Bid"[961]; that "[t]he main body of the Bid Book shall"—which, in legal terms, means "must"—include a chapter that "describe[s] in detail the manner in which the Bid Committee intends to ensure that the hosting and staging of the FIFA World Cup will contribute to the development of football in the Bidding Country as well as worldwide";[962] and that statements Korea 2022 made in its bid book were "legally binding."[963] Korea 2022's bid book, however, did not mention any "Global Football Fund," any plan to make a contribution on the order of $777 million, or even any plan to spread contributions to football development—in whatever amount—to every continent.

More than two months later, Korea 2022 supplemented its bid book with additional information, but again said nothing about a Global Football Fund. In early July 2010, FIFA sent bidders questions seeking clarification about specific points their bid books presented. The follow-up questions to Korea 2022 included a request for additional information about how Korea "plan[s] to co-ordinate development activities" its bid book describes, as well as about how those activities are "planned to be financed."[964] Korea 2022 responded on July 22 that it planned to "promote football development project for poverty-stricken and developing countries (including dispatching coaches, providing football equipment and building football stadiums)," projects that it stated would be funded by, among others, "the Korean government," "KFA," "many large-scale corporations," and "revenues generated by the 2022 World Cup."[965] Like the bid books submitted months earlier, the information Korea 2022 presented to FIFA in late July 2010 did not refer to any "Global Football Fund" or any other initiative akin to what Mr. Chung's October 2010 letters would later describe.

---

[959]  *See* Part X(G)(3).

[960]  FWC00118370.

[961]  FWC00115177.

[962]  FWC00115179.

[963]  FWC00115175.

[964]  FWC00162314-15.

[965]  FWC00162314-15.

Despite its protestations that Mr. Chung was not acting for the bid team in sending the Global Football Fund letters to the Executive Committee, Korea 2022 highlighted the proposal to contribute $777 million to football development during its oral presentation of the bid the day before the December 2, 2010 vote.  A review of all bid-related documents Korea 2022 submitted to FIFA in writing, however, reveals but one reference to the Global Football Fund.  On November 10, 2010, FIFA sent Korea 2022 and the other bidders copies of the bid evaluation reports that would be sent to FIFA Executive Committee members on November 12 and published on fifa.com the following week.  Jaebum Kim responded on Korea 2022's behalf on November 15.  He wrote that "[w]hile understanding the documents are final and cannot be updated," Korea 2022 wished to correct certain details in the evaluation report.  Then, after listing the requested corrections, Kim mentioned the Global Football Fund:

> Incidentally, I would like to avail myself of this opportunity to comment on the statement at the outset of page 25:  "In terms of football development, Korea Republic plans to concentrate mainly on national development and specific activities in Asia."  In this connection, I would appreciate if FIFA could recognize the inclusive character of the Global Football Fund which projects to contribute USD 777 million worldwide for football and human development.[966]

Mr. Kim's November 15 message did not describe or append any additional information about the Global Football Fund.

Mr. Kim apparently did not have any other information to provide.  As Korea 2022's Director-General for Documents Preparation during the bidding process, Mr. Kim was the bid team's primary contact with FIFA and was responsible for preparing and submitting the bid books, including the material related to football development.[967]  Mr. Kim therefore had access to the details of Korea 2022's bidding proposal even though he was not among the bid team's leaders responsible for devising those proposals or making strategic decisions.  When asked during this investigation how the Global Football Fund planned to raise the "USD 777 million" as noted in his November 15, 2010 email to FIFA on Korea 2022's behalf, Mr. Kim could respond in only the vaguest of terms: "As far as I understood, the Global Football Fund was planned to raise contributions from all the available sources in both public and private sectors at domestic, regional, and global levels."[968]  Mr. Kim also explained that "[t]he idea of the Global Football Fund was not included in the

---

[966] FWC00164629 (emphasis in original).

[967] FWC00172877.

[968] FWC00172877.

159

bid books since the former was created after the latter had been presented to FIFA."[969]

When Mr. Han, the Korea 2022 Chairman, discussed the Global Football Fund during a March 2014 interview, he described a project more akin to what the bid book presented than to the broader initiative Mr. Chung's October 2010 letters promised. Whereas Mr. Chung's letters described a plan to spread funds globally "to the respective continents" to use "for concrete development projects" in their discretion,[970] Mr. Han described a more targeted plan to distribute funds "particularly in areas which are lagging behind such as Africa and other under-developed areas."[971] Mr. Han confirmed that Korea 2022 announced the Global Football Fund "toward the latter part of the bidding process," and that the "promise to secure the necessary fund[s]" was "predicated or contingent on our successful bid."[972]

Mr. Chung responded in writing to a series of questions the Investigatory Chamber posed about the Global Football Fund, among other topics. He wrote that he sent letters describing the Global Football Fund in October 2010 to everyone on the FIFA Executive Committee except President Blatter, Chuck Blazer, Mohamed Bin Hammam, Worawi Makudi, and Junji Ogura; he did not explain why those five officials were left out. Asked to describe his role in proposing the fund as well as his intended role in ultimately financing the fund if Korea's bid was successful, Mr. Chung responded, "While I considered the desirability of creating such a fund, no specifics regarding who would play what role in creating such fund were discussed."[973] Mr. Chung stated that the Global Football Fund never raised any money and, as to how the Fund intended to raise the promised $777 million if the Korea 2022 bid succeeded, "[n]o details were discussed."[974] Mr. Chung denied that the letters, which he said he sent without consulting Korea 2022, sought to sway Executive Committee members to vote for Korea's bid. "The Global Football Fund," Mr. Chung wrote, "was intended for every FIFA Member Association, not only for specific countries that are home to FIFA Executive Committee Members. Therefore, I did not think my letters sent to other members of the FIFA Executive Committee concerning the Global Football Fund would influence the voting process in any meaningful way."[975] As for why the Global Football Fund was not included

---

[969] FWC00172877.

[970] FWC00166793; FWC00172874-75; FWC00118369.

[971] FWC00184285-86.

[972] FWC00184285-87.

[973] FWC00172866.

[974] FWC00172866-67.

[975] FWC00172866-67.

MEF000386

in the bid book, Mr. Chung stated, "In my understanding, it was not included in the bid book because it was not deemed appropriate."[976]

### 4.   The Investigatory Chamber's Analysis

The facts described above reflect troubling issues with Korea 2022's Global Football Fund proposal, Mr. Chung's letters to the Executive Committee, FIFA's November 2010 inquiry, and Mr. Chung's statements to Secretary General Valcke in November 2010 and to the Investigatory Chamber in 2014.

Whether Mr. Chung acted in an "official" Korea 2022 capacity when he sent the October 2010 letters is a meaningless distinction.  Mr. Chung's close association with Korea's bid, both in fact and in the perception of others, is beyond dispute.  As of the bidding process, Mr. Chung was not only a sitting FIFA Vice President, but also the former President and current Honorary President of KFA, which signed a declaration confirming that its officials were bound by bidding rules.[977]  He admittedly met with Han, the Korea 2022 Chairman, to provide advice "on several occasions" during the bidding process[978]; he hosted both a lunch and a dinner for the FIFA Evaluation Group during its visit to assess Korea's bid[979] (albeit "without any intent or attempt to influence a decision regarding the bidding process," according to Mr. Chung's written statement);[980] he spoke during the official Korea 2022 presentation on December 1, 2010;[981] and he was designated by Korea 2022, in the event its bid succeeded, to accept the FIFA World Cup trophy from President Blatter and to speak once again on its behalf.[982]  Tellingly, the October 2010 letters made available to the Investigatory Chamber, though signed by Mr. Chung alone, all stated: "*We* sincerely hope and believe that *our* 'Global Football Fund' and its development programs will be a significant legacy of the 2022 World Cup for the world football."[983]  Mr. Chung left an unmistakable impression that he was communicating on Korea 2022's behalf.

Mr. Chung's statements that he wrote the October 2010 letters not to "influence the voting process in any meaningful way," but rather to share information about a development fund that "was intended for every FIFA Member

---

[976] FWC00172866.

[977] FWC00115334-35.

[978] FWC00172852.

[979] *See* FWC00160146-48.

[980] FWC00172852.

[981] *See* FWC00172852; FWC00166164.

[982] *See* FWC00165378.

[983] FWC00166793; FWC00172875; FWC00118370 (emphases added).

MEF000387

Association, not only for specific countries that are home to FIFA Executive Committee Members"[984], cannot be reconciled with the record.

If Mr. Chung sought merely to promote a project "intended for every FIFA Member Association," not just areas home to members of the FIFA Executive Committee, then he could have sent the letter to a representative from every member association, including the vast majority of member associations with no representative eligible to vote for the World Cup host. He instead sent letters only to select voting members of the FIFA Executive Committee. In other circumstances, a desire for efficiency, rather than an intent to influence World Cup voting, might explain the decision to inform only Executive Committee members. Not here. Mr. Chung did not send *everyone* on the Executive Committee a letter, and the list of individuals he omitted—President Blatter, Chuck Blazer, Mohamed Bin Hammam, Worawi Makudi, and Junji Ogura—is revealing. President Blatter was a longtime political rival. (When the Investigatory Chamber showed President Blatter one of the October 2010 letters during this investigation, he remarked that it "should have gone immediately to the Ethics Committee."[985]) Messrs. Blazer, Bin Hammam, and Ogura happened to be the only three Executive Committee members from a country—the United States, Qatar, and Japan, respectively—bidding against Korea to host the 2022 World Cup, while Mr. Makudi was Mr. Bin Hammam's close ally. Plainly, Mr. Chung selected the recipients with the World Cup bidding process in mind.

At least one of Mr. Chung's October 2010 letters makes the link between the promise of the $777 million Global Football Fund and the request for a World Cup vote explicit. The letter to Mr. Temarii segues directly from the description of the fund to the statement "I understand your circumstances and your interest in Australia, but I hope we can be of help to each other,"[986] a reference to Mr. Temarii's obligation, under OFC rules, to vote for Australia's bid. The language implied a request for Mr. Temarii's vote, even if just in a later round of voting, in the event Australia is eliminated early (as it ultimately was), in exchange for the "help" Mr. Temarii would receive from the Global Football Fund if Korea's bid succeeded.

Mr. Chung's characterizes the letters as innocent descriptions of a charitable project "intended for every FIFA Member Association." To be sure, the letters promise to "raise 777 million dollars" for development projects to "aid confederations and member associations"—an unassailably noble endeavor. Yet Mr. Chung reserves particular emphasis for a different feature of the Global Football Fund: "*Most significantly*, the Fund will be distributed to the respective continents and *will be left to each continent to administer* for concrete development

---

[984] FWC00172867.

[985] FWC00182680.

[986] FWC00118370.

162

projects."[987]  In other words, the "[m]ost significant[]" aspect of the plan is not that Korea would donate $777 million to charitable projects, but that the funds would be given to the confederations to use in their discretion.  That feature would of course appeal to the heads of the confederation presidents such as OFC President Temarii and CONCACAF President Warner, two of the three recipients whose letters were provided to us, who at a minimum would stand to benefit from increased political power flowing from their newfound discretion over considerable development funds.  As for Executive Committee members who did not lead a confederation, the recipient of the third letter we received, Amos Adamu, fell into that category.  That explains why Mr. Adamu's letter, unlike the letters to Messrs. Temarii and Warner, contained an additional sentence after the point about distributing funds to the confederations:  "We will also make sure that *the FIFA Exco Members will have a say in the distribution of the Fund* for their respective continents."[988]  Mr. Chung made clear to Mr. Adamu that as an Executive Committee member, he could expect to influence the distribution of significant funds.  Of course, the Executive Committee members could enjoy this benefit only if they awarded hosting rights to Korea 2022.

Secretary General Valcke's November 4, 2010 letter expressed "concern" that Mr. Chung's communications to Executive Committee members "may be perceived as an attempt to influence the voting" by making "a promise of a monetary benefit . . . directly linked to the voting on 2 December 2010."[989]  The proposed Global Football Fund was, by definition, a "promise" to provide a "monetary benefit" of $777 million "predicated or contingent," in Mr. Han's words,[990] on a positive result for Korea in "the voting on 2 December 2010."

A major problem with the Global Football Fund is that its promise may have been empty.  Korea 2022's failure to describe the Global Football Fund in its bid book or in any other official documents it submitted to FIFA cannot be dismissed with the explanation that the project was conceived late in the bidding process.  Bidders were required to describe their football-development proposals in their bid books for a reason.  As Korea 2022 and all other bidders agreed early in the bidding process, proposals incorporated into the bid books became "legally binding."  Written descriptions also subjected the proposals to scrutiny, not only by FIFA Executive Committee members who received the bid books, but also by FIFA's attorneys and the public.  Including details about the Global Football Fund proposal in the bid book finalized in May 2010, or even in the supplemental information provided to FIFA in late July 2010, would have added legal heft to the promise and

---

[987]  FWC00166793, FWC00172874-75, FWC00118369 (emphases added).

[988]  FWC00166793 (emphasis added).

[989]  FWC00118364.

[990]  FWC00184285-87.

163

left time for Korea 2022 to answer any follow-up questions about how it planned to fulfill its promise to distribute $777 million.

That may explain Mr. Chung's statement in this investigation that "[i]n my understanding, [the Global Football Fund] was not included in the bid book because it was not deemed appropriate."[991]  Mr. Chung confirmed that he never discussed the possibility of contributing to the Global Football Fund.[992]  Nor could he explain how Korea 2022 intended to raise $777 million, answering that "[n]o details were discussed."[993]

Mr. Chung told Secretary General Valcke in November 2010 that he sent the October 2010 letters about the Global Football Fund because he "believed it was my duty to better inform the purpose of this extensive plan to my colleagues."[994]  In contrast, Mr. Chung's 2014 statements to the Investigatory Chamber indicate that, to the best of his knowledge, no "extensive plan" ever existed.

     *5.*    *Conclusion*

On this record, Secretary General Valcke should have referred the Global Football Fund issue—and Mr. Chung's conduct—to the FIFA Ethics Committee for further examination.  At the time, however, the Ethics Committee was not independent and the Secretary General was in a uniquely difficult position as the gatekeeper for referrals of cases involving allegations against Executive Committee members.  The Global Football Fund letters created at least the appearance of a conflict or an offer of benefits to Executive Committee members in an effort to influence their votes.  Mr. Chung's response to the inquiries by the Secretary General and by the Investigatory Chamber appear to conflict with other evidence in the record.  These issues will be further explored.[995]

# X.  QATAR BID

Qatar 2022 provided full and valuable cooperation in establishing the facts and circumstances of this case.  Witnesses were made available for interviews, documents were produced, and follow-up requests were accommodated.  To the extent this Report identifies conduct by Qatar 2022 that may not have met the standards set out in the FCE or the bid rules, culpability is mitigated by the fact that these issues were uncovered largely as a result of its cooperation.

---

[991] FWC00172866.

[992] FWC00172866-67.

[993] FWC00172866-67.

[994] FWC00172872.

[995] *See* Part XIV(A)(2)(b).

MEF000390

## A.    Government Involvement

A number of allegations have arisen regarding meetings of Executive Committee members with the Emir of Qatar.  While such reports frequently hint at something inherently inappropriate underlying such so-called "secret meetings,"[996] private discussions in which the leader of a bid nation lobbies World Cup voters were neither unusual nor necessarily improper.  Leaders of most if not all 2018 and 2022 bid nations spoke directly with FIFA Executive Committee members during the bidding process.  To take but a few examples, United States President Barack Obama greeted more than one FIFA Executive Committee member in the White House;[997] South Korea President Lee Myung-bak requested FIFA President Blatter's support during a talk in the Blue House;[998] and England's Queen Elizabeth II invited FIFA Executive Committee members Geoff Thompson of England and Mohamed Bin Hammam of Qatar to attend a banquet with the Qatari Emir at Buckingham Palace, an offer an England 2018 official described to Mr. Thompson as "an excellent opportunity to engage with the Emir of Qatar and Mohamed Bin Hammam . . . to discuss our respective bids."[999]  Far from prohibiting government involvement with the bidding process, FIFA regulations requiring bidders to submit detailed government guarantees necessitated cooperation between all bid teams and their governments.[1000]

There was one specific incident concerning "government involvement" with the Qatar bid that did raise concerns.

### 1.    The Emir's Meeting in Brazil

On January 19, 2010, the Qatari Emir met FIFA Executive Committee members Julio Grondona, Nicolás Leoz, and Ricardo Teixeira, as well as former FIFA President João Havelange, at the Itanhanga Golf Club in Rio de Janeiro.[1001] According to a statement Qatar 2022 submitted to the Investigatory Chamber, the event was arranged shortly before the Emir's planned state visit to Latin America when representatives from the Emir's office, the Amiri Diwan, "reached out to various Qatari organizations to inquire about issues of interest, existing relationships, and individuals with whom to meet in each of the countries on the Emir's itinerary."[1002]  Viewing the Emir's trip "as an opportunity for the charismatic and progressive Emir to meet with the leaders of South American football," the bid team worked with the Amiri Diwan, Qatar 2022 consultant Andreas Bleicher,

---

[996] *E.g.*, FWC00139623; FWC00174001; FWC00174012-13.
[997] *See* FWC00180998-99.
[998] *See* FWC00127862.
[999] FWC00125347.  Prime Minister David Cameron also campaigned actively and met privately with Executive Committee members on behalf of the England 2018 bid.  *See, e.g.*, FWC00185959.
[1000] *See* FWC0003967-4011.
[1001] *See* FWC00138496, FWC00138497-98.
[1002] FWC00138607.

165

Sandro Rosell,[1003] and others to bring the football officials and the Emir together.[1004]  A schedule for the January 19 meetings that Mr. Bleicher emailed to Mr. Rosell and Qatar 2022's top officials listed a lunch for the Emir, Mr. Teixeira, and Mr. Havelange (who was Mr. Teixeira's ex-father-in-law), followed by a "Conmebol Reception" for those three individuals plus Messrs. Grondona and Leoz.[1005]

Two particular aspects of the Qatari Emir's meetings in Rio warrant discussion, especially in light of the responses to certain questions posed by the Investigative Chamber.  Those topics are addressed in the two subsections that follow.

<blockquote>

a.  *Travel Arrangements for Julio Grondona*

</blockquote>

Before obtaining documents and other information from Qatar 2022 about the January 19, 2010 meeting, but after a public report stated that the meeting occurred and implied that something illicit transpired,[1006] the Investigatory Chamber sent Julio Grondona written questions meant to elicit information about his visit with the Emir.

One inquiry, immediately following a series of questions regarding bidders' presentations to Mr. Grondona in Buenos Aires, stated:

> Except as already provided above in response to the questions concerning the Buenos Aires presentations, describe any communications you had with individuals representing or otherwise promoting bids to host the 2018 and/or 2022 World Cup, including when such communications occurred, with whom, and what issues were discussed.  To the extent you ever witnessed any conduct you believed to be inappropriate, describe what you witnessed.[1007]

Mr. Grondona responded:

> I don't remember having had any communication of the kind you refer to in the question. During the entire candidacy process, I never witnessed any conduct that could have been considered inappropriate by any of the candidacies of the applicant countries.[1008]

---

[1003] This report discusses Mr. Rosell's relationship with Qatar 2022 in further detail in Parts X(B)(1) and X(D).
[1004] FWC00138607-08.
[1005] FWC00138497.
[1006] *See* FWC00136583, FWC00139548.
[1007] FWC00173278.
[1008] FWC00173309.

MEF000392

Plainly, Mr. Grondona should have disclosed his January 19, 2010 meeting with the Emir, which involved "communications" between Mr. Grondona and someone "representing or otherwise promoting" Qatar's bid. To be sure, Mr. Grondona did not deny meeting with the Emir; he stated merely that he "d[id]n't remember" any such interaction. But the claim that Mr. Grondona, while answering questions about the World Cup bidding process, could have forgotten that he traveled to Rio four years earlier specifically to attend a meeting with the Emir of Qatar lacks credibility.

Another written question asked Mr. Grondona whether he "ever traveled with a high-ranking official from Qatar, and/or on a plane owned or chartered by anyone from Qatar," and, if so, to "describe the circumstances."[1009] Mr. Grondona responded: "During the candidacy process I don't recall having travelled with any public official from Qatar on a private plane owned by the government of Qatar."[1010] That response seems to imply an answer of "No," although a close reading shows that it technically avoided answering the question to the extent it inquired whether Mr. Grondona traveled at all—with or without a Qatari public official—"on a plane owned or chartered by anyone from Qatar."

Evidence produced by Qatar 2022 strongly suggests that the Amiri Diwan arranged for Mr. Grondona to fly on a plane owned or chartered by the Qatari government. Mr. Bleicher's January 14, 2010 email to the Qatar 2022 leadership emphasized the need to finalize travel arrangements to and from Brazil for the Executive Committee members. As to Mr. Teixeira, who was traveling from the United States, and Mr. Grondona, who was traveling from Argentina, Mr. Bleicher wrote: "Private/Government plane <u>needs</u> to be arranged for RT and JG (decision private or government plane between HE and Hassan)."[1011] On January 17, Mr. Bleicher sent passport and related information about Messrs. Grondona and Teixeira because, as he recalled, "His Highness' office[] was asking for these things[] in case we have to arrange[] a government plane."[1012]

A written statement from Qatar 2022 explained that because "they had not planned to be in Brazil at the time of the Emir's visit, Messrs. Teixeira and Grondona requested that the Qatari government provide either a private or government plane to transport them to and from Rio de Janeiro."[1013] Qatar 2022 added that while "the Amiri Diwan took over the planning for this meeting, including finalizing transportation for the CONMEBOL representatives," Qatar's bid team "did not pay for the CONMEBOL representatives' flights, nor was it aware

---

[1009] FWC00173278. The quoted language is an English translation of the Investigatory Chamber's written questions, which were sent to Mr. Grondona in Spanish. *See* FWC00173920-28.
[1010] FWC00173309; *see also* FWC00173929-48.
[1011] FWC00138498 (emphasis in original). Mr. Bleicher added that Mr. Leoz's travel was being organized separately "[t]ogether with Sandro." FWC00138498.
[1012] FWC00184181-82.
[1013] FWC00138608.

MEF000393

of whether the representatives traveled to Rio de Janeiro via private or government planes."[1014] It is therefore possible that Mr. Grondona traveled to and from the meeting other than on a plane owned or chartered by the Qataris. Even under that scenario, Mr. Grondona, an Executive Committee member with an obligation "to contribute to clarifying the facts of the case"[1015] should have recognized from the question that information about the trip to Brazil arranged by the Qatari government was relevant to the Investigatory Chamber's inquiry and thus needed to be disclosed.

### b.   Gifts Provided by the Emir

One paragraph in Mr. Bleicher's January 14, 2010 message to Qatar 2022 officials providing details about the Emir's January 19 meetings in Brazil stated simply: "Gifts as discussed already."[1016]

It is not clear what gift, if any, the FIFA Executive Committee members received during their meeting with the Emir. No bid officials accompanied the Emir to Rio, and Qatar 2022 stated in writing that although CEO Hassan Al-Thawadi "generally heard later on that the meeting between the Emir and the CONMEBOL representatives had been positive," he "did not receive a report from the Amiri Diwan on the meeting and does not know whether gifts were actually given."[1017] Information provided by the lone meeting attendee who responded to the Investigatory Chamber's inquiries, Julio Grondona, was not illuminating. As to whether he or anyone associated with him ever received "any gifts or other benefits from any individual or entity working for or on behalf of a bidder, including without limitation from any government officials or entities associated with a particular bid,"[1018] Mr. Grondona responded as follows:

> I don't recall myself or anyone involved with me having received any gifts or presents. In any event, if I received anything—which I don't recall—it would have been the same thing that you get with any other ceremonial visit held in the world of football, within the parameters of its customs and practices.[1019]

Mr. Bleicher told the Investigatory Chamber that the "Gifts as discussed already" statement in his January 14 email referred to concerns he had expressed to Hassan Al-Thawadi about the Emir's customary practice of giving valuable gifts being in tension with FIFA bidding regulations. "[P]eople say in Qatar when His

---

[1014] FWC00138609.
[1015] FIFA Code of Ethics Article 18(2).
[1016] FWC00138498.
[1017] FWC00138611.
[1018] FWC00173278.
[1019] FWC00173309; *but see* Part VIII(A) (discussing expensive gifts given by the Japan bid team to Executive Committee members, including Mr. Grondona).

168

Highness travels, everybody he will meet he will get a gift," Mr. Bleicher said, and it is generally "a nice gift."[1020] Mr. Bleicher said he contacted Hassan Al-Thawadi to remind him that FIFA rules prohibited gifts of more than symbolic value: "I wanted to make him aware of the situation to tell him, ['look, keep this in mind, do not overdo a gift.'"[1021] Mr. Bleicher noted, however, that the Emir and the Amiri Diwan would not necessarily change their gift-giving practices based on advice from the bid team.[1022]

Qatar 2022 elaborated on Mr. Bleicher's explanation of the reference to gifts in his email about the Emir's meeting with FIFA Executive Committee members:

> While arranging this meeting, Dr. Bleicher also raised an important point with Hassan Al-Thawadi and Sheikh Mohammed: in Qatar, it is customary for the Emir, as Qatar's primary global ambassador, to provide gifts to the individuals he meets with as a token of goodwill. His Highness's 2010 visit to Latin America was likely no different. As Dr. Bleicher explained, he was concerned that any gifts provided by the Emir to the CONMEBOL representatives—even though the Emir is not bound by FIFA's rules—may be perceived as improper given FIFA's strict rule on gifts. Based on these concerns, the Bid Committee reached out to representatives from the Amiri Diwan to explain the FIFA restrictions on gift giving.
>
> It bears emphasizing that the Bid Committee did not arrange for the Emir to present the CONMEBOL representatives with gifts, nor did it provide any gifts to the CONMEBOL representatives directly. Although the Emir was not part of the Bid Committee and not bound by the FIFA Code of Ethics or FIFA bidding rules, the Bid Committee alerted the Emir's office to the regulations concerning gifts.[1023]

No document in the record reflects any communication between Mr. Bleicher and Hassan Al-Thawadi or between the bid team and the Amiri Diwan addressing the potential conflict between FIFA regulations and the Emir's gift-giving practices. Before Qatar 2022 issued its written statement, Mr. Al-Thawadi told the Investigatory Chamber that while he recalled Mr. Bleicher or someone else from the bid team contacting the Amiri Diwan to coordinate the meeting with the Executive Committee members, he "wasn't heavily involved in the logistics, at least I can't

---

[1020] FWC00184098.
[1021] FWC00184098-99.
[1022] See FWC00184099.
[1023] FWC00138609-10 (footnotes and formatting omitted).

169

recall the logistics over there because once the Emir or Amiri Diwan gets involved, you know, basically they take care of a lot of the logistics."[1024]

Qatar 2022's assertions that "the Emir is not bound by FIFA's rules"[1025] misses the point. The Emir of Qatar resides well beyond the jurisdiction of the FIFA Ethics Committee. Qatar 2022's emphasis on that point, however, underscores concerns about World Cup bidders recruiting or standing behind government officials or other agents who then do what FIFA rules forbade bid officials from doing directly. Qatar 2022 officials appear to have contemplated such a strategy during a January 4, 2010 discussion about certain CSR initiatives. According to signed meeting minutes, Deputy CEO Ali Al-Thawadi "highlighted" that "[i]f FIFA regulations prevent these initiatives then a way has to be found to do these under a different name (e.g. through the embassy or as the State of Qatar)."[1026] The meeting occurred just 10 days before Mr. Bleicher referenced "gifts as discussed" in relation to the Emir's visit.

The relationship between the Qatari government and the bid team generated controversy even prior to the December 2, 2010 World Cup vote.[1027] Statements such as those found in the official minutes, as well as other connections between government entities and the bid team, have helped create an appearance of impropriety.

As noted above, there is nothing inherently wrong with heads of state actively lobbying for that country's bid. Nor is there any way such political leaders could be bound by any gift or other sports association rules. The focus must instead be on regulating the conduct of the football officials who potentially receive such gifts. As described above, Mr. Grondona's answers to the Investigatory Chamber's questions shed little light on what happened during the Emir's trip to Brazil. It may well be that gifts cannot be properly refused when offered by national leaders. They can, however, be reported. Future bid rules should mandate such reporting.[1028]

## B. Government Investment

Apart from the issues surrounding the promotional activities considered in the section above, are the allegations that financial investments by the Qatari government were used to advance the bid. Perhaps the most sensational statement

---

[1024] FWC00183956.

[1025] FWC00138609; *see also* FWC00138610 ("the Emir was not part of the Bid Committee and not bound by the FIFA Code of Ethics or FIFA bidding rules").

[1026] FWC00155844-45; *see also* Part X(H)(1)(a). According to Qatar 2022's written statement, "Ultimately, the Bid Committee found a permissible way for Qatar to openly participate in CSR efforts in South Africa with FIFA's knowledge." FWC00138594.

[1027] *See, e.g.*, FWC00158391-95.

[1028] *See* Part XVI(F)(1).

170

to that effect came from Secretary General Valcke when he commented in an email to Jack Warner that Qatar "bought the W[orld ]C[up]."[1029]   Although the Secretary General quickly explained that he was not making "any reference to any purchase of votes,"[1030] the suspicion has lingered that Qatar's government financed various investment projects linked to Executive Committee members or their home countries.[1031]

The relationship between Qatar 2022 and the Qatari government was particularly close.  On March 25, 2009, the Amiri Diwan issued a Circular ordering "[a]ll ministries, governmental institutions, organizations and public foundations" to "cooperate" with Qatar's bid committee, including by assisting the committee in "overcoming" any "obstacle[s]."[1032]  The government funded the Qatar 2022 bid,[1033] and according to Andreas Bleicher, potential sponsors and other outsiders seeking business or investments did not readily distinguish between Qatar 2022 and other government-funded entities.[1034]

To some extent, an appearance that government investments were linked to the country's World Cup bid was created when Hassan Al-Thawadi, the General Counsel of the sovereign wealth fund Qatar Investment Authority ("QIA"), was seconded to the bid team in May 2009.[1035]  Mr. Al-Thawadi continued to fulfill some of his duties as QIA General Counsel even after his appointment to lead Qatar 2022.[1036]  Some of those QIA activities involving Mr. Al-Thawadi during the bidding process related to football, such as negotiations in October 2009 concerning a potential investment related to the football club Real Madrid.[1037]  There is no evidence in this record that Mr. Al-Thawadi used his prior position to direct investments in coordination with bid efforts.

Whatever speculation that may have resulted from the links with QIA or the broad statement of support by the Qatar government does not rise to the level of credible allegations.  There were, however, several incidents that raised specific concerns over links between investment and commercial transactions by state-controlled entities and bid team's efforts.  Those will be considered below.

---

[1029] FWC00166759.

[1030] FWC00157657.

[1031] *See, e.g.*, FWC00157714-30.

[1032] FWC00136581.

[1033] *See* FWC00183907-09.

[1034] *See* FWC00184109, FWC00184124.

[1035] *See* FWC00136583.

[1036] *See* FWC00183903-05.

[1037] *See* Part XIII(A)(3).

171

2.      *Qatargas and the Thai FA*

In the course of a prior investigation by the Investigatory Chamber, email communications were discovered that raised issues concerning a possible commercial transaction between a Qatar state-owned business entity and an individual closely connected to an Executive Committee member.

a.      *Joe Sim's Meetings*

Emails from August 2010 reflect discussions involving the "Chief Advisor to the Thai FA" Joe Sim—a Singapore native whose real name is Hong Chye Sim[1038]—and various Qatari officials about the potential sale of liquefied natural gas ("LNG").

In an email dated August 18, 2010, Joe Sim, identifying himself as the Chairman of the Venture Group, wrote to Qatar's Deputy Premier Minister of Energy & Industry, His Excellency Abdullah Bin Hamad Al-Attiyah, who at the time was the Chairman of Qatar Petroleum:

> It was a great honour for me to have an audience with Your Excellency on 16th Aug 2010.
>
> *My team,* sincerely, would like to thank Your Royal Highness for all your kind supports in *promoting the bilateral co-operations in soccer developments and activities between the Qatari FA and Thai FA.*
>
> With Your Excellency granted permission, I will liaise with the CEO of Qatargas Operation Company Limited for a meeting to conduct all the follow up actions on the LNG sale.[1039]

Mr. Sim copied Abdulaziz Al Maliki, the Managing Director of Qatar Petroleum, and Brian Teo (brianteo@alco.com.sg) on the email, and blind-copied Najeeb Chirakal, the personal assistant of Mr. Bin Hammam, who worked in the AFC President's Office.[1040]

As he had proposed, Mr. Sim followed up with the CEO of Qatargas. In an email dated August 18, 2010 to His Excellency Sheik Khalid bin Khalifa bin Jassim Al-Thani, Mr. Sim wrote: "His Excellency Deputy Premier . . . has directed me to liaise with Your Excellency on the LNG sale. *Your Excellency has mentioned next week would be a good time to meet. Please let me know the time and venue for the meeting.* Kindly grant me the permission for a meeting for me to discuss follow up

---

[1038] FWC00174029-30.
[1039] FWC00179196 (emphases added.)
[1040] FWC00179196.

actions with Your Excellency and co-coordinating staff appointed by Your Excellency."[1041]  Mr. Sim copied H.E. Al-Attiyah, Mr. Teo, and "bkhiamchoo" on the email, and once again blind-copied Mr. Chirakal.[1042]

Approximately two weeks later, Mr. Sim returned to Doha for a September 2, 2010 meeting.[1043]  Mr. Chirakal, through his AFC email account, arranged for hotel accommodations and transportation for Mr. Sim and a friend who accompanied him.[1044]  As discussed below, Mr. Sim later represented that the meeting was with H.E. Sheikh Khalid, the CEO of Qatargas.[1045]

Mr. Sim also sought to meet with Mr. Bin Hammam during his visit to Doha. When the first meeting time Mr. Sim proposed was declined due to Ramadan,[1046] Mr. Sim proposed another time, adding in an email to Mr. Bin Hammam, "I have [an] important matter to discuss with you."[1047]  On behalf of Mr. Bin Hammam, Mr. Chirakal declined due to "personal commitments."[1048]

### a.   Joe Sim's Relationship with the Thai FA

There is a lack of clarity regarding the relationship between Joe Sim and the Football Association of Thailand ("Thai FA").

On other emails, including correspondence with the AFC, Mr. Sim held himself out as "Chief Advisor of the Thai FA"[1049]  Documents show that Mr. Sim traveled with Thai FA officials.  Travel records from an AFC Asian Cup qualifying round in March 2010 list Mr. Sim as the Deputy Head of the Thailand delegation, a position second only to Thai FA President and FIFA Executive Committee member Worawi Makudi.[1050]  It appears Mr. Sim often accompanied Mr. Makudi to AFC meetings, including an October 14, 2010 meeting in Qatar and the 2011 AFC Congress,[1051] and a December 2010 trip with Messrs. Makudi, Bin Hammam and Manilal Fernando on Mr. Bin Hammam's private jet to visit the Iran Football Federation in Tehran.[1052]

In an interview on May 5, 2010, the Investigatory Chamber asked Mr. Makudi about Mr. Sim, his role with the Thai FA, and the emails concerning a

---

[1041] FWC00173964 (emphasis added).
[1042] FWC00173964.
[1043] FWC00166600; FWC00166597-98.
[1044] FWC00166597-98.
[1045] *See* FWC00173985-86.
[1046] *See* FWC00174022.
[1047] FWC00166592.
[1048] FWC00166592.
[1049] *See* FWC00166595 (Dec. 15, 2010 email from Mr. Sim to Mr. Chirakal.)
[1050] FWC00174016; *see also* FWC00166599 (Mr. Sim copied on correspondence between Thai FA coaches and AFC representatives regarding February 2010 training camp in Qatar).
[1051] *See* FWC00166594; FWC00174028.
[1052] FWC00174023-27.

MEF000399

potential "LNG sale" quoted above. Mr. Makudi initially described Mr. Sim as "the owner of a restaurant" Mr. Makudi liked to eat in and "a friend of my friend."[1053] He then added that Mr. Sim was in fact his "friend and my associate, close friend, something like that."[1054] When the Investigatory Chamber noted that Mr. Sim identified himself as the Chief Advisor to the Thai FA in emails, Mr. Makudi offered this explanation: "I think yes but it's . . . from time to time . . . he came to events with me and . . . he asked me that . . . this is his position? I said, okay, yeah . . . you are my advisor" and that when Mr. Makudi would introduce Mr. Sim to others he would say "this is my advisor . . . instead of my friend, because . . . we go to many events together."[1055] Mr. Makudi confirmed that Mr. Sim still had the same relationship with Mr. Makudi and the Thai FA, although he did not think Mr. Sim had a contract with the Thai FA.[1056]

Asked what services or other assistance Mr. Sim provided, Mr. Makudi said that Mr. Sim assisted the Thai FA by approaching companies such as McDonald's to seek sponsorships,[1057] a point he reiterated several times[1058] before conceding, in response to follow-up questions, that the McDonald's sponsorship was the only one Mr. Sim had secured.[1059] Later, Mr. Makudi indicated that one of Mr. Sim's companies also obtains business through introductions made by Mr. Makudi.[1060] He added that, "from time to time," when notable football teams visit Thailand, Mr. Makudi will ask Mr. Sim to "look after" the visiting team—thus "outsourc[ing] this" to Mr. Sim's company.[1061]

Mr. Sim, in response to written questions posed by the Investigatory Chamber, said his "only role in relation to football is as an advisor to the Thai FA on sponsorship issues."[1062] As an example, Mr. Sim noted that he "secured sponsorship from MacDonald's [sic] Thailand for the Thai National Team in 2008."[1063] While Mr. Sim acknowledged that he is "the Chairman and owner of the three Thai companies that form the Venture Group,"[1064] he did not disclose in his response that at least one of his companies has some football-related business.[1065] Venture Sports & Events Co., Ltd., which Mr. Sim owns,[1066] was subcontracted by Match

[1053] FWC00182853.
[1054] FWC00182853.
[1055] FWC00182854.
[1056] FWC00182854; FWC00182855.
[1057] FWC00182855; FWC00182856.
[1058] FWC00182855; FWC00182861:3-8.
[1059] FWC00182863.
[1060] See FWC00182856.
[1061] FWC00182856-57.
[1062] FWC00173985.
[1063] FWC00173985.
[1064] FWC00173985. Although the Investigatory Chamber requested the names of all companies in which Mr. Sim had an ownership interest, he did not provide the names of individual companies. See FWC00173985.
[1065] FWC00173985; FWC00174060.
[1066] See FWC00174060-61; FWC00173985.

MEF000400

Hospitality AG to serve as the exclusive sales agent in Singapore, Malaysia, and Indonesia for the official hospitality program for the 2014 World Cup.[1067] In 2012 and 2014, Venture Sports also organized football tournaments in Thailand, involving teams from England.[1068] The Executive Director of Venture Sports & Events Co., Benjamin Assarasakorn, is also the Executive Secretary of the Thai FA.[1069] When Thailand hosted the 2012 FIFA Futsal World Cup, Mr. Assarasakorn and a person named Jacqueline Hui Tian Sim were both members of the Local Organizing Committee.[1070] Ms. Sim copied Mr. Sim on a September 20, 2012 email to Makudi regarding the hospitality costs for hosting the Futsal World Cup.[1071] Ms. Sim is also affiliated with the Venture Group.[1072]

Mr. Sim and Mr. Makudi both said they do not have any professional relationships or common business interests beyond their mutual connection as Chief Advisor and President, respectively, of the Thai FA.[1073]

### b.   Explanations of Emails

During the May 5, 2014 interview, Mr. Makudi was shown Mr. Sim's August 18 email to H.E. Al-Attiyah.[1074] Mr. Makudi responded to the ensuing questions by alternately claiming he was unsure whether the meeting occurred[1075] and reiterating that although the meeting did occur it never resulted in a football sponsorship or LNG sale.[1076] When the Investigatory Chamber specifically asked whether Mr. Makudi knew that an LNG sale was discussed at the same meeting, Mr. Makudi initially said he did not know about it, but subsequently stated that he learned about it after the meeting took place.[1077] Mr. Makudi implied that he

---

[1067] FWC00174044-45.

[1068] FWC00179164-67.

[1069] *See* FWC00174052-55.

[1070] *See* FWC00174041 (email addresses identifying Mr. Assarasakorn and Ms. Sim as LOC members).

[1071] FWC00174020-21 (Joe Sim copied on email)

[1072] *See* FWC00174060; FWC00179199.

[1073] FWC00173985-86; FWC00182857-58..

[1074] FWC00182859.

[1075] *See, e.g.,* FWC00182862 ("**Michael Garcia**: So, so we're clear, this is the first time you've ever heard about this meeting between Mr. Sim and this ministry, or, and the first time you've heard that Mr. Sim was talking about importing liquid natural gas from Qatar? **Worawi Makudi**: I think, I think that I know, I came to know, then, I mean, I said, I mean, if you are looking for sponsorship, it's, it's okay, but I mean, if other business, then, I mean, . . . I have no knowledge about this, you know."); *see also* FWC00182862.

[1076] *See, e.g.,* FWC00182859 ("**Michael Garcia**: So here is Mr. Sim writing to the Deputy Premier about meeting with him to talk about cooperation in soccer developments and activities between the Qatari FA and the Thai FA, which I assume means, you know, that you as the head of the Thai FA and Mr. Sim working as your advisor, you would know about, and then he goes on to -- **Worawi Makudi**: Yeah, in this case, I know. I this case I know because, I mean, it was some discussion, and then, I mean, after this one, I mean, there is nothing else, came out, you know. So I mean, there is, nothing came after this, you know."); *see also* FWC00182861.

[1077] FWC00182860-61.

175

MEF000401

agreed it was inappropriate for Mr. Sim to simultaneously negotiate football sponsorships and LNG sales in the months leading up to the World Cup vote,[1078] and indicated that he had a conversation with Mr. Sim about the same, but did not provide further details.[1079]  Mr. Makudi repeatedly emphasized that that LNG sale did not happen in responding to questions about what he knew about the meeting Mr. Sim had with the Qataris.[1080]

Subsequently, a media outlet published Mr. Sim's emails to H.E. Al-Attiyah and H.E. Sheikh Khalid and reported that Mr. Sim's August 2010 discussions about LNG "came as Thailand sought to save tens of millions of pounds by renegotiating an arrangement with Qatar to purchase 1m tons of liquefied natural gas each year at a fixed price that it considered too high."[1081]  In a public statement on June 4, 2014, Thailand's state run energy company PTT Public Company Limited ("PTT") denied media reports that Mr. Makudi was involved in a 2012 long-term LNG purchase agreement with Qatargas "in exchange of supporting Mr. Mohammed Bin Hammam, the Qatari Football Chief, to be selected as President of FIFA and Qatar to host the FIFA World Cup in 2022."[1082]

Mr. Sim was asked to provide details about the subjects referenced in the emails: the meetings with the Qatar Petroleum Chairman and the Qatargas CEO; football development cooperation; and the LNG sale.[1083]  Mr. Sim confirmed that he and Mr. Teo met with H.E. Al-Attiyah at the offices of Qatargas on August 16, 2010, and that they had a follow-up meeting with H.E. Sheikh Khalid at Qatargas on September 2, 2010.[1084]  As to the LNG sale and the parties involved, Mr. Sim stated:

> The 'LNG sale' . . . involved a prospective purchase of gas by ALCO from Qatargas.  ALCO, a company operating in the oil and gas sector, is owned by a friend of mine, Mr Brian Teo.  Mr Teo was interested in importing gas from Qatar into China and the purpose

---

[1078] FWC00182860.

[1079] FWC00182863.

[1080] See FWC00182858; FWC00182859; FWC00182860; FWC00182861.

[1081] FWC00179206; see also FWC00179208.  Publicly available information indicates that in February 2008, PTT and Qatargas entered into an MOU, pursuant to which PTT agreed to purchase one million tons of LNG a year with delivery to start in late 2011, when the Bangkok LNG terminal would become operational. FWC00179190.  In May 2010, it was reported that PTT sought to amend its agreement with Qatargas to purchase on-the-spot, rather than at a fixed price, given the recent decline in LNG prices. See FWC00179191.  In June 2011, Qatargas made its first delivery of LNG to Thailand on a spot basis. FWC00179193.  But on September 7, 2011, PTT cancelled its Feb. 2008 MOU with Qatargas, due to the price increase, and signed contracts with other suppliers. See FWC00179201.  According to Qatargas, PTT made several spot purchases from Qatargas after the first delivery in June 2011. FWC00179194.  In December 2012, Qatargas and PTT entered into a long-term LNG agreement on a contract basis, with delivery to begin in 2015. See FWC00179194.

[1082] FWC00174058.

[1083] FWC00173981.

[1084] FWC00173985-86.

MEF000402

of the meetings referred to [in the emails] was to ascertain if this was a possibility. [N]o agreement in principle could be reached and nothing further transpired from the meetings.[1085]

Brian Teo's email address, as listed on Mr. Sim's August 2010 emails, appears to be linked to a Brian Teo of Alco Automation Pte Ltd,[1086] a process instrumentation company incorporated and headquartered in Singapore.[1087] Nothing on Alco Automation's website suggests that its business involves the sale, purchase, importation or exportation of LNG or other gas and oil products.[1088]

As for the reference to "bilateral co-operations in soccer developments . . . between the Qatari FA and Thai FA,"[1089] Mr. Sim said that "[i]n addition to discussing the sale of gas, the purpose of the meetings was also to discuss possible sponsorship" of the Thai National Football Team by Qatargas.[1090] Both the potential LNG sale and the potential sponsorship were also discussed at the meeting with H.E. Sheikh Khalid, Mr. Sim said.[1091] He did not explain why his email to H.E. Sheikh Khalid mentions only the LNG sale, and makes no reference to football, let alone the football sponsorship that was purportedly the purpose of the meeting. Mr. Sim said his own role at the meetings was to "discuss potential sponsorship for the Thai National Team," while "Mr Teo was there to discuss the potential gas sale."[1092] But while Mr. Sim represented "[t]here was no connection between the two points of discussion,"[1093] he did not explain why two unrelated business proposals—one involving sponsorship and the other gas importation, and each presented by a different participant—were negotiated simultaneously on two separate occasions.

The Investigatory Chamber also asked Mr. Sim about the reference to his "team" in his email to H.E. Al-Attiyah: "*My team* . . . would like to thank Your Royal Highness for all your kind supports in promoting the bilateral co-operations in soccer developments and activities between the Qatari FA and Thai FA."[1094] According to Mr. Sim, "the members of the 'team' . . . were only Mr Teo and myself."[1095] Notwithstanding the description of Mr. Teo and himself as a team in the context of football cooperation, Mr. Sim said that Mr. Teo neither has nor had

---

[1085] FWC00173985.
[1086] *See* FWC00174050 (listing Alco Automation as a distributor of instrumentation products, and Mr. Teo as the contact at Alco); FWC00174056 (same).
[1087] *See* FWC00174046-47.
[1088] *See* FWC00174048-49.
[1089] FWC00179196.
[1090] FWC00173985.
[1091] FWC00173986.
[1092] FWC00173986.
[1093] FWC00173985.
[1094] FWC00173983.
[1095] FWC00173985.

MEF000403

any connection to football.[1096]  Similarly, while Mr. Sim said his own meeting with
H.E. Al-Attiyah arose through a "chance encounter" with a "high-profile person[]"
during a football match in Qatar that Messrs. Sim and Makudi attended,[1097] he did
not explain how this led to LNG negotiations or the involvement of his "friend" Mr.
Teo and Alco.

Although Mr. Sim's email to H.E. Al-Attiyah specifically referenced
cooperation between the Thai FA and the "Qatari FA,"[1098] in his response to the
Investigatory Chamber, Mr. Sim asserted that, "[t]o the best of [his] knowledge,"
neither H.E. Al-Attiyah, H.E. Sheikh Khalid, Qatar Petroleum, Qatargas, nor Alco
"have any connection to the Qatar FA, the Thai FA, FIFA, Qatar's 2022 FIFA World
Cup bid or any other football official or organisation."[1099] Despite the fact that all
the other meeting participants purportedly lacked any connection to football, Mr.
Sim blind-copied Mr. Chirakal, in Mr. Bin Hammam's office at the AFC, on both
emails.[1100]  Yet the only rationale Mr. Sim provided was that he blind-copied Mr.
Chirakal "for his reference to our travel plans (Mr Teo and myself).  Najeeb
Chirakal assisted with arranging our visas for travel to Qatar."[1101]

Mr. Sim said he realized shortly after his September 2 meeting with H.E.
Sheikh Khalid that "as an advisor to the Thai FA there was certain sensitivity in
doing any business in Qatar at that time"[1102] and therefore refrained from "any
further activity with Qatargas or any other business in Qatar during the World Cup
bidding process."[1103] Mr. Sim further stated that the August 16 and September 2,
2010 meetings with H.E. Al-Attiya and H.E. Sheikh Khalid were the only meetings
he had with them in 2010, and he "did not have any meetings with [H.E. Al-Attiyah
and H.E. Sheikh Khalid] or any representative of Qatargas, Qatar Petroleum or
ALCO *in which anyone associated with football participated*" during 2010.[1104]
Finally, Mr. Sim represented that neither an LNG sale nor football sponsorship
resulted from the meetings.[1105]  Mr. Sim said he did not have any other meetings
with H.E. Al-Attiyah or H.E. Sheikh Khalid between January 1, 2010 and
December 1, 2010.[1106]

The Investigatory Chamber also asked the Qatar bid team about Mr. Sim and
his discussions of LNG sales and cooperation between the Qatari FA and the Thai
FA.  Bid team CEO Hassan Al-Thawadi explained that he first met Mr. Sim in

---

[1096] FWC00173985.
[1097] FWC00173986.
[1098] FWC00166601-602.
[1099] FWC00173986.
[1100] *See* FWC00166601-602; FWC00173964.
[1101] FWC00173986.
[1102] FWC00173986.
[1103] FWC00173986.
[1104] FWC00173986 (emphasis added).
[1105] FWC00173986.
[1106] FWC00173986.

MEF000404

2013, and was unaware of Mr. Sim's meetings with Qatargas or Qatar Petroleum in August 2010.[1107]  Similarly, the Qatar 2022 written submission asserted that bid officials had "no prior knowledge of these communications or any related business discussions or transactions."[1108]  No evidence in the record indicates otherwise.[1109]

Qatar 2022 also represented that counsel had contacted Abdulaziz Al Maliki, whom Mr. Sim copied on his August 18th email to H.E. Al-Attiyah.  Mr. Al Maliki "did not have a specific recollection of the emails or the underlying subject matter," and he added that "Qatargas frequently received business inquiries through political channels, and that its practice was to refer them to the appropriate business officials, and let those executives decide whether to proceed with any specific inquiry."[1110]

H.E. Sheikh Khalid, the Qatargas CEO and recipient of Mr. Sim's second email, was also queried:

> H.E. Sheikh Khalid stated that he had a vague recollection of the email and related events; Joe Sim's peculiar email address, 'sour_piggy', stood out in his mind. He recalled that when he received the email in 2010, his office reached out to PTT, the Thai energy company that Qatargas does business with, to inquire about Joe Sim and his role in the Thai gas industry. He recalled that PTT replied, in words or substance, that Joe Sim was not a leader in the gas industry in Thailand. Accordingly, Qatargas decided not to proceed in discussions with Mr. Sim. H.E. Sheikh Khalid could not recall precisely how they communicated this to Mr. Sim, but expects that it would have been a simple, polite rejection in the form of an email, letter or phone call, in accordance with the ordinary practice of Qatargas.[1111]

H.E. Sheikh Khalid's account is inconsistent with Mr. Sim's statement to the Investigatory Chamber.  While Mr. Sim stated that the two had met on September 2, 2010,[1112] H.E. Sheikh Khalid claimed that after receiving the email and consulting with PTT, "Qatargas decided not to proceed in discussions with Mr. Sim," implying that the two had never met.[1113]  Documentary evidence corroborates Mr. Sim's statement that the meeting occurred.  Mr. Sim's August 18, 2010 email to

---

[1107] FWC00184008-10.

[1108] FWC00138612.

[1109] In response to follow-up questions, Qatar 2022 represented CEO Hassan Al-Thawadi was employed at Qatar Petroleum from 2001 to 2007 in relatively junior-level counsel positions, and that he had no direct relationship with H.E. Al-Attiyah or Mr. Al Maliki. *See* FWC00180636-39, at FWC00180637; *see also* FWC00185047-58, at FWC00185049-50.

[1110] FWC00138526-616, at FWC00138612-13.

[1111] FWC00138613.

[1112] *See* FWC00173986.

[1113] FWC00173974.

MEF000405

H.E. Sheikh Khalid indicated H.E. Sheikh Khalid had already "mentioned next week would be a good time to meet,"[1114] and Mr. Sim's September 2, 2010 meeting in Doha was scheduled to take place in the same office building where Qatargas maintained an office.[1115]

H.E. Sheikh Khalid's and Mr. Sim's statements also offer conflicting descriptions of Mr. Sim's role and of the purpose(s) of the meeting they discussed. H.E. Sheikh Khalid attributed the decision not to proceed with a meeting to Mr. Sim's purported lack of status in the gas industry in Thailand. According to Mr. Sim, however, the purpose of *both* meetings was to discuss both the LNG sale *and* football sponsorship, and his role involved only the latter while Mr. Teo was there to discuss the LNG sale.[1116] If so, then Mr. Sim's stature in the gas industry should not have mattered to H.E. Sheikh Khalid.

Nor does the testimony in the record clarify the nature of the Qatari-Thai football cooperation referenced in the email communications. Mr. Sim asserted that the football sponsorship was, along with the LNG sale, "the purpose of the meetings" and the reason he attended, but based on Qatar 2022's statement, neither H.E. Sheikh Khalid nor Mr. Al Maliki mentioned any discussions about Qatargas potentially sponsoring the Thai FA.[1117]

On its face, Mr. Sim's August 2010 email to the Chairman of Qatar Petroleum, blind-copied to Mr. Bin Hammam's assistant, gives the appearance that a LNG contract was being negotiated through football channels. It was plainly inappropriate for Mr. Sim, an advisor to the Thai FA, to simultaneously negotiate football sponsorships and LNG sales with Qatari energy leaders months before the December 2010 World Cup vote, given Qatar's bid to host and Mr. Makudi's status as a voting member of FIFA's Executive Committee.

The answers Mr. Makudi, Mr. Sim and H.E. Sheikh Khalid, through Qatar 2022, provided to the Investigatory Chamber about the meetings are inconsistent and do little to shed light on what appears to be the plain meaning of Mr. Sim's August 2010 emails. Mr. Makudi offered contradictory answers when asked to describe Mr. Sim's role at the Thai FA and whether he was aware of Mr. Sim's meetings with Qatargas and Qatar Petroleum representatives, and Mr. Sim's explanation regarding the purportedly unrelated football and LNG proposals discussed at the meetings are unconvincing. From the record, it appears Mr. Makudi was an associate of Mr. Sim and the two spent considerable time together—in fact they traveled together to Doha on football business some eight weeks or so after the meeting between Mr. Sim and the Chairman of Qatar Petroleum, H.E. Al-Attiyah (and a little over a month after September 2, 2010 meeting in Doha with

---

[1114] *See* FWC00173974.
[1115] FWC00166597; FWC00174059.
[1116] FWC00173985-86.
[1117] *See* FWC00138612-14; FWC00173985-86.

180

MEF000406

H.E. Sheikh Khalid).[1118]  Mr. Makudi's role as the head of the Thai FA and a voting member of FIFA's Executive Committee makes further inquiry necessary.  *See* Part A(1)(c).

>    3.    *Michel Platini's Meeting with Nicolas Sarkozy and the Qatari Emir*

Michel Platini announced soon after the December 2, 2010 World Cup vote that he had voted for Qatar.[1119]  Subsequently, various news media reported that Mr. Platini had cast that ballot under instructions from French President Nicolas Sarkozy, who the reports said wanted Qataris to invest investments in France.[1120]

A January 2013 article in *France Football* titled "Mondial 2022: QatarGate"[1121] alleged that Mr. Platini met with President Sarkozy, the son of the Emir of Qatar, and a representative of Colony Capital, the owners of football club Paris-Saint-Germain, at the Élysée Palace on November 23, 2010.[1122]  According to article, the group discussed the prospect of Qatar buying Paris Saint-Germain, which was "plagued by major financial difficulties;" increasing its stake in the French media company Lagardère Group; and creating a sports channel to challenge another network that Sarkozy allegedly "wanted to weaken."[1123]  These proposals, it was alleged, were "all in exchange for a promise: namely that Platini would not give his vote, as he had planned, to the United States, but rather to Qatar."[1124]  The article did not identify any source for this allegation.

It was further reported that Qatar indeed purchased Paris Saint-Germain for €50 million in June 2011; that Qatar later financed and launched the Be In Sport television channel, which "agreed to pump €150m into *Ligue 1*"—a French football league—"each year until 2016;" and that Qataris held nearly "ten billion dollars" worth of assets in France, including through ownership of shares in CAC 40 companies.[1125]  The article did note that President Sarkozy had granted the Qataris a tax exemption on their French assets,[1126] thus suggesting an independent reason, unrelated to the World Cup vote, for the Qataris' investments.

---

[1118] *See* FWC0016659.
[1119] FWC00179778-79.
[1120] *See, e.g.*, FWC00179778-79; FWC00158312; FWC00153353; FWC00153335.
[1121] FWC00153335-50; FWC00153318-34 (English translation).
[1122] FWC00153326.
[1123] FWC00153326.
[1124] FWC00153326.
[1125] FWC00153326-27.
[1126] FWC00153326-27.

MEF000407

The article quoted Mr. Platini as stating that he "voted in all independence for a region that has never had the World Cup, not because Sarkozy asked me to."[1127]

Consistent in all material respects with that and other public statements Mr. Platini has made about this topic,[1128] Mr. Platini told the Investigatory Chamber that he met with President Sarkozy at the Élysée Palace in November 2010 for what he thought "was a private lunch."[1129] When he arrived, however, he found both the Prime Minister of Qatar and son of the Emir of Qatar in attendance—which Mr. Platini said caused him both "surprise[]" and, because he had shown up dressed casually, some embarrassment.[1130] Mr. Platini reiterated that he did not feel pressured by President Sarkozy to vote a certain way, stating that far from being involved in Qatar's purchase of Paris Saint-Germain, he had specifically opposed that transaction—and had, in fact, asked the Emir of Qatar not to purchase the club during a lunch in Qatar in 2010.[1131] Mr. Platini said he voted for Qatar only because he believed that vote served "the best interest of football."[1132]

Without more, inquiry into the scope of investment by one sovereign nation in the territory of another is well beyond the scope of the Investigatory Chamber's authority and the subject matter of this report. On this record, no evidence has been uncovered linking Mr. Platini's vote to any such investment and accordingly the Investigatory Chamber finds no further action is necessary.[1133]

### 4.   *Marios Lefkaritis and Business in Cyprus*

According to an allegation presented to the Investigatory Chamber, during and after the bidding process Qatar's government carried out various transactions that benefited businesses and individuals linked to FIFA Executive Committee member Marios Lefkaritis, "who is known to have voted in favour of Qatar 2022 on 2 December 2010."[1134] Among the principal allegations were claims that "Petrolina Holdings, of which Mr. Lefkaritis is one of the Board [of] directors, has become an important partner of the emirate in the trade of liquefied gas;" that in September 2011 Cyprus's government authorized a €32 million purchase by the Qatar Investment Authority ("QIA") of a strip of land "to build a five-star hotel on it, land which, according to the Cypriot newspaper *Haravgi*, 'belonged to the Lefkaritis

---

[1127] FWC00153326.

[1128] *See, e.g.*, FWC00153353; FWC00158308.

[1129] FWC00181756; FWC00179458.

[1130] FWC00181755-56; FWC00181755.

[1131] FWC00181767-68.

[1132] FWC00181755.

[1133] Public reports have also suggested that Mr. Platini's son was hired to work for Qatar Sports Investments in Qatar for reasons related to the bidding process. *See, e.g.*, FWC00153328-29. Mr. Platini told the Investigatory Chamber his son's employment was not connected whatsoever with the World Cup vote. *See* FWC00181769-70. No evidence in the record suggests otherwise.

[1134] FWC00158295. *See* FWC00158296-98.

182

family;'" and that "all of these activities so closely followed" visits by Qatari government officials to Cyprus, and by Cypriot government officials to Qatar.[1135]

Mr. Lefkaritis's affiliation with the Lefkaritis Group, which has business interests throughout Cyprus, is well-known. A cover letter summarizing the allegations presented to the Investigatory Chamber described the Lefkaritis family as "the wealthiest and most powerful in Cyprus,"[1136] while the accompanying material stated that the family's "influence on the Cypriot economy has been constant since the creation in 1959 of the Petrolina company by the five male offspring of the Kostas patriarch."[1137] FIFA's website biography of Mr. Lefkaritis contains this summary of Mr. Lefkaritis's "[p]rofessional career:" "Since 1971, major shareholder and Director of the Lefkaritis group of companies and Petrolina Ltd."[1138]

Mr. Lefkaritis told the Investigatory Chamber that with respect to "our petroleum activities," there is "absolutely no relationship . . . with Qatar."[1139] As to the allegation concerning the sale of land, Mr. Lefkaritis said that around April or March 2011, the real estate firm Lefkaritis & Hassapis—of which he has been a director since approximately 2007[1140]—sold beach property in Lanarca belonging to his "whole family" to a Hungarian company with "a Qatari[] interest."[1141] Mr. Lefkaritis said he did not know the name of the Qatari entity because he "was not involved in any of these dealings."[1142] He recalled that it was a private company, adding, "how private I don't know."[1143] Mr. Lefkaritis said the transaction "was a long process" set in motion before the World Cup bidding process even began.[1144] Lefkaritis & Hassapis had owned a 50% interest in the land with another Cyprus entity, Mr. Lefkaritis said, and the firm sold its interest to that partner before the Hungarian entity purchased the land.[1145] Mr. Lefkaritis said he was unaware of any other transaction that any company related to him engaged in during the bidding process with an entity in Qatar.[1146] The CEO of Qatar's bid team, Hassan Al-Thawadi, said during his own interview that he was not aware of any investments made in Cyprus during the bidding process by Qatari entities or

---

[1135] FWC00158300, FWC00179354-55 (translated from French). *See also* FWC00158298-99.
[1136] FWC00158295.
[1137] FWC00179354.
[1138] FWC00179521.
[1139] FWC00181706-07.
[1140] FWC00181711-12.
[1141] FWC00181707-08, FWC00181710-11.
[1142] FWC00181708-09.
[1143] FWC00181710.
[1144] FWC00181711.
[1145] FWC00181708, FWC00181711.
[1146] *See* FWC00181710.

183

individuals.[1147] There was no documentary evidence contradicting either Mr. Al-Thawadi or Mr. Lefkaritis.

At most, the evidence before the Investigatory Chamber shows a tenuous link between a company Mr. Lefkaritis is affiliated with and a company with a "Qatari interest."[1148]  Nothing in this record reflects any connection between the transactions highlighted in the allegations and the Qatar bid team or the bidding process generally.  The Investigatory Chamber therefore finds no basis for further inquiry into this matter.

### 5.    Guillermo Tofoni's "Infrastructure" Email

The International President of the England 2018 bid, David Dein, corresponded in November 2010 with Guillermo Tofoni, who as discussed in detail below was an agent from Argentina who organized international friendlies,[1149] about arrangements for a February 2011 friendly match between Argentina and Portugal to be played in England.[1150]  On November 26, 2010, less than one week before the World Cup vote, Mr. Dein asked at the end of an email whether Mr. Tofoni had "any news to report from JG,"[1151] a reference to Mr. Grondona.  Mr. Tofoni wrote back in English that day:

> Hi David, I'm fine, . . . I was this morning in Julio's house, he will fly to Switzerland on Saturday, he said that is in a very difficult situation next week, no for 2018 for him, because the decision for Conmebol at the moment is Spain, *his problem will be for 2022, Qatar offer them a big infrastructure.*
>
> . . . .
>
> [L]uck next week in FIFA, I know very well what was your effort! My vote is with you!![1152]

Mr. Dein forwarded the correspondence to FIFA Secretary General Jérôme Valcke on November 29, writing, "This really needs probing further."[1153]  There is nothing in the record indicating that FIFA investigated or otherwise responded to Mr. Dein's message.

---

[1147] *See* FWC00183920.

[1148] Given the evidence concerning the Lefkaritis family's wealth and myriad business interests, it would not be surprising if entities affiliated with Mr. Lefkaritis conducted business with some or all of the other World Cup bidding nations, as well.

[1149] *See* Part X(D).

[1150] *See* FWC00126234.

[1151] FWC00125822.

[1152] FWC00125822(emphasis added).

[1153] FWC00125822.

Qatar 2022 officials denied any knowledge of the bid team or any other Qatari entity investing in or otherwise providing benefits to Argentina.[1154]  Mr. Tofoni's November 26, 2010 email came to the Investigatory Chamber's attention after Mr. Grondona had been questioned in person and in writing, and the Investigatory Chamber did not have an opportunity to ask Mr. Grondona about the message.

Mr. Tofoni told the Investigatory Chamber in June 2014 that he was unaware of any Qatari investments in "infrastructure" in Argentina.[1155]  Asked to explain his November 2010 statement that Mr. Grondona faced a "problem" regarding how to vote among bidders to host the 2022 World Cup because "Qatar offer them a big infrastructure," Mr. Tofoni said he "was referring to the Qatar [infra]structure, not Argentina's[, n]or South America's."[1156]  Mr. Tofoni said he had personally visited Qatar and believed "for 2022, the infrastructure offered by Qatar . . . was optimum."[1157]  He cited "stadia" and "streets with air conditioning" as notable examples of the bid's "infrastructure" proposal.[1158]  Mr. Tofoni also said that Mr. Grondona never told him the Qataris were investing in infrastructure in Argentina;[1159] that his written comment about the "offer" of "a big infrastructure" being a "problem" meant only that Qatar's impressive bid created for Mr. Grondona "the problem of making a decision" for the 2022 vote;[1160] that Mr. Tofoni knew Mr. Grondona planned to vote for the Spain/Portugal bid on the 2018 ballot, but "[t]his is information that I kept to myself, until after the results;"[1161] and that he never asked or learned how Mr. Grondona planned to vote for 2022.[1162]  According to Mr. Tofoni, any inconsistencies between his explanations and the text of his November 26, 2010 were attributable to the fact that he is "not very good at writing" in English,[1163] and "if I had written in Spanish, it would have been much more extensive, much clearer."[1164]

On its face, the email from Mr. Tofoni suggested that Mr. Grondona felt pressure to vote for Qatar's bid because the some entity or person acting to advance the Qatar bid offered benefits to an entity or region connected to him.  Mr. Tofoni's proffer of his language difficulties as an explanation for what appears to be the

---

[1154] *See* FWC00183745; FWC00184173; FWC00183927.
[1155] FWC00183507.
[1156] FWC00183513.
[1157] FWC00183510-511.
[1158] FWC00183516.
[1159] FWC00183513.
[1160] FWC00183514-15.
[1161] FWC00183519.  That assertion is directly at odds with the email of November 26, 2010—before the vote—that Mr. Grondona did not face a "difficult situation . . . for 2018 . . . because the decision for Conmebol at the moment is Spain."  FWC00125822.
[1162] FWC00183519.
[1163] FWC00183514.
[1164] FWC00183515.

MEF000411

plain meaning of his words to Mr. Dein is not convincing.[1165]  However, no other evidence in the record indicates that someone associated with Qatar's bid offered Mr. Grondona or a related party assistance with "infrastructure." Without such corroboration, there are insufficient grounds to investigate this issue further.[1166]

### 6.   Conclusion

For the reasons stated above, the Investigatory Chamber has opened formal investigatory proceedings against Messrs. Makudi and Sim with respect to the allegations concerning the negotiations over the sale of LNG.  With respect to the other allegations, no evidence of any improper activity by the bid team or any football officials has been uncovered.  Accordingly, no further action will be taken.

## B.   Consultants and Advisors

A number of allegations have surfaced with respect to consultants affiliated with Qatar 2022.  This section of the Report will examine the conduct of two of those consultants: Sandro Rosell and Amadou Diallo.

### 1.   Sandro Rosell

Sandro Rosell advised the Qatar 2022 bid team at various points throughout the bidding process, in roles both formal and informal.  Andreas Bleicher had worked with Mr. Rosell at the Aspire Academy for Sports Excellence ("Aspire" or "Aspire Academy") since 2006, when Aspire and Mr. Rosell's sports-marketing agency, Bonus Sports Management ("BSM"), forged a partnership to develop and manage the talent-scouting initiative Aspire Football Dreams.[1167]

The Qatar Football Association ("QFA") retained Mr. Rosell as a consultant in late 2008 and early 2009, commissioning him to produce what Hassan Al-Thawadi, who joined Qatar 2022 as CEO later in 2009, described as "a feasibility study" of a whether a potential Qatar bid would "have a chance to win or not."[1168]  A Consultancy Agreement between Mr. Rosell and QFA[1169] required Mr. Rosell to work with QFA and a sports-management firm principally "[t]o produce a presentation detailing a clear and concise strategy to bid for Qatar to hold the FIFA World Cup in the year 2018 or the year 2022."[1170]  QFA agreed to pay Mr. Rosell

---

[1165] Mr. Tofoni's lack of credibility when discussing other matters heightened the Investigatory Chamber's skepticism.  *See* Part X(D)(1).
[1166] The Investigatory Chamber will open proceedings against Mr. Tofoni related to issues discussed in Part X(D).
[1167] *See* FWC00184071-72; FWC00184077; FWC00138572-73.
[1168] FWC00183936.
[1169] *See* FWC00138478-93.  The consultancy agreement was never signed, but it is undisputed that Mr. Rosell performed the services the contract describes.  *See, e.g.*, FWC00138477; FWC00183936.
[1170] FWC00138492.

MEF000412

€2,000 for every day it required him to work,[1171] and Mr. Rosell agreed to "provide strategic input" on topics including whether to propose to host the tournament "[d]uring summer time (June/July) under hot weather conditions" or "[d]uring winter time (most likely January"), and whether to pursue a joint bid with a neighboring country.[1172] Ultimately, according to the contract, Mr. Rosell would help "present the strategy to the higher authorities."[1173] The agreement contained thorough confidentiality provisions, including a requirement that Mr. Rosell "irretrievably delete any information" related to the work upon the end of the consultancy.[1174]

Mr. Rosell's close relationship with FIFA Executive Committee member Ricardo Teixeira was well-known at the time. Mr. Rosell, as head of Nike's business in Brazil, and Mr. Teixeira, as President of the Brazilian Football Confederation ("CBF"), brokered a sponsorship deal in 1996 worth a reported £300 million over 10 years.[1175] The agreement generated controversy, with politicians and media reports alleging in the early 2000s that the contract enriched Mr. Teixeira, but not the CBF.[1176] Meanwhile, the two remained personal friends; Mr. Rosell reportedly served as the best man at Mr. Teixeira's wedding.[1177]

Although it did not follow QFA's approach of formally retaining Mr. Rosell as a consultant, Qatar 2022 viewed Mr. Rosell's experience and football relationships as an asset. Qatar 2022 CEO Hassan Al-Thawadi stated that Mr. Rosell "was knowledgeable of the football world and . . . it's no secret that [Mr. Rosell] [w]as friends with, for example, Ricardo Teixeira."[1178] Before traveling to Dubai for the November 2009 FIFA Beach Soccer World Cup—an event Brazil traditionally dominated and, indeed, would win once again that year—Mr. Bleicher notified bid team CEO Hassan Al-Thawadi that "[a]s agreed with you, Aspire booked now a ticket for Sandro . . . to be with us *and the CBF as well*."[1179] The bid team turned to Mr. Rosell again in January 2010 when it needed to arrange for Qatar's Emir to meet with Mr. Teixeira and the other South American FIFA Executive Committee members in Rio de Janeiro,[1180] and again in August 2010 when it needed Teixeira to formalize CBF's consent to playing a friendly match in Doha.[1181] Mr. Teixeira and

---

[1171] FWC00138482.

[1172] FWC00138492.

[1173] FWC00138492-93; FWC00184083-84.

[1174] *See* FWC00138483-FWC00138487.

[1175] *See* FWC00184085-86; FWC00179173-76; FWC00179186-89.

[1176] *See* FWC00179188; FWC00179174-75.

[1177] *See* FWC00184085.

[1178] FWC00183937-38.

[1179] FWC00138477 (emphasis added). The email stated that while Mr. Bleicher would send Hassan Al-Thawadi the invoice for Mr. Rosell's travel, Mr. Rosell would pay for his own hotel expenses. *See* FWC00138477.

[1180] *See, e.g.*, FWC00138608; Part X(A)(1).

[1181] *See, e.g.*, FWC00138499; Part X(D)(1).

187

the Qatar bid team "built a good relationship," according to Qatar 2022 CEO Hassan Al-Thawadi, "probably because of the relationship . . . with Sandro."[1182]

During and after the bidding process, Hassan Al-Thawadi, Mr. Bleicher, and others identified with Qatar 2022 worked closely with Mr. Rosell on football matters apparently not connected directly, if at all, to Qatar's World Cup bid.  Mr. Rosell was elected President of FC Barcelona in June 2010—during the campaign, Mr. Bleicher described him to Mr. Al-Thawadi as "the most promising candidate by far"[1183]—and in the ensuing months met repeatedly with Al-Thawadi, Mr. Bleicher, and others to negotiate a lucrative sponsorship deal with the Qatar Foundation.[1184]

The nature of some business matters Qatar 2022 officials discussed with Mr. Rosell during the bidding process is not clear from the record.  Mr. Rosell sent separate emails—both of which he later forwarded to Mr. Bleicher—to Qatar 2022's Chairman and CEO in late 2009 thanking them for a "transfer from Qatar" that he "just received."[1185]  The communications do not specify the reason for the "transfer."  In the note to the bid team's Chairman, His Excellency Sheikh Mohammed bin Hamad Al-Thani ("Sheikh Mohammed"), Mr. Rosell wrote that "this means I'll be able to invest this money for my interest, that I hope, finally, will be yours," and that "this means that you value my commitment with your country and your people, starting with you and your family."[1186]  The email to CEO Hassan Al-Thawadi stated, "I hope that all we are doing, in all senses, will be good for all of us.  No doubt, that I'll dedicate all my efforts to make our dream happen[]."[1187]

The overlapping dealings between Rosell and bid officials, the vague communications about some of those matters, and the lack of transparency into Mr. Rosell's precise relationship with the bid effort, all suggest that Qatar 2022 may have partnered with Mr. Rosell in some way related to the bid.  That appearance is problematic in light of Mr. Rosell's questionable conduct.  Public reports have alleged that in June 2011 Mr. Rosell wired £2 million to an account held in the name of Mr. Teixeira's then-10-year-old daughter.[1188]  Mr. Bleicher understood that the payment occurred, but he told the Investigatory Chamber it was unrelated to Qatar's World Cup bid.  It was "completely a private thing between [Mr. Rosell] and . . . Teixeira" involving the profits from "selling a real estate[] property in Brazil," Mr. Bleicher said.[1189]  The funds went to Mr. Teixeira's daughter instead of to Mr. Teixeira himself, Mr. Bleicher added, because "some people do things for tax

[1182] FWC00183957-58; *see also* FWC00183936-37.
[1183] FWC00138337.
[1184] *See* Part XIII(A)(3).
[1185] FWC00138494; FWC00138495.
[1186] FWC00138494.
[1187] FWC00138495.
[1188] *See* FWC00173955-57.
[1189] FWC00184172-73.

188

reasons."[1190]  No evidence in the record links Qatar 2022 to the £2 million transfer to an Executive Committee member's 10-year-old daughter.

Mr. Rosell was a football official at the time of these events.  Accordingly, appropriate proceedings will be initiated.[1191]

### 2.    Amadou Diallo

Qatar 2022's relationship with a consultant named Amadou Diallo also raised concerns.

Qatar 2022 provided the Investigatory Chamber with email correspondence and interview testimony regarding Mr. Diallo, who served in an advisory role to the bid team from at least February 2010 until October 2010.[1192]  In his interview with the Investigatory Chamber, Qatar 2022 CEO Hassan Al-Thawadi said that he first met Mr. Diallo around the time of the final draw for the 2010 FIFA World Cup, which took place in Cape Town in December 2009, while the majority of other Qatar 2022 officials met Mr. Diallo in Angola during the CAF Congress the following month.[1193]  Mr. Al-Thawadi called Mr. Diallo a "big supporter of the Qatar bid" who, though never officially associated with the bid, provided advice, introductions, and information regarding people involved in football.[1194]

Qatar 2022 officials requested Mr. Diallo's bank account information, which Mr. Diallo provided, in February 2010, but Mr. Al-Thawadi said he could not recall ever making any payments to Mr. Diallo.[1195]  The bid team told the Investigatory Chamber this request was made in anticipation of reimbursing Mr. Diallo for airfare and lodging related to a May 2010 trip to Doha, but "the Bid Committee arranged Mr. Diallo's travel to Doha and in-country hotel directly, and no reimbursement or payment was necessary."[1196]  Qatar 2022 further represented that it "never made a single payment to Mr. Diallo for travel or any other purpose."[1197]

Email correspondence received by the Investigatory Chamber demonstrates that while Mr. Diallo indeed advised and secured introductions for Qatar 2022, he also supplied information to the bid team that he apparently intended to be used by Qatar 2022 to improperly influence certain Executive Committee members.

---

[1190] FWC00184173.
[1191] See Part XIV(D)(4).

[1192] See FWC00168151; FWC00138737.
[1193] See FWC00138585; Part X(E).
[1194] FWC00183978-79.
[1195] See FWC00168155-57; FWC00168151-52; FWC00168168-69.
[1196] FWC00138587.
[1197] FWC00138587; FWC00138524.

MEF000415

For example, several communications indicate that Mr. Diallo suggested that Qatar 2022 curry favor with Executive Committee member Michel Platini by providing benefits to two of his personal friends. On March 6, 2010, Mr. Diallo wrote to Hassan Al-Thawadi's assistant, Justine Oldfield, requesting that Mr. Al-Thawadi secure invitations to the annual Finance and Investment Forum in Paris for two "great friends" of Michel Platini, Louis Nicollin, whom Mr. Diallo refers to as an "industrialist and club president,"[1198] and Gael Levergies, whom Mr. Diallo described as the owner of a Paris restaurant.[1199] In his email, Mr. Diallo stated that Mr. Nicollin offered his plane to Mr. Platini for his campaign in 2007, and that Mr. Levergies spent three vacations with Mr. Platini.[1200] There is no record of any response from Qatar 2022 to Mr. Diallo's email.

Hassan Al-Thawadi told the Investigatory Chamber he could not recall making any requests for such invitations, as "it was already a challenge getting a place, getting a seat and at the same time getting a speaking slot."[1201] With respect to at least one of the proposed invitees, however, the record appears to contradict this recollection: on March 22, 2010, Ms. Oldfield emailed Mr. Diallo informing him that they were about to request invitations to the Paris forum, and asking that he send the name of Mr. Platini's friend (Mr. Nicollin), which Mr. Diallo provided later that afternoon.[1202]

Other communications show that Mr. Diallo monitored and sent to Qatar 2022 information regarding business partnerships he deemed relevant to the interests of Executive Committee members. On May 18, 2010, Mr. Diallo emailed Ms. Oldfield informing her of the "imminent signing of a partnership" between "Goreenne Kia"—which was related to Kia, the Korean car manufacturer with links to the family of Chung Mong-Joon—and the Fédération Ivoirienne de Football.[1203] Ivory Coast is the home of FIFA Executive Committee member Jacques Anouma, who is also the President of the Ivorian Football Association.[1204] Mr. Diallo concluded this correspondence by stating, "We must remain vigilant and responsive."[1205] Again, there is no record of any response by Qatar 2022. During his interview, Hassan Al-Thawadi said that at the time there was a belief that "a relationship . . . was building up" between those entities and that the bid committee found it interesting, but that he and Mr. Diallo never discussed investing with the Ivory Coast to "counter" this partnership.[1206] Qatar 2022 further elaborated that

[1198] FWC00138645-46.

[1199] *See* FWC00138645-46; FWC00183982-83.

[1200] FWC00138645-46.

[1201] FWC00183984.

[1202] *See* FWC00138653-54.

[1203] FWC00168184-85; FWC00183987-88; FWC00138589-90.

[1204] *See* FWC00185886.

[1205] FWC00168184-85.

[1206]    FWC00183988.

190

this email was "not intended for a specific purpose," but rather was meant to provide "general information" about the competing bid by South Korea.[1207]

Mr. Diallo also suggested that the bid team provide certain favors to Mr. Anouma.  In an email to Hassan Al-Thawadi sent August 10, 2010, Mr. Diallo wrote that he "would like very much to talk to you about Jacques" and that he "talked to [Mr. Anouma] at length."[1208]  In that same August 10 email, Mr. Diallo wrote that Mr. Anouma was interested in "lifting the curtain of the big match" "in Doha on November 17th"—a reference to the Brazil-Argentina friendly played in Qatar on that date.[1209]  A few weeks later, Mr. Diallo wrote that Mr. Anouma had requested the night before that Qatar 2022 provide support for his "boss" Laurent Gbagbo, who was seeking re-election as President of the Ivory Coast.[1210]  At the time, Mr. Anouma was Mr. Gbagbo's finance director.[1211]  According to Mr. Diallo's email, this support could include assisting Muslims in the Ivory Coast with a religious pilgrimage for Hadj, but could also take "another form, because don't forget that Jacques' future is tied to the reelection of his boss."[1212]

There is no record of any written response to Mr. Diallo's email communications.  During his interview with the Investigatory Chamber, Hassan Al-Thawadi stated that the bid team did not provide any of the requested support and that he did not recall Mr. Anouma having "lifted the curtain" on any major event in Doha, although he noted that he had missed a good deal of the friendly match because he was ill.[1213]

There is no record of Mr. Al-Thawadi or anyone else on the bid team acting on the improper suggestions.  Some evidence does reflect some preliminary work in response to Mr. Diallo's suggestion about inviting Mr. Platini's associate to the Paris Forum, but there is no record that the invitation was secured.  The Investigatory Chamber was unable to reach Mr. Diallo.

Nevertheless, especially given that Mr. Diallo and Hassan Al-Thawadi appear to have spoken often by phone or in person,[1214] the emails, from an advisor

[1207] FWC00138589.
[1208] FWC00138727-28.
[1209] FWC00138729, FWC00138731; FWC00183994-95.
[1210] FWC00138729, FWC00138731; FWC00138590.
[1211] FWC00179781.
[1212] FWC00138729, FWC00138731.
[1213] FWC00183993-95.
[1214] *See, e.g.*, FWC00138619-20 ("In response to our conversation from this morning . . ."); FWC00138621-22 ("In reference to my telephone interview today with Hassan . . ."); FWC00138627-28 ("I would like to speak to Hassan as soon as possible"); FWC00138631-32 ("I want to speak to Hassan as soon as he is available"); FWC00138633, FWC00138635 ("I kindly ask that Hassan call me back"); FWC00138638, FWC00138640 ("Hi Diallo Hassan may be in a meeting at 4:30 p.m., Paris time, however, he will call but it may be before or after."); FWC00138669-70 ("Could I speak with Hassan when he has a second!!"); FWC00138705, FWC0013871 ("[Jacques Anouma] gave me a bit of news that I will tell you in person"); FWC00138727-28 ("When can I telephone you").

MEF000417

with direct access to the CEO of the bid team, create an appearance that the bid team at least considered acting on his improper suggestions. Likewise it is unfortunate that there is no record of Mr. Al-Thawadi rejecting or discouraging Mr. Diallo's advice.

The conduct of Mr. Diallo reinforces the need for bid teams to be transparent in disclosing their relationships with contractors and advisors. Even if we accept that Mr. Diallo received no compensation, his affiliation with the bid team was evident. Unpaid "advisors" such as Mr. Diallo present a unique challenge to proper oversight of the bidding process. While the actions of such advisors can create at a minimum the appearance of impropriety, there is no transparency into their relationship with the bid team and no formal method to bind those individuals to the bidding rules or the FCE. Potential steps to address these issues are discussed below.[1215]

### C.    Aspire Academy

Allegations have been made that Aspire Academy for Sports Excellence resources were used to improperly influence Executive Committee members and advance Qatar's bid.[1216] While Aspire was established prior to the launch of the bid, there is no doubt that Qatar 2022 pulled Aspire into the orbit of the bid in significant ways. This section will examine the allegations of improper conduct related to Qatar 2022's relationship with Aspire.

Aspire Academy for Sports Excellence is portrayed as a centerpiece of Qatar's efforts to develop an internationally recognized sports program.[1217] Established by the Qatari government in 2003, Aspire trains athletes from Qatar and other countries at a modern complex described in the Qatar 2022 bid book as "arguably the greatest sport academy facility in the world."[1218]

In response to the issues raised with respect to the use of Aspire resources to influence Executive Committee members, Qatar 2022 submitted the following statement to the Investigatory Chamber:

> [W]hen Qatar received the Bidding Agreement which set forth the requirements for the Bid Book, FIFA specifically requested information about the Bid Committee's efforts to develop football— both within Qatar and internationally. Indeed, FIFA expressly required that each 'Bid Committee shall: . . . describe, in concrete terms, what its intended activities are in association with the hosting and staging of the FIFA World Cup to contribute to the

---

[1215] *See* Part XVI(F)(3).

[1216] *See, e.g.*, FWC00172880; FWC00179763.

[1217] *See* FWC00184059-60; *see also, e.g.*, Parts XII(C), X(A)(1).

[1218] FWC00000344; *see also* FWC00184059-61, FWC00184078.

MEF000418

development in parts of the football family outside the elite men's game (e.g. women's, youth, grassroots and disabled football) in the Bidding Country *and worldwide*.' Based on the requirements set forth in this Bidding Agreement, the Qatar Bid Committee, in consultation with Dr. Bleicher, considered—and included in its Bid Book—several proposed projects to promote the international development of youth and grassroots football.

In the upside-down world where the Qatar Bid Committee finds itself, the Aspire program is now described by some media articles as using its influence 'in countries with [E]xecutive [C]ommittee members' in order to improperly influence the outcome of the bid. This allegation is disproven by a neutral review of its history. There were a few occasions when people inside or outside the Bid Committee considered ways that Qatar could use the Aspire program to further its bid. Of course, there is nothing inherently wrong with the idea that a country which, at great expense, had been generous in its support of football development in other countries prior to forming a bid committee might seek to include those football development efforts as part of its campaign. Ultimately, as Dr. Bleicher explained, the Bid Committee never acted on these ideas.[1219]

As the analysis below demonstrates, there is evidence that Qatar 2022 employed a strategy that at least contemplated directing Aspire resources to countries associated with Executive Committee members or otherwise using Aspire resources to influence those members. That strategy, whether implemented or not, cannot fairly be said to rely solely on taking credit for generous "support of football development" that occurred "prior to forming a bid committee."

Qatar 2022 highlighted its relationship with Aspire throughout the bidding process. Qatar's bid book referenced Aspire repeatedly[1220] and displayed a full-page photograph of Aspire's Executive Director, Andreas Bleicher, along with a quote from Mr. Bleicher touting Aspire's "very latest training and evaluation methods in football talent-detection and assessment," as well as its "dedicat[ion] to leaving behind a legacy as a caring partner for youth sports development."[1221] Mr. Bleicher worked closely with Qatar's bid team as a consultant.[1222] He described to the Investigatory Chamber how Aspire factored into Qatar 2022's bid strategy:

---

[1219] FWC00138576-77 (footnotes omitted; emphasis in original).
[1220] *See, e.g.*, FWC00000301; FWC00000311; FWC00000322; FWC00000344; FWC00000368; FWC00000386; FWC00000423; FWC00000450; FWC00000500; FWC00000926; FWC00000999.
[1221] FWC00000382.
[1222] *See* FWC00184055-56.

> The world is looking at Qatar as desert, oil, gas, Sheiks and probably money . . . . This is the general perception . . . .
>
> In Qatar, in the bid, we had to change this perception. This was one of the main tasks I think from the bid. And who can do this in Qatar is Aspire. Because Aspire is football development, is grassroot[s] development. Aspire is girls in sport. Aspire is women in sport. Aspire is elderly in sport, disabled persons in sport. Aspire is nice sports facilities. We had the contacts because we started in 2004 inviting international teams. Through this we had a network to so many clubs and federations, we knew them, you know, we can open a channel and we can explain what Qatar is about, what the World Cup wants to achieve. So it was all about explaining to the world what we can do and that we already have programs running, and not just the day Qatar decided, ["A]hh, now we will have a bid and now we will start with projects.["] No, we already had projects.[1223]

Aspire figured prominently in the chapter of the bid book addressing *proposals* to support football development.[1224]  Notably, of the Aspire-Qatar 2022 initiatives the bid book pledged to develop, only two were aimed at specific countries—both of which were non-bidding nations and home to a member of the FIFA Executive Committee: Thailand, represented on the Executive Committee by Worawi Makudi; and Nigeria, represented by Amos Adamu.[1225]

In Thailand, Qatar 2022 planned to work "with ASPIRE and local Thai partners" to establish "a sustainable Football Dreams Academy," thus "provid[ing] football development support to Thailand in the form of screening talent, reporting them to local associations, providing educational programmes, donating football equipment, and building football infrastructure."[1226]  That proposed project was to expand "Aspire Football Dreams" talent-search initiatives implemented in Thailand following discussions in 2008 between Mr. Bleicher and the Thai FA's President, Mr. Makudi.[1227]  The bid book's discussion of Thailand thus did not merely

---

[1223] FWC00184090-91.

[1224] *See* FWC00000362-393.

[1225] *See* FWC00000365 ("We have plans to reach out to countries such as Thailand and Nigeria to implement development programmes in collaboration with their football associations."); FWC00000367; FWC00000390-92.

[1226] FWC00000391.

[1227] *See* FWC00184130.  A written statement to the Investigatory Chamber from Qatar 2022 noted that the Aspire Football Dreams program has been held in 19 countries since 2007, only six of which—Cameroon, Guatemala, Ivory Coast, Nigeria, Paraguay, and Thailand—were represented on the FIFA Executive Committee in 2010.  *See* FWC00138575.  Moreover, according to the statement, "Aspire's planning for these six countries took place *long before* Qatar undertook to bid for the FIFA World Cup.  During the bidding period, Aspire did not add any new Football Dreams countries that were home to FIFA ExCo Members."  FWC0138575-76 (footnote omitted; emphasis in original).

MEF000420

summarize prior good works that certain Executive Committee members might view favorably. Rather, it described a future initiative.

Nigeria was a focal point of Qatar 2022's proposed efforts to promote football at the grassroots level.[1228] Qatar 2022 pledged to "support ASPIRE's programmes in Nigeria, enabling ASPIRE to work with local Nigerian organisations to advance that country's grassroots football programme," and to provide other assistance "to ensure the programme's beneficial impact on the country's football for years to come."[1229] Again, the emphasis was on future benefits, not past accomplishments.

According to Mr. Bleicher, despite being mentioned in the bid book, neither the Thailand project nor the Nigeria project went forward after the December 2, 2010 World Cup vote.[1230] Mr. Bleicher told the Investigatory Chamber the projects in those countries had been proposed because Aspire "had the relationship in these countries already."[1231] Aspire initiatives were indeed underway in Thailand and Nigeria during the bidding process.[1232] However, Aspire projects were also in place in Lebanon, Syria, and Senegal[1233]—countries that, unlike Thailand and Nigeria, were not represented on the Executive Committee and were not highlighted in the bid book as sites of future expanded initiatives.

Documents produced by Qatar 2022 suggest other motives behind the bid team's decisions about where to focus its development efforts and other activities related to Aspire. Emails, meeting minutes, and memoranda reflect a strategy to conduct social-responsibility initiatives and other football operations, such as the scheduling of friendlies for Qatar's national men's team, in a manner targeting Executive Committee members' support.

On January 11, 2010, Mr. Bleicher and other Qatar 2022 officials met to discuss potential football-development and social-responsibility initiatives. Minutes from the meeting, as revised by Mr. Bleicher[1234] and sent to Qatar 2022 Deputy CEO Ali Al-Thawadi,[1235] reflect discussion of strategies to influence members of the Executive Committee. In response to the proposal to expand grassroots-development projects in Nigeria, according to the minutes, Aspire provided the following feedback:

- Nigeria may not be a good option for many reasons such as the large population and difficulty of implementation.

---

[1228] *See* FWC00000392.
[1229] FWC00000392.
[1230] *See* FWC00184134.
[1231] FWC00184135.
[1232] *See* FWC00000373.
[1233] *See* FWC00000373; FWC00000392.
[1234] *See* FWC00137499-500.
[1235] *See* FWC00132010.

195

- *Decision of countries in Africa goes back to it being politically useful for that particular FIFA Exco member*, which in the case of Nigeria is not clear.

- Suggested going directly to Hayatou through Bin Hammam to find out CAF needs.

- Selected country may not even be a FIFA Exco country.[1236]

When interviewed by the Investigatory Chamber, Mr. Bleicher denied that those comments evinced an intent to direct development efforts toward a project that would benefit a FIFA Executive Committee member, namely, Amos Adamu of Nigeria. The reference to "going directly to Hayatou through Bin Hammam to find out CAF needs," Mr. Bleicher said, meant merely that it may be worthwhile "to check with Mr. Hayatou"—CAF President and FIFA Vice President Issa Hayatou—"because we did not have a contact in Nigeria."[1237] Mr. Bleicher cited the last bullet point responding to the Nigeria proposal—"Selected country may not even be a FIFA Exco country"—as evidence that targeting Executive Committee members was not a factor in the Qatar 2022 officials' deliberations, adding, "For me it would have also been possible to do it Mali or Ghana without a FIFA Ex-Co member."[1238] Mr. Bleicher stated that Aspire's own experience in Nigeria demonstrated the folly of assuming that an Executive Committee member would benefit from a development program in his country. The bullet points quoted above, Mr. Bleicher said, indicated to bid officials that

> Nigeria may not be an option for many reasons. One of my feedback was, and this was beginning of 2010, so we were running Nigeria since 2007, 2008, 2009, three years in a row. We never had any contact, any feedback with Mr. Adamu, never. I even did not know whether he knows about this. So whether running a program there to get the attention of him[—]I don't think . . . he's interested in such things. So whether it makes sense to have a promotion, which he is aware of, I doubt it.[1239]

That explanation is revealing. The meeting minutes made clear that Qatar 2022 assessed potential football-development projects based at least in part on what would be "politically useful for that particular ExCo member." While that may have meant implementing a project in an Executive Committee member's home country,

---

[1236] FWC00132012-13 (emphasis added). In an earlier draft of the minutes, the third bullet stated "Suggested going directly to Hayatou through Bin Hammam to find out CAF needs, and Hayatou will in turn influence FIFA Exco members." FWC00137500. A redlined copy of that draft indicates that Mr. Bleicher deleted "and Hayatou will in turn influence FIFA Exco members" before the document was sent to Ali Al-Thawadi. *See* FWC00132012-13.
[1237] FWC00184143.
[1238] FWC00184143-44.
[1239] FWC00184142-43.

MEF000422

the country chosen need "not even be a FIFA Exco country" provided the effect was to benefit an Executive Committee member. In the case of Issa Hayatou, for example, the minutes implied that a project outside his home country might benefit him if he had influence over what specific projects Qatar 2022 awarded. More directly, Aspire's feedback advised that projects benefiting football in Nigeria would not necessarily benefit Mr. Adamu. Mr. Bleicher's statements describing his observations from the Aspire project in Nigeria suggest that concerns about Mr. Adamu's potential detachment from development projects in that country were born of experience. Aspire had been working in Nigeria "since 2007," Mr. Bleicher said, yet Mr. Bleicher neither "had any contact" with Mr. Adamu nor even was sure "whether he knows about" Aspire's efforts. There was therefore cause to suspect Mr. Adamu would not find Aspire initiatives in Nigeria "politically useful."

The strategy reflected in the "Aspire feedback" of making a "*decision of countries in Africa*" based upon an analysis of what investment would be "*politically useful for that particular FIFA Exco member*" cannot fairly be described as taking advantage of generous support previously provided to those countries.

Email records show that Qatar 2022 and Aspire also communicated about ways to direct training opportunities and invitations to play friendly matches toward what one message called "target countr[ies]"—*i.e.*, countries represented on the FIFA Executive Committee. A January 5, 2010 email from Mr. Bleicher to several football officials, including Qatar 2022 CEO Hassan Al-Thawadi and Deputy CEO Ali Al-Thawadi, noted that the QFA "and Aspire (may[]be also the Bid Committee) have been approached by FIFA Match Agents/Companies recently to agree on camps/friendlies," including international friendlies for teams preparing to compete in the 2010 World Cup.[1240] After describing optioned proposed by particular agents, the message continued:

> I still believe, such could be *a good opportunity to combine friendlies/camps with the Q2022 Bid tasks,* if this is thought carefully and handled properly. There should be a sound discussion between the QFA, the 2022 Bid Committee and Aspire of what would benefit everybody most. . . .
>
> *There might be another opportunity to combine interests of Aspire and the 2022 Bid Committee, e.g. in sponsoring some games (even without Qatar playing) of countries, we would want/need their support. Also this would require a discussion between Aspire and the 2022 Bid Committee and the strategy and target country/ies* very soon.[1241]

---

[1240] FWC00137502.
[1241] FWC00137502 (emphases added).

MEF000423

Mr. Bleicher followed up with one of the match agents via email on January 14, 2010.[1242] The message noted that "the President of the Qatar Football Association" was open to the agent's proposal of arranging a four-team tournament in Austria, and requested more specific information from the agent about possible dates, teams, and opponents for such an event.[1243] At the end of the email, Mr. Bleicher wrote: "PS: From my point of view, *the interest of Qatar might be higher[] if the involved Teams would be, e.g. Paraguay, Switzerland, Japan, South Korea or Ivory Coast.*"[1244] All five of those countries were represented on the FIFA Executive Committee, whose 24 voting members[1245] included Nicolás Leoz (Paraguay), President Blatter (Switzerland), Junji Ogura (Japan), Chung Mong-Joon (South Korea), and Jacques Anouma (Ivory Coast).

The match agent followed up with a more detailed proposal for games involving the Qatari national team, and on January 27 Mr. Bleicher answered with a counter-proposal that he also sent to Hassan Al-Thawadi and Ali Al-Thawadi of Qatar 2022.[1246] Mr. Bleicher stated that the team from QFA was available to play three games in Switzerland or Austria from late May to early June against teams preparing for the World Cup. The "First Priority," Mr. Bleicher wrote, was for Qatar to play a "[g]ame against Spain" around June 3-4; the "Second Priority" was for Qatar, before facing Spain, to play "another two games" in late May, possibly "against Nigeria and Ivory Coast;" and the "Third Priority" was a four-team, two-round tournament where "Qatar could play against Ivory Coast or Nigeria in one Semi-Final and two other Teams from Paraguay/Nigeria/Ivory Coast/Switzerland the other one."[1247] Once again, all of the countries Mr. Bleicher named were represented on the FIFA Executive Committee: Besides the nations he mentioned previously, his January 27 message also referenced Spain (represented by Ángel María Villar Llona) and Nigeria (Amos Adamu). The match agent evidently understood the emphasis on teams linked with FIFA Executive Committee members. A February 24, 2010 email from the match agent to Mr. Bleicher summarizing various potential matches and other football-related events wrote "EXCO Member" in bold, italicized type next to certain countries referenced in his email message that were home to Executive Committee members.[1248]

Similar discussions occurred in the ensuing months. On March 22, 2010, Mr. Bleicher wrote to other Qatar 2022 officials, including Hassan Al-Thawadi and Ali Al-Thawadi, concerning a proposal for a four-team tournament to include national

---

[1242] *See* FWC00137510.

[1243] FWC00137510.

[1244] FWC00137510 (emphasis added).

[1245] As of the December 2, 2010 vote, only 22 of the 24 remained eligible to vote. The other two, Amos Adamu and Reynald Temarii, were banned from football-related activity due to ethics violations. *See* Part III(C)(8).

[1246] *See* FWC00137504; FWC00137508-09.

[1247] FWC00137504.

[1248] FWC00138284-85.

198

teams from Qatar, Spain, and two additional countries to be determined.[1249]  Those additional countries, Mr. Bleicher wrote, "must be chosen carefully—*to benefit our Bid (otherwise it wouldn't make a lot of sense)*."[1250]  On April 25, 2010, Mr. Bleicher sent top Qatar football officials, including Hassan Al-Thawadi and Ali Al-Thawadi, additional recommendations for tailoring QFA and Aspire activities to the bid team's interest in appealing to Executive Committee members.  Mr. Bleicher wrote that "it might be possible to **combine the interests of the Qatar 2022 bid** in this crucial period of time **with the interests and needs of the QFA A-National Team** to prepare for the GCC Cup 2010 and the AFC Asian Cup 2011,"[1251] adding later in the email:

> In my humble opinion, the *Qatar 2022 Bid might come up with a possible strategy after discussions with the relevant stakeholders* and to discuss it with the QFA/National Teams Committee, so that on the one hand, the *political benefit for the Qatar 2022 Bid could be achieved*, by at the same time making sure an optimal preparation of the QFA National Team(s) for the relevant tournaments.[1252]

Mr. Bleicher's April 25 message also stated, "[o]n another note," that there might be similar opportunities to advance the bid through offers to train at Aspire facilities, which Qatar 2022 described during this inquiry as "of such high quality that they are regularly used by professional sports teams, including Manchester United and Bayern Munich, for training camps."[1253]  Mr. Bleicher wrote in his April 25, 2010 email to bid officials that Aspire would soon begin

> inviting International Youth Teams to play friendly games against the Aspire Teams starting October 2010.

> Just recently we hosted, e.g. the U16 National Teams from Brazil, Guatemala and Thailand as well as Apollon Limassol U15 from Cyprus.

> The planning for the new season will be done by mid of June at the latest and I kindly would like to ask for your input, *in case you want us to invite "special [t]eams"[] you want to deepen relationships with*.  We could invite any U13 to U18 Team, which would be helpful.

---

[1249] *See* FWC00138296-97.
[1250] FWC00138296 (emphasis added).
[1251] FWC00137513 (emphases in original).
[1252] FWC00137513 (emphases added).
[1253] FWC00138571.

MEF000425

> FYI, we already promised Mr. Temarii (President OFC) to invite
> the New Zealand U17 National Team, which he was happy
> about.[1254]

Plainly, the "'special [t]eams'[] you want to deepen relationships with" referred to teams linked to voters on the Executive Committee. All of the teams Mr. Bleicher mentioned had such a connection. Although New Zealand was not represented on the Executive Committee, Mr. Bleicher made clear that the invitation to "the New Zealand U17 National Team" had made Reynald Temarii of Tahiti, who was on the Executive Committee at the time, "happy." Mr. Bleicher also referenced "U16 National Teams from Brazil, Guatemala and Thailand," countries represented on the FIFA Executive Committee at the time by Ricardo Teixeira, Rafael Salguero, and Worawi Makudi, respectively. As for "Apollon Limassol U15 from Cyprus," it is hardly coincidental that Cyprus was (and remains) represented on the Executive Committee by Marios Lefkaritis, whose favorite team as a child, according to his FIFA biography, was Apollon FC Limassol.[1255]

Qatar 2022 represented to the Investigatory Chamber that Aspire routinely invited youth teams from top football clubs and national teams to Doha because it offered its student-athletes an opportunity to face elite competition.[1256] While "Aspire purchases airline tickets for the visiting teams and provides accommodations in Doha," Qatar 2022 stated, "Aspire does not make payments to these clubs or national associations."[1257]

Aspire Academy was nonetheless a valuable asset for Qatar's bid team. As the communications discussed above demonstrate, it was Mr. Bleicher's strategy to use that facility as a means to confer benefits on Executive Committee members. He contemplated doing so in a number of ways, including by Aspire-related development efforts in countries with Executive Committee members, by arranging friendly matches, and by hosting events for youth teams associated with Executive Committee members. At a minimum, the targeting of Aspire-related resources to curry favor with Executive Committee members created the appearance of impropriety.[1258] Those actions served to undermine the integrity of the bidding process.

### D.   November 17, 2010 Brazil-Argentina Friendly

Public reports have alleged that Qatar paid the Argentine Football Association ("AFA") and the CBF appearance fees for the November 17, 2010 friendly match of $7 million each, which far exceeded market rates and was

---

[1254] FWC00137514 (emphasis added).
[1255] *See* FWC00179521-22
[1256] *See* FWC00138571.
[1257] FWC00138571-72 (footnotes omitted).
[1258] *See, e.g.*, FWC00172880; FWC00179763.

MEF000426

intended to influence the World Cup votes of the AFA and CBF presidents, FIFA Executive Committee members Julio Grondona and Ricardo Teixeira, respectively.[1259]

According to a statement Qatar 2022 submitted to the Investigatory Chamber, the friendly match served two principal purposes. First, Qatar was scheduled to host the AFC Asian Cup in January 2011, and the Local Organizing Committee for that event viewed the task of organizing the November 2010 match as a useful "dress rehearsal."[1260]  Second, the match would help the Qatar bid team rebut arguments that Qataris were uninterested in football:

> Prior to the December 2010 vote, one of the principal criticisms that the Qatar Bid Committee had to address was Qatar's perceived "lack of football culture."  Traditionally, the diehard fans in football culture were perceived to be the supporters of Manchester United or Liverpool in England; of Barcelona or Real Madrid in Spain; or even the national fans in Brazil, France and Argentina.  The Qatari people had no such reputation.  But Qatar was serious about football, and the Bid Committee was determined to prove it.

> Hosting a significant friendly match in the period leading up to a decision on the bid offered Qatar an opportunity to dispel the notion that it is not a football-loving nation.  Qatar could demonstrate its ability to pull off the logistics of a big match, and the FIFA ExCo Members would be able to see streams of fans filling a stadium in Doha in an orderly fashion and enjoying a first-rate match.  Doing so a month before the vote was the icing on the cake.[1261]

Nasser Al-Khater, a Qatar 2022 official who played a prominent role in arranging the November 17, 2010 match,[1262] told the Investigatory Chamber the bid team approached Kentaro AG, a Swiss company that had arranged a 2009 friendly match in Doha between the national teams of Brazil and England, and initially requested that it arrange a match between two prominent European teams such as France, Germany, or Italy.[1263]  But the most alluring matchup Kentaro was ultimately able to secure, Mr. Al-Khater said, was the one between Brazil and Argentina.[1264]

The subsections below examine the flow of money to various entities and individuals in connection with that match.

---

[1259] *See* FWC00153324-25.
[1260] FWC00138597.
[1261] FWC00138596 (footnotes and formatting omitted).
[1262] *See, e.g.*, FWC00183863.
[1263] *See* FWC00183864-65.
[1264] *See* FWC00183865.

MEF000427

### 1.   *Financing and Contractual Arrangements*

Material available to the Investigatory Chamber, including contracts related to the financing and organization of the November 17 match, indicates that the appearance fees for the Doha game were not nearly so high as the reported $7 million figure.  Evidence nonetheless raises questions about the purpose and beneficiaries of certain payments.  As discussed below, those issues warrant further inquiry.

### a.   *Swiss Mideast Finance Group*

Information provided to the Investigatory Chamber indicates that Swiss Mideast Finance Group AG ("Swiss Mideast" or "SMFG"), a Swiss entity wholly owned by the Qatari business conglomerate GSSG,[1265] financed the event.  A wealthy Qatari associated with SMFG arranged the support, reportedly in part to advance an interest in sports-related investments.[1266]  According to bid officials and Qatar 2022, SMFG was unaffiliated with Qatar 2022 or the QFA, the funds SMFG provided to arrange the match did not come from Qatar 2022 or QFA, and the total amount paid to finance the match was comparable to fees paid for other matches featuring similarly elite teams.[1267]

SMFG provided financing on two principal fronts.

First, Swiss Mideast provided QFA access to 25 million Qatari Riyals ("QAR"), equivalent to approximately $6.86 million under November 2010 conversion rates, to cover expenses associated with hosting the match.[1268]  QFA managed the myriad logistical tasks related to organizing the match, such as reserving the visiting delegations' flights, hotel accommodations, and training facilities; obtaining insurance; providing security both at the delegations' hotels and during the game; printing and distributing tickets; arranging the technology needed to film and broadcast the match; renting and cleaning the stadium; and retaining food-and-drink concession vendors.[1269]  To pay for this work, QFA used a designated bank account that SMFG funded with the QAR 25 million, an amount calculated based on an itemized budget.[1270]  SMFG retained any balance in the account after the event.[1271]

Second, SMFG paid $8.4 million to Kentaro AG principally to secure AFA's and CBF's participation.[1272]  Through arrangements discussed in further detail

---

[1265] FWC00138599.

[1266] *See* FWC00183867-69; FWC00138599.

[1267] *See* FWC00183868-70, FWC00183878; FWC00138601.

[1268] *See* FWC00129133-42.

[1269] *See* FWC00129134-39.

[1270] *See* FWC00129139, FWC00129142-45.

[1271] *See* FWC00129140.

[1272] *See* FWC00170171-81; FWC00138601.

MEF000428

below, Kentaro owned exclusive rights to organizing international friendlies for CBF[1273] and it brokered an agreement with AFA's exclusive agent for the November 17 match.[1274] SMFG ultimately recouped a small fraction of the $8.4 million it gave Kentaro pursuant to a broadcast revenue-sharing provision in their agreement.[1275] Kentaro sent another $2 million to a Singaporean entity, Business Connexion Services Pte Ltd ("BCS"), reportedly linked to a France-based Syrian businessman named Wael Ojjeh.[1276]

Conflicting accounts about how Kentaro and SMFG came together raise questions about the nature and purpose of that payment to BCS. A contract between BCS and Kentaro described the $2 million transfer as an "Introducing Fee" that was

> owed in consideration for BCS's activities in relation to the introducing of Kentaro Group, Swiss Mideast, or any other third party company, entity and/or person ("Other Third Party") to the Qatari authorities or any government related corporation, entity and/or person ("Qatari Authorities") enabling Kentaro Group, Swiss Mideast and/or any Other Third Party to market and/or organise the Event provided that the Match Staging Agreement ("Match Staging Agreement") between Kentaro and Swiss Mideast has been concluded and executed, i.e. the Event has been staged.[1277]

Qatar 2022's written statement did not mention BCS and, moreover, seemed to suggest that QFA or Qatar 2022 connected Swiss Mideast with Kentaro:

> [B]efore negotiations were finalized with Kentaro, Qatar was approached by GSSG, a Qatari business conglomerate that, at the time, was in the process of purchasing a number of smaller companies to add to its group. One of GSSG's funds, Swiss Mideast Finance Group AG ("Swiss Mideast"), was looking to invest in sports companies such as Kentaro. GSSG offered to sponsor the match and have Swiss Mideast take over the negotiations with Kentaro. The QFA turned over the negotiation of the financial terms to Swiss Mideast, thus allowing it to focus on the organization and technical aspects of the match.[1278]

---

[1273] *See* FWC00170195-97.
[1274] *See* FWC00170182-91.
[1275] *See* FWC00170176-77.
[1276] *See* FWC00170166-70; FWC00173919.
[1277] FWC00170152-53.
[1278] FWC00138599.

MEF000429

The nature of what the BCS-Kentaro contract calls "BCS's activities"[1279] is thus unclear. A broad and strict confidentiality clause in the BCS-Kentaro contract would appear aimed at preventing any disclosure of the arrangement.[1280]

The more than $4 million remaining from SMFG's initial $6.4 million payment to Kentaro covered Kentaro's compensation and profit as well as the fees associated with the participation of the Argentine and Brazilian teams. As discussed below, concerns about what portions of those fees actually found their way to AFA and CBF, and about the purpose and beneficiaries of the funds that went elsewhere, merit further inquiry.

> *b.    CBF*

Contracts dating back to 2006 governed CBF's compensation for making the Brazilian national team available to play in the November 17, 2010 match.

Pursuant to a contract dated November 24, 2006, CBF granted Dallah Albaraka Group ("DAG"), a Saudi Arabian holding company, "exclusive rights from CBF to organize, market, promote, advertise, broadcast and transmit by all means the next 24 friendly football matches of the Brazil National Football Teams that will take place from January 2007 onwards in different countries around the world."[1281] In return, the agreement obligated DAG to cover all costs associated with each match and, moreover, to pay CBF $27.6 million over the 24-game period, or $1.15 million per game.[1282] Ricardo Teixeira signed the contract on behalf of CBF; Moheydin Kamel signed on behalf of DAG.[1283]

Acquiring those exclusive rights actually cost DAG considerably more than $27.6 million. An agreement dated November 23, 2006 stated that if International Sports Events Ltd. ("ISE"), a DAG subsidiary based in the Cayman Islands,[1284] acquired the exclusive rights to "24 premium class football matches" from some unidentified party, it would owe Uptrend Developments LLC, a United States entity based in New Jersey, €8.3 million, or approximately €345,833 per match.[1285] The contract identified Uptrend as "a sports marketing company specialized in international football."[1286] But it did not oblige Uptrend to market any events or seemingly to do anything at all other than "undertake[] to enter into negotiations"

---

[1279] FWC00170167.
[1280] *See* FWC00170170.
[1281] FWC00170183-90.
[1282] *See* FWC00170184-88. The contract calls for 30% of the $27.6 million ($8.28 million) to be paid up front, with the remaining 70% to be paid in 24 installments of $805,000 each. *See* FWC00170188. Information provided to the Investigatory Chamber nonetheless suggests that the $27.4 million was instead paid in 24 installments of $1.15 million. *See* FWC00173919.
[1283] *See* FWC00170190.
[1284] *See* FWC00170183.
[1285] FWC00170177-79.
[1286] FWC00170177.

204

that might culminate in "the right holders" granting ISE "exclusive worldwide rights to organize, market, promote, advertise, broadcast and transmit by all means of broadcasting and transmission" 24 football matches[1287]—precisely what CBF granted ISE's parent, DAG, the very next day.[1288]  Moheydin Kamel signed this agreement, too, albeit on behalf of ISE.  For Uptrend, the signatory was "Alexandre R. Feliu,"[1289] the full name of Sandro Rosell.  Corporate filings indicate that Uptrend was incorporated in 2006; that Mr. Rosell, who listed a Barcelona address in the public records, was the entity's sole principal; and that Uptrend's incorporation status was cancelled in April 2013.[1290]  This relationship and the troubling nature of the financial arrangements involving the company affiliated with Mr. Rosell warrant further inquiry or referral.[1291]

Having secured the exclusive rights through CBF and DAG for the Brazilian national team's next 24 international friendlies, ISE entered into an agreement, again signed by Moheydin Kamel, to share the responsibilities and benefits of exploiting those rights with Kentaro.[1292]  ISE retained exclusive media rights in the Middle East and North Africa, and Kentaro assumed responsibility for "negotiations and arrangement of possible opponents and venues," "exclusive marketing of all commercial rights," "event management," and "the distribution of the broadcasting rights outside of the Middle East and North Africa."[1293]  The parties also agreed to split the costs and revenues from the 24 matches "on an equal basis 50/50."[1294]

For the November 17, 2010 Brazil-Argentina match in Qatar, however, it appears that Kentaro simply wired the equivalent of 1/24th of the total amounts owed under the DAG-CBF and ISE-Uptrend agreements to an ISE account in the Cayman Islands.  Specifically, Kentaro transferred $1.15 million (the per-game share of the $27.6 million total DAG owed CBF over the 24-game period) plus an additional €345,833 (the per-game share of the €8.3 million ISE owed Mr. Rosell's company, Uptrend, under a side agreement for those same 24 games).[1295]

Nothing in the record suggests Mr. Rosell or his company contributed substantive services or other assistance related to the Argentina-Brazil friendly. He apparently did, however, take steps to ensure the game took place.  Kentaro

---

[1287] FWC00170177.

[1288] *See* FWC00170183-90.

[1289] FWC00170177, FWC00170179.

[1290] *See* FWC00173949-51.

[1291] Other questionable financial dealings involving ISE and DAG were addressed in an internal AFC investigation and a prior FIFA Ethics Committee proceeding.  *See* FWC00176532-610.

[1292] *See* FWC00170180-82.

[1293] FWC00170181-82.  That language reinforces the conclusion that Uptrend, though identified in the ISE-Uptrend agreement as "a sports marketing company specialized in international football," was not obliged to deliver any "sports marketing" services in exchange for the promised €8.3 million. FWC00170177.

[1294] FWC00170181.

[1295] *See* FWC00173919.

205

MEF000431

needed Mr. Teixeira's approval on CBF's behalf to organize the match. An agreement with European clubs posed an obstacle because it limited CBF's ability to schedule international friendlies outside Europe during the club-football season, and Teixeira appears to have been reluctant to go against the clubs' wishes. A Kentaro representative asked Mr. Rosell in late June, when Mr. Rosell was President-elect of FC Barcelona, whether scheduling a game with Brazil's national team in Qatar in mid-November might be possible. Given Mr. Teixeira's interest in pleasing the clubs and Mr. Rosell's role running a club, the Kentaro representative assumed Mr. Rosell would object; instead, Mr. Rosell reportedly smiled knowingly and said, "Maybe this is possible; sometimes there are miracles," signaling that Messrs. Rosell and Teixeira had already discussed and agreed to support efforts to arrange the November 17, 2010 match in Qatar. Even after Mr. Rosell became President of FC Barcelona, Qatar football officials communicated with Mr. Teixeira through Mr. Rosell. In August 2010, when the Qataris wished to send CBF an official invitation for the November match, they simply forwarded it to Mr. Bleicher and asked him to send it "to Sandro as discussed."[1296] Nasser Al-Khater explained to the Investigatory Chamber that Mr. Rosell would have been able to secure Mr. Teixeira's official acceptance of the invitation—a prerequisite to placing the match on the FIFA calendar—because "Sandro had a very good relationship with Teixeira."[1297]

### c.   AFA

Kentaro transferred $2 million—a $1.6 million "Appearance Fee" plus a $400,000 "Commission Fee"—to the match agent World Eleven SRL in exchange for AFA's participation in the November 17, 2010 game. From that amount, no more than $1 million made it to AFA. Evidence in the record, including contractual documents that contradict statements Guillermo Tofoni, World Eleven's sole owner,[1298] made to the Investigatory Chamber, raise concerns about what happened to the remaining $1 million and, more generally, about potential misuse of AFA funds.

A June 2010 "Match Staging Agreement" between Kentaro and World Eleven[1299] required Kentaro to pay a $1.6 million "Appearance Fee" "to W11/AFA for the participation of the AFA Men's national team in the Match."[1300] Separate provisions confirmed that "the Match" in question was the game against Brazil to be played in Qatar on November 17, 2010.[1301] Mr. Tofoni signed the agreement on behalf of World Eleven.[1302] A separate June 2010 contract between Kentaro and

---

[1296] FWC00138499.
[1297] FWC00183872-73.
[1298] *See* FWC00183481-83.
[1299] *See* FWC00170170-76.
[1300] FWC00170173.
[1301] FWC00170171.
[1302] *See* FWC00170170, FWC00170175.

MEF000432

World Eleven governed the $400,000 "Commission Fee."[1303] This agreement, too, referenced a "Match" defined as "an international friendly match between Brazil vs. Argentina on 17th November 2010 to be played in Doha, Qatar,"[1304] and was signed by Tofoni on World Eleven's behalf.[1305]  "[I]n consideration of W11 securing the participation of the Argentinean A National Team in the Match," the contract stated, "the Parties have agreed that that W11 shall receive $400'000 (four hundred thousand US dollars) as [a] Commission Fee."[1306]

Before the Investigatory Chamber obtained the contracts related to the November 17, 2010 friendly match, Julio Grondona responded to written questions about that game.  As an initial matter, Mr. Grondona rejected any suggestion of impropriety related to the World Cup bidding process:

> I must categorically deny that the Argentine national soccer team travelled to Qatar in November 2010 to play a game against the Brazilian national team in exchange for any financial benefit or benefit of any other nature that could influence my decision to vote for one applicant country or another.
>
> The main reasons motivating the acceptance of the game were those of a sporting nature, such as the rivalry and the relative closeness of the match's venue to Europe (a four-hour flight), in whose clubs almost all of the selected Argentine players play.
>
> The fact that the match took place in Doha, or that the Qatar candidacy would include it within its schedule of activities, is merely tangential to the AFA's acceptance of this match.[1307]

According to Mr. Grondona, a company called Punto Soccer Ltd. ("PS Ltd.") proposed the game and agreed to pay AFA an appearance fee of $1 million, an amount commensurate with fees Argentina received for "other friendly matches where economic compensation was received between February 2009 and March 2011."[1308]  Mr. Grondona appended to his written answers a table that he said showed how much AFA received for friendly matches during that period and which match organizer each fee.[1309]  He also sent the Investigatory Chamber a copy of what he described as the contract between AFA and PS Ltd. setting forth "[t]he

---

[1303] *See* FWC00170167-69.

[1304] FWC00170167.

[1305] FWC00170169.

[1306] FWC00170168.

[1307] FWC00173312.

[1308] FWC00173312.  Mr. Grondona distinguished "friendly matches where economic compensation was received" from matches "subject to a 'reciprocity regime'" that did not entitle AFA to any appearance fee.  For an example of the latter, he cited Argentina's November 2009 game against Spain in Madrid.  *See* FWC00173312.

[1309] *See* FWC00173312, FWC00173320.

MEF000433

benefits that the AFA received for participating in the aforementioned match."[1310] Under the contract, AFA assigned the rights needed to organize the game to PS Ltd. and agreed to make its players available for the match against Brazil in Qatar on November 17, 2010.[1311] In exchange, PS agreed to pay AFA $1 million "net of taxes" and cover AFA's international and local transportation, accommodation, and meal costs.[1312] Mr. Grondona signed on behalf of AFA, and a Mauricio Peveralli signed on behalf of PS Ltd.[1313] The contract was not dated.[1314]

Mr. Tofoni told the Investigatory Chamber that PS Ltd. is a World Eleven subsidiary established "due to tax and bank issues" related to difficulties sending money to and from Argentina, where World Eleven is based.[1315] Mr. Tofoni confirmed that World Eleven organized AFA's participation in the November 17, 2010 match[1316] and received a $1.6 million "Appearance Fee" plus a $400,000 "Commission Fee" from Kentaro.[1317] He said he personally negotiated the terms of the related World Eleven-Kentaro contracts.[1318] Mr. Tofoni also corroborated Mr. Grondona's representation that AFA received approximately $1 million.[1319]

On the issue of why AFA received only half of the $2 million Kentaro paid for the Argentinian national team's participation in the match, Mr. Tofoni's statements are not consistent with other evidence in the record.

Mr. Tofoni first asserted that only $20,000 of the $400,000 "Commission Fee" went toward World Eleven's commission for the November 17, 2010 game, and the remaining $380,000 covered commissions Kentaro owed World Eleven for its work on other matches, including one between Brazil and Italy. The $400,000 "Commission Fee" thus represented "a collaboration on various games simultaneously," Mr. Tofoni said, and was paid "[i]ndependently of how much was going to Argentina, and how much to WorldEleven,[] and the amount of commission" World Eleven earned for the game in Qatar.[1320]

That account cannot be reconciled with the contract requiring Kentaro to pay the $400,000 fee. The agreement, which Mr. Tofoni signed, expressly represented that Kentaro owed World Eleven $400,000 "in consideration of W11 securing the

---

[1310] FWC00173312, FWC00173943-46. The contract was written in Spanish; the English translation is at FWC00173316-19.
[1311] *See* FWC00173316. AFA retained the broadcast rights for the match within Argentina. *See* FWC00173318.
[1312] FWC00173317.
[1313] FWC00173946.
[1314] *See* FWC00173316-18.
[1315] FWC00183482.
[1316] *See* FWC00183485.
[1317] *See* FWC00183488-89.
[1318] *See* FWC00183499.
[1319] *See* FWC00183496-97.
[1320] FWC00183489-92.

208

participation of the Argentinean A National Team in the Match," and that the
referenced "Match" was "an international friendly match between Brazil vs.
Argentina on 17th November 2010 to be played in Doha, Qatar."[1321] That language
leaves no room for the possibility that the $400,000 "Commission Fee" related to
other games, and it is inconceivable that Kentaro, an established and experienced
company, resolved its debts pursuant to contractual language that foreclosed any
argument, in defense of a potential future claim by World Eleven, that it had done
so.

Even if one credits Mr. Tofoni's claim about the $400,000 "Commission Fee"—
which the Investigatory Chamber cannot do based on this record—he could not
plausibly explain why AFA received only $1 million from the $1.6 million
"Appearance Fee." Tofoni said he kept $600,000 as a commission[1322]—but, echoing
his explanation of the $400,000 payment from Kentaro, he claimed that much of
that amount covered commissions AFA owed World Eleven from previous games.[1323]
According to Mr. Tofoni, World Eleven and PS Ltd. do not charge a commission for
"matches, that, due to sporting issues, are usually organized[] without money."[1324]
He cited a June 2007 game in Barcelona between Argentina and Algeria as a
notable example, stating that World Eleven lost $800,000 organizing that event.[1325]
AFA therefore agreed, Mr. Tofoni said, that it would help World Eleven recoup
those costs "when there is an opportunity to recover[] this."[1326]

Here, too, Mr. Tofoni's statements are unsupported by the record. No
language in the PS Ltd.-AFA contract produced by Mr. Grondona suggested that
AFA accepted a lower flat fee from PS Ltd. because it owed PS Ltd. money or
otherwise wished to recognize PS Ltd.'s generosity in organizing less-lucrative
matches.[1327] Moreover, based on the chart Mr. Grondona submitted to the
Investigatory Chamber, World Eleven, PS Ltd., and Mr. Tofoni had ample
opportunity to recoup losses before the November 2010 match in Qatar: The chart
demonstrates that AFA received $1 million from a March 2010 match against
Germany organized by Tofoni personally; €900,000, which at the time was the
equivalent of approximately $1,183,000, for an August 2010 match against Ireland

---

[1321] FWC00170167-69.

[1322] *See* FWC00183497. The AFA-PS Ltd. contract produced by Mr. Grondona stated that AFA was
entitled to $1 million "net of taxes," FWC00173317, but Mr. Tofoni's assertion that he kept $600,000
of the $1.6 million as a commission would have left AFA with $1 million *before* taxes. Relatedly, Mr.
Tofoni did not suggest that some portion of the $600,000 went toward the transportation or hotel
costs the contract Mr. Grondona produced stated that PS Ltd. would cover on AFA's behalf, *see*
FWC00173317. Other documents in the record indicate that Kentaro and others—not World Eleven,
PS Ltd., AFA, or Mr. Tofoni—paid those expenses.

[1323] *See* FWC00183496-98.

[1324] FWC00183497.

[1325] *See* FWC00183497-98.

[1326] FWC00183497.

[1327] *See* FWC00173316-19.

209

organized by PS Ltd.; and $1.2 million for an October 2010 match against Japan organized by PS Ltd.[1328]

Documents related to the October 2010 Argentina game against Japan (notably also a bidding nation at this time) game suggest that Mr. Tofoni also retained an outsized portion of the fee for Argentina's appearance in that match. A contract Mr. Tofoni signed in September 2010 required the Japan Football Association ("JFA") to pay World Eleven a "Match fee" of $1.75 million,[1329] and records confirm that JFA wired that amount in two installments to a World Eleven bank account in the United States.[1330] JFA, which under the contract with World Eleven was responsible for AFA's transportation and accommodation expenses,[1331] also wired an additional $325,781 to the World Eleven account in the United States to cover some or all of those costs.[1332] If AFA received only $1.2 million from the $1.75 million match fee, then World Eleven or related parties apparently retained $575,000. Even allowing World Eleven a reasonable commission for whatever services it provided in connection with the Japan match, the size of that payment undermines Mr. Tofoni's assertion that AFA owed him any substantial amount for prior losses he had incurred.

A number of Mr. Tofoni's answers appear to be contradicted by credible evidence in the record. While not connected with Qatar 2022, the arrangements related to payments intended for the AFA raise troubling issues, and given Mr. Tofoni's status as a match agent covered by the FCE, those issues will be further explored in formal investigatory proceedings.[1333]

## 2.   *Ricardo Teixeira's Accommodations*

The November 2006 CBF-DAG agreement discussed above[1334] specified that the arrangements and accommodations DAG agreed to provide for Brazil's international friendly matches must include "a car with driver for the head of the delegation," "[a]t least 1 presidential suite" at the team hotel, and, along with the business-class airline tickets apparently reserved for the team's players, "[u]p to five" first-class seats.[1335] The official entitled to the chauffeured car, presidential suite, and first-class airfare was the same person who signed the contract on behalf of CBF: Ricardo Teixeira.[1336] Even relative to the five-star accommodations the

---

[1328] FWC00173320.
[1329] FWC00127270-80.  The full $1.75 million fee was owed only if Lionel Messi played, *see* FWC00127273, which he did.
[1330] *See* FWC00127281-319.
[1331] *See* FWC00127270-72.
[1332] *See* FWC00127305-307, FWC00127317-19.
[1333] *See* Part XIV(E)(3).

[1334] *See* Part X(D)(1)(b).
[1335] FWC00170185-86.
[1336] *See* FWC00170190.

players and top football officials enjoyed, the amenities provided to Mr. Teixeira for the Brazil-Argentina match were excessive. Whereas the contractual agreements discussed above covered the rest of the CBF and AFA delegations' expenses, the considerable costs related to the visit by Mr. Teixeira, the only Executive Committee member among the CBF and AFA delegations in Qatar,[1337] were paid for by Qatar's bid team.

A November 9, 2010 email from Sélim Tawileh, an official from the Local Organising Committee of the 2011 AFC Asian Cup who coordinated travel and hotel arrangements for the November 17 match, notified Nasser Al-Khater of Qatar 2022 that

> Mr. Ricardo TEIXEIRA (with wife and daughter) will be coming with the Brazil Team.  He will be staying at the Four Seasons.
>
> I will book for him a suitable suite and . . . he will receive TOP VVIP treatment.[1338]

According to a November 11, 2010 letter from a Four Seasons Hotel manager, Tawileh amended the initial reservation to add an "[a]dditional state suite *at the special rate of 20,000.00 QAR per night* from 14th to 18th November 2010 for 4 nights under the name of Mr. Teixeira."[1339]  According to historical currency conversion rates, 20,000 Qatari Riyals was the equivalent in mid-November 2010 of approximately $5,490.  Receipts and other records confirm that Teixeira spent four nights at the Doha Four Seasons at a rate of 20,000 QAR—more than $5,000—per night.[1340]  In contrast, the football players Lionel Messi of Argentina and Robinho of Brazil stayed in rooms with nightly rates of 1,100 QAR and 650 QAR, respectively.[1341]

The 80,000 QAR charge for Mr. Teixeira's four nights at the Four Seasons did not include additional expenses charged to that room for meals and other services.[1342]  Various receipts, including laundry invoices for washing items of clothing, confirm that some of the hotel costs related to accommodations for Teixeira's family.[1343]  Assorted chauffeured luxury cars transported Mr. Teixeira around Doha,[1344] and a chauffeured S-Class Mercedes was provided specifically for Mr. Teixeira's wife.[1345]  While dozens of chauffeured cars were reserved for various

---

[1337] It appears that Julio Grondona of Argentina did not join the AFA group in Doha.  *See, e.g.*, FWC00173310; FWC00183871.

[1338] FWC00131542.

[1339] FWC00129391 (emphasis added).

[1340] *See, e.g.*, FWC00129389, FWC00129400, FWC00129518.

[1341] *See* FWC00129389; FWC00133731-43.

[1342] *See* FWC00129403-21.

[1343] *See, e.g.*, FWC00129405, FWC00129407-09, FWC00129411-13.

[1344] *See, e.g.*, FWC00129422-24.

[1345] *See* FWC00130178.

MEF000437

officials,[1346] match organizers instructed the car service to allocate two of its "five best drivers" to Mr. and Mrs. Teixeira.[1347]

A Four Seasons Hotel document breaking down all of the expenses incurred in connection with the November 17, 2010 friendly match lists, among other information, the charges for room, the name of a guest from each room, the "Group" the guest traveled with, the guest's "Position," and the "Source" that will pay for costs charged to that guest's room.[1348] The "Source" responsible for all expenses associated with the "Brazil Team" "Group" was "Kentaro"[1349]—with one exception: the "Source" assigned to pay the 87,150 QAR (approximately $23,900) charged to the hotel room under Mr. Teixeira's name was "Bid 2022."[1350] Whereas the "Position" of every other guest with the "Brazil Team" group was categorized as either "Players," "Officials," or "Staff," the chart identified Teixeira's "Position" as "FIFA EXCO."[1351]

Qatar 2022 officials told the Investigatory Chamber that they did not remember spending 87,150 QAR, although they did not dispute that they did.[1352] Mr. Al-Khater, who said he was the Qatar 2022 official responsible for overseeing the CBF and AFA delegations' hotel arrangements, said for any friendly match the "head of delegation would automatically be getting the top of the line."[1353] CEO Hassan Al-Thawadi explained that "if there's an Executive Committee member . . . and he's available in town, . . . I think over here you'd cover the cost."[1354]

The trip to Doha for the friendly match was not ostensibly related to the bid. Nevertheless, Qatar 2022 paid for Mr. Teixeira's lavish accommodations apparently because of his status as a voting Executive Committee member. This was a benefit provided to Mr. Teixeira by the bid team and would appear to violate both the bidding rules and the FIFA ethics provisions in force at the time. Mr. Teixeira has resigned from all football positions and efforts by the Investigatory Chamber to obtain contact information for him were unsuccessful. Proceedings will nonetheless be initiated.[1355] Recommendations to address issues related to friendly matches and more generally to gifts to Executive Committee members may be found below.[1356]

---

[1346] *See, e.g.,* FWC00130178.
[1347] FWC00130170.
[1348] FWC00129427-30.
[1349] FWC00129427, FWC00129429.
[1350] FWC00129429-30.
[1351] FWC00129429.
[1352] *See* FWC00183870-71; FWC00183974-75.
[1353] FWC00183870-71.
[1354] FWC00183974-75.
[1355] *See* Part XIV(A)(3)(d).
[1356] *See* Parts XVI(F)(1)-(2).

MEF000438

### E.  CAF Congress

In late January 2010, Qatar 2022 sponsored the CAF Congress in Angola. The sponsorship agreement granted Qatar 2022 exclusive rights to market its bid during the event.  For this privilege, the bid team paid CAF $1.8 million.

The arrangement caused consternation among rival bidders, as was widely reported in January 2010.[1357]  In interviews with the Investigatory Chamber, several officials associated with competing bids characterized Qatar's sponsorship of the CAF Congress as arguably permissible under the rules, but nonetheless inappropriate.[1358]

The prospect of sponsoring the CAF Congress appears to have originated with Qatar 2022 in early December 2009, around the time of the World Cup draw in South Africa.  Bid team CEO Hassan Al-Thawadi told the Investigatory Chamber that he and other Qatar 2022 officials saw themselves as following a trail blazed by South Africa, the first African nation to host the World Cup:  "They were hosting the first World Cup.  People say it can't be done.  We're trying to host our first Middle East World Cup.  People say it can't be done."[1359]  Believing that the African Confederation would be "receptive to the idea of a Middle Eastern World Cup for the very first time," Mr. Al-Thawadi said, the bid team viewed the upcoming CAF Congress as an opportunity to spread its message to a supportive audience.[1360]  Mr. Al-Thawadi recalled that Qatar 2022 proposed the sponsorship idea to the Qatari member of the Executive Committee, Mohamed Bin Hammam, who then discussed it with the CAF President, fellow Executive Committee member Issa Hayatou.[1361]

On December 7, 2009, the Chairman of Qatar 2022, Sheikh Mohammed, sent Mr. Hayatou a formal letter expressing the bid's interest in "exclusively sponsoring the CAF Congress in January 2010."[1362]  The letter listed three items to be included in the sponsorship:

> 1. The full branding of the convention center
>
> 2. Branding on all collateral (invitations, menu, event program, etc) that is involved during the congress and gala dinner
>
> 3. Sponsoring the Gala Dinner and any related activities (entertainment show, etc)[1363]

---

[1357] *See, e.g.*, FWC00180683-84; FWC00180685-86.
[1358] *See, e.g.*, FWC00184692; FWC00180944; FWC00184335-36.
[1359] FWC00183961-62.
[1360] FWC00183961-62.
[1361] *See* FWC00183962-63.
[1362] FWC00128169.
[1363] FWC00128169.

213

CAF General Secretary Mustapha Fahmy replied on December 9 that he had been "instructed by Mr. Hayatou to inform [Sheikh Mohammed] that CAF Emergency Committee agreed to have you sponsoring CAF Congress in the conditions mentioned in your letter."[1364]   Unlike Sheikh Mohammed's letter, Mr. Fahmy's response specified a price:

> As far as we are concerned, the total expenses of the Congress is comprised between 1.8 and 2 Mo. US dollars.
>
> This amount should be used to cover all the aspects indicated in your letter as well as the International travel, accommodation and local transportation of all delegates to the Congress representing our 53 member associations.[1365]

Mr. Fahmy, who worked at CAF for over 20 years before becoming Director of Competitions at FIFA in October 2010, said during this inquiry that this was the only time a CAF Congress was sponsored.[1366]   Mr. Fahmy recalled that CAF proposed the $1.8 million fee after first examining "the cost of the tickets and the people going" to Angola,[1367] where the hosting costs were high relative to previous CAF Congresses.[1368]   Any payment from Qatar 2022 in excess of the CAF Congress costs, Mr. Fahmy said, were to "go to the development of football."[1369]

The sponsorship agreement, dated December 23, 2009,[1370] granted Qatar 2022 "the exclusive Sponsorship Rights in and to" the CAF Congress[1371] in exchange for $1.8 million, "which in turn shall be used by the CAF to cover the overall costs of the Event as well as various costs connected to the Event."[1372]   Half of the fee was to be paid within 10 days of the contract's signing, with the remaining half due within a month after event, which was held in Luanda on January 29-30, 2010.[1373]

Records confirm that Qatar 2022 paid approximately $1.8 million to CAF in accordance with the terms of the contract.  Qatar 2022 and CAF each produced payment transfers and statements from their respective accounts demonstrating that an account held by "Qatar 2022 World Cup Bid Committee" wired CAF $899,964 on December 28, 2009, and another $899,964 on February 10, 2010. [1374]

---

[1364] FWC00128171.
[1365] FWC00128171.
[1366] *See* FWC00183442-43.
[1367] FWC00183448.
[1368] *See* FWC00183443.
[1369] FWC00183448.
[1370] *See* FWC00168260-75.
[1371] FWC00168265; *see also* FWC00138578.
[1372] FWC00168267.
[1373] *See* FWC00168267.
[1374] *See* FWC00172849; FWC00172850; FWC00168286-91.

214

MEF000440

The timing of that first payment is noteworthy.  During an interview with the Investigatory Chamber, Mr. Hayatou distanced himself from the sponsorship agreement, stating that he did not "know the exact amount" paid by Qatar and that "CAF accepted the sponsorship of the congress."[1375]  That characterization of Mr. Hayatou's role appears inconsistent with communications indicating that Mr. Hayatou helped broker the agreement[1376] and with the records reflecting the first payment's arrival, which was not due until the agreement was in place, in December.  CAF did not sign the final sponsorship agreement until January 6, 2010.[1377]  Moreover, the CAF Executive Committee did not formally approve the sponsorship arrangement until January 8, when, according to minutes from that meeting, President Hayatou

> informed the members that in context of the campaign of the candidate countries to host the World Cups 2018 and 2022, the candidature Committee of Qatar 2022 has made an offer to sponsor the General Assembly of CAF for an amount of 1.8 Mo. USD.  In return, the people in charge of the dossier of Qatar will have the exclusivity to address the General Assembly and present their candidature.

> The Executive Committee approved this operation.[1378]

The CAF Congress took place January 29 and 30, 2010 in Luanda, Angola.  During the event, Hassan Al-Thawadi presented Qatar's bid to the African delegates,[1379] a speech he and Qatar 2022 would later cite as a "turning point" when "people realized the small nation was a true contender."[1380]

The contract entitled Qatar 2022, upon request, to "a summary of costs of the Event" after the Congress.[1381]  No such accounting has been produced by any party or witness.  Hassan Al-Thawadi did not recall if the bid committee ever asked for or received such an accounting.[1382]  While Mr. Fahmy estimated that the event cost $1 million,[1383] CAF has not provided documents such as invoices and receipts establishing the cost of the event, despite a request from the Investigatory Chamber that it do so.[1384]  Nor do records available to the Investigatory Chamber show how CAF spent money remaining from the $1.8 million fee.  While Mr. Fahmy stated

---

[1375] FWC00181444.
[1376] *See, e.g.*, FWC00128169, FWC00128171, FWC00133003; FWC00183444.
[1377] FWC00133388.
[1378] FWC00168280.
[1379] *See* FWC00151214-32.
[1380] FWC00184017; FWC00138579-80.
[1381] FWC00168267.
[1382] *See* FWC00183964.
[1383] *See* FWC001834451.
[1384] *See* FWC00186095-97 (May 20, 2014 Letter from the Chair to Hicham El Amrani).

215

that any excess funds were used for "football development,"[1385] no clause in the contract required CAF to use excess funds for any particular purpose.[1386] No specific project that benefited from those funds has been identified.

According to Hassan Al-Thawadi, Qatar 2022 did not discuss this agreement with FIFA prior to its execution, but reviewed the contract with its attorneys to make sure the agreement was in line with FIFA's rules and regulations.[1387] Others—either from competing bid teams, the media, or both—asked FIFA in early January 2010 whether the exclusive sponsorship violated rules, and records indicate that FIFA, albeit without reviewing the contract, concluded that it did not.[1388] Mr. Al-Thawadi said there was consensus from FIFA that Qatar 2022 had not breached any regulations, but rather had been "smart" because it "found a loophole."[1389] Members of competing bid teams echoed that sentiment.[1390]

Indeed, no bidding rule or FCE provision prohibited sponsorship agreements like the one between Qatar 2022 and CAF, and as noted above, the confederations are technically independent from FIFA.[1391] An arrangement involving payments to an Executive Committee member or an explicit agreement to grant the sponsoring bidder a vote would have obviously been improper. However, no evidence in the record suggests that occurred here.

The terms of the sponsorship nonetheless raise concerns. No evidence in the record accounts for how the $1.8 million price was determined or how that fee was used. Despite the right to do so,[1392] Qatar 2022 never requested any documentation supporting the CAF Congress-related expenses. It remains unclear how much the event cost, how much of the $1.8 million CAF kept as a profit, and how that profit was allocated.

Such concerns are tempered by the fact that no evidence shows Mr. Hayatou requested that Qatar 2022 sponsor his confederation's event, that the funds were transferred to a CAF account, and that there is no indication they were misappropriated.[1393] Nevertheless, Qatar 2022 provided CAF, a confederation led then as now by a voting member of the FIFA Executive Committee, a substantial benefit. That connection, when viewed in the context of the lack of transparency in the record, creates a negative impression and should be avoided in the future.

---

[1385] FWC00183443.

[1386] *See* FWC00168260-75.

[1387] *See* FWC00183967.

[1388] *See* FWC00184349-50.

[1389] FWC00183967; *see also* FWC00138580-81.

[1390] *See, e.g.,* FWC00184461; FWC00180944.

[1391] *See* Part II(A)(1).

[1392] *See* FWC00168267.

[1393] In contrast, FIFA Executive Committee member Jack Warner, who was later found to have comingled personal funds in a Caribbean Football Union ("CFU") account, asked England's bid to sponsor a dinner at the CFU Congress, a request England 2018 obliged. *See* Part V(D)(3).

MEF000442

## F.   Legends Dinner

On November 18, 2012, the Sunday Times published two articles regarding the African Legends Gala Dinner ("Legends Dinner"), an event held in Johannesburg on June 8, 2010, three days before the South Africa World Cup.[1394] The newspaper reported that documents in its possession showed that the Qatar bid team, through Deputy CEO Ali Al-Thawadi, offered $1 million to Samson Adamu, son of then-Executive Committee member Amos Adamu, to arrange the Legends Dinner "months before his father was due to vote on which bidder should be allowed to hold the [World Cup]."[1395] The Sunday Times reported that Samson Adamu and Ali Al-Thawadi first met at the CAF Congress in Angola in January 2010, and that negotiations continued from that time forward.[1396] According to the report, the $1 million offer for sponsorship rights to the Legends Dinner and an accompanying media workshop was a "vastly inflated sum" relative to the costs of the event.[1397] The Sunday Times quoted a "fixer" named Nadia Mihindou, who it said helped arrange the Legends Dinner, as saying, "Wow, what a number . . . honestly, if it was a $1m event I would know it."[1398] A statement issued by Qatar 2022 and quoted in the report stated that the Qataris did not finance or sponsor the event.[1399] The Sunday Times concluded, however, that the "funding of the . . . dinner remains shrouded in mystery," with no publicly-linked sponsors even though, according to the report, invoices indicated that the event cost approximately $220,000, "a sum apparently way beyond the means of Samson's company."[1400] The Sunday Times also quoted a statement from its 2010 undercover sting of Amos Adamu, in which Amos informed the undercover reporters he had "already given [his] word to another bid."[1401] During his May 6, 2014 interview with the Investigatory Chamber, Amos confirmed that he was referring to a commitment to vote for Qatar, but did not believe that Qatar provided financial support to the Legends Dinner.[1402] He also denied allegations that he received payments in relation to the Legends Dinner.[1403]

The Sunday Times reported that Ali Al-Thawadi had "denied any knowledge of the arrangement" when he was approached the preceding week, but that "[w]hen presented with this newspaper's evidence, Qatar admitted that the deal had been

---

[1394] FWC00157760; FWC00153524-27.
[1395] FWC00153524.
[1396] FWC00153525.
[1397] FWC00153525.
[1398] FWC00153526.
[1399] FWC00153523; FWC00153524.
[1400] FWC00153524.
[1401] FWC00153527; FWC00171596.
[1402] FWC00182916, FWC00182958-59.
[1403] FWC00182961-62.

217

MEF000443

negotiated but said it had later pulled out after taking Fifa's rules into consideration."[1404]

Later on November 18, 2012, Qatar 2022 issued the following statement that, in relevant part, denied the allegations:

> We refute absolutely the allegations published by The Sunday Times. The article is presented in a manner that suggests an 'offer' was made to a certain individual by the Qatar 2022 Bid Committee. The truth is that our Bid Committee, after careful consideration, opted not to sign any agreement with the individual concerned and had no part whatsoever in the 'African Legends Dinner' event, financially or otherwise. It is correct that such a project was the subject of discussions, that preliminary communications were exchanged and that a draft agreement came into existence. However, upon due consideration being given to all the circumstances of this particular case – and especially to the relevant FIFA rules relating to the obligations of bid committees – a decision was taken by the Qatar 2022 Bid Committee NOT to pursue any involvement in the 'African Legends Dinner.' No agreement was signed or otherwise concluded and absolutely no payments of any kind were made. No member of the Bid Committee attended the aforementioned dinner.[1405]

The newspaper reported that it had passed the relevant documents to FIFA prior to publication. In fact, on November 16, 2012, the Chairman of the Investigatory Chamber received from FIFA the cache of emails collected by the Sunday Times regarding the Legends Dinner.[1406] The Investigatory Chamber did not receive any documents reflecting the newspaper's published report that Ali Al-Thawadi had initially denied knowledge of the Legends Dinner arrangement.

Separately, in early 2013, a confidential source gave the Investigatory Chamber an identical set of documents,[1407] along with additional material, including an "Affirmation and Sworn Statement" purportedly signed by Farayi Mungazi, a sports journalist who, according to the Affirmation, assisted Samson with certain aspects of the Dinner and whose name appeared on a number of the relevant emails concerning plans for the dinner.[1408] The Affirmation stated in relevant part that Mr. Mungazi "was personally present in a hotel room in South Africa when Amos Adamu received from [Ali] Al-Thawadi of Qatar 2022 a large

---

[1404] FWC00153524.
[1405] FWC00153523.
[1406] FWC00179220; *See* Part I(A)(2).
[1407] FWC00172879; FWC00156779-807.
[1408] FWC00168148-49. While the November 18, 2010 *Sunday Times* report did not mention Mr. Mungazi, it did include quotes attributed to "[a] prominent African journalist." FWC00153526.

cash payment," and that "there is no question in my mind that the [Legends Dinner sponsorship agreement] was intended primarily as a vehicle by the Qatar 2022 Bid Committee to curry favor with Amos Adamu, as a member of the FIFA Executive Committee, to support the award of the 2022 World Cup to Qatar."[1409]   According to a statement prepared by the confidential source and submitted along with the other materials, Mr. Mungazi further stated that, following the cash payment, Dr. Adamu told him "he too could expect similar rewards 'if he played his cards right.'"[1410]  The statement also noted, however, that Mr. Mungazi "has since recanted" the signed Affirmation.[1411]

Based on its review of the material obtained from the Sunday Times and the confidential source, the Investigatory Chamber requested and obtained documents from Samson Adamu and the Qatar bid team. Samson and Amos Adamu, Mr. Mungazi, and Qatar bid officials were interviewed about these events.  The sections below will analyze the evidence developed with respect to the Legends Dinner allegations.

### 1.   *Sponsorship Negotiations*

During his March 20, 2014 interview with the Investigatory Chamber, Samson Adamu said that he and Mr. Mungazi conceived the idea for the Legends Dinner in late January 2010, when he was working as an assistant general coordinator for CAF in Angola.[1412]  This was the first major marketing project that Samson had been involved with, having only just graduated from the FIFA Masters program in 2009;[1413] before that, he had been working as a service provider for international sports rights marketing agency Sportfive, assisting with marketing and television rights.[1414]  An email Samson sent to his attorney in March 2010 confirms his inexperience, as he admitted that the Legends Dinner was his "first major project after finishing my studies and it's quite a big one so I'm not as organized in terms of the set up."[1415]

Samson Adamu said that he and Mr. Mungazi also developed the project with Laila Garga, a former colleague from his time at Sportfive.[1416]  According to Mr. Adamu, it was Ms. Garga who suggested asking the Qatar bid team, which was sponsoring the January 2010 CAF Congress, to sponsor the Legends Dinner.[1417]

---

[1409] FWC00168149.
[1410] FWC0017287.
[1411] FWC0017286.
[1412] FWC00185898-900.  Mr. Mungazi told the Investigatory Chamber the event was Samson's idea. *See* FWC00183657.
[1413] FWC00184946.
[1414] FWC00184946.
[1415] FWC00157250.
[1416] FWC00185900.
[1417] FWC00185901.

MEF000445

Samson Adamu and Qatar bid officials told the Investigatory Chamber that Samson had approached several members of the Qatar bid team, including Ali Al-Thawadi, in a hotel lobby during the Congress, introduced himself, and asked to speak to them about a Legends Dinner.[1418] Asked whether the Qataris were aware of his relationship with Amos Adamu at this time, Samson Adamu told the Investigatory Chamber that while "I would imagine maybe they gave me the audience thinking that…I never introduced myself as the son of Dr. Adamu."[1419] Ali Al-Thawadi, however, told the Investigatory Chamber that he did not know at the time of the introduction that Samson was the son of Amos Adamu, but found out "after that."[1420]

In Angola, Samson Adamu explained the concept of the Dinner to the Qatari bid team, and estimated that it would cost approximately $1 million.[1421] The bid team also asked him about his prior involvement in football, to which he replied that he had "just finished from Lubango as an assistant general coordinator."[1422] The bid officials said they would "review everything" and get back to him.[1423] According to Mr. Adamu, there was no discussion during this initial meeting in Angola about how the bid team would pay him or about what company would organize the event.[1424] However, Samson Adamu said that when he left the meeting, he believed the Qatar bid team would be the Legends Dinner's sole sponsor.[1425]

On February 3, 2010, Ali Al-Thawadi emailed Samson Adamu, writing that it "was a great pleasure meeting you in Angola" and requesting the name and address of his company "in order . . . to get the contract and scope of work prepared between the two parties."[1426] This appears to be the first contact between Qatar 2022 and Mr. Adamu after the CAF Congress in late January. Mr. Adamu forwarded that message to his attorney, which initiated a discussion about the name of the company.[1427] Samson Adamu and his team ultimately decided on "Kinetic Sports Association,"[1428] although it appears that the company was never actually formed.[1429] The negotiations proceeded from that point; Samson's attorney

---

[1418] FWC00185901-02; FWC00183754.
[1419] FWC00185902.
[1420] FWC00183756.
[1421] FWC00185903-04; FWC00183754-55.
[1422] FWC00185903.
[1423] FWC00185904-05.
[1424] FWC00185905.
[1425] FWC00185905.
[1426] FWC00167958.
[1427] FWC00167959-62.
[1428] FWC00167959; FWC00167963-71.
[1429] FWC00185897-98.

MEF000446

contacted Qatar 2022, and in response the bid team offered to draft an agreement regarding the Legends Dinner.[1430]

Ali Al-Thawadi led the ensuing negotiations on behalf of the bid team.[1431] Documents show that in early February, Ali Al-Thawadi and Samson Adamu sent information about the Legends Dinner to the bid's legal team for use in preparing a contract.[1432] Mr. Al-Thawadi told the Investigatory Chamber that he also "requested from the bid team just to check is this FIFA acceptable or not. Is it by the book or it's against the book."[1433]

Meanwhile, Samson Adamu, Mr. Mungazi, and Ms. Garga continued to plan for the event, discussing tentative guest lists, the creation of advertising booklets, and the possibility of placing the event on the official FIFA calendar.[1434] The group also retained Champion Tours, a South African sports tour company, to help organize the event.[1435]

Throughout February, Samson Adamu and Ali Al-Thawadi communicated by email and phone.[1436] They also attempted to schedule a meeting in London to sign the contract.[1437] Although the documents do not confirm that the meeting took place, during his interview with the Investigatory Chamber, Ali Al-Thawadi stated that, in the midst of negotiations, he did in fact meet with Samson in London for dinner. He explained that the dinner was "not a meeting that was planned," that he and Samson were each in London for separate reasons, and that no one else from the bid team was present.[1438] He stated that the contract for the Legends Dinner was not discussed at this meeting, and that at the time, he was still waiting for legal clearance to proceed with the sponsorship.[1439] Samson Adamu did not mention having an informal meeting with Ali during his own interview.

On February 10, Ali Al-Thawadi sent Mr. Adamu a draft contract, requesting his feedback.[1440] The proposal required payment of a $1 million "sponsorship fee" to Kinetic Sports Association in exchange for the grant to the Qatar bid team of exclusive sponsorship and promotional rights in connection with the Dinner.[1441]

---

[1430] FWC00167972-75, at FWC00167974-75; FWC00167976.
[1431] FWC00183970; FWC00138591 ("Ali Al-Thawadi became Samson Adamu's key contact at the Bid Committee to discuss the African Legends Dinner.").
[1432] FWC00183755; FWC00167976-77.
[1433] FWC00183755.
[1434] FWC00167978-81.
[1435] FWC00167938; FWC00184925.
[1436] FWC00167988-89; FWC00179235-37.
[1437] FWC00167985; FWC00167988-89.
[1438] FWC00183760-62.
[1439] FWC00183761-62.
[1440] FWC00167991.
[1441] FWC00167999-00.

MEF000447

Sheikh Mohammed and Hassan Al-Thawadi were listed as the proposed signatories on behalf of Qatar 2022.[1442]

In the days that followed, the parties continued to assess and discuss the potential costs of organizing the Legends Dinner. On February 11, a representative from Champion Tours sent Mr. Adamu and Mr. Mungazi a "tentative costing for the dinner and workshop."[1443] The cost analysis shows a cost of 1,085,904.75 South African Rand (approximately $141,307 based on February 2010 conversation rates) for "Total Media Group," R4,427,504.55 (approximately $576,144) for "Total Project Cost (Business)," and R3,613,206.45 (approximately $470,180) for "Total Project Cost (Economy)."[1444] On February 13, Mr. Adamu appears to have sent Mr. Al-Thawadi an email attaching an Excel sheet containing "the total costing of the World Cup project."[1445] However, this transmittal email—although without the attachment—was provided to the Investigatory Chamber only by the Sunday Times and the confidential source. It was not included in the material produced by Samson Adamu or the Qatar bid team. Qatar 2022 represented that all responsive emails still available on Ali Al-Thawadi's personal email account—to which this communication had been sent—had been produced.

Evidence received by the Investigatory Chamber indicates that Samson Adamu's father, Amos Adamu, was involved in securing CAF's support for the Legends Dinner. Emails from Samson Adamu to Ms. Garga and Mr. Mungazi in February 2010 reported that Amos Adamu had agreed to promote the Legends Dinner to the CAF Executive Committee at its meeting in Lubumbashi on February 20, 2010, and to "speak with the FIFA excos personally once we have advanced."[1446]

Other emails among Samson Adamu, Ms. Garga, and Mr. Mungazi from February 2010 indicate that before the CAF Executive Committee meeting, they sent Amos Adamu copies of a PowerPoint presentation for distribution to other CAF Executive Committee members before the February 20 meeting.[1447] Every page of the presentation, which was titled "Under the Patronage of CAF Qatar 2022 Proudly Presents the 1st African Legends Gala Dinner,"[1448] displayed the Qatar bid team's logo.[1449]

---

[1442] FWC00168009.

[1443] FWC00168010.

[1444] FWC00168012, FWC00168013.

[1445] FWC00179236 (email from Samson Adamu to Mr. Al-Thawadi stating, "Please find attached the total costing of the World Cup project in excel(2007 & 2003)."

[1446] FWC00167938.

[1447] FWC00168014; FWC00168016-41; FWC00168042.

[1448] *See* FWC00168028.

[1449] *See* FWC00168016-41.

MEF000448

Moreover, official minutes from the CAF Executive Committee meeting confirm that Amos Adamu discussed the Legends Dinner with his colleagues, including FIFA Executive Members Issa Hayatou and Jacques Anouma:[1450]

> Dr. Amos Adamu proposed to publish a magazine recalling the history of African football that will be distributed during the World Cup in South Africa.  He also suggested organising a gala dinner to which the legends of African football would be invited.  The first suggestion was approved whereas some reservations were expressed about holding the gala dinner that could be complicated.  Dr. Amos Adamu was charged to provide to CAF all the outlines of these two projects by March the 20th at the latest.[1451]

Available evidence indicates that these "reservations" may have been related in part to Qatar's sponsorship.  In an email to his attorney following the CAF Congress, Samson noted that CAF "do not want to take it as an initiative from CAF or to say CAF is hosting such tournament because of certain critical issues *like our sponsors being a bidding nation*."[1452]

A document submitted to the Investigatory Chamber by the Sunday Times—but not by Samson Adamu or the Qatar bid team—indicates that Samson Adamu informed Ali Al-Thawadi by email on February 22 that "the initiative received overwhelming backing from CAF at their meeting."[1453]  The message also stated that "[w]hilst CAF per se are not organising the event, they have informed us of their total support and willingness to grace the occasion."[1454]

When asked by the Investigatory Chamber about his father's involvement in the Legends Dinner, Samson Adamu stated that he had explained to Amos Adamu the concept of the dinner and Qatar's potential sponsorship and had asked him to promote the dinner to CAF, and that Amos Adamu agreed to support the program.[1455]  Samson Adamu recalled that his father did not express any concerns about the Qatar 2022 sponsorship because "as they're sponsoring the CAF congress, as far as everything, they are okay with it, as far is everything is . . . open and legitimate, and there's no problem."[1456]  Samson Adamu stated that he did not speak to any other Executive Committee members about the dinner.[1457]

The Investigatory Chamber also questioned Amos Adamu about his involvement with this event.  Amos Adamu stated that he knew about the dinner

---

[1450] FWC00172830.
[1451] FWC00172845.
[1452] FWC00168047.
[1453] FWC00179235.
[1454] FWC00179235.
[1455] FWC00185906-07, FWC00185942.
[1456] FWC00185907.
[1457] FWC00185907-08.

223

"from [the] beginning," and that his son had come to him to discuss the idea "maybe before January."[1458] He agreed to present the idea to the CAF Executive Committee, and he confirmed that he in fact did so.[1459]

However, although Amos Adamu informed that Investigatory Chamber that he first heard about Qatar 2022's potential sponsorship "sometime after the Congress in . . . Angola" in January 2010, he stated that he did not know about his son's sponsorship negotiations with Qatar 2022 when he brought the proposal to the CAF Executive Committee in February 2010.[1460] When shown the draft presentation that was intended by Samson Adamu for distribution by Amos Adamu to other CAF Executive Committee members[1461]—which clearly displays Qatar's branding logo on every page—Amos Adamu stated that he did not recall seeing this presentation, and speculated that he may not have been in the room when it was made.[1462]

These statements are contradicted, however, by emails among Samson Adamu, Mr. Mungazi, and Ms. Garga indicating that Amos Adamu possessed the presentation. Specifically, a February 15, 2010 email sent by Samson Adamu to Mr. Mungazi and Ms. Garga in which he notes that he would need to "print, bind and package [the presentation] both in English n French *for doc* to distribute to the exco members."[1463] Moreover, Samson Adamu's email to his attorney stating that CAF expressed concerns about "certain critical issues *like our sponsors being a bidding nation*"[1464] indicated that CAF Executive Committee members discussed Qatar's sponsorship. By contrast, Amos Adamu told the Investigatory Chamber that CAF's response was "[p]ositive with some comments," namely, comments expressing concern about players demanding money for their attendance.[1465]

---

[1458] FWC00182947.
[1459] FWC00182947-48.  Note that Amos Adamu recalled presenting it to CAF in Cairo. FWC00182947-48.  However, this contradicts the minutes of the CAF Executive Committee meeting held in Lubumbashi on February 20, 2010, as well as the email correspondence among Samson Adamu, Mr. Mungazi, and Ms. Garga regarding Amos Adamu's presentation to CAF on February 20.
[1460] FWC00182948-49.
[1461] FWC00168014; FWC0016016-41.
[1462] FWC00182954-55 (emphasis added).  Notably both Samson and Amos Adamu stated that Mr. Mungazi presented on the Legends Dinner to the CAF Executive Committee. FWC00185906; FWC00182952.  Contrary to these statements, however, Mr. Mungazi stated that although he was in Lubumbashi to cover the CAF meeting, he never met with any members of CAF or presented to the CAF Executive Committee on the Dinner. FWC00183667-68.  CAF's meeting minutes do not contain any reference to Mr. Mungazi.  *See* FWC00172812-47.
[1463] FWC00168042 (emphasis added).
[1464] FWC00168047.
[1465] FWC00182952-53.

224

2.      *Qatar 2022's Withdrawal*

On February 22, 2010, Samson Adamu and Ali Al-Thawadi discussed plans to meet in London during the first week of March.[1466]  Mr. Adamu reminded Mr. Al-Thawadi on March 1 that he was available to meet in London on March 4, noting that he was "not sure if my previous emails were delivered" because "I haven't heard anything from you in a long time."[1467]  Other communications indicate that Mr. Al-Thawadi agreed to meet at the Intercontinental Hotel in London on March 4.[1468]

Mr. Adamu told his attorney on March 2 that he would be "leaving for London tomorrow to meet" at the hotel on that date "at about 12noon or 13:00hrs."[1469]  Mr. Adamu attached a draft of the sponsorship agreement to the message and asked his lawyer to "give your feedback" regarding a particular provision and to "send the contract to the Qataris."[1470]  The draft agreement revised the initial $1 million "Sponsorship Fee" listed in a previous draft upwards to $1.275 million.[1471]  When asked by the Investigatory Chamber why the sponsorship fee had increased by $275,000, Mr. Adamu did not recall making those edits, but stated that $1.275 million was likely a starting point for negotiations, and that he had not actually thought that the Qatar bid team would pay that amount.[1472]  He also recalled that he had hoped to make a profit of 30-35% from the Dinner, to be shared with Mr. Mungazi and Ms. Garga.[1473]  Mr. Mungazi, in turn, stated that it was never intended for him to share in the profit, as the "only thing [he] was involved with was the book," for which he was to receive approximately $40,000.[1474]

The record before the Investigatory Chamber does not include any email communications concerning the Legends Dinner from March 2, 2010 until March 11, when the attorney emailed Samson Adamu to say "I hope you had a good and safe trip to London.  Of course, I would like to know the progress you made with the partners from Qatar."[1475]  Mr. Adamu responded later that day:

> I only got back to [L]agos about two days ago cuz a lot has
> changed with regards to the project which is why I have not gotten
> back to you and I'm so sorry for that.

---

[1466] FWC00179235; FWC00168047.
[1467] FWC00168082.
[1468] FWC00168086.
[1469] FWC00168086.
[1470] FWC00168086; *see* FWC00168087-102.
[1471] FWC00168093.
[1472] FWC00185916-17.
[1473] FWC00185917-18.
[1474] FWC00183659; FWC00183670-71.
[1475] FWC00168114.

225

> *The Qatar guys pulled out of the project for one major reason I have to explain to you later on phone or in person.* So I've been running around h[e]lter s[k]elter to put things back in place since we have already made financial commitments thus far. However things are starting to look good again.[1476]

Samson Adamu confirmed to the Investigatory Chamber that he met with the Qatar bid team—including Ali Al-Thawadi—in London around early March.[1477] He said that at this meeting, the Qataris told him that they had discussed the project with their lawyers and that "it looked like it would be very difficult for them to proceed with sponsoring the event."[1478] He also said the Qataris told him they wouldn't be able to continue "based on the discussion they had with, you know, with FIFA."[1479] Based on their "tone," Mr. Adamu said, he surmised that the Qataris had determined that there might be a conflict due to his being the son of Amos Adamu, but nonetheless called it "a bit strange" that their view had changed.[1480] He explained that his being the son of an Executive Committee member was the "one major reason" for the Qatar withdrawal that he was referring to in his March 11 email to his attorney.[1481] Samson stated that he also told his father about his suspicions regarding why the Qataris had pulled out, and that Amos Adamu told him "it's a shame" and "something like didn't they know this before," but encouraged his son to proceed with the project.[1482] Amos also recalled this conversation, stating that his son told him that Qatar had pulled out because "it's against the FIFA rules and regulations," although he did not know why they had taken so long to come to this realization.[1483]

In his interview with the Investigatory Chamber, Ali Al-Thawadi said that after he sent the draft contract to Samson Adamu—which was back on February 10, nearly one month before Qatar 2022 withdrew—he "received the feedback from . . . the league" and informed Samson that they could not proceed with the Dinner "because it's . . . against FIFA regulations."[1484] Contrary to Samson Adamu's testimony that this discussion took place in person in London, Ali Al-Thawadi stated that he conveyed this decision to Samson over the phone.[1485] He recalled Samson being "very angry."[1486] Qatar 2022 addressed the issue in a written submission to the Investigatory Chamber that "after consultation with its legal

---

[1476] FWC00168113 (emphasis added).
[1477] FWC00185913.
[1478] FWC00185918.
[1479] FWC00185918.
[1480] FWC00185919.
[1481] FWC00185919.
[1482] FWC00185942-43.
[1483] FWC00184960.
[1484] FWC00183756.
[1485] FWC00183755-56.
[1486] FWC00183756.

226

counsel, the Bid Committee determined not to proceed with sponsoring the Legends Dinner."[1487]

Both Samson Adamu and Ali Al-Thawadi informed the Investigatory Chamber that this was the last contact between them.[1488] Samson Adamu stated that he has not had other business dealings or spoken with Qatar 2022 since it withdrew from the project.[1489]

It appears that while Samson Adamu and his team continued to plan the Legends Dinner, they did so with an eye toward cutting costs wherever possible.[1490] The team discussed ways to reduce the cost of the Dinner, since they were "now counting each penny spent."[1491] This included reaching out to travel agencies about covering travel costs for the legends and discussing the possibility of hiring an MC to host the event for free.[1492] Samson Adamu also began speaking with potential local sponsors, including FNB, Standard Bank, and Coca Cola Nigeria.[1493] In May, Samson Adamu secured several new sponsors, including Lexus.[1494]

On April 20, Ms. Garga sent a revised budget to Mr. Adamu and Mr. Mungazi, noting that their "aim" was to determine "where we can cut costs," "what are our priority payments," and "which payments can [b]e deferred or partially covered because we are already out of cash."[1495] The estimate showed a total cost for the event of $244,712.00, although costs for several line items, including "Venue + dinner (incl Entertainment)," "Local transport," and "Cicilia's Fees," were left blank.[1496] Samson Adamu agreed that the total cost of the Legends Dinner came to "about that amount,"[1497] and he said he and his team were responsible for funding about 90 percent of those costs.[1498]

In response to a request from the Investigatory Chamber, Samson Adamu produced bank statements for an account held by Kinetic Sports Management at Zenith Bank in Nigeria that reflect transfers of approximately $221,278.00 from Kinetic to various vendors, including transfers of R673,742.00 (approximately $91,000) to Champion Tours for venue rental and set up costs for the Legends Dinner,[1499] R164,965 (approximately $22,000) to FBN Conference and Learning

---

[1487] FWC00138592.  *See also* FWC00183966-67; FWC00183971.
[1488] FWC00185939; FWC00184956.
[1489] FWC00185939-40.
[1490] FWC00168113; FWC00168119; FWC00168120-21; FWC00168122-24.
[1491] FWC00168130.
[1492] FWC00168126; FWC00168129-30; FWC00168131-32.
[1493] FWC00168134.
[1494] FWC00168139-40; FWC0016141-43.
[1495] FWC00168136.
[1496] FWC00168137.
[1497] FWC00185925.  Note that this total does not account for the missing line items.
[1498] FWC00185920-23; FWC00185925.
[1499] FWC00166788-90.

MEF000453

Centre in Sandton, South Africa, for hotel accommodations,[1500] and approximately $76,000 to Mr. Mungazi for production of the World Cup 2010 magazine.[1501]

The Legends Dinner took place on June 8, 2010, in Johannesburg.[1502] Approximately 100 guests attended, including Messrs. Anouma and Hayatou.[1503]

Samson Adamu told the Investigatory Chamber that the event was ultimately scaled down "on a major level," by reducing the number of Legends invitees and selling tables at the dinner.[1504] The media workshop was also canceled.[1505] Amos Adamu similarly recalled that his son "was not able to raise enough money to do . . . most of the things he wanted to do" and therefore "removed so many things really that he said he wanted to do."[1506]

Samson Adamu told the Investigatory Chamber that the sale of one or two tables produced about $8,000 in revenue,[1507] and he and his father both said that Amos Adamu provided some funds.[1508] Samson Adamu explained that some parties who funded the Legends Dinner had provided payments in cash, presumably for which there was no record.[1509] Mr. Mungazi stated that Samson Adamu told him that funding came from a "French company," although Samson Adamu apparently did not provide that company's name to Mr. Mungazi.[1510]

Both Samson Adamu and members of Qatar 2022 stated that the Qatar bid team did not pay for any expenses associated with the Dinner.[1511] Samson Adamu said he lost money on the dinner and still owes money to the travel agency he retained.[1512] Consistent with that statement, Mr. Mungazi informed the Investigatory Chamber that while Samson Adamu owed him $40,000 for the production of a booklet about the Legends to accompany the event, he was paid only $10,000.[1513]

---

[1500] FWC00166785-87; FWC00166779-81.

[1501] FWC00185920; FWC00179784.

[1502] FWC00185930-32.

[1503] FWC00185920-21.

[1504] FWC00185915.

[1505] FWC00184932.

[1506] FWC00182957.

[1507] FWC00185922.

[1508] FWC00185922; FWC00182958.

[1509] FWC00185926.

[1510] FWC00183661.

[1511] FWC00185926; FWC00183758-59; FWC00183971.

[1512] FWC00185943.

[1513] FWC00183656;FWC00183659; FWC00183670-71. Bank records provided by Samson Adamu indicate a total payment to Mr. Mungazi of approximately $76,000, with roughly $66,000 paid in April 2010 and $10,000 paid after the Legends Dinner, in August 2010. See FWC001616767-69; FWC00166782-84. Mr. Mungazi characterized his relationship with Samson Adamu as purely contractual, stating that he had only spoken with Samson once prior to January 2010 and that his

228

Mr. Mungazi also said that far from having "recanted" a signed Affirmation, as a confidential source represented to the Investigatory Chamber, he never signed the Affirmation in the first place. The document, he said, was falsified by two men posing as investigators working for a major U.S. television network,[1514] and the signature over his name was not his own.[1515] He stated that these individuals approached him about conducting an investigation into possible payments from Qatar to Amos Adamu.[1516] According to Mr. Mungazi, the "investigators" told him that they had drafted the Affirmation in his name because "it was the only way they are to guarantee money from the client, who was about to pull out because they had been waiting on this for more than two years."[1517] Mr. Mungazi stated that he told them he was unwilling to assist their project.[1518] Given certain concerns about the confidential source who provided the Affiramtion, as well as Mr. Mungazi's demeanor during the interview, the Investigatory Chamber finds Mr. Mungazi's account of these events credible.

### 3.    Conclusion

No evidence in the record indicates that the Qatar bid team or anyone associated with it made any payments to Mr. Adamu or related parties or entities, or any other payments in relation to the Legends Dinner. The record establishes, however, that Qatar 2022 negotiated with the son of an Executive Committee member who had only just graduated from the FIFA Masters Program[1519] and had little or no experience engaging in this type of project, particularly one contemplating a payment in excess of $1 million.[1520] Attempts to analogize this to sponsorship of the CAF Congress ignore the issue of significant financial and other benefits going directly to the son of a FIFA Executive Committee member.

While Qatar 2022's withdrawal from the projected mitigated its behavior, entering into negotiations with Samson Adamu—negotiations that progressed for more than a month, to the point that at least one draft contract was exchanged—created the appearance of misconduct, and indeed led to media reports that Qatar 2022 improperly provided a benefit to the son of an Executive Committee member.[1521]

---

involvement with the Legends Dinner was limited to producing the booklet. *See* FWC00183658-59; FWC00183670-71.

[1514] FWC00183678-89.

[1515] FWC00183680; FWC00183681; FWC00183690.

[1516] FWC00183682-83.

[1517] FWC00183688.

[1518] FWC00183679-80.

[1519] *See* FWC00185928-29.

[1520] FWC00185929 (confirming that this was his first "major project"); FWC00157250 ("[T]his is my first project after finishing my studies and it's quite a big one so I'm not as organized in terms of the set up").

[1521] FWC00182947-48. *See* Part XIV(C).

229

Amos Adamu has admitted to promoting the Legends Dinner to CAF.[1522] Despite his statements to the contrary, the Investigatory Chamber has seen evidence indicating that Amos was aware of the contemplated sponsorship by Qatar 2022 at the time of this presentation. This is a *prima facie* violation of the FCE, given that he was aware that his son would benefit from this business arrangement with a 2022 World Cup bidding nation.

Moreover, Amos Adamu appeared evasive in answering questions during his interview with the Investigatory Chamber, particularly when it came to identifying who he was referring to when he told the undercover journalists that he had "already given his word" to another bid, although later stating he had intended to vote for Qatar.[1523]

Amos Adamu's reluctance to identify Qatar as his intended vote, combined with his activities in promoting the Legends Dinner—an event sponsored by the Qatar bid team that would provide a direct financial benefit to his son—adds to the appearance of impropriety here. While the undercover tape was made months after the Qatar bid team withdrew from any sponsorship, his failure to be forthcoming in clarifying the facts of the case in this inquiry is disturbing, especially in light of the fact that Mr. Adamu has already been banned for a substantial period of time for violating the ethical rules with respect to this bidding process.

Accordingly, we find that there is a prima facie case that Mr. Adamu violated the relevant ethics provisions governing conflict of interest and general conduct related to his actions with respect to the planning of the Legends Dinner. *See* Part XIV(A)(3)(a).

## G.    Payments from Mohamed Bin Hammam

Qatar 2022 has characterized its relationship with Mohamed Bin Hammam of Qatar, who was a FIFA Vice President during the bidding process, as follows:

> Mohamed Bin Hammam did not in 2009 through 2010, and does not today, hold any formal or informal position with the QFA, the [Supreme Committee for Delivery and Legacy], or the Bid Committee and his actions are not attributable to the Qatar bid. In 2010, Mr. Bin Hammam was the President of the Asian Football Confederation ("AFC") and one of its representatives to the FIFA ExCo. Also, though it was unknown to the Bid Committee at the time, Mr. Bin Hammam was laying the groundwork for his own campaign for FIFA President in 2011.

---

[1522] FWC00182947-48.
[1523] Adamu Tr. 12-17.

230

While the Bid Committee did participate in some of the same football-related events as Mr. Bin Hammam in 2009 and 2010, his interactions with the Bid Committee were limited.  In contrast to other bidding nations, which had ExCo Members serve as the Chair of their respective bid committees, Mr. Bin Hammam did not consistently support Qatar's quest to host the FIFA World Cup.  At the outset of the process, he argued against the nation submitting a bid, perhaps because it conflicted with his own FIFA presidential ambitions.  It was only in 2010 that Mr. Bin Hammam appeared to support the submission of a bid, but even then he did not advise or work closely with the Bid Committee.  Indeed, until the end, some members of the Bid Committee were not certain that Mr. Bin Hammam planned to vote for the Qatar bid on December 2, 2010.[1524]

That statement is consistent with evidence before the Investigatory Chamber.  While Mr. Bin Hammam actively supported the Qatar bid as the December 2, 2010 World Cup vote neared, the relationship between him and the bid team appears to been somewhat distant relative to the relationships of other Executive Committee members from bid nations, including Executive Committee members who, like Mr. Bin Hammam, did not have a formal role with any bid.

The Ethics Committee conducted proceedings against Mr. Bin Hammam in 2011 and 2012.  Mr. Bin Hammam was interviewed and provided written statements and documents during those and related matters.[1525]  In a final report submitted with the supporting evidence to the Adjudicatory Chamber and to Mr. Bin Hammam on December 3, 2012 (the "December 2012 Bin Hammam Report"), the Investigatory Chamber concluded that "Mr. Bin Hammam has engaged in a pattern of misconduct" in violation of the FCE.[1526]  Based on that report, the Adjudicatory Chamber banned Mr. Bin Hammam from football-related activity for life.  Mr. Bin Hammam, who had appealed a previous lifetime ban from the Ethics Committee in 2011 to CAS and secured a reversal, did not appeal the December 2012 ban.

The December 2012 Bin Hammam Report and the documents it relied on to reach its findings are included in the record here.[1527]  As noted previously, Mr. Bin Hammam's attorney of record in the prior proceedings did not respond to the

---

[1524] FWC00138533-34.

[1525] *See, e.g.,* FWC00177365-552; FWC00177575-628.

[1526] FWC00174132.

[1527] *See* FWC00174066-138 (December 2012 Bin Hammam Report); FWC00174139-9163 (Appendix to December 2012 Bin Hammam Report).

231

Investigatory Chamber's request to speak with Mr. Bin Hammam in connection with the present inquiry.[1528]

### 1.   Payments to CAF Officials

A news report published in June 2014 alleged that Mr. Bin Hammam made a number of "secret payments that helped Qatar to win the World Cup bid."[1529] Among other improper behavior, the report alleged, Mr. Bin Hammam repeatedly conferred payments and other benefits to association presidents and other officials from CAF.[1530]

The December 2012 Bin Hammam Report addressed these payments in depth and concluded that they were improper.[1531]  It discussed, for example, events Mr. Bin Hammam hosted for African football officials in Kuala Lumpur in June and October 2008 in which attendees "had their travel, hotel, transportation, and meal expenses paid for, and also received cash 'allowances' of $3,000 to $5,000 apiece,"[1532] as well as a series of payments and other benefits Mr. Bin Hammam conferred to CAF football associations and officials from June 2009 to May 2011.

The record before the Investigatory Chamber does not, however, support the conclusion that the purpose of these payments was to "help[] Qatar to win the World Cup bid."  Records do show that bid officials paid certain expenses, such as ground transportation costs, incurred by CAF officials who visited Doha at Mr. Bin Hammam's invitation in December 2009.[1533]  Qatar 2022 CEO Hassan Al-Thawadi told the Investigatory Chamber the bid team paid those costs because it toured the delegates around Qatar as part of the "process to promote the country."[1534]  No evidence in the record indicates that Qatar 2022 conferred cash or other improper benefits to CAF officials in December 2009 or at any other time, or that the bid team was involved in any way with payments the CAF officials received from Mr. Bin Hammam.

Rather, the evidence before the Investigatory Chamber strongly suggests that Mr. Bin Hammam paid CAF officials to influence their votes in the June 2011 election for FIFA President.  Only FIFA Executive Committee members participated in the December 2, 2010 World Cup vote, leaving the various CAF association officials who received benefits from Mr. Bin Hammam essentially without means to influence the bidding process in Qatar's favor.  In contrast, every member association had a vote in the presidential election.  Mr. Bin Hammam was

---

[1528] See Part IV(B).

[1529] FWC00185066.

[1530] See FWC00185067.

[1531] See, e.g., FWC00174093-108 (describing payments and other benefits provided to CAF officials and citing voluminous documentary evidence).

[1532] FWC00174093.

[1533] See, e.g., FWC00128172-74; FWC00128175-76; FWC00166519.

[1534] FWC00183949.

MEF000458

a candidate in that election until late May 2011, when the FIFA Ethics Committee suspended him amid allegations he made cash payments to presidential voting delegates from other associations weeks earlier. Evidence discussed in the December 2012 Bin Hammam Report demonstrates that Mr. Bin Hammam continued to make improper payments to CAF officials after the December 2, 2010 World Cup vote, through the months leading up to the June 2011 election. For example, the December 2012 Bin Hammam report described Mr. Bin Hammam's payments to a Gambian football official, Seedy Kinteh, of $10,000 in February 2010, $50,000 in March 2011, and $9,396 in April 2011; his payments to a Zambian football official, Kalusha Bwalya, of $50,000 in December 2009 and $30,000 in April 2011; and his payments to the Niger association or its President, Col. Djibrilla Hima Hamidou, of $50,000 in April 2010 and $10,000 in May 2011.[1535]  Payments to officials from outside CAF were also the subject of the December 2012 Bin Hammam Report, and those payments spanned the 2010 to 2011 period.

There is no question Mr. Bin Hammam's payments to CAF officials and others were improper and violated the Code of Ethics. Mr. Bin Hammam has already been sanctioned for his violations with a lifetime ban. Formal investigatory proceedings were also opened against a number of the recipients of Mr. Bin Hammam's "gifts." Those cases are ongoing.

### 2.   Payments to Jack Warner

An allegation surfaced publicly in March 2014 that a company linked to Mohamed Bin Hammam paid former FIFA Vice President Jack Warner $1.2 million "shortly after the decision to award" Qatar the World Cup.[1536]  The public report about this payment suggested a causal relationship between the December 2, 2010 World Cup vote and Mr. Bin Hammam's subsequent payment to Mr. Warner:

> It can be disclosed that a company owned by Mohamed Bin Hammam, the Fifa executive member for Qatar, appeared to pay $1.2 million (£720,000) to Mr Warner in 2011.
>
> A note from one of Mr Warner's companies, Jamad, to Mr Bin Hammam's firm, Kemco, requested $1.2 million in payment for work carried out between 2005 and 2010.
>
> The document is dated December 15, 2010, two weeks after Qatar won the right to host the tournament, and states that the money is "payable to Jack Warner."[1537]

---

[1535] *See* FWC00174100-104
[1536] FWC00185070.
[1537] FWC00185070-71.

MEF000459

While that language implies that Mr. Warner sent the $1.2 million invoice on or around "December 15, 2010, two weeks after Qatar won the right to host the tournament," and that the payment he ultimately received "in 2011" thus related to "work carried out" before that time, the report does not specify when the document "dated December 15, 2010" was actually transmitted.[1538]

The media outlet that published the article declined to provide the Investigatory Chamber with additional information or documents. While the Investigatory Chamber has yet to see a document confirming when the "December 15, 2010" document was sent, a third-party source whose access to authentic documents appears credible provided what appears to be the $1.2 million invoice referenced in the public report. The document purports to be a "Jamad Limited" invoice dated December 15, 2010 billing Mr. Bin Hammam's company, Khalid Electrical and Mechanical ("Kemco"), $1,212,000 "[p]ayable to Jack Warner" for "Professional Services—Motivational/Leadership Advice" provided from 2005 through 2010.[1539]

Significant evidence indicates that the document was prepared and sent in or around July 2011—and that it does not relate to the World Cup vote. Among other topics, some but not all of which are addressed elsewhere in this report,[1540] the December 2012 Bin Hammam Report described Mr. Bin Hammam's 2011 payments to Mr. Warner and related parties, including his sons Daryll Warner and Daryan Warner.

As explained in the December 2012 Bin Hammam Report and supported by that document's citations to the record from those proceedings, the FIFA Ethics Committee opened proceedings against Mr. Bin Hammam in May 2011 based on certain cash payments allegedly made to members of the Caribbean Football Union ("CFU") during a meeting in Trinidad and Tobago earlier that month.[1541] Mr. Bin Hammam allegedly made the payments in order to promote his campaign for the FIFA presidency.[1542] Following a hearing in July 2011, the FIFA Ethics Committee issued a decision finding Mr. Bin Hammam "guilty of infringement" of the 2009 FCE. As a result, Mr. Bin Hammam was banned from taking part in any football-related activity at the national or international level for life.[1543] Mr. Bin Hammam appealed the decision to the FIFA Appeal Committee, which held a hearing in September 2011 and confirmed the decision of the FIFA Ethics Committee shortly thereafter. Mr. Bin Hammam then filed an appeal with the Court of Arbitration for Sports ("CAS").[1544] By a 2-1 majority, CAS reversed the ban on the basis that the

---

[1538] *See* FWC00185070-75.
[1539] *See* FWC00185136.
[1540] *See* Parts X(G)(2) and (3).
[1541] *See* FWC00174069.
[1542] FWC00174069.
[1543] FWC00174069.
[1544] FWC00174069.

MEF000460

evidence before it was insufficient to prove that Mr. Bin Hammam made the payments to CFU delegates as alleged.[1545]

As CFU President at the time of the alleged payments in May 2011, Mr. Warner was a central figure in that case. However, he did not participate in those 2011 proceedings. Mr. Warner resigned from international football on June 20, 2011, then announced the next day that he would not speak with the investigator retained by FIFA to investigate Mr. Bin Hammam's conduct, saying he would rather "die first." That refusal to cooperate left a gap in the evidence, as noted in the CAS Panel's decision vacating Mr. Bin Hammam's ban from football:

> If Mr. Warner had been available for examination, it may have been possible to place some degree of reliance on some of his statements, including those against his own interest. The Panel invited him to appear, but he has declined to do so. In these circumstances, the majority of the Panel finds it difficult to place any reliance on any statement he has made, whether in the form of a witness statement or in anything he has said to a third person and which is before the Panel in the form of evidence provided by that third person.

It was around the time of Mr. Warner's resignation that Mr. Bin Hammam was in the process of sending him more than $1.2 million. On June 8, 2011, Joanne Mora, acting on Mr. Warner's behalf, tried to contact Mr. Bin Hammam, through his assistant Najeeb Chirakal, with "an urgent message." Some 90 minutes later, Ms. Mora sent Mr. Chirakal an email under the subject heading "Wiring Instructions." The email instructed Mr. Chirakal to send "the payment" to three accounts in three different amounts: $412,000, $368,000, and $432,000—for a total payment of $1,212,000. The $412,000 payment was to be sent to an account in Ms. Mora's name; the $432,000 payment was to be sent to an account held by "Daryll Warner"; and the $368,000 was for an account held by "We Buy Houses Limited."

The transactions hit a snag. Ms. Mora notified Mr. Chirakal on June 16 that the banks receiving the transfers "are all asking for a letter from you stating that the funds came from you" and also stating "the purpose" of the payments. Ms. Mora provided draft language for the three letters:

June 16, 2011

To whom it may concern

Dear Sir/Madam

---

[1545] FWC00174069.

235

This is to advise that monies in the amount of US $412,000.00 was wire transferred to Ms. Joanne Mora by Khalid Electrical and Mechanical to offset expenses associated with meetings held in Trinidad and Tobago, Zurich, Switzerland and New York, USA of delegates and officers of the Caribbean. Such costs include but are not limited to airfare, accommodation, meeting logistics, interpretation equipment and services, etc..

Please be advised accordingly.

Respectfully,

_____

Khalid Electrical and Mechanical

\*     \*      \*

June 16, 2011

To whom it may concern

Dear Sir/Madam

This is to advise that monies in the amount of US $432,000.00 was wire transferred to Mr. Daryll Warner by Khalid Electrical and Mechanical to offset legal expenses incurred by legal counsel in Trinidad and Tobago on an on-going matter.

Please be advised accordingly.

Respectfully,

_____

Khalid Electrical and Mechanical

\*     \*      \*

June 16, 2011

To whom it may concern

Dear Sir/Madam

This is to advise that monies in the amount of US $368,000.00 was wire transferred to We Buy Houses Limited by Khalid Electrical

236

**MEF000462**

and Mechanical to offset legal expenses for foreign lawyers as well as for expenses associated with meetings of delegates and officers of the Caribbean Football Union in the Caribbean. Such costs include but not limited to airfare, accommodation and meeting logistics.

Please be advised accordingly.

Respectfully,

_____

Khalid Electrical and Mechanical

Mr. Chirakal forwarded Ms. Mora's message about the bank letters to a "Mr. Farid," along with a message that Mr. Bin Hammam wanted Mr. Farid to "send the 3 letters as requested." On June 20, Mr. Chirakal sent Ms. Mora the three letters she had drafted earlier—except that the letters were now on Kemco letterhead and signed by "M.I. FAIRD, Dy. General Manager –Finance & Admn."

Even with the letters, the transactions did not go through. Ms. Mora notified Mr. Chirakal on June 22 that the banks needed still more information to verify that the transfers were "not for money laundering purposes," and she again provided text for the requested letters:

To whom it may concern:

Dear Sir/Madam

This serves to advise that Khalid Electrical & Mechanical Est. contracted Joanne Mora based on her relationship, understanding and history with all the players, regionally and internationally, who play an integral role as part of the team for our Managing Director as it relates to the FIFA bribery allegations. As stated in our June 16th 2011 letter, the sum of money in the amount of US $412,000.00 is to be used to cover expenses associated with the matter, some of which have already been incurred as well as other expenses that have been invoiced and yet to be paid.

Please be advised accordingly.

Respectively,

_____

For Khalid Electrical & Mechanical EST.

\*     \*     \*

237

MEF000463

To whom it may concern:

Dear Sir/Madam

This serves to advise that Khalid Electrical & Mechanical Est. contracted Daryan Warner through We Buy Houses based on his understanding, contacts and history with the regional players who make up an integral part of the defence team for our Managing Director pursuant to FIFA bribery allegations. As stated in our letter of June 11, 2011, the value is US $316,000 and this is an initial deposit to offset legal and other expenses related to the matter.

Please be advised accordingly.

Respectively,

_____

For Khalid Electrical & Mechanical EST.

\*     \*      \*

To whom it may concern:

Dear Sir/Madam

This serves to advise that Khalid Electrical & Mechanical Est. contracted Daryll Warner based on his contacts and history with the regional players who make up an integral part of the defence team for our Managing Director pursuant to FIFA bribery allegations. As stated in our letter of June 11, 2011, the value is US $432,000.00 to offset legal expenses incurred in Trinidad and Tobago.

Please be advised accordingly.

Respectively,

_____

For Khalid Electrical & Mechanical EST.

238

MEF000464

Attempts to wire the payments nonetheless failed once again.[1546]  On July 10, 2011, Ms. Mora recommended a different approach to persuading the banks to process the transfers:

> I have been advised that the funds should:
>
> (i) be sent in parts rather than the entire amount, within at least one week of each other (500K, 212K, 500K)
>
> (ii) be sent from another account, possibly one that is more directly related to football and the reason for sending same could be payment for advisory/professional services rendered.[1547]

Mr. Farid notified Ms. Mora and Mr. Chirakal on July 13, 2011, that he was unable to prepare a letter on letterhead from a football-related entity because "all Clubs in Qatar are Government managed and we cannot get such a letter from them."[1548]  Instead, Mr. Farid wrote, he would "be arranging the letter confirming *'professional services provided over the period 2005 - 2010.' on the letterhead of the company transferring the funds.*"[1549]  The next day, Mr. Farid notified Ms. Mora and Mr. Chirakal that "[t]he funds have been transferred."[1550]  He attached a July 11, 2014 letter stating that Kemco was transferring $1,212,000 to Mr. Warner "to offset Professional Services provided over the period 2005-2010"[1551]—the same payor, the same amount, the same services, and the same time period noted on the "invoice" dated December 15, 2010—as well as a Doha Bank wire-transfer receipt confirming the wire had been sent to a bank in New York from an account held by Kemco.[1552]  Mr. Bin Hammam represented during the 2012 proceedings that he made the payments to Jack Warner from his own "personal funds" for the purpose of "cover[ing] part of Mr Jack Warner's legal expenses."[1553]

For the reasons discussed above, it appears the document purportedly dated December 15, 2010 was used to facilitate a transfer of $1,212,000 from Mr. Bin Hammam to Mr. Warner in connection with Mr. Warner's decision to resign from FIFA and refuse to cooperate in the proceedings against Mr. Bin Hammam.  As set forth in the December 2012 Bin Hammam Report, that payment breached the FIFA Code of Ethics.[1554]  On this record, however, that misconduct does not appear related to the December 2, 2010 World Cup vote.  *See* Part XIV(A)(3)(c).

---

[1546] *See* FWC00185077; FWC00185080-83.
[1547] FWC00185079 (emphasis added).
[1548] FWC00185076.
[1549] FWC00185076 (emphasis added).
[1550] FWC00185088.
[1551] FWC00185089.
[1552] *See* FWC00185090.
[1553] FWC00176794-97.
[1554] FWC00174129.

239

### 3.    Payments to Reynald Temarii

In June 2014, allegations surfaced in the media surrounding payments made by Mr. Bin Hammam to OFC Executive Committee member Reynald Temarii.[1555] In substance, the allegations were that Mr. Bin Hammam, and by extension the Qatar bid team, had paid Mr. Temarii so that he would appeal his suspension by the FIFA Ethics Committee and so block OFC from replacing him before the December 2, 2010 vote.  As the OFC had already made public its intentions regarding how its Executive Committee member would vote, that procedural maneuver would in turn deny Australia (and England) a vote.  While there was some speculation in the media as to whether this inquiry would assess these allegations, as is clear from the analysis below, the facts and circumstances of the Bin Hammam-Temarii payments were investigated as part of a prior Ethics Committee proceeding and were made part of the charged violations in the Investigatory Chamber's final report in that case filed in December 2012.  The sections below present those facts again, along with an analysis of information developed since the filing of the earlier report, in relation to the present inquiry.

### a.    OFC's Support for Australia

The OFC was relatively transparent about its approach the World Cup hosting decision.  Although the OFC's seat on the FIFA Executive Committee was held by Mr. Temarii, his vote was seen as an expression of the will of the Confederation.[1556]  As a result, it was intended that Mr. Temarii would exercise his vote as directed by OFC's Executive Committee.[1557]  The OFC Executive Committee established three criteria to assess each bid:  (1) the amount of economic benefits that would be generated for FIFA and the rest of the confederations (such as profits from TV rights or marketing); (2) whether OFC had an existing relationship with the bidder; and (3) benefits that would flow to OFC if that bidder hosted.[1558]  In mid-October 2010, the OFC Executive Committee decided—and documented in the meeting minutes—whom Mr. Temarii would support:  for the 2018 World Cup host, Mr. Temarii would vote for England's bid, and if England were eliminated, for Spain's bid; and for the 2022 World Cup, Mr. Temarii would vote for Australia's bid, and if Australia were eliminated, for the United States's bid.[1559]  OFC's intention to

---

[1555] *See* FWC00185066-69, at FWC000185069.

[1556] *See, e.g.,* FWC00182306-07; FWC00175315 (in an interview on Oct. 16, 2012, Mr. Temarii said: "[I]t was my feeling that I cannot vote on my own.  It was my feeling that this vote is not mine, but Oceania own votes.")

[1557] *See, e.g.,* FWC00182306-07; FWC00175315.

[1558] FWC00182303-04.

[1559] FWC00173689-94, at FWC00173691; *see also* FWC00182303-04.  During an interview with the Investigatory Chamber on June 20, 2014, Mr. Temarii noted that, of the seven or eight OFC Executive Committee members who participated in the decision regarding Mr. Temarii's votes, "only one supported the . . . bid of Qatar . . . It was the president of New Caledonia." FWC00183608.

240

support Australia's bid for the 2022 World Cup was publicly reported as early as October 17.[1560]   According to Mr. Temarii, "everybody" understood that "I will vote first for Australia."[1561]

### b.   The Suspension

As discussed generally in Part III(C)(8), on September 24, 2010, an undercover Sunday Times newspaper reporter covertly recorded a conversation Mr. Temarii during which he purportedly discussed exchanging his vote for certain benefits.  On October 17, 2010, the Sunday Times published articles recounting the conversation with Mr. Temarii.[1562]  The FIFA Ethics Committee opened proceedings against Mr. Temarii the next day, and on November 17, 2010, it suspended Mr. Temarii from football-related activity for one year for violating 2009 FCE Article 3(1-2), and Article 9(1).[1563]

The suspension of Mr. Temarii, OFC's lone representative on the FIFA Executive Committee, cast doubt on whether OFC would be able to support the designated World Cup bids with a vote in the December 2 election.  OFC, through its General Secretary Tai Nicholas, sought permission from FIFA Secretary General Jérôme Valcke to appoint the OFC Senior Vice President to replace Mr. Temarii on the FIFA Executive Committee on an interim basis, until OFC could select a permanent replacement at its next Congress.[1564]  But on November 23, 2010, Secretary General Valcke responded that Mr. Temarii "only can be replaced by OFC as FIFA Vice President once he fully accepted the decision of the FIFA Ethics Committee taken on 17 November 2010."[1565]   Hence, whether OFC could replace Mr. Temarii and thus vote for 2018 and 2022 World Cup hosts hinged on whether Mr. Temarii would waive his right to appeal the FIFA Ethics Committee's decision.

Unsurprisingly, the Australian bid team—which had been counting on Mr. Temarii's vote[1566]—expressed great concern in emails regarding whether the OFC would be able to replace Mr. Temarii in time for the vote.[1567]  On October 17, 2010, Peter Hargitay, a consultant for the Australian bid team, wrote to Secretary General Valcke, copying President Blatter, noting that he had had a great deal of media calls on the suspensions and adding that the "general consensus was that, while every single one felt Mr. Adamu should get eliminated, Mr. Temarii 'didn't really do that much wrong.'"[1568]  With respect to Mr. Temarii, Mr. Hargitay

---

[1560] *See, e.g.*, FWC00178658.
[1561] FWC00175313; *see also* FWC00175315.
[1562] FWC00185971-72; FWC00185966-70.
[1563] FWC00178650.
[1564] FWC00178659-60.
[1565] FWC00178661.
[1566] *See* Part V(D).
[1567] *See, e.g.*, FWC00119882-83.
[1568] FWC00171112.

MEF000467

continued, "[a]llow me to recommend therefore not to take drastic action: the evidence against him does not seem to hold up, it seems?"[1569]

### c.    Decision to Appeal

On November 23, 2010—the same day Messrs. Nicholas and Valcke exchanged letters concerning replacing the OFC Executive Committee member—Mr. Temarii and his friend Lara Farahei traveled from New Zealand to Kuala Lumpur.[1570] There, they met with Mr. Bin Hammam, who had invited Mr. Temarii to make the trip after the November meeting of the FIFA Executive Committee, and Mr. Manilal Fernando.[1571] Mr. Bin Hammam paid for Mr. Temarii and Ms. Farahei's travel expenses,[1572] which included flight costs of $19,975.[1573] According to Mr. Temarii, his meeting with Messrs. Bin Hammam and Fernando included discussion of Mr. Temarii's "[r]ights of appeal against the decision of the Ethics Committee."[1574] According to Mr. Nicholas neither he nor any other OFC Executive Committee members were aware of Mr. Temarii's trip to Kuala Lumpur until after his return.[1575]

In the days immediately following Mr. Temarii's visit to Kuala Lumpur, OFC officials came to believe that Mr. Temarii would not appeal the FIFA Ethics Committee's decision, and the Confederation would thus be able to send a representative to vote on December 2. On November 27, the OFC Executive Committee appointed the Acting OFC President, David Chung, to replace Mr. Temarii as FIFA Vice President.[1576] OFC immediately notified FIFA of Mr. Chung's appointment, and, referencing Mr. Valcke's November 25 statement conditioning OFC's ability to appoint a representative by December 2 on a decision by Mr. Temarii to waive his right to appeal, stated that "[i]t is our understanding that Mr. Reynald Temarii will shortly communicate to FIFA directly his acceptance of the decision by the FIFA Ethics Committee."[1577]    Accordingly, OFC's notice to FIFA continued, Mr. Chung would be traveling to Zurich to participate in the December 2 voting as a member of the FIFA Executive Committee.[1578]

Mr. Temarii, however, continued to equivocate about whether he would challenge the Ethics Committee's decision. He told Mr. Chung on November 28 that he was still considering his options.[1579]  Later that night, however, Mr. Temarii

---

[1569] FWC00171112.
[1570] FWC00178662.
[1571] FWC00175305.
[1572] *See* FWC00176896; FWC00176865.
[1573] *See* FWC00178662; FWC00175318-19.
[1574] FWC00175305-06.
[1575] FWC00182335-37.
[1576] FWC00178664.
[1577] FWC00178665.
[1578] *See* FWC00178666.
[1579] *See* FWC00178667.

MEF000468

emailed Ben Buckley, the CEO of FFA, and explained that he wished to organize a press conference in Sydney on December 1 to announce that he would "not go to the appeal committee in order for OFC's representative, David [Chung], to support Australia's bid."[1580]  The following morning, Mr. Temarii met with OFC members, including Mr. Chung, and communicated that he would not appeal.[1581]

As a result, believing he would be able to vote on OFC's behalf on December 2, Mr. Chung traveled to Zurich on November 29.[1582]  During this period, since receiving Mr. Temarii's email on November 28 regarding the press conference, Mr. Buckley repeatedly tried to contact Mr. Temarii without success, the last attempt occurring in the morning of November 30.[1583]

On November 30, Mr. Temarii changed course a final time, writing in an email to David Chung:

> My lawyer called to inform me that the general attorney of Geneva will launch legal proceedings against FIFA to establish of not the facts of corruption.  She informed me that it is important for me to not admit guilty in order to keep all my rights in front of the court of switzerland.  Therefore, you are the first one that I have to inform about my decision to appeal.  I hope that you will understand my decision.  You still have my support to be the new President of our confederation.[1584]

Later that day, Mr. Temarii announced in a press release that he would appeal the Ethics Committee's decision "[d]espite pressures and issues at stake for the OFC."[1585]

As a result, neither Mr. Chung nor any other representative from OFC could vote to select hosts for the 2018 and 2022 World Cup tournaments, a development that necessarily damaged England's and Australia's prospects for hosting the 2018 and 2022 World Cups, respectively, while also boosting the prospects of England's and Australia's competitors.

On December 3, 2010, the day after the FIFA Executive Committee selected Russia and Qatar as the respective hosts of the 2018 and 2022 World Cup, Mr. Temarii sent Mr. Bin Hammam the following note—under the subject heading "Congratulations!"—in response to Qatar's victory:

Dear Mohamed,

---

[1580] FWC00119551.
[1581] *See* FWC00178668.
[1582] *See* FWC00178669.
[1583] *See* FWC00119552; FWC00119551; FWC00119547-48.
[1584] FWC00185018-19.
[1585] FWC00178670.

MEF000469

> Just a few words to congratulate you and your team.  I wish you all the best[] for Qatar 2022.
>
> And once again, thank you for your kind support.
>
> Kindest[] regards,
>
> Reynald[1586]

Mr. Bin Hammam responded two days later:

> Dear Reynald
>
> Many thanks for your congratulation on Qatar's successful bid to host World Cup 2022.
>
> I wanted to extend my sincere gratitu[de] and appreciation for your support and I am confident that with your continued support and collaboration Qatar will stage an amazing world Cup of our beloved game.
>
> Kind regards
>
> Mohamed[1587]

### d.     Transfer of €305,000

The month following the vote for World Cup hosts, a Jean-Charles Brisard of JCB Consulting International sent Mr. Bin Hammam the following message via email:

> Subject: Urgent & Confidential – Reynald Temarii's legal costs
>
> Dear Mr Bin Hammam,
>
> Per Mr Temarii's request, please find attached the current provisional budget for Mr Temarii's defense and the bank account details of my company following the signing of an administrative and financial management agreement between us.  Should you require any additional information, please do not hesitate to contact me.[1588]

---

[1586] FWC00178671.
[1587] FWC00178671.
[1588] FWC00178672.

MEF000470

The message attached a chart, titled "CURRENT & PROVISIONAL BUDGET, Affaire TEMARII," listing total fees and expenses of €365,540,[1589] as well as bank account details for an account held by JCB Consulting.[1590]  Mr. Bin Hammam instructed his assistant Ms. Be to forward the message to Mr. Chirakal.  On February 2, 2011, Mr. Chirakal responded directly to Mr. Temarii, attaching a receipt reflecting the transfer of €200,000 to JCB Consulting.[1591]  The receipt shows that the funds were sent by Aisha Mohd Al Abdulla,[1592] who is the Finance Director of Kemco Group and Mr. Bin Hammam's daughter.[1593]

In early February 2011, the Appeal Committee of FIFA denied Mr. Temarii's appeal.[1594]

On March 25, 2011, an email to Mr. Bin Hammam sent on Mr. Temarii's behalf by a "Steeve Austin" requested "confirmation of the transfer of 105,650 on his lawyer's account in Switzerland."[1595]  Mr. Chirakal, on behalf of Mr. Bin Hammam, obtained the bank account information needed to transfer the funds, then, on April 5, 2011, forwarded that information to Pierre Kakhia of the World Sports Group ("WSG"), stating, "Please find the bank account details for transferring Euro 105,640 to the lawyer."[1596]  WSG was the counterparty to multiple broadcasting rights agreements with the AFC.[1597]  WSG's website lists Mr. Kakhia as "President, West Asia."[1598]

     *e.*      *October 2012 Initiation of Investigation Proceedings*

On October 3, 2012, after the documents discussed came to light during an Ethics Committee proceeding against Mr. Bin Hammam, the Ethics Committee opened a formal investigation into Mr. Temarii.[1599]  As part of the investigation, the Ethics Committee interviewed Mr. Temarii in Kuala Lumpur on October 16, 2012.[1600]  After receiving the initial referral regarding this case, the investigation into Mr. Temarii's conduct was incorporated into the expanded inquiry into the World Cup bidding process.

---

[1589] FWC00178673.
[1590] FWC00178674.
[1591] *See* FWC00178675-76.
[1592] *See* FWC00178676.
[1593] *See* FWC00176876.
[1594] *See* FWC00178677-705.
[1595] FWC00178706-07.  Mr. Temarii claimed that "Steeve Austin" was in fact his friend and "personal assistant" Billy Vaitoare.  FWC00175341-42; *see also* FWC00182323; FWC00125029.  Mr. Temarii claimed he did not know why Mr. Vaitoare sent the message under this name. FWC00175341-42.
[1596] FWC00178706.
[1597] *See, e.g.*, FWC00174078.
[1598] FWC00178708.
[1599] FWC00185021-23.
[1600] FWC00175308.

MEF000471

In a sworn declaration to the FIFA Ethics Committee dated October 14, 2012, Mr. Temarii said that at his November 25, 2010 meeting in Kuala Lumpur, Mr. Bin Hammam encouraged him to appeal his ban and "proposed . . . to personally arrange for my defence by making his attorneys available to me."[1601]  According to Mr. Temarii, he declined Mr. Bin Hammam's offer because he had already retained a lawyer, and Mr. Chung, the interim OFC president, had indicated that OFC would likely provide $125,000 USD to Mr. Temarii for services rendered, which Mr. Temarii intended to put toward his legal expenses.[1602]  In December 2010, the OFC Executive Committee granted Temarii an indemnity in that amount, which Mr. Temarii "planned to use entirely to pay the attorneys retained for my defence."[1603]  According to Mr. Temarii, when OFC failed to pay the indemnity within the next month, "based on my analysis of the situation . . . I decided to refuse to accept the indemnity . . . ."[1604]  Mr. Temarii concluded, "This is how I finally came to accept Mr. Bin Hammam's offer in January 2011 to assist me, exclusively and in his personal capacity, in my defence to to bear my attorney fees."[1605]

Mr. Nicholas provided a somewhat different account regarding Mr. Temarii's request for indemnification from the OFC.  In a written statement to the Ethics Committee dated October 10, 2012, Mr. Nicholas stated that the OFC initially rejected Mr. Temarii's request for $135,000 on November 27, 2010[1606]—which, if accurate, perhaps exacerbated Mr. Temarii's uncertainty regarding whether to appeal.  Mr. Nicholas also explained that while the $135,000 payment to Mr. Temarii was approved in December, a new OFC Executive Committee, elected on January 15, 2011, overturned the prior committee's decision.[1607]  Thus, while Mr. Temarii claimed he unilaterally decided in January 2011 not to accept the OFC's indemnity,[1608] Mr. Nicholas said the new OFC Executive Committee decided not to make that payment.

### f.    Conclusion

It was widely reported that Mr. Temarii planned to vote for Australia's bid,[1609] and contemporaneous accounts indicated Mr. Temarii was well aware that his appeal would negatively affect Australia's bid.[1610]  Mr. Temarii acknowledged he had questions about Mr. Bin Hammam's motivation:  Asked why Mr. Bin Hammam would support him given his allegiance to the Australia bid, Mr. Temarii said he

---

[1601] FWC00175305-06.
[1602] FWC00175306.
[1603] FWC00175307.
[1604] FWC00175307.
[1605] FWC00175305-06.
[1606] FWC00173732.
[1607] FWC00173732.
[1608] *See* FWC00175307.
[1609] *See* FWC00175313.
[1610] *See* FWC00119551; FWC00178668.

MEF000472

asked Mr. Bin Hammam "the same question [be]cause it's surprising."[1611] According to Mr. Temarii, Mr. Bin Hammam told him "he wanted to fight for justice. He had a feeling that . . . what happened to me was unjust, regarding the Sunday Times affair."[1612]  Mr. Temarii said he nevertheless declined Mr. Bin Hammam's offer of support at the November 2010 meeting in Kuala Lumpur.[1613] Yet, on the day of the vote Mr. Temarii wished Mr. Bin Hammam good luck,[1614] and on the day after the vote Mr. Temarii congratulated Mr. Bin Hammam and thanked him for his "kind support." [1615]  In response, Mr. Bin Hammam noted that "with [Temarii's] *continued support and collaboration* Qatar will stage an amazing world Cup."[1616]

Despite the references of support in his December 3-5 correspondence with Mr. Bin Hammam, Mr. Temarii asserted in the October 2012 interview that his "decision to appeal had no link to any support for Qatar."[1617]  He stated again that he had believed the funds he received came from Mr. Bin Hammam's personal account,[1618] and described himself as "a victim" of Mr. Bin Hammam's deceit.[1619]

Mr. Bin Hammam met with Mr. Temarii on November 25, 2010 encouraged Mr. Temarii to appeal, and offered to arrange for the payment of Mr. Temarii's legal fees.  The evidence suggests that this was an attempt to persuade Mr. Temarii to appeal the Ethics Committees' decision and thus eliminate a vote for Qatar's competition in the bidding process.  Mr. Temarii's conduct and correspondence with Mr. Bin Hammam shortly after he received the one-year suspension suggest Mr. Temarii was aware that his appeal would benefit Qatar's bid.  At a minimum, Mr. Temarii should have been cognizant that Mr. Bin Hammam's offer of legal assistance for an appeal, and advice that Mr. Temarii "fight to the end,"[1620] were attempts to influence the World Cup vote.   Moreover, accepting this substantial amount of money from the President of the AFC also implicated FCE provisions governing gifts and conflict of interest.   See FCE Arts. 19 and 20 and corresponding provisions in the 2009 FCE.  A Final Report addressing these potential violations will be prepared in the investigation of Mr. Temarii.[1621]

---

[1611] FWC00175321.

[1612] FWC00175321.

[1613] FWC00175320.

[1614] FWC00175327.

[1615] FWC00178671.

[1616] FWC00178671 (emphasis added).

[1617] FWC00175348; *see also* FWC00175349.

[1618] *See* FWC00175348 ("I was convinced that all these transactions were clean, and now I'm discovering that apparently they weren't").

[1619] FWC00175348; *see also* FWC00175348 ("I've just discovered that I was deceived by Mr. Bin Hammam.")

[1620] FWC00175320.

[1621] Similar charges were included in the final report, dated December 3, 2012, in the case against Mr. Bin Hammam, who subsequently accepted a lifetime ban from football.  *See* Part X(G).

247

The investigation has not uncovered any direct evidence that Qatar 2022 officials were aware that Mr. Bin Hammam offered to pay for Mr. Temarii's legal expenses if he appealed his suspension.  During interviews, members of the Qatar bid team disclaimed any knowledge of Mr. Bin Hammam's offer[1622] and of Mr. Bin Hammam's meeting with Mr. Temarii in Kuala Lumpur on November 25, 2010.[1623] Qatar 2022 also produced a letter from Qatar National Bank stating that "no payments were made at any time from the accounts of [the] Qatar 2022 Bid Committee account held at Qatar National Bank to . . . Reynald Temarii [or] Mohammed Bin Hammam."[1624]

Qatar bid team members repeatedly denied that Mr. Bin Hammam had a direct relationship to or role on the Qatar bid team.[1625]  Nevertheless, it is clear from the record that Mr. Bin Hammam supported the Qatar bid.  For example, in October 2009, Messrs. Bin Hammam, Beckenbauer and Radmann met with the Emir of Qatar in Doha.[1626]  According to Mr. Beckenbauer, the purpose of the meeting was to discuss the Qatar bid, and the Emir tried to convince Mr. Beckenbauer of the merits of the Qatar bid.[1627] Email correspondence from Mr. Bin Hammam's assistant indicates that Mr. Bin Hammam arranged the meeting with the Emir.[1628]

Qatar 2022 stated that, at the time Mr. Temarii was implicated in the *Sunday Times*, the bid team was "busy preparing for the final push before the December 2, 2010 vote" and "did not communicate with Mr. Temarii or any of his representatives regarding [the] allegations."[1629]  The CEO of the Qatar 2022, Hassan Al-Thawadi, was "not aware at the time that Mohamed Bin Hammam had allegedly scheduled a meeting with Reynald Temarii in Kuala Lumpur, nor was he aware that Mr. Bin Hammam may have offered to pay for Mr. Temarii's legal feels to appeal his suspension."[1630]  Mr. Al-Thawadi added that, at the time, he was not aware of any payments made to Mr. Temarii, "by either Mr. Bin Hammam or anyone else."[1631]

Other correspondence indicates the bid team was concerned in some way with Mr. Bin Hammam's conduct.  On October 15, 2010, Justine Oldfield, on behalf of Qatar 2022 CEO Al-Thawadi, sent Mr. Bin Hammam a copy of two particular bid rules:  the rules forbidding any bidding nation from providing monetary gifts or

---

[1622] FWC00183779; FWC00183951-52.
[1623] FWC00183951.
[1624] FWC00138525; *see also* FWC00138614-15.
[1625] *See, e.g.,* FWC00183877; FWC00183767-68; FWC00183768; FWC00183778; FWC00184088.
[1626] *See* FWC00174039; FWC00180687-88.
[1627] *See* FWC00174039.
[1628] *See* FWC00180687-88.
[1629] *See* FWC00138614; *see also* FWC00138615.
[1630] FWC00138615.
[1631] FWC00138615.

MEF000474

other benefits to any representative of FIFA, and the prohibition on collusion.[1632] The cover email said only "Dear Sir, Please see attached from Hassan."[1633] That reminder came five weeks prior to Mr. Bin Hammam's meeting with Mr. Temarii in Kuala Lumpur.

In sum, on this record, there is no direct link between Qatar 2022 and Mr. Bin Hammam's payments to Mr. Temarii. It is evident, however, that Mr. Bin Hammam supported Qatar's bid and that his actions with respect to Mr. Temarii influenced the voting process by eliminating votes for Australia (a direct Qatar 2022 competitor) and England. Further analysis of this issue will be conducted before completing a final report in the investigation of Mr. Temarii.

## H.   "Qatar Whistleblower"

As discussed below, allegations by an "insider" on the Qatari bid team came to light soon after Qatar was awarded the rights to host the 2022 World Cup tournament. Those allegations, and the issues surrounding the insider's credibility, will be assessed in the sections that follow.

### 1.   *Public Allegations and Recantation*

#### a.   *Initial Allegations*

Accusations of corruption by a former Qatar bid team employee, or the "Qatar whistleblower," began circulating in the global press almost immediately after Qatar's victory.

The day of the December 2, 2010 World Cup vote, the Wall Street Journal reported that "[a]ccording to a former employee of the Qatar bid team, at least one advisor recommended that the Qatar Football Association make a payment of $78.4 million to help the Argentina Football Association, or AFA, dig out of a financial crisis that threatened the country's domestic league. This person said the payment was meant to help Qatar's relationship with AFA President Julio Grondona, who is a member of FIFA's executive committee."[1634] On December 5, the Sunday Times reported it had spoken with a "whistleblower, a former employee of a bid team, [who] was present at meetings this year when offers of cash for votes were allegedly made."[1635] Without further details, the story did not receive intense public scrutiny, especially in light of the numerous accusations being publicly aired after Qatar's victory.

---

[1632] *See* FWC00128221-22.

[1633] *See* FWC00128221.

[1634] FWC00185963-64.

[1635] FWC00157904.

249

A few days later, President Blatter received a letter from British politician Ivan Lewis—Member of Parliament and Shadow Secretary of State for Culture, Media and Sport—"regarding serious allegations which have been made with regard to corruption associated with the bidding process for the 2022 World Cup."[1636] Mr. Lewis explained that "[a] whistleblower has provided evidence to a UK newspaper that three members of the FIFA Executive Committee agreed [to] deals worth $1.5m for their votes from one of the bidding teams."[1637] He urged FIFA to "launch an urgent inquiry" into the matter, reporting that "the whistleblower can be contacted via The Sunday Times newspaper."[1638]

In response, Secretary General Jérôme Valcke wrote to Mr. Lewis on December 20, confirming his receipt of his letter:

> Concerning the allegations that a whistleblower would have provided possible evidence to a UK newspaper in accordance with which officials would have agreed on certain deals in exchange for their vote to decide on future hosts of the FIFA World Cup™, we kindly inform you that these allegations have not been corroborated by any supportive evidence whatsoever, reason for which we are not in a position to intervene in this regard.[1639]

There is no information in the communication concerning what information Secretary General Valcke used to make the determination that the whistleblower's allegations were not "corroborated by any supportive evidence," or what further information he knew about the whistleblower at the time.

On January 13, 2011, the Wall Street Journal described various "[c]onfidential Qatar committee bid documents reviewed by the Journal," including minutes from a January 4, 2010 strategy meeting in which bid officials apparently concluded from a discussion about a potential project, "'If FIFA regulations prevent these initiatives then a way has to be found to do these under a different name (e.g. through the embassy or as the State of Qatar).'"[1640] A Qatar 2022 spokesperson quoted in the article did not appear to contest the document's authenticity, but stated that the bid team "'subsequently concluded that any help from any Qatar organization could be misconstrued" and thus ultimately never "attempted to circumvent FIFA rules."[1641]

The whistleblower's story and allegations resurfaced in May 2011, with more detail and heightened media attention. On May 9, the Sunday Times formally

---

[1636] FWC00166475.
[1637] FWC00166475.
[1638] FWC00166475.
[1639] FWC00166477.
[1640] FWC00179762-65 at FWC00179764.
[1641] FWC00179762-65 at FWC00179764.

MEF000476

submitted evidence to the British Parliament "on FIFA, the governing body of the world game, and in particular, the way it governs the competition to host the finals of the world cup—a prize potentially worth billions of pounds to the winning nation."[1642]  Among other "evidence," its submission to the House of Commons Culture, Media and Sport Committee described interactions with this newly named "Qatar whistleblower":

> Last December we spoke to a whistleblower who had worked with the Qatar bid.  The whistleblower claimed Qatar had paid $1.5m to two Fifa Exco members—Hayatou and Jaques Anouma of the Ivory Coast—to secure their votes.  It was further alleged that a similar deal had been struck with Amos Adamu, although he was prevented from voting because he was suspended following our original article.  The whistleblower said that the cash was to go to the three members' football federations but there would be no questions asked about how the money was used:  "It was said in such a way that 'we are giving it to you.'  It was going to their federation.  Basically, if they took it into their pocket, we don't give a jack," the whistleblower told us.[1643]

This new allegation, along with the rest of the evidence submitted by The Sunday Times, was aggressively reported in the press[1644]—and vehemently denied by Qatar.  A written statement issued on behalf of Qatar 2022 in response to the material submitted to the Culture, Media and Sport Select Committee called the allegations "serious, unsubstantiated and false."[1645]  It also stated that the material from the Sunday Times

> refers to an alleged unidentified "whistleblower" who it is said formerly worked for the Bid Committee.  It is true that (as is not uncommon in a process such as the bid) one or two people retained by the Bid Committee have left on acrimonious terms, although through no fault of the Bid Committee.  The only explanation apparent to us is that one such person, plainly with a significant axe to grind against the Bid Committee, is the alleged whistleblower in question.  We are mystified as to why anyone formerly in the Bid Committee's employ would now seem intent on fabricating stories about the Bid Committee and would seriously question what his or her motivations are.  In any event, we would caution anyone against placing reliance on uncorroborated statements made by an embittered ex-employee without a full and

---

[1642] FWC00153472.
[1643] FWC00153475.
[1644] *See, e.g.*, FWC00139601; FWC00139605.
[1645] FWC00153467.

MEF000477

balanced understanding of that individual's personal and professional circumstances.[1646]

### b.   *Communications with FIFA*

On May 11, 2011, after the journalists presented the Qatar whistleblower's allegations to Parliament, Secretary General Valcke wrote to the Sunday Times. He noted "our great concern regarding the latest suspicions questioning the integrity of some FIFA Executive Committee Members," and stated that FIFA "understood that The Sunday Times had already provided us with all evidence and documentation at its disposal." [1647]  He nevertheless asked the paper to send any further evidence, particularly any evidence related to the referenced "whistleblower."[1648]  The Sunday Times responded, "As you say, we did provide you with all the relevant information from our investigation last year,"[1649] and added that the newspaper had

> raised this matter with Ivan Lewis because we felt that Fifa would take more notice of these serious allegations if they were highlighted by a British MP.  His letter to Sepp Blatter offered the opportunity to speak to the whistleblower through this newspaper. However, Fifa turned down this offer.
>
> As regards your request for further information from the whistleblower, we suggest that you should speak to them directly. We have checked with the whistleblower and they will meet you on the condition that you give assurances that their identity should not, in the first instance, be revealed to the Qatar bid team or made public.[1650]

On May 16, FIFA's General Counsel responded that "FIFA would be interested in a meeting with the whistleblower," and that Chris Eaton, Head of FIFA Security, "would be coordinating the meeting."[1651]  An attorney acting on behalf of the whistleblower, Steven Barker of Barker Gillette LLP, subsequently contacted Mr. Eaton.[1652]  In this initial communication, sent May 20, Mr. Barker catalogued the (many) demands the whistleblower, referred to in the communication as "WB," required be met before speaking with FIFA:

---

[1646] FWC00153467-68.
[1647] FWC00153471.
[1648] FWC00153471.
[1649] FWC00153477.
[1650] FWC00153478.
[1651] FWC00153433.
[1652] FWC00153393.

MEF000478

> WB requests that I meet or enter into discussions with a FIFA representative who has authority to agree and sign binding terms on WB's behalf before WB provides evidence. Terms sought will include absolute assurance of anonymity, secrecy of meetings, records and locations of any meetings, including for that purpose my and my firm[']s identity, assurances for personal security measures if needed or advised, indemnities for personal expenses incurred and indemnities in relation to any future legal actions and for her own legal costs and expenses.[1653]

Mr. Eaton replied, copying FIFA counsel: "I appreciate, understand and agree with the conditions you on behalf of the WB require as advised earlier to Mr. Calvert,"[1654] a reference to the Sunday Times reporter Jonathan Calvert. Mr. Barker informed Mr. Eaton that the whistleblower "requests the security of a signed agreement," and he offered to prepare a first draft of the document; Mr. Eaton agreed.[1655]

On May 21, Mr. Barker sent Mr. Eaton a draft contract proposing a lengthy list of benefits and accommodations for FIFA to provide to the whistleblower.[1656] Notably, the contract limited FIFA's use of any information provided—allowing the whistleblower to arbitrarily order FIFA to destroy all related documents and reserving all "rights of any nature" to the information—while providing no representation or warranty that the information to be given (defined as the "Confidential Information") was truthful or accurate.[1657] The contract specified: "Except as expressly stated in this agreement, the [whistleblower] does not make any express implied warranty or representation concerning its Confidential Information, *or the accuracy or completeness* of the Confidential Information."[1658] No express or implied warranty is contained elsewhere in the agreement. The contract the whistleblower's attorney proposed therefore did not obligate the whistleblower to tell the truth. Notwithstanding this fact, the contract required FIFA to "indemnify and keep fully indemnified the Disclosing Party"—*i.e.*, the whistleblower—"at all times against all Liabilities suffered or incurred by the Disclosing Party arising in connection with this agreement."[1659] Provisions that followed listed the many potential liabilities against which FIFA would insure the whistleblower, including "any breach by her of any legal or other enforceable obligation owed to [the bid committee] or any person connected with [the bid committee] arising under contract, common law, equity statute or others or any claim"; "any action . . . taken on behalf of [the bid committee] . . . or any

---

[1653] FWC00153393.
[1654] FWC00153394.
[1655] FWC00153396; FWC00153399.
[1656] FWC00153493.
[1657] FWC00153493.
[1658] FWC00153493 at 7 (emphasis added).
[1659] FWC00153493 at 7.

MEF000479

governmental agency against the Disclosing Party for breach of any obligations she might owe to such parties"; and even any "criminal proceedings arising as a consequence" of the whistleblower's cooperation with FIFA.[1660]

Despite the onerous terms of the proposed agreement and the lack of an representation as to the truthfulness of the information to be provided, FIFA nevertheless had an interest in negotiating some arrangement so that it could assess on its own the whistleblower's serious—and by then very public—claims of corruption.[1661]  Indeed, the same day the the attorney sent that proposal, FIFA President Blatter was quoted in the news media as saying FIFA would interview the whistleblower in Zurich on May 25.[1662]

FIFA counsel responded on May 23, 2011 by outlining "a different approach."[1663]  FIFA now requested that the whistleblower sign an affidavit with all pertinent information about the allegations.[1664]  Under the agreement as revised by FIFA, the whistleblower would be obligated to "confirm[]" that "the Relevant Information is genuine," that "all statements" in the "Affidavit will be truthful," and that "all documents" presented "are true, correct, and not misleading and that all signatures on such documents are genuine."[1665]  FIFA's draft contract provided for protection of the witness's confidentiality, such as by redacting—or making a "blackened" copy—of the affidavit, and it limited FIFA's use of the affidavit to

> [d]isclosure to any internal bodies of FIFA . . . that conduct an investigation regarding the question of whether irregularities have occurred; [and] [d]isclosure to any administrative judicial, criminal, or other state or similar authority in connection with a formal proceeding.[1666]

The contract required the whistleblower to be "prepared to appear as a witness before the Internal Authorities of FIFA in order to respond to questions."[1667]  FIFA's proposal did not contain any indemnification provisions.[1668]

Mr. Barker responded on May 23 with a flat rejection of FIFA's counter-proposal:  "My Client is not prepared to assist on these terms."[1669]  He asserted that it was "wholly unreasonable" to have the whistleblower meet at a "time and date

---

[1660] FWC00153493 at 7-8.
[1661] FWC00182740.
[1662] *See, e.g.*, FWC00156022.
[1663] FWC00153411.
[1664] *See* FWC00153411.
[1665] FWC00153413.
[1666] FWC00153413.
[1667] FWC00153413.
[1668] *See* FWC00153413-16.
[1669] FWC00153430.

MEF000480

which have been prematurely and so publicly disclosed by FIFA's President, Mr. Blatter"; that FIFA had "already agreed," through Mr. Eaton's May 20 email, to indemnify the whistleblower "in relation to any future legal actions and for my client's own legal costs and expenses"; and that FIFA's draft contract represented a "radical departure from what was previously agreed." He asked for the same "terms previously set out by us," while conceding that the whistleblower was willing to consider an affidavit, rather than an interview, "but I see no need for it to be given in Zurich."[1670]

After receiving Mr. Barker's email, Mr. Eaton emailed FIFA counsel to clarify what he believed he had agreed to, namely, to protect the whistleblower's anonymity and personal security, and to indemnify the whistleblower with regard to "personal expenses incurred (for the meeting)" and "in relation to any future legal actions and for her own legal costs and expenses (directly arising from her meeting with FIFA)."[1671] FIFA informed Mr. Barker on May 24 that "FIFA agrees to receive a written confidential sworn affidavit,"[1672] but Mr. Barker replied that the whistleblower would not "proceed further" without the "assurances and indemnities" from FIFA sought in Mr. Barker's initial draft contract.[1673] In turn, FIFA asserted that the "conditions of your draft are not acceptable," but it invited the whistleblower to send a "blackened" affidavit that included the pertinent information while redacting portions that would reveal the whistleblower's identity.[1674]

It appears from the record that FIFA's discussions with the whistleblower's attorney did not progress from there. No agreement was reached and no information was provided.[1675]

### c.   Recantation

Approximately six weeks later, on July 8, 2011, FIFA received an email from "Qatar Whistleblower" under the subject line "Retraction."[1676] The writer claimed to be the "Qatar 2022 Whistleblower who has made the allegations against Qatar and certain exco-members" writing "to explain to you the truth" and to express a willingness "to give you a full legal affidavit."[1677] Attached to the email, purportedly

---

[1670] FWC00153430.
[1671] FWC00153429.
[1672] FWC00153522.
[1673] FWC00153521.
[1674] FWC00153521.
[1675] FWC00182761.
[1676] FWC00153515.
[1677] FWC00153515.

MEF000481

in order to prove the author's identity, were materials related to the previous correspondence between the whistleblower's attorney and FIFA.[1678]

Another email, addressed to the attention of "Qatar World Cup 2022 Bid, FIFA, CAF, AFC," arrived the following day.[1679] The writer identified herself both as the "Qatar Whistleblower" and by her real name, and explained, "I am sending an apology for having told the media lies about the behavior of the Qatar 2022 World Cup bid."[1680] Attached were a signed letter of apology[1681] and a signed affidavit[1682] recanting the prior allegations: "I have **lied** about all facts concerning the behavior and practice of the Qatar 2022 Bid."[1683]

The signed affidavit proceeded to retract what it characterized as false information that had led to publicly reported false allegations, including material the Sunday Times submitted to Parliament alleging that the Qatar bid team had paid Issa Hayatou, Jacques Anouma, and Amos Adamu $1.5 million each:

> A number of newspapers, and other media outlets including the Sunday Times and the Wall Street Journal, have relied on a "whistleblower" who reported being present when the Bid offered US$1.5 million to three FIFA Exco members, Issa Hayatou of Cameroon and Jaques Anouma of the Ivory Coast, and Amos Adamu of Nigeria each, to secure their votes. The allegation was also repeated by the Sunday Times to the Commons Select Committee enquiry.

> I know that the Wall Street Journal and the Sunday Times (including the submissions to Parliament) are referring to and quoting me. I did say the things quoted, but those things were not true.

> I would like to make very clear that in fact I have no knowledge at all of any such meetings with Hayatou, Anouma and Adamu. My previous statements saying differently to the journalists were fabricated and untrue. I also was never made aware or have reason to believe that the Bid ever considered offering payments of that type to anyone.[1684]

---

[1678] FWC00153515.
[1679] FWC00153504.
[1680] FWC00153504.
[1681] *See* FWC00153502-03.
[1682] *See* FWC00153508-14.
[1683] FWC00153502 (emphasis in original).
[1684] FWC00153510.

256

The whistleblower further admitted that she had materially altered a memorandum purportedly drafted by a consulting company engaged by Qatar 2022. She stated in the affidavit that she "added" language to the document, which discussed the financial crisis in Argentina, including these points: "QFA to investigate further how to help the clubs with their growing debt. Qatar to be seen as helping football clubs in trouble."[1685] According to the affidavit, she then gave the document to reporters and told them that any insertions came from the bid team's "senior management," when in fact she had added the language herself before sending the document to the press for publication.[1686] In contrast, while the whistleblower stated that she had given the Wall Street Journal the January 4, 2010 meeting minutes the publication subsequently described,[1687] she did not assert that she had altered that document.[1688] "As far as I know," the affidavit stated, the meeting minutes were "generated from a brainstorming session."[1689]

Both the letter and the affidavit offered apologies and explanations for what they described as the earlier false allegations. While working for the bid in November 2009, the whistleblower wrote, she was "informed the Bid was looking to replace me in my position as media specialist and I left."[1690] As a result, she stated in the affidavit,

> I was hurt and very bitter. . . . I wanted to hurt the Bid like they had hurt me. I also wanted to show them that I could control the international media and started speaking with the journalists about Qatar, and became the "Qatar Whistleblower." As I mentioned before, I found an audience that was very willing to believe what I was saying without checking further. . . .
>
> Things were becoming too serious though, and the story became much bigger and more high profile than I thought it would. Mr. Blatter said the whistle blower would be in Zurich to give evidence to FIFA, which was serious—it was never my intention to go to FIFA. He also said that on the basis of the story from the whistleblower there could be a revote on 2022.
>
> It had gone too far. It was not my intention to make Qatar lose the bid and so I contacted a team member from the Bid.
>
> I am making the statement now to correct the position. I am rectifying the situation. I did something that I am not too proud of.

---

[1685] FWC00153510.

[1686] FWC00153510-11.

[1687] *See* FWC00179762-65, at FWC00179764.

[1688] *See* FWC00153511.

[1689] FWC00153511.

[1690] *Id.* at FWC00153512.

MEF000483

I want to make clear that Qatar 2022 bid committee never engaged in the behaviour I accused them of.[1691]

She also wrote that the "facts stated in this affidavit are true and correct" and that "I have chosen of my own accord, without the influence of any other person or organisation or any payment, to make this affidavit."[1692]

The affidavit was signed and notarized on July 1, 2011.[1693]  The retraction was widely reported in the press.[1694]

### 2.    Contact with the Investigatory Chamber

In December 2012, more than a year after that public recantation, the Chairman of the Investigatory Chamber was approached by a lawyer who claimed to represent a "witness" with information about the bidding process for the 2018 and 2022 FIFA World Cup.[1695]  That "witness" was in fact the former so-called "Qatar Whistleblower" ("QW").  During an initial interview on May 13, 2013, QW told the Investigatory Chamber that her retraction was a lie and her initial allegations were true.

From the outset, serious concerns about QW's credibility were apparent.  She had made public allegations and then retracted those allegations in a sworn statement.  That statement described a motive—revenge against a bid team she felt had rejected her—that seemed consistent with her actions.  Nevertheless, given the seriousness of QW's allegations, and the fact that others had advised the Investigatory Chamber to contact QW, the Investigatory Chamber determined that QW deserved a full and fair opportunity to provide information relevant to this inquiry.

QW made herself available to the Investigatory Chamber over the course of more than a year, and she provided voluminous records and other materials, including emails from a Gmail account, Skype conversations, and Blackberry messages.  She was represented by experienced legal counsel throughout this inquiry, and that counsel acted professionally and responsibly before the Investigatory Chamber at all times.  QW did not request any compensation other than reimbursement for documented, agreed-upon expenses incurred solely as a result of her cooperation with the present investigation.  Reimbursement for those expenses was never paid to QW.

---

[1691] FWC00153512.
[1692] FWC00153509.
[1693] See FWC00153508.
[1694] See, e.g., FWC00185954-55; FWC00185956-57.
[1695] See FWC00186018.

MEF000484

By far the most serious allegation related to the bidding process that QW discussed with the Investigatory Chamber was her assertion that during the CAF Congress in late January 2010, representatives of the Qatari bid team offered $1.5 million each to Executive Committee members Issa Hayatou, Jacques Anouma, and Amos Adamu. This was the same allegation previously made to the Sunday Times, submitted to the British Parliament, and specifically recanted in QW's sworn affidavit.

In order to bolster her concededly damaged credibility, QW also produced a number of journals she said she wrote while working for the bid team.[1696]  QW claimed she had never revealed the journals to any reporter.  The Investigatory Chamber reviewed the journals, confirmed that they corroborated QW's allegation of bribery, and sent the journal containing the most significant allegations for forensic testing.  The Investigatory Chamber also interviewed QW about this topic in detail twice.

### a.  Initial Credibility Assessment

As noted above, the Investigatory Chamber approached QW with serious credibility concerns given her prior conduct.  The issue was whether those concerns could be overcome.  The subsections below summarize factors that, in the Investigatory Chamber's initial assessment, undermined or bolstered QW's credibility.  QW's legal counsel prepared a detailed memorandum analyzing this same issue,[1697] and the Investigatory Chamber considered that document carefully along with the rest of the record before reaching its own determinations.

### i.  Reasons to Doubt QW's Allegations

Aspects of QW's history and renewed allegations raised doubts about her reliability for truthfulness.

### (A)  Explanation of Recantation

QW's sworn statement, which recanted the allegations QW later resuscitated before the Investigatory Chamber, needed to be explained.  QW essentially claimed that she recanted under duress.[1698]  The material in the record, however, did not reflect the coercion she described.

For example, QW represented that she felt personally threatened by Qatar bid official, Nasser Al-Khater during an exchange on June 19, 2011.[1699]  The record, which includes email correspondence, Skype messages, and audio recordings from

---

[1696] *See* FWC00139772-40542.
[1697] *See* FWC00173453-72.
[1698] *See* FWC00156146-50.
[1699] *See* FWC00156146; FWC00156140-41.

MEF000485

phone conversations between QW and Mr. Al-Khater, does not provide any basis for her reaction.   For example, later that same day in June 2011, QW wrote in an email to Mr. Khater, "I am going to fix all the harm I did to you and the bid—this is a promise and I am putting it in writing so that you believe me.  I am truly sorry, but I will fix it I promise Nasser."[1700]  That message seems to suggest only feelings of regret.  Nor does the record reflect any other threatening or intimidating conduct by Mr. Al-Khater.

Similarly, QW alleged that her legal counsel at the time, Steven Barker, told her in or around June 2011 that Qatar 2022 had "put me on some hit list" and thus "my life was in danger."[1701]  Again, however, no evidence beyond QW's own assertions shows Mr. Barker conveying that information or of anyone in Qatar making such a threat.

QW also asserted that the Qataris coerced and manipulated her into retracting her allegations by threatening to take legal action to seize property she owned in another country.  She said she has "[b]een told" that legal action already been taken against her in Qatar, leading to a judgment "that I owe the Qatar bid $1 million"—a judgment that she has never seen, but that she feared the Qataris would seek to enforce by claiming her property.[1702]  Under threat of this and other potential lawsuits, QW said, she agreed to retract her allegations in exchange for a "legal letter" promising that Qatar 2022 would not to take any legal action against her.[1703]  QW further asserted that after she signed the recantation, Qatar 2022 failed to provide the letter releasing her from liability as promised, citing an October 21, 2011 letter to QW from a lawyer representing Qatar 2022 as an example.[1704]  The letter summarized the background of QW's allegations and recantation, reaffirmed that the recantation was truthful while the allegations were not, and stated:

> Plainly in light of your previous conduct referred to above, the Bid Committee and its individual members, as not encompassed in the Supreme Committee, would be quite entitled to bring legal action against you, for example in defamation or breach of confidence. However, neither the Bid Committee nor Supreme Committee has pursued any legal action against you so far and neither has any wish to bring any legal claim against you in the future.

> You should nonetheless be aware that the position of the Bid Committee and the Supreme Committee in respect of bringing any

---

[1700] FWC00156146.
[1701] FWC00183217; FWC00173453.
[1702] FWC00183286-89.
[1703] FWC00183284-87.
[1704] FWC00173470-72.

MEF000486

legal claim against you would be different if at any time in the future you were:

> • to make any allegations to the media or to any third party which relate in any way to the Bid Committee, the Supreme Committee or individuals connected with the Bid Committee or the Supreme Committee or disclose or purport to disclose any information which is or which is allegedly confidential to the Bid Committee or the Supreme Committee; or

> • to seek to communicate directly with in any way whatsoever any current or former member or employee of the Supreme Committee or the Bid Committee.

In either such eventuality, legal action in respect of your past conduct as well as in respect of any further conduct you may have undertaken of concern to the Bid Committee and the Supreme Committee would be very likely.[1705]

According to QW, that language did not release her from liability as agreed because she still did not "have anything that says they're not going to take a legal action against me in" the country where she owned the property.[1706] The letter, QW said, "basically is threatening me all over again."[1707] In the Investigatory Chamber's view, however, the letter made clear that the Qataris neither "pursued any legal action against" QW nor had "any wish to bring any legal claim against" QW, and it stated that they would consider suing QW in the future only in the event she renewed the allegations that she had since sworn were false.

In sum, there is no support in this record—besides the testimony of the source herself—that anyone affiliated with Qatar 2022 made any inappropriate threat or that QW recanted only because of intimidation by the bid team.

Nor does any evidence of QW's conversations with Qatar bid officials or their representatives indicate that they or QW believed any statement in the affidavit to be false. For example, records reflect Mr. Al-Khater making harsh comments to QW about her motivation for accusing the Qatar bid of corruption, and urging her to retract those claims because it is "the right thing to do."[1708] At no point, however, do the records reflect a response by QW defending her decision to make the allegations with a statement to the effect of, "You know I am telling the truth." This is especially troubling in light of the claim by QW that she told Mr. Al-Khater

---

[1705] FWC00173471-72.
[1706] FWC00183288.
[1707] FWC00183288.
[1708] FWC00156140-41.

MEF000487

details of the bribes offered to the Executive Committee members made at the CAF Congress very soon after the offers were allegedly made.[1709]  When asked to explain that omission, QW told the Investigatory Chamber that "he knew the truth" and that she felt she felt she was "being judged" and criticized not as much "for going out and saying the truth as for prosecuting all the Arabs out there and . . . hurting every Arab out there and ruining their reputation."[1710]  The Investigatory Chamber did not find that explanation persuasive.

### (B)     Motivation and Bias

Evidence QW provided of her communications with Mr. Al-Khater revealed potential motivations, including one not expressly acknowledged in the recantation, for QW to fabricate allegations against Qatar 2022.  In a June 2011 Skype conversation in which Mr. Al-Khater tried to persuade QW to sign an affidavit recanting her allegations, QW said that she "honestly" had two concerns about retracting her claims:

> [QW]: one i['m] scared of being or feeling alone without them
> nasser: who's them?
> [QW]: the journalists
> [QW]: Sometimes they are the only ones I chat too [*sic*]...
> nasser: ok
> . . . .
> [QW]: and two I hate the feeling of helping hassan[1711]

The obvious animosity QW felt toward the bid team and specifically CEO Hassan Al-Thawadi was a motivating factor set out in QW's recantation.[1712]  In the conversation quoted above, QW identified to Mr. Al-Khater an additional reason to resist the request to retract, namely, a need for attention and companionship from journalists.  Based on our review of the extensive records QW provided of her contact with various reporters, QW's statement that she feared "being or feeling alone" without the attention of journalists rings true.[1713]

### (C)     Alteration of Documents

In recanting her allegations—a critical credibility issue on its face—QW also referenced certain documents she gave reporters in an effort to corroborate her accusations.  As summarized above, whereas QW admitted in her affidavit that she "added" sentences to a consultant's memorandum to create the false impression that "senior management" from Qatar's bid recommended making improper payments to

---

[1709] FWC00139770.
[1710] FWC00183213.
[1711] FWC00156139; *see also* FWC00183218.
[1712] *See* FWC00153512.
[1713] *See, e.g.*, FWC00155938.

MEF000488

Argentina, she did not claim to have altered the January 4, 2010 meeting minutes that reflected a proposal to try to circumvent bidding regulations.[1714]

QW maintained in her interviews with the Investigatory Chamber that both documents were in fact authentic.[1715] QW told the Investigatory Chamber that she had indeed added language to the Argentina memorandum, but that she had done so during the bidding process, not in preparation for sending the document to journalists.[1716] She further stated that she added the language to the memorandum with assistance from Mr. Al-Khater as they prepared to forward the document to Qatar 2022 CEO Hassan Al-Thawadi.[1717] The added text, however, was inserted directly into the document in a manner that provided no way to distinguish the additions from the memorandum's original language. QW could not explain why she and Mr. Al-Khater would have added a recommendation to a consultant's memorandum without highlighting for Mr. Al-Thawadi that it was being made by two of his most senior internal advisors.[1718]

By contrast, Qatar bid officials disputed the authenticity of the added language in the Argentina memorandum, and Mr. Al-Khater specifically denied having added anything to that memorandum.[1719] At the same time, the bid team conceded that the document reflecting the January 4, 2010 meeting minutes was authentic.[1720] That concession lends credibility to the Qataris' position that QW improperly altered the Argentina memorandum. These indications that QW manipulated physical evidence to support a baseless allegation further damaged her credibility.

### ii.     Reasons to Credit QW's Allegations

There were also reasons to credit QW's statements. Unlike others who approached the Investigatory Chamber, QW had no discernible interest in publishing any account of her experiences with the World Cup bidding process and this investigation, or in otherwise leveraging her involvement with this inquiry to her personal financial or professional advantage.[1721] As noted above, she never requested money or any other benefits from the Investigatory Chamber beyond reimbursements for accounted-for expenses incurred as a consequence of her willingness to assist this inquiry. QW also appeared to honor the Investigatory Chamber's requests that she refrain from commenting on her interactions with

---

[1714] *See* Part X(H)(1)(c).
[1715] *See* FWC00183128-39, FWC00183143.
[1716] *See* FWC00183129-30.
[1717] *See* FWC00183129-33.
[1718] *See* FWC00183131-41.
[1719] *See* FWC00183852-53.
[1720] *See, e.g.*, FWC00138594-96.
[1721] *See* FWC00183297.

MEF000489

investigators to the media or other potential witnesses, or from making any other disclosures that could jeopardize the integrity of the ongoing investigative process.

Then there were QW's journals, which provided the strongest support that her allegations were true. On their face, the handwritten accounts in the journals mirrored QW's original allegations. Moreover, QW stated that she had never shared the journals with any reporter or other investigatory body.[1722]

QW gave the Investigatory Chamber twelve journals in all, each chronicling in longhand a different period in the bid. QW said she had "always written" in journals since she "was a teenager."[1723] While it was not her practice to write every day, she said, when she did write she did so usually at night to recount events that occurred "that day."[1724] When she traveled, she said, she tended to write more often, especially if, as in Angola during the January 2010 CAF Congress, she had more free time.[1725] In all cases, the entries were nearly "[c]ontemporaneous" accounts of the events they described.[1726] QW characterized these journals as "personal":

> I just write. I mean, I've always written. . . . I usually especially write . . . when I'm depressed. I like writing poems, so I—I write poetry. I love collecting quotes, so I do that. And then, I mean, like I always have to-do lists. And then I just write. And they were note keeping, they were—they're personal.[1727]

Consistent with that description, some of the journals were filled with deeply personal information and descriptions of daily events,[1728] some contained notes from meetings among members of the bid team,[1729] and others had random quotations sprinkled throughout.[1730] The journal entries from her time in Angola in late January 2010, where she alleged that the Qatar 2022 officials offered bribes to FIFA Executive Committee members, appeared on their face to be prepared in a similar manner as the other entries; the only apparent difference was that some of the Angola entries, unlike accounts in other journals, appeared to be dated more regularly than other entries. Most importantly, the level of detail in all of the entries, including the description of the alleged bribe offers, lent credence to QW's representation that the journals contained near-contemporaneous accounts of real events.

---

[1722] FWC00183200-01.
[1723] FWC00183047.
[1724] FWC00183048-49.
[1725] *See* FWC00183049.
[1726] FWC00173453.
[1727] FWC00183047; *see also* FWC00183047-51.
[1728] *See, e.g.,* FWC00139993-140101.
[1729] *See, e.g.,* FWC00139854-926.
[1730] *See, e.g.,* FWC00140388-428.

MEF000490

> b.   *Analysis of the Angola Bribery Allegation*

The allegation by QW that the Qatar bid team offered bribes of $1.5 million each to three FIFA Executive Committee in Angola demanded close examination. The subsections that follow recount the allegation itself and the Investigatory Chamber's assessment of the relevant evidence.

> i.   *QW's Written and Oral Account, as Presented to the Investigatory Chamber*

QW's oral narrative of the events that allegedly took place in Angola was consistent in all material respects with the information set forth in the relevant journal. According to those written and oral accounts QW proffered to the Investigatory Chamber, this is what occurred:

Throughout her time in Angola for the CAF Congress in late January 2010, QW "was in really bad shape."[1731] She believed, based on recent events, she would soon lose her job on the bid committee.[1732] She was also reeling from a recent and significant personal event unrelated to the bidding process.[1733] QW took sleep medication and possibly other medication while in Angola.[1734]

The bribes were offered to the FIFA Executive Committee members on January 29, 2010. QW took medication that morning "that was supposed to kind of calm you down, but with me it just kind of knocked me out."[1735] Later, Qatar 2022 CEO Hassan Al-Thawadi addressed the CAF Congress, a significant event for the bid team.[1736] QW claimed she "slept through" Mr. Al-Thawadi's presentation.[1737] Around 10:30 that night, QW was summoned from her hotel room to Mr. Al-Thawadi's suite in order to help provide a French-English translation.[1738] When she arrived, a person described in the journal as "Dr. B"—which QW confirmed to the Investigatory Chamber referred to Andreas Bleicher[1739]—opened the door.[1740] In addition to Mr. Bleicher, Amadou Diallo and Hassan Al-Thawadi were in the room.[1741] QW believed she was summoned to translate for Messrs. Bleicher and

---

[1731] FWC00182997.

[1732] FWC00182997.

[1733] FWC00182997.

[1734] FWC00182995:3-5.

[1735] FWC00182997:23-24.

[1736] *See* FWC00183067-68; FWC00140342.

[1737] *See* FWC00182997.

[1738] FWC00183078-79; FWC00140346.

[1739] *See* FWC00183089.

[1740] FWC00183087.

[1741] FWC00183086; FWC00139764.

MEF000491

Diallo; Mr. Bleicher did not speak French, while Mr. Diallo spoke only French.[1742] QW was told to sit down and wait.

One by one, three FIFA Executive Committee members from CAF—Issa Hayatou, Jacques Anouma, and Amos Adamu, in that order—entered the room, spoke briefly with the others, and was offered $1.5 million in exchange for his vote.[1743]  Each meeting followed a similar pattern: It started with Mr. Diallo "break[ing] the ice,"[1744], then turned to discussion of Mr. Al-Thawadi's presentation about Qatar's bid, followed by Mr. Bleicher providing an overview of Aspire and "what they were going to do with Africa."[1745]  The group spoke French to Messrs. Hayatou and Anouma, and a mix of English and French with Mr. Adamu.[1746]  Mr. Bleicher, however, spoke only in English.[1747]  QW believed she was present in order to provide English-to-French translation for the parties, but when she started "translating when they're in French to Bleicher," he "kind of shut[] me down," seemingly because "he didn't want me to be interrupting everything."[1748]  Likewise, "when Bleicher was talking" in English and QW tried to translate into French for Mr. Diallo, who spoke "maybe 20 words of English," Mr. Diallo "kind of was shutting me down."[1749]

QW described each meeting in detail in her journal very late that night or early in the following morning.[1750]  According to that journal entry, Mr. Hayatou's meeting began with a discussion of Mr. Al-Thawadi's address to the CAF Congress, followed by "a silence."  Then "Dr. B starts talking about Aspire and Hayatou is just nodding.  And Dr. B says the Academy wants to change its practices and that instead of just training players for the Q, they want to train African athletes and send them home!!!!!"[1751]  A brief discussion about South Africa followed and then,

> all of a sudden Diallo says Qatar needs Africa to win (since when is he in our strategy, I don't know) and Hayatou just like is nodding his head and says that Africa has had its chance and agrees that Q . . . should be given a chance and then BOOM this happened incredibly quickly but Diallo says to Hayatou Qatar needs your assurance for your vote and as you know <u>we</u> are committed to football in Africa and Hassan jumps in saying our relationship with football in Africa is a long-term relationship that began long before

---

[1742] FWC00183090; FWC00139764.
[1743] FWC00183092.
[1744] FWC00183097.
[1745] FWC00183097.
[1746] FWC00183097.
[1747] FWC00183097-FWC00183098.
[1748] FWC00183090.
[1749] FWC00183093.
[1750] *See* FWC00183087.
[1751] FWC00140351-52.

266

MEF000492

we bid . . . . And then Diallo says to show their generosity Qatar wants to invest an additional ONE MILLION DOLLARS to your FA.

I think my eyes must have jumped out of my head right then and there b/c Hassan gave me The Look.

Hayatou meantime laughs and says that's "quite a gift but I would suspect that my gift to you is priceless." And then Diallo just laughs and says how about ONE MILLION AND A HALF. Hayatou laughs again and then he says that is a very generous gift for Africa.

And then Hassan blurts out so we have your word that you will vote for us→but it was kind of funny 'cause he said vous instead of nous. So I correct him and DAMN I thought Hassan was gonna kill me. But Hayatou just laughed and kept saying, "Oui, oui, vous avez mon vôte."[1752]

After Mr. Hayatou left, "Diallo and Hassan clap each other on the back and Dr. B is smiling as Hassan tells him 1 down!!!"

Mr. Adamu entered the room next. After some preliminary discussions, "Dr. B starts talking about Aspire and its footballers and how it wants to help Africa," and "Adamu says that Aspire Football for Dreams is truly inspirational." Similar exchanges ensued before

Diallo says that Q wants to keep sponsoring FA's in Africa and says that Q is prepared to make a gift. And Adamu . . . says that HE is prepared to make any sacrifice for Africa and TAKE any gift on its part. And Diallo announces that Q is offering $1.5 MILLION to Adamu, but of course this gift is based on the gift that Adamu will give to Q. And Adamu laughs and says he had already promised to vote for Q from the first day he heard they were gonna bid. But of course the gift would be accepted by him.[1753]

Finally, it was Mr. Anouma's turn. After some discussion about the recent tragic events in Togo and about the Qatar bid's interest in supporting preparations for the upcoming World Cup in South Africa,

Dr. B tries to talk about Aspire but Anouma kind of brushed him aside. I couldn't get a feel if he hated the . . . program or was just not interested. So Diallo quickly explains that Q wants to help and

---

[1752] FWC00140355-59 (emphases in original).
[1753] FWC00140368.

would like to "sponsor" FA's across Africa in football development. And all of a sudden Anouma smiles and says "I know of your generous gift." Diallo was kinda surprised and kept saying well Q is trying to sponsor several grassroots initiatives. But hey let me tell ya this guy was not up for any nonsense. Nope he just wanted it clear and actually asked "SO how much is this GIFT you offering me?" And Diallo right on the ball says gift is for $1.5 and Anouma says and all you want in return is my vote. And Hassan says yes we want you to support our bid. And Anouma smiled and said "my vote is in your pocket." HA! More like my vote is in your wallet.[1754]

\* \* \*

As the summary above makes clear, QW described these bribe offers in vivid detail, both in her statements to the Investigatory Chamber and in the journal entry she said she wrote almost immediately after these events. Her accounts provided specific information not only about the topics discussed during the Qatar bid officials' interactions with Messrs. Hayatou, Adamu, and Anouma, but also about the role and relationship of each individual in the room. There was no ambiguity and no doubt about what occurred and who was present. During one meeting with the Investigatory Chamber, QW even sketched out a diagram of the room and identified where everyone was when the bribes were offered: "I'm sitting next to Diallo," she said, pointing to a spot in the diagram. "Diallo's here and Bleicher's here."[1755]

### ii.    Evidence Undermining the Allegation

This same level of detail proved fatal to QW's credibility.

QW never wavered in her assertion, which was reflected throughout the journal entry purportedly prepared almost immediately after the late-night January 29 meeting, that the bribes were offered[1756] in Mr. Bleicher's presence. Indeed, it was Mr. Bleicher's presence that explained QW's: He did not speak French, so she was summoned to translate. For every meeting, Mr. Bleicher spoke about the precise topic one would expect given his background, namely, Aspire Academy. QW

---

[1754] FWC00140375-76.

[1755] FWC00183088-89.

[1756] In order to investigate QW's claims that the funds were promised to Messrs. Anouma and Hayatou purportedly for their respective FAs, the Investigatory Chamber obtained bank statements and other financial documents from the member associations of Cameroon and the Ivory Coast for the year 2010. *See* FWC00168297-FWC00168514 (Cameroon); FWC00172833- FWC00172970 (Ivory Coast). Those documents appeared to reflect neither questionable payments in an amount approaching $1.5 million nor any other payments from an entity in Qatar or associated with Qatar's bid.

268

even recalled Mr. Bleicher's reaction to the $1.5 million offers: "Nothing."[1757]  She elaborated:

> I remember, I was just like, looking at Hassan.  I was just—'cause Hassan was kind of at this angle to me.  So Bleicher was kind of like that, kind of like that.  And I mean, I just got kind of warning look, "Be quiet."  But yeah, I would say he was surprised.[1758]

Significant credible evidence has been produced showing that Mr. Bleicher was not in Angola at the time the alleged meetings occurred.[1759]  That evidence cannot be reconciled with QW's purportedly near-contemporaneous account placing Mr. Bleicher squarely in the room when the bribes were made.  Notably, while QW's allegation about the Qatar bid team bringing Issa Hayatou, Amos Adamu, and Jacques Anouma received considerable media attention in 2011, the detail regarding Mr. Bleicher's presence at the meetings in Angola does not appear to have been previously reported.  There is therefore no reason to suspect that Qatar 2022 officials knew as of April and May 2014, when they first produced documents in response to the Investigatory Chamber's requests, that Mr. Bleicher's presence or absence from Angola in late January 2010 would be relevant, let alone material, to a significant issue.  Those productions contained voluminous material related to the CAF Congress, including emails and other documents detailing communications and travel arrangements of the various bid personnel who attended the event.[1760]  None of that material makes any mention of Mr. Bleicher accompanying the Qatar 2022 delegation in Angola.

Despite this discrepancy, the question of whether Mr. Bleicher attended the CAF Congress in Angola did not come to the Investigatory Chamber's attention until officials associated with Qatar 2022 were interviewed in person.  During Mr. Bleicher's interview, when the subject of the CAF Congress was raised, he stated, without hesitation, that he had not attended:

> Q: Did you have any involvement in organizing the CAF Congress or arranging any of its—
> A: No.
> Q: The parts of it?  You attended the CAF Congress.
> A: No.
> Q: You did not go to Angola at all?
> A. No…
> Q: …I actually thought I saw your travel record somewhere for it, but…

---

[1757] FWC00183092.
[1758] FWC00183092.
[1759] FWC0013871; FWC0013874; FWC00138500.
[1760] *See* FWC00132667-3648, FWC00136239-416, FWC00137363-489.

269

A: That's impossible.[1761]

Clearly, the interviewer was unaware of any controversy over Mr. Bleicher's presence and even believed—mistakenly, it turned out—that Mr. Bleicher's travel records were among the many documents the Qataris had produced.

Mr. Bleicher's firm denial went even further.  Not only had he not been to the CAF Congress, Mr. Bleicher volunteered, but he had "[n]ever been to Angola."[1762] Asked why he would not have attend this particular trip, he explained that "[t]he bid had so many different tasks here and there and I also had another job so I—I could not[] attend everything with them."[1763]

After the interview, the Investigatory Chamber requested and received documents corroborating Mr. Bleicher's story.[1764]  A copy of every page in Mr. Bleicher's passport showed entry and exit stamps placing Mr. Bleicher in Qatar, not Angola, during the CAF Congress and the alleged hotel-room meetings in late January 2010.[1765]  A formal letter from the government of Angola affirmed that Andreas Bleicher has never been issued a visa to enter that country.[1766]  Mr. Bleicher's own credit card records showed that he ordered Thai food from a restaurant in Doha the evening alleged meetings where bribes were offered took place more than 3,000 miles away in Angola.[1767]  Time-stamped emails and calendar entries from late January 2010 indicate that Mr. Bleicher was attending budget meetings and generally tending to Aspire matters in Doha while others associated with Qatar's bid were at the CAF Congress.[1768]

The Investigatory Chamber met with QW to inform her of the results of the forensic analysis of the journal entries[1769] purportedly written in late January 2010,

---

[1761] FWC00184101-02.

[1762] FWC00184102.

[1763] FWC00184103.

[1764] *See* FWC00138582-83.

[1765] FWC00138352-77, at FWC00138371, FWC00138374.

[1766] FWC00138500.

[1767] FWC00138345.

[1768] *See* FWC00138346-51; FWC00138464-76.

[1769] The forensic expert who analyzed the journals noted that while the journal describing events in Angola listed a sequence of dates at the beginning of several entries, "[n]one of the other 11 books contained a similar series of dated entries."  *See* FWC00186022.  In addition, while "[n]umerous different inks were used in the entries that precede and proceed the questioned ink entries," the "questioned entries in book 9 [which describe the events in Angola] were written over the course of 76 pages using black ballpoint ink."  *See* FWC00186025.  The expert wrote that an ink-dating analysis of the entry recounting the alleged bribe offers detected the presence of a "volatile organic compound that I do not commonly observe in documents more than 2 years old."  *See* FWC00186026.  However, the analyst was unaware of "any studies or references in the scientific literature" that would support a conclusion that "the questioned entry is less than 2 years old based on the

270

and of the assertion by other witnesses that Mr. Bleicher was not in Angola at that time. QW responded that she was certain Mr. Bleicher attended the CAF Congress, and she specifically recalled a photograph of Mr. Bleicher and others associated with Qatar 2022 sitting on a couch in the lobby of the hotel where the CAF Congress was held.[1770] She urged the Investigatory Chamber to search for that photograph among the numerous photos she had previously provided.[1771] Unaware of what material had been provided to the Investigatory Chamber to corroborate Mr. Bleicher's claim that he was not in Angola in late January 2010 or at any other time, QW also recommended that the Investigatory Chamber try to obtain a copy of Mr. Bleicher's passport or seek information from the Angolan government.[1772]

Following that meeting, the Investigatory Chamber again reviewed the photographs QW had provided, but was unable to find the one of Mr. Bleicher she described. QW and her legal counsel then searched that same material and they, too, were unable to find such a photograph.[1773]

    *3.*    *Conclusion*

On this record, the journals QW provided cannot be relied upon to corroborate QW's story. They appear false as to a material fact—Mr. Bleicher's presence at the meeting where bribes were allegedly offered[1774]—and there is no explanation for this error that is consistent with QW's unwavering statements about how and when the journal that describes that event was prepared. It appears that, as with the Argentina memorandum, the source has altered evidence to support her allegations.[1775] While the other credibility issues discussed above

---

presence of 3-phe[]noxy-1-propanol." *See* FWC00186026. For this reason, the expert found, "I cannot determine whether the questioned entries in Book 9 were written on or around January 2010, or if they were written in the past two years." *See* FWC00186026.

[1770] *See* FWC00183718-19.

[1771] *See* FWC00183718-20.

[1772] *See* FWC00183732.

[1773] *See* FWC00180511.

[1774] The CAF Congress in Angola attracted a number of visitors and widespread media attention. The head of another bid team was asked to produce any photographs of the Congress that he had in his possession but he responded that he had none. If additional evidence emerges—such as authentic photographs of Mr. Bleicher attending the event—demonstrating that Mr. Bleicher was indeed in Angola in late January 2010, the Investigatory Chamber would of course reconsider its determination.

[1775] One possible explanation for QW's ability to provide so many journals containing richly detailed accounts of other events is that the journal at issue—the one purportedly containing entries written in Angola during the CAF Congress in late January 2010—was re-written at a later date with incriminating details added in an effort to bolster QW's claims in light of the impact of her recantation. In this scenario, Mr. Bleicher needed to be included in the new material because without his presence in the room—and a need to interpret for him—the idea that Hassan Al-Thawadi would invite QW to such a meeting, at a time when as even she admits her status on the bid team was in jeopardy, would have

271

would likely have made it difficult to rely on QW as a witness, the facts in the record with respect to the journal preclude such reliance in drawing conclusions in this inquiry.  Accordingly, the Investigatory Chamber has not relied on any information or material it received from QW in reaching any conclusions in this Report.

## I.    President Blatter's Assistant

Christine Maria Botta is President Blatter's top assistant, a position she also held during the bidding process.[1776]  Ms. Botta's husband, Charles Botta, is the President and CEO of Botta Management Group AG, a Swiss firm that manages and consults on large-scale real-estate and development projects.[1777]  Over the years, Mr. Botta has been contracted to work for FIFA as a stadium consultant, responsible principally for preparing a handbook with recommended specifications for FIFA events.[1778]  A brochure available on Botta Management Group's website states that the firm also managed aspects of the construction of FIFA's Zurich headquarters.[1779]

Mr. Botta attended the 2010 FIFA World Cup in South Africa, where he was introduced to the CEO of the Qatar bid, Hassan al-Thawadi.[1780]  He made a business proposal to Al-Thawadi involving a potential World Cup stadium design.[1781]  While Al-Thawadi did not remember the specifics of the proposal when he was interviewed during this investigation years later, he recalled that the design was "lavish" and involved a stadium resembling a pyramid.[1782]  Hassan Al-Thawadi and Mr. Botta did not reach any agreement in South Africa.[1783]

Documents reviewed during this investigation revealed that after those South Africa meetings, Christine Botta worked to help her husband follow up with Al-Thawadi about business opportunities related to Qatar's bid.  On September 9, 2010, she emailed Najeeb Chirakal, the assistant to FIFA Executive Committee Vice President Mohamed Bin Hammam of Qatar, to request "a favour":

> My husband Charles met Mohamed Bin Hammam during the World Cup and he was then introduced to the Crown Prince of Qatar.  Charles then had several meetings with Hassan (office of

---

been even more inconceivable.  The actual journal used in this case was one from "England 2018," ensuring that there would be no issue that the book she wrote in predated the events recorded.

[1776] FWC00182691.
[1777] FWC00172950-67.
[1778] FWC00172970; FVW00184000; FWC00182691-92.
[1779] FWC00172964.
[1780] FWC00184000;5-7.
[1781] FWC00184001.
[1782] FWC00184001.
[1783] FWC00172970.

272

the Crown Prince - I suppose) - would you have the contact details of Hassan ?

Mohamed Bin Hammam and Charles together with the Crown Prince agreed to arrange a meeting after Ramadan and that Charles would go to Qatar during September.  Now my question, would you be so kind to check with Mr. Mohamed Bin Hammam which would be the best moment for him to visit Qatar and if and where Charles could send a short letter to the Crown Prince.

I would very much appreciate your kind attention on this and please forward my best wishes . . . .[1784]

Ms. Botta sent the email from a FIFA account.[1785]  An automated signature line at the bottom of the message identified her as "Director" of the "Executive Office of the President."[1786]  Mr. Chirakal forwarded the message to Qatar 2022 CEO Hassan Al-Thawadi on September 14, along with a brief message from Mr. Bin Hammam: "Please find the mail I have received from Office Director of FIFA President and let me know what is the next step for Charles."[1787]

Nobody responded to Ms. Botta's September 9 email.  As a result, on December 6, 2010, days after Qatar was selected to host the 2022 World Cup, she again emailed Mr. Chirakal from her FIFA account to request Mr. Al-Thawadi's contact information:

Dear Najeeb

Hope everything is fine for you!  Congratulate — Qatar will for sure do a great job!

May I ask you a favor—I would need the contact details of Hassan Al-Thawadi—CEO of the Qatar Bid.  Maybe email and mobile number would be great.[1788]

This time, Mr. Chirakal replied promptly with Mr. Al-Thawadi's phone number and email address.

Mr. Botta emailed Mr. Al-Thawadi the next day.  His message, sent from his Botta Management account and copying Mr. Chirakal, asked to meet in person to discuss a potential role for Mr. Botta's firm in Qatar's World Cup preparations:

---

[1784] FWC00172944.

[1785] FWC00172944-45.

[1786]    FWC00172944.

[1787]    FWC00172944.

[1788]    FWC00172946-47.

MEF000499

Dear Hassan

Once again Congratulations!!  You did a great and impressive job!

We are on the way to finalize the 5th edition of the 2011 FIFA Stadium Book which will also be translated into the Arabic language if you deemed necessary.

As discussed, I would be pleased to sit together with you in order to discuss how we can be of best service to you and your future activities for the WC 2022.

I could be in Doha on Tuesday, 21 December 2010.  Please let me know if this would suit to your plans or if you prefer to meet somewhere else.

Thanks for your feedback.

Best regards,

Charles[1789]

The emails from Christine and Charles Botta described above were inappropriate.  No bidder wants to offend a member, let alone the President, of the FIFA Executive Committee. Likewise, it is fair to assume that bid teams would not want to incur the displeasure of the Director of the President's Executive Office. Ms. Botta stressed that she was not making an introduction between her husband and Al-Thawadi as the two had already met, but was only seeking contact details.[1790] While it is true the two had met, her desire for "contact information" does not justify Ms. Botta's request to Najeeb that he check "with Mr. Mohamed Bin Hammam which would be the best moment for him to visit Qatar and if and where [her husband] could send a short letter to the Crown Prince."[1791]

Christine Botta appears to have taken advantage of her position by using her FIFA email account and her FIFA contacts to help her husband pursue a business opportunity with the Qatar bid.  A reasonable bidder, upon learning of Ms. Botta's email—sent less than three months before the vote—expressing an interest in connecting that bid to her husband's firm, would have felt pressure to afford Charles Botta special treatment.  So, too, would a newly successful bidder who learned of Christine Botta's December 6 email or received her husband's December 7 follow-up message.  The December 2, 2010 vote ensured that the Qataris, as they prepared to host the 2022 event, would be interacting with FIFA, including

---

[1789]   FWC00172948.
[1790]   FWC00172970.
[1791]   FWC00172944.

MEF000500

President Blatter, for years to come.  They may have been understandably reluctant to begin that relationship by alienating Christine Botta.

Fortunately, in this case, Hassan Al-Thawadi resisted any undue pressure and the bidding process was unaffected.  Mr. Al-Thawadi stated that he met with Charles Botta again after the December 2, 2010 vote, but the discussions never advanced into agreements or business arrangements of any kind.[1792]  Similarly, Christine Botta confirmed that her husband has no business relationship with the Local Organising Committee, the Qatar Football Association, or the State of Qatar.[1793]

When shown Ms. Botta's emails, President Blatter said it was the first time he had seen or even heard about Ms. Botta's messages trying to help her husband secure business from Qatar's bid.[1794]  Ms. Botta corroborated that account, saying she and her husband sent the communications without President Blatter's knowledge.[1795]  No email in FIFA's servers nor any other evidence in the record suggests otherwise.  The day after his interview with the Investigatory Chamber, President Blatter referred the issue to the FIFA Compliance Unit, which followed up with Christine Botta pursuant to Swiss law and internal regulations governing non-executive FIFA employees.[1796]

Regardless of any action taken by FIFA with respect to the referral to the Compliance Unit, ethics training for high-level staff in the President's office and possibly for others holding similar positions for other high-ranking FIFA officials appears warranted.

**J.  Goldman Sachs**

On October 7, 2013, the Chair of the Investigatory Chamber received an email from a Yahoo address, walter.petersen64@yahoo.com.  Under the subject line "Info:Sepp Blatter," the message contained the following text:

> Dear Mr M.Garcia,
>
> Can we meet Sir?
> Hope to here [*sic*] from you soon..
>
> Regards,
> Walter Petersen[1797]

---

[1792]   *See* FWC00184000-04; FWC00138604.
[1793] FWC00172970.
[1794] FWC00182691-92.
[1795] FWC00172970.
[1796]  FWC00172970.
[1797] FWC00171435.

275

MEF000501

Attached in pdf was a four-page document, labeled "Untitled," that appeared to contain excerpts from a form used to open bank accounts at Goldman Sachs.[1798] Entries typed into this particular form purported to reflect general information about an account—or an application to open one—held by Joseph S. Blatter and Julio H. Grondona in their own names.[1799] Their "Employer" was listed not as FIFA, where Mr. Blatter serves as President and Mr. Grondona as Senior Vice President, but as "Qatar Transport Group," where, according to the form, Mr. Blatter's title was "General Manager" and Mr. Grondona's was "Sales Director."[1800] While the form did not list what amount the account held or would hold, other entries stated that each account-holder enjoyed an annual income of $10 million or more, a liquid net worth of $25 million to $99,999,999, a total net worth of $100 million or more, and total assets of $10 million or more.[1801] A checked box indicated that the account-holders "**do not consent** to disclosure to non-U.S. taxation authorities" of information related to their account.[1802]

The Chairman of the Investigatory Chamber responded to the email from "Walter Petersen" the day it arrived. The reply thanked Mr. Petersen for his message, noted that an investigator who worked with the FIFA Investigatory Chamber was copied on this response, and asked "Mr. Petersen" to contact the investigator "to arrange for a time that we can speak."[1803] "Mr. Petersen," whose message did not provide any contact information beyond his email address, never responded. Subsequent events confirmed, however, that the sender received the reply. In January 2014, a Norwegian journalist emailed questions about the four-page document, which the journalist attached, to both the Chairman of the Investigatory Chamber and the investigator who was copied on the October 7, 2013 reply to "Mr. Petersen."[1804] After the questions went unanswered,[1805] the journalist noted in a second message to the Chairman of the Investigatory Chamber that "[w]e have also been made aware of the response you gave 'Walter Petersen' when you first received the Goldman Sachs documents."[1806]

There were many reasons to doubt the Goldman Sachs document's authenticity. "Walter Petersen" did not provide context about the document or how he obtained it. His initial email expressed a desire to "meet," but his silence after promptly receiving an invitation to do just that suggested his offer was insincere. Virtually anyone with a computer or typewriter could have typed the information

---

[1798] FWC00171438-41.
[1799] FWC00171439.
[1800] FWC00171440.
[1801] FWC00171441.
[1802] FWC00171439 (emphasis in original).
[1803] FWC00171435.
[1804] FWC00171437; FWC00171443.
[1805] *See* FCE Article 36(1) ("The members of the Ethics Committee . . . shall ensure that everything disclosed to them during the course of their duty remains confidential . . . .")
[1806] FWC00172848.

MEF000502

about the "account-holders" and "Qatar Transport Group," an entity whose existence we have been unable to verify, into the form. And the notion that high-profile and supposedly corrupt actors collected apparently illicit funds through a joint account they established under *their own names*—and at a bank based in the United States, rather than in a country with tighter bank-secrecy protections—seemed far-fetched.

Nevertheless, the document's implicit but deeply troubling allegation—that Messrs. Blatter and Grondona established an account with the apparent purpose of collecting money from a Qatari entity under the false pretense that it was their "employer"—demanded further investigation. We therefore asked FIFA's legal counsel to obtain a release from Mr. Blatter authorizing Goldman Sachs to disclose whether Mr. Blatter's account history. Mr. Blatter provided the release as requested, and a Vice President & Associate General Counsel in the Goldman Sachs Legal Department made the following representation in writing:

> This is in response to the March 3, 2014 letter of Authorization for Disclosure of Account Information, signed by Joseph S. Blatter, and addressed to Court Golumbic at Goldman Sachs ("Authorization Letter").
>
> Pursuant to the Authorization Letter, a reasonable search of the records of Goldman, Sachs & Co. and Goldman Sachs International, its broker-dealer affiliate based in the United Kingdom (collectively referred to as "Goldman Sachs" or the "firm") was conducted for any accounts for Joseph Blatter. Please be advised that our search of the firm's records indicated <u>no</u> accounts for Joseph Blatter at Goldman Sachs.[1807]

The Goldman Sachs document from "Walter Petersen" and any related allegations against Mr. Blatter or Mr. Grondona therefore cannot be credited.

It appears this is not the first time a "Walter Petersen" made false allegations about FIFA officials accepting payments from Qatar. In late May 2011, "Walter Petersen" used the same walter.petersen64@yahoo.com email address to send journalists a news release announcing a May 31, 2011 press conference in Zurich concerning "Qatar 2022 / FIFA Revelations of Bribery."[1808] According to the release, a "Mystery Guest" who was an "ex FIFA Official" would present "copies of bank accounts related to Trust Companies" of FIFA Executive Committee members, records of "money transfers of Qatar based Companies," and other supposed

---

[1807] FWC00171442 (emphasis in original).
[1808] FWC00156214-22.

MEF000503

evidence of corruption.[1809]  The press conference never occurred; the news release, those who received it concluded, was a hoax.[1810]

The facts described above highlight a particular challenge in this investigation: baseless allegations that may be difficult to disprove.  For example, a bank would ordinarily be under no obligation to respond to an inquiry from the FIFA Ethics Committee.  Fortunately, in this case, further investigation revealed the spurious nature of the allegation.

## K.    Harold Mayne-Nicholls

The head of the Bid Inspection Group, Harold Mayne-Nicholls, was an active Chairman.  He did not personally write every word in the final Bid Evaluation Reports, he said, "but I gave the final approval to every letter."[1811]  Another member of the group, Danny Jordaan, corroborated that account.[1812]  The final product, Mr. Mayne-Nicholls told us, was a "very professional" and "very independent report."[1813]

A veteran of previous bid-inspection groups as well as then-President of the Chilean Football Federation[1814], Mr. Mayne-Nicholls brought relevant experience and expertise to the Bid Inspection Group.  But FIFA also appointed him for his independence.  "It was clear from the beginning that we didn't want to have any political representative within the group," Secretary General Valcke explained.[1815] Mr. Mayne-Nicholls lived in South America, which, with Brazil slated to host the 2014 World Cup, had no bidders vying to host the event in 2018 or 2022.  By his own account, given when he was interviewed in New York in January 2014, Mr. Mayne-Nicholls also had a well-earned reputation for being incorruptible.  During a prior bidding process, he recalled, he rejected dinner invitations from one bid nation's ambassador, agreeing to meet only for "coffee in a public place."[1816]  Mr. Mayne-Nicholls said he did not witness anything inappropriate during the inspection process—no improper offers or requests from anyone acting in support of a bid, no attempts by others on the Bid Inspection Team to abuse their power for personal gain[1817]—but added that everyone knew better than to bend ethics rules in his presence.  "[P]eople from, from soccer, they know me," Mr. Mayne-Nicholls said.  "[A]nd I will have no trouble, if you offer me something, I will go immediately to report it."[1818]

---

[1809] FWC00156216-17.
[1810] FWC00156214; FWC00156222.
[1811] FWC00181056.
[1812] FWC00181297; FWC00181298.
[1813] FWC00181115.
[1814] FWC001810355-FWC00181036.
[1815] FWC00182727-28.
[1816] FWC00181055.

[1817] FWC00181054-56.
[1818] FWC00181054-56.

278

### 1. The Inspection Group's Awareness of Aspire's Relationship with Qatar 2022

By the time he and the rest of the Evaluation Group left Qatar, the last stop on the tour of bidding nations, on Friday, September 17,[1819] Mr. Mayne-Nicholls knew that Andreas Bleicher and Aspire figured prominently in Qatar's bid proposal. The football development chapter in Qatar's bid book referenced Aspire repeatedly and displayed a full-page photograph of Mr. Bleicher, who was identified as Aspire's Executive Director.[1820] A written response to the Bid Inspection team's request for additional information about how the bid "intend[s] to coordinate its development programmes with the FIFA technical and management development programmes" highlighted Aspire's involvement.[1821] As reflected on a spreadsheet used by the Bid Inspection team to collect information about the Qatari bid, the bid team's response described training programs to be operated "[w]ith ASPIRE Academy at the forefront of these initiatives" and noted that "ASPIRE has been closely coord[i]nating its existing programs with QFA and AFC."[1822] The Bid Inspection group even toured the Aspire Sports Academy—with Mr. Bleicher serving as the guide—during the second of three full days it spent in Qatar.[1823] Mr. Mayne-Nicholls asked during the tour if he could test out Aspire's football pitches first-hand; Mr. Bleicher obliged, and Mr. Mayne-Nicholls returned to play football at Aspire that evening.[1824]

The evening before the Bid Inspection Group left Qatar, Mr. Mayne-Nicholls attended a press conference where he suggested, in a manner not echoed in public comments he made about any other bid, that the Bid Inspection Report's verdict about Qatar could go either way. "Qatar has the potential to host an international sports event such as the FIFA World Cup," Mr. Mayne-Nicholls remarked, "but it would pose a number of logistical challenges."[1825] Mr. Mayne-Nicholls's assessment of Qatar's capability to handle those challenges would remain a mystery while he drafted and finalized the Bid Evaluation Reports.

During the weeks between the September 16 press conference and his submission of the Evaluation Reports to FIFA in mid-October,[1826] Mr. Mayne-Nicholls's influence over the outcome of Qatar's bid was at its peak.

---

[1819] FWC00159579.
[1820] FWC00000382.
[1821] FWC00002144.
[1822] FWC00002144.
[1823] FWC00159578-80; FWC00184162-63.
[1824] FWC00184163.
[1825] FWC00172931; FWC00172935.
[1826] FWC00173962-63.

MEF000505

2.     *Requests for Benefits from Aspire*

On Sunday, September 19, 2010, Mr. Mayne-Nicholls sent Mr. Bleicher an email under the subject line "THANKS AND QUESTIONS." The "QUESTIONS" did not request follow-up information related to Qatar's bid; rather, they requested that Mr. Bleicher provide certain benefits to Mr. Mayne-Nicholls's son, nephew, and brother-in-law:

> Dear Andreas,
>
> Was a real pleasure to be at the Academy during our visit to Qatar. Also to play some football and to receive information from your side.
>
> After saying that I would like to ask you two questions:
>
> a) ***Do you have possibilities to receive at the football level my son Oliver*** (born in october 1994) who is a forward ***and my nephew Nicolas*** (january 1995) who is a goalkeeper, during january and february ***to evaluate and train them?***
>
> b) ***M[y] brother in law***, former chilean Davis Cup player, has been in Qatar for holidays a couple of times, and he ***is really int[e]rested in having a chance to coach tennis in a professional way in Qatar. May I give him your e-mail and you inform him about any possibility?***
>
> Thanks and best regards,
> Harold Mayne-Nicholls[1827]

Those requests placed Mr. Bleicher in the position of having to make a difficult choice: grant Mayne-Nicholls special treatment in violation of bidding rules and clear ethical principles, or decline and risk damaging the Qatari bid by alienating Mr. Mayne-Nicholls just as he prepared to draft the final Evaluation Reports. Initially, Mr. Bleicher at least appeared to keep the door open on the former approach. He responded later on September 19, saying "[i]t would be an honor for us to host your son and your nephew for a football evaluation and training period in Aspire," perhaps in January 2011; and telling Mr. Mayne-Nicholls to "feel free to provide your brother in law with my contact details," adding, "I could arrange the necessary contacts for him (we as Aspire do not hire the Tennis Coaches ourselves, as the tennis specific training is handled by the Qatar Tennis Federation under a special program)."[1828] Mr. Bleicher also followed up on discussions that he and Mr. Mayne-Nicholls apparently had about an Under-17 team from Chile

---

[1827] FWC00137280-81 (emphases added).
[1828] FWC00137280.

280

training at Aspire, noting that Aspire could possibly accommodate the team in early April 2011.[1829]

Mr. Mayne-Nicholls's reply, sent later on September 19, pressed Mr. Bleicher for specifics about what Mr. Bleicher could offer Mr. Mayne-Nicholls's son and nephew : "Can you give me more details for my son and nephew. Mainly about the dates, accom[m]odation and training times. And any other aspect you might think will help us to take a final decision."[1830]  The message then noted that Mr. Mayne-Nicholls "already gave you[r] e-mail to my brother in law," and it asked Mr. Bleicher to "[p]lease send the invitation" for the Chilean Under-17 squad's April 2011 visit as proposed.[1831]

Mr. Bleicher wrote back the next day, September 20.  As to the request for "more details for my son and nephew," he responded in part that "[t]he accommodation including meals could be in our own Aspire dormitory (they could stay together in a double room or in two single rooms; whatever they prefer) and *we could cover the related cost.*"[1832]  Mr. Bleicher added that he would be leaving later that day for a week-long business trip, but he planned to "send you the formal invitation for the Chile U17 Team" and "check things for" Mr. Mayne-Nicholls's brother-in-law, who by then had been "in contact with" Mr. Bleicher, after he returned.[1833]

Mr. Mayne-Nicholls replied later on September 20 that "I will come []back to you after talking with my son and nephew."[1834]  Then he made some new requests:

> a) Invitation in april.
>
> As I have a Club General Assembly next Friday, I would like to announce it. Is possible?
>
> b) Exchange
>
> We have six clubs (Arica, Iquique, Antofagasta -my home town-, Calama, Salvador and Ciopiapo) in the desert zone of the country.
>
> I was wondering if you can receive 6 boys (one from each club) from January to April -for us is the best part of the year, as they are on holiday all January, February and half March- as an exchange activity.

---

[1829] FWC00137280.
[1830] FWC00137279-80.
[1831] FWC00137280.
[1832] FWC00137279 (emphasis added).
[1833] FWC00137279.
[1834] FWC00137278.

MEF000507

We can send two U15, 2 U16 and 2 U17.

If you agree it can be part of a general agreement between Aspire and our Federation.

Please let me know.[1835]

Mr. Bleicher waited three days to respond, and his message suggested that he was no longer comfortable discussing Mr. Mayne-Nicholls's requests. As to Mr. Mayne-Nicholls's prior requests for personal benefits for his son, nephew, and brother-in-law, Mr. Bleicher's email said nothing. As to the other requests, which might have been appropriate if Mr. Mayne-Nicholls served only as the President of the Chilean Football Federation—but were obviously inappropriate given the timing and Mr. Mayne-Nicholls's role as Chairman of the Bid Evaluation Group— Mr. Bleicher withdrew his previous offer related to the Under-17 team, citing scheduling conflicts; and he proposed, without committing to anything, that future discussions related to Aspire and the Chilean Football Federation be conducted through more formal channels:

Dear Mr. President,

I just received the information that our Teams would not be available during the suggested period of time, unfortunately. Our general schedule for this season is already full as we need to plan ahead of time, especially with the international fixtures. Anyhow normally Teams drop out as they sometimes get other official commitments on a short notice, so that there might be a good chance to come, but unfortunately I cannot confirm this today.

As you also suggested, I believe, the best way forward might be to work on a general agreement between Aspire/QFA and your esteemed Federation to get a system in place, which would make things official and reliable for the future. The topic of the 6 boys you asked to send from Jan to April should be thought about carefully as well. So far such long visiting periods never happened before. There are several things to consider, e.g. we also travel with our teams, there are examination periods in between, holidays ... I'd need to talk to our coaches, educational and dormitory staff as well.

Thanks and best regards,
Andreas[1836]

Then Mr. Bleicher stopped communicating with Mr. Mayne-Nicholls.

---

[1835] FWC00137279.
[1836] FWC00137278.

282

After hearing nothing for a week, Mr. Mayne-Nicholls wrote again to Mr. Bleicher on September 30—still within the narrow window between his inspection tour of Qatar and the submission of the Final Evaluation Reports to FIFA—to ask yet again for personal favors:

> Dear Andreas,
>
> Please let me know whenever you have news.
>
> I understand that in April there is no invitation, but we can receive a later one.
>
> And about the 6 players, please let me know what do you think will be possible to do.
>
> Best regards,
>
> Harold
>
> PD: *And about my son and nephew golfing in January/February?*[1837]

This time, Mr. Bleicher's response was more direct:

> Dear Mr. President,
>
> Thank you very much again for approaching Aspire on the different topics raised by you below.
>
> Considering FIFA's ongoing bidding process for the FIFA World Cups 2018/2022 with the involvement of Qatar 2022, we believe it might be advisable not to follow up on these topics at this point, as this might leave space for incorrect interpretations, even though Aspire is not involved in the bidding process, of course not. But other not/wrongly informed parties might mix things up.
>
> If you would deem useful, we could pick-up the discussion after the bid decision in a clean state and also in the context of a co-operation between your esteemed Federation and the QFA. We believe this would be a transparent solution nobody could argue against.
>
> Thank you very much for your understanding.
>
> Best regards,
> Andreas Bleicher[1838]

---

[1837] FWC00137277-78 (emphasis added).

Mr. Mayne-Nicholls responded on October 17: "I fully agree. Let us wait until 2011. I think that is the best to establish a Long Term agreement."[1839] Mr. Bleicher forwarded the entire thread of his emails with Mr. Mayne-Nicholls to top officials on Qatar's bid team, under the subject line "Aspire - Harold M-N" and with the simple message "Fyi."[1840]

The Bid Evaluation Reports issued shortly thereafter were critical of Qatar's bid,[1841] as Mr. Mayne-Nicholls has acknowledged and reiterated in public comments in the years since the bidding process.[1842]

###### 3.   Response to the Investigatory Chamber's Follow-Up Questions

The communications with Mr. Bleicher came were produced after Mr. Mayne-Nicholls's interview. The Investigatory Chamber sent a communication to Mr. Mayne-Nicholls noting two follow-up requests "[i]n light of new information we have received."[1843] First, the communication requested "[a] written statement describing any and all communications you had with Andreas Bleicher or anyone else affiliated with the Aspire Academy during the period January 1, 2010 through December 31, 2011."[1844] For the avoidance of doubt that this request encompassed information about Mr. Mayne-Nicholls's September 2010 requests related to his son, nephew, and brother-in-law, the letter specified that the statement must include "specific information about when any such communication occurred . . . and the substance of what was communicated, including without limitation details of any requests, offers, agreements, or partnerships that were referenced or discussed."[1845] Second, the letter requested any documents in Mr. Mayne-Nicholls's possession, including any email correspondence, reflecting communications he had with Mr. Bleicher or anyone else from Aspire in 2010 or 2011.[1846] The letter also explained that, to the extent our letter "references an allegation against you or anyone else," it does so "to give you an opportunity to respond and provide information that will contribute to clarifying the facts of the case, including any facts that may refute the allegation."[1847]

In response to the request for records of his email correspondence, Mr. Mayne-Nicholls wrote that he had no records of email communications with Mr. Bleicher from 2010 and 2011, in part because he no longer had access to the same

---

[1838] FWC00137277.
[1839] FWC00137277.
[1840] FWC00137277.
[1841] *See* Part III(C)(6).
[1842] FWC00157725; FWC00157488.
[1843] FWC00172938.
[1844] FWC00172938.
[1845] FWC00172938.
[1846] FWC00172938.
[1847] FWC00172938-39.

MEF000510

accounts he used during that period.[1848]  That response was credible.  Mr. Mayne-Nicholls appears to have corresponded with Mr. Bleicher using his account with the Chilean Football Federation[1849], which he left in early 2011.

Mr. Mayne-Nicholls's response to the Investigatory Chamber's request for a description of his 2010 and 2011 discussions with Mr. Bleicher, including any requests or offers, appears misleading.  He wrote, in relevant part, that while he could not find records of 2010 and 2011 communications with Mr. Bleicher,

> I remember exchanging mails with him, asking for the possibility that [C]hilean youth football players could go to the Aspire Academy on an exchange program. This was never possible as I never received an answer.
>
> I remember that I also asked if one member of another sport (do not remember which one) from Chile could go. Never received an answer.
>
> All this, because when I knew Aspire (do not remember exactly when … I think during the bid visit, but maybe before) I thought they have such a great program and infrastructure that will be very useful for sports.
>
> I also remember that at least once I played soccer at Aspire (during the bid) and also went to a table tennis tournament during a visit to Doha (maybe in 2012) after the bid. I think I also took my wife to this center when we both went together to Doha to do a presentation in an international conference in 2011 (this was with written authorization by FIFA GS).[1850]

It appears that Mr. Mayne-Nicholls, after getting the letter request related to "new information we have received,"[1851] chose to provide information only about a later exchange he had with Mr. Bleicher.  Messrs. Mayne-Nicholls and Bleicher exchanged additional emails in May and June 2011, apparently shortly after the "international conference" Mr. Mayne-Nicholls mentioned.  In an email to Mr. Bleicher sent May 25, 2011, Mr. Mayne-Nicholls, who by then had left the Chilean Football Federation and was in the process of establishing a foundation related to youth participation in sports,[1852] wrote that he "would like very much to discuss with you the chance to have a cooperation agreement between our Foundation and Aspire," and also that "[a]s I told you I would like to know if the chilean Gymnast

---

[1848] FWC00172930.
[1849] FWC00137277-82.
[1850] FWC00172930.
[1851] FWC00172938.
[1852] FWC00157489.

Tomas Gonzalez will be able to train in Aspire. "[1853] Mr. Bleicher's response, sent almost two weeks later, said "[w]e will [] discuss the possibility of a cooperation agreement in due time," and reported that Mr. Bleicher was "following up" with the Qatar Gymnastics Federation about the Gonzalez request "and will get back to you."[1854]

Mr. Mayne-Nicholls's May 2011 email indeed made requests related to what his written statement described as "the possibility that [C]hilean youth football players could go to the Aspire Academy on an exchange program" and the prospect that "one member of another sport . . . from Chile could go" to Aspire.[1855] The letter to Mr. Mayne-Nicholls, however, requested a description of "*all* communications" Mr. Mayne-Nicholls had with Mr. Bleicher in 2010 and 2011.[1856] It would appear incredible that Mayne-Nicholls forgot his repeated communications with Mr. Bleicher about his son, nephew, and brother-in-law during the bidding process that is the subject of this investigation. If nothing else, the experience of receiving Mr. Bleicher's email explaining that continuing their discussion would be inappropriate "[c]onsidering FIFA's ongoing bidding process" would have been particularly unsettling—and memorable.

### 4. Conclusion

Mr. Bleicher should not have entertained Mr. Mayne-Nicholls's requests, and certainly not offered to "cover the related cost"[1857] of accommodating Mr. Mayne-Nicholls's son and nephew at Aspire Academy. Documents produced by Qatar's bid demonstrate that Mr. Bleicher understood the importance of avoiding any interactions with Mr. Mayne-Nicholls that could create the appearance of a conflict related to the bid inspection reports. In June 2010, the documents show, a FIFA match agent emailed Mr. Bleicher to ask whether he had any update about various proposals they had discussed weeks earlier.[1858] One of the proposals involved inviting a team from Chile to play a game against Qatar, with proceeds from the event to be donated to a charity.[1859] The Qatar FA and Chile FA scrapped the proposal, Mr. Bleicher informed the match agent via email on June 16, because "the President of the Chile FA has been nominated Head of the FIFA inspection team for the FIFA World Cup Bids 2018/2022."[1860] Mr. Bleicher further explained that, although initial discussions about the event began before Mayne-Nicholls's

---

[1853] FWC00132280.
[1854] FWC00132280.
[1855] FWC00172930.
[1856] FWC00172938 (emphasis added).
[1857] FWC00137279.
[1858] FWC00132425.
[1859] *See* FWC00132425-36.
[1860] FWC00132424.

MEF000512

appointment, there was concern that "third parties might interpret it in a negative way."[1861]

Several factors considerably mitigate Mr. Bleicher's culpability in his exchanges with Mr. Mayne-Nicholls. First, Mr. Mayne-Nicholls initiated the correspondence with his September 19 email requesting favors for his son, nephew, and brother-in-law. Second, Mr. Mayne-Nicholls wielded considerable power over Mr. Bleicher by virtue of his status as Chairman of the Bid Evaluation Team and the timing of his requests, which he made during the brief period when he was making decisions that, as far as everyone knew, could significantly influence the fate of the Qatari bid. Mr. Bleicher was in the unenviable position of needing to withdraw from the discussion without offending Mr. Mayne-Nicholls by accusing him directly of misconduct, which may explain Mr. Bleicher's plainly incorrect statement that "Aspire is not involved in the bidding process, of course not."[1862] As Mr. Bleicher explained to us when he was interviewed, he felt obliged "to be polite in some way. . . . So I was polite."[1863] Third, the correspondence reflects that Mr. Bleicher recognized that the communications were inappropriate, and took steps to withdraw from any further discussions with Mr. Mayne-Nicholls during the bidding process. Fourth, Mr. Bleicher and Qatar's bid team assisted this investigation by producing copies of the communications with Mr. Mayne-Nicholls. Without that cooperation, this issue would not have come to light.

Those same factors aggravate Mr. Mayne-Nicholls's misconduct. As discussed above, Mr. Mayne-Nicholls initiated the inappropriate communications with Mr. Bleicher, repeatedly lobbied Mr. Bleicher for personal favors, and continued to exert pressure until well after Mr. Bleicher signaled his reluctance to commit to anything in the near future because of ethical concerns. Moreover, with his response to a follow-up question plainly offering him an opportunity to disclose what occurred, Mr. Mayne-Nicholls did not provide any information about the relevant interaction with Mr. Bleicher.

The Evaluation Report on Qatar may have been completely objective. That does not absolve Mr. Mayne-Nicholls for conduct that tainted the evaluation process. During the weeks when he was making final determinations that could sway the bidding process—his communications with Mr. Bleicher show he pursued personal benefits, including special treatment for family members, from someone he knew to be associated with a bid team. He exposed the bidding process to the possibility—and the appearance—that Mr. Bleicher's response regarding those personal benefits requested influenced his report. With his flurry of requests to Mr. Bleicher immediately following his inspection tour in Qatar, Mr. Mayne-Nicholls appears to have abused his position, compromised his independence, and created an

---

[1861] FWC00132424.
[1862] FWC00137277.
[1863] FWC00184164:2-4.

287

appearance that he let personal interests interfere with his official duties. Accordingly, there is a prima facie case that Mr. Mayne-Nicholls violated the provisions of the relevant FIFA code of ethics and those proceedings will be opened.[1864]

## XI.   TIMING OF THE 2022 FIFA WORLD CUP

Calls to move the 2022 World Cup to a time of year other than June or July came almost immediately after the FIFA Executive Committee awarded 2022 World Cup hosting rights to Qatar.  "I think 48 hours after the decision," Secretary General Valcke recalled during his interview with the Investigatory Chamber, "someone came out by saying the World Cup will not be played in summer but should be played in winter because it's—it's too hot."[1865]

One of the first and most influential voices to propose such a move was Michel Platini's.  Mr. Platini, who has stated openly that he voted for Qatar,[1866] was quoted in press reports on December 11, 2010, nine days after the December 2 World Cup vote, as stating, "It's true that if we talk about the World Cup in the Gulf in January, that would be easier than to play in June."[1867]  Mr. Platini also said, "We will discuss this heavily in the months and years to come."[1868]

He was right:  Years later, Mr. Platini and other football officials were still grappling with the issue.  In March 2013, Mr. Platini indicated that in light of the timing question, his support for Qatar's bid had become conditional.  "I am in favor of Qatar under two conditions," Mr. Platini said, according to press reports.[1869]  One of those conditions was that

> [b]ecause of the heat the World Cup will need to be held in the winter.  With over 40 degrees, playing football is impossible and for the fans it would also be unbearable.[1870]

Also in March 2013, Mr. Platini gained a key ally in his efforts to schedule the 2022 World Cup during a cooler month:  Michel D'Hooghe, the lone physician on the FIFA Executive Committee.  Dr. D'Hooghe, who has served as Chair of the FIFA Medical Committee since 1988, stated publicly that "I think it would be a good thing if we could play this World Cup in better temperatures than in full summer in

---

[1864] *See* Part XIV(E)(1).

[1865] FWC00182791-92.

[1866] *See* Part X(A)(3).

[1867] FWC00185034.

[1868] FWC00185035.

[1869] FWC00158031.

[1870] FWC00158031.  The other condition Mr. Platini reportedly set forth was that "the neighboring emirates must be included so that the World Cup is staged throughout the entire region." FWC00158031.

MEF000514

Qatar," adding, "From a medical point of view, I can say we are concerned."[1871]  Mr. Platini and Dr. D'Hooghe continued to make similar statements in the ensuing months.[1872]  In September 2013, for example, Dr. D'Hooghe told journalists: "My position is very clear.  From the medical point of view I think it will be better not to play during the hot summer months."[1873]

In October 2013, FIFA established a task force to examine whether, given the Qatari climate, the 2022 World Cup should be scheduled for some time other than its traditional time of June and July.  FIFA issued a media release explaining the move:

> [T]he Executive Committee decided to launch a consultation process among the main stakeholders concerned, including both the international football community (FIFA, confederations, member associations, leagues, clubs, players) as well as FIFA's business partners (Media Rights Licensees and Commercial Affiliates).  This consultation process will be undertaken by a working group chaired by AFC President Sheikh Salman Bin Ebrahim Al Khalifa.  Furthermore, the executive outlined that the tournament would be played in nine years' time and that therefore the consultation process would not be rushed but would be given the necessary time to consider all of the elements relevant for a decision.[1874]

The task force's work is ongoing.  When the World Cup in Qatar will be held remains unresolved.  There is no record of the Qatar government or Qatar 2022 making any request to change the timing of the tournament.

## A.    Awareness of the Heat Issue Before December 2010

Issues related to rescheduling sporting events due to Qatar's climate and the risks associated with holding the World Cup in a hot climate arose well before the Executive Committee awarded the World Cup to Qatar on December 2, 2010.

Dr. D'Hooghe himself raised concerns about heat before the World Cup in the United States in 1994, arguing that games played in the country's southern regions should be played later in the day, when the air would be cooler.[1875]  FIFA rejected Dr. D'Hooghe's recommendation.[1876]

---

[1871] FWC00185030-31.
[1872] See, e.g., FWC00185036-37.
[1873] FWC00185026-27; see also FWC00181826-28 (reflecting Dr. D'Hooghe's statements to the Investigatory Chamber about potential health risks related to holding the World Cup in Qatar in June or July); FWC00181856-60 (same).
[1874] FWC00185059-60.
[1875] See FWC00185029.
[1876] See FWC00185029.

MEF000515

Qatar faced questions about its climate when Doha bid to host the 2016 Olympic Games. Although the International Olympic Committee's technical assessments rated Doha's proposal as the third best among the seven candidates, in June 2008 Doha failed to make the four-bidder shortlist.[1877] The problem with Doha's bid, an IOC spokesperson explained, was its proposal to host the 2016 Olympics in October to avoid the region's searing summer heat: "The IOC Executive Board unanimously decided not to grant this exception as it conflicts with the international sporting calendar and would therefore be bad for the athletes and for sports fans."[1878]

In contrast, the World Cup bidding process was conducted under the assumption, shared by many on the Executive Committee, that the 2022 event would be held, as always, in or around June and July.[1879] As stated in Section 1.2.1 of the Bid Registration document every bidding member association submitted, the bidding process involved "final competitions of the FIFA World Cup™ which are scheduled to take place . . . in June and/or July of 2022."[1880]

FIFA's Bid Evaluation Report made clear that the weather in Qatar in June and July is, on average, hot.[1881] The report, like those prepared to analyze the competing bids, listed the average daily temperatures—at 12 p.m., 4 p.m., 6 p.m., and 10 p.m.—in June and July for every city with a proposed World Cup venue.[1882] The report also listed average peak humidity during those periods[1883] and described Qatar as follows:

> Qatar mainly consists of a low, barren plain with mild winters and very hot, sunny and humid summers. It has a desert climate with long summers, and precipitation is scarce. Qatar would present very hot weather conditions during the tournament period, with average temperatures seldom falling below 37°C during the afternoon and seldom below 31°C during the evening.[1884]

Qatar 2022 presented a detailed plan to address any concerns about the heat. Acknowledging that "[t]he 2022 FIFA World Cup™ will be held in June and July which is the beginning of the summer period in Qatar,"[1885] the Qatar bid book

---

[1877] See FWC00185032-33.

[1878] FWC00185032.

[1879] See, e.g., FWC00184309; FWC00184238; FWC00181705; FWC00181236.

[1880] FWC00003860. But see FWC00003890 at § 12.4 (requiring bidders to waive any right to challenge "any decision by FIFA as final and binding, in particular FIFA's decisions in relation to the evaluation, assessment and selection of Bids, such as to . . . accept a specific Bid on such terms determined by FIFA").

[1881] See FWC00002379-416.

[1882] See FWC00002388-89.

[1883] See FWC00002388-89.

[1884] FWC00002387-88.

[1885] FWC00000457.

MEF000516

described plans to "develop[] advanced technology carbon-neutral cooling systems for the tournament Stadiums, Training Sites, [and] FIFA Fan Fest/Zones," including "new cooling systems that can be utilised for public spaces to encourage safe recreation and well being."[1886]  The bid team devoted separate subsections in its bid book to proposals for, among other climate-related topics, "Outdoor Comfort and the Pioneering Solar Cooling Concept," "Climatic Conditions in Qatar During June/July," "Outdoor Comfort," "Passive and Active Strategies to Enhance Outdoor Comfort," and "Solar Cooling Concept for the 2022 FIFA World CupTM Qatar Stadiums."[1887]  Given these initiatives, Qatar 2022 CEO Hassan Al-Thawadi told FIFA the day before the vote, "heat is not and will not be an issue."[1888]

Mr. Al-Thawadi and his colleagues have not amended that position.  They maintain that the cooling technology will be developed as promised, and that they are prepared to host the World Cup in June and July of 2022.

### B.    The Executive Committee's Failure to Discuss the Issue Before the Vote

A news report published hours after the Executive Committee's December 2, 2010 vote noted that temperatures are typically high in Qatar in June and July and reported Dr. D'Hooghe's position on that issue:

> FIFA medical chief Michel D'Hooghe is preparing a report on playing in heat and other extreme circumstances but would not take a stand today.  "I have to think it over and discuss it with people at the right moment," the Belgian said.[1889]

The "right moment" had apparently not come before the Executive Committee voted to award the hosting rights to Qatar.  Minutes from Executive Committee meetings that occurred during the bidding process reflect no such discussion.[1890]  Mr. Mayne-Nicholls "gave a brief summary of the inspection tour and the process of compiling the bid evaluation tours" when the Executive Committee met on November 19, 2010, according to the minutes from that meeting.[1891]  That record does not mention anyone commenting on the temperatures listed in Qatar's Bid Evaluation Report, asking about the feasibility of Qatar's proposal to develop cooling technology, or raising any other question or concern

---

[1886] FWC00000355; FWC00000359.

[1887] FWC00000456-465; *see also* FWC00000930-931.

[1888] FWC00138561.

[1889] FWC00185039.

[1890] Dr. D'Hooghe and Mr. Platini both told the Investigatory Chamber they recalled broaching the subject before the Executive Committee voted, although not necessarily in the formal context of an Executive Committee hearing.  *See* FWC00181828-30; FWC00179460.  As noted above, however, there is no record of any such discussion.

[1891] FWC00166724.

MEF000517

related to any of the bidders' proposals.[1892]  The Executive Committee met again on December 1, the day before the vote.  Once again, the minutes from that meeting reference neither the heat issue nor any other substantive discussion regarding the merits or drawbacks of any bid.[1893]

The meeting minutes are consistent with Executive Committee members' recollections of what was discussed—or not discussed—during their meetings.[1894] "[A]ll the weather issues came later," Executive Committee member Marios Lefkaritis recalled, "[a]nd the possibility to move the World Cup never occurred before.  Never."[1895]  President Blatter and Secretary General Valcke stated that at one meeting President Blatter opened the floor to any questions about the technical reports or other issues concerning the bids.[1896]  Secretary General Valcke said "there was no question."[1897]  President Blatter said the room "was absolutely silent."[1898]

## C.   Consequences of Rescheduling the World Cup

As FIFA's October 2013 media release announcing the formation of a task force to examine whether to play the 2022 World Cup in a month other than June or July suggests, the effects of such a move would reach "the international international football community (FIFA, confederations, member associations, leagues, clubs, players) as well as FIFA's business partners (Media Rights Licensees and Commercial Affiliates)."[1899]

League schedules present an obstacle.  As a media report about Mr. Platini's call to change the 2022 World Cup dates stated on December 11, 2010, "Such a change would conflict with the schedules of Europe's major domestic leagues plus the Champions League, and Platini said that would be among a number of issues needing to be addressed."[1900]  Officials from some leagues have complained that holding the World Cup during Europe's fall or winter months would disrupt their calendars and interfere with their broadcasting agreements.[1901]  Mr. Platini himself

---

[1892] *See* FWC00166722-25; *see also* FWC00181060-62.
[1893] *See* FWC00166726-32.  A final opportunity for discussion came at the end of the meeting, under the "Any Other Business" item on the agenda.  According to the minutes, however, "No points were raised under this item."  FWC00166731.
[1894] *See, e.g.*, FWC00181626-27; FWC00184238; FWC00181497; FWC00182734.
[1895] FWC00181703-704.
[1896] *See* FWC00182734; FWC00182656.
[1897] FWC00182734.
[1898] FWC00182656.
[1899] FWC00185059.
[1900] *See* FWC00185034.
[1901] *See, e.g.*, FWC00185036-37.

MEF000518

has reportedly "called for a January tournament that would not clash with the Champions League."[1902]

When asked by the Investigatory Chamber whether rescheduling the World Cup would affect FIFA's broadcast-rights agreements, Mr. Platini responded, "I don't know."[1903] Subsequently, Secretary General Valcke informed the Executive Committee that it would. According to minutes from the Executive Committee meetings held March 20-21, 2014,

> The Secretary General informed the members that FIFA's commercial partners did not have any major issues with the potential rescheduling of the 2022 FIFA World Cup in Qatar and had not asked to renegotiate the current agreements. The TV partners in the USA and Canada did have some issues, as in the USA there would be a clash with the American Football season, for which reason it had been agreed to extend the contract with FOX in exchange for an undertaking not to act against FIFA should the 2022 World Cup be moved to winter.[1904]

The minutes state that the Executive Committee then approved an "extension of USA English-language media rights agreement with FOX for 2023-2026."[1905]

Secretary General Valcke told the Investigatory Chamber that in exchange for FOX's willingness to accept a potential rescheduling of the World Cup, "we agreed that we will extend with FOX for the same price as what they pay for 2022 plus inflation costs."[1906] As a result, Secretary General Valcke acknowledged, by rescheduling the World Cup "potentially we are losing money and we are making less money because we are not running an open process in the U.S. market, giving a chance to other channels to bid for and we just extend with FOX for the same amount of money."[1907] Given the percentage of FIFA's revenue generated by the World Cup, and the increasing use of those funds for football development—for example, a projected $900 million for 2015 to 2018, up $100 million from the prior period—lost revenue may have a direct impact on FIFA's investment in financial aid and other commendable "priority" development programs.[1908]

### D.   Conclusion

---

[1902] FWC00185063-65.
[1903] FWC00181761.
[1904] FWC00185125.
[1905] FWC00185125.
[1906] FWC00182792.
[1907] FWC00182792.
[1908] *See* FWC00185133-34..

293

It appears there was a failure to consider the issue of the temperature in Qatar properly prior to the vote to award hosting rights. Two factors aggravate this omission.

First, Mr. Mayne-Nicholls, the Chair of the FIFA Evaluation Group, was compromised in his assessment of Qatar. As noted above, records demonstrate that during the evaluation process he made direct requests to Mr. Bleicher for personal favors.[1909] While all available evidence indicates those requests were ultimately rejected, that they were made at all calls the integrity of his final report into question. His report may well have been harsher than it would have been had Qatar agreed to place Mr. Mayne-Nicholls's son in Aspire or find his brother-in-law a position as a tennis coach. Or, if Mr. Mayne-Nicholls interpreted Mr. Bleicher's initial response and his "polite" rebuff to suggest such a benefit might be conferred after the vote, the report may have been colored in Qatar's favor. Either way, Mr. Mayne-Nicholls's work appears tainted.

Second, as discussed in the next section, the Executive Committee member whose failure to raise the health issue is especially glaring given his background and experience, Dr. D'Hooghe, was also compromised by his actions with respect to the Qatar bid team. Regardless of whether his son's later awarding of a position at the Aspire-related hospital Aspetar had any bearing on his vote, the fact that the Qatar bid team was in the process of arranging a business opportunity for his close friend's son—with a meeting taking place the day before the vote—provides cause to question Dr. D'Hooghe's actions.[1910]

Given the potential financial loss associated with rescheduling the World Cup, as well as the concerns discussed above surrounding the actions of Mr. Mayne-Nicholls and Dr. D'Hooghe, a transparent and independent review of the potential ramifications of such a move may be required. Accordingly, the Investigatory Chamber refers this matter to the independent Chair of the FIFA Audit and Compliance Committee, Domenico Scala, for further examination and action as he deems appropriate. Such a review may provide transparency into the financial impact of the contemplated  move by quantifying any potential loss so that the Executive Committee may then expressly approve the necessary expenditure or accept the financial loss—or seek indemnification for its losses from Qatar 2022— before authorizing any scheduling change. In this context, FIFA may also wish to commission an independent medical assessment of the scheduling options[1911] and/or an independent technical assessment of the feasibility and reliability of the proposed use of cooling technologies.

---

[1909] *See* Part X(K).

[1910] *See* Part XII(C).

[1911] *See, e.g.,* FWC00185991.

294

## XII.   MICHEL D'HOOGHE

The Investigatory Chamber identified several issues related to the conduct of Executive Committee member Michel D'Hooghe.

### A.   Painting from Viacheslav Koloskov

On August 14, 2011, a public report was released, stating that the Russian bid team gave Executive Committee member Michel D'Hooghe a painting "during negotiations to secure his support."[1912]   The report said Viacheslav Koloskov, "a strategic advisor for Russia 2018," delivered the painting to Dr. D'Hooghe in Bruges in April 2010 "after lobbying him about the bid."[1913]   According to the article, Dr. D'Hooghe, in response to a reporter's questions, said that "a Russian art specialist in Brussels had told him the painting had no value" and that "he had not voted for Russia."[1914]   He also reportedly called the painting a "poisonous gift" that "he wished he had not accepted."[1915]

In anticipation of that report,[1916] Dr. D'Hooghe sent FIFA President Joseph Blatter a letter on August 13, 2011, attaching a report "concerning Mr. Koloskov's visit to Bruges" in April 2010.[1917]   Dr. D'Hooghe wrote that Mr. Koloskov, "an old friend" and former colleague from "various committees and commissions of FIFA . . . and UEFA," notified him early in 2010 that he intended to visit Dr. D'Hooghe in Bruges.[1918]   Noting that "[o]ur wives, Tatiana and Anne-Marie, are also very close," Dr. D'Hooghe reported that his own wife therefore joined him for lunch at a Bruges restaurant on April 27, 2010, "with Mr. Koloskov and his interpreter."[1919]   The lunchtime conversation touched on "several shared memories," Dr. D'Hooghe wrote, "with Mr. Koloskov also confirming to me that he was leaving the international football scene."[1920]   According to Dr. D'Hooghe's account, Mr. Koloskov "mentioned" Russia's World Cup bid and "highlight[ed] the creation of new stadiums in his country," but "[a]t no moment did he ask me to support the Russian bid since he knew full well that, being Belgian, I was giving the Belgian-Dutch bid my total support. . . . I presented to him, in turn, my arguments in favor of this bid."[1921]   Dr. D'Hooghe then discussed the painting:

---

[1912] FWC00158002.

[1913] FWC00158002.

[1914] FWC00158002.

[1915] FWC00158002.

[1916] *See* FWC00172914.

[1917] FWC00118532-36 (original correspondence and report in French); *see* FWC00172912-15 (English translation).

[1918] FWC00172913.

[1919] FWC00172913.

[1920] FWC00172913.

[1921] FWC00172913.

295

After lunch, as he was leaving, [Mr. Koloskov] gave me a flat parcel, wrapped up in brown cardboard paper. He told me that this was a special gift "after 20 years of friendship and collaboration, from family to family." Afterwards, he left straight away. When I returned home, I opened the packet and I discovered[] a painting signed by a Russian painter. I am not at all a connoisseur of Russian painting but, wi[th] all the respect I owe to Russian art, I must confess that I did not like the painting at all, and felt that it had no real value at all. I even asked my secretary if I could offer her this painting, but she was not interested in it either.

I then asked a local antiques dealer what he thought of the painting. He replied that as far as he knew, at that time and for the Belgian market, this painting was worthless. I then stored the painting away in the loft of my house, with all other kinds of souvenirs that I have received during my long football career. At the time, I did not imagine that this painting could have any real value, either aesthetic or monetary.

As far as I was concerned, it was just a personal gift whose content I ignored at the moment I was given it (because it was wrapped up).

It was a gift which I would have preferred never to have received, which I had not asked for and to which I only attached a symbolic value, that of our friendship with Mr. and Mrs. Koloskov at the end of their international career.

Furthermore, during the votes for the 2018 World Cup bid in the beginning of December 2010 in Zurich, I never voted for the Russian bid, since each time I voted for the Belgian-Dutch bid.[1922]

Dr. D'Hooghe further reported that, in light of the journalists' inquiries about the painting, he contacted "a Russian art specialist" named Eric La Pipe and "asked him to carry out a scientific appraisal of this painting (which I continue to find ugly and worthless)."[1923] Mr. La Pipe summarized his findings from the appraisal, which he conducted August 12, 2011, in a letter subsequently produced to FIFA at the request of the then-Chairman of the FIFA Ethics Committee, Claudio Sulser[1924]:

The painting presented to me only has a decorative value.

It is painted on cardboard and the name of the painter is unknown to me.

---

[1922] FWC00172913-14.
[1923] FWC00172914.
[1924] FWC00172916.

296

Additional information from Russia confirms this theory.[1925]

In late August 2011, Mr. Sulser reviewed the information Dr. D'Hooghe submitted, found "his statement to be reliable, thorough and plausible," and concluded that "the case, which is not even a case, [should] be closed."[1926]

The Investigatory Chamber asked Dr. D'Hooghe about these events during an interview in March 2014, and his response was consistent with his prior statements described above. Dr. D'Hooghe stated that, when he agreed to meet with Mr. Koloskov, he did not know he was formally associated with the Russian bid, but that Mr. Koloskov informed him at the restaurant that he had been asked to tout Russia's bid during their meeting.[1927] Dr. D'Hooghe reiterated that he neither promised to vote for Russia nor actually voted for Russia.[1928] Asked what he did with the painting, Dr. D'Hooghe said he "put it in my attic somewhere," although he added that "I'm not sure that I will find it again."[1929]

As he had in his August 2011 letter, Dr. D'Hooghe stated he had worked with Mr. Koloskov "for about 20 years" and that their wives were "close friends," adding, "[w]e have been with the Koloskovs many times in Moscow. They came to our house in Bruges. We had a real friendship."[1930] He also recalled, consistent with his August 2011 statement referencing Mr. Koloskov's "interpreter,"[1931] that the group at the restaurant in April 2010 consisted of Dr. D'Hooghe, his wife, Mr. Koloskov, "and I think *a translator*."[1932]

Subsequently, the Investigatory Chamber learned that the "translator" present at this meeting was Alexey Sorokin, the CEO of the Russian bid team. Asked during his May 2014 interview with the Investigatory Chamber[1933] about the artwork Dr. D'Hooghe received, Mr. Sorokin stated that "[t]he painting was given *in*

---

[1925] FWC00172917.  Mr. La Pipe described the work, which he noted measured "53 x 42 cm," as "[r]epresenting a house in a landscape" and containing a signature "on the bottom right hand side." Neither Mr. La Pipe's letter nor Dr. D'Hooghe's report identified the painter; Dr. D'Hooghe told the Investigatory Chamber in 2014 that the appraiser "couldn't make out . . . the name of the painter" from the signature.  *See* FWC00181845.  It is unclear what information Mr. La Pipe used to "confirm" his theory.

[1926] FWC00172916.

[1927] FWC00181840-41.

[1928] FWC00181849.

[1929] FWC00181843.

[1930] FWC00181840.

[1931] FWC00172913.

[1932] FWC00181841 (emphasis added).

[1933] The Chair of the Investigatory Chamber did not participate in the interview of Mr. Sorokin or any other Russian officials because he had recused himself from the investigation of Russia's World Cup bid.  *See* Part I(B).  For the same reason, the issue concerning the painting is considered here only as it pertains to Dr. D'Hooghe.  Findings regarding Russian football officials are presented in the Deputy Chairman's separate report at Section 6.

297

*my presence.*"[1934]  Mr. Sorokin described the painting as "a personal gift" from Mr. Koloskov that "had no value whatsoever," noting that "if the painting had any value," he and Mr. Koloskov would not have been able to "take[] it through customs."[1935]

It is surprising, to say the least, that Dr. D'Hooghe failed to mention both in August 2011 and during this investigation that the individual at the lunch meeting he described as an "interpreter" or "translator" was in fact the Russian bid team's CEO—a fact Dr. D'Hooghe seems likely to have been aware of given his concession that the merits of the Russian bid were discussed.

### B.    Son's Employment at Aspetar

In May 2014, a newspaper reported that Dr. D'Hooghe's son Pieter D'Hooghe had been working since 2012 as a surgeon at Aspetar, a private orthopedic and sports medicine hospital in Qatar.[1936]  According to the report, Aspire approached Pieter D'Hooghe with the offer to work as a surgeon there "in February 2011,"[1937] some eight weeks after the World Cup vote.  The article stated that Pieter D'Hooghe denied any link between his appointment and the World Cup bidding process, and quoted Michel D'Hooghe as stating: "I did not exchange my son for a vote for Qatar.  In fact, my family was very disappointed that my son left his successful job in Belgium to go to Qatar."[1938]

Michel D'Hooghe reiterated that denial to the Investigatory Chamber.  He said that his son's employment "had no relation with the bidding procedure Qatar 2022," that he had no involvement in the events leading to his son's employment at Aspetar, that he and his wife were "very much surprised" when their son told them that he had accepted the position, and that neither he nor his son communicated with the Qatar bid team concerning potential employment for his son.[1939]  Michel D'Hooghe also described the circumstances of how his son came to work at Aspetar:

> My son Pieter is a medical doctor who specialised in orthopaedic medicine.  After his specialisation, he went for 2 years extra-specialisation to the University of Amsterdam, in the service of prof Dick Van Dyck, a world-famous authority in the field of ankle, foot and heel surgery.

---

[1934] FWC00183383 (emphasis added).
[1935] FWC00183384.
[1936] FWC00172903.

[1937] FWC00172903.
[1938] FWC00172903.
[1939] FWC00172906-07.

298

After his return to Belgium, he was nominated as orthopaedic surgeon in the civil hospital in Roeselare, a well-known centre for orthopaedic medicine.

In a short period and working very hard, he became well-known in the world of sports medicine[]: he was the team doctor of the Belgian professional "Club Brugge" presented scientific conferences at many international meetings, treated many national and international football players and Olympic athletes.

Thus, he became a well-known authority in the field of sports medicine, essentially in hip, knee and ankle surgery.

In his function of team-doctor, he was in close contact with Dr Popovic, at that moment the team doctor of the Belgian club "Standard de Liège" who would become, some 8 years ago, the first orthopaedic surgeon . . . in the Aspetar clinic.
In February 2011, the medical staff of Aspetar, as well as the Belgian doctors working there (Dr Popovic and Prof Martens) and the medical director Dr Hakim Chalabi (former club director of PSG) and head surgeon Landreau, contacted Pieter because of his specific competence in treatment o[f] hip and ankle lesions in athletes, a competence which was missing at that moment, in the Aspetar medical team.

They invited Pieter as a visiting surgeon in Doha, to perform a complicated and delicate ankle surgery.

This invitation was exclusively based on the specific competence and the international reputation of Pieter in this field, and had no relation with the bidding procedure Qatar 2022.[1940]

Officials associated with Qatar's bid similarly denied playing any role in securing Pieter D'Hooghe's offer from Aspetar.[1941]  Andreas Bleicher recalled that, after the December 2010 vote—and after Pieter D'Hooghe had been offered the job in Qatar—Dr. D'Hooghe asked Mr. Bleicher to speak with his son and daughter-in-law to tell them "what it's all about in Qatar" so they could make an informed decision about whether to move there.[1942]  Mr. Bleicher and Qatar 2022 CEO Hassan Al-Thawadi also noted that Aspetar was affiliated with Aspire,[1943] which was itself associated with the bid team.[1944]  Michel D'Hooghe had not mentioned

[1940] FWC00172907.
[1941] See, e.g., FWC00184004-06; FWC00184170-72.
[1942] FWC00184171-72.
[1943] See FWC00184060; FWC00184005.
[1944] See Part X(C).

MEF000525

Aspetar's link with Aspire, although he was likely aware of it:  The "Health and Medical Services" chapter of Qatar's bid book devoted two full pages to Aspetar, which it noted "is located inside the ASPIRE Zone."[1945]

The evidence in the record does not show that Pieter D'Hooghe was offered employment at Aspetar for a reason related to the World Cup bidding process.

### C.    Business Opportunity in Qatar for a Friend's Son

Evidence in the record demonstrates that Qatar 2022 arranged a valuable business introduction for the son of a close friend of Dr. D'Hooghe during the bidding process.

#### 1.    Email Correspondence

On October 4, 2009, Andreas Bleicher emailed Qatar 2022 Deputy CEO Ali Al-Thawadi information about an executive from a Belgian shipping company, Lalemant NV, who was eager to arrange a meeting with a representative from a certain company or entity in Qatar ("Qatari Business"), whose business did not relate to football or the bidding process, to discuss a potential opportunity.[1946]  After a brief description of the types of services Lalemant provided, Mr. Bleicher wrote:

> The Commercial Director of Lalemant NV[] *is the son of the very best friend of a FIFA ExCo-Member*, who accompanies him on all international visits including FIFA ExCo-Member Meetings … and also advises him.

> A possible outcome could be:

> 1.    To arrange a meeting between Lalemant NV and the decision makers at [Qatari Business] to give Lalemant NV the chance to introduce their company by end of October 2009

> 2.    To nominate Lalemant NV as respective ship agent / representative in the port of Zeebrugge/Belgium for the vessels coming from Qatar

> 3.    *Contract duration might initially be for one year only (until 31 Dec 2010)—this would fit best with the FIFA decision making process* and would provide us with "options"[1947]

---

[1945] FWC00000896.

[1946] *See* FWC00138415-16.

[1947] FWC00138415-16 (emphases added; ellipsis in original).

300

Subsequent communications from Mr. Bleicher and the Qatar 2022 bid team about this topic revealed that the Lalemant Commercial Director who wanted to work with Qatari Business was Rik Rammant; that Rik Rammant's father was Luc Rammant; and the FIFA Executive Committee member identified as Luc Rammant's "very best friend" was Michel D'Hooghe.

From January to March 2010, Mr. Bleicher repeatedly sent Qatar 2022 officials information about Rik Rammant and his connection to Dr. D'Hooghe under the rationale that the Qatar 2022 officials could use their contacts to help Rik Rammant schedule the meeting with someone from Qatari Business to discuss potential opportunities to work together.[1948]

On January 17, 2010, Mr. Bleicher forwarded Ali Al-Thawadi an email that Rik Rammant had sent to someone at Qatari Business to arrange a meeting for early February 2010. "It would be an honour," Rik Rammant had written to Qatari Business, "for my company and myself to given an introduction of the company and our activities in Doha." Mr. Bleicher's cover message to Mr. Al-Thawadi explained that the forwarded message had been sent by "Rik Rammant (*son of D'hooghe's best friend*)" the previous week.[1949]

That effort to help Rik Rammant secure the meeting was apparently unsuccessful. Rik Rammant asked Mr. Bleicher on January 26 whether he had "an idea when [Qatari Business] will be able to receive me." The next day, Mr. Bleicher forwarded Mr. Al-Thawadi the same email Mr. Bleicher had sent him January 17, apparently to remind him of the issue.[1950] On January 31, Mr. Bleicher notified Rik Rammant that Mr. Bleicher had previously "got the feedback that [Qatari Business] would be happy with an appointment between 1-10 Feb in Doha and that they would contact you," adding, "[w]e are contacting [Qatari Business] again to check on this."[1951] Rik Rammant replied on February 1 that he would now prefer to schedule the meeting in March; Mr. Bleicher forwarded that message to Mr. Al-Thawadi and asked him "to follow this up with [Qatari Business]."[1952]

On February 16, 2010, Mr. Bleicher sent not only Ali Al-Thawadi but also Qatar 2022 CEO Hassan Al-Thawadi what he described as "some information regarding Lalemant NV, *the connection to our World Cup Bid* and some thoughts regarding a possible strategy/outcome."[1953] Mr. Bleicher noted that he was providing this material to Ali and Hassan Al-Thawadi "*[a]s requested.*"[1954] Mr.

---

[1948] *See* FWC00184189-91.
[1949] FWC00138410 (emphasis added).
[1950] *See* FWC00138411.
[1951] FWC00138417-18.
[1952] FWC00138417.
[1953] FWC00138419 (emphasis added).
[1954] FWC00138419 (emphasis added).

301

MEF000527

Bleicher had divided the rest of the email into three sections.[1955]  The first, titled "Information about the Transport and Shipping company Lalemant NV/Belgium," listed various services that Lalemant provided along with the contact information for Rik Rammant.[1956]  Next, under the heading "Connection to the Qatar 2022 World Cup Bid," Mr. Bleicher wrote:

> The Co-owner and Commercial Director of Lalemant NV, Mr. Rik Rammant, [i]s the son of Mr. Luc Rammant, who is the very best friend of the FIFA ExCo-Member Dr. Michel D'Hooghe from Belgium. *Mr. Luc Rammant accompanies Dr. Michel D'Hooghe on nearly all international visits including FIFA ExCo-Member Meetings* since more than 20 years[1957] *and he also advises him. Mr. Luc Rammant became also friend of other FIFA ExCo Members, e.g. Joseph S. Blatter and Franz Beckenbauer.* Mr. Luc Rammant nowadays is quite sick and *Dr. D'Hooghe really takes care of him* as his very best friend. They have a deep emotional friendship. We built up a nice personal relationship with Dr. D'Hooghe and Mr. Luc Rammant, who themselves appreciate the people and stakeholders in Qatar![1958]

The last section, titled "Thoughts regarding a possible strategy/outcome," reiterated some of the points Mr. Bleicher had raised in October 2009 about potential next steps in relation to the December 2010 World Cup vote:

> Neither Dr. D'Hooghe nor Mr. Luc Rammant ever insisted/forced us to do business with Lalemant NV. *The main aim would be to show them[] that we appreciate the close and trustful relationship with them.* Therefore we would "open the door" for Lalemant NV in getting the possibility to present their company to the decision makers within [Qatari Business] and to discuss a possible commercial relationship. A personal meeting between Lalemant NV and [Qatari Business] would be excellent.
>
> It does <u>not</u> mean[] that [Qatari Business] should agree on commercial terms[] which would not make sense for [Qatari Business].
>
> Lalemant is a respected company and if it would make sense for [Qatari Business], they could nominate Lalemant NV as respective ship agent / representative in the port of Zeebrugge/Belgium for the vessels coming from Qatar. A first possibility might be an initial

---

[1955] *See* FWC00138419-20.
[1956] FWC00138419.
[1957] Dr. D'Hooghe became a member of FIFA's Executive Committee in 1988.
[1958] FWC00138419 (emphases added).

302

> contract duration for only one year, as *this would fit best with the FIFA decision making process (decision will be 2nd of December, 2010)* or even longer, if it would benefit [Qatari Business].[1959]

Luc Rammant, who, as Mr. Bleicher's email noted, had been ill, died on February 26, 2010.[1960] In early March, a non-Qatari company ("Foreign Company") informed Rik Rammant that it had a contract to be Qatari Business's global agent, and that if Lalemant was interested in doing business linked to Qatari Business, it should discuss that possibility with Foreign Company directly.[1961] Lalemant promptly sent Foreign Company information about its services.[1962]

In late July 2010, Rik Rammant was apparently still trying to arrange a meeting with someone who could help Lalemant secure business related to Qatari Business. Mr. Bleicher informed Ali Al-Thawadi on July 26 that Mr. Rammant "would be more than happy to sit with" a representative from Qatari Business or Foreign Company.[1963]

The meeting invitation Mr. Rammant had been striving for finally arrived on November 29, 2010, three days before the World Cup vote. Mr. Rammant emailed Qatar 2022 CEO Hassan Al-Thawadi and Mr. Bleicher to tell them the news and to thank them, writing that he received the invitation "thanks to you."[1964] The meeting, Mr. Rammant noted, was scheduled for December 1.[1965] Mr. Rammant also wrote, "I want you to know that my family and myself are supporting the Qatar bid 2022 more than you can imagine and we sincerely hope that you and the whole of Qatar will be awarded the organization of the World Cup 2022. Qatar deserves it."[1966] Mr. Bleicher replied that the development was "very good news and hopefully you will have a successful meeting with [the Qatari Business official]," adding, "[t]hanks also for your wholehearted support of the Qatar Bid. They need every possible support."[1967] In response, Mr. Rammant wrote that "[t]he ideal scenario would be that you get the [World Cup] 2022 and [Qatari Business] becomes my client."[1968] Later on November 29, Mr. Bleicher and another Qatar 2022 official, Government Affairs Director Hamoud Al Subaey, helped Mr. Rammant coordinate final arrangements for his December 1 meeting.[1969]

---

[1959] FWC00138419-20 (underline emphasis in original; other emphases added).
[1960] FWC00138602; FWC00173917.
[1961] *See* FWC00138421-22; FWC00138433-34; FWC00138603-604.
[1962] *See* FWC00138422-24.
[1963] FWC00138412.
[1964] FWC00138413.
[1965] *See* FWC00138413.
[1966] FWC00138413.
[1967] FWC00138425.
[1968] FWC00138426.
[1969] *See* FWC00138428; FWC00138414; *cf.* FWC00184193.

303

On December 1, 2010—the day before the World Cup vote—Mr. Rammant attended his long-awaited meeting.  He emailed Mr. Bleicher afterward, writing that the appointment with Qatari Business left him encouraged that "we are maybe moving in the right direction."[1970]  Referencing the upcoming vote, Mr. Rammant added, "I am very nervous too and honestly, not for Belgium but for you and Hassan."[1971]  Mr. Bleicher, who was in Zurich with the Qatar 2022 delegation, responded that it was "[g]ood to hear that things move finally" and that he wished Mr. Rammant "[g]ood luck for the next step."[1972]

From there, the fortunes of Qatar 2022's and Mr. Rammant's business diverged.  On December 2, the Qatar bid was awarded the 2022 World Cup hosting rights.  On December 6, in contrast, Mr. Rammant was emailing what appeared to be a final plea to one of the Qatari Business officials he had met with days earlier.[1973]  Mr. Rammant's message indicated that the entity contracted to be Qatari Business's global agent, Foreign Company, had declined to work with Mr. Rammant and Lalemant.[1974]  While noting that "[Foreign Company] is an extremely professional five-stars company and for sure you made the right choice to take them as your [agent]," Mr. Rammant expressed to the Qatari Business official his "hope that you might be able to convince them to give us at least a chance to show that we are also a reliable and professional company with competitive prices.  Spontaneously, they will not work with us but I am sure that they will change their idea if you are so kind to make some good publicity for us."[1975]  Mr. Rammant then forwarded the December 6 message to Hassan Al-Thawadi and Mr. Bleicher, explaining that he was sending it to them "*[s]ince you are my two biggest sponsors in my attempts to work with [Qatari Business]*."[1976]

### 2.    *Andreas Bleicher's Explanation*

When interviewed by the Investigatory Chamber, Mr. Bleicher described Luc Rammant as "a close friend of Dr. Michel D'Hooghe" who "sometimes was accompanying[] Dr. D'Hooghe on his travels."[1977]  It was because Mr. Rammant "joined in" on some of Dr. D'Hooghe's visits that Mr. Bleicher came to know him.[1978]  Mr. Bleicher recalled that one day in Doha, after Mr. Bleicher "showed them Aspire," Mr. Rammant told him his son Rik worked "in the area of shipping" and asked whether Mr. Bleicher could arrange for Rik to meet with someone from the Qatari Business.[1979]  Mr. Bleicher told the Investigatory Chamber he agreed to help

---

[1970] FWC00138430.
[1971] FWC00138430.
[1972] FWC00138430.
[1973] *See* FWC00138433-35.
[1974] *See* FWC00138434.
[1975] FWC00138434.
[1976] FWC00138433 (emphasis added).
[1977] FWC00184183.
[1978] FWC00184183.
[1979] FWC00184183.

304

due to his own "very personal relationship with Luc Rammant,"[1980] and he contacted
Qatar 2022 officials because they "have relationships" with people who could
schedule meetings that otherwise would have been impossible to arrange.[1981] "[I]f
there is no such relationship," Mr. Bleicher explained, "[y]ou will never get, not in
10 years' time, any meeting done."[1982]

Mr. Bleicher maintained that the assistance he and the bid team provided to
Rik Rammant was not intended to influence Dr. D'Hooghe's World Cup vote. Mr.
Bleicher emphasized that after Luc Rammant requested the assistance for his son,
he and Dr. D'Hooghe each told him expressly not to help Rik Rammant on Dr.
D'Hooghe's behalf: "Michel D'Hooghe, he told me, 'Andreas, if you want to do
something it has nothing to do with me. I will not attend any meeting, don't think
it has anything to do with me. You do or you don't do—it doesn't change
anything.'"[1983] Later in his interview, Mr. Bleicher reiterated that he had been told
the request was not related to football matters by both Luc Rammant "and Michel
D'Hooghe as well."[1984] Mr. Bleicher said he and Dr. D'Hooghe "only talked about
this once where he told me, 'Andreas, I am not in this picture, it has nothing to do
with me.'"[1985] Ultimately, Mr. Bleicher said, "Dr. D'Hooghe never attended any
meeting. And it was never discussed with him after that initial one, at least I never
discussed with him. So I don't think he even knew [there was] something going
on . . . ."[1986]

Those statements asserting that the efforts concerning Rik Rammant did not
seek to influence Dr. D'Hooghe's World Cup vote cannot be reconciled with the
contemporaneous communications in the record.

First, Mr. Bleicher's emails to Qatar 2022 officials concerning Rik Rammant
repeatedly mentioned Dr. D'Hooghe. Mr. Bleicher's October 2009 email identified
Rik Rammant as "the son of the very best friend of a FIFA ExCo-Member";[1987] his
January 17, 2010 email identified him as "Rik Rammant (son of D'hooghe's best
friend)";[1988] and his February 16, 2010 email noted, among other references to Dr.
D'Hooghe, that Rik Rammant "[i]s the son of Mr. Luc Rammant, who is the very
best friend of the FIFA ExCo-Member Dr. Michel D'Hooghe from Belgium," that
"Mr. Luc Rammant accompanies Dr. Michel D'Hooghe on nearly all international
visits including FIFA ExCo-Member Meetings since more than 20 years," that "Mr.
Luc Rammant nowadays is quite sick and Dr. D'Hooghe really takes care of him as

[1980] FWC00184185.
[1981] FWC00184184.
[1982] FWC00184188-89; *see also* FWC00184191-92.
[1983] FWC00184183-84.
[1984] FWC00184191.
[1985] FWC00184191-92.
[1986] FWC00184194.
[1987] FWC00138415.
[1988] FWC00138410.

his very best friend," and that "[w]e have built up a nice personal relationship with Dr. D'Hooghe and Mr. Luc Rammant."[1989]  Mr. Bleicher told the Investigatory Chamber that he highlighted the connection to Dr. D'Hooghe in his messages to Qatar 2022 officials so they would "see that this is something they should provide a feedback to me" and because he viewed the chance to help Rik Rammant as an opportunity to show Dr. D'Hooghe "good will to open a door to him, even though he is saying it has nothing to do with him."[1990]  That explanation seems to admit that at least some bid officials worked to arrange a business opportunity for Rik Rammant with the express purpose of earning Dr. D'Hooghe's goodwill.  If the matter were truly unrelated to Dr. D'Hooghe, then the communications never would have needed to invoke his name and his status as a member of the FIFA Executive Committee.

Second, Mr. Bleicher not only expressly told bid officials that the request to help Rik Rammant had a "connection our World Cup Bid," but also mapped out "a possible strategy/outcome" for accommodating—or appearing to accommodate—the request in a manner that would maximize the benefit to Qatar's bid.[1991]  Specifically, Mr. Bleicher recommended in October 2009 that Qatari Business give Rik Rammant's company a contract "for one year only (until 31 Dec 2010)"—*i.e.*, just long enough to get past the December 2, 2010 World Cup vote—because "*this would fit best with the FIFA decision making process* and would provide us with 'options.'"[1992]  Mr. Bleicher even repeated that recommendation in February 2010, stating that "[a] first possibility might be an initial contract duration for only one year as *this would fit best with the FIFA decision making process (decision will be 2nd of December, 2010)* or even longer, if it would benefit [Qatari Business]."[1993]

Mr. Bleicher claimed during his interview with the Investigatory Chamber that in recommending a contract duration that would "fit" with the bidding process, he had only the interests of Qatar's shipping industry in mind:

> I was of the opinion that Qatar, before the voting date and Qatar after the voting date might be two different things.  Because if, let's assume Qatar will win the bid, the requirement for infrastructure and all related things might be completely different than before because then suddenly you—you get into a new era where you have to . . . build new stadiums, you have to bring in much more materials.  So the shipment requirement in my personal point of view without being an expert was different.  So my view was in case they agree on a commercial deal, . . . to do [nothing] special for this entity but if it makes sense for them to not make a longer contract.

---

[1989] FWC00138419.
[1990] FWC00184193.
[1991] FWC00138419.
[1992] FWC00138416 (emphasis added).
[1993] FWC00138420 (emphasis added).

MEF000532

> Because if you have a new situation in December then you can
> adapt the contract up or down or you don't need them anymore or
> whatsoever. And sometimes the entities in Qatar were not aware of
> this fact that maybe after voting there will be a different situation.
> So if you make a three[-] or five-year contract and after a few
> months, end of December, the situation will be different, I thought
> it's better only to make a short contract and then to—to adapt it
> according to the needs.[1994]

That explanation of Mr. Bleicher's attention to the potential impact the
World Cup vote could have on local shipping-and-transport capabilities is incredible
on its face. The 2009 and 2010 emails were unambiguous. Mr. Bleicher
recommended that the Qataris give Rik Rammant the business opportunity he
desired—or at least give him hope that the possibility of working with Qatari
Business remained on the table—only long enough to serve the bid team's interest
in prevailing on December 2, 2010.[1995]

The timing of Qatari Business's discussion with Rik Rammant strongly
suggests the meeting was arranged solely to help Qatar's World Cup bid. Efforts to
arrange the business opportunity for Rik Rammant proceeded in vain for more than
a year until November 29, 2010—just three days before the World Cup vote—when
a meeting with Qatari Business was finally scheduled, thus offering Mr. Rammant
a glimmer of hope. Moreover, that appointment was scheduled for December 1, the
day before the votes were cast. Mr. Rammant emerged from the meeting with the
impression that the business opportunity he was angling for remained a possibility,
telling Mr. Bleicher on December 1 that "we are maybe moving in the right
direction."[1996] That timing fit perfectly with the interests of Qatar's bid. From Rik
Rammant's perspective, as of the December 2 vote "[t]he ideal scenario" he
described to Mr. Bleicher on November 29 remained on the table: "that you get the
[World Cup] 2022 and [Qatari Business] becomes my client."[1997] There is no direct
evidence that Mr. Rammant conveyed the news of his December 1 meeting to Dr.
D'Hooghe. On November 29, however, Mr. Bleicher noted in a message to Mr.
Rammant that "the Qatar Bid . . . need every possible support."[1998]

Consistent with Mr. Bleicher's recommendations in October 2009 and
February 2010, the potential business opportunity for Rik Rammant was
extinguished almost immediately following the World Cup vote. As proof that
Qatari Business ultimately decided it "would not consider entering in an agreement

---

[1994] FWC00184187-88.

[1995] Moreover, Mr. Bleicher's emails propose giving Rik Rammant's company an opportunity "as
respective ship agent / representative in the port of Zeebrugge/Belgium for the vessels coming
from Qatar, hardly a business prospect dependent on the bid's success.

[1996] FWC00138430.

[1997] FWC00138426.

[1998] FWC00138425.

MEF000533

with Rammant's company," Qatar 2022 points to Mr. Rammant's emails of December 6, 2010.[1999]  In other words, mere days after Dr. D'Hooghe and other Executive Committee members cast their ballots, Qatari Business dashed Mr. Rammant's longstanding hope of landing a potentially lucrative contract.

Mr. Bleicher asserted during his interview with the Investigatory Chamber that the timing of Mr. Rammant's interactions with Qatari Business proves the *absence* of any attempt to influence the bidding process.  According to Mr. Bleicher, Qatari Business rejected the possibility of working with Mr. Rammant's company, Lalemant, in March or April 2010.[2000]  Qatari Business "told them no," Mr. Bleicher said, because it already had "another provider" and thus had "no need" for Lalemant's services.[2001]  Mr. Bleicher stated:

> [I]f this would have been so important and the key issue for getting
> a vote, why would the company then, in Spring 2010, tell them no?
> If we would—if we would have this influence they would have said
> yes *or at least they would have postponed the decision.*[2002]

Given the late-November scheduling of the December 1, 2010 meeting, followed by the December 6 rejection of any possible agreement, it appears that "postpon[ing] the decision" is precisely what Qatari Business ultimately did.  Efforts to arrange a meeting between Rik Rammant and Qatari Business continued after April 2010 and, indeed, succeeded in securing such a meeting for December 1.[2003] According to Mr. Bleicher, he continued to pursue the opportunity on Rik Rammant's behalf even after the initial March or April 2010 rejection "because Luc passed away" in February 2010 and Mr. Bleicher therefore "felt it as my personal responsibility to make sure that at least [Rik] has the chance to—to present his company to [Qatari Business]."[2004]  It is unclear from this record whether Mr. Bleicher took any further steps to assist Rik Rammant after December 2, 2010.

### 3.   *Qatar 2022's Role*

Mr. Bleicher is not the only individual associated with Qatar 2022 who acted improperly.  Notably, Qatar 2022's written statement essentially adopts Mr. Bleicher's explanation of the events and communications discussed above, without any apparent recognition of the appearance that was created.[2005]  Qatar 2022 emphasized, for example, that "[d]espite the personal relationship between Rik

---

[1999] FWC00138603-604; *see also* FWC00138433-34.

[2000] *See* FWC00184185.

[2001] FWC00184185.

[2002] FWC00184189 (emphasis added).

[2003] *See, e.g.,* FWC00138412-14; FWC00138428.

[2004] FWC00184185.

[2005] *See* FWC00138602-604.

308

Rammant's father and a Member of the FIFA ExCo, no contract was reached between Lalemant N.V.—Rammant's company—and [Qatari Business]."[2006]

Lalemant's failure to secure an agreement is not proof that Qatar 2022 never conveyed a benefit. Qatar 2022 officials helped Rik Rammant obtain an opportunity—namely, a chance to discuss a business opportunity with a potentially valuable client—that would not have been available to him absent the bid team's intervention.[2007] Whether Qatari Business truly considered working with Mr. Rammant's company is unclear, but at a minimum Mr. Rammant believed as of December 2, 2010 that he was receiving that advantage—which, if the intent was to influence the bidding process, was what mattered.

Mr. Bleicher was not Mr. Rammant's only advocate on the bid team. Nothing in the record suggests that any Qatar 2022 officials dissuaded Mr. Bleicher's efforts. Mr. Bleicher sent Qatar 2022 CEO Hassan Al-Thawadi and Deputy CEO Ali Al-Thawadi details about Mr. Rammant and "the connection to our World Cup Bid" in February 2010, he noted that he was providing this information "[a]s requested."[2008] Rik Rammant's characterization of Hassan Al-Thawadi and Mr. Bleicher as "my two biggest sponsors in my attempts to work with [Qatari Business]"[2009] further reflects Hassan Al-Thawadi's involvement.

### 4.   Dr. D'Hooghe's Explanation

Dr. D'Hooghe did not mention Luc Rammant, Rik Rammant, or any of the events related to the Qatari Business opportunity when he was interviewed in March 2014. After the communications discussed above subsequently came to the Investigatory Chamber's attention due to the cooperation of Qatar 2022, the Investigatory Chamber offered Dr. D'Hooghe an opportunity to address the matter.[2010]

In response, Dr. D'Hooghe confirmed that Luc Rammant was a friend who traveled with him, including by accompanying him on international trips to FIFA-related events.[2011] The two were not "associates," Dr. D'Hooghe wrote, noting that Luc Rammant was "a hotel owner, while, as you know, I am active as a medical doctor."[2012] As to whether he "was aware during the bidding process that there were communications concerning whether individuals associated with the Qatar bid team could help Rik Rammant secure a potential business opportunity," Dr. D'Hooghe issued a vehement denial:

---

[2006] FWC00138603-604; *see also* FWC00184186 ("[A]t the end there was no agreement . . . .").
[2007] *See, e.g.*, FWC00184191; FWC00138602.
[2008] FWC00138419.
[2009] FWC00138433.
[2010] *See* FWC00173916.
[2011] *See* FWC00173917.
[2012] FWC00173917.

309

MEF000535

> This is NOT correct, and completely unknown to me.
>
> I NEVER had any relationship with Rik Rammant; I even do not know where he lives or in what kind of business he is (or was) active.
>
> So, I am completely surprised by this question.
>
> Any possible relationship between Rik Rammant and the Qatar bid is completely unknown to me.[2013]

Dr. D'Hooghe's claims of complete ignorance about this matter are contradicted elsewhere in the record. Based on multiple statements by Mr. Bleicher, Dr. D'Hooghe was aware at least that a request to assist Rik Rammant had been made. Mr. Bleicher told the Investigatory Chamber that he met Luc Rammant through Dr. D'Hooghe and was approached about the favor after he "showed them Aspire";[2014] that "Michel D'Hooghe, he told me, 'Andreas, if you want to do something it has nothing to do with me'";[2015] that both Luc Rammant "and Michel D'Hooghe as well" told him not to feel obliged to help Rik Rammant;[2016] and that he and Dr. D'Hooghe "only talked about this once."[2017] Whether Dr. D'Hooghe stated that any action by the Qatar bid team on Rik Rammant's behalf would not influence his vote is not determinative. Such a protestation would not eliminate the appearance of conflict—indeed one that Dr. Bleicher at least believed existed—and Dr. D'Hooghe should have taken further steps to remedy that appearance issue.

Accordingly, in light of the testimony and the documents in the record, it is likely Dr. D'Hooghe was aware of the efforts by the bid team to obtain this benefit for his friend's son. Those efforts, at a minimum, were undertaken by members of the Qatar bid team with the idea that it might influence his vote.

## D.    Conclusion

The events discussed above with respect to Dr. D'Hooghe's conduct in accepting the painting from Mr. Koloskov, in neglecting to mention the presence of the Russian bid team CEO at the meeting when the painting was given to him, and his activities with respect to the business opportunity given to his good friend's son by the Qatar bid team and his claimed ignorance of those efforts raise serious issues as to Dr. D'Hooghe's judgment and provide a prima facie basis for further proceedings. Accordingly, formal investigation proceedings will be opened against Dr. D'Hooghe into whether his conduct violated relevant ethics code provisions

---

[2013] FWC00173917.
[2014] FWC00184183.
[2015] FWC00184184.
[2016] FWC00184191-92.
[2017] FWC00184191.

310

governing conflicts of interest, gifts, general conduct and duty to cooperate with this inquiry. *See* Part XIV(A)(1)(b).

## XIII.   COLLUSION

The December 2, 2010 World Cup voting procedures were susceptible to strategic voting—*i.e.*, to Executive Committee members casting ballots for specific bids for reasons other than merit—in two principal ways.

First, as noted above,[2018] FIFA used an "exhaustive balloting" procedure whereby the voters proceeded to a voting booth one round at a time. If no bidder received a majority of votes after a round, the bidder with the lowest vote total was eliminated and each voter cast a new ballot for one of the remaining candidates. While every voting procedure has potential flaws, exhaustive balloting is particularly susceptible to strategic voting because it enables voters to change their votes between rounds. The round-by-round vote totals from the World Cup vote are illustrative. For example, the vote totals in the first round of 2018 balloting were Russia 9, Spain/Portugal 7, Belgium/Holland 4, and England 2. Because no bid received a majority, the lowest vote-getter, England, was eliminated. In the second round, the vote totals were Russia 13, Spain/Portugal 7, and Belgium/Holland 2. Curiously, at least two Executive Committee members who voted for Belgium/Holland in the first round voted for another bid in the second round. Given that the bids did not change in the few minutes between rounds—the Belgium/Holland bid was as strong as of the second round as it had been as of the first—the logical explanation is that some Executive Committee members did not always cast votes for the candidate they believed offered the best bid. An "instant run-off" procedure would have prevented much of this type of behavior. In that system, each voter ranks the bidders from best to worst. Only the voter's top ranking is counted in the first round, and if no bid team receives a majority, then the team with the lowest vote total is eliminated. A second round is conducted using the same ballots, but this time the voters who previously had the now-eliminated team ranked first will be credited as voting for whichever bid they listed next on the list. The process then continues until one bidder receives a majority. Voters are thus unable to re-rank bidders between rounds, making voters less likely to rank their non-favorite bidders No. 1, lest they be stuck with through multiple rounds.

Second, the decision to select bidders for both the 2018 and 2022 World Cup tournaments simultaneously made the voting process subject to collusion and vote-trading. The subsections below address allegations of such behavior.

### A.   **Spain/Portugal 2018-Qatar 2022 Voting Agreement**

---

[2018] *See* Part III(C)(10).

MEF000537

Before and after the World Cup vote, public reports alleged that seven Executive Committee members reached a vote-trading agreement that locked in seven votes each for the Spain/Portugal and Qatar bid teams.[2019]  No allegation better illuminates the vulnerabilities in a bidding process that involved bids for separate events simultaneously; that designated Europe as the host for 2018, thus separating 2018 bidders from 2022 bidders and placing four Executive Committee members from bidding countries on each side;[2020] that allowed Executive Committee members to participate in the process when their home country was bidding; and that employed a secret ballot.  The prohibition against *bid teams* colluding—a futile gesture without a captive Executive Committee member vote—could do little to address those procedural flaws.  With those issues as a backdrop, this section will analyze whether the evidence supports the allegation of collusion.

Any agreement to exchange votes would have violated the rules of the bidding process.  The Bid Registration form, signed by every bid committee and member association, including those of Qatar and Spain/Portugal, prohibited bidders from "entering into any kind of agreement with any other member association or bid committee as regards to the behavior during the Bidding process."[2021]  That effort to head off the clear incentive for collusion built into the two-venue bidding structure was well-intentioned, but incomplete.  Notably, the rule was directed toward bid teams and their respective member associations, rather than to the only individuals who possessed votes to trade:  members of the Executive Committee.  Collusive voting behavior would have contravened other rules of conduct, such as those set forth in Article 3 of the 2009 FCE, but the failure to implement a rule prohibiting Executive Committee officials directly from trading votes—while simultaneously recognizing that such collusion would undermine the integrity of the bidding process—suggests that FIFA was reluctant to impose restrictions on the Executive Committee.  That approach, which was also reflected in the decision to require bid teams to report contacts with Executive Committee members without requiring Executive Committee members to report contacts with bid teams,[2022] gave the appearance that Executive Committee members were above the rules, a misimpression reinforced by the conduct of some of those members in response to any suggestion that they were not.[2023]

---

[2019] *See, e.g.*, FWC00158396, FWC00185997-98.

[2020] Executive Committee representatives from 2018 bidding nations were Michel D'Hooghe of Belgium, Vitaly Mutko of Russia, Geoff Thompson of England, and Ángel María Villar Llona of Spain; and representatives from 2022 bidding nations were Mohamed Bin Hammam of Qatar, Mong-Joon Chung of South Korea, Sunil Gulati of the United States, and Junji Ogura of Japan.  Australia was the lone unrepresented bidder.

[2021] FWC00003887.

[2022] *See* Part III(C)(5).

[2023] *See, e.g.*, Parts IV(B)(b) (discussing Julio Grondona's statements during an interview with the Investigatory Chamber), III(C)(5) (quoting Chuck Blazer's response to Bid Circular No. 3), IX(A)(2) (quoting Mong-Joon Chung's response to Secretary General Valcke's request for information about Mr. Chung's letters to other Executive Committee members).

MEF000538

The attraction to trade votes became almost irresistible once Europe was designated the host confederation for 2018, lining up four Executive Committee members representing Europe-based bidders with four such members from bidding nations outside Europe.  In a process that essentially handed all eight of those Executive Committee members a potential partner, it is no surprise that an allegation emerged that two of them had begun to dance.

One of the first articles to allege collusion between Qatar and Spain/Portugal was published in the Telegraph on September 22, 2010.[2024]  The article noted "chatter in Fifa and bidding circles, with suggestions that the Spanish would like to trade their potential influence for the support of Qatar's Mohamed Bin Hammam."[2025]

Another, more detailed account of this allegation in the Sunday Times relied on surreptitiously recorded conversations with Michel Zen-Ruffinen, a former FIFA official.[2026]  In its referral of the allegations underlying the article to FIFA, the Sunday Times stated that "Michel Zen-Ruffinen, your former general secretary, told us this week that Spain and Qatar have formed an alliance" and further alleged that those bidding teams had the support of "seven FIFA Executive Committee members, including their own."[2027]  In a letter to Qatar 2022 requesting comment,[2028] the paper claimed Mr. Zen-Ruffinen described an "alliance" linking "the votes of at least seven FIFA executive committee members," namely: "Ricardo Terra Teixira, Julio Grondona, Rafael Salguero, Hany Abo Rida, Worawi Makudi, as well as Qatar's Mohamed Bin Hammam and Spain's Ángel María Villar Llona."[2029]  Mr. Zen Ruffinen reportedly said at the time that the voting agreement was "not just a rumor, that's fact."[2030]  When later retracting his statements, however, Mr. Zen Ruffinen reportedly said he had been "recounting 'well-known rumors.'"[2031]

Shortly thereafter, Chuck Blazer, an Executive Committee member from the United States, reportedly said that during an October meeting he saw Mr. Villar Llona pass a note to Bin Hammam stating, "Congratulation[s], vamos a ganar,"

---

[2024] *See* FWC00118458-59.

[2025] FWC00118458-59.

[2026] *See* FWC00118471-74.

[2027] FWC00118449-50.

[2028] *See* FWC00118447-48.

[2029] FWC00118448.  While the Sunday Times's letter implicated Mr. Salguero of Guatemala in the bidding agreement, most of the articles and allegations about this subject referenced only a bloc of seven members, without names.  *See, e.g.*, FWC00157531-32.  Several articles specifically referenced South American voters' support generally for the Spain/Portugal bid.  *See, e.g.*, FWC00158415-16; Part XIII(A)(4).  Representatives on the Executive Committee from the South American Confederation, CONMEBOL, were Julio Grondona, Nicolás Leoz, and Ricardo Teixeira; Rafael Salguero was a representative from the North American Confederation, CONCACAF, which encompasses Guatemala.  Mr. Salguero told the Investigatory Chamber that he voted for Russia for 2018 and the United States for 2022.  *See* FWC00181477, FWC00181484, FWC00181494.

[2030] FWC00118472.

[2031] FWC00118474.

313

which translates to, "Congratulations, we are going to win."[2032]  Many interpreted that message as a reference to a voting agreement between the respective bidders.[2033]

The press reported in late November 2010 that the FIFA Ethics Committee had closed its investigation into the alleged collusion based on a lack of "sufficient grounds" for proceeding with a case against the bid committees.[2034]  Nevertheless, the issue resurfaced in early 2011 when President Blatter told the BBC:  "I'll be honest, there was a bundle of votes between Spain and Qatar.  But it was a nonsense.  It was there but it didn't work, not for one and not for the other side."[2035]

### 1.   2010 Ethics Committee Investigation

Allegations of a voting agreement between Spain and Qatar were in fact previously investigated by the FIFA Ethics Committee.  On October 18, 2010, FIFA Secretary General Valcke referred the collusion allegations to Claudio Sulser, then Chair of the FIFA Ethics Committee, stating, "It has come to FIFA's attention that, apparently, the Bid Committees of Spain/Portugal and Qatar may have formed an unfair alliance in order to secure votes."[2036]  The Ethics Committee opened proceedings the same day, sending the Spain/Portugal and Qatar bid teams the following notice:

> It has come to FIFA's attention that, apparently, the Bid Committees of Spain/Portugal and Qatar might have formed an unfair alliance in order to secure votes in context with the awarding of the rights to host the FIFA World Cup™ 2018/2022.
>
> This appears to be a violation of the FIFA Code of Ethics as well as of clause 11.5 of the Bid Registration . . . .  Please be informed that the FIFA Ethics Committee has opened on these reasons **ethics proceedings** against you.[2037]

The letters asked each bid to respond to the allegation.[2038]  No letters of inquiry were sent to any of the Executive Committee members the allegations implicated.

Both bid teams denied the existence of any sort of "unfair alliance."  On October 20, Qatar 2022 CEO Hassan Al-Thawadi and QFA President Sheikh Hamad bin Khalifa bin Ahmed Al-Thani responded that they "absolutely deny any allegation of wrongdoing, any violation of the FIFA Code of Ethics, any breach of

---

[2032] FWC00157531.

[2033] See, e.g., FWC00157531-32.

[2034] See, e.g., FWC00157893.

[2035] FWC00139598.

[2036] FWC00118411.

[2037] FWC00118415 (emphasis in original); FWC00118500 (emphasis in original).

[2038] See FWC00118415, FWC00118500.