# EXHIBIT 3-B

Clause 11.5 of the Bid Registration, and, in particular, any unfair alliance with the Spain/Portugal Bid Committee."[2039]  The next day, Miguel Ángel López, Managing Director of the Spain/Portugal bid, wrote to the Ethics Committee "to inform you that we have not formed an unfair alliance with any Bid Committee."[2040]

At the same time, FIFA Secretary General Valcke asked Chris Eaton of the FIFA Security Department to investigate the validity of the Sunday Times allegations.  On October 20, 2010, Mr. Eaton emailed Qatar 2022 Deputy CEO Ali Al-Thawadi, Deputy CEO and Mr. López to ask whether their bid teams would "cooperate" with his investigation into the media report about collusion between Spain/Portugal and Qatar.[2041]  In a follow-up message to Mr. López, Mr. Eaton wrote that his "investigation under the direction of SG Valcke, is independent of and additional to the ongoing investigation of the FIFA Ethics Committee."[2042]  That day, Mr. Eaton also informed Secretary General Valcke that he had "initiated the investigation as directed by you" and had "also engaged discrete support for an independent examination of the media report and any facts behind it."[2043]  There is no further record of any communications from the relevant bid teams or from Mr. Eaton.

The motivation for the parallel lines of inquiry is unclear.  When interviewed, Secretary General Valcke explained that he initially responded to the allegations by having Mr. Eaton run a "kind of first check" to see whether "the information was really based on facts."[2044]  If Mr. Eaton found a real case, Secretary General Valcke said, "then it was going directly to the . . . Ethics Committee."[2045]  Secretary General Valcke also said that because the Ethics Committee at the time lacked an "investigation []arm," he used Mr. Eaton and the FIFA Security Department to investigate allegations and pass any findings to the Ethics Committee.[2046]  However, Mr. Eaton never worked for the Ethics Committee, which had its own Secretariat.[2047]

On October 31, 2010, Mr. Eaton emailed Secretary General Valcke an update:

> Further to your direction for me to investigate the above media
> allegation, in summary no hard evidence proving or disproving the

---

[2039] FWC00118426; *see also* FWC00118442.

[2040] FWC00118509.

[2041] FWC00166764; FWC00166766-67.

[2042] FWC00166765.

[2043] FWC00166762.

[2044] FWC00182739.

[2045] FWC00182739-40.

[2046] FWC00182746-47.

[2047] FWC00182746.

315

> allegation of collusion has been found.  Without evidence, the
> allegation is unsubstantiated in investigative terms.[2048]

Mr. Eaton further stated that his investigation included "interviews and requests for evidence in support of the allegations,"[2049] but the Investigatory Chamber has been unable to locate any further documents from Mr. Eaton's inquiry.  Mr. Eaton's email did not mention any correspondence with or documents collected from bid committees or Executive Committee members; the investigative steps Mr. Eaton described consisted only of tracking relevant media articles and speaking to one journalist about his sources:

> The first public report of collusion between Spain/Portugal and
> Qatar came in the Daily Telegraph of the 22nd of September 2010.
> It was described as chatter amongst footballing circles and between
> the bid teams.  Despite several different approaches the journalist
> Paul Kelso will not name his source or provide any evidence in
> support of his report.
>
> The next mention of the collusion was from Michel Zen Ruffinen in
> as [sic] Times interview secretly filmed.  Again, he speaks in
> general terms without putting a single name or detail to the
> allegation.  He has since reversed his statement since the Times
> report, saying in effect that he was exaggerating his knowledge and
> position he has to ensure he got the business deal on offer.[2050]

Apart from those statements, Mr. Eaton's message to Secretary General Valcke lacked any substantial information or analysis as to the allegations.  Mr. Eaton ended his message by stating:  "In the absence of direct or indirect evidence, my conclusion is that [it] is likely that an unknown football personality has just spoken thoughts or suspicions out aloud to the wrong person."[2051]

Secretary General Valcke indeed forwarded Mr. Eaton's October 31 email to the Ethics Committee, which closed the investigation on November 18, 2010 "for lack of substantial evidence."[2052]  The Ethics Committee's investigation file contains only correspondence with the bid committees and with Secretary General Valcke, as well as the summary email from Eaton.  No other material has been located in FIFA's records.

> 2.    *Evidence of a Voting Agreement*

---

[2048] FWC00118494.

[2049] FWC00118494.

[2050] FWC00118494.

[2051] FWC00118494.

[2052] FWC00118491.

MEF000542

Given the limited nature of the inquiry described above, the Investigatory Chamber re-examined the issue of collusion involving Executive Committee members' votes for the Qatar and Spain/Portugal bids.

A FIFA press release following the December 2, 2010 vote confirmed that while Qatar received no fewer than 10 votes in any round of voting for the 2022 hosting rights, Spain/Portugal received seven votes in both rounds of voting for 2018.[2053] That tally is consistent with the allegation that a voting agreement guaranteed both bids at least seven votes.

When questioned in this inquiry, bid officials again denied that any collusion took place.[2054] López, apparently disregarding the number of votes that were allegedly in play under the agreement, asserted that there could not have been any agreement because Qatar's bid prevailed while Spain/Portugal's lost: "If it had been so Spain and Qatar would have won, and we didn't win."[2055]

Likewise, Messrs. Makudi, Abo Rida, Villar Llona, and Grondona all denied participating in or even knowing about any such agreement.[2056] Mr. Salguero stated that he voted for Russia for 2018 and the United States for 2022.[2057] Messrs. Bin Hammam, Leoz, and Teixiera did not participate in this investigation.[2058]

Messrs. Makudi and Villar Llona refused to disclose how they voted: Mr. Makudi said he "would like to keep this confidential,"[2059] while Mr. Villar Llona, the President of the Spain/Portugal bid team,[2060] declined even to state whether he voted for that bid, citing his view that "the principle of the secret vote is paramount."[2061]

Notably, Mr. Abo Rida freely disclosed—even before being asked—that he voted for Qatar for 2022,[2062] and he further stated that he believed Russia had the best bid for 2018.[2063] When asked to confirm that he therefore voted for Russia, however, Mr. Abo Rida demurred: "I will not say."[2064] While Mr. Abo Rida specifically denied being aware of any vote-trading agreement involving the Qatar and Spain/Portugal bids,[2065] his refusal to divulge his vote for 2018 despite having

---

[2053] FWC00118522.

[2054] See FWC00183934; FWC00183779-80; FWC00173345; FWC00181168.

[2055] FWC00181168-69.

[2056] FWC00182836; FWC00181572; FWC00173345; FWC00173310.

[2057] See FWC00181477; FWC00181484;, FWC00181494.

[2058] See Part IV(B)(2).

[2059] FWC00182879-80.

[2060] See FWC00173337.

[2061] FWC00173350.

[2062] See FWC00181566.

[2063] See FWC00181570-71.

[2064] FWC00181571.

[2065] See FWC00181571-72.

317

praised the Russian bid as the best of the 2018 candidates leads to the unfortunate inference that some factor other than merit influenced his vote.

Similarly, Mr. Grondona implied in a written statement that he voted for the Spain/Portugal bid pursuant to the consensus of leaders from the 10 member associations in CONMEBOL,[2066] and he suggested during his March 2014 interview—spontaneously, before the interviewers had an opportunity to pose a single question about Qatar—that he believed Qatar deserved to host the 2022 World Cup, based largely on points raised during Qatar's December 1, 2010 live presentation:

> Actually it would be very interesting for you to listen once again to the speech that was actually given by the wife of the Emir of Qatar to the audience back then which led to her receiving a standing ovation from the part of everyone who was present there. If you would listen to that speech, you would understand. . . . If you would have listened to what she said you wouldn't have to, we wouldn't have to go through this anymore.[2067]

Yet when invited to disclose his vote in writing, Grondona responded:

> I believe that the criticisms and speculations that have been formulated about the voting process can in no way justify revealing what my vote was, without undermining one of its essential features which is that of its confidentiality. Additionally, I believe that to reveal my vote would be detrimental to FIFA itself, given that the designation of the two host countries for 2018 and 202[2] was made several years ago, without any of the competing candidate countries formally challenging the result of the elections.[2068]

That answer turns ethics on its head. Given the allegations of collusion, Mr. Grondona's assertion that greater transparency into this process would actually harm FIFA reflected a fundamental misunderstanding of his duties and obligations to the organization. Hiding behind confidentiality and the irrelevant fact that no "formal" challenge was made by any of the other candidates ignores both the role of the Ethics Committee and the fact that this is indeed a "formal" inquiry that required his best efforts to assist its fact-finding mission. Executive Committee members were free to decline to reveal their votes to the Investigatory Chamber. They were also free, of course, to disclose that information, which in this instance could have helped to refute a lingering allegation of impropriety. They chose "secrecy"—or, in the case of Mr. Abo Rida and to some extent Mr. Grondona, an

---

[2066] *See* FWC00173307; Part XIII(A)(4).
[2067] FWC00181368-69.
[2068] FWC00173313.

318

even more damaging partial disclosure.   Accordingly, their denials of any improper voting agreement lose credibility, while the lack of transparency further undermines confidence in the integrity of the bidding process.

With respect other potential evidence of collusion, Mr. Villar Llona confirmed he passed a note to Mr. Bin Hammam during an October 2010 Executive Committee meeting stating something to the effect of "we are going to win."[2069]  The message, Mr. Villar Llona said, "refer[ed] to the hope that we would be acquitted in the Ethics Committee case and that this would be archived and unfounded."[2070]  He characterized the note as a "message of support and encouragement between two colleagues that were having a bad time."[2071]  Mr. Villar Llona's account is consistent with the timing of that was alleged:  The October 2010 Executive Committee meeting occurred after the Ethics Committee opened its investigation, but before the parties were cleared.

Some evidence did surface of an agreement or alliance linking votes for Spain/Portugal with votes for Qatar.  Most significantly, three football officials reported that Executive Committee members told them directly that they were trading their own votes as part of that alliance.

Sunil Gulati, the Chair of the United States bid team and, since 2013, a member of the FIFA Executive Committee, told the Investigatory Chamber[2072] that Mr. Villar Llona "told me he was going to vote for Qatar because Bin Hammam was going to vote for Spain,"[2073] and that Mr. Villar Llona "didn't vote for Qatar because he thought they would be the best country in the world to host the tournament.  He voted for them because he had an agreement that he would support them as long as they brought votes to him."[2074]

Two officials from the England 2018 bid team, CEO Andy Anson and Chief Operating Officer Simon Johnson, said another Executive Committee member, Worawi Makudi, made a similar admission about his own intentions.  Mr. Anson said Mr. Makudi "was quite clear that he was going to support Qatar and follow Bin Hammam" and "let me know that the Spain deal was, was happening."[2075]  Mr. Johnson recalled a separate discussion with Mr. Makudi during the World Cup in South Africa.  According to Mr. Johnson, Mr. Makudi apologized for his inability to support England's bid, saying essentially, "'Sorry I can't vote for you but you know

---

[2069] FWC00173348.

[2070] FWC00173348.

[2071] FWC00173348.

[2072] The Chair of the Investigatory Chamber did not participate in the interview of Mr. Gulati or any other United States officials because he had recused himself from the investigation of U.S. World Cup bid.  *See* Part I(B). Findings regarding U.S. football officials are presented in the Deputy Chair's separate report.

[2073] FWC00180970.

[2074] FWC00180964-65.

[2075] FWC00184698.

I've promised my *votes* to Bin Hammam.'"[2076]  In addition, Mr. Johnson said, Mr. Makudi explained that Mr. Bin Hammam had arranged a trade of three World Cup votes—those of Messrs. Bin Hammam, Makudi, and Abo Rida—while "Spain/Portugal were trading a block of four," comprising the votes of "Villar Llona and then the three for CONMEBOL," namely, Messrs. Grondona, Leoz, and Teixeira.[2077]  For his part, Mr. Makudi denied knowledge of any such agreement, and further denied making the statements Messrs. Anson and Johnson attributed to him.[2078]

Mr. Zen Ruffinen, the key figure in many media accounts of the alleged vote-trading arrangement, declined to cooperate with this inquiry, stating in response to an invitation to meet with the Investigatory Chamber that because he left FIFA in 2002, well before the bidding process began, "I have come to the conclusion that to participate in such a meeting would make no sense."[2079]

As to his statement to the press regarding a "bundle of votes," President Blatter said he meant to say the Spain/Portugal bid "tried to have an arrangement with Qatar," but "[t]here was no evidence" such an agreement existed "because would there have been some evidence they would have transmitted it immediately to the Ethics Committee."[2080]  Given the state of the record in the Ethics Committee file as discussed above, President Blatter's assurance carries little weight.

No support for the allegation was found in any of the materials produced by the bid teams.  While Qatar 2022 produced voluminous records regarding its visits to and contacts with Spain, the Spanish member association represented that it had only very limited access to data from this period.  Absence of any responsive documents from the Spanish bid team is more a reflection of that entity's failure to cooperate than of a basis to conclude that no incriminating evidence exists.[2081]

### 3. Other Contacts Between Spain And Qatar

In written answers to questions from the Investigatory Chamber, Mr. Villar Llona stated that he traveled to Qatar during the bidding process in "order to officially present the candidature, nothing more than that," and that "I believe I remember that the Qatar candidature came to Spain at some point," again "solely for the official presentation of its candidature."[2082]  Qatar 2022 CEO Hassan Al-Thawadi acknowledged meeting with Mr. Villar Llona to "discuss the merits of the bid."[2083]  Mr. Al-Thawadi and other bid officials denied discussing any voting

---

[2076] FWC00184495-96 (emphasis added).
[2077] FWC00184494-95.
[2078] *See* FWC00182837-38.
[2079] FWC00180677.
[2080] FWC00182664-65.
[2081] *See* Part IV(C)(1).
[2082] FWC00173346.
[2083] FWC00183935.

arrangements during those meetings.[2084]  Nothing in the record contradicts these statements.

Delegations of Qatar 2022 officials did visit Spain several times during the bidding process.  In light of the collusion allegations, the Investigatory Chamber examined the nature and subject of these contacts.  While it is clear that various Qatari entities—including Qatar 2022—had connections with the football community in Spain, no evidence has been found linking these trips or relationships with any improper voting arrangement.

<div align="center">

*a.     FC Barcelona*

</div>

Qatar 2022 officials Hassan Al-Thawadi and Andreas Bleicher participated directly in negotiations between Qatar Sports Investments (QSi), which was "representing all major Qatari entities,"[2085] and the Spanish football club FC Barcelona that resulted in a five-year investment and sponsorship agreement.[2086] The deal was announced on December 10, 2010, shortly after the World Cup vote.[2087]

Messrs. Al-Thawadi and Bleicher told the Investigatory Chamber they were part of an "Executive Committee" in Qatar tasked with "the management of the relationship between Barcelona and Qatar."[2088]  To close the deal, they traveled to Barcelona repeatedly during the bidding process, including trips in October and November 2010.[2089]  Some of the travel appears to have been organized through the bid team and involved other bid team officials.  For example, records show that Hassan Al-Thawadi's assistant, Justine Oldfield, coordinated travel arrangements in July 2010 for a meeting with FC Barcelona to be attended not only by Hassan Al-Thawadi and Mr. Bleicher, but also to Qatar 2022 officials Ali Al-Thawadi and Nasser Al-Khater.[2090]

While bid team members were involved in the negotiations with FC Barcelona, no link has been uncovered between QSi's investment and the December 2, 2010 World Cup vote.

---

[2084] *See* FWC00183935; FWC00183779; FWC00183857.
[2085] FWC00186091.
[2086] *See* FWC00183941.
[2087] *See, e.g.,* FWC00173421-22; FWC00173425-26.
[2088] FWC00184125; *see also* FWC00183942.
[2089] *See* FWC00184119.  Qatar 2022 officials also traveled to Barcelona in February 2010, which was apparently before negotiations for the FC Barcelona sponsorship began, to announce the bid team's newest bid ambassador, the former football player and FC Barcelona coach Pep Guardiola of Spain.  FWC00154543; FWC00184115. According to Mr. Bleicher, during negotiations with Mr. Guardiola about becoming an ambassador for Qatar's bid there was no discussion about a potential mutual-support agreement with the Spain/Portugal bid.  *See* FWC00184116.  Mr. Villar Llona, who stated that he had no recollection of being invited to the February 2010 press conference, said "Mr. Guardiola, although he is Spanish, neither collaborates nor has any link with RFEF." FWC00173347; *see also* FWC00182618-19; FWC00182437.
[2090] *See* FWC00128964.

<div align="center">

321

</div>

### b.    *Real Madrid*

Qatar 2022 officials also visited Madrid in October 2009 and at least once more after that to discuss a potential investment related to the Spanish football club Real Madrid.[2091] The trip resulted from conversations between the Qatar Investment Authority ("QIA") and Real Madrid representatives.[2092] Records produced by Qatar 2022 show that bid officials were involved in communications regarding a theme-park concept, as were QIA executive Maarten Briet, Real Madrid Chairman Florentino Perez, and a Spanish businessman named Jaime Fluxa.[2093] It does not appear that QIA ultimately invested in the contemplated Real Madrid project.[2094]

No evidence in the record suggests that Qatar 2022 officials met with anyone from the Spain/Portugal bid team or from the FIFA Executive Committee in Madrid.[2095] Nor has the Investigatory Chamber seen evidence that the Real Madrid discussions influenced the voting process in any way.

### 4.    *CONMEBOL's Approach to World Cup Voting*

Three of the votes at issue in the Spain/Qatar collusion allegations belonged to representatives of CONMEBOL, making that confederation's process for determining how its Executive Committee members would vote relevant to this question. Conflicting statements by Julio Grondona about how CONMEBOL's FIFA Executive Committee members approached the World Cup vote lend support to doubts the collusion allegations raised about the integrity of the CONMEBOL representatives' decision-making process.

Mr. Grondona, the only CONMEBOL representative from the 2010 Executive Committee who responded to questions in this inquiry,[2096] said during his March 2014 interview that "all candidates came to see me . . . in Buenos Aires and I gave each and every one of the projects of the bidders time and looked at their proposals."[2097] According to Mr. Grondona, the bidders did not make their presentations around the same time, such as during a CONMEBOL Congress or

---

[2091] *See, e.g.*, FWC00183912.

[2092] *See* FWC00136431. The relationship between Qatar 2022 and QIA is described further in Part X(A).

[2093] *See* FWC00136431. Mr. Bleicher said he understood Mr. Fluxa to represent the interests of Real Madrid, not of QIA or Qatar 2022. *See* FWC00184113.

[2094] *See, e.g.*, FWC00184114.

[2095] *See, e.g.*, FWC00184113; FWC00182617; FWC00182435-36.

[2096] The other two Executive Committee members from CONMEBOL during the bidding process were Nicolás Leoz and Ricardo Teixeira. Mr. Leoz informed the Investigatory Chamber he was willing to answer written questions, but after the Investigatory Chamber prepared written questions, had them translated into Spanish, and sent them to Mr. Leoz, he never responded. *See* Part IV(B)(2). The Investigatory Chamber was unable to communicate with Mr. Teixeira. *See* Part IV(B)(2).

[2097] FWC00181377.

322

other event; rather, "the candidates c[a]me one at a time to Buenos Aires."[2098]  Mr. Grondona also told the Investigatory Chamber that Presidents from all 10 CONMEBOL member associations decided which bids the Confederation should support, and on December 2, 2010 the South American representatives on the Executive Committee—Mr. Grondona, Nicolás Leoz, and Ricardo Teixeira—voted pursuant to the CONMEBOL consensus:

> [T]he 10 countries that make up CONMEBOL, we get together . . . . [T]here are three South American votes [o]n the ExCo.  So we agree on how these votes will go.  So this is the 10 countries in South America that decide and this is not a personal decision.  So I am one of the casting votes, or I cast one of the votes, but it is not my proper decision at that point, but it is something that has been agreed at a previous meeting of the CONMEBOL members.  And quite frankly, I was off scratching my mind trying to find out exactly how I had voted and I don't remember how I voted. That's just to show you how much personal vested interest I have in this vote.[2099]

Those comments prompted follow-up questions about whether representatives from all 10 CONMEBOL member associations attended all of the bidders' presentations in Buenos Aires and had access to the bid books and FIFA Evaluation Reports that were made available to Executive Committee members— and, if not, what information Mr. Grondona believed his CONMEBOL colleagues considered in assessing the bids.[2100]  Mr. Grondona did not answer those questions before announcing his refusal to continue the interview.[2101]

Public reports indicate that representatives from all 10 CONMEBOL nations agreed to support the Spain/Portugal bid to host the World Cup in 2018.  A report published approximately one week before the December 2, 2010 vote quoted CONMEBOL General Secretary Eduardo Deluca as stating, following a meeting held in Paraguay, "[t]he 10 countries are agreed to give the vote to Spain."[2102]  Similarly, a person identified as Mr. Leoz's spokesman reportedly said in May 2011 that "[t]he South American football confederation always said that its votes were for Spain and no other country."[2103]  Consistent with those reports, Mr. Grondona wrote in his April 2014 response to written questions from the Investigatory Chamber:

> CONMEBOL's Executive Committee agreed to give their support to the joint candidacy of Spain and Portugal to organize the 2018 World Cup,

---

[2098] FWC00181384.
[2099] FWC00181381-83.
[2100] *See* FWC00181384-87.
[2101] *See* Part IV(B)(1)(b).
[2102] FWC00173999.
[2103] FWC00186089.

323

recommending to its representatives on FIFA's Executive Committee that they vote for it. This was mainly due to the historic links and friendship that South America has with these two countries, and of course, due to the particular circumstances of this candidacy, which we felt was one of the most appropriate venues for the South American national teams that qualified to contest the World Cup.[2104]

Mr. Grondona did not address directly whether CONMEBOL reached a consensus as to 2022, stating only that in or around October or November 2010, "it was debated among the presidents of the member associations . . . whether or not there was a consensus for a specific candidacy among all contenders that should be supported and consequently endorsed by the representatives of CONMEBOL on FIFA's Executive Committee."[2105] Nor does CONMEBOL appear to have made any public announcement about which 2022 bid, if any, the Confederation supported.

One question asked Mr. Grondona to clarify whether the 10 CONMEBOL representations had access to bid books and FIFA Evaluation Reports made available to FIFA Executive Committee members and, if not, what grounds the CONMEBOL representatives relied on in assessing the bids.[2106] Mr. Grondona replied that except as noted in his written comment quoted above, "I am unaware of the merits that my South American colleagues on FIFA's Executive Committee could have taken into consideration in deciding which candidate country to give their definitive vote to"[2107]—a response that both failed to answer the question and contradicted his prior oral assertions that he, Mr. Leoz, and Mr. Teixeira did not cast World Cup ballots based on "a personal decision" because the Confederation determined collectively "how these votes will go."[2108] Written answers also undercut Mr. Grondona's previous claim that "all candidates came to see me . . . in Buenos Aires and I gave each and every one of the projects of the bidders time and looked at their proposals."[2109] Asked when the Buenos Aires presentations occurred and whether anyone else from CONMEBOL attended, Mr. Grondona wrote that he now remembered visits only by "representatives of the England and USA candidacies," and "I also cannot recall whether any other members of CONMEBOL were there with me when I was presented with the candidacies that came to visit me for this reason."[2110]

Mr. Grondona's inconsistent answers about the CONMEBOL representatives' approach to the World Cup vote do not prove allegations of collusion or other

---

[2104] FWC00173307; *see also* FWC00125822.
[2105] FWC00173307.
[2106] *See* FWC00173278.
[2107] FWC00179212.
[2108] FWC00181383.
[2109] FWC00181377.
[2110] FWC00179212-13.

MEF000550

bidding process-related misconduct.  Unfortunately, Mr. Grondona's comment sheds no light on the issue.

### 5.    Conclusion

Spain's alleged lack of "access" to any relevant documentation at a minimum shut down an avenue that could have led to closure.  The obligation to cooperate with any future Ethics Committee investigation that the Spain/Portugal bid team and Spain's member association expressly agreed to, means little without an implied requirement to preserve relevant documents.  Nevertheless, that requirement must be made clearer to all future bid registrants.[2111]

There are indications in the record of vote-trading agreements involving certain Executive Committee members, especially Messrs. Makudi and Villar Llona.  Given that, as discussed elsewhere, formal investigation proceedings will opened against both,[2112] the issue of their statements regarding voting agreements may be considered by the Chief of Investigation in each of those respective cases.

## B.    Japan's "Bartering" of Votes

The Investigatory Chamber received material indicating that the Japan 2022 bid team attempted to arrange some type of vote-trading agreement.

Japan 2022 provided the Investigatory Chamber with an "activity report" it prepared following the bidding process.[2113]  In addition to the complete report, which was written in Japanese and spanned hundreds of pages,[2114] Japan 2022 submitted English translations of the report's table of contents[2115] and of a chapter that discussed the bid's campaign activities.[2116]

In that chapter, under a section labeled "Lobbying strategy"[2117] and a subsection describing the bid team's strategy in the UEFA region, Japan 2022's report stated:

> We visited every Executive Committee member and gave presentations.  We actively approached Vice President Platini (France), Executive Committee member Erzik (Turkey) and Executive Committee member Lefkaritis (Cyprus) in special who had floating votes since their countries were not host country

---

[2111] *See* Part XVI(F)(5).

[2112] *See* Parts X(2) and IV(B)(1)(a).

[2113] *See* FWC00172942-43.

[2114] *See* FWC00127589-749.

[2115] *See* FWC00127763-72.

[2116] *See* FWC00127750-62.

[2117] FWC00127751.

MEF000551

candidates of the 2018 World Cup.  In addition, *we examined the possibility to barter with host country candidates of 2018 for votes* at the last moment of the decision of the host country.[2118]

On its face, that statement admits that Japan 2022 at least contemplated pursuing a vote-trading agreement, presumably one involving the lone Executive Committee member from Japan during the bidding process, Junji Ogura.  However, when the Investigatory Chamber subsequently notified Japan 2022 it was examining an issue related to "potential collusion or vote-trading,"[2119] the bid team's written response, signed by JFA General Secretary Hiromi Hara, expressed surprise:

> [W]e came to note that in your last letter you are referring to a phrase 'potential collusion or vote-trading'.  In this regard, let me state that we have no idea on what kind of our acts could potentially be 'collusion or vote-trading' as we are confident that we always conducted ourselves in an appropriate manner in the course of our bidding activities to avoid such situation.  It is our understanding that FIFA Executive Committee Members cast[] their votes on their own judgment and those who voted for us should have had understanding and trust to the contents of our Bidding plan.[2120]

Before receiving the Japan 2022 report referencing "the possibility to barter with host country candidates of 2018 for votes," the Investigatory Chamber asked Mr. Ogura, during an interview in Japan, whether he would disclose how he voted.  He said "No," then noted that the ballots were "secret."[2121]

While the document translated by Japan 2022 certainly suggests that the bid team contemplated a strategy of "barter[ing]" votes, there is no evidence in the record that any votes involving Japan's bid were ultimately traded.  Once again, however, an Executive Committee's refusal to reveal how he voted hampered efforts to shed light on what occurred.

## C.    Chung Mong-Joon's Vote

Information from different sources indicated that Mong-Joon Chung traded or attempted to trade his World Cup votes.

### 1.    *Mr. Chung and Mohamed Bin Hammam*

---

[2118] FWC00127752 (emphasis added).
[2119] FWC00186090.
[2120] FWC00180682.
[2121] FWC00184327-28.

MEF000552

Allegations during and after the bidding process suggested that Mohamed Bin Hammam agreed to support Mr. Chung in a January 2011 AFC election in exchange for Mr. Chung's promise to vote for Qatar's 2022 bid in a later round in the event Korea's bid was eliminated early.

Evidence gathered during 2012 Ethics Committee proceedings against Mohamed Bin Hammam and referenced again in 2013 proceedings against his close associate and fellow Executive Committee member Manilal Fernando, confirms that Mr. Bin Hammam and his allies on the AFC Executive Committee campaigned for Chung before the January 2011 election, which Mr. Chung lost narrowly.  For example, Mr. Fernando informed Mr. Chung via email in October 2010 that "Mr. Bin Hammam is campaigning very hard for you today," while Mr. Fernando was meeting with AFC delegates from "my group" of countries in South Asia to secure votes.[2122]  Mr. Fernando sent the message to Mr. Bin Hammam's assistant, Najeeb Chirakal, in blind copy.[2123]  Mr. Fernando also forwarded Mr. Chirakal his March 2011 email assuring Mr. Chung that another ally of Mr. Bin Hammam, Worawi Makudi, had done his part to support Mr. Chung's campaign.[2124]

The apparent Bin Hammam-Chung alliance is curious.  Messrs. Bin Hammam and Chung had only recently been bitter rivals.  As recently as May 2009, public reports quoted Mr. Chung describing Mr. Bin Hammam as "a sick person suffering from mental problems."[2125]  Mr. Bin Hammam's willingness to breach FIFA regulations to promote his interests has been well-documented, including in the proceedings that led to his acceptance of a lifetime ban from football-related activity in December 2012.

Furthermore, Mr. Chung's written response to the allegations during this investigation was evasive.  Among other questions, Mr. Chung was asked to describe his communications with Mr. Bin Hammam regarding the bidding process before December 2, 2010, including their discussions during their publicly reported meeting with Korea President Lee Myung-bak in Seoul in February 2010.[2126]  Mr. Chung responded:

> Mr. Mohammed Bin Hammam came to Korea to ask for my support regarding his candidacy for the FIFA Presidency, and during his visit, Mr. Bin Hammam happened to make a courtesy call on H.E. Lee Myung Bak, then President of Korea.  In any case, however,

---

[2122] FWC00186014.

[2123] FWC00186014.

[2124] FWC00186015-16.

[2125] FWC00121432.

[2126] FWC00172859.

327

MEF000553

> Mr. Bin Hammam's visit was never related to discussions of []
> Korea's bid or the bidding process before December 2, 2010.[2127]

That statement conflicts with a number of public reports, including a February 16, 2010 media release published by the Korea Football Association. The release summarizes Mr. Bin Hammam's statements during a press conference at the conclusion of his visit to Korea.[2128] An accompanying photograph shows Mr. Chung sitting beside Mr. Bin Hammam during the conference.[2129] The release quotes Mr. Bin Hammam summarizing a meeting in which President Lee Myung-bak "explained in detail the efforts of Korea Republic to host the 2022 World Cup," and stating that "[f]or Dr. Chung and myself the first priority is to bring the World Cup to Asia."[2130] Those statements disprove Mr. Chung's assertion that "Mr. Bin Hammam's visit was never related to discussions of [] Korea's bid or the bidding process before December 2, 2010." Taken alone, Mr. Bin Hammam's visit to Korea in February 2010 for reasons related to discussions about the bidding process was not improper. But Mr. Chung's seemingly false statement concerning Mr. Bin Hammam's visit to Korea raises questions about his conduct in this process. That and the evidence that Mr. Chung may have made other false statements during this investigation[2131] establish a prima facie case of FIFA Code of Ethics violations and merit the opening of proceedings against him.[2132]

As to the allegation involving Messrs. Chung and Bin Hammam, however, the record does not establish that Mr. Bin Hammam supported Mr. Chung in the January 2011 election for reasons specifically related to the World Cup bidding process. Absent that evidentiary link, no further proceedings concerning that allegation are warranted.

### 2.   Mr. Chung and Geoff Thompson

Geoff Thompson, who was both the Chairman of England's 2018 bid team as well as a FIFA Vice President who voted on December 2, 2010, was the only member of the FIFA Executive Committee who admitted reaching an agreement to trade votes. The CEO of England's bid team, Andy Anson, corroborated Thompson's account. According to their statements, shortly before the vote they attended a meeting at the Baur au Lac hotel in Zurich with England's Prince William, Prime Minister David Cameron, and FIFA Vice President Mong-Joon Chung of Korea, which was bidding to host the World Cup in 2022. The Prime Minister asked Mr.

---

[2127] FWC00172859.

[2128] FWC00186082-87.

[2129] FWC00186084.

[2130] FWC00186084-85.

[2131] *See* Parts IX(A), XIII(C)(2).

[2132] *See* Part XIV(A)(2)(b).

MEF000554

Chung to vote for England's bid, and Mr. Chung responded that he would if Mr. Thompson voted for Korea. Mr. Thompson, who said he had been thinking about voting for Korea even before the meeting with Mr. Chung, agreed.[2133] Neither Mr. Anson nor Mr. Thompson believed Mr. Chung followed through on his promise to vote for England,[2134] which was eliminated after receiving just two votes in the first round.

Mr. Chung denied the allegation. He acknowledged meeting Prime Minister Cameron in Korea at the G20 Seoul Summit in November 2010, but said he never discussed any voting agreement then or with anyone else at any point before the vote.[2135] When provided an opportunity to reveal how he voted, he not only declined, but stated that disclosing that information would be "inappropriate:"

> In my view, the voting to select World Cup hosts was conducted by
> secret ballot for sound policy reasons to protect the confidentiality
> of Executive Committee members' votes for a certain bidder(s), and
> I believe for now it would be inappropriate for me to disclose how I
> voted.[2136]

Mr. Thompson's admission against his own interests is far more credible than Mr. Chung's denial. Mr. Thompson had no conceivable reason to falsely implicate himself and England's bid team in a plan to trade votes. Nor did Mr. Anson, who corroborated Mr. Thompson's account.

Furthermore, other statements Mr. Chung made to the Investigatory Chamber undermined his credibility. To take but one example, Mr. Chung's response to a question about discussions he had with the Chairman of Australia's bid, Frank Lowy, was both implausible and contradicted by an authentic, reliable, contemporaneously created record. Evidence demonstrated that on November 25, 2010, Mr. Lowy emailed others working on Australia's bid an update on a meeting Mr. Lowy had just held in Kuala Lumpur. Mr. Lowy reported that in addition to discussing "Korea[']s 2nd vote" at a meeting with Manilal Fernando and others, "I had a very long and friendly discussion with MJ"—as Mr. Chung is often called, based on his initials—"and confirm that his 2nd is ok." The rest of Mr. Lowy's email speculated about other voting matters, including speculation about the potential spread of votes in different rounds.[2137] The quoted language, especially in the context of the entire message, makes clear that Messrs. Lowy and Chung discussed the prospect of Mr. Chung voting for Australia in a later round if Mr. Chung's first choice to host the World Cup in 2022—Korea, of course—was eliminated early.

---

[2133] FWC00184653-58; FWC00184703-706; FWC00184736.

[2134] FWC00184706, FWC00184736; FWC00184654-55.

[2135] FWC00172880.

[2136] FWC00172867.

[2137] FWC00119758.

MEF000555

There was nothing inappropriate *per se* about that discussion, especially given that there was no Australian on the Executive Committee who could offer a potential later-round vote to Korea in exchange for Mr. Chung's support. Mr. Chung nevertheless insisted that no such discussion occurred. He told the Investigatory Chamber in writing that he "happened to meet with Frank Lowy in Kuala Lumpur during the AFC Award Night" in late November 2010, "but we did not discuss the upcoming vote on December 2, 2010"[2138], an unlikely scenario given that Mr. Lowy was of course eager to promote Australia's bid in those final days before the vote. Mr. Chung also claimed he had "no reason" to discuss his intentions if Korea were eliminated early because "I firmly believed that Korea would not be eliminated from the early round of voting."[2139]  Ultimately, Korea's bid was eliminated after the third of four rounds.

Mr. Thompson's statement that he had an agreement with Mr. Chung to vote for Korea in exchange for Mr. Chung's vote in support of England, and Mr. Anson's corroboration, establish a prima facie case that such an agreement existed in violation of the anti-collusion rules. However, Mr. Thompson's willingness to admit to such behavior substantially mitigates his misconduct. But for his forthrightness, the Investigatory Chamber almost certainly would not have known about this agreement. In contrast, Mr. Chung's statements lacked credibility. This issue will be incorporated into the proceedings being opened against Mr. Chung related to his various potential violations referenced in this report.[2140]

### D.   Conclusion

The continued speculation around alleged vote-trading arrangements highlights a number of serious problems with the 2018/2022 World Cup bidding process.

First, the decision to bid two World Cup events simultaneously, aggravated by the later "informal" determination that Europe would host the 2018 tournament, created the risk of collusion. While bidding rules applicable to bidders and member associations sought to address that risk, attempts to enforce those rules were inadequate.[2141]  Moreover, the failure to direct anti-collusion rules toward the Executive Committee members directly reflected a troubling sentiment about where responsibility for safeguarding the integrity of the bidding process should reside.

Second, allowing Executive Committee members to vote even among candidates that included bidders from their home countries only heightened the risk

---

[2138] FWC00172860-61.

[2139] FWC00172859-61.

[2140] *See* Parts IX(A), XIII(C)(1), XIV(A)(2)(b).

[2141] In fairness, those deficiencies were largely attributable to structural flaws in the Ethics Committee that FIFA addressed with widespread reforms in 2012.

MEF000556

of collusion. Once 2018 was designated for the European bidders, the representative Executive Committee members were equally split, leaving four members each from 2018 and 2022 bid nations, a circumstance that practically invited vote-trading partnerships.[2142]

Third, the lack of transparency in the voting process enables speculation that vote-trading agreements were carried out as alleged. The unfortunate decision by the vast majority of the Executive Committee members to cling to the secrecy of their ballots only fuels those suspicions.

# XIV. CONCLUSIONS

Based on the information described in previous sections of this Report, the Investigatory Chamber will open formal investigative proceedings against certain individuals. It bears emphasis that in opening a case, the Chair and Deputy Chair of the Investigatory Chamber have concluded only that the evidence in the record establishes a prima facie case of a possible FIFA Code of Ethics ("FCE") violation, *see* FCE Art. 62, and have made no final determination about whether the violation occurred, *see* FCE Art. 68. Individual cases will go forward pursuant to the process detailed in the FCE. *See* FCE Arts. 64-68.

## A. Executive Committee

Many of the flaws in the bidding process this Report identified were traceable to an Executive Committee culture of expectation and entitlement. When traveling with first-class accommodations and VVIP treatment whether on FIFA business or not, when requesting or being offered personal favors or benefits such as "football development" funds, or when asked to fulfill ethical obligations to contribute to the Investigatory Chamber's efforts to establish the facts of the case, a number of Executive Committee members displayed a disregard for ethical guidelines and an attitude that the rules do not apply to them.

### 1. *Current Executive Committee Members*

The record establishes a prima facie case of possible FCE violations against three current members of the Executive Committee.

#### a. *Ángel María Villar Llona*

Mr. Villar Llona has been on the Executive Committee for 16 years. His conduct during his March 2014 meeting with the Investigatory Chamber was disturbing in many respects. Mr. Villar Llona behaved in a manner that could be interpreted as an attempt to intimidate Ethics Committee officials and interfere with the investigation by threatening to "recuse" the Chair of the Investigatory

---

[2142] *See* Part XVI(C).

MEF000557

Chamber. His repeated attempts to ascertain "who" initiated the inquiry into the bidding process could similarly be seen as evincing an intent to take action inconsistent with the fact-finding process. As the audio recording of the interview makes clear, Mr. Villar Llona's behavior seemed erratic and hostile. He made certain remarks, such as "you really have balls," unfit for an official representing FIFA as a Vice President and Chair of the Legal Committee. While Mr. Villar Llona's subsequent answers to written questions may be considered in some way mitigating, those written responses cannot erase Mr. Villar Llona's earlier conduct. The record establishes a prima facie case that Mr. Villar Llona violated FCE Article 13 (General rules of conduct), Article 18 (Duty of disclosure, cooperation and reporting), and Article 42 (General obligation to cooperate). Accordingly, investigation proceedings will be opened against Mr. Villar Llona. *See* FCE Art. 63.

### b.    Michel D'Hooghe

Dr. D'Hooghe has been on the Executive Committee for 26 years. His conduct during the bidding process, when viewed as a whole, evinced an apparent lack of judgment and served to cast doubt on the integrity of that process. His receipt of a painting given by his friend—in the company of the CEO of the Russian bid team—was not reported at the time. Dr. D'Hooghe's belated explanation to FIFA, offered only after a media outlet made known it had the story, failed to mention he accepted the gift in the presence of the bid team's CEO, instead describing that person as an unnamed "interpreter." There is evidence that Dr. D'Hooghe knew his close friend's son was using Dr. D'Hooghe's connection to the bidding process to obtain a coveted business meeting arranged by the Qatar bid team. The record indicates that meeting took place one day before the December 2, 2010 vote. Dr. D'Hooghe's response to questions about this issue was in conflict with the record. His responsibilities as Chair of the FIFA Medical Committee and his subsequent statements about the health issues surrounding the summer heat in Qatar raise further questions. Dr. D'Hooghe did not disclose his vote for the 2022 host. The record establishes a prima facie case that Dr. D'Hooghe violated FCE Article 13 (General rules of conduct), Article 19 (Conflicts of interest), Article 20 (Offering and accepting gifts and other benefits), and analogous provisions of the 2009 FCE, *see* FCE Art. 3 (Applicability in time); and that Dr. D'Hooghe violated FCE Article 18 (Duty of disclosure, cooperation and reporting) and Article 42 (General obligation to cooperate). Accordingly, investigation proceedings will be opened against Dr. D'Hooghe. *See* FCE Art. 63.

### c.    Worawi Makudi

Mr. Makudi has been on the FIFA Executive Committee for 17 years. His actions with respect to his friend and advisor Joe Sim and the latter's negotiation of an LNG contract with Qatari officials during the bidding process create the appearance of a conflict of interest. The timing of the LNG discussions and the conflicting and in some cases confused statements of Messrs. Makudi and Sim to the

MEF000558

Investigatory Chamber create concern that the negotiations may have affected the integrity of the bidding process. Mr. Makudi also discussed a potential friendly match agreement with England's FA under circumstances that suggest a link to the World Cup vote. The record establishes a prima facie case that Mr. Makudi violated FCE Article 13 (General rules of conduct), Article 19 (Conflicts of interest), Article 20 (Offering and accepting gifts and other benefits), and analogous provisions of the 2009 FCE. *See* FCE Art. 3 (Applicability in time). Accordingly, investigation proceedings will be opened against Mr. Makudi. *See* FCE Art. 63.

2.   *Former Executive Committee Members Who Remain Football Officials*

While a number of the FIFA Executive Committee members who voted on December 2, 2010 no longer serve in that role, some who left remain in positions that qualify them as "football officials." *See* FCE Art. 2.

a.   *Franz Beckenbauer*

Mr. Beckenbauer served on the Executive Committee for four years. As a Special Advisor to the FIFA Football Committee, he is a football official. *See* FCE Art. 2. Mr. Beckenbauer's actions in response to the Investigatory Chamber's efforts to seek his assistance are already the subject of formal investigative proceedings. The conduct of Fedor Radmann and Peter Hargitay, and the relationship Mr. Beckenbauer had with each, raise further concerns. As discussed in the Report, the secrecy surrounding Mr. Radmann's contractual relationship with the Australian bid team and the appearance that Messrs. Radmann and Beckenbauer coordinated activity during the time Mr. Randmann worked for the bid team serve to cast doubt on the integrity of the bidding process. Moreover, statements Mr. Hargitay made to the Investigatory Chamber about this issue appear to contradict the record in a number of material respects. The record establishes a prima facie case that Mr. Beckenbauer violated FCE Article 15 (Loyalty), Article 19 (Conflict of interest), and analogous provisions of the 2009 FCE. *See* FCE Art. 3 (Applicability in time). Accordingly, investigation proceedings will be opened against Mr. Beckenbauer and combined with the proceedings previously initiated. *See* FCE Art. 63.

b.   *Chung Mong-Joon*

Mr. Chung served on the Executive Committee for 17 years. As an honorary Vice President of FIFA, he is a football official subject to the Code of Ethics. *See* FCE Art. 2. Mr. Chung's letters concerning the "Global Football Fund" to fellow Executive Committee members indicate improper offers or promises of benefits in order to influence the World Cup vote. Furthermore, Mr. Chung made statements to the Investigatory Chamber about this and other topics, including alleged vote-trading, that were inconsistent with the record. The record establishes a prima

333

facie case that Mr. Chung violated FCE Article 13 (General rules of conduct), Article 20 (Offering and accepting gifts and other benefits), and analogous provisions of the 2009 FCE, *see* FCE Art. 3 (Applicability in time); and that Mr. Chung violated FCE Article 18 (Duty of disclosure, cooperation and reporting) and Article 42 (General obligation to cooperate). Accordingly, investigation proceedings will be opened against Mr. Chung. *See* FCE Art. 63.

### 3.    *Cases Against Former Executive Committee Members*

While no longer in football, the following Executive Committee members were officials at the time of the relevant conduct. Given the relationship of that conduct to matters central to this inquiry, the Investigatory Chamber will open formal proceedings as detailed below.

### a.    *Amos Adamu*

Mr. Adamu served on the Executive Committee for four years. There is evidence that Mr. Adamu presented his son's proposal to host a "Legend's Dinner" to the CAF Executive Committee knowing that Qatar 2022 was the intended sponsor of the event and that his son would personally benefit from that sponsorship. The information provided by Mr. Adamu during his interview with the Investigatory Chamber with respect to his knowledge of the Qatar 2022 sponsorship conflicts with reliable evidence in the record. Mr. Adamu was a football official at the time of the conduct described above, and while he does not appear to be a football official at the present time, his ban from football has ended and he is free to return. The record establishes a prima facie case that Mr. Adamu violated FCE Article 13 (General rules of conduct), Article 15 (Loyalty), Article 19 (Conflicts of interest), Article 20 (Offering and accepting gifts and other benefits), and analogous provisions of the 2009 FCE. *See* FCE Art. 3 (Applicability in time). Accordingly, investigation proceedings will be opened against Mr. Adamu. *See* FCE Art. 63. Those proceedings will not revisit any of the issues previously considered by the FIFA Ethics Committee in imposing a three-year ban on Mr. Adamu in 2010.

### b.    *Reynald Temarii*

Mr. Temarii served on the Executive Committee for three years. Mr. Temarii received more than €300,000 from Mr. Bin Hammam for "legal fees" shortly after announcing he would pursue his appeal of the FIFA Ethics Committee decision to ban him from football. The effect of Mr. Temarii's decision to appeal was to deny Australia and England the votes that had been pledged by the Oceania Football Confederation. The record establishes a prima facie case that Mr. Temarii violated FCE Article 13 (General rules of conduct), Article 15 (Loyalty), Article 19 (Conflicts of interest), Article 20 (Offering and accepting gifts and other benefits), and analogous provisions of the 2009 FCE. *See* FCE Art. 3 (Applicability in time). Accordingly, investigation proceedings will be opened against Mr. Temarii. *See*

334

FCE Art. 63. Those proceedings will not revisit any of the issues previously considered by the FIFA Ethics Committee in imposing a one-year ban on Mr. Temarii in 2010.

### c.    Jack Warner

Mr. Warner served on the Executive Committee for nearly 30 years. He resigned amid bribery allegations that surfaced after a 2011 Caribbean Football Union conference. As discussed in the Report, there is evidence that prior to his resignation, he or related parties discussed substantial payments from Mr. Bin Hammam that were subsequently made. Mr. Warner's conduct with respect to his requests for benefits from the Australian and English bid teams is discussed in the Report at length. There are also concerns that he misappropriated funds provided by the Australian bid team and meant for the CONCACAF Center for Excellence. Although Mr. Warner is no longer in football, he is still subject to the FIFA Ethics Committee's jurisdiction. See FCE Arts. 2 & 3. The record establishes a prima facie case that Mr. Warner violated FCE Article 13 (General rules of conduct), Article 19 (Conflicts of interest), Article 20 (Offering and accepting gifts and other benefits), Article 21 (Bribery and corruption), and analogous provisions of the 2009 FCE. See FCE Art. 3 (Applicability in time). Accordingly, investigation proceedings will be opened against Mr. Warner. See FCE Art. 63.

### d.    Ricardo Texeira

Mr. Teixeira served on the Executive Committee for 18 years. He resigned from all positions in football in 2012. While Mr. Teixeira's conduct in accepting the lavish accommodations and other benefits provided to him in Doha for a friendly match between Brazil and Argentina might rise to the level of a prima facie case, it is the facts and circumstances surrounding the contracts for the Brazilian federation's commercial rights that are far more serious. Although Texeira is no longer in football, he is still subject to the FIFA Ethics Committee's jurisdiction. See FCE Arts. 2 & 3. The record establishes a prima facie case that Mr. Teixeira violate FCE Article 13 (General rules of conduct), Article 15 (Loyalty), Article 19 (Conflicts of interest), Article 20 (Offering and accepting gifts and other benefits), Article 21 (Bribery and corruption), Article 22 (Commission), and analogous provisions of the 2009 FCE. See FCE Art. 3 (Applicability in time). Accordingly, investigation proceedings will be opened against Mr. Teixeira. See FCE Art. 63.

### e.    Mohamed Bin Hammam

Mr. Bin Hammam served on the Executive Committee for 15 years. He paid Mr. Temari more than €300,000 immediately after the latter's decision to appeal a ban imposed by the Ethics Committee. As detailed in the Report, Mr. Bin Hammam also made cash payments to CAF officials and, in or around July 2011, to Mr. Warner. The December 2012 Final Report the Investigatory Chamber filed

MEF000561

with the Adjudicatory Chamber examined that and other conduct by Mr. Bin Hammam in depth.  As a result of the information presented in that Final Report, Mr. Ban Hammam was banned from football-related activity for life.

#### f.    Nicolás Leoz

Mr. Leoz served on the Executive Committee for 15 years.  He resigned in 2013, making further investigative proceedings with respect to the ISL matter unnecessary at that time.  There is evidence in this record that he requested a substantial personal benefit—namely, a knighthood—from England's bid team. While this benefit was not conferred, there is a prima facie case that Mr. Leoz violated relevant ethics rules related to conduct and gifts.  Given Mr. Leoz's resignation from all his positions in football, and the fact that this was the single example of such evidence found in the course of the inquiry, no further action is contemplated at this time.

#### g.    Julio Grondona

Mr. Grondona served on the Executive Committee for 26 years.  Relevant sections of this Report address Mr. Grondona's involvement with issues surrounding AFA's contractual rights and his conduct during this inquiry. Concerns regarding AFA rights are also discussed in the section concerning Guillermo Tofoni below.  As previously noted, Mr. Grondona died prior to the release of this Report.  Accordingly, no further analysis of his conduct is necessary.

### B.    President Blatter

The FIFA President, the chief executive of FIFA, has broad powers.  *See* FIFA Statutes Art. 32; FIFA Organisation Regulations ("FOR") Art. 5.  He presides at meetings of the Executive Committee but has one ordinary vote (except in limited cases involving tie votes).  *See* FIFA Statutes Art. 32(4).  He has no formal role in selecting its members; for the most part, neither does the FIFA Congress.

President Blatter's responsibility for the myriad issues that developed over the course of the bidding process or were uncovered by this inquiry merits consideration.  As a preliminary matter, it must be made clear that evidence in the record does not establish a prima facie case that President Blatter violated the FCE. The one concrete allegation against the President, concerning an account purportedly held in his name at a U.S. bank, was demonstrably false.  As head of FIFA, however, President Blatter bears some responsibility for a flawed process that engendered deep public skepticism, and for presiding over an Executive Committee whose culture of entitlement contributed to many of the issues this Report identifies.

On one hand, Mr. Blatter has implemented a number of critical reforms, including those that made this inquiry possible.  The Report notes a number of

336

instances where allegations of misconduct during the bidding process do not appear to have been appropriately vetted for consideration by the FIFA Ethics Committee. The rules with respect to jurisdiction of the Ethics Committee were changed and absent those 2012 reforms, the present inquiry could not have been initiated by the Chair. As head of the organization, he also deserves credit for the cooperation FIFA demonstrated throughout this investigation. On paper, the bidding process established by FIFA was for the most part fair and thorough, although the Executive Committee's obligations in that process—including its members' obligations to abide the same reporting requirements placed on the bid teams—should have been made more explicit.

In his remarks to the Executive Committee on November 19, 2010, President Blatter delivered the right message concerning the members' responsibilities to cast their votes with the best interests of FIFA in mind.

Applying the same approach, President Blatter must also take responsibility for the failures that occurred on his watch. He made himself accessible on a selective basis, giving the impression that individuals such as Peter Hargitay were "insiders" afforded preferential treatment, including freedom to speak to high-ranking FIFA officials about inappropriate topics, such as quality of competing bids, in a manner that was not tolerated of others. The decision to bid two venues simultaneously was by all accounts a significant contributing factor to efforts by Executive Committee members to trade votes and thus potentially cast ballots based on considerations other than merit. There was little transparency into the decision, made well after the bidding process began, to reserve the 2018 World Cup for bidders from Europe. The lack of any record of formal debate by the Executive Committee concerning the merits—or shortcomings—of the various bids must be put at least in part to his account. So, too, must FIFA's opaque approach, following the vote, to deciding the timing of the 2022 World Cup.

Leadership is tested in times of crisis. By far the most severe crisis FIFA face during the bidding period arose when two Executive Committee members were suspended for comments made during an undercover sting conducted by a media outlet. On October 20, 2010, after FIFA imposed provisional bans against those officials President Blatter delivered the following message to the public:

> It is a sad day for football. . . . Our society is full of devils, and these devils, you find them in football. We have to fight for fair play, we have to fight for respect, and especially we have to fight that the people in charge of FIFA behave as they should do—and if this is not the case, then we have to intervene. As the President of FIFA I appeal to and I expect all members not only of the FIFA Executive Committee but all members of the FIFA family to behave in an honest, sincere, and respectful manner.

337

That was a strong message against corruption.  The message Mr. Blatter sent the following month during a meeting of the FIFA Finance Committee—a meeting held in private—was quite the opposite.  Mr. Grondona was then the Chair of the Finance Committee, and the meeting minutes note that President Blatter was present "part of the time."  The minutes further state the following:

> As he had mentioned in his welcome address, the President proposed giving each member of the Executive Committee a bonus of USD 200,000.  Mohamed bin Hammam expressed his thanks for this generous gesture, and also proposed that the two suspended members, Amos Adamu and Reynald Temarii, also be given this bonus.  The Finance Committee approved the bonus payment of USD 200,000 as well as Mohamed bin Hammam's proposal.

There is no record of any dissent.  Nor does the record suggest that the payment to the two banned Executive Committee members was contingent on the outcome of their respective appeals.

That meeting of the FIFA Finance Committee took place on November 30, 2010, a time when Messrs. Adamu and Temarii had been banned from football by the FIFA Ethics Committee.  Besides listing the members "present," the minutes for the Executive Committee meeting held December 1, 2010, the day before the World Cup vote, listed the members "banned," namely, namely, Messrs. Adamu and Temarii.  During roll call, "[t]he President noted that only 22 members were present at the meeting and eligible to vote on the hosting of the 2018 and 2022 World Cups, as Reynald Temarii and Dr. Amos Adamu had been banned from all football-related activity by the FIFA Ethics Committee."

Messrs. Adamu and Temarii were prohibited from voting because they were found, pursuant to FIFA's own internal governance procedures, to have committed misconduct related to the bidding process.  Publicity surrounding their conduct reinforced a perception that the bidding process itself was corrupt.  At the time the $200,000 bonuses were awarded, it was impossible to know whether their bans would influence the outcome of a process that had cost the bid teams tens of millions of dollars and countless hours of effort.  President Blatter himself had characterized Messrs. Adamu and Temarii as "devils" of the sport.  Yet they were rewarded financially without any recorded dissent.  That message, which was noticed at a minimum by the Finance Committee, undermined the positive words the President had delivered about the need to elevate loyalty to FIFA and its mission as an organization above personal interests.

As the leader of FIFA, responsibility for these failings and for positive steps taken to reform the organization resides with President Blatter.

**C.    Bid Teams**

338

There is evidence that individual members of various bid teams violated the FCE or specific rules governing the bidding process. The issue whether to open formal investigative proceedings against those individuals at this time must be considered.

As noted above, the Investigatory Chamber has broad authority to open cases and to conduct investigations. Football officials are required to cooperate—to answer questions fully and truthfully, and to produce requested material. *See* FCE Arts. 18, 42, and 66. Non-compliance has serious consequences. Quality of compliance, however, is harder to assess. Bid teams were responsible for searching their own records and producing material responsive to our requests.

In nearly every case, the bid teams responded by providing voluminous material documenting key facts relevant to the issues. Some documents reflected poorly on the actions of bid team members, as described in various sections of this Report. That the bid teams nevertheless produced such material is commendable. Without that cooperation, much of the conduct described in this Report may never have come to light.

In Australia, evidence was produced concerning possible misconduct by the consultants Peter Hargitay and Fedor Radmann, as well as by Executive Committee members Jack Warner and Franz Beckenbauer. From Qatar came evidence of inappropriate requests by Mr. Mayne-Nicholls at a time when his report evaluating the merits of the Qatar bid was pending, and of Dr. D'Hooghe's friend's son's request for a business opportunity that was granted days before the December 2, 2010 vote. England produced myriad communications documenting Mr. Warner's pursuit of personal favors—some of which were provided to Mr. Warner at the direction of bid team members. Japan handed over a report that appeared to reflect collusion efforts, as well as a list showing excessive gifts Japan's bid team gave Executive Committee members and their spouses. Analysis of this material enabled the Investigatory Chamber to uncover key facts, address issues, and make informed recommendations.

In addition, bid teams operated in an environment where a number of Executive Committee members did not hesitate to exploit a system that in certain respects did not bind them to the same rules applicable to bid teams. A number of Executive Committee members sought to obtain personal favors or benefits that would enhance their stature within their home countries or confederations.

The flaws in the bidding process and the bid teams' subsequent efforts to assist this investigation do not combine to excuse past misconduct. However, those who cooperate in establishing the facts no matter where those facts may lead deserve to have that assistance weighed heavily in their favor. Accordingly, at this time, given the significant cooperation of the bid teams in this inquiry, their support of the efforts to establish the truth and improve the process, and the need to

MEF000565

encourage such openness in the future, the Investigatory Chamber does not intend to pursue formal investigatory proceedings against any individual bid team member. The Investigatory Chamber refers to and acknowledges the authority of the Adjudicatory Chamber to "return the final report to the investigatory chamber for amendment or completion" or to "undertake further investigations" itself should the Chair of the Adjudicatory deem such action appropriate. FCE Art. 69(3).

The one exception to the "openness" described above was the response of the RFEF to the Investigatory Chamber's requests. Investigation proceedings will be opened against RFEF Secretary General Jorge Perez Arias and RFEF Legal Director Kepa Larumbe based upon a prima facie case that those officials did not meet their obligations, pursuant to the FCE and bidding rules, to cooperate in establishing the facts of this case. *See, e.g.*, FCE Arts. 13, 18, and 42. Given Mr. Villar Llona's role as Chairman of that bid and the potential overlap in the issues under consideration, that investigation may be combined with the inquiry into Mr. Villar Llona's conduct detailed above. As noted in the Recommendations, RFEF's conduct suggests need for a rule governing retention of records related to future bidding processes.

### D.   Consultants

Consultants were bound by the same substantive rules and pledge to cooperate as bid team employees. It is somewhat surprising that those who earn substantial compensation from their association with football—in this specific case by working to assist bid teams obtain the hosting rights to the premier tournament in the sport—would in some cases assert that they are not bound by the organization's code of ethics or have no obligation to assist this inquiry.

#### 1.   *Andreas Abold*

Mr. Abold had a key role in the Australian bid effort and his contract provided the vehicle for the surreptitious hiring of Fedor Radmann. Information in his possession appeared likely to assist the Investigatory Chamber. Mr. Abold did not respond to communications seeking his cooperation in this case. Mr. Abold is not a football official and so not bound by the FCE. However, he was obligated by his role on the Australian bid team to assist this inquiry. Accordingly, should Mr. Abold or any company affiliated with him wish to be employed by any bid team in the future, the Investigatory Chamber recommends, in addition to the formal agreement for consultants recommended below, that he be asked to cooperate with the Investigatory Chamber in establishing the facts related to this inquiry prior to any approval by FIFA of his consulting arrangement.

#### 2.   *Fedor Radmann*

Mr. Radmann's conduct during the bidding process was central to a number of issues in this inquiry. His communications with the Australian bid team raise

<div align="center">340</div>

issues that need to be further explored.  Unlike Mr. Abold who never responded at all to the Investigatory Chamber, Mr. Radmann called the Secretariat on behalf of Mr. Beckenbauer and offered to answer questions jointly with him.  That "offer" was not consistent with the goal of establishing the facts of the case through the independent recollection of each witness or with Mr. Radmann's obligation to assist the Ethics Committee in doing so.  There was no further communication with Mr. Radmann after his offer was rejected.  As with Mr. Abold, any involvement by Mr. Radmann or any entity affiliated with him in a future bid should be conditioned on his cooperation with the Investigatory Chamber on issues related to this inquiry.

### 3.    Peter Hargitay

Mr. Hargitay responded in a timely way to written questions posed by the Investigatory Chamber.  Unfortunately, those answers in many cases appeared to be contradicted by other material in the record, including Mr. Hargitay's contemporaneous email communications.  It also appears there is a prima facie case that Mr. Hargitay violated the FCE and bid rules with respect to his role in the payment of AU $500,000 to Jack Warner's Center of Excellence and in his emails concerning reimbursement by Australian the bid team for costs incurred by the Trinidad and Tobago U-20 team.  Any involvement by Mr. Hargitay or any entity affiliated with him in a future bid should be carefully reviewed by FIFA prior to approval.

### 4.    Sandro Rosell

Mr. Rosell was a central figure in the transactions concerning the commercial rights to the Brazilian national team.  Agreements governing those rights and the manner in which payments were structured creates an appearance that Mr. Rosell was engaged in self-dealing at considerable expense of the Brazilian federation.  The record establishes a prima facie case that Mr. Rosell violated FCE Article 13 (General rules of conduct) and analogous provisions of the 2009 FCE.  *See* FCE Art. 3 (Applicability in time).  Accordingly, investigation proceedings will be opened against Mr. Rosell.  *See* FCE Art. 63.

### 5.    Amadou Diallo

Mr. Diallo's official status with bid teams and within football generally is unclear.  Mr. Diallo's communications with Qatar 2022 CEO Hassan Al-Thawadi are troubling and warrant follow-up.  Further inquiry into Mr. Diallo's status will be undertaken.

## E.    Other Football Officials

### 1.    Harold Mayne-Nicholls

341

Mr. Mayne-Nicholls was a football official during the bidding process, both as Chair of the FIFA Evaluation Group and as President of the Chilean Football Association. He had final word on the content of the evaluation reports produced for each bid team. FIFA expended considerable effort and expense in designing the evaluation process, sending the evaluation team to every bid nation and producing a detailed final product. Each potential host spent significant time and resources preparing for the Evaluation Group's visits. It was one aspect of the bidding process that bid teams generally applauded. Mr. Mayne-Nicholls requests for personal favors from an individual associated with Qatar 2022 provided cause to doubt the integrity of the inspection process and his evaluations. Mr. Mayne-Nicholls's responses to follow-up questions by the Investigatory Chamber appear less than candid when compared with his email communications with Qatar 2022 discussing his requests. The record establishes a prima facie case that Mr. Mayne-Nicholls violated FCE Article 13 (General rules of conduct), Article 15 (Loyalty), Article 19 (Conflicts of interest), Article 20 (Offering and accepting gifts and other benefits), and analogous provisions of the 2009 FCE, *see* FCE Art. 3 (Applicability in time); and that Mr. Mayne-Nicholls violate FCE Article 18 (Duty of disclosure, cooperation and reporting) and Article 42 (General obligation to cooperate). Accordingly, investigation proceedings will be opened against Mr. Mayne-Nicholls. *See* FCE Art. 63.

### 2. Joe Sim

Mr. Sim is the Chief Advisor to the Thai FA. His communications with Qatari officials concerning an LNG transaction appeared to link those negotiations with football matters. Mr. Sim's statements to the Investigatory Chamber left key issues unexplained. The record establishes a prima facie case that Mr. Sim violated FCE Article 13 (General rules of conduct), Article 19 (Conflicts of interest), and analogous provisions of the 2009 FCE. *See* FCE Art. 3 (Applicability in time). Accordingly, investigation proceedings will be opened against Mr. Sim. *See* FCE Art. 63.

### 3. Guillermo Tofoni

As a match agent, Mr. Tofoni is subject to the FCE. *See* FCE Art. 2. Mr. Tofoni was involved in the negotiations concerning commercial fees and the Argentine Football Association. Mr. Tofoni's statements about those arrangements were inconsistent other evidence. The record establishes a prima facie case that Mr. Tofoni violated FCE Article 13 (General rules of conduct), Article 15 (Loyalty), Article 19 (Conflicts of interest), and analogous provisions of the 2009 FCE, *see* FCE Art. 3 (Applicability in time); and that Mr. Tofoni violated FCE Article 18 (Duty of disclosure, cooperation and reporting) and Article 42 (General obligation to cooperate). Accordingly, investigation proceedings will be opened against Mr. Tofoni. *See* FCE Art. 63.

342

## XV.    REFERRALS TO OTHER FIFA COMMITTEES

In this course of this inquiry, the Investigatory Chamber encountered issues more properly considered by others at FIFA.

### A.    Referral to the Independent Chair of the Audit and Compliance Committee

As discussed in the Report, the process for evaluating issues related to the climate in Qatar and the potential timing of the 2022 World Cup appears to have been lacking or flawed.  While some Executive Committee officials—including at least one, Michel Platini, who voted for Qatar's bid—have argued forcefully in recent years that the event must be rescheduled, there is no evidence that these or other officials brought the issue to the Executive Committee for debate or discussion before the December 2, 2010 vote.  Moreover, two figures who played or should have played a central role with regard to this topic, Harold Mayne-Nicholls and Michel D'Hooghe, appear to have engaged in conduct with respect to Qatar that calls their judgment and actions into question.  It is therefore all the more important for FIFA to be transparent about its reasons for and the consequences of whatever determination it reaches concerning the timing of the World Cup in 2022.  There is evidence that altering the event's traditional June/July schedule may cause financial losses.  The Investigatory Chamber refers the issue to Domenico Scala, Independent Chair of the FIFA Audit and Compliance Committee, for whatever further steps, if any, he deems appropriate.  Mr. Scala's review may provide transparency by quantifying the financial implications of a contemplated scheduling change, so that the Executive Committee may then expressly approve necessary expenditures or accept financial losses—or seek indemnification for such losses from Qatar 2022—before authorizing any scheduling change.  Given the concerns this Report identifies with respect to Dr. D'Hooghe and Mr. Mayne-Nicholls, FIFA may also wish to commission an independent medical assessment of the scheduling options and/or an independent technical assessment of the feasibility and reliability of the proposed use of cooling technologies.

### B.    Referral to the Chair of the Disciplinary Committee

The Investigatory Chamber reviewed certain information related to Aspire Academy that, though seemingly unrelated to the World Cup bidding process or to other issues properly addressed by the Investigatory Chamber and thus not discussed in the Report, may be of interest to the Disciplinary Committee.  The Investigatory Chamber refers this information to Claudio Sulser, Chair of the Disciplinary Committee, for whatever further steps, if any, he deems appropriate.

## XVI.    RECOMMENDATIONS

FIFA enacted several reform measures in response to criticism of the 2018/2022 World Cup venue-selection process.  Most significantly, the FIFA

MEF000569

Statutes were amended to give the Congress, rather than the Executive Committee, sole authority to decide the venue for the FIFA World Cup. *See* FIFA Statutes Art. 80(1). FIFA also implemented certain procedural guidelines:

- The FIFA general secretariat will establish a "fair and transparent bidding procedure" "[b]ased on specific regulations" issued by the Executive Committee.

- The FIFA general secretariat will "submit to the Executive Committee a public report evaluating the compliance of all bids with the bidding procedure and requirements for hosting the event, taking into consideration the defined criteria for selecting the host."

- After reviewing the report, the Executive Committee will "designate, based on its best judgment and in an open ballot, up to three bids to be submitted to the Congress for a final decision."

- The Congress will "select the host venue from the bids designated by the Executive Committee."

FIFA Statutes Art. 80(2). Further rules prohibit the awarding of hosting rights to more than one World Cup at the same meeting, *see* Art. 80(3), and provide that one confederation's members may not host consecutive editions of the tournament, *see* Art. 80(4).

Those rules address some of the issues highlighted in this Report—for example, issues associated with selecting two venues simultaneously. However, regulations and specific procedures have yet to be promulgated and the role of the Executive Committee in the process remains unclear. Accordingly, the Investigatory Chamber offers the following recommendations based upon the facts and circumstances this inquiry into the bidding process uncovered.

### A.    Term Limits

The Investigatory Chamber noted unfortunate patterns in the history of the 24-member 2010 FIFA Executive Committee. Messrs. Adamu and Temarii were banned for ethics violations during the bidding process. Both also face further proceedings as a result of conduct uncovered in this inquiry. Messrs. Warner, Teixeira, and Leoz resigned amid ethical issues. (So did FIFA's Honorary President as of 2010, Joao Havenlange.) Moreover, as discussed above, conduct by some of those officials during the bidding process may have been improper, and formal investigation proceedings will be opened against Messrs. Warner, and Teixeira. Mr. Bin Hammam was banned for life by the FIFA Ethics Committee based upon a December 2012 Final Report that described allegations related to a number of issues discussed in this Report. Chuck Blazer was suspended for his remaining term in 2013 based upon findings by the CONCACAF Integrity Committee.

344

In addition to the seven members of the 2010 Executive Committee identified above, five others—Messrs. Villar Llona, Chung, Beckenbauer, Makudi, and D'Hooghe—will have investigation proceedings opened against them based on this Report.[2143]  The average term of service for those 12 Executive Committee members is 15 years.

The Report describes specific examples of two of those veteran Executive Committee members resisting efforts to hold them to the same rules as bid teams. In response to a Bid Circular requiring reporting to FIFA of contact between bid teams and Executive Committee members, Mr. Blazer wrote in a July 2010 email to Secretary General Valcke, "I personally believe [the new rule] is not in good taste nor in respect of the members of the Executive Committee."  The rule in question required *only* the bid teams—not members of the Executive Committee—to report such contacts.

Separately, in response to queries by Secretary General Valcke regarding his letters to Executive Committee members touting the "Global Football Fund," Mr. Chung expressed displeasure at being asked questions at all:  "To be honest, I am not very happy with your request to divulge my private correspondence to my FIFA colleagues on a perfectly legitimate subject.  If you still insist, however, and with a view to avoiding any misunderstanding, I am enclosing herein a copy of the letter sent to Mr. Jack Warner for your reference."  Pursuant to then-applicable FCE procedures, Secretary General Valcke was acting to determine whether complaints merited action by the FIFA Ethics Committee.  *See* 2009 FCE Art. 14.  After receiving Mr. Chung's "response," Secretary General did not forward the matter to the Ethics Committee for further review.  As noted above, investigation proceedings against Mr. Chung related to the Global Football Fund will now go forward.  Similarly, this Report describes how two of the Executive Committee's most senior members of the Executive Committee challenged the Ethics Committee's independence and authority, as set forth in unambiguous FCE provisions, to conduct this inquiry.  Of those two officials, Mr. Villar Llona, is Chair of the FIFA Legal Committee, which is charged with, among other things, opining on proposed amendments to the FCE.

Other international organizations have adopted term limits for their executive board members.  Following investigations into issues surrounding the selection of Salt Lake City as a host city, the IOC enacted a number of internal structural and substantive reforms, including term limits for IOC members and the

---

[2143]    As noted above, whether findings would have merited the initiation of formal investigation proceedings against Senior Vice President Julio Grondona, who died in July 2014, will not be considered.

345

IOC President.[2144] Olympic Charter (2013) Rule 16(1.7).  *See also* INTERPOL Constitution, Article 17.

    The Investigatory Chamber recommends a maximum of two four-year terms for all officials on the FIFA Executive Committee—without exception or possibility of renewal.  *See also* Final Report by the Independent Governance Committee to the FIFA Executive Committee, dated April 22, 2014, at pp. 12-13 (discussing "most important outstanding recommendations," including term limits).

### B.    Recusal of Executive Committee Members

    Australia 2022's lack of an "insider" on the Executive Committee placed that bid team at a disadvantage.

    The Investigatory Chamber recommends the adoption of a regulation requiring members of the Executive Committee to recuse themselves from participating in venue-selection votes where they share a nationality with a bidding nation.  Similar regulations have been adopted by other sports organizations.  Indeed, pursuant to the Bid Regulations for the UEFA European Football Championship for 2014-16, neither the President of UEFA nor any member of UEFA's Executive Committee may "take part in any part of the deliberations or the voting procedure if he is associated with one of the member associations that is a Bidder (or is part of a Bidder)."  UEFA European Football Championship 2014-16 Bid Regulations, Appx. B.4. Likewise, the Olympic Charter compels IOC members to recuse themselves from an Olympic Games host-city election "in which a city in the country of which he is a national is a candidate."  Olympic Charter, Bye-law to Rule 18, 5.1.

    The same principle seems appropriate for World Cup bidding procedures at FIFA.  Football officials could then actively take part in bid-team efforts while eliminating a potential conflict related to their duties as Executive Committee members.

### C.    Rotation System

    While new rules preclude member countries of the same confederation from being awarded hosting rights to consecutive World Cup tournaments, no other formal provisions govern the rotation of the hosting right among the confederations. The lack of transparency surrounding the decision to award the 2018 World Cup to a European bidder created an appearance of impropriety and enhanced the opportunities for collusion.  FIFA should adopt an open and transparent rotation system for hosting the World Cup or abandon any attempts to "signal" informally which confederation is in line to host the event.

---

[2144] FWC00172418.

346

### D.    Evaluation Criteria and Rankings

A number of bid team representatives expressed skepticism that Executive Committee members reviewed the bid books or the evaluation reports. Evidence in the record supports their lack of confidence. A number of those interviewed had ideas about the proper weighing of the various criteria. Danny Jordaan, who among other roles was a member of the FIFA Bid Inspection Group and CEO of the 2010 FIFA World Cup South Africa, offered particularly insightful proposals for a potential methodology. FIFA Statutes now appear to contemplate such an approach, *see* FIFA Statutes Art. 80(2)(a), but there is no indication that the new procedures will use any independent outside consultants. The IOC evaluation process has undergone similar reforms with respect to the appointment of an "Evaluation Commission" to study candidate cities and inspect the sites. *See* Olympic Charter, Bye-law to Rule 33(2.2)-(2.3). Ultimately, the IOC Executive Board draws up a final list of candidate cities to be voted on by the IOC Session after the IOC has considered the Evaluation Commission's report. *See* Olympic Charter, Bye-law to Rule 33(3.1)-(3.2). FIFA should explore options for incorporating independent experts and objective criteria into the process of evaluating and selecting venues.

### E.    Travel to Bidding Nations

The Investigatory Chamber recommends strict limits on Executive Committee members' travel to bidding nations. The practice of permitting Executive Committee members to visit World Cup bidding nations during the bidding practice is vulnerable to abuse, as facts regarding Dr. D'Hooghe's accommodations in the United States and Mr. Teixeira's accommodations in Qatar have shown. Given that the Executive Committee will continue to have a role in the World Cup venue-selection process, it is recommended that FIFA adopt a policy—at least for Executive Committee members—similar to the one enacted by IOC following the Salt Lake City Olympic scandal, which now prohibits its members from visiting bid cities and further prohibits bid teams from visiting IOC members. *See* IOC Code of Ethics, Rules of Conduct Applicable to All Cities Wishing to Organise the Olympic Games, Art. 12.

### F.    Enhanced Reporting Requirements

#### 1.    *Gifts*

The FCE forbids football officials from offering or accepting gifts except under limited circumstances, and further provides that "[i]f in doubt, gifts shall not be offered or accepted." FCE Art. 20(2). To be sure, certain small gifts are appropriate under the FCE's express terms. *See* FCE Art. 20(1). Moreover, football officials may encounter circumstances, such as when meeting with foreign dignitaries who may be neither subject to nor familiar with FCE provisions, where refusing an

347

offered gift might cause offense or embarrassment and could therefore reflect poorly on FIFA. The Investigatory Chamber recommends that, in addition to abiding by existing gift rules, Executive Committee members promptly report all gifts, of whatever value, received from bid teams or others promoting those bids. A corresponding obligation should be placed upon the bid teams. This rule will be harder to implement and enforce with respect to the voting members of Congress. Disclosures should be made to the FIFA Ethics Committee, which would then advise the disclosing party how to proceed.

### 2.   *Friendly Matches*

During the bidding process, there appear to have been an unusually high number of international friendly matches played between teams from bidding nations and teams from countries represented on the Executive Committee. As Geoff Thompson of England candidly observed, "it's a form of bribery." Such arrangements often lack transparency and are vulnerable to abuse. Accordingly, the Investigatory Chamber recommends that during the bidding period, any friendly match played or arranged between a team representing a bidding nation and a team from the home country of an Executive Committee member be subject to certain disclosure requirements. For example, the relevant member associations should report information concerning the parties—including agents and contractors—involved, the allocation of fees and other payments, and assignments of broadcast rights, and should further make relevant documents or other material available for review. The disclosures should be made to the FIFA Ethics Committee.

### 3.   *Advisors and Consultants*

Each member of the bid team, including outside consultants and companies working on the bid effort, should be identified and reported to FIFA when the bid team files the registration documents and, as personnel and contractors may be added later in the bidding process, on a rolling basis thereafter. Every person working with a bid team should sign and file a statement certifying that he or she has read and understood the applicable rules and regulations, including the FIFA Statutes and Code of Ethics; agrees to be bound by and obey those requirements; and agrees to cooperate with any FIFA Ethics Committee investigation or inquiry. It should be made clear that failure to fulfill these obligations may result in a ban from participation in future bidding processes. Each bid team should further be required to designate an "ethics officer" responsible for disseminating the rules and training others associated with the bid team about the rules' applicability and scope. That ethics officer should then certify that such training has taken place. The Ethics Committee is prepared to assist in the development of appropriate training material.

### 4.   *Confidentiality Clauses*

348

In a number of instances, bid teams initially responded to requests from the Investigatory Chamber by claiming that "confidentiality clauses" prevented them from disclosing certain contracts and other material relevant to this inquiry. In some cases the questionable nature of this position was brought home when the counter-party freely provided the same contract or document. It should be made clear to those in football, particularly in the bidding process, that such clauses cannot be invoked to shield material from review by the FIFA Ethics Committee. Any other rule would allow bid teams to agree to engage in misconduct without fear of inspection or detection as long as they first agreed to strict "confidentiality."

### 5.    *Retention of Records*

In light of the conduct of the RFEF with respect to the Investigatory Chamber's requests for documents related to the Spain/Portugal bid, it is recommended that bid registration agreements require all records related to bid teams' activities—including relevant email communications, whether sent or received on an official account associated with the bid, a private email account, or an account of a separate business—to be preserved and available for inspection for a period of at least five years. Failure to do so would then constitute a violation of the bidding rules and preclude that nation from bidding to host a World Cup for a period of years. If the offending party was the winning bidder, other penalties should apply.

In assessing any future efforts by Spain to host the World Cup, FIFA should also consider whether, in light of Spain's conduct in this inquiry, Spain's participation should be contingent on its acceptance of greater reporting and transparency requirements than might otherwise apply.

### 6.    *Audits*

Bid registration rules required every bid team to submit a final audit of its finances to FIFA within 90 days of the World Cup vote. It appears only three bid teams—Qatar, Russia, and the United States—submitted those final audits, at least in part because some at FIFA believed the requirement applied only to the winning bidders.[2145] The Investigatory Chamber recommends that FIFA implement—and enforce—provisions in bidding documents requiring every bidder, including unsuccessful bidders, to submit a final audit. The agreement should set forth strict consequences for non-compliance, perhaps to include restrictions on a member association's ability to bid for future events.

### 7.    *Football Development*

---

[2145] *See* FWC00182758-59.

MEF000575

Time and again bid teams found to have directed lucrative football development projects to the home countries of FIFA Executive Committee members asserted that they had merely been following FIFA guidance concerning the importance of promoting football development.  Examples are analyzed in the Report.

That disingenuous interpretation of the bidding process's guidance regarding football development degrades a socially responsible program intended  to assist countries and constituencies in real need by treating it as a vehicle to invest in votes.

FIFA should continue to encourage appropriate football development at all levels while ensuring that the projects are not used to improperly influence the bidding process.  The Investigatory Chamber recommends a reporting requirement for Executive Committee members and bid teams of all memoranda of understanding, mutual-assistance agreements, and other promises or initiatives related to football development in the Executive Committee member's home country.  The reporting requirement should be retroactive to a point at least 18 months before the bidding process formally begins.  Likewise, bid teams and Executive Committee members should also disclose any agreement, offer or promise to place disbursement of development funds or selection of development projects within an Executive Committee member's discretion.

MEF000576

ANNEX 1

2010 FIFA EXECUTIVE COMMITTEE

| Name | Country | Term of Service and Current Status | Vote 2018 | Vote 2022 |
|---|---|---|---|---|
| **Joseph Blatter** *FIFA President* | Switzerland | 1998 – present (16 years) | NOT DISCLOSED | NOT DISCLOSED |
| **Julio Grondona** *FIFA Senior Vice President* | Argentina | 1988 – 2014 (26 years) *Deceased* | NOT DISCLOSED | NOT DISCLOSED |
| **Issa Hayatou** *FIFA Vice President* | Cameroon | 1990 – present (24 years) | NOT DISCLOSED | NOT DISCLOSED |
| **Chung Mong-Joon** *FIFA Vice President* | South Korea | 1991 – 2011 (17 years) | NOT DISCLOSED | NOT DISCLOSED |
| **Jack Warner** *FIFA Vice President* | Trinidad and Tobago | 1982 – 2011 (29 years) *Provisional ban and Resignation* | NOT INTERVIEWED | NOT INTERVIEWED |
| **Ángel María Villar Llona** *FIFA Vice President* | Spain | 1998 – present (16 years) | NOT DISCLOSED | NOT DISCLOSED |
| **Michel Platini** *FIFA Vice President* | France | 2002 – present (12 years) | Russia | Qatar |
| **Reynald Temarii** *FIFA Vice President* | Tahiti | 2007 – 2010 (3 years) *Banned from all football-related activity from October 20, 2010 through October 20, 2011* | SUSPENDED – DID NOT VOTE | SUSPENDED – DID NOT VOTE |

351

| <u>Name</u> | <u>Country</u> | <u>Term of Service and Current Status</u> | <u>Vote 2018</u> | <u>Vote 2022</u> |
|---|---|---|---|---|
| Geoff Thompson<br>*FIFA Vice President* | England | 2007   2011<br>(4 years) | England<br><br>Belgium/Netherlands | South Korea<br><br>United States |
| Michel D'Hooghe | Belgium | 1988   present<br>(26 years) | Belgium/Netherlands | NOT DISCLOSED |
| Ricardo Teixeira | Brazil | 1994 – 2012<br>(18 years)<br><br>*Resigned from all football-related activity* | NOT INTERVIEWED | NOT INTERVIEWED |
| Mohamed Bin Hammam | Qatar | 1996 – 2011<br>(15 years)<br><br>*Banned for life from all football-related activity* | NOT INTERVIEWED | NOT INTERVIEWED |
| Senes Erzik | Turkey | 1996 – present<br>(18 years) | NOT DISCLOSED | NOT DISCLOSED |
| Chuck Blazer | USA | 1997 – 2013<br>(16 years)<br><br>*Provisional ban* | NOT INTERVIEWED | NOT INTERVIEWED |
| Worawi Makudi | Thailand | 1997   present<br>(17 years) | NOT DISCLOSED | NOT DISCLOSED |
| Nicolás Leoz | Paraguay | 1998 – 2013<br>(15 years)<br><br>*Resigned from all football-related activity* | NOT INTERVIEWED | NOT INTERVIEWED |
| Junji Ogura | Japan | 2002 – 2011<br>(9 years) | NOT DISCLOSED | Japan |

352

MEF000578

| Name | Country | Term of Service and Current Status | Vote 2018 | Vote 2022 |
|---|---|---|---|---|
| Amos Adamu | Nigeria | 2006 – 2010 (4 years) *Banned from all football related activity from October 20, 2010 through October 20, 2013* | SUSPENDED – DID NOT VOTE | SUSPENDED – DID NOT VOTE |
| Marios Lefkaritis | Cyprus | 2007 – present (7 years) | NOT DISCLOSED | NOT DISCLOSED |
| Jacques Anouma | Ivory Coast | 2007 – present (7 years) | NOT DISCLOSED | NOT DISCLOSED |
| Rafael Salguero | Guatemala | 2007 – present (7 years) | Russia | USA |
| Hany Abo Rida | Egypt | 2009 – present (5 years) | NOT DISCLOSED | Qatar |
| Vitaly Mutko | Russia | 2009 – present (5 years) | Russia | NOT DISCLOSED |
| Franz Beckenbauer | Germany | 2007 – 2011 (4 years) | NOT DISCLOSED | NOT DISCLOSED |

353

MEF000579

# Afghanistan's Winners: Qatar, Russia, China, Pakistan, Turkey, Iran

by Seth J. Frantzman
*The Jerusalem Post*
August 16, 2021
https://www.meforum.org/62561/afghanistans-winners

The victors in Kabul will be those who benefit from the Taliban taking power. They will also be those who benefit or cheer as the US appears humiliated.

Among those "winners" are Qatar, Russia, China, Pakistan, Turkey and Iran. This can be seen in various ways. Most of these countries hosted the Taliban or tacitly backed them. Others, such as Turkey, have sought to have a role in post-American Afghanistan.



**Taliban fighters pose for a group photo at the office of former Afghan President Ashraf Ghani, August 15, 2021.**

Iran's media is full of stories arguing that the Taliban won't export extremism or threaten anyone and that Iran has always helped the Afghan people. Iranian official Ali Shamkhani, for instance, has put out positive statements about Iran's role in Afghanistan.

Meanwhile, Qatar's Al Jazeera was on hand to showcase the Taliban taking the presidential palace in Kabul. It appears Qatar had advance knowledge of the Taliban's plans because Doha has been hosting the Taliban for years.

> Afghanistan is a win for all who wish to see the U.S. humiliated.

Qatar has a large US military base but has always backed religious extremists, including Hamas and the Muslim Brotherhood, and has given red-carpet treatment to the Taliban. This is a big win for Qatar, and it will use it for leverage across the Middle East.

While Qatar and Turkey benefit because of their links to Islamist groups and general backing for Islamist movements, Iran benefits from seeing the US leave its doorstep. Iran also wants the US out of Iraq and will use the Afghan chaos to push it to leave Iraq as well.

Turkey will be working with Russia and Iran in Syria to try to get the US to leave. All these countries agree that they want America gone from the region.

Russia and China have both hosted Taliban delegations in recent years and months. They want to have open channels to the Taliban and consider recognizing them as the new government. This is important at the United Nations Security Council. With backing from Russia and China, the Taliban can get the international clout they need and eventually obtain wider recognition.

The meetings between Taliban officials and Russian envoys this week, which have been reported, are important.

"Russian Ambassador to Afghanistan Dmitry Zhirnov will meet on Tuesday with the coordinator of the leadership



**Taliban leader Mullah Abdul Ghani Baradar (center) in Moscow on March 18, 2021. Baradar now claims to be president of Afghanistan.**

of the Taliban movement [outlawed in Russia] to discuss ensuring the security of the Russian Embassy, Russian Presidential envoy to Afghanistan Zamir Kabulov said in an interview," Russia's TASS news agency reported.

"Our ambassador is in contact with representatives of the Taliban leadership," he said. "Tomorrow, as he told me just 10 minutes ago, he will meet with the coordinator from the Taliban leadership for ensuring security, including our embassy."

The Russian ambassador will discuss with the Taliban representative the details of the external protection of the diplomatic mission of the Russian Federation, Kabulov said.

This means that Russia may consider recognizing the Taliban at a future date. Russia could help put the wind in the sails of the Taliban.

But Russia has its own background in Afghanistan. It has noted that the US-backed Afghan government has fallen quickly. Russia wants to secure Central Asia as well, including its southern flank.

That means the chaos of Afghanistan must not spread. It will want to work with China, Pakistan, Turkey and Iran to make sure that the Taliban are contained and come to power in a stable way.

All these countries have common interests. They want the US gone from the region. They want America humiliated. They also want to share energy and mineral resources that may flow through Afghanistan. This is their invitation to help make the decline of the US and the West more rapid.

These countries have different ideological agendas. Turkey, Pakistan and Qatar have an Islamist worldview of the world. They have wanted to work with Malaysia and even Iran on new concepts regarding an Islamic system of trade or television programs to confront "Islamophobia."

Turkey and Qatar form an axis that backs the Muslim Brotherhood, and as such, there has been cheering in Syria and the Gaza Strip regarding the Taliban takeover. China and Russia have other ideas about how this may benefit them on the world stage.

The Afghanistan debacle is a major setback for the US globally.

For now, the Afghanistan debacle is a major setback for the US globally in terms of image and the perception that US-backed systems tend to be as weak and temporary as the grass that greens with the spring and withers in the fall.

**Seth Frantzman is a Ginsburg-Milstein Writing Fellow at the Middle East Forum and senior Middle East correspondent at *The Jerusalem Post*.**

## After Years of Abuses, Qatar Alters Asylum and Migrant Laws

**by Seth J. Frantzman**
**September 6, 2018**
https://www.meforum.org/7521/after-years-of-abuses-qatar-alters-asylum

Qatar passed two laws recently that allow for the granting of asylum and also end a system of abusive "exit permits" that kept migrants in modern-day servitude. Amnesty International praised Qatar for "partially scrapping" a law that "prevented migrant workers from leaving the country without their employer's permission."

According to reports Law No. 13 of 2018, signed by the Qatari Emir Sheikh Tamim bin Hamad Al Thani on Tuesday, prevents employers from banning migrant workers from leaving the emirate. The law doesn't prevent all the abuses that migrants and domestic workers are subjected to. According to Amnesty International "other employees such as domestic workers who fall outside of the Labor Law are not covered by the reform." In recent years migrant workers have made up more than 1.9 million of the 2.6 million people in Qatar. There are 174,000 domestic workers.

Qatar has faced pressure since 2016 to change its *kafala* system of employment where workers cannot change employers or leave the country without their employer's permission. In 2016, *The Guardian* reported that the International Labour Organization had given Qatar "12 months to end migrant worker slavery or face a possible United Nations investigation." The ILO had investigated forced labor in Qatar and met workers who said they "had no access to free healthcare and were in deep debt." It was found not to "satisfy by far the minimum standards, with most accommodation housing 10 to 12 workers per small room."

The system was compared to "modern-day slavery" in 2017 by Sharan Burrow, the general secretary of the International Trade Union Confederation. Doha received increased focus because it is hosting the World Cup from November 21 to December 18, 2022, and migrant workers are building the stadiums and infrastructure for the games.

Qatar's decision has been praised, but a closer look at the reforms reveals how small they are. Despite claims that the Persian Gulf emirate will now grant permanent resident status to some foreigners who had lived in the country for many years, the decree "allows a maximum of 100 expatriates permanent residency in Qatar," according to Middle East Eye.

Qatar also passed a law that would allow for granting of asylum to those fleeing persecution. For decades the wealthiest Gulf countries, including Qatar, have not provided asylum to refugees. For instance, according to the UNHCR 2003 handbook, Qatar had only received six refugees in 1999 and 46 by 2003. Only 50 people had been able to request asylum. Qatar claimed that there were only 177 refugees in the country in 2016 and 142 asylum seeker applications pending, of which 62 received asylum.

Tiny Luxembourg, which has a similar number of citizens as Qatar, had 2,213 pending cases of asylum seekers and 2,046 refugees, of which 774 received protection. Saudi Arabia, with a much larger population, gave only 19 people protected status the same year. Qatar's own media powerhouse Al-Jazeera often highlights the plight of refugees abroad. On September 5 it ran an article claiming that South Korea's reticence to give asylum to more than 500 Yemenites was "driven largely by Islamophobia." Yet Yemenites seeking asylum in Qatar face more hurdles than in South Korea.

The changes to the labor and asylum laws in Qatar received praise and criticism on social media. Ghanem Nuseibeh, founder of Cornerstone Global Associates, tweeted that headlines praising the change "makes a mockery of human rights. Applauding Qatar for allowing workers to leave with exit visa by employers?!" But Sarah Leah Whitson, executive director of the Middle East and North Africa division of Human Rights Watch, praised Qatar for passing the "region's first asylum law" which she said brings "real

security for political exiles in (the) region." It could be a model for the rest of the Gulf. "A very big deal."

But Jaber Alsiwat, a civil engineer, wondered whether Qatar would not give asylum to its own people who lost citizenship over the last few years for political reasons. "Perhaps they can give asylum to hundreds of Qataris who were stripped of citizenship."

*Seth Frantzman is The Jerusalem Post's op-ed editor, a Writing Fellow at the Middle East Forum, and a founder of the Middle East Center for Reporting and Analysis.*

Image copywrite: Richard Messenger

## How Al Jazeera is Avoiding Registering as a Foreign Agent

**by Benjamin Baird and Clifford Smith**
*The Washington Examiner*
**January 21, 2020**
https://www.meforum.org/60313/al-jazeera-avoids-registering-as-a-foreign-entity

*Originally published under the title "How Al Jazeera is Avoiding Registering as a Foreign Entity."*



The international media conglomerate Al Jazeera has long operated as a Qatari publicity agent, producing content that consistently reflects the emirate's pro-Islamist, anti-American outlook. But when the U.S. Justice Department, spurred on by Russian election interference, began cracking down on foreign propaganda machines, Qatar responded soon after by dumping Emir Tamim bin Hamad Al Thani's controlling stake in Al Jazeera. By all appearances, this restructuring represents nothing more than a clumsy ploy, and the emir may have ceded control of the media giant purely to flout American laws governing foreign agents.

In practice, Al Jazeera continues to act as Qatar's alter ego, zealously advancing the emirate's pro-Islamist agenda. While Doha serves as a safe haven for jihadist field commanders from the Taliban and Hamas, Al Jazeera English programming is replete with Jewish-power conspiracies and terrorism apologias. AJ Plus, the network's slick online video content platform, produces the same anti-American and anti-Semitic subject matter but with a militantly progressive slant.

> Al Jazeera continues to act as Qatar's alter ego, zealously advancing the emirate's pro-Islamist agenda.

Confidential U.S. diplomatic cables from 2009 referred to the network as a "useful tool for Qatari political masters." More recently, the media watchdog NewsGuard noted that AJE's coverage of Qatar's rivals "consistently skews towards unflattering stories."

Following the 2016 election, the DOJ began scrutinizing foreign media such as RT (formerly Russia Today), which U.S. intelligence referred to as "the Kremlin's principal international propaganda outlet." This increased attention eventually required RT to register under the Foreign Agent Registration Act, a rarely enforced disclosure statute originally established to counter Nazi propaganda efforts.

In addition, Congress included an amendment in the National Defense Authorization Act of 2019, which requires foreign-owned media not covered by FARA laws to register with the Federal Communications Commission.

FARA was written to target publicity agents working on behalf of a foreign principal, and although the act explicitly excludes "any news or press service," this exemption does not apply to foreign-owned media outlets operating under the direction of foreign governments. Consequently, multiple news agencies have recently been required to register under FARA, including

> Multiple foreign news agencies have recently been required to register under FARA, but not Al Jazeera.

*China Daily*, South Korea's KBS America, and Japan's NHK Cosmedia.

To avoid this fate, Qatari officials may have sought to muddy the waters when it comes to its control over Al Jazeera. According to U.K. financial filings, the emir of the State of Qatar liquidated his controlling stake in Al Jazeera International Limited, transferring the balance of 50,000 shares on March 10, 2018, to a dormant shell company. In doing so, the emir handed over "significant control" of AJE to its parent company, Al Jazeera Media Network.

However, even if the head of state technically divested himself of financial interest in Al Jazeera International, Qatar remains firmly in control of its English-language news services. A member of the Qatari ruling family, Sheikh Hamad bin Thamer Al Thani, is AJMN's chairman of the board, and "his purview encompasses all of the channels under the Al Jazeera umbrella." Moreover, Thani has openly been involved in negotiations with foreign nations on Qatar's behalf. Even more, the Qatar Media Corporation, which oversees AJMN's state funding, is run by another royal family elite, Sheikh Abdulrahman bin Hamad bin Jassim bin Hamad Al Thani.



**Qatari Emir Tamim bin Hamad Al Thani**

Even if U.S. officials were to accept Qatar's thinly veiled attempt to mask its ownership of Al Jazeera, the outlet would still run afoul of FARA's disclosure requirements. The media exemption only applies to companies that are 80% owned by U.S. citizens, including their boards of directors, and cannot be supervised or directed by a foreign entity.

Moreover, even foreign media that are exempt from FARA because they are majority-owned by U.S. citizens are not exempt from the FCC rules, which make them disclose the "legal structure" of their relationship to foreign principals, as well as "any funding" provided by an overseas entity.

So far, the FCC has failed to enforce these reporting requirements meaningfully, and only two companies have registered. One of them, MHz Networks, admitted in its filing that it was only registering out of "an abundance of caution," because it happened to carry AJE and other foreign programming in one of its markets. AJE itself, which multiple satellite and cable television providers distribute, has now missed three consecutive FCC filing deadlines.

These moves follow other attempts to disguise the network's loyalty to the Thani regime. In 2011, Al Jazeera was restructured from a "public institution" to a "private institution of public utility." Khalid Al Sayed, then-editor in chief of the Qatar-based *Peninsula* newspaper, argued at the time that the change was "to avoid being questioned in [the] future about its finances by an elected parliament." Qatari officials insist that Al Jazeera does not meet the standards for disclosure under U.S. law.

Following a renewed push in June 2019 by members of Congress asking the Justice Department to investigate Al Jazeera's role as "a messaging tool of the Qatari government," the network was unwavering: "AJMN is a Private Foundation for Public Benefit under Qatari law; it is not owned by Qatar, and its reporting is not directed or controlled by the Qatari government nor does it reflect any government viewpoint. Therefore, FARA registration is not required."

Qatar's flimsy attempts to conceal its ownership and editorial control of Al Jazeera contemptuously

The emirate's flimsy attempts to conceal its ownership and editorial control of Al Jazeera represent a contemptuous disrespect for American laws. The Thani family's administrative

disrespect American laws.                    and supervisory control over the
                                              media conglomerate is a matter of
                                              public knowledge. And yet by
offloading the emir's shares of Al Jazeera International to a shell company, Doha
continues to defy attempts to compel it to register under FARA or even FCC rules.

Congress and the White House can take action against this mouthpiece for the Qatari
regime. Al Jazeera can and should be stripped of its congressional press credentials,
uninvited from official government events, and forced to disclose its foreign ties to the
American public.

**Benjamin Baird (@benjibaird) is the Islamism in Politics project coordinator at
the Middle East Forum. Cliff Smith (@CliffSmithZBRDZ) is the Washington
Project director of the Middle East Forum.**

# Al Jazeera's Many Faces

**by Samantha Rose Mandeles**
JNS
**January 17, 2019**
https://www.meforum.org/57633/al-jazeera-many-faces



In the years since the Arab Spring erupted across the Middle East and North Africa, Qatari news network Al Jazeera has successfully used the turmoil to position itself as an authoritative news source on Muslim world matters. It has thus become a primary conduit for the Qatari regime to disseminate Islamist Muslim Brotherhood messaging.

Qatar's support for the Islamist Muslim Brotherhood is well-established. It's unsurprising, then, that Al Jazeera—owned and funded by the former Qatari Emir Hamad bin Khalifa Al-Thani—is a Qatari Islamist mouthpiece.Top of Form

Spreading anti-Semitic and anti-Western propaganda across the globe, Al Jazeera uses its three separate branches: the original Arabic-language branch, the BBC-type English-language branch and the Millennials-focused online-only platform, AJ+.

Al Jazeera's most vitriolic bombast concerning Jews and the United States is reserved for its Arabic-language content. One longstanding component of Al Jazeera's Arabic anti-Semitism and anti-Americanism is the broadcasts of Muslim Brotherhood spiritual leader Yusuf al Qaradawi. For more than 15 years, while living comfortably in Qatar, the Islamist cleric has spread some of the network's worst anti-Jewish rhetoric. In one Al Jazeera sermon, Qaradawi asserted: "Throughout history, Allah has imposed upon the [Jews] people who would punish them for their corruption. The last punishment was carried out by Hitler. By means of all the things he did to them, even though they exaggerated this issue, he managed to put them in their place. This was divine punishment for them. Allah willing, the next time will be at the hand of the believers."

Other Al Jazeera broadcasts have featured interviews with prominent Islamist clerics from all over the Arab and Muslim world who incite violence against Jews and Americans. In 2006, an interview with Iraqi Shi'ite cleric Ayatollah Ahmad Al-Baghdadi was broadcast in Qatar, in which Al-Baghdadi insisted that "we will conquer the world, so that 'There is no God but Allah, and Muhammad is the Prophet of Allah' will be triumphant over the domes of Moscow, Washington, and Paris ... we will annihilate America."

Al Jazeera's English-language broadcasts, directed towards Western audiences, are not

as overt or virulent in their Brotherhood-inspired propaganda. Instead, as Qatar and Al Jazeera have long portrayed themselves as defenders of the Palestinian cause, much of Al Jazeera English's anti-Semitism and anti-Americanism is disguised as anti-Zionism or anti-imperialism—rhetoric carefully selected to chime with progressive activism in the West.

For example, Al Jazeera English mostly avoids its Arabic counterpart's fascination with "Jewish power," preferring to discuss "Zionist influence" instead. One recent Al Jazeera English article argues that "every American administration over the past three or four decades was subject to major Zionist influence." Such wordplay is a thin smokescreen for socially acceptable anti-Semitism, in which motifs about secretive Jewish control continue to appear but are passed off as—in Al Jazeera columnist Avi Shlaim's words —"legitimate criticism of Israeli policies."

Case in point: In early 2017, Al Jazeera released a four-part documentary film series called "The Lobby," a name that harkens to the widely discredited and anti-Semitic text by professors Stephen Walt and John Mearsheimer (*The Israel Lobby*), in which the authors recycle the Jewish-power conspiracy. Al Jazeera's documentary, centered on Jewish influence on British politics, does the same; a second version of the series (filmed in and focused on the United States) so harped on the Jewish power idea that its episodes were republished on the neo-Nazi *Daily Stormer* site.

AJ+, on the other hand, takes the most care of all Al Jazeera sectors to spread anti-Americanism and anti-Semitism with an "anti-racist" slant; one AJ+ video in this vein is called "Why White Feminism Is Racist." In the clip, a pink-haired journalist named Zab Mustefa claims that white feminism's racism is exemplified by outspoken feminist and - Israeli actress Gal Gadot. Mustefa contends that Gadot's feminism—and indeed, Gadot herself—is racist because she "supports the Israeli army, which oppresses Palestinian women on a daily basis." Mustefa does not elaborate on how the Israel Defense Forces oppresses Palestinians, or on how Gadot's support of her own nation's army indicates racism. Instead, the clip then launches into an interview with Women's March coordinator Tamika Mallory, whose association with the notoriously bigoted Nation of Islam leader Louis Farrakhan has recently made headlines.

As a mouthpiece for Qatari Islamist ideals, Al Jazeera's strength lies it in the adaptability of its sensationalism; each branch displays a unique approach to distorting news, disseminating propaganda, and boosting anti-Semitic and anti-American feeling. While Al Jazeera Arabic appeals to the Islamist hard-right in the Muslim world, Al Jazeera English encourages reasonable center-left viewers in the West to adopt anti-Semitic and anti-American ideas. Meanwhile, AJ+ focuses firmly on giving momentum to anti-Jewish, anti-American extremism within the growing, influential, far-left movement in the United States.

Despite its many demonstrable distortions, Al Jazeera has succeeded in branding itself as a hard-hitting example of, in Hilary Clinton's infamous words, "real news." It is crucial that this facade be exposed, and that the network—and its Qatari benefactors—is held accountable for the Islamist bigotries it promotes.

*Samantha Rose Mandeles is the coordinator of Islamist Watch, a project of the Middle East Forum. Follow her on Twitter at @SRMandeles.*

## American Educators Should Beware Qatar Foundation International

**by Cinnamon Stillwell**
**March 8, 2018**
https://www.meforum.org/campus-watch/26147/american-educators-should-beware-qatar-foundation

Oren Litwin of Islamist Watch advises American educators to beware the money and influence of Qatar Foundation International, which sponsored a recent educational session for Arizona public school teachers that entailed "a large helping of Islamist propaganda, designed to influence American schoolchildren and ultimately to advance Qatari foreign policy."

MEF000589

# American Profs Advance Qatari Influence Operations on 'Islamophobia'

**by Ahnaf Kalam**
*The Iconoclast (New English Review)*
**April 18, 2020**
https://www.meforum.org/campus-watch/60711/american-profs-advance-qatari-influence-operations



In February, the College of Islamic Studies at Hamad Bin Khalifa University (HBKU) in Doha, Qatar, hosted a panel titled "Global Islamophobia: Understanding its Roots, Challenging its Impact."

It was a fitting venue for a misinformation campaign based on the weaponized term "Islamophobia," coined not to advance debate but to end it. Emad El-Din Shahin, interim provost and dean of the host College, is a

he Co ege of s am c Stud es at Hamad B n Kha fa Un vers ty n Doha, Qatar

member of Egypt's Muslim Brotherhood sentenced to death in absentia in Cairo. Its faculty include a former Texas imam who encouraged his listeners to attack Israel, and several affiliates of the International Institute of Islamic Thought, a Virginia-based think tank founded by the Muslim Brotherhood "that is the nexus of a terror-finance network named the SAAR Network," according to security analyst Oren Litwin.

Qatar uses its oil wealth to support extremism worldwide, including jihadi groups in Iraq and Syria. It has lavished over $1 billion in support to the Palestinian terrorist group Hamas, and houses the leaders of the Taliban, Muslim Brotherhood, and Hamas in Doha. Abroad, it spends billions of dollars on influence operations, including the international propaganda network Al Jazeera.



Emad E D n Shah n

Its efforts to Islamize American education are no less impressive. Since 2011, Qatar has donated over $1 billion to universities in the U.S., making it the largest foreign donor. Additionally, six American universities have branch campuses in Doha. Qatari money also supports secondary education in the U.S., including through biased teacher training programs.

As detailed in the Peninsula, a state-run Qatari newspaper, panelists at the Doha conference discussed how anti-Muslim discrimination has "effectively gone global," spreading from its place of origin in Western capitals, metastasizing, and leading to genocide, mass incarceration, and human rights abuses in Qatar's "regional neighborhood."

The panel included four Western scholars with experience in Islamic and Middle Eastern studies chosen, no doubt, for their records of whitewashing Islamism and blaming the West for systemic problems in the Middle East. Predictably, they peddled the false assertion that Uighur Muslim concentration camps in China and mob violence against Muslims in India are Western exports stemming from racism, xenophobia, and anti-Muslim prejudice.

Advertised as "a dynamic mix of academic perspectives and thought leadership," the panel included Karen Armstrong, a British author on comparative religion; John



Panelists were selected less for their knowledge than for their risk at using social justice and grievance politics to deflect criticism of Islamic extremism

Esposito, founding director of the Saudi-sponsored Alwaleed bin Talal Center for Muslim Christian Understanding (ACMCU) at Georgetown University and current director of its pro-Islamist Bridge Initiative; and Asifa Quraishi-Landes, a law professor at the University of Wisconsin, Madison and apologist for sharia. Nader Hashemi, director of the Center for Middle East Studies at the University of Denver and an apologist for Hamas and the Muslim Brotherhood, moderated the discussion. All were happy to support Qatar's foreign policy agenda: spreading a pro-Islamist, conspiratorial worldview that paints the West as a neo-imperialist aggressor in eternal conflict with Islam.

"Our panelists have first-hand experience of the challenges posed by Islamophobia in its original heartlands," Emad El-Din Shahin, told the *Peninsula.* "They also know what works when it comes to countering harmful narratives and negative perceptions." In other words, they are experts at extracting the maximum political capital out of perceived Muslim injustices by using identity politics to shut down debate and force concessions.

Hashemi has long been a mouthpiece for Islamist talking points, including his opposition to the state of Israel, which fundamentalists regard as the embodiment of Western imperialism in the Middle East. In the past, Hashemi has publicly endorsed the Boycott, Divestment, and Sanctions campaign, an organized effort to single out, delegitimize, and ultimately destroy Israel as a Jewish state.



Nader Hashem

His apologias for Hamas include an article he tweeted during Israel's 2014 Operation Protective Edge against Hamas terrorists in Gaza falsely claiming Israel has "ethnically cleansed, occupied, subjected to apartheid, and repeatedly slaughtered" the "imprisoned" Palestinians. In fact, Israeli Defense Force mounted clearance operations in Gaza in response to a relentless barrage of rocket and mortar attacks, many of which Hamas militants staged in hospitals, schools, mosques, and United Nations facilities.

Unsurprisingly, Hashemi has in the past disavowed legislative efforts to designate as a terrorist entity the Egyptian Muslim Brotherhood and its numerous militant offshoots. When reminded in 2016 of Hamas's genocidal charter calling for the destruction of Israel, he dismissed the assertion as a "pro-Israel talking point," adding "if you were living in Gaza you would be sympathetic to the Muslim Brotherhood, I guarantee you."

Of course, many senior Hamas commanders refuse to live in Gaza, preferring the glamor and safety of Doha. And if top Muslim Brotherhood brass use Qatar as a launching pad for jihadist operations, Middle East studies professors such as Esposito have joined the emirate in whitewashing and minimalizing Islamic terrorism.

Qatar and Saudi Arabia are archrivals, but Esposito happily cashes checks from both Wahhabi powers. While the Saudis funded Georgetown's ACMCU under his direction, the university is now the largest recipient of Qatari aid. Esposito's allegiance to Islamist-



ohn Espos to

supporting regimes in the Middle East is, then, transparent: he even implied that Muslim rulers who fail to back jihadist movements are Islamophobic. In a 2012 interview with *Ahram Online*, he argued that Muslim dictators who are "keen to display a negative image of Islamists" do so to preserve Western interests. "Authoritarian regimes always used the idea that any opposition was Islamist," he said.

Esposito denies any connection between nonviolent Islamism and terrorism. In a 2016 essay, he pointed to "American and European foreign policies in the Middle East" as the culprit for terrorism in the region. The Georgetown professor's record of perpetually blaming the West made him an obvious choice for HBKU's Islamophobia conference.

Armstrong, a former Catholic nun an author of many books on comparative religious studies, also disparaged Western civilization. During the panel discussion, she diagnosed bigotry in the West as people "retreating into ever more narrowly defined ethnic, religious, political, and national groups. They enhance their own identity by denigrating or belittling the 'other.'"

She later did a bit of "denigrating or belittling" Westerners herself according to the Daily Q, the student paper of Northwestern University in Qatar, by suggesting that bigotry and hatred against Muslims is a uniquely European innovation. As a point of reference, Armstrong once said in PBS interview that "Islam is a religion of success. Unlike Christianity, which has as its main image, in the West at least, a man dying in a devastating, disgraceful, helpless death."

Qatar's ongoing efforts to weaken the West is, therefore, multifaceted: In addition to funding Islamist preachers and militant jihadists, it sponsors willing Western academics, master dissimulators skilled at using social justice and grievance politics to deflect criticism of religious extremism. By assigning unilateral responsibility to the West for acts of anti-Muslim persecution in China, India, and the Middle East, Qatar hopes to legitimize the violent Islamist factions it hosts and supports. American or Western scholars who embrace and spread Qatari/Wahhabi-sponsored propaganda should be shunned as disgraces to their profession. Sadly, they are its leaders.

**Ahnaf Kalam is a Counter-Islamist Grid Fellow writing for Campus Watch, a project of the Middle East Forum.**

## Middle East Studies Profs Central to Bias in Duke U's Qatar-Funded K-12 Teacher Training

**by Cinnamon Stillwell**
**July 9, 2019**
https://www.meforum.org/campus-watch/58897/bias-exposed-in-duke-u-qatar-funded-middle-east

At the Federalist, Sloan Rachmuth of the Haym Salomon Center details how Duke University, "By accepting more than $111,000 from Qatar Foundation International to provide U.S. teachers anti-Israel training . . . is abusing its status as one of only 14 Middle East National Resource Centers funded by the U.S. Department of Education to provide guidance on curriculum materials and teacher training for K-12 Middle East studies." Having reviewed the training materials, she concludes that it has "an extreme bias in favor of Islam and Sharia law, and against Israel."

She also notes the involvement of a number of problematic Middle East studies professors, such as Duke's Miriam Cooke, UNC's Omid Safi, and Duke-UNC Consortium for Middle East Studies associate director Shai Tamari, who oversaw the controversial Gaza conference in April, which is now being investigated by the DoE for anti-Israel and anti-Semitic bias.

Read Rachmuth's disturbing exposé in full here.

## Biden Should Beware of Russia and Qatar

**by Gregg Roman**
JNS
**January 30, 2022**
https://www.meforum.org/62981/biden-should-beware-of-russia-and-qatar

Russia and Qatar are at opposite ends of the European natural-gas supply crisis, sparked by fears of a potential Russian invasion of Ukraine. Russia is seen by the West as a provocateur; Qatar is framed as an erstwhile savior, expected to make up for potential Russian losses.



**Haggling with dictators, such as Qatari Emir Sheikh Tamim bin Hamad Al Thani (left) and Russian President Vladimir Putin (right), to secure the free world s energy supply is bad policy.**

Counter to this perception, the two countries share indistinguishable policy positions towards Europe and the United States, and their leaders are acting in a similar fashion. Indeed, Qatari Emir Sheikh Tamim bin Hamad Al Thani is as much of a threat to the West as Russian President Vladimir Putin, and should be treated as such by U.S. President Joe Biden.

Tomorrow (Monday), Biden is hosting Tamim at the White House; turning to one autocrat to address a problem caused by another tyrant: Putin.

> Biden is turning to one autocrat to address a problem caused by another.

Haggling with dictators to secure the free world's energy supply is bad policy. It upends the West's moral authority, and threatens U.S. national security and energy independence. In nearly every transaction between the two nations, America's loss ends up being Qatar's gain.

American energy dominance, with a special focus on increasing liquefied natural gas (LNG) exports, was a key policy goal of the previous U.S. administration. Former President Donald Trump deregulated government interference, so that American LNG would be "available to the world"—weakening the power of gas exporting giants such as Russia and Qatar.



**U.S. liquefied natural gas exports grew to record highs during the Trump administration. (e a gov)**

As part of his vision, democracies would need to depend less on illiberal authoritarian states for a secure and stable energy supply. Within days of his inauguration, Biden went full throttle and inhibited the planned increase of American natural-gas supplies to global markets through a series of executive orders, undoing Trump's action.

As Berlin faces a Moscow energy boycott and Kiev a potential Russian invasion, the Biden administration energy reversal has handicapped America's ability to get ahead of the natural-gas dilemma in Europe. Biden's policies are restricting his nation's own domestic-energy development through higher taxes; hampering of

movement by suspending the transport of LNG on American railways; canceling the construction of the Keystone XL pipeline; and choking the future supply of gas by dropping public investment in new projects. He is thus jeopardizing the creation of new LNG export terminals at home, and in Eastern Europe and in the Caribbean abroad.

In the wake of this energy folly, scrambling to secure an offset to Russia's jingoism, his administration looks to a wayward American partner in the Middle East for assistance: Qatar. He will be hosting one of the Middle East's most deceptive and disreputable rulers, in a last-minute cry for help, ironically calling on Qatar to increase its oil and gas production—something that he wanted to cease as recently as November.

**Tamim is one of the Middle East's most deceptive and disreputable rulers.**

As it relates to their relationships with Biden, Putin and Tamim couldn't be more distinct. Biden has described Putin as having "no soul," has threatened him personally with sanctions and even called him a "killer." He has lauded his personal relationship with Tamim, dined with him during working breakfasts at the White House and explored ways to further U.S.-Qatari ties.

Continuing the pattern, Biden sees Russia's and Qatar's relations with the United States in the same prism: Russia as enemy and Qatar as friend. Biden condemns Russia's influence operations, warmongering against Ukraine and human-rights abuses, both within and beyond its borders.

Conversely, he awarded Qatar's diplomatic handling of the Afghanistan debacle by anointing Doha as the protector of American interests in Kabul, uses Qatar's foreign ministry as a go-between with Iran, and now is hosting its ruler in Washington to ostensibly save Europe from an energy crisis.



**Qatari Emir Sheikh Tamim bin Hamad Al Thani (left) and then-Vice President Joe Biden in 2015.** (d wan gov qa)

While Biden characterizes the Russian bear grimacing towards the Ukraine and Europe correctly, at best he fails to see the emir's two-faced gas-export honey trap, due to short-sighted policy ignorance; at worst, he actually believes it's a good idea to prioritize Qatar over the Saudis, Emiratis, Iraqis and Egyptians as America's top Arab ally, warts and all.

What's even more disturbing is that Russia's and Qatar's foreign policy and economic priorities end up aligning more often than not, especially when anathema to American interests. Both engage with the Taliban. They now work together to support the Syrian government. Each has a close relationships with Iran and undermine U.S. interests there. The same can be said of China.

**Russia's and Qatar's foreign policy and economic priorities align more often than not.**

Directly, Qatar is heavily invested in sanctioned Russian banks (VTB Bank), placed a $11.3 billion investment to prop up Russia's gas industry and acquired a significant stake in one of Russia's largest airports. Russia and Qatar are also similar in that that they both threaten the United States' interests and its allies' security. The former is clear about its hostility towards America; the latter is Machiavellian in its influence operations against the U.S. and its leaders.

Russia tried to influence the 2016 and 2020 U.S. presidential elections through unregistered and convicted foreign agents. Beyond Qatar's paying former Trump and Biden administration officials tens of millions of dollars to lobby for its interests, it also had its own share of illegal American agents sent to jail for unauthorized political influence activities on behalf of Doha.



Russia's state propaganda outlet RT was labeled a foreign agent by the U.S. Justice Department. So was Qatar's Al Jazeera, for promoting "political activities" aimed at influencing Americans in the guise of a news organization.

"Journalism designed to influence American perceptions of a domestic policy issue or a foreign nation's activities or its leadership qualifies as 'political activities' under the statutory definition," wrote Jay I. Bratt, the chief of the Justice Department's counterintelligence division, in a letter demanding the designation.

**Qatar's Al Jazeera media mouthpiece was labeled a foreign agent by the U.S. Justice Department.**

Russia bought the 2018 World Cup; Qatar bribed FIFA officials to secure the 2022 tournament. Then, Attorney General Loretta Lynch called the scheme "corruption that is rampant, systemic and deep-rooted both abroad and here in the United States."

Russia is Europe's worst violator of human rights; Qatar follows in the Middle East with its slave-labor system, as Congressman Jack Bergman (R-Mich.) pointed out, "Their kafala system of abusing and exploiting migrant workers, which amounts to modern slavery in many cases, remains firmly in place."



Putin assassinates critics seeking refuge in countries allied with the United States, imprisons his opposition in gulags in Siberia and hosts American traitors like Edward Snowden in Moscow. Tamim is no better, financing or playing host to terrorist organizations like ISIS, Hezbollah, the Houthis, the Taliban and Hamas, all enemies of the United States and responsible for attacks on America's allies, the deaths of American soldiers and the harming of innocent civilians.

**Tamim with Hamas leader Khaled Mashaal in 2014 (left) and Ismail Haniya in 2017 (right).**

Irrespective of the stark American differences with Qatar and Tamim's similarities with Putin, Biden still invited the chameleon of the Gulf to the White House to save Europe. The Gas Exporting Countries Forum considers Qatar to hold the "world's third largest natural gas reserves," and identifies the Emirate as the world's "largest supplier of liquefied natural gas."

It currently supplies 5% of its exports to Europe. Most of its long-term energy commitments are geared towards Japan and South Korea, but the country has indicated that it's willing to help offset a Russian gas boycott to Europe.

Unlike the Russians, the Qataris have a unique ability to take America's cake and eat it too. As opposed to the Russian playbook built on aggravated hybrid warfare, the Qataris wield influence by embracing those closest to the president in power. For example, during the Trump administration, Qatar undermined Washington's "maximum pressure"

campaign against Iran.

This came as a response to the GCC blockade of Qatar, a move that a few months into office, Trump supported. He pointed out that Middle East leaders accused Qatar of financing radicalism. However, at the end of his administration, the president's national security adviser, Robert O'Brien, embraced Doha in a speech and awarded the Qatari ambassador to the United States the Defense Department's highest civilian medal.

Only the emir knows exactly what he will ask of the president in the Oval Office; but at what price to the United States and its allies, and at what benefit to the Qataris?

First, Qatar will ask the United States to urge Europe to shut down a probe into its anti-competitive market practices by the European Commission. Sure, when the balance is between keeping Europe's lights on and investigating Qatar's cornering of the gas market, national security may have a hedge on economic fairness—temporarily. The long-term consequences of such a move would further entrench Qatar's influence over Europe; embolden Qatar's position in other Europe-interested conflicts, much like in Iran, Afghanistan, Syria and Libya; and add Qatar's energy supplies as a new arrow in Doha's European influence quiver, very much in the same way that the Russians have used gas and the Nord Stream 2 pipeline to blackmail Germany and other European nations.

Second, Doha will use the natural-gas play as a way to further increase its desired most-favored-ally status with the United States and dependence on by American officials. The Qataris, almost uniquely, have more than any other country manipulated America's diplomatic follies, national-security blunders and strategic ignorance as a way to enhance their own position vis-à-vis both the Trump and Biden administrations.

The Qataris will take this opportunity to secure commitments from the United States on a whole range of procurement projects, from purchasing Boeing jetliners to securing commercial spy-plane deals in South Carolina.

But America need not strike another Faustian bargain with Qatar in order to bail out Europe from Russia's energy grip. Biden should reverse his administration's policies that choked LNG development.

America need not strike a Faustian bargain with Qatar to bail out Europe from Russia's energy grip.

In addition to fast-tracking the export of American natural gas to Europe, Biden should bypass Qatar in favor of other friendly gas-exporting nations like Norway, Canada, the Netherlands, Australia, Indonesia, Nigeria and Trinidad and Tobago. The Qataris should be made to answer for their behavior, not rewarded, especially not at the expense of the U.S. and its allies.

**Gregg Roman is director of the Middle East Forum. Follow him on** Twitter **and** Facebook.

# A Cautious Alliance

**by Jonathan Spyer**
**January 30, 2019**
https://www.meforum.org/57693/cautious-alliance

> *The following overview was written in connection with a Middle East Forum conference, "Qatar: U.S. Ally or Global Menace," taking place in Washington, D.C. on Feb. 6, 2019. To watch it live-streamed, click here.*

Relations between Qatar and Iran have drawn closer in recent years, and there is reason to expect that the current closeness is set to deepen still further in the period ahead. Qatar appears set to continue to defy the demands of its fellow Gulf states Saudi Arabia and the UAE regarding Doha's vocal support for Sunni Islamist terrorism. Continued consequent isolation makes the Iranian connection vital for Qatar.

However, the picture, as we shall see, is not straightforward. The relationship between Iran and Qatar is multi-faceted, and is also beset with contradictions. The latter derive in the main from the ambiguous regional stance of Qatar, which seeks to simultaneously maintain correct relations with the west, a deepening connection to Iran, and support for Sunni political Islam, in particular in its Muslim Brotherhood form.

The Emirate of Qatar and the Islamic Republic of Iran maintain full diplomatic relations. A key element underlying their relations is close economic cooperation. Both countries are members of OPEC. Teheran and Doha have a shared interest in the exploitation of the South Pars/North Dome Gas Condensate Field, which is located in the area adjoining both states – and which is the largest natural gas field in the world. Qatar is the world's largest exporter of liquefied natural gas (LNG) and produces up to 77 million tonnes of gas each year.

In addition, the diplomatic stance favored by Qatar over the last two decades – namely support for Sunni political Islam, particularly in its Muslim Brotherhood form, and its consequent rivalry with western-aligned Gulf states such as United Arab Emirates and Saudi Arabia – has in recent years pushed Doha towards closer relations with Iran. This latter dynamic is also influenced by Doha's deteriorating relations with other Gulf states (deriving from its support for Islamist radicalism) and its deepening ties with Turkey over the last two years.

Relations between Iran and Qatar on the diplomatic and strategic level are not straightforward, for two reasons: Qatar is the host for the largest US air base in the Middle East, the al-Udeid base, home to 10000 US service personnel.

Also, Qatar's support for the Sunni political Islam of the Muslim Brotherhood does not make it an automatic fit for Iran, whose main support is among Shia and minority communities and which promotes its own brand of Shia political and revolutionary Islam.

This led, for example, to Iran and Qatar backing different sides in the Syrian civil war. Yet in the current period, with the Muslim Brotherhood significantly weakened on the regional level, the Syrian rebellion close to defeat, and Doha facing repercussions from its fellow GCC countries for its support for radicalism, Qatar has been moving over the last 18 months sharply in the direction of closer relations with Teheran.

## Background

The nature and level of diplomatic relations between Iran and Qatar have varied since the establishment of the Islamic Republic of Iran in 1979. Doha supported Iraq in the Iran-Iraq war, sharing the consensus view maintained by Gulf states at that time. However, unlike Saudi Arabia and Kuwait, which offered substantial financial support to Iraq, seeing it as a bulwark against the aggression of a non-Arab and non-Sunni power, Qatar sought to placate both parties, in order to avoid being drawn into the conflict.

MEF000598

Following the conclusion of the Iran-Iraq war, Doha established full bilateral ties with the Islamic Republic of Iran. Emir Hamad bin Khalifa subsequently became a powerful voice within the Gulf Cooperation Council (GCC) arguing for closer Gulf relations with Iran. At this time, however, Qatar did not allow its relations with Teheran to harm its ties with fellow GCC countries. Indeed, when forced to choose – as in the ongoing dispute between UAE and Iran over ownership of the Abu Musa and Tunb islands, Qatar sided with the UAE's position, evidently placing its ties with its fellow GCC countries at that time higher in its list of priorities than its relations with Iran.

Qatar's strategy of support for the Muslim Brotherhood and political Islam essentially began in the mid-90s, when the launch of the al-Jazeera satellite channel made such a strategy relevant.

The Muslim Brotherhood were present in Qatar prior to this, and members of the movement formed a significant cohort among educators brought into Qatar in the 1950s and 1960s (alongside individuals of Arab nationalist persuasion). But only with the launching of al-Jazeera did the systematic strategy of using support for Brotherhood associated movements in order to build Qatar's regional influence come into being. This strategy reached its apogee in the 'Arab Spring' period of 2010-2015.

Relations between Shia Iran and the Sunni Islamists of the Muslim Brotherhood, it should be noted, are not straightforward. Common enmity towards Israel formed the basis of the strong relations built up since the early 1990s between Teheran and the Hamas movement which emerged from the Palestinian branch of the Brotherhood. But during the Arab Spring, the Brotherhood and Iran found themselves on separate sides, as the former, with Qatari financial aid and media support, sought to establish a rival, Sunni Islamist regional power bloc. Since this effort was a comprehensive failure, branches of the Brotherhood and Qatar have been once more seeking to draw closer to Iran, based on a common opposition to the US, Israel and the regional order. It is within this context that the currently warming relations between Qatar and Iran should be understood.

**Qatar's recent turn toward Iran**

Efforts by Saudi Arabia and the UAE in mid-2017 to isolate Qatar for its support for Islamist radicalism have resulted in Qatar deepening its relations with Iran. Teheran sought to use the crisis to deepen the rift between the Gulf states. Iran kept food supplies continued to be sent to Qatar from the port of Bushehr, enabling Doha to avoid complete isolation. Iran sent 1,100 tons of fruit and vegetables and 66 tons of beef, to Qatar on a daily basis. On 25 June, 2017, Iranian president Rouhani denounced the "siege" on Qatar, and in a phone call with Emir Tamim, said that "Tehran will stand by Qatar's government".

The volume of trade between the countries has subsequently grown rapidly. Qatar has also been able to use Iranian airspace (at a price). The intervention of Iran has enabled Qatar to resist attempts by Saudi Arabia and UAE to cause it to desist from support for terrorist and radical Islamist organizations, or to cease its propaganda against other Gulf states via al-Jazeera.

In return, Qatar has made clear that it will take no part in sanctions or other efforts against Iran. Qatari Defense Minister Khalid al Attiyah in June 2018 expressed Qatar's objections to any campaign against Iran in the following terms: "Is it wise to call the United States and to call Israel to go and fight Iran? ... Whether any third party is trying to push the region or some country in the region to start a war in Iran, this will be very dangerous... Iran is next door. We should call Iran, put all the files on the table and start to discuss to bring peace rather than war.' Attiyah in this speech also affirmed Qatar's continued support for the JCPOA.

**The economic dimension**

As noted above, Qatar's stance toward Iran is also informed by economic considerations. The South Pars/North Dome Gas-Condensate Field holds an estimated 1,800 trillion

cubic feet (51 trillion cubic metres) of in-situ natural gas and some 50 billion barrels (7.9 billion cubic metres) of natural gas condensates. This makes it the largest natural gas field in the world. Indeed, it has almost as much recoverable gas reserves as all other natural gas fields in the world combined.

North Dome is the part of the field that Qatar is developing, and consists of two thirds of the entire field. South Pars is being developed by Iran and covers the remaining third of the field. In April 2017, Qatar ended a 12 year moratorium on the development of the North Dome field.

Qatar hopes to increase gas export capacity by a third in the period ahead. This gives Doha an added incentive not to take part in actions against Iran, which could provoke the revival of old disputes by Teheran regarding the division of the field, or even in more extreme circumstances Iranian disruption of Qatari production and exports and blocking of further development. In such a situation, Qatar would be essentially defenceless against Iran.

## Conclusion

Qatar's attempt to raise its regional profile through the backing of radical, particularly Sunni Islamist forces, has succeeded in enabling Doha to punch above its weight diplomatically, but it has produced little of lasting tangible impact. Doha's confrontational and unorthodox approach has also triggered a determined response from Saudi Arabia and the UAE, at a time when it would be in the interest of the Gulf monarchies to stand together against both the looming threat of Iran and the ongoing challenge of Sunni political Islam, in both its Muslim Brotherhood and Salafi jihadi manifestations.

Qatar's regional strategy is based on precarious and contradictory foundations. The emirate suppresses Islamist activity within its own territory, while partnering with Islamist forces elsewhere – not because of a deep or genuine affiliation, but in order to inflate Qatari regional influence.

This approach is now creating major contradictions and problems for Qatar: specifically, as the US seeks to build a regional response to Iranian aggression and hegemonic ambitions, Qatar finds itself in the untenable position of wishing neither to cooperate with the US, nor to truly ally with anti-US regional forces. The contradictions and implausibility of this stance are currently manifesting themselves.

*Jonathan Spyer is a writer, analyst and journalist focusing on the Levant and Middle East strategic affairs. He is a research fellow at the Jerusalem Institute for Strategic Studies (JISS), a fellow at the Middle East Forum and a freelance security analyst and correspondent at IHS Janes. Spyer is the Executive Director of the Middle East Center for Reporting and Analysis (MECRA).*

Congress Stands up to Qatar and Al Jazeera

by Clifford Smith

August 20, 2020
https://www.meforum.org/61409/clearing-al-jazeeras-smokescreen-and-qatars

For years, Al Jazeera—media mouthpiece for the terror-supporting Qatari regime—has defied attempts at being forced to comply with U.S. laws concerning foreign propaganda outlets. This is troubling. But recent actions by the Department of Justice (DOJ), as well as scrutiny from Congress, suggest the game is changing.



**Al Jazeera headquarters in Qatar.**

Spearheaded by Sen. Marco Rubio (R-FL) and Rep. Lee Zeldin (R-NY), 10 members of Congress recently wrote a letter to DOJ to demand that Al Jazeera register under the Foreign Agents Registration Act (FARA) and comply with new Federal Communication (FCC) laws pertaining to foreign government-controlled media outlets.

Coming after DOJ actions that resulted in the registration of the Turkish Radio and Television Corporation (TRT) under FARA, which the letter prominently notes, this is a nightmare for Al Jazeera. As the Foundation for the Defense of Democracies' Varsha Koduvayur explained, TRT's registration "sets the precedent for Al Jazeera...to register as well."

> Al Jazeera has long refused to comply with U.S. laws concerning foreign propaganda outlets.

The letter cuts through Al Jazeera's bombast to get to the heart of the issue: "If the DOJ has found that TRT is subject to FARA registration due to the government of Turkey exercising 'direction and control of TRT by regulation and oversight,' as well as 'by controlling its leadership, budget and content,' then the same is true of Al Jazeera."

Al Jazeera recognized this threat. Their spokesman previously denounced Koduvayur's suggestion that TRT's precedent demands Al Jazeera register as "erroneous claims and tired, false narratives [that] are part of the aggressive lobbying" by Qatar's foreign rivals —namely, Saudi Arabia and the United Arab Emirates.

But this sort of substance-less bluster didn't bully the numerous congressmen who have the facts on their side.

Indeed, Al Jazeera is an overt tool of Qatar's emir. Until recently, the emir was Al Jazeera's owner of record. As the Rubio/Zeldin letter states: "(D)ocuments filed in the United Kingdom show that Al Jazeera International (AJI) was controlled by the emir of Qatar until 2018, after which the person of significant control was changed from the emir of Qatar to Al Jazeera Media Network (AJMN). The board of AJMN is chaired by Sheikh Hamad bin Thamer Al Thani, a relative of the emir." Indeed, Sheikh

MEF000601



**Qatari Emir Tamim bin Hamad Al Thani**

Al Thani has even engaged in foreign relations on Qatar's behalf.

The letter also mentions that beyond the corporate control of Al Jazeera, "According to a new law issued by the emir of Qatar in January 2020, Al Jazeera, along with all Qatari media, is forbidden from publishing any 'false or biased rumors, statements or news, or inflammatory propaganda, domestically or abroad, with the intent to harm national interests, stir up public opinion or infringe on the social system or the public system of the state,' with threat of imprisonment."

This alone shreds Al Jazeera's claim to editorial independence. Its reporters could be prosecuted for publishing any news, anywhere, that "harm[s] national interests," an impossibly vague standard. This provision has been condemned by human rights groups, but it hasn't been considered as applied to Al Jazeera. The letter raises this vital issue to the highest levels of government.

Al Jazeera's typical response to such concerns is aggressive lobbying aimed at silencing its critics. When Congressman Jack Bergman (R-MI), one of the letter's signatories, previously demanded Al Jazeera's compliance with FCC laws, Al Jazeera sicced its lawyers on him in what Bergman has called "a heavy-handed attempt" at intimidation.

Although Al Jazeera spent roughly $1.8 million dollars on lobbying in the past year, the media outlet forms only a small component of Qatar's broader influence-buying campaigns. As the Hudson Institute's Lee Smith recently explained, "Qatar has implemented the single most sophisticated, sustained, successful effort by any foreign nation or interest group to shape Western policymaking—especially American opinion—in its favor." This effort involves lobbying and influence campaigns at all levels. Virtually everything Qatar does is aimed at whitewashing its behavior and increasing its political influence.

Hence, in spite of repeated calls for Al Jazeera to register under FARA, and the passage of new FCC reporting laws, little action has been taken. Qatar's ongoing influence campaign has been very successful—while other countries, like China and Russia, get most of the attention.

**New congressional pressure demonstrates that Qatar's bullying may have diminishing returns.**

However, TRT's registration, congressional pressure and clear violations of FARA and FCC rules demonstrate that Al Jazeera's bullying may finally result in diminishing returns. Bravado might throw off casual observers, but it hasn't tricked Congress.

And it won't fool DOJ.

**Clifford Smith (@CliffSmithZBRDZ) is the Washington Project director of the Middle East Forum.**

## Yes the Coronavirus Pandemic Could Come for the Gulf States Next

**by Seth J. Frantzman**
*The National Interest*
**March 19, 2020**
https://www.meforum.org/60596/coronavirus-pandemic-arab-gulf-states


**Muslim worshippers wear masks outside the Grand Mosque in Mecca, Saudi Arabia, on March 7, 2020.**

They have the busiest airport in the world, key hubs of international commerce and are a conduit for twenty percent of the world's oil supply. Now the Gulf states and all their rapid economic success in recent years are threatened by the advance of the coronavirus pandemic. Amid the concerns about shutdowns in Europe and the United States, as well as death tolls in Iran and China, the Gulf countries' challenges facing the pandemic have been underreported. The ramifications of what is happening in the Persian Gulf will reverberate globally as the virus spreads.

The Gulf states consist of a group of small monarchies, most of them U.S. allies where U.S. troops, CENTCOM and the Fifth Fleet are based. Along with Saudi Arabia, these states are also members of the Gulf Cooperation Council and they play a key role connecting the West to Asia, both in terms of air traffic, and in foreign policy. Now they also stand out as hard-hit by the pandemic, with Bahrain and Qatar having some of the highest per-capita infection rates. Saudi Arabia is so concerned it has canceled pilgrimages and locked down its Qatif region.


**Dubai International Airport, the world s busiest, welcomed 81 million passengers in 2019.**

For the United Arab Emirates, the implications are staggering. Dubai International Airport saw 81 million passengers walk its halls in 2019, making it the busiest international airport. Now, like most countries, the UAE is enacting quarantine provisions for those arriving from coronavirus-affected states and has begun conducting enhanced screening. Major Gulf airlines, Emirates, Etihad and Air Arabia, are slashing prices as interest in air travel is drying up and people are forced to change destinations from places like America, China, Italy or elsewhere. Many countries are advising against unnecessary travel and restrictions on entering—such as mandatory quarantines—are making travel unlikely. For instance, Air India, which operates a popular route to the Gulf, has canceled its flights. Moreover, Dubai Airports had to downplay rumors that all flights would be canceled and the UAE has warned against the circulation of other rumors amid general pandemic jitters.

The Gulf's vulnerability to the pandemic is two-fold. First, the economy of the Gulf states are built on a kind of ivory tower, far removed from the conflicts and poverty in the surrounding region. This vulnerability has been clear in recent instances where tensions with Iran threatened to spill over. The mining of ships in the Gulf of Oman in May and June 2019, and an Iranian drone attack on Saudi Arabia's Abqaiq oil facility, caused the Gulf states to seek to ease tensions with Iran.

**The Arab Gulf states rely on millions of expatriate workers who are particularly vulnerable to the pandemic.**

Second, the Gulf is vulnerable because a majority population of many of the smaller states are made up of expats. Even in countries with larger local populations, such as Oman and Saudi Arabia, foreigners number in the millions. This includes foreign laborers and domestic workers from Pakistan, India, Philippines, Bangladesh and other countries. Furthermore, their workforce is particularly vulnerable to a pandemic and the testing of workers is likely underreported or non-existent. For instance, one of the coronavirus cases in the UAE is a recently-arrived Indian national.

The source of most of the coronavirus outbreak in the Gulf, which stood at almost 1,100 cases on March 17, is primarily from travelers who returned from Iran. In Kuwait and Bahrain, citizens who returned from Iran spread the virus in February. Meanwhile, Qatar announced an additional 238 cases on March 11, most reportedly connected to Iran. Saudi Arabia also fears that Shi'ites in Qatif Province were also exposed through travel to Iran. In small Gulf city states, an outbreak like this is more acutely felt in daily life. The pandemic also has potential for long-term damage on all the brands and companies that use the Gulf for major activities, from sporting championships to cultural events. On a positive note, most of these countries have advanced technology and are small enough to track most cases and shut themselves off from neighbors. Many, like Kuwait, Bahrain and Qatar, are already cutting themselves off, and larger states such as the UAE, Saudi Arabia and Oman are doing the same.



**The Al Wasl dome, centerpiece of the Expo 2020 site in Dubai**

But there are questions about the long-term cost. The Expo 2020 in Dubai is supposed to attract three million visitors in October. If countries are still on lockdown and world travel comes to a halt it's hard to imagine how it will remain on track. Although the Gulf had already grown used to the land border crisis between Qatar and Saudi Arabia that began in 2017, the new travel restrictions turn each Gulf state into a kind of island, bereft of the international connections they are used to.

The looming impact on the Gulf could expose the fragility of their economies and their attempts in the last decade to have more robust foreign policies. For instance, many of these countries are involved in regional conflicts, including Saudi Arabia and the UAE's role in the Yemen conflict and the role of the UAE and Qatar in Libya. Using their wealth, these states have made both media and cash tools to project power and influence.

Qatar, for instance, plays a role funding Hamas-run Gaza, while both Saudi Arabia and the UAE have pushed a robust policy to challenge the Muslim Brotherhood in the region and speak out against Iranian proxies. The coronavirus pandemic may curtail this support for foreign policies and proxies, changing the role that the Gulf has played over the last several decades and making the countries more inward looking.

**The looming impact of COVID-19 on the Arab Gulf states could expose the fragility of their economies.**

While the number of coronavirus cases has increased daily since late February—when there were fifty cases across six countries—the Gulf states may have closed their

borders quickly enough to isolate themselves from the pandemic. However, this has also impacted vulnerable foreign workers. In the background, increasing U.S.-Iran tensions—marked by rocket attacks on U.S. forces in Iraq—and rolling cancelations of international travel due to the pandemic will continue to overshadow the way of life these countries have become used to.

**Seth Frantzman, a Middle East Forum writing fellow, is the author of** *After ISIS: America, Iran and the Struggle for the Middle East* **(2019), op-ed editor of The** *Jerusalem* **Post, and founder of the Middle East Center for Reporting & Analysis.**

## Dept. of Education Investigates Saudi, Qatari Funding of US Universities, Starting with Georgetown

by Cinnamon Stillwell
June 20, 2019
https://www.meforum.org/campus-watch/58768/dept-of-education-investigates-saudi-qatari



(Image source: Wikimedia Commons)

AP reports that the Dept. of Education has launched an investigation into foreign funding of U.S. universities, beginning with letters to Georgetown University and Texas A&M ordering them "to disclose years of financial records amid concerns they have not fully reported their foreign gifts and contracts to the federal government." The investigation includes funding from China, Russia, Saudi Arabia, and Qatar, in particular the Qatar Foundation and the branch campuses both schools operate in that country.

The *Daily Caller* notes that "Georgetown has received nearly $333 million from Qatar since 2011" and prior to that, $20 million from Saudi Arabia to set up the Center for Muslim-Christian Understanding (CMCU), which now houses the "Islamophobia"-investigating Bridge Initiative. CMCU director Jonathan Brown is known for espousing "radical political positions," including defending "slavery because the prophet Muhammad had slaves." Worst of all, Georgetown "was tasked by the U.S. government with shaping how K-12 textbooks treated the Arab world."

The DoE's investigation couldn't come a moment sooner.

# Disinformation Campaign Targets Ilhan Omar and Qatar?

by Sam Westrop

---

**November 27, 2019**
https://www.meforum.org/59981/disinformation-campaign-targets-omar-qatar

A considerable number of media outlets have covered some rather astonishing testimony filed in a federal court, in which Alan Bender – a prominent businessman with close ties to senior officials in a number of Arab states – offers an account of a meeting he had in June 2019 with Mohammad bin Ahmed bin Abdullah Al-Masnad, Qatar's "Secretary to the Emir for Security Affairs."



A federal court affidavit claims that Rep. Ilhan Omar (right) and political activist Linda Sarsour (left) are paid Qatari agents, but questions abound.

Bender had been subpoenaed in a lawsuit filed in Florida against the Qatari emir's brother, Sheikh Khalid bin Hamad al-Thani, who ostensibly ordered his American bodyguard to murder two people.

In his affidavit, which we have published, Bender makes an assortment of extraordinary allegations. American congresswoman Ilhan Omar is claimed to be a member of the Muslim Brotherhood and a paid agent of the Qatari regime, who was "recruited...even way before she thought about becoming a government official." According to Bender, Omar passes classified information, acquired through her membership of the House Foreign Affairs Committee, back to her handlers in Doha.



Rep. Omar met with Turkish President Recep Tayyip Erdoğan in New York in 2017.

At a meeting with Turkish President Recep Tayyip Erdoğan, supposedly organized at the request of the Qataris, Omar supposedly also swore allegiance to the Turkish regime as well.

The focus is not just on the congresswoman. The prominent American Muslim activist Linda Sarsour is also described as a Muslim Brotherhood agent, reportedly planning a Qatari-funded run for the Senate. Even when Sarsour and Omar make public statements that seemingly conflict, Bender claims, it is purportedly all a clever ploy by the Qataris.

Meanwhile, Jamal Khashoggi, the Islamist writer murdered in a Saudi consulate, was apparently only killed because Qatar turned against Khashoggi, and subsequently "provoked" the Saudis into killing him.

The 200-page testimony offers hundreds of additional conspiratorial claims, ranging from further discussion of Qatar's spying tactics to claims of massive bribery operations targeting American politicians and journalists.

A few of the allegations are carefully rooted in actual facts. For example, Ilhan Omar did meet with Erdoğan. And both she and Sarsour have a long history of involvement with Islamist causes here in the United States.

But no hard, accompanying evidence has been offered. And it is difficult to

No hard evidence has been

MEF000607

**offered to substantiate Bender's claims.**

believe that such an extraordinary amount of information concerning Qatar's most confidential activities was freely and extensively explained to Bender during a few meetings with senior Qatari officials.

One other commentator has endorsed Bender's claims. Abdullah Al Saleh, a Kuwaiti journalist, has written that he "learned of [Qatar's] operations in the West and can testify and confirm that everything Alan Bender said in his deposition regarding Rep. Ilhan Omar and Qatar is true."

Given the huge number of claims made by Bender on the subject, such a blanket endorsement appears odd. At the very least, it seems Qatar's intelligence chiefs must overcome this harmful compulsion to reveal the most intimate details of Doha's most important intelligence operations to infrequent visitors to their lands.

Oren Litwin, who first broke the news of Bender's testimony, notes that these allegations may not be true, but, reasonably, suggests that Bender's claims should nonetheless be investigated, given Qatar's past behavior. Certainly, as media coverage of his story picks up, others are taking on that responsibility.

In some ways, the affidavit is not so dissimilar to the infamous Steele Dossier on President Trump, which many believe deliberately mixed a few genuine facts with many wildly false claims, ensuring that the former lent credibility to the latter.

**Disinformation is a common tactic of both Qatar and its hostile neighbors.**

Bender's claims also feel like disinformation – a common tactic of both Qatar as well as its hostile neighbors, such as Saudi Arabia. There is too much conspiracy and too few demonstrable facts.

There is no doubt that Qatar seeks to spread Islamist ideology across the world, funding both violent jihadists in the East and besuited extremists in the West. Doha's iniquities have been exhibited countless times. But until any hard evidence can be provided, we should treat Bender's claims about Qatar and its American "agents" as little more than a set of unlikely conspiracy theories.

**Sam Westrop is the Director of Islamist Watch, a project of the Middle East Forum.**

# Uncovered Documents Expose Qatari Terrorism Financing

**by Jordan Cope**
*Asia Times*
**December 17, 2021**
https://www.meforum.org/62878/documents-expose-qatari-terrorism-financing



When it comes to hijacking headlines, Qatar is no stranger, hosting the upcoming soccer World Cup, and even writing the world's headlines through its state-financed Al Jazeera network. Doha's natural-gas wealth has bolstered Qatar's influence, helping it fund US universities to the tune of $5 billion, lobby the US Congress, and subsidize the highly influential Brookings Institute.

Whether via high-profile spectacles, writing the headlines, or coercing those defining them, Qatar has managed to suppress its dark side – its terrorism financing.

Qatar has provided billions of dollars to Muslim Brotherhood regimes and affiliates, such as Hamas, and to Islamists who have fueled civil war in Libya and Syria, such as Ahrar al-Sham, which executed attacks alongside the successor of Jabhat al-Nusra, an offshoot of al Qaeda.

**The black hole of Qatari Islamist financing plunges deeper than previously thought.**

Receipts uncovered from Qatar's state-run Eid Charity – perhaps the world's largest "Salafi-controlled relief organization" – by the Middle East Forum, a US-based think-tank, suggest that the black hole of Qatari Islamist financing plunges deeper than previously thought. The receipts indicate that Qatar has provided 45,000 grants worth hundreds of millions of dollars to charities in more than 70 countries – over a third of the world.

Beneficiaries include organizations in the Middle East, Africa and South Asia, but also some in Canada, Mexico, the UK, France, Germany – and even the US state of Colorado.

Though many Eid Charity beneficiaries have yet to be audited, some preliminary findings further reveal Qatar's ties to Middle Eastern radical groups including Al Qaeda in the Arabian Peninsula (AQAP), Hamas, and Ihsani Yardim Vakfiih (IHH). Collectively, these groups and their referenced affiliates have received about US$75 million from Qatar's Eid Charity.

AQAP's ties to the Eid Charity are unsurprising given the haven that Qatar afforded to 9/11 mastermind and al-Qaeda figurehead Khaled Sheikh Mohammed (KSM). In Qatar, KSM was employed by the Ministry of Electricity and Water, and helped plot attacks targeting the World Trade Center (1993) and the Philippines – where he reportedly sought to assassinate then-US president Bill Clinton as he traveled abroad.

Notable AQAP affiliates to benefit from Qatar's Eid Charity include the Al Ihsan Charitable Society, a recipient of nearly $17.8 million and a terrorist organization as designated by Egypt, Saudi Arabia, the United Arab Emirates and Bahrain.

The society is reportedly led by Abdullah al-Yazidi, an alleged former "member of AQAP's Hadhrami Domestic Council" who supposedly



**Abdullah al-Yazidi**

co-founded an organization alongside Abdul Rahman bin Umayr al-Nuaimi. Nuaimi appears on "US and UN terror lists" and is himself a founder of the Eid Charity.

The Eid Charity has also funded Yemen's Rahma Charity Foundation, a US-designated terror group due to its AQAP ties, and the Al Hikma Al Yamania Charitable Society, which has equipped "money and logistic aids to al-Qaeda leaders from Yemen and Saudi Arabia," helping them "recruit fighters and smuggle them into Iraq." Those two organizations have received about $319,000 and $6.5 million respectively.

The receipts also expose new channels of Qatari funding to Hamas, whose leaders have been afforded the impunity necessary to host conferences in Doha's premier hotels.

One of Hamas' affiliates to benefit is the Jerusalem International Foundation (Al Quds International Foundation), a Lebanese terrorist organization designated by the US Treasury Department for "being controlled by and acting for or on behalf of Hamas."

According to the US Treasury Department, the foundation is an extension of Hamas, whose officials draft the foundation's "documents, plans, budgets, and projects." It has received about $3.7 million from the Eid Charity.

Hamas officials likewise play an active role in another Eid Charity beneficiary, the House of the Noble Quran and Sunnah Society (Gaza), which has received around $565,000. Graduation ceremonies commenced by the society have been attended by Hamas leaders.

The society even hosted Ismail Haniyeh, Hamas' political chief, to "inaugurate" the opening of its new headquarters. At its Koran memorization competition in 2015, Haniyeh awarded certificates and delivered a speech, referencing "the blessings of the days of jihad and resistance" (see 1:18:23), and glorifying deceased members of Hamas' Izz al-Din Al Qassam Brigades as "martyrs" (see 1:24:10). Haniyeh has made numerous appearances at the society's events.

Another Hamas affiliate warranting mention is Jamiyyah Al Mujama'a Al Islami in Gaza (JMIG). The branch in Khan Younis has honored former board members before Hamas officials and regularly identifies as Al Mujama'a Al Islami, a Hamas-controlled organization established by Hamas' founder: Sheikh Ahmad Yassin. JMIG has received about $6.3 million.



The Turkish-owned ship *Mavi Marmara*, which took part in the 2010 "Gaza flotilla" that attempted to break Israel's naval blockade of Gaza.

The last notable group to receive Qatari funding is Ihsani Yardim Vakfiih (IHH), which received nearly $23.2 million. Banned by Israel, Germany and the Netherlands, IHH remains infamous for its 2010 flotilla fiasco, when its *Mavi Marmara* and 40 Turkish jihadi passengers sought to clash with Israeli forces and illegally infiltrate Gaza.

Nine died in the confrontation, including three IHH jihadis who beforehand "declared their readiness to become martyrs."

"Passengers" aboard the flotilla brandished "knives, broken glass bottles, and slingshots," and, allegedly, Molotov cocktails and detonators.

Some IHH affiliates to receive funding unsurprisingly bear Hamas ties. Cue the Al Nusra Charitable Society, which has received grant money from IHH and sponsored an event with the Ibn Baz Charitable Society, another beneficiary of Eid philanthropy. Those organizations have received about $13.2 million and $3.5 million respectively.

Ibn Baz' president, Sheikh Omar al-Homs, has sought to overcome differences and promote



**Ali bin Abdallah al-Suwaidi (left), general manager of Eid Charity, with IHH President Fehmi Bülent Yıldırım in April 2016 in Turkey's border province of Hatay.**

cooperation with Hamas, observing, "the goal that we see is to bring hearts ... closer and postpone disputes before the battle with the Jews.... Hamas bears the slogan of Islam, and whatever our differences, Islam brings us together."

In sum, as Qatar razzles-and-dazzles with its flamboyant displays of wealth, it funds jihadist organizations under the table, such as AQAP and Hamas affiliates, and the IHH. The Eid Charity's receipts reflect the true motives of the pro-Islamist Qatari government, and the dangers the West welcomes as it flirts with Qatari money while turning a blind eye to its black hole of terrorism financing in the Middle East.

**Jordan Cope is the Qatari finance fellow at the Middle East Forum. Follow him on Twitter.**

## Don't let the Taliban Whisperers Gaslight America

by Clifford Smith
*The Dispatch*
November 23, 2021
https://www.meforum.org/62801/dont-let-the-taliban-whisperers-gaslight-america

*Originally published under the title "With 'Friends' Like These ..."*

As critics warned, America's premature and chaotic withdrawal from Afghanistan has created a power vacuum that has allowed malign actors to step in and gain greater influence. Much of the speculation has centered around Russia and China, but other countries are trying to leverage their Islamist ideology as a conduit to the Taliban. Turkish regime critic Asli Aydıntaşbaş recently wrote in a *Washington Post* op-ed that Turkish President Recep Tayyip Erdoğan



**Turkish President Recep Tayyip Erdoğan with Pakistani Prime Minister Imran Khan (left) and with Qatari Emir Sheikh Tamim bin Hamad Al Thani (right).**

and his increasingly close allies, Qatar and Pakistan, are seeking to be "Taliban-whisperers."

She makes an astute and important observation. But there is a larger truth: These "leading patrons of political Islam," as the Foundation for the Defense of Democracies describes them, are reshaping the wider politics of the region, for the worse.

The embrace of the Taliban is just part of a larger problem, but it is illuminating. Last summer, as the Taliban was beginning to take control of Afghanistan, Erdoğan pushed to be allowed a hand in running Kabul Airport, a move supported by Pakistan and Qatar. Erdoğan claimed that "The Taliban should be able to conduct talks with Turkey much easier because Turkey does not have any conflicting issues with their (the Taliban's) beliefs." These talks continued, and Turkey is pressing the international community for further engagement with the Taliban.

It is shocking that the head of a NATO member state would give this sort of diplomatic support to an illegitimate theocracy like the Taliban. More surprising is that he would then try to package this support as a gift to the U.S., as Turkish propaganda continually tries to do. But unfortunately, the U.S. may let Erdoğan get away with it.

The problem is that too many U.S. policymakers have not caught on to how Turkey has changed. As Middle East Institute scholars Marwa Maziad and Lt. Col. Jacob Sotiriadis explained:

> Saudi Arabia, which had fostered its own visions of hegemonic pan-Islamism, has recently opted to stop exporting its Wahabbi version of Islam. Turkey, by contrast, has gradually assumed this pan-Islamist role over the past 17 years of Erdoğan's tenure, but in a markedly more aggressive and reckless manner.

They also observe that Turkey's behavior is "essentially drawing new fault lines across the region—pitting statist, secular, republican governance models against the culturally-expansionist, militant, and pan-Islamist alternative in Turkey."

**Few U.S. policymakers have caught on to how Turkey has**

But too many continue to view Turkey primarily through the lens of the Cold War, focusing on its hosting of Incirlik Air Base, an important hub for American

changed.                                    military power, as it has for 70 years.

But Turkey is no longer the secular republic formed by Kemal Atatürk. For example: Since the fall of Egypt's Mohammad Morsi, Turkey has hosted an estimated 20,000 former Muslim Brotherhood members, a habit Saudi Arabia has kicked. Turkey has alienated many traditional allies, particularly ones that, for various reasons, lean toward the West.



**High school students in Ankara, Turkey.**

Turkish school curricula, "once a model of secularism," according to Dr. James Dorsey of the National University of Singapore, are now the focal point of "supremacist and intolerant curricula in the Muslim world," much like Saudi textbooks used to be. And, of course, while Saudi Arabia has recently stopped the massive funds aimed at exporting Wahhabist radicalism, Turkey has massively increased its export of Turkish-flavored radical Islam.

Pakistan is the original "Taliban whisperer" going back to the 1990's. It is now widely accepted that Pakistan was functionally opposing America in Afghanistan and bears significant responsibility for the Taliban's reemergence. "Pakistan bet on the Taliban for so long on the assumption that the Americans would leave someday," said former Pakistani Ambassador to the U.S., Husain Haqqani. The historic relationship between Islamist groups, such as Jamaat-e-Islami and the Pakistani military is complicated, but it is clear that Islamist ideas hold significant sway in the Pakistani government. Under Prime Minister Imran Khan, who himself is close to both Islamist groups and the military, Pakistan has moved decisively in an Islamist direction. In fact, Pakistan recently sent an overt terror supporter to be Ambassador to the US.

Turkey and Pakistan have a reasonably good relationship historically, but the close personal relationship between Erdoğan and Khan is new and largely born out of their shared Islamist ambitions. The recent examples of close ties between the countries are too numerous to list, but for a sampling: Pakistan and Turkey recently signed a declaration pledging to mutually take sides in their most heated territorial disputes. Khan's wife, Bushra Bibi, specifically said her husband and Erdoğan were the only great leaders in the world. One of Turkey's biggest state-run propaganda outfits not only runs virtually non-stop coverage of Kashmir, taking a Pakistani point of view, but employs the son of a Kashmiri jihadist. Erdoğan has twice raised the issue of Kashmir to the U.N. General Assembly. Pakistan now spends more on weapons from Turkey than it does from the U.S., and it is Turkey's third-largest arms trading partner.

But like Turkey, Pakistan has a historic relationship with the U.S. defense establishment as an artifact of the Cold War, and to a lesser degree, the aftermath of 9/11. But Pakistan has long used this relationship to deflect criticism that comes when its radical coddling and terror financing tendencies come to light.

Qatar has a very different history than Pakistan or Turkey, but finds itself having common interests and a similar Islamist ideology now that Turkey and Pakistan have radicalized Islam as a guiding force.

Erdoğan took Qatar's side early during the 2017 Gulf rift, as other nations suspended ties with Qatar over allegations of support for terrorism. The rift is now officially over despite having never been truly resolved, but it was partly a result of Qatar funding radicals and pushing Islamist propaganda vis-à-vis its expansive Al-Jazeera network, which consistently supports Turkish and Pakistani points of view. Additionally, Qatar's gulf neighbors were concerned that it was hosting Turkish military bases, which are

seen as a threat.

Qatar's hosting of U.S. and Taliban representatives for the so-called "peace talks" that led to the February 2020 withdrawal agreement (read: capitulation to the Taliban) was not the act of an ally, but an attempt to appear as a friend while helping the Taliban. It's a game Qatar has been playing with numerous terrorist groups for years. Now Qatar is concerned not that the Taliban has taken over Afghanistan, but by the public relations fallout of being seen as embracing it too quickly. The Qataris' insistence that America asked them to host the Taliban may in fact be true, but it obscures the reason: Qatar has openly been the headquarters of all kinds of international terrorists and a major funder of radicals and terrorists all across the world.

But much like Turkey and Pakistan, due to cooperation in the first Gulf War, Qatar has hosted the Al Udeid Air Force Base since 1991. Thus, too many in the defense establishment, and those in Congress that support it, have been deferential.

The trio's strategy seems to be working. The Biden administration's recent statement calling follow-up talks in Qatar with the illegitimate Taliban regime "candid and professional" suggests that the effort to normalize the Taliban and benefit from it are paying dividends. Indeed, Qatar has been named as the U.S. diplomatic proxy for the U.S. in Afghanistan.

However, this strategic success is likely due to the shock of the Taliban's swift victory, and political exigencies, and it won't continue without work. Continuing this charade on other issues, such as Pakistan's designs on Indian-controlled Kashmir, Turkey's de-facto embrace of Syrian jihadi groups and Hamas, and Qatar's financial and logistical support for numerous extremists, will require whipsawing American policymakers so they don't notice what's happening. All three countries are actively involved in efforts to direct American politics in their direction, such as politicized, foreign funded mosques in the US, shady, foreign government connected political networks, and massive, undisclosed media influence, which will need to grow as time goes on if their efforts are to be successful.

American policymakers need to adjust to the times. No country in the wider Islamic world will turn into a reliable, human rights respecting democracy like Britain, Australia, or Japan anytime soon, but this trio is the most troubling force in the Sunni Islamic world. They are actively undermining America's interests, working to add to their ranks, and all while insisting they are doing the U.S. a favor.

> The trio of Turkey, Pakistan, and Qatar is the most troubling force in the Sunni Islamic world.

This is pure gaslighting. And America should not let them get away with it.

**Clifford Smith (@CliffSmithZBRDZ) is director of the Middle East Forum's Washington Project.**

## Time to Stop Al Jazeera's Brazen Defiance of U.S. Law

by Clifford Smith
*The Washington Examiner*
**August 25, 2021**
https://www.meforum.org/62594/enforce-foreign-influence-laws-on-al-jazeera

*Originally published under the title "Congress's Quest to Enforce Foreign Influence Laws on Al Jazeera Deserves Biden's Support."*



**Qatar's Al Jazeera Media Network has a vast network of foreign subsidiaries broadcasting in the languages of their host countries.**

Last year, a yearslong, multipronged effort by many members of Congress to get Qatari-regime mouthpiece Al Jazeera to comply with the Foreign Agents Registration Act (FARA) and related laws was met with apparent success when the Department of Justice ordered Al Jazeera's American digital arm, AJ+, to register under FARA.

This happened not long after Sen. Marco Rubio, a Florida Republican, and Rep. Lee Zeldin, a New York Republican, sent a letter demanding that Al Jazeera comply with foreign influence transparency laws. But Al Jazeera's intransigence and the change of administrations seem to have put this victory in doubt and left key leaders in Congress frustrated. Why?

The issue is not one of a lack of attention to foreign influence in politics in the United States or even FARA enforcement. Russian, Chinese , Turkish , and other foreign, state-run media outlets have registered for the first time under FARA in recent years as a result of both congressional and DOJ involvement. But Al Jazeera has simply ignored the rules and dared someone to stop it. Its strategy seems to be to increase its influence while ignoring the law, DOJ, and Congress.

Since Al Jazeera explained last year that it was "reviewing the determination and considering [its] options" regarding the DOJ's order, it has not registered. Moreover, it has increased its media output in the U.S. by starting entirely new platforms , including *Rightly*, aimed at influencing the political Right, something that even the *Middle East Eye*, another Qatari mouthpiece , openly admits . This process began with efforts to influence right-wing papers in Washington and Jewish activist groups. Al Jazeera also started *Reyda*, a business-focused Arab-language outlet that features a licensing agreement with the *New York Times*, which will be partly run out of Washington, D.C.



**Qatari Emir Tamim bin Hamad Al Thani**

There is no other way to see this other than brazen defiance. The nature of Al Jazeera isn't seriously disputed. It is openly a propaganda tool aimed at promoting Qatar's interests. Corporate documents in the United Kingdom show explicitly that, up until a few years ago, Al Jazeera was wholly owned by the emir of Qatar, only to be shuffled off to a company run by one of the emir's family members when issues such as FARA disclosures started becoming prominent. It is illegal for Qatari media to report on anything that would "harm [Qatar's] national interests," and Qatar is one of the most aggressive countries in the world in terms of

MEF000615

trying to whipsaw U.S. policymakers through aggressive domestic influence.

Al Jazeera's defiance has not gone unnoticed by Congress. Sen. Chuck Grassley, along with Rubio and others, sent another letter to the DOJ this summer, asking point-blank what it was doing regarding Al Jazeera's refusal to register under FARA as previously ordered. This is a yearslong effort for the Iowa Republican, who first started rattling the DOJ's cage about Al Jazeera in 2019 and has been relentless in trying to strengthen FARA disclosure laws. These efforts were unfortunately thwarted late last year, even as those objecting stressed they favored his overall goal.

Grassley's latest letter also pointed out that *Rightly* should fall under the same rubric as Al Jazeera's other outlets. Grassley's discussion of *Rightly* is important because its creation demonstrates more than simply Al Jazeera's noncompliance with DOJ demands. It seems to be part of a greater strategy. When they aren't engaging in casual antisemitism and pushing for the regime's interests, Al Jazeera's AJ+ and Al Jazeera English platforms obviously lean toward the liberal side of things and do a lot to promote liberal causes.



**Sen. Chuck Grassley has led the charge on Capitol Hill to force Al Jazeera s compliance with the law.**

Sadly, while Grassley's prior efforts to reform FARA laws have received bipartisan support, congressional efforts to call out Al Jazeera specifically have been championed solely by Republican members of Congress. From Al Jazeera's point of view, it has engineered silence from the Left concerning its propaganda efforts through aggressive flattery with its existing platforms. With *Rightly*, it seeks to win allies on the Right. Thus, if these efforts to force Al Jazeera to comply with FARA fail, it will only get harder to secure such compliance later.

**Al Jazeera has won silence from the Left by promoting liberal causes on its existing platforms.**

There has been no public response to Grassley's letter by either the DOJ or Al Jazeera, nor has Al Jazeera done anything to register under FARA or even sue the DOJ over its now-months-old demand. It doesn't take a genius to read the tea leaves: Al Jazeera believes that the Biden administration will refuse to enforce the order put out during the Trump administration or that this administration will more readily capitulate to a lawsuit if it ever does try to enforce the DOJ's prior order, creating a public relations headache for the Biden administration. Having inoculated itself against the liberal side of the aisle, Al Jazeera will have *Rightly* move on to the conservative side and attempt to win enough allies to be bulletproof.

It will be unfortunate if this issue gets lost in a sea of partisanship or bitterness over the Trump years. Qatar is a pariah in the Arab world and is increasingly working closely with U.S. adversaries, such as China and Iran, and countries that are taking anti-American turns, such as Turkey and Pakistan. Moreover, Qatar has taken the lead in being the chief state sponsor of radical, theocratic interpretations of Sunni Islam from Saudi Arabia, which has publicly been reversing course in recent years.

**Qatar is a pariah in the Arab world and works closely with U.S. adversaries.**

**The Biden administration should**

The rise of the Taliban in Afghanistan will likely lead to a resurgence in radicalization around the world.

**immediately take action to enforce the DOJ's order against Al Jazeera.**

Allowing an Islamist-friendly country such as Qatar, which hosted the Taliban "peace" talks, to gain further influence over U.S. policy without transparency can only end in disaster. The Biden administration should immediately take action to enforce the DOJ's order from last year, including against *Rightly*.

Putting aside the foreign policy differences between the Qatari regime and the Biden administration, which will be complicated by Al Jazeera's meddling, the precedent set by allowing this sort of brazen defiance will damage broader efforts to quash foreign interference in U.S. politics. In the long run, no one in America benefits from having Qatar's interference continue without even minimal disclosures.

**Clifford Smith is director of the Middle East Forum's Washington Project. Follow him on Twitter and Facebook.**

# Ensconced in Doha: Qatar's Resident Islamists

**by Kyle Shideler**
**January 30, 2019**
https://www.meforum.org/57690/ensconced-doha-islamists

> *The following overview was written in connection with a Middle East Forum*
> *conference, "Qatar: U.S. Ally or Global Menace," taking place in Washington,*
> *D.C. on Feb. 6, 2019. To watch it live-streamed, click here.*

Despite international criticism, the small peninsula state of Qatar has long played an outside role in harboring Islamists, including violent jihadists -- whether the political leadership of Hamas, or the "unofficial Embassy" of the Afghan Taliban.

The recent decision by several Arab States to designate a number of Qatari-hosted Islamists as terrorist entities has once again raised the issue of Qatari's support for both violent and non-violent Islamists. And perhaps no individual sheltered by Qatar is as notorious or influential as the nonagenarian cleric Yusuf Al Qaradawi.

## Who is Yusuf Al Qaradawi?

Yusuf Al Qaradawi is a Qatar-based cleric, Al-Azhar University-trained Islamic jurist and a prolific writer and scholar. Born in Egypt in 1926, Qaradawi was an early member of the Muslim Brotherhood, who was even imprisoned by Gamal Abdel-Nasser as part of a crackdown following the Brotherhood's involvement in an alleged assassination attempt. [1] Egyptian hostility to the Brotherhood and its clerics led to Qaradawi's long-term exile in Qatar, where he now lives as a personal guest and spiritual mentor to the Qatari Emir. [2]

Despite his exile, Qaradawi remains a firm advocate of the Muslim Brotherhood and its political and paramilitary activities, to which he offers religious and ideological instruction.[3] Qaradawi even continues to play a leading role within the management of the Muslim Brotherhood, and has twice been offered (though he declined each time) the position of the Brotherhood's Supreme Guide.[4]

## Relationship with Qatar:

Qaradawi's global reach would not have nearly the same impact without the aid and support of Qatar's ruling Al-Thani family, who have served as Qaradawi's patrons since he was first exiled to Doha in the 1960s and granted Qatari citizenship.

Qaradawi arrived in Qatar during a period in which the small peninsula country was still a British protectorate. Unlike Muslim Brothers who traveled to Saudi Arabia following their expulsion from Egypt, Qatar had no substantial developed religious institutions and, as a result, Qaradawi became nearly the only prominent cleric in a country of mostly Salafi Muslims.[5] As U.S. Ambassador Chase Untermeyer wrote in a 2005 State Department cable, Qaradawi is "the only Islamic thinker in Qatar who matters." [6]

Qaradawi since played a significant role in establishing the Qatari educational system, leading the Qatari Secondary School Institute of Religions, and later serving as a dean at Qatar University.[7] Qaradawi is also deeply involved with the Qatar Foundation. Nominally independent of the Qatari government, the Qatar Foundation serves as a vehicle for promoting Qatar's policy objectives and influence and promotes Qaradawi's brand of Islamism through the Foundation-run al-Qaradawi Centre for Islamic Moderation and Renewal and the Qaradawi Scholarship for Islamic Studies.[8]

Qatar has also long bankrolled many of the media forums that make up Qaradawi's global reach, including the International Union of Muslim Scholars and the prominent website IslamOnline, which promotes the cleric's fatwas and publicizes Qaradawi's work. Qatar also provided Qaradawi with a prominent platform on its state-run satellite television channel Al Jazeera from which he has made some of his most incendiary

speeches.[9] Qaradawi has engaged in holocaust denial,[10] the promotion of suicide bombings,[11] and genocidal antisemitism[12] – all broadcast on Al Jazeera.

Qatar's financial sector has also sought Qaradawi's name and authority. He has served as an advisor for Qatar Islamic Bank (QIB), Qatar International Islamic Bank (QIIB) and the Qatar National Bank (QNB).[13] All three of these financial entities have been blacklisted by the United Arab Emirates (UAE) because, in part, of their associations with Qaradawi and Muslim Brotherhood entities.[14] For his part, Qaradawi has become extremely wealthy as a result of gifts from the Al-Thani family.[15]

QIB and QIIB are also believed to manage multiple accounts for Qatar Charity, the largest Qatar-based non-governmental humanitarian organization which has a long history of alleged support for terrorist groups, including Al Qaeda.[16] Interestingly, observers note that Qatar Charity's funding choices for jihadist efforts correlates with the list of "liberation" movements backed by Qaradawi.[17]

Qaradawi is also a participant and prominent member of the Global Anti-Aggression Campaign (GAAC). GAAC is a union of Salafi and Muslim Brotherhood leaders originally founded in 2003 in organized opposition to the U.S.-led Iraq war.[18] GAAC general secretary Abdulrahman al-Nuaimi is a Qatar-based and U.S. Treasury Department-labeled Specially Designated Global Terrorist, because of his alleged financing of Al Qaeda. He is also at the center of Emirati and Saudi allegations of Qatar terror finance. [19]

**Qaradawi, Terrorism and Violence:**

Contrary to those who have argued that Qaradawi represents a moderate strain of Islamism,[20] Qaradawi has long endorsed violence as a tool for achieving Islamist objectives. While he is perhaps most famous for his 2001 fatwa condoning Hamas suicide bombings, and his 2004 fatwa authorizing suicide bombing by Muslim women during the height of the 2nd intifada,[21] Qaradawi has also embraced violent "liberation" movements in the Palestinian territories, Sudan, Eritrea, the Philippines, Afghanistan, Somalia, and Kashmir. [22]

In addition, Qaradawi endorsed a fatwa for the killing of Americans in Iraq, including civilians, during the U.S. occupation;[23] and has encouraged Muslims to travel abroad to fight in civil wars in Syria and Libya.[24] And following the ouster of the Muslim Brotherhood-led government of Mohammed Morsi, Qaradawi also urged violence, stating that those who disobeyed the lawful ruler (meaning Morsi) should be killed.[25]

Qaradawi, however, does more than simply preach violence. In 2008, the U.S. government designated the Qaradawi-led international charitable coalition known as "The Union of the Good" for its role in financing Hamas.[26] The Israeli Security Agency has described the Union of the Good as "the umbrella organization for Hamas and Muslim Brotherhood-affiliated Islamic charity funds."[27] Union of Good members have been found to support other jihadist groups, including Al Qaeda affiliates.[28]

**Qaradawi as Muslim Brotherhood Jurist:**

Qaradawi's role in the advancement of Islamist thought should not be underestimated. In many ways, it is central to understanding the promotion and expansion of Islamist ideology around the world. In particular, Qaradawi has played a key role in establishing a branch of Islamic jurisprudence dealing with the issues of Muslims living in non-Muslim majority countries (known as Fiqh of Minorities, or Fiqh al-Aqalliyyat), together with another leading Muslim brotherhood thinker Taha Jabir Alwani.[29]

As a result, in the West, Qaradawi is perhaps best known for prominent religious organizations such as the European Council for Fatwa and Research (ECFR) and the Federation of Islamic Organizations of Europe (FIOE). These organizations are

predominately led by Muslim Brotherhood operatives who have undertaken to spread Qaradawi and the Brotherhood's ideology, and to establish the infrastructure necessary to implement it.[30]

The end goal for this effort is perhaps best understood by Qaradawi's 1995 statement before the Muslim Arab Youth Association (MAYA) in Toledo, Ohio: "Conquest through dawah, that is what we hope for. We will conquer Europe, we will conquer America, not through the sword but through dawah."[31] Typically translated as "proselytizing", in the Muslim Brotherhood context *Dawah* carries with it a more specific meaning: ensuring Western Islam is Islamist-led.[32]

### Disseminating Muslim Brotherhood Policies:

Qaradawi's activities go beyond adapting Islamic rulings for Muslims living in Western countries. Rather, Qaradawi established judicial bodies to oversee Islamic jurisprudence to promote and enforce his own Islamist interpretation of Islamic law. In 2004, Qaradawi founded the International Union of Muslim Scholars (IUMS) in Dublin, Ireland with the goal of overseeing and unifying *Fiqh* [jurisprudence] councils established in both the Middle East and among Muslim communities in the West. The bodies were tasked with enforcing standards in the production of fatwas and the assisting with the engagement of *Dawah* efforts online and through international satellite programs.

While the IUMS purports to be ecumenical in its treatment of various schools of Islamic jurisprudence, in practice the organization has been dominated by individuals affiliated with the Muslim Brotherhood, including its armed Palestinian wing, Hamas.[33]

Far from serving as a mere religious institution, IUMS has long been used as an instrument for disseminating Muslim Brotherhood policy, which in turn is magnified and carried out by Brotherhood institutions aligned with Qaradawi throughout both the Middle East and in the West.[34] Qaradawi has publicly asserted that IUMS has the influence to incite the Muslim *ummah* to "rise up". He cites, as an example of this capability, IUMS' role in inflaming the Danish Muhammad Cartoon Contest protests, which ultimately resulted in the death of several people.[35] Qaradawi recently announced his intention to retire as the head of the IUMS.[36]

The use of the IUMS as a vehicle for subversive Muslim Brotherhood activities ultimately led Egypt, Saudi Arabia and the United Arab Emirates to designate IUMS as a terrorist organization in June of 2018.[37]

### Qaradawi and America

Despite having been banned from entering the United States since 1999, Qaradawi has played an active role in the effort to spread the Brotherhood's Islamist ideology in the United States. Qaradawi served as one of the inaugural trustees of the Islamic Society of Boston and remained engaged with the Boston-area mosque until at least 2002. The Islamic Society of Boston, founded by convicted Al Qaeda financier Abdurrahman Alamoudi, has been tied to more than a half a dozen terrorists who have been either deported, imprisoned, or killed by law enforcement.[38]

Qaradawi has also been influential in promoting the use of *zakat* funds to finance the building of mosques in the West.[39] This has helped facilitate the promotion of his material at U.S. mosques as Muslims leaders rely on Qaradawi's jurisprudence to justify the use of *zakat* funds.[40]

### Analysis and Conclusion:

Qaradawi serves as a central node in a network that coordinates Qatar's relationship with international Islamism. While Qatar provides funding and global media reach, Qaradawi provides intellectual and ideological legitimacy, and the Muslim Brotherhood provides an international network of dedicated Islamist activists throughout the Middle East, Europe and North America.

As a result of his reach, Qaradawi remains vital to Qatar's attempts to exercise influence among both the Muslim world and in the West. This has made Qaradawi central to the conflict between Qatar and its neighboring Gulf States and explains the unwillingness of Qatar to divest itself of the Islamist scholar despite the pressure being brought to bear.

While in his advancing years, Qaradawi will likely continue to withdraw gradually from public life, the infrastructure he established - funded, hosted and championed by Qatar - will continue serving to promote the Islamist and Qatari agenda well into the future, and will remain a key point of tension between Qatar and its Gulf neighbors.

While Qaradawi, Qatar and the Muslim Brotherhood ought to each be independently worrisome to Westerners concerned about the spread of Islamist ideology; as a trinity of influence, its reach must be recognized as greater than the sum of its parts.

Western countries should cease indulging the polite fiction that Qatar-backed "non-state" actors involved with Qaradawi - such as the Qatar Foundation and Al Jazeera - represent anything other than instruments of Qatari influence. The West should instead require these organizations to identify as foreign agents. Likewise, Western countries should extend terrorism designations targeting the Qaradawi-led Union of the Good to Qaradawi himself, as well as other organizations associated with the Qaradawi network and this aging cleric's violent, theocratic agenda.

*Kyle Shideler is Director of the Counter-Islamist Grid (CIG)*

[1] Religious Literacy Project. "Yusuf Al-Qaradawi." Harvard Divinity School, https://web.archive.org/web/20180308025921/https://rlp.hds.harvard.edu/faq/yusuf-al-qaradawi-0

[2] Shavit, Uri. *Islamism and the West: From Cultural Attack to Missionary Migrant*. New York, Routledge, 2014, pg. 15

[3] Qaradawi, Yusuf. *Islamic Education and Hassan Al-Banna*. Beirut, Holy Quran Publishing House, 1984, 67-88.

[4] Religious Literacy Project, "Yusuf Al-Qaradawi."

[5] Warren, David H. "Qatari Support for the Muslim Brotherhood is More Than Just Realpolitik, it has a Long, Personal History." Maydan, July 12, 2017, https://www.themaydan.com/2017/07/qatari-support-muslim-brotherhood-just-realpolitik-long-personal-history/

[6] Untermeyer, Chase. "Qaradawi Viewed Locally as a Moderate Scholar." State Department Cable, July 12, 2005, https://wikileaks.org/plusd/cables/05DOHA1268_a.html

[7] Salama, Samir. "How the Muslim Brotherhood manipulated the Qatari regime." July 17, 2017, https://gulfnews.com/world/gulf/qatar/how-the-muslim-brotherhood-manipulated-the-qatari-regime-1.2066309

[8] Stalinsky, Steven, "*Sheikh Yousef Al-Qaradawi and Qatar's Education City Hosting American University Branches: Carnegie Mellon, Georgetown, Northwestern, Texas A&M, Virginia Commonwealth, Cornell & Others.*" Middle East Media Research Institute, February 8, 2010, https://www.memri.org/image/IA_Qaradawi.pdf

[9] Warren, David H. "Qatari Support for the Muslim Brotherhood is More Than Just Realpolitik, it has a Long, Personal History."

[10] "Sheik Yousouf Al-Qaradhawi: Allah Imposed Hitler upon the Jews to Punish Them - "Allah Willing, the Next Time Will Be at the Hand of the Believers." Middle East Media Research Institute, January 28, 2009, https://www.memri.org/tv/sheik-yousuf-al-qaradhawi-allah-imposed-hitler-upon-jews-punish-them-allah-willing-next-time-will/transcript

[11] Zain, Mohammad. "Qaradawi Articulates permission of suicide bombings." Egypt Today, June 8, 2018, http://www.egypttoday.com/Article/1/7042/Qaradawi-articulates-permission-of-suicide-bombing

[12] "Sheik Yousuf Al-Qaradhawi Incites against Jews, Arab Regimes, and the U.S., and Calls on Muslims to Boycott Starbucks, Marks and Spencer." Middle East Media Research Center, January 9, 2009, https://www.memri.org/tv/sheik-yousuf-al-qaradhawi-incites-against-jews-arab-regimes-and-us-and-calls-muslims-boycott/transcript

[13] Untermeyer, Chase. "Qaradawi Viewed Locally as a Moderate Scholar."

[14] Arnold, Tom and Azhar, Saeed, "UAE blacklist likely to squeeze liquidity of Qatari banks." Reuters, June 9, 2017, https://www.reuters.com/article/us-gulf-qatar-banks/uae-blacklist-likely-to-squeeze-liquidity-of-qatari-banks-idUSKBN1902OC

[15] Untermeyer, Chase. "Qaradawi Viewed Locally as a Moderate Scholar."

[16] Epstein, Matthew and Kohlmann, Evan. *Arabian Gulf Financial Sponsorship of Al-Quida via U.S.-*

*Based Banks, Corporations and Charities.* U.S. Senate Financial Services Committee Testimony, March 11, 2003, https://financialservices.house.gov/media/pdf/031103me.pdf pg.25-28.

[17] Note Epstein and Kohlmann reference to Qatar Charity's support for Islamist militias, and compare to: Qaradawi, Yusuf. *Priorities of the Islamic Movement in the Coming Phase.* Pg. 165-167

[18] Shideler, Kyle, Froehlke, Sarah, and Fisher, Susan. *The Role of Select Non-Governmental Organizations in Doha's Support for Terrorism.* Center for Security Policy Press, September 26, 2017, https://www.centerforsecuritypolicy.org/wp-content/uploads/2017/09/NGO_Doha_Terror.pdf

[19] Press Center. *Treasury Designates Al-Qa'ida Supporters in Qatar and Yemen.* U.S. Department of the Treasury, December 18, 2013, https://www.treasury.gov/press-center/pressreleases/Pages/jl2249.asp; Shideler, Kyle, Froehlke, Sarah, and Fisher, Susan. *The Role of Select Non-Governmental Organizations in Doha's Support for Terrorism*

[20] As an example of this argument see, Feldman, Noah. "The Best Hope." Boston Review, N.D., https://bostonreview.net/archives/BR28.2/feldman.html

[21] "The Qaradawi Fatwas". Middle East Quarterly, Summer 2004 Volume 11: Number 3, https://www.meforum.org/articles/2004/the-qaradawi-fatwas#_ftn3

[22] ADL. "Yusuf Qaradawi: Theologian of Terror." Anti-Defamation League. March 15, 2011, https://web.archive.org/web/20140301120656/http://archive.adl.org/nr/exeres/788c5421-70c3-4e4d-bff4-9be14e4a2e58,db7611a2-02cd-43af-8147-649e26813571,frameless.html; Qaradawi, Yusuf. *Priorities of the Islamic Movement in the Coming Phase.* Swansea: Awakening Publications, 2002. Pg. 165-167

[23] ADL. "Yusuf Qaradawi: Theologian of Terror."

[24] Aboudi, Sami. "Leading Sunni Muslim cleric calls for "jihad" in Syria." Reuters, June 1, 2013, https://www.reuters.com/article/us-syria-crisis-qaradawi/leading-sunni-muslim-cleric-calls-for-jihad-in-syria-idUSBRE9500CQ20130601

[25] "Qardawi reappears on Al Jazeera to incite Egyptians against their army". Middle East Online, June 23, 2013, https://middle-east-online.com/en/qardawi-reappears-al-jazeera-incite-egyptians-against-their-army

[26] Terrorism and Illicit Finance Resource Center. *Union of the Good.* U.S. Department

of Treasury, November 12, 2008, https://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-union-of-good.aspx

[27] Israeli Security Agency. *The Union of the Good- Analysis and Mapping of Terror Funds Network*. Israeli Security Agency, N.D., https://www.shabak.gov.il/SiteCollectionImages/english/TerrorInfo/coalition_en.pdf

[28] Schanzer, Jonathan, "Turkish Flotilla Charity Tied to Terrorism Again," Foundation for Defense of Democracies, January 23, 2014, https://www.fdd.org/analysis/2014/01/23/turkish-flotilla-charity-tied-to-terrorism-again/

[29] Fishman, Shammai. "Fiqh Al-Aqalliyyat: A Legal Theory for Muslim Minorities." Hudson Institute, Oct. 2006, www.hudson.org/content/researchattachments/attachment/1148/20061018_monographfishman2.pdf.

[30] Johnson, Ian. "Islamic Justice Finds a Foothold In Heart of Europe." The Wall Street Journal, 4 Aug. 2005, www.wsj.com/articles/SB112311814949504607.

[31] "Yusuf Al Qaradawi: Profile." Investigative Project on Terrorism, N.D., https://www.investigativeproject.org/profile/167/yusuf-al-qaradawi#

[32] *Ikhwan in America*. Center for Security Policy Press, N.D., https://www.centerforsecuritypolicy.org/wp-content/uploads/2016/04/Ikhwan_in_America_20160418.pdf pg. 9-11

[33] *The International Union of Muslim Scholars*. Global Muslim Brotherhood Daily Watch, N.D.,

http://www.globalmbwatch.com/international-union-of-muslim-scholars/

[34] Shideler, Kyle and Daoud, David. *Command and Control: The International Union of Muslim Scholars, The Muslim Brotherhood, and The Call for Global Intifada during Operation Protective Edge*. Center for Security Policy Press, August 14, 2014, https://www.centerforsecuritypolicy.org/wp-content/uploads/2014/08/Command_and_Control_08-21-14_12.50pm.pdf

[35] Shideler, Kyle and Daoud, David. *Command and Control: The International Union of Muslim Scholars, The Muslim Brotherhood, and The Call for Global Intifada during Operation Protective Edge*. Pg. 60

[36] Al-Saleh, Huda, "How Qaradawi's choice of successor reveals disputes among the Muslim Brotherhood." AlArabiya, November 27, 2018, https://english.alarabiya.net/en/features/2018/11/27/How-Qaradawi-s-choice-of-successor-reveals-disputes-among-the-Muslim-Brotherhood.html

[37] Zain, Mohammad. "Qaradawi steps down as head of IUMS, quits speeching, hoax?" Nov. 10, 2018, Egypt Today, http://www.egypttoday.com/Article/2/60239/Qaradawi-steps-down-as-head-of-IUMS-quits-speeching-hoax

[38] Americans for Peace and Tolerance. *The Case Against the Islamic Society of Boston*. Americans for Peace and Tolerance April, 2016, http://www.peaceandtolerance.org/wp-content/uploads/sites/4/2016/05/v2-FINAL-June-2016.pdf

[39] Siddiqi, Muzammil. "Can Zakat Funds Be Given to Construct Mosques and Islamic Centers." Islamonline, N.D., https://archive.islamonline.net/?p=687

[40] Sperry, Paul. "Authorities ignore US mosques at center of Islamic terror attacks." New York Post, July 26, 2015, https://nypost.com/2015/07/26/the-us-mosque-link-between-islamic-attacks-that-authorities-are-ignoring/ and Macedo, Diane. "Plans to Build Massive Islamic Centers Raise Concerns in Tennessee." Fox News, August 9, 2010, https://www.foxnews.com/us/plans-to-build-massive-islamic-centers-raise-concerns-in-tennessee

## Erdoğan and Cronies Enrich Themselves from Turkey-Qatari Defense Deals

**by Abdullah Bozkurt**
*Nordic Monitor*
July 15, 2021
https://www.meforum.org/62501/erdogan-enriched-from-turkey-qatari-defense-deals

*Originally published under the title "Erdoğan, his associates enriched themselves on back of Turkey-Qatari military, defense deals." The original article contains additional documentation.*

In a blatant abuse of office, Turkish President Recep Tayyip Erdoğan has been pocketing tens of millions of dollars in profits on the back of military and defense deals with Qatar, using several companies that are run by caretakers who work for him.

One such company recently identified is MDS Modern Defense Solutions (MDS Savunma Teknolojileri ve İnşaat Ticaret Anonim Şirketi). Originally



**MDS chief Ismail Karaosmanoğlu (center) with Turkish Foreign Minister Mevlüt Çavuşoğlu (left) during a recent visit to Doha, Qatar.**

headquartered in Istanbul and with a branch in Doha, the company was set up in November 2017 to enrich President Erdoğan's family ventures in defense and military industries.

According to the official declaration in trade registry filings obtained by *Nordic Monitor*, the company was licensed to operate in the military, intelligence and security sectors in Turkey and abroad. It provides military training on infiltration and enhancing special force capabilities, constructs and operates weapons and ammunition depots and services all types of contracts with army, air and naval bases. It was allowed to import and export all material necessary to pursue its stated objectives.

**MDS details according to trade registry filing with the Istanbul Chamber of Commerce. [View enlarged pdf]**

MDS was effectively run by Ismail Karaosmanoğlu, a close friend of Erdoğan's son Bilal Erdoğan and former head of the ruling Justice and Development Party (AKP) youth branches. Although it declared its capital investment as 100,000 Turkish lira ($28,000) at the time, it quickly landed a deal with the Qatari Armed Forces in March 2018 to establish a training center called BUROQ Special Marine Operations to train special forces.

The center, located in Zekreet in northwestern Qatar, is a multi-purpose training hub for an elite force that receives training in diverse fields, from parachuting to underwater offensive operations. The deal reportedly valued at $400 million stood in sharp contrast to the capabilities of MDS, which had only $28,000 in capital and no experience in the defense or military industries. It was

clear that political cover helped it secure multi-million contracts.

The firm moved its office to Ankara in August 2020, when the board of directors was reshuffled and new companies were brought in as shareholders who were actually represented by the same people. In other words, the changes were nothing more than window dressing.

According to trade records, *several firms were listed as shareholders in MDS in addition to individuals.* One is an urban planning and foreign trade firm called Doğa Şehircilik İç ve Dış Ticaret Anonim Şirketi, which is owned by İlyas Ayvacı, who was also the main shareholder when MDS was first established.

Ayvacı is close to President Erdoğan, who even attended his wedding and stood as a witness to the marriage. Ayvacı's Doğa company first came to public attention in 2004 when the government sold it a prime public property in Istanbul worth a billion dollars at a fraction of its value. He acquired the land by paying only $44 million in what was believed to be a backroom deal with Erdoğan at the time.

Two other firms, Saral Yapı İnşaat Sanayi ve Ticaret Limited Şirketi, which is run by Eyüp Ensar Saral, and Aslan Yapı ve Ticaret Anonim Şirketi, owned by Mustafa Cihad Arslan, were also listed as shareholders. They were each given a seat on the board of directors as well.

According to Said Sefa, a Canadian-based Turkish journalist, MDS and other outfits were part of grand scheme to launder money, enrich President Erdoğan's family and help facilitate funds transfers between Turkey and Qatar by various means. He claimed that an arms trade including illegal arms trafficking has been handled through MDS using its affiliates abroad.

A large number of military tenders and defense contracts were in fact offered to MDS and its affiliated firms by the Turkish Armed Forces (TSK) at inflated prices, and kickbacks from these contracts ended up in the hands of President Erdoğan and his cronies to finance various operations including Erdoğan's election campaign. Sefa believes billions of dollars have so far been stashed in Qatari banks by caretakers for Erdoğan and will be used in Turkey during election campaigns especially at a time when the Turkish economy is performing poorly.



Karaosmanoğlu is also one of the figures who were involved in paramilitary units clandestinely set up by Erdoğan for the purpose of intimidating Turkish opposition groups. In one of his tweets, Karaosmanoğlu openly admitted that he personally stockpiled weapons to equip a squad to help support Erdoğan and claimed there are hundreds of thousands like him, ready to come forward in the event Erdoğan is ousted from office.

Turkey and Qatar, both run by Islamist leadership in line with Muslim Brotherhood ideology, have forged a close alliance over years, and the Turkish military even set up a military base in Doha with plans to augment it by adding air and naval assets. Both countries funded, armed and trained jihadist groups in Syria and Libya and challenged the Saudi-Egyptian dominance in Arab affairs in the Middle East and North Africa.

**MDS chief İsmail Karaosmanoğlu is a close friend of Erdoğan s son Bilal and former head of the ruling Justice and Development Party (AKP) youth branches.**

Many deals between Turkey and Qatar have been struck over the years. For example, in hastily made arrangements in 2018, Erdoğan rushed an agreement between Turkey and Qatar through parliament for approval ahead of his decision to turn over a $20 billion tank and pallet factory to a company run jointly by his associates and the Qatari army.

The deal, the avoidance of double taxation agreement, came just in the nick of time before the Erdoğan government presented a multibillion-dollar national tank factory on a silver platter to Turkish-Qatari armored vehicle manufacturer BMC, a company run by Ethem Sancak, a member of the executive body of the ruling AKP.

Turkey and Qatar also signed a security protocol for the deployment of Turkish police units to the Gulf state during the FIFA World Cup to be held in November-December 2022 and other mega events.

**Abdullah Bozkurt, a Middle East Forum Writing Fellow, is a Swedish-based investigative journalist and analyst who runs the Nordic Research and Monitoring Network and is chairman of the Stockholm Center for Freedom.**

## Examining Qatar's Influence

**by Daniel Pipes**
_danielpipes.org_
**January 30, 2019**
https://www.meforum.org/57692/examining-qatar-influence

*The following overview was written in connection with a Middle East Forum conference, "Qatar: U.S. Ally or Global Menace," taking place in Washington, D.C. on Feb. 6, 2019. To watch it live-streamed, click here.*

Already in the mid-1990s, a playful riddle circulated among foreign-policy types: In the aftermath of the Soviet collapse, which are the world's two great powers? Answer: The United States and Qatar. In other words, the outsized ambitions of a country with a native population then numbering about 150,000, have long been apparent.



Paul Gauguin, Quand te maries-tu?

These days, Qatar's influence is no longer a riddle. It is felt from Claridge's Hotel to Paul Gauguin's *Quand te maries-tu?*, from Al Jazeera to the 2022 World Cup, from hacking efforts to bribery scandals. The government has flamboyantly balanced its external connections, symbolized by the giant Al-Udeid Air Base used mostly by American forces vs. the Qatar-Turkey Combined Joint Force Command.

In part, this remarkable record is made possible by the unique riches showered on the country's tiny population (which now stands at a bit over 300,000, or about 1 percent of the population of Shanghai). The vast North Dome gas field earns the country's subjects (as opposed to the many more numerous foreigners) a per capita income of about US$500,000, or some five times higher than the second richest state, Luxembourg.

In part too, Qatar's outsized role reflects on the nature of the country and its leadership. As in Saudi Arabia, the extremist ideology of Wahhabism dominates in Qatar, bestowing its population with a sense of purpose and ambition quite out of proportion to its size. Its recent leadership, first Emir Hamad (r. 1995-2013) and now his son Tamim (2013-), as well as their relatives and aides, indulge in an evanescent grandiosity nicely symbolized by the HAMAD name (in Latin letters) stretching one kilometer high and three kilometers wide that Emir Hamad briefly and mysteriously had etched into the sands of an island in 2010, then no less mysteriously had erased two years

later.



The sand HAMAD in its full glory.

Qatar's reach is perhaps most evident in its reported support for jihadi groups in such varied places as Iraq (Al-Qaeda), Syria (Ahrar al-Sham, Jabhat al-Nusra), Gaza (Hamas), and Libya (Benghazi Defense Brigades). In addition, Qatar supports prominent Islamist networks all around the world – including the Muslim Brotherhood in Egypt, the AKP in Turkey and Jamaat-e-Islami in Bangladesh.

In Doha, the government provides the Taliban with office space. Islamist luminaries such as the Muslim Brotherhood's spiritual leader Yusuf Al-Qaradawi and Hamas chieftain Khaled Meshaal have for decades made their homes in Doha.

In the West, Qatar's power is more cautious and thrives unchallenged. For one, it funds mosques and other Islamic institutions, which express their gratitude by protesting outside Saudi Arabia's embassies in London and Washington.

But Doha does not rely only on the Islamist diaspora in the West to advance its agenda; it also works to influence Western policymakers and the public directly.

The enormous Al Jazeera television network has become one of the world's largest and best-known broadcasters. Its English-language stations produce slick propaganda against Qatar's enemies, dressed up in Western liberal rhetoric. Al Jazeera's latest venture – its social media channel, AJ+ – is aimed at young, progressive Americans. Its documentaries on the evils of Israel, Saudi Arabia, and the Trump administration are sandwiched between glowing coverage of transgender rights campaigns and emotional appeals for the plight of asylum seekers on America's southern border – seemingly incongruous topics for a broadcaster controlled by a Wahhabi regime.

Doha also seeks to influence Western educational institutions. The regime-controlled Qatar Foundation hands tens of millions of dollars to schools, colleges and other educational institutions across Europe and North America. Indeed, Qatar is now the largest foreign donor to American universities. Its funds pay for the teaching of Arabic and lessons on Middle Eastern culture and their ideological bent is at times unashamedly apparent, as in the lesson plan in American schools titled, "Express Your Loyalty to Qatar."

Now that the Saudi, UAE, Egyptian, and other Arab governments have woken to the threat posed by Qatar, is it not time for Westerners to do so too? The Middle East Forum conference on Feb. 6, seeks to shed light on one of the world's smallest, richest, most powerful, and most sinister states, by focusing on two questions: What is the government of Qatar doing? What is its goal?

*Daniel Pipes (DanielPipes.org, @DanielPipes) is president of the Middle East Forum.*

## Exclusive: Qatar Funds Al-Qaeda-Connected Group in Turkey

**by Abdullah Bozkurt**
*Nordic Monitor*
**December 9, 2021**
https://www.meforum.org/islamist-watch/62860/exclusive-qatar-funds-al-qaeda-connected-group-in

A Turkish charity outfit, flagged by the UN Security Council for links to al-Qaeda, received millions of dollars from a Qatari charity, also accused of sponsoring terrorism, according to leaked data obtained by *Nordic Monitor*.

The Istanbul-based Foundation for Human Rights and Freedoms and Humanitarian Relief (İnsan Hak ve Hürriyetleri ve İnsani Yardım Vakfı, or IHH), a charity that works with Turkish intelligence agency MIT, received 85.2 million Qatari riyals ($23.4 million at today's exchange rate) between 2012 and 2018.



**Ali bin Khalid al Hajri, president of project management at Qatar s Eid Charity, delivers a speech in the Turkish border town of Reyhanlı before sending IHH trucks to Syria in June 2013.**

The funding, provided in 81 tranches over four years by the Sheikh Eid Bin Mohammad Al Thani Charitable Association, also known as Eid Charity, started a year after a civil conflict broke out in Syria, where the Islamist government of President Recep Tayyip Erdoğan has funded and armed rebels including violent jihadist groups to topple the Bashar al-Assad regime. The funding, the bulk of which was aimed at financing the IHH's operations in Turkey and Syria, helped bankroll the organization's global operations in Europe, Southeast Asia and Africa as well as in Latin America.

The leaked data was obtained by the Middle East Forum, a Philadelphia-based think tank, and shared with *Nordic Monitor*. Eid Charity funded not only the IHH but also many other Islamist organizations around the world, some with links to terrorist groups.

In the Turkish case, with the help of Qatari cash, the IHH focused on countries like Myanmar, Philippines, Cameroon, Bangladesh and Nepal in Southeast Asia, while Muslim groups in Colombia, Haiti, Ecuador and Peru were also wooed by the IHH and listed as recipients of funding in Latin America. At one point, the IHH also sent funds to Europe, ostensibly to help displaced Syrian refugees there. In Africa, IHH operations in Egypt and the Central African Republic (CAR) were funded by Qatar as well.

Both the IHH and Eid Charity were accused of financing terrorism, especially al-Qaeda operations in various parts of the world.

Over the years evidence has emerged to indicate that the IHH provided logistical support to

**Screenshot from the data leak that shows Eid**

**Charity s funding of the Turkish IHH charity, along with many others around the world.** various Islamist jihadist groups including al-Qaeda and the Islamic State in Iraq and Syria (ISIS). The first serious charges against the network of this highly controversial charity were filed by a Turkish prosecutor in January 2014 after a police investigation uncovered that the IHH had smuggled arms to al-Qaeda-affiliated jihadists in Syria.

The criminal investigation, conducted by a prosecutor in Turkey's eastern province of Van, led to the IHH when wiretaps and surveillance revealed that the Kayseri and Kilis branches of the organization were sending funds and medical and household supplies to jihadists in Syria with the help of Turkey's National Intelligence Organization (MIT), which is run by President Erdoğan's close confidant Hakan Fidan, an Islamist figure.

The prosecutor's conclusion was that the NGO took part in the scheme knowing full well what it was involved in. It was not random or individual participation but rather a deliberate scheme with the knowledge of the IHH's top management.

Fearing that the expansion of the probe could lead to senior figures in the IHH and expose the links to his government, then-prime minister Erdoğan quickly moved to quash it. The government dismissed and later arrested all the police chiefs and prosecutors who uncovered the IHH's clandestine dealings with jihadist groups.



**IHH operated the lead ship, the Mavi Marmara, of the 2010 Free Gaza Movement flotilla that sought to break Israel s blockade of Gaza.**

The best depiction of the IHH's clandestine work was provided by a top counterterrorism expert who had worked on terrorism for decades and investigated and monitored radical Islamist groups. At a hearing on August 16, 2016 Ali Fuat Yılmazer, former head of the police intelligence section that specialized in radical religious groups, testified that "the IHH campaigns are designed to provide aid for jihadists engaged in terrorism around the world and supply medical aid, funding, logistics and human resources for jihadists."

Yılmazer added that he personally submitted detailed reports about the IHH's terrorist links to Erdoğan when he was prime minister. "I also provided very comprehensive reports to the prime minister on this issue at the time. These reports are also filed in the archives of the [Turkish] state. It [the IHH] is one of the leading organizations when it comes to al-Qaeda activities around the world," he said in court.

The IHH's links to ISIS were also proven in a court case in Turkey. According to the testimony of a Turkish woman named Merve Dündar, the wife of ISIS militant Mahmut Gazi Dündar, both of whom were listed as suspected ISIS suicide bombers and placed on a watchlist, the IHH channelled logistical supplies to people who live in ISIS-controlled cities and towns. "We were living in ISIS territory, and my husband wasn't working in Syria. We were distributing [IHH-provided] supplies to the needy," she told the court in a hearing on June 10, 2021.

*Nordic Monitor* previously reported that the IHH also sent arms to Islamist groups in Libya, using a ship to deliver humanitarian supplies. The problems encountered by the ship while delivering arms were sorted out by Turkish diplomats posted to Libya.

A damning revelation of the IHH's terrorist activities was made by Russia in 2016. According to intelligence documents submitted to the UN Security Council on February 10, 2016, Russian Ambassador Vitaly Churkin, the then-permanent representative to the UN, revealed Russian intelligence documents that even furnished the license plate numbers of trucks dispatched to Syria by the IHH loaded with arms and supplies bound for jihadist groups including the Nusra Front.



**Ali bin Abdallah al-Suwaidi (left), general manager of Eid Charity, with IHH President Fehmi Bülent Yıldırım in April 2016 in Turkey's border province of Hatay.**

It is no surprise that the IHH's Qatari paymaster, Eid Charity, is also a subject of controversy over its links to terrorist groups. According to the Carnegie Endowment for International Peace, it is "probably the biggest and most influential activist Salafi-controlled relief organization in the world." Its founder Abdulrahman al-Nuaimi was labelled as a Specially Designated Global Terrorist (SDGT) by the US Department of the Treasury on December 18, 2013. The Treasury stated that al-Nuaimi facilitated significant financial support for al-Qaeda in Iraq, Somalia and Yemen and served as an interlocutor between al-Qaeda leaders in Iraq and Qatar-based donors.

On September 23, 2014 the UN Security Council's Al-Qaida Sanctions Committee also added his name to its list of individuals and entities subject to targeted financial sanctions, a travel ban and an arms embargo. Several other Eid Charity officials were also accused of sponsoring terrorism.

Al-Nuami worked closely with Ali bin Abdallah al-Suwaidi, another Qatari national and the general manager of Eid Charity. In June 2017 al-Suwaidi was designated as terrorist financier in a joint list drawn up by Saudi Arabia, Egypt, the United Arab Emirates and Bahrain.

Eid Charity is not the only Qatari organization that sent funding to the IHH. Qatar Charity, the Foundation Sheikh Thani Ibn Abdullah for Humanitarian Services (RAF), the Qatar Red Crescent and several others also financed the IHH's global operations.

**Abdullah Bozkurt, a Middle East Forum Writing Fellow, is a Swedish-based investigative journalist and analyst who runs the Nordic Research and Monitoring Network and is chairman of the Stockholm Center for Freedom.**

## Failed Smuggling Illustrates Hamas' Frustration in Gaza Plans

by Seth J. Frantzman
*The Jerusalem Post*
**February 4, 2020**
https://www.meforum.org/60373/failed-smuggling-illustrates-hamas-frustration-in



The isolation of Hamas, which Israel has accomplished over the last decade and a half, was illustrated on Tuesday when Israel revealed that three months ago it intercepted a small vessel attempting to smuggle arms to Gaza.

While it is not known what materiel was found on board, the size of the vessel and the infrequency of reports like this indicate a larger regional picture for Hamas. It is isolated, and its recent decision to send Ismail Haniyeh on a world tour is part of its attempt to pursue a diplomatic-political track due to its failure on the battlefield.

Twenty years ago, Hamas was nearing the peak of its power. Its engineers were expert bomb makers. Its leaders were railing against Israel. Yahya Ayyash, the engineer, had been killed, but Khaled Meshaal had survived an assassination attempt. Hamas was pretending it represented a different path than Fatah and the leaders in the Palestinian Authority. It would resist and destroy Israel, whereas the PA was working on Oslo.

**In the early 2000s, Hamas, like Hezbollah, had watched Israel withdraw from southern Lebanon and believed time was on its side.**

Hamas appeared strengthened by the Second Intifada, growing its networks in Gaza and the West Bank. Like Hezbollah, it had watched Israel withdraw from southern Lebanon and believed time was on its side. Then Israel killed Salah Shehade in 2002, Ibrahim al-Makadmeh the following year and then Ahmad Yassin, Adnan al-Ghoul and Abdel Aziz al-Rantisi in 2004, Abu Zakara al-Jamal and others in 2009 and Mahmoud al-Mabhouh in 2010.

Hamas bounced back from these killings by winning Palestinian elections and taking over Gaza in 2006. But it was increasingly frustrated in its attempts to import rockets and defeat Israel's Iron Dome

**Since the 2014 war, Hamas has lost its tunnels, and Israel has found a way to foil the tunneling problem.**

after 2009. Chaos in Sinai after the Egyptian Revolution in 2011 helped it a bit, but a crackdown in Egypt after 2013 strangled it. Since the 2014 war, Hamas has lost its tunnels, and Israel has found a way to foil the tunneling problem almost hermetically.

What can Hamas do? The last years have seen the use of civilian protests and around 2,600 rockets fired (some by Palestine Islamic Jihad as well).

But Hamas has begun thinking about a long-term ceasefire. Gaza has been receiving paltry amounts from Qatar, and Hamas knows that international support is not forthcoming.

What it does have is some meetings in Turkey and discussions with Qatar, Malaysia and Iran. But the era of its powerful military wing, Izzadin al-Qassam, is largely over. Its attempt to leverage military failure to political and diplomatic success has been frustrated in the West Bank and elsewhere.

This isn't to say Hamas has nothing left in its arsenal. It is due to Israel's daily security struggle to prevent a resurgence that it has been kept the way it is. But even Israeli and Egyptian calculations have seen Haniyeh enter into his recent diplomatic offensive, traveling to Turkey, Malaysia, Qatar and back to Turkey and wherever else he thinks he might momentarily find a welcome.

**Hamas' arsenal seems greatly reduced compared to the glory days when ships like the Karine A and Francop were intercepted by Israel smuggling weapons destined for Israel's enemies.**

Iran would like to use Hamas and Islamic Jihad against Israel. But the days when rockets and engineers poured across Sinai and when smuggling could really be a game changer in Gaza appear in the past. Hamas has anti-tank Kornet missiles and rockets. But its arsenal seems greatly reduced compared to the glory days when ships like the Karine A and Francop were intercepted by Israel smuggling weapons destined for Israel's enemies.

Compare the cargo of the Karine 1, some 50 tons of weapons; or the Francop's estimated 3,000 Katyusha rockets, with what is being smuggled today.

Hamas's inability to put together major military operations and its use of civilians for a year and half of protests at the Great March of Return weekly border protests point to its decision to reduce tensions is due to frustration and challenges.

Hamas has ruled Gaza for a decade and a half. That's a long time. It has nothing to show for that rule. Gaza remains under blockade. It has no real international support, at least not

**Hamas has ruled Gaza for a decade and a half, and has nothing to show for that rule.**

much that Hamas can profit off of. Hamas hasn't been able to transform itself into a Hezbollah or a Taliban. It also hasn't become a successful Muslim Brotherhood regime, capturing the state the way other parties rooted in the Brotherhood have tried to do so in Egypt or Turkey.

It hasn't become welcomed into the halls of the Mukata in Ramallah either. It can't decide if it is a terrorist organization or a political one. It can't put down the gun, or it will feel betrayed and outflanked. It can't put down the politics, or it will lose Gaza. Instead it ossifies. Its leaders grow older, and its young men don't remember the days when they could travel to Israel or have rallies in the West Bank. The greatest symbol of that ongoing failure may be the small boat intercepted three months ago.

**Seth Frantzman, a Middle East Forum writing fellow, is the author of _After ISIS: America, Iran and the Struggle for the Middle East_ (2019), op-ed editor of _The Jerusalem Post_, and founder of the Middle East Center for Reporting & Analysis.**

## Should the FBI Investigate Alleged Qatari Bribery Scheme?

by Oren Litwin

November 25, 2019

https://www.meforum.org/59972/fbi-must-investigate-qatari-bribery-scheme



Explosive testimony given in a Federal Court accusing Representative Ilhan Omar of taking bribes from Qatar in exchange for leaking sensitive intelligence and influencing U.S. policy should be investigated by the FBI.

If these accusations are correct, they should serve as a warning bell for the United States and for anyone who cares about the effects of U.S. policy on the world. Selling access to power to the patrons of

**Qatari spymaster Mohammad Al-Masnad reportedly boasted of bribing politicians and journalists across America, with Rep. Ilhan Omar allegedly the "jewel in the crown."**

the Muslim Brotherhood cannot be laughed off as a trivial matter, but must be investigated with the full force of the law.

According to prominent businessman Alan Bender in a legal deposition last month, Qatari spymaster Mohammad Al-Masnad boasted of bribing politicians and journalists across America, and incorporating them into a vast campaign of disinformation and propaganda. Rep. Omar is allegedly the "jewel in the crown," and actively recruits other elected officials into Qatar's scheme, Bender said in sworn testimony, revealed by Al Arabiya English.



Alan Bender

A certain level of "dirty politics" is a hazard of any government, democracies included. And American democracy is particularly vulnerable, since the U.S. Constitution protects the rights of citizens to petition their officials and lobby for changes. If citizens decide that they can more effectively advocate for change by hiring a professional to meet with officials on their behalf, there is nothing wrong with that. And thus we get lobbyists, who make money from their ability to access politicians and change their minds.

And it is only natural that foreign governments would hire lobbyists as well, or otherwise try to influence elected officials. American policy has tremendous effects across the world, for good and ill. There is too much at stake for a government not to fight for a place at the table. So when Qatar was cut off by its GCC neighbors in 2017— at one point threatening the survival of the ruling regime itself — no one can blame them for trying their hardest to get America on its side.

**There is a world of difference between persuasion and bribery.**

But we needn't blame criminals to convict them of crimes. There is a world of difference between persuasion and bribery, which is why offering bribes is just as illegal as taking them. If Qatari agents (or

anyone else, for that matter) stepped over the line into bribery, we need to uncover their schemes and punish them.

And we certainly can blame those politicians and journalists who go beyond the usual favor-trading, and sell their legitimate authority for pay. When elected officials choose to accept bribes from a foreign power that does not have their country's interests at heart, they are allowing their greed to pervert American policy and even to destroy lives. This is particularly true when taking bribes from Qatar, which has a long history of supporting the Muslim Brotherhood, Al Qaida and other violent groups.

If Bender's accusations are true, Rep. Omar's offense is even worse. Bad enough to satisfy your personal greed by changing your own votes, or passing classified data, with all the contempt for your constituents that such corruption would imply. But to actively recruit other lawmakers to betray their voters and their country turns you from a mere participant in crime into a conspirator. The FBI must investigate thoroughly—if for no other reason than to remove the cloud of suspicion from Rep. Omar's head if she is innocent.

**Omar allegedly recruits other elected officials into Qatar's influence operation**

The massive Qatari influence operation in the West is becoming more widely understood as time goes on. But we mostly know about the legal, public steps that Qatar has taken. If even small elements of Bender's testimony are accurate, then there is a whole underworld of criminal corruption still to uncover. The lawsuit against Sheikh Khalid Al-Thani, a member of the Qatari royal family who is accused of mistreating American employees and even ordering them to commit murder, is an important first step.


Sheikh Khalid Al-Thani

Bender claims that Sheikh Khalid and his American company, KH Holdings, were important nodes in Qatar's bribery network. Khalid is currently being kept in Qatar, away from American law enforcement, but his company's dealings in the United States ought to be an open book to investigators. Any records that can be recovered from or about KH Holdings—money transfers, gifts of property, sponsored travel or vacations—may prove crucial in revealing the web of corruption that Bender alleges. And if public figures are proven to take foreign money to influence our policies, they belong in jail, not in office.

As a country, we depend on our elected officials to uphold American interests first and foremost. If there is any danger of corruption at the highest levels of government, our law-enforcement officials need to expose it to the sunlight and protect the integrity of American politics. Otherwise, the entire world will be at the mercy of whichever foreign power has the biggest briefcase of cash, and the biggest address book of corrupt politicians. If such concerns warrant impeaching a President over, they warrant investigating members of Congress as well—starting with Ilhan Omar.

**Oren Litwin is a fellow at Islamist Watch, a project of the Middle East Forum.**

## Hidden Saudi and Qatari Funding Distorts Middle East Studies

by Raymond Ibrahim

November 25, 2020
https://www.meforum.org/campus-watch/61808/foreign-funds-subvert-american-universities

A recent governmental report exposes the "purchased" influence foreign nations have on America's most prestigious universities and, as a result, on what America's current and upcoming generations of analysts and policymakers will think and believe.

More than one-third of the nearly $20 billion in foreign donations and contracts made to American universities between just 2014 and 2020 were never disclosed as required by federal law, according



**More than one-third of the nearly $20 billion in foreign donations and contracts made to American universities between 2014 and 2020 was never disclosed as required by federal law.**

to "Institutional Compliance with Section 117 of the Higher Education Act of 1965," a Department of Education report released on October 20, 2020.

Among those "gifts" were more than $3 billion from the Muslim Brotherhood's number one state backer, Qatar; more than $1.1 billion from the chief disseminator of "radical" Islamic ideology, Saudi Arabia; and nearly $1.5 billion from China.

According to the report:

> [A]t least some of these foreign sources are hostile to the United States and are targeting their investments (i.e., 'gifts' and 'contracts') to project soft power, steal sensitive and proprietary research, and spread propaganda. Yet, the Department is very concerned by evidence suggesting the higher education industry's solicitation of foreign sources has not been appropriately or effectively balanced or checked by the institutional controls needed to meaningfully measure the risk and manage the threat posed by a given relationship, donor, or foreign venture.



**An advertisement for the March 2019 Duke-UNC "hate fest."**

This new report follows earlier initiatives. In March 2019, an event described as a "Three-Day Anti-Israel Hate-Fest," was sponsored by the University of North Carolina's Center for Middle East and Islamic Studies and the Duke-UNC Consortium for Middle East Studies. Following this event, the Department of Education warned the Consortium, in a letter dated August 29, 2019, to stop misusing federal grants by advancing "ideological priorities."

According to the letter:

> The Duke-UNC CMES appears to lack balance as it offers very few, if any, programs focused on the historic discrimination faced by, and current

circumstances of, religious minorities in the Middle East, including Christians, Jews, Baha'is, Yadizis, Kurds, Druze, and others. Also, in your activities for elementary and secondary students and teachers, there is a considerable emphasis placed on the understanding the positive aspects of Islam, while there is an absolute absence of any similar focus on the positive aspects of Christianity, Judaism, or any other religion or belief system in the Middle East. This lack of balance of perspectives is troubling.

Similarly, a 2018 report found that "elite U.S. universities took more than half a billion dollars" from Saudi Arabia in gifts and donations between 2011 and 2017; as far back as 2005, Georgetown and Harvard each received $20 million "to support Islamic studies on their respective campuses."

Here the question arises: why would a nation such as Saudi Arabia -- which treats women like chattel, teaches Muslims to hate all non-Muslims, arrests and tortures Christians "plotting to celebrate Christmas"; a nation that has crack units dedicated to apprehending witches and warlocks -- become a leading financial supporter of America's liberal arts?

**Foreign donors can influence what students are taught about the Middle East and Islam.**

The answer would seem to be so that the foreign donors can influence what students are taught about the Middle East and Islam. The new report's concerns, for example, regarding Georgetown University's Prince Alwaleed Bin Talal Center for Muslim-Christian Understanding, which are paradigmatic of its overall concerns, are worth quoting at length:

[T]he Center could advance Islamic ideology in a fashion that belittles opposition, threatens academic integrity, and improperly influences future civil servants. The Center also received criticism for deceptively labeling itself as pluralistic; according to critics, the 'Christian' studies portion of the Center was a 'misnomer' as there was no Christian representation. Additional worries spawned from Saudi Arabian infiltration of an institution commonly known to siphon graduates into government employment. Such concerns were salient because the Saudi Arabians had communicated that their money would 'follow' the Center's first Director. This strategy of funding a particular director [John Esposito] is concerning, as it would allow a foreign government unduly to guide the Center's content.

This donation empowered the Saudi Arabian government to advance a particular narrative about Islamic society to the West via a legitimate Western institution like Georgetown University...

The Saudi Arabian government had successfully impacted American foreign policy thinking through money alone. The Saudi Arabian government invested significantly into the dissemination of its favored ideological views at Georgetown University and several other U.S. academic institutions. Prince Alwaleed has made considerable international donations and has conducted similar soft power operations by creating Islamic studies centers at the University of Cambridge and Edinburgh University located in the United Kingdom, for examples. Prince Alwaleed's controversial and political past, ranging from anti-Zionism to handsomely rewarding Saudi Arabians who participated in Yemen bombing raids, shadows him and his donations.

Prince Alwaleed's agreement with Georgetown exemplifies how foreign money can advance a particular country's worldview within U.S. academic institutions — influence that has often remained undisclosed to American taxpayers as required by Section 117.

While raking in and failing to report on these billions in foreign "gifts," these same universities "depend on direct and indirect subsidies from U.S. taxpayers, including through Federal student loans that have encumbered Americans with staggering debt loads, to operate," the report states. Even so, "the evidence suggests institutional decision-making is generally divorced from any sense of obligation to our taxpayers or concern for our American national interests, security, or values."

In all spheres of life, education is an indicator of the potential for success; its opposite, ignorance -- or worse, indoctrination in falsehoods -- is an indicator of potential failure. The reason U.S. foreign policy in the Middle East has traditionally tended towards disaster may partly be -- in

> American policymakers and their advisors are products of programs in which benefactors are hostile to the U.S.

addition to the elixir of wishful thinking -- because policymakers and the advisors and analysts on whom they rely are products of programs in which benefactors are hostile to the United States.

**Raymond Ibrahim is the Judith Friedman Rosen Fellow at the Middle East Forum.**

## Former Diplomat And Top Kamala Harris Campaign Advisor Acts As Mouthpiece For Terror-Supporting Qatar

by Oren Litwin
_Daily Wire_
November 13, 2019
https://www.meforum.org/islamist-watch/59898/former-diplomat-and-top-kamala-harris-campaign



We are only now beginning to understand the true extent of Qatar's long campaign to subvert the American political establishment, to advance its own interests and those of close allies Iran and Turkey. It seems like every passing month reveals more public figures working to advance the Qatari agenda. The latest to be make headlines is former U.S. Ambassador to Qatar Dana Shell Smith, a senior foreign-policy advisor to the Kamala Harris presidential campaign.

Following the killing of ISIS leader Abu Bakr al-Baghdadi, Smith raised eyebrows when she objected on Twitter to President Trump's pitiless description of Baghdadi's death. She wrote: "This gruesome, vivid and probably exaggerated description of dogs chasing down Baghdadi will endanger our personnel in the region.... When bin Laden was killed, we were careful to be clear that he had been given a proper Muslim burial."

To be sure, she added that, "The killing of Baghdadi was unquestionably good and necessary." But her larger objection was met with scorn by many who found it hard to believe that Smith wanted due honors given to a violent murderer and rapist like Baghdadi.

Why, then, does Smith care so much about Baghdadi's dignity?

Possibly it is not she who cares, but her friends in Qatar. Despite their claims of moderation, many Qataris actually support ISIS. A 2014 study found that 47% of Qatari Arabic-language social-media messages discussing ISIS were supportive—the highest percentage in the world. And this is just one instance of Qatar's long history of supporting extremists, including al-Qaida and Hamas.

Normally one wouldn't assume that an ex-diplomat would parrot the opinions of her former host country. But Smith's case is special. She has a long history of advocating for the interests of Qatar. Earlier this year, investigative journalist Daniel Greenfield published a detailed exposé of Smith's long history of advancing Qatari foreign policy—even while serving as U.S. ambassador.

Canadian businessman Alan Bender went further. Bender, who had spoken with high-

level Qatari officials, said that Smith was being paid by Qatar through her consulting firm Decibel Strategy LLC—which Bender described as "her fake company in the US." (The company has no public presence and does not describe its clients or services.)

Smith is not the only former diplomat to be working for Qatar's interests. Even if we stick to public data, several former ambassadors have gone so far as to openly take Qatari money.

The list is impressive. Former U.S. ambassador to Qatar (1995-1998) Patrick Theros was the long-serving president of the US-Qatar Business Council, and also was one of the first board members of Qatar Foundation International. Amb. Chase Untermeyer (2004-2007) did business consulting for U.S. firms operating in Qatar, before becoming the founding chairman of the Qatar-America Institute in 2017. And Amb. Joseph LeBaron (2008-2011) is now vice-chair of Daruna, a firm providing housing for migrant workers in Qatar, the chairman of which is Qatari royal family member Shaikh Nasser Al-Thani; LeBaron also became a senior advisor to Squire Patton Boggs, which has lobbied for Qatar since 1994.

Other public figures known to have taken Qatari money include Rudy Giuliani and dozens of lobbying firms in Washington. And Qatar-financed lobbyists Nick Muzin and Joey Allaham were the point-men in a controversial Qatari campaign to target some 250 "influencers" in and around the Trump administration, at least some of whom were handsomely paid themselves as a result. Qatar paid the pair $3 million for that effort, and another $3.9 million for "foster[ing] dialogue" with American business leaders.

It's not illegal to take foreign money, as long as it is properly disclosed. But if Smith or Decibel Strategies is indeed being paid by Qatar, she has not disclosed it in a Foreign Agent Registration Act (FARA) filing—though she is mentioned in other entity filings, having met with Qatar lobbying firm Squire Patton Boggs several times while ambassador.

Whether or not Smith is actually on the Qatari payroll, she appears to be participating in a massive and well-funded effort by Qatar to subvert our foreign policy. This broad-spectrum effort includes hundreds of millions of dollars paid to our universities, for which Qatar has gotten valuable quid pro quos; the extensive propaganda operations of regime-owned Al Jazeera, which have sparked calls from lawmakers to make it disclose its activities under FARA; and the well-publicized corrupting of major think tanks such as the Brookings Institute. And that's merely the legal elements of Qatar's plan.

Qatar has every right to advocate for its interests, and even to hire American figures to make its case. But there is a difference between advocacy and corruption. American foreign policy needs to be built around America's interests, not those of foreign countries with large bankrolls.

*Dr. Oren Litwin is a Fellow for Islamist Watch, a project of the Middle East Forum*

## Gulf States vs. Iran and Arab League on 'Deal of Century'

by Seth J. Frantzman
*The Jerusalem Post*
**February 3, 2020**
https://www.meforum.org/60368/gulf-states-vs-iran-and-arab-league-on-deal



Gulf states that are open to US President Donald Trump's "Deal of the Century" must walk a complex line today amid Iran's calls for regional resistance against the deal and the Arab League's rejection of it.

When Trump rolled out the "Peace to Prosperity" deal on January 28, there was a lot of buzz about some Arab states being amenable to the deal. These appeared to include Oman, Bahrain, the United Arab Emirates and Saudi Arabia. The first three are states that have shown more warmth toward Israel in the last several years. For instance, Prime Minister Benjamin Netanyahu visited Oman in 2018, and several other Israeli ministers have visited the UAE or planned to visit. Bahrain also hosted the economic aspect of the peace plan rollout in 2019.

**Can Israel get any kind of normalization without embracing a Palestinian state or withdrawing from the West Bank?**

Every month in the last years brought some evidence of warming relations between Israel and the Gulf. Even Qatar, which sends funding to Gaza via Israel, has done outreach in the last years to pro-Israel voices. But the elephant in the room was always direct meetings and normalization. Can Israel get any kind of normalization without embracing a Palestinian state or withdrawing from the West Bank? The Arab peace initiative put forward in 2002 envisioned peace to come through Israeli withdrawal. Israel already had some limited relations with the Gulf in the 1990s.

During the peace plan announcement, several Gulf states were mentioned and thanked for their apparently helpful role or flexibility. These included Oman, Bahrain and the UAE. Pro-Iranian media sought to emphasize that some Arab governments, termed "traitors" or "reactionaries," had backed the deal. In addition, Turkey portrayed its rulers as rallying against the deal and seeking to save Jerusalem. Turkey's Recep Tayyip Erdogan hosted Hamas over the weekend to show he was standing against Trump's deal.

With media like Middle East Monitor claiming that "major Arab states support, Turkey rejects deal of the century," and with Iranian voices speaking out, the rhetorical battle lines were drawn in the region. Middle East Eye also claimed that the UAE and Saudi Arabia backed Trump's deal. The reality was more muted. While Bahrain, UAE and Oman envoys did attend the peace plan rollout, it was not clear if they knew all its contents or that Israeli politicians would make controversial "annexation" comments in its wake.

The Arab League, meeting four days after the deal was announced, rejected it in Cairo. The Arab League will not cooperate with the US to execute the plan. Palestinian Authority President Mahmoud Abbas, Saudi Arabia's foreign minister and the UAE's minister of state for foreign affairs were at the meeting, according to London-based newspaper *Asharq al-Awsat*. The National in the UAE notes that while the plan could lead to a Palestinian state, it is not one the Palestinians accept, and it could lead to annexation. It also notes the US has closed the Palestinian diplomatic mission in Washington.

The deal is "incomplete," the UAE-based newspaper says, but it adds that Abbas's "thousand no's" are not helpful either. Another op-ed at the same media outlet says

Palestinians should abandon posturing and think tactically now. In essence, Gulf media is not outraged by the plan. They are more outraged by Turkey's role in North Africa and Hamas working with Iran. The Arab states don't want a new round of conflict and they don't want to inflame tensions. However, they want to show displeasure with some details of the plan, with hopes that the Palestinians can work with some of it.

The larger picture is Iran. Kuwait and Saudi Arabia didn't attend the US plan meeting. Kuwait has been more critical of Israel than the other Gulf states. Qatar is close to Turkey and Iran and opposes the deal. Oman has just lost its ruler Qaboos bin Said al-Said on January 10, and wants US and Iranian support. It has held frequent meetings with Iran's Foreign Minister. It wants countries to accept Israel's place in the region, but also to work towards peaceful relations with Iran and the Gulf. Bahrain and the UAE have been more close to the US position, not necessarily on normalization with Israel, but in a wider, regional context. They are also concerned about Iran's role. The US has bases in Bahrain and the UAE. Other Western powers also work closely with these countries. They want maritime security and no more Iranian tensions like the mining of oil tankers like in June 2019, or drone attacks such as in September against Saudi Arabia.

The next step will be to see if the rhetoric of the Arab League dominates, or if the reality on the ground, such as concerns about Turkey and Iran among Gulf states, takes precedence. Given the bigger picture, the broader concerns are more likely to dominate. Saudi Arabia and the UAE are concerned about Turkey's role in Libya. They also are watching US-Iran tensions in Iraq. The Israeli-Palestinian conflict is not the main issue. Both Turkey and Iran want to make the US plan an Islamic issue. Iran and Turkey have also met to discuss other "Islamic causes" such as at a recent summit in Malaysia. Both Iran and Turkey work through lobbies in the West to try to tarnish the image of the Gulf states, which is part of a much larger conflict between the regimes. Here again the Palestinian issue is more a rhetorical tool than something that matters on the ground in day-to-day issues.

**For the Gulf States, there are broader concerns, the Israeli-Palestinian conflict is not the main issue.**

There is no simplistic narrative about "support" or "opposition" to the plan in Saudi Arabia, UAE or Bahrain. There is an official narrative, but this is different from both the views of average people and from how the security establishment sees the region. The greater concerns, such as opposition to the Muslim Brotherhood and Iran's "resistance" axis in Yemen, Lebanon and Iraq, are what matter. The Qatar dispute also matters. Big economies and the future of the region are on the agenda. The Israel-Palestinian dispute is only one aspect of this.

**Seth Frantzman, a Middle East Forum writing fellow, is the author of *After ISIS: America, Iran and the Struggle for the Middle East* (2019), op-ed editor of *The Jerusalem Post*, and founder of the Middle East Center for Reporting & Analysis.**

# Top Kamala Harris Campaign Advisor Acts as Mouthpiece for Qatar

by Oren Litwin

November 13, 2019
https://www.meforum.org/60005/harris-campaign-advisor-mouthpiece-for-qatar

We are only now beginning to understand the true extent of Qatar's long campaign to subvert the American political establishment, to advance its own interests and those of close allies Iran and Turkey. It seems like every passing month reveals more public figures working to advance the Qatari agenda. The latest to be make headlines is former U.S. Ambassador to Qatar Dana Shell Smith, a senior foreign-policy advisor to the Kamala Harris presidential campaign.



**Then-Ambassador to Qatar Dana Shell Smith cuts the ribbon at the opening of the Ibn Al-Haytham Science Center in Doha in 2015.**

Following the killing of ISIS leader Abu Bakr al-Baghdadi, Smith raised eyebrows when she objected on Twitter to President Trump's pitiless description of Baghdadi's death. She wrote: "This gruesome, vivid and probably exaggerated description of dogs chasing down Baghdadi will endanger our personnel in the region.... When bin Laden was killed, we were careful to be clear that he had been given a proper Muslim burial."

To be sure, she added that, "The killing of Baghdadi was unquestionably good and necessary." But her larger objection was met with scorn by many who found it hard to believe that Smith wanted due honors given to a violent murderer and rapist like Baghdadi.

Why, then, does Smith care so much about Baghdadi's dignity?

Possibly it is not she who cares, but her friends in Qatar. Despite their claims of moderation, many Qataris actually support ISIS. A 2014 study found that 47% of Qatari Arabic-language social-media messages discussing ISIS were supportive—the highest percentage in the world. And this is just one instance of Qatar's long history of supporting extremists, including al-Qaida and Hamas.

> Dana Shell Smith has a long history of advocating for the interests of Qatar.

Normally one wouldn't assume that an ex-diplomat would parrot the opinions of her former host country. But Smith's case is special. She has a long history of advocating for the interests of Qatar. Earlier this year, investigative journalist Daniel Greenfield published a detailed exposé of Smith's long history of advancing Qatari foreign policy—even while serving as U.S. ambassador.

Canadian businessman Alan Bender went further. Bender, who had spoken with high-level Qatari officials, said that Smith was being paid by Qatar through her consulting firm Decibel Strategy LLC—which Bender described as "her fake company in the US." (The company has no public presence and does not describe its clients or services.)

Smith is not the only former diplomat to be working for Qatar's interests. Even if we stick to public data, several former ambassadors have gone so far as to openly take Qatari money.



**Other former ambassadors who have taken Qatari money include (from left) Patrick Theros, Chase Untermeyer, and Joseph LeBaron.**

The list is impressive. Former U.S. ambassador to Qatar (1995-1998) Patrick Theros was the long-serving president of the US-Qatar Business Council, and also was one of the first board members of Qatar Foundation International. Amb. Chase Untermeyer (2004-2007) did business consulting for U.S. firms operating in Qatar, before becoming the founding chairman of the Qatar-America Institute in 2017. And Amb. Joseph LeBaron (2008-2011) is now vice-chair of Daruna, a firm providing housing for migrant workers in Qatar, the chairman of which is Qatari royal family member Shaikh Nasser Al-Thani; LeBaron also became a senior advisor to Squire Patton Boggs, which has lobbied for Qatar since 1994.

Other public figures known to have taken Qatari money include Rudy Giuliani and dozens of lobbying firms in Washington. And Qatar-financed lobbyists Nick Muzin and Joey Allaham were the point-men in a controversial Qatari campaign to target some 250 "influencers" in and around the Trump administration, at least some of whom were handsomely paid themselves as a result. Qatar paid the pair $3 million for that effort, and another $3.9 million for "foster[ing] dialogue" with American business leaders.

It's not illegal to take foreign money, as long as it is properly disclosed. But if Smith or Decibel Strategies is indeed being paid by Qatar, she has not disclosed it in a Foreign Agent Registration Act (FARA) filing—though she is mentioned in other entity filings, having met with Qatar lobbying firm Squire Patton Boggs several times while ambassador.

Whether or not Smith is actually on the Qatari payroll, she appears to be participating in a massive and well-funded effort by Qatar to subvert our foreign policy. This broad-spectrum effort includes hundreds of millions of dollars paid to our universities, for which Qatar has gotten valuable quid pro quos; the extensive propaganda operations of regime-owned Al Jazeera, which have sparked calls from lawmakers to make it disclose its activities under FARA; and the well-publicized corrupting of major think tanks such as the Brookings Institute. And that's merely the legal elements of Qatar's plan.

> **Smith appears to be participating in a well-funded effort by Qatar to subvert U.S. foreign policy.**

Qatar has every right to advocate for its interests, and even to hire American figures to make its case. But there is a difference between advocacy and corruption. American foreign policy needs to be built around America's interests, not those of foreign countries with large bankrolls.

**Oren Litwin is a fellow at Islamist Watch, a project of the Middle East Forum.**

## Hedging Radical Islam

**by Ronald Sandee**
**January 30, 2019**
https://www.meforum.org/57691/hedging-radical-islam

> *The following overview was written in connection with a Middle East Forum conference, "Qatar: U.S. Ally or Global Menace," taking place in Washington, D.C. on Feb. 6, 2019. To watch it live-streamed, click* here.

The Qataris are masters of hedging. We see Doha's caution most clearly in the face of the Saudi and Emirati-led blockade, to which Qatari leaders have responded by both focusing on better relations with Iran and Turkey, while simultaneously investing lots of time and money to keep close relations with the United States.

Hedging is not only confined to Qatar's geo-political plays; it also guides Doha's relationships and influence with Muslim communities abroad, Islamist movements, and terrorist groups.

Qatar is only one of two countries in the world that subscribes to the Wahhabi current within Islam. Doha does not, however, only support Wahhabi Muslims; it is also a prominent backer of Muslim Brotherhood networks and other Salafi movements around the world.

For these various strains of Islamism, Qatar provides the patronage of a state-controlled charity. The Muslim Brotherhood is served by Qatar Charity, while the Salafists have the Sheikh Eid al-Thani Charitable Association, also known as the Eid Charity.

Both Qatar Charity and the Eid Charity are very active across Asia, Africa and Europe. For its European operations, Qatar Charity set up its own organization in London in March 2012.[1] Qatar Charity UK (QCUK) listed its first board members as Yousef al-Kuwari, the CEO of the Qatar Charity in Doha, along with the American-educated Yousef al-Hammadi, an executive at Qatari Diar – part of the Qatar Sovereign Wealth Fund structure.

After establishing an office in London, the Qatar Charity quickly expanded its activities to other parts of Europe, including France, Belgium and Italy. It began to support Muslim Brotherhood organizations in Europe that were members of the Federation of Islamic Organisations in Europe (FIOE), the Muslim Brotherhood umbrella organization. [2] Recently, Qatar Charity UK also started operations in the United States, where it is funding the building of the Memphis Islamic Centre in Tennessee, which is led by the prominent American Salafi cleric Yasir Qadhi.[3]

As QCUK embraced larger projects – particularly the financing of the building of Islamic Centers in European countries -- scrutiny of its activities grew. Consequently, boardmembers were replaced, possibly to give the organization less of a Qatari feel. Its name was even changed in 2017 to Nectar Trust Ltd.[4]

The parent organization in Doha works closely with the spiritual leader of the Muslim Brotherhood, Sheikh Youssef al-Qaradawi, and his various Doha-based organizations. The Qatar Charity also works with outspoken critics of the Saudi government. The Saudi Islamist cleric and scholar Salman al-Awda, for example, not only served as a member of Qaradawi's International Union of Muslim Scholars (IUMS) but was also appointed to manage a prominent Qatar Charity project.[5]

The more Salafi-minded Eid Charity, meanwhile, has mostly been active in Asia and Africa, but recently there has been a noticeable uptick in its activities in Europe. The charity was founded by Abd al-Rahman al-Nuaimi, who in 2013 was designated as a Specially Designated Global Terrorist (SDGT) for funding al-Qaeda in both Iraq and Syria.[6]

In Europe, the Eid Charity cooperates closely with Salafi organizations in Sweden,

Germany, the Netherlands and Kosovo; and in recent years, it has started its own projects in Kosovo, Albania, Germany and the Netherlands – spreading its radical, Islamist message throughout Europe.[7]

Abd al-Rahman al-Nuaimi is also the secretary-general of the Global Anti Aggression Campaign (GAAC). GAAC was established in response to the 2003 Iraq War. This coalition of clerics, businessmen, scholars and jihadis called on Muslims to 'resist' the Unites States and the West. According to the 225 persons who signed the founding declaration, a defensive jihad was now permitted:

> The Muslim Ummah has been subjected to vicious aggression at the hands of the forces of tyranny and oppression, especially the Zionists and the American administration led by right-wing extremists, that are working to expand their control over nations and peoples, loot their resources, to destroy their will, and to change their educational curricula and social systems.[8]

Another section calls on Muslims "to repel the aggression of our enemies with all possible legitimate means."

In 2005, another GAAC conference was held and attended by the world's leading Islamist figures. Muslim Brotherhood and Salafi scholars, activists and jihadis discussed strategies, financing and facilitation for extremists in Iraq, Syria and Gaza.

Qatar funds and coordinates the activities of GAAC, while Turkey now offers Istanbul as a venue for the annual Islamist convention.[9] In fact, Yasin Aktay, a personal advisor to Turkish President Erdogan, is the point man for GAAC and the Muslim Brotherhood.

The February 2016 conference organized by GAAC in Istanbul was titled the International Conference in Support of al-Aqsa. It drew a large crowd of Salafi activists, including jihadists. Pictures from the conference show that Ahmed Rifa'i Taha and Mohamed al-Islambouli were present and official participants. Ahmed Rifa'i Taha was one of the original signatories of the 1998 statement by the "World Islamic Front for Jihad Against Jews and Crusaders," in which Osama bin Laden declared war on the West. [10] Mohamed al-Islambouli, meanwhile, is a longtime associate of Bin Laden and al-Qaeda and is a seasoned Egyptian jihadi.

Other participants with longstanding jihadi credentials included Wagdi Ghoneim, an anti-Semitic preacher tied to Bin Laden; and the cleric Hassan bin Ali Al-Sharif al-Kettani, a leader in the Moroccan Salafi-jihadist movement and a trustee of GAAC who was imprisoned in connection with the 2003 Casablanca bombings, before being pardoned in 2011.



Rifa'i Taha, Hassan al-Kettani and Wagdi Ghoneim during the February 2016 GAAC Conference



Islambouli (left, on chair); Taha (third from right with white cap) listening to Wagdi Ghoneim.



Islambouli and Taha at the GAAC Conference.

Soon after the 2016 GAAC conference, newly-uncovered information about al-Islambouli and Taha indicated that both had become deeply involved in jihadi operations in Idlib province in Syria. Both Taha and al-Islambouli assumed operational leadership positions in the Khorassan Group, which is linked directly to Al Qaeda.[11] Just before Rifa'i Taha was hit and killed by a drone attack on April 5, 2016, it was reported that he and al-Islambouli were working to unite the two jihadist groups, Ahrar al-Sham and al-Nusra.[12] Both al-Nusra and Ahrar al-Sham, along with individuals closely associated with both organizations, were reported to have received large donations from Qatari individuals.[13]

Al-Qaeda operatives have also directly enjoyed support from prominent Qatari figures. There is evidence that a former Qatari minister of the interior invited the leading Al Qaeda operative Khalid Sheikh Mohammed (KSM) in the mid-1990s to move from Bosnia, where KSM was fighting, to come live in Qatar.[14] KSM accepted this offer, moved to Qatar and lived there a couple of years before he was tipped off by the Qataris that the Americans were seeking his arrest. KSM left the country on a Qatari passport to

Pakistan.[15]

Today, the family of Osama bin Laden live in Qatar. The 'Bin Laden Villa' in Doha houses most of the women and children of the deceased al-Qaeda founder.

Exerting influence over Muslim communities in the West, meanwhile, is a key element of Qatari soft power. Recently in London, members of the Muslim Brotherhood held pro-Qatar rallies in front of the Qatari embassy in protest of the Saudi-led blockade. As Qatar is a serious funder of the Muslim Brotherhood in continental Europe too, we can expect more support for Qatar from nonviolent Western Islamist movements as the boycott perseveres.

On the other end of the spectrum, Qatar will keep funding and supporting violent Islamist causes as well. Hamas is still being supported and funded by Qatar, as are militias in Syria linked to the Muslim Brotherhood and even al-Qaeda. In Libya, Qatar is still involved in supporting certain armed groups, and it is also now becoming more active in Somalia.

Qatar's objectives have long been to further Qatar's influence abroad, from supporting non-violent Islamists in the West, to jihadists in the East.

*Ronald Sandee is co-founder of Blue Water Intelligence and a former counter-terrorism analyst for the Dutch government.*

[1] https://beta.companieshouse.gov.uk/company/08006947

[2] http://www.globalmbwatch.com/wp-content/uploads/2015/06/The-Federation-of-Islamic-Organizations-in-Europe.pdf

[3] https://beta.companieshouse.gov.uk/company/08006947/filing-history/MzIyMTQ5MTA5NmFkaXF6a2N4/document?format=pdf&download=0

[4] https://beta.companieshouse.gov.uk/company/08006947/filing-history/MzE4OTA2NTYwNGFkaXF6a2N4/document?format=pdf&download=0

[5] https://www.menafn.com/qn_news_story_s.aspx?storyid=1094590645&title=Qatar-QC-opens-Awen-to-back-Syrian-refugees-in-Turkey&src=RSS

[6] https://www.treasury.gov/press-center/press-releases/pages/jl2249.aspx

[7] United Nations, Economic and Social Council, E/C.2/2013/R.2/Add.32, 8 April 2013;

**BATCH 33: csonet.org/content/documents/add32.pdf** Also see:
https://www.facebook.com/Eidcharityqatar/photos/a.180368065476953/672022306311524/?type=3&theater;
https://www.facebook.com/Eidcharityqatar/photos/a.180368065476953/672001356313619/?type=3&theater; https://www.volkskrant.nl/nieuws-achtergrond/liefdadigheid-of-fundamentalisme--bcbfe414/

[8] https://www.globalmbresearch.com/wp-content/uploads/2017/02/Global_Anti-Aggression_Campaign_2003-2016.pdf

[9] https://www.globalmbresearch.com/wp-content/uploads/2017/02/Global_Anti-Aggression_Campaign_2003-2016.pdf

[10] https://fas.org/irp/world/para/docs/980223-fatwa.htm

[11] https://www.longwarjournal.org/archives/2016/04/us-strikes-al-qaedas-khorasan-group-in-syria.php

[12] https://www.longwarjournal.org/archives/2016/04/us-strikes-al-qaedas-khorasan-group-in-syria.php

[13] https://www.washingtonpost.com/world/national-security/islamic-charity-officials-gave-millions-to-al-qaeda-us-says/2013/12/22/e0c53ad6-69b8-11e3-a0b9-249bbb34602c_story.html?utm_term=.3bdd4589b326; https://www.treasury.gov/press-center/press-releases/pages/jl2249.aspx

[14] 9/11 Commission Report, page 147; https://www.9-11commission.gov/report/911Report.pdf; Josh Meyer and John Goetz, Qatar's Security Chief Suspected of Having Ties to Al Qaeda, Los Angeles Times, March 28, 2003; Esad Hecimovic, Vođa napada na Ameriku 11. septembra živio u centru Sarajeva?!, Dani, January 23, 2009; https://www.bhdani.ba/portal/clanak/606/arhiva/voda-napada-na-ameriku-11-septembra-zivio-u-centru-sarajeva-

[15] Josh Meyer and John Goetz, Qatar's Security Chief Suspected of Having Ties to Al Qaeda, Los Angeles Times, March 28, 2003

# How Qatar Foundation Turns Language Class into Foreign Propaganda

**by Dr. Oren Litwin**
WND
**January 18, 2019**
https://www.meforum.org/islamist-watch/57602/how-qatar-foundation-turns-language-class-into



The Qatar Foundation International (QFI) presents itself as a friendly advocate for learning the Arabic language. But it is becoming ever clearer that QFI's deeper purpose is to advance the foreign-policy goals of the Qatari regime, which does not have American interests in mind. American educators can judiciously benefit from QFI's resources, but should beware of teacher training and student programs that contain Qatari propaganda.

Recent news reports surrounding the dubious activities of murdered journalist Jamal Khashoggi have revealed the role in the sordid affair played by QFI, the American affiliate of Qatar's immensely powerful state-development apparatus, the Qatar Foundation. QFI's ostensible purpose is to provide educational resources and funding for the study of Arabic – which makes it all the more surprising that QFI director Maggie Salem was secretly ghostwriting articles for Khashoggi and encouraging him to take a hard anti-Saudi Arabia line. This sort of direct involvement in politics would seem out of step with the goals of a language-education foundation.

QFI has gotten involved in politics before. Sometime before 2014, QFI sponsored the Arab American Association of New York, at a time when radical Islamist activist Linda Sarsour was its executive director. In July 2017, a month after Saudi Arabia and its allies severed political and economic ties with Qatar, QFI and the Qatari-regime-owned Al Jazeera jointly produced a propaganda video condemning the so-called "blockade." In November, QFI organized a panel discussion claiming that that the Gulf states' isolation of Qatar was due to "fake news," a claim that QFI's Maggie Salem explicitly endorsed on Twitter. In general, it seems that QFI often acts as an agent of influence for Qatar – which at a minimum should require it to register as a foreign agent under FARA, or risk criminal prosecution.

But why? Why does a language-learning foundation keep popping up as a political actor? Educational nonprofits are no stranger to American politics, of course, but they usually don't agitate on behalf of foreign powers. Why would QFI keep taking such risks that seem outside of its mission?

The mystery is cleared up once we realize that to Qatar, influencing American politics is the mission of QFI. Spreading Arabic-language instruction and training teachers across the country is meant to create a large pool of talented young Americans with favorable feelings toward Qatar, and the Islamic world more generally. Even better, QFI's advanced learning programs allow it to groom a cadre of motivated activists, who can be harnessed to Qatar's larger goals.

QFI does not merely assist in teaching Arabic, but evangelizes for it. Its affiliated website I Speak Arabic features an "Arabic Advocacy Kit," which includes not just resources for teaching Arabic and even founding new Arabic-language programs but an impassioned section about the many benefits of doing so. Explicitly stated among these is that learning Arabic will improve Americans' attitudes toward Arabs and Muslims, in addition to deepening their appreciation of Arabic culture.

QFI directly funds Arabic classrooms across the country with tens of millions of dollars in grants. This money is a boon to cash-strapped language programs in poorer school districts like in Tucson, Arizona, or to elite academies seeking to beef up their offerings. QFI also provides scholarship opportunities and advanced classes involving travel to Qatar itself to promising students; however, one website claims that QFI program alumni, to be eligible for further grants and advanced programs, need to remain active on QFI's private YALLAH platform. YALLAH is used, at the very least, to coordinate global activism among its members; any other activity on YALLAH remains secret.

Additionally, QFI spends tremendous resources to provide teacher training. It has partnered with some of the largest institutions in the educational world, including the Annenberg Foundation and the National Council for the Social Studies, as well as many smaller regional groups like the Green Bronx Machine or the Teacher Leadership Program hosted by U. of Texas at Austin. This is to say nothing of its growing collaborations abroad, such as with the British Council and the German-Arabic Freundschaftgesselschaft.

Unfortunately, we have already seen that along with the useful resources for teachers comes a heaping helping of Qatari propaganda. In the guise of educating teachers about the larger cultural context of the Arabic language, QFI presenters depict a version of Middle-East politics that is highly flattering to Qatar and critical of its enemies such as Saudi Arabia. Furthermore, QFI downplays the systematic support Qatar has provided to the Muslim Brotherhood, including funding actual terror operations.

And this is why QFI's activities are so problematic. Increasing Arabic-language learning would be laudable in itself; more Americans ought to know Arabic, not least so that we can better understand what actually goes on in the Muslim world and not merely swallow the distorted pictures activists foist on us. Even using classroom time to deepen students' links with other countries need not be bad; cultural exchange can be a valuable part of learning.

The problem is with Qatar specifically – a regime that promotes Islamist radicalism in order to increase its own power and influence in the Muslim world. Qatar's efforts to project cultural power – through QFI, though state-owned media company Al Jazeera, even through its corruption of international soccer (!) – are ultimately malignant because of the nature of what Qatar is promoting. And they will continue to be malignant until Qatar renounces its support for the Muslim Brotherhood and Islamist extremism.

The American educational establishment has embraced QFI with open arms. This is a mistake. Teach and learn Arabic, to be sure; benefit from the resources QFI makes available, when they come with no strings attached. But teachers must beware of Qatari propaganda masquerading as education – and not allow such propaganda to infect American classrooms.

---

*Dr. Oren Litwin is a research fellow for Islamist Watch, a program of the Middle East Forum, and oversees its Islamist Money in Politics program.*

MEF000653

# Islamic Relief and Qatar Implicated in Tunisian Terror Finance Investigation

**by Martha Lee and Sam Westrop**
*Rabwah Times*
**February 11, 2019**
https://www.meforum.org/islamist-watch/57763/islamic-relief-and-qatar-implicated-in-tunisian

A leaked report allegedly produced by the Tunisian Commission for Financial Analysis (CTAF) reveals an investigation into a prominent leader of Islamic Relief - the international Islamist charitable network founded in the U.K. and named by the United Arab Emirates as a terrorist organization - over concerns that monies given to Islamic Relief's Tunisian branch by the British parent branch, Islamic Relief Worldwide, were used to fund jihadists at the Tunisian-Libyan border.

According to the report, CTAF (which is tasked with tackling money laundering and terror finance) found that Islamic Relief Tunisia's chief bank account was found to have received a total of almost $2.5 million from Islamic Relief Worldwide as well as a prominent New York financial services firm, INTL FCStone.

From this income, the report claims that over $50,000 was spent just a few miles from the Libyan border – a jihadist hot-spot – on car rentals and purchases, hotels, fuel, and cell phones. CTAF has reportedly concluded that these expenditures provided "logistical support" for jihadists preparing to enter Libya.

CTAF also reportedly studied the bank accounts of the former Director of Islamic Relief Tunisia, Abdelmonem Daymi, his wife Hager Abdelouahed, and his brother Mounir Daymi. Investigators found that one of Abdelmonem Daymi and his wife's joint accounts had received repeated large transfers totaling $150,000, in many different currencies, from sources in the U.K, U.S, and Qatar.

Daymi is a long-standing employee of Islamic Relief. At various points, he has held senior positions in Islamic Relief Worldwide (the UK parent branch), Islamic Relief Canada and Islamic Relief Tunisia. Today, Daymi directs Islamic Relief's operations in Lebanon. Despite having left Islamic Relief Tunisia in 2015, CTAF investigators reportedly concluded that Daymi retained control over Islamic Relief Tunisia's bank accounts.

Daymi is also the founder and former director of the Tunisia Charity, which serves as an arm of the Qatar Charity, which itself is funded and controlled by the Qatari regime. According to Tunisian media, Tunisia Charity was one of three organizations in Tunisia given access to $7.5 million of funding by the Qatari regime. In 2017, Tunisian lawmakers accused the Tunisia Charity of funding terrorism and called for an investigation.

Although Daymi resigned as director of Tunisia Charity in 2014, his wife, Hager Abdelouahed, remains an employee of the Qatari-controlled charity. Abdelmonem's brother Mounir Daymi, meanwhile, is a director of Al Jazeera, Qatar's enormous regime-controlled international media network.

Abdelmonem Daymi's other brother, meanwhile, is Imed Daymi, one of the country's most prominent politicians. He recently served in a coalition government with the Islamist Ennahda Party – a branch of the Muslim Brotherhood. Although he leads a separate political party (Congress for the Republic), Daymi is described in Arabic media as an "ally of Ennahda." In 2013, Daymi flew to Qatar with Rachid Ghannouchi, co-founder of Ennahda and one of the world's leading Islamist thinkers, to meet with the Qatari Emir.

Following media furor over the allegations against Islamic Relief and the Daymi family, Imed Daymi and other Islamist politicians condemned the allegations as conspiracy theories. CTAF has since denied publishing or leaking any information about the investigation, but it has pointedly refused to deny that the report exists, only stating that it hands its findings "exclusively to the Public Prosecutor's office."

Despite receiving over $80 million from Western taxpayers over the past decade, a growing number of governments and financial institutions have accused the Islamic Relief franchise of involvement with Islamist extremism and terror. In 2014, the United Arab Emirates designated Islamic Relief Worldwide as a terrorist organization; in 2016, the banking giant HSBC shut down Islamic Relief's accounts, following a similar decision made by UBS four years earlier; that same year, German and Swedish governments named Islamic Relief as a proxy for the Muslim Brotherhood; and in 2017, the Bangladeshi government banned Islamic Relief from working with Rohingya refugees over reported radicalization fears.

In 2018, the Middle East Forum published a comprehensive report uncovering new evidence linking Islamic Relief to charitable associations controlled by the Palestinian terrorist movement Hamas, and revealing that Islamic Relief's U.S. branch had been the subject of a secret federal investigation in the United States. Members of Congress have since launched an inquiry into the details of this investigation.

And in Egypt, state prosecutors have argued, in the re-trial of leading figures in the deposed Morsi government, that the short-lived Muslim Brotherhood regime used Islamic Relief to fund Islamist groups in Egypt as well as foreign terrorist organizations, using funds from international Islamic Relief branches and the Qatar Charity. One of Morsi's co-defendants and his former senior advisor, Essam El-Haddad, is the co-founder of Islamic Relief.

Now that Tunisian investigators are homing in on the activities of Muslim Brotherhood-linked, Qatar-backed charitable organizations in North Africa, it looks increasingly likely that supervising Islamic Relief officials in London and D.C. will also have to deal with questions of their own, in the face of growing concern from Western policymakers, law enforcement, and the taxpayers.

*Sam Westrop is Director of Islamist Watch, a project of the Middle East Forum; Martha Lee is a writer for the Middle East Forum.*

## Islamic Relief and Qatar Implicated in Tunisian Terror Finance Investigation

**by Sam Westrop and Martha Lee**
*Rabwah Times*
**February 9, 2019**
https://www.meforum.org/57777/islamic-relief-qatar-tunisian-terror



A leaked report allegedly produced by the Tunisian Commission for Financial Analysis (CTAF) reveals an investigation into a prominent leader of Islamic Relief – the international Islamist charitable network founded in the U.K. and named by the United Arab Emirates as a terrorist organization – over concerns that monies given to Islamic Relief's Tunisian branch by the British parent branch, Islamic Relief Worldwide, were used to fund jihadists at the Tunisian-Libyan border.

According to the report, CTAF (which is tasked with tackling money laundering and terror finance) found that Islamic Relief Tunisia's chief bank account was found to have received a total of almost $2.5 million from Islamic Relief Worldwide as well as a prominent New York financial services firm, INTL FCStone.

From this income, the report claims that over $50,000 was spent just a few miles from the Libyan border – a jihadist hot-spot – on car rentals and purchases, hotels, fuel, and cell phones. CTAF has reportedly concluded that these expenditures provided "logistical support" for jihadists preparing to enter Libya.

CTAF also reportedly studied the bank accounts of the former Director of Islamic Relief Tunisia, Abdelmonem Daymi, his wife Hager Abdelouahed, and his brother Mounir Daymi. Investigators found that one of Abdelmonem Daymi and his wife's joint accounts had received repeated large transfers totaling $150,000, in many different currencies, from sources in the U.K, U.S, and Qatar.

Daymi is a long-standing employee of Islamic Relief. At various points, he has held senior positions in Islamic Relief Worldwide (the UK parent branch), Islamic Relief Canada and Islamic Relief Tunisia. Today, Daymi directs Islamic Relief's operations in Lebanon. Despite having left Islamic Relief Tunisia in 2015, CTAF investigators reportedly concluded that Daymi retained control over Islamic Relief Tunisia's bank accounts.

Daymi is also the founder and former director of the Tunisia Charity, which serves as an arm of the Qatar Charity, which itself is funded and controlled by the Qatari regime. According to Tunisian media, Tunisia Charity was one of three organizations in Tunisia

given access to $7.5 million of funding by the Qatari regime. In 2017, Tunisian lawmakers accused the Tunisia Charity of funding terrorism and called for an investigation.

Although Daymi resigned as director of Tunisia Charity in 2014, his wife, Hager Abdelouahed, remains an employee of the Qatari-controlled charity. Abdelmonem's brother Mounir Daymi, meanwhile, is a director of Al Jazeera, Qatar's enormous regime-controlled international media network.

Abdelmonem Daymi's other brother, meanwhile, is Imed Daymi, one of the country's most prominent politicians. He recently served in a coalition government with the Islamist Ennahda Party – a branch of the Muslim Brotherhood. Although he leads a separate political party (Congress for the Republic), Daymi is described in Arabic media as an "ally of Ennahda." In 2013, Daymi flew to Qatar with Rachid Ghannouchi, co-founder of Ennahda and one of the world's leading Islamist thinkers, to meet with the Qatari Emir.

Following media furor over the allegations against Islamic Relief and the Daymi family, Imed Daymi and other Islamist politicians condemned the allegations as conspiracy theories. CTAF has since denied publishing or leaking any information about the investigation, but it has pointedly refused to deny that the report exists, only stating that it hands its findings "exclusively to the Public Prosecutor's office."

Despite receiving over $80 million from Western taxpayers over the past decade, a growing number of governments and financial institutions have accused the Islamic Relief franchise of involvement with Islamist extremism and terror. In 2014, the United Arab Emirates designated Islamic Relief Worldwide as a terrorist organization; in 2016, the banking giant HSBC shut down Islamic Relief's accounts, following a similar decision made by UBS four years earlier; that same year, German and Swedish governments named Islamic Relief as a proxy for the Muslim Brotherhood; and in 2017, the Bangladeshi government banned Islamic Relief from working with Rohingya refugees over reported radicalization fears.

In 2018, the Middle East Forum published a comprehensive report uncovering new evidence linking Islamic Relief to charitable associations controlled by the Palestinian terrorist movement Hamas, and revealing that Islamic Relief's U.S. branch had been the subject of a secret federal investigation in the United States. Members of Congress have since launched an inquiry into the details of this investigation.

And in Egypt, state prosecutors have argued, in the re-trial of leading figures in the deposed Morsi government, that the short-lived Muslim Brotherhood regime used Islamic Relief to fund Islamist groups in Egypt as well as foreign terrorist organizations, using funds from international Islamic Relief branches and the Qatar Charity. One of Morsi's co-defendants and his former senior advisor, Essam El-Haddad, is the co-founder of Islamic Relief.

Now that Tunisian investigators are homing in on the activities of Muslim Brotherhood-linked, Qatar-backed charitable organizations in North Africa, it looks increasingly likely that supervising Islamic Relief officials in London and D.C. will also have to deal with questions of their own, in the face of growing concern from Western policymakers, law enforcement, and the taxpayers.

*Sam Westrop is Director of Islamist Watch, a project of the Middle East Forum. Martha Lee is a writer for Islamist Watch.*

# Islamist Archipelago: The Turkey-Qatar Nexus

**by Jonathan Spyer**
*The Jerusalem Post*
**September 19, 2019**
https://www.meforum.org/59434/islamist-archipelago-the-turkey-qatar-nexus



A recent libel trial in London casts light on the workings of one of the most complex and interesting power structures in the tangled labyrinth of the Middle East - namely, the burgeoning alliance between Turkey, the Emirate of Qatar and the broader network of the Muslim Brotherhood in the region and beyond it.

The trial itself featured a figure well known to Israelis - Mohammad Dahlan, former commander of Fatah's Preventive Security Service in the Gaza Strip. Dahlan had sued the London-based Middle East Eye, a news website widely considered to have close ties to the Emirate of Qatar, for libel.

The website had alleged that Dahlan had secretly funded the failed coup attempt in Turkey in 2016. Dahlan's actions were presented as part of a larger effort by the United Arab Emirates.

**Ankara and Doha control an archipelago of influential NGOs and media in Western countries.**

In the course of the trial, it emerged that MEE's sole source for this allegation was a single unverified contact within the Turkish intelligence services.

Middle East Eye, founded by former Guardian foreign correspondent David Hearst, refuses to discuss the sources of its funding. Hearst, in 2014, described the website's backers as "individual private donors" with an interest in "democracy in the Middle East."

There are extensive links, however, between MEE's staff and Qatar's powerful and influential Al Jazeera media network. The network also appears to be linked to a broader Muslim Brotherhood associated nexus.



**Al-Jazeera senior executive Jonathan Powell**

Thus, the director of MEE Ltd., Kuwait-born Palestinian Jamal Bassasso, is a former director of planning and human resources at Al Jazeera. Bassasso is also a former official for the Hamas-affiliated Al-Quds TV in Lebanon, according to a 2017 report by Michael Rubin at the American Enterprise Institute. Jonathan Powell, a senior executive at the Al Jazeera network, spent six months in London as a "launch consultant" for MEE. Adlin Adnan, former official of the Hamas-linked Interpal charity, registered the MEE website.

This apparent burgeoning media nexus in turn constitutes a component of one of the region's most significant alignments. While the Mideast news headlines are currently (justifiably) dominated by the clash between the Iranian-led, largely Shia axis and its West-aligned enemies, the Turkey-Qatar-Muslim Brotherhood nexus constitutes a third

force.

This alliance first came to prominence in the early, optimistic months of the "Arab Spring." In Egypt, Tunisia and Syria, Muslim Brotherhood-associated movements played a vital early role in the popular uprisings in those countries.

Qatar offered encouragement via Al Jazeera, and financial support to Islamist insurgent groups such as the Tawhid Brigade and Jabhat al-Nusra in Syria.



Middle East Eye editor in chief David Hearst says his media portal is funded by "individual private donors" who want "democracy in the Middle East," but he won t name them.

Turkey was the main backer for the Sunni Arab rebels throughout the Syrian rebellion, and offered active support to Mohamed Morsi's short-lived Muslim Brotherhood government in Egypt.

Today, both Doha and Ankara are active backers of Fayez al-Sarraj's Government of National Accord in Libya, in which Muslim Brotherhood elements are prominent.



Newly shipped Turkish-made BMC Kirpi armored vehicles in the port of Tripoli, Libya, May 2019.

Hopes of a powerful, Brotherhood-oriented regional alliance, with Qatar as the chief financier and cheerleader, and Turkey providing the muscle, have largely foundered. The military coup in Egypt in July 2013 and the defeat and eclipse of the Syrian rebellion put paid to these. In each of those cases, the Turkey-Qatar nexus was defeated by a different enemy.

In Egypt, Saudi and UAE-backed, Western-oriented officers removed the Brotherhood from power. In Syria, it was the Iranian Revolutionary Guards and their proxies, plus Russian air power, that delivered the coup de grâce.

Since this time, the Turkey-Qatar-Brotherhood nexus has been playing a largely defensive game.

When Saudi Arabia and the UAE sought to press home their advantage against Qatar in June 2017, instituting an economic blockade, it was Turkey that rose to its ally's defense. This was despite the large volume of trade between Riyadh, Doha and Ankara. Turkey stationed 3,000 troops in Qatar, and sent cargo ships and aircraft laden with supplies to help Doha resist the blockade of its neighbors. The dispute remains unresolved. But the Turkish contribution enabled Qatar to avoid disaster in the first months.

Since 2017, the relationship has significantly expanded. Turkey is currently set to open a military base in Qatar. Turkish firms have been awarded lucrative contracts in the construction sector in Qatar. Qatari investment in the troubled Turkish economy has sharply increased.

With the Muslim Brotherhood's fortunes today at a low ebb, many of its most prominent regional leaders and activists are today resident in exile in Turkey or Qatar.

**Many of the region's top Muslim Brotherhood leaders live in exile in Turkey or Qatar.**

But an influential archipelago of nongovernmental organizations, charities, media outlets and Islamic educational bodies continues to function, and to receive the support and sponsorship of Ankara and Doha. This structure extends deeply into Western countries, and into Israel, the West Bank and the Gaza Strip.

While Muslim Brotherhood-associated organizations usually avoid open paramilitary activity, there are strong indications that the Palestinian arena represents an exception in this regard. A recent defector from the movement, Suheib Yousef, declared that "Hamas operates security and military operations on Turkish soil under the cover of civil society," describing an extensive intelligence-gathering operation maintained by the movement on Turkish soil.

In a manner not dissimilar to that of Iran, the Qatar-Turkey nexus blurs the borders between governmental and civil society activity. In so doing, it maximizes the efficacy of each sector. The NGOs can present themselves as entirely independent of any state affiliation. This grants them a credibility not available to openly state-aligned bodies. The greater resources available to states, meanwhile, can offer added benefit to the NGOs.



**The Qatar-Turkey-Brotherhood nexus seeks to mobilize aggrieved Sunni Arabs who reject both their own autocrats and Shi'a Islamist domination.**

All this matters because in spite of the reduced circumstances of this alliance when compared to the high days of 2011-12, a large, aggrieved and unrepresented Sunni Arab population exists in the region. Elements of this population have not necessarily resigned themselves permanently to domination by Shia Islamists, or Sunni kings and generals. Many among them remain sympathetic to Sunni political Islam. The Turkey-Qatar-Brotherhood nexus, with its network of media groups, charities, NGOs and paramilitary clients, hopes to ride their grievances to greater regional power and influence, once the lean years are over.

The evidence that emerged from the courtroom in London appears to encapsulate this system's modus operandi. It shines a momentary spotlight on a nexus whose natural element is darkness. An ostensibly independent media group that refuses to reveal its financial backers, operating with the clear involvement of individuals linked to Qatar and to Hamas, writing stories based on information received from anonymous Turkish intelligence officials. The whole system in miniature. Those who this system intends to target should be paying attention.

*Jonathan Spyer is director of the Middle East Center for Reporting and Analysis, and is a research fellow at the Middle East Forum and at the Jerusalem Institute for Security and Strategy.*

## It's Time to Send a Message to Qatar

**by Gregg Roman**
*The Hill*
**June 5, 2019**
https://www.meforum.org/58665/it-time-to-send-a-message-to-qatar

**Action alert:** Senate Joint Resolution 26 **calling for an end to the U.S. sale of new military hardware to Qatar faces a critical procedural vote within the next 24 to 48 hours. Please** contact your senator via email or telephone **and urge a "yes" vote on S.J.Res. 26.**

Two years ago this coming Sunday, President Donald Trump stood in the White House Rose Garden and called on the tiny, oil-rich emirate of Qatar to "end its funding" of "extremist ideology" and come "back among the unity of responsible nations."



Exacting action in the spirit of these comments, this week U.S. senators will begin considering a resolution, introduced last month by Sen. Rand Paul (R-Ky.), to halt the sale of new military hardware to Qatar.

Trump's statement came less than three weeks after he addressed a summit in Riyadh of more than 50 Arab and Muslim leaders, and just days after a coalition of Arab countries, including Saudi Arabia, Bahrain, Egypt and the United Arab Emirates (UAE), cut off diplomatic ties with Qatar and closed their airspace, shipping lanes and overland transportation links to the emirate. ...

Read the full article at *The Hill.*

*Gregg Roman is director of the Middle East Forum. Follow him on* Twitter.

# Khashoggi Revelations Finally Expose Qatar

**by Oren Litwin**

**December 28, 2018**
**https://www.meforum.org/islamist-watch/57561/khashoggi-revelations-qatar**

*Excerpt:*

Qatar Foundation International (QFI), the American affiliate of the nominally private Qatar Foundation (QF), claims to be independent of the Qatari regime and even from its own parent organization QF (which is a deeply important tool of Qatari statecraft). Its representatives and executives claim to be interested only in its public mission of supporting Arabic-language studies in the United States, Canada, Brazil, and elsewhere.

Yet QFI and the Qatar Foundation have made strenuous efforts to block the kind of transparency people expect from civil-society organizations. In 2011, QFI terminated its nonprofit foundation and replaced it with a private "not-for-profit" LLC, presumably to avoid making IRS-required disclosures about its operations. What kinds of disclosures were so problematic? Perhaps that the board of directors included Qatari regime figures, such as Sheikh Jassim bin Abdulaziz Al-Thani and Khalid Al-Kuwari....

Now, with the affair of murdered Saudi journalist Jamal Khashoggi, we are finally getting a better picture of QFI's true agenda....

***Read the complete original version of this item...***

## Why The United States Should Officially Label This Muslim Brotherhood Leader a Terrorist

by Kyle Shideler
*The Federalist*
January 29, 2019
https://www.meforum.org/57698/label-muslim-brotherhood-leader-terrorist



Last December, Interpol quietly removed a "red notice"—a computerized flag notifying police across the world that an individual is wanted for arrest by an Interpol member state—from Yusuf Al-Qaradawi, a Qatari-based nonagenarian cleric wanted in Egypt in connection to violent protests following the ouster of the Muslim Brotherhood-dominated government of Mohammad Morsi.

Qaradawi has long been central to the ongoing conflict between Qatar and its Gulf and its Arab neighbors—Egypt, Saudi Arabia, United Arab Emirates, and Bahrain—who accuse the small peninsula state of harboring and funding Islamist terrorists and insurrectionists who seek to destabilize the region. The red notice dismissal is a win for Qaradawi's patron, Qatar, which has refused to distance itself from the Muslim Brotherhood cleric despite this intense diplomatic and economic pressure. While Qatar updated terror designations last year in response to international criticism, it has stubbornly defended Qaradawi.

It is not immediately clear whether the decision to remove the "red notice" was taken at Qatar's direct intercession. But it is clearly a reflection of how the smaller nation has skillfully wielded influence in a manner that outsizes its larger neighbors. This influence has allowed Qatar to defiantly ignore international criticism over its record of playing host and supporter to terrorists and extremists, especially Yusuf Qaradawi.

To understand why Qatar remains defiantly supportive of Qaradawi requires understanding the significant role he plays in Qatari affairs and in Qatar's larger influence strategy.

Qaradawi is perhaps best known in the West for his vitriolic anti-Semitism on the Qatari state-run media outlet Al Jazeera and fatwas supporting the use of suicide bombings by the terrorist group Hamas. In 2008, the U.S. government designated the Qaradawi-led international charitable coalition known as "The Union of the Good" for its role in financing Hamas.

The Israeli Security Agency has described the Union of the Good as "the umbrella

organization for Hamas and Muslim Brotherhood-affiliated Islamic charity funds." Union of Good members have been found to support other jihadist groups, including Al Qaeda affiliates.

Qaradawi has been fundamental to the rise of Qatar since he was granted citizenship there after fleeing the crackdown on the Egyptian Muslim Brotherhood in the 1960s. Qaradawi remains an influential spiritual leader and ideologue for the Islamist group. He has twice declined offers to become the Brotherhood's supreme guide.

As U.S. Ambassador Chase Untermeyer wrote in a 2005 State Department cable, Qaradawi is "the only Islamic thinker in Qatar who matters," and since his arrival in Qatar, he has wielded tremendous influence throughout Qatar's religious, media, education, financial and charitable sectors, as a friend and confidante of the reigning al-Thani family.

Qaradawi helped establish the Qatari education system and has been deeply involved with the Qatar Foundation, a nominally independent nonprofit that serves as a vehicle for promoting Qatar's influence. In particular, the Foundation's Education City, which has agreements with many U.S. colleges and universities, also hosts the Foundation-run Al-Qaradawi Centre for Islamic Moderation and Renewal and the Qaradawi Scholarship for Islamic Studies. Using the legitimacy provided by U.S. colleges, the Qatar Foundation has promoted Islamist narratives to U.S. teachers.

Qaradawi has played a significant role in the Qatari banking system as an advisor to Qatar Islamic Bank (QIB), Qatar International Islamic Bank (QIIB), and the Qatar National Bank (QNB). All these Qatari banks have been blacklisted by the United Arab Emirates (UAE) over their alleged role in facilitating terror finance.

Outside of Qatar, Qaradawi also exerts great influence. With Qatari support, Qaradawi established an international network for promoting the Brotherhood's objectives, which he described in a 1996 meeting in Toledo, Ohio as the conquest of the West "through dawah" a term that translates as "proselytizing," but is often used by the Muslim Brotherhood to refer to their brand of ideological indoctrination.

At the international level this is done through the International Union of Muslim Scholars (IUMS), best known for its 2004 fatwa authorizing the targeting of Americans in Iraq, including civilians. Qatar's opponents have designated the IUMS as a terrorist organization as part of their effort to combat Qaradawi's international apparatus.

In Europe, Qaradawi spreads his message through the European Council for Fatwa and Research (ECFR) and the Federation of Islamic Organizations of Europe (FIOE), organizations led by Muslim Brotherhood operatives. Qaradawi has also been influential in the United States, serving as an inaugural trustee for the Islamic Society of Boston, a mosque with connections to more than a dozen terrorists convicted, deported, or killed by police, and founded by a convicted Al Qaeda financier.

Qaradawi provides Qatar access to an international network of committed Islamist activists throughout the West, who are willing to support Qatari policy goals. In turn, Qaradawi's global reach is bolstered in large part due to Qatari state sponsorship. It is because of Qaradawi's unsavory ties to Islamists across the globe, not in spite of them, that the Islamist cleric receives Qatar's full-throated support, ignoring the protestations of their fellow Arab states, and U.S. and European criticism over Qaradawi's violent rhetoric and terror finance ties.

Because of Qaradawi's centrality to Qatar's strategy of using Islamist networks to expand its influence, Qatar can be expected to continue to protect the Brotherhood cleric from international counterterrorism efforts, despite any negative repercussions. Western policymakers should come to understand that the Qatari regime won't willingly change its stripes. The termination of the "red notice" reflects the mistake of relying on international institutions to police extremists like Qaradawi.

Fortunately, the United States has ready-made tools at hand for addressing this

challenge. Most appropriately, the U.S. Treasury can add Qaradawi to the Specially Designated Global Terrorist list for his role in leading the already designated Union of the Good. Expanding designations to other Qaradawi-led organizations based on intelligence gathered about Qaradawi's network in cooperation with the United States's Arab allies would tighten the screws still further.

Given Qaradawi's centrality within Qatar's system of finance and influence, designating Qaradawi would place real pressure on the Qatari regime in a way that cannot easily ignored.

*Kyle Shideler is the director of the Counter Islamist Grid, an initiative of the Middle East Forum. Kyle has written for numerous publications and briefed legislative aides, intelligence, and law enforcement officials and the general public on national security issues.*

## Leveraging Murder for Political Ambition: The Turkish and Qatari Way

by Jonathan Spyer
*Jerusalem Post*
October 27, 2018
https://www.meforum.org/7595/leveraging-murder-for-political-ambition

The killing of the Saudi journalist Jamal Khashoggi represents a golden opportunity for all those forces opposed to the current direction of US Middle East policy. Unsurprisingly, these disparate elements are seeking to exploit the situation to the maximum. Will their efforts succeed?

The Middle East strategy of the Trump Administration has taken time to emerge, but its essential contours are now clear. The advance of Shia Islamist Iran and its allies is perceived as the central threat system – the need to rally and organize allies to face down and turn back this threat the salient imperative.

Sunni political

Islam, in both its Muslim Brotherhood and Salafi forms, is an additional enemy to be confronted. This challenge is less centralized.



Branches of Islam

With the eclipse of the Islamic State, the Salafis continue to constitute a latent threat. But at present this threat does not have an immediate focus, and is mainly a matter for intelligence and specialized military attention rather than politics and grand strategy.

The Muslim Brotherhood axis of Turkey, Qatar, Hamas and the various other franchises of this movement is a far more potent and significant gathering than the Salafis. Unlike Iran, its intention is the slow and incremental establishment of Islamist polities, rather than the rapid subversion of Arab societies by a combination of political and military means.

In the longer term, given the uncompromising anti-western core outlook of the Brotherhood, the legitimacy gap faced by Iran because of its Shia nature, and the ongoing dysfunction of Sunni-majority Arab countries, this may constitute a challenge of no less or greater magnitude.

The US strategy to hold back these three enemies (all of whom, it is worth noting, are particular manifestations of political Islam), rests on alliances with a number of regional allies. Israel, by far the most powerful of all regional forces opposed to them, is a central lynchpin. President Sisi in Egypt, who is responsible for preventing the disaster of the consolidation of Brotherhood power in Egypt, is another.

Saudi Arabia, the United Arab Emirates and Bahrain are additional vital links in the chain. In the persons of Crown Princes Mohammed Bin Salman of Saudi Arabia, and Mohammed Bin Zayed of the UAE, the current US Administration thought it had found the right personalities in their respective countries for the advancement of this strategy.

The inbuilt flaw or weakness in this US regional strategy is the relative fragility of the Gulf monarchies. Iran and Turkey, the enemy and emergent rival states to the west respectively, are the most powerful and well-organized states in the

**"Despite anger in the US, major policy shifts appear unlikely."** Middle East, with the exception of Israel.

Saudi Arabia and the UAE, meanwhile, possess great wealth but only semi-modernized political systems. In so far as they are able to produce effective military organizations, this is largely because of direct western involvement (see the UAE's Presidential Guard, for example, commanded by former commander of the Australian SAS General Mike Hindmarsh). The indifferent performance of the Saudis and Emiratis in Yemen, and the Saudi failure in backing the rebels in Syria offer evidence of their limitations.

The current US strategy, of course, has many enemies. These include, unsurprisingly, partisans of Iran, Turkey and the Muslim Brotherhood. The list also includes supporters and adherents of the Middle East policy of the previous US President. The latter stood for a policy of cooperation with Teheran, and tolerance of the Muslim Brotherhood (on the Salafists, by contrast, Obama took a relatively hard line).

Unsurprisingly, therefore, partisans of AKP Turkey, the Iranian regime and the Middle East policy of the previous Administration which favored the interests of both are currently engaged in an effort to leverage the death of the unfortunate Jamal Khashoggi in order to dismantle the recently emergent Middle East strategy of the present Administration. Forcing the US to turn on Riyadh or creating discord and strife between the USA and KSA is the goal.

This

is not (to put it mildly) part of a consistent pattern of concern for human rights and dignity on the part of these forces. Turkey is among the most energetic jailer of journalists in the world. 150 journalists have been imprisoned in Turkey and 180 media outlets shut down since the failed coup attempt of July 2016.



States with the most jailed journalists (2017 - statista)

Turkish forces have been in recent months presiding over grave violations of human rights in the Afrin area of Syria (largely unreported by global media). These have included looting, confiscation of properties, and 'honor killings.' Forced disappearances and arbitrary detentions have taken place, according to Amnesty International.

Several Turkish journalists seeking to comment on these matters on social media have been detained under Turkey's 'anti-terror' laws. Turkish forces also killed a Kurdish journalist, 22-year-old Tolhaldan Walati, during the invasion. For some reason, Walati's killing did not subsequently become a cause celebre for large parts of the western media.

Qatar, meanwhile, whose state-run Al-Jazeera channel is the main current outlet for nightly features about the Khashoggi killing, routinely arrests and detains media groups seeking to investigate the slave -like conditions endured by foreign workers in the emirate.

Turkey and Qatar's evident desire to leverage Khashoggi's killing to derail current Administration policy on the Middle East derives rather from the fact that they and their Muslim Brotherhood allies and clients stand to be among the chief non-beneficiaries of this policy.

Khashoggi was himself an energetic advocate for a soft-line toward the Muslim Brotherhood. In a Washington Post article on August 28th, for example, he argued that 'The eradication of the Muslim Brotherhood is nothing less than an abolition of democracy and a guarantee that Arabs will continue living under authoritarian and corrupt regimes... There can be no political reform and democracy in any Arab country without accepting that political Islam is a part of it.'

The article was not merely a general discussion piece – rather it was written to specifically oppose calls for the designation of the Brotherhood as a terrorist organization.

Articles of this type, and the current efforts of the Turkey and Qatari camp to leverage the Khashoggi killing into policy benefit, are part of a broader political war being fought out for influence on US Middle East policy, and in turn for ascendancy in the region. The killing of the journalist himself appears also to have formed a particularly foolish and inept move in this conflict.

What will be the result? Despite anger in the US, major policy shifts appear unlikely. Firstly, this is because Saudi Arabia's status as the world's largest exporter of oil gives it the ability to hit back at any proposed sanctions by reducing oil exports and forcing a rise in oil prices. The mere possibility of such a move may well deter significant US moves to sanction Saudi Arabia.

More broadly, the strategic imperatives that first produced the Trump Administration's orientation toward Riyadh have not disappeared as a result of the Khashoggi killing. Political Islam, in its Muslim Brotherhood, Shia and Salafi forms remains the key threat to western interests and to stability in the Middle East. Despite the present media-generated mood, this is likely to ensure that US Mid-East strategy weathers the storm and continues broadly along its current lines for the immediate future.

*Jonathan Spyer is a Writing Fellow at the Middle East Forum, a research associate at the Jerusalem Center for Strategic Studies, and a columnist at the Jerusalem Post. He is the author of* The Transforming Fire: The Rise of the Israel-Islamist Conflict.

# MEF Hosts D.C. Conference on Qatar's Malign Influence

**February 4, 2019**
https://www.meforum.org/57722/mef-hosts-dc-conference-on-qatar-malign-influence

WASHINGTON, DC – **February 4, 2019** – The Middle East Forum is hosting a conference, "Qatar: U.S. Ally or Global Menace?" in Washington, D.C. on Feb. 6th from 8:15 a.m. to 4 p.m. EST.

The conference will feature leading members of Congress, well-known foreign affairs experts, defense and intelligence community officials, and even soccer stars.

Topics will include Qatar's lobbying and disinformation campaigns; its funding of Islamic extremism; its global media empire; its cyber espionage and election interference; its alliance with Iran and Turkey; and the grand FIFA soccer fraud.

"Enough of Qatar's double-game," said Forum director Gregg Roman. "Its dazzling skyscrapers do not mask its malign influence. In the Middle East, it aligns with radical states and finances Palestinian rejectionism. In the West, it spreads the Islamist ideology and runs influence campaigns."

If you would like to view the conference over our live stream, you have several options. You can watch the event on our website, YouTube, Facebook, or Twitter. A video archive of all of the speeches and panels will be made available after the event.

For security reasons, this is an invitation-only event not open to the public.

Co-sponsors of the conference include: American Islamic Forum for Democracy, CAMERA, Endowment for Middle East Truth, Fahmy Foundation, Foundation for Sports Integrity, Haym Salomon Center, Iranian American Forum, Islamic State of Iran Crime Research Center, Jewish News Syndicate, Middle East Center for Reporting and Analysis, Research Institute for European and American Studies, Scholars for Peace in the Middle East, Security Studies Group, Shurat HaDin, Strength to Strength, The Lawfare Project, and The Phyllis Chesler Organization.

———————————————

The Middle East Forum promotes American interests and works to protect Western civilization from the threat of Islamism.

**For immediate release**

For more information or to request press access, contact:

Gregg Roman
Roman@MEForum.org

Mobile: +1-412-944-9990

## MEF Plays Key Role in Designation of Al Jazeera Subsidiary as Qatari Agent

*News from the Middle East Forum*
**September 16, 2020**
https://www.meforum.org/61536/mef-plays-key-role-in-designation-of-al-jazeera

PHILADELPHIA – September 16, 2020 - The U.S. Department of Justice has ordered AJ+, a US-based subsidiary of Al Jazeera Media Network, to register as a foreign agent under the Foreign Agents Registration Act (FARA), because it is "engaged in political activities within the United States ... on behalf of the Government of Qatar."



**Al Jazeera headquarters in Qatar.**

This culminates a multi-year effort by the Middle East Forum to counter Qatar's toxic influence campaign in the U.S. through its media arm. For example, Al Jazeera had 175 staffers in the U.S. Capitol in 2016, according to the Congressional Directory; in contrast, the *New York Times* had only 43.

Qatar is a malign Islamist influence across the globe. In the Middle East, it is at odds with moderate Sunni states and finances Palestinian rejectionism. In the United States, the Qatar Foundation invests millions in schools and universities, using curricula that encourag anti-Americanism and hatred of Jews. In response, MEF's Counter-Qatar Team launched a Counter-Qatar Campaign.

In 2018, President Trump signed the 2019 National Defense Authorization Act (NDAA) that includes Forum-supported language requiring foreign-owned media outlets to report on their funding by "foreign principals."

In 2019, we hosted a first-of-its-kind conference in Washington, D.C. to examine whether Qatar is a "U.S. ally or global menace." (Click here for conference videos.) Al-Jazeera snickered about "a largely empty conference room," but photos of the event show otherwise.

Later in 2019, the Forum filed a Freedom of Information Act request to determine why Al Jazeera failed to meet the Federal Communications Commission (FCC) filing deadlines, as mandated by the NDAA. The FCC's lack of enforcement piqued the interest of members of Congress.

MEF worked closely with congressional offices on this issue. Just last month, Sen. Marco Rubio (R-FL), Rep. Lee Zeldin (R-NY), and eight others sent a congressional letter to Attorney General William Barr requesting the Justice Department require Al Jazeera to register under FARA. The letter cites many facts unearthed by Forum researchers, subsequently published in the *Washington Examiner*.

"AJ+ has been un-masked," said Forum Director Gregg Roman. "Americans now know: These are not journalists but foreign agents doing the bidding of a hostile regime."

"We worked hard to hold Al Jazeera accountable for violating the law," noted Counter-Qatar Team member Benjamin Baird. "This is a great day for those who believe in transparency."

"With this Justice Department action, the game changed," said Counter-Qatar Team member Cliff Smith. "Now, the rest of Al Jazeera needs to be exposed as the media mouthpiece of Iran's and Turkey's close ally."

The Middle East Forum promotes American interests in the region and protects
Western civilization from Islamism. It does so through a combination of original ideas,
focused activism, and the funding of allies.

**For immediate release**
For more information, contact:

Gregg Roman
Roman@MEForum.org
+1 (215) 546 5406

# MEF Reveals Qatari Support for Jihad; Seeks Crowdsource Researchers

**November 30, 2021**
https://www.meforum.org/62809/mef-reveals-qatari-funding-for-jihadists



Philadelphia – November 30, 2021 – The Middle East Forum has uncovered documents revealing almost 46,000 grants issued by the Sheikh Eid Bin Mohammad Al Thani Charitable Association, also known as the Eid Charity, to Islamic organizations around the world.

These grants, issued between 2004 and 2019, total over US$770 million. A substantial proportion of these monies ended up in the pockets of jihadist groups and their proxies.

The Carnegie Endowment for International Peace has described Eid Charity as "probably the biggest and most influential activist Salafi-controlled relief organization in the world." Eid Charity founder, Abdulrahman al-Nuaimi, was named as a Specially Designated Global Terrorist (SDGT) by the U.S. Department of the Treasury on December 18, 2013.

Over the next several weeks, writers and researchers given early access to the data will be publishing multiple articles in media across the globe revealing details about the Eid Charity's beneficiaries, which include fronts for Al Qaeda and other designated terrorist organizations.

In addition, the Forum will be soon publishing a full copy of the original raw data, comprising over 45,000 grants and hundreds of thousands of sub-records, allowing other organizations and individuals to investigate Qatari regime funding for themselves.

Sam Westrop, director of the Middle East Forum's Islamist Watch program, notes: "Crowdsourcing the research into the hundreds of organizations receiving monies from this major regime institution will yield important, additional understanding of Doha's agenda. There is clear funding of jihadists in the areas one would expect: Yemen, the Palestinian territories, Pakistan, inter alia. But there is plenty to investigate further. The extraordinary level of investment by Qatar, the chief purveyor of international Islamist finance, into recipients in West Africa, East Africa and the far-East, for instance, deserves particularly close examination by citizen journalists and investigative organizations."

Gregg Roman, director of the Middle East Forum, adds: "On Giving Tuesday especially, it is of great importance to understand what happens when radicals exploit charitable systems. To identify such abuse, the most important step the public can take is to partner with and support organizations such as the Middle East Forum, which are working to expose and counteract the Qatari regime, its Islamist partners, and their international jihad."

The Middle East Forum promotes American interests in the region and protects Western civilization from Islamism. It does so through a combination of original ideas, focused activism, and the funding of allies.

For immediate release
For more information, contact:

Sam Westrop
Westrop@MEForum.org
+1 (215) 546 5406

MEF000673

## President Trump and the Janus-faced Qatari Regime

**by Benjamin Baird**
**January 30, 2019**
https://www.meforum.org/57694/president-trump-and-the-janus-faced-qatari-regime

> *The following overview was written in connection with a Middle East Forum conference, "Qatar: U.S. Ally or Global Menace," taking place in Washington, D.C. on Feb. 6, 2019. To watch it live-streamed, click here.*

U.S. President Donald Trump rolled out the welcome mat for Emir of Qatar Sheikh Tamim bin Hamad al-Thani during an Oval Office meeting this April,[1] lavishing his royal guest with praise and calling the emir a "great gentleman" and a "friend of mine." Yet, less than a year earlier, Trump supported a Saudi-led embargo against Qatar and singled-out the tiny peninsular kingdom as "a funder of terrorism at a very high level."[2]

A possible reason behind this diplomatic about-face is hardly a closely-guarded state secret. Over the past year, Qatari officials have engineered an unprecedented charm offensive to win the president's approval, targeting a list of 250 associates and influencers known to command Trump's attention.[3]

Some sources estimate that the Gulf monarchy spent as much as $1.5 billion on this public relations blitz,[4] hoping to rehabilitate its image and win the Republican administration's favor. But no matter how much investment funds[5] the oil-rich dynasty offers the United States, or how many Trump associates it employs, one look at the rhetoric of Qatari regime media demonstrates that Qatar is most certainly not a friend of Donald Trump's.

According to one media monitoring organization, since the 2016 Presidential election, Qatar's flagship media outlet Al Jazeera has savaged President Trump in more than 1,800 disparaging news and opinion pieces,[6] often describing him in crudely anti-Semitic and anti-American terms. The state-run media network has demonized Trump in a manner far exceeding the most derogatory reports from Western media, calling him "the conductor" of the "orchestra of Satan"[7] and insisting that he is controlled by Jewish forces.

In 2017, attempts to influence the Trump administration began in earnest after Qatar found itself embargoed by its neighbors[8] – including Saudi Arabia, Egypt, the United Arab Emirates, and Bahrain – because of the Doha regime's support for Iran and hostile Islamist groups such as the Muslim Brotherhood and Hamas. In response, Qatar sprang into action by engaging the Trump administration.

Joined by Nick Muzin, a physician and lawyer with ties to the Trump campaign, New York restaurateur Joey Allaham approached Qatari officials after the blockade with a radical approach to influencing Trump's opinion of the Gulf monarchy: "We want to create a campaign where we are getting into his head as much as possible," Allaham said in his lobbying pitch.[9] The pair deployed an unorthodox influence campaign – targeting 250 Trump associates, offering them money and inviting them to take all-expenses-paid trips to Doha at the invitation of the emir.

These "Trump influencers" included prominent names such as Harvard Law School professor Alan Dershowitz, former Arkansas Gov. Mike Huckabee, New York real estate developer Steve Witkoff, and conservative radio host John Batchelor. A total of approximately two dozen prominent Americans travelled to Doha, according to Allaham and Muzin.

Huckabee, whose daughter serves as White House press secretary, was paid a $50,000 honorarium for his visit to Doha, which he called "surprisingly beautiful, modern, and hospitable."[10] Professor Dershowitz, who had previously condemned Qatar for providing sanctuary to members of Hamas, now wrote a column defending the country

as "the Israel of the Gulf States, surrounded by enemies, subject to boycotts and unrealistic demands," while Mr. Batchelor praised the monarchy's "transparency."

In a bizarre twist, Qatar even sought to win over highly influential pro-Israel groups inside the U.S., a surreal partnership for a principal state-supporter of terrorist groups that openly vie for the destruction of the Jewish state. Muzin and Allaham are Jewish, and have strong relationships with prominent pro-Israel organizations in America. Some critics suspect that Qatari officials embraced Muzin and Allaham so readily because of a sincere belief in the anti-Semitic trope that Jews hold powerful influence over the world's major powers.[11] Incidentally, Department of Justice filings reveal that Mr. Allaham directed a $100,000 donation from Qatar to the Zionist Organization of America,[12] a secular pro-Israel organization with some close ties to the administration.

Even members of Trump's inner-circle were targeted in Qatar's PR blitz. Just weeks before joining the administration, Trump's personal lawyer and former New York City Mayor Rudy Giuliani enjoyed one of the Emir's opulent hospitality in Doha. Following the visit, Qatar's national oil company contracted Giuliani's company for security consultation,[13] and the former prosecutor was hired to assist with an investigation.

Trump's own family may also have been influenced by the prospect of Qatari sponsorship. In April 2017, the family of Trump's son-in-law Jared Kushner appealed to Qatar's finance minister to bail out[14] their floundering $1.8 billion Manhattan office tower. Though these negotiations failed, in May 2018 Kushner's father approached Brookfield Asset Management, a Canadian company partly owned by a Qatari investment firm, with a similar deal.

In total, Qatar hired more than 35 PR firms to influence U.S. policy,[15] many of them with close ties to the president.[16] For instance, a company owned by former Trump campaign manager Corey Lewandowski was paid $150,000 to provide "research, government relations, and strategic consulting services." Qatar also paid a legal and lobbying firm led by Bush-era Attorney General John Ashcroft $2.5 million to assist with the reform of its counterterrorism program. Ashcroft strongly endorsed Trump on the campaign trail and supports his economic and foreign policy agenda.[17] Similarly, Blueprint Advisors,[18] a PR firm staffed by Giuliani loyalists, was hired to work with Qatar's attorney general Ali Al-Marri to ensure that U.S. policymakers are kept apprised of Qatar's purported counterterrorism efforts.

But while Trump's surrogates were being plied with lucrative trade deals and entertained with exotic Gulf retreats, Qatar's state-owned media was busy viciously slandering the commander-in-chief. Al Jazeera's Arabic network has produced the most salacious content to date -- invariably portraying Trump as a racist dotard who answers to a shadowy Jewish lobby.

The network's equal contempt for America and its president were communicated just days after the 2016 election, in a published open letter to the president-elect titled "Message to Donald Trump." After declaring Trump "devoid of culture" and "a stupid person," the author explained that he had hoped Trump would win so he could see "America's ugly face." He then referred to Trump as "a miniature version of America, an ugly copy of an ugly state."[19]

Since then, Trump has been regularly attacked by the Qatari network – proffered as an example of racism that Arabs should reject. One article, condemning intra-Arab rivalries and the hypocrisies of the Arab world, concludes: "we are Nazi Trumpites and even Zionist-like... we are all racists to varying degrees, whether we like it or not, we are all Trump."[20] Other Al Jazeera articles are just as unequivocal, stating that Trump is "clearly racist and completely hostile to anything that is not like him: a 'White American.'"[21]

Even Al Jazeera's book reviews are subject to unrestrained anti-Trump rants. In an assessment of Trump's *Great Again* book, one critic describes one side of Trump's

personality as "the arrogant white man who only cares about the superiority of people with his skin color even if by hitting the necks of the rest of humanity."[22]

Al Jazeera contributors suggest that Trump is controlled by Jews or Israel, and they cite this conspiracy to explain White House policy. One December 2017 op-ed explaining the potential U.S. embassy move to Jerusalem stated: "This interest in the issue of Al-Quds and affirming its Jewishness in Trump's eyes may seem strange, despite all that is said about his need to appease the symbols of the Zionist lobby in America...".".[23]

The article concludes by expressing optimism that the embassy move will "produce a new stimulant for the conflict with the occupation, and heat up the atmosphere of lukewarm rage, and refocus attention towards Jerusalem, which is still the explosive spark of most of the Intifadas [violent uprisings], or possibly lead to the launching of new incubators of extremism (in the language of the official Arabs)... "

An openly anti-Semitic article from June 2017 discusses the political influence of two prominent Jewish families and suggests that Israel controls U.S. foreign policy. The six-part article series titled "The Orchestra of Satan" outlines the "wretched instruments that have been played in the Middle East" to "the melodies of one composer: Israel."[24] This essay, published just days after the Saudi-led embargo was implemented, claims that sanctions "came directly after receiving the musical note from the leader of the current conductor, Donald Trump, in his visit to Saudi Arabia recently." In other words, Trump is the conductor of the Orchestra of Satan.

An encyclopedia entry titled "11 Officials of Jewish Origin Surround Trump" lends a false veneer of scholarly authority to Al Jazeera's anti-Semitic commentary. The entry explains how "Jews loyal to Israel" were occupying increasingly powerful positions within the Trump administration. Crucially, it includes a photo with a caption reading: "The Jewish figures who surround Trump support Israel and the settlements and moving the embassy to Jerusalem."[25] But few of the 10 individuals in the photo are actually Jewish, and other officials described in the passage are low-level staffers, cherry-picked to give the appearance of Jewish influence. The entire section bears a remarkable resemblance to the anti-Semitic forgery, *The Protocols of the Elders of Zion*.

Trump is not just accused of supporting Jews. Guests appearing on a televised Al Jazeera program discussing the 2016 election results included Hamas Leader Mahmoud Al-Zahhar, who said, "I do not rule out the possibility that [Trump] is a Jew."[26] A year later, Al-Zahhar returned to discuss the impending embassy move and remarked, "Trump's own home is a Jewish home."[27]

Other op-eds attack the American president's intelligence in absurdly bombastic terms. A December 06, 2017 translation of "The Madness of King Donald" refers to "The fact that Trump appears to have some mental disorder, or disorders" and notes that medical professionals believe "that the president is suffering from the onset of dementia."[28]

In Al Jazeera political cartoons[29] portraying the president, Trump is caricatured as a worm, a serpent, and with a bag of cash stuffed into his gaping mouth. Trump's highly touted "Deal of the Century" is symbolized as poison and a ticking time bomb forced on the Palestinian people, while Israel is rewarded with the contested Al-Aqsa Mosque in several cartoons.

Although its Arabic-language department is notorious for publishing anti-American propaganda,[30] even the more careful Al Jazeera English (AJE) has sought to demonize Trump. "Many are questioning Trump's ability to make sound decisions," an AJE reporter said in a December 2017 broadcast analyzing a single slurred word in a presidential speech. The report even compared Trump to former President Ronald Reagan, who was eventually diagnosed with Alzheimer's Disease.

On AJ+, the network's internet-only answer to its short-lived Al Jazeera America experiment,[31] Trump is excoriated in a short film reviewing the "9 most racist moments

of the Trump presidency." Trump is accused of "celebrat[ing] the financial exploitation of Africa" simply for saying, "Africa has tremendous business potential" and encouraging investment in African countries. Furthermore, the report charges that the U.S. president with racism because "he made up an African country" when he mispronounced the name of Namibia, calling it "Nambia."[32]

What has the president received in return for tolerating this unrelenting character assassination? Qatar Airways responded to the U.S. renewal of economic sanctions[33] on Iran by adding additional flights to the Islamic Republic, and the Qatari regime continues to pay[34] Hamas officials' salaries despite fears that the funds could be diverted to the group's military wing.

Trump "influencers" have brought into the President's inner orbit a foreign power which oversees a propaganda outlet that Anti-Defamation League National Director Jonathan Greenblatt has called "a major exporter of hateful content against the Jewish people, Israel, and the United States."[35]

With over 1 billion views on Youtube, and over 10 million followers on Facebook,[36] Al Jazeera is used to multiply Qatar's regional and global influence. The emirate is currently using that soft power to undermine U.S. interests and slander the president. Given the network's global influence, the U.S. should consider implementing sanctions of its own if Qatar continues to promote anti-Semitism, support terrorist organizations, and produce propaganda against the United States and its highest office.

*Benjamin Baird is a writer for Islamist Watch, a project of the Middle East Forum.*

[1] Lederman, Joseph. "Trump Extols Qatar on Anti-Terror, Reversing Past Critique." *US News and World Report.* April 10, 2018. https://www.usnews.com/news/politics/articles/2018-04-10/trump-hosting-emir-of-qatar-despite-saying-it-funds-terror

[2] "Remarks by President Trump and President Iohannis of Romania in a Joint Press Conference." June 9, 2017. https://www.whitehouse.gov/briefings-statements/remarks-president-trump-president-iohannis-romania-joint-press-conference/

[3] Bykowicz, Julie. "The New Lobbying: Qatar Targeted 250 Trump 'Influencers' to Change U.S. Policy. *Wall Street Journal.* Aug. 29, 2017. https://www.wsj.com/articles/the-new-lobbying-qatar-targeted-250-trump-influencers-to-change-u-s-policy-1535554647

[4] Hassan, Hassan. "Qatar Won the Saudi Blockade." *Foreign Policy.* June 4, 2018. https://www.google.com/amp/s/foreignpolicy.com/2018/06/04/qatar-won-the-saudi-blockade/amp/

[5] Cornwall, Alexander. "Qatar sovereign fund says most of future U.S. investments in infrastructure." *Reuters.* Sept. 13, 2017. https://www.reuters.com/article/us-gulf-qatar-qia/qatar-sovereign-fund-says-most-of-future-u-s-investments-in-infrastructure-idUSKCN1BO1BL

[6] Flanagan, Ben and Siraj Wahab. "Qatari media accused of 'demonizing' Trump." *Arab News.* Aug. 28, 2018. http://www.arabnews.com/node/1363446/media

[7] "The Orchestra of Satan." June 14, 2017. http://blogs.aljazeera.net/blogs/2017/6/14/عن-أفور-كالبترك-كلفومصيالبريومنذن-

[8] Wintour, Patrick. "Qatar given 10 days to meet 13 sweeping demands by Saudi Arabia." *The Guardian.* June 23, 2017. https://www.theguardian.com/world/2017/jun/23/close-al-jazeera-saudi-arabia-issues-qatar-with-13-demands-to-end-blockade

[9] Bykowicz, Julie.

[10] Huckabee, Mike. *Twitter*. Jan. 12, 2018.
https://mobile.twitter.com/GovMikeHuckabee/status/951799683428573184?s=20

[11] Tobin, Jonathan S. "The Sinister Reason Behind Qatar's Wooing of the Jews." *Haaretz*. Feb. 9, 2018. https://www.haaretz.com/opinion/.premium-the-sinister-reason-behind-qatar-s-wooing-of-the-jews-1.5804517

[12] ZOA. "What is the ZOA?" 2018. https://zoa.org/about/

[13] Dukakis, Ali. "Oil-rich Gulf nations spend millions on Trump insiders." ABC News. May 28, 2018.. https://www.google.com/amp/s/abcnews.go.com/amp/Politics/oil-rich-gulf-nations-spend-millions-trump-insiders/story%3Fid=55444993

[14] Palma, Bethania. "Did President Trump Strong Arm Qatar Into Bailing Out Jared Kushner?" *Snopes*. n.d. https://www.snopes.com/fact-check/trump-kushner-qatar/

[15] Flanagan, Ben and Siraj Wahab.

[16] Moubayed, Sami. "Qatar's PR Blitz is Fooling No One." *Gulf News*. Aug. 1, 2017. https://gulfnews.com/opinion/op-eds/qatar-pr-blitz-is-fooling-no-one-1.2067427

[17] "John Ashcroft: Donald Trump Represents New Hope for America." The Takeaway. Jan. 20, 2017. https://www.wnyc.org/story/john-ashcroft-donald-trump-represents-new-hope-us/

[18] McCauley, Keven. "Qatar Inks $1.2M Pact With Guiliani-Tied Firm." *O'Dwyer's*. https://www.odwyerpr.com/story/public/10771/2018-06-06/qatar-inks-12m-pact-with-giuliani-tied-firm.html

[19] Nov. 13, 2016. http://blogs.aljazeera.net/blogs/2016/11/13/رسالة-إلى-دونالد-ترامب

[20] "We are all Trump." March 21, 2017. http://blogs.aljazeera.net/blogs/2017/3/21/كلنا-ترمب

[21] Dec. 8, 2017. http://blogs.aljazeera.net/blogs/2017/12/8/فاعتزفوا-بذنوبهم

[22] n.d http://www.aljazeera.net/knowledgegate/books/2016/8/29/العرجاء-الامريكا-جديد-من-عظيمة

[23] "What if the U.S. embassy were moved to Jerusalem?" Dec. 6, 2017. http://blogs.aljazeera.net/blogs/2017/12/6/ماذا-لو-نقلت-السفارة-الأمريكية-إلى-القدس

[24] "The Orchestra of Satan."

[25] "11 Officials of Jewish Origin Surround Trump." Feb. 8, 2017. http://www.aljazeera.net/encyclopedia/icons/2017/2/7/11-يهوديا-يحيطون-بترمب

[26] "Hamas Leader Mahmoud Al-Zahar: Trump Possibly a Jew; Money is the Jewish Religion, Key to U.S. Decision-Making. MEMRI. Nov. 8, 2016. https://www.memri.org/tv/hamas-leader-mahmoud-al-zahhar-trump-possibly-jew-money-jewish-religion-key-us-decision-making

[27] "Hamas Leader Mahmoud Al-Zahar: We Will Not Relinquish a Single Bullet to the PA; When We Liberate Palestine, We Will Shut Down the U.S. Embassy." MEMRI. Dec. 17, 2017. https://www.memri.org/tv/mahmoud-zahhar-hamas-will-not-relinquish-single-bullet-shut-down-american-embassy

[28] "The Madness of King Donald." Dec. 6, 2017. http://www.aljazeera.net/knowledgegate/opinions/2017/12/6/جنون-الملك-ترمب

[29] "Qatar's Opposition To Trump's Forthcoming Middle East Peace Plan As Reflected In Qatari Cartoons." MEMRI. Aug. 2, 2018. https://www.memri.org/reports/qatars-opposition-trumps-forthcoming-middle-east-peace-plan-reflected-qatari-cartoons

[30] Al Jazeera. "U.S. President's Health." White House Dismisses Questions." YouTube. Jan. 10, 2018. https://www.youtube.com/watch?v=QGNc3069FBI&app=desktop#

[31] Simkovitz, Penina. "Propaganda at its best: Al Jazeera and its creation, Aj+." CAMERA *on Campus*. July 14, 2016. https://cameraoncampus.org/blog/propaganda-at-its-best-al-jazeera-and-its-creation-aj/

[32] Aj+. "Are these the 9 most racist moments of the Trump presidency?" *YouTube*. Jan. 10, 2018. https://www.youtube.com/watch?v=egtfEx1OCCc&app=desktop#

[33] Cornwall, Alexander. "Qatar Airways announces more flights to Iran weeks after U.S. sanctions re-imposed on Tehran. *Reuters*. Nov. 26, 2018.

[34] "Qatar said to reconsider Gaza cash transfers amid backlash." *Times of Israel*. Nov. 25, 2018. https://www.timesofisrael.com/qatar-reconsiders-gaza-cash-transfers-amid-backlash-over-terror-funding/

[35] Greenblatt, Jonathan. "Al Jazeera propagates hatred. Is it also a Foreign Agent?" The Hill. Aug. 10, 2018. https://www.google.com/amp/s/thehill.com/blogs/congress-blog/politics/401145-al-jazeera-propagates-hatred-is-it-also-a-foreign-agent%3famp

[36] "NDAA Requires Al Jazeera to Register as Foreign Agent. MEF Applauds. Middle East Forum. Aug. 13, 2018. https://www.meforum.org/articles/2018/ndaa-requires-al-jazeera-to-register-as-foreign-a

## Qatar, Al-Qaeda, and the Taliban: A Creepy Relationship

by Cynthia Farahat
*American Thinker*
**October 28, 2018**
https://www.meforum.org/7609/qatar-al-qaeda-and-the-taliban-a-creepy

On October 25, a spokesman for the Taliban announced that Pakistan had released Afghani Taliban leader Mullah Abdul Ghani Baradar from prison. Baradar, the Taliban co-founder and former deputy to Mullah Mohammed Omar, was arrested by Pakistani authorities in the southern port city of Karachi in 2010.

According to Al Jazeera, Pakistani authorities released Baradar at the request of the State of Qatar. Al Jazeera reported that the "Taliban confirmed that they had held talks with US Representative for Afghanistan Reconciliation Zalmay Khalilzad in Doha, the capital of Qatar." In 2013, the Taliban political office in was set up in Doha at the request of the U.S. to facilitate "peace talks."

Two

years after the Taliban office was established in Qatar, the head of al-Qaeda, Ayman el-Zawahiri, gave the bay'a (Islamic oath of allegiance) to Taliban leader Mullah Akhtar Mohammad Mansour. Mansour was killed in 2016 by a U.S. drone strike in southwest Pakistan, and following his death, al-Zawahiri



The Taliban's office in Doha

renewed his oath of allegiance to the Taliban's current chief, Hibatullah Akhundzada. In Islamic theology, the oath of allegiance is given to a sole leader or caliph, so al-Zawahiri's oath to the Taliban means that al-Qaeda is now officially working under the guidance of the Taliban.

When Baradar was arrested, Bruce O. Riedel, a former CIA officer who led the Obama administration's Afghanistan and Pakistan policy review in 2010, said, "his capture could cripple the Taliban's military operations, at least in the short term." Afghani political analyst Habib Hakimi also stated at the time that Baradar's arrest was "a loss for the movement, both militarily and politically," because Baradar "has close ties to political circles and many Islamic movements within the region, especially within the territory of Pakistan."

The question is, why would Ambassador Khalilzad and Qatar mediate the release of one of the most dangerous operatives of the Taliban, a group currently directing al-Qaeda?

The release of Baradar will have dangerous repercussions. Appeasing terrorists has never worked and serves only to bolster their activities. Afghani president Ashraf Ghani and his Qatari counterparts have long worked to legitimize the Taliban.

Last

March, Jeffrey Higgins, a retired DEA supervisory special agent and the former DEA assistant country attaché in Kabul, warned against appeasing the Taliban under the banner of peace talks: "the Taliban are



Jeffrey Higgins
Former DEA Agent

not substantially different from other Islamic terrorist organizations, so would the U.S. recognize a political party for ISIS or al-Qaeda? Would the U.S. have allowed Osama bin Laden to become a member of the Afghan Parliament if he condemned terror?"

The release of Baradar can significantly help the Muslim Brotherhood. The Muslim Brotherhood's recent weakening in the Middle East could be reversed by a reinvigorated al-Qaeda. Muslim Brotherhood operatives founded al-Qaeda, and al-Zawahiri openly expressed sympathy for former Egyptian Brotherhood president Mohamed Morsi. After Morsi's July 2013 ouster from power, al-Zawahiri issued a videotaped statement on his behalf where he criticized Egyptian Salafi jihadists for not formally joining the Muslim Brotherhood's Freedom and Justice Party to help it uphold sharia law.

Current setbacks to the Muslim Brotherhood can be reversed by a strengthened Taliban and an energized al-Qaeda. The Brotherhood can use al-Qaeda as leverage to bargain with Arab regimes, to intimidate the Brotherhood's opponents, and to revive jihadist sentiments that will aid the Brotherhood's recruitment efforts. Moreover, the Taliban's political office in Qatar could serve as a mediator between various terrorist factions, with whom Baradar previously collaborated. The Brotherhood-connected regime in Qatar can also use its Taliban office to halt reformist attempts supported by Egypt and the United Arab Emirates.

As Higgins correctly noted, "neither the U.S. nor Afghanistan should negotiate with the Taliban unless it is to accept the Taliban's unconditional surrender or the defection of individual Taliban members. Instead of offering concessions, the U.S. should show strength and resolve in the face of unbridled evil."

*Cynthia Farahat is an author and fellow at the Middle East Forum.*

# Qatar and Turkey Face Setback in Libya and Sudan

by Seth J. Frantzman
*The Jerusalem Post*
April 18, 2019
https://www.meforum.org/58289/qatar-and-turkey-face-setback-in-libya-and-sudan



Qatar and Turkey backed Sudan's regime leader Omar al-Bashir for years, but now find themselves challenged after Bashir was pushed from power by popular protests and the military. According to Al-Arabiya, Qatar's foreign minister Mohammed bin Abdulrahman al-Thani was snubbed on a visit to Sudan on Wednesday. Turkey is outraged, with its TRT calling the overthrow of Bashir, who is accused of genocide, a "counter-revolution."

Qatar and Turkey are close regional allies and have supported the Sudanese regime and the West Libya government in Tripoli. In both cases the countries have sided with hard-line religious groups, including Muslim Brotherhood influenced parties. Turkey had high hopes for its Sudan alliance, sending high-level military delegations there, leasing Suakin island and promising agricultural and other projects. It was part of Turkey's desire to expand its influence in the Horn of Africa.

In Libya Turkey and Qatar's support for the Tripoli government in the eastern part of the country grew out of the Arab spring and the civil conflict in Libya. Eventually that conflict pitted Khalifa Haftar, a general based in eastern Libya, against the western Libyan government. Haftar has backing from Egypt and the UAE, as well as Saudi Arabia. Russia has also met with Haftar. From the Egypt and UAE point of view the western Libyan government is infiltrated by extremists and Haftar promises military rule and stability. Haftar launched an offensive in early April to take Tripoli, potentially unifying Libya after eight years of war. Qatar called for an arms embargo of Haftar to be more strictly put in place, according to The Independent.

According to the report in *The Independent*, Haftar launched his offensive after the UAE noted "suspicious plane traffic from Turkey to western Libya." When Turkey was in the middle of switching air traffic from one airport to another in Istanbul, Haftar moved. "As a military strategist, you want to take advantage of this kind of situation, even if it's 10 hours," an expert told the reporter. Although Haftar has to do the fighting on the ground, it appears that regional contests between Turkey and Qatar on one side and the UAE and Egypt on the other, overshadow the developments in Libya. Qatar, for instance, held talks with Germany's local envoy about Libya in March.

Meanwhile Qatar has been having meeting with US officials at the State Department as part of a strategic dialogue group on April 16 where it discussed Sudan. Qatar also hosted Sudan's Bashir in late January. Protesters have risen up in Sudan in the last months and the military finally stepped in to remove Bashir, who has been in power

since 1993. The military has now arrested members of Bashir's family for alleged corruption. Bashir was indicted by the International Criminal Court in 2009 for genocide in Darfur. However, US allies such as Turkey and Qatar have worked closely with the war criminal over the years. Although Turkey's state-run TRT calls the overthrow of Bashir a "counter revolution" that is against "grassroots movements," in fact Bashir was pushed out amid a massive wave of grassroots protests.

Saudi Arabia's Al-Arabiya says that even as Qatar is being shown the cold shoulder in Sudan, that the Transitional Military Council welcomed a Saudi-Emirate delegation on Tuesday.

The fate of Libya and Sudan are not decided yet. Both Qatar and Turkey have major interests in both countries. Both are also US allies and will want to leverage support in Washington to influence the outcome in these north African states. The UAE, Egypt and Saudi Arabia have cemented their alliance in dealing with the Sudan and Libya crises. For Egypt this is of deep importance because these are neighbors. Now Cairo and Abu Dhabi could be on the verge of a historic role in both countries.

*Seth Frantzman is The Jerusalem Post's op-ed editor, a Writing Fellow at the Middle East Forum, and a founder of the Middle East Center for Reporting and Analysis.*

## Qatar Bans Homosexuality as Al Jazeera in English Marks LGBT Pride Month

by Seth J. Frantzman
*The Jerusalem Post*
June 4, 2019
https://www.meforum.org/58674/qatar-bans-homosexuality-aljazeera-lgbt

Qatar bans homosexuality, but the Qatar-backed Al Jazeera's AJ+ still recently marked June as LGBT Pride Month with a tweet about speaking to the cast of "Queer Eye" on LGBT issues. The interview highlighted "gender visibility, religion's effect on youth, community through social media and what makes us not so different," and included rainbow flag symbols.



Al Jazeera English has approvingly covered the fight for LGBT rights in (clockwise from top left) Poland, India, Taiwan, and Utah.

Even as Qatar cracks down on homosexuality, the June 1 video included a discussion about religion and showed a church, indicating that Christians were the ones "telling our youth that they are different, that they are bad, that they are broken." The segment showed protests in the US for gay rights and marriage. "You can come from completely different countries," an interviewee in the video says. The tweet from AJ+ appeals to people to see everyone as individuals.

However, some pointed out online the hypocrisy that in Qatar, where Al-Jazeera is based, the rights that its media seem to support abroad are being silenced. The International Lesbian, Gay, Bisexual, Trans and Intersex Association (ILGA) - which is dedicated to achieving equal rights for LGBT people worldwide - documents Qatar's laws against gay rights. According to ILGA, article 258 of Qatar's legal code condemns any man who "copulates with a male," imposing a term of seven years in prison. Article 296 condemns to prison anyone who is engaged in "leading, instigating or seducing a male in any way to commit sodomy."

ILGA says that there is little information on whether the law is enforced but notes that in 1995, a US citizen received 90 lashes for "same-sex activity" and that gay foreign workers have been deported. It also notes that in 2016, Doha News had an article by a Qatari man who was gay; the article was criticized for "allowing the topic of 'homosexuality' in Qatar to be discussed."

This is particularly ironic considering that Al-Jazeera in English discusses and encourages recognition of gay rights outside Qatar. Even more hypocritical is the fact that last July, Qatar censored an article in the print version of The New York Times that "related to gay and transgender rights," the ILGA notes in its 2019 State Sponsored Homophobia report.

MEF000684

A review of Al-Jazeera's content shows they have a whole section tagged with LGBT rights articles; Qatar's crackdown is not mentioned. But the country's own media in English critiques and spotlights other countries for crackdowns, such as Kenya, Brunei, and even the United States. For instance, a recent article discusses "anti-gay witch hunts" in Africa.

Online AJ+'s embrace of gay rights while Qatar cracks down was spotlighted. Journalist Oz Katerji tweeted that "homosexuality is illegal in Qatar, with gay sex punishable by between 1 and 3 years in prison." Numerous people responded to the AJ+ tweet, pointing out the hypocrisy. One quoted the Qatar law, another said that being gay was illegal in Qatar, and another wondered why they don't have the video in Arabic.



In 2016, Qatar publicly objected to UN stamps celebrating LGBT rights.

*Seth Frantzman is The Jerusalem Post's op-ed editor, a Writing Fellow at the Middle East Forum, and a founder of the Middle East Center for Reporting and Analysis.*

MEF000685

## Qatar Brokers U.S. - Taliban Talks as Washington Seeks Way Out of Afghan War

by Seth J. Frantzman
*The Jerusalem Post*
January 27, 2019
https://www.meforum.org/57670/qatar-brokers-us-taliban-talks-as-washington



In 2012, the Taliban, who had been defeated by the US invasion of Afghanistan after 9/11, sought to open an office in Doha, Qatar. They were open to negotiations with the US after years of war.

"We assure you we will not compromise our jihad's main goal of forcing the US to leave Afghanistan," they told *Newsweek*. Today, the US appears to be on the verge of a deal with the Taliban that may let Washington leave Afghanistan after 18 years of war without the US admitting defeat.

US Special Representative Zalmay Khalilzad tweeted on Saturday that meetings in Doha had been "more productive than they have been in the past." Significant progress was made.

 **U.S. Special Representative Zalmay Khalilzad** 
@US4AfghanPeace

1/3   After six days in Doha, I'm headed to #Afghanistan for consultations. Meetings here were more productive than they have been in the past. We made significant progress on vital issues.

♡ 1,876   11:13 AM - Jan 26, 2019

💬 889 people are talking about this

"Thanks to the government of Qatar for their constructive engagement and their facilitation of this round of talks," he said. He thanked the deputy prime minister and foreign minister of Qatar. Khalilzad was appointed Special Representative for Afghanistan Reconciliation in September by the Trump administration. He had been the US Ambassador to Afghanistan from 2003 to 2005. It would have been unthinkable back then for the US to be talking to the Taliban.

 @US4AfghanPeace   :cial Representative Zalmay Khal... ⚙ · Jan 26, 2019 🐦

Replying to @US4AfghanPeace

2/3.  Will build on the momentum and resume talks shortly. We have a number of issues left to work out. Nothing is agreed until everything is agreed, and "everything" must include an intra-Afghan dialogue and comprehensive ceasefire.

**U.S. Special Representative Zalmay Khalilzad** ✓
@US4AfghanPeace

3/3.  Thanks to the Government of #Qatar for their constructive engagement and their facilitation of this round of talks. Particularly the Deputy PM and FM @MBA_AlThani_ for his personal involvement.

♡ 976   11:13 AM · Jan 26, 2019

💬 454 people are talking about this

---

Trump considered withdrawing from Afghanistan after he was elected. In August 2017, he was convinced by his generals to soldier on in the country, where more than 2,000 American soldiers have been killed. In 2017, there were 12,000 NATO troops, including 8,000 US forces in the country, even though combat operations were supposed to have ended in 2014. Afghanistan security forces have lost 45,000 men since 2014, according to a BBC report on January 25. Afghan President Ashraf Ghani is hard pressed today as the Taliban and other threats such as ISIS appear to grow. Trump mocked the complexities of the conflict in Afghanistan in the first days of January, saying he had been shown evidence of the Taliban fighting ISIS and wondered why the US should be in the middle of it all.

Qatar, which poses as a broker of the new peace talks, enabled the Taliban to open an office in Doha in 2013. The Taliban held secret discussions in Norway to pave the way to open their office in Doha, according to Reuters.

According to a BBC report, the Taliban had 20 representatives in the Qatari city.

"For years, the Afghan government and its Western backers were trying to contact the Taliban who didn't have a known address," the report said. The Taliban said they considered Qatar a "neutral" place to meet, an odd assertion considering Qatar is supposed to be a US ally and hosts a large US military base at Al-Udeid. The office opened as the Obama administration was planning to end combat operations. But at the same time, the Taliban said that "jihad" would be used to remove the US from Afghanistan.

Leaked US diplomatic cables document how the latest US talks come after more than a decade in which the US hoped the Taliban might moderate. In 2005, intelligence showed that 163 "mid-level Taliban leaders" had indicated they were "ready for conciliation." US had concerns about Qatar and its relationship with the Taliban going back over a decade. In 2006, Assistant Secretary of State for Near Eastern Affairs David Welch met Sheikh Tamim bin Hamad al-Thani and Hamad bin Jassim al-Thani. Jassim said that he was concerned about countries becoming a haven for terrorists and he mentioned the role of the Taliban in Afghanistan.

Later in 2009, Jassim met Welch's successor, Jeffrey Feltman in Washington. The US said it wanted to work closely with Qatar on "enacting policies and programs that deter financial flows to Hamas and the Taliban." This would appear to indicate there were problems with terror finance via Doha to the Taliban. A December 2009 cable notes that "Qatar has adopted a largely passive approach to cooperating with the US against

MEF000687

terrorist financing." The report notes that "Qatar's overall level of CT [Counter terror] cooperation with the US is considered the worst in the region. Al-Qaeda, the Taliban, UN-1267 listed LeT [Lashkar e-Taiba] and other terrorist groups exploit Qatar as a fundraising locale."

Qatar had been hesitant to act against known terrorists out of concern "for appearing to be aligned with the US and provoking reprisals," the US report for the Illicit Finance Task Force noted. The report was part of Special Representative Richard Holbrooke's mission for the Obama administration.

Qatar's role in the discussions between the US and Taliban now give Doha more weight in Washington's policies. In 2017, Saudi Arabia, the UAE and Bahrain broke relations with Qatar leading to a crisis in the Gulf. Since then, Qatar has struggled to find more support in the US among Trump administration members who appeared more sympathetic to Saudi Arabia. Providing a way for the US to leave Afghanistan peacefully and not appear defeated after a long war is one way to do that.

Back in 2007, Qatar had been critical of NATO using Qatar for operations in Afghanistan. According to a 2007 cable, Qatar had even expressed concern that NATO using Qatar "left Qatar vulnerable to retaliation by al-Qaeda or the Taliban." However, Qatar signed an agreement to support Operation Resolute Support in Afghanistan in July 2018 and says it contributed $1.8 billion to expand CENTCOM headquarters at Al-Udeid to "further strengthen US and NATO capacity in their missions in Afghanistan and the wider region," according to a website of the Qatar America Institute.

The US now seeks to find a way out of the Afghan war. Reports indicate that since 2013, the US has backed the concept of talks in Qatar. Trump and Ghani have sought to close the offices of the Taliban in Qatar in 2017. Kabul kept pressuring Doha through the spring of 2018. Instead, the office remained open and Al Jazeera reported that in October 2018, five former Taliban commanders who had once been held at Guantanamo became political officers at the Taliban office in Qatar. They had been released in 2014 during the exchange for US soldier Bowe Bergdahl, the report noted.

This was an attempt to close the office before the 2018 spring offensive in which the Taliban would dismiss the idea of new peace talks. The Taliban struck the city of Ghazni and carried out assassinations in Kandahar in the summer and fall. The Taliban killed more than 100 security forces in January attacks. In the bizarre world that has become the Afghan war, the US may now be asking men it once held at Guantanamo, men who reportedly were close to Osama bin Laden and accused of massacres, to sign a peace agreement. Given the Taliban successes last year and continued brutality against Afghanistan's government, it doesn't appear that a peace agreement will end the fighting, even if it ends the US role.

*Seth Frantzman is The Jerusalem Post's op-ed editor, a Writing Fellow at the Middle East Forum, and a founder of the Middle East Center for Reporting and Analysis.*

## Qatar Buys Conservative Column Inches

**by Martha Lee and Sam Westrop**
*Washington Examiner*
**June 22, 2019**
https://www.meforum.org/islamist-watch/58796/qatar-buys-conservative-column-inches

On June 4, the Washington Times published a "special section" of articles lavishing praise on Qatar, its institutions, and its global influence. Each of these articles was labeled as "sponsored," although the Times neglects to say by whom. At first glance, this is a surprising insertion in a conservative paper whose editorial board has previously been critical of the Middle Eastern state.

While Qatari money is everywhere, in previous years its influence had been perceived mostly on the American left. Qatar's media empire Al Jazeera, for example, operates a social media platform named AJ+, which has partnered with hard left-leaning American outlets such as the Young Turks.

Meanwhile, prominent think tanks such as the Brookings Institution have received tens of millions from Doha. Brookings got $15 million in 2013, and at least $2 million in just the past year — perhaps much more. Such generosity has afforded Brookings a plush center in Doha. Meanwhile, the Qatari regime enjoys a steady flow of academic papers downplaying the kingdom's patronage of violent Islamism and painting its ties to designated terror groups as nothing more than earnest attempts at dialogue, carried out in an attempt to acquire influence for the sake of benevolence.

But institutions such as Brookings — along with many American universities (including public colleges) that enjoy similar arrangements — are not Doha's only playthings. Over the past few years, there have been noticeable Qatari attempts to win friends and influence people outside the usual ambit of the Left.

The most prominent (and curious) example that received some public attention in the last few years has been the offers of cash and travel invitations presented to leading American Jewish organizations since 2017. The Zionist Organization of America was widely denounced in Jewish media after it initially accepted Qatar's invitations and funding. Doha thought, incorrectly it seems, that it could both fund Hamas and win American Jewish support.

At the time, the media noted that prominent Republican Mike Huckabee also accepted $50,000 and a trip to Doha. Huckabee's inclusion in Qatar's subornations was explained by the media as a consequence of his longstanding ties to pro-Israel Jewish organizations. But, apparently to few people's notice, Qatar has been placing unabashedly pro-Qatari messages in American conservative media for a while now. It seems Huckabee was not just sought for his Jewish connections, but for his conservative standing.

The splash of pro-Qatari messaging in the strongly conservative Washington Times on June 4 was significant, but not new. Of the 25 articles published, five were written by Times columnist Tim Constantine, who is a regular at Republican gatherings and has some influence as a talk radio host of "The Capitol Hill Show." Over the past few years, Constantine has used both his columns in the Times and his radio show to lionize Qatar, give platforms to regime officials, and denounce the iniquities of Qatar's greatest antagonist, Saudi Arabia.

The most brazenly pro-Qatari piece by Constantine is a May 2018 article that offers a series of Qatari regime announcements about the wonders of Qatar, lists the miraculous triumphs of its businesses and societal institutions, and explains to readers why the Saudi Arabia-led blockade of Qatar is so innately wicked.

On his website, Constantine describes himself as a "breath of fresh air in today's world of mindless talking points." And yet his 2018 column reads almost exactly how one would

imagine a press release of a duplicitous, despotic regime with a competent media department would sound.

"The desire to be the best, to invest in the future, to seek out experts in every field from all over the globe, and to respect ancient traditions and religious sensibilities while simultaneously embracing the modern world — it is all nothing short of amazing," he writes. "Whether it is the architecture, the infrastructure, educational opportunities, sporting events, health care or a new national library, Qatar is clearly committed to being the very best."



Neither this article, nor any of Constantine's articles on Qatar-related topics before June 2019, have been labeled as "sponsored." And Constantine neglects to mention in his May 2018 article that he had just visited Qatar, where he met with the spokesperson for Qatar's Foreign Ministry, Lolwah Al-Khater. It seems Constantine has a rather good relationship with this particular regime spokesperson — inviting her to present (unchallenged) Qatari talking points on his radio show, and moderating a discussion with her in March 2019 at the Gulf International Forum, a Qatari-linked think tank in D.C.

Indeed, as part of her visit to D.C. in March, Al-Khater visited the offices of the Washington Times to meet with reporters and editors, who followed up with a rather complimentary report of the visit. And less than one week after the June 4 "special section" on Qatar, the Times gave column inches to Jassim Bin Mansour Al-Thani, Qatar's "media attaché," who once again laid out the case against Saudi Arabia and its allies.

When we asked the Washington Times about the June 4 "special section" on Qatar, we were told the newspaper could not confirm who the sponsor was. We then asked Constantine if he had accepted money from the Qatari regime to write his articles. He told us he's "not comfortable having that conversation."

Constantine is far from the only example of Qatari influence in conservative circles. Sohrab "Rob" Sobhani, a former lecturer at (Qatari-funded) Georgetown University, has published paeans to Qatar in the Washington Times, The Hill, the Weekly Standard, and National Review going as far back as 2002.

In December 2018, the Washington Examiner's Tom Rogan had cottoned on to Sobhani's game. Rogan wrote, "In a particularly ludicrous article for the Washington Times on Tuesday, Rob Sobhani offers a love letter to Qatar. While it reads like the work of a

lobbyist, neither Sobhani nor his company is listed as such with the U.S. government. So, we must assume the author's assertions of love for Qatar's government are heartfelt."

In fact, we found that Sobhani previously served as a President of the Qatar Foundation, one of the regime's most important institutions, which manages to bestow tens of millions of dollars on American schools and universities (which subsequently make use of pro-Qatari teaching materials) while also hosting senior Hamas officials at its headquarters in Doha.

But Rogan was correct. The Foreign Agents Registration Act requires anyone serving a foreign government in a political capacity to disclose this information. Sobhani does not appear on any filings that would indicate he is a paid lobbyist for the Qatari regime. Nor does Constantine or most others who openly parrot Qatari talking points in American media.

Qatar relies on the longstanding, reasonable belief among conservative Americans that Saudi Arabia is the chief source of terror and extremism. Qatar advances the narrative that it is under siege from other countries in its region because they are opposed to Doha's progressive, moderate beliefs.

But the very opposite appears to be true. Qatar, the world's second most famous Wahhabi regime, has a long history of enabling terror and funding extremism. It shares much in common with Saudi Arabia, but it also possesses the media savvy to persuade Americans otherwise. American news outlets should not be willing partners to this deception.

*Martha Lee is a Research Fellow at the Middle East Forum, and Sam Westrop is the director of the Forum's Islamist Watch project.*

# Qatar's American Conservative Lapdogs

**by Martha Lee and Sam Westrop**
*The Washington Examiner*
**June 22, 2019**
https://www.meforum.org/58808/qatar-buys-conservatives

*Originally published under the title "How Qatar is Buying Conservative Column Inches."*

On June 4, the *Washington Times* published a "special section" of articles lavishing praise on Qatar, its institutions, and its global influence. Each of these articles was labeled as "sponsored," although the *Times* neglects to say by whom. At first glance, this is a surprising insertion in a conservative paper whose editorial board has previously been critical of the Middle Eastern state.



TIM CONSTANTINE
Host, Tim Constantine's Capitol Hill Show

Conservative radio host and columnist Tim Constantine says he's "not comfortable" discussing whether he received payment from Qatar for his articles praising the emirate.

While Qatari money is everywhere, in previous years its influence had been perceived mostly on the American left. Qatar's media empire Al Jazeera, for example, operates a social media platform named AJ+, which has partnered with hard left-leaning American outlets such as the Young Turks.

Meanwhile, prominent think tanks such as the Brookings Institution have received tens of millions from Doha. Brookings got $15 million in 2013, and at least $2 million in just the past year — perhaps much more. Such generosity has afforded Brookings a plush center in Doha. The Qatari regime enjoys a steady flow of academic papers downplaying the kingdom's patronage of violent Islamism and painting its ties to designated terror groups as nothing more than earnest attempts at dialogue, carried out in an attempt to acquire influence for the sake of benevolence.

**Qatar has recently sought to win friends and influence people outside the usual ambit of the Left.**

But institutions such as Brookings — along with many American universities (including public colleges) that enjoy similar arrangements — are not Doha's only playthings. Over the past few years, there have been noticeable Qatari attempts to win friends and influence people outside the usual ambit of the Left.

The most prominent (and curious) example that received some public attention in the last few years has been the offers of cash and travel invitations presented to leading American Jewish organizations since 2017. The Zionist Organization of America was widely denounced in Jewish media after it initially accepted Qatar's invitations and funding. Doha thought, incorrectly it seems, that it could both fund Hamas and win American Jewish support.

At the time, the media noted that prominent Republican Mike Huckabee also accepted $50,000 and a trip to Doha. Huckabee's inclusion in Qatar's subornations was explained by the media as a consequence of his longstanding ties to pro-Israel Jewish organizations. But, apparently to



Former Arkansas Gov. Mike Huckabee received a 50K "honorarium" for visiting Qatar in January 2018, then effusively praised the emirate after returning.

few people's notice, Qatar has been placing unabashedly pro-Qatari messages in American conservative media for a while now. It seems Huckabee was not just sought for his Jewish connections, but for his conservative standing.

The splash of pro-Qatari messaging in the strongly conservative *Washington Times* on June 4 was significant, but not new. Of the 25 articles published, five were written by *Times* columnist Tim Constantine, who is a regular at Republican gatherings and has some influence as a talk radio host of "The Capitol Hill Show." Over the past few years, Constantine has used both his columns in the *Times* and his radio show to lionize Qatar, give platforms to regime officials, and denounce the iniquities of Qatar's greatest antagonist, Saudi Arabia.

The most brazenly pro-Qatari piece by Constantine is a May 2018 article that offers a series of Qatari regime announcements about the wonders of Qatar, lists the miraculous triumphs of its businesses and societal institutions, and explains to readers why the Saudi Arabia-led blockade of Qatar is so innately wicked.



The sponsored content disclosure notice in the upper left corner of Qatar propaganda in the *Washington Times* is inconspicuous and easy to miss.

On his website, Constantine describes himself as a "breath of fresh air in today's world of mindless talking points." And yet his 2018 column reads almost exactly how one would imagine a press release of a duplicitous, despotic regime with a competent media department would sound.

"The desire to be the best, to invest in the future, to seek out experts in every field from all over the globe, and to respect ancient traditions and religious sensibilities while simultaneously embracing the modern world — it is all nothing short of amazing," he writes. "Whether it is the architecture, the infrastructure, educational opportunities, sporting events, health care or a new national library, Qatar is clearly committed to being the very best."

Neither this article, nor any of Constantine's articles on Qatar-related topics before June 2019, have been labeled as "sponsored." And Constantine neglects to mention in his May 2018 article that he had just visited Qatar, where he met with the spokesperson for

**None of Constantine's articles lionizing Qatar were labeled as 'sponsored' prior to June 2019.**

Qatar's Foreign Ministry, Lolwah Al-Khater. It seems Constantine has a rather good relationship with this particular regime spokesperson -- inviting her to present (unchallenged) Qatari talking points on his radio show, and moderating a discussion with her in March 2019 at the Gulf International Forum, a Qatari-linked think tank in D.C.

Indeed, as part of her visit to D.C. in March, Al-Khater visited the offices of the *Washington Times* to meet with reporters and editors, who followed up with a rather complimentary report of the visit. And less than one week after the June 4 "special

section" on Qatar, the *Times* gave column inches to Jassim Bin Mansour Al-Thani, Qatar's "media attaché," who once again laid out the case against Saudi Arabia and its allies.



**Constantine (right) with Qatari Foreign Ministry spokeswoman Lolwah Al-Khater in May 2018.**

When we asked the *Washington Times* about the June 4 "special section" on Qatar, we were told the newspaper could not confirm who the sponsor was. We then asked Constantine if he had accepted money from the Qatari regime to write his articles. He told us he's "not comfortable having that conversation."

Constantine is far from the only example of Qatari influence in conservative circles. Sohrab "Rob" Sobhani, a former lecturer at (Qatari-funded) Georgetown University, has published paeans to Qatar in the *Washington Times, The Hill*, the *Weekly Standard*, and *National Review* going as far back as 2002.

In December 2018, the *Washington Examiner*'s Tom Rogan had cottoned on to Sobhani's game. Rogan wrote, "In a particularly ludicrous article for the *Washington Times* on Tuesday, Rob Sobhani offers a love letter to Qatar. While it reads like the work of a lobbyist, neither Sobhani nor his company is listed as such with the U.S. government. So, we must assume the author's assertions of love for Qatar's government are heartfelt."

In fact, we found that Sobhani previously served as a President of the Qatar Foundation, one of the regime's most important institutions, which manages to bestow tens of millions of dollars on American schools and universities (which subsequently make use of pro-Qatari teaching materials) while also hosting senior Hamas officials at its headquarters in Doha.



**Rob Sobhani**

But Rogan was correct. The Foreign Agents Registration Act requires anyone serving a foreign government in a political capacity to disclose this information. Sobhani does not appear on any filings that would indicate he is a paid lobbyist for the Qatari regime. Nor does Constantine or most others who openly parrot Qatari talking points in American media.

Qatar relies on the longstanding, reasonable belief among conservative Americans that Saudi Arabia is the chief source of terror and extremism. Qatar advances the narrative that it is under siege from other countries in its region because they are opposed to Doha's progressive, moderate beliefs.

But the very opposite appears to be true. Qatar, the world's second most famous Wahhabi regime, has a long history of enabling terror and funding extremism. It shares much in common with Saudi Arabia, but it also possesses the media savvy to persuade Americans otherwise. American news outlets should not be willing partners to this deception.

>Martha Lee is a research fellow at Islamist Watch, a project of the Middle East Forum. Sam Westrop is the director of Islamist Watch.

## Qatar: Islam Requires Muslim Migrants to Hate Their Western Benefactors

**by Raymond Ibrahim**
*American Thinker*
**February 16, 2021**
https://www.meforum.org/62059/qatar-calls-on-muslim-migrants-to-hate-the-west

*Originally published under the title "Qatar Calls on Muslim Migrants to Hate Their Western Benefactors"*

Imagine if a U.S. governmental agency told all Americans who live abroad that they are obligated to hate the nations hosting them.

That's precisely what the Muslim nation of Qatar (a "U.S. friend and ally") is doing. According to the world-famous website, Islamweb.net — which is directed and financed by the state of Qatar — any Muslim who lives in a non-Muslim nation is obligated to hate his adopted nation and its "infidel" citizens (even while receiving benefits from them).



**Islamweb.net is run by Qatar's Ministry of Awqaf and Islamic Affairs.**

This comes in the form of a fatwa (an Islamic sanctioned decree) titled "Conditions that Legitimize Residing in Infidel Nations" (all translations in this article my own). Along with "preserving and upholding his Islam," the "first condition" for any Muslim who lives among non-Muslims is that he have "enmity and hatred for the infidels."

This, incidentally, applies to those millions of Muslim migrants voluntarily immigrating into and flooding Western Europe. If they take their Islam seriously, they are duty-bound to hate and be disloyal to those nations welcoming them and providing them with free food, shelter, and health care.

After stating that Muslims who emigrate to the West must have "enmity and hatred for the infidels, staying far from their loyalty and love — for loyalty and love for them contradicts the faith," the fatwa proceeds to give its evidence, that is, it goes on to quote several supporting verses from the Koran, including:

> You will never find a people that truly believes in Allah and the Last Day loyal to those who defy Allah and His Messenger — even if they be their parents, children, siblings, or extended family [Koran 58:22]. ...

> Oh you who believe! Do not take the Jews and the Christians for friends and allies, for they are friends and allies of each other; and whoever among you befriends them is from among them. Allah does not guide the unjust people [Koran 5:51].

After quoting Muhammad in a *sahih* (authentic) hadith, saying, "Whoever loves a people is from among them," the fatwa concludes by saying, "Loving the enemies of Allah is among the greatest dangers for a Muslim, for loving them necessitates cooperating with and following them, or at least not rejecting them — hence why the prophet said, 'Whoever loves a people is from among them.'"

(Here it should be noted that merely being a non-Muslim makes one an enemy of Allah; no action is required.)

This teaching by Qatar's Islamweb.net is not out of the mainstream. For example, on the

equally popular Islam Q&A, the same question is answered with the same exact answer: any Muslim who lives among non-Muslims must have "enmity and hatred for the infidels, staying far from their loyalty and love — for loyalty and love for them contradicts the faith."

Remember all this the next time you hear that "xenophobia" is responsible for Muslim failure to assimilate into the West. This may be true, though not because Western people "fear the stranger" — as commonly supposed — but rather because Muslim migrants hate the infidel.

**Raymond Ibrahim is the Judith Friedman Rosen Fellow at the Middle East Forum.**

# Qatar's Doha Forum Gives Iran a Platform in Post-ISIS Middle East

by Seth J. Frantzman
*The Jerusalem Post*
December 18, 2018
https://www.meforum.org/7653/qatar-doha-forum-gives-iran-a-platform-in-post

Qatar's Doha Forum has been criticized for providing Iran's regime with a platform to push its agenda, including excoriating US policy. In gathering together Iran and Turkey's foreign ministers, Qatari leaders, US Congressional Democrats, and a plethora of other voices, the forum provided a place for discussions about the Middle East as the region shifts from the ISIS threat to an US-Iranian confrontation.

With 800 participants from 70 countries and 100 speakers, the Forum was important, and it was a symbolic gathering that did not include high level US voices. Iran sought to exploit the Forum. Foreign Minister Javad Zarif said sanctions wouldn't work and intended to portray Iran as a responsible country and victim of US policy. He also boasted about evading sanctions.

Qatar, the host, wanted to use the Forum to challenge the isolation that it has felt during the Gulf crises in which Saudi Arabia and its allies, such as the UAE, had chosen to blockade Qatar. Instead, the event showcased how Qatar is not isolated and how it has grown its alliance with Turkey and also its outreach to Iran. This is a unique alliance that is increasingly a third alliance system in the Middle East, different than the Iran-led grouping of countries that oppose the US, and the pro-US grouping that is led by Saudi Arabia. Qatar and Turkey have their own agenda, it is one that is more closely connected to political Islamic parties, and also one that is more critical of the US role in the region.

However, the forum itself portrayed Qatar as a kind of oasis of stability in a region recovering from conflict. The Qatar Development Fund signed an agreement with UNHCR to support the UN with $16 million, a tiny figure, but a token symbolic contribution that shows Qatar wants to portray itself as helping refugees. Qatar also signed a 2-year agreement with UNRWA, showing its commitment to Palestinians. Qatar has transferred $30 million to Gaza in recent months, part of a $90 million pledge. Other UN organizations, including UNDP and UNICEF, came to the event and signed agreements or praised Qatar's role. UN Secretary General Antonio Guterres gave a rousing speech claiming that climate change and migration were major challenges, slamming multilateralism and urging a new hope for the world.

The forum sought to cement a kind of meeting place between some far-right populist political Islamic voices and more left leaning voices involved in issues in the region. It also was supportive of Palestinian issues. For instance, there was a panel on "Palestine, Syria and Yemen" organized by Brookings Doha. The Doha meeting was in contrast to the October Manama Dialogue conference- a Gulf confab similar to the Doha Forum, but including a different set of diplomats from countries that are more critical of Iran and are closer to Saudi Arabia- which took place amid the recent visits of Israeli ministers to the UAE and Oman. As such, at Manama, Israel had been on the agenda in a more positive light. In Doha it was the opposite. Israel was portrayed as isolated, while countries such as Turkey and Iran that are harshly critical of Israel, had the spotlight. Saeb Erakat, the Palestinian negotiator, said that Palestinians had done everything to achieve peace. "We even recognized Israel as a state."

In general, the Doha Forum accomplished what it sought out to do, giving Qatar a platform to show itself off and network with powerful countries. China, for instance, discussed its Belt and Road initiative. Qatar also sought to highlight humanitarian issues, inviting Nadia Murad, the Yazidi genocide survivor, and also hosting discussions about drought in the Sahel, and refugees.

Qatar was also doing outreach to Congressional Democrats, sensing that after the US elections the Congress will now have a Democratic majority in the House and this could

MEF000697

benefit Qatar. According to reports at least six Congressional Democrats attended. This was criticized by some on the right in the US, such as Conservative Review which called it a "clandestine weekend trip," although it wasn't clear how clandestine it was if they posed for photos while there. Security Studies Group slammed the event as featuring "terror supporters." But Americans across the aisle came as well. Sean Spicer spoke and Rick Wilson, the GOP political strategist, tweeted that it was a real pleasure to attend. "Qatar is a stunning, vibrant nation."

*Seth Frantzman is The Jerusalem Post's op-ed editor, a Writing Fellow at the Middle East Forum, and a founder of the Middle East Center for Reporting and Analysis.*

# Qatar's Eid Charity Subsidizes Palestinian Terrorism

**by Jordan Cope**
JNS
**December 9, 2021**
https://www.meforum.org/islamist-watch/62859/qatar-eid-charity-subsidizes-palestinian-terrorism

In recent decades, Qatar has financed ventures that have bolstered its image as a patron of culture, progress and hospitality. From elite soccer sponsorships, funding of Western universities, its airline (the "world's best") and its *Al Jazeera* network, Qatar excels at public relations.



Qatar has unsurprisingly developed strong business and security relationships with some of the world's most powerful nations. The United States, for instance, enjoys $185 billion in business with Qatar and hosts its largest Middle Eastern military outpost there. When it retreated from Afghanistan, the United States even relied on Qatar's help with evacuations. Doha will now "represent U.S. interests" at the Qatari embassy in Afghanistan, a testament to U.S. dependence on Qatar.

**U.S. dependence on Qatar is growing, but Qatar is no ally.**

However, Qatar is no ally. One must never forget how Qatar counter-intuitively supplied the "Taliban's political leadership" with a safe haven, thus helping reinstate it into power. One must also never forget the billions of dollars that Qatar has reportedly injected in aggregate into Hamas, Muslim Brotherhood affiliates and Islamists largely responsible for Libya and Syria's civil wars. Doha's optics contrast with its Dr. Jekyll/Mr. Hyde duality as a patron of terrorism—a reality exposed when Qatar allowed Hamas and Taliban leaders to intermingle on its soil this year.

Documents discovered by the Middle East Forum about the finances of the regime-controlled Sheikh Eid Bin Mohammad Al Thani Charitable Association—also known as the Eid Charity—further confirm this dualism, but more so, how Qatar uses philanthropy to disguise its ties to Islamists. As Qatar strives to project itself as a patron of humanity, it's time to expose Qatar's PR efforts and some of its select beneficiaries.

What better place to start than the disputed Palestinian territories, which receives seemingly endless coverage from Qatar's *Al Jazeera* network? The Eid Charity documents reveal the distribution of more than 1,000 grants to 27 organizations across the Palestinian territories, worth almost $90 million.

Cue the Qatar Committee for the Reconstruction of Gaza (QCRG), which has received approximately $3 million from the Eid Charity, per the documents. A Qatari government agency that has received hundreds of millions of dollars in years past, the QCRG purports to be humanitarian, boasting about its grants to the "Palestinian people" and featuring photos of innocent beneficiaries: children and hospital patients.

Though sustaining life, the QCRG simultaneously endorses those who proactively seek genocide, such as the Palestinian Islamic Jihad (PIJ), a mostly Iran-funded terrorist organization committed to Israel's "destruction."

Qatar has no humanitarian justification for its affiliations with the PIJ, which, per the Council on Foreign Relations, "does not participate in the political

**Qatar has no humanitarian justification for its affiliations with the PIJ.**

process." Yet QCRG chairman Ambassador Mohammed Al Emadi engages the PIJ's most prominent leaders—meeting Khaled Al Batsh, the PIJ's "leader in Gaza," and Khader Habib, a senior leader, both of whom Emadi invited to his residence in October 2019.

In mid-2019, Emadi attended (and presumably hosted) a press conference featured in photos with the PIJ. There, he expressed his respect for "all Palestinian factions" and "their sacrifices," while describing the PIJ as "one of the most important factions." He further acknowledged having "direct meetings and contacts" with the PIJ's leadership, whom he commended for its "positive attitudes."



**Qatar s envoy in Gaza, Mohammed Al Emadi (left), invited senior PIJ official Khaled Al Batsh (right) to his residence in October 2019.**

Unsurprisingly, Emadi has been thanked by the PIJ's leadership for Qatar's role in Gaza, and likewise, by the leadership of Hamas. Emadi regularly meets high-profile officials such as Ismail Haniyeh, Hamas's "political bureau chief," and Yahya Sinwar, Gaza's "de facto ruler" whom Emadi also received in his residence.

In 2012, former Qatari Emir Hamad bin Khalifa Al Thani even joined Emadi in meeting Ismail Haniyeh—presumably to oversee the implementation of charity projects, a testament to Qatar's willingness to embrace terrorist organizations at its highest levels of governance (0:09).

Qatar has also engaged organizations with second-degree ties to Hamas. Cue the Ibn Baz Charitable Society—a Salafist organization presumably named after its namesake, "the most senior Islamic authority to open the door to the religious legitimization of Palestinian terrorism."

It has received $3.5 million despite its leader, Sheikh Omar al-Homs, having espoused anti-Semitism, claiming "the Jews have inflicted harm on all nations that have lived with them." While acknowledging tensions with Hamas, al-Homs has encouraged further cooperation, observing, "the goal that we see is to bring hearts ... closer and postpone disputes before the battle with the Jews ... Hamas bears the slogan of Islam, and whatever our differences, Islam brings us together."

Sheikh al-Homs ultimately seeks to "expand" his organization's base and radicalism "to the West Bank." Qatar hosted al-Homs when he was once unable to return to the Gaza Strip.

A last beneficiary warranting mention is the Islamic Charitable Society of Hebron (ICSH). A "part of Hamas's daw'a network" between 2000 and 2004, ICSH has been outlawed by Israel and identified by the German Intelligence Service as "directly linked to HAMAS." It functioned as a "coordinating organization" for the Union of Good, which, fabricated by Hamas's leadership, transferred funds to Hamas and was consequently designated by the U.S. Treasury in 2008. In 2020, the Palestinian Authority arrested ICSH's head, Fadeel Jabareen, alongside other suspected Hamas activists for illegally distributing charity in the West Bank. It has received almost $5 million in Eid Charity aid.

**Qatar's "philanthropy" has allowed it to shroud in impunity its efforts to engage Islamists.**

In sum, Qatar's "philanthropy" has allowed it to boost its public relations while shrouding in impunity its efforts to engage Islamists. The newly-revealed Eid Charity documents serve as a reminder that much remains to be discovered when it comes to investigating the breadth and consequences of Qatar's financing, whether in the disputed Palestinian territories or elsewhere around the world.

**Jordan Cope is the Qatari finance fellow at the Middle East Forum. Follow him on** Twitter.

# Qatar Foundation Funding for U.S. Public Schools A Cause for Concern

**by Cinnamon Stillwell**
**September 6, 2017 at 1:54 pm**
https://www.meforum.org/campus-watch/24824/qatar-foundation-funding-for-us-public-schools

The *Wall Street Journal* reports on the upsurge in U.S. K-12 public education funding from the Qatar Foundation, ostensibly to encourage the growth of Arabic language instruction:



Qatar Planting Its Flag?

> Benefactors from foreign governments, including other Arab nations, have long made donations to American higher education, but the Qatar Foundation's appears to be one of the few foreign organizations targeting K-12 public schools with lofty grants. It wants to ramp up spending.

But there are concerns about the foundation's independence owing to its co-founder and chairwoman being the mother of Qatar's emiri. Moreover, Qatar, which houses the foreign campuses of six American universities, is currently embroiled in a conflict with its Arab neighbors and the Trump administration over its alleged ties to terrorism.

Meanwhile, the foundation has funded "cultural events" for Arizona students, a visit to the Qatari embassy for Washington D.C. students, and a trip to Doha for Oregon students.

Given that Arabic language programs have a propensity to include what Middle East Forum President Daniel Pipes calls "Arabist and Islamist baggage," the fact that an illiberal country like Qatar is providing an education to increasing numbers of American public school students is alarming.

*Cinnamon Stillwell is the West Coast representative for Campus Watch, a project of the Middle East Forum. She can be reached at stillwell@meforum.org.*

# Qatar Foundation International's Nefarious Influence on K-12 and Higher Education in America

**by Cinnamon Stillwell**
**August 20, 2019**
https://www.meforum.org/campus-watch/59201/qatar-foundation-international-nefarious



The *Daily Caller* (DC) reports on Qatar Foundation International (QFI)'s funding for Arabic instruction in America's public schools, providing a listing of K-12 schools and public colleges that receive grants from the Islamist monarchy-owned enterprise.

As DC points out, QFI's nefarious influence on US education was felt in the recent controversy over a proposed ethnic studies curriculum for California's public schools. One of the drafters of the curriculum---which has since been retracted due to public outcry over anti-Israel bias and radicalism---a Southern California teacher named Samia Shoman, has authored lesson plans on QFI's website for teaching Palestinian history.

Turning to higher education and noting that "Georgetown University has received more funding from Qatar than any other U.S. university, totaling $333 million," DC cites a 2017 Campus Watch report on "Islamists and apologists" among Georgetown's Middle East studies faculty.

If this is what Qatari money can buy, American parents should be on guard.

## Exclusive: Qatar Funds Al-Qaeda-Connected Group in Turkey

**by Abdullah Bozkurt**
*Nordic Monitor*
**November 24, 2021**
https://www.meforum.org/62800/qatar-funded-al-qaeda-linked-turkish-outfit

*Originally published under the title "Qatar Regime's Controversial Charity Funded al-Qaeda-linked Turkish Outfit in the Amount of $23 Million."*

A Turkish charity outfit, flagged by the UN Security Council for links to al-Qaeda, received millions of dollars from a Qatari charity, also accused of sponsoring terrorism, according to leaked data obtained by *Nordic Monitor*.

The Istanbul-based Foundation for Human Rights and Freedoms and Humanitarian Relief (İnsan Hak ve Hürriyetleri ve İnsani Yardım Vakfı, or IHH), a charity that works with Turkish intelligence agency MIT, received 85.2 million Qatari riyals



**Ali bin Khalid al Hajri, president of project management at Qatar's Eid Charity, delivers a speech in the Turkish border town of Reyhanlı before sending IHH trucks to Syria in June 2013.**

($23.4 million at today's exchange rate) between 2012 and 2018.

The funding, provided in 81 tranches over four years by the Sheikh Eid Bin Mohammad Al Thani Charitable Association, also known as Eid Charity, started a year after a civil conflict broke out in Syria, where the Islamist government of President Recep Tayyip Erdoğan has funded and armed rebels including violent jihadist groups to topple the Bashar al-Assad regime. The funding, the bulk of which was aimed at financing the IHH's operations in Turkey and Syria, helped bankroll the organization's global operations in Europe, Southeast Asia and Africa as well as in Latin America.

The leaked data was obtained by the Middle East Forum, a Philadelphia-based think tank, and shared with *Nordic Monitor*. Eid Charity funded not only the IHH but also many other Islamist organizations around the world, some with links to terrorist groups.

In the Turkish case, with the help of Qatari cash, the IHH focused on countries like Myanmar, Philippines, Cameroon, Bangladesh and Nepal in Southeast Asia, while Muslim groups in Colombia, Haiti, Ecuador and Peru were also wooed by the IHH and listed as recipients of funding in Latin America. At one point, the IHH also sent funds to Europe, ostensibly to help displaced Syrian refugees there. In Africa, IHH operations in Egypt and the Central African Republic (CAR) were funded by Qatar as well.

Both the IHH and Eid Charity were accused of financing terrorism, especially al-Qaeda operations in



**Screenshot from the data leak that shows Eid Charity s funding of the Turkish IHH charity, along with many others around the world.**

various parts of the world.

Over the years evidence has emerged to indicate that the IHH provided logistical support to various Islamist jihadist groups including al-Qaeda and the Islamic State in Iraq and Syria (ISIS). The first serious charges against the network of this highly controversial charity were filed by a Turkish prosecutor in January 2014 after a police investigation uncovered that the IHH had smuggled arms to al-Qaeda-affiliated jihadists in Syria.

The criminal investigation, conducted by a prosecutor in Turkey's eastern province of Van, led to the IHH when wiretaps and surveillance revealed that the Kayseri and Kilis branches of the organization were sending funds and medical and household supplies to jihadists in Syria with the help of Turkey's National Intelligence Organization (MIT), which is run by President Erdoğan's close confidant Hakan Fidan, an Islamist figure.

The prosecutor's conclusion was that the NGO took part in the scheme knowing full well what it was involved in. It was not random or individual participation but rather a deliberate scheme with the knowledge of the IHH's top management.

Fearing that the expansion of the probe could lead to senior figures in the IHH and expose the links to his government, then-prime minister Erdoğan quickly moved to quash it. The government dismissed and later arrested all the police chiefs and prosecutors who uncovered the IHH's clandestine dealings with jihadist groups.



**IHH operated the lead ship, the Mavi Marmara, of the 2010 Free Gaza Movement flotilla that sought to break Israel s blockade of Gaza.**

The best depiction of the IHH's clandestine work was provided by a top counterterrorism expert who had worked on terrorism for decades and investigated and monitored radical Islamist groups. At a hearing on August 16, 2016 Ali Fuat Yılmazer, former head of the police intelligence section that specialized in radical religious groups, testified that "the IHH campaigns are designed to provide aid for jihadists engaged in terrorism around the world and supply medical aid, funding, logistics and human resources for jihadists."

Yılmazer added that he personally submitted detailed reports about the IHH's terrorist links to Erdoğan when he was prime minister. "I also provided very comprehensive reports to the prime minister on this issue at the time. These reports are also filed in the archives of the [Turkish] state. It [the IHH] is one of the leading organizations when it comes to al-Qaeda activities around the world," he said in court.

The IHH's links to ISIS were also proven in a court case in Turkey. According to the

testimony of a Turkish woman named Merve Dündar, the wife of ISIS militant Mahmut Gazi Dündar, both of whom were listed as suspected ISIS suicide bombers and placed on a watchlist, the IHH channelled logistical supplies to people who live in ISIS-controlled cities and towns. "We were living in ISIS territory, and my husband wasn't working in Syria. We were distributing [IHH-provided] supplies to the needy," she told the court in a hearing on June 10, 2021.

*Nordic Monitor* previously reported that the IHH also sent arms to Islamist groups in Libya, using a ship to deliver humanitarian supplies. The problems encountered by the ship while delivering arms were sorted out by Turkish diplomats posted to Libya.



**Ali bin Abdallah al-Suwaidi (left), general manager of Eid Charity, with IHH President Fehmi Bülent Yıldırım in April 2016 in Turkey's border province of Hatay.**

A damning revelation of the IHH's terrorist activities was made by Russia in 2016. According to intelligence documents submitted to the UN Security Council on February 10, 2016, Russian Ambassador Vitaly Churkin, the then-permanent representative to the UN, revealed Russian intelligence documents that even furnished the license plate numbers of trucks dispatched to Syria by the IHH loaded with arms and supplies bound for jihadist groups including the Nusra Front.

It is no surprise that the IHH's Qatari paymaster, Eid Charity, is also a subject of controversy over its links to terrorist groups. According to the Carnegie Endowment for International Peace, it is "probably the biggest and most influential activist Salafi-controlled relief organization in the world." Its founder Abdulrahman al-Nuaimi was labelled as a Specially Designated Global Terrorist (SDGT) by the US Department of the Treasury on December 18, 2013. The Treasury stated that al-Nuaimi facilitated significant financial support for al-Qaeda in Iraq, Somalia and Yemen and served as an interlocutor between al-Qaeda leaders in Iraq and Qatar-based donors.

On September 23, 2014 the UN Security Council's Al-Qaida Sanctions Committee also added his name to its list of individuals and entities subject to targeted financial sanctions, a travel ban and an arms embargo. Several other Eid Charity officials were also accused of sponsoring terrorism.

Al-Nuami worked closely with Ali bin Abdallah al-Suwaidi, another Qatari national and the general manager of Eid Charity. In June 2017 al-Suwaidi was designated as terrorist financier in a joint list drawn up by Saudi Arabia, Egypt, the United Arab Emirates and Bahrain.

Eid Charity is not the only Qatari organization that sent funding to the IHH. Qatar Charity, the Foundation Sheikh Thani Ibn Abdullah for Humanitarian Services (RAF), the Qatar Red Crescent and several others also financed the IHH's global operations.

**Abdullah Bozkurt, a Middle East Forum Writing Fellow, is a Swedish-based investigative journalist and analyst who runs the <u>Nordic Research and Monitoring Network</u> and is chairman of the Stockholm Center for Freedom.**

## Qatar Has Been Funding Tariq Ramadan, Along with Muslim Brotherhood Groups in Europe

**by Cinnamon Stillwell**
**April 8, 2019**
**https://www.meforum.org/campus-watch/58150/qatar-has-been-funding-tariq-ramadan-along-with**

According to a new book by two French journalists, Qatar has been funding Muslim Brotherhood (MB) organizations throughout Europe and with them, former Oxford Islamic studies professor Tariq Ramadan. Ramadan, who, not coincidentally, is the grandson of MB founder Hasan al-Banna, is currently on trial in France over rape charges and reportedly, has used the funds to pay his legal fees.

The book notes that Ramadan was paid to be a consultant to the regime-owned Qatar Foundation, which is intertwined in both Middle East studies and K-12 education in the US. The Brotherhood's reach is a long one.

## Qatar's Influence Operations Find Allies at Georgetown

**by Cinnamon Stillwell**
**April 29, 2019**
**https://www.meforum.org/campus-watch/58345/qatar-influence-operations-find-allies**

Speaking recently at Georgetown University, Lolwah Rashid Al-Khater, Qatar Foreign Affairs Ministry spokeswoman, employed double-talk befitting a lacky for Qatar's Islamist regime. She pointed to the state-owned *Al-Jazeera* television network to tout Qatar as a beacon of press freedom, while masking the country's financing of Palestinian terrorism and role as a Muslim Brotherhood bastion. In short, Al-Khater demonstrated just what the regime gets in return for its massive financing of American academe.

Campus Watch Fellow Andrew E. Harrod's report appears today at *the Algemeiner*:

> Packed into a conference room, the mostly student audience of about fifty people included John Duke Anthony, the Hamas-apologist founder of the National Council on US-Arab Relations, and Yahya Hendi, a Georgetown Muslim chaplain and former CCAS professor. CCAS Director Rochelle Davis, who supports an academic boycott of Israel, introduced Khater's lecture on "Defining the Narrative: Media and Politics in the Middle East." Davis pointed out that Khater is a board member at the Institute for Palestine Studies, an anti-Israel outfit based in Washington, D.C.

To read the entire article, please click here.

MEF000708

## 'Qatar is Playing the Long Game in the Ideological War' with University and K-12 Funding

**by Cinnamon Stillwell**
**July 16, 2019**
**https://www.meforum.org/campus-watch/58947/qatar-is-playing-the-long-game-in-the-ideological**

The Clarion Project's Shireen Qudosi laments Qatar's growing influence on America's universities and K-12 education alike, noting that the Islamist regime's "funding of schools and programs not only inevitably influences decision makers but also primes the next generation with talking points that undermine American excellence and interests."

Qudosi draws a line from the radicalism that began taking hold on US college campuses in the 1960s and that now threatens "[d]epartments of history, religion, and the humanities," to Qatar's civilizational onslaught. As she puts it, "Qatar is playing the long game in the ideological war . . . something the United States should have been planning for on September 12, 2001."

# Qatari Soft Power: Doha Miseducates America

**by Oren Litwin**
**January 30, 2019**
https://www.meforum.org/57695/qatar-soft-power

> *The following overview was written in connection with a Middle East Forum conference, "Qatar: U.S. Ally or Global Menace," taking place in Washington, D.C. on Feb. 6, 2019. To watch it live-streamed, click here.*

## Overview

Nominally, the mission of the Qatar Foundation International (QFI, an affiliate of the Qatar Foundation or QF, which is based in Qatar itself) is to spread and facilitate the teaching of Arabic. While this does not encompass everything they do, Arabic-language and Arabic-culture teaching is the predominant theme in QFI's activity. QFI's activities can largely be divided into two parts:

1. Curriculum development and Arabic-teacher training, and

2. Directly sponsoring classes and student programming.

In both of these fields, QF's reach is growing and it is forming partnerships with many powerful nonprofits and government bodies, increasingly including those abroad such as in the U.K., Germany, and Brazil.

However, these seemingly benign programs have a deeper goal of influence. QFI does not merely support the teaching of Arabic; it evangelizes for it. It openly states that part of its motivation is to encourage positive feelings for Arabs and Muslims among the language students. Additionally, promising students are flown out to Qatar for additional programming, and alumni of QFI programs are encouraged to participate in a private forum called YALLAH and organize activism there.

Beyond that, QFI has been caught acting in the American political scene more than once. Director Maggie Salem ghost-wrote some of the *Washington Post* articles of Jamal Khashoggi and encouraged him to take an anti-Saudi line; additionally, QFI at one time sponsored a New York Arab-American community association headed by the controversial Islamist activist Linda Sarsour. QFI also co-produced a propaganda video against Saudi Arabia with Al Jazeera; and it is now developing a reboot of an old BBC program, "Doha Debates," to mobilize youth opinion about Middle-East politics. They intend to use the show to build more relationships with universities, including providing themed curriculums.

In general, QFI has been careful to avoid controversy in its public image. The same cannot be said for its parent organization QF, which has openly supported terror organizations and radical ideologues from the Muslim Brotherhood. Moreover, QF-run educational institutions and mosques in Qatar often feature viciously extremist speakers. Despite such extremism, QF has lucrative relationships with several flagship American universities, having paid out over a billion dollars since 2011.

The difference in behavior between QF and QFI is tactical only; both organizations are meant to advance Qatari national interests and promote the regime's "soft power." As such, QFI initiatives need to be carefully scrutinized for pro-Qatar propaganda, no matter how benign they may seem on the surface.

## Background

QFI was set up by QF in 2007, initially as a public nonprofit. (However, in 2011 QFI was reorganized as a private not-for-profit—which meant that it no longer would be required to disclose its activities to the IRS.) According to QFI's initial mission statement, it was "dedicated to connecting cultures and advancing global citizenship through education"; the current mission statement states that "We engage a global

community of diverse learners and educators, fostering global competency and 21st-century skills through the exploration of the Arabic language and the Arab world's societies and cultures."

Both of these formulations emphasize cultural contact and global learning. In practice, this is primarily done by promoting the study of the Arabic language, and Arabic culture. Additionally, QFI has sponsored a good deal of work translating English-language educational resources such as Khan Academy videos into Arabic.

But more than a simple educational foundation, QFI is a key instrument of Qatari state policy. The CEO and nominal founder of QFI is Sheikha Hind bint Hamad Al-Thani, the daughter of Qatar's former emir. The chairman of the board of QFI is Sheikh Jassim bin Abdulaziz Al-Thani, another powerful member of the royal family. As of 2012 (the most recent public records available), the treasurer of QFI was Khalid Al Kuwari, a senior Qatari government official and a scion of the powerful Al-Kuwari clan. Also on the board was former U.S. ambassador to Qatar (1995-1998) Patrick Theros, who at the time was the long-serving president of the US-Qatar Business Council.

(There is an intriguing pattern of former ambassadors to Qatar immediately taking lucrative private-sector jobs that remain linked to Qatar. Amb. Joseph LeBaron became vice-chair of Daruna, a firm providing housing for migrant workers in Qatar, the chairman of which is Shaikh Nasser Al-Thani; LeBaron also became a senior advisor to Squire Patton Boggs, which has represented Qatar since 1994. Amb. Chase Untermeyer did business consulting for U.S. firms operating in Qatar, before becoming the founding chairman of the Qatar-America Institute in 2017.)

QFI's efforts are in line with the Qatari regime's strategy document "Qatar National Vision 2030," which calls for "a deepening 'cultural exchange with the Arab peoples in particular and with other nations in general' to reflect Qatar's role as a 'responsible member of the international community' with an 'important and constructive regional role'... QFI's work thus seems to resemble a one-sided focus on spreading the Arabic language and culture as a means to familiarize a primarily Western audience with the Arab world in general, and Qatar in particular. In the end, QFI's initiatives are best summarized as an attempt by QF, and by extension the Qatari government, to show its largesse to the world, and to increase its recognition and influence among strategic foreign audiences" (Eggeling 2017).

**Teacher training and curriculum development**

QFI does not merely assist in teaching Arabic, but evangelizes for it. Its affiliated website I Speak Arabic features an "Arabic Advocacy Kit," which includes not just resources for teaching Arabic and even founding new Arabic-language programs, but an impassioned section about the many benefits of doing so. Explicitly stated among these is that learning Arabic will improve Americans' attitudes towards Arabs and Muslims, in addition to deepening appreciation of Arabic culture. Additionally, QFI provides a social media toolkit which includes readymade graphics that celebrate QFI's role in providing Arabic study.

QFI spends a great deal of energy forming partnerships with educational organizations, and sponsoring training workshops and programs for teachers. QFI collaborates with dozens of different organizations and sponsors programs across the country, and indeed the world.

Partners include the Middle East Outreach Council, the National Council for the Social Studies (which helped put on the Arizona workshop mentioned above), the Green Bronx Machine, the Joint National Committee for Languages, and internationally the German-Arabic Freundschaftgesseleschaft, the British Council, UNRWA, the American Councils for International Education, and PYXERA Global (which began as a U.S.-program). QFI also has some involvement in Brazil.

Sponsored events include Big Ideas Fest, the Teacher Leadership Program hosted by U. Texas at Austin, and free "educator tours" through Qatar and Oman which are awarded

via a grant-application process. QFI also holds periodic conferences on curriculum development.

Additionally, QFI organizes Arabic-language teachers into regional organizations called Arabic Language Teachers Councils (example) to facilitate the exchange of ideas and resources between teachers, and doubtless to preserve QFI's influence over classroom instruction and content.

Beyond live events, QFI provides huge amounts of curriculum materials and professional-development resources electronically. Its flagship resource, a web portal called Al Masdar, contains thousands of lesson plans not only about Arabic language, but about broader topics in Middle Eastern culture and politics. Some of these are sourced from the Zinn Education Project, with predictable results—Israeli and American military forces are accused of terrorism, and the Iraq War was carried out to "feast on" the Iraqi economy. Other lesson plans are produced by Qatari sources, including one titled Express Your Loyalty to Qatar.

Additionally, in 2017 the Annenberg Foundation disclosed that it had partnered with QFI to produce "The Teaching Arabic Collection," a professional-development library of videos of best-practice Arabic classroom techniques.

However, a friendly teacher reported that at a QFI training session he attended, in January 2018 in Arizona, the presenters gave a biased view of Middle-Eastern politics that blatantly favored Qatari interests, and obscured QFI's ties to the Qatari regime. QFI program officer Craig Cangemi introduced QFI as an American member organization of the Qatar Foundation, which he blandly described as "a private, education-focused foundation in Doha, Qatar." In fact, QF is a massive apparatus directly managed by Qatar's ruling Al-Thani family, which conducts a tremendous range of state-development activities ranging from technology research to higher education.

Cangemi insisted that QFI sets its own policies, saying, "We are an autonomous organization... [W]e do not have any ties with Qatar: the government, the state, or really [the] Qatar Foundation." This is patently false, as noted above. Other presenters at the event whitewashed Qatar's involvement with the Muslim Brotherhood, while at the same time justifying the Brotherhood ideology as "not extremist."

**Arabic-Language Resources**

QFI has partnered with the Digital Classroom Foundation to translate lessons from Khan Academy into Arabic, initially for the benefit of Syrian refugees in Lebanon. Additionally, QFI has sponsored the development of an Arabic language course by the popular app Duolingo, which is now due to have a beta release in May.

Unsurprisingly, QFI has been deeply involved with the educational-technology space. QFI is/was a sponsor of the popular podcast Edtech, and also sponsored "Global Education Day," which took place at the International Society for Technology in Education's (ISTE) conference.

**Involvement in Schools**

QFI has given over $30 million dollars in grants to public schools around the country— one of the first of which was Cholla High in Tucson, AZ, which received nearly half a million dollars. QFI's website lists programs in several states including California, Texas, Montana, New York, and more.

QFI also provides scholarship opportunities and advanced classes involving travel to Qatar itself to promising students; however, one website claims that QFI program alumni, to be eligible for further grants and advanced programs, need to remain active on QFI's private YALLAH platform. YALLAH is used (among other things) to coordinate global activism among its members. QFI executive director Maggie Salem also writes glowingly about QFI program alumni who go on to volunteer with UNRWA, the U.N. agency focusing on Palestinian refugees, with which QFI has close ties. QFI (and possibly

QF) are also apparently sponsors of the National Youth Leadership Council.

QFI and QF are even more active on the college level. As noted, QFI has several partnerships with colleges such as University of Texas at Austin, Northwestern, Portland State, Duke, and UC Berkeley to provide teacher training and student programs. Given QFI's opaque structure, there is no way to know just how much funding QFI is providing. However, thanks to government disclosures, we know that its parent organization QF has been exceedingly generous to American universities. QF has lucrative contracts with several universities to run satellite campuses in Doha's "Education City" under the authority of QF; Georgetown has received over $300 million to date, Northwestern nearly that much. In fact, Qatar has paid more money to American colleges than any other country on the planet, over a billion dollars since 2011.

The details of these contracts, and any quid pro quos demanded by the Qataris, are generally kept secret—though Virginia Commonwealth University (VCU) was forced to disclose its own contract because of public records laws. While nominally VCU maintains full academic independence, QF has troubling privileges to determine VCU's budget and research agenda, and has considerable influence over administrative appointments.

Meanwhile, Texas A&M was required to release details of its own QF program under similar laws, but QF actually filed suit to block the release. Its legal representative, the political powerhouse Squire Patton Boggs (which has represented the Qatari regime since 1994, and in 2011 hired former U.S. Ambassador to Qatar Joseph LeBaron as a "senior advisor"), claimed that the details of QF's contract with Texas A&M constituted trade secrets, and were thus exempt from public-disclosure laws.

But it is clear that these rich contracts are affording Qatar the chance to influence university campuses in the United States itself, not merely the branches in Doha. For example, in November 2018 VCU held their annual "VCU Qatar Day" on its main campus, and was visited by several high schools that are funded by QFI.

## QF in Qatar

QF schools and mosques in Qatar often host the most virulently radical Islamist preachers, including one who referred to the 9/11 attacks as a "comedy film," another who said that Jews bake Passover matza with human blood ("believing that this brings them close to their false god"), and a third who accused the Shia of "poisoning" and "sorcery."

A featured lecturer of the QF-backed Qatar Faculty of Islamic Studies was Mohamed El-Moctar El-Shinqiti, presently a professor at the QF's flagship Hamad bin Khalifa University. El-Shinqiti was once an imam at a West Texas mosque, where he openly encouraged young people to engage in terror attacks against Israel and Egypt. The dean of the QF's College of Islamic Studies (CIS) is Emad al-Din Shahin, a member of the Egyptian Muslim Brotherhood whose prominence led Egypt's military regime to sentence him to death in absentia. Other CIS faculty are connected to the International Institute for Islamic Thought (IIIT), the Muslim Brotherhood's American think tank which is the nexus of a terror-finance apparatus called the SAAR Network. These CIS faculty include Louay Safi, former IIIT executive director and research director, and Jasser Auda, an IIIT lecturer. Other faculty seem closely aligned with the IIIT's long-term goal of the "Islamization of knowledge," including one professor working under Auda who has written about "Revelation as a source of engineering sciences"(!).

QF is a committed supporter of Islamist extremism, particularly at its Al-Qaradawi Center for Islamic Moderation and Renewal—named in honor of Sheikh Yousef Al-Qaradawi, spiritual leader of the Muslim Brotherhood, who chaired the committee that established the Center's faculty. (Al-Qaradawi has repeatedly endorsed suicide bombings, terrorist attacks against the United States, and the total extermination of the Jews. He is barred from entering the U.S. because of terrorism concerns.) And in 2012, QF hosted Hamas leader Ismail Haniyeh (who was just designated as a terrorist by the

Federal government) and gave him a "victory shield" featuring the Dome of the Rock.

An American educator who worked at a QF educational institution in Doha told the Middle East Forum that faculty were not allowed to purchase maps showing the state of Israel, the entire territory of which was instead labeled "Palestine." Moreover, even tangentially mentioning the existence of Israel or the Holocaust in class would provoke severe reprisals from the Qatari Ministry of Education. The official government policy was "Israel doesn't exist." As the educator put it, "They're teaching their populace... the nonexistence of Israel."

### QFI's Influence Operations

Maggie Salem often plays a larger foreign-policy role for Qatar than her official position at a not-for-profit foundation would suggest; on several occasions she has spoken at US-Qatar Business Council events, including one in 2015 hosted by the U.S. Chamber of Commerce which featured several members of the Qatari royal family. More recently, she was interviewed by several media outlets including NPR on topics surrounding the murder of Jamal Khashoggi.

In December 2018, news reports surrounding the Khashoggi kiling revealed the role played by Salem, who was secretly ghostwriting articles for Khashoggi and encouraging him to take a hard anti-Saudi Arabia line. QFI also provided Khashoggi the services of a translator, whose salary it paid.

Sometime before 2014, QFI sponsored the Arab American Association of New York, at a time when radical Islamist activist Linda Sarsour was its executive director.

In July 2017, QFI and Al Jazeera jointly produced a propaganda video condemning the so-called "blockade" of Qatar. In November, QFI organized a panel discussion claiming that that the Gulf states' isolation of Qatar was due to "fake news," a claim that Maggie Salem explicitly endorsed on Twitter.

### Conclusion

For decades now, Qatar—a tiny but rich country caught between regional great powers—has sought to protect itself by generating "soft power." Its sponsorship of the Muslim Brotherhood, and its state-owned media firm Al Jazeera, have given Qatar tremendous influence across the Muslim world (and increasingly, across the West as well). Its diplomatic ties to opposing powers such as the United States and Iran, or Israel and Hamas, allow Qatar to pose as the honest broker. Its fantastic hydrocarbon wealth has let its sovereign-wealth fund, the Qatar Investment Authority, build up massive stakes in prominent banking firms such as Barclays and Credit Suisse.

The Qatar Foundation and Qatar Foundation International are an integral part of this wider strategy. The role of QFI is to cultivate a growing population of American students who are friendly to Qatar, receptive to its influence, and willing to spread that influence still further. More widespread study of Arabic, by itself, is a good thing; the better we can interact directly with the Muslim world, the less that Islamists can pose as its self-appointed representatives. But American educators must not allow their classrooms to become vectors of Qatari propaganda.

*Dr. Oren Litwin is the Associate Director of the Islamism in Politics Project.*

# Qatar's Sponsorship of Duke/UNC K-12 Programs Under Investigation

**by Cinnamon Stillwell**
**October 31, 2019**
https://www.meforum.org/campus-watch/59708/qatar-sponsorship-of-duke-unc-k-12-programs-under



The Lawfare Project (LP) has filed document requests to compel the Duke-UNC Consortium for Middle East Studies---recently under investigation by the Dept. of Education regarding meeting Title VI funding requirements---to turn over documents pertaining to Qatar Foundation International's sponsorship of K-12 teacher-training and curricula.

The *Washington Free Beacon* quotes the Middle East Forum's Gregg Roman, who, at a recent MEF conference on the subject, pointed out that Qatar has "spent billion of dollars in the U.S. trying to influence not just colleges ... but also public schools and police departments," as well as Oren Litwin, formerly with MEF, who noted that "Qatar has become the single highest [foreign] funder of American universities." Indeed, LP hopes the documents will reveal how the Islamist monarchy "has worked to spread its propaganda inside the American education system."

# Qatar, the 'Israel Lobby,' and the Secret List of 250 with Influence

by Seth J. Frantzman
*Jerusalem Post*

September 3, 2018
https://www.meforum.org/7508/qatar-the-israel-lobby-and-the-secret-list-of-250

In 2017 the Gulf emirate of Qatar, home to a large US military base, found itself suddenly isolated by its neighbor Saudi Arabia and Riyadh's allies in the UAE, Egypt and Bahrain. Doha was worried about losing allies in Washington, especially in the Trump administration. So it set about recruiting lobbyists and allies who provided it with a list of 250 "Trump influencers," according to a new article.

At the same time people in Qatar were concerned that a documentary Al Jazeera had made in 2017, featuring footage from an undercover investigator supposedly exposing the "Israel lobby," might be used against Al Jazeera to force it to register as a "foreign agent." Now bits of that documentary have been leaked at the same time as the list of 250 influencers has come to light. Taken together the two incidents are embarrassing for the emirate and also show the lengths it went to in the US to find favor in Washington.

On August 29 *The Wall Street Journal* published a report that Qatar had "targeted 250 Trump 'influencers' to change US policy." The report covers some familiar names, such as New York restaurateur Joey Allaham and Nick Muzin, a former deputy chief of staff to US Sen. Ted Cruz. "Mr. Allaham's and Mr. Muzin's lobbying firms earned at least $3 million from their work for Qatar," the article says. Part of their strategy was to come up with the names "250 people Mr. Allaham says he and his lobbying-business partner, Nick Muzin, identified as influential in President [Donald] Trump's orbit." Qatar was going big in lobbying in 2017 to salvage its position in Washington, spending $16m.

Among the 250 influencers were two dozen who were sent on trips to Qatar, including former Arkansas governor Mike Huckabee, as well as Alan Dershowitz. Some of those targeted say they didn't know the reason for the trips. "If I had known their purpose with me was maybe to impact the president, I would not have gone," Dershowitz told the *Journal*. Huckabee got a "$50,000 honorarium" for the visit. The chief executive of Newsmax Media was also on the 250 list.

The list is interesting because it reveals new details of Qatar's lobbying effort. Last year it became clear that pro-Israel Jewish figures were prominent in the campaign by Qatar to repair its image. The reason for this has not been disclosed by Qatar or its lobbyists.

On Friday leaked portions of a documentary Al Jazeera made on the Israel lobby suddenly found their way to several media outlets.

Electronic Intifada published one clip. The documentary was made in 2017 but quietly shelved by Qatar during its crisis. Clayton Swisher, who played a key role at Al Jazeera directing the documentary, wrote an op-ed at *The Forward* in March wondering why the documentary hadn't run.

It "came at a time when, due to an arbitrary blockade on Qatar imposed by the United Arab Emirates and Saudi Arabia, Qatar had been pursuing an end to its siege by appealing to the US. According to reports, Qatar sought to offer its own side of the narrative in this conflict by hosting thought leaders, including from the American Jewish community," Swisher wrote. He mentioned Dershowitz and noted that "American Jews had brought up what they saw as Al Jazeera's antisemitism in those meetings [in Doha]." In April the Zionist Organization of America took credit for convincing Qatar to "not allow the release of a viciously antisemitic Al Jazeera 'undercover' film series on the so-called 'American Jewish lobby.'"

The complex story is also linked to efforts to efforts in Congress to label Al Jazeera a

foreign agent under the Foreign Agents Registration Act. In March, Lee Zeldin, Josh Gottheimer and Ted Cruz led a bipartisan effort to investigate Al Jazeera. "Recent reports that the network's operatives secretly filmed American nonprofit organizations in Washington show the urgent need for an investigation to determine whether Al Jazeera undertook 'political activities' in the US and should register as a foreign agent," the representatives wrote. This letter was sent two days before Swisher's op-ed appeared in March, and weeks before the ZOA took credit for stopping the documentary.

As all these details become clear, including the new revelations about the 250 "influencers," Moscow-based RT has run an article claiming that the "suppression" of the "the documentary demonstrates the incredible power and influence wielded by the Israel lobby." The bizarre irony here is that it is Qatar that tapped into this "influence" and sought to bring "influencers" to Doha. Several of those influencers allegedly told the emirate to pull the documentary. Even though Al Jazeera denies that its content is directly vetted by the government, those who made the documentary claim it was censored.

It now appears Qatar targeted some Jewish Americans in its lobbying because Doha believed they were close to Trump. At the same time the documentary was canceled and some of those who Qatar had cultivated as "influencers" took credit for influencing Qatar to cancel the documentary. But Qatar never seems to have grown its influence in Washington through these contacts.

*Seth Frantzman is The Jerusalem Post's op-ed editor, a Writing Fellow at the Middle East Forum, and a founder of the Middle East Center for Reporting and Analysis.*

## How Qatar Became the Power Broker of Afghanistan

by Seth J. Frantzman
*The Jerusalem Post*
August 25, 2021
https://www.meforum.org/62597/qatar-the-power-broker-of-afghanistan

*Excerpts of the originally published article*

Qatar has been playing a key role in the return of the Taliban to Afghanistan. It has also been playing a key role in flights of foreign nationals and refugees out of Kabul. It has won widespread praise for both, seemingly contradictory, policies.



**Qatar has played a key role in both the return of the Taliban to Afghanistan and the evacuation of Afghans fleeing its return.**

However, this is the Qatar methodology: presenting itself as both a power broker that can work with extremist groups – backing those groups, while also appearing to back stability and work with the countries dealing with the chaos left behind by these groups.

As such, Qatar positions itself as the country that everyone needs in order to work in Afghanistan. It both flies in journalists to cover the chaos at Kabul and provides "protection" for Americans in Kabul against the very group, the Taliban, which Qatar hosts. ... *The Washington Post* reported that "the Qatari ambassador to Afghanistan has escorted small groups of Americans into the [Kabul] airport." The Qatari officials meet Americans at various points in the city, and "the ambassador then accompanies them to guarantee safe passage," according to the report.



**German Foreign Minister Heiko Maas praised Qatar's "leadership role" in the Afghanistan crisis.**

Qatar is now the go-to country for all things Kabul. Germany's Foreign Minister Heiko Maas thanked his Qatari colleague, Foreign Minister Mohamed bin Abdulrahman Al Thani, on August 23 for facilitating the safe transit of foreign nationals out of Kabul, saying that "Qatar has taken on a real leadership role."

In fact, it is the US that secured the area near the runways so planes could come and go, and the UAE actually evacuated more people from Kabul than Qatar as of August 23.

But Qatar positions itself as taking a "leadership role" precisely because it hosted the Taliban for years, and helped to smooth its public relations campaign and transition it back into a palatable group for the international community. ...

CNN reported on August 24 that "the Biden administration has been in regular contact with Taliban officials throughout the course of the evacuation process, both on the ground in Afghanistan and in Doha, Qatar." The head of the CIA reportedly met Taliban co-founder and deputy leader Abdul Ghani Baradar recently. This "amounts to the highest-level direct exchange" between the current US administration and the Taliban. The Taliban was midwifed into this new respectability by Qatar. ...

**The Taliban was midwifed into its new respectability by Qatar.** What is clear is that Qatar engineered itself into power brokerage in Afghanistan. This comes during years in which the Doha-Ankara axis partnership has grown because both countries support the Islamist Muslim Brotherhood and both tolerate groups like Hamas, or extremists ranging from Ahrar al-Sharqiya in Syria to the Taliban in Afghanistan.

After the rise of ISIS, much of the region began to reject extremism, the Muslim Brotherhood was ejected from power in Egypt, and other extremist groups were checked. However, Islamist groups, temporarily sidelined between 2015 and 2020, got new wind in Afghanistan when the Trump administration chose to legitimize the Taliban via negotiations in Qatar. Here, Qatar was able to become a key guarantor for US forces in Afghanistan. In short, if the US wanted troops safe, then Qatar could be the intermediary and thus control both the Taliban and US policy.

The end result is an empowered Qatar, and it sends a message to countries like Turkey and Pakistan – which flirt with extremist anti-Western groups but also want close ties to the US – that playing both sides has benefits because they become essential to both.

It remains to be seen what role Qatar will play after the US leaves Afghanistan. Will it continue to have the leverage it had, or will the fact that the US has left leave Qatar having to compete for influence with much bigger players like Russia, China, Turkey and Pakistan? For now, the small Gulf country continues to play an outsized role. ...

While being praised for helping the Afghans flee the same extremists that got top ratings on Al Jazeera, it is unclear whether those poor Afghans will get any residency or refugee status in Qatar, or just be exploited for temporary PR and sent on to some other country. ...

**Seth Frantzman is a Ginsburg-Milstein Writing Fellow at the Middle East Forum and senior Middle East correspondent at *The Jerusalem Post*.**

## Uncovered Qatari Regime Data Reveals Funding of Hardline Islamists Across the West

by Martha Lee and Sam Westrop
*The European Conservative*
**January 17, 2022**
https://www.meforum.org/62948/qatari-data-reveals-funding-of-hardline-islamists

A trove of data uncovered by the Middle East Forum details almost 46,000 grants made by the Qatari regime-controlled Sheikh Eid bin Mohammad Al Thani Charitable Association, also known as the Eid Charity, to radical Islamic organizations all around the world. A significant amount ended up in Europe and North America: some 380 grants to 41 recipients, totaling just under $37 million, distributed between 2004 and 2019.



Although dwarfed by the total $770 million globally accounted for within the dataset — some of which appears to have been given to designated terrorist organizations—the Eid Charity's spending across the West reveals a clear pattern of Qatari monies being handed out almost exclusively to radical organizations.

It is not surprising that Eid Charity should emerge as a leading patron of Islamist extremism in the West. In previous years, European media has occasionally recorded the group's radical ties. In the Netherlands, in particular, journalists have previously pointed to Eid Charity's funding of Salafi organizations in Dutch cities, and note that its officials "are said to have funneled money to Al Qaeda in Iraq, Al Shabab in Somalia and Palestinian Hamas." Indeed, the Eid Charity's founder, Abd Al Rahman Nuaimi, is a known Al Qaeda financier who was designated as a terrorist by the U.S. government in 2013.

> **Despite its extremist links, Eid Charity has operated globally with near impunity.**

Despite its extremist links, the Eid Charity has been able to operate internationally with near impunity. In the Western world, the United Kingdom was its main target, with some 97 grants distributed there worth just under $9 million.

Some $2 million was given to the Al Muntada Al Islami Trust, a hardline Salafi charity. In 2004, the Henry Jackson Society reported that Nigerian police arrested Sheikh Muhiddeen Abdullahi, purportedly a senior Al Muntada Trust official, who is alleged to have confessed to serving as a middleman between Al Muntada and Nigerian jihadists. In 2013, a Nigerian human-rights activist testified before the U.S. House of Representatives, where he named Al Muntada as an organization he believed to be funding designated terror group Boko Haram. The trust also runs a mosque in West London, which *The Times* has reported is closely connected to Qatar and "is linked to Islamist mosques and schools elsewhere in the UK."

Furthermore, British media has long reported on the extremist links of this charity network. Journalist Andrew Gilligan noted: "Al-Muntada has close links to British mosques accused of radicalising young people into Isil, including al-Manar in Cardiff, attended by Nasser Muthana and



**Al Muntada Al Islami Trust allegedly has ties to Nigeria s Boko Haram and pro-ISIS British mosques.**

Reyaad Khan, the first Britons to appear in an [Islamic State] propaganda video. Both mosques have also organised events with Mohammed al-Arifi, the now-banned extremist cleric accused of grooming the two young Cardiff men."

Former Al Muntada partners have included ISIS financier Nabil Al Awadi, as well as radical clerics such as Haitham Al Haddad, whom British media has frequently described as "one of the most active radical preachers in the country."

Almost $600,000 was provided by the Eid Charity to the Emaan Trust in Sheffield in 2013 and 2014 for the construction of its mosque. As Andrew Norfolk of *The Times* has previously noted, "The Emaan Trust's leaders have included men with close links to the Brotherhood. Another trustee resigned in 2017 after the exposure of his virulently antisemitic views, including the claim that Jews control the world and were responsible for 9/11."

Norfolk also revealed that the Emaan Trust has received substantial amounts of monies from Qatar Charity UK, a branch of another regime-controlled group in Doha that has long worked closely with the Eid Charity.

Seventy-seven grants, totaling over $6.3 million dollars, were also handed out to Help the Needy, a British Muslim charity based in London. Media reports claim that the organization is an official partner of the Eid Foundation; and its officials appear to also hold senior positions in Doha-based organizations.

In other European countries, the Eid Charity has also been generous with Islamist mosques and organizations, many of which are linked to terrorism. In Sweden, the Örebro mosque received $2.4 million between 2007 and 2016.

Örebro Mosque has undeniable links to terror: an ISIS recruiter preached there regularly until his arrest in 2015. The Swedish Security Service subsequently issued a press release which stated: "the Swedish Security Service have a clear picture that there is radicalisation and recruitment in Örebro." And the Örebro Mosque's spokesman has spread anti-Semitic tropes, accusing late Israeli PM Ariel Sharon of using the blood of Palestinian children to make pudding.



**Sweden s Al Rashideen Mosque and its imam, Abu Raad.**

Eid Charity also donated $1 million to Sweden's Al Rashideen Mosque, also known as Gävle Mosque. In 2014, Gävle Mosque's imam, Abu Raad, applauded ISIS for taking over the Iraqi city of Mosul, and even encouraged his followers to finance the terrorist organization. The Swedish government subsequently declared that he "constitute[d] [a] qualified security [threat]" and decided to deport him, but the sentence was never carried out because of the purported risk of persecution that he faced in his native country of Iraq. Instead, he returned to his mosque, where he was "embraced" by the congregation.

Meanwhile, in France, almost $1.7 million from the Eid Charity went to institutions tied

to the Egyptian Muslim Brotherhood, such as the Institut Européen des Sciences Humaines (IESH), which received $470,000 from the Eid Charity. The IESH was founded as a Brotherhood seminary (Christian Chesnot & Georges Malbrunot, _Qatar Papers_, p. 155), and its curriculum was designed by the Brotherhood's 'spiritual leader' Yusuf Al Qaradawi. IESH's former students also include Al Qaedaand jihadists (_Qatar Papers_, p. 162).

Another $442,000 went to the Mosquée de Saint-Ouen, whose imam, Abdelghani Benali, is also a professor at the IESH. Officially known as the Essalame Center, the mosque has been renamed Al Hashimi (the name of the private donor, the uncovered data reveals, who funded the Eid Charity grants).

In 2008, Eid Charity made a contribution of $66,000 to another French Islamic center in Poitiers, which appears to have been founded by Hadj Amor, while treasurer of the prominent French Islamist organization Musulmans de France (Muslims of France) (_Qatar Papers_, p. 179). Interestingly, the funding for the center was passed through a middleman: the L'Association des Musulmans d'Alsace (AMAL).



AMAL also received $262,000 from Eid Charity for the construction of the enormous An-Nour Islamic center in Mulhouse, which it manages. French journalists Christian Chesnot and Georges Malbrunot have previously alerted the public to Qatari attempts to create autarkic "micro-societies" in Europe. An-Nour is one of the most obvious examples of this trend, and, indeed, the Eid Charity notes that it will include a _dawah_ (proselytization) center as well as a school, shops, and various

**The An-Nour Center under construction in Mulhouse, France.**

other services.

As revealed by Chesnot and Malbrunot in their book _Qatar Papers_, AMAL also managed a contribution from the terror-linked Qatar Charity—in the same year, for the same center (p. 60). In both the UK and France, it appears multiple Qatari regime charities distribute funds in close coordination.

In 2008, Eid Charity donated $457,000 for the construction of an Islamic center in the French town of Villeneuve d'Ascq. The center seems to be a priority: it also received funds from Qatar Charity that again were passed through AMAL.

In Germany, Eid Charity donated $400,000 to the Arabischer Kulturverein (Arab Cultural Association), which appears also to be known as the Al Muhsinin mosque. According to German academic Susanne Schröter, Al Muhsinin is "regarded as an important center of Salafi activities" that "counts several of its members among the ranks of Al-Qaeda," and where radical preachers "encouraged followers to travel to Al-Qaeda training camps."

Eid Charity grantees appear sometimes to serve as middlemen by distributing monies to other radical institutions. For example, the Arabischer Kulturverein gave $68,000 to the Assalam Mosque in Essen, also a known "Salafi hub," according to academic Johannes Saal. Jihadists such as Silvio K, described by the German media as the "German face of the Islamic State," regularly attended the mosque. In 2009, German authorities deported one of its congregants who was in touch with Osama bin Laden's former bodyguard and possessed bomb-making instructions in his apartment.

In the Netherlands, a contribution of $1.1 million from the Eid Charity through the Dutch Waqf Foundation was used to fund the infamously extreme Al Furqaan mosque in Eindhoven. Its seminars were attended by members of Al Qaeda's Hamburg cell, which played a key role in the 9/11 attacks.

In Switzerland, the Swiss Islamic Shura Council received $208,000 from the Eid Charity.

One of its board members has been convicted for producing jihadist propaganda: he traveled to Syria to interview a high-ranking Al Qaeda official, and later posted the video on the Shura Council's YouTube channel. Two other board members were also implicated. The Swiss Shura Council also invited the infamous Salafi preacher Mohammed Al-Arifi to its annual meeting in 2013, although he was prevented from attending following the Swiss government's decision to deny him entry for five years because of his extremist rhetoric.

In Canada, where over $6.7 million of Eid Charity grants have been distributed to eight organizations, authorities have previously warned about the influence of the Eid Charity, with the government's Canada Revenue Agency (CRA) noting that the Qatari charity appeared to "control" the Islamic Society of British Columbia (ISBC). At the time, a CRA official wrote that "publicly available information ... indicates that the Eid Foundation is alleged to have provided support to terrorism."



This new data uncovered by the Middle East Forum corroborates the CRA's concerns, revealing 11 grants from the Eid Charity to the ISBC, totaling over $326,000.

In the United States, almost $100,000 routed through Canada from the Eid Charity appeared to fund the Colorado Muslim Community Center outside Denver, an institution controlled by notorious hardline Salafi cleric Karim Abu Zaid, an unabashed apologist for the Taliban.

**North American recipients of Eid Charity funding include the Islamic Society of British Columbia (left) and the Colorado Muslim Community Center outside Denver (right).**

Since 2014, Saudi Arabia has gradually reduced its efforts to fund Muslim communities around the world. Once a key supporter of international Islamism, Saudi Arabia and its allies in the Gulf now regard groups such as the Muslim Brotherhood as dangerous terrorist organizations. Financially, however, many radical organizations across multiple Western Islamic circles appear to survive unscathed from the loss of one of their largest donors. Who, then, has filled the gap?

Qatar has long been suspected as a possible replacement, and plenty of anecdotal evidence has previously tied Doha to terror finance. This $770 million of Eid Charity support may just be a tiny proportion of Qatar's total spending on its radical partners. While the Eid Charity is just one institution among dozens used by the regime to front its financial activities, this newly uncovered data presents the most extensive evidence so far of the regime's terror-linked Islamist agenda.

*This newly uncovered data is the most extensive evidence so far of Qatar's Islamist agenda.*

**Martha Lee is the research fellow for Islamist Watch, a project of the Middle East Forum. Sam Westrop is the director of Islamist Watch.**

## The Qatari Hand in Fueling Islamist Terrorism in India

**by Abhinav Pandya and Akshay Kumar**
*The Sunday Guardian*
December 13, 2021
https://www.meforum.org/62863/qatari-hand-in-fuelling-the-terror-factories-in-india

*Originally published under the title "Qatar risks joining Turkey and Pakistan on FATF grey list."*

India has faced an increasing threat of terrorism for a long time, with the northern state of Jammu & Kashmir being the flashpoint of Islamist terrorism and radicalization for over three decades. Irrespective of the gradual pan-India spread of terrorism and radicalization trends over the years, not much thought has been given to exploring the underlying dynamics and root cause of its emergence. The security agencies have considerably worked on



Qatar's Sheikh Thani Ibn Abdullah for Humanitarian Services (RAF) and Sheikh Eid Bin Mohammad Al Thani Charitable Association (Eid Charity) help foment Islamic extremism in India.

terrorist organizations, but we have not focused much on the role of Islamist organizations in the proliferation of extremist and radicalization environment in India.

Over the last several decades, many Islamist organizations developed, flourished and survived in India and escaped the radar of our agencies and the strategic community, either because of lack of sufficient knowledge or lack of adequate political will to tackle them. The most prominent feature of such organizations is the legal umbrella under which they operate. They often work under the garb of charity groups, NGOs and religious institutions. However, internally they work to radicalize the selected demography, primarily minorities, leading to the germination of strong fundamentalist terrorist ideologies. Consequently, a sophisticated network of organizations has managed to thrive under the heavy machinery of the Indian state.

### The Curious Case of Eid Charity

The role of external support to such organizations is the most potent driving factor in the spread of radical ideologies in India. For instance, the import of Saudi endorsed hardline Wahabi ideology in the 1980s sprouted the seed of extremism in the Kashmir Valley. In the most recent example, the Middle East Forum, a Philadelphia-based organization, came across a massive cache of documents associated with Qatar-based Sheikh Eid Bin Mohammad Al Thani Charitable Association, also referred to as Eid Charity. In an investigation by Usanas Foundation, a geopolitical and security think tank in India, the data in these documents revealed that Eid Charity funnelled millions of dollars since 2008-09 in India, funding Islamist organizations associated with the Salafi school of thought in Islam.

Eid Charity came under global scrutiny in 2013 when one of its founders, Abd Al-Rahman al-Nu'aymi, was named as Specially Designated Global Terrorists (SDGTs) by the U.S. Department of Treasury. He was sanctioned for providing financial and material support to al-Qaida and its affiliates in Syria, Yemen, Iraq and Somalia. The association also allegedly works with other reported terror-financing charity groups in Qatar, such as Qatar Charity and Foundation Sheikh Thani Ibn Abdullah



**Abd Al-Rahman al-Nu'aymi**

for Humanitarian Services (RAF).

The primary investigation of these documents revealed over 1200 transactions made to India either directly under the name of Eid Charity or through individualistic contributions. A total of QR 28.492855 million (USD 7.82 million approx.) were transferred to eight Salafi-based Islamist organizations in India. The money was distributed for projects ranging from direct financial support within the Muslim community to other religious and community action programs such as building/supporting mosques and building handpumps.

### List of Islamist organizations in India that received money from Eid Charity

| Name of Charity | No of Transactions | Money Received |
|---|---|---|
| Salafi Philanthropic Society – Kerala | 769 | QR 17,710,845.00 |
| Symposium Educational Charitable Society – Ubay | 333 | QR 7,330,385.00 |
| Peace Education Center – India | 22 | QR 1,906,885.00 |
| Al-Safa Educational, Industrial, and Islamic Charitable Society – India | 64 | QR 924,460.00 |
| Al-Habib Educational and Charitable Foundation – India | 23 | QR 339,780.00 |
| Management of mosques and schools – India | 6 | QR 270,300.00 |
| Relevance Charitable Foundation | 2 | QR 10,200.00 |
| Organization of the Charitable Center for the Promotion of Education, Health and Relief | 1 | QR 3,500.00 |

*Source: Data retrieved from documents recovered by Middle East Forum.*

The Kerala-based Salafi Philanthropic Society, registered as Salafi Charitable Trust Narikkuni, received the largest cache of funds, involving around USD 4.9 million between 2008-17. This charity group is run by another controversial Qatar-based charity group mentioned above, RAF. The RAF is run by a royal family member of Qatar and was black-listed for terror financing by Arab nations in 2017. The Foundation has

serious charges levied against it, including funding al-Qaida affiliated groups AL-Nusra in Syria and arming Muslim-Brotherhood-backed fighters in Sudan.



A large part of the money received by Salafi Charitable Trust was directed towards individual financial assistance within the poor Muslim population. Money was also given for ideological projects such as countrywide distribution/promotions of Hijab. Dr. Hussain Madavoor runs the trust as its chairman. He is one of Kerala's most prominent religious figures and vice president of Kerala's largest Salafi organization — Kerala Nadvathul Mujahideen (KNM). Although KNM has tried to project itself as a progressive group over the years, several controversial people and radical splinter groups periodically associated with it and promoted fundamentalist Salafi faith.

**A medical clinic in the Indian village of Ganjo Gharhi operated by Salafi Charitable Trust Narikkuni and the Qatar-based Foundation Sheikh Thani Ibn Abdullah for Humanitarian Services (RAF), July 2016.**

In a video message posted on Facebook in 2018, Dr. Madavoor also supported Peace Education Foundation and its Founder and Managing Director, MM Akbar. Peace Education Foundation has been on the radar of security agencies since 2016 when it came to public notice that several ISIS recruits from Kerala had an association with the foundation. Akbar is also infamous for his controversial religious speeches and is often called 'Zakir Naik of Kerala,' another Islamic preacher absconding from India on terrorism and money laundering charges. Akbar was arrested in 2017 while trying to fly to Qatar on the charges of radicalizing school children through radical content in Peace schools.



In an audio message released by ISIS-KP, Abdul Rashid Abdullah, the main mastermind behind the ISIS module in Kerala and former employee at Peace Foundation, claimed that there are ISIS supporters among the teachers and parents of Peace schools. He also alleged that during a public interview, the founder of the group MM Akbar tried to conceal the identity of at least two former employees of Peace Foundation who travelled to Afghanistan to join ISIS-KP.

**Abdul Rashid Abdullah, leader of the ISIS module in Kerala, was a former employee at the Peace Education Foundation.**

During our investigation, it was found that Eid Charity also funded an organization named Peace Education Centre. It is hard to ascertain the identity of this organization which almost received all the funds in the name of financial support to the orphanage. However, the only possible link could be with the Peace Education Foundation mentioned above, which runs several educational and charitable institutions for orphans. If Peace Education Foundation received money from Eid Charity, it would be the most direct evidence of Eid Charity funding organizations in India that directly employed ISIS recruits and are involved in radicalization activities.

Eid Charity's second-largest reserve of funds to India is transferred in the name of Symposium Educational Charitable Society. This organization received around USD 2.01 million, yet our investigation disclosed no traces of any organization with such a name in the public domain. Following the transactions, it came into notice that the money was transferred for projects mainly in the Siddharthnagar district of the northern Indian state of Uttar Pradesh. A large sum of this money is given to Al-Farooq Group based in the Itwa area of the district. This group is directly funded by Eid charity and is known

for its dismissive stand against the Sufi Islam widely practiced in India. The Itwa area, a Muslim majority locality, also harbors other Salafist organizations with foreign backing, propagating fundamentalist Islamic interpretations and intolerant stand towards other Muslim sects.

Another organization named Al Safa Educational, Industrial and Islamic Charitable Society also received funds from Eid Charity. Another controversial preacher runs it from Kerala, Maulana Sheikh Meraj Rabbani, who was also arrested in 2010 over hate speech against other Muslim sects, including Barelivies and Sufis. Rabbani was also amongst several radical preachers in Kerala whose speeches aided the radicalization of ISIS recruits. Rabbani is also involved in a high-profile Heera Gold fraud case where he used faith and urged people to invest in a Ponzi scheme. The dual involvement of this radical preacher in religious hate-mongering and financial swindlings provides high impetus to the probable misuse of the funds received by the Al Safa group.

Most interestingly, a large amount of Eid Charity money is transferred to Al Safa in the name of supporting the operation of the Salafi Charitable Trust mentioned above. It clearly shows that the foreign money is circulated within these Salafist organizations, and many groups may only exist to work as proxy organizations to escape the scrutiny of law enforcement agencies and tax regulatory bodies. This could also be true since other recipients in the Eid Charity list, such as Al-Habib Educational and Charitable Foundation and Relevance Charitable Foundation, are publically ghost, and our investigation couldn't find any traces of their existence. Therefore, it is no surprise that these groups may be shell organizations, the most common practice amongst institutions funding global extremism and radicalization.

**Sowing the Dangerous Seeds of Extremism**

The whole investigation shows that this diabolical funding mechanism has been in place for a long time. It has evolved and acquired a sophisticated form over the last several years. The non-uniformity of transactional patterns makes it almost impossible to ascertain the actual purpose for these funds. The money comes under small heads for small-scale undertakings, which are extremely hard to trace and makes it almost impossible to link this money with any nefarious anti-national activity. The utilization of funds is also suspicious since most of these organizations have almost no online and popular media presence. Our investigation also couldn't find any public records of using these funds or any social media promotion of any of the projects, a standard practice of other mainstream charity groups.

> We couldn't find any public records of using these funds or any social media promotion of the projects.

Another major cause of concern is the financial support for Salafi organizations in Kerala. Over the past years, this southern state of India has become the hub of radicalization and recruitment ground for several transnational terrorist groups. Salafi organizations in Kerala have constantly been accused of supporting violent extremism, and several ISIS recruits from the state have been associated and radicalized through them. Banned Kerala-based Islamist terror groups such as the Student Islamic Movement of India (SIMI) and extremist groups like Popular Front of India (PFI) have used hardcore Salafi teachings to radicalize youth and recruitment. The fact that raises alarms is that these transactions also match the period when radicalization and extremist trends in Kerala acquired a steeper trajectory.

Another prominent feature is the connection between Eid Charity and other Qatar-based controversial charity groups like RAF. These organizations are already accused of working in cahoots to fund global terrorism. Therefore, the funding of Islamist organizations operating in India could also be strategic, and hence their mutually enforcing operation in India is highly troubling. There seems to be an agenda and extensive patronage from the Qatari state to export fundamentalist Salafi faith. India has

had a rich history of progressive Islamic practices for centuries, and an external targeted design could disrupt the social fabric and become fatal for India's national integrity.

The possible support to sleeper cells of the transnational and subcontinental terrorist organizations is jumbled up with welfare activities. Hence, the most significant challenge to identifying such Islamist organizations is to weed out legitimate legal actions from those facilitating terrorism.

> Weeding out legitimate legal actions from those facilitating terrorism is a significant challenge.

Indian security establishment needs to scrutinize these Islamist organizations, especially those getting financial support from internationally accused groups like Eid Charity. The recent decision by the government of India to tighten the Foreign Contribution Regulation Act (FCRA) is a welcome step in this direction. However, much more comprehensive tracking of such Islamist organizations is needed at the grass-root level, and India's security and strategic community needs to build a holistic approach to eradicate such networks.

**Abhinav Pandya is the founder and CEO of Usanas Foundation, an India-based geopolitics and security thinktank. Akshay Kumar is Head of Research and Program Operations at Usanas Foundation. Both are writers at Islamist Watch, a project of the Middle East Forum.**

MEF000728

# Briefing: Qatar Foundation



March 27, 2018

*Summary: American schools should not be cooperating with the Qatar Foundation. QF is an arm of an autocratic regime. It embraces terrorist organizations and gives platforms to hateful extremists. Its strategic goal is to teach American schoolchildren the Qatari view of the Middle East, and to attack the legitimacy of the United States and Israel.*

On January 27, Qatar Foundation International (QFI) sponsored a continuing-education event for public-school teachers titled "Middle East 101" in Phoenix, Arizona. It featured Middle East scholars and was hosted by the Arizona Department of Education—which is not surprising, given that QFI has donated over $450,000 to Arizona public schools. Unfortunately, while there was a good deal of interesting material, teachers also got a large helping of Islamist propaganda—designed to influence American schoolchildren and ultimately to advance Qatari foreign policy.

QFI program officer Craig Cangemi introduced QFI as a member organization of the Qatar Foundation (QF), which he blandly described as "a private, education-focused foundation in Doha, Qatar." In fact, QF is a massive apparatus directly managed by Qatar's ruling Al-Thani family, which conducts a tremendous range of state-development activities ranging from technology research to higher education.

Cangemi insisted that QFI, the American branch, sets its own policies, saying, "We are an autonomous organization... [W]e do not have any ties with Qatar: the government, the state, or really [the] Qatar Foundation." This is patently false. The CEO and nominal founder of QFI is Sheikha Hind bint Hamad Al-Thani, the daughter of Qatar's former emir. The chairman of the board of QFI is Sheikh Jassim bin Abdulaziz Al-Thani, another member of the royal family. As of 2012 (the most recent public records available), the treasurer of QFI was Khalid Al Kuwari, a senior Qatari government official and a scion of the powerful Al-Kuwari clan. QFI is in fact a key instrument of Qatari state policy.

The main speaker was Barbara Petzen, a senior staff member at the Center for Strategic International Studies who once worked for the Saudi-funded Middle East Policy Council (MEPC), and has been long accused of anti-Israel bias in educational fora. During her presentation, she repeatedly argued that Islam, as such, had no relationship with Islamic terrorism, which she claimed was more immediately rooted in Muslim political grievances against the West for its support of Israel and the wars in Iraq and Afghanistan. (Petzen hit similar themes in a 2015 presentation for QFI.)

1

Petzen's whitewashed the role of Islamism, a religious-political ideology with roots in 20th century totalitarianism that demands political supremacy as a religious value, and thus leads inevitably to political violence. She argued that Islamism as represented by Saudi Arabia and the Egyptian Muslim Brotherhood is focused on governing society (albeit in a religiously severe fashion), and is therefore *opposed* to extremism, since "extremism, by definition, turns things over—is destabilizing... If you're in power, you don't want extremism because it destabilizes your control." (By this faulty definition, no ruling ideology can be "extremist." Indeed, ISIS would not be considered "extremist" once it set up its government.)

Similarly, when commenting on the June 2017 decision by Saudi Arabia, Egypt, and seven other Muslim countries to sever ties with Qatar, Petzen downplayed the importance of Qatari regime's deep, systematic support for Islamism and terrorism. Instead, she claimed the diplomatic crisis was motivated mainly by Qatar's close economic relations with Iran, a geostrategic competitor of Saudi Arabia. This ignores the fact that Qatar's neighbors fear destabilization by the Muslim Brotherhood and its supporters, and have abruptly reversed their own prior support of the Brotherhood in response.

Previously, Petzen worked for the Saudi-funded Middle East Policy Council (MEPC), which has produced a variety of anti-Israel material for K-12 students. In 2006, Jewish newspapers reported that Petzen had promoted a book for K-12 students titled the *Arab World Studies Notebook* that omits Israel from maps of the Middle East, encourages discussion of "Jewish lobbying," and claims that in 1948 "armed Jewish groups had driven much of the Palestinian population from their homes, thus capturing most of the Palestinians' land through acts of sheer terror and intimidation."

While working at MEPC, Petzen also designed a Middle East studies website named TeachMidEast, which recommends students read the extremist publication *Electronic Intifada* for more information about Palestine, describing it only as an "independent news publication." In fact, *Electronic Intifada* has been strongly criticized for the anti-Semitism of its writers. One of its journalists warned that Jews are due a second "Holocaust" unless they "distance themselves from the Zionist monster before it's too late to do so."

So why would QFI choose such a presenter to educate American teachers? What exactly is QFI and its parent organization, the Qatar Foundation?

**History of QFI**

QFI describes itself as "a U.S.-based member of the Qatar Foundation (QF)," a theoretically non-governmental foundation in Qatar with a tremendous variety of state-development activities ranging from technology research to higher education. The founding of QF in 1995 is politely attributed to Sheikha Moza bint Nasser Al-Thani, the second wife of Qatar's previous emir and the mother of the current emir, along with her husband the deceased emir. (Sheikha Moza is

2

the chair of QF and directs its activities.) QFI itself was established in 2007 with the help of the US-Qatar Business Council, which was founded under the aegis of the previous emir.

**U.S. Government Partnerships**

QF and QFI have both established dozens of partnerships with American government departments, public schools, and universities. Primarily, QFI claims to be in the business of teaching Arabic and awards grants to American teachers and schools for that purpose. But QFI also engages directly with students. It has taken high-school students from all across America – mostly from schools that are recipients of large QFI grants – on "exchange" trips to Qatar.

Over the last eight years, QFI has distributed over $30 million to American public schools, including $465,000 to the Tucson Unified School District in Arizona. QFI currently claims to be supporting 28 schools in 10 states "reaching over 2500 students." In 2011, the Department of Education announced a joint project with QFI named "Connect All Schools," which pledged to introduce "global issues curricula" into U.S. schools.

Several publicly-funded universities are funded by QF, and some have established campuses in Doha. Some of this largesse is in the form of research grants. Virginia Commonwealth University's branch in Doha, for example, received $880,000 from QF in 2013 to design aerogels. Other partnerships are geared more towards Qatar's ideological exports. Portland State University, for instance, has a long history of collaboration with QF and helped design a curriculum for QFI that is currently being promoted in American schools.

Qatar spends more than $400 million annually on hosting branch campuses of six US universities. That total includes a $76.2 million payment to Texas A&M University at Qatar for the operation of an engineering campus at Doha's Education City complex; an estimated $121.7 million to Weill Cornell Medicine-Qatar, an outpost of Cornell University's medical school; an estimated $60.3 million to Carnegie Mellon University Qatar's business and computer science campus; $59.5 million for Georgetown University's School of Foreign Service in Qatar; $45.3 million for Northwestern University in Qatar's communication and journalism outpost; and $41.8 million annually to Virginia Commonwealth University's fine arts campus.

These grants and partnerships are lucrative. But what exactly are QF and QFI teaching so many American college students and schoolchildren?

**QFI Curriculum**

QFI does not simply offer money to teachers wanting to provide Arabic lessons to their students, but seeks to shape American education about the Middle East through lessons plans and curricula. There are troubling themes, however, within the material that QFI sponsors in

3

American schools.

Arab Culture

In collaboration with Portland State University, QFI has designed a five-unit high school curriculum named "Arab Culture Through Literature and Film." One of the lessons encourages students to read articles produced by a now-defunct organization called ME Analysis. The website for ME Analysis is no longer available, but one of the recommended articles, uncovered through an Archive service, includes an image produced by Middle East Monitor (MEMO) showing bloodstained Israeli arrows laying siege to the Gaza Strip.

MEMO is a prominent Hamas-linked publication whose editor, Daud Abdullah, was condemned by the British government after he became a signatory to the Istanbul Declaration, a document that called for attacks on British troops and Jewish communities. On its social media, ME Analysis posts anti-Semitic cartoons by the notoriously anti-Semitic cartoonist Carlos Latuff, as well as cartoons blaming conflict in the Middle East on the Western press and maps claiming Jews have taken Palestinian land. One anti-Israel social media post laments that the "Israeli lobby gets its way."

ME Analysis is clearly an unsuitable resource for American high-school children. But is this just an unintentional oversight by QFI? Perhaps its other offered curricula are more balanced.

"My Voice-My School"

In partnership with the United Nations Relief and Works Agency (UNRWA), which is in charge of Palestinian refugees, QFI is promoting a program called "My Voice-My School" in which American classrooms are paired with Palestinian schools in Gaza, Lebanon, and Syria. Communicating over Skype, the American students are meant to learn the importance of "education advocacy" ("particularly in the context of the Syria crisis"), and over the course of the program are expected to create and execute advocacy projects of their own.

While this appears to be a worthy program, it raises questions. If the focus is on the Syria crisis, why are Americans matched to Palestinian schools exclusively? Why not Syrians or ethnic Kurds?

Al Masdar

Al Masdar, QFI's flagship curriculum project, offers lesson plans and resources about countries throughout the Middle East. Unsurprisingly, the most flattering collection is about Qatar. One resource offered is even titled "Express Your Loyalty to Qatar." No lesson plan is particularly critical of Qatar, whereas other countries discussed in Al Masdar's resources are open to criticism.

4

Other lesson plans contain various anti-Semitic and anti-American material, particularly several lessons produced by the Zinn Education Project, which claims to promote a revisionist "people's history."

One of the ZEP lesson plans hosted on QFI's website - titled "Greed as a Weapon: Teaching the Other Iraq War" – examines the "greed" of the corporations ostensibly responsible for the Iraq war in the wake of the Bush administration's "lies" about 9/11. The author, Adam Sanchez, writes: "The violence perpetrated by the United States was not just from guns and bombs, but also from the neoliberal economic policies that allowed international corporations to feast on Iraq's economy."

The lesson plan "Whose 'Terrorism?' questions the definition of terrorism by creating scenarios for students to discuss, such as if "Israeli soldiers taunting and shooting children in Palestinian refugee camps, with the assistance of U.S. military aid" should be considered terrorists. After using this lesson plan, the author reported that one of his students stated "I also realized how many terrorism acts the U.S. has committed."

Al Masdar also hosts a number of anti-Israel lesson plans. One, titled "Primer on Palestine, Israel, and the Israeli-Arab Conflict," praises the PLO as a moderate force resisting Israeli brutality. It asserts that "Torture of Palestinian prisoners [by Israel] has been a common practice since at least 1971." The lesson plan describes the first Intifada as peaceful civil disobedience, but adds that in response "Israel tried to smash the *intifada* with 'force, power and beatings.' Army commanders instructed troops to break the bones of demonstrators. From 1987 to 1991, Israeli forces killed over 1,000 Palestinians, including over 200 under the age of 16." There is no mention of Palestinian terror against Israeli civilians during the first intifada.

\*\*\*

Why are the curricula of QFI so biased? Why is it teaching American schoolchildren to show "loyalty" to Qatar, while inculcating distrust of the United States and its policies? The answer lies in who is behind QFI, and whose agenda it serves.

## Who is in charge of QFI?

The CEO and nominal founder of QFI is Sheikha Hind bint Hamad Al-Thani, daughter of the previous emir of Qatar and of Sheikha Moza. Sheikha Hind and her father are the nominal founders of *Al-Jazeera*, and she played a key role in his regime, directing the Emir's Office starting in 2009. The chairman of the board is Sheikh Jassim bin Abdulaziz Al-Thani, another member of the royal family. As of 2012 (the most recent public records available), the treasurer of QFI is Khalid Al Kuwari, a senior Qatari government official and a scion of the powerful Al-Kuwari clan. QFI is hardly a side project of Qatar; it is in fact a key instrument of state policy.

It seems QFI's American staff was selected to further that policy. Its executive director, Maggie Salem, makes no secret of her animosity towards Israel. She has tweeted her support for

5

Boycott, Divestment, and Sanctions (BDS)—a movement that aims to pressure Israel into making dangerous concessions by isolating the country economically and culturally.



**Maggie M. Salem**
@magsmitchell

Follow ⌄

#BDS! Today, more than ever. Legal, peaceful resistance to #Israel's #settlements that is, especially now, the most powerful leverage we have for a lasting, complete and just peace. @BDSmovement @pal_legal

5:44 PM · 5 Dec 2017

Salem also serves on the board of UNRWA-USA, a non-profit organization that supports the work of UNRWA, and has used the oft-repeated Apartheid canard against Israel. She has even promoted the work of Mondoweiss, a far-left anti-Israel news blog whose founder, Phil Weiss, once wrote, "I can justly be accused of being a conspiracy theorist because I believe in the Israel lobby theory ... certainly my theory has an explanation of the rise and influence of the neocons. They don't have a class interest but an ideological-religious one."

Salem's Twitter advocacy extends to pushing pro-Qatar positions. She recently tweeted that "Qatari rulers have determinedly pushed their traditional society toward globalization and westernization." She has also attacked other Middle Eastern states for illiberalism and uses Qatar as a foil, writing, "UAE, KSA, Egypt, Bahrain criminalize views diff from govts'. Qatar imperfect yet improving." Salem has repeated this motif, often including Israel in her list of sinful countries: "Israel, KSA, UAE, Bahrain, Egypt – all on the wrong side of history. Qatar? Imperfect yet heading toward more openness not less." Salem even criticizes New York University for maintaining educational ties with Abu Dhabi.

Even more alarming, however, is the overt extremism of QFI's Qatari parent organization, QF.

**The Qatar Foundation and Qatari Support for Extremism**

A detailed report by the Middle East Media Research Institute (MEMRI) lays out the Qatar Foundation's support for Islamism, and particularly its patronage of Sheikh Yousef Al-Qaradawi, the spiritual leader of the Muslim Brotherhood. Al-Qaradawi has repeatedly endorsed suicide bombings, terrorist attacks against the United States, and the total extermination of the Jews; he is barred from entering the U.S. due to terrorism concerns. Indeed, Al-Qaradawi claims "If it hadn't been for the Emir, Sheikh Hamad bin Khalifa, Allah preserve him, I would have been on the list of terrorists. The Americans were determined to put me on this list, but the Emir stood fast courageously, pitting his determination against theirs, [and as a result] I stayed off the list." (This is of course the same Sheikh Hamad who established the Qatar Foundation.)

6

QF's support for Islamism goes deeper. QF schools and mosques often host the most virulently radical Islamist preachers, including one who referred to the 9/11 attacks as a "comedy film," another who said that Jews bake Passover matza with human blood ("believing that this brings them close to their false god"), and a third who accused the Shia of "poisoning" and "sorcery." A featured lecturer of the QF-backed Qatar Faculty of Islamic Studies was Mohamed El-Moctar El-Shinqiti, presently a professor at the QF's flagship Hamad bin Khalifa University. El-Shinqiti was once an imam at a West Texas mosque at which he openly encouraged young people to engage in terror attacks against Israel and Egypt. The dean of the College of Islamic Studies (CIS) is Emad al-Din Shahin, a member of the Egyptian Muslim Brotherhood whose prominence led Egypt's military regime to sentence him to death in absentia.

Other CIS faculty are connected to the International Institute for Islamic Thought (IIIT), the Muslim Brotherhood's American think tank. These included Louay Safi, former IIIT executive director and research director, and Jasser Auda, who is also on the faculty of IIIT's Fairfax Institute. Other faculty seem closely aligned with the IIIT's long-term goal of the "Islamization of knowledge," including one professor working under Auda who has written about "Revelation as a source of engineering sciences" (!).

QF-backed schools in Doha enforce a rigid ideological program. An American educator who worked at a QF educational institution in Doha told the Middle East Forum that faculty were not allowed to purchase maps showing Israel, the entire territory of which was instead labeled "Palestine." Moreover, even tangentially mentioning the existence of Israel or the Holocaust in class would provoke severe reprisals from the Qatari Ministry of Education. The official government policy was "Israel doesn't exist." As the educator put it, "They're teaching their populace… the nonexistence of Israel."

As if hateful rhetoric and propaganda were not enough, QF openly partners with terrorist organizations and terror-financing charities, among them:

Charitable Society for Social Welfare
The UN has reported that the Qatar Foundation funds the Charitable Society for Social Welfare (CSSW), which was founded by the designated Al Qaeda operative Abdul Majeed Al-Zindani, and once employed the terrorist cleric Anwar Al Awlaki to run one of its American branches. Federal prosecutors in a New York terrorism-financing case have described CSSW as "a front organization" that was "used to support al-Qaeda and Osama bin Laden."

Qatar Charity
QF has a long history of logistical and financial partnerships with the Qatar Charity, an enormous aid organization also based in Doha. According to federal prosecutors, in 1993, Osama bin Laden named the Qatar Charity as one of several groups used to fund Al-Qaeda's overseas operations. In 1995, after a failed attempt by Al-Qaeda operatives to assassinate President Hosni Mubarak of Egypt, Bin Laden complained that because funds from Qatar Charity (then operating under the name Qatar Charitable Society) had been used in that operation, he was concerned that Al-Qaeda's ability to use charities to fund operations might

7

be compromised. The Qatar Charity is also <u>accused</u> of funding Chechen Islamists and the Bangladeshi jihadist organization Jamatul Mujahideen Bangladesh (JMB). In 2008, Israel <u>banned</u> Qatar Charity because of its links to Hamas.

### Hamas

Qatari Minister Khalid Al-Attiyah has claimed that "80 percent of Qatar's aid to Gaza since the cease fire" is delivered by QF.



In 2012, Hamas leader Ismail Haniyeh was <u>hosted by the Qatar Foundation</u> and met with its senior staff. Haya Al-Nassr, QF's Director of the Communication Directorate, awarded Haniyeh with a "victory shield" featuring the Dome of the Rock. Haniyeh <u>signed</u> QF's "VIP book" and <u>said</u> "We look forward to cooperating with the Qatar Foundation."

*Hamas leader Ismail Haniyeh with senior QF official Haya Al-Nassr*

**Qatar's Extremist Foreign Policy**

This is all of a piece with the Qatari regime's deep, systematic <u>support</u> for Islamism and <u>terrorism</u> as a strategic tool to expand its influence globally. The regime has used all the tools at its disposal—its media empire *Al-Jazeera*, its network of charities, its heavy investments in Islamist-guided education—to radicalize and deceive people around the globe, including in the United States. Qatar's double-dealing has become so dangerous that its neighbors fear destabilization by the Muslim Brotherhood and its supporters. In June 2017, Saudi Arabia, Egypt, and <u>seven</u> other Muslim countries <u>severed ties</u> with Qatar and halted flights and sea-based shipping over Qatar's pervasive support for the Muslim Brotherhood, terrorist groups, and Islamism generally.

QFI, the American branch of QF, has not shied away from overt pro-Qatar <u>advocacy</u> in the past and has become even more blatant following the recent diplomatic crisis. In July, QFI and Al Jazeera jointly produced a <u>propaganda video</u> condemning the so-called "blockade" of Qatar. In November 2017, QFI organized a <u>panel discussion</u> claiming that that the Gulf states' isolation of Qatar was due to "fake news," a claim that Executive Director Salem explicitly <u>endorsed</u> on Twitter. For QFI to belittle the very real alarm that other Muslim states feel about Qatar's support for extremism is telling.

**Avoiding Transparency**

Originally QFI was organized as a 501(c)(3) nonprofit, yet on February 2, 2012, the nonprofit was voluntarily <u>terminated</u>; over half a million dollars of assets were transferred to the Qatar

8

Foundation (which was described in IRS filings as "a related party").  The organization continued, however, as QFI LLC, a private entity that is subject to far fewer disclosure rules than a nonprofit. Moreover, the Qatar Foundation itself was singled out in a 2015 U.S.-Qatar bilateral agreement over the implementation of the Foreign Account Tax Compliance Act (FATCA), designed to hinder money laundering and tax evasion; the Foundation was specifically exempted from the disclosure requirements of FATCA. Why? What are the Qatar Foundation and QFI trying to hide?

**Conclusion**

The Qatar Foundation International presents itself as a beneficent charity working to spread knowledge of different cultures through language. In fact, it is an agent of Qatari foreign policy, whose twofold mission is is to persuade American schoolchildren to oppose their own government and support the Qatari agenda, and to spread the dangerous virus of Islamism to American Muslim communities.

Learning new languages and understanding foreign cultures is a worthy exercise that can broaden one's mind and create new professional opportunities. This is particularly true of learning Arabic, as the United States has been deeply involved in the Middle East for many years and has a great need for skilled professionals who speak Arabic well. But QFI's largesse should be seen for what it is: an influence operation by a hostile, autocratic foreign power.

There are many free Arabic-language resources available to dedicated teachers, and more coming soon (the popular free language app Duolingo.com is planning to offer Arabic for the first time in March). These alternatives are vastly preferable to working with QFI. Students who wish to learn Arabic should not be subjected to Islamist indoctrination. American schools, universities and public bodies should reject QFI and its money.

9

## Tariq Ramadan's Qatari Links Exposed

by Hany Ghoraba
*American Thinker*
May 29, 2019
https://www.meforum.org/islamist-watch/58624/tariq-ramadan-qatari-links-exposed



Religious leaders and thinkers frequently portray themselves as being beyond politics, with obligations only to the truth as they see it. Often, Western media figures eagerly accept this narrative when it suits them, particularly when the religious figure in question makes a convenient rebuttal to political views those media figures dislike. Such is the case with Tariq Ramadan, the Swiss-born Muslim thinker and Oxford academic, who was widely held up as an influential religious moderate before his 2017 arrest for rape.

Perhaps it is this image of sage disinterestedness that makes it all the more shocking when a prominent religious voice is found to be on someone's payroll. But with Ramadan, it should come as less of a surprise. The grandson of Hassan al-Banna, founder of the Muslim Brotherhood, Ramadan has long been accused of a pro-Brotherhood agenda by researchers and anti-Brotherhood activists. Now, new research has revealed that Ramadan was being lavishly funded by Qatar, the Brotherhood's chief patron. Qatar's powerful state-development organization, the Qatar Foundation, was paying Ramadan for "consulting" to the tune of 35,000 euros a month.

The latest scandal implicating the Islamist ideologue was revealed by a new book, *Qatar Papers*, by French investigative journalists Georges Malbrunot and Christian Chesnot. Based on extensive bank records the authors received on a USB stick from a whistleblower, the book revealed that Ramadan was on the payroll of the Qatari regime for years. Qatari money would fund his purchase of two swanky apartments in Paris, among other things.

Ramadan's ties to Qatar are extensive; he was visiting professor at the Hamad Bin Khalifa University in Doha, and director of the Qatar Foundation-backed Research Centre for Islamic Legislation and Ethics (CILE) in Doha, Qatar. He was also president of the pro-Qatari think tank European Muslim Network (EMN) in Brussels. Furthermore, Ramadan was a member of the Qatari-funded and Muslim-Brotherhood-run International Union of Muslim Scholars, which until recently was headed by the Muslim Brotherhood's "spiritual leader" Yusuf al-Qaradawi.

Qatar had continued to back Ramadan even after the first series of allegations were made against him, starting in October 2017 (more accusers have emerged on a regular basis since then). Ramadan's Islamists defenders indignantly pointed to his many videos about the importance of sexual modesty and morals, and claimed that he was being falsely persecuted out of "Islamophobia." But in February 2018, Ramadan was formally charged with rape by French officials, at which point Qatar loudly declared him *persona non grata*. His public relationship with the Qatar Foundation ended at this point; and yet, he subsequently received 19,000 Euros from the Qatari-funded Swiss Muslim League to help with his defense. (The Swiss Muslim League is operated by two Muslim

Brotherhood members, Naceur Ghomrachi and Mansour Ben Yahya.)

But Qatar's relationship with Ramadan is only a small detail in a larger story. *Qatar Papers* also revealed the deep involvement of the Qatari regime with the Islamist network in Europe. Much of this was done by Qatar Charity, a regime-linked organization that has been accused of funneling billions of dollars to Islamist insurgent groups in Syria, Libya, and elsewhere. In Europe, *Qatar Papers* showed, Qatar Charity provided some 71 million euro to fund the construction of 140 mosques, Islamic centers, and Islamic museums.

In an interview, author George Malbrunot said, "The Muslim Brotherhood philosophy is to encompass people's lives from birth to death. All of the Qatar-financed projects tried to do just that, surrounding mosques with schools, swimming pools, restaurants, and even morgues." According to Malbrunot, that goal explains the huge spending on European projects, meant to propagate Muslim-Brotherhood Islamism—to the extent of funding a mosque in the tiny Isle of Jersey (which has few Muslims) to facilitate proselytizing.

According to Malbrunot, while the operators of these projects deny any affiliation with the Muslim Brotherhood, the libraries at these schools and centers are filled with Islamist literature written by the likes of radical cleric Yusuf Al Qardawi (one of Tariq Ramadan's mentors) and the terror-justifying thinker Sayyid Qutb, a founding ideologue of 20th century Islamism.

Qatar's opulent sponsorship of Tariq Ramadan's career served a dual purpose—at once spreading Brotherhood ideology among the Muslim youth of Europe, and presenting a soothing message of moderation to Western observers. This same two-pronged approach is at work in the many mosques, professorships, and libraries that Qatari money funds across Europe. Qatar would loudly deny that its aim is radicalization; but such denials are hard to square with the extremist literature that Qatari institutions promulgate. We may find that sexual assault is not the worst crime that Qatari money made possible.

*Hany Ghoraba is a writer for* Islamist Watch, *a project of the* Middle East Forum. *He writes for Al Ahram Weekly and is the author of* Egypt's Arab Spring: The Long and Winding Road to Democracy.

# Exposed: Qatari Funding of Tariq Ramadan, European Islamist Networks

**by Hany Ghoraba**
*American Thinker*
**May 29, 2019**
https://www.meforum.org/58635/tariq-ramadans-qatar-links-exposed

*Originally published under the title "When It Comes to the Muslim Brotherhood, There's No Such Thing as a 'Moderate'."*

...Tariq Ramadan, the Swiss-born Muslim thinker and Oxford academic ... was widely held up as an influential religious moderate before his 2017 <u>arrest</u> for rape.



Tariq Ramadan (right) with Muslim Brotherhood spiritual leader Yusuf al-Qaradawi (left) and Qatari Sheikha Moza bint Nasser (center) in Doha, 2012.

Perhaps it is this image of sage disinterestedness that makes it all the more shocking when a prominent religious voice is found to be on someone's payroll. But with Ramadan, it should come as less of a surprise. The grandson of Hassan al-Banna, founder of the Muslim Brotherhood, Ramadan has long been accused of a <u>pro-Brotherhood agenda</u> by researchers and anti-Brotherhood activists. Now, new research has revealed that Ramadan was being lavishly funded by Qatar, the Brotherhood's chief patron. Qatar's powerful state-development organization, the Qatar Foundation, was <u>paying</u> Ramadan for "consulting" to the tune of 35,000 euros a month.

**Ramadan was being lavishly funded by Qatar to the tune of 35,000 euros a month.**

The latest scandal implicating the Islamist ideologue was revealed by a new <u>book</u>, *Qatar Papers*, by French investigative journalists Georges Malbrunot and Christian Chesnot. Based on extensive bank records the authors received on a USB stick from a whistleblower, the book revealed that Ramadan was on the payroll of the Qatari regime for years. Qatari money would fund his purchase of two swanky apartments in Paris, among other things.

Ramadan's <u>ties</u> to Qatar are extensive; he was visiting professor at the Hamad Bin Khalifa University in Doha, and director of the Qatar Foundation-backed Research Centre for Islamic Legislation and Ethics (CILE) in Doha, Qatar. He was also president of the <u>pro-Qatari</u> think tank European Muslim Network (EMN) in Brussels. Furthermore, Ramadan was a member of the Qatari-funded and Muslim-Brotherhood-run International Union of Muslim Scholars, which until recently was headed by the Muslim Brotherhood's "spiritual leader" Yusuf al-Qaradawi.

Qatar had continued to back Ramadan even after the first series of allegations were made against him, starting in October 2017 (more accusers have emerged on a regular basis since then). Ramadan's Islamists defenders indignantly pointed to his many videos about the importance of sexual <u>modesty</u> and morals, and claimed that he was being <u>falsely persecuted</u> out of "Islamophobia." But in February 2018, Ramadan was formally

**Qatar declared Ramadan *persona non grata* only after he was formally charged with rape last year.**

charged with rape by French officials, at which point Qatar loudly declared him *persona non grata*. His public relationship with the Qatar Foundation ended at this point; and yet, he subsequently received 19,000 Euros from the Qatari-funded Swiss Muslim League to help with his defense. (The Swiss Muslim League is operated by two Muslim Brotherhood members, Naceur Ghomrachi and Mansour Ben Yahya.)



But Qatar's relationship with Ramadan is only a small detail in a larger story. *Qatar Papers* also revealed the deep involvement of the Qatari regime with the Islamist network in Europe. Much of this was done by Qatar Charity, a regime-linked organization that has been accused of funneling billions of dollars to Islamist insurgent groups in Syria, Libya, and elsewhere. In Europe, *Qatar Papers* showed, Qatar Charity provided some 71 million euro to fund the construction of 140 mosques, Islamic centers, and Islamic museums.

In an interview, author George Malbrunot said, "The Muslim Brotherhood philosophy is to encompass people's lives from birth to death. All of the Qatar-financed projects tried to do just that, surrounding mosques with schools, swimming pools, restaurants, and even morgues." According to Malbrunot, that goal explains the huge spending on European projects, meant to propagate Muslim-Brotherhood Islamism—to the extent of funding a mosque in the tiny Isle of Jersey (which has few Muslims) to facilitate proselytizing.

According to Malbrunot, while the operators of these projects deny any affiliation with the Muslim Brotherhood, the libraries at these schools and centers are filled with Islamist literature written by the likes of radical cleric Yusuf Al Qardawi (one of Tariq Ramadan's mentors) and the terror-justifying thinker Sayyid Qutb, a founding ideologue of 20th century Islamism.

**Qatar's sponsorship of Ramadan served to spread Islamist ideology, while presenting a message of moderation to Westerners.**

Qatar's opulent sponsorship of Tariq Ramadan's career served a dual purpose—at once spreading Brotherhood ideology among the Muslim youth of Europe, and presenting a soothing message of moderation to Western observers. This same two-pronged approach is at work in the many mosques, professorships, and libraries that Qatari money funds across Europe. Qatar would loudly deny that its aim is radicalization; but such denials are hard to square with the extremist literature that Qatari institutions promulgate. We may find that sexual assault is not the worst crime that Qatari money made possible.

*Hany Ghoraba is a writer for Islamist Watch, a project of the Middle East Forum. He writes for Al Ahram Weekly and is the author of Egypt's Arab Spring: The Long and Winding Road to Democracy.*

## Tell the Senate to Oppose Arms Sales to Qatar

*Middle East Forum Action Alert*
June 11, 2019
https://www.meforum.org/58715/tell-the-senate-to-oppose-arms-sales-to-qatar

Qatar's government foments regional unrest, funds terrorists, and supports Iran. Despite this, the emirate's massive lobbying efforts have proven effective, and the U.S. now plans to supply it with advanced military equipment.



**Qatar's emir paying fealty to Iranian Supreme Leader Ayatollah Ali Khamenei in 2010.**

Specifically, the Defense Security Cooperation Agency notified Congress last month of its intent to sell 24 Apache Attack helicopters and related equipment to Qatar for an estimated $3 billion.

Making these weapons available to Qatar imperils the United States. The Qataris might turn them over to Iran or make them available to Sunni Islamist forces in other Middle Eastern countries, scenarios the Pentagon myopically refuses to consider.

This isn't just a U.S. concern.

A coalition of moderate Arab governments has cut off diplomatic ties with Qatar due to its support for organizations such as al-Qaeda, Hamas, and ISIS; its close ties to the mullahs in Iran; and the role of Al-Jazeera and other state-controlled Qatari media in fanning the flames of regional unrest.

**Resources**
It's Time to Send a Message to Qatar
Qatar: U.S. Ally or Global Menace?
Qatar's Resident Islamists
Hedging Radical Islam
Examining Qatar's Influence
A Cautious Alliance
President Trump and Qatar
Doha Miseducates America
The Three Faces of Al Jazeera

Please contact both your senators to let them know that you oppose the sale of American weapons to Qatar. Ask that they vote for the discharge petition related to Senate Joint Resolution 26, which will bring it to a floor vote.

### Personalize Your Message: Email

Find your senator's email address here.

Rely on this template if needed:

Dear Senator [last name],

My name is [first and last name] and I am a resident of [town, state]. I'm writing to ask that you support a ban on the sale of American weapons to Qatar and vote for the discharge petition related to Senate Joint Resolution 26.

This is an important issue, to me as a constituent, as Qatar's malign behavior continues to threaten peace and stability in the Middle East.

It's important for the Senate to debate this issue and bring into the open the potential problems that would result if this sale to Qatar goes through. Voting for the discharge petition lets that debate happen.

The growing Qatar-Iranian relationship is troubling, and the possibility of U.S. weapons and weapon systems being sold to Qatar makes America less safe. The possibility that these weapon systems might end up in Iranian hands or be used against American allies in the region is real, and this resolution of disapproval is a vital first step in eliminating that threat.

The Senate must take a firm moral stance against arms sales to countries, like Qatar, that spread anti-American, anti-Western and anti-Semitic propaganda; fund the Muslim brotherhood; host terror organizations on their soil; cooperate with Iran; and otherwise offer aid and comfort to those seeking the annihilation of the Jewish state of Israel.

Please support the discharge petition and allow the Senate to openly and fully debate Senate Joint Resolution 26 and the important topic it covers.

Sincerely,
[Your Name]
[Your Address]
[City, State ZIP]

## Personalize Your Message: Telephone

Find your senator's telephone number here.

Rely on this template, if needed:

This is [first and last name] and I am a resident of [town, state].
I'm calling Senator [last name] to ask that s/he support a ban on the sale of American weapons to Qatar and vote for the discharge petition related to Senate Joint Resolution 26.

The growing Qatar-Iranian relationship is troubling, and the possibility of U.S. weapons and weapon systems being sold to Qatar makes America less safe. The possibility that these weapon systems might be used against American allies in the region or end up in Iranian hands is real, and this resolution of disapproval is a vital first step in eliminating that threat.

Please support the discharge petition and allow the Senate to openly and fully debate Senate Joint Resolution 26, as Qatar's malign behavior continues to threaten peace and stability in the Middle East.

The Middle East Forum promotes American interests through activist, intellectual, and philanthropic efforts.

For immediate release
For more information, contact:
Gregg Roman, Director
Roman@MEForum.org
215-546-5406

## The Eid Charity Files

**by Sam Westrop**
*Islamist Watch*
**December 14, 2021**
https://www.meforum.org/islamist-watch/62868/the-eid-charity-files



**Qatari Regime Funding for Jihadists and their Islamist Brethren Revealed**

Documents discovered by the Middle East Forum (MEF) reveal the Qatari government's extensive use of "humanitarian" aid to distribute close to $1 billion to Islamist organizations around the world.

Processed and translated by the Forum, the resulting dataset comprises just under 46,000 grants, along with hundreds of thousands of sub-records, distributed by the Sheikh Eid Bin Mohammad Al Thani Charitable Association, also known as the Eid Charity. The funds went to 288 Islamic organizations between 2004 and 2019 and totaled over $770 million.

Official regime documents in Qatar <u>refer</u> to the Eid Charity as a "semigovernmental organization."

Its radical origins have never been in doubt. The Carnegie Endowment for International Peace has <u>described</u> Eid Charity as "probably the biggest and most influential activist Salafi-controlled relief organization in the world." Its founder, Abdulrahman al-Nuaimi, was <u>named</u> in 2013 as a Specially Designated Global Terrorist (SDGT) by the U.S. Department of the Treasury because of his close ties to Al-Qaeda.

Despite its history, Eid Charity has nonetheless enjoyed a positive reputation, especially among international agencies and NGOs. This latest discovery may change that.

In Yemen, the Eid Charity appeared to donate almost $20 million to <u>Al Qaeda-connected</u> charities such as Al Ihsan Charitable Society, Rahma Charity and Al Hikma Yemeni Charitable Society. Al Ihsan is led by Abdullah Mohammed al-Yazidi, who served as a council member of the Hadhrami Domestic Council of Al Qaeda in the Arabian Peninsula (AQAP). The Rahma Charitable Foundation, meanwhile, is U.S.-designated terror organization <u>described</u> by the government as an "AQAP front organization."

In the Palestinian territories, the Eid Charity handed out $3 million to the Qatar Committee for the Reconstruction of Gaza which publicly supports the U.S.-designated Palestinian Islamic Jihad. It gave $5 million to the Islamic Charitable Society of Hebron,

**MEF000744**

despite it being described as "directly linked to Hamas" by German intelligence.

In Pakistan, 830 grants totaling almost $11 million were handed out by the Eid Charity to an organization that appears to match the name and locations of the Al-Furqan Foundation Welfare Trust, which the U.S. Treasury calls "a major conduit of financial and material support for terrorist groups and their activities in Pakistan and Afghanistan, in some cases under the guise of humanitarian work." The Treasury also states that Al-Furqan "provided funding and other support to terrorist organizations such as al-Qaida, the Taliban, and Lashkar-e-Tayyiba."

Elsewhere in the world, from Egypt to India, East Africa to Indonesia, hardline Salafis frequently feature among the beneficiaries of Eid Charity projects.

Indeed, even in the West, Islamists have also benefited from Qatar's largesse. In the United Kingdom, the Eid Charity handed out $2 million to the Al Muntada Al Islami Trust, a Salafi aid charity tied to ISIS financier Nabil al-Awadi.

In France, it gave enormous amounts to leading Muslim Brotherhood institutions, corroborating claims made in the *Qatar Papers*, an investigative study by French journalists Christian Chesnot and Georges Malbrunot in 2019.

In Sweden, the Eid Charity gave almost $1 million to the Al Rashideen Mosque, also known as Gävle mosque. In 2014, the mosque's imam Abu Raad applauded ISIS for taking over the Iraqi city of Mosul, and even encouraged his followers to finance the terrorist organization.

And in the United States, the Eid Charity routed just under $100,000 through Canada to the Colorado Muslim Community Center, an institution controlled by the Salafi cleric Karim Abu Zaid, an unabashed apologist for the Taliban.

Although plenty of anecdotal evidence has previously tied the Qatari regime to funding of global Islamism, these documents discovered by the Middle East Forum provide the most extensive evidence to date.

The dataset is vast, and there are still tens of thousands of records to examine. But even if this is just a tiny proportion of total Qatari spending on its Islamist partners around the world each year, this newly discovered information powerfully illustrates that Qatar is at the helm of a new global Sunni Islamist axis.

**In-Depth Analysis**

- Uncovered Documents Expose Qatari Terrorism Financing
- Qatar's Eid Charity Subsidizes Palestinian Terrorism
- Qatar Funds Al-Qaeda-Connected Group in Turkey
- The Qatari Hand in Fueling Islamist Terrorism in India
- Uncovered Qatari Regime Data Reveals Funding of Hardline Islamists Across the West

**Raw Data**

- Main Grants Table

# The Qatari Hand in Fueling Islamist Terrorism in India

by Abhinav Pandya and Akshay Kumar
*The Sunday Guardian*
December 13, 2021
https://www.meforum.org/islamist-watch/62867/the-qatari-hand-in-fueling-islamist-terrorism-in



Qatar s Sheikh Thani Ibn Abdullah for Humanitarian Services (RAF) and Sheikh Eid Bin Mohammad Al Thani Charitable Association (Eid Charity) help foment Islamic extremism in India.

India has faced an increasing threat of terrorism for a long time, with the northern state of Jammu & Kashmir being the flashpoint of Islamist terrorism and radicalization for over three decades. Irrespective of the gradual pan-India spread of terrorism and radicalization trends over the years, not much thought has been given to exploring the underlying dynamics and root cause of its emergence. The security agencies have considerably worked on terrorist organizations, but we have not focused much on the role of Islamist organizations in the proliferation of extremist and radicalization environment in India.

Over the last several decades, many Islamist organizations developed, flourished and survived in India and escaped the radar of our agencies and the strategic community, either because of lack of sufficient knowledge or lack of adequate political will to tackle them. The most prominent feature of such organizations is the legal umbrella under which they operate. They often work under the garb of charity groups, NGOs and religious institutions. However, internally they work to radicalize the selected demography, primarily minorities, leading to the germination of strong fundamentalist terrorist ideologies. Consequently, a sophisticated network of organizations has managed to thrive under the heavy machinery of the Indian state.

## The Curious Case of Eid Charity

The role of external support to such organizations is the most potent driving factor in the spread of radical ideologies in India. For instance, the import of Saudi endorsed hardline Wahabi ideology in the 1980s sprouted the seed of extremism in the Kashmir Valley. In the most recent example, the Middle East Forum, a Philadelphia-based organization, came across a massive cache of documents associated with Qatar-based Sheikh Eid Bin Mohammad Al Thani Charitable Association, also referred to as Eid Charity. In an investigation by Usanas Foundation, a geopolitical and security think tank in India, the data in these documents revealed that Eid Charity funnelled millions of dollars since 2008-09 in India, funding Islamist organizations associated with the Salafi school of thought in Islam.



Eid Charity came under global scrutiny in 2013 when one of its founders, Abd Al-Rahman al-Nu'aymi, was named as Specially Designated Global Terrorists (SDGTs) by the U.S. Department of Treasury. He was sanctioned for providing financial and material support to al-Qaida and its affiliates in Syria, Yemen, Iraq and Somalia. The association also allegedly works with other reported terror-financing charity groups in Qatar, such as Qatar Charity and Foundation Sheikh Thani Ibn Abdullah for Humanitarian Services (RAF).

The primary investigation of these documents revealed over 1200 transactions made to India

MEF000746

**Abd Al-Rahman al-Nu aymi** either directly under the name of Eid Charity or through individualistic contributions. A total of QR 28.492855 million (USD 7.82 million approx.) were transferred to eight Salafi-based Islamist organizations in India. The money was distributed for projects ranging from direct financial support within the Muslim community to other religious and community action programs such as building/supporting mosques and building handpumps.

### List of Islamist organizations in India that received money from Eid Charity

| Name of Charity | No of Transactions | Money Received |
|---|---|---|
| Salafi Philanthropic Society - Kerala | 769 | QR 17,710,845.00 |
| Symposium Educational Charitable Society – Ubay | 333 | QR 7,330,385.00 |
| Peace Education Center - India | 22 | QR 1,906,885.00 |
| Al-Safa Educational, Industrial, and Islamic Charitable Society - India | 64 | QR 924,460.00 |
| Al-Habib Educational and Charitable Foundation – India | 23 | QR 339,780.00 |
| Management of mosques and schools – India | 6 | QR 270,300.00 |
| Relevance Charitable Foundation | 2 | QR 10,200.00 |
| Organization of the Charitable Center for the Promotion of Education, Health and Relief | 1 | QR 3,500.00 |

*Source: Data retrieved from documents recovered by Middle East Forum.*

The Kerala-based Salafi Philanthropic Society, registered as Salafi Charitable Trust Narikkuni, received the largest cache of funds, involving around USD 4.9 million between 2008-17. This charity group is run by another controversial Qatar-based charity group mentioned above, RAF. The RAF is run by a royal family member of Qatar and was black-listed for terror financing by Arab nations in 2017. The Foundation has serious charges levied against it, including funding al-Qaida affiliated groups AL-Nusra in Syria and arming Muslim-Brotherhood-backed fighters in Sudan.

A large part of the money received by Salafi Charitable Trust was directed towards individual financial assistance within the poor Muslim population. Money was also given for

MEF000747

ideological projects such as countrywide distribution/promotions of Hijab. Dr. Hussain Madavoor runs the trust as its chairman. He is one of Kerala's most prominent religious figures and vice president of Kerala's largest Salafi organization —— Kerala Nadvathul Mujahideen (KNM). Although KNM has tried to project itself as a progressive group over the years, several controversial people and radical splinter groups periodically associated with it and promoted fundamentalist Salafi faith.



A medical clinic in the Indian village of Ganjo Gharhi operated by Salafi Charitable Trust Narikkuni and the Qatar-based Foundation Sheikh Thani Ibn Abdullah for Humanitarian Services (RAF), July 2016.

In a video message posted on Facebook in 2018, Dr. Madavoor also supported Peace Education Foundation and its Founder and Managing Director, MM Akbar. Peace Education Foundation has been on the radar of security agencies since 2016 when it came to public notice that several ISIS recruits from Kerala had an association with the foundation. Akbar is also infamous for his controversial religious speeches and is often called 'Zakir Naik of Kerala,' another Islamic preacher absconding from India on terrorism and money laundering charges. Akbar was arrested in 2017 while trying to fly to Qatar on the charges of radicalizing school children through radical content in Peace schools.



Abdul Rashid Abdullah, leader of the ISIS module in Kerala, was a former employee at the Peace Education Foundation.

In an audio message released by ISIS-KP, Abdul Rashid Abdullah, the main mastermind behind the ISIS module in Kerala and former employee at Peace Foundation, claimed that there are ISIS supporters among the teachers and parents of Peace schools. He also alleged that during a public interview, the founder of the group MM Akbar tried to conceal the identity of at least two former employees of Peace Foundation who travelled to Afghanistan to join ISIS-KP.

During our investigation, it was found that Eid Charity also funded an organization named Peace Education Centre. It is hard to ascertain the identity of this organization which almost received all the funds in the name of financial support to the orphanage. However, the only possible link could be with the Peace Education Foundation mentioned above, which runs several educational and charitable institutions for orphans. If Peace Education Foundation received money from Eid Charity, it would be the most direct evidence of Eid Charity funding organizations in India that directly employed ISIS recruits and are involved in radicalization activities.

Eid Charity's second-largest reserve of funds to India is transferred in the name of Symposium Educational Charitable Society. This organization received around USD 2.01 million, yet our investigation disclosed no traces of any organization with such a name in the public domain. Following the transactions, it came into notice that the money was transferred for projects mainly in the Siddharthnagar district of the northern Indian state of Uttar Pradesh. A large sum of this money is given to Al-Farooq Group based in the Itwa area of the district. This group is directly funded by Eid charity and is known for its dismissive stand against the Sufi Islam widely practiced in India. The Itwa area, a Muslim majority locality, also harbors other Salafist organizations with foreign backing, propagating fundamentalist Islamic interpretations and intolerant stand towards other Muslim sects.

Another organization named Al Safa Educational, Industrial and Islamic Charitable Society also received funds from Eid Charity. Another controversial preacher runs it from Kerala, Maulana Sheikh Meraj Rabbani, who was also <u>arrested</u> in 2010 over hate speech against other Muslim sects, including Barelivies and Sufis. Rabbani was also amongst several radical preachers in Kerala whose speeches aided the radicalization of ISIS recruits. Rabbani is also involved in a high-profile Heera Gold fraud case where he used faith and urged people to invest in a Ponzi scheme. The dual involvement of this radical preacher in religious hate-mongering and financial swindlings provides high impetus to the probable misuse of the funds received by the Al Safa group.

Most interestingly, a large amount of Eid Charity money is transferred to Al Safa in the name of supporting the operation of the Salafi Charitable Trust mentioned above. It clearly shows that the foreign money is circulated within these Salafist organizations, and many groups may only exist to work as proxy organizations to escape the scrutiny of law enforcement agencies and tax regulatory bodies. This could also be true since other recipients in the Eid Charity list, such as Al-Habib Educational and Charitable Foundation and Relevance Charitable Foundation, are publically ghost, and our investigation couldn't find any traces of their existence. Therefore, it is no surprise that these groups may be shell organizations, the most common practice amongst institutions funding global extremism and radicalization.

## Sowing the Dangerous Seeds of Extremism

The whole investigation shows that this diabolical funding mechanism has been in place for a long time. It has evolved and acquired a sophisticated form over the last several years. The non-uniformity of transactional patterns makes it almost impossible to ascertain the actual purpose for these funds. The money comes under small heads for small-scale undertakings, which are extremely hard to trace and makes it almost impossible to link this money with any nefarious anti-national activity. The utilization of funds is also suspicious since most of these organizations have almost no online and popular media presence. Our investigation also couldn't find any public records of using these funds or any social media promotion of any of the projects, a standard practice of other mainstream charity groups.

**We couldn't find any public records of using these funds or any social media promotion of the projects.**

Another major cause of concern is the financial support for Salafi organizations in Kerala. Over the past years, this southern state of India has become the hub of radicalization and recruitment ground for several transnational terrorist groups. Salafi organizations in Kerala have constantly been accused of supporting violent extremism, and several ISIS recruits from the state have been associated and radicalized through them. Banned Kerala-based Islamist terror groups such as the Student Islamic Movement of India (SIMI) and extremist groups like Popular Front of India (PFI) have used hardcore Salafi teachings to radicalize youth and recruitment. The fact that raises alarms is that these transactions also match the period when radicalization and extremist trends in Kerala acquired a steeper trajectory.

Another prominent feature is the connection between Eid Charity and other Qatar-based controversial charity groups like RAF. These organizations are already accused of working in cahoots to fund global terrorism. Therefore, the funding of Islamist organizations operating in India could also be strategic, and hence their mutually enforcing operation in India is highly troubling. There seems to be an agenda and extensive patronage from the Qatari state to export fundamentalist Salafi faith. India has had a rich history of progressive Islamic practices for centuries, and an external targeted design could disrupt the social fabric and become fatal for India's national integrity.

The possible support to sleeper cells of the transnational and subcontinental terrorist organizations is jumbled up

**Weeding out legitimate legal actions from those facilitating terrorism is a significant**

with welfare activities. Hence, the           **challenge.**
most significant challenge to
identifying such Islamist organizations
is to weed out legitimate legal actions from those facilitating terrorism. Indian security
establishment needs to scrutinize these Islamist organizations, especially those getting
financial support from internationally accused groups like Eid Charity. The recent
decision by the government of India to tighten the Foreign Contribution Regulation Act
(FCRA) is a welcome step in this direction. However, much more comprehensive
tracking of such Islamist organizations is needed at the grass-root level, and India's
security and strategic community needs to build a holistic approach to eradicate such
networks.

**Abhinav Pandya is the founder and CEO of Usanas Foundation, an India-based geopolitics and security thinktank. Akshay Kumar is Head of Research and Program Operations at Usanas Foundation. Both are writers at Islamist Watch, a project of the Middle East Forum.**

# The Three Faces of Al Jazeera
## Anti-Semitism, Anti-Americanism and Exploitation

**by Samantha Rose Mandeles**
**January 30, 2019**
https://www.meforum.org/57696/the-three-faces-of-al-jazeera

> *The following overview was written in connection with a Middle East Forum conference, "Qatar: U.S. Ally or Global Menace," taking place in Washington, D.C. on Feb. 6, 2019. To watch it live-streamed, click* here.

In 1995, the current Qatari Emir Hamad bin Khalifa Al-Thani came to power, and in 1996, Sheikh Hamad began the process (completed in 1998) of abolishing the Ministry of Information and establishing the regional news network Al Jazeera in its place.[1] Originally broadcast only in Arabic, by 1999, Al Jazeera had become a 24-hour network, popular all over the Arab world.

When the 'Arab Spring' began in 2011, Al Jazeera—as a Qatari government mouthpiece with royal funding—became a primary conduit for Muslim Brotherhood messaging in the Middle East and north Africa. Qatar's support for the Brotherhood is well-established: the country has long hosted Muslim Brotherhood spiritual leader Yusuf Al Qaradawi;[2] supported Muslim Brotherhood leader Muhammad Morsi during his short tenure as Egypt's head of state;[3] funded the Brotherhood's affiliate in Gaza, the terrorist group Hamas; and hosted much of its senior leadership in Doha.[4] With broadcasts reaching millions,[5] Al Jazeera's pro-Brotherhood leanings were clear enough that in 2013, as a *Gulf News* report revealed, the Al Jazeera's Egyptian *Mubasher Misr* Bureau suffered the simultaneous resignation of 22 staffers over management's "bias" toward the Brotherhood. According to former Anchor Karem Mahmoud, Al Jazeera bosses directed staff to favor the Brotherhood in coverage of Egyptian news.[6]

As a pro-Islamist outfit, Al Jazeera has unsurprisingly spread anti-Semitic and anti-Western[7] propaganda throughout the world. Indeed, a set of 2009 US Embassy cables referred to the network as "a useful tool for the station's political masters,"[8] and the Hoover Institution's Fouad Ajami wrote in 2001 that Al Jazeera's "Hollywoodization of news is indulged with an abandon that would make the Fox News Channel blush."[9] While its anti-Jewish and anti-American slant is most evident in Al Jazeera's Arabic programming, Al Jazeera's English-language branches have also served as a "useful tool" [10] for advancing Qatari propaganda.

Founded in 2006 and bankrolled by the Qatari royal family, Al Jazeera English is a major source of anti-Semitic and anti-American fodder—frequently cited by Islamist and anti-Israel activists in the West.[11] However, as Qatar and Al Jazeera have long portrayed themselves as defenders of the Palestinian cause, [12] much of Al Jazeera English's anti-Semitism and anti-Americanism is disguised as anti-Zionism or anti-imperialism[13]— rhetoric carefully selected to chime with progressive activism in the West.

The Al Jazeera conglomerate has further harnessed Left-leaning audiences in the West with AJ+—an online news platform featuring both quick, easily-shareable clips and longer investigative videos. It broadcasts in English, Arabic, French, and Spanish, and is integrated closely with social media platforms.

Al Jazeera's array of platforms showcases the media empire's adaptability—the network shifts its messaging to suit the unique audiences of its various branches. For the Arab and Muslim world, where anti-Jewish, anti-American conspiracy theories are common and often part of normal discourse, Al Jazeera indulges in Islamist accusations of Jewish control and American subservience to Zionists, and predictions of Islam's conquest of the United States. For the West, where serious citations of the *Protocols of the Elders of Zion* are less acceptable, Al Jazeera replaces motifs of Jewish control with those of Zionist influence; in English, the network attacks American society under the guise of anti-racism and advocacy for oppressed populations. And at AJ+, the network peddles—

as media analyst Gilead Ini writes— "what might be called easy-listening progressivism, one-minute video clips meant to demonstrate AJ+'s enlightened values..."[14]

Over the past two decades, the size and influence of Al Jazeera's network—and with it, Qatar's ability to influence public opinion—has ballooned. With more than 65 bureaus world-wide, and broadcasts in multiple languages, Al Jazeera has succeeded in branding itself as a hard-hitting example of—in Hilary Clinton's notorious words— "real news."[15] For these reasons, it is crucial that the network's anti-Jewish and anti-American propaganda and duplicity be identified and publicized.

## Al Jazeera Arabic

Al Jazeera's most vitriolic rhetoric concerning Jews and the United States is reserved for its content in Arabic. A longstanding component of Al Jazeera's anti-Semitism and anti-Americanism is the broadcasts of Muslim Brotherhood spiritual leader Yusuf al Qaradawi. For more than 15 years, while living comfortably in Qatar, the Islamist cleric hosted an Al Jazeera talk show called "Sharia and Life," which was, as a *Washington Post* article noted, "infused at times with...support for the Hamas organization and the Muslim Brotherhood."[16]

Viewers of the show were invited to call in and pose religious and Islamic legal questions to Qaradawi. His answers were replete with anti-Semitic extremism. In a July 13, 2004 episode, he objected to the idea of including Jews in the Doha-based conference on Islamic-Christian dialogue, saying "The iniquity of the Jews, as a community, is obvious and apparent..." In a June 2004 episode, he insisted, "There is no dialogue between us [Muslims and Jews] except by the sword and the rifle."[17] And in a 2005 episode, he claimed that "Jewish power" seeks to control the world. [18]

Speeches and sermons given by Qaradawi in other forums have also been broadcast on Al Jazeera. These often echo the same anti-Semitic sentiments: in 2009, Qaradawi used one of his Al Jazeera sermons to condemn "the aggressor Jews, those arrogant plunderers, who act arrogantly toward the servants of Allah in the land of Allah...This is my message to the treacherous Jews, who have never adhered to what is right, or been true to their promises, who violate each time the promises they make to you [God]." [19]

In another Al Jazeera sermon, Qaradawi even asserted, "Throughout history, Allah has imposed upon the [Jews] people who would punish them for their corruption. The last punishment was carried out by Hitler. By means of all the things he did to them – even though they exaggerated this issue – he managed to put them in their place. This was divine punishment for them. Allah willing, the next time will be at the hand of the believers."[20]

Al Jazeera Arabic's other programming is more of the same. In a 2002 episode of the program "Without Bounds"—which the network characterizes as bringing "viewers closer to today's current affairs developments through an open interview with an expert"[21]—journalist Ahmed Mansour interviewed former Ku Klux Klan Grand Wizard David Duke. In the episode, both Duke and Mansour claim Israeli involvement in the 9/11 attacks, total control of the American government by Israel, and American complicity in Israeli "terrorism."[22]

And in 2008, the network famously planned and broadcast a lavish celebration marking the return to Lebanon of Samir Kuntar, a Palestinian Liberation Front terrorist who kidnapped and brutally murdered a young Israeli-Jewish father and his four-year-old daughter[23] and was later released by Israel in a prisoner swap. Speaking with Kuntar on a live broadcast, Al Jazeera's Beirut bureau chief called him a "Pan-Arab hero."[24] After widespread condemnation, the network was forced to apologize for this incident, but its proliferation of extremist content before and since then renders this regret insincere.

Other Al Jazeera broadcasts have featured numerous interviews with prominent Islamist clerics from all over the Arab and Muslim world, who incite violence against Jews and Americans. In 2006, an interview with Iraqi Shi'ite cleric Ayatollah Ahmad Al-Baghdadi

was broadcast in Qatar, in which Al-Baghdadi insisted that "we will conquer the world, so that 'There is no God but Allah, and Muhammad is the Prophet of Allah' will be triumphant over the domes of Moscow, Washington, and Paris...we will annihilate America."[25]

Al Jazeera Arabic's website, meanwhile, publishes opinion pieces that champion an Islamist, conspiratorial worldview. Recent Al Jazeera Arabic opinion blogs have insisted that America's "political, economic and moral corruption" is tied to Jewish "supremacy," and that the "Noble Qur'an mentions to us that this supremacy is a sign of the beginning of the end of that corruption and the beginning of the return of Islam to the civilizational scene...";[26] that the recent wars in Syria, Yemen, and other Middle Eastern regions—and the divisions in the Arab and Muslim world—have all been orchestrated as part of a Zionist-American plot for financial gain;[27] and that much of American political campaign funding comes from the Jews loyal to the "Zionist entity." [28]



Furthermore, Al Jazeera Arabic's political cartoons frequently feature Nazi-inspired anti-Semitic content, including caricatures of Jews as scheming, power-hungry, or dour-looking with oversized noses. One January 2018 Al Jazeera cartoon depicts such a Jew stealing the Muslim holy site, the Dome of the Rock, from a young Palestinian boy. A 2016 cartoon touches on the familiar theme of American control by secret Jewish cabals, depicting a Jew being interviewed about the Clinton-Trump presidential race. The Jew is asked, "Who will win?" He answers, "Me."[29] A third cartoon also emphasizes American weakness in the face of Jewish power, showing a Jewish hand (marked by a Star of David) holding a birdcage in which stands a downtrodden and miserable Uncle Sam. Uncle Sam, meanwhile, holds the UN hostage, held captive in an even smaller birdcage than his own.[30]



## Al Jazeera English

Usually, Al Jazeera's English content is subtler than its Arabic counterpart in its anti-Semitic and anti-American slant. Still, the network has occasionally veered into overt bigotry in English as well. In May 2017, for example, Al Jazeera's English language Twitter account posted a popular anti-Semitic image about the conniving Jew to accompany an article titled, "Why you shouldn't trust climate change deniers."[31]

Al Jazeera later deleted the tweet, and as in Al Jazeera Arabic's Samir Kuntar episode, the network apologized and called the tweet a mistake. [32] But it is difficult to know (as the *Washington Free Beacon* noted) how the image—which had apparently been sent to Al Jazeera on Twitter six months earlier—ended up on Al Jazeera English's feed at all. [33]

This tweet notwithstanding, Al Jazeera English mostly avoids its Arabic counterpart's fascination with "Jewish power," preferring to discuss "Zionist influence" instead. A recent Al Jazeera English article, for example, argues that "every American administration over the past three or four decades was subject to major Zionist influence."[34] Such wordplay is a thin smokescreen for socially acceptable anti-Semitism,[35] in which motifs about Jewish power continue to appear but are passed off as—in Al Jazeera journalist Avi Shlaim's words— "legitimate criticism of Israeli policies." [36]



Al Jazeera English ✔ @AJEnglish · 1 min
Why you shouldn't trust climate change deniers.

(via @AJUpFront @mehdirhasan's Reality Check)



Case in point: In early 2017, Al Jazeera released a four-part documentary film series called *The Lobby*[37]—a name which harkens to the widely discredited[38] and anti-Semitic[39] text by professors Stephen Walt and John Mearsheimer (*The Israel Lobby*), in which the authors recycle the Jewish-power conspiracy, asserting that the American Israel Public Affairs Committee (AIPAC) maintains an unrivaled "hold" on Congress.[40]

The 2017 Al Jazeera series featured covertly-gathered footage of the London pro-Israel community. Al Jazeera made international headlines when it managed to record Shai Masot, a junior diplomat in the Israeli embassy in London, boasting to a British parliamentary staffer that he could bring down anyone he pleased if he or she failed to support Israel.[41]

The documentary presents a London infected with outsized, insidious Zionist control of British government, but Al Jazeera defends the series. The network has kept the Lobby videos available online, placed prominently on the front page of AJ's Investigative Branch website,[42] and describes the project as an effort to show how "pro-Israel groups are trying to influence Britain's youth...The evidence raises serious questions about whether accusations of anti-Semitism are used to stifle political debate."[43]

Al Jazeera also produced an American version of the series, using an undercover reporter who "obtained work at several pro-Israel organizations, interviewed dozens of Jewish pro-Israel activists, won access to donors, hosted minor officials from the Israeli embassy at his home, and shot dozens of hours of video."[44]

Despite the Emir's 2017 announcement that the American *Lobby* would not air, [45] Al Jazeera English sent emails to those Jewish leaders caught on tape, giving them three weeks to respond to the coverage and their roles in it before broadcast.[46] Moreover, clips from the series were leaked at the end of August 2018,[47] and in early November, anti-Israel blog *The Electronic Intifada* "obtained" and published the full series.[48] It was subsequently posted at other anti-Semitic websites, including *The Daily Stormer*[49]—a website that even Al Jazeera has termed "Neo-Nazi."[50]

Even before the *Lobby* controversy, Al Jazeera English branches faced accusations of anti-Semitism and anti-Americanism. In fact, the accusations against Al Jazeera English's United States branch, Al Jazeera America, were so severe that they reportedly contributed to the station's dissolution in 2016. [51] In 2015, a former Al Jazeera America employee even filed a lawsuit against the branch and its senior vice president of "Broadcast Operations & Technology," Osman Mahmud, alleging "a litany of sexist, anti-Semitic, and 'Anti-American' behavior..."[52] Among other complaints, the suit alleges that Mahmud once declared, "whoever supports Israel should die a fiery death in hell." [53]

## AJ+

AJ+ is a prime example of Al Jazeera's malleability—especially when it relates to anti-

Semitism and anti-Americanism. Describing itself as "a global news community for the connected generation," AJ+ is a video-heavy outlet that produces English, Arabic, Spanish and French-language content directly for social media platforms, including Facebook, Twitter, YouTube, Instagram, and Medium. A 2015 *Variety* article reported that AJ+ is the 9th biggest video publisher on Facebook, with more than 430 million views on the platform in just 90 days.[54] AJ+ also maintains native applications for mobile devices and Smart TV systems, and targets young, left-leaning Americans by focusing on areas of young progressive interest, such as the "patriarchy,"[55] LGBT rights,[56] and even the lives of indigenous American "punk rockers."[57]

Though promoting intersectionality, feminism, same-sex marriage, and punk rock is not part of the traditional Qatari rhetoric—and, indeed, appears at sharp odds with Islamist ideology—Al Jazeera allows AJ+ to cover such topics favorably so that a more sinister accompanying ideological message is afforded legitimacy. AJ+'s branding allows Doha to peddle anti-Semitism and anti-Americanism to a younger audience under the guise of minority rights.

In September, for example, AJ+ tweeted a video called "Why White Feminism is Racist." In the clip, a pink-haired journalist called Zab Mustefa claims that white feminism's racism is exemplified by outspoken feminist and Jewish-Israeli actress Gal Gadot—who is then shown telling an interviewer that feminism, to her, means freedom of choice. Mustefa contends that Gadot's feminism—and indeed, Gadot herself—is racist because she "supports the Israeli army, which oppresses Palestinian women on a daily basis." Mustefa does not elaborate on how the IDF oppresses Palestinians, or on how Gadot's support of her own nation's army indicates racism. Instead, the clip then launches into an interview with Women's March coordinator Tamika Mallory, who has recently made headlines by refusing to condemn Louis Farrakhan's extensive history of anti-Semitism. [58]

Casting Israelis—and Israel in general—as racist and oppressive is crucial to Al Jazeera's broader agenda; the AJ+ branch thus dedicates considerable airtime to covering those aspects of the Israeli-Arab conflict that can be used to portray Israel as an aggressor. One AJ+ miniseries "takes you to the occupied West Bank...where Dena Takruri meets the Indigenous communities resisting occupation of their land..." The films feature "Palestinian kids fighting Israel's Occupation" with slow-motion footage of young boys rolling old car tires and close-ups of Israeli soldiers shooting.[59]

AJ+ takes similar care to spread anti-Americanism with a similar "anti-racist" slant. One AJ+ video, glowingly tweeted by the branch's English account, features the well-known Islamist activist Linda Sarsour disparaging the American government for "policies that are going to target communities based on religion and national origin."[60] Another features short clips of young adults in American-flag-plastered clothes sardonically "bragging" about negative aspects in which (the video claims) the United States leads the world: "Not to brag, but we have the most incarcerated people in the world! God bless the prison-industrial complex...Pew, Pew! We've got 90 guns per 100 persons! Sorry, Yemen, we beat you in drones and guns! ...Americans consume 80% of the world's painkillers. Makes sense though, right? I mean, racism in this country is a big pain in the ass."[61]

## Al Jazeera's Power

In a 2011 interview with *American Journalism Review*, Judea Pearl, father of Daniel Pearl (the *Wall Street Journal* reporter murdered by terrorists in 2004), called Al-Jazeera, "one of the most dangerous organizations in the world today. We are talking here about an organization which is committed to weakening the West, and they are doing it under the cloak of ordinary journalism."[62] Since Dr. Pearl's interview, Al Jazeera has only dug in its heels, finding new ways of reaching varied demographics all around the world.

As a mouthpiece for Qatari Islamist ideals, Al Jazeera's strength lies it in the adaptability of its sensationalism; each branch displays a unique approach to distorting news, disseminating propaganda, and boosting anti-Semitic and anti-American feeling. While

Al Jazeera Arabic appeals to the Islamist hard Right in the Muslim world, Al Jazeera English encourages reasonable Center-Left viewers in the West to adopt anti-Semitic and anti-American ideas, while AJ+ is firmly focused on giving momentum to extremist views regarding Jews and America within the growing, influential, far-Left movement in the United States. Qatar is pitching anti-Semitism and hatred for America across the political gamut.

Twenty-two years after its establishment, Al Jazeera has penetrated media and online information markets around the globe. With bureaus across the globe, broadcasts in several languages, multiple well-maintained, widely-followed and polished social media accounts and websites, investigative documentary film series, and even podcasts, Al Jazeera—and through it, the Qatari regime—has become a propaganda force with which to be reckoned.

*Samantha Rose Mandeles is the Coordinator for Islamist Watch, a project of the Middle East Forum.*

[1]"H" is Highness the Emir Sheikh Hamad Bin Khalifa Al Thani." *Rulers of Qatar*. November, 2006. https://bit.ly/2AnIttO.

[2] David Roberts. "Qatar and the Muslim Brotherhood: Pragmatism or Preference?" *Middle East Policy*, 21 (3): 84–94, 2014. https://doi.org/10.1111/mepo.12084.

[3] Simeon Kerr. "Fall of Egypt's Mohamed Morsi is Blow to Qatari Leadership." *The Financial Times*, July 3, 2013. https://www.ft.com/content/af5d068a-e3ef-11e2-b35b-00144fcabdc0.

Summer Said. "Qatar Promises Free Fuel to Egypt." *The Wall Street Journal*, June 10, 2013. https://on.wsj.com/2ztqbYv.

Eric Trager. "The Muslim Brotherhood is the Root of the Qatar Crisis." *The Atlantic*, July 7, 2017. https://bit.ly/2sg3AsA

[4] Ian Lee. "What the Qatar crisis means for Hamas." CNN, June 13, 2017. https://cnn.it/2DJ8U0u.

[5] "Facts and Figures." Al Jazeera, February 23, 2012. https://bit.ly/2TNiftN.

[6] Ayman Sharaf. "Al Jazeera Staff Resign after 'Biased' Egypt Coverage." *Gulf News*, July 8, 2013. https://bit.ly/2EIVLAu.

[7] Oren Kessler. "Muslim Brotherhood Rally Vows to 'Kill All Jews'." *The Jerusalem Post*, November 27, 2011. https://bit.ly/2SaAmYN.

[8] "Embassy Doha's Analysis of Qatari Prime Minister's Al Jazeera Interview." *The Guardian*, December 5, 2010. https://bit.ly/2QlvByu.

[9] Fouad Ajami. "What the Muslim World Is Watching." *The New York Times Magazine*, November 18, 2001. https://nyti.ms/2P2zF1E.

[10] "Embassy Doha's Analysis of Qatari Prime Minister's Al Jazeera Interview." *The Guardian*, December 5, 2010. https://bit.ly/2QlvByu.

[11] For an example of anti-Israel programming cited by an American anti-Israel organization, see: "The Israel Lobby in the United States." Episode 1. Al Jazeera. https://bit.ly/2BxbMfu.

[12] For example, see: "Qatar Stresses Crucial Role of Palestinian Cause to Islamic World." *Gulf Times (Doha, Qatar)*. July 3, 2018. https://bit.ly/2SaRnIF.

"Qatar Will Continue to Support Palestinian People." *Gulf Times (Doha, Qatar)*, July 21, 2018. https://bit.ly/2QgHFB8.

[13] For example, see: "Qatar Stresses Crucial Role of Palestinian Cause to Islamic

World." *Gulf Times (Doha, Qatar)*. July 3, 2018. https://bit.ly/2SaRnlF.

"Qatar Will Continue to Support Palestinian People." *Gulf Times (Doha, Qatar)*, July 21, 2018. https://bit.ly/2QgHFB8.

For an example of Al Jazeera's human-interest work that emphasizes Israeli ruination of Palestinian lives, see: Walid Mahmoud, and Muhammad Shehada. "A Palestinian-Syrian Love Story Crushed by Israeli Air Attacks." Al Jazeera, November 18, 2018. https://bit.ly/2P4mL3o.

[14] Gilead Ini. "Al Jazeera America Failed, But Qatar Still Has AJ+." CAMERA. July 19, 2016. https://bit.ly/2DInTaR.

[15] *Huffington* Post. "Hillary Clinton Calls Al Jazeera 'Real News,' Criticizes U.S. Media," March 3, 2011. https://bit.ly/2FGKGqg.

[16] Sudarsan Raghavan, and Joby Warrick. "How a 91-Year-Old Imam Came to Symbolize the Feud Between Qatar and Its Neighbors." *The Washington Post*, June 27, 2017. https://wapo.st/2DJ6UFo.

[17] "Sheikh Yousef Al-Qaradhawi: 'There Is No Dialogue between Us and the Jews Except by the Sword and the Rifle'." Special Dispatch No. 753. MEMRI, July 27, 2004. https://bit.ly/2u0sm1A

[18] "The Relationship Between Muslims and Jews." *Al Jazeera: Religion and Life (Arabic)*, 2005. https://bit.ly/2TPBV06.

[19] "Sheikh Yousef Al-Qaradhawi on Al-Jazeera Incites Against Jews, Arab Regimes, and the U.S.; Calls on Muslims to Boycott Starbucks and Others; Says 'Oh Allah, Take This Oppressive, Jewish, Zionist Band of People… And Kill Them, Down to the Very Last One'." Special Dispatch No. 2183. MEMRI, January 29, 2009. https://bit.ly/2u0sm1A.

[20] "Sheik Yousuf Al-Qaradhawi: Allah Imposed Hitler upon the Jews to Punish Them – 'Allah Willing, the Next Time Will Be at the Hand of the Believers.'" Clip No. 2005. MEMRI, January 28, 2009. https://bit.ly/2Rl1MLP.

[21] "The Voice of the People," Al Jazeera Arabic Brochure, 2014. https://bit.ly/2DKr81n.

[22] "American Exploitation of the 9/11 Attacks." 2002. Episode. *Without Bounds (Arabic)*. https://bit.ly/2DKr81n.

[23] "Who Was Samir Kuntar and Why Exactly Did Israelis Despise Him So?" *Haaretz*, December 20, 2015. https://bit.ly/2AmK96Z.

[24] "Al-Jazeera Admits to 'Unethical' Behavior Over Kuntar Party." *Haaretz*, August 7, 2008. https://www.haaretz.com/1.5012103.

[25] "Iraqi Ayatollah Ahmad Al-Baghdadi Talks of America's Annihilation and the Muslim Conquest of the World; Declares Support for Nuclear Bombs for Muslim and Arab Countries." Special Dispatch No. 1166. MEMRI, May 18, 2006. https://bit.ly/2KuH610.

[26] "Oh President…We Will Certainly Enter al-Quds." Al Jazeera, May 26, 2018. https://bit.ly/2PQtcwd

[27] "The Zionist lobby in America: Who Rules in the End?" Al Jazeera, May 28, 2018. https://bit.ly/2AnNEtS

[28] "Let God Distinguish the Evil from the Good." Al Jazeera, June 8, 2017. https://bit.ly/2BxSneb

[29] "Comics: US Elections." Al Jazeera, November 8, 2016. https://bit.ly/2znTiw7

[30] "Comics: United Nations." Al Jazeera, December 31, 2014. https://bit.ly/1B9dMTU.

[31] Brent Scher. Al Jazeera Tweets—Then Deletes—Anti-Semitic Climate Change

Cartoon." *The Washington Free Beacon*, May 31, 2017. https://bit.ly/2Byrwyz

[32] "Al Jazeera English Deletes Anti-Semitic Tweet on Trump and the Paris Climate Agreement." *Twitchy*, May 31 2017. https://bit.ly/2BzUBtz.

[33] Brent Scher. Al Jazeera Tweets—Then Deletes—Anti-Semitic Climate Change Cartoon." *The Washington Free Beacon*, May 31, 2017. https://bit.ly/2Byrwyz.

[34] Marwan Bishara. "What's the Big Deal... Of the Century?" Al Jazeera, July 2, 2018. https://bit.ly/2CDPuen.

[35] "New Antisemitism." *The Jerusalem Post*, September 15, 2018. https://bit.ly/2P4y3EH

[36] For an example of this phenomenon in Al Jazeera English reporting, see Avi Shlaim. "Anti-Zionism and Anti-Semitism in British Politics." *Al Jazeera*, January 12, 2017. https://bit.ly/2PSKgBE.

[37] "Israel Diplomat Forced to Resign After AJ Investigation." Al Jazeera, January 12, 2017. https://bit.ly/2r8Lnyd

[38] "Roundup of the Walt and Mearsheimer Israel Lobby Controversy." CAMERA, n.d. https://bit.ly/2P85Yww.

[39] Eliot A. Cohen. "Yes, It's Anti-Semitic." *The Washington Post*, April 6, 2006. https://wapo.st/1BLak5c.

[40] Jeffrey Goldberg. "The Usual Suspect." *The New Republic*, October 8, 2007. https://bit.ly/2PTm4PL.

[41] Armin Rosen. "Pro-Israel Hoaxer Hits DC." *Tablet*, January 20, 2017. https://bit.ly/2PWpRff.

[42] "Investigations." Al Jazeera. https://www.aljazeera.com/investigations/.

[43] "Investigations: The Lobby." Al Jazeera. https://www.aljazeera.com/investigations/thelobby/.

[44] "ZOA Says it Stopped 'anti-Semitic' Al Jazeera Docuseries on US Jewish Lobby." *Times of Israel*, April 10, 2018. https://bit.ly/2ReozIR.

[45] Amir Tibon. "Qatar Promised U.S. Jewish Leaders: Al Jazeera Documentary on D.C. 'Israel Lobby' Won't Air." *Haaretz*, February 8, 2018.

https://bit.ly/2sf4Ocj.

[46] Amir Tibon. "Pro-Israel Groups Receive Letters From Al Jazeera Seeking Response for 'Lobby' Documentary." *Haaretz*, February 5, 2018. https://bit.ly/2s4Kbze.

[47] Amir Tibon. "Parts of Censored Al Jazeera Documentary on D.C. Israel Lobby Leaked." *Haaretz*, August 30, 2018. https://bit.ly/2PT2Q9e.

[48] Watch the Film the Israel Lobby Didn't Want You to See." *The Electronic Intifada*, November 2, 2018. https://bit.ly/2P3CHHX.

[49] Luis Castillo. "Leaked: 'The Lobby' – Censored Investigative Documentary on the Jewish Lobby in America." *The Daily Stormer*, November 8, 2018. https://bit.ly/2DK3DFS.

[50] Patrick Strickland. "Lawsuits Present Challenge for Neo-Nazi Daily Stormer Site." Al Jazeera, May 5, 2018. https://bit.ly/2PWcKTy.

[51] Tom Kludt. "Al Jazeera America Abandoned 'Journalistic Integrity,' New Suit Claims." CNN, June 11, 2015. https://cnnmon.ie/2BAKipf.

"Cable News Network Al Jazeera America to Shut Down." *Times of Israel*, January 13, 2016. https://bit.ly/2P6g6pg.

[52] Erin Gloria Ryan. "How Al Jazeera America Went from a Home for Idealists to a Sexist Mess." *Jezebel*, May 20, 2015. https://bit.ly/2P6g6pg.

[53] "Matthew Luke v. Al Jazeera America and Osman Mahmud." *Supreme Court of the State of New York*, April 28, 2015. INDEX No. 154219/2015. pg. 2. https://bit.ly/2RckFjK.

[54] Janko Roettgers. "How Al Jazeera's AJ+ Became One of the Biggest Video Publishers on Facebook." *Variety*, July 30, 2015. https://bit.ly/2NPAazy.

[55] AJ+ Twitter @AJPlus. Status 926541999527698433. *Twitter*, November 3, 2017. https://twitter.com/ajplus/status/926541999527698433

[56] "LGBT Rights in the Philippines." AJ+, December 20, 2017. http://share.ajplus.net/shared/35580

[57] "Meet the Native American Punk Rockers Bringing Music Back to Reservations." AJ+, July 19, 2017. https://bit.ly/2Sen8dv.

[58] AJ+ Twitter @AJPlus. Status 1042997097073725440. *Twitter*, September 21, 2018. https://twitter.com/ajplus/status/1042997097073725440?lang=en.

[59] "The Palestinian Kids Fighting Israel's Occupation (Part 1). "*Direct From With Dena Takruri – AJ+*, October 2, 2018. https://bit.ly/2DKLzeF.

[60] Gina M. Florio. "Linda Sarsour's Intersectional Mantra Is One We Need To Live By." *Huffington Post*, February 6, 2017. https://www.huffingtonpost.com/entry/if-youre-not-following-a-woman-of-color-youre-in_us_5898bf21e4b061551b3e014b

[61] "Americans Show Why USA Is The #1 Country In The World." AJ+ on YouTube, July 3, 2015. https://youtu.be/qRYW_I60xoM.

[62] Sherry Ricchiardi. "The Al Jazeera Effect." AJR, April 21, 2001. http://ajrarchive.org/Article.asp?id=5077.

# Turkey and Qatar: An Alliance Under the Saudi Sword

**by Burak Bekdil**
_Gatestone Institute_
**October 29, 2018**
https://www.meforum.org/7605/turkey-and-qatar-an-alliance-under-the-saudi-sword

A 21st century ideological kinship, based on political support for Hamas and Muslim Brotherhood, has built a strong bond between Turkey's elected leadership and Qatar's family of sheiks, despite an unpleasant shared history a century earlier.

The Qataris, not knowing that a 21st version of Islamism -- not yet born then -- fought the Ottomans to gain their independence in 1915. This event ended the 44-year-long Ottoman rule on the peninsula.

Independence, however, lasted for only about a year, until 1916, when Qatar became a British protectorate, until 1971. Today, hydrocarbon-rich Qatar, often referred to as a family-run gas station, is the staunchest regional ally of President Recep Tayyip Erdoğan's Turkey.

Both countries, Qatar and Turkey, pursue policies that are strongly anti-Israel (Erdoğan once remarked that "Zionism is a crime against humanity") and share policies that are pro-Hamas and pro-Muslim Brotherhood.

This foreign policy blend, however, is deeply disliked by the House of Saud, a regional heavyweight, as well as by its Gulf and other regional allies: Egypt, Bahrain, the United Arab Emirates, Jordan, Lebanon and the Palestinian Authority -- in addition to the Arab League.
The Sunni vs. Sunni division in the Gulf deepened further in 2017, when a Saudi-led coalition of Arab states imposed a blockade on Qatar. The coalition accused it of supporting terrorism and fostering ties with its rival, Iran.

Erdoğan immediately rushed to the aid of his Qatari friends. Turkey, in a show of solidarity, sent cargo ships and hundreds of planes loaded with food to break the blockade, and deployed more troops at its military base in Qatar.

Back in December 2014, both countries had penned a deal for the deployment of Turkish troops to Qatar. The first batch of Turkish troops arrived in Doha in 2015, and a few days later, the Turkish flag was hoisted at a Turkish military base.

Today, many Qataris and some Turkish observers believe that the four-nation blockade in 2017 was actually a coup attempt against the sheikdom and that the Turkish military prevented a palace coup targeting Qatari sovereignty.

This year, when Turkey's national currency lost 40% of its value in the face of U.S. sanctions, Qataris apparently wanted to thank their Turkish allies. Qatar pledged $15 billion in investment into Turkish banks and financial markets. The investment package was announced after Qatar's Emir Tamim bin Hamad Al-Thani met Erdoğan, at a time when the Turkish lira was sliding and the country's economy worsening.

The investment pledge was followed by an oriental gesture: Qatar's Emir gave Erdoğan as a gift a Boeing 747-8 aircraft. The airplane is reportedly the world's largest and most expensive private jet, the cost of which experts estimate at around $400 million.

Military ties have also been deepening further. A Qatari investment fund owns a 50% stake in BMC, a Turkish armored-vehicle manufacturer that recently won a four billion euro contract with the Turkish government to produce a new indigenous main battle tank, the Altay. Havelsan, a state-controlled military software company in Ankara, signed a partnership agreement with Al Mesned Holdings in Qatar for a joint venture that will specialize in cyber-security solutions for the sheikdom.

Nevertheless, the Turkish-Qatari comradeship is trying to progress under a Saudi sword

-- the same one that murdered the prominent journalist Jamal Khashoggi at the Saudi Consulate in Istanbul. Like Turkey and Qatar, the Saudi journalist Khashoggi supported the Muslim Brotherhood. He had close ties with Erdoğan's Justice and Development Party. He lived in exile in Washington, DC, and was viewed as a threat to the Saudi royals, most notably by Crown Prince Mohammad bin Salman who claimed that Khashoggi had been killed "at a brawl at the consulate building."

Erdoğan did not miss the opportunity to corner his cold war rival, Saudi Arabia. Turkish security services worked tirelessly to prove that the killing had been a premeditated murder, a fact that Saudi Arabia later admitted. Erdoğan, in other words, mobilized the world to point the finger on the Saudi royals in attempts to show how ruthless the Saudis could be -- even though Turkey itself is currently the world's biggest jailer of journalists.

In this subtle, anti-Saudi campaign, Erdoğan relied on the civilized West and his only Arab ally: Qatar. The "West" part worked to a certain degree: Erdoğan wanted to disgrace his Sunni rivals at the Saudi royal court. Some Turkish sources privately say, however, that Erdoğan felt betrayed and disappointed by Qatar's relative silence on the Khashoggi affair.

The alliance is not only about Qatari money. Erdoğan needs Qatar as a "Turkish colony" in the Gulf: He needs it ideologically in his neo-Ottoman design.

One statement from the Qatari Press Center simply said that Doha hoped the Khashoggi investigation should be thoroughly carried out and the perpetrators should be handed over to the justice department.

Saudi Crown Prince Mohammad bin Salman offered Qatar a rare compliment as international pressure on Saudi Arabia mounted over the murder: "Qatar, despite the differences we have, has a great economy and they will be doing a lot in the next five years," he said.

Why is there a sudden Saudi-Qatari entente? Cristian Ulrichsen, a fellow at Rice University's Baker Institute, said: "I think if the US government wants to end the Qatar crisis it can exert leverage over the Saudis as a bargaining chip in relation to Khashoggi's death."

The new U.S. leverage that emerged after the Saudi embarrassment is the same leverage that the U.S. can now use to broker an entente between Saudi Arabia and Qatar.

That there may be a Saudi-Qatari rapprochement may be bad news for Erdoğan and explains why he was allegedly furious about Qatar's absence during his international PR campaign against the Saudi crown prince. A future Saudi-Qatari deal would force Turkey militarily out of the Gulf and force Erdoğan entirely to recalibrate his quest for Turkish leadership in the Sunni *ummah* (global community). The loss of Qatar, if it ever happened, could also spell economic disaster for Turkey's ailing economy.

Qatar's distance from Erdoğan regarding the Khashoggi murder signals a Qatari-Saudi entente. Qatar may well be breaking away from its alliance with Turkey.

This will give the Saudis an upper hand in their rivalry with Erdoğan in Sunni leadership of the *ummah*. If Erdoğan loses Qatar to Saudi Arabia, he will be paying geostrategic price as well as an economic one.

*Burak Bekdil is an Ankara-based columnist. He regularly writes for the Gatestone Institute and Defense News and is a fellow at the Middle East Forum. He is also a founder of, and associate editor at, the Ankara-based think tank Sigma.*

# Turkey and Qatar: Love in Bloom

**by Burak Bekdil**
*BESA Center Perspectives*
**July 1, 2020**
https://www.meforum.org/61173/turkey-and-qatar-love-in-bloom

Few Qataris who fought the Ottoman colonialists to gain their independence in 1915 and end the 44-year-long Turkish rule in the peninsula would ever have imagined that their grandchildren would become Turkey's closest strategic allies.



**Qatari Emir Tamim bin-Hamad al-Thani and Turkish President Recep Tayyip Erdogan share a tender moment.**

Qatar, a tiny but extremely wealthy sheikdom, has a constitution based on *sharia* (Islamic religious law), while Turkey's constitution is strictly secular (officially, if not in practice). In Qatar, flogging and stoning—unthinkable in Turkey—are legal forms of punishment. In Qatar, apostasy is a crime punishable by death, while in Turkey it is not a criminal offense.

But the ideological kinship between the two Sunni Muslim countries, which is based on passionate political support for Hamas and the Muslim Brotherhood (and a religious hatred of Israel), seems to have produced a bond that threatens Western interests.



**Erdogan visiting Turkey s military base in Doha, Qatar, November 15, 2017.**

In 2014 Turkey and Qatar signed a strategic security agreement that gave Ankara a military base in the Gulf state, which is already home to the largest US air base in the Middle East (al-Udeid). Turkey stationed some 3,000 ground troops at its Qatari base in addition to air and naval units, military trainers, and special operations forces.

In 2017, in a Sunni vs. Sunni drama in the Gulf, a Saudi-led coalition imposed a blockade on Qatar accusing it of supporting terrorism and fostering ties with the rival Shiite force, Iran. Turkey immediately rushed to Qatar's aid, sending cargo ships and hundreds of planes loaded with food and essential supplies to break the blockade. Ankara also deployed more troops at its military base in Qatar in a gesture suggesting that it would assist in protecting the country militarily.

2018 was payback time for the sheikdom. Doha pledged $15 billion in investment in Turkish banks and financial markets when Turkey's national currency lost 40% of its value against major Western currencies in the face of US sanctions. In other words, one US ally in the Middle East was financially helping another US ally evade US sanctions.

The Qatari favor to the Turkish nation was followed by a massive gift to its leader when Qatar's emir, Tamim bin-Hamad al-Thani, gave Turkish president Recep Tayyip Erdoğan a Boeing 747-8 aircraft, the world's largest and most expensive private jet, priced at around $400 million.

The Turkish-Qatari love affair had its tender moments in defense

industry cooperation too. A Qatari investment fund bought a 49% stake in BMC, a Turkish armored vehicles manufacturer, whose Turkish partners are notorious Erdoğan cronies. In a bidding result that surprised no one, BMC won the serial production contract for the Altay, the indigenous, next-generation Turkish main battle tank in the making. Under the multi-billion-dollar deal, BMC will eventually produce more than 1,000 Altays. (In a controversial move, Erdoğan's government also allocated a military-run tank facility to BMC.) In one of several defense industry deals, Havelsan, a state-controlled military software company in Ankara, signed a partnership agreement with Al Mesned Holdings in Qatar for a joint venture that will specialize in cyber-security solutions for the sheikdom.



Qataris own a 49% stake in BMC, one of the largest military vehicle manufacturers in Turkey.

So far so good. But Turkey's fundamental economic imbalances persist and are likely to worsen in the post-pandemic era. The unemployment rate, officially 13.6% in February, is forecast to reach 17.2% by the end of the year. The national currency has depreciated as sharply as it did during the 2018 crisis: One US dollar was traded at 7.26 Turkish liras in mid-May 2020 versus 3 liras in September 2016. Following a 20% rise within a year, Turkey's gross foreign currency liabilities have reached $300 billion (net foreign liabilities are at $175 billion). Mismanagement and palliative efforts to keep the lira afloat has caused the Turkish Central Bank to burn through $65 billion in reserves since January 2019.

In order to stop the lira's slide and provide Turkish banks with the foreign liquidity they need, the Central Bank has been desperately but unsuccessfully seeking currency swap agreements* with the world's major economies, including with the Federal Reserve Bank, the Bank of Japan, and the Bank of England.

All this financial misfortune comes at a time when the Turkish economy is poised to deteriorate further due to potential US sanctions. Washington has warned of sanctioning Turkey as part of the Countering Adversaries of America Through Sanctions Act (CAATSA) for having acquired the Russian-made S-400 long-range air and anti-missile defense system. The sanctions will go into effect if Ankara activates the Russian system. Additionally, a US court has threatened to sanction, at the magnitude of billions of dollars, a Turkish government lender, Halkbank, for evading US sanctions on Iran. If those sanctions go into effect, Turkey's economic troubles could turn into an existential financial/political crisis that would threaten Erdoğan.

Erdoğan knew where to turn for help. On May 20 the Turkish Central Bank announced that it had tripled its currency swap agreement with Qatar,* meaning it had secured much-needed foreign currency funding. The deal raised the 2018 swap agreement's $5 billion limit to $15 billion and immediately boosted the lira.

Once again, US ally Qatar has rushed to offer financial aid to US ally Turkey to help it withstand US sanctions. Just as it did in 2018, Qatar has at least partially thwarted US sanctions.

Ally cohesion? Not really.

**Burak Bekdil is an Ankara-based political analyst and a fellow at the Middle East Forum.**

* A currency swap line is an agreement between two central banks to exchange currencies, set up to improve liquidity conditions and provide foreign currency funding to domestic banks during periods of market stress.

# Turkey Orders Qatar to 'Weed Out' Journalists Critical of Syria Invasion

by Seth J. Frantzman
*The Jerusalem Post*
November 4, 2019
https://www.meforum.org/59841/turkey-orders-qatar-to-weed-out-journalists

*Originally published under the title "Turkish Pro-Government Media Orders Qatar to 'Weed Out' Critical Journalists."*



In a withering attack on Al Jazeera and Qatar, the pro-government *Daily Sabah* slammed Al Jazeera English for being critical of Turkey's foreign policy and demanded that it "weed out" journalists.

Turkey, which Amnesty International calls "the world's largest prison for journalists," appears to be using its media to try to order Qatar to muzzle Al Jazeera in English. The lead editorial at

**Turkey's leading pro-government newspaper wants Qatar's flagship media outlet to button up about its invasion of Syria.**

*Daily Sabah* calls the network a "threat against the Turkey-Qatar alliance."

The editorial begins by noting that Turkey and Qatar are "strategic partners" and accuses Israel and other countries of "ganging up" on Qatar. But the Turkish newspaper accuses Al Jazeera English, "Qatar's flagship news channel," of "spreading anti-Turkey propaganda under the pretext of independent and objective journalism." Turkey's pro-government media now accuses Qatar's media of "jumping on the Western media's Turkey-bashing bandwagon" and "smearing last month's Turkish operation into northeastern Syria."

The US State Department slammed Turkey on Saturday as one of the "worst offenders" in crimes against journalists. Amnesty International says Turkey has arrested hundreds of people for being critical of Turkey's invasion of Syria.



**Read Amnesty International's report, "Hundreds Arrested in Crackdown on Critics of Military Offensive in Syria."**

The *Daily Sabah* article now reflects Turkey's demands that regional media of other authoritarian states abide by Turkey's demands and control critical journalists. There can be no critique of Turkey's military operation, either in Turkish media or abroad.

The editorial claims Qatar uses the "PKK [Kurdistan Workers' Party] terrorist organization's talking points." It notes that Al Jazeera is "funded by Qatar's government" and that the network has traditionally presented an "alternative view of the world." However, the editorial argues that "a small group of people within Al Jazeera English are deliberately dismantling the network's own legacy and undermining the Turkey-Qatar partnership in an attempt to dictate the Gulf nation's foreign policy."

Basically, Turkey's pro-government paper, likely representing the views of Ankara, is asserting that any article in Al Jazeera represents the views of Qatar and is designed to

dictate Qatar's foreign policy. Therefore, an article critical of Turkey is alleged to represent Doha's views and undermine Qatar's relationship with Turkey.

**Ankara thinks Al Jazeera should present only the official views of Qatar.**

*Daily Sabah* also alleges that Turkey is seeking to reverse the "de-Arabization of Syria's border towns" by "bringing Syrian refugees home" to eastern Syria. Kurds in the area – where 200,000 have been forced to flee since Turkey's operation began – have alleged that Arab Syrian rebel groups backed by Turkey have carried out human rights abuses over the last month.

"But Al Jazeera English, like Western outlets where some of its employees used to serve," has been critical of the operation, Turkey argues. "It reproduced the talking points of certain Western governments and the terrorist group they sponsor, on-air." This is harsh criticism in Turkey of Qatar which would only be permitted if it were Ankara's views. It is not only anti-Western, but accuses the West and Qatari media of pushing "terrorist" propaganda.

This gives a window into Turkey's own worldview of how media is supposed to work with the state. Turkey already has some media that is backed by the state, including TRT or Anadolu, while *Daily Sabah* is ostensibly merely pro-government. Its editorial argues that Al Jazeera has become "virtually indistinguishable from Al Arabiya and other gulf mouthpieces." This argument asserts that most media in the Gulf basically repackages the government views. Therefore, Al Jazeera's critique of Turkey undermines the alliance with Turkey.

"Without reciprocity, any relationship is at risk of falling apart. In light of Al Jazeera English's complicity in the smear campaign against Turkey, the Turkish people cannot be expected to support Qatar against countries, with which Turkey could easily join forces." This logic foresees Turkey working with Qatar's enemies merely due to a few critical media takes on Turkish foreign policy. Either Qatar should control its media and forbid critique of Turkey, or Turkey might end its alliance with Qatar.

Already Turkey has its public broadcaster, TRT, attack Qatar over the treatment of migrant workers. For apparently the first time, Turkey's government media critiqued Qatar. This reveals the degree to which government media has become a tool of foreign policy, with no pretense of journalistic independence. Qatar was beyond critique due to some mutual understanding, and now it is being critiqued to get back at Qatar for Al Jazeera's reports.

With the Turkey-Qatar alliance at stake, *Daily Sabah* suggests Qatar deal with journalists the way Turkey deals with dissidents and critics. "Al Jazeera needs to weed out all individuals seeking to poison that alliance behind the smokescreen of independent journalism. Until the network takes the necessary steps, the Turkish government must consider Al Jazeera English a hostile outlet." And not just the network: Qatar could be burning bridges, the editorial says. It claims that this key ally has jeopardized itself "so that a handful of second-tier activists and washed-up Westerners can feel important." There is no reason for Turkey to "have Doha's back," the article concludes.

**"The Turkish government must consider Al Jazeera English a hostile outlet."**

This is harsh language with serious ramifications, basically ordering Qatar to remove by "weeding out" any journalist critical of Turkey. If that doesn't happen and Qatar doesn't toe the line, Turkey-Qatar relations might suffer.

**Seth Frantzman, a Middle East Forum writing fellow, is the author of *After ISIS: America, Iran and the Struggle for the Middle East* (2019), op-ed editor of The**

*Jerusalem Post*, and founder of the Middle East Center for Reporting & Analysis.

# An Emergent Nexus in the Islamic World

by Jonathan Spyer

May 27, 2020
https://www.meforum.org/61046/turkey-pakistan-malaysia-qatar-alliance

The name of fugitive Indian Salafi Islamist preacher Zakir Naik is little known in the West. Naik, founder of the Mumbai-based Islamic Research Foundation, is currently being pursued by the Indian authorities on charges of money laundering and hate speech.



**Turkey, Pakistan, Malaysia, and Qatar have formed a partnership against common adversaries.**

Naik is a popular Islamist preacher in his native country. He has been referred to as "perhaps the most influential Salafi ideologue in India" and "the world's leading Salafi evangelist." His views on subjects such as homosexuality, apostasy and the Jews are as might be expected (the first two deserve the death penalty, the third "control America").

The Indian authorities note evidence that two of the seven terrorists who carried out a deadly attack at a café in Dhaka, Bangladesh, on July 1, 2016, claimed inspiration from his teachings.

In himself, the fugitive preacher is of only passing interest. Naik's activities are worthy of further note, however, because the list of his supporters and their activities on his behalf cast light on an emergent nexus in the Islamic world deserving of greater attention. This crystallizing alliance looks set to be of considerable consequence in the period opening up, not least for Israel and some of its partners in the region and beyond.



**Indian Salafi Islamist preacher Zakir Naik is being sheltered by Malaysia.**

Fleeing from the Indian authorities, Naik has been the lucky recipient of permanent resident status in Malaysia. There, his case has become something of a cause célèbre. The Malaysian Islamic Party, which has four ministers in the current government, is vociferously opposed to acceding to Indian calls for his extradition.

Reports in a number of Indian media outlets claim that the (unusual) granting of permanent residency to the fugitive preacher came as a result of a request from the government of Pakistan. The reports further suggest that "Pakistan is also using its relations with... Turkey and Qatar to provide funding to Zakir Naik."

Naik, for his part, has offered fulsome praise for Turkish President Recep Tayyip Erdogan. Speaking to an Islamist group, headed by Bilal Erdogan, in 2017, the Indian preacher referred to the Turkish leader as "one of the few Muslim leaders who has the guts to support Islam openly," adding: "Oh Muslim world, wake up.... May Erdogan be the next leader of the Muslim world."

MEF000769

The dispute around Naik casts light on the currently burgeoning relations between three significant Muslim countries – Turkey, Pakistan and Malaysia. This emergent alliance is a reflection of a shift in power in the Islamic world away from its traditional Arab center.

Ankara, Islamabad and Kuala Lumpur, with Qatar as an additional partner, today constitute an emergent power nexus, built around a common orientation toward a conservative, Sunni political Islam. This nexus is united as much by common enmities as by common affections. Its enemies, are India, Israel and (at the rhetorical level) the Christian West.

Its rivals within the diplomacy of the Islamic world, meanwhile, are Saudi Arabia, which has traditionally dominated the Organization of the Islamic Conference, the main pan-Islamic diplomatic body, and the UAE.



The crystallization of this new alliance has been apparent for some time. In late September 2019, Erdogan, Malaysian prime minister Mahathir Mohamad and Pakistani Prime Minister Imran Khan met at the sidelines of the 74th United Nations General Assembly in New York. The three agreed at that meeting to establish an English-language TV channel to combat 'Islamophobia' in the West.

**Pakistani Prime Minister Imran Khan (left), Turkish President Recep Tayyip Erdogan (center), and Malaysian prime minister Mahathir Mohamad (right) meet at the sidelines of the UN General Assembly in New York in September 2019.**

Mahathir then sought to convene a summit in Kuala Lumpur, in December 2019, to identify, according to a press release announcing the summit, "what has gone wrong – with a view to eventually reclaiming the Muslim world's fame and glory of yore." Briefing the media in Putrajaya, Malaysia, on the summit, Mahathir suggested that "maybe, it can be regarded as the first step towards rebuilding the great Muslim civilization."



The countries invited to the Kuala Lumpur summit were Turkey, Pakistan, Qatar and Indonesia. Mahathir described the invited countries as "a few people who have the same perception of Islam and the problems faced by Muslims."

Subsequent Saudi pressure on Pakistan prevented its attendance at the KL summit. The joint diplomatic activities of the countries invited, however, have

**Malaysian Prime Minister Mahathir Mohamad speaks at the opening of the Kuala Lumpur summit on December 19, 2019.**

continued apace. So far, these efforts have largely been directed at India, with the focus on the issue of the disputed territory of Kashmir.

Kashmir appears to be a matter of particular interest to the Turkish president, in his effort to cast himself as a pan-Islamic leader, and in his desire to draw closer to Pakistan.

Turkey held an international conference on the subject on November 21, 2019. A Pakistani senator, Sherry Rehmen,

participated in this gathering. During Erdogan's visit to Pakistan in early 2020, the Turkish president mentioned Kashmir six times during a 25-minute speech to a joint session of the Pakistani parliament.



**Pakistani Senator Sherry Rehmen speaks at a Turkish conference on Kashmir in November 2019.**

Erdogan likened Kashmir to the Turkish struggle for Gallipoli against the British and French in World War I. "It was Canakkale yesterday, and it is Kashmir today. There is no difference," he asserted, in remarks that led India to issue a formal démarche to the Turkish ambassador in New Delhi, against interference in its internal affairs.

Malaysia also adopted a new and vociferously critical tone on the issue. Mahathir, shortly before his resignation in late 2019, said that India had "invaded and occupied" Kashmir and was "taking action to deprive some Muslims of their citizenship."

It is worth noting that by contrast to this diplomatic activism, Saudi Arabia and the UAE maintain that Kashmir remains an internal Indian matter.

This reflects the growing closeness between Riyadh and New Delhi, expressed also in the major investments in India announced by Crown Prince Mohammed bin Salman during his visit to India in 2019.

> The alliance between Turkey, Pakistan, Malaysia and Qatar makes both strategic and ideological sense.

The emergent alliance between Turkey, Pakistan, Malaysia and Qatar makes both strategic and ideological sense from the point of view of its members.

It reflects the repositioning currently under way across Asia, in the wake of the receding post-Cold War US hegemony. These countries are united by a similar core outlook, and have some common emergent adversaries.

Turkey and Qatar, indeed, have been engaged in a de facto partnership over the last decade, based on common opposition to Saudi Arabia and the UAE. They are also united in support for Sunni political Islam across the region in its Muslim Brotherhood form, and not least in its Palestinian iteration – the Hamas movement. Pakistan and Malaysia are natural recruits for this emergent bloc. India appears currently to be its main diplomatic target.

This alliance also shares a deep enmity to the Jewish state. Its adversaries – India and the UAE – are Jerusalem's emergent strategic partners. Zakir Naik, nestled in Malaysia, with Qatari bank accounts and the diplomatic muscle of Pakistan and Turkey guarding him, breathing fire and brimstone against apostates, homosexuals and Jews, is its appropriate symbol.

**Jonathan Spyer is director of the Middle East Center for Reporting and Analysis and is a research fellow at the Middle East Forum and at the Jerusalem Institute for Security and Strategy.**

# Uncovered Documents Expose Qatari Terrorism Financing

by Jordan Cope
*Asia Times*
December 17, 2021
https://www.meforum.org/islamist-watch/62884/uncovered-documents-expose-qatari-terrorism



When it comes to hijacking headlines, Qatar is no stranger, hosting the upcoming soccer World Cup, and even writing the world's headlines through its state-financed Al Jazeera network. Doha's natural-gas wealth has bolstered Qatar's influence, helping it fund US universities to the tune of $5 billion, lobby the US Congress, and subsidize the highly influential Brookings Institute.

Whether via high-profile spectacles, writing the headlines, or coercing those defining them, Qatar has managed to suppress its dark side – its terrorism financing.

Qatar has provided billions of dollars to Muslim Brotherhood regimes and affiliates, such as Hamas, and to Islamists who have fueled civil war in Libya and Syria, such as Ahrar al-Sham, which executed attacks alongside the successor of Jabhat al-Nusra, an offshoot of al Qaeda.

**The black hole of Qatari Islamist financing plunges deeper than previously thought.** Receipts uncovered from Qatar's state-run Eid Charity – perhaps the world's largest "Salafi-controlled relief organization" – by the Middle East Forum, a US-based think-tank, suggest that the black hole of Qatari Islamist financing plunges deeper than previously thought. The receipts indicate that Qatar has provided 45,000 grants worth hundreds of millions of dollars to charities in more than 70 countries – over a third of the world.

Beneficiaries include organizations in the Middle East, Africa and South Asia, but also some in Canada, Mexico, the UK, France, Germany – and even the US state of Colorado.

Though many Eid Charity beneficiaries have yet to be audited, some preliminary findings further reveal Qatar's ties to Middle Eastern radical groups including Al Qaeda in the Arabian Peninsula (AQAP), Hamas, and Ihsani Yardim Vakfiih (IHH). Collectively, these groups and their referenced affiliates have received about US$75 million from Qatar's Eid Charity.

AQAP's ties to the Eid Charity are unsurprising given the haven that Qatar afforded to 9/11 mastermind and al-Qaeda figurehead Khaled Sheikh Mohammed (KSM). In Qatar, KSM was employed by the Ministry of Electricity and Water, and helped plot attacks targeting the World Trade Center (1993) and the Philippines – where he reportedly sought to assassinate then-US president Bill Clinton as he traveled abroad.

Notable AQAP affiliates to benefit from Qatar's Eid Charity include the Al Ihsan Charitable Society, a recipient of nearly $17.8 million and a terrorist organization as designated by Egypt, Saudi Arabia, the United Arab Emirates and Bahrain.

The society is reportedly led by Abdullah al-Yazidi, an alleged former "member of AQAP's Hadhrami Domestic Council" who supposedly co-founded an organization alongside Abdul Rahman bin Umayr al-Nuaimi. Nuaimi appears



**Abdullah al-Yazidi**

on "US and UN terror lists" and is himself a founder of the Eid Charity.

The Eid Charity has also funded Yemen's Rahma Charity Foundation, a US-designated terror group due to its AQAP ties, and the Al Hikma Al Yamania Charitable Society, which has equipped "money and logistic aids to al-Qaeda leaders from Yemen and Saudi Arabia," helping them "recruit fighters and smuggle them into Iraq." Those two organizations have received about $319,000 and $6.5 million respectively.

The receipts also expose new channels of Qatari funding to Hamas, whose leaders have been afforded the impunity necessary to host conferences in Doha's premier hotels.

One of Hamas' affiliates to benefit is the Jerusalem International Foundation (Al Quds International Foundation), a Lebanese terrorist organization designated by the US Treasury Department for "being controlled by and acting for or on behalf of Hamas."

According to the US Treasury Department, the foundation is an extension of Hamas, whose officials draft the foundation's "documents, plans, budgets, and projects." It has received about $3.7 million from the Eid Charity.

Hamas officials likewise play an active role in another Eid Charity beneficiary, the House of the Noble Quran and Sunnah Society (Gaza), which has received around $565,000. Graduation ceremonies commenced by the society have been attended by Hamas leaders.

The society even hosted Ismail Haniyeh, Hamas' political chief, to "inaugurate" the opening of its new headquarters. At its Koran memorization competition in 2015, Haniyeh awarded certificates and delivered a speech, referencing "the blessings of the days of jihad and resistance" (see 1:18:23), and glorifying deceased members of Hamas' Izz al-Din Al Qassam Brigades as "martyrs" (see 1:24:10). Haniyeh has made numerous appearances at the society's events.

Another Hamas affiliate warranting mention is Jamiyyah Al Mujama'a Al Islami in Gaza (JMIG). The branch in Khan Younis has honored former board members before Hamas officials and regularly identifies as Al Mujama'a Al Islami, a Hamas-controlled organization established by Hamas' founder: Sheikh Ahmad Yassin. JMIG has received about $6.3 million.



**The Turkish-owned ship *Mavi Marmara*, which took part in the 2010 "Gaza flotilla" that attempted to break Israel s naval blockade of Gaza.**

The last notable group to receive Qatari funding is Ihsani Yardim Vakfiih (IHH), which received nearly $23.2 million. Banned by Israel, Germany and the Netherlands, IHH remains infamous for its 2010 flotilla fiasco, when its *Mavi Marmara* and 40 Turkish jihadi passengers sought to clash with Israeli forces and illegally infiltrate Gaza.

Nine died in the confrontation, including three IHH jihadis who beforehand "declared their readiness to become martyrs."

"Passengers" aboard the flotilla brandished "knives, broken glass bottles, and slingshots," and, allegedly, Molotov cocktails and detonators.

Some IHH affiliates to receive funding unsurprisingly bear Hamas ties. Cue the Al Nusra Charitable Society, which has received grant money from IHH and sponsored an event with the Ibn Baz Charitable Society, another beneficiary of Eid philanthropy. Those organizations have received about $13.2 million and $3.5 million respectively.



**All bin Abdallah al-Suwaidi (left), general manager of Eid Charity, with IHH President Fehmi Bülent Yıldırım in April 2016 in Turkey's border province of Hatay.**

Ibn Baz' president, Sheikh Omar al-Homs, has sought to overcome differences and promote cooperation with Hamas, observing, "the goal that we see is to bring hearts ... closer and postpone disputes before the battle with the Jews.... Hamas bears the slogan of Islam, and whatever our differences, Islam brings us together."

In sum, as Qatar razzles-and-dazzles with its flamboyant displays of wealth, it funds jihadist organizations under the table, such as AQAP and Hamas affiliates, and the IHH. The Eid Charity's receipts reflect the true motives of the pro-Islamist Qatari government, and the dangers the West welcomes as it flirts with Qatari money while turning a blind eye to its black hole of terrorism financing in the Middle East.

**Jordan Cope is the Qatari finance fellow at the Middle East Forum. Follow him on Twitter.**

## Uncovered Qatari Regime Data Reveals Funding of Hardline Islamists Across the West

by Martha Lee and Sam Westrop
*The European Conservative*
January 17, 2022
https://www.meforum.org/islamist-watch/62947/uncovered-qatari-regime-data-reveals-funding



A trove of data uncovered by the Middle East Forum details almost 46,000 grants made by the Qatari regime-controlled Sheikh Eid bin Mohammad Al Thani Charitable Association, also known as the Eid Charity, to radical Islamic organizations all around the world. A significant amount ended up in Europe and North America: some 380 grants to 41 recipients, totaling just under $37 million, distributed between 2004 and 2019.

Although dwarfed by the total $770 million globally accounted for within the dataset — some of which appears to have been given to designated terrorist organizations—the Eid Charity's spending across the West reveals a clear pattern of Qatari monies being handed out almost exclusively to radical organizations.

It is not surprising that Eid Charity should emerge as a leading patron of Islamist extremism in the West. In previous years, European media has occasionally recorded the group's radical ties. In the Netherlands, in particular, journalists have previously pointed to Eid Charity's funding of Salafi organizations in Dutch cities, and note that its officials "are said to have funneled money to Al Qaeda in Iraq, Al Shabab in Somalia and Palestinian Hamas." Indeed, the Eid Charity's founder, Abd Al Rahman Nuaimi, is a known Al Qaeda financier who was designated as a terrorist by the U.S. government in 2013.

Despite its extremist links, the Eid Charity has been able to operate internationally with near impunity. In the Western world, the United Kingdom was its main target, with some 97 grants distributed there worth just under $9 million.

Some $2 million was given to the Al Muntada Al Islami Trust, a hardline Salafi charity. In 2004, the Henry Jackson Society reported that Nigerian police arrested Sheikh Muhiddeen Abdullahi, purportedly a senior Al Muntada Trust official, who is alleged to have confessed to serving as a middleman between Al Muntada and Nigerian jihadists. In 2013, a Nigerian human-rights activist testified before the U.S. House of Representatives, where he named Al Muntada as an organization he believed to be funding designated terror group Boko Haram. The trust also runs a mosque in West London, which *The Times* has reported is closely connected to Qatar and "is linked to Islamist mosques and schools elsewhere in the UK."

MEF000775

Furthermore, British media has long reported on the extremist links of this charity network. Journalist Andrew Gilligan noted: "Al-Muntada has close links to British mosques accused of radicalising young people into Isil, including al-Manar in Cardiff, attended by Nasser Muthana and Reyaad Khan, the first Britons to appear in an [Islamic State] propaganda video. Both mosques have also organised events with Mohammed al-Arifi, the now-banned extremist cleric accused of grooming the two young Cardiff men."

Former Al Muntada partners have included ISIS financier Nabil Al Awadi, as well as radical clerics such as Haitham Al Haddad, whom British media has frequently described as "one of the most active radical preachers in the country."

Almost $600,000 was provided by the Eid Charity to the Emaan Trust in Sheffield in 2013 and 2014 for the construction of its mosque. As Andrew Norfolk of *The Times* has previously noted, "The Emaan Trust's leaders have included men with close links to the Brotherhood. Another trustee resigned in 2017 after the exposure of his virulently antisemitic views, including the claim that Jews control the world and were responsible for 9/11."

Norfolk also revealed that the Emaan Trust has received substantial amounts of monies from Qatar Charity UK, a branch of another regime-controlled group in Doha that has long worked closely with the Eid Charity.

Seventy-seven grants, totaling over $6.3 million dollars, were also handed out to Help the Needy, a British Muslim charity based in London. Media reports claim that the organization is an official partner of the Eid Foundation; and its officials appear to also hold senior positions in Doha-based organizations.

In other European countries, the Eid Charity has also been generous with Islamist mosques and organizations, many of which are linked to terrorism. In Sweden, the Örebro mosque received $2.4 million between 2007 and 2016.

Örebro Mosque has undeniable links to terror: an ISIS recruiter preached there regularly until his arrest in 2015. The Swedish Security Service subsequently issued a press release which stated: "the Swedish Security Service have a clear picture that there is radicalisation and recruitment in Örebro." And the Örebro Mosque's spokesman has spread anti-Semitic tropes, accusing late Israeli PM Ariel Sharon of using the blood of Palestinian children to make pudding.

Eid Charity also donated $1 million to Sweden's Al Rashideen Mosque, also known as Gävle Mosque. In 2014, Gävle Mosque's imam, Abu Raad, applauded ISIS for taking over the Iraqi city of Mosul, and even encouraged his followers to finance the terrorist organization. The Swedish government subsequently declared that he "constitute[d] [a] qualified security [threat]" and decided to deport him, but the sentence was never carried out because of the purported risk of persecution that he faced in his native country of Iraq. Instead, he returned to his mosque, where he was "embraced" by the congregation.

Meanwhile, in France, almost $1.7 million from the Eid Charity went to institutions tied to the Egyptian Muslim Brotherhood, such as the Institut Européen des Sciences Humaines (IESH), which received $470,000 from the Eid Charity. The IESH was founded as a Brotherhood seminary (Christian Chesnot & Georges Malbrunot, *Qatar Papers*, p. 155), and its curriculum was designed by the Brotherhood's 'spiritual leader' Yusuf Al Qaradawi. IESH's former students also include Al Qaeda and jihadists (*Qatar Papers*, p. 162).

Another $442,000 went to the Mosquée de Saint-Ouen, whose imam, Abdelghani Benali, is also a professor at the IESH. Officially known as the Essalame Center, the mosque has been renamed Al Hashimi (the name of the private donor, the uncovered data reveals, who funded the Eid Charity grants).

In 2008, Eid Charity made a contribution of $66,000 to another French Islamic center in Poitiers, which appears to have been founded by Hadj Amor, while treasurer of the

prominent French Islamist organization Musulmans de France (Muslims of France) (*Qatar Papers*, p. 179). Interestingly, the funding for the center was passed through a middleman: the L'Association des Musulmans d'Alsace (AMAL).

AMAL also received $262,000 from Eid Charity for the construction of the enormous An-Nour Islamic center in Mulhouse, which it manages. French journalists Christian Chesnot and Georges Malbrunot have previously alerted the public to Qatari attempts to create autarkic "micro-societies" in Europe. An-Nour is one of the most obvious examples of this trend, and, indeed, the Eid Charity notes that it will include a *dawah* (proselytization) center as well as a school, shops, and various other services.

As revealed by Chesnot and Malbrunot in their book *Qatar Papers*, AMAL also managed a contribution from the terror-linked Qatar Charity—in the same year, for the same center (p. 60). In both the UK and France, it appears multiple Qatari regime charities distribute funds in close coordination.

In 2008, Eid Charity donated $457,000 for the construction of an Islamic center in the French town of Villeneuve d'Ascq. The center seems to be a priority: it also received funds from Qatar Charity that again were passed through AMAL.

In Germany, Eid Charity donated $400,000 to the Arabischer Kulturverein (Arab Cultural Association), which appears also to be known as the Al Muhsinin mosque. According to German academic Susanne Schröter, Al Muhsinin is "regarded as an important center of Salafi activities" that "counts several of its members among the ranks of Al-Qaeda," and where radical preachers "encouraged followers to travel to Al-Qaeda training camps."

Eid Charity grantees appear sometimes to serve as middlemen by distributing monies to other radical institutions. For example, the Arabischer Kulturverein gave $68,000 to the Assalam Mosque in Essen, also a known "Salafi hub," according to academic Johannes Saal. Jihadists such as Silvio K, described by the German media as the "German face of the Islamic State," regularly attended the mosque. In 2009, German authorities deported one of its congregants who was in touch with Osama bin Laden's former bodyguard and possessed bomb-making instructions in his apartment.

In the Netherlands, a contribution of $1.1 million from the Eid Charity through the Dutch Waqf Foundation was used to fund the infamously extreme Al Furqaan mosque in Eindhoven. Its seminars were attended by members of Al Qaeda's Hamburg cell, which played a key role in the 9/11 attacks.

In Switzerland, the Swiss Islamic Shura Council received $208,000 from the Eid Charity. One of its board members has been convicted for producing jihadist propaganda: he traveled to Syria to interview a high-ranking Al Qaeda official, and later posted the video on the Shura Council's YouTube channel. Two other board members were also implicated. The Swiss Shura Council also invited the infamous Salafi preacher Mohammed Al-Arifi to its annual meeting in 2013, although he was prevented from attending following the Swiss government's decision to deny him entry for five years because of his extremist rhetoric.

In Canada, where over $6.7 million of Eid Charity grants have been distributed to eight organizations, authorities have previously warned about the influence of the Eid Charity, with the government's Canada Revenue Agency (CRA) noting that the Qatari charity appeared to "control" the Islamic Society of British Columbia (ISBC). At the time, a CRA official wrote that "publicly available information ... indicates that the Eid Foundation is alleged to have provided support to terrorism."

This new data uncovered by the Middle East Forum corroborates the CRA's concerns, revealing 11 grants from the Eid Charity to the ISBC, totaling over $326,000.

In the United States, almost $100,000 routed through Canada from the Eid Charity appeared to fund the Colorado Muslim Community Center outside Denver, an institution controlled by notorious hardline Salafi cleric Karim Abu Zaid, an unabashed apologist for the Taliban.

Since 2014, Saudi Arabia has gradually reduced its efforts to fund Muslim communities around the world. Once a key supporter of international Islamism, Saudi Arabia and its allies in the Gulf now regard groups such as the Muslim Brotherhood as dangerous terrorist organizations. Financially, however, many radical organizations across multiple Western Islamic circles appear to survive unscathed from the loss of one of their largest donors. Who, then, has filled the gap?

Qatar has long been suspected as a possible replacement, and plenty of anecdotal evidence has previously tied Doha to terror finance. This $770 million of Eid Charity support may just be a tiny proportion of Qatar's total spending on its radical partners. While the Eid Charity is just one institution among dozens used by the regime to front its financial activities, this newly uncovered data presents the most extensive evidence so far of the regime's terror-linked Islamist agenda.

*Martha Lee and Sam Westrop are part of Islamist Watch, a project of the Middle East Forum.*

## US Investigates Qatar over Claims that It Finances Iran's Revolutionary Guards Corps

**by Benjamin Weinthal and Jonathan Spyer**
*The Washington Examiner*
**July 23, 2021**
https://www.meforum.org/62542/us-investigates-qatar

The State Department has opened an inquiry into an Israeli government report that Qatar's monarchy funded Iran's Islamic Revolutionary Guard Corps, a U.S.-designated terrorist organization.



"We are looking into the allegations," a State Department spokesman told the *Washington Examiner* earlier this month, adding that "Qatar and the United States have a robust strategic, security, and counterterrorism

**Secretary of State Antony Blinken with Qatari Foreign Minister Mohammed bin Abdulrahman al Thani on July 22.**

partnership. Qatar is one of the United States's closest military allies in the region. U.S.-Qatar military and security cooperation contributes to the safety and stability of the region."

The alleged terror finance activities of the Islamic regime in Doha surfaced during last month's Oval Office meeting between President Joe Biden and outgoing Israeli President Reuven Rivlin.

Rivlin furnished the White House with intelligence regarding "recent funding that Qatar provided to Iran's Islamic Revolutionary Guard Corps," the *Times of Israel reported*, citing an Israel diplomatic official speaking on the condition of anonymity. The person also added that the information alarmed the U.S. officials at the meeting.

*The Washington Examiner* contacted multiple Israeli government ministries, including the foreign ministry, that all remained quiet on the issue. Israeli governments, as a general rule, summarily dismiss false news reports. The lack of a denial suggests that the intelligence is serious and was indeed forwarded to the Biden administration.

Secretary of State Antony Blinken on Thursday met with Qatar's Deputy Prime Minister and Foreign Minister Mohammed bin Abdulrahman al Thani and discussed the crises affecting Afghanistan, Yemen, and Lebanon. The Qatari foreign minister supported U.S. calls to promote "peace and security."

The Persian language service of the U.S.-operated *Voice of America news organization confirmed via a second source* that Israel submitted intelligence to Biden about Qatar's financing of the IRGC.

The Quds Force, a branch of the IRGC largely responsible for terrorist operations outside Iran, has killed over 600 American military personnel in the Middle East.

Its leader, Qasem Soleimani, was killed by a U.S. drone strike in Iraq in January 2020. Esmail Qaani was appointed to lead the organization following Soleimani's death.

*The Washington Examiner* asked for comment from Qatar's foreign ministry and its embassies in Washington and Berlin.

Rivlin's White House meeting coincided with a U.S. Army statement, *reported by Stars and Stripes*, that "the U.S. has closed sprawling bases in Qatar that once stored warehouses full of weaponry and transferred the remaining supplies to Jordan, in a move that analysts say positions Washington to deal better with Iran and reflects the

military's changing priorities in the region."

The U.S. closed Army Camp As Sayliyah-Main, Camp As Sayliyah-South, and the Falcon ammunition depot, the military news outlet said.

The tiny monarchy of Qatar, rich from natural gas and oil, has been embroiled in allegations that it has financed a wide range of Sunni and Shia terrorist states and movements, including Hezbollah in Lebanon and the Islamic State.

The fresh allegations from Rivlin may create new tensions between Qatar and the U.S., which has nearly 10,000 military personnel stationed at the Gulf state's al Udeid Air Base.

The Biden administration is once again confronted with a crisis with Qatar because the monarchy ruled by Emir Sheikh Tamim bin Hamad al Thani has been repeatedly alleged to finance Islamic-animated terrorist movements that seek to kill Americans.

Qatar's status as an alleged leading state sponsor of international terrorism might also complicate its role in hosting the World Cup in 2022.

**Benjamin Weinthal is a journalist and fellow for the Foundation for the Defense of Democracies. Follow him on** Twitter.

**Jonathan Spyer is a Ginsburg/Milstein Writing Fellow at the Middle East Forum and director of the Middle East Center for Reporting and Analysis.**

## Workers Locked into Qatar Labor Camps While Coronavirus Spreads Within

**by Seth J. Frantzman**
*The Jerusalem Post*
**March 24, 2020**
https://www.meforum.org/60619/workers-locked-into-qatar-labor-camps

Qatar "labor camps" are being locked down by authorities and workers with coronavirus concentrated inside them are in conditions that deny them basic human rights. According to a report at *The Guardian*, hundreds of construction workers now have the virus amid the global pandemic and Qatar's policies of concentrating the people together in "squalid,over-crowded camps" enables the virus to "spread rapidly."



The Qatari government has reportedly sealed off the country s migrant worker camps after hundreds of workers contracted COVID-19, trapping them inside.

The workers are some of the thousands slaving away on the FIFA World Cup infrastructure projects. "Inside the quarantined camps, workers describe an atmosphere of fear and uncertainty," the report notes. Workers are being put on unpaid leave and it is getting worse by the day. Labor camps where the coronavirus sufferers are concentrated are given numbers within Qatar's expansive gulag of workers camps. "Workers from camp 1 to camp 32 are in lockdown," one man from Bangladesh said to *The Guardian*.

The dystopian universe of Qatar's work camps is often far from view amid the lavish parties for expats, the armies of lobbyists the kingdom pay abroad and its investment in major media and sports, universities and brokering peace talks for Washington and the Taliban. However the reports like that at *The Guardian* every once in a while shed light on the hellish conditions. Underpaid men live crammed into containers.

The industrial area in Qatar is "home to hundreds of thousands of men, most of whom live in cramped dormitories, often packed eight to 10 to a room, making it extremely difficult to stop the transmission of the virus." The workers lack hand sanitizers and other basic needs. There are concerns now about workers getting paid on time and other challenges. Many Gulf countries have stopped flights so people can't even go home and Nepal has even banned its own people from coming home from the Gulf, according to the report.

Reports emerged on March 20 of the lockdowns in the labor camps. According to Amnesty International the camps are "notoriously overcrowded" and lack adequate water and sanitation. Workers cannot socially distance either, in line with WHO guidelines. "The Qatari government must ensure that human rights remain central to all attempts to prevention and containment of the COVID-19 virus," Amnesty says. It demands that the people have access to health care without discrimination.

Relief will likely not be coming for the workers as must countries become inward looking and close borders. No one wants to help the poorest and most vulnerable in work camps in the Gulf when they can barely help their own workers in the UK or advanced western countries. Similarly wealthy Gulf countries want to stem the spread of the virus and locking up workers is collateral damage compared to enabling the virus to reach the elite. The virus may run its course through several work camps. It remains unclear how Qatar and other countries in the Gulf that rely on foreign labor will provide the medical requirements many western countries forecast are needed to fight the

infection, such as ventilators and hospital beds.

**Seth Frantzman, a Middle East Forum writing fellow, is the author of** _After ISIS:_ _America, Iran and the Struggle for the Middle East_ **(2019), op-ed editor of The** **_Jerusalem Post_, and founder of the Middle East Center for Reporting & Analysis.**

# White House Briefing Notes
## Middle East Forum (MEF)

1. **Commission on Radical Islam**

   Patterned on now-President Trump's speech of August 15, 2016, MEF's recommendation calls for a major, fully resourced, Congressionally-authorized commission (example: the 9/11 Commission) aimed at defining the problem of radical Islam and proposing solutions. The Commission would have the mission and authority to produce a working definition of Islamism, and seek to understand the threat it poses to America and our allies. The Commission would work to identify radical Islamic networks, examine the link between non-violent and violent Islamism, and propose ways to combat threats from radical Islam.

   This commission, once authorized by Congress, should have powers to subpoena people and documents, the power to grant immunity, to hold public hearings, and should be fully supported by all relevant agencies of the federal government in seeking documents and other materials. The Commissioners should be from a mix of backgrounds and include current and former political office holders, current or former members of the law enforcement, military, intelligence and/or diplomatic communities, experts on radical Islam, reform-minded members of the Muslim community, and representatives of the technology community. The Commission should be backed by a full professional staff, and should issue reports as it sees necessary as well as a final, conclusive report. In addition to issuing reports, it should craft draft legislation, regulations, and executive orders, that could be quickly and easily acted upon at the discretion of the Administration and/or Congress.

   MEF has been in talks with the offices of a number of members of both houses to introduce legislation based on this recommendation. The offices most engaged in these talks are Rep. Ann Wagner (R-MO) and Sen. Orrin Hatch (R-UT). However, there is concern that explicitly calling out radical Islam, and only radical Islam, would make it difficult if not impossible to pass through the Senate. Sen. Hatch's office proposed that it be called the Commission on Radicalism and remove explicit references to Islam. MEF would be happy to have the White House involved in these discussions and to help guide a path forward.

   Attached Documents:

   1) White House Commission on Radical Islam: A Recommendation

2. **Countering Violent Extremism Program**

   When the initial round of grants under the CVE program were announced by the Obama Administration, MEF was concerned that the U.S. seemed to be making some of the same mistakes the UK did in relation to CVE, namely, funding supposed "moderates" that were in fact Islamists. For example, MEF was concerned that the initial grantees

included the Muslim Public Affairs Council (MPAC), whose founder has a history of praising Hezbollah and whose staffers have defended Ayatollah Khomeini and Osama bin Laden; and Bayan Claremont, a graduate school whose faculty includes a number of extremist Salafi preachers.

MEF filed a Freedom of Information Act Request seeking "any document related to the criteria used by the Department of Homeland Security (DHS) for evaluating and awarding Countering Violent Extremism (CVE) grants…" and related documents. Initially, the Department of Homeland Security mismanaged our request, forcing MEF to file a lawsuit in the United States District Court for the District of Columbia. MEF is owed an initial production of documents on August 14, 2017.

While MEF understands that the Trump Administration has re-evaluated these grants and the wider program, MEF hopes to use these documents to aid in understanding DHS's past policies evaluating CVE grant applicants to help avoid this problem in the future. Ultimately, MEF hopes to work with the Administration and members of Congress to ensure CVE can never again be used to legitimize and fund Islamist organizations.

3. **Silicon Valley Community Foundation**

The Silicon Valley Community Foundation (SVCF) is the nation's largest community foundation, with assets of over $8 billion. Its corporate partners comprise some of the nation's most recognizable companies. Its biggest donations include $1.5 billion from Mark Zuckerberg; $500 million from Nick Woodman, CEO of GoPro; and $556 million from Jan Koum, founder of WhatsApp.

SVCF grantees, however, include the Council on American-Islamic Relations (CAIR) and Islamic Relief, two Islamist organizations that have a history of promoting violently anti-Semitic preachers and providing financial support to Hamas. Both are also banned terrorist organizations in the United Arab Emirates. Despite this, since 2008, the SVCF has made eight donations totaling $330,524 to these two groups. In addition, in 2015, the SVCF received $500,000 from the International Institute of Islamic Thought (IIIT), a prominent Muslim Brotherhood think tank. In 2002, federal agents raided IIIT's offices amid concerns that it was funding Hamas and Palestinian Islamic Jihad.

Seven congressman and seventeen moderate Muslim leaders have backed MEF's campaign, writing to SVCF to urge them to reconsider their support for CAIR and Islamic Relief. SVCF has continued to ignore the presented evidence, and instead resorted to bullying tactics, issuing a legal complaint that forced the web provider of stopsvcfhate.com, where the moderate Muslim letter was published, to suspend the website. In addition, the SVCF has chosen to reaffirm its support for both CAIR and Islamic Relief, and attacked MEF as "Islamophobic," "racist" and guilty of "censorship" and "intimidation."

Millions of dollars from corporate and community foundation serves to fund Islamist

activity across the United States. Persuading foundations like the SVCF to end these subsidies will not just leave Islamist groups poorer; it will delegitimize their claims to be moderate representatives of American Muslims.

Appended Documents:
i) Congressmen's Letter
ii) Moderate Muslim Letter
iii) MEF Petition calling on the SVCF to halt its funding

## 4. Islamic Relief

Islamic Relief (IR) is a prominent worldwide Muslim charity with dozens of branches across the globe, lauded in the United States for its charitable efforts and disaster relief work. However, IR was founded by prominent members of the Muslim Brotherhood, regularly provides platforms to some of the West's most extreme hate preachers, and both the Egyptian and Emirati governments have accused the charity of funding extremism and terror.

In Gaza, IR has given money to the Al Falah Benevolent Society, which is run by a senior Hamas official; as well as to the Unlimited Friends Association (UFA), which hands out cash to the families of Hamas terrorists. In addition, IR has received large transfers from a number of terror-linked charitable organizations, such as the "Charitable Society for Social Welfare," which was founded by the Bin Laden loyalist and U.S.-designated terrorist Abdul Majeed Al-Zindani.

Both Israel and the United Arab Emirates have designated Islamic Relief a terrorist organization. Despite its long history of extremist links, Islamic Relief was appointed by the United Nations to provide $6 million worth of emergency services in the Gaza Strip. In 2015-16, the U.S. government awarded Islamic Relief two grants totaling $370,000. IR's branches have received tens of millions more from the UK, Germany, Sweden and the EU.

In 2016, the OPM, FBI and IRS built a criminal case against Islamic Relief. The lead investigating agent was Richard Pandis, based at the OPM's Office of the Inspector General. When the criminal case was presented to the Justice Department, it declined to prosecute. This was possibly due to political interference – at the time, Islamic Relief was working with a number of other federal departments, and enjoyed strong ties with the White House. In July, MEF submitted FOIA requests for OPM documents that mention Islamic Relief.

Appended Documents:
iv) Draft of MEF's Dossier on Islamic Relief

## 5. Understanding the Diversity of Islamism

Most anti-Islamist work is focused on the Muslim Brotherhood and Salafi-jihadists. But there are other important Islamist networks active in the United States. The South Asian Islamist movement, Jamaat-e-Islami (JI), for example, has a long history of ties to terrorism in South Asia. Partly because of government ignorance about its very existence, JI organizations in both the United States and South Asia have received millions of taxpayers' dollars.

The Islamic Circle of North America (ICNA) is JI's most prominent front organization. Twice a year, ICNA jointly hosts a conference with the Muslim American Society (MAS), a leading Muslim Brotherhood institution. These conferences, the largest in the Muslim community's social calendar, feature lectures from some of the most extreme Islamic clerics in America. Officials openly promote extremism: Ahmed Taha, an ICNA-MAS official who organized the conference in December, has republished posts on social media stating: "O Muslim, O servant of God. There is a Jew behind me, come kill him." In 2016, ICNA received $1.3 million of taxpayers' money, as part of a grant awarded by the Department for Homeland Security for disaster relief work.

In South Asia, JI groups also enjoy the support of the American government. The READ Foundation, for example, is a prominent JI organization that runs hundreds of schools in Kashmir. READ representatives in the West have frequently worked with extremist Salafi preachers. And their schools in Kashmir have expressed support for Islamic fundamentalists such as Mumtaz Qadri, who gunned down Punjab governor Salman Taseer, in retribution for Taseer's public support for a Pakistani Christian woman convicted of blasphemy. From 2013 to 2016, the State Department and the U.S. Agency for International Development handed out over $2 million to READ.

It is vital the law enforcement, government and members of Congress understand the sheer range of Islamist organizations that operate inside the United States and around the world. Islam is diverse, and it is only by delineating it into its hundreds of competing sects that we can identify and promote the moderates, and confront the extremists.

Appended Documents:
v) Profile of MAS-ICNA Conferences 2016 and 2017
vi) Draft Article about U.S. Government Support for Jamaat-e-Islami



# THE WHITE HOUSE
# COMMISSION ON RADICAL ISLAM:
# A RECOMMENDATION

**A Paper Prepared by The Middle East Forum**
Gregg Roman, Director
215-546-5406, ext. 104
1650 Market Street
Philadelphia, PA 19103
info@meforum.org



# TABLE OF CONTENTS

**3**  **About the Middle East Forum**
Accomplishments
Domestic & Foreign Projects

**4**  **Executive Summary**
Outline Of Recommendation
Section Descriptions

**5**  **Context**
Background On Proposed Commission
Reasoning For This Recommendation

**6**  **Section 1**
How Should The Commission Be Structured?
Government Agencies And Necessary Staff

**9**  **Section 2**
What Should The Commission's Mandate Be?
Targeting Radicalization

**19**  **Section 3**
Whom Should The Commission Include?
Recommended Experts

**23**  **Section 4**
How Should The Commission Charge The Government
With Implementing Its Recommendations?

**24**  **Appendix A**
Full Text of Donald J. Trump's Speech on Radical Islam
August 15, 2016

**32**  **Appendix B**
Selected Presidential Commissions
1900-2016

**34**  **Appendix C**
Sample Executive Order Creating A White House
Commission on Radical Islam

**36**  **Appendix D**
The Case Of The United Kingdom
U.K. Policy On Islamist Organizations

**37**  **Endnotes**
Citations
1-98

**39**  **About The Author**
Christopher C. Hull, Ph.D.
Background

# **ABOUT THE** MIDDLE EAST FORUM

The Middle East Forum promotes American interests in the Middle East and protects Western values at home. Our activities in 2016 included 157 meetings with members of Congress or their staff; forcing the State Department to account for UNRWA's policies; legal victories over CAIR and an anti-Israel UK politician; success countering BDS; and research linking Hillary Clinton, Tim Kaine and key Democrats to Islamist money.

The Middle East Forum sees the region — abounding in dictatorships, radical ideologies, existential conflicts, border disagreements, corruption, political violence, and weapons of mass destruction — as a major source of problems for the United States.

Accordingly, we identify and promote American interests and take bold measures to protect the Western way of life.

**In the Middle East, we develop strategies to:**

- Defeat radical Islam;
- Contain Iran;
- Promote Israel Victory;
- Support allies; and
- Deal with advancing anarchy.

**Domestically, we:**

- Unveil and combat nonviolent Islamism;
- Train law enforcement to identify Jihadists;
- Protect the public discussion of Islam;
- Improve Middle East studies; and
- Translate our ideas into U.S. policy.

The Forum pursues its mission in three main ways:

1. Operationally:
   Our projects — Campus Watch, Islamist Watch, Jihad Intel, the Legal Project and the Washington Project — take action. We work to improve Middle East studies, expose Islamist campaign donations, help law enforcement identify jihadists, protect the right to criticize Islamists, and challenge the UNRWA definition of "Palestinian refugee."

2. Intellectually:
   We provide context, information, insights, and policy recommendations through the *Middle East Quarterly*, conference calls, writings, lectures, and media appearances on everything from the Iran deal to a dam in Ethiopia.

3. Philanthropically:
   We distribute $2 million annually in separately earmarked funds through our Education Fund to 80 groups and individuals working to promote the Forum's goals.

The Forum's six websites attract ten million page views per year — among the largest for an organization focused on the Middle East and Islamism.

**They are:**

- MEForum.org
- Campus-Watch.org
- JihadIntel.MEForum.org

- Legal-Project.org
- DanielPipes.org
- Islamist-Watch.org

Alexa ranks MEForum.org third in the U.S. among Middle East-focused sites — 491,830 new users visited the site in the first half of 2016; of those, 41 percent are 18-34 years old. Forum analyses are widely quoted — from *The New York Times, The Washington Post* and CNN to Turkey's *Cumhuriyet* and *The Jerusalem Post* — and published globally, from Alabama and Boston to Toronto and London.

MEF000789

# EXECUTIVE SUMMARY

This paper for the Middle East Forum (MEF) lays out a responsible approach to implementing President Donald J. Trump's commitment to create a domestic commission focused on halting the spread of what he termed "radical Islam." [1]

In August 2016, Donald Trump gave a speech on how to "Make America Safe Again" in which he said, "One of my first acts as President will be to establish a commission on radical Islam." This paper lays out a responsible approach to establishing such a commission.

I. **How Should the Commission Be Structured?** A responsible commission would be housed in the White House, with members selected by the President and a chairman reporting to the National Security Advisor. The commission should include as ex-officio members the Attorney General, Secretary of Homeland Security, Director of the CIA, and Secretary of Defense, with a designated liaison from each; be empowered by a joint resolution of Congress to subpoena documents, compel testimony, and grant immunity; and be prepared that its reports may be used as evidence in later criminal proceedings. The President should delegate responsibility for taking action to his National Security Advisor. Finally, the commission should be charged to hold field hearings at sites of important jihadi strikes and events revealing Islamist subversion.

II. **What Should the Commission's Mandate Be?** The commission's mandate should be to explain the core convictions of radical Islam; chart how Islamists recruit and deploy jihadis and expose networks that support "radicalization"; develop new protocols for police officers, federal investigators, and immigration screeners; examine "political correctness" and how to deal with the problem of radical Islam in an honest way; explore where radical Islam gets its resources and how they can be cut off; seek ways to deny radical Islam's use of the Internet; recommend what changes should be made to immigration practices; and summarize how America and its allies can halt the spread of radical Islam and ultimately defeat it.

III. **Whom Should the Commission Include?** The commission should include experts on terrorism and radical Islam; voices for reforming Islam; current or former elected officials; representatives of law enforcement, intelligence, the military and/or the diplomatic community; representatives of the technology industry; and victims of radical Islam and their families.

IV. **How Should the Commission Charge the Government with Implementing Its Recommendations?** Agencies that provide a liaison should be tasked with preparing raw data and materials for each topic the commission considers. Then, for each of the reports that it prepares, the commission should produce drafts of supporting documents such as executive orders; legislation; law enforcement referrals; requests for proposal (RFPs); memos to state and/or local governments; recommended personnel changes; and recommended budget changes.

**MEF | 4**

# CONTEXT

### Making America Safe Again

On August 15, 2016, then-Republican presidential nominee Trump gave a speech in Youngstown, Ohio on how to "Make America Safe Again." President Trump began the speech, "In the 20th Century, the United States defeated Fascism, Nazism, and Communism. Now, a different threat challenges our world: radical Islamic terrorism." He ticked off Islamist attacks, first in America then in Europe, and other atrocities Islamic State was committing in pursuit of what he called the "hateful ideology of radical Islam." He charged that "Anyone who cannot condemn the hatred, oppression and violence of radical Islam lacks the moral clarity to serve as our President." Finally, he called for a "new approach, which must be shared by both parties in America, by our allies overseas, and by our friends in the Middle East," namely "to halt the spread of radical Islam."[2]

<div align="center">IN THAT SPEECH, PRESIDENT TRUMP MADE THIS SPECIFIC COMMITMENT:</div>



> *[O]ne of my first acts as President will be to establish a commission on radical Islam — which will include reformist voices in the Muslim community who will hopefully work with us. We want to build bridges and erase divisions. The goal of the commission will be to identify and explain to the American public the core convictions and beliefs of radical Islam, to identify the warning signs of radicalization, and to expose the networks in our society that support radicalization. This commission will be used to develop new protocols for local police officers, federal investigators, and immigration screeners.* [3]

Foreshadowing such a shift, on February 2, 2017 Reuters reported that the Trump administration "wants to revamp and rename" the Obama Administration's Countering Violent Extremism (CVE) program so that it focuses solely on Islamist extremism." According to the report, CVE "would be changed to 'Countering Islamic Extremism' or 'Countering Radical Islamic Extremism.'"[4]

In order to help make certain this shift is fact-based, strategic, and transcends this one program, this proposal will address the following open questions pertaining to the proposed commission on radical Islam:

1. How should the commission be structured?
2. What should its mandate be?
3. Who should be on it?
4. How should it charge the government with implementing its recommendations?

This paper is a first attempt to answer those questions, and to do so through a responsible lens, recognizing that:

1. There is a broad space for reform-minded Muslims to operate in America and the world;
2. Radicalism and extremism do not permeate all of Islam; and
3. Radical Islam uses certain tenets of Islam to achieve what are in fact political ends.

With that perspective, the paper will sketch a commission on radical Islam, with care to respect America's First Amendment protections of religion and speech, while confronting the thorny truth that jihadis do, in fact, crown their evil deeds with Qur'an quotes.

# SECTION 1: How Should the Commission Be Structured?

**To maximize the chances of success, a responsible commission would:**

**1.1** Be established by executive order, modeled on Appendix C below, which should:

- Stipulate that the commission be housed in the White House, with members selected by the President, including one or more from each of the following categories:

  - Experts on terrorism and radical Islam
  - Voices for reform of Islam
  - Current or former elected officials
  - Representatives of the law enforcement, intelligence, military, and/or diplomatic communities
  - Representatives of the technology industry
  - Victims of radical Islam and their families

- Provide that the chairman should report to the National Security Advisor

- Include as ex officio members the Secretaries of the following agencies, with a designated liaison from those agencies selected by the President, or an alternative by mutual consent of the President and Secretary:

  - The Department of Justice (DOJ): Responsible for retrieving DOJ and FBI materials requested by the commission, as well as referring potential violations of federal law identified or uncovered by the commission to be utilized by the DOJ and/or FBI, as directed by the commission's chairman
  - The Department of Homeland Security (DHS): Responsible for retrieving DHS materials requested by the commission, as well as relevant information identified or uncovered by the commission back to DHS as directed by the commission's chairman
  - The Director of the Central Intelligence Agency (CIA): Responsible for retrieving intelligence materials requested by the commission, as well as shepherding intelligence identified or uncovered by the commission back to the relevant agency, including any findings that might be utilized by the CIA in particular, as directed by the commission's chairman
  - The Department of Defense (DOD): Responsible for retrieving military materials requested by the commission, as well as delivering and implementing any taskings, as directed by the commission's chairman

- "[D]elegate responsibility for evaluating and taking action, where appropriate, with respect to all public recommendations" from the president to the National Security Advisor for all recommendations deemed appropriate by the commission, pursuant to Section 6(a) of the Federal Advisory Committee Act (FACA) [5]

- Designate the General Services Administration (GSA) to provide fiscal and administrative support to the commission pursuant to FACA Section 12 [6]

- Provide for a two-year term, which may be renewed by the President or National Security Advisor by appropriate action prior to the expiration of such two-year period pursuant to FACA Section 14 [7]

**1.2** Described in an advisory committee charter prepared by the staff and approved by the chairman, to be filed with the Administrator of the GSA and the Library of Congress, and which pursuant to FACA Section 9(c) must include:

- The committee's official designation
- The committee's objectives and the scope of its activity
- The period of time necessary for the committee to carry out its purposes
- The agency or official to whom the committee reports
- The agency responsible for providing the necessary support for the committee
- A description of the duties for which the committee is responsible, and, if such duties are not solely advisory, a specification of the authority for such functions
- The estimated annual operating costs in dollars and man-years for such committee
- The estimated number and frequency of committee meetings
- The committee's termination date, if less than two-years from the date of the committee's establishment; and
- The date the charter is filed. [8]

- Empowered by a joint resolution of Congress [9] to subpoena documents, compel testimony, and grant immunity, learning a lesson from the Tower Commission on the Iran-CONTRA scandal [10]

**1.3** Empowered by a joint resolution of Congress [9] to subpoena documents, compel testimony, and grant immunity, learning a lesson from the Tower Commission on the Iran-CONTRA scandal [10]

**1.4** Prepared that the commission's reports may be used as evidence in later criminal proceedings similarly to the Tower Commission, Rogers Commission on the Space Shuttle Challenger accident, and Warren Commission on the assassination of President John F. Kennedy [11]

**1.5** Staffed with at least:

A staff director, with:

- A terminal degree in Islamic studies, security studies, international affairs, American government, or an equivalent
- Background in counter-terror public policy work
- Experience working within both state and federal governments
- Management background including responsibility for staffs of government employees focused on public policy matters

A research director, with:

- At least a Bachelor's Degree in security studies, international affairs, political science, or equivalent
- Six or more years' experience in conducting terrorism research, including familiarity with key domestic terrorism and material support cases
- Strong subject matter expertise on history and doctrine of radical Islam, and on foreign and domestic Islamist movements
- Experience providing oral and written briefings related to Islamist doctrine, history and organizations to legislators, law enforcement, and intelligence officials

*Section 1.5: Cont'd Next Page*

*Section 1.5 Cont'd*

- A staff counsel, with a terminal degree in law and a specialty in counter-terror and background in prosecution, law enforcement, and/or the military

- A legislative director, with both strong counter-terror subject matter expertise and extensive experience in Congress

- A communications director, with both strong counter-terror subject matter expertise and relationships with the media

- A staff secretary, who should be responsible for meeting the administrative requirements of FACA Sections 10 and 11 in cooperation with the GSA

**1.6** Charged to hold field hearings at sites of important Islamist terror strikes and events revealing Islamist subversion, in order to "identify and explain to the American public the core convictions and beliefs of radical Islam, to identify the warning signs of radicalization, and to expose the networks in our society that support radicalization,"[12] including taking testimony on the relevant core convictions and beliefs of the perpetrators and how they relate to radical Islam, to seek potential warning signs before the attacks, and to expose the networks that initiated and supported the perpetrators' radicalization, including potentially at:

Ground Zero in New York City, NY

The Pentagon, Arlington, VA, which was struck by Flight 77 on September 11, 2001

Shanksville, PA, where Flight 93 crashed on September 11, 2001

Ft. Hood, TX, the site of the Islamist attack by Nidal Malik Hassan on November 5, 2009

San Bernardino, CA, near the site of the Islamist attack by Syed Rizwan Farook and Tashfeen Malik on December 2, 2015 at the Inland Regional Center

Orlando, FL, near the site of the Islamist attack by Omar Mateen on June 12, 2016 at the Pulse nightclub

Boston, MA, near the site of the Boston Marathon bombing on April 15, 2013 by Dzhokhar Tsarnaev and Tamerlan Tsarnaev

Little Rock, AR, near the site of the drive-by shooting of two U.S. soldiers by Abdulhakim Mujahid Muhammad, born Carlos Leon Bledsoe, outside a military recruiting office on June 1, 2009

Philadelphia, PA, where the FBI secretly taped an October 1993 meeting of Hamas leaders and activists conspiring to conceal cash transfers to Palestinian terrorists, as well as hatching the concept for what would become the Council on American Islamic Relations (CAIR)[13] and/or

Dallas, TX, where the Holy Land Foundation trial was held between July and September of 2007[14]

## SECTION 2: What Should the Commission's Mandate be?

**Then-candidate Trump already spelled out his first cut of the commission's mandate, namely:**

> ❝ *The goal of the commission will be to identify and explain to the American public the core convictions and beliefs of radical Islam, to identify the warning signs of radicalization, and to expose the networks in our society that support radicalization.*
>
> *This commission will be used to develop new protocols for local police officers, federal investigators, and immigration screeners.* [15]

In addition, to avoid past challenges with presidential national security commissions in which "presidential expectations are sometimes unmet, as commissions issue damning reports with unforeseen and explosive consequences,"[16] the Administration should spell out in detail the commission's charge, as recommended below.

Overall, the commission should "begin with a blank piece of paper on American policy toward the global Jihad movement," as a former Reagan Defense Department official put it, "thereby providing an objective and independent assessment of the assumptions and the actual record of the U.S. government since 9/11." [17] The commission, this official said, should "start with the premise...of an exercise in competitive analysis," like the so-called "Team B" approach to accurately assessing the Soviet nuclear threat commissioned by then-CIA Director George H. W. Bush during the Ford Administration in May 1976, and subsequently acted upon reactively by the Carter Administration and proactively by the Reagan Administration, [18] arguably helping ultimately lead to America's Cold War victory. [19]

Specifically, the commission's mandate should be to consider and as appropriate issue separate reports and recommendations, rather than a single final report, on each of the following issues:

**2.1** "[I]dentify[ing] and explain[ing] to the American public the core convictions and beliefs of radical Islam," as then-candidate Trump set as one of the commission's goals. [20]  Specifically, in order for the public to fully grasp the challenge that radical Islam represents, the commission should consider including in its report common Islamist beliefs potentially out of step with American values, including the following:  [21]

- Adultery should be punished by stoning to death. [22]

- A woman should have four adult male witnesses to prove she's been raped or face charges of adultery.[23]

- Homosexuality should be a death penalty crime. [24]

- Leaving Islam should be punishable by death.  [25]

- It should be permissible for a parent to kill their own child for any reason with no legal consequences. [26]

- All females should be circumcised to ensure their chastity. [27]

- The word of a man in court of law can only be countered by that of two women. [28]

- A female should inherit one-half what her brother inherits. [29]

- A man has the right to beat his wife if he thinks she's disobedient. [30]

- An adult man should be allowed to marry a pre-pubescent girl. [31]

- A father should have the right to forcibly marry off his daughters to anyone he chooses whether she agrees or not. [32]

*Section 2.1: Cont'd Next Page*

*Section 2.1 Cont'd*

- A husband ought to be allowed to forbid his wife to leave the home without his permission. [33]

- A man should be allowed to sexually abuse a female baby or child so long as he doesn't physically injure her.[34]

- A man has the right to multiple wives, but a woman should only have one husband. [35]

- There is no such thing as marital rape, because a man should be able to use his wife when and how he likes, with or without her consent. [36]

- Slavery should be legal. [37]

- Raping women seized in offensive warfare and keeping or selling them as sex slaves should be permissible.[38]

- Offensive warfare to force those who don't accept your religion to submit to it is not only permissible but obligatory before God. [39]

- Beheading those who do not believe as you do is what God wants. [40]

- Chopping off hands and/or feet is an acceptable legal punishment for theft. [41]

- Lashing people in public for moral offenses, like having sex outside of marriage, should be permitted by law.[42]

- Making it a criminal offense to drink alcohol on penalty of public whipping is acceptable. [43]

- Verbal or written criticism of your religious beliefs should be criminalized, possibly even by the death penalty. [44]

- Only the people belonging to your own religion should have the right to own a gun. [45]

- Anyone outside of your religion should be forbidden from building or repairing a house of worship. [46]

- Laws passed by an elected congress or parliament are by their very nature illegal and that only laws revealed by the deity of your religion should be allowed. [47]

- Any government established by laws and rules other than the ones allowed in your religion should be overthrown by force or subversion and replaced with one that only allows your religion. [48]

- Government should enforce public dress code rules. [49]

- Women and girls should always be segregated in public from men and boys who aren't part of their immediate family. [50]

- The only food that ought to be allowed to be sold is food that is grown and processed according to the rules of your religion. [51]

- Everybody should have to follow the exact same diet and fasting rules that are obligatory in your religion on penalty of public whipping. [52]

*Section 2.1: Cont'd Next Page*

Section 2.1 Cont'd

- Jews are an inferior people who should be denigrated and demeaned and not treated equally in court. [53]

- It's wrong to obey laws or help law enforcement officers if that might lead to negative consequences for you or someone else belonging to your religion. [54]

- You are allowed to lie if the objective is permitted, and required to if the objective is required. [55]

**2.2** "[I]dentify[ing] the warning signs of radicalization." As then-candidate Trump suggested, the commission should chart the ways in which Islamists in the West recruit, indoctrinate, train, and deploy jihadis in order "to expose the networks in our society that support radicalization,"[56] including potentially:

- The list of "Islamist Organizations in America" compiled by The Clarion Project, perhaps the most recent and up-to-date list publicly available [57]

- The "List of Unindicted Co-conspirators and/or Joint Venturers" in Attachment A of *U.S. v. Holy Land Foundation for Relief and Development*, et al., [58] as well as the rest of the materials for that case, which the commission should subpoena immediately from the U.S. Department of Justice, and ultimately release as part of this report

- The "List of Islamist Organizations under U.S. Senate Scrutiny" published by Middle East Forum (MEF) in 2004 and updated in 2005, which provides an authoritative guide to the 25 U.S. Islamist groups which at that time the Senate Finance Committee's chairman and ranking member stated "finance terrorism and perpetuate violence," including the Holy Land Foundation that was in fact rolled up by federal prosecutors;[59] and

- The list of "our organizations and the organizations of our friends" from "An Explanatory Memorandum on the General Strategic Goal for the Brotherhood in North America," the May 1991 memo written by Mohamed Akram, a.k.a. Mohamed Adlouni, for the Shura Council of the Muslim Brotherhood.

- As the author of a scholarly work on the psychology of terrorism put it: "Identify the infrastructure, across the media, academic, and political landscape, of the Islamist Supremacist movement." [60]

- The list of mosques and Islamic centers in the United States having the most links to illegal activities of any kind, including but not limited to terrorist attacks, to determine:

  - What would be the proper constitutionally-sound and prudent way to monitor such facilities systematically when probable cause exists, and

  - Any patterns as to how mosques and Islamic centers linked to radical Islam are being funded and built, and what existing laws, policy changes, and/or legislation might be useful in breaking that pattern.

**MEF | 11**

**2.3** The commission should explore potential counteractive steps to radicalization, according to the author of a scholarly work on the psychology of terrorism, such as:

- "Promoting and supporting institutions of pluralistic Islam within the United States"

- "Promoting the identity of America in institutions vulnerable to recruiting efforts by Islamists."

- "Establishing leadership within Islam in America for advocacy, education and outreach (to replace CAIR)"

- "Establishing a means of tracking different political organizations who advocate Sharia, raise money for terrorist causes abroad, or support Islamism (political Islam) in the U.S. and creating a due process for the intelligence community to evaluate said organization and any need to distance it from elected officials and lawmakers"

- "Working with Congress to establish anti-lobbying laws that do not allow political or campaign contributions from Islamist sources and Islamic theocracies"

- "Cracking down on undisclosed lobbying contacts by representatives of state sponsors of terror, by stringently applying existing law"; and

- "Dismantl[ing] the infrastructures of organizations that seek to impose Sharia law by force"

- "Dismantling the infrastructure in campuses and in academia and curriculum though collaborative initiatives with the Department of Education (DOE) and the NSA"

- "Re-examining collaborative relationships with hostile countries, including the governments of Qatar and Saudi Arabia, that allow for embedding curricula in American universities"

- "Rethink[ing] "exchange" [programs] — we can lend them our academics as exports, but we will be careful to screen the ideology and educational practicum of those who seek to educate in the United States."

- "Cultivat[ing] civic requirements in higher education and college curricula that specifically educate about the United States' contributions to other cultures, and other countries"

- "Requir[ing] students from Muslim countries who study in the United States to enroll in civics courses that espouse American values and American virtues, including America's contributions to the rest of the world"

- "Requir[ing] Middle Eastern study programs to feature curricula about American contributions to the Arab World"

- "Dismantling the infrastructure of the Islamist Supremacist movement in the publicly funded news media though collaborative initiatives with the Federal Communications Council (FCC) and NSA"

- "Working with Congress to pass laws to withhold Federal funding from universities that use curricula that are hostile to American interests."

- "Develop[ing] legislation to require American public broadcasters [etc.], and to provide grants for private media companies with foreign operations to air similar programming."; and

- "Prohibit[ing] any publicly funded media from broadcasting anything that promotes Sharia as a political or judicial system" [61]

**2.4** "Develop[ing] new protocols for local police officers, federal investigators, and immigration screeners," [62] as then-candidate Trump envisioned, including by:

- Designing the "new screening test" that then-Candidate Trump called for during the campaign, saying:

> " *A Trump Administration will establish a clear principle that will govern all decisions pertaining to immigration: we should only admit into this country those who share our values and respect our people.*
>
> *In the Cold War, we had an ideological screening test. The time is overdue to develop a new screening test for the threats we face today. In addition to screening out all members or sympathizers of terrorist groups, we must also screen out any who have hostile attitudes towards our country or its principles – or who believe that Sharia law should supplant American law.*
>
> *Those who do not believe in our Constitution, or who support bigotry and hatred, will not be admitted for immigration into the country. Only those who we expect to flourish in our country – and to embrace a tolerant American society – should be issued visas.* [63]

- Considering which of the specific modifications the Obama Administration made to U.S. training materials should be reversed by the Trump Administration, and what further enhancements of those materials it should make

- Directly and explicitly rebutting both the "Countering Violent Extremism" narrative of the Obama Administration and the "War on Terror" narrative of the Bush Administration, laying out instead a new approach along the lines of President Trump's call to "recognize this ideology of death that must be extinguished," [64] and translating that approach into protocols for local police officers, federal investigators and immigration screeners to recognize and repel Islamists

- Incorporating into the new protocols the results of a January 14, 2016 Middle East Forum study, "Islamism Responsible for More U.S. Murders than 'Right-Wing' Extremism", [65] which debunked the New America Foundation (NAF) report "Terrorism in America After 9/11" that purported to find the opposite, claiming terrorists were "as American as Apple Pie." [66]

- Drawing lessons from successes and failures in other countries, including potentially the United Kingdom, France, Germany, Belgium, Israel, Egypt, India, Singapore, and Bangladesh. [See for instance Appendix D: The Case of the United Kingdom]

**2.5** Examining why, to quote then-candidate Trump, "political correctness has replaced common sense in our society," [67] and how we overcome it to deal with the problem of radical Islam in an honest, bipartisan and rational way.

- The lines of inquiry for such an examination might include gathering expert testimony and documentation on:

  - The philosophical and historical development of political correctness (PC)
  - The stated objectives of the PC movement identified in that exploration
  - The evidence that the PC movement is achieving those objectives in the West
  - The strategies and tactics developed by the PC movement
  - How radical Islam fits into those strategies and tactics
  - The degree to which Islamists are leveraging the PC narrative
  - The likely result of continued leveraging of the PC movement by radical Islam
  - The likely result of continued cooperation for the PC movement and radical Islam, based on their stated objectives
  - The lines of eventual conflict between PC and radical Islam
  - How America might respond to the PC movement and radical Islam to arrive at a state in which Americans discuss, report and act on Islamist threats openly and rationally

**2.6** Exploring where radical Islam is getting its resources, and how can they be cut off.  Specific questions the commission might examine:

- How do federal, state and local governments subsidize radical Islam, including in grants and tax subsidies to Islamist organizations, funding to Islamist research and researchers, trainings that mislead decision-makers about the nature of radical Islam, etc.?

- How can we persuade Congress and the State Department to stop funding the Palestinian Authority, which channels those resources into hatred at every level of its society?

- How can we persuade Congress, the State Department and the U.S. Agency for International Development to stop funding illicit charitable efforts in the Gaza Strip, which serve to prop up the ruling Hamas regime?"

- How might America redirect resources flowing to the United Nations and related international fora, where radical Islam is among the best funded and represented forces, into an international security organization dedicated to victory over radical Islam?

- What individuals, universities, companies and foundations are providing resources to organizations and organizers of radical Islam?  How might they be best warned about the impact of their contributions?

- How can America get Saudi Arabia, Qatar and other Gulf States to stop funding radical Islam in their countries and worldwide?

- How should America's struggle to achieve victory over radical Islam inform this Administration's energy policy, especially with respect to oil?

- What are all of the diversity, cultural sensitivity, and multicultural programs that the U.S. federal government currently conducts, funds, or mandates? What effects have these programs had, and are these effects in the national interest? Which, if any, should be modified, discontinued, or replaced entirely?

- How might the federal intelligence community (IC) and law enforcement agencies best be reformed in order to maximize America's return on investment in the fight against radical Islam?

**MEF000800**

**2.7** Seeking ways to deny Islamists' use of the Internet.  As then-candidate Trump said in his speech, "We cannot allow the Internet to be used as a recruiting tool, and for other purposes, by our enemy — we must shut down their access to this form of communication, and we must do so immediately." [68]  For the commission, doing so should include potentially:

- Recognizing that the Internet is not so much a tool as its own battle-space, that is, another front in the war on radical Islam, which must be treated as such in order to achieve victory there [69]

- Taking testimony from and reviewing documents on the performance of technology companies such as Facebook, Twitter, YouTube, and Google with respect to radical Islam to understand the degree to which they are acquiescing to Islamists' demands to stifle free speech without having them imposed on them by law

- Creating the online equivalent of the Cold War's Radio Free Europe/Radio Liberty in the Muslim world to boldly promote and defend Western values and sharply contrast failures of radical Islam [70]

- Learning from the techniques and insights of the hacker the FBI refers to as the "Batman of the Internet," known only as @th3j35t3r (the Jester), who hacked into the Global Islamic Media Front, as well into Islamic State itself after the Charlie Hebdo jihadi attack in Paris on January 7, 2015, including potentially:

  - Creating kinetic effects based on Stuxnet-style cyberattacks on, e.g., state assets (dams, nuclear weapons centrifuges, etc.) controlled by Islamist hostiles, including but not limited to Iran and Islamic State

  - Building counter-jihad botnets (a.k.a. "zombie armies"), that is, networks of Islamists' private computers infected with software allowing them to be controlled as a group without the owners' knowledge, specifically to attack Islamist sites and computers with spam and/or viruses

  - Redirecting denial-of-service attacks aimed at U.S. sites to hostile sites or those of the countries in which attacks originate

  - Studying Cozy Bear, APT29 and The Dukes, the "threat group" operated since 2008 and attributed to the Russian government, which allegedly conducted the hack of the Democratic National Committee (DNC) beginning in the summer of 2015

  - Extracting key information from radical Islamists either for intelligence or publication and shaming purposes

  - Tapping the wealth of knowledge in private companies in threat mitigation, intelligence-gathering, counter measures, and offensive capabilities – talent the Jester says is "chomping at the bit" to help the U.S. government

  - Targeting and taking down radical Islamist websites, especially as many smaller sites as possible to "herd" sympathizers to the largest sites which are "easier to control;" and/or

  - Setting up thousands, then hundreds of thousands, and ultimately millions of social media bots to mock, deride, and heap shame on radical Islam's messages online [71]

*Section 2.7: Cont'd Next Page*

*Section 2.7 Cont'd*

- Replicating on a global scale Internet Haganah, the online operation run by A. Aaron Weisburd where he:

  - "[T]rawl[ed] online in search of the press statements and videos that terrorists release to rally their supporters"

  - "[Went] undercover, logging on to restricted forums (if he has been able to get a password) and visiting the many open sites advocating jihad"

  - "[W]ork[ed] to figure out where [the terrorist press releases and videos were] coming from"

  - "[E]ither shame[d] service providers into shutting down the sites that host them or gather[ed] what he terms "intel" for interested parties"

  - "[M]aintain[ed] a blog to rally his own side, providing an outlet for people eager to contribute their time and money to the fight against terrorism;" and

  - [B]ecause Weisburd closely monitor[ed the blog's] traffic, he [could] watch the jihadists watching him." [72]

- Running industrial-scale social media banning operations along the lines as those conducted on a one-off basis by counter-jihad blog The Jawa Report [73]

- Learning lessons from deterring jihadis from the use of cell phones a generation ago [74]

- Using kinetic and/or financial means to deter use of online fora to spread the evils of radical Islam; [75] and

- Reviewing the proposal made by then-Congressman Mike Pompeo, R-KS, for a "comprehensive, searchable" database of domestic personal records. [76]

**2.8** Reviewing what changes should be made to immigration practices, both within the Administration and in law through Congress, to address the threat of radical Islam, including answering the following questions:

- Were there any violations of U.S. law in the amnesties provided by the Obama Administration, including the expenditure of money without Congressional authorization? If so, they should be referred to law enforcement authorities.

- How should the refugee, asylum, and (immigration-specific) parole programs be reformed, redirected, or ended in order to best make America safe again?

- How might we better track non-citizens within the United States and help repatriate those found to be participating in the spread of radical Islam?

- How can the federal government assist states with both resources and personnel in securing their border facilities, including potentially the use of National Guard and/or military assets?

- How might we amend relevant sections of the Immigration and Nationality Act (U.S. Code Title 8)? These include both:

  Existing entry bans that:
    1. Bar entry based on activities intended to overthrow or control the U.S. government by violent or illegal means or totalitarian party membership
    2. Bar entry based on terrorist activity or association

*Section 2.8: Cont'd Next Page*

**MEF | 16**

*Section 2.8 Cont'd*

Existing bases for denying naturalization:
1. Failure to "positively attach" to the principles of the Constitution
2. Advocacy for the imposition of anti-Constitutional totalitarian rule

Specifically, the commission should consider whether:
**8 U.S. Code Section 1182(3)(C)(iii)** should be amended by adding the following at its end (the current Exception for Officials C (ii) relating to diplomats and legal representatives of other governments would remain):

> *Any alien who the consular officer or the Attorney General knows, or has reasonable grounds to believe, rejects the supremacy of the United States Constitution, including the laws and regulations enacted and the common law judicially developed pursuant to it, as the sole governing legal authority or otherwise seeks to limit that supremacy as the sole governing legal authority within the jurisdiction of the United States is inadmissible.*

> *Any aliens who advocate, teach, fundraise for, take oaths or pledges in support of or who are members of or affiliated with any organization that advocates or teaches the overthrow by forceful or subversive means of the government of the United States to establish a totalitarian form of government applying laws incompatible with the United States Constitution, either through their own utterances or through any written or printed publications issued or published by or with the permission or consent of or under the authority of such organization or paid for by the funds of, or funds furnished by, such organization, are inadmissible.*

- Changes should be made to a provision granting de facto extension of U.S. First Amendment protections to non-citizens seeking entry: 8 U.S. Code Section 1182(a)(3)(C)(iii). The statements, beliefs and associations of anyone attempting to enter the U.S. should certainly be open to scrutiny and potentially cause exclusion if they evince an attachment to an anti-constitutional ideology like radical Islam. Non-resident aliens outside the country should have no expectation of First Amendment or any other rights guaranteed by the U.S. Constitution. Therefore, the section entitled "Exception for other aliens" highlighted below should be repealed.

  - Exception for other aliens

    An alien, not described in clause (ii), shall not be excludable or subject to restrictions or conditions on entry into the United States under clause (i) because of the alien's past, current, or expected beliefs, statements, or associations, if such beliefs, statements, or associations would be lawful within the United States, unless the Secretary of State personally determines that the alien's admission would compromise a compelling United States foreign policy interest.

    **8 U.S. Code § 1424 (4)(A)** should be amended as follows:

    **(4)** who advocates or teaches or who is a member of or affiliated with any organization that advocates or teaches (A) the overthrow by force or violence or other unconstitutional means of the Government of the United States or established forms of law; and/or

    **8 U.S. Code § 1424 (5)(E)** should be amended as follows:

    **(E)**...the economic, international, and governmental doctrines of world Communism, or the establishment in the United States of a totalitarian form of government which supplants the U.S. Constitution; or....

**2.9** Summarizing, given the results of the prior investigations, how specifically America and its allies can halt the spread of radical Islam, and ultimately defeat it.  President Trump called for a "new approach, which must be shared by both parties in America, by our allies overseas, and by our friends in the Middle East," namely "to halt the spread of radical Islam." [77]  What should that new approach be?  For instance, the commission might consider:

- Defeating the ideology of radical Islam just as we defeated the ideologies of Nazi Germany, Imperial Japan, and Communist Russia — recognizing that each required a different strategy – working with allies such as Egyptian President Abdel Fattah el-Sisi, who has explicitly set the same objective;

- Restoring respect for the rule of law in immigration, securing America's borders and enforcing the laws on the books, as well as improving those laws so that they better defend us from the threat of radical Islam;

- Using the West's economy and culture to overpower radical Islam over time, as we did in the Cold War;

- Transforming our view of technology from a tool of radicalization into a battle space in which we must triumph completely;

- Cutting off the bloodflow of money to the cancer of radical Islam — not just to designated foreign terrorist organizations (FTOs), but to the mosques, Islamic Centers and subversive groups founded and funded by radical Islamists worldwide, many funded directly by Saudi Arabia and its ilk;

- Respecting the self-determination of our allies in the Middle East, including the Kurds, Balochis, Yezidis, and Assyrian and Chaldean Christians, to help the people on the ground to redraw the Western-imposed maps that have created so many unstable and ultimately violent nations; and

- Using our kinetic power, backed up with industrial might as we have in the past — but only as a complement to the other battle fronts, not a replacement for fighting in them. [78]

## SECTION 3: Whom Should the Commission Include?

**The discussion of the commission's structure above included the general recommendation that the commission should include one or more individuals from the following categories:**

**3.1** Experts on terrorism and radical Islam

- The commission should include a core group of those who have deeply studied and written about the threat America faces. As a former Reagan Defense Department official pointed out, anyone selected for the commission should be clear-eyed about Islam's role in creating that threat, and must not be complicit in the current system's failures. [79]

- Those who might be considered include:

  - Alan Dershowitz, law professor at Harvard University, author of Why Terrorism Works: Understanding the Threat, Responding to the Challenge

  - Steve Emerson, the Investigative Project on Terrorism

  - Prof. Rohan Gunaratna, head of the International Center for Political Violence and Terrorism Research (ICPVTR) at Nanyang Technological University (Singapore)

  - Philip B. Haney, founding member of DHS, author of See Something, Say Nothing

  - Sam Harris, author of five New York Times bestsellers, including Islam and the Future of Tolerance (with Maajid Nawaz)

  - Douglas Murray, the Henry Jackson Society (UK)

  - Daniel Pipes, the Middle East Forum, author of Militant Islam Reaches America; In the Path of God: Islam and Political Power

  - Patrick Poole, national security and terrorism consultant with works published in Middle East Review of International Affairs, the Journal of International Security Affairs and Middle East Quarterly

  - Dr. Michael Welner, forensic psychiatrist, author of Psychopathy, Media, and the Psychology at the Root of Terrorism

  - Sam Westrop, senior fellow at the Gatestone Institute; former head, Stand for Peace (UK)

**MEF | 19**

**3.2** Voices for Reform of Islam

In his speech, Mr. Trump expressed a desire to "include reformist voices in the Muslim community who will hopefully work with us. We want to build bridges and erase divisions." [80]

Then-candidate Trump selected an excellent criteria for that selection: that Muslims be "reformist voices." [81] Note the implications of both words: An information warfare expert in the counter-terror space points out that the call for those who are "reformist" implies that Islam is in need of reform, which of course it is.  Agreement on that point should be the minimum qualification for service or on testimony to this commission, the expert argues.[82] And "voices" means he or she is  one of the few courageous Muslims who have spoken out.  Unless a Muslim or former Muslim has previously publicly stated that Islam is in need of reform, that Muslim simply does not meet the President's criterion.

One reform-minded Muslim, a national leader, recommended including a designated number of reformist Muslims on the commission — at least two or three — so that the commission benefits from a range of views. He also urged setting a number of non-Muslims, which given the number of categories would be a minimum of five, and a maximum of perhaps eight, such that the commission's size does not become ungainly. [83]

In addition, among these individuals, there should be one Urdu and one Farsi speaker. Moreover, according to a founding member of DHS, the commission needs to have one or two native Arabic speakers.  "Without that," he says, "you're driving blind.  Most of the real sources are in Arabic." [84]

Finally, the information warfare expert notes that "We must not allow Muslims [alone] to define for us what the threat is.  If it's something that humans are capable of perceiving, it's not just Muslims who can do it." That is, those selecting commission members should keep in mind that being a Muslim neither uniquely qualifies someone to understand the threat, nor guarantees that the individual will correctly communicate

With all that in mind, those to be considered might include:

- Dr. Tawfik Hamid, former member of Jamaa Islamiya
- Dr. M. Zuhdi Jasser, M.D., President and Founder of the American Islamic Forum for Democracy (AIFD)
- Asra Nomani, author and former Co-Director of the Pearl Project
- Shireen Qudosi, writer and editor of Qudosi Chronicles

**3.3** Current or Former Elected Officials

Anyone selected from among the ranks of elected officials must have demonstrated both a grasp of the perils of radical Islam and the courage to speak plainly about them.

- Some options would include:

    - U.S. Senator Tom Cotton, R-AR
    - Former House Speaker Newt Gingrich, R-GA
    - Former New York Mayor Rudy Giuliani, R-NY
    - Former House Permanent Select Committee on Intelligence Chairman Pete Hoekstra, R-MI
    - U.S. Senator Jim Lankford, R-OK
    - Former U.S. Senator Joseph I. Lieberman, D-CT
    - U.S. Senator Bob Menendez, D-NJ
    - CIA Director Mike Pompeo, (ex officio), represented by the Deputy Director or another designee
    - Attorney General Jeff Sessions (ex officio), represented by the Assistant Attorney General, National Security Division, or another designee

**MEF | 20**

**3.4** Representatives of Law Enforcement, Intelligence, Military and/or Diplomatic Community

Those on the front lines facing down the threat know best what it looks like.  For that reason, the commission should include representatives of law enforcement, the military and/or the diplomatic community, including potentially:

- Amb. John Bolton, former U.S. Ambassador to the United Nations

- David A. Clarke, Jr., Sheriff of Milwaukee County

- Richard Higgins, former Defense Department official, Combatting Terrorism and Technical Support Office, Irregular Warfare Section, and Office of the Assistant Secretary of Defense for Special Operations/Low Intensity Conflict

- DHS Sec. John F. Kelly (ex officio), represented by the Director, Homeland Security Advisory Council or another designee Defense Sec. James Mattis (ex officio), represented by the Assistant Secretary of Defense for Homeland Defense and Global Security Affairs or another designee

- Andrew C. McCarthy, former Assistant U.S. Attorney who led 1995 World Trade Center terrorism prosecution against Sheikh Omar Abdel Rahman

- Former Attorney General Michael Mukasey

- Robert Reilly, former head of diplomacy at the United States Information Agency (USIA)

**3.5** Representatives of the Technology Industry

The above-mentioned reformist Muslim leader, Zuhdi Jasser, recommended expanding the categories of the commission to include a member of the technology community — someone who understands the latest incarnations of media and social media — while acknowledging that the Internet is only "the final trigger" by which Islamists communicate.  That, he said, was the lesson of a recent report that came out: We have exaggerated the problem of so-called "online radicalization."  Evaluating it on a case-by-case basis, it becomes clear that online activity is only an avenue, not the single path today's jihadis tread. [86]

The challenge with selecting a member of the technology industry, especially in media and/or social media, is that those leaders have it so uniformly wrong.  Facebook, Twitter, and YouTube, for instance, have all faced criticism — and now even lawsuits — for allowing Islamist traffic and/or shutting down voices critical of radical Islam.

- Accordingly, those who stand out as likely candidates include:

  - "Rusty Shackleford," the alias of the Editor-in-chief Emeritus of counter-jihad blog The Jawa Report
  - Peter Thiel, the former head of PayPal and an early investor in Facebook
  - J. Michael Waller, Ph.D., former Annenberg Professor of International Communication at Institute of World Politics and faculty member at the Naval Postgraduate School in information operations and strategic influence
  - A. Aaron Weisburd, founder of Internet Haganah, which "appl[ied] weaponized information to problems related to terrorism and hostile foreign intelligence services."[8]

**3.6** Victims of Radical Islam and Their Families

- Arguably those with the greatest stake in the outcome of the fight are those who have already paid the heaviest price.  Accordingly, the commission should represent victims of radical Islam and their families.  Ideal candidates include:

    - Melvin Bledsoe, father of Carlos Leon Bledsoe, a.k.a. Abdulhakim Mujahid Muhammad
    - Tim Brown, former New York firefighter, 9/11 victim
    - Daris Long, father of U.S. Army Private William Long, murdered by Carlos Leon Bledsoe, a.k.a. Abdulhakim Mujahid Muhammad
    - Terry Strada, national chairwoman of 9/11 Families United For Justice

**MEF | 22**

# SECTION 4: How Should the Commission Charge the Government with Implementing Its Recommendations?

**The commission is not worth establishing if its results will gather dust on a shelf. Accordingly, the recommendations above include a number of measures to see that this does not happen.**

For instance, note that the structure of the commission includes that the President delegate responsibility for evaluating and taking action to the National Security Advisor for all recommendations deemed appropriate by the commission.[88] Such a delegation might allow for immediate implementation of findings that are time-sensitive.

Likewise, note that the structure contains not only ex officio membership for each Secretary but also a liaison from the DOJ, DHS, CIA, and DOD.  That recommendation is intended not only to facilitate gathering necessary materials, but also to drive implementation of the commission's directions once ordered by a U.S. official, and to facilitate referring potentially criminal, intelligence, or national security matters directly to the agencies responsible for each.

Moreover, each of the agencies that provide a liaison should also be tasked with preparing relevant raw data and materials for each topic under consideration by the commission, to make certain the commission has the information the agency considers important in making determinations relative to its areas of authority.

Finally, overall, the commission can increase its impact by, for each of the reports that it prepares, crafting drafts of:

- Executive orders and/or tasking memos to federal agencies directing them to take action to fix a problem that may legally be addressed by the Executive Branch alone, to be submitted confidentially to the National Security Advisor for his or her consideration

- Pieces of legislation embodying any policy changes that require Congressional approval, to be submitted confidentially to the National Security Advisor for distribution to relevant agencies and offices for review, and ultimately for submission to Congress for consideration, hearings, markup, and approval

- Law enforcement referrals of individuals and/or entities found to be violating civil or criminal law, along with all relevant public and nonpublic documentation the commission uncovers, to be submitted confidentially to the commission liaison from the DOJ for consideration for investigation and/or prosecution

- Supporting documents to be provided either to the public as appendices to the report or confidentially to the CIA for provision to the relevant intelligence agencies for their utilization as appropriate

- Requests for proposal (RFPs), including suggested budgets, for goods or services required in order to implement a recommendation
- Memos to state and/or local governments from relevant agencies communicating new requirements in order to receive federal funding for any given program that the commission deems may legally be made under existing statute and that would be salutary in defeating radical Islam, for submission to the liaison for the agency in question and/or the National Security Advisor for consideration

- Recommended personnel changes, including potentially initiating, restructuring, increasing, decreasing, or eliminating staffing in a given department, and/or commendations, recriminations, or terminations recommended based on specific employee performance, for submission to the commission's liaison for the agency in question and/or the National Security Advisor for consideration; and/or

- Budget changes, including potentially initiating, reallocating, increasing, decreasing, or eliminating funding in given areas, for submission to the commission's liaison for the agency in question and/or the National Security Advisor for consideration.

MEF000809

# APPENDIX: A

**Full text of Donald J. Trump's speech on Radical Islam**
**as prepared for delivery on August 15, 2016**

Thank you. It is great to be with you this afternoon.

Today we begin a conversation about how to Make America Safe Again.

In the 20th Century, the United States defeated Fascism, Nazism, and Communism.

Now, a different threat challenges our world: radical Islamic terrorism.

This summer, there has been an ISIS attack launched outside the war zones of the Middle East every 84 hours.

Here, in America, we have seen one brutal attack after another.

13 were murdered, and 38 wounded, in the assault on Ft. Hood.

The Boston Marathon Bombing wounded and maimed 264 people, and ultimately left five dead — including 2 police officers.

In Chattanooga, Tennessee, five unarmed marines were shot and killed at a military recruiting center.

Last December, 14 innocent Americans were gunned down at an office party in San Bernardino, another 22 were injured.

In June, 49 Americans were executed at the Pulse Nightclub in Orlando, and another 53 were injured. It was the worst mass shooting in our history, and the worst attack on the LGTBQ community in our history.

In Europe, we have seen the same carnage and bloodshed inflicted upon our closest allies.

In January of 2015, a French satirical newspaper, Charlie Hebdo, was attacked for publishing cartoons of the prophet Mohammed. Twelve were killed, including two police officers, and 11 were wounded. Two days later, four were murdered in a Jewish Deli.

In November of 2015, terrorists went on a shooting rampage in Paris that slaughtered 130 people, and wounded another 368. France is suffering gravely, and the tourism industry is being massively affected in a most negative way.

In March of this year, terrorists detonated a bomb in the Brussels airport, killing 32 and injuring 340.

This July, in the South of France, an Islamic terrorist turned his truck into an instrument of mass murder, plowing down and killing 85 men, women and children — and wounding another 308. Among the dead were 2 Americans – a Texas father, and his 11-year-old son.

A few weeks ago, in Germany, a refugee armed with an axe wounded five people in a gruesome train attack. Only days ago, an ISIS killer invaded a Christian church in Normandy France, forced an 85-year-old priest to his knees, and slit his throat before his congregation.

Overseas, ISIS has carried out one unthinkable atrocity after another. Children slaughtered, girls sold into slavery, men and women burned alive. Crucifixions, beheadings and drownings. Ethnic minorities targeted for mass execution. Holy sites desecrated. Christians driven from their homes and hunted for extermination. ISIS rounding-up what it calls the "nation of the cross" in a campaign of genocide. We cannot let this evil continue.

# APPENDIX: A

Nor can we let the hateful ideology of Radical Islam — its oppression of women, gays, children, and nonbelievers — be allowed to reside or spread within our own countries.

We will defeat Radical Islamic Terrorism, just as we have defeated every threat we have faced in every age before.

But we will not defeat it with closed eyes, or silenced voices.

Anyone who cannot name our enemy, is not fit to lead this country. Anyone who cannot condemn the hatred, oppression and violence of Radical Islam lacks the moral clarity to serve as our President.

**The rise of ISIS is the direct result of policy decisions made by President Obama and Secretary Clinton**

Let's look back at the Middle East at the very beginning of 2009, before the Obama-Clinton Administration took over.

Libya was stable.

Syria was under control.

Egypt was ruled by a secular President and an ally of the United States.

Iraq was experiencing a reduction in violence.

The group that would become what we now call ISIS was close to being extinguished.

Iran was being choked off by economic sanctions.

Fast-forward to today. What have the decisions of Obama-Clinton produced?

Libya is in ruins, our ambassador and three other brave Americans are dead, and ISIS has gained a new base of operations.

Syria is in the midst of a disastrous civil war. ISIS controls large portions of territory. A refugee crisis now threatens Europe and the United States.

In Egypt, terrorists have gained a foothold in the Sinai desert, near the Suez Canal, one of the most essential waterways in the world.

Iraq is in chaos, and ISIS is on the loose.

ISIS has spread across the Middle East, and into the West. In 2014, ISIS was operating in some 7 nations. Today they are fully operational in 18 countries with aspiring branches in 6 more, for a total of 24 — and many believe it is even more than that. The situation is likely worse than the public knows: a new Congressional report reveals that the Administration has downplayed the growth of ISIS, with 40% of analysts saying they had experienced efforts to manipulate their findings.

At the same time, ISIS is trying to infiltrate refugee flows into Europe and the United States.
Iran, the world's largest state sponsor of terrorism, is now flush with $150 billion in cash released by the United States — plus another $400 million in ransom. Worst of all, the Nuclear deal puts Iran, the number one state sponsor of Radical Islamic Terrorism, on a path to nuclear weapons.

In short, the Obama - Clinton foreign policy has unleashed ISIS, destabilized the Middle East, and put the nation of Iran — which chants 'Death to America' — in a dominant position of regional power and, in fact, aspiring to be a dominant world power.

MEF000811

# APPENDIX: A

It all began in 2009 with what has become known as President Obama's global 'Apology Tour.'

In a series of speeches, President Obama described America as "arrogant," "dismissive" "derisive" and a "colonial power." He informed other countries that he would be speaking up about America's "past errors." He pledged that we would no longer be a "senior partner," that "sought to dictate our terms." He lectured CIA officers of the need to acknowledge their mistakes, and described Guantanamo Bay as a "rallying cry for our enemies."

Perhaps no speech was more misguided than President Obama's speech to the Muslim World delivered in Cairo, Egypt, in 2009.

In winning the Cold War, President Ronald Reagan repeatedly touted the superiority of freedom over communism, and called the USSR the Evil Empire.

Yet, when President Obama delivered his address in Cairo, no such moral courage could be found. Instead of condemning the oppression of women and gays in many Muslim nations, and the systematic violations of human rights, or the financing of global terrorism, President Obama tried to draw an equivalency between our human rights record and theirs.

His naïve words were followed by even more naïve actions.

The failure to establish a new Status of Forces Agreement in Iraq, and the election-driven timetable for withdrawal, surrendered our gains in that country and led directly to the rise of ISIS.

The failures in Iraq were compounded by Hillary Clinton's disaster in Libya. President Obama has since said he regards Libya as his worst mistake. According to then-Secretary of Defense Robert Gates, the invasion of Libya was nearly a split decision, but Hillary Clinton's forceful advocacy for the intervention was the deciding factor.

With one episode of bad judgment after another, Hillary Clinton's policies launched ISIS onto the world.

Yet, as she threw the Middle East into violent turmoil, things turned out well for her. The Clintons made almost $60 million in gross income while she was Secretary of State.

Incident after incident proves again and again: Hillary Clinton lacks the judgment, the temperament and the moral character to lead this nation. Importantly, she also lacks the mental and physical stamina to take on ISIS, and all the many adversaries we face — not only in terrorism, but in trade and every other challenge we must confront to turn this country around.

**It is time for a new approach**

Our current strategy of nation-building and regime change is a proven failure. We have created the vacuums that allow terrorists to grow and thrive.

I was an opponent of the Iraq war from the beginning — a major difference between me and my opponent.

Though I was a private citizen, whose personal opinions on such matters [were] not sought, I nonetheless publicly expressed my private doubts about the invasion. Three months before the invasion I said, in an interview with Neil Cavuto, to whom I offer my best wishes for a speedy recovery, that "perhaps [we] shouldn't be doing it yet," and that "the economy is a much bigger problem."

# APPENDIX: A

In August of 2004, very early in the conflict, I made a detailed statement to Esquire magazine. Here is the quote in full:

*"Look at the war in Iraq and the mess that we're in. I would never have handled it that way. Does anybody really believe that Iraq is going to be a wonderful democracy where people are going to run down to the voting box and gently put in their ballot and the winner is happily going to step up to lead the country? C'mon. Two minutes after we leave, there's going to be a revolution, and the meanest, toughest, smartest, most vicious guy will take over. And he'll have weapons of mass destruction, which Saddam didn't have.*

*"What was the purpose of this whole thing? Hundreds and hundreds of young people killed. And what about the people coming back with no arms and legs? Not to mention the other side. All those Iraqi kids who've been blown to pieces. And it turns out that all of the reasons for the war were blatantly wrong. All this for nothing."*

So I have been clear for a long time that we should not have gone in. But I have been just as clear in saying what a catastrophic mistake Hillary Clinton and President Obama made with the reckless way in which they pulled out.

After we had made those hard-fought sacrifices and gains, we should never have made such a sudden withdrawal – on a timetable advertised to our enemies. Al Qaeda in Iraq had been decimated, and Obama and Clinton gave it new life and allowed it to spread across the world.

By that same token, President Obama and Hillary Clinton should never have attempted to build a Democracy in Libya, to push for immediate regime change in Syria or to support the overthrow of Mubarak in Egypt.

One more point on this: I have long said that we should have kept the oil in Iraq — another area where my judgment has been proven correct. According to CNN, ISIS made as much $500 million in oil sales in 2014 alone, fueling and funding its reign of terror. If we had controlled the oil, we could have prevented the rise of ISIS in Iraq – both by cutting off a major source of funding, and through the presence of U.S. forces necessary to safeguard the oil and other vital infrastructure. I was saying this constantly and to whoever would listen: keep the oil, keep the oil, keep the oil, I said — don't let someone else get it.

If they had listened to me then, we would have had the economic benefits of the oil, which I wanted to use to help take care of the wounded soldiers and families of those who died – and thousands of lives would have been saved.

This proposal, by its very nature, would have left soldiers in place to guard our assets. In the old days, when we won a war, to the victor belonged the spoils. Instead, all we got from Iraq — and our adventures in the Middle East — was death, destruction and tremendous financial loss.

But it is time to put the mistakes of the past behind us, and chart a new course.

If I become President, the era of nation-building will be ended. Our new approach, which must be shared by both parties in America, by our allies overseas, and by our friends in the Middle East, must be to halt the spread of Radical Islam.

All actions should be oriented around this goal, and any country which shares this goal will be our ally. We cannot always choose our friends, but we can never fail to recognize our enemies.
As President, I will call for an international conference focused on this goal. We will work side-by-side with our friends in the Middle East, including our greatest ally, Israel. We will partner with King Abdullah of Jordan, and  President Sisi of Egypt, and all others who recognize this ideology of death that must be extinguished.

We will also work closely with NATO on this new mission. I had previously said that NATO was obsolete because it failed to deal adequately with terrorism; since my comments they have changed their policy and now have a new division focused on terror threats.

**MEF | 27**

# APPENDIX: A

I also believe that we could find common ground with Russia in the fight against ISIS. They too have much at stake in the outcome in Syria, and have had their own battles with Islamic terrorism.

My Administration will aggressively pursue joint and coalition military operations to crush and destroy ISIS, international cooperation to cutoff their funding, expanded intelligence sharing, and cyberwarfare to disrupt and disable their propaganda and recruiting. We cannot allow the internet to be used as a recruiting tool, and for other purposes, by our enemy — we must shut down their access to this form of communication, and we must do so immediately.

Unlike Hillary Clinton, who has risked so many lives with her careless handling of sensitive information, my Administration will not telegraph exact military plans to the enemy. I have often said that General MacArthur and General Patton would be in a state of shock if they were alive today to see the way President Obama and Hillary Clinton try to recklessly announce their every move before it happens — like they did in Iraq — so that the enemy can prepare and adapt.

The fight will not be limited to ISIS. We will decimate Al Qaeda, and we will seek to starve funding for Iran -backed Hamas and Hezbollah. We can use existing UN Security Council resolutions to apply new sanctions.

Military, cyber and financial warfare will all be essential in dismantling Islamic terrorism.

**But we must use ideological warfare as well**

Just as we won the Cold War, in part, by exposing the evils of communism and the virtues of free markets, so too must we take on the ideology of radical Islam.

While my opponent accepted millions of dollars in Foundation donations from countries where being gay is an offense punishable by prison or death, my Administration will speak out against the oppression of women, gays and people of different faith.

Our Administration will be a friend to all moderate Muslim reformers in the Middle East, and will amplify their voices.

This includes speaking out against the horrible practice of honor killings, where women are murdered by their relatives for dressing, marrying or acting in a way that violates fundamentalist teachings.

Over 1,000 Pakistani girls are estimated to be the victims of honor killings by their relatives each year. Recently, a prominent Pakistani social media star was strangled to death by her brother on the charge of dishonoring the family. In his confession, the brother took pride in the murder and said: "Girls are born to stay home and follow traditions."

Shockingly, this is a practice that has reached our own shores.

One such case involves an Iraqi immigrant who was sentenced to 34 years in jail for running over his own daughter claiming she had become "too Westernized."

# APPENDIX: A

To defeat Islamic terrorism, we must also speak out forcefully against a hateful ideology that provides the breeding ground for violence and terrorism to grow.

**A new immigration policy is needed as well**

The common thread linking the major Islamic terrorist attacks that have recently occurred on our soil — 9/11, the Ft. Hood shooting, the Boston bombing, the San Bernardino attack, the Orlando attack — is that they have involved immigrants or the children of immigrants.

Clearly, new screening procedures are needed[.]

A review by the U.S. Senate Immigration Subcommittee has identified 380 foreign-born individuals charged with terrorism or terrorism related offenses between 9/11 and 2014, and many more since then.

We also know that ISIS recruits refugees after their entrance into the country — as we have seen with the Somali refugee population in Minnesota.

Beyond terrorism, as we have seen in France, foreign populations have brought their anti-Semitic attitudes with them.

Pew polling shows that in many of the countries from which we draw large numbers of immigrants, extreme views about religion — such as the death penalty for those who leave the faith – are commonplace.

A Trump Administration will establish a clear principle that will govern all decisions pertaining to immigration: we should only admit into this country those who share our values and respect our people.

In the Cold War, we had an ideological screening test. The time is overdue to develop a new screening test for the threats we face today.

In addition to screening out all members or sympathizers of terrorist groups, we must also screen out any who have hostile attitudes towards our country or its principles — or who believe that Sharia law should supplant American law.

Those who do not believe in our Constitution, or who support bigotry and hatred, will not be admitted for immigration into the country.

Only those who we expect to flourish in our country — and to embrace a tolerant American society — should be issued visas.

To put these new procedures in place, we will have to temporarily suspend immigration from some of the most dangerous and volatile regions of the world that have a history of exporting terrorism.

As soon as I take office, I will ask the State Department and the Department of Homeland Security to identify a list of regions where adequate screening cannot take place. We will stop processing visas from those areas until such time as it is deemed safe to resume based on new circumstances or new procedures.

The size of current immigration flows are simply too large to perform adequate screening.

# APPENDIX: A

We admit about 100,000 permanent immigrants from the Middle East every year. Beyond that, we admit hundreds of thousands of temporary workers and visitors from the same regions. If we don't control the numbers, we can't perform adequate screening.

By contrast, my opponent wants to increase the flow of Syrian refugees by 550% percent.

The United States Senate Subcommittee on Immigration estimates that Hillary Clinton's plan would mean roughly 620,000 refugees from all current refugee-sending nations in her first term, assuming no cuts to other refugee programs. This would be additional to all other nonrefugee immigration.

The Subcommittee estimates her plan would impose a lifetime cost of roughly $400 billion when you include the costs of healthcare, welfare, housing, schooling, and all other entitlement benefits that are excluded from the State Department's placement figures.

In short, Hillary Clinton wants to be America's Angela Merkel, and you know what a disaster this massive immigration has been to Germany and the people of Germany — crime has risen to levels that no one thought would they would ever see. We have enough problems in our country, we don't need another one.

Finally, we will need to restore common sense to our security procedures.

Another common feature of the past attacks that have occurred on our soil is that warning signs were ignored.

The 9/11 hijackers had fraud all over their visa applications.

The Russians warned us about the Boston Bombers, here on political asylum, and the attackers were even twice interviewed by the FBI.

The female San Bernardino shooter, here on a fiancé visa from Saudi Arabia, wrote of her support for Jihad online. A neighbor saw suspicious behavior but didn't warn authorities, because said they didn't want to be accused of racially profiling — now many are dead and gravely wounded.

The shooter in Orlando reportedly celebrated in his classroom after 9/11. He too was interviewed by the FBI. His father, a native of Afghanistan, supported the oppressive Taliban regime, and expressed anti-American views — and by the way, was just seen sitting behind Hillary Clinton with a big smile on his face all the way through her speech. He obviously liked what she had to say.

The Ft. Hood Shooter delivered a presentation to a room full of mental health experts before the attacks in which he threw out one red flag after another. He even proclaimed that "we love death more than you love life!"

These warnings signs were ignored because political correctness has replaced common sense in our society.

That is why one of my first acts as President will be to establish a Commission on Radical Islam – which will include reformist voices in the Muslim community who will hopefully work with us. We want to build bridges and erase divisions.

The goal of the commission will be to identify and explain to the American public the core convictions and beliefs of Radical Islam, to identify the warning signs of radicalization, and to expose the networks in our society that support radicalization.

This commission will be used to develop new protocols for local police officers, federal investigators, and immigration screeners.

# APPENDIX: A

We will also keep open Guantanamo Bay, and place a renewed emphasis on human intelligence. Drone strikes will remain part of our strategy, but we will also seek to capture high-value targets to gain needed information to dismantle their organizations. Foreign combatants will be tried in military commissions.

Finally, we will pursue aggressive criminal or immigration charges against anyone who lends material support to terrorism. Similar to the effort to take down the mafia, this will be the understood mission of every federal investigator and prosecutor in the country.

To accomplish a goal, you must state a mission: the support networks for Radical Islam in this country will be stripped out and removed one by one.

Immigration officers will also have their powers restored: those who are guests in our country that are preaching hate will be asked to return home.

**To Make America Safe Again, We Must Work Together Again**

Our victory in the Cold War relied on a bipartisan and international consensus. That is what we must have to defeat Radical Islamic terrorism.

But just like we couldn't defeat communism without acknowledging that communism exists — or explaining its evils — we can't defeat Radical Islamic Terrorism unless we do the same.

This also means we have to promote the exceptional virtues of our own way of life — and expecting that newcomers to our society do the same.

Pride in our institutions, our history and our values should be taught by parents and teachers, and impressed upon all who join our society.

Assimilation is not an act of hostility, but an expression of compassion. Our system of government, and our American culture, is the best in the world and will produce the best outcomes for all who adopt it.

This approach will not only make us safer, but bring us closer together as a country.

Renewing this spirit of Americanism will help heal the divisions in our country. It will do so by emphasizing what we have in common — not what pulls us apart.

This is my pledge to the American people: as your President I will be your greatest champion. I will fight to ensure that every American is treated equally, protected equally, and honored equally. We will reject bigotry and oppression in all its forms, and seek a new future built on our common culture and values as one American people.

Only this way, will we make America Great Again and Safe Again — For Everyone.

Thank you.

MEF000817

# APPENDIX: B

## Selected Presidential Commissions, 1900-1978

- Philippine Commission - "Taft Commission" (1900)
- Commission on the Organization of Government Scientific Work (1903)
- Committee on Department Methods - "Keep Commission" (1905–1909)
- President's Commission on Economy and Efficiency (1910–1912)
- President's Committee on Economic Security (CES) founded 1934
- President's Commission on Administrative Management - "Brownlow Committee" (1937)
- Commission to Investigate the Japanese Attack on Pearl Harbor - a.k.a. "Roberts Commission" (1941)
- President's Committee on Civil Rights (1946)
- President's Scientific Research Board (1946)
- Presidential Commission on Higher Education (1947)
- Commission on Organization of the Executive Branch of the Government - Hoover Commission (1947)
- President's Committee on Equality of Treatment and Opportunity in the Armed Services (1948)
- President's Committee on Religious & Moral Welfare & Character Guidance in the Armed Forces (1948)
- President's Water Resources Policy Commission (1950)
- President's Communications Policy Board (1950)
- President's Commission on Migratory Labor (1950)
- President's Commission on Internal Security and Individual Rights (1951)
- President's Commission on the Health Needs of the Nation (1951)
- President's Commission on Immigration and Naturalization (1952)
- Commission on Intergovernmental Relations - a.k.a. "Kestenbaum Commission" (1953)
- Presidential Commission on the Status of Women (1961)
- The President's Commission on the Assassination of President Kennedy - a.k.a. "Warren Commission" (1963)
- President's Review Committee for Development Planning in Alaska (1964)
- President's Commission on Crime in the District of Columbia (1965–1969)
- President's Commission on Law Enforcement and Administration of Justice (1965–1969)
- President's Commission on Budget Concepts (1967–1969)
- National Commission on the Causes and Prevention of Violence (1969)
- President's Blue Ribbon Defense Panel (1969-1970) (urged 60% cuts in Pentagon staffs)
- President's Commission on Campus Unrest (1970)
- President's Commission on Financial Structure and Regulation - a.k.a. the "Hunt Commission" (1970-1971)
- National Commission on Fire Prevention and Control (1971)
- President's Commission on Olympic Sports (1975)
- U.S. President's Commission on CIA activities within the United States - a.k.a. Rockefeller Commission (1975)
- President's Advisory Board on International Investment (1977)
- Presidential Advisory Board on Ambassadorial Appointments (1977)
- President's Commission on Mental Health (1977)
- President's Commission on Military Compensation (1977)
- President's Commission on Foreign Language and International Studies (1978)
- President's Commission on the Coal Industry (1978)
- President's Commission on Pension Policy (1978)
- Presidential Commission on World Hunger (1978)
- President's Commission on the Holocaust (1978)

MEF000818

# APPENDIX: B

### Selected Commissions, 1979-2016

- President's Commission on the Accident at Three Mile Island (1979)
- President's Advisory Committee for Women (1979)
- President's Commission for a National Agenda for the Eighties (1979)
- President's Commission for the Study of Ethical Problems in Medicine & Biomedical & Behavioral Research (1979)
- Advisory Committee on Small and Minority Business Ownership (1980)
- President's Commission on United States-Liberian Relations (1980)
- President's Committee on the International Labor Organization (1980)
- President's Committee on Small Business Policy (1981)
- President's Council on Spinal Cord Injury (1981)
- President's Commission on Hostage Compensation (1981)
- President's Private Sector Survey on Cost Control - a.k.a. "Grace Commission" (1982)
- National Commission on Excellence in Education (1983)
- Presidential Commission on the Space Shuttle Challenger Accident - a.k.a. "Rogers Commission" (1986)
- President's Special Review Board (Iran-Contra) - a.k.a. "Tower Commission" (1986)
- President's Commission on Organized Crime (1986)
- President's Blue Ribbon Commission on Defense Management -a.ka. "Packard Commission" (1986)
- President's Commission on the HIV Epidemic (1987)
- President's commission on aviation security and terrorism (1990)
- President's Commission on Veterans Education (1996)
- Presidential Advisory Commission on Holocaust Assets in the United States (1998)
- President's Commission To Strengthen Social Security (2001)
- President's Commission on Excellence in Special Education (2001)
- Commission on the Future of the United States Aerospace Industry (2001)
- National Commission on Terrorist Attacks Upon the United States - a.k.a. 9/11 Commission (2002)
- President's Commission on the United States Postal Service (2002)
- President's Commission on Implementation of United States Space Exploration Policy (2004)
- Commission on the Intelligence Capabilities of the United States Regarding Weapons of Mass Destruction (2005)
- National Commission on Fiscal Responsibility and Reform (2010)
- Blue Ribbon Commission on America's Nuclear Future (2010)
- National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (2010)
- Commission on Enhancing National Cybersecurity (2016) – 12 members

**MEF | 33**

# APPENDIX: C

**Sample Executive Order Creating a White House Commission on Radical Islam**

White House Commission on Radical Islam

By the authority vested in me as President by the Constitution and the laws
of the United States of America, it is hereby ordered as follows:

**Section 1.** *Establishment.*

There is established the White House Commission on Radical Islam (the "Commission").

**Sec. 2.** *Membership.*

(a) The Commission shall be composed of not more than [7-11] members who shall be appointed by the President those with experience in or representing Experts on Terrorism and Radical Islam, Voices for Reform of Islam, Current or Former Elected Officials, Representatives of Law Enforcement, Intelligence, Military and Diplomatic Communities, Representatives of the Technology Industry, Victims of Radical Islam and/or their Families, or any other area determined by the President to be of value to the Commission in carrying out its duties.

(b) The President shall designate from among the Commission members two members to serve as Co-Chairs.

**Sec. 3.** *Mission.*

The Commission shall hold field hearings at sites of important Islamist terror strikes and events revealing Islamist subversion, and in a series of separate reports:

(a) Explain to the public the core convictions of radical Islam
(b) Chart how Islamists recruit and deploy jihadis, as well as how they penetrate society with their doctrines to expose the networks that support radicalization
(c) Develop new protocols for local police officers, federal investigators, and immigration screeners
(d) Examine "political correctness" and how we overcome it to deal with the problem of radical Islam in an honest, bipartisan and rational way
(e) Explore where radical Islam gets its resources and how they can be cut off
(f) Seek ways to counter Islamist use of the Internet; and
(g) Summarize how America and its allies can halt the spread of radical Islam and ultimately defeat it.

**Sec. 4.** *Administration.*

(a) The Commission shall be housed and officed in the Executive Office of the President.
(b) The Commission's Chairman shall report in to the National Security Advisor
(c) The President shall name a designated liaison from the Commission to the Department of Justice (DOJ), Department of Homeland Security (DHS), Central Intelligence Agency (CIA), and Department of Defense (DOD)
(d) The Commission shall be empowered by a joint resolution of Congress to subpoena documents, compel testimony, and grant immunity, and be prepared that its reports may be used as evidence in later criminal proceedings.
(e) The President does hereby:
    a. Delegate responsibility for evaluating and taking action, where appropriate, with respect to all public recommendations of the Commission to the National Security Advisor for all recommendations deemed appropriate by the Commission, pursuant to Section 6(a) of the Federal Advisory Committee Act (FACA)
    b. Designate the GSA to provide fiscal and administrative support to the Commission pursuant to FACA Section 12
    c. Provide for a two-year term, which may be renewed by the President or National Security Advisor by appropriate action prior to the expiration of such two-year period pursuant to FACA Section 14.

**MEF | 34**

# APPENDIX: C

*Sample Executive Order, Continued*

**Sec. 5.** *General Provisions.*

(a) To the extent permitted by law, and subject to the availability of appropriations, the relevant Agencies shall provide the Commission with such administrative services, funds, facilities, staff, and other support services as may be necessary to carry out its mission.
(b) Insofar as the Federal Advisory Committee Act, as amended (5 U.S.C. App.) (the "Act"), may apply to the Commission, any functions of the President under that Act, except for those in section 6 of the Act, shall be performed by the Administrator of General Services.
(c) The Members of the Commission, if otherwise uncompensated for their service, shall serve with compensation for their work on the Commission at Executive Schedule Level 2, and shall be allowed travel expenses, including per diem in lieu of subsistence, to the extent permitted by law for persons serving intermittently in the Government service (5 U.S.C. 5701-5707).
(d) Nothing in this order shall be construed to impair or otherwise affect:

    (1) authority granted by law to a department, agency, or the head thereof;

    or

    (2) functions of the Director of the Office of Management and Budget
    relating to budgetary, administrative, or legislative proposals.
(e) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

[signed]

Donald J. Trump
The White House,

[date].

# APPENDIX: D

### The Case of the United Kingdom

In the United Kingdom, according to Sam Westrop, currently Senior Fellow at the Gatestone Institute and the former head of UK-based non-governmental organization (NGO) Stand For Peace:

- Policy was until early 2009 soft on Islamist organizations, including those close to or backed by *Jamaat-e-Islami*, [89] originally founded in British India in 1941 by Sayyid Abul A'la Maududi with the original objective of establishing "God's governance," out of concern that the result of the existing Muslim League program would be "not be an Islamic state based on the Sharia but a mirror image of Godless, Western, secular democracy." [90]

- The group followed Indian Muslim, and then Pakistani, immigration to the UK, and is now regarded as one of the two primary sources of Islamist thought and organizations worldwide, along with the Egypt-based Muslim Brotherhood. [91]

- The UK decided not just to engage with Islamists like these but actually give them money as well, which also included local and police grants that likely ran into the tens of millions of pounds, [92] and which continued even after the 7/7 attacks in London.

- That changed in 2009, when it emerged that Daud Abdullah, the head of the Muslim Council of Britain, had signed what was known as the Istanbul Declaration, [93] which denounced "this malicious Jewish Zionist war over Gaza." [94]

- In response, there were immediate calls to cease funding MCB and other Islamist causes, including from at least one reformist Muslim, Irfan Al Alawi, international director of the Centre for Islamic Pluralism. [95]

- The UK government began to say to itself, "Maybe we've been funding the wrong people," according to the former head of the UK-based NGO. After the incident, left-leaning journalists investigated and found that the UK government had been giving money to all sorts of hateful and violent Islamists, which was particularly damaging as the Labor Party entered new elections.  What the UK learned at that time was that Islam in the country was incredibly diverse, with hundreds of political sects — and that "Islamists did not represent ordinary Muslims, who didn't like or care about the groups purporting to speak for them." [96]

- In a 2007 poll, for instance, a towering 94% of British Muslims said that they did not believe that the MCB, for instance, represented their views. [97]

- The lessons culminated when UK Conservative leader David Cameron gave a speech saying flatly that the multicultural strategy the UK had employed relative to Islamism had failed. The UK realized that their approach had been "a bit like turning an anti-Skinhead program over to right-wing groups," said the former UK NGO head.  In response, the UK "government started rolling back every form of perceived understanding about how to approach the issue" — in particular, defunding the groups associated with Salafi, Deobandi, and Muslim Brotherhood Islamism.  Some Islamist charities have had millions in tax-exempt pounds pulled back from them.  The government "changed almost completely the CVE" program that it had put together.  Today, the UK government refuses to meet with or speak to MCB.  By now, both the British and French governments have realized that there's no point in talking to them, because "When you work with them, you're abandoning Muslim voices to the Islamists." [98]

# ENDNOTES

1. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.  Note that the term "radical Islam" is itself a recommended topic for the Commission to consider.

2. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.

3. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.

4. Julia Edwards Ainsley et al., "Exclusive: Trump to focus counter-extremism program solely on Islam – sources," Reuters, February 2, 2017, accessed February 2, 2017.

5. See Pub.L. 92–463, 86 Stat. 770, as amended, Section 6(a).

6. See Pub.L. 92–463, 86 Stat. 770, as amended, Section 12.

7. See Pub.L. 92–463, 86 Stat. 770, as amended, Section 14.

8. See Pub.L. 92–463, 86 Stat. 770, as amended, Section 9(c).

9. See S.J.Res. 80 — 96th Congress: A joint resolution to confer certain powers on the Presidential Commission appointed to investigate the ..."

10. Alan A. Block, "The Origins of Iran-CONTRA," The Organized Crime Community: Essays in Honor of Alan A. Block (Springer Science & Business Media, 2007), ed. Frank Bovenkerk and Michael Levi, p. 2.

11. See Appendix B: Selected Presidential Commissions, 1900-2016.

12. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.

13. P. David Gaubatz and Paul Sperry, Muslim Mafia: Inside the Secret Underworld That's Conspiring to Islamize America (Los Angeles: WND Books, 2009).

14. "A Short Course, Part 13: The Holy Land Trial: On the Trail of the Muslim Brotherhood" Shariah: The Threat to America, Report of Team B II (Washington, D.C.: The Center for Security Policy, 2010), accessed January 16, 2017.

15. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.

16. See Kenneth Kitts, Presidential Commissions and National Security: The Politics of Damage Control (Boulder, Colo.: Lynne Rienner Publishers, 2005).

17. Interview by author with former Reagan Defense Department official, January 17, 2017.

18. Interview by author with former Reagan Defense Department official, January 17, 2017; see also Richard Pipes, "Team B: The Reality Behind the Myth," Commentary Magazine, 82 (4), October 1, 1986.

19. "America's Cold War victory" is used to refer to the consensus that the Soviet bloc's collapse marked an important turn of the tide in international affairs, not to imply a belief that America did, or has, won the ideological battle with Marxism or its multiple mutant offspring.

22. Sahih al-Bukhari, "Bab al Janaiz, Vol. 2, p. 90; Vol. 3, "Bab al Wakalah fi al Hudud", p. 65; Vol. 7, "Kitab al Ayman", p. 218; Vol. 8, "Bab al Rajm," pp. 24. 29. 34, 135; Sunan Al Tirmidhi, "Kitab al Hudud", Vol. 4, pp. 27, 33, 34.

23. Qur'an 24:4-5.

24. Reliance of the Traveler/'Umdat al-Salik, Book O, Justice, Section o12.0, The Penalty for Fornication or Sodomy, p. 610-11.

25. Qur'an 16:106.

26. Reliance of the Traveler/'Umdat al- Salik, Book O, Justice, Section o1.2, pp. 583-84.

27. Reliance of the Traveler/'Umdat al-Salik, Book E, Purification, Section e4.3, pg. 59.

28. Qur'an 2:282.

29. Qur'an 65:4.

30. Reliance of the Traveler/'Umdat al-Salik, Book M, Marriage, Section m3.4, p. 518-9.

31. Reliance of the Traveler/'Umdat al-Salik, Book M, Marriage, Section m10.4, p. 538; Section m3.7, p. 520.

32. "Tahrirolvasyleh, Fourth Edition, Darol Elm, Qom" by Ayatollah Khomeini.

33. Qur'an 4:3.

34. Qur'an 2:223.

35. Qur'an 23:5, Qur'an 70:30, Sahih Bukhari, Vol. 7, p. 137.

36. Qur'an 33:50, Qur'an 23:5.

39. Reliance of the Traveler/'Umdat al-Salik, Book O, Justice, Section 01.2, p. 584; Book O, Justice, Section o9.0, Jihad, p. 599, Qur'an 8:39.

40. Qur'an 47:4.

41. Qur'an 5:38-39.

42. Qur'an 24:2

43. Sahih Al Bukhari, "Kitab al Hudud", Vol. 8, pp. 13, 14, 15.

44. Reliance of the Traveler/Umdat al-Salik, Book R, Holding One's Tongue, Section r2.0, Slander, p. 730; Qur'an 49:12; Qur'an 104:1; Qur'an 68:11.

45. Reliance of the Traveler/'Umdat al-Salik, Book O, Justice, Section o11.0, Non-Muslim Subjects of the Islamic State (Ahl al-Dhimma), p. 607-9 (Pact of Umar).

46. Reliance of the Traveler/'Umdat al-Salik, Book O, Justice, Section o11.0, Non-Muslim Subjects of the Islamic State (Ahl al-Dhimma), p. 607-9 (Pact of Umar).

47. Qur'an 8:39.

48. Qur'an 8:39; Qur'an 9:5; Qur'an 9:29.

49. Reliance of the Traveler/'Umdat al-Salik, Book M, Marriage, Section m2.3, p 512; Section m2.7, pg. 513.

50. Reliance of the Traveler/'Umdat al-Salik, Book M, Marriage, Section m2.3, p. 512.

51. Qur'an 5:3; Qur'an 6:118-9.

52. Qur'an 2:183-5.

53. Qur'an 2:65, Qur'an 5:60, Qur'an 7:166.

54. Reliance of the Traveler/'Umdat al-Salik, Book R, Holding One's Tongue, Section r7.0, Giving Directions to Someone Who Wants To

56. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.

57. The Clarion Project, "Islamist Organizations in America," accessed January 25, 2017.

58. "List of Unindicted Co-conspirators and/or Joint Venturers" Attachment A, U.S. vs. Holy Land Foundation for Relief and Development, et al.

59. Daniel Pipes, "That List of Islamist Organizations under U.S. Senate Scrutiny," Middle East Forum, originally posted January 14, 2004, updated December 14, 2005, accessed January 25, 2017.

60. Interview with author of scholarly work on the psychology of terrorism, January 18, 2017.

# ENDNOTES

61. Interview with author of scholarly work on the psychology of terrorism, January 18, 2017.
62. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.
63. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.
64. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.
65. Johanna Markind, "Islamism Responsible for More U.S. Murders than 'Right-Wing' Extremism," Independent Journal Review, January 24, 2016, accessed January 25, 2017.
66. Peter Bergen et al., "International Security In Depth: Terrorism in America After 9/11," New America Foundation, accessed January 25, 2017.
67. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.
68. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.  Note that the term "radical Islam" is itself a recommended topic for the Commission to consider.
69. Interview by the author with former Defense Department official with experience in Irregular Warfare Section and Combatting Terrorism and Technical Support Office, January 28, 2017.
70. A. Ross Johnson, "RFE/RL History," Radio Free Europe/Radio Liberty, December 2008, ed. Martins Zvaners, accessed January 30, 2017.
71. See Team Herman, "The world's most patriotic American hacker, the Jester, gives first ever radio interview," MYNorthwest.com, November 15, 2016; Kim Zetter, "An Unprecedented Look at Stuxnet, the World's First Digital Weapon," November 3, 2014; "Group: APT29, The Dukes, Cozy Bear," ATT&CK (Adversarial Tactics, Techniques, and Common Knowledge), all accessed January 27, 2017.
72. Nadya Labi, "Jihad 2.0," The Atlantic, July/August 2006 Issue, accessed January 27, 2017.
73. See e.g. Howie, "Meanwhile in Austria," The Jawa Report, posted January 26, 2017, accessed January 27, 2017; Howie, "Banned From Jihadtube :Boobies; Not banned from Jihadtube, Death to America," The Jawa Report, posted January 23, 2017, accessed January 27, 2017.
74. Interview by author with Member of Congress and chairman of relevant subcommittee, January 5, 2017.
75. Interview by author with Member of Congress and chairman of relevant subcommittee, January 5, 2017.
76. Mike Pompeo and David B. Rivkin, Jr., "Time for a Rigorous National Debate About Surveillance," Wall Street Journal, January 3, 2016, accessed January 30, 2017.
77. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.
78. These seven points were drawn from an interview by the author with a Member of Congress and chairman of relevant subcommittee, January 5, 2017.
79. Interview with former Reagan Defense Department official, January 17, 2017.
80. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.
81. Politico staff, "Full text: Donald Trump's speech on fighting terrorism," August 15, 2016, accessed December 9, 2016.
82. Interview by author with information warfare expert in the counter-terror space, January 18, 2017.
83. Interview by author with reform-minded Muslim national leader, January 16, 2017.
84. Interview by author with Founding Member of the Department of Homeland Security, January 16, 2017.
85. Interview by author with information warfare expert in the counter-terror space, January 18, 2017.
86. Interview by author with reform-minded Muslim national leader, January 16, 2017.
87. A. Aaron Weisburd, LinkedIn profile, accessed January 27, 2017.
88. See Pub.L. 92–463, 86 Stat. 770, as amended, Section 6(a).
89. Interview by author with Sam Westrop, former head, Stand For Peace, a UK-based non-governmental organization (NGO), January 16, 2017; see also Kurt Barling, "What's the risk to London?" BBC, May 15, 2008, accessed January 19, 2017.
90. Irfan Ahmad, "The Jewish hand and the Jamaat-e-Islami Hind," in Peter van der Veer and Shoma Munshi (eds.), Media, War, and Terrorism: Responses from the Middle East and Asia (London: Taylor & Francis e-Library, 2004), p. 138.
91. Olivier Roy, The Failure of Political Islam. (Cambridge, Mass.: Harvard University Press, 1994), p. 35.  "The origins of today's Islamist thought and organisations can be traced to the Society of the Muslim Brotherhood, created by the school teacher Hasan al-Banna in Egypt in 1928, and the Jamaat-i-Islami of Pakistan, established by [Sayyid Abul A'la Maududi]."
92. Interview by author with Sam Westrop, former head, Stand For Peace, a UK-based non-governmental organization (NGO), January 16, 2017.
93. Jamie Doward, "British Muslim leader urged to quit over Gaza," The Guardian (London), March 8, 2009, accessed January 19, 2017.
94. Vikram Dodd, 'Muslim Council accuses government of undermining independence,' The Guardian (London), March 26, 2009, accessed January 19, 2017.
95. Jamie Doward, "British Muslim leader urged to quit over Gaza," The Guardian (London), March 8, 2009, accessed January 19, 2017.
96. Interview by author with Sam Westrop, former head, Stand For Peace, a UK-based non-governmental organization (NGO), January 16, 2017.
97. Sam Westrop, "UK: Multiculturalism vs. Islamism," Gatestone Institute, April 18, 2014, accessed January 19, 2017.
98. Interview by author with Sam Westrop, former head, Stand For Peace, a UK-based non-governmental organization (NGO), January 16, 2017.

# AUTHOR

ABOUT THE AUTHOR
## **Christopher C. Hull, Ph.D.**



Chris Hull is the President and Campaign Manager of IMI, in which capacity he has just completed an 18-month contract running the Counter Jihad Campaign for the Center for Security Policy.

Dr. Hull is a former chief of staff for Rep. Steve King, R-Iowa, in which capacity he was the internal point person for the Iowa Freedom Summit, which brought a dozen-odd potential presidential candidates to the Hawkeye State in early 2015 and helped launch the 2016 nomination contest.

Before joining Rep. King, he spent 15 years in public affairs, including founding his own online lobbying technology company and serving as Senior Vice President and Campaign Manager, U.S. Public Affairs, at Hill & Knowlton.

Before moving to public affairs, Chris held politics and policy positions, serving as a press secretary in the U.S. House of Representatives, a legislative assistant in the U.S. Senate, a communications aide in a national party committee, a researcher in a major think tank, and the majority staff director of a state Senate.

Dr. Hull holds a doctorate in government with distinction from Georgetown University and an undergraduate degree magna cum laude, also in government, from Harvard University. He is the author of Grassroots Rules: How the Iowa Caucuses Help Elect American Presidents, published by Stanford University Press in November, 2007.

He has been published or quoted in television, print, radio and online outlets including *the New York Times, Washington Post, CNN, The Wall Street Journal, Fox News, USA Today, NPR, MSNBC, Bloomberg, Reuters, National Journal, CNBC, The Hill, Hotline, New York Newsday and U.S. News & World Report.*

The Middle East Forum promotes American
interests in the Middle East and protects
Western values from Middle Eastern threats.
www.MEForum.org

Gregg Roman, Director
215-546-5406, ext. 104
1650 Market Street
Philadelphia, PA 19103
info@meforum.org



Middle
East
Forum

Promoting American Interests

# Congress of the United States
## Washington, DC 20515

June 9, 2017

Dr. Emmett D. Carson
Chief Officer
Silicon Valley Community Foundation
33 New Montgomery Street, 19th Floor,
San Francisco, CA 94105

Dear Dr. Carson:

We write to you today out of concern over the recent revelations that the Silicon Valley Community Foundation (SVCF) has donated substantial funds to Islamic Relief USA and the Council on American-Islamic Relations (CAIR). The SVCF has granted over $330,000 to these organizations since 2008. When criticized for this, SVCF defended these donations by lashing out at its critics but failed to address the very real concerns about the two groups' links to extremism and terror.[1]

The public conduct of the two organizations is deeply troubling. Islamic Relief USA has made some alarming donations, including one last year to a Hamas-linked organization in the Palestinian territories. Officials within this organization have called for Jerusalem to be "free ... from the filth of the most dirty Jews." CAIR, meanwhile, is a designated terrorist organization in the United Arab Emirates,[2] while the U.S. Justice Department has blacklisted it since 2008.[3] The Anti-Defamation League has catalogued examples of CAIR promoting anti-Semitism.[4] This sort of racist rhetoric incites violence and should deeply concern all people of goodwill. Furthermore, a 2011 poll of American Muslims found only 12% believing that CAIR represents their interests.[5]

Both these Islamist organizations have deep ties to the Muslim Brotherhood, a global Islamist network that a formal inquiry conducted by the British government concluded was "contrary to

---

[1] "Shooting The Messenger: Silicon Valley Foundation Lashes Out At Middle East Forum," Gregg Roman, March 22, 2017, The Daily Caller. Available at: http://dailycaller.com/2017/03/22/shooting-the-messenger-silicon-valley-foundation-lashes-out-at-middle-east-forum/

[2] "UAE Cabinet approves list of designated terrorist organisations, groups," November 16th, 2014. Available at: http://wam.ae/en/details/1395272478814

[3] Review of the FBI Interactions with the Council on American-Islamic Relations, September 2013. Available at: https://oig.justice.gov/reports/2013/e0707r-summary.pdf

[4] "The Council on American Islamic Relations (CAIR)," Anti-Defamation League. Available at: https://www.adl.org/education/resources/profiles/the-council-on-american-islamic-relations-cair

[5] "Vast Majority of Muslim Americans Don't Identify with CAIR," IPT News, August 3, 2011. Available at: http://www.investigativeproject.org/3078/vast-majority-of-muslim-americans-dont-identify

PRINTED ON RECYCLED PAPER

our values and has been contrary to our national interests and our national security." In 2015, then-Prime Minister David Cameron noted that, "Both as an ideology and as a network it has been a rite of passage for some individuals and groups who have gone on to engage in violence and terrorism."[6]

These are a few examples of the many problems with these two organizations. SVCF claims to be "champion of diversity and inclusion," yet ignores Islamic Relief USA's and CAIR's long history of antisemitism, misogyny, and radicalism.

It is inconceivable to us as elected representatives of the American people that SVCF and its donors continue to be associated with such remarks and actions. We urge SVCF to commit immediately to end all donations to these groups. We are confident that there are other organizations worthy of support which better reflect our shared values of religious liberty and tolerance.

We appreciate your time and would be happy to answer whatever questions you may have.

Sincerely,

Paul A. Gosar, D.D.S.
Member of Congress

Steve King
Member of Congress

Doug Lamborn
Member of Congress

Trent Franks
Member of Congress

Ted Budd
Member of Congress

Chuck Fleischmann
Member of Congress

---

[6] "Muslim Brotherhood review: statement by the Prime Minister," December 17, 2015. Available at: https://www.gov.uk/government/speeches/muslim-brotherhood-review-statement-by-the-prime-minister

Ted Poe
Member of Congress

# Moderate Muslims Petition SVCF to Consider All Muslim Voices

By Shireen Qudosi

Americans are wonderfully generous people and the Silicon Valley Community Foundation (SVCF), which has over $8 billion dollars in assets and ranks as the largest community foundation in the country, is a premier example of this joyful trait.

As moderate Muslims, the undersigned appreciate that SVCF has chosen to champion Muslim interests. However, we must register our grave concern at SVCF's choice of charities and specifically that the Council on American-Islamic Relations (CAIR) and Islamic Relief have between them received donations totaling $330,524 in the period 2008-15.

These organizations are Islamist, meaning that they work in favor of a foreign law code and against Western values in three key ways:

> 1. **Denying Plurality of Faith:** Islam is a rich and diverse faith. However, CAIR and Islamic Relief work against any version of Islam except for their radical version.

> 2. **Stifling Muslim Free Speech**: CAIR engages in online harassment and media campaigns that demonize free speech and authentic dialogue.

> 3. **Advocacy of Extremist Views:** Both organizations host events featuring speakers with some of the most extreme rhetoric within American Islam. In the case of Islamic Relief, the organization gives charitably to terrorist sympathizers and enablers, including affiliates of Hamas - a foreign political group with documented evidence of supremacist views and Jew-hatred.

The Muslim-on-Muslim oppression these organizations regularly engage in goes against bedrock Western values. It monopolizes Islam by suffocating free speech through an "Islamic Inquisition" that bullies, harasses, and sometimes even seeks to ex-communicate Muslims who don't hold their extreme views. In doing so, it blockades the natural evolution of ideas while persecuting those Muslims who dare to think boldly and bravely for themselves. This has been ongoing for 20-30 years, and continued support to these organizations expands their reach and ensure a monolith out of a faith that is deeply personal - going so far as to politicize Islam and Muslims. If SVCF truly supports "understanding and tolerance," it would not align with such organizations.

We call on SVCF to understand the crisis we face in repudiating Islamism. We ask SVCF to transfer its donations from CAIR and Islamic Relief to those Muslims who advocate free speech for all and the right to practice Islam as individuals.

Islamist organizations like CAIR and Islamic Relief demoralize Muslims who want to break away from the system of thought Islamism has set up. They make it systematically harder for Muslims to be part of the solution in carving a new Muslim identity that acculturates and challenges extremism from within.

Finally, a word about Daniel Pipes and the Middle East Forum, who have been libeled by SVCF. When CAIR shut the door on us and our own community turned its back on us, Pipes and MEF helped us. They have been allies and friends, offering moral support and helping us build platforms, when doctrinal police infiltrated into our own community. Wrongly labeled "Islamophobes," they and others have taken up the torch for a cause that is not intrinsically their own, then doing the work that Islamic organizations and leaders should be doing.

As Western Muslims who embrace universal values, we welcome an opportunity to work with the SVCF and offer recommendations that meet donor expectations and the needs of Muslim communities in a way that honors the pillars SVCF stands for.

*Signed,

Nawab Agha, American Muslim Congress, Inc., and Center for Islamic Pluralism
Chris Bilardi, Writer, Center for Islamic Pluralism
Noor Dahri, Founder, Pakistan Israel Alliance
Tarek Fatah, Founder, Muslim Canadian Congress
Farzana Hassan, Author and Women's Rights Activist
Tahir Gora, Secretary General, The Coalition of Progressive Canadian Muslim Organizations
Agha Shaukat Jafri, Secretary General, American Muslim Congress, Inc.
Sheikh Uthman Khan, Islamic Scholar and Academic Dean, Critical Loyalty
Dr. Waqas Khan
Dr. Salim Mansur, Western University, London, Ontario
Paul Nagy, Associate Researcher, Center for Islamic Pluralism
Shireen Qudosi, Director of Muslim Matters, at America Matters
Raheel Raza, President, Council for Muslims Facing Tomorrow
Sohail Raza, Treasurer, Muslims Facing Tomorrow
Stephen Suleyman Schwartz, Director, Center for Islamic Pluralism
Salma Siddiqui, President, Coalition of Progressive Muslim Organizations
Zana Trëndafilazezë, Creative Arts Consultant, Center for Islamic Pluralism

* Signatories support the author, content and message. Signatory alliance does not default to include support of *all* other signatories.

# The Silicon Valley Community Foundation Must
## Stop Funding Islamist Hate Groups

In 2008-15, the Silicon Valley Community Foundation (SVCF) provided eight donations totaling $330,524 to two extremist organizations. The Council on American-Islamic Relations (CAIR) received five donations totaling $132,933. Islamic Relief received three donations totaling $197,591.

We differentiate between Islam and Islamism. American Muslims are an important part of our country; but Islamists pursue an extreme political ideology with no real mandate from ordinary Muslims.

Islamists such as those running CAIR and Islamic Relief encourage hatred against women, Jews, Christians, the LGBTQ community, and Muslims belonging to minority sects. Islamists radicalize Muslims in the United States and fund jihadi violence abroad.

CAIR and Islamic Relief duplicitously employ liberal rhetoric in their pursuit of illiberal ideas, sometimes successfully duping politicians, journalists, academics, and philanthropists.

The Middle East Forum and its allies oppose all funding of Islamist organizations because this money both legitimizes Islamists as the voice of America's Muslims and betrays those moderate Muslims working to free their faith from the grip of hatred and extremism.

SVCF is the largest community foundation in the United States. With over 8 billion dollars in assets under management, it is the go-to charitable organization for some of America's wealthiest philanthropists. Mark Zuckerberg, founder and CEO of Facebook, made a $500 million dollar donation to the foundation in 2013. America's largest community foundation and its philanthropic partners should not support organizations that promulgate extremism both here and abroad.

We the undersigned call upon the SVCF to immediately stop all funding of extremist groups, including CAIR and Islamic Relief.

### Appendix 1: What Are CAIR and Islamic Relief?

CAIR was named as an un-indicted co-conspirator in the 2008 Holy Land Foundation terrorism financing trial. The FBI has banned outreach with CAIR since 2008. In 2014, the United Arab Emirates, a pious Muslim country, designated CAIR a terrorist organization.

The Anti-Defamation League accuses CAIR of promoting anti-Jewish sentiment. Six CAIR leaders have been arrested, convicted, or deported for terrorism-related crimes: Randall ("Ismail") Royer, Ghassan Elashi, Bassem Khafagi, Rabih Haddad, Nabil Sadoun, and Muthanna Al-Hanooti.

Islamic Relief is the largest Islamic charity in America and the Western world, reporting an income of about $110 million in 2014. But it is a designated terrorist entity in Israel and the UAE. Banks such as UBS and HSBC have closed Islamic Relief bank accounts over concerns about terrorism financing.

**Appendix 2: Examples of CAIR and Islamic Relief Hate Speakers**

**Siraj Wahhaj** is a former member of CAIR's advisory board and one of CAIR's most regular speakers.

- LGTBQ: *"I don't believe any of you are homosexual. This is a disease of this     society. ... you know what the punishment is, if a man is found with another man? The Prophet Mohammad said the one who does it and the one to whom it is done to, kill them both."*

- Infidels: *"Woe to the Muslims who pick kafirs [a derogatory Arabic word meaning non-Muslims] for friends. ... Take not into your intimacy those outside of your race. They will not fail to corrupt you. Don't you know our children are surrounded by kafirs. I'm telling you, making the hearts of our children corrupt, dirty, foul."*

**Hussain Kamani** is a Deobandi preacher who has spoken at multiple Islamic Relief events.

- Sex slavery and adultery: Kamani explains that Muslim men may fulfill any sexual desires "with a female slave that belongs to him." Those who commit adultery or have sex outside of marriage, he asserts, must be "stoned to death." When Muslim husbands are learning to "train their wives," beating them is allowed as a "last measure."

**Abdul Nasir Jangda,** also from the Deobandi sect, has been promoted and given platforms by both Islamic Relief and CAIR.

- **Non-consensual sex:** Detailed notes published by Jangda's students indicate that he defends the use of female sex slaves and justifies marital rape: *"The thing to understand is that the husband has his set of divinely given rights one of which is the right to have his physical desires satisfied."*

- **Death penalty:** He advocates the killing of apostates and adulterers.

**Omar Suleiman** is one of the most frequent speakers at CAIR and Islamic Relief events.

- o Honor killings: *"Sisters ... you know what happens with a really jealous Dad? He kills you and he kills the guy. You are offending Allah ... whenever you make yourself promiscuous or you open yourself up to a relationship."*

- o **Homosexuality**: *"When Allah describes homosexuality as a repugnant shameless sin and details his punishment of a people that practiced sodomy, how can anyone who believes in Allah not find it immoral? ... If as Muslims we don't take a clear stance on this, we will be forced to conform and watch this disease destroy our children."*

**Muzammil Siddiqi** is chairman of the Fiqh Council of North America and the religious director at the Islamic Society of Orange County. He works closely with CAIR and often speaks at its events.

- o Homosexuality: He publicly supports the death penalty for homosexuals.

**Hassan Shibly** is a CAIR staffer, the head of its Florida office.

- o Homosexuality: He expresses hatred for the LGBT community, as in this tweet where he says homosexuality is a quick way *"to earn God's wrath."*

**Jamal Badawi** is a recent board member of CAIR's Canada branch and a popular speaker at CAIR events in the United States.

- o Homosexuality: Its spread is a sign of the "End Times."

- o Marital violence: Men have the right to beat their wives.

# Islamic Relief

## Charity, Extremism and Terror

**Middle East Forum**

MEF000835

# CONTENTS

Executive Summary                                                3

Introducing Islamic Relief                                      4

The Muslim Brotherhood                                          5

From Birmingham to Cairo                                        9

People

  Islamic Relief USA                                    14

  Islamic Relief Germany                                20

  Islamic Relief Canada                                 18

  Islamic Relief Sweden                                 21

  Islamic Relief Australia                              22

  Islamic Relief Palestine                              24

  Islamic Relief Worldwide and Islamic Relief UK        25

Governmental Support                                            33

Terror Finance                                                 35

Promoting Extremism                                            43

Charity, Extremism & Terror                                    52

# Executive Summary

➡ **What's the problem with Islamic Relief?**

Islamic Relief was founded - and continues to be managed - by prominent, extreme Islamist operatives. It appears to have served for over two decades as a flagship institution of the global Muslim Brotherhood. Although Islamic Relief was designated a terrorist entity in Israel and the United Arab Emirates, and both UBS and HSBC have closed Islamic Relief bank accounts over reported concerns about terrorism financing, Western governments - including the UK, US, UN and EU - have given millions of taxpayers' monies to this dangerous charitable franchise. According to one government source, in 2016, the FBI and IRS prepared a criminal case against Islamic Relief, but the Department of Justice refused to prosecute.

➡ **Involvement with the Morsi Regime**

Essam El Haddad was the foreign policy advisor to the Egyptian Muslim Brotherhood President Mohammed Morsi. He is also the co-founder of the Islamic Relief - the largest Islamic charity in the Western world. After Morsi was deposed and arrested, along with Haddad, Egyptian law enforcement raided Islamic Relief's Cairo offices, and found documents that reportedly revealed Haddad was using Islamic Relief to finance the Egyptian Muslim Brotherhood "under the guise of being monies destined for charitable purposes."

➡ **Extremists at the Helm**

A look at the officials behind Islamic Relief branches all over the globe shows dozens of links to Muslim Brotherhood groups and other extremist Islamist networks. Islamic Relief officials promote anti-Jewish, anti-Western and pro-terror rhetoric.

➡ **Terror Finance**

Islamic Relief funds groups in the Gaza Strip closely involved with the terrorist organization, Hamas. Further, Islamic Relief maintains other financial links with half a dozen terrorism-linked groups in the Middle East, including the Charitable Society for Social Welfare, which was founded by Al-Qaeda terrorist and "Bin Laden loyalist" Abdul Majeed Al-Zindani.

➡ **Hate Preachers**

Islamic Relief branches, both in Europe and the United States, regularly give platforms to some of the most extreme hate preachers and Islamist activists. Islamic Relief guests include Abdullah Hakim Quick, who claims that AIDS is caused by the "filthy practices" of homosexuals and that the Islamic position on homosexuality is "death"; and Haitham Al-Haddad, who

MEF000837

# ISLAMIC RELIEF

Islamic Relief is one of the largest Islamic charities in the world. In 2014, it reported an income of about $250 million. Its officials have dined at the White House, mixed with European royalty and enjoyed the financial support of governments across the world.

Founded in 1984 by students in the British city of Birmingham, the Islamic Relief franchise is today managed by a global headquarters, named Islamic Relief Worldwide (IRW), which coordinates Islamic Relief branches and representatives - some directly affiliated, others (ostensibly) independent entities - in Australia, Belgium, Canada, Germany, Holland, Ireland, Italy, Malaysia, Mauritius, Norway, South Africa, Spain, Sweden, Switzerland, the USA, Bosnia, Libya, Kenya, Pakistan, India and Chechnya. A French charity, Secours Islamique France, operates under the Islamic Relief logo. Islamic Relief also operates offices in other countries, including the Gaza Strip, Jordan, Lebanon and Qatar.[1]

A considerable proportion of Islamic Relief's revenue comes from international bodies and Western governments.  In 2015, most of Islamic Relief Worldwide's largest single donations came from the UK government, the United Nations and the European Commission.[2] And yet because of its reported links to Hamas and the Muslim Brotherhood, Islamic Relief is designated a terrorist entity in Israel and even the United Arab Emirates, a pious Muslim country. Both UBS and HSBC have closed Islamic Relief bank accounts over reported concerns about terrorism financing. How has this happened? What is Islamic Relief, what is the Muslim Brotherhood, and why is this international, taxpayer-funded charity so dangerous?

---

[1] "2015 Annual Report & Financial Statements," Islamic Relief Worldwide, September 2016. http://www.islamic-relief.org/wp-content/uploads/2016/09/IRW_ANNUAL_REPORT_FINAL_WEB.pdf
[2] Ibid.

4

# The Muslim Brotherhood

Western Muslim communities are often controlled by groups that lack a mandate from ordinary Muslims. Many Western Muslim leadership groups, in fact, were established and remain controlled by Islamists, who possess the media savvy and political know-how with which moderate Muslim groups simply cannot compete. When the government or media wants to speak with the "Muslim community," it is the Islamists who step forward. Across the world, there are many different Islamist movements working to impose their ideology upon Muslim communities. Across the West, one of the most active is the Muslim Brotherhood.

In 1928, the *Al-Ikhwan Al-Muslimeen*, or the Muslim Brotherhood (MB), was founded by Hassan Al-Banna in Egypt. Al-Banna argued that the political ills plaguing society were due to lack of Muslim piety, and that a religious revival could bring about a unified Muslim caliphate spanning the globe. The Brotherhood's purpose was revolutionary, and it was organized in clandestine cells with a rigid hierarchy. Although the MB has suffered periodic suppression by Arab regimes (notably by Egypt's Nasser in the 1950s), it has consistently grown in size and influence. It now has branches in countries across the globe, under the nominal control of the Supreme Guide of the Egyptian branch.

The MB has inspired other violent and non-violent Islamist groups across the globe, including the Gaza-based terror group Hamas, which states in its charter that it is "one of the Palestinian branches" of the Brotherhood.[3] In fact, a number of prominent terrorist groups have been founded by MB members. ISIS leader Abu Bakr al-Baghdadi, as well as Al Qaeda leaders Osama bin Laden and Ayman al-Zawahiri, were all once members of the Muslim Brotherhood.[4] In 2004, the U.S. government designated the head of the MB in Yemen, Abd al-Majeed al-Zindani, as an Al Qaeda-

---

[3] "The Covenant of the Islamic Resistance Movement," The Avalon Project, Yale University. 2008.
http://avalon.law.yale.edu/20th_century/hamas.asp
[4] "The Muslim Brotherhood's Ties to ISIS and Al-Qaeda," Counter-Extremism Project.
https://www.counterextremism.com/content/muslim-brotherhood's-ties-isis-and-al-qaeda

MEF000839

linked terrorist because of his "long history of working with bin Laden, notably serving as one of his spiritual leaders."[5] As we shall reveal later, Islamic Relief is today financially involved with groups closely linked to al-Zindani.

A number of Muslim countries have since recognized the danger of the Muslim Brotherhood. In March 2014, the Saudi Arabian government declared the MB a terrorist organization. This was seen in part as an attempt to counteract the MB's encouragement of young Saudis to join armed groups in Syria such as the Nusra Front, and in part as a rebuke to Qatar, which is today the Brotherhood's principal state sponsor.[6] In November 2014, the UAE followed suit, declaring the MB a terror group along with ISIS and the Nusra Front. In fact, as part of its battle against the MB, the UAE also designated Islamic Relief a terrorist organization.

While the Muslim Brotherhood in Egypt and elsewhere deploy violence, its representatives in the West work mostly through non-violent, political means – although they have a long history of funding terror in the Muslim world and are considered by many to be part of the radicalization problem in the West. Ultimately, however, all MB movements are flexible on tactics as they work to establish a global caliphate.

**From Radical to Terrorist**

Non-violent Islamists have learned to exploit the West. They use liberal and democratic rhetoric in their pursuit of fundamentally illiberal and anti-democratic ideals. It is not uncommon to find Muslim Brotherhood organizations - with long histories of peddling hate against Jews, women and homosexuals - simultaneously involved with charitable activity. Muslim anti-Islamist activists claim that

---

[5] "United States Designates bin Laden Loyalist," U.S. Treasury Department, February 24, 2004.
https://www.treasury.gov/press-center/press-releases/Pages/js1190.aspx
[6] "Saudi Arabia deems Muslim Brotherhood a 'terrorist group'," *Al Jazeera*, March 7, 2014.
http://america.aljazeera.com/articles/2014/3/7/saudi-arabia-deemsmuslimbrotherhoodaterroristgroup.html

6

groups such as the MB take part in these activities to sanitize their reputations and legitimize their claims to be genuine representatives of American Muslims. As a recent Swedish government report concluded, Islamic Relief provides "credibility" to Islamist movements.[7]

Behind closed doors, however, non-violent extremists support the same ideals as violent extremists; they just disagree over methods. The MB may not directly advocate violence in American and Europe, but its clerics and activists offer a worldview in which violence against non-Muslims is ultimately justified. Groups such as the MB therefore play an important role in the topical problem of radicalization.

European governments have noticed that recruits to the Islamic State, for example, emerge chiefly from areas in which Islamist groups run the mosques, community centers and schools.  As the former British Prime Minister David Cameron noted in 2011: "As evidence emerges about the backgrounds of those convicted of terrorist offences, it is clear that many of them were initially influenced by what some have called 'non-violent extremists', and they then took those radical beliefs to the next level by embracing violence."[8]

In 2015, the British government's inquiry into the Muslim Brotherhood concluded that the Muslim Brotherhood was an important example of a non-violent extremist movement, and that "[Muslim Brotherhood] engagement with Government has at times been facilitated by what appeared to be a common agenda against al Qaida and militant Salafism. But this engagement did not take account of Muslim Brotherhood support for a proscribed terrorist group and its views about terrorism which, in

---

[7] Dr. Magnus Norell, "Muslimska Brödraskapet i Sverige," Swedish Civil Contingencies Agency, December 2016. Page 11. https://www.msb.se/Upload/Kunskapsbank/Studier/Muslimska_Brodraskapet_i_Sverige_DNR_2107-1287.pdf
[8] "PM's speech at Munich Security Conference," Prime Minister's Office, 10 Downing Street, February 5, 2011. https://www.gov.uk/government/speeches/pms-speech-at-munich-security-conference

MEF000841

reality, were quite different from our own."[9] At the launch of the review, the Prime Minister also told Parliament: "Aspects of the Muslim Brotherhood's ideology and activities therefore run counter to British values of democracy, the rule of law, individual liberty, equality and the mutual respect and tolerance of different faiths and beliefs."[10]

In 2016, a study of prominent terrorists by the Center on Religion & Geopolitics found that "Fifty-one per cent of the jihadis profiled had non-violent Islamist links before joining violent movements. One in four had links to the Muslim Brotherhood or affiliated organisations."[11]

Other Muslim voices have offered similar warnings. According to Sheikh Hamza Yusuf, founder of the Zaytuna College in California, groups such as Al Qaeda and ISIS emerged from the Muslim Brotherhood's extremist ideology. [12] Dr. Zuhdi Jasser, president of the American Islamic Forum for Democracy, has submitted testimony to the House Committee on Homeland Security, advising: "It is time to stop engaging Muslim Brotherhood legacy groups in government and media and recognize their misogynist, anti-Semitic, homophobic, and anti-American ideological underpinnings. We must recognize that they are not the only voice for American Muslims."[13]

Groups such as Islamic Relief serve to convince politicians, journalists and Western societies that the opposite is true. Whether in London, New York or the Gaza Strip, Islamic Relief works to legitimize Islamism as the voice of Islam.

---

[9] "Muslim Brotherhood Review: Main Findings," House of Commons, December 17, 2015. https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/486932/Muslim_Brotherhood_Review_Main _Findings.pdf
[10] "Muslim Brotherhood review: statement by the Prime Minister," Prime Minister's Office, 10 Downing Street, December 17, 2015. https://www.gov.uk/government/speeches/muslim-brotherhood-review-statement-by-the-prime-minister
[11] Mubaraz Ahmed, Milo Comerford and Emman El-Badawy, *From Milestones to Militancy*, Center on Religion & Geopolitics, April 23, 2016. http://www.religionandgeopolitics.org/jihad/milestones-militancy
[12] Oren Litwin, "Sheikh Hamza Yusuf Condemns Islamism and Anti-Semitism," Islamist Watch, January 9, 2017. http://www.islamist-watch.org/blog/2017/01/sheikh-hamza-yusuf-condemns-islamism-and-anti
[13] Dr. M. Zuhdi Jasser, "Identifying the Enemy: Radical Islamist Terror," Testimony for Hearing before: The House Committee on Homeland Security's Subcommittee on Oversight and Management Efficiency, September 22, 2016. http://docs.house.gov/meetings/HM/HM09/20160922/105384/HHRG-114-HM09-Wstate-JasserM-20160922.pdf

8

# From Birmingham to Cairo

On July 3, 2013, the Egyptian military entered Cairo. The then-President of Egypt, Mohammed Morsi, was arrested by his own Republican Guard, following five days of protest by millions of Egyptians against the Muslim Brotherhood regime. A coalition of political and military officials - led by General Abdel Fattah El Sisi - formed an interim government and announced new Presidential elections. Along with Morsi, dozens of senior Muslim Brotherhood officials were arrested, including Essam El Haddad, Morsi's senior foreign policy advisor.  Since the coup, General Sisi has ruled Egypt, winning a Presidential election in May 2014. Although the new government may itself not be a beacon of liberal values, the Egyptian people had expressed clearly their opposition to Islamist rule.

Two years after Morsi's arrest, in June 2015, an Egyptian court convicted dozens of the deposed Islamist leaders of terrorism offenses.[14] While the world's media was preoccupied with the death sentence handed down to Mohamed Morsi, little attention was paid to Essam El Haddad, who was handed down a life sentence.[15] Essam El Haddad is not, in fact, just a Muslim Brotherhood leader. He is also the co-founder of the global Islamic charity franchise, Islamic Relief — one of the largest Muslim charities in the world. From the charity's establishment in the British city of Birmingham in 1984, until 2012, Essam El Haddad served as one of Islamic Relief's key officials.

Haddad's rise, and eventual fall, is a tale of the influence and danger posed by the Muslim Brotherhood. It reveals the close involvement of Islamic Relief with the MB, and the importance that global Islamism places on the use of charitable fronts.

Haddad's leap from an Islamist activist in Europe to one of Egypt's most powerful figures took place

---

[14] Mahmoud Murad, "Egypt sentences Muslim Brotherhood leader, others to death," *Reuters*. April 11, 2015. http://www.reuters.com/article/us-egypt-court-brotherhood-idUSKBN0N206A20150412
[15] Al Jazeera, "Egypt court upholds Morsi death sentence," *Al Jazeera*. June 16, 2015. http://www.aljazeera.com/news/2015/06/egypt-court-upholds-morsi-death-sentence-150616104041261.html

9

during the Arab Spring. In 2011, Haddad was serving as chairman of Islamic Relief's board of trustees. He was, at the same time, a member of the Guidance Bureau — one of the highest decision making bodies in the Muslim Brotherhood — on which Haddad had served since 2009, during his time as an Islamic Relief trustee.[16]

In the wake of the Egyptian revolution, elections were announced. And for the first time, the Muslim Brotherhood was able to field a Presidential candidate. Haddad agreed to return to Egypt and become Mohammed Morsi's campaign manager. A year later, in September 2012, Morsi was at Egypt's helm — having narrowly beaten Ahmed Shafik, who had served as the final prime minister under the Mubarak regime. By then, Haddad claimed to have completely left his role managing Islamic Relief. He had now become one of the new Muslim Brotherhood President's most senior advisors.

Haddad served as Morsi's key foreign policy official, and met with world leaders. The BBC reported that, in 2012, Haddad "held meetings at the White House and President Obama dropped in."[17] In 2013, *The Times* revealed that "Egypt's Islamist Government has enlisted covert help from Iran to strengthen its grip on power." Haddad had met in Cairo with Iranian spy chief, Qassem Suleimani, "to advise the Government on building its own security and intelligence apparatus, independent of the national intelligence services."[18] Haddad played a crucial role in managing Muslim Brotherhood duplicity — presenting Islamism as a benign force for good to the West, while shopping for help with theocratic rule from long-established rogue states. While Haddad helped lead the renewed Islamist

---

[16] Nadine Marroushi, "Renaissance man: Gehad El Haddad works as the Islamist project's pragmatist," Egypt Independent, July 31, 2012. http://www.egyptindependent.com/news/renaissance-man-gehad-el-haddad-works-islamist-project-s-pragmatist

[17] Kim Ghattas, "President Obama's post-revolution dilemma in Egypt," *BBC*, July 3, 2013. http://www.bbc.com/news/world-us-canada-23156942

[18] Hugh Tomlinson, "Iranian spy chief's visit to Cairo was meant to 'send a message to America,'" *The Times*, January 8, 2013. https://www.thetimes.co.uk/article/iranian-spy-chiefs-visit-to-cairo-was-meant-to-send-a-message-to-america-qxrgkws09dw

10

push on the world stage, Islamic Relief claimed he was no longer part of the global charitable franchise at all.

But after Morsi was deposed in 2013, reports in the Egyptian media, along with recently uncovered documents, revealed that Haddad was still closely involved with Islamic Relief after his resignation as a trustee of Islamic Relief Worldwide. Sisi's government and a number of Egyptian newspapers maintained that Islamic Relief, the beneficiary of millions of dollars of taxpayers' money from across the Western world, was in fact financing the Egyptian Muslim Brotherhood.

In 2015, Haddad's lengthy trial and eventual conviction found him and his co-defendants guilty of passing "defense secrets" to "elements of the Iranian revolutionary guard," and collaborating with the terrorist groups, Hamas and Hezbollah, to "create a state of chaos" in order to seize power in Egypt.[19] Haddad was also accused, according to his family, of "financing terrorism by using global charities such as Islamic Relief."[20]

In 2014, the Egyptian newspaper *Al Yawm al Sabi* uncovered documents revealing Islamic Relief's operations in Egypt.[21] The documents, stamped with the Islamic Relief logo, reveal that although Haddad resigned his trusteeship of Islamic Relief Worldwide, he subsequently, while serving as a Muslim Brotherhood government official and with the support of Muslim Brotherhood leaders, opened a branch of Islamic Relief in Cairo. According to the newspaper *Al-Ahram*, the Cairo branch was reportedly given approximately 20 million Egyptian Pounds ($250,000) by the "parent

---

[19] "Court announces reasons behind lifetime sentence against Morsi and death sentences against 16 MB leaders," State Information Service. July 2, 2015
http://web.archive.org/web/20151113162031/http://www.sis.gov.eg/En/Templates/Articles/tmpArticles.aspx?CatID=4231#.V9cSKjtv-Q0
[20] Abdullah El-Haddad and Aishah El-Haddad, Rolling Press Statement on Dr. Essam El-Haddad, National Security Assistant to President Morsi, and his son Gehad El-Haddad, Spokesperson of the Muslim Brotherhood.  December 14, 2014. GoogleDocs blog. http://docs.google.com/document/d/1m68ceoxCeDxeCk_ZXwKmWs92FyAVJ4B1NWgc338IFIM/pub
[21] "Documents reveal links between the international organization of the Muslim Brotherhood and Islamic Relief Association," *Al Yawm al Sabi*, February 27, 2014. http://goo.gl/h2SpBk

11

organization" in Britain.[22] Haddad used the Islamic Relief branch in Cairo, reported *Al Yawm Al Sabi*, to finance the Muslim Brotherhood "under the guise of being monies destined for charitable purposes." The leaked documents reveal that Islamic Relief Cairo planned to open bank accounts with the British bank HSBC, in order to bring in further funds.[23]

In addition, *El Watan* reported that Islamic Relief issued requests that Haddad resign from his work at the Islamic Relief Cairo branch, in order not to draw attention to links between Britain's Islamic Relief and Morsi's government. *El Watan* also reports that Ibrahim Zayat, another trustee of Islamic Relief, was involved in financing the Egyptian Muslim Brotherhood.[24] At the same time, the Egyptian State Information Service alleges, European Muslim Brotherhood groups were financing the Egyptian Muslim Brotherhood by fundraising "under the pretext of supporting the Palestinian issue," such as "through covers for the international organization such as the Islamic Relief Organization in Germany."[25]

It is tempting to distrust the claims of prosecutors and journalists in Sisi's Egypt, where the regime is not much less illiberal than the Muslim Brotherhood government it replaced. But as this dossier will show, Islamic Relief is indisputably a flagship institution of international Islamism. It was established by the Muslim Brotherhood and today it remains a key part of the Brotherhood's international infrastructure. This connection can be mostly clearly seen by examining the operatives that established and continue to manage Islamic Relief.

---

[22] Adham Khalifah, "Transfer of funds from the Islamic Relief Organization," *Al-Ahram*. September 18, 2013. http://www.ahram.org.eg/NewsQ/232444.aspx

[23] "Documents reveal links between the international organization of the Muslim Brotherhood and Islamic Relief Association," *Al Yawm al Sabi*, February 27, 2014. http://goo.gl/h2SpBk

[24] Abdul Rahman Shalabi and Mohamed Ali Zidane, "'Charities Funded by the Muslim Brotherhood from London," El Watan. May 2, 2014. http://www.elwatannews.com/news/details/411039

[25] "Court announces reasons behind lifetime sentence against Morsi and death sentences against 16 MB leaders," State Information Service, July 2, 2015. http://web.archive.org/web/20151113162031/http://www.sis.gov.eg/En/Templates/Articles/tmpArticles.aspx?CatID=4231#.V9cSKjtv-Q0

12

# People

Mohamed Ashmawey, who recently served as the chief executive of Islamic Relief Worldwide, the charity's headquarters in Britain, denies that Islamic Relief is a Muslim Brotherhood organization.

When confronted with the fact of Essam El Haddad's public role as a senior aide to the Muslim Brotherhood President of Egypt, Ashmawey conceded: "No point in denying history. Yes, this gentleman is one of the founders of Islamic Relief. And he served Islamic Relief as a trustee for so many years. He resigned on the day he joined Morsi. … No external organization or political agenda influences, let alone controls Islamic Relief."

Although Ashmawey denies that Islamic Relief is involved with the Muslim Brotherhood, the evidence in this report clearly demonstrates otherwise. Ashmawey himself, in fact, was previously a director of the Islamic Society of North America, which, in 2008, American federal prosecutors identified as a key component of the Muslim Brotherhood.[26] And from 1993-1998, Ashmawey was president of the Muslim Arab Youth Association, which U.S. lawmakers later included on a list of organizations that, "finance terrorism and perpetuate violence."[27]

Across the globe, in fact, Islamic Relief branches appear to be run by individuals closely connected with local Muslim Brotherhood and other extremist Islamist networks.

---

[26] List of Unindicted Co-conspirators," The Investigative Project on Terrorism. http://www.investigativeproject.org/documents/case_docs/423.pdf
[27] Charles E. Grassley, et al., Letter to IRS Commissioner Mark Everson (December 22, 2003). Chuck Grassley, United Senator for Iowa. http://www.grassley.senate.gov/sites/default/files/p04r01-14.pdf.

13

## Islamic Relief USA

IR-USA is today a powerful organization. It was incorporated in 1993, in Buena Park, California. By 2015, the charity reported over $110 million in revenue.

Today, IR-USA's Chair of the Board is Khaled Lamada,[28] whom the Egyptian newspaper *El Watan* has named as one of several key Muslim Brotherhood operatives active in the United States.[29] Lamada openly wears and promotes Muslim Brotherhood insignia,[30] including the notorious R4BIA sign[31] – exhibited by Muslim Brotherhood supporters since 2013.[32]

Lamada also serves as a trustee and founder of Egyptian Americans for Democracy and Human Rights (EADHR),[33] an organization which does little to hide its status as an American lobbying branch of the MB.[34] *El Watan* has also listed the EADHR director Ahmed Shehata, as a Muslim Brotherhood operative.[35] Shehata previously served as the IR-USA's Operations Manager.

Lamada was an fitting pick for chairman. From its very beginning, IR-USA has been run by activists linked to the Muslim Brotherhood. In 2011, the chairman of IR-USA's board was Yasser Haddara.

---

[28] "Board of Directors," Islamic Relief Worldwide. http://irusa.org/board-of-directors/
[29] Ahmed al-Tahiri, "With Names, Identities, and Roadmap… El Watan Exposes Brotherhood Cells in America,"El Watan, 18 October 2013. http://www.elwatannews.com/news/details/341683
[30] Lamada's Facebook page. Photo. Uploaded October 17, 2013 and May, 8 2014. https://www.facebook.com/photo.php?fbid=10151971532429187&set=a.471535129186.252052.544049186&type=3&theater and https://www.facebook.com/photo.php?fbid=10152438401424187&set=pb.544049186.-2207520000.1466444121.&type=3&theater
[31] Lamada's Facebook page. Photo. Uploaded August 15, 2015 https://www.facebook.com/photo.php?fbid=10153575462529187&set=pb.544049186.-220752.1471972720.&type=1&theater
[32] "'Four-Finger Salute' Shows Solidarity With Egypt's Muslim Brotherhood," Radio Free Europe / Radio Liberty. August 24, 2013. http://www.rferl.org/content/egypt-four-finger-salute/25085068.html
[33] The Investigative Project on Terrorism, "Radical Imagery at NY Muslim Day Parade," IPT News. September 24, 2013. http://www.investigativeproject.org/4173/radical-imagery-at-ny-muslim-day-parade#; Ryan Mauro, "U.S. Islamists Fundraise for Virginia Congressman," The Clarion Project. March 18, 2014. http://www.clarionproject.org/analysis/us-islamists-fundraise-virginia-congressman.
[34] John Rossomando, "Pro-Morsi Demonstrations Make MB Ties Harder to Hide," IPT News. August 12, 2013. http://www.investigativeproject.org/4121/pro-morsi-demonstrations-make-mb-ties-harder-to
[35] "El Watan Exposes Brotherhood Cells in America," El Watan, 2013.

14

While chairman, Haddara travelled to Egypt to meet with Essam El Haddad. By 2013, having left his role at IR-USA, Haddara was working for then-President Morsi. [See next section for more about this].

IR-USA's founder, Ahmad Esmat El Bendary, was also included on *El Watan*'s list of Muslim Brotherhood operatives by the Egyptian *El Watan* newspaper.[36] El Bendary served in leadership positions of IR-USA from 1993 to 2006.[37] He is currently a member of the Board of Trustees of the Muslim American Society (MAS), which, during the Holy Land Foundation terrorism trial in 2008, federal prosecutors declared "was founded as the overt arm of the Muslim Brotherhood."[38] Khaled Lamada also served, in fact, as the co-chairman of the MAS's annual national conference.[39]

Another former chairman of IR-USA, Mohamed Amr Attawia, is listed in a 1991 phone directory, introduced by federal prosecutors as evidence during the Holy Land trial, as the director of the New England Muslim Brotherhood.[40] Attawia was also once the vice-president of the MAS, and, from 2008-2010, Attawia was also listed as a director of Islamic Relief Worldwide, the charity's British headquarters.

IR-USA's employees are just as worrying. Omar Shahin served as the Public Relations officer at Islamic Relief for five years, starting around 2010.[41] In 2002, Shahin gave a sermon in which he preached: "You will keep on fighting with the Jews until the fight reaches the east of Jordan river then the stones and trees will say: oh Muslim, oh (servant) slaves of Allah, there is a Jew behind me; come and kill him."[42] In 2001, Shahin told the *Los Angeles Times* that the Islamic Center in Tucson, of which he was

---

[36] "El Watan Exposes Brotherhood Cells in America," El Watan, 2013.
[37] "Ahmad Esmat El Bendary," Profile. LinkedIn. https://www.linkedin.com/in/ahmad-esmat-el-bendary-162152b.
[38] United States of America v. Sabri Benkahla, United States Court of Appeals for the Fourth Circuit, No. 07-4778.
[39] "Board of Directors," Islamic Relief USA, http://irusa.org/board-of-directors
[40] "1991 Directory." Government Exhibit 003-0034, 3:04-CR-240-G. "U.S. v. HLF, et al.," The Clarion Project. http://media.clarionproject.org/misc/pdf/Muslim+Brotherhood+1991+Phone+Directory.pdf.
[41] "UMR Team Bios," United Muslim Relief. http://umrelief.org/about-us/our-team/.
[42] Omar Shahin, "Friday Lecture of October 4th, 2002 – Slaves of God," Americans Against Hate. http://www.americansagainsthate.org/Omar_Shahin's_ICT_Lectures.htm.

15

MEF000849

previously the imam, raised money for Bin Laden during the 1980s.[43] The mosque was previously run by Wa'el Hamza Jalaidan, whom, in 2002, the Treasury Department designated as "an associate of Usama bin Laden and a supporter of al-Qa'ida terror."[44]

According to the Investigative Project, in 2004, IR-USA's spokesperson, Ahmed Shama, "was slated to speak at an event sponsored by the University of Irvine Muslim Student Union to discuss 'the martyrdom of Sheikh Ar-Rantisi.' Senior Hamas leader Abdel Aziz Rantisi was killed by Israeli security forces on April 18, 2004. The event announcement stated that Rantisi was 'the second of the leaders of Hamas to be martyred in under a month, so please come to educate yourselves about the situation.'"[45]

IR-USA's current "Development Coordinator" is Saad Hassanin.[46] Hassanin was previously a senior representative of the Islamic Services Foundation,[47] an educational organization led by several prominent Muslim Brotherhood leaders — including Ghassan Hitto, the Muslim Brotherhood's candidate for Prime Minister of the interim Syrian government;[48] and Nabil Sadoun, who has since been "deported after the U.S. government alleged he had ties to terrorist groups in the Middle East."[49]

---

[43] LISA GETTER, CHUCK NEUBAUER and ROBERT J. LOPEZ, "Islamic American Nonprofits Face Increased Scrutiny in U.S." Los Angeles Times, November 4, 2001.  http://articles.latimes.com/2001/nov/04/news/mn-79/2
[44] U.S. Department of the Treasury, "Treasury Department Statement on the Designation of Wa'el Hamza Julidan," U.S. Department of the Treasury, September 6, 2002. https://www.treasury.gov/press-center/press-releases/Pages/po3397.aspx.
[45] "Jihad Saleh Williams (a/k/a Jihad F. Saleh)," The Investigative Project on Terrorism. http://www.investigativeproject.org/documents/misc/728.pdf.
[46] "Austin, TX: Fundraising Dinner for IRUSA," eventbrite.com, October 8, 2016. https://www.eventbrite.com/e/austin-tx-fundraising-dinner-for-irusa-tickets-21520878527
[47] "The Fourth Annual Body Meeting November 18-20, 2006 Towards Improving Imams' Professionalism and Community Outreach," North American Imams Foundation, November 18-20, 2006. http://littlegreenfootballs.com/weblog/pdf/NAIF2006.pdf
[48] Hassan Hassan, "Muslim Brotherhood Holds Sway Over Syrian Opposition," Al Monitor, March 21, 2013. http://www.al-monitor.com/pulse/originals/2013/03/syria-ghassan-hitto-muslim-brotherhood.html
[49] Scott Gordon, "Dallas Islamic Leader Deported", NBCDFW, February 19, 2010. http://www.nbcdfw.com/news/local/Dallas-Islamic-Leader-Deported-84809767.html

16

IR-USA was linked to extremist operatives from its very start. Its incorporation documents list its registered agent as Kazbek Soobzokov, the former attorney for terror operative Wagdy Ghoneim, a prominent anti-Semitic preacher and fundraiser for the terrorist group, Hamas.[50] In 2009, the Egyptian newspaper *Al-Masry Al-Youm* reported that Mr. Ghoneim was included on a list held by the Egyptian authorities of 90 leaders of the "International Organization of the Muslim Brotherhood."[51] And in 2014, Interpol issued a red notice for Ghoneim, after Egyptian authorities charged him with "participating with others in crimes of violence and murder" and "unlawful detention and torture."[52] Ghoneim is reported to be a close friend of Mohamed Ashmawey, the former chief executive of Islamic Relief Worldwide.[53]

Today, other IR-USA officials and employees include: Azhar Azeez, who is also the President of the Islamic Society of North America, which federal prosecutors named as an unindicted coconspirator during the 2008 Holy Land Foundation terror financing trial; Ahmed Shehata, who appears to have been among 21 Muslim Brotherhood leaders arrested in Egypt in 2009; and Hamdy Radwan, who describes the terror group Hamas – a Muslim Brotherhood affiliate – as "freedom fighters."[54] *El Watan* has also named Hamdy Radwan as a Muslim Brotherhood operative.[55]

---

[50] Joe Kaufman, "American Islamic Hamas Relief," *FrontPage Mag*, December 4, 2007. http://archive.frontpagemag.com/readArticle.aspx?ARTID=29100.
[51] Ahmed Khatib, "Supreme State Security Prosecution directed formally charged Sheikh Wagdy Ghoneim, in the case of 'international organization' Brotherhood," *Al-Masry al-Youm*, July 16, 2009. http://web.archive.org/web/20090719071507/http://www.almasry-alyoum.com/article2.aspx?ArticleID=219185.
[52] "Ghoneim, Wagdy," Interpol. http://www.interpol.int/notice/search/wanted/2014-63609.
[53] "Muslim cleric's jailing in Canada angers followers," *Toronto Star*, 11 January 1998
[54] Richard Wagner, "Friday Interview: Dr. Hamdy A. Radwan," *Carolina Journal*, January 12, 2007. https://www.carolinajournal.com/news-article/friday-interview-dr-hamdy-a-radwan/.
[55] "El Watan Exposes Brotherhood Cells in America," *El Watan*, 2013.

17

## Islamic Relief Canada

Wael Haddara is a former director of Islamic Relief USA and president of the Muslim Association of Canada.[56] He was also the director of Islamic Relief Canada from 2005 to 2011.[57] The same year Haddara resigned from Islamic Relief Canada, he travelled to Egypt and met with Essam El-Haddad. Just like Haddad, Haddara agreed to help the Muslim Brotherhood obtain power in Egypt. A few months later, in 2012, Haddara met with Morsi, and became another of the Muslim Brotherhood President's senior advisors.[58]

When Wael Haddara met with Haddad in 2011, he had travelled to Egypt with his younger brother, Yasser Haddara, who was at the time the chair of IR-USA. Two years later, in 2013, a report in *Al Arabiya* also named Yasser an "aide" to the then-President Morsi.[59] Yasser is the treasurer of Islamic Relief Canada and, like Wael, he also served as a board member of the Muslim Association of Canada (MAC). According to the *Toronto Sun*, "MAC has expressed open support for Hamas' ideological forebears, the Muslim Brotherhood, which Egypt considers a terrorist organization. Older versions of MAC's website list the Muslim Brotherhood's founder, Imam Hassan al-Banna, as a major influence."[60]

Back in 2000 and 2002, Wael Haddara had served as a Director of IRFAN-Canada, which the Canadian government later shut down after finding that it "transferred approximately $14.6-million worth of resources to various organizations associated with Hamas," a designated terrorist

---

[56] "Board of Directors," Islamic Relief USA. http://web.archive.org/web/20120104174326/http://www.irusa.org/board/
[57] "Directors/trustees and like officials — ISLAMIC RELIEF - IR CANADA," Canada Revenue Agency. http://goo.gl/D077J4
[58] Jennifer O'Brien, "London doctor Wael Haddara worked as advisor to deposed Egyptian President Mohamed Mursi," *London Free Press*, September 13, 2013. http://www.lfpress.com/2013/09/13/dr-wael-haddara-lives-two-extraordinary-lives---one-in-london-the-other-in-his-native-egypt
[59] "Mursi barred from travel, his advisor says 'military coup underway,'" *Al Arabiya*, July 3, 2013. https://english.alarabiya.net/en/News/middle-east/2013/07/03/-Military-coup-underway-in-Egypt-Mursi-banned-from-travel.html
[60] Brian Daly and QMI Agency, "Canadian Muslim group funneled $300K to Hamas-linked charity: Documents," *The Toronto Sun*, January 28, 2015. http://www.torontosun.com/2015/01/28/canadian-muslim-group-funnelled-300k-to-hamas-linked-charity-documents

18

organization under Canadian law.[61] Canadian law enforcement further revealed that MAC, on which both the Haddara brothers served as directors, provided $296,514 between 2001 and 2010 to IRFAN-Canada.

Islamic Relief Canada's other staff and directors show open admiration for the Muslim Brotherhood. Dr. El Tantawy Attia, for instance, is also the director of the Masjid Toronto, at which the Muslim Association of Canada is based. The *National Post* reports that at these institutions, Attia has unabashedly stated, "Here, we follow the teachings of the Muslim Brotherhood."[62] Attia's Facebook page is adorned with posters urging the release of Khaled Al-Qazzaz,[63] who was previously the "foreign relations secretary" for Egypt's now-deposed Muslim Brotherhood President, Mohamed Morsi.[64]

The Twitter account belonging to the current Islamic Relief Canada CEO, Zaid Al Rawni, defends Egypt's now-deposed Muslim Brotherhood government and promotes senior Muslim Brotherhood figures in Egypt.[65]

---

[61] Brian Daly and QMI Agency, "Canadian Muslim group funneled $300K to Hamas-linked charity: Documents," The Toronto Sun, January 28, 2015. http://www.torontosun.com/2015/01/28/canadian-muslim-group-funnelled-300k-to-hamas-linked-charity-documents.
[62] Jessica Hume, "Cancelled debate highlights tension among Canadian Muslims," *The National Post*, February 7, 2011. http://news.nationalpost.com/holy-post/cancelled-debate-highlights-tension-among-canadian-muslims
[63] Attia's Facebook page. https://www.facebook.com/eltantawy.attia.
[64] David D. Kirkpatrick, "Egyptian Authorities Release a Morsi Adviser," *The New York Times*, January 11, 2015. http://www.nytimes.com/2015/01/12/world/middleeast/egypt-releases-morsi-adviser.html?_r=1.
[65] Zaid Al-Rawni, Twitter Account, https://twitter.com/Zaidalrawni

19

## Islamic Relief Germany

One of the Islamic Relief Germany's officials is Ibrahim El-Zayat, whom Hartwig Möller, a German security services official, has described as a "spider in the web of Islamist organizations."[66] Although Zayat denies belonging to the Muslim Brotherhood, the Muslim Brotherhood's own website has named Zayat as one of its officials (although later claimed this was a mistake).[67] And, in 2008, an Egyptian court convicted Zayat in absentia for financing the Egyptian branch of the Muslim Brotherhood.[68] Zayat has also been a trustee of Islamic Relief Worldwide, the charity's British headquarters. Furthermore, Zayat is married to Sabiha Erbakan, the daughter of the notorious anti-Jewish ideologue, Necmettin Erbakan, who founded the Turkish Islamist movement, Milli Gorus.[69]

An investigation by *Al Ahram*, a prominent Egyptian newspaper, concluded that, "Brotherhood leaders in the UK control 13 organizations in London alone through three Egyptian leaders, Essam Al-Haddad, Ibrahim Mounir, and Ibrahim Al-Zayat."[70]

Other IR-Germany officials include Almoutaz Tayara, who is also the spokesperson for Islamische Gemeinschaft in Deutschland (Islamic Society of Germany), which is described by the German security services as "the central organization for Muslim Brotherhood supporters in Germany."[71] Tayara is also a current trustee of Islamic Relief Worldwide.

---

[66] Erick Stakelbeck, "Meeting the Muslim Brotherhood," Human Events. August 15, 2013. http://humanevents.com/2013/08/15/meeting-the-muslim-brotherhood/.

[67] IkhwanWeb, "Ibrahim El-Zayat says he is not member of the MB," IkhwanWeb. May 6, 2007. http://www.ikhwanweb.com/article.php?id=752.

[68] Lorenzo Vidino, The New Muslim Brotherhood in the West (New York, NY: Columbia University Press, 2010), pp. 153 – 158.

[69] "Antisemitism and the Turkish Islamist 'Milli Gorus' Movement: Zionists/Jews 'Bacteria,' 'Disease'," The Middle East Media Research Institute, August 29, 2007. http://www.memri.org/report/en/0/0/0/0/0/0/2356.htm

[70] "The Muslim Brotherhood in Europe," Al Ahram. http://weekly.ahram.org.eg/News/17156.aspx

[71] "Verfassungsschutzbericht 2013" ("Annual Report"), Bundesministerium des Innern. www.verfassungsschutz.de/download/vsbericht-2013.pdf

20

## Islamic Relief Sweden

In Sweden, the director of the Islamic Relief branch, Abdallah Salah, is frequently pictured brandishing Muslim Brotherhood symbols.[72] On social media, Salah has circulated conspiracy claims that wealthy Jews control the world economy, were behind the global financial crisis in 2007, "killed the US President John F. Kennedy," and "gave Hitler money to burn the Jews in order to gain palestine with the sympathy of the world."[73]

According to a recent Swedish government report into the activities of the Muslim Brotherhood, Islamic Relief is a "key organization" in providing "credibility" to the Muslim Brotherhood. The report named the Muslim Brotherhood official Haytham Rahmeh was long involved within Islamic Relief Sweden, and notes that "[Rahmeh] has been involved in supporting militias linked to the Muslim Brotherhood in the Syrian conflict, through lobbying and weapons purchases."[74] In fact, *Sveriges Radio* revealed that Rahmeh "was one of the rebels' key weapons suppliers and that he had been bringing arms into the civil war-torn country for the last 18 months."[75]

---

[72] Photo of Salah brandishing R4BIA sign. Stand for Peace. http://standforpeace.org.uk/wp-content/uploads/2015/08/Screen-Shot-2015-04-17-at-15.40.50.png
[73] Abdallah Saleh, Screenshot of Facebook Post, March 15, 2014 http://standforpeace.org.uk/wp-content/uploads/2015/08/Abdallah-Salah-Islamic-Relief-Sweden.pdf
[74] Dr. Magnus Norell, "Muslimska Brödraskapet i Sverige," Swedish Civil Contingencies Agency, December 2016. Page 11. https://www.msb.se/Upload/Kunskapsbank/Studier/Muslimska_Brodraskapet_i_Sverige_DNR_2107-1287.pdf
[75] "Swedish imam smuggles weapons to Syria," *The Local*, October 31, 2013. https://www.thelocal.se/20131031/swedish-imam-smuggling-weapons-into-syria-report

MEF000855

## Islamic Relief Australia

In the Far East and South Asia, one of Islamic Relief's best known officials is Fadlullah Wilmot, who has served in leadership roles at Islamic Relief branches in Pakistan and Afghanistan and is now a senior official at Islamic Relief Australia.[76]

In a report on "Radical Islamic Ideology in Southeast Asia", published by the United States Military Academy at West Point, the authors identify a book written by Wilmot, titled *Islamic Movement Now*, as a key Islamist text behind the growth of radical Islam in Malaysia. The authors explain that Wilmot's book "explores the rise of the call to return to Islam and make it the basis of Muslim activities, using the Muslim Brotherhood in Egypt and the Islamic Group in India as its examples."[77]

In a candid interview with the Berkley Center at Georgetown University, Wilmot admits that while living in Indonesia, he "formed a friendship with the leader of the independence struggle there … Muhammad Dawud Beureuh."[78]

Beureuh was hardly a freedom fighter. He was a leader of Darul Islam, which the Council on Foreign Relations describes as "a violent radical movement that advocated the establishment of Islamic law in Indonesia."[79] Darul Islam members have gone to form some of South East Asia's most prominent jihadist organizations. The last message left by one of the suicide bombers behind the infamous 2002

---

[76] AMUST Media, "Mover and shaker back in Australia," The Australasian Muslim Times. October 2, 2014. http://www.amust.com.au/2014/10/mover-and-shaker-back-in-australia-/; Fadlullah Wilmot, Twitter account. https://twitter.com/hfwilmot.

[77] Scott Helfstein, ed., "Radical Islamic Ideology in Southeast Asia" (2009), The Combating Terrorism Center at West Point. Columbia International Affairs Online. Page 15. https://128.59.222.61/record/17062?search=1.

[78] The Berkeley Center for Religion, Peace & World Affairs, "A Discussion with Fadlullah Wilmot, Country Director, Muslim Aid Bangladesh," Georgetown University. November 11, 2009. https://berkleycenter.georgetown.edu/interviews/a-discussion-with-fadlullah-wilmot-country-director-muslim-aid-bangladesh

[79] The Council on Foreign Relations, "Jemaah Islamiyah (a.k.a. Jemaah Islamiah)," The Council on Foreign Relations. June 19, 2009. http://www.cfr.org/indonesia/jemaah-islamiyah-k-jemaah-islamiah/p8948

MEF000856

Bali attack called upon Muslims to "shed your blood so you will not be ashamed to face Allah, you who acknowledge yourselves to be children of DI/NII [Darul Islam]."[80]

Other Islamic Relief Australia trustees include Ibrahim Zayat, the German Muslim Brotherhood leader (profiled earlier); and Heshmat Khalifa, who, although based in Britain, has also served as a director of Islamic Relief South Africa and Islamic Relief Germany. Khalifa also runs a British charity called the Bayt Ul Maqdis Foundation, which works in the Palestinian territories and appears closely connected with Raed Saleh,[81] a prominent Hamas activist who has declared that those who killed the "Martyr, Sheikh Osama Bin Laden" have "sold their consciences to Satan."[82]

---

[80] Sidney Jones, "Darul Islam's Ongoing Appeal," Tempo Magazine. International Crisis Group. August 18, 2010. https://web.archive.org/web/20160520001947/http://www.crisisgroup.org/en/regions/asia/south-east-asia/indonesia/op-eds/jones-darul-islams-ongoing-appeal.aspx
[81] "Bayt ul maqdis foundation - UK - Raed salah," YouTube, September 22, 2015. https://www.youtube.com/watch?v=Kl5o12mqcgQ
[82] Raed Salah's Islamic Movement Mourns Osama Bin Laden, Harry's Place, June 17, 2011. http://hurryupharry.org/2011/06/17/raed-salah's-islamic-movement-mourns-osama-bin-laden/

MEF000857

## Islamic Relief Palestine

In the Palestinian territories, Islamic Relief officials have been directly tied to Hamas. In 2006, Israeli police arrested Ayaz Ali, the "coordinator" for Islamic Relief in Gaza. According to the Israeli government, Ali admitted to cooperating with Hamas operatives in Jordan. Furthermore:

> "Incriminating files were found on Ali's computer, including documents that attested to the organization's ties with illegal Hamas funds abroad (in the UK and in Saudi Arabia) and in Nablus. Also found were photographs of swastikas superimposed on IDF symbols, of senior Nazi German officials, of Osama Bin Laden and Abu Musab al-Zarqawi, as well as many photographs of Hamas military activities … Ali admitted that he was aware that several of the organizations supported by the IRW in Judea, Samaria and Gaza were indeed identified with Hamas."[83]

Islamic Relief Palestine shares employees with a Hamas-linked charity named the Unlimited Friends Association (profiled in greater detail further on), which regularly hosts events financially benefitting, with money raised in America, "the families of martyrs and prisoners."[84]

---

[83] Israeli Ministry of Foreign Affairs, "British national arrested for assisting Hamas," Israeli Ministry of Foreign Affairs. May 29, 2006. http://web.archive.org/web/20130120194747/http://www.mfa.gov.il/MFA/Terrorism-+Obstacle+to+Peace/Terrorism+and+Islamic+Fundamentalism-/British+national+arrested+for+assisting+Hamas+29-May-2006.htm
[84] "'Unlimited Friends Association organise Iftar in the central Gaza Strip," *Maan News Agency*. February 9, 2009. (In Arabic) http://maannews.net/Content.aspx?id=223103

24

MEF000858

## Islamic Relief Worldwide and Islamic Relief UK

A sceptic might argue that just because major Islamic Relief branches are controlled by Muslim Brotherhood and Hamas-linked operatives, this does not mean Islamic Relief is itself a Muslim Brotherhood institution, and that perhaps Islamist activists simply find charities such as Islamic Relief easy to infiltrate.

This reasoning does not hold up, however, when we examine the finances, officials and history of the core Islamic Relief organization: Islamic Relief Worldwide.

Islamic Relief Worldwide (IRW) is the mothership for all Islamic Relief branches and operations in 40 countries across the globe. In 2014, the UK-based IRW reported a total income from the Islamic Relief franchise of £182 million.[85]

Islamic Relief was first established in 1984. By 1989, the charity had established several overseas branches. For its entire history, IRW has been managed by operatives from the global Muslim Brotherhood. Alongside the Muslim Brotherhood operatives profiled above – Essam El Haddad, Ibrahim Zayat and Almoutaz Tayara – other trustees, directors and staff of Islamic Relief UK and Islamic Relief Worldwide have included:

- **Ahmed Al-Rawi** — a director of IRW from 1992 – 2000. Rawi is the former head of the Federation of Islamic Organizations in Europe, a group described by the analyst Steven Merley as "an umbrella group that comprises the global Muslim Brotherhood in Europe."[86] Rawi also was a director of the Muslim Association of Britain, which the *Daily Telegraph* lists as the

---

85 Islamic Relief Worldwide, 2014 Annual Reports & Financial Statements (Birmingham: Islamic Relief Worldwide, 2014), Page 5
86 "U.K. Condolences Gathering Held for Faisal Mawlawi," The Global Muslim Brotherhood Daily Watch. June 2, 2011. http://www.globalmbwatch.com/2011/06/02/u-k-condolences-gathering-held-for-fesial-mawlawi/.

MEF000859

Muslim Brotherhood's "main declared British affiliate."[87]

In addition, Rawi has been a director of the European Institute for Human Sciences, a Muslim Brotherhood-run religious seminary based in Wales;[88] as well as the Europe Trust, a British charity with property assets of £8.5 million, which, the journalist Andrew Norfolk reports, "sends rental income from its properties to an unofficial network of Brotherhood-linked organisations throughout the continent."[89]

In 2004, Al-Rawi signed a declaration in support of *jihad* against British and American forces in Iraq.[90]

- **Tahir Salie** — the current chair of IRW, and a board member of Islamic Relief branches in Australia, South Africa and . Salie also serves on the Board of Governors of the International Business Forum, an annual event held in Istanbul "under the patronage of H.E. Recep Tayyip Erdogan," Turkey's Islamist president.[91] Essam El Haddad was also listed in 2012 as a member of the Board of Governors of the Forum.[92] Salie previously served as an advisor to Ebrahim Rasool, a South African politician who has praised Hamas, declaring its founder, Sheikh Ahmed

---

[87] Andrew Gilligan, "How the Muslim Brotherhood fits into a network of extremism," The Telegraph. February 8, 2015. http://www.telegraph.co.uk/news/worldnews/middleeast/11398538/How-the-Muslim-Brotherhood-fits-into-a-network-of-extremism.html

[88] Sophie Gilliat-Ray, Muslims in Britain: An Introduction (Cambridge: Cambridge University Press, 2010), Page 77.

[89] Andrew Norfolk, "The money trail: from student digs to 'mothership of Islamism,'" The Times. November 2, 2015. http://www.thetimes.co.uk/tto/news/uk/article4493452.ece

[90] Nicholas Rufford and Abul Taher, "British Muslim says troops are fair target," The Sunday Times, October 31, 2004. http://www.thesundaytimes.co.uk/sto/news/uk_news/article127432.ece

[91] "14th MUSIAD International Fair and the 16th International Business Forum," Oxford Business Group, October 11, 2012. http://www.oxfordbusinessgroup.com/event/14th-musiad-international-fair-and-16th-international-business-forum

[92] "ESSAM EL HADDAD, President assistant for foreign relations and external cooperation Bio," Facebook Page: Office of Assistant to President of Egypt on Foreign Relations - Official, December 11, 2012. https://www.facebook.com/Foreign.Relations.President.Asst.Egy/photos/a.522553531102409.121628.522537587770670/522553534435742/

MEF000860

Yassin, as an "inspiration."[93] Rasool has spoken at fundraising events hosted by Islamic Relief South Africa.[94]

- **Mohamed Ashmawey** — until 2015, the chief executive of IRW and a board member of the Disasters Emergency Committee. Ashmawey has also served on the board of the American charity Mercy International, a Muslim Brotherhood institution that was formerly known as Human Concern.[95]

Mercy International was originally established to support jihad efforts against the Soviets in Afghanistan. Its Pakistan branch was headed by the Osama bin Laden associate and al-Qaeda financier Ahmed Khadr. In 2001, federal prosecutors revealed Mercy International's involvement in the 1998 U.S. embassy bombings in Kenya. Telephone records showed that Osama bin Laden's satellite phone had been in contact with the charity's officials.[96]

Ashmawey was also a director of the Islamic Society of North America, which was identified by federal prosecutors, during the Holy Land Foundation terror financing trial, as a key component of the U.S. Muslim Brotherhood.[97]

From 1993-1998, Ashmawey was president of the Muslim Arab Youth Association. In 1995, under Ashmawey's watch, the Association invited the Hamas military leader, Sheikh

---

[93] "Why appeasement doesn't work," Guide to the Perplexed, May 17, 2007.
http://guidetotheperplexed.blogspot.com/2007/05/17-may-2007-why-appeasement-doesnt-work.html See also: Ebrahim Rasool with Tahir Salie, Instagram, 2015. https://www.instagram.com/p/4up5GAtPBv/
[94] "Annual Report 2015," Islamic Relief South Africa, 2015. http://www.islamic-relief.org.za/download/7956/
[95] Mercy International (Human Concern), "An Explanatory Memorandum: On the General Strategic Goal for the Group in North America." May 22, 1991. The Investigative Project on Terrorism.
http://www.investigativeproject.org/documents/misc/20.pdf.
[96] Benjamin Weiser, "Prosecutors Portray the Strands Of a Bin Laden Web of Terror," New York Times, January 23, 2003.
http://www.nytimes.com/2000/01/23/world/prosecutors-portray-the-strands-of-a-bin-laden-web-of-terror.html?pagewanted=all&_r=0
[97] "Shura Council Report on the future of the Group," Investigative Project, accessed on 5/10/16:
http://www.investigativeproject.org/document/ 21-shura-council-report-on-the-future-of-the-group

27

Muhammad Siyam, to address its conference. Siyam told the crowd: "Finish off the Israelis. Kill them all. Exterminate them. No peace ever."[98]

While President of the Association, Ashmawey also expressed support for Egyptian cleric and Hamas financier Wagdy Abd el-Hamied Mohamed Ghoneim, and, reportedly, Ashmawey even let Ghoneim stay at his house.[99] The British Home Office describes Ghoneim as someone who is "considered to be engaging in unacceptable behaviour by seeking to foment, justify or glory terrorist violence in furtherance of particular beliefs and to provoke others to commit terrorist acts."[100]  In 1998, Ghoneim chanted in front of an audience in New York: "No to the Jews, Descendants of the Apes. …"[101]

In 2004, U.S. lawmakers included Ashmawey's Muslim Arab Youth Association on a list of organizations that, "finance terrorism and perpetuate violence."[102]

- **Hani El-Banna** — the co-founder of Islamic Relief. El-Banna also established the Humanitarian Forum and the Muslim Charities Forum, an umbrella group of Muslim Brotherhood charities. El-Banna was previously a trustee of Muslim Aid, a London-based charity that was a "partner organization" of the Al-Salah Islamic Association, which the U.S. government has designated as a terrorist entity.

In an interview with Emel magazine, El Banna expressed his admiration for Muslim

---

[98] David Firestone, "The Money Trail: F.B.I. Traces Hamas's Plan to Finance Attacks to '93," The New York Times. December 6, 2001. http://www.nytimes.com/2001/12/06/international/middleeast/06HOLY.html.
[99] "Muslim cleric's jailing in Canada angers followers," Toronto Star, January 11, 1998
[100] "Who is on UK 'least wanted' list?" BBC News. May 5, 2009. http://news.bbc.co.uk/2/hi/uk/8033319.stm.
[101] "Ghoneim: No to the Jews," Investigative Project, May 24, 1998. http://www.investigativeproject.org/567/ghoneim-no-to-the-jews#
[102] Charles E. Grassley, et al., Letter to IRS Commissioner Mark Everson (December 22, 2003). Chuck Grassley, United Senator for Iowa. http://www.grassley.senate.gov/sites/default/files/p04r01-14.pdf.

28

Brotherhood ideologues Hassan al-Banna (whom he claims is no relation) and Sayed Qutb.[103] Qutb wrote a tract titled "Our Struggle with the Jews," which is described by the New York Review of Books to be "as extreme as Hitler's."[104]

- **Issam Al-Bashir** — a director of IRW from 1992-2001. Bashir is a prominent member of the European Council for Fatwa and Research,[105] a body of Muslim Brotherhood clerics led by Muslim Brotherhood spiritual leader Yusuf Qaradawi, who has advocated killing Jews and homosexuals.[106]

  Bashir previously served as the Minister of Guidance and Religious Endowments in the Sudanese regime.[107] In June 2015, he addressed a banquet sponsored by the Sudanese dictator, Omar Bashir (no relation), whom the International Criminal Court has indicted for conducting a campaign of mass killings and rape against the inhabitants of Darfur.[108]

- **Adnan Saif** — a current trustee of IRW. Saif was previously the head teacher of the Scientific Institute in Birmingham, which, according to Yemeni writer Nu'man Abd al-Wahid, was one of a large number of Yemeni institutions designed to instill Islamist values.[109]

---

[103] Mahmoud al-Rashid, "Taking a smile to the world," interview with Hani El-Banna. Emel. Issue 5, May — June 2004. http://www.emel.com/article?id=&a_id=1568

[104] Richard Cohen, "The Economist's unforgivable silence on Sayyid Qutb's anti-Semitism," The Washington Post. August 10, 2010. http://www.washingtonpost.com/wp-dyn/content/article/2010/08/09/AR2010080904866.html?utm_term=.e42bbb566edf.

[105] European Council for Fatwa and Research, June 27, 2006. https://web.archive.org/web/20131113183224/http://www.e-cfr.org/ar/index.php?ArticleID=245

[106] "Qaradawi Video Compilation", Global Muslim Brotherhood Daily Watch, March 20, 2010. http://www.globalmbwatch.com/2010/03/20/recommended-viewing-qaradawi-video-compilation/

[107] "Interview with Head of the Muslim Brotherhood in Sudan Nour al-Dayem," Ikhwanweb, July 20, 2008. http://www.ikhwanweb.com/article.php?id=17403

[108] "Sudanese Muslim Brotherhood Figure Issam El-Bashir Addresses Ramadan Banquet Attended By Sudanese President; Omar Al-Bashir Wanted by ICC for War Crimes," The Global Muslim Brotherhood Daily Watch. August 2, 2015. http://www.globalmbwatch.com/2015/08/02/sudanese-muslim-brotherhood-figure-issam-el-bashir-addresses-ramadan-banquet-attended-by-sudanese-president-omar-al-bashir-wanted-by-icc-for-war-crimes/

[109] "Yemen's ruling gangsters and the Birmingham connection," Yam-Yam Yemeni Productions (blog), January 31, 2010. http://yamyam-yemeni.blogspot.co.uk/2010/01/yemens-ruling-gangsters-and-birmingham.html

29

Saif also runs the Muath Trust, a British charity that works closely with the Muslim Association of Britain, the public face of the Muslim Brotherhood in Britain. In 2012, the Muath Trust hosted an event in support of the Muslim Brotherhood Presidential candidate, Mohammed Morsi, who addressed the audience remotely. Several prominent Muslim Brotherhood leaders also attended.[110]

- **Abdul Wahab Noorwali** — a former trustee of IRW and a current trustee of the Humanitarian Forum, an Islamist umbrella body established by the Islamic Relief founder, Hani el-Banna. Noorwali is also a trustee of the World Assembly of Muslim Youth (WAMY), a Saudi youth organization founded by the Muslim Brotherhood leader, Kemal Helbawi. Several governments, including the U.S. and India, have accused WAMY of financing terrorism. In 2003, the Hamas leader Sheikh Ahmed Yassin thanked WAMY for their financial support.[111]

Noorwali was responsible for distributing WAMY publications, which would likely have included its many tracts against Shi'ites and Jews.[112] WAMY's booklet, "The Difference Between The Shiites and the Majority of Muslim Scholars" claims that Jews conspired to create division within Islam, and planted the "Jewish ideas" which became Shia Islam.[113] Other WAMY publications include "Animosity Toward the Jews," which lists reasons for Muslims to hate Jews, including, "The Jews are humanity's enemies: they foment immorality in this

---

[110] "Q&A with Dr Morsy on 4 June," Midlands Egyptian Society, June 7, 2012. http://www.egyptiansociety.org.uk/qa-with-dr-morsy-on-4-june/
[111] Don van Natta, Jr. and Timothy L. O'Brien, "Flow of Saudis' Cash to Hamas is Scrutinized," The New York Times. September 17, 2003. http://www.nytimes.com/2003/09/17/world/flow-of-saudis-cash-to-hamas-is-scrutinized.html?pagewanted=all&src=pm.
[112] Info-Prod Research, "SAUDI ARABIA: WAMY books on Islamic Issues Get Global Distribution," HighBeam Research. February 25, 2004. https://www.highbeam.com/doc/1G1-113604994.html.
[113] Foundation for Defense of Democracies, "Saudis Spread Hate in U.S.," FrontPageMagazine.com, September 16, 2002. http://archive.frontpagemag.com/readArticle.aspx?ARTID=22564

30

world."[114]

- **Osama Saeed** — a former media spokesperson for IRW and a representative of the Muslim Association of Britain, the main British branch of the Muslim Brotherhood. Saeed also ran the Scottish Islamic Foundation, a Muslim Brotherhood institution which, in 2008, arranged for senior Scottish politicians to meet with the Hamas commander Mohammed Sawalha and prominent Muslim Brotherhood leaders.[115]

- **Yasmin Hussein** — IRW's former Director of Communications, who now works at Amnesty International. In 2012, *The Times* reported that Hussein was staying at the home of Adly al-Qazzaz, an official of Egypt's Muslim Brotherhood government, who was accused by a teachers' union of enforcing Muslim Brotherhood ideology into the Egyptian education system.[116]

  Hussein is also a director of the Claremont Trust, a Qatari-funded organization that, in 2013, state security investigators of the United Arab Emirates listed as part of a web of Islamist organizations that supported the Emirati Muslim Brotherhood.[117]

- **Fadi Itani** — a current director of IRW, is the former Executive Director of the Muslim Welfare House, a prominent Muslim Brotherhood institution founded by Kamal Helbawy, an outspoken supporter of Bin Laden and who once said, "[The Palestinian cause] is an absolute clash of civilisations: a satanic program led by the Jews and those who support them and a divine

---

[114] Jerry Markon, "U.S. Raids N.Va. Office of Saudi-Based Charity," The Washington Post. June 2, 2004. http://www.washingtonpost.com/wp-dyn/articles/A7918-2004Jun1.html.
[115] "QUILLIAM ALERT: Scottish National Party to Endorse Islamist Candidate," Quilliam Foundation, April 17, 2009. http://www.quilliamfoundation.org/press/quilliam-alert-scottish-national-party-to-endorse-islamist-candidate/.
[116] Andrew Norfolk, "A shadowy web traced back to Bradford," The Times. August 17, 2015. http://www.thetimes.co.uk/tto/news/uk/article4529245.ece.
[117] Ibid.

31

program carried by Hamas and the Islamic Movement in particular and the Islamic peoples in general."[118]

In 2013, the Egyptian newspaper *Al-Masry al-Youm* reported that Ibrahim Munir, the secretary-general of the International Organization of the Muslim Brotherhood, was providing funds to the Egyptian Muslim Brotherhood through the Muslim Welfare House – but under the guise of fundraising for Palestinians in Gaza.[119]

Fadi Itani refers to Israelis as Nazis,[120] and deems Israel's conflict with Hamas in Gaza as a second "Holocaust".[121]

Despite these connections to the Muslim Brotherhood and other extremist causes, however, Islamic Relief continues to be the partner of choice for the United Nations, Western governments and other aid organizations all across the globe.

---

[118] John Ware, "Time to Wise Up to the Muslim Brotherhood," Standpoint. July — August 2013 Issue. http://standpointmag.co.uk/node/5082/full.
[119] "Egyptian Newspaper Provides Details On Alleged Muslim Brotherhood Money-Laundering Ring," Global Muslim Brotherhood Daily Watch, May 2, 2010. http://www.globalmbwatch.com/2010/05/02/exclusive-egyptian-newspaper-provides-details-on-alleged-muslim-brotherhood-money-laundering-ring/
[120] Fadi Itani, Twitter post. July 22, 2014. 1:55 A.M. https://twitter.com/Itanifadi/status/491506798520958976
[121] Itani, Twitter post. July 20, 2014. 12:56 P.M. https://twitter.com/Itanifadi/status/490948288297074688

32

# Governmental Support

In 2015-16, the U.S. government awarded Islamic Relief two grants totaling $370,000. This money came from the U.S. Department of Health and Human Services and the U.S. Agency for International Development.[122] Islamic Relief USA (IR-USA) has also been appointed by the United Nations to provide "emergency humanitarian assistance to Palestinian refugees in the Gaza Strip, worth $6 million."[123]

The British government has provided over £3 million of funding to Islamic Relief since 2013. It was further due to match £5 million of donations to Islamic Relief until 2016.[124] In 2009, the British Foreign Office sponsored IRW's 25th Gala dinner.

Islamic Relief is also a member of the Disasters Emergency Committee (DEC), a British organization that serves as a fundraising and coordinating body for the 13 charities that comprise its membership. Although DEC is made up of private charities, £12 million of its last three appeals has been contributed by the British taxpayer.[125] In 2014, the Jewish Chronicle apologized after publishing a DEC advert seeking donations for charitable work in Gaza, which would include that of Islamic Relief.[126]

Between 2007 and 2015, the European Union gave Islamic Relief almost €30 million (over $31

---

[122] USA Spending, "Recipient Profile: Islamic Relief Worldwide," USA Spending.
https://www.usaspending.gov/transparency/Pages/RecipientProfile.aspx?DUNSNumber=503454431&FiscalYear=2016
[123] "Islamic Relief Supports UNRWA," Islamic Relief Worldwide. http://irusa.org/unrwa-org-islamic-relief-usa-supports-unrwa/
[124] UK Aid Match Programme 203559 – List of Successful applicants, British Government website, March 3, 2016
https://assets.publishing.service.gov.uk/media/54f480e1ed915d137700000a/successful-applicants-March2016.pdf
[125] DEC Annual Reports, Disasters Emergency Committee. http://www.dec.org.uk/article/annual-reports
[126] "Jewish Chronicle apologises after running Gaza appeal advert," *BBC News*. August 14, 2014.
http://www.bbc.com/news/uk-28812983.

33

million).[127] Since 2011, the German government has given Islamic Relief over €6 million.[128] In 2012, Spanish government gave €243,942, and the Swiss government gave €52,942.[129] That same year, Islamic Relief Canada received $1.5 million from the Canadian government.[130] In Sweden, the Swedish International Development Cooperation Agency (SIDA), which is run by the Foreign Ministry, is a generous supporter of Islamic Relief. In 2014, SIDA handed Islamic Relief over $6.8 million.[131] And between 2008 and 2014, SIDA had also funded an Islamic Relief project named "Cash for Work," to the tune of $3.69 million. As part of this project, jobs were funded in Gaza, including at the Islamic University of Gaza, a key Hamas institution established by the Hamas spiritual leader, Sheikh Ahmed Yassin.

No list of Islamic Relief's partners in Gaza, or other terrorist-controlled areas, is publicly available, either from Islamic Relief or the governments that fund it.

When the British government was asked about Islamic Relief's activities, a spokesperson for the Department for International Development stated: "Funding provided to Islamic Relief is subject to rigorous pre-grant due diligence checks which includes scrutiny of the systems they have in place to screen third parties. We have strict auditing and monitoring controls in place to ensure all funding is used as it should be."[132] With which organizations, then, is the Islamic Relief franchise financially involved?

---

[127] Mike Nattrass, "Question for written answer to the Commission Rule 117," European Parliament, October 25, 2012. Last updated December 11, 2012. http://www.europarl.europa.eu/sides/getDoc.do?pubRef=-//EP//TEXT+WQ+E-2012-009763+0+DOC+XML+V0//EN&language=en.
[128] "Federal Court of Auditors investigates millions of funding for Islamic Relief," Rundfunk Berlin-Brandenburg. January 25, 2017. http://www.rbb-online.de/politik/beitrag/2017/01/bundesrechnungshof-prueft-foerderung-von-islamic-relief-.html
[129] "EU Funding for Hamas Terror via Islamic Relief Worldwide? The Burden of Proof is on Europe," NGO Monitor. August 8, 2014. http://www.ngo-monitor.org/reports/eu_funding_for_hamas_terror_via_islamic_relief_worldwide_the_burden_of_proof_is_on_europe/.
[130] Foreign Affairs, Trade, and Development Canada, "Islamic Relief Canada — Development," Foreign Affairs, Trade, and Development Canada. Last updated August 29, 2014. https://archive.is/uikNX
[131] Tobias Petersson, "Is there a connection between Swedish aid and Hamas institutions?" The Jerusalem Post. April 27, 2015. http://new.jpost.com/printarticle.aspx?id=399374.
[132] George McLaughlin, Department for International Development (DFID), Response to Media Inquiry, September 4, 2015

34

MEF000868

# Terror Finance

Both Israel and the United Arab Emirates have designated Islamic Relief as a terror financing organization.[133] In 2005, Russian authorities accused Islamic Relief of supporting terrorism in Chechnya.[134] And in 2012, the Swiss banking giant UBS closed down Islamic Relief's accounts and "blocked donations coming from its customers to the charity," reportedly over terror financing fears.[135] In 2016, HSBC did the same.[136]

In 2016, according to one government source, federal investigators at the FBI and IRS prepared a criminal case against Islamic Relief USA. It was presented to the Department of Justice, which allegedly declined to prosecute. At the moment, we do know for certain why this happened. But terror finance is one explanation.

Some of Islamic Relief's known financial partners are of particular concern. In the Gaza Strip, Islamic Relief has long supported the Hamas-linked Islamic University of Gaza.[137] During fighting with Israel in 2008, rockets and explosives fired at Israeli civilians were produced by Hamas at the university.[138] One of Hamas's most senior leaders, Sheikh Ahmed Yassin, founded the university in 1978,[139] and sixteen

---

[133] Ya'akov Levi, "Crackdown on Hamas: Israel Bans 'Islamic Relief' Charity for Funding Hamas," Israel National News. June 19, 2014. http://www.israelnationalnews.com/News/News.aspx/181938; "UAE Cabinet approves list of designated terrorist organisations, groups," *UAE News Agency*. November 15, 2014. https://www.wam.ae/en/news/emirates-international/1395272478814.html.
[134] Ed Vulliamy, "Russia accuses Birmingham charity of aiding terror," The Guardian. October 13, 2005. https://www.theguardian.com/uk/2005/oct/14/russia.terrorism.
[135] Niki May Young, "Banking sector nerves blocking international relief, says Islamic Relief FD," *Civil Society Finance*. November 8, 2012. http://www.civilsociety.co.uk/finance/news/content/13757/banking_sector_nerves_blocking_international_relief_says_islamic_relief_finance_director.
[136] Shafik Mandhai, "HSBC bank cuts off services to Muslim charity," Al Jazeera. January 4, 2016. http://www.aljazeera.com/news/2016/01/hsbc-bank-cuts-services-islamic-relief-charity-160104152429151.html
[137] "A Delegation from Islamic Relief –Britain Visits IUG," Islamic University of Gaza website. https://web.archive.org/web/20130718161115/http://www.iugaza.edu.ps:80/en/Media/News.aspx?NewsId=10428
[138] Ya'akov Katz, "IAF bombs Islamic University's R&D labs," The Jerusalem Post. December 29, 2008. http://www.jpost.com/printarticle.aspx?id=126843.
[139] Matthew Kalman, "Israeli Airstrikes in Gaza Destroy 2 University Buildings," The Chronicle of Higher Education. December 29, 2008. http://www.chronicle.com/article/Israeli-Airstrikes-in-Gaza/42164.

MEF000869

of the university's lecturers and teachers are elected Hamas members of the Palestinian legislature.[140]

Islamic Relief also has a close relationship with the Gaza-based Al Falah Benevolent Society. In February 2015, Islamic Relief UK, using Swedish monies, funded a project run by Al Falah to provide aid to "displaced families."[141] The Al Falah Benevolent Society is described by the Meir Amit Intelligence and Terrorism Information Centre as one of "Hamas's charitable societies."[142] It is run by Ramadan Tamboura, whom the newspaper *Ha'aretz* describes as a "well-known Hamas figure."[143] In addition, one of Al-Falah's Directors, Jamal Hamdi al-Haddad, manages a Hamas-run Hebrew-language education programs, titled "Know Your Enemy."[144]

In previous years, Islamic Relief has sponsored the Palestine Festival for Children and Education,[145] an annual event in Gaza notorious for its depictions of violence against Jews and support for terrorism.[146] The most recent festival, in 2016, was funded by Interpal, a British charity which, in 2003, the United States government classified as a "Specially Designated Global Terrorist."[147] Islamic Relief and Interpal

---

[140] "School linked to Hamas gets U.S. cash," *The Washington Times*. March 4, 2007.
http://www.washingtontimes.com/news/2007/mar/4/20070304-114147-5932r/
[141] "Funded by Islamic Relief UK and implemented by Al Falah and Islamic Relief Palestine - Emergency aid to displaced families in the Gaza Strip," Al Falah Benevolent Society, February 16, 2015. http://alfalahpal.com/2015/02/الإعانة-من-بتمويل-بر-مكتب-الإسلامية/
[142] "Society and politics in the Gaza Strip" Intelligence and Terrorism Information Center. November 4, 2008. http://www.terrorism-info.org.il/data/pdf/PDF_08_265_2.pdf
[143] Mark MacKinnon, "The married widows of Gaza," The Globe and Mail. September 19, 2006. Last updated March 17, 2009. http://www.theglobeandmail.com/news/world/the-married-widows-of-gaza/article968976/; Avi Issacharoff, "Hamas may not be moderate, but it's cracking down on extremism," The American Task Force for Palestine. December 4, 2009. Originally published in Ha'Aretz, December 3, 2009.
http://www.americantaskforce.org/daily_news_article/2009/12/04/1259902800_12
[144] Judi Rudoren, "Hamas-Run Schools Set Out to Teach 'the Language of the Enemy,'" *The International New York Times*. May 22, 2012. http://www.nytimes.com/2012/05/23/world/middleeast/hamas-run-schools-in-gaza-set-out-to-teach-hebrew.html
[145] Mohammed Zaanoun, "Palestine Festival for Children and Education," Flickr. April 7, 2013. https://www.flickr.com/photos/39836351@N06/sets/72157633189556455
[146] Jake Wallis Simmons, "EXCLUSIVE: Sickening footage of Palestinian children pretending to stab Jews exposes 'festival of hate' funded by Jeremy Corbyn's pet charity as Labour anti-Semitism row deepens," *The Daily Mail*. April 28, 2016. http://www.dailymail.co.uk/news/article-3561337/As-Labour-anti-Semitism-row-deepens-revealed-Jeremy-Corbyn-s-pet-charity-funded-Palestinian-festival-hate-children-dressed-terrorists-acted-murdering-Jews.html
[147] "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," U.S. Department of the Treasury, August 22, 2003. https://www.treasury.gov/press-center/press-releases/Pages/js672.aspx.

MEF000870

work together on occasion.[148] Both charities were originally listed as members of the Union of Good, a charitable fundraising umbrella established by Hamas to raise money for terrorist activities. Islamic Relief denies involvement with the coalition and has since claimed that their logo was "used on a Union of Good website, without our involvement or consent, to try to establish the initiative's credibility."[149]

Today, IR-USA continues to fund projects in Gaza managed by the Gaza-based Unlimited Friends Association for Social Development (UFA), a charity which works closely with senior Hamas officials. In March 2015, UFA hosted a public meeting with Mohamed Abu-Shkian, a senior Hamas official and the Mayor of Nuseirat, at which they discussed "joint cooperation to implement projects that serve the various categories of the Palestinian community."[150] Abu-Shkian, whom Hamas media have nicknamed "Mohammed the Conqueror," is a vocal supporter of the "mujahedeen" against Israel,[151] speaks at the graduation ceremonies of Hamas terror training programs,[152] and addresses crowds at ceremonies commemorating Hamas terrorists.[153]

UFA openly advertises projects funded by U.S. charities in prominent Hamas literature.[154] And the UFA website boasts a certificate of support from the Ummah University, an institution in Gaza directly

---

[148] Islamic Human Rights Commission, "Interpal Seminar: Humanitarian Values, Accountability and Transparency: the Palestinian Case," Islamic Human Rights Commission. May 11, 2007. http://www.ihrc.org.uk/events/5546-In

[149] Tayeb Abdoun, "Islamic Relief: A humanitarian organization dedicated to saving lives," The Washington Times, January 28, 2016. http://www.washingtontimes.com/news/2016/jan/28/tayeb-abdoun-islamic-relief-humanitarian-organizat/?page%3Dall

[150] Unlimited Friends Association for Social Development's Facebook page, March 25, 2015. https://www.facebook.com/ufa2003.org/posts/656689187791161

[151] Maan News Agency, "Municipality workers honor Nuseirat refugees," Maan News Agency. December 15, 2012. http://maannews.net/Content.aspx?id=548051

[152] "Graduation Ceremony for Police Officers" Ministry of the Interior of the Palestinian National Authority News. May 4, 2013. http://www.moi.gov.ps/news/38513/

[153] Nuseirat Refugees Now's Facebook page. Photo. Uploaded April 3, 2015. https://www.facebook.com/permalink.php?id=637542276282334&story_fbid=818444164858810.

[154] Felesteen Newspaper, January 3, 2015. Page 7. http://felesteen.ps/nd/releases////2015/012015/03/pdf/07.pdf?d=1420236079

37

controlled by Hamas's interior ministry.[155]

UFA officials boast that they give out cash to the "families of martyrs of the Palestinian people," and have published photos UFA officials distributing checks to wives and children.[156] These cash hand-outs are part of an "Orphan Sponsorship Program." In videos published by the UFA, the charity defines orphans as those who have lost their fathers (not their mother), some of whom, the charity claims, were killed resisting "the ongoing slaughter against the Palestinian people."[157] It would appear that the beneficiaries of UFA money are the children of Hamas terrorists.

Just like Hamas, the Islamic Relief-supported UFA is not shy about its hatred of Jews. In a post published on one of the charity's social media pages, UFA officials have written: "We ask God to drive away the anguish of the heroic prisoners in the Nazi Zionist jails and to free Al-Aqsa Al-Sharif (the Noble Al-Aqsa) from the filth of the most dirty Jews."[158]

Islamic Relief does not publicize its partnerships with these Hamas-linked charities, which are only detailed on the Gaza charities' Arabic websites.[159]

---

[155] Certificate of Support from Ummah University for UFA.
http://web.archive.org/web/20140313233812/http://ufa2003.org/en/files/general/(1).jpg; "Operation Cast Lead — Update No. 3," Intelligence and Terrorism Information Center, December 30, 2008. http://www.terrorism-info.org.il/data/pdf/PDF_08_333_2.pdf
[156] Unlimited Friends Association for Social Development's Facebook page, March 25, 2015.
https://www.facebook.com/ufa2003.org/timeline/story?ut=43&wstart=1420099200&wend=1451635199&hash=-1096139513708024478&pagefilter=3
[157] "Funding for Orphans provided by Baitulmaal, and Implemented by the Unlimited Friends Asociation," YouTube, December 25, 2013 https://www.youtube.com/watch?v=_mgOlxd6mVo
[158] Unlimited Friends Association for Social Development's Facebook page. Photo. January 4, 2015.
https://www.facebook.com/ufa2003.12/photos/pb.1579867135567655.-2207520000.1454693065./1597665343787834/?type=3&theater.
[159] "Funded by Islamic Relief — Britain and the implementation of the Palestine Office in cooperation with the Office of the al-Falah Charitable Society continues to provide emergency aid to displaced families in the Gaza Strip," Al-Falah. February 16, 2015. (In Arabic) http://alfalahpal.com/2015/02/مكتب-الإسلامية-الإغاثة-من-بتمويل/.

38

Where Islamic Relief does acknowledge its partners, the facts are not much better. In 2004, 2007, 2009, IRW accounts revealed donations of tens of thousands of pounds from the Charitable Society for Social Welfare [CSSW],[160] a charity founded by the Al Qaeda terrorist and "Bin Laden loyalist" Abdul Majeed Al-Zindani. According to the Washington Post, "U.S. and U.N. authorities accuse Zindani of recruiting for al-Qaeda camps and raising money for weapons for terrorist groups."[161]

The Washington Post further reports that the late Al Qaeda leader, Anwar Al-Awlaki:

> "…served as vice president of the now-defunct Charitable Society for Social Welfare Inc., the U.S. branch of a Yemeni charity founded by Zindani. Three years ago, federal prosecutors in a New York terrorism-financing case described the charity as 'a front organization' that was 'used to support al-Qaeda and Osama bin Laden.'"[162]

In 2008, 2009 and 2010, IRW's accounts also revealed transfers of funds from the Yemeni Al-Eslah organization — a branch of the Muslim Brotherhood also linked to the designated "Global Terrorist" al-Zindani.[163]

---

[160] Annual Report 2009, Islamic Relief, http://www.islamic-relief.org/wp-content/uploads/2014/06/2009-Annual-Report.pdf
[161] Susan Schmidt, "Imam From Va. Mosque Now Thought to Have Aided Al-Qaeda," Washington Post, February 27, 2008. http://www.washingtonpost.com/wp-dyn/content/article/2008/02/26/AR2008022603267_pf.html
[162] Ibid.
[163] "Yemeni Muslim Brotherhood Leader Claims Patent For AIDS Cure," Global Muslim Brotherhood Daily Watch, September 27, 2012. http://www.globalmbwatch.com/2012/09/27/yemeni-muslim-brotherhood-leader-claims-he-invented-aids-cure/

39

Other publicly listed financial partners of Islamic Relief Worldwide include:[164]

- **International Islamic Charitable Organization Kuwait** – a charity closely involved with the global Muslim Brotherhood[165] and which is listed, in seized documents seen by the counter-terrorism writer Matthew Levitt, as a Hamas financier.[166]

- **Qatar Charity** – the largest charitable organization in Qatar. In 1993, Osama bin Laden named the charity as one of several groups used to fund Al Qaeda's overseas operations. In 1995, after a failed attempt by Al Qaeda operatives to assassinate President Hosni Mubarak of Egypt, Bin Laden complained that because Qatar Charitable Society funds had been used in that operation, he was concerned that Al Qaeda's abilities to use charities to fund operations might be compromised as a result.[167]

  The Qatar Charity is also accused of funding Chechen Islamists and the Bangladeshi jihadist organization, Jamatul Mujahideen Bangladesh (JMB).[168]

- **Al Eslah Society (a.k.a. Human Welfare Committee Bahrain)** – Asharq Al Awsat reports that the Al Eslah Society was founded in May 1941, "becoming the first organization to represent

---

[164]"Annual Reports," Islamic Relief Worldwide. http://www.islamic-relief.org/annual-reports/
[165] "Kuwaiti Charity Tied To Global Muslim Brotherhood To Cordinate Kuwait's Aid To Syrian Refugess", Global Muslim Brotherhood Daily Watch, January 8, 2014. http://www.globalmbwatch.com/2014/01/08/kuwaiti-charity-tied-global-muslim-brotherhood-cordinate-kuwaits-aid-syrian-refugess/
[166] Matthew Levitt, Hamas: Politics, Charity, and Terrorism in the Service of Jihad (New Haven, CT: Yale University Press, 2007). Page 145.
[167] UNITED STATES OF AMERICA v. ENAAM M. ARNAOUT, No. 02 CR 892, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION. http://fl1.findlaw.com/news.findlaw.com/hdocs/docs/bif/usarnaout10603prof.pdf
[168] "Jihad chief discloses Islamic charity donors," MoneyJihad Blog, January 19, 2012. https://moneyjihad.wordpress.com/2012/01/19/jihad-chief-discloses-islamic-charity-donors/

40

the Muslim Brotherhood ideology in the Gulf." Today, it remains one of Bahrain's leading Islamist organizations.[169]

- **Islamic Development Bank (IDB)** – from 2008 to 2014, Islamic Relief received millions of pounds from this Saudi-based bank. In 2001, the IDB transferred $538 million, raised through Saudi telethons, to support the Palestinian "resistance" and the families of suicide bombers.[170]

- **Human Appeal International** – In 1996, a CIA report claimed Human Appeal International was one of a number of Islamic charities used as conduits for funds to terrorist organizations, and tied it to the Saudi-based Muwafaq, an Al Qaeda front group.[171] The FBI, in 2003, claimed there was a "close relationship between Human Appeal International and Hamas."[172]

- **Arab Medical Union** — The Canada Revenue Agency, a governmental body, has revealed that the Arab Medical Union is a prominent supporter of Hamas, noting that "the Arab Medical Union's website contains video of Hamas founder Sheikh Ahmed Yassin, thanking that organization for its assistance."[173]

The President of the Arab Medical Union, Abdel Moneim Abouel Fotouh, is described on the Muslim Brotherhood's own website in 2007 as a "high-ranking member of the infamous Muslim Brotherhood."[174] He was reportedly forced out in 2011. In August 2016, Egypt's State Security

---

[169] "The Brotherhood in Bahrain," Asharq al-Awsat. June 22, 2013. http://english.aawsat.com/2013/06/article55306719/the-brotherhood-in-bahrain

[170] "Terror Bank Gets Observer Status at U.N.," The Hill, April 4, 2007. http://thehill.com/blogs/congress-blog/politics/28643-terror-bank-gets-observer-status-at-un

[171] Nick McKenzie, "Claim money from Aust sent to organisations linked to terrorism," *The 7.30 Report*, June 24, 2003. http://www.abc.net.au/7.30/content/2003/s887343.htm

[172] Lateline, "Concern charity channelling funds to Hamas," *Australian Broadcasting Corporation*. September 22, 2003. http://www.abc.net.au/lateline/content/2003/s951368.htm

[173] "Appendix G: International Relief Fund for the Afflicted and Needy (Canada)," Canada Revenue Agency, https://www.scribd.com/document/221397643/IRFAN-Canada-links-to-Hamas

[174] Richard Saccone, "Nurturing MB in Egypt has benefits for U.S.," IkhwanWeb, August 24, 2007. http://www.ikhwanweb.com/article.php?id=13856

MEF000875

Agency began an investigation into reports that Fotouh was working with Hezbollah and the Iranian Revolutionary Guards.[175]

- **Human Concern International** – In 1995, Osama bin Laden told an Egyptian interviewer that Human Concern was funding an Al Qaeda charitable front called Blessed Relief.[176] In 1997, the Canadian government cut funding for Human Concern, citing the group's "terrorist connections."[177]

- **World Association of Muslim Youth (WAMY)** – a Saudi youth organization founded by the Muslim Brotherhood leader, Kemal Helbawi, an outspoken supporter of Bin Laden.[178] WAMY's office in Washington D.C., in fact, was previously headed by Osama Bin Laden's nephew, Abdullah Bin Laden.[179] In 2003, the Hamas leader Sheikh Ahmed Yassin thanked WAMY for its continued financial support.[180]

[175] Madad Masr, "Egypt to investigate spying charges against Abdel Moneim Aboul Fotouh and Hamdeen Sabbahi," Mada Masr, August 16, 2016. http://www.madamasr.com/news/egypt-investigate-spying-charges-against-abdel-moneim-abouel-fotouh-and-hamdeen-sabbahi
[176] Michael Petrou, "Canada gives $2 million to group collecting for the charitable alma mater of Omar Khadr's dad," Maclean's. August 12, 2012. http://www.macleans.ca/authors/michael-petrou/canada-gives-2-million-to-the-charitable-alma-mater-of-omar-khadrs-dad/.
[177] Judith Miller, "Some Charities Suspected of Terrorist Role," *The New York Times*. February 19, 2000. http://www.nytimes.com/2000/02/19/world/some-charities-suspected-of-terrorist-role.html?pagewanted=all
[178] "Senior British Islamist Praises Osama Bin Laden", Quilliam Foundation, May 4, 2011. http://www.quilliamfoundation.org/press/senior-british-islamist-praises-osama-bin-laden/
[179] "Testimony of Matthew Epstein with Evan Kohlmann Before the House Committee on Financial Services Subcommittee on Oversight and Investigations: 'Progress Since 9/11: The Effectiveness of U.S. Anti-Terrorist Financing Efforts' (Arabian Gulf Financial Sponsorship of Al-Qaida via U.S.-Based Banks, Corporations and Charities)," The United States House Committee on Financial Services. March 11, 2003. http://financialservices.house.gov/media/pdf/031103me.pdf
[180] Van Natta, Jr. and O'Brien, "Flow of Saudis' Cash to Hamas is Scrutinized."

42

# Promoting Extremism

In April 2017, *The Times* reported that Britain's Charity Commission – the government's regulator of non-profits – had opened an investigation into the charity's decision to organize a tour with Yasir Qadhi, an extremist preacher who had previously told audiences that killing homosexuals was part of his religion.[181]

This was not an oversight of the part of Islamic Relief. Over the past decade, in fact, Islamic Relief has organized many hundreds of events with some of the most extreme Islamist preachers across the globe, who preach malevolent – and sometimes violent – homophobic, misogynistic and anti-Jewish rhetoric. Here is just a small selection of examples.

In 2009, Islamic Relief USA ran an event with Abdullah Hakim Quick,[182] an extremist preacher who has claimed that AIDS is caused by the "filthy practices" of homosexuals and that the Islamic position on homosexuality is "death".[183] Quick has also spoken of the "filth of the *Yahud* [Jews]."[184]

IR-USA also regularly runs events with Osama Abu-Irshaid,[185] who served as the editor of *Al Zaytounah*, the official newspaper of the Islamic Association of Palestine (IAP), which the U.S.

---

[181] Dominic Kennedy, "Hardline cleric is invited to UK by Islamic charity for fundraising tour," *The Times*. April 11, 2017.
[182] "Feed the Needy Fundraiser," Islamic Relief Worldwide. Poster. http://seekershub.org/blog/wp-content/uploads/2009/09/sg_ir_fundraiser_flier-1.jpg
[183] "Decision No: 2004-001 – In the Matter of the Broadcasting Act 1989 and in the Matter of a Complaint by Doug Clayton of Auckland," Broadcasting Standards Authority. February 26, 2004.
http://web.archive.org/web/20100223165323/http://www.bsa.govt.nz/decisions/2004/2004-001.htm.
[184] Lecture by Abdullah Hakim Quik. "6/6 The History of the Crusades by Sheikh Abdul Hakim Quik." YouTube video, 4:24. Uploaded May 17, 2012. https://www.youtube.com/watch?v=hlOrJu9Oqyo
[185] Islamic Relief USA's Facebook page. Photo. Uploaded August 21, 2014.
https://www.facebook.com/IslamicReliefUSA/photos/gm.1511710895712265/10152411311730208/?type=3&theater

43

MEF000877

government states is part of "Hamas' propaganda apparatus."[186] Irshaid has written that the terrorist group Hamas is "an army for liberation" whose fighters "rise up for the blood of martyrs."[187]

In 2012, IR-USA hosted a "fundraising dinner for Palestine" with Sheikh Kifah Mustapha,[188] who has been named by federal prosecutors as among the "individuals/entities who are and/or were members of the U.S. Muslim Brotherhood's Palestine Committee and/or its organizations."[189] According to the Investigative Project, in a video introduced as evidence during the Holy Land Foundation terror financing trial in 2008, Mustapha can be heard praising Hamas terrorism, chanting: "O mother, Hamas for Jihad. Over mosques' loudspeakers, with freedom. Every day it resists with stones and the dagger. Tomorrow, with God's help, it will be with a machine gun and a rifle."[190]

Mustapha is a regular speaker at Islamic Relief events,[191] where he has shared a stage with the prominent Muslim Brotherhood cleric Jamal Badawi,[192] who describes suicide bombers and Hamas terrorists as freedom fighters and "martyrs" who ought to be compared to those who fought the Nazis.[193] Badawi also supports the right of men to beat their wives.[194]

---

[186] "Profile: American Muslims for Palestine", Anti-Defamation League, 2013. http://www.adl.org/assets/pdf/israel-international/american-muslims-for-palestine-2013-03-29-v3.pdf
[187] Osama Abu-Irshaid, Facebook post. Posted December 14, 2014. https://archive.is/C8HK2.
[188] Islamic Relief USA's Facebook page. "Urbana, IL: Syrian Humanitarian Relief Fundraising Dinner." April 7, 2013. https://www.facebook.com/events/156102781219269/.
[189]"List of Unindicted Co-conspirators." Investigative Project on Terrorism.
[190] "The Mosque Foundation's Troubling Record," Investigative Project on Terrorism. http://www.investigativeproject.org/documents/misc/632.pdf
[191] Islamic Relief USA's Facebook page. "Islamic Relief USA Annual Denver Banquet." April 26, 2014. https://www.facebook.com/events/633022660101165/
[192] "1992 Directory." Government Exhibit 003-0079, 003-0034, 3:04-CR-240-G. "U.S. v. HLF, et al." The Investigative Project on Terrorism. http://www.investigativeproject.org/documents/case_docs/1083.pdf
[193] "Jamal Badawi: Enduring Link to ISNA's Radical Past," IPT News. May 8, 2012. http://www.investigativeproject.org/3569/jamal-badawi-enduring-link-to-isna-radical-past
[194] Jamal Badawi and Dr. Muzammil Siddiqi, "Wife Beating in Islamic Perspective," IslamOnline.net, April 21, 2004. http://web.archive.org/web/20060323035225/http://www.islamonline.net/servlet/Satellite?pagename=IslamOnline-English-Ask_Scholar/FatwaE/FatwaE&cid=1119503544256

44

In 2016, Islamic Relief hosted a fundraising dinner in Austin, Texas with Abdul Nasir Jangda, the "founder and director of the Qalam Institute."[195] According to detailed notes published by one of Jangda's students during his lectures, Jangda has defended the use of female sex slaves within Islam. Jangda reportedly concluded that, "Slavery in Islam … is vastly different and superior morally and spiritually to the atrocious, obscene, and vile Trans-Atlantic Slave Trade."[196] Jangda reportedly also expressed support for the killing of apostates and adulterers; claimed that a wife cannot refuse her husband sex: "The thing to understand is that the husband has his set of divinely given rights one of which is the right to have his physical desires satisfied"; and called for people who drink alcohol to be beaten: "One of the largest causes of death in the United States is drunk driving. Such policies would help curb them immensely and avoid harm to the people at large."[197]

A slideshow authored and published by the Qalam Institute, and hosted on its website, titled "The Prophetic Code," tells Muslims "do not resemble the Jews," and advises parents to "beat" their children "if they do not [pray]."[198]

Other IR-USA speakers have included Zaid Shakir,[199] who has claimed the Muslim world needs a new Caliphate to wage *jihad* and "use…weaponry against the enemies of Islam";[200] Suhaib Webb, who has claimed that animosity toward Jews is understandable,[201] and has suggested that homosexuals are cursed;[202] as well as Hatem Bazian, who has called for an "intifada in this country that changes

---

[195] "Austin, TX: Fundraising Dinner for IRUSA," eventbrite.com, October 8, 2016. https://www.eventbrite.com/e/austin-tx-fundraising-dinner-for-irusa-tickets-21520878527
[196] Saad Jamil, "Firm Ground: Foundations for Clarifying Textual Misinterpretation - Taught by Sh. Abdul Nasir Jangda", Al Maghrib Institute. https://drive.google.com/file/d/0B89y9kKMY4MxNnVnVG56aURGemM/view
[197] Ibid.
[198] Hussain Kamani, "The Prophetic Code," Qalam Institute, http://www.qalaminstitute.org/propheticcode.pdf
[199] Islamic Relief USA,. "First Annual CHANGE THE WORLD Banquet in Anaheim, CA." Facebook Post, December 1, 2012. https://www.facebook.com/events/424330367630960/
[200] Ryan Mauro, "Prominent U.S. Imam: New Caliphate Should Wage Jihad," Clarion Project, December 25, 2012. http://www.clarionproject.org/analysis/top-american-imam-called-resurrected-caliphate-wage-jihad
[201] "Boston Imam Webb spouts off about Jews," YouTube video, October 31, 2013. https://www.youtube.com/watch?v=yvk9YFvV6wM
[202] "Boston Muslim cleric's anti-gay sermons," Youtube video, April 25, 2012. https://www.youtube.com/watch?v=QaoKv1zRkjA

45

fundamentally the political dynamics," similar to the "uprising in Iraq" and the "intifada in Palestine."[203]

Islamic Relief USA appears to be particular fond of anti-gay preachers. Along with its regular hosting of Hakim Quick, who advocates the killing of homosexuals,[204] IR-USA also gives platforms to preachers such as: Abdallah Adhami, who claims that homosexuality is a result of "violent emotional or sexual abuse" and that homosexuals "pollute" others;[205] as well as Mustafa Umar,[206] who describes homosexuality as "immoral" and "sinful", claims that children who sleep in the same beds are more likely to become homosexual and encourages parents to "teach your males to be masculine. … teach [the girls] to be feminine … make them fall into their own gender."[207]

The British branches of Islamic Relief are perhaps even worse. In 2010, an Islamic Relief fundraising event included Yasir Qadhi and Haitham Al Haddad.[208] Haddad, who is considered one of the most extreme Islamic preachers in the West,[209] describes Jews as "pigs and apes," claiming that, "They are one of the armies of the devil … Indeed, the devils of mankind are perfectly represented by these Jews."[210]

---

[203] Islamic Relief USA, "Palestine Benefit Dinner in Stockton, CA," Facebook page, March 18, 2012. https://www.facebook.com/events/841924295886777/; "Movies of the April 10, 2004 Rally in San Francisco," Zombietime. http://zombietime.com/sf_rally_april_10_2004/movies/.

[204] "Decision No: 2004-001 – In the Matter of the Broadcasting Act 1989 and in the Matter of a Complaint by Doug Clayton of Auckland," Broadcasting Standards Authority

[205] "Ground Zero mosque imam Abdallah Adhami says homosexuality the result of 'violent emotional abuse,'" *The Telegraph*. January 31, 2011. http://www.telegraph.co.uk/news/worldnews/northamerica/usa/8292283/Ground-Zero-mosque-imam-Abdallah-Adhami-says-homosexuality-the-result-of-violent-emotional-abuse.html.

[206] Islamic Relief USA's Facebook page. "Fundraising Iftar for Syria." July 14, 2013. https://www.facebook.com/events/668074436542616/

[207] Lecture by Mustafah Umar at the Islamic Institute of Orange County Masjid Omar al-Farouk, Anaheim, California. "Islam and Homosexuality: Drawing the Lines – Mustafa Umar." September 6, 2013. YouTube video, 31:52. September 29, 2013. https://www.youtube.com/watch?v=qOcJFbNKlks

[208] Islamic Relief UK, "Fundraising Dinner for Pakistan," Facebook post, September 24, 2010. http://standforpeace.org.uk/wp-content/uploads/2016/07/haddad-islamic-relief.jpg

[209] Kashmira Gander, "Thousands sign petition to stop anti-gay scholar Haitham Al-Haddad from speaking day before National Student Pride festival," The Independent. February 25, 2015. http://www.independent.co.uk/student/news/thousands-sign-petition-to-stop-anti-gay-scholar-haitham-al-haddad-from-speaking-day-before-national-10066017.html.

[210] "Haitham al-Haddad," The Islamic Far-Right in Britain. https://tifrib.com/haitham-al-haddad/

46

Furthermore, Haddad advocates for a man's right to physically beat his wife:

> "A man should not be questioned why he hit his wife because this is something between them. Leave them alone. They can sort out their matters among themselves. Even the father of the daughter who is married to the man, he should not ask his daughter why you have been beaten or hit by your husband."[211]

As for Yasir Qadhi, he is another hate preacher who, in 2001, claimed:

> "All of these Polish Jews which Hitler was supposedly trying to exterminate, that's another point, by the way, Hitler never intended to mass-destroy the Jews. There are a number of books out on this written by Christians, you should read them. The Hoax of the Holocaust, I advise you to read this book and write this down, the Hoax of the Holocaust, a very good book. All of this is false propaganda and I know it sounds so far-fetched, but read it. The evidences [sic] are very strong."[212]

Qadhi also advocates killing homosexuals:

> "…this is a part of our religion to stone the adulterer and to chop the head off of the sorcerer and so many other things, and to kill, by the way, the homosexual – this is also our religion. … This is all a part of our religion. This doesn't mean we go and do this in America but I'm saying if we had an Islamic state we would do this."[213]

---

[211] "Haitham al-Haddad," The Islamic Far-Right in Britain. https://tifrib.com/haitham-al-haddad/
[212] Sermon by Yasir Qadhi. Audio. http://www.hurryupharry.org/wp-content/uploads/2008/11/abu_ammar_yasir_qadhi_-_tafsir_of_surah.mp3
[213] Yasir Qadhi, The Islamic Far-Right in Britain. https://tifrib.com/yasir-qadhi/

47

Further, Qadhi has denounced Shia Islam as "the most lying sect of Islam" and that "the Shias are allowed to lie and it is their religion to lie."[214]

On 12 September 2009, Islamic Relief UK ran a fundraising event with Yusuf Estes.[215] In an article on his own website, Estes writes: "Scholars of Islam have already made it clear what the position is on those who engage in homosexual activities." Estes links to a fatwa ruling, which proclaimed:

> "In order to maintain the purity of the Muslim society, most Muslim scholars have ruled that the punishment for this act should be the same as for zina (i.e. one hundred whiplashes for the man who has never married, and death by stoning for the married man). Some have even ruled that it should be death for both partners, because the Prophet, sallallahu alayhe wa sallam, said: 'Kill the doer and the one to whom it was done.'"[216]

Estes further reprints and endorses an email on his website referring to gay people as "deviants" and "devils".[217] And while giving a talk about homosexuality and Islam, Estes stated that homosexuality is "known to be from the Devil."[218]

In 2012, IR-UK held a fundraising event with Abdur-Raheem Green,[219] an extremist preacher from the iERA, a prominent Salafist group based in London.[220] Green does not bother to hide his hatred of

---

[214] "QUILLIAM ALERT: Islam Channel and Promoting of Extremism," Quilliam Foundation. April 30, 2009. http://www.quilliamfoundation.org/press/quilliam-alert-islam-channel-and-the-promotion-of-extremism/.
[215] JustGiving, "Water for Life," JustGiving. https://web.archive.org/web/20090905073700/http://www.justgiving.com/mandera/
[216] "Yusuf Estes," The Islamic Far-Right in Britain. https://tifrib.com/yusuf-estes/
[217] "Islamic Ruling Concerning Homosexuality," Al Jumu'ah Magazine. December 1995. http://www.islamtomorrow.com/gays/fatwa.htm
[218] "Mail Box By Yusuf Estes – What does Islam tell us about homosexual?" YouTube video, 3:15. June 12, 2009. https://www.youtube.com/watch?v=9m7hvkIaZXQ
[219] "Islamic Relief Worldwide," Stand for Peace. July 4, 2013. http://standforpeace.org.uk/islamic-relief-worldwide-terror-connections-and-promotion-of-hate-preachers/.
[220] "Islamic Education and Research Academy (iERA)," Stand for Peace. February 18, 2014. http://standforpeace.org.uk/islamic-education-and-research-academy-iera/

48

Jews. In one video, Green exhorts: "Why don't you take the *Yahudi* [Jew] over there, far away, so his stench doesn't disturb us, okay?"[221] Green also claims that Turkish leader Ataturk was "an extremely, thoroughly unpleasant, nasty *kafir* [non-Muslim]. He was a Jew, he was a Jew. And not only was he a Jew, he belonged to a sect of the Jews that even the Jews think are far astray."[222] In addition, Green regards the death penalty as a "suitable and effective" punishment for homosexuality and adultery, and has ruled that wife-beating "is allowed".[223]

Islamic Relief Canada is no better. In May 2017, IR-Canada organized a fundraising event with Nouman Ali Khan, a Salafi cleric who has also spoken at Islamic Relief USA events. Khan preaches that prostitutes and pornographic actors are "filth" and that "you have to punish them ... They're not killed; they're whipped. And they're whipped a hundred times." Khan also has declared that God gives men "license" to beat unfaithful wives and that Muslim women are committing a "crime" if they object to the religious text that he says permits this abuse.[224]

In 2010, Islamic Relief Canada sponsored an event with Zakir Naik, an Indian televangelist who endorses the death penalty for apostasy and homosexuality.[225] Zaik believes that the Jews "control America" and are the "strongest in enmity to Muslims". Furthermore, Naik has expressed praise for the late Al Qaeda leader, Osama Bin Laden.[226] The event did not go ahead, after Toronto's moderate Muslim community successfully persuaded the government to ban Naik from entering Canada.[227]

---

[221] Speech by Abdur-Raheem Green, 2:25. https://videos.files.wordpress.com/gCaFZAwJ/abdurraheem-green-jewish-man-in-crowd_dvd.mp4

[222] "Abdurraheem Green," The Islamic Far-Right in Britain. https://tifrib.com/abdurraheem-green/

[223] Ibid.

[224] "Nouman Ali Khan" Playlist, YouTube, April 24, 2017. goo.gl/ECLkdZ

[225] Sadanand Dhume, "The Trouble with Dr. Zakir Naik," *Wall Street Journal.* June 20, 2010. http://www.wsj.com/news/articles/SB10001424052748704365204575317833268479268.

[226] Q&A Session with Dr. Zakir Naik, "Zakir Naik – Specious explanation about bin Laden and Taleban," YouTube video, 7:31. December 26, 2008. https://www.youtube.com/watch?v=BVtADPzyWTA.

[227] Kathryn Blaze Carlson, "Controversial Muslim televangelist Zakir Naik banned from Toronto conference," The National Post. June 22, 2010. http://news.nationalpost.com/news/canada/controversial-muslim-televangelist-zakir-naik-banned-from-toronto-conference

49

In both the UK and the USA, Islamic Relief has maintained a close relationship with a fundamentalist organization named the Al Maghrib Institute, running joint events on a number of occasions.[228] The Al Maghrib Institute is based in Texas but maintains a branch in the UK. In 2008, the 'underwear' bomber Umar Farouk Abdulmutallab attended seminars run in both London and Houston by Al Maghrib.[229]

Islamic Relief has organized fundraisers with Al Maghrib, and IRW founder Hani El-Banna has run joint events with Al Maghrib's clerics, including the Holocaust denier Yasir Qadhi as well as Al Maghrib founder Muhammad Alshareef,[230] who warns that the "Jews were cursed" and that Muslims must not "imitate them" or "take them as allies."[231]

In June 2013, Islamic Relief UK, working with Al Maghrib, hosted the homophobic preacher Omar Suleiman.[232] Suleiman has been denounced in the media and by moderate Muslim groups for his description of homosexuality as a "disease" and a "repugnant shameless sin." He refers to the Islamic death penalty for the "people that practiced sodomy."[233]

In a talk titled "Fighing Zina," Suleiman prescribes strict rules for women, preaching that: women must not uncover themselves in front of their cousins; women being too close to their brothers may lead to incest; and women should never be alone with a man outside of her family. He warns, without

---

[228] "Join Sh Omar Suleiman in London this week," Al-Maghrib Institute. June 12, 2013. http://almaghrib.org/blog/2013/06/12/join-sh-omar-suleiman-in-london-this-week/

[229] "Terror suspect attended 2008 Islamic 'knowledge fest' in Houston," *CNN*. December 31, 2009. http://edition.cnn.com/2009/US/12/30/terror.suspect.seminar/index.html

[230] Mujahideen Ryder, "Al-Maghrib's and Islamic Relief's Online Fundraiser for Gaza – Hikmah," Mujahideen Ryder (blog). January 10, 2009. http://www.mujahideenryder.net/2009/01/10/almaghrib-and-islamic-relief-gaza-online-fundraiser-hikmah/.

[231] Sermon by Muhammad Alshareef, "Why the Jews Were Cursed," Sunnah Online. February 17, 2001. http://sunnahonline.com/ilm/jihaad/0006.htm

[232] "The Legacy of Uthman: An evening with Shaykh Omar Suleiman", Event Poster, Islamic Relief, June 14, 2013. http://standforpeace.org.uk/wp-content/uploads/2013/06/Islamic-Relief-Omar-Suleiman.jpg

[233] Omar Suleiman, Facebook Post. April 4, 2013. Americans for Peace and Tolerance. http://www.peaceandtolerance.org/wp-content/uploads/sites/4/2016/05/os2.jpg

50

condemnation, that women who commit adultery risk being killed by a family member.[234] In another talk on the question of slavery in Islam, Suleiman defends sex slavery, or concubines, on the grounds that captured women would otherwise escape and become prostitutes – and that "society's welfare" is more important than the "individual's welfare."[235]

Islamic Relief USA frequently runs events with other Al Maghrib officials,[236] including anti-gay or anti-semitic preachers such as Hakim Quick and Yasir Qadhi, profiled above; as well as Abu Eesa Niamatullah, an Al Maghrib "instructor" who has said of Jews (whom he refers to as the "children of Israel"): "They find it so easy and natural to do what they do….Look at them today, look at the way they massacre. They blow up babies like as if it's a computer game. They have no humanity, no morality, no ethics."[237]

---

[234] Omar Suleiman, "Fighting Zina – Imam Omar Suleiman," YouTube video, 50:36. June 30, 2012. https://www.youtube.com/watch?v=XfUZknCITnc

[235] Omar Suleiman, "Slavery & Rape in Islamic Law Q&A with Omar Suleiman," Bayyinah Institute, YouTube video, 26:23. November 23, 2015. https://www.youtube.com/watch?v=4sVo_-j2THE.

[236] Islamic Relief USA, "'Opening Our Hearts for Syrian Refugees' Webinar," Facebook page. April 1, 2012. https://www.facebook.com/events/879211022117165/

[237] Abu Eesa Niamatullah. "The Decree Upon Israel – For Killing #FREEPALESTINE," YouTube video, 8:20. July 22, 2014. https://www.youtube.com/watch?v=qQ-z8GTszgo

51

# Charity, Extremism & Terror

The Muslim Brotherhood is one of the most successful Islamist movements in the world. Among the Muslim diaspora in the West, the Muslim Brotherhood has taken over Muslim community institutions and promoted extremist narratives about Jews, women, homosexuality, democracy and Muslim identity; while in the Middle East, its members have established terror groups such as Al Qaeda and Hamas.

The Muslim Brotherhood in the West has skillfully worked both to foster extremist, anti-Western, medieval ideas behind closed doors, while simultaneously presenting itself as a benign voice of Islam in tune with the modern world in front of journalists and politicians. Islamic Relief is a prominent illustration of the Muslim Brotherhood's dualistic approach: it enjoys the support of the West while itself supporting aggressively anti-Western ideas.

Given the clear evidence of extremism across the Islamic Relief franchise, how is it that this charity is held in such high esteem? The most obvious and important answer can be found in the nature of Islamic Relief's main activity: charity.

In the Gaza Strip, a key focus for Islamic Relief, the terror group Hamas oversees every facet of society. Terror operatives are involved with the school boards, the hospitals, the mosques, the community centers, the universities and almost all civic institutions. A great deal of aid money sent to Gaza eventually flows through accounts under Hamas control.

Some critics might argue that it doesn't matter if it is difficult for aid organizations to avoid Hamas; it only matters that the hungry are fed, the sick are healed and the homeless find shelter. But counter-terrorism analysts have come to realize that money donated to even the most benevolent of charitable activities can serve to benefit the extremists in charge.

52

Islamic Relief-funded groups in Gaza, such as the Unlimited Friends Association (profiled above), function as Hamas *da'wah* organizations. *Da'wah*, in this context, is a form of social outreach employed by Islamist terrorist organizations as a means of reinforcing their rule. By providing such social services, including, in many cases, humanitarian aid, terrorist organizations gain political and moral legitimacy among the people under their control, as well as their supporters abroad.

Azzam Tamimi, a Hamas "insider", writes that Hamas was established using this *da'wah* system -- capitalizing on support from the Palestinian people built up through the establishment and maintenance of mosques, schools, and medical clinics. Tamimi writes: "Ikhwan [Brotherhood] medical specialists...would provide free medical consultations... and Ikhwan pharmacists would dispense medicine at cost or lower."[238]

Counter-terrorism expert Matthew Levitt writes that *da'wah* efforts are "crucial to Hamas's terrorist activity: they provide cover for raising, laundering, and transferring funds, facilitate the group's propaganda and recruitment efforts, provide employment to its operatives, and serve as a logistical support network for its terrorist operations."[239]

*Da'wah* facilitates an influx of unchecked foreign money, frees terrorist organizations' own money for violent activities, and sanitizes Islamist rule.

Terrorist use of *da'wah* has been known to Western officials for years, but little has been done about it. Nevertheless, the concept of material support for terrorism under American law recognizes that money is fungible. In 2010, the then-Solicitor General, Elena Kagan (now a Supreme Court Justice),

---

[238] Azzam Tamimi, Hamas: A History from Within (Northampton, MA: Olive Branch Press, 2007), Page 38.
[239] Matthew Levitt, Hamas: Politics, Charity, and Terrorism in the Service of Jihad (New Haven, CT: Yale University Press, 2007). Page 23--24

53

explained that: "Hezbollah builds bombs. Hezbollah also builds homes. What Congress decided was when you help Hezbollah build homes, you are also helping Hezbollah build bombs."[240]

Other terrorist groups have learned from the Hamas and Hezbollah *da'wah* model. In 2012, *The Times* reported that al-Qaeda terrorists in Mali "have subsidised state utilities, capped food prices and made welfare payments to the needy."[241]

But the *da'wah* system is complicated. And that complication discourages media from scrutinizing Islamic charities too closely. Politicians, meanwhile, are unwilling to be seen opposing charitable endeavor.

Furthermore, the *da'wah* model provides charities such as Islamic Relief with a useful excuse when, on a rare occasion, its Gaza aid programs are inspected. If Hamas controls everything in Gaza, then what option do charities have? As the Iranian-backed activist and politician George Galloway has said,[242] after handing over cash to Hamas officials: "I gave money to the Ministry of Health. The Ministry of Health happens to be governed by Hamas."[243]

But, as we have uncovered, the links between the Islamic Relief franchise and the Muslim Brotherhood (and its Hamas affiliate) are simply too numerous and too distinct to be ignored. A fundamental shift in understanding is required. If the West is to inhibit the growth of Islamist extremism, then policy-makers must understand that extremism can be both violent and non-violent.

---

[240] Robert Barnes, "Supreme Court weighs free speech against aid to terrorists," *The Washington Post*, February 24, 2010. http://www.washingtonpost.com/wp-dyn/content/article/2010/02/23/AR2010022304877.html
[241] Jerome Starkey, "Al-Qaeda superstar wins friends in Mali with cheap food and charm," *The Times*, November 29, 2012. http://www.thetimes.co.uk/tto/news/world/africa/article3614434.ece
[242] Peter Tatchell, "Galloway's Iranian propaganda?" *The Guardian*, March 26, 2008. https://www.theguardian.com/commentisfree/2008/mar/26/gallowaysiranianpropaganda
[243] Interview with George Galloway by George Stroumboulopoulos. "Controversial politician George Galloway reflects on the situation in Gaza," YouTube video, 1:43. November 17, 2010. https://www.youtube.com/watch?v=il8x_EZBIxg&feature=relmfu

54

Governments must immediately stop the donation of millions of taxpayers' money to charities financially linked with terrorist groups abroad and extremists at home. Politicians must avoid treating Islamist charities as representatives of ordinary Muslims, and the media should be far more willing to challenge the benevolent reputation that charities innately enjoy.

Alongside government patronage, in fact, the media is also to blame for the growth of Islamic Relief and other Islamist movements that have learned to exploit the opportunities of the non-profit world. Prominent journalists continue to claim that criticism of Islamist charities such as Islamic Relief is actually part of a "war" against Islamic charities.

In making this exact argument, British journalists Alex Delmar-Morgan and Peter Oborne actually allude to Islamic Relief's Muslim Brotherhood links:

> "On November 15 the United Arab Emirates (UAE) designated Islamic Relief a terror group
> along with over 80 other organisations, such as Isil, and Al Qaeda. This charge against
> Islamic Relief is completely ludicrous and defamatory. UAE has been running a vicious
> campaign against the Muslim Brotherhood and the designation against Islamic Relief is a by-
> product of this."[244]

In 2016, Al Jazeera reported that HSBC had closed down Islamic Relief's bank accounts, and suggested it was due to "religious motives."[245] Al Jazeera subsequently published another article arguing that the closure showed that Islamic Relief was being "victimised for political reasons" and the charity was now paying the "Islamic penalty."[246]

---

[244] Alex Delmar-Morgan and Peter Oborne, "The continuing war against Islamic charities," *The Telegraph*, December 2, 2014. http://www.telegraph.co.uk/news/religion/11267466/The-continuing-war-against-Islamic-charities.html
[245] Shafik Mandhai, "HSBC bank cuts off services to Muslim charity," *Al Jazeera*, January 4, 2016.
http://www.aljazeera.com/news/2016/01/hsbc-bank-cuts-services-islamic-relief-charity-160104152429151.html
[246] Muhammad Abdul Bari, "British Muslim charities are paying 'Islamic penalty,'" *Al Jazeera*, January 10, 2016.
http://www.aljazeera.com/indepth/opinion/2016/01/menace-haunting-muslim-charities-160107110210362.html

55

The author was Muhammad Abdul Bari, the former secretary-general of the Muslim Council of Britain, which, a British government inquiry recently concluded, was established by the Muslim Brotherhood.[247]

Media puffery also bolsters Islamic Relief's claim to possess a moderate agenda. CNN recently listed Islamic Relief USA as a reputable charity as part of its "Impact Your World" campaign – adverts for which have been regularly broadcast on the worldwide CNN channel. Islamic Relief USA is clearly marked as a suitable charity and CNN's website actively encourages readers to donate.[248]

While Western governments are gradually waking up to the threat of global Islamism, charities such as Islamic Relief continue to operate with impunity, perhaps because of the vast amounts of public funds tied into their operations; but also because voicing suspicion of an organization that claims to help feed the hungry and home the homeless seems unlikely to garner much public support. It is not a vote-winner.

Ultimately, Islamist extremism will triumph over Western norms of tolerance if we remain unable to distinguish between legitimate criticism of fundamentalist ideology and accusations of anti-Muslim bigotry — the conflation of the two is dangerous casuistry, which groups such as Islamic Relief all too often exploit.

Islamic Relief is a Muslim Brotherhood institution. It was established by the Muslim Brotherhood and today continues to be run by key Muslim Brotherhood activists. It has funding arrangements with

---

[247] "Muslim Brotherhood Review: Main Findings," House of Commons, December 17, 2015. https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/486932/Muslim_Brotherhood_Review_Main _Findings.pdf
[248] "Help Syrians survive the conflict," *CNN*, August 31, 2016. http://www.cnn.com/2015/01/06/world/iyw-syria-resource-list/index.html

56

extremist and terrorist institutions, and provides platforms to extremist preachers who spew anti-Jewish, anti-Western, anti-democratic, pro-terror, homophobic and misogynistic rhetoric.

If Western governments are serious about fighting the intolerant, divisive and violent effects of global Islamism, then Islamic Relief must be shut down. It is the flagship institution of the Muslim Brotherhood, and represents one of the most important financial arms of non-violent extremism across the globe.

There are certainly Muslim charities that manage not to promote extremism and fund terrorism. Why should taxpayers all over the world fund a charity that does?

57

# The Worst of the 2016 MAS-ICNA Speakers

*Islamist Watch*
December 15, 2016
http://www.meforum.org/6439/worst-of-the-2016-mas-icna-speakers

*UPDATE, December 22, 2016 - After speaking with a representative from MAS-ICNA, MEF <u>can now confirm</u> that Keith Ellison has withdrawn in the face of pressure by MEF and <u>other allied organizations</u>. We welcome Rep. Ellison's decision, but also call on him to disassociate himself from all future MAS and ICNA events, and to disavow the kind of ideology that the other conference speakers espouse.*

The Muslim American Society (MAS) and the Islamic Circle of North America (ICNA) will hold their annual convention, the largest gathering of its kind, in Chicago from December 26th to 28th, featuring a keynote speech by Rep. Keith Ellison (D-MN), the leading candidate for Democratic National Committee (DNC) chair.



**Rep. Keith Ellison is set to speak alongside a nefarious lot of Islamic extremists this holiday season.**

One of the chief organizers behind this year's MAS-ICNA convention is <u>program director</u> Ahmed Taha. On social media, Taha does not hide his extremism. His Facebook page is awash with Muslim Brotherhood insignia and expressions of support for Mohamed Morsi, the Islamist former president of Egypt now in jail on charges of terrorism, espionage, and other offenses.

Taha is a strident anti-Semite. He <u>republishes</u> text stating: "O Muslim, O servant of God. There is a Jew behind me, come kill him." He also <u>posts</u> videos that claim to expose the "Rothschild Zionism Secret Regime in America" and <u>circulates</u> articles claiming that Egyptian leader Abdel Fattah el-Sisi is a "Jew" and Egypt is now "Israeli-occupied territory."

At the MAS-ICNA conference, Ellison will be sharing a platform with some of the most extreme Islamist clerics and activists from across the globe. Several dozen of the listed speakers, in fact, have expressed pro-terror, anti-Semitic, misogynistic, or homophobic rhetoric. The following are among the most notable.

## Mohammad Qatanani

Imam Mohammad Qatanani, the leader of the

Islamic Center of Passaic County, is currently fighting a deportation order after federal officials found he failed to disclose a previous conviction in Israel for his membership in Hamas. According to his own lawyer, Qatanani was also a member of the student chapter of the Muslim Brotherhood in Jordan.



In 2007, Qatanani prayed for the defeat of "occupation and oppression" in Iraq, Palestine, and Chechnya. He also preached that Jews and Christians "will be swiftly punished by Allah" and that Muslims should not speak badly of

**Imam Mohammad Qatanani is a former member of Hamas.**

Sheikh Yousef Qaradawi, the spiritual leader of the Muslim Brotherhood.

A July 2008 N.J. Office of Homeland Security and Preparedness intelligence report about the state's Hamas network identifies Qatanani as a Hamas supporter.

## Yusuf Islahi

Yusuf Islahi is described on the MAS-ICNA convention website as a member of the Central Advisory Council of the Indian branch of Jamaat-e-Islami, a South Asian Islamist group complicit in the 1971 genocide in Bangladesh.

According to Irfan Ahmad, Islahi claims that Jews were behind the 9/11 attacks, as part of a conspiracy to defame Islam.

## Abdelfattah Mourou

Abdelfattah Mourou is co-founder of the Ennahda Movement in Tunisia, an Islamic political party that took its initial inspiration from Ayatollah Khomeini and the Muslim Brotherhood.

In an interview with Rachid Ghannouchi – another Ennahda Party leader – the Muslim Student Association News website notes that Mourou "introduced a modern, abridged and accessible edition" of the Protocols of the Elders of Zion, the infamous anti-Semitic forgery.

## Abdul Nasir Jangda

Abdul Nasir Jangda is a Texas-based cleric who studied at a Deobandi madrassah – Jamia Binoria in Karachi, Pakistan.



**Abdul Nasir Jangda thinks sex slaves and killing apostates are just fine.**

In 2009, the BBC journalist John Humphreys reported that Jamia Binoria was "brainwashing" children into supporting terrorism. In 2015, Pakistani law enforcement raided the seminary after including it on a list of madrassahs linked to terrorist organizations.

According to detailed notes published by one of his students, Jangda has defended the use of female sex slaves within Islam. He reportedly advocated the killing of apostates and adulterers, and dismisses the concept of marital rape: "The thing to understand is that the husband has his set of divinely given rights one of which is the right to have his physical desires satisfied."

Jangda also describes the Jews of Mecca as "really bad people" who were "very hateful, very spiteful," and "the enemy."

**Jamal Badawi**

Jamal Badawi, a founding member of MAS, was listed as an unindicted co-conspirator in the 2008 Holy Land Foundation terrorism financing trial.

Badawi describes suicide bombers and Hamas terrorists as "freedom fighters" and "martyrs." He also advocates the right of men to beat their wives if they show "disregard for [their] marital obligations."

**Kifah Mustapha**

Sheikh Kifah Mustapha is an imam and director of Chicago's Bridgeview mosque. In a video introduced as evidence during the Holy Land Foundation terror financing trial in 2008, Mustapha can be heard praising Hamas terrorism, chanting: "O mother, Hamas for Jihad. Over mosques' loudspeakers, with freedom. Every day it resists with stones and the dagger. Tomorrow, with God's help, it will be with a machine gun



**The *real* Dr. Evil: Sheikh Kifah Mustapha supports stabbing Jews.**

MEF000894

and a rifle."

In October 2015, during the outbreak of the "stabbing intifada" in Israel, Mustapha posted <u>several tweets</u> supporting the attacks. Those tweets have since been <u>deleted</u> from his Twitter page.

**Hamed Ghazali**

Hamed Ghazali is chairman of MAS's Council on Islamic Schools. His work was <u>mentioned explicitly</u> on page 12 of the Muslim Brotherhood's 1991 Explanatory Memorandum as a key component of the MB's *dawah* (outreach) efforts, and Ghazali was listed in the MB telephone directory introduced into evidence during the Holy Land Foundation trial in 2008.

Ghazali's speech at the 2010 ICNA-MAS convention was <u>cited</u> by the Anti-Defamation League as an example of anti-Semitic incitement, after he claimed "Allah gave us the Jews" as an example of those who "take the wrong path."

**Hamza Andreas Tzortzis**

A Greek-British convert to Islam, Hamza Tzortzis is a *dawah* activist involved in several extreme Islamist charities. Among these, <u>Tzortzis</u> was a trustee of Green Crescent, a British charity, the head of which was arrested on <u>terrorism charges</u> in Bangladesh when an arms cache was discovered at one of its orphanages.



**Hamza Tzortzis, who no longer claims that apostates should be beheaded, is a more middle-of-the-road Islamist.**

Tzortzis is a leading official at the Islamic Education and Research Academy, a prominent Salafist organization that the British charity regulator recently <u>censured</u> for not discouraging "terrorism and/or extremist views."

In the past, Tzortzis has been <u>associated</u> with Hizb-ut-Tahrir, the extreme Islamist social movement. He has had to <u>disavow</u> a statement he once made claiming that apostates from Islam should be beheaded.

Tzortzis has also <u>claimed</u>: "We as Muslims reject the idea of freedom of speech, and even the idea of freedom."

**Omar Suleiman**

Omar Suleiman has been condemned by moderate Muslim activists for describing homosexuality as a "disease" and a "repugnant shameless sin." He refers to the Islamic death penalty for the "people that practiced sodomy."

In a talk titled "Fighting Zina," Suleiman claims that women who are too close with their brothers are likely to commit incest. Women, he declares, should never be alone with a man outside of her family. Further, he warns, without condemnation, that women who commit adultery risk being killed by a family member.

**Suhaib Webb**

Suhaib Webb served as the imam of an extreme Muslim Brotherhood mosque, the Islamic Society of Boston, from 2011 to 2014. Webb has claimed that animosity toward Jews is understandable, believes that eye contact between the sexes is a sin, and has suggested that homosexuals are cursed. He has described secularism as a "radical, lunatic ideology."

In addition, according to FBI surveillance documents Webb spoke at a dinner in 2001 alongside the late Al Qaeda leader, Anwar Al Awlaki, to raise money for the legal defense of Jamil Abdullah Al Amin, who murdered two police officers in Georgia.

**Zaid Shakir**

Zaid Shakir has a long history of promoting and defending violently extremist ideas. In an article titled "Muslim involvement in the American political process," Shakir wrote that Muslims should reject "the legal and political system of America," which is "sinful and constitutes open rebellion against Allah."



**Zaid Shakir tells Muslims they should not have non-Muslim friends, and to wage guerrilla war to establish "shari'ah in America."**

He argues that "Islam presents an absolutist political agenda, or one which doesn't lend itself to compromise," and that because Islamist involvement in politics has largely failed, Muslims should not discount violence, citing examples such as the Taliban's "armed struggle" in Afghanistan.

Shakir further warns against "seeking the help of" or "befriending" the "*kuffar* [unbelievers], Jews and Christians."

Ultimately, Shakir has concluded that the goal of American Muslims should be "the establishment of Islam and shari'ah in America," employing methods "ranging from non-cooperation tactics to guerrilla war can bring about favorable policies from a governmental system, or

even lead to the eradication of that system."

Elsewhere, Shakir has argued that "Zionists" and the FBI were responsible for the February 1993 World Trade Center bombing, insisted that there were "glaring weaknesses and inconsistencies in the official narrative" of the 9/11 attacks, and claimed that the jihadist Luqman Ameen Abdullah, who died after attempting to shoot FBI agents, was the victim of a "self-serving racist agenda."

## Siraj Wahhaj

The U.S. Attorney for New York previously named Wahhaj one of the "unindicted persons who may be alleged as co-conspirators" in the 1993 World Trade Centre bombing. During the trial of Omar Abdel Rahman, whose group was responsible for the attack, Wahhaj served as a character witness, describing Rahman as a "respected scholar" and "bold, as a strong, preacher of Islam."

Wahhaj has denounced gay Muslims attempting to establish a mosque in Canada: "Those brothers and sisters in Toronto must now allow those so-called Muslims to open up a house in the name of Allah ... under lesbianism and homosexuality. ... If they don't stop it ... we'll go to Toronto and we won't let them establish it. ... When we go fight them, those homosexuals are going to picket the masjid [mosque]." Wahhaj further condemns American laws for not proscribing "fornication and adultery."

## Wesley Lebron

Also known as AbdurRazzaq Abu Sumayyah, Wesley Lebron is a Puerto Rican convert to Islam. He runs the New Jersey chapter of IslamInSpanish, which circulates Islamic knowledge in the Spanish language.

On Facebook, Lebron is a vociferous anti-Semite. He warns Muslims "not to become like the Jews" and posts links titled "Zionist Jew Bill Maher owned by Glenn Greenwald" and "Jews did 9/11."



**Wesley Lebron warns Muslims "not to become like the Jews," who "did 9/11."**

## Osama Abu Irshaid

Osama Abu-Irshaid is the National Director of American Muslims for Palestine. According to the ADL, "AMP promotes extreme anti-Israel views and has at times provided a platform for anti-Semitism." Irshaid previously served as the editor of *Al Zaytounah*, the official newspaper of the Islamic Association of Palestine (the precursor to AMP), which the U.S. government states is part of "Hamas' propaganda

apparatus."

Irshaid has recently written that the terrorist group Hamas is "an army for liberation" whose fighters "rise up for the blood of martyrs."

**Nouman Ali Khan**

Nouman Ali Khan is the founder and CEO of Bayyinah, a religious education group. Khan has attempted to justify physical punishment for adultery and fornication, and complains that counsellors and psychologists aren't allowed to tell homosexuals that "there's something wrong with you".

Khan's Facebook page includes selfies with Zakir Naik, an Indian Islamic preacher whose NGO was recently raided and designated "unlawful" by Indian law enforcement over concerns about terror ties. Naik's extremism led him to be banned from entering the UK and Canada.

**Muhammad Ratib al-Nabulsi**

Muhammad Ratib al-Nabulsi is a Syrian cleric who frequently appears on various Arabic and Islamic television programs. Nabulsi has written that "the wicked Jews are a collection of defects and imperfections, and a hotbed of vices and evils. They are the worst enemies of God. ... God has made it a duty to fight them and wage Jihad against them so that the word of God will be supreme."



**Muhammad Ratib al-Nabulsi says that in the fight against Israel, "all the Jewish people are combatants."**

Further, Nabulsi ruled that for terrorist and suicide bombing attacks against Israel, "All the Jewish people are combatants."

Nabulsi saves some of his venom for homosexuals, declaring on Hamas's Al Aqsa TV, "Homosexuality involves a filthy place, and does not generate offspring. Homosexuality leads to the destruction of the homosexual. That is why, brothers, homosexuality carries the death penalty."

**Yasmin Mogahed**

Yasmin Mogahed is an instructor at the Al Maghrib Institute. She states that a homosexual who follows through with his desires is "not just like the cattle or just like the animal, he becomes lower than the animal."

Al Maghrib founder Muhammad Alshareef warns that "Jews were cursed" and that Muslims must not "imitate them" or "take them as allies." Other Al Maghrib instructors include Abdullah Hakim Quick, who claims that AIDS is caused by the "filthy practices" of homosexuals and that the Islamic position on homosexuality is "death," and Abu Eesa Niamatullah, who has said of Jews: "They find it so easy and natural to do what they do....Look at them today, look at the way they massacre. They blow up babies like as if it's a computer game. They have no humanity, no morality, no ethics."

**Ali Ardekani**

Ali Ardekani, best known by his stage name "Baba Ali," is an Iranian-American activist and co-founder of Ummah Films, which produces "halal" entertainment.

According to the State Department, Baba Ali founded the rap group "Soldiers of Allah," which was directly linked to Hizb ut-Tahrir, the global radical Islamist group. According to the Georgetown academic John Esposito, "Soldiers of Allah used lyrics that endorsed creating an Islamic state and that divided people into *kafir* (disbelievers) and Muslims, a theme that Muslim terrorists use to justify violence."

**Suleiman Hani**



**Suleiman Hani wants to have an "objective discussion" about the "Holocaust and Jews."**

Suleiman Hani is a hardline cleric, who writes that "'Freedom of speech' is a facade of a tool that is used inconsistently by those in power." It is used, he claims, to stifle "objective discussion" of the "Holocaust and Jews." Those who question the Holocaust, he claims, are "labeled as Anti-Semites, or 'inciters of hate speech.'"

Hani also promotes 9/11 conspiracy theories – he notes "the very strange collapse of building 7" and "the arguments about the actual perpetrators of 9/11 (and the plethora of evidence on both sides of the debate)." He concludes that "this smokescreen of a 'war on terror' has continuously been exposed as a war on Islam multiple times."

He also warns Muslims against looking at women, claiming that "lowering your gaze" will provide "insight" – the "opposite of that is the blindness which Allah attributed to the homosexuals."

Hani frequently presents shows on Huda TV, an Islamic television station that hosts prominent extremist

clerics. Huda TV's website hosts articles claiming there is a "huge conspiracy" against Muslims organised by the Jews and Christians, who are the "enemies of Islam." Hani uses his program on Huda TV to claim that the *kuffar* [unbelievers] will suffer the "abode of hellfire. ... This is what they gathered from their evil." He states that "the disbelievers, these are the evil people. ... they will be beaten and hammered and turned to dust and then returned back. They will be given a bed of fire, full of darkness." Those who commit adultery, Hani continues, will be "put in a pit of fire."

**Abdul Malik Mujahid**

Abdul Malik Mujahid is an imam and former president of the Parliament of the World's Religions. He is a vocal supporter of the late Muhammad Salah, who was accused by federal prosecutors of being a Hamas operative. In 1995, Bill Clinton designated Salah a terrorist. According to the Investigative Project, in 2004 Salah was indicted on racketeering charges, but convicted only of lying in a civil suit related to Hamas financing.

**Linda Sarsour**

Linda Sarsour is a prominent Palestinian-American Muslim activist. Sarsour has claimed that Umar Farouk Abdulmutallab, the 2009 "underwear bomber," was a CIA provocateur.



Sarsour is a regular supporter and fundraiser for Al-Awda, a pro-Palestinian group that endorses terrorism, routinely calls for the destruction of Israel, and uses the Hamas slogan, "From the river to the sea, Palestine will be free."

**Linda Sarsour likes CIA conspiracy theories and canned photos of herself staring off camera.**

One Brooklyn newspaper has reported that Sarsour's Palestinian relatives have "been arrested for supporting the Islamic fundamentalist group Hamas."

**Eddie Redzovic**

Eddie Redzovic is a convert to Islam and host of *The Deen Show*, a popular YouTube and satellite interview show that discusses Islamic issues. The show claims to be dedicated to "clearing up the many false misconceptions about Islam and Muslims and at the same time delivering the simple Message of the 'Purpose of life' in a fun and exciting way."

Among the episodes of *The Deen Show*, Redzovic sympathetically interviews Enver Masud, a 9/11 conspiracy theorist and author of *9/11 Unveiled* and *The War on Islam.*

Another episode of *The Deen Show* featured an interview with Sheikh Alaa Edsayed, director of religious affairs for ISNA, who defends the benefits of cutting off the hands of thieves.

**Putting an End to Government Funding of Islamism**

A great deal of the discussion surrounding Islamism in America focuses on the Muslim Brotherhood. But the Muslim Brotherhood is far from the only Islamist network in the United States; it is simply the best known. Other Islamist movements also benefit from government ignorance about the diversity of Islam and Islamism across the globe. The South Asian Islamist movement, Jamaat-e-Islami (JI), for instance, has received millions from the U.S. taxpayer for its powerful network of charities and welfare services, which are designed to obtain external funding as well as legitimize JI as a representative voice of Muslims, both in America and South Asia.

Although JI has its own ideologues, literature and infrastructure, it is often described as the South Asian "cousin" of the Muslim Brotherhood. Qazi Ahmad Hussain, head of JI in Pakistan, has declared: "We consider ourselves as an integral part of the Brotherhood and the Islamic movement in Egypt ... Our nation is one." JI's history is bloody. During the 1971 Liberation War in Bangladesh, JI fighters helped Pakistani forces massacre hundreds of thousands of Bangladeshis seeking independence from Pakistan. Several JI leaders guilty of these war crimes fled to the West, where they helped establish JI organizations that operated as community leadership groups. Two Western JI leaders have since been sentenced to death *in absentia* for the killings by a UN-backed War Crimes Tribunal.

One of those convicted, Ashrafuzzaman Khan, served as a leading official of the Islamic Circle of North America (ICNA), a prominent American Muslim organization. Twice a year, ICNA jointly hosts a conference with the Muslim American Society (MAS), a leading Muslim Brotherhood institution. Unsurprisingly, these conferences are filled with extremist preachers. Ahmed Taha, an ICNA-MAS official who organized their conference in December, has republished posts on social media stating: "O Muslim, O servant of God. There is a Jew behind me, come kill him."

Despite its long history of extremism, in 2016, ICNA received $1.3 million of taxpayers' money, as part of a grant awarded by the Department for Homeland Security.

ICNA is not the only JI organization in America. Nor is it the only JI group to have received taxpayer funds. Behind ICNA and other front-groups around the world, JI operates an enormous network of registered charities and community organizations. One of the most prominent is the Rural Education and Development (READ) Foundation.

READ manages 374 schools in Azad Jammu and Kashmir, the Pakistani-controlled area of the Kashmir region, as well as in nearby Pakistani rural areas. These schools teach over 100,000 students. As Canadian journalist Sonya Fatah notes, READ is part of a "complex web of organizations" run by JI. These welfare and social services serve both to "gain converts in poor rural communities" and to "win votes." READ's JI links are clear: READ board member Mohammad Ayub also appears to serve as a leader of the JI branch in Azad Jammu and Kashmir.

From 2013 to 2016, the State Department and the U.S. Agency for International Development handed out over $2 million to READ.

If JI's involvement with acts of genocide, its funding of Hamas, and its continued terrorist links are not enough to suggest these grants were a bad idea, there is also the question of what READ schools are actually teaching its students, subsidized by the American taxpayer.

There is no information publicly available about the textbooks or curricula used in these schools. We do not know what students are taught, and when we asked the State Department, they failed to respond. But a glance at the social media pages operated by READ schools is not promising. Posts include a homage to Mumtaz Qadri, an Islamic extremist who, in 2011, murdered Punjab governor Salman Taseer, in retribution for Taseer's public support for a Pakistani Christian woman convicted of blasphemy. The READ Facebook post features a portrait of Mumtaz Qadri, and a caption that states: "We are all in your debt, O messenger of Allah."

Other social media postings include text denouncing the "American Secular Terrorists … dirty people" who "destroyed Iraq and killed 150,000 Iraqis" on the "instructions of Iran." A number of READ schools have also published photos from school ceremonies in which young children wearing military uniforms and holding guns, act out battles – reminiscent of similar events in the Gaza Strip under Hamas.

Although based in Pakistan, READ has offices in the United Kingdom and a network of representatives in the United States. ICNA and other U.S.-based JI groups describe READ as their "partner." A study of Islamism in Pakistan describes READ as a "sister organization" of the Al Khidmat Foundation and the Ghazali Education Trust, two other Pakistani charities focussed on schools and education, which openly identify as JI institutions. In 2006, JI announced that Al Khidmat had given 6 million rupees ($100,000) to Hamas for their "just Jihad."

The U.S. government is not READ's only publicly-listed partner. It enjoys support from a number of Western governments, including grants of over $360,000 in 2012 and 2013 from the British government. Other named READ partners include the terrorism-linked International Islamic Charitable Organization in Kuwait, the Wahhabi-run World Association of Muslim Youth, and the Qatar Charitable Society, all of which have funded Hamas and other terrorist groups.

In the West, READ also does not bother to distance itself from hardline clerics. Speakers at READ events have included Uthman Lateef, an overtly anti-Semitic preacher who has expressed support for convicted terrorists; and Sulaiman Gani, a prominent supporter of Al Qaeda operative Aafia Siddiqui. In April 2017, the British government's regulator of charities investigated the READ Foundation after *The Times* reported it had hosted an event with Yasir Qadhi, an American Salafi preacher who has declared that the punishment for homosexuality is death.

Millions of dollars of American taxpayers' money have been given to Jamaat-e-Islami

organizations. These funds serve to bolster JI's influence and power in South Asia, to the detriment of moderate Muslims in the region, and legitimize the claims of JI's organizations in America to represent ordinary Muslims.

Recently, the Trump administration has shown some interest in addressing the threat posed by the Muslim Brotherhood. A recent review of the Countering Violent Extremism program divested MB groups of government patronage. Now, it falls to the administration to understand that Islamism takes many other forms as well, and with the help of moderate Muslim organizations, the government must actively work to confront and defund them all. Taxpayer subsidy of Islamism at home and abroad must not continue.

Ends in 0 seconds



*Jewish. Fearless. Since 1897.*



OPINION »

## ZOA Needs To Come Clean About Qatari Cash

# Gregg Roman

June 24, 2018

It is by now common knowledge that the government of Qatar, the tiny Gulf state rich in gas, has been courting pro-Israel American Jews for some time now. Morton Klein, head of the Zionist Organization of America, and Alan Dershowitz, the famous lawyer and Israel defender, are just tw of the prominent pro-Israel Jews who went on free trips to Qatar, and came back praising the country.

But it turns out, that some of the trips were not only free – they were sweetened. Last week, Mother Jones reported that Klein's ZOA had received $100,000 from Joseph "Joey" Allaham, a Kosher restaurateur who has registered as a foreign agent for Qatar.

The fallout from the Qatar cash scandal should be a warning to Zionist leaders and pro-Israel activists not to get too close to questionable governments or their paid flacks, lest they start believing empty rhetoric because they "like" the messenger.

Qatar has been targeting the American pro-Israel community since late 2017. Sometimes, these targets were done via incentive, and sometimes via threat.

In addition to the $100,000 paid to ZOA and the free trips to certain Zionist luminaries, Qatar's state-sponsored Al-Jazeera television channel has kept the threat of an undercover documentar about the pro-Israel lobby hanging like a Sword of Damocles over its leaders' heads.

The threat began in 2017, when Al-Jazeera aired an investigative series called "The Lobby" about pro-Israel figures in the United Kingdom. It consisted mainly of an undercover operative who surveilled meetings in London, with the "gotcha" clip coming from an Israeli embassy employee drinking in a pub and boasting about his influence.

On October 9, 2017, Al-Jazeera stated it would "soon" air a DC-focused sequel, based on an undercover operative secretly filming pro-Israel activists in Washington D.C.

But that documentary did not air. To the contrary, Qatari officials switched gears from threats to kisses, employing Nick Muzin, a former aide to Sen. Ted Cruz, for $50,000 a month (and then $300,000 a month) to court Zionist leaders by inviting them to Qatar.

Zionist personalities, some recruited by Muzin, included Morton Klein, Alan Dershowitz, Martin Oliner, Menachem Genack, Jack Rosen, and Malcolm Hoenlein. They all made the trek to Doha.

Klein and Dershowitz both insisted repeatedly that they had not been paid for the trip, aside from the free airfare.

But free trips were only the beginning. Thanks to a lawsuit brought by U.S. businessman Elliot Broidy against Qatar and its American interlocutors, including Muzin and Allaham, Allaham was forced to admit in federal filings that he paid $50,000 to a company owned by Mike Huckabee, who also visited Qatar, and $100,000 to Our Soldiers Speak, an Israel advocacy group; four days before their annual gala at which then-head of the CIA Mike Pompeo was the keynote speaker.

The Zionist Organization of America, under the aegis of its longtime president and Qatar trip beneficiary, Mort Klein, also accepted two payments from Allaham totaling $100,000.

- ADVERTISEMENT -

Klein insists that he didn't know the money came from Qatar. And yet, the money paid to the ZOA correlated directly with a change in Klein's rhetoric about Qatar.

In September 2017, Klein blasted Qatar for supporting terrorism and Hamas, calling it a "monstrous and evil regime." He refused to meet with the Qatari leadership, and accused Qatar of funding "Islamic terrorists who aim to murder Jews, Americans, Christians and even fellow Muslims."

Two months later, in November, Klein accepted Allaham's first $50,000 payment to ZOA prior to its annual gala dinner. When I asked Klein for comment about the reason for the donation, Klein referred to this payment as covering the cost of a "table" at the dinner.

Klein then flew to Doha and met with the emir, and accepted Allaham's second $50,000 payment to the ZOA after he returned from Qatar, in January 2018. And without revealing that he had just returned from Qatar or that ZOA had received $50,000 from a person involved in Qatari advocacy, Klein told Haaretz, "I think we should check out [Qatar's] claims. If they're true, then there's no reason not to go there and engage in dialogue with them."

Three days later, ZOA received a second payment for $50,000, per Allaham's FARA filing.

This was unknown until last week. Indeed, in February, the ZOA president flatly insisted that he had not been paid by Qatar. "Of course I did not get paid for God's sake. If they had offered to pay me I wouldn't have gone," he told Jerusalem Post editor Seth Franzman. ZOA's general counsel, Liz Berney, went further, writing, "ZOA and Morton Klein have no potential financial motive" for defending Qatar, even implying that ZOA suffered financial losses because "staff money" was spent preparing materials that Klein supposedly hand-delivered to the emir.

This is dark stuff indeed. Klein for his part continues to insist that he did not know the money came from Qatar when he took it, and on Friday he declared that ZOA had "returned the entire $100,000 to [Allaham]" because "ZOA learned from [Allaham's] FARA filing" that the money "may well be linked to Qatar funds."

Still, it's hard to fathom that Klein and his staff, who are enmeshed in the tight-knit Jewish community, would have believed that Allaham had the means to make the generous contribution on his own. According to The Jewish Voice, Allaham allegedly owed $1.4 million to the Lincoln Square synagogue. According to the Forward, many participants reversed their credit card charges from his canceled Passover series. And his last kosher restaurant was shut down within days of his first $50,000 payment to ZOA.

In addition, according to Tablet, there were "over 1,000 calls between Allaham and Klein's numbers during a year-long period ending in mid-May." Klein refused to tell me what these calls were about.

Allaham, Muzin, and Klein all publicly severed ties from Qatar in seemingly coordinated fashion o
June 6. But following Allaham's recent revelation of the Qatari payments to the ZOA, and Klein's
subsequent protestations, the best description of the situation is "murky."

A statement from the ZOA insists that "neither ZOA or Morton Klein ever praised or lobbied for
Qatar and, in fact, we have strongly and publicly criticized Qatar's actions and policies."

But Allaham appears to contradict at least part of this statement, according to Frantzman writin
in the Jerusalem Post; Allaham wrote to his handlers that he is "proud of the work that Mort Klei
has done... working in collaboration with the Emir and other members of the Qatari Royal Family

Qatar chose Klein, who is known for carving out a unique role on the right flank of the pro-Israel
movement, because he was the last person anyone would have expected to suddenly strike a
softer tone towards Hamas' sponsor. He was the perfect person to whitewash Qatar's close ties
with the terrorist organization.

Klein still won't come clean about what he knew and when, so how can we know what deals or
unspoken understandings were reached between himself and the Qatari agents? More
importantly, what other benefits came to the rest of the pro-Israel leadership who traveled to
Qatar?

It's time for those who accepted Qatari cash and junkets to finally tell people what really happen
in Qatar's "outreach" efforts. Transparency is what we need – and deserve.

Given all the harm that this has caused to the pro-Israel community, we need those answers to
start the much-needed healing process. Keeping quiet on this issue and dealing with it "in the
family" would betray the trust volunteers, supporters, and donors instill in the leadership of pro
Israel organizations.

The enemies of Israel try to bifurcate the pro-Israel camp into right and left. Now is the time for
the conservative Zionist leaders that traveled to Qatar to admit they made a mistake.

If American Zionists not willing to air their dirty laundry in public, especially when one of their most ardent, stalwart leaders engages in behavior with more questions than answers, how can w honestly demand transparency from our detractors and enemies?

What the pro-Israel public is seeing play in front of them is part of a shadowy tug-of-war that spa international politics, global sanctions, and the media. Qatar has been trying to score public poin showing that if Jews are happy to break bread with them, then they couldn't be aligned with thos sworn to Israel's destruction, especially Iran and Hamas. It's saddening to see some of America's finest Zionist leadership get duped.

After learning important lessons from this disastrous experience, let's hope future leaders are n fooled again.

*Gregg Roman is Director of the Middle East Forum.*

**The views and opinions expressed in this article are the author's own and do not necessarily reflect those of the Forward.**

ZOA Needs To Come Clean About Qatari Cash

**Tagged as:**  qatar, morton klein, zionism

- ADVERTISEMENT -

## *2014*

**August 21, 2014 – ZOA calls on Brookings Institute to cut ties with Qatar**
https://zoa.org/2014/08/10256037-256037/
- "The Brookings Institute should end or suspend their programs in Qatar."

**August 21, 2014 – ZOA urges the U.S. State Department to designate Qatar a State Sponsor of Terrorism & calls on U.S. to cancel recent $11 billion weapons sale to Qatar**
https://zoa.org/2014/08/10256037-256037/
- A ZOA press release states that unless Qatar ceases its support for Hamas, "[T]he U.S. State Department should determine that Qatar is a State Sponsor of Terrorism under the Export Administration Act, the Arms Export Control Act, and the Foreign Assistance Act."
- It added, "Sanctions resulting from designation as a State Sponsor of Terrorism include a ban on defense exports and sales. Accordingly, the $11 billion arms deal that U.S. Secretary of Defense Chuck Hagel signed with Qatar in mid-July, to sell to Qatar dozens of Apache helicopters, hundreds of Patriot missiles and hundreds of anti-tank rockets, should be cancelled if Qatar continues to support Hamas."

**September 17, 2014 – ZOA criticizes Brookings for accepting funds from Qatar**
http://www.5tjt.com/zoa-brookings-institution-must-return-14-million-to-qatar-which-supports-jew-killing-u-s-hating-groups-like-isis-and-hamas/
- "The ZOA expresses its deep concern over the anti-Israel turn that has manifested itself at Brookings, and has called upon the think tank to reject funding from the Qatari government and other radical Islamic sources."

**December 4, 2014 – ZOA reiterates its demand that the US State Department to designate Qatar a State Sponsor of Terrorism**
http://blogs.timesofisrael.com/to-limit-violence-in-jerusalem-designate-qatar-a-state-sponsor-of-terrorism/
- From a column by its then-executive director of ZOA's New York chapter: "If Secretary Kerry is serious about 'creating a climate where we can move forward' his Department of State must recognize that much of what is happening in Jerusalem begins in Doha."

## *2017*

**June 12, 2017 – ZOA urges Trump to cancel Qatar Airways License**
https://zoa.org/2017/06/10365920-zoa-since-qatar-funds-terror-groups-trump-should-cancel-qatar-airways-license-and-more/
- "The ZOA repeatedly urged the previous administration to take strong steps to end Qatar's material support to designated foreign terrorist organization, Hamas."

**September 12, 2017 - ZOA's Klein does not accept invitation to meet with Qatar's Emir**
https://zoa.org/2017/09/10374796-zoas-morton-klein-will-not-meet-with-qatars-emir-and-crown-prince/
- "Last week, I received an invitation to meet with his Highness Sheikh Tamim bin Hamad Al Thani, the pro-Hamas Emir of the State of Qatar, and a separate meeting with the Crown Prince during

the week when they will be in New York for the United Nations General Assembly sessions. I was promised this meeting would be highly confidential yet false rumors and narratives about this have proliferated in many quarters. I have decided not to accept this invitation.
In recent years, the Zionist Organization of America has strongly criticized Qatar's support for Hamas and Islamic terrorism and its TV station Al-Jazeera for promoting hatred and violence against Jews and Israel.  ZOA has condemned Qatar for their monstrous activities."

**November 2, 2017 – First $50,000 contribution by Allaham to ZOA**
https://www.motherjones.com/politics/2018/06/mike-huckabee-praised-qatar-without-revealing-he-was-paid-50000-by-qatar/

- "As part of his Qatar project, Allaham also made two $50,000 contributions to Klein's group, the Zionist Organization of America. The first was on November 2, shortly before the group's annual dinner."

**November 12, 2017 – ZOA Gala: Former Qatari diplomat attended dinner; Klein denied knowledge of his attendance.**
http://www.tabletmag.com/jewish-news-and-politics/255252/qatar-and-american-jews

- On Nov. 12, Ahmed al-Rumaihi, a former Qatari diplomat and current head of Qatar Investments, showed up at the Zionist Organization of America's November 2017 annual fundraising dinner. When I asked Klein, head of the ZOA, whether al-Rumaihi's presence there had some larger significance, he said he wasn't even aware that the former Qatari official was at the event. "Anyone who pays $700 comes to the dinner. You give me 700 bucks, you can come," he said."

**November 16, 2017 – Mort Klein learns (if he hadn't already known) that senior Qatari official, Ahmed al-Rumaihi, was at ZOA Gala four days earlier, seated at Qatari agent Allaham's table**
https://www.motherjones.com/politics/2018/06/joey-allaham-nick-muzin-qatar-jewish-leaders/

- "Al-Rumaihi was invited to the dinner by Allaham, who purchased a table at the gala, according to several sources connected to the event. Joel Mowbray, a consultant who advises national security think tanks and is a harsh critic of Qatar, says in a signed declaration prepared for the Qatar lawsuit that when he asked Mort Klein (on November 16, 2017) about Al-Rumaihi's presence at the dinner, Klein said to him, 'What's the problem? Joey [Allaham] paid me $100,000 for that table!'"

## *2018*

**January 7-12, 2018 – Mort Klein trip to Doha**

**January 20, 2018 – Mort Klein backpedals on prior criticism of Qatar, calling Dershowitz's recent defense of Qatar "totally reasonable" and supporting the push to "engage in dialogue with Qatar" – but does not reveal that he had just visited Qatar, or the money from Qatari agent Allaham**
https://www.haaretz.com/us-news/qatar-doubles-down-on-pr-campaign-appealing-to-u-s-jews-d-c-bigwigs-1.5746073

- "I think Dershowitz's article was totally reasonable," Klein said. "I think we should check out their claims. If they're true, then there's no reason not to go there and engage in dialogue with them."

**January 23, 2018 – Second $50,000 contribution by Allaham to ZOA**
https://www.motherjones.com/politics/2018/06/mike-huckabee-praised-qatar-without-revealing-he-was-paid-50000-by-qatar/
- "The second ($50,000 payment from Allaham) came January 23, a few weeks after Klein visited Doha."

**January 30, 2018 – Haaretz learns of Klein's Qatar trip; Klein acknowledges when confronted**
https://www.haaretz.com/us-news/.premium-why-did-zoa-s-mort-klein-go-to-qatar-at-the-emir-s-invitation-1.5771242
- "The visit, which had not previously been reported, took place at the same time that other prominent public figures who are known as supporters of the Israeli government, such as Alan Dershowitz and Mike Huckabee, visited Doha. ... Haaretz independently confirmed through three different sources that Klein visited Qatar. When reached for comment on Monday, Klein explained what caused him to change his mind and visit the Emirate."

**February 2, 2018 – Interview with JPost's Seth Frantzman, in which Klein praises Qatar**
https://sethfrantzman.com/2018/02/02/full-q-and-a-with-zoas-morton-klein-on-qatar-i-was-and-will-be-tough-on-qatar-until-they-change/
http://www.jpost.com/Middle-East/Zionist-Org-president-I-went-to-Qatar-for-Israel-and-the-Jewish-people-540244
- "I'll tell you Doha is a gorgeous city with magnificent architecture and was clean and safe. I was shocked. Twenty years ago it didn't look like that."
- "I met with the Emir for two hours, and they said he rarely meets with anyone for two hours."
- "He treated me with absolute respect and kindness..."
- "The airline had great service. They handed out pajamas, the softest I ever felt, I wear them every night."

**February 9, 2018 – Mort Klein Op-ed defending trip to Qatar**
https://www.algemeiner.com/2018/02/09/defending-ourselves-on-qatar/
- "I nonetheless declined the Emir's initial invitations for many months, out of concern that the Qataris wanted to use a meeting with me for propaganda purposes. But that concern lessened over time. After so many other pro-Israel leaders went, my additional presence (if it became public, which I sought to avoid) would no longer be of much, if any, propaganda benefit."

**February 13, 2018 – Tweet from ZOA staffer threatening a libel lawsuit claiming that "Mort Klein did NOT receive or accept any money from Qatar"**
https://twitter.com/esqberney/status/963553640865783808?s=11



**February 26, 2016 – Op-ed by ZOA staff claiming "ZOA and Morton Klein have no potential financial motive or ulterior purpose" regarding Qatar**
https://www.haaretz.com/opinion/.premium-zoa-the-pro-bds-far-left-is-attacking-mort-klein-for-qatar-success-1.5849062

- ZOA and Morton Klein have no potential financial motive or ulterior purpose here. ZOA and Mr. Klein's preparation time and effort, and the time Mr. Klein spent on his exhausting 13 hour trip each way to and from Qatar, cost us staff money. Mr. Klein's and ZOA's only goal and interest here is to effect Qatari and Al Jazeera changes for the better.

**February 26, 2018 – ZOA tweets, "Mort Klein has been unfairly maligned for his trip to Qatar"**
https://twitter.com/ZOA_National/status/968176339290394626



**June 6, 2018 – Mort Klein declares in press statement that he has suspended his discussions with Qatar**
https://zoa.us7.list-manage.com/track/click?u=29eb7d7528ed4ff8219eea4e4&id=461b8121fc&e=9341b4ac55

- "Other much-needed changes that I had demanded of Qatar, and that the Qatari officials appeared to be receptive towards making, have not been forthcoming. Al Jazeera's recent coverage regarding Israel and Gaza has been despicably biased and incendiary. And I was outraged to see that this week, Qatar took a giant step backwards by holding a dinner honoring

the vicious Muslim Brotherhood leader and terrorist Yusuf al-Qaradawi.  These painful disappointments required me to write this release."

**June 6, 2018 – Joseph Allaham "retroactively" registers as a Qatari foreign agent**
https://www.motherjones.com/politics/2018/06/mike-huckabee-praised-qatar-without-revealing-he-was-paid-50000-by-qatar/
- "...after a judge compelled him on June 6 to comply with the subpoena in the Broidy case, Allaham announced he would file retroactively as a lobbyist for Qatar, but that he was no longer working for the Arab state. [...] In the filing Allaham subsequently submitted to the Justice Department, he said he had reported directly to the Qatari emir."

**June 7, 2018 – Mort Klein "backed away from any rapprochement, reiterating his condemnation" of Qatar**
https://www.politico.com/story/2018/06/07/qatar-persian-gulf-630039
- "In a further blow to Qatar's diplomatic efforts, Klein on Wednesday backed away from any rapprochement, reiterating his condemnation of the country. "I've lost confidence that they're at all serious about changing," he told POLITICO."

**June 13, 2018 – Mother Jones reports on Ahmed al-Rumaihi and the ZOA dinner**
https://www.motherjones.com/politics/2018/06/joey-allaham-nick-muzin-qatar-jewish-leaders/
- "The group and its longtime president, Mort Klein, have been known for their zealous support of Israel's right wing and their unrestrained attacks on what they consider to be Israel's enemies. In recent years, that list has included Qatar, the small, natural-gas-rich Arab state. In 2014, the organization urged the US government to designate Qatar as a state sponsor of terrorism for "funding and promoting Nazi-like organizations that want to kill every Jew." Yet sitting at a prominent table at the 2017 dinner was Ahmed al-Rumaihi, a former Qatari diplomat and, until March of that year, the head of Qatar Investments, a $100 billion division of the country's sovereign wealth fund. Al-Rumaihi had come to the dinner at the invitation of Joseph Allaham, the former owner of a group of kosher meat restaurants, including the flagship Prime Grill in midtown Manhattan."

**June 20, 2018 – Mort Klein tweets "That donation to ZOA was given to ZOA as a private contribution from a wealthy businessman...ZOA never lobbied for or praised Qatar."**
https://twitter.com/MortonAKlein7/status/1009486916260163591



**June 21, 2028 – Morton Klein reiterate his stance on twitter**
https://twitter.com/MortonAKlein7/status/1009736890440912896



**June 22, 2018 – Morton Klein announces return of Qatar funds**
http://jewishinsider.com/14141/daily-kickoff-remembering-dr-charles-krauthammer-will-trumps-peace-plan-gaza-first-rep-seth-moulton-won-mike-bloomberg/

- Jewish Insider: Mort Klein told us by phone this morning... "We are now looking into it thoroughly. In the next 24 to 48 hours, if we determine that this money clearly came from Qatar, we will return the money immediately. Any money that the ZOA has received for the past 25 years has come from private individuals, never from any country. To this minute, my complete understanding was that it came from a private individual. If I thought that any money came from Qatar, I would never have accepted it."

  "I assumed this was a wealthy businessman (Joseph Allaham) who was giving ZOA a check. I've had many wealthy business people who have given me 100k and plus. That happens all the time. And I knew that Allaham brought Malcolm Hoenlein, Alan Dershowitz and Mike Huckabee to Qatar. In my eyes this made him look like a legitimate individual. To me, them going, koshered the trip. I never did a thing for Qatar. Whatever money I got -- whether it is from Qatar or not -- I never did anything for them. I never wrote an article praising them, I never lobbied for them."

 **Nick Muzin**
@nickmuzin

 Follow

A true joy to celebrate Yom Yerushalayim with the great champion of the Jewish people @MortonAKlein7



3:27 PM - 12 May 2018

2 Retweets  9 Likes   

MEF000917



**Morton Klein**
@MortonAKlein7

Follow

That gift to ZOA was given to ZOA as a personal gift from a wealthy businessman.If there is any connection to Qatar with that gift,ZOA will immediately return it.ZOA never lobbied for or praised Qatar.ZOA strongly criticizedQatar's actions and policies.See ZOA.org

**Ariel Ben Solomon** @ArielBenSolomon

Are @GovMikeHuckabee @MortonAKlein7 and others getting paid to support terrorist supporting (including Hamas) Qatar? @DavidAWeinberg

twitter.com/steverabinowit...



9:53 AM · 21 Jun 2018

2 Retweets  1 Like

  

MEF000918



**Morton Klein**
@MortonAKlein7

Follow

ZOA&Mort Klein proud to announce during and after my trip to Qatar, I was able to convince Emir of Qatar/Qatar officials to cancel showing of viciously antisemitic AlJazeera documentary on so called "Israel Lobby"-and to stop allowing antisemitic books at the Doha/Qatar book fair

1:56 PM · 10 Apr 2018

2 Retweets  4 Likes



Tweet your reply

**Eitan GM** @eitangm · Apr 10
Replying to @MortonAKlein7
cc @AliAbunimah @MaxBlumenthal @claytonswisher @peterfeld @AlanDersh

**Peter Feld** @peterfeld · Apr 10
I see.

**Peter Feld** @peterfeld
Israel lobby proudly claims credit for influencing a foreign govt to suppress investigative report about Israel lobby's influence over foreign governments.

MEF000919



**Morton Klein**
@MortonAKlein7

Follow

That gift to ZOA was given to ZOA as a private gift from a wealthy businessman.If there was any connection to Qatar with that gift,ZOA will immediately return it.ZOA never lobbied for,or praised Qatar.ZOA strongly criticized Qatar's actions &policies.See ZOA.org

**Scott Brockman** @scottbrockman
Hey @MortonAKlein7 how can we spin this to make it George Soros' fault ?
twitter.com/TimesofIsrael/...

7:15 PM · 26 Jun 2018

1 Retweet

MEF000920



Morton Klein
@MortonAKlein7

Follow

Shmuley Boteach still hasn't explicitly denied that he didn't repeatedly ask Qatar agent Nick Muzin for an invitation to Qatar and demanding Qatar pay Shmuley,as Muzin claimed in Forward article.Y won't U answer!Did u or did u not demand of Muzin an invitation to Qatar and a fee.

Scott Brockman @scottbrockman
There just isn't enough popcorn to eat while reading this
forward.com/opinion/394182...

10:15 PM - 8 Mar 2018

1 Retweet

MEF000921



**Morton Klein**
@MortonAKlein7

Follow

And Malcolm Hoenlein, OU's rabbi Genack, RZA Martin Oliner, Jack Rosen,AJCongress. All went to fight for Israel,Jews and against Islamic terror and the anti Semitic Al Jazeera. None went to help Qatar. ZOA's Klein brought 50 page report making demands of Qatar.

Ariel Ben Solomon ● @ArielBenSolomon
CC @AlanDersh @MortonAKlein7 @nickmuzin @GovMikeHuckabee
twitter.com/JNS_org/status...

10:29 PM - 4 Mar 2018

1 Retweet  1 Like

MEF000922



**Morton Klein**
@MortonAKlein7

Follow

Morton Klein has never been offered nor accepted any money from Qatar.Ever!Is that clear enough. Your false claim is a defamatory lie.I demand you retract this despicable lie.But Nick Muzin claims Shmuley Boteach demanded money to go to Qatar.If that's true u should condemn him

twitter.com/akeyak/status/ ...

7:55 PM · 13 Feb 2018

1 Retweet  1 Like



MEF000923



**Morton Klein**
@MortonAKlein7

Follow

Qatar claims it no longer supports terror.President Trump&Treasury Secy Mnuchin praised Qatar for counterterrorism work and ending money laundering.Israel officials state Qatar sends Gaza funds to build homes overseen by Israel while private Qatar citizens may fund Hamas

Ariel Ben Solomon @ @ArielBenSolomon
Another pro-Israel supporter @MortonAKlein7 visits terrorist supporting Qatar
haaretz.com/us-news/.premi... @amintibon twitter.com/ArielBenSolomo...

4:58 PM · 30 Jan 2018

2 Retweets  3 Likes



MEF000924







MIDDLE EAST FORUM

# Qatar: U.S. Ally or Strategic Threat?

February 2019

       

       

Qatar: U.S. Ally or Strategic Threat? | 3

# CONTENTS



PAGE 10 | PAGE 14 | PAGE 38 | PAGE 48

4   INTRODUCTION

5   SPEAKER BIOGRAPHIES

8   SPONSORS

10  THE TWO FACES OF QATAR:
    A 'RUBOLS MIDEAST ALLY
    By Charles Weld

12  WORLD CUP 2022 DOESN'T
    BELONG IN QATAR
    By Jamie Fuller

14  THE TWO-FACED SCOURGE
    OF CYBERWARFARE
    By Mohamed Fairooz

16  JEWISH LEADERS SHOULD DONATE
    QATARI MONEY TO TERROR VICTIMS
    By Sam Segev

18  ON 'MODERN' GULF OPEN PAYMENTS
    SPEAKS OF QATAR'S SPONSORSHIP
    OF TERRORISM
    By Ronald Sandee

20  DOHA FORUM GIVES TEHRAN
    PLATFORM TO NAVIGATE
    PAST U.S. WORLD (J)
    By Seth J. Frantzman

22  LEVERAGING MURDER FOR
    POLITICAL AMBITION: THE TURKISH
    AND QATAR WAY
    By Jonathan Spyer

24  HAMPTONS KOSHER BOY DOGS AT
    QATAR'S HIGHER WORLD CUP
    By Benedict Roland

26  THE SINISTER REASON BEHIND
    QATAR'S WOOING OF THE JEWS
    By Jesse Green St. Clair

28  QATAR: HOW IN THE WORLD?
    By Bruce M. Bean

30  QATAR VICTIM SQUEEZES - BUT
    THEY SHOULDN'T BE THE ONLY ONES
    By Khris Fernandez

32  THE WORLD CUPIS THRILLING,
    BUT FIFA MUST CHANGE
    By Benita Mercedes

## POLICY BRIEFS

34  THE EVIL EMIRATE?
    QATAR'S THREAT TO AMERICANS
    By Gregg Roman and Sam Westrop

38  THE THREE FACES
    OF AL JAZEERA
    By Samantha Rose Mandeles

44  HEDGING RADICAL ISLAM
    By Ronald Sandee

48  QATAR-IRAN RELATIONS
    By Jonathan Spyer

52  YUSUF AL QARADAWI,
    THE MUSLIM BROTHERHOOD
    AND QATAR
    By Kyle Shideler

56  QATAR FOUNDATION
    INTERNATIONAL
    By Oren Litwin

MEF000928

Case 1:19-cv-00150-DLF   Document 202-4   Filed 08/29/23   Page 390 of 432

# QATAR'S INFLUENCE



## SPEAKER BIOGRAPHIES













**MICHAEL ALLEN**

**BRUCE BEAN**

**JACK BURGMAN**

**SHIMRIT BURLACH**

**TOM COTTON**

**WARREN DAVIDSON**

**MOHAMED FAHMY**

**ALBERTO FERNANDEZ**

**STUART FORCE**

**SETH FRANTZMAN**

# SPEAKER BIOGRAPHIES



JAIMIE FULLER

BROOKE GOLDSTEIN

JIM HANSON

OREN LITWIN

SAMANTHA ROSE MANDELES

RUGER MARSHALL

HUSSAIN HAQQANI

CATHERINE HERRIDGE

HAROLD RHODE/NICHOLLS

ELI LAKE

ALEXANDER MELEAGROU-HITCHENS

DANIEL PIPES

GREGG ROMAN

RONALD SANDEE

BRAD SHERMAN

SABRI SINGER

HOPE SOLO

JONATHAN SPYER

BRYAN STEIL

PETER THEROUX

JONATHAN IHSAN

CHUCK WALD

SAM WESTROP

MEF0000930

8. Qatar: U.S. Ally or Strategic Threat?   19

# SPONSORING ORGANIZATIONS

## MIDDLE EAST FORUM

## AMERICAN ISLAMIC FORUM FOR DEMOCRACY

## CAMERA — COMMITTEE FOR ACCURACY IN MIDDLE EAST REPORTING

## EMET — ENDOWMENT FOR MIDDLE EAST TRUTH

## EMMY FOUNDATION



## THE FOUNDATION FOR SPORTS INTEGRITY

## GATESTONE INSTITUTE

## HAYM SALOMON CENTER

## IRANIAN AMERICAN FORUM

## ISLAMIC STATE OF IRAN CRIME RESEARCH CENTER

## THE LANTARE PROJECT





## MIDDLE EAST CENTER FOR REPORTING AND ANALYSIS

## PHYLLIS CHESLER ORGANIZATION

## RESEARCH INSTITUTE FOR EUROPEAN AND AMERICAN STUDIES

## SCHOLARS FOR PEACE IN THE MIDDLE EAST

## SHURAT HADIN



## SECURITY STUDIES GROUP

## STRENGTH TO STRENGTH



## THE WORLD VALUES NETWORK

MEF000931

# THE TWO FACES OF QATAR, A DUBIOUS MIDEAST ALLY

*Doha undermines U.S. security by sponsoring Islamic radicalism.*

By Charles Wald
April 24, 2017

THE WALL STREET JOURNAL

Defense Secretary Jim Mattis visited several of America's Mideast-ally Eastern partners last week—including a stop in Qatar, home to an important air base but also undermines American security by sponsoring Islamic radicalism.

Nearly all coalition airstrikes against Islamic State are coordinated from Qatar's Al Udeid Air Base, which also supports missions in Afghanistan. The U.S. Air Force stations many of its largest aircraft there—refueling tankers, automated surveillance and early-warning aircraft, and heavy bombers. Al Udeid also houses the Combined Air and Space Operations Center which coordinates all coalition air operations in the region. With all these air assets in one place, the Pentagon expects to stay through 2024.

But the feud that now suspects some of the groups the base is used beneath. According to the State Department, "terrorists and individuals within Qatar continue to serve as a financial support for terrorist and militant groups," including al Qaeda, Syria's al Nusra, Qa-

tar has also supplied advanced weaponry to militants in Syria and Libya.

Doha pressed Libyans into the radical Muslim Brotherhood government of ousted Egyptian President Mohammed Morsi, who urged supporters "convince our children to not get radicalized on behalf of Sunnis." The Brotherhood's separatist guide. Muslim Brotherhood Israel and America "a commingled" of Allah that cannot be distinguished.

After Mr. Morsi's government fell in 2013, Qatar offered safe harbor to many Brotherhood leaders. Pressure from neighbors eventually forced them to exit, but Qatar still hosts Yusuf al-Qaradawi, a Brotherhood-affiliated preacher who once declared, "Those killed fighting the American forces are martyrs." Qatar's clear financier of Hamas, a Palestinian spinoff of the Muslim Brotherhood which has repe-

ratedly attacked Israel with rockets. Qatar-funded al-Jazeera has soft-power on behalf of radical Islamists through its state-owned TV network news channel. Yet Al-Jazeera has a weekly show and the network Baraka addresses in America, whose broadcasting is Norma bin Laden's widow, repeatedly, and unpunished exercising their news views.

Given President Trump's fiery right approach to radical Islamic terrorism, it makes sense to ask whether the U.S. should continue basing crucial military assets in a country that supports such ideology. If Qatar won't change its behavior, the U.S. should consider relocating assets from the base. The United Arab Emirates would be a logical destination. It's an active partner in America's efforts to combat ISIS, partly in Afghanistan and a source for U.S. officials consider the UAE to be of their strongest Arab partners. Mr. Mattis has called it "Little Sparta."

Emirati air bases could accommodate U.S.-led operations currently run from al Udeid without penalty. U.S. aircraft further from military targets. The Combined Air and Space Operations Center would need to be replaced, but the cost would be easily recouped from the security benefits. The UAE is a far more reasonable base than Qatar—and it already works well. the U.S. military to forward points from our other Gulf allies and coordinate coalition air operations.

If the Trump White House hopes to end the fire-feeling of American allies, it can start by sending a clear message to Doha: The benefits of al Udeid do not outweigh Qatar's support for extremism.

*General Charles F. (Chuck) Wald USAF (ret.) was deputy commander of U.S. European Command and is a fellow at the Jewish Institute for National Security of America.*



MEF000932

# WORLD CUP 2022 DOESN'T BELONG IN QATAR

*Qatar is a major sponsor of world terrorism, funding Hamas's military wing in Gaza, Hezbollah in Lebanon, the Muslim Brotherhood in Egypt and Al Nusra Front, al-Qaeda's affiliate in Syria.*

By Jamie Fuller

THE JERUSALEM POST

August 3, 2018



More than a billion people globally watched the culmination of soccer's World Cup as France defeated Croatia in extra time championship match in Moscow earlier this month, for the United States, this year's World Cup had seem disappointment, with the US ban on eliminated in the qualifying round, while British fans saw the English team surpass expectations and make it to the semifinals, only to lose to Croatia 2-1 in extra time. Nevertheless, fans everywhere cheered as the games went on.

The tournament was a relative success, with play in beautiful new stadiums and facilities across Russia, town World Cup logistics smooth, and the usual international media frenzy surrounding matches. The game was even significant problems. The game never should have been held in Russia in the first place. The World Cup Finals were awarded to Russia – and to Qatar for 2022 – due primarily to rampant corruption throughout the FIFA soccer governing body and its willingness of Russia and Qatar to pay along and compensate them even further.

There were signs scandal engulfed FIFA, leading to the resignation in 2015 of FIFA president Sepp Blatter for eight years (subsequently reduced to six years in appeal) from all soccer-related activities. A five-year FBI investigation led to the arrests and indictments of dozens of other soccer officials – almost the entire FIFA top echelon – on charges of corruption, including accepting bribery and kickbacks.

A Swiss government investigation into money laundering involving the 2018 and 2022 World Cup bids involved more than 800 counts of suspected bribery. A report by FIFA's ethics chief Michael Garcia, now an associate judge on New York's highest court, found numerous instances of bribery, impropriety and corruption, including that top FIFA officials sought to obtain personal favors or benefits.

There is evidence that Qatar 2022, the official bid team, employed a strategy that clearly exceeded collecting Qatar's Aspire Academy resources to counties associated with FIFA executive committee members or otherwise using Aspire resources to influence their chances at votes, said the report. Aspire is a Qatari government-created organization tasked with identifying and training athletes.

Additionally, Qatar reportedly ran millions of dollars than FIFA vice president Julio Grondona's Swiss bank account and paid off a multimillion-dollar Argentine Soccer Association debt from when Grondona was its president. And they used their beIN Sports (formerly Al Jazeera Sports) and its greatly biased coverage to build their cause in their friends, punish their enemies, and intimidate nearly everyone.

When FIFA revised only a watered-down summary of the report, Qatar resigned in protest.

In a sporting world all too often full of corruption, the awarding of these games to Russia and Qatar and more of the 2018 corruption and the awarding their decision are yet another attack on sports integrity.

Now that the 2018 World Cup is over, fans and players are turning their attention down the road toward 2022 when Qatar is set to host. The very choice of the gas-rich Arabian Gulf emirate makes no sense. Without the corruption in FIFA, it is extremely unlikely – more likely inconceivable – that Qatar, which a FIFA inspection team had ranked last among the nine countries vying to host, would have ever been selected on merit.

For one, it's not a country with a big soccer culture. Purchasing an expensive French Saint-Germain, and building four big new stadiums doesn't make for a soccer powerhouse. (Five more are promised.)

Additionally, holding the World Cup in Arabia, where summer temperatures can reach 115 degrees Fahrenheit, defies logic, leading FIFA to move the games to November 21-December 18 and forcing soccer teams and leagues to adjust their own calendars. Doha and Qatar are also not immune to the vicissitudes of nature's destination in the region.

Beyond that is the human rights aspect. Qatar is a major sponsor of world terrorism, funding the Hamas's military wing in Gaza, Hezbollah's affiliate in Lebanon, the Muslim Brotherhood in Egypt and Al Nusra Front, al-Qaeda's affiliate in Syria, a close ally.

Closer to home, Qatar's poor treatment of migrant workers has been on full display as they prepare the stadiums and build its World Cup soccer facilities. Qatar has been accused of exposing workers, both Qatari nationals and immigrants, to dangerous and unseemly, unsafe working conditions. In March 2014, the International Trade Union Confederation, calling Qatar a "country without a conscience," blasted Qatar's migrant worker system, reporting that 1,200 migrant workers had died between 2010 and 2013. By contrast, five workers died preparing for the 2018 Russia World Cup.

In 2016, Amnesty International claimed that some workers would have their pay withheld or confiscated and wages withheld, violating human rights. The family of Zac Cox, a South African national killed in January 2017, during construction of the Khalifa International Stadium in Doha, complains that the Qatari government has been largely absent and uninvolved in the investigation of his death.

As deplorable as the unexplained deaths and treatment of migrant workers has been, Qatar never should have won the bid to host the World Cup. It was only because it liberally bribed its way to win the extraordinarily controversial election. Then, having spent whatever it took to win – above and beyond a just vote of the European book and play its part as a number of countries, England, France and Germany step to mind with the final being played in Wembley Stadium.

But it's not too late for FIFA to reconsider. There is still time before the 2022 Finals for a different location. One interesting and more-than-feasible solution is to take a just vote of the European book.

*Jamie Fuller is a consultant to the MFA. New Jerusalem of the advisory coalition, New MFA, New Journal of the MEN spokesman for ... is chairman of the Area Foundation for Sports Integrity.*

MEF1000933

# THE TWO-FACED SCOURGE OF CYBERWARFARE

By Mohamad Fahmy
October 4, 2018
**The Washington Times**

Speaking to the U.N. General Assembly last week, Qatar's Emir Sheikh Tamim bin Hamad Al Thani promised that his country would stand for international conferences on the scourge of hacking, and cyberwarfare.

That's excellent. Qatar is the perfect country to host such a summit. The regime's officials could give speeches about how they counter hackers and select their targets, the cyber mercenaries they employ, the ways they infiltrate their enemies, and so on.

foreign countries, and the American media cross-fiesta infra-network, for Qatar could build a panel discussion on how they corner hackers and select their targets, and the American media entails to aid in the American media. The conference is a great idea — Qatar has much to teach the world about

hacking and cyberwarfare. After all, they've at the forefront of state-sponsored hacking of foreign networks and other individuals.

Qatar has mainly used Al Jazeera, its Arabic- and English-language media service. While Al Jazeera masquerades as an independent news agency offering alternative takes on world events, it and others who work for them more naturally it actually functions as a herald for how the Gulf state views the other nations of the world.

The country's fingerprints come out clearly in much of the network's reporting. Al Jazeera has routinely given a platform to terror organizations like the Muslim Brotherhood, Hamas, Hezbollah and al Nusra in Syria. It has offered favorable coverage to Iran in countless stories and news items. Jazeera even aired its "investigative journalist" to undertake elaborate stunts and smears of involved activities in which their works of others were being done, presumably in an attempt to advance the emirate's vendetta against the Jewish state.

These efforts have relied heavily on surreptitious recordings and filming. But surreptitious reporting is one the only tactic that Qatar has used in its espionage efforts. Qatar also hacked scores from 1,200 email accounts.

Qatar's hacking and state-run media attacks are merely the start of its nefarious activities at home and abroad. From an Al Jazeera and especially its individual affiliated brand Al J+, peddle its videos in foreign countries and across the Western countries from the network's and news sites' massive practice, the most hostile forms of oppression on Qatar itself.

---

## Qatar's hacking and state-run media attacks are merely the start of its nefarious activities at home and abroad.

---

The emirate is governed in top-down style by the ruling family, and its share with the democratic opposition shut out of the process and oil-rich state always drowning alongside its allegiance. While its entirety rakes in natural-gas billions, it has also imprisoned millions of guest workers. More around the border regions, many of whom have turned on overseers that echo them to labor protections. According to a recent report from Amnesty International, wage conspiracy scandals sprang from its employees, leaving them stuck in Qatar with no pay. Some have even blasted Qatar's foreign labor practices as a form of modern slavery.

The picture becomes even uglier when we consider some of the benefits of the small emirate. Qatar has provided a durable game in the growth liaisons of the Middle East. Which it presents itself as a fierce opponent of terrorism and a wonderful negotiator in public relations, the same-time field terror in the region through its associations with Iran, Hamas, Hezbollah and others.

Qatar has included many financial support and prominent permanent terrorist leaders to find refuge on Qatari soil next steps in Doha. Qatar has also toned its sounds with these foreign officials, notably in the case of the World Cup, It

has been widely documented that Qatar bribed FIFA decision-makers in order to bring the next World Cup soccer tourney feats to Doha in 2022. While this might seem tread of mass equations about other institutions in which Qatar might have tried to suppress the decisions of international bodies, It is now a multibillion-dollar business by itself.

Not that Qatar wants Americans to know all this. After the United States sanctioned other Gulf nations' decision to sanction the emirate, Qatar struck back by spending millions to lobby Washington, D.C., powerbrokers. This was a sophisticated campaign, too: it targeted specific constituencies, even as well-serving Middle East policy, including America's Jewish leaders.

But no amount of public relations can distract from the truth: Qatar spends under-propaganda funds thousands of terrorists, the mercenaries and workers, all while presenting a benign face to the world, it's to international community gathers in New York. It must not ignore Qatar's despicable record. We must not let them back from Al Thani to make in order to learn these truths, and then leak them to the press. It's plain to day.

*Mohamad Fahmy is the former bureau chief of Al Jazeera English in Egypt and the author of "The Marriott Cell: An Epic Journey from Cairo's Scorpion Prison to Freedom."*

MEF000934

# JEWISH LEADERS SHOULD DONATE QATARI MONEY TO TERROR VICTIMS

*I couldn't fathom how the same prominent Jewish leaders who for years have publicly spoken out against the evils of Hamas terrorism, now found themselves as pawns in Qatar's public relations game.*

By Sarri Singer
June 25, 2018

## THE JERUSALEM POST



News broke recently that several prominent American Jewish community leaders had taken all-expense-paid trips to Qatar at the invitation of the country's Emir – the same government and money for its financial and political support of the Hamas terrorist organization and other extremist groups throughout the Middle East. Many were puzzled at the judgment of those who had otherwise been uncompromising critics of Israel's foes.

Not only did these leaders accept luxury travel and accommodations from the Qatari regime, a number of individuals and non-Israel organizations also accepted payments. Former Arkansas Governor and Republican pundit Mike Huckabee was paid $50,000 and the Zionist Organization of America received $180,000. Both payments were funneled through an unregistered Qatari foreign agent in New York, and then donated to the

> **Many were puzzled at the judgment of those who had otherwise been uncompromising critics of Israel's foes.**

ZOA. ZOA has said it didn't know that the money originated in Qatar and last week announced it would return the money to the Qatari agent. Despite claims – the very existence of Qatari payments who admitted to receiving $1.45 million dollars from the Qataris for his efforts to save the American Jewish community.

Reading about these payments brought

strapped with explosives boarded my bus and detonated. He injured over 100 of us and murdered 11 innocent people, including all those injured and standing around me. The bombing itself was a miracle. American Alan Beer, originally from Cleveland, Ohio. To vindicate the hate that I experienced that day, I founded Strength to Strength, which creates a support network for terror victims, both survivors and beyond to family members. We are part of a global network of victims of terrorist focusing on healing, empowering and moving forward.

I couldn't fathom how the same prominent Jewish leaders who for years have publicly spoken out against the evils of Hamas terrorism – which may truly took my life – now found themselves as pawns in Qatar's public relations game.

Qatar has an ugly record. It hosts and

funds Al Jazeera, the Arabic-language news network that broadcasts rabidly anti-Israel and antisemitic programming around the world. It proudly and openly hosts leaders of terrorist groups like Hamas, and until recently, hosted the exiled leadership of the Muslim Brotherhood in Egypt; it is allied with Iran; it carries out extensive cyberattacks on Israel; journalists and human rights activists; and has donated hundreds of millions of dollars to support Hamas rule in Gaza.

At the same time, Qatar also hosts a US military base, makes massive donations to American universities and charities, and spends tens of millions of dollars a year on periodical consultants, image-makers and media advisers in the United States.

In other words, the Qatari regime is distracting from its appalling behavior by spreading money around America and promoting an intentionally misleading image of itself. It's a clever strategy, and it reflects with the unfortunate tendency to give foreigners the benefit of the doubt. But American Jewish leaders should know better. Those who took paid trips to Qatar played right into the Qatari campaign of deflection and distraction. Qatari states know exactly what

they're doing. Their support for terrorism and their funding for Al Jazeera have programming are calculated. So is their hate and intricate campaign of engagement with Jewish leaders in the United States.

The payment to its new conflicts and division is expected; the regime is interested in a divide and conquer strategy, not dialogue and mutual understanding, to recruit credible Jewish leaders who can provide cover for the regime. Qataris have an opportunity to put their money into causes that work against Qatar's schemes.

Every dollar they received should be donated to provide support to those

who have suffered at the hands of Qatari-supported terrorists and terrorism. Sadly, there are millions of victims to choose from: children in Sderot suffering from Post-Traumatic Stress Disorder after living through barrages of Hamas rockets for years; American citizens killed and maimed during the attacks of the Second Intifada; Palestinian widows and children of fallen Israeli soldiers left behind by the regime that is instigated by Hamas.

This would be an important first step to pull back the curtain of evil that Qatari financiers will stand for. Washington over the past year and a half – and provide a small measure of justice to those victims of terrorism, like me, who have suffered the consequences of this region's true agenda.

*Sarri Singer is founder and director of Strength to Strength, a non-profit organization that unites victims of terrorism from across the globe. 15 years ago she was, as she survived a homicidal bombing in Jerusalem.*

MEF000035

# ON "SUDDEN" GULF DEVELOPMENTS SPARKED BY QATAR'S SPONSORSHIP OF TERRORISM

By *Ronald Sander*
March 14, 2014

## DOWNRANGE

Last week, Saudi Arabia, the United Arab Emirates, and Bahrain decided to recall their ambassadors from Doha. According to the three countries, fellow Gulf Cooperation Council member Qatar has threatened the stability and security of the region.

The three countries want Qatar to take immediate steps to comply with the main security agreement signed in Riyadh on November 23, 2013, by the GCC countries. The security agreement calls for all member states to "abide by the principles that they should not direct

suit aimed at meddling in regional affairs or backing of any party that threatens regional security and stability, whether they are organizations or individuals," and "not export anything to any individual, media outlet, or institution that harbored the terms of the agreement."

Two weeks later, on Friday, March 7, 2014, the Saudi government decided to take further action and criminalized not only violent Islamist organizations like al-Qaida, its various affiliates in the region like AQAP and Jabhat al-Nusrah, al-Qaida-disowned ISIS, Hizballah in Saudi Arabia, and the Houthi rebels in

which the particular jihad terrorists in the region spread. Qatar, the need for compliance. We are extremely sorry to say this and attempts listed and that the state of Qatar has also not honored the terms of the agreement.

Yemen, but also the organizations of the Muslim Brotherhood. Saudi Arabia now considers the Muslim Brotherhood, which was involved in Saudi Arabia, King Abdullah's royal decree appointing prison terms of 3 to 20 years for Saudis who travel abroad to fight in jihad... then on.

## Assessment

Last week's unprecedented action taken by three members of the Gulf Cooperation Council against a GCC member state highlights a growing political activism about the subversive reputation in the region of Islamist groups like the Muslim Brotherhood. Indeed, it is conceivable that, if it's all in the Arabian Peninsula, southward with development, once the Arab Spring, Saudi Arabia, the United Arab Emirates, Bahrain, and to a lesser extent, Kuwait are now looking at the world much differently.

Assad is deliberating will to remain engaged in the Middle East — the results of which are fast being reflected in Iraq — coupled with the Obama administration's growing reliance on Iran, which in all probability have served to enflame the Arabian Peninsula to begin pursuing their own interests.

As Washington's influence has deteriorated during the last ten years, Iran has become more assertive. The focus on the Iranian threat now, invariably more, is wont to have the upper hand in Iraq meanwhile, the Iranian regime has been testing the Sau-

in some sense of security by supporting the Iran's insurgency in neighboring Yemen in support of the media outlets here in Riyadh that have regularly criticized Saudi policymakers in Washington.

Key U.S. allies in the Middle East are also rethinking their relationships with the U.S. in the post-Arab Spring era. They view themselves as now on their own and may no longer be able to trust Washington. When two views are losing faith in the Saudis saw an opportunity to push back, but were caught off guard by the support for the opposition provided by Turkey and Qatar.

Saudi Arabia, the United Arab Emirates and Bahrain's come to the conclusion that Qatar's governments, including the Saudi Houthi rebels in Yemen, and are the promoters of the Muslim Brotherhood and its branches in Saudi. ISIS in Syria, both of which are likely pursuing jihadi in constant escalation elsewhere in the region.

The Qatar's have attempted to portray compromise about these behaviors as a disappointment over Qatar's foreign policy in the Middle East, especially Qatar's support for the Egyptian Muslim Brotherhood. However, it is clear that the Saudis, Emiratis, and Bahrainis took these unprecedented actions also because

about domestic issues linked to Qatar's support for an array of so-called "moderate" and terrorist groups alike.

Last weekend, many of Saudi and UAE mainstalls working by Qatari media outlets left their posts in response to this growing crisis. Many Saudis, Emiratis who were working media in this. The Muslim Brotherhood until Saudi designated the Brotherhood a terrorist organization have reportedly set foot with the organization. Among the actions in the have dropped their support for the Brotherhood because Saudi, Abdullah, who is close to the Brotherhood's largest influential membership found a Qaradawi.

In all likely, al-Qaradawi's admonishment of Saudi Arabia and the UAE for their support for ousted former Egyptian government in particular in his Friday sermon on January 24, 2014. This was not the first time al-Qaradawi mounted an attack on the UAE, which has been clamping down on local Muslim Brotherhood chapter following resolutions that nearly 100 prominent MB members were plotting a coup.

Unlike most local Gulf reporting, the tripartite move against Qatar has been very public. Yet despite the warning shots fired by the three powerful neighbors, the recall continues and beyond al-Qaida's loyalist does not appear deterred in its support for the Muslim Brotherhood.

*Ronald Sander is Chief Global Jihad Analyst at the strategic advisory firm Kronos Advisory. An international security consultant and commentator on geopolitical issues, Sander is recognized as one of the world's top experts on al-Qa'ida and Affiliated Movements.*



MEF000936

# DOHA FORUM GIVES TEHRAN PLATFORM TO NAVIGATE POST-ISIS WORLD

> *With 800 participants from 70 countries and 100 speakers, the forum was important and a symbolic gathering.*

By Seth J. Frantzman
December 18, 2018

**THE JERUSALEM POST**

Qatar's Doha Forum has been criticized for providing Iran's regime with a platform to push its agenda, including criticizing US policy. In gathering together Iran's and Turkey's foreign ministers, Qatari leaders, US Congressional Democrats and a plethora of other voices, the forum provided a place for discussions about the Middle East, at the region shifts from the ISIS threat to its Iran-US confrontation.

With 800 participants from 70 countries and 100 speakers, the forum was important and a symbolic gathering that did not include high-level US voices. Iran sought to exploit the forum. Iranian Foreign Minister Javad Zarif said the country wouldn't work and intended to portray Iran as a responsible country and victim of US policy. He also boasted about evading sanctions.

Qatar, the host, wanted to use the gathering to discourage the isolation it felt during the Gulf crisis when Saudi Arabia and its allies, such as the UAE, led the effort to blockade Qatar. Instead, the forum showcased how Qatar is not isolated and how it has grown its alliance with Turkey and its outreach to Iran. This is a unique alliance that is increasingly a third alliance system in the Middle East, a different nexus from the Arab states grouping of countries that oppose the US and the pro-US grouping led by Saudi Arabia. Qatar and Turkey have their own agenda that is more closely connected to political Islamic parties, and more critical of the US role in the region.

However, the forum itself portrayed Qatar as an oasis of stability in a region recovering from conflict. The Qatar Development Fund signed an agreement with the UNRWA, the United Nations Relief Agency, to support the UN with $16 million. That is a tiny figure, but a token symbolic vocalization that shows Qatar attempts to portray itself as helping refugees.

Qatar also signed a two-state agreement with UNRWA, the UN Relief and Works Agency for Palestinian Refugees, showing its commitment to Palestinians. Qatar has transferred $81 million to Gaza in recent months, as of a $90 million pledge. UN organizations, including the UNDP and UNICEF, came to the event and signed agreements or praised Qatar's role.



> Qatar and Turkey have their own agenda that is more closely connected to political Islamic parties, and more critical of the US role in the region.

UN Secretary-General Antonio Guterres gave a rousing speech, saying climate change and migration were major challenges, threatening multilateralism and urging a new hope for the world.

THE FORUM sought to remind a kind of meeting about between more far-right populist political Islamic voices and more left-leaning voices crowding in as opinion leader. It also was supportive of Palestinian issues. For instance, there was a panel on "Palestine, Syria and Yemen" organized by Brookings Doha.

The Doha meeting was in contrast to the October Manama Dialogue conference. That Gulf conflict was sort of the Doha conference, but included a different set of diplomats from countries that are more critical of Iran and are closer to Saudi Arabia, and took place amid the recent visits of Israeli ministers to the UAE and Oman. As such, in Manama, Israel had been on the agenda at a more positive light. In Doha it was the opposite; Israel was portrayed as isolated, while countries such as Turkey and Iran that are harshly critical of Israel had the spotlight. Such far as the Palestinians had done everything to achieve peace. "We even recognized Israel as a state."

Somalia sent a delegation that said intentions would not be bought by military means alone. Mali also attended the and signed an agreement with Qatar for support of environmental issues, which has been significant in the Committee to Protect Journalists, as one of the world's greatest jailers of journalists, spoke to the forum about "preserving freedom of expression" and claimed Turkey has overhauled its policies to ensure a sound environment for journalists.

In general, the Doha Forum accomplished what it sought out to do: give Qatar a platform to show itself off and network with powerful countries, China, for instance, discussed its Belt and Road initiatives. Qatar also sought to highlight humanitarian issues, involving Yadies Murad, the Yazidi genocide survivor, and leading discussions about drought in the Sahel region and refugees.

Qatar was also doing outreach to Congressional Democrats, sensing this after the US elections, Congress will now have a Democratic majority in the House, which could benefit Qatar. At least six Congressional Democrats attended, it was reported. This was criticized by some on the Right in the US, such as the Conservative Review, which called it a "clandestine weekend trip," although it wasn't clear how clandestine it was if they posed for photos while there.

The Security Studies Group discussed the event as featuring "terror supporters." But Americans across the aisle came as well. Former White House press secretary Sean Spicer spoke, as did GOP political strategist Rick Wilson, who tweeted that it was a real pleasure to attend and that "Qatar is a stunning, vibrant nation."

*Seth J. Frantzman is Opinion Editor and Middle East analyst for the Jerusalem Post. Currently he is the Executive Director of the Middle East Center for Reporting and Analysis and a Writing Fellow at the Middle East Forum.*

MEF000037



# LEVERAGING MURDER FOR POLITICAL AMBITION THE TURKISH AND QATARI WAY

*Turkey and Qatar seek to turn the death of Jamal Khashoggi into political advantage*

By Jonathan Spyer
October 27, 2018
**THE JERUSALEM POST**

The killing of the Saudi journalist Jamal Khashoggi represents a golden opportunity for all those forces opposed to the current direction of US Middle East policy. Unsurprisingly, these forces in Ankara are seeking to exploit the situation to the maximum. Will their efforts succeed?

The Middle East strategy of the Trump administration has taken time to emerge, but its essential contours are now clear. The substance of Shia Islamist Iran and its allies is perceived as the central threat system—the need to rally and organize allies to face down and turn back this direct salient imperative.

With the eclipse of Islamic State the Saudis continue to constitute a latent threat. But at present this threat does not have an immediate focus, and is mainly a matter for intelligence and expert combined military attention rather than politics and grand strategy.

The Muslim Brotherhood axis of Turkey, Qatar, Hamas and the various other franchises of this movement is a far more potent and significant gathering than the Shi'ites. Unlike Iran, its intentions tend to the slow and incremental establishment of Islamist polities, rather than the rapid subversion of Arab societies by a socialization of political and military means.

In the longer term, given the uncommon nature and Western orientation of the Brotherhood, its legitimacy may lose the best because of its Shia nature, and the ongoing destruction of Sunni minority Arab countries this may constitute a challenge of no less or greater magnitude.

The US strategy: to hold back these three enemies (all of whom, it is worth noting, are particular enemies of political Islamist) is an alliance with a number of regional allies, listed, by far the most powerful of all regional forces opposed to them is, of course, President Abdel Fattah al-Sisi of Egypt, who is responsible for preventing the advance of the consolidation of Brotherhood power in Egypt, is another

Saudi Arabia, the United Arab Emirates and Bahrain are additional vital links in the chain, for the purposes of containing the power of Shia forces and of the various other franchises of the Muslim Brotherhood thought it had found the right provocation in their respective countries for the advancement of this strategy.

The linchpin flaw or weakness in this US regional line up is the relative fragility of its civil structures. Iran and Turkey are the most powerful and well-organized states in the Middle East, with the exception of Israel. Saudi Arabia and the U.A.E. meanwhile, are states possessing great wealth, but only semi-modernized political systems. Insofar as they are able to produce effective military organizations is largely because of direct Western involvement (see the U.A.E.'s Presidential Guard, for example, commanded by former commander of the Australian SAS Gen. Mike Hindmarsh). The indifferent performance of the Saudis and Emiratis in Yemen, and the Saudi failure to bring the rebels in Syria to heel, are evidence of their limitation.

THE CURRENT US strategy, of course, has many enemies. These include, unsurprisingly, partisans of Iran, Turkey and the Muslim Brotherhood. The list also includes supporters and adherents of the Muslim Brotherhood. For some reason, US president. The latter tended to a policy of cooperation with Tehran and tolerance of the Muslim Brotherhood (as the Saudis by contrast Obama took a relatively hard line)

Unsurprisingly, therefore, partisans of Iran, Turkey the Iranian regime and the Muslim state partisans the previous administration, which favored the interests of both, are currently engaged in an effort to leverage the death of the unfortunate Khashoggi in order to dismantle the recently emerged Middle East strategy of the present administration. Forcing the U.S. to turn on Riyadh, or creating distrust between the U.S.A and KSA, is the goal.

This is so for purely and similarly part of a concrete pattern of concern for human rights and agents on the part of these forces. Turkey is among the most energetic jailers of journalists in the world. Freedom House, in its Washington Post article on August 25, for example, he argued that The eradication of the Muslim Brotherhood is nothing less than an abolition of any hope or guarantee that Arabs will continue living under authoritarian and corrupt regimes...There can be no political reform and democracy in the Arab world without accepting that political Islam is a part of it.

In recent months Turkish forces have been providing over grave violations of human rights as the Afrin area of Syria (largely interpreted the global model ... massive looting, confiscation of property and 'honor' killings. Turkish disappearances and arbitrary detentions have taken place, according to Amnesty International. Several Turkish journalists seeking to comment on these matters on social media have been detained under Turkey's 'anti-terrorism' laws.

Turkish forces also killed a Kurdish journalist, 22-year-old Tuğçkhan Wehbyis during the invasion. For some reason, Wehbi's killing did not subsequently because a cause celebre on large parts of the Western media.

Qatar, meanwhile, whose state-run Al Jazeera channel is the most current agent of the empathy narrative about the Khashoggi killing, routinely arrests and detains similar groups seeking to save influence give the slave-like conditions endured by foreign workers in the country.

Turkey and Qatar's evident desire to leverage Khashoggi's killing to derail current administration policy on the Middle East derives, rather, from the fact that they and their Muslim Brotherhood allies and clients stand to be among the chief non-beneficiaries of this policy.

Khashoggi was himself an energetic advocate for a soft line toward the current administration. In a Washington Post article on August 28, for example, he argued that The eradication of the Muslim Brotherhood is nothing less than an abolition of democracy and the stability in the Middle East that Arabs will continue living under authoritarian and corrupt regimes. There can be no political reform and democracy in the Arab world without accepting that political Islam is a part of it.

The article was not merely a general discussion piece, rather, it was written to specifically oppose calls for the designation of the Brotherhood as a terrorist organization.

Articles of this type and the current efforts of the Turkey and Qatar, camp to leverage the Khashoggi killing into policy benefit, are part of a broader political war being fought for influence on US Middle East policy, and in turn for ascendancy in the region. The killing of the journalist himself appears also to have been a particularly foolish and inept move in this conflict.

WHAT WILL be the result? Despite anger in the US, major policy shifts appear unlikely. Firstly, this is because Saudi Arabia's status as the world's largest exporter of oil gives it the ability to hit back at any proposed sanctions by reducing oil exports and forcing a rise in oil prices. The mere possibility of such a move may well deter significant US moves to sanction Saudi Arabia.

More broadly, the strategic imperatives that first produced the Trump administration's orientation toward Riyadh have not disappeared as a result of the Khashoggi killing. Political Islam, in its Muslim Brotherhood, Shia and Salafi forms, remains the key threat to Western interests and stability in the Middle East. Despite the present media-generated mood, this is likely to ensure that US Mideast strategy weathers the storm and moves on along its current lines for the immediate future.

*Jonathan Spyer is a senior analyst and author in Middle East strategy affairs. He is a research fellow at the Jerusalem Institute for Strategy Studies (JISS), a fellow at the Middle East Forum and a widely published author and commentator at the Rubin Center for Research in International Affairs at the Middle East Center for reporting and Analysis (MECRA).*

# HAMPTON KOSHER HOT DOGS AT QATAR'S BLOODY WORLD CUP

*A few questions immediately presented themselves. First, who was this mysterious 'Hot Dog Rabbi?'*

By Shmuley Boteach
December 31, 2018
THE JERUSALEM POST



Some stories are stranger than fiction.

The day after Christmas, Bloomberg News published an article titled "New York Hot Dog Rabbi to Make Qatar Kosher for World Cup."

Weird.

A few questions immediately presented themselves.

First, who was this mysterious 'Hot Dog Rabbi?' Second, why would some rabbi want to be known by that moniker? Third, hadn't we had enough of Jewish leaders humiliating themselves by trying to suck up to Qatar, especially with the untold stories of how much money had allegedly changed hands? And finally, why would any rabbi be rendering the...

I was then startled when I read it was my good friend Rabbi Marc Schneier of the Hamptons Synagogue.

Bizarre.

In the summer of 2014 I was present as a scholar-in-residence at the Hamptons where I witnessed Marc Lasry, one of the richest men in America, who hosted the Hamas terrorists in the Qatari royal family's home in a terrible way, which we stopped after Hamas terrorists murdered three Israeli teens in cold blood. Hamas fired hundreds of rockets against Israeli cities and murdered 67 soldiers. And the biggest funder of Hamas? Qatar. The same country that did today unapologetically grants refuge to Hamas leaders Khaled Mashaal and Ismail Haniyeh. The same Qatar that is now an arch-sponsor of Al Jazeera, an ever-flowing fountain of Jewish hatred and antisemitic bigotry. And the same Qatar that is the closest Gulf ally of Iran.

Why on earth would Schneier be setting up kosher hot dog stands for Qatar at the World Cup?

The story got even stranger. At the bottom there was a dedication: "An earlier version of this story incorrectly spelled the rabbi's name. Apologies." So who was the hot dog rabbi that had ended up in a story with Bloomberg so quickly that he'd changed the first line of the publication that they should at least get your name spelled right?

But where did this bizarre story with the Hamptons Synagogue come from?

The trickier was the prominent picture in the middle of the piece of Schneier actually making the announcement that Qatar based in the World Cup. Hawar al-Thawati. Yes, an award.

You can't make this stuff up.

Another story on Vecheves reported that this same man, "Hassan al-Thawati, secretary general of the Supreme Committee for Delivery and Legacy... met with US Rabbi Marc Schneier... and asked him to serve as an adviser with regard to matters related to Jewish players who wish attending the matches."

Said Schneier, "This is an exceptional development that attests to the sensitivity that the Qatar's show toward Jews and the Jewish world... I responded to the request with joy."

Now, it's debatable whether hatching Hamas — whose own team calls for the annihilation of Israel and the murder of the Jewish people whenever they may be found — qualifies as particular "sensitivity" toward Israelis and Jews, kosher hot dogs aside.

Oddly, the Bloomberg story said that Thawati would not confirm anything that Schneier said about Israelis being...

welcomed in the World Cup, and as the saw currently stands they are barred by Qatari law.

Which begs this simple question: We know that Schneier is a good man, very devoted to Israel, and he has built an impressive network among the Jewish community in the Hamptons. But is he being used?

IS THIS the way it goes down from all the other players who were promised about Qatar by Jewish leaders silly enough to travel there that were materialized like Qatar pressuring Hamas to release the bodies of Israeli soldiers that sadly turned out to be bulldozed?

Zionist Organization of America head Morton Klein traveled to Qatar last year and said that he had persuaded the emir to remove antisemitic books from the Qatar book fair. As the ZOA press release of Klein's meeting with Qatar also revealed, after a two-hour meeting with the emir at his palace in Qatar agreeing to remove antisemitic books from the Doha book fair. But this past December 4 the ADL reported that Thawati's antisemitic books are being promoted by the state on boast for this week in Doha, Qatar. According to Anti-Defamation League's experts in Arabic language. These antisemitic titles include I Am Spreading the Jews about the Myth of the Nazi Gas Chambers.

The ADL wrote to William Grant, the US chief of mission at the American Embassy in Qatar, "asking that the beverage be pulled. But the Qatar's show toward Jews and the Jewish world... I responded to the request with joy."

The U.S. Embassy did not dispute the charge. Indeed Grant "misleaded he and his advisers took immediate action in response to ADL's letter of caution and found evidence in particular "too identify the antisemitic materials flagged by ADL... The Qatari government subsequently withdrew certain antisemitic titles." We know that some 2,000 migrants have died in that same circular to participate in indicating that infidels and books were not permitted."

I have no doubt that the ZOA, which later received a $500,000 donation that may have issued as well. But it was laid to as we're all the other Jewish leaders who traveled to Qatar and the Jewish — questions on whether anyone should be attending the Qatar World Cup. And after reading of cooler Jews to travel there by offering kosher food is indeed virtuous.

BEYOND THE issue of Israel and Qatari idealized support of Hamas terror state, there is the ethical — and not just the Jewish — question as to whether anyone should be attending the Qatar World Cup, and whether there is reason to boycott.

CruxNow.com, a leading publication exposing the Catholic world, published a May 2018 headline titled, "Pope scolds FIFA for blood labor in Qatar." The article with the image story of the nearly 2,000 migrant workers are alleged to have already died in near slave-like conditions building Qatar's World Cup stadiums.

A papal charity called Pontifical Scholas Occurrentes presented the pope with a devastating critique of Qatar's treatment of workers, and the staggering death of about "We gave him this report, and due to our encounter and the readings of the material. His Holiness sent a letter to the president of FIFA [Federation Internationale de Football Association], through Scholas, receiving the grave concern of these allegations... We know that some 2,000 migrants have died from the construction of the tournaments facilities already." The Papal Foundation

added, "The situation of the World Cup Qatar 2022 is very particular... given the sheer number of forced migrants there, which led the country "to legalize modern slavery through a system." To date, FIFA has not even responded to the pope's letter.

Now, just think about this: While the Pope is leveraging his moral standing to speak up for thousands of workers dying in the Qatari desert heat under near slave-like conditions to make ready the World Cup, New York rabbis are catering to a World Cup that Jews are endorsing Qatar's support of terrorism, can have sauerkraut and relish on their hot dogs at the World Cup.

I have paid a significant price over the past two years in fighting Qatar's attempt to whitewash its reputation. It has been relentless attack by myriad of the Jewish leaders who are sucked in the whitewash and who traveled to Doha and Bloomberg News and The New York Times have all now reported that Qatar may have looked me out into a wider, serious allegation that demanded an investigation.

But I have no doubt that the blame of others, the staggering price paid, and profited, will be defected. Because you can only try to kosher the noob edge for so long before it is exposed.

*Rabbi Shmuel (Shmuley) Boteach, "America's rabbi," whom The Washington Post calls "the most famous rabbi in America," is the bestselling author of 30 books, including his most recent, The Israel Warriors.*

MEF000939

# THE SINISTER REASON BEHIND QATAR'S WOOING OF THE JEWS

*Doha wants to influence D.C. elites. But rather than targeting Congress or the media, they're lavishly, and disproportionately, focusing on right-wing, pro-Israel Jews*

By Jonathan S. Tobin
February 9, 2018

## ⬡ HAARETZ

A debate over the good name of Qatar for Doha's bona is burning. A voice in Washington, The Emirate has been waging an all-out charm offensive aimed at convincing American voters to back Saudi Arabia's efforts to isolate it.

But erstwhile efforts seeking to influence D.C. elites are commonplace, the most prominent targets of Qatar's public relations push can't be usual suspects in Congress or the media.

Instead, Qatar's PR team has focused on winning the hearts and minds of a very specific niche of opinion leaders that is not generally part of the audience: American Jews, and in particular those on the right of opinion leader that is not generally part of the audience or specifically pro-Israel Jews, in particular.

This has not only reaped some benefits for the Qataris but also set off something of a civil war on the right between those who buy the Emirate's arguments and those who dismiss them as a propaganda intended to cover up its support for terrorism.

But as interesting as this intra-Jewish quarrel might be, it's worth noting if there's something more to Qatar's efforts than a generic Washington influence operation. It is, after all, logical for those to seek out those who may have Trump's ear.

Yet the disproportionate attention given to this group have a more sinister origin that should be the familiar to students of Jewish and Zionist history.

The obvious explanation for Qatar's strategy is the increased importance of pro-Israel opinion in the Trump administration, especially when compared to its predecessor. With the support of the settlement movement appointed to posts like the U.S. ambassador to Israel and an Orthodox Jews like presidential son-in-law Jared Kushner at Trump's side, the Jewish right's stock is at an all-time high.

That elevates the importance of pro-Israel organizations and lobbies to outreach programs are likely to be attracted to the battle with Israel and is a Trump administration favorite — continued [in next column]

and Al Jazeera network, and is believed to have played a major role in enabling Hamas.

That has led to a stream of invitations for pro-Israel figures to visit Qatar and to hear its leaders make the case that it has gotten a bum rap from critics.

Some, like the Zionist Organization of America's Mort Klein, insist they were only there to insist that the entire case funding terrorism. Others returned from a tour of Qatar singing its praises or at least, willing to give its side of the Saudis in their feud with Qatar. The Gulf emirate has always had an ambivalent relationship with the West, with Doha being a U.S. Navy base while also serving as a beachhead for Iranian influence. Drawing firm conclusions about its behavior is probably unwarranted.

One prominent convert to the pro-Qatar side is attorney and author Alan Dershowitz, a longtime liberal Democrat who is also a pillar of the pro-Israel community. Dershowitz was impressed by Qatar's efforts to put its best face forward to the Jews, noting that Israeli athletes were welcomed to compete in Doha while Saudi Arabia — which has established strong anti-de-Iraelic ties with Israel and is a Trump administration favorite — continued [in next column]

tory attitude toward its Israeli. Dershowitz even went so far as to call Qatar "the Israel of the Gulf States."

But as Tobin generated some fierce pushback from other pro-Israel figures with whom Hamas — and never-ending rule for the Defense of Democracies positing, our there is proof that Qatar's talks about Hamas and never-ending caucus against Jewish who is branded. Dershowitz a zealot.

Who is right in this dispute?

Until proven otherwise, the skeptics about Qatar have the better arguments. Qatar's involvement in Gaza can't be written off as mere philanthropy.

But as even Schanzer pointed out, there's no harm in Jews going there to learn more about the place, Schanzer conceded, he



### Qatar's involvement in Gaza can't be written off as mere philanthropy.

is-Semitic belief that Jews and Zionists can exert mysterious control over major powers like the United States. Just like the world-running British statesmen who really thought the Balfour Declaration would boost Nazi Allied war effort because so of the unique and sinister ability of Jews to influence the United States and Russia, others have similarly bought into unfounded notions about Jewish power.

may have told its client that wowing over supporters of Israel is the path to success. The reluctance goes the American Jewish community is still disproportionate. Conservative Jewish groups may have loud voices and some influential backers but their ability to influence events, let alone national opinion is limited. That's why most lobbyists don't squander that much attention on them.

Another plausible explanation for all this attention stems from the traditional anti-Semitic view.

Seen in that light, the disrepute on the Jewish right about Qatar even dislike that it seems. Represents about Qatar simpling, the prospect of splitting an Al Jazeera documentary about pro-Israel lobbyists is particularly absurd because few in the U.S. take the network seriously.

The contemporary Arab and Muslim world has become a place where anti-Semitic texts like the Protocols of the Elders of Zion freely circulate. Those who demonize Israel and its supporters can attribute exaggerated powers to Jews in this way. If the Qataris are that focused on American Jews and right-wingers at that, it's just as likely is be as much the product of this sort of distorted thinking as anything else.

Jonathan S. Tobin is the editor of JNS.org and a contributing writer for National Review.

# QATAR? HOW IN THE WORLD?

By Bruce W. Bean
January 28, 2019

**W**ithout question the world's most popular sport is global football, known as "soccer" in North America. Most of us know that this past summer Russia hosted the 2018 World Cup, the quadrennial global football championship, and that Qatar will host the 2022 World Cup.

Qatar? Really?

Qatar is a small desert peninsula in the Persian Gulf, about the size of Connecticut. Qatar has 300,000 native citizens and 2.3 million foreign workers. Rich in gas and oil, Qatar recently became the world's largest exporter of liquefied natural gas. Its GDP per capita is $63,000, while the U.S. rate is about $59,000.

To understand how this absolute monarchy adjacent to Saudi Arabia came to host the month-long championship for the world's most popular sport, we must look to FIFA, the international federation of national football associations. Swiss-based FIFA has long been the absolute monarch of football and organizer of the World Cup.

FIFA is a multi-billion dollar non-transparent organization, accountable to no one. For at least the past fifty years FIFA has been plagued by corruption of all kinds. Bribery, match-fixing, and massive grand larceny are widely known in the football world, as bulwarks of football and FIFA. For example, when the Swiss determined that FIFA's former president and his sons in Ibex had received tens of millions in bribes, we learned that commercial bribery was not a crime in Switzerland. FIFA not only hadn't taken, paid several million in fines to "notice" this matter.

A key figure in the theory of Qatar as 2022 World Cup host has an extremely wealthy Qatari, Mohamed bin Hammam. He was President of the Qatari Football Association from 1992 and president of the Asian Football Confederation. In 2002, bin Hammam was also a member of the powerful 24-man FIFA Executive Committee (ExComm) and actively supported Blatter in his first campaign for the FIFA presidency in 1998. He was sued by the source of bribes supporting Blatter in that election and did provide a private airplane for Blatter to tour much of the world seeking votes. Bin Hammam remained a loyal supporter of Blatter from the 1998 presidential election until 2011 when he decided to oppose Blatter for the FIFA presidency. Caught bribing 24 members of the Caribbean Football Association with envelopes containing $40,000 in cash, in the culture of impunity that is FIFA, bin Hammam was "punished," by being removed from the ExComm.

But bin Hammam was a member of the FIFA ExComm on December 2010 when it chose Qatar to be the 2022 World Cup host. Of the 24 ExComm members, including bin Hammam, only 22 could vote, just weeks prior to the decision two members had been caught in a journalistic sting demanding payment for their votes in the World Cup selection process.

Other candidates seeking to host in 2022 were Australia, Japan, South Korea and the USA. Each candidate nation had been investigated by FIFA to assess the risks involved in each proposed venue. All were rated "low risk" except Qatar which, because of a total lack of facilities and infrastructure as well as a potential risk of terror attacks, was rated "high risk." And, of course, temperatures in Qatar during the normal time for the World Cup can reach 120 degrees Fahrenheit. Nevertheless, Qatar was chosen, having promised to spend $220 billion to build stadiums, hotels, mass transit and other infrastructure.

So why did Qatar win? Rumors of bribes have been widespread. And, a leaked private email from the former Secretary General of FIFA was quite clear that Qatar had bought the right to host. In a federal trial of Latin American football officials in New York, in November 2018, one witness testified Latin members of the ExComm were bribed. FIFA it was owed $1,500,000 for his vote for Qatar.

Hosting a World Cup is expensive, of course, but campaigning to become a host is also expensive. A recent book explains how Australia spent $50 million competing, with Qatar to host the 2022 event. For that, Australia received one vote.

> A leaked private email from the former Secretary General of FIFA said quite clearly that Qatar had bought the right to host.

What can be done? It's complicated.

Qatar is currently spending $500 million per week to complete eight stadiums and other required infrastructure. The U.S. soccer association has very little influence at FIFA since each of the 211 member football associations has a single vote in FIFA matters. Then, too, the U.S. has at least a billion dollar or have just excluded Doha, the capital of Qatar. Meanwhile, Saudi Arabia and Qatar's other neighbors have instituted a boycott of Qatar in response to charges that Qatar recently paid nearly $1 billion in ransom to terrorist groups to recover members of its royal family.

After thousands of articles and millions of leaked emails describing corruption at FIFA over the past 50 years, almost nothing has been accomplished to clean up FIFA. The U.S. Department of Justice indicted more than 40 in 2015 in a very successful prosecution, but in the rest of the world, where global football is important, almost nothing has changed.

The 2022 World Cup will likely proceed as planned. Canada, Mexico and the U.S. have won the right to host the 2026 FIFA Cup. For even having promised the FIFA $14 billion in revenues and $11 billion in profit. Unfortunately, FIFA will very likely remain unaccountable, enabling through the key to continue to encourage the culture of corruption and impunity that is global football.

*Bruce W. Bean is a Professor at Michigan State University College of Law.*

MEF000941

# TWO-FACED QATAR SQUIRMS — BUT THEY SHOULDN'T BE THE ONLY ONES

By Alberto Fernandez
June 2, 2017



W ith the pro-Arab media as it should or if there is a regular basis for obsolete but there is single any at this week. One was the Qatari Ministry of Foreign Affairs correspondence to the ISIS attack on Coptic Christians in Minya. The second was saying Al-Jazeera TV forcing prominently ethical Qatari statements on the close counter-terrorism cooperation between this country and the United States. The two, rather ordinary, statements were jarring because Qatar regularly supports or solidifies a range of regional Islamists who staunchly believe the best Islamists are anti-Americans or extremists, or be opposed, subjugated or destroyed. Of course there is a background to all of these news items.

Usually, false news exists to deceive and to present the opposite of reality to prosaic ends. Fake news exists for this purpose. The false story of this latest false tale continue to the interests of the newest Qatari website (and the controversy between Qatar and its GCC neighbors in Saudi Arabia, the United Arab Emirates and Bahrain.

The crisis, which began going back decades, was triggered by material that was supposedly reported on the Qatar News Agency website on May 23, 2017, saying that this country's emir had made a series of controversial statements. These involved that Qatar was withdrawing its ambassadors from Saudi Arabia, Egypt, Kuwait, Bahrain and the UAE that it opposed a hostile stance against Iran, and that it had said favorably on the Muslim Brotherhood (MB), Hamas, and Hezbollah.

The remarks, which had allegedly been made at a military graduation by Emir Tamim bin Hamad Al-Thani were acknowledged remarks with the U.S. over terrorism. Full media responded forcefully, denouncing Qatar's hosting an array of terrorist organizations including the Taliban, and Al-Qaeda's Jabhat Al-Nusra, and how this country was breaking with the "Arab consensus," opposing Iranian regional aggression, and how Qatari officials had downplayed Iran as the regional threat. The Saudi media responded with coverage just like that but the Egyptians soon recently just for Turkey's Doğuhe al-stroned saying this was a coordinated Qatari and Qatari's foreign minister aiming to prevent and to divide recent pictures of Qatar's crisis who are generally an more solid ground than Qatar's initially incredibly accused that the region had experienced several breaches of media networks.

Qatar inevitably funds in industrial regional media incubator networks. Al-Jazeera, which is conveniently taken as an instrument, particularly the U.S. the case against Al-Jazeera became gradually known for its material being of as the Qatar frankly acknowledged that

as 2015 was acting in longtime political interviews with the head of Al-Qaeda in Syria, Abu Muhammad Al-Julani. One senior Al-Jazeera correspondent describing this as a "what between two close friends, rather than an interview."[7]

If that remark began labeling another media conglomerate, the London-based Al-Araby Al-Jadeed, backed by the former Qatari Arab Knesset Member Azmi Bishara supposedly provided a media outlet that a less pro-MB tint. Al-Jazeera, like the Muslim Brotherhood, is a close cousin to the Qatari and the London or the refuge in Doha because of accusations that he had collaborated with the Lebanese terrorist group Hezbollah, which had targeted a more against Israel only in past history.[8]

As of to start for ties with Iran, Qatar's enjoys them with its president at the height of the controversy with its GCC neighbors.[9] Accordingly Iranian media the time called it the expansion of the "Iran axis and its warming from Al-Jazeera had already guaranteed to pour more solid already burning fires.

Qatar's history in giving around financial considerations to cover its commitment to freedom it covers yet disarmament, and its record over four Iranian took over away 2013 to, as best noted.[10] That Iranian administration has been lauding a more appreciation figure for terrorism financing, with GCC states including Qatar, tapered across the Persian-Doha indulgent its feared that years, and all videos even one sense, MB reproach on wisdom from the years seem of the Egyptian cases recently left for Turkey's Doğuhe actioned saying this not one and now not supported the Muslim Brotherhood.[11]

How far it may, a colic criticism light cases of the worst views of Bishara who are generally as an more solid ground that Qatar's initially incredibly accused that it has not experienced several breaches of media networks. However, this must be reconciled with the realization that almost all state regimes in the Middle East have played a role, Qatar or the Al-Jazeera have little to be shown a steady media in Al-Jazeera diplomatic and bias on the one hand, but how other pro-actors.

How are willing to play the question on the difference between which the evidence and hyperlink ponying from the Israeli-MB and Iranian's coming from Eastalli with, or either solidified by these same regimes, both recast with some frequency. A Coptic Christian or an adultan is one. Muslim is going to find little comfort in its sole being threatened by the threat of a Salafi rather than by the aid an Ikhwan MB member, or the reversal.

Qatar's crisis would be even stronger ground if they themselves did not all cut against present diverse, occasionally alarming behaviors which even countries — which in a very real way does the ally's work of the Islamists for them. The past two decades of MB's so lightly would prove anything. It should be that governments in the region allowed their media; pulpit, terrorist, and networks to nurture a climate of suspicion.

Rather than just focusing on Qatar's very real failings, a more aggressive regional effort by the Arab leadership should recall its real role a bias a monument for real-estate for liberal voices, and for real religious and inter-

## Endnotes

1 memri.org, May 23, 2017.
2 twitter.com, May 24, 2017.
3 tass.com, May 24, 2017.
4 alaraby.co.uk, May 25, 2017.
5 "Turkish Press Lauds Qatar-Iran Relationship, Criticizes Anti-Iran Stance Of Saudi Arabia, The UAE," MEMRI Special Dispatch No. 6934, May 25, 2017.
6 aljazeera.com, May 24, 2017.
7 alaraby.co.uk, January 24, 2015.
8 "Former Arab-Israeli MK Azmi Bishara Linked To Hezbollah Resides In Qatar," MEMRI Special Dispatch, July 1, 2010.
9 middleeasteye.net, May 24, 2017.
10 presstv.com, May 24, 2017.
11 memri.org, May 25, 2017.

Alberto M. Fernandez is Vice-President of MEMRI. The Middle East Media Research Institute

# THE WORLD CUP IS THRILLING: BUT FIFA MUST CHANGE

By Bonita Mersiades
July 4, 2018

ABACUS

I've loved football since I was knee high to a grasshopper.

The fact that my country, Australia competes in the World Cup for the fourth consecutive time, fifth in total, is simply wonderful.

But one of the things I've had to learn to do in football is divorce my love of the game from the way the game is run. I wouldn't convert that my love about football, and the way those who run the game drive their behaviour, is so strange to put you off it for life.

There are some in FIFA, the demigod and the low-ball world who believe that because the former FIFA President, Sepp Blatter, has been booted out, because FIFA's own internal investigation said there was nothing to see here, which is curious to how Russia and Qatar were best out of FIFA in the signing of their American legal firm and ?? rival FIFA company, introduced some very loose reforms two years ago, that became their way a more personable younger, Mr ?, smiling President in place at the game of Gianni Infantino that FIFA has changed.

It hasn't.

The FIFA Way of doing business, to which former US Attorney General Lo-retta Lynch referred was not just about Sepp Blatter.

It is part of the culture of world football, a phenomenon which operated throughout the grotesque regional confederations and the 211 member associations.

A few changes at the top — with a new President and a new chief executive — fails after nothing to address this deeply-

> But one of the things I've had to learn to do in football is divorce my love of the game from the way the game is run.

embedded cultural issues that have driven the environment we have all faced about through the FIFA scandal in May 2015, which led to the decisions they gave us Russia 2018 and Qatar 2022 and which, ultimately, show their impact for the football.

No one within football is capable of changing this culture — and certainly not Gianni Infantino who has not even shown a commitment to reform beyond what was necessary to require close scrutiny of US authorities.

Infantino has also closely followed the Blatter Playbook and shown himself to be every inch the football politician, adroit on doing whatever it takes to retie the fiefdom in his professional and so-called interests that leave as once? has with 2018 comes to an end?

A feeling that despite a World Cup that is as thrilling as always (especially when your team is in it), we are all better served by what was a tainted decision.

Until and unless FIFA deals properly with its past, introduces genuine transparency and accountability in the world overall, and stops paying a lip service to the forgotten stakeholders in the game — players and fans — are charmed that any decision making, we will continue to be dominated in the about 1,000 days until #Qatar2022 also.

*Bonita Mersiades is a former senior operations manager of the 'Socceroos' and former Head of Corporate Affairs at Football Federation Australia, where she worked on the failed 2022 World Cup bid. She was one of the first people in the world to speak out about the environment and culture within which world football and the FIFA scandal would play out. She is co-founder of campaign reform group #NewFIFANow. Her book, Whatever It Takes – the Inside Story of the FIFA Way, was published by Powderhouse Press in January 2018.*

MEF000043

POLICY BRIEF

# THE EVIL EMIRATE?

## Qatar's Threat to Americans

### By Gregg Roman and Sam Westrop



Over the past decade, there has been some discussion about the Qatari sponsorship of terrorism in the Middle East. Yet analysis of Qatar's influence in the West, however, has been woefully neglected, despite the billion of dollars that the Qatari regime has spent over recent years to purchase American think tanks, TV stations, sports clubs, PR firms and the pockets of politicians.

The Middle East forum has now organized a conference examining the Qatari threat extensively. Qatar's varied means of exerting influence across the globe all serve a larger agenda, and this conference will examine why and how.

With investors in the Gulf over Qatar, the Muslim Brotherhood and Iran, concerns in America over the danger of foreign media influence, cyberhacking, and soft-power subversion, and the Islamist threat and an incoming World Cup hosted for the first time in the Middle East, the need for a comprehensive look at the Qatari regime's activities and agenda has never been greater. The conference will serve as a platform for journalists, politicians and the public, who will finally abandon the outdated idea that Saudi Arabia remains the world's chief sponsor of Islamist terror and extremism, and will come to understand the true agenda and influence of the Qatari regime.

The Qatari regime and members of its royal family have covertly and openly funded, hosted and supported terrorist organizations and groups, which as America's enemies. From Hamas, whose leadership owes its position to the Jihadist groups Ahrar al-Sham and Ahbid al-Nusra in Syria, Al-Qaeda in Iraq (and later, the Islamic State) Qatar has provided support to Umar Daesh (and

MEF10009.44



**The US Combined Air and Space Operations Center (CAOC) at Al Udeid Air Base provides command and control of air power throughout Iraq, Syria, Afghanistan, and 17 other nations.**

Hamas. In 2012, Qatar pledged $250 million to Hamas, and holds an office for the Taliban in Doha.

Qatar's support for international jihadi networks has long been a concern for Western policymakers and observers, as well as allies like Saudi Arabia. In 2017, Saudi Arabia, Egypt, Bahrain, the United Arab Emirates, and Yemen began a full blockade of Qatar for funding terrorism, via diplomatic ties, and implemented a partial blockade of this peninsular emirate.

Most recently, the Trump administration has offered uneven reviews of Qatar. Initially, President Trump condemned the Qatari regime as "historically a very high level" funder of terrorism. Then, he reversed course and called on Qatar to cut ties with Sudanese officials in Doha. But in April 2018, the President praised the emir of Qatar and lauded support he conferred to the emir as a "great friend."

Opinions in D.C. towards this Qatari regime have been favorably influenced by a number of factors:

- Qatar's well-funded lobbying campaign. In 2017, Qatar spent $16 million on lobbying in D.C., implementing 22 lobbying firms. As part of its lobbying strategy, Qatar redirected a fundraising of some 250 influencers, who were paid to travel to Qatar, including Alan Dershowitz and Mike Huckabee. These lobbyists included former Attorney General, Michael Mukasey and David Boies, former congressman Jim Moran, former senator Trent Lott, and many former staffers and lawmakers. Unusually, many of the movers and commenters have included politicians doing the firm's work for a few staff countries in any capacity. It seems that part of Qatar's strategy is to use the UAE and Saudi Arabia to their advantage.

- The U.S. Military Base in Qatar. The U.S. military relies heavily on the Al Udeid Air Base which houses over 11,000 American servicemen and services the main regional center for air missions against the Islamic State.

- Continued distrust of Saudi Arabia. U.S. policy makers, opinion makers and academics, continue to distrust Saudi Arabia and consider the entry point as the chief financier of extremism and terrorism around the world. While Saudi Arabia inadvertently continues to undermine its own interest in confronting extremism, year-in year-out Qatar now rivals Riyadh as a founder of Islamism. Both students and non-students look in the Gulf looking for a scapegoat. When one side is known more widely, or investigated sufficiently, is responsible for the success of Qatar's lobbying efforts, and its duplicitous conduct.

Much like Islamist groups in the West. In fact, Qatar plays a double game in its rhetoric and otherwise supporting extremist organizations with disguises and sometimes violent anti-Semitic agendas.

The best example of this duplicity is the Qatar Foundation (QF). At its soft-power arm of the Qatari regime. QF provides an enormous network to the West. The Qatar Foundation International claims that it claims to be independent. Although it claims to be independent, QF is a massive operation directly managed by Qatar's ruling Al Thani family, of its budget is checked by the Qatari cabinet.

One thread of Qatar, the Qatar Foundation has spent at least $30 million on American public schools. QF currently claims to be supporting 28 schools in 18 states, reaching over 2,000 students. In 2011, the U.S. Department of Education announced a joint partnership with QF named "Connect All Schools," which pledged to introduce "global issues curricula" into U.S. schools. QF was most active in higher education. Since 2011, it has provided contracts and monetary gifts worth at least $720 million to U.S. universities. Six American universities — including such institutions as Virginia Commonwealth — have been paid to open satellite campuses in Doha. Qatar spends an astonishing $400 million each year to pay for these campuses.

Beyond its largesse, however, QF also openly supports biased forms. Qatar Charity, a well-established and well-connected charity in Qatar, is a noteworthy recipient of Qatari funds. As former director of Qatar Charity Youssef Al Qaradawi declared "95 percent of Qatar Charity's relief is directed to Gaza," where he was awarded with a Visa, tells himself "to humor the Doctor of the Rock, Hamad bin Khalifa Al Thani," and well-positioned to benefit its cooperating with the Qatari Foundation. In addition, QF works with prominent terror-financing charities, such as the Qatar Charity and the Charitable Society for Social Welfare, both of which have been linked by Western officials to Hamas and Al Qaeda.

In Qatar, QF schools and textbooks often hold the most virulent bias and practices, including one who interest to the 9/11 attacks as a "tragedy then," together with seeking the Jews-imposed ideals of humanity and claiming that this serves them only to their false youth and violence and a so-called Islamic Muslims of "partisans" and "society."

In fact, both in the U.S., QF's programming appears to be used to undermine American interests. QF's influence over American schools, including promotion of its lobbying curriculum, includes training U.S. students and non-students, both in the Middle East and in the West, to be part of the new wave of Qatar's leadership efforts.

Qatar dissidents can also be found in its NGOs advocacy media network, Al Jazeera. Although Al Jazeera Arabic

POLICY BRIEF

# THE THREE FACES OF AL JAZEERA

By Samantha Rose Mandeles

In 1995, the current Qatari Emir Hamad bin Khalifa Al Thani came to power, and in 1996, Sheikh Hamad began the process of abolishing the Ministry of Information and establishing the regional news network Al Jazeera in its place. Originally broadcast only in Arabic, by 1999, Al Jazeera had become a 24-hour network, popular all over the Arab world.

When the Arab Spring began in 2011, Al Jazeera—as a Qatari government mouthpiece with a soft branding—became a primary conduit for Muslim Brotherhood messaging in the Middle East and north Africa. Qatar's support for the Brotherhood is well-established; the country has long housed Muslim Brotherhood spiritual leader Yusuf Al-Qaradawi's supporters. Muslim Brotherhood leader Mohammed Morsi, during his short tenure as Egypt's head of state, founded the Brotherhood's offshoot in Gaza, the terrorist group Hamas, and served nearly all of its senior leadership in Doha. With broadcast reaching millions, Al Jazeera's pro-Brotherhood leanings were clear enough that in 2013, in a Gulf News report revealed that the network's Egyptian Mubasher Misr Bureau suffered the simultaneous resignation of 22 staffers over management's "bias" toward the Brotherhood. According to former Asharq Alawsat of Al Jazeera known as directed staff to leave the Brotherhood in coverage of Egyptian news.

As a pro-Islamist outfit, Al Jazeera has unsurprisingly spread anti-Semitic and anti-Western messaging throughout the world. Indeed, a set of 2020 ISIS embassy cables referred to the network as "a soft spot for the nation's political masters," and the network's institutions Fouad Ajami wrote in 2001 that Al Jazeera's "Hollywoodization of news is indulged with an abandon that would make the Fox News Channel blush." A Qatari outfit leaders will

MEF1000946



408 | Qatar: U.S. Ally or Strategic Threat?

## Al Jazeera Arabic

## Al Jazeera English

> THE JE JE, MY GLOBAL WARMING, UH, I MEAN... "CLIMATE CHANGE" SCAM IS WORKING OUT PERFECTLY FOR OUR LONG-TERM TALMUDIC PLAN OF WORLD DOMINATION!

Some of Al Jazeera's political cartoons frequently feature Nazi-inspired anti-Semitic content, including caricatures of physical features, power-hungry or global ambitions and references to tropes.

Jewish-power conspiracy, asserting that the American Israel Public Affairs Committee (AIPAC) maintains an unrivaled "hold" on Congress.[40]

The 2017 Al Jazeera series featured covertly-gathered footage of the London pro-Israel community. Al Jazeera made international headlines when it managed to record Shai Masot, a junior diplomat in the Israeli embassy in London, boasting to a British parliamentary staffer that he could bring down anyone he pleased if he or she failed to support Israel.[41]

The documentary presents a London infested with outsized, insidious Zionist control of British government, but Al Jazeera defends the series. The network has kept the Lobby videos available online, placed prominently on the front page of AJ's Investigative Branch website,[42] and describes the project as an effort to show how "pro-Israel groups are trying to influence Britain's youth. The evidence raises serious questions about whether accusations of anti-Semitism are used to stifle political debate."[43]

Al Jazeera also produced an American version of the series, using an undercover reporter who "obtained work at several pro-Israel organizations, interviewed dozens of Jewish pro-Israel activists, won access to donors, hosted minor officials from the Israeli embassy at his home, and shot dozens of hours of video."[44]

Despite the Emir's 2017 announcement that the American Lobby would not air,[45] Al Jazeera English sent emails to those Jewish leaders caught on tape, giving them three weeks to respond to the coverage and their roles in it before broadcast.[46] Moreover, clips from the series were leaked at the end of August 2018,[47] and in early November, anti-Israel blog The Electronic Intifada "obtained" and published the full series.[48] It was subsequently posted at other anti-Semitic websites, including The Daily Stormer[49]—a website that even Al Jazeera has termed "Neo-Nazi."[50]

Even before the Lobby controversy, Al Jazeera English branches faced accusations of anti-Semitism and anti-Americanism. In fact, the accusations against Al Jazeera English's United States branch, Al Jazeera America, were so severe that they reportedly contributed to the station's dissolution in 2016.[51] In 2015, a former Al Jazeera America employee even filed a lawsuit against the branch and its senior vice president of "Broadcast Operations & Technology" Osman Mahmud, alleging "a litany of sexist, anti-Semitic, and 'Anti-American' behavior..."[52] Among other complaints, the suit alleges that Mahmud once declared, "whoever supports Israel should die a fiery death in hell."[53]

## Casting Israelis—and Israel in general—as racist and oppressive is crucial to Al Jazeera's broader agenda

### AJ+

AJ+ is a prime example of Al Jazeera's malleability—especially when it relates to anti-Semitism and anti-Americanism. Describing itself as "a global news community for the connected generation," AJ+ is a video-heavy outlet that produces English, Arabic, Spanish and French-language content directly for social media platforms, including Facebook, Twitter, YouTube, Instagram, and Medium. A 2015 Variety article reported that AJ+ is the 9th biggest video publisher on Facebook, with more than 430 million views on the platform in just 90 days.[54] AJ+ also maintains native applications for mobile devices and Smart TV systems, and targets young, left-leaning Americans by focusing on areas of young progressive interest, such as the "patriarchy"[55] LGBT rights,[56] and even the lives of indigenous American "punk rockers."[57]

Though promoting intersectionality, feminism, same-sex marriage, and punk rock is not part of the traditional Qatari rhetoric—and, indeed, appears at sharp odds with Islamist ideology—Al Jazeera allows AJ+ to cover such topics favorably so that a more sinister accompanying ideological message is afforded legitimacy. AJ+'s branding allows Doha to peddle anti-Semitism and anti-Americanism to a younger audience under the guise of minority rights.

In September, for example, AJ+ tweeted a video called "Why White Feminism is Racist." In the clip, a pink-haired journalist called Zab Mustefa claims that white feminism's racism is exemplified by outspoken feminist and Jewish-Israeli actress Gal Gadot—who is then shown telling an interviewer that feminism, to her, means freedom of choice. Mustefa contends that Gadot's feminism—and indeed, Gadot herself—is racist because she "supports the Israeli army which oppresses Palestinian women on a daily basis." Mustefa does not elaborate on how the IDF oppresses Palestinians, or on how Gadot's support of her own nation's army indicates racism. Instead, the clip then launches into an interview with Women's March coordinator Tamika Mallory, who has recently made headlines by refusing to condemn Louis Farrakhan's extensive history of anti-Semitism.[58]

Casting Israelis—and Israel in general—as racist and oppressive is crucial to Al Jazeera's broader agenda; the AJ+ branch thus dedicates considerable airtime to covering those aspects of the Israeli-Arab conflict that can be used to portray Israel as an aggressor. One AJ+ miniseries "takes you to the occupied West Bank...where Dena Takruri meets the Indigenous communities resisting occupation of their land..." The films feature "Palestinian kids fighting Israel's Occupation" with slow-motion footage of young boys rolling old car tires and close-ups of Israeli soldiers shooting.[59]

AJ+ takes similar care to spread anti-Americanism with a similar "anti-racist" slant. One AJ+ video, glowingly tweeted by the branch's English account, features the well-known Islamist activist Linda Sarsour disparaging the American government for "policies that are going to target communities based on religion and national origin."[60] Another features short clips of young adults in American-flag-plastered clothes sardonically "bragging" about negative aspects in which (the video claims) the United States leads the world. "Not to brag, but we have the most incarcerated people in the world! God bless the prison-industrial complex. Pew, Pew! We've got 90 guns per 100 persons! Sorry, Yemen, we beat you in drones and guns! ...Americans consume 80% of the world's painkillers. Makes sense though, right? I mean, racism in this country is a big pain in the ass."[61]

### Al Jazeera's Power

In a 2011 interview with American Journalism Review, Judea Pearl, father of Daniel Pearl (the Wall Street Journal reporter murdered by terrorists in 2004), called Al Jazeera, "one of the most dangerous organizations in the world today. We are talking here about an organization which is committed to weakening the West, and they are doing it under the cloak of ordinary journalism."[62] Since Dr. Pearl's interview, Al Jazeera has only dug in its heels, finding new ways of reaching varied demographics all around the world.

As a mouthpiece for Qatari Islamist ideals, Al Jazeera's strength lies it in the adaptability of its sensationalism; each branch displays a unique approach to distorting news, disseminating propaganda, and boosting anti-Semitic and anti-American feeling. While Al Jazeera Arabic appeals to the Islamist hard Right in the Muslim world, Al Jazeera English encourages reasonable Center-Left viewers in the West to adopt anti-Semitic and anti-American ideas, while AJ+ is firmly focused on giving momentum to extremist views regarding Jews and America within the growing, influential, far-Left movement in the United States. Qatar is pitching anti-Semitism and hatred for America across the political gamut.

Twenty-two years after its establishment, Al Jazeera has penetrated media and online information markets around the globe. With bureaus across the globe, broadcasts in several languages, multiple well-maintained, widely-followed and polished social media accounts and websites, investigative documentary film series, and even podcasts, Al Jazeera—and through it, the Qatari regime—has become a propaganda force with which to be reckoned.

*Samantha Mandeles is the coordinator of Islamist Watch, a project of the Middle East Forum.*

# Endnotes

MEF000948

POLICY BRIEF

# HEDGING RADICAL ISLAM

By Ronald Sandee

The Qataris are masters of hedging. We see Doha's caution most clearly in the face of the Saudi and Emirati blockade, to which Qatari leaders have responded by both focusing on better relations with Iran and Turkey, while simultaneously stenciling lots of time and money to form a new understanding with the Muslim World.

Hedging is not only confined to Qatar's geopolitical plays; it also guides Doha's relationship with and alliances with Muslim communities abroad, Islamist movements, and terrorist groups.

Qatar is only one of two countries in the world that subscribes to the Wahhabi current within Islam. Doha does not, however, only support Wahhabi Muslims; it is also a prominent backer of Muslim Brotherhood networks and other Salafi movements around the world.

For these various strains of Islamism, Qatar provides the patronage of a state, controlled clearly. The Muslim Brotherhood is served by Qatar Charity, while the Salafists have the Sheikh Eid bin Thani Charitable Association, also known as the Eid Charity.

Both Qatar Charity and the Eid Charity are very active across Asia, Africa and Europe. For its European operations, Qatar Charity set up its own organization in London in March 2012: Qatar Charity Int'l (QCI). Listed on its former board members are Yousef al-Nouani, the CEO of the Qatar Charity in Doha, along with the American role and Yousef al-Hammadi, an executive at Qatar Edir – part of the Qatar Sovereign Wealth Fund itself is one ban.

MEF000949



**Top:** Both Tariq Hassan al-Rifai and Wagdi Ghoneim during the February 2016 GAAC Conference.

**Middle:** Istanbul (left, in color). Tariq (third from right with white cap) listening to Wagdi Ghoneim.

**Bottom:** Istanbul and Taha at the GAAC Conference.

## Endnotes

# QATAR-IRAN RELATIONS

*By Jonathan Spyer*

POLICY BRIEF

Relations between Qatar and Iran have drawn closer in recent years, and there is reason to expect that the current closeness is set to deepen still further in the period ahead. Qatar appears set to continue to defy the demands of its fellow Gulf states Saudi Arabia and the UAE regarding Doha's vocal support for Sunni Islamist terrorism. Continued consequent isolation makes the Iranian connection vital for Qatar.

However, the picture, as we shall see, is not straighforward. The relationship between Iran and Qatar is multi-faceted, and is also beset with contradictions. The latter derive in the main from the ambiguous regional stance of Qatar, which seeks to simultaneously maintain correct relations with the west, a deepening connection to Iran, and support for Sunni political Islam, in particular in its Muslim Brotherhood form.

The Emirate of Qatar and the Islamic Republic of Iran maintain full diplomatic relations. A key element underlying their relations is close economic cooperation. Both countries are members of OPEC. Teheran and Doha have a key shared interest in the exploitation of the South Pars/North Dome Gas Condensate Field, which is located in the area adjoining both states - and which is the largest natural gas field in the world. Qatar is the

MEF000951

## Qatar's strategy of support for the Muslim Brotherhood and political Islam essentially began in the mid-90s

### Background



### Qatar's Recent Turn Toward Iran

### The Economic Dimension

### Conclusion

## POLICY BRIEF

# YUSUF AL QARADAWI, THE MUSLIM BROTHERHOOD AND QATAR

*By Kyle Shideler*



Despite international criticism, the small, natural-gas-rich state of Qatar has long played an outside role in bolstering Islamists, including violent jihadis, whether through political leadership of Hamas, or the "unofficial Embassy of the Afghan Taliban.

The recent decision by several Arab States to renegotiate a number of Qatar's bona fide tendencies to provide Islamist support raised the level of Qatar's support for both violent and non-violent Islamists. And perhaps no individual better exemplifies Qatar's long-term involvement in Islamism than Muslim Brotherhood leader and cleric Yusuf Al Qaradawi.

## Who is Yusuf Al Qaradawi?

Yusuf Al Qaradawi is a Qatar-based cleric. Al Azhar University trained Islamic jurist and a leading voice among Islamists in Egypt. In 1926, Qaradawi was an early member of the Muslim Brotherhood, who was well informed by Qatar after his alleged involvement in an alleged assassination attempt on Egyptian leaders in the Brotherhood was foiled. It was Qaradawi's long-term role in Qatar, where he now lives as a personal guest and still

trail member in the Qatari Emir?

Despite his role, Qaradawi remains a firm advocate of the Muslim Brotherhood and its political and theological positions, for which he offers religious and ideological instruction. Qaradawi even continues to play a leading role in the development of the Muslim Brotherhood, and has twice been offered (through he declined each time) the position of the Brotherhood's Supreme Guide.

## Relationship with Qatar

Qatar was the instrument of Qaradawi's freedom. For nearly the same period without the aid and support of Qatar's ruling Al Thani family, who have looked to the small patrons after he was first called to Doha in the 1960s and granted Qatari citizenship.

Qaradawi arrived in Qatar during a period in which the small presence monarchy used oil wealth to encourage exiled Muslim Brothers who traveled to Saudi Arabia following their expulsion from Egypt. Qatar had no indigenous developed religious institutions and, as a result, Qaradawi became nearly the only prominent cleric in a country of mostly Salafi Muslims. As U.S.

Ambassador Chase Untermeyer wrote in a 2005 State Department cable, Qaradawi is "the only Islamic thinker in Qatar who matters."

Qaradawi since played a significant role in establishing the Qatari educational system, including the Qatari Secondary School Institute of Religion, and later serving as a dean of Qatar University. Qaradawi is also involved with the religious channel of the Qatari government—the Qatar Foundation serves as a vehicle for promoting Qatar's vision globally, and supported by Qaradawi's brand of Islamism through the foundation's use of Qaradawi Center for Islamic Research and Islamic and the Qaradawi Scholarship for Islamic Studies.

Qatar has also long provided many of the media forums that make up Qaradawi's global reach, including the international thrust of both Qaradawi's and the popular worldwide Islamic Studies, and he provided the cleric's review and publisher, Qatar doesn't worry. Qatar also provided Qaradawi with a forum to spread his views via his satellite television channel Al Jazeera from which he has made some of the most

## Qaradawi: Terrorism and Violence:

### Discriminatory Muslim Brotherhood Policies:

### Qaradawi as Muslim Brotherhood Jurist:

### Qatar and America

### Analysis and Conclusion:

# Endnotes

MEF000954

POLICY BRIEF

# QATAR FOUNDATION INTERNATIONAL

By Oren Litwin



Nominally, the mission of the Qatar Foundation International (QFI), an affiliate of the Qatar Foundation (QF), which is based in Qatar itself, is to spread and facilitate the teaching of Arabic. While this does not encompass everything that QFI does to inculcate pro-Qatar attitudes in American communities everywhere, it does provide a blueprint for understanding the role of the foundation itself in QFI's activities. QFI's activities can take one of two paths:

1. Curriculum development and Arabic teacher training; and
2. Directly sponsoring courses and student programming.

In both of these fields, QFI reaches growing and still forming partnerships with many powerful organizations and government bodies, increasingly including those outside as in the U.S., Germany, and Brazil.

However, these seemingly benign positions have a deeper goal of influence. QFI does not merely support the teaching of Arabic; it everywhere, but it spends effort as part of the motivation is to encourage positive feelings for Arabs and Muslims among the language students. To that end, it is making students as fluent as to the Qatar, additional programming, and alumni of QFI programs are encouraged to participate in a private forum called StudyGov and organize activism there.

## Background

QFI was set up by QF in 2007, initially as a public nonprofit. (However, in 2011 QFI was reorganized as a private tax-for-profit, which meant that it no longer would be required to disclose its activities to the IRS.) According to QFI's initial statement, it was "dedicated to connecting cultures and advancing global citizenship through education." Its current mission statement states that "We engage a global community of diverse learners and educators, fostering global competency and 21st century skills through collaboration and the Arabic language and the Arab world's cultures and cultures."

Both of these formulations emphasize cultural contact and global learning. In practice, this is primarily done by promoting the study of the Arabic language, and Arabic culture. Additionally, QFI has sponsored a good deal of programming in partnership with several flagship American universities, having paid out over a billion dollars since 2011.

The difference in behavior between QF and QFI is tactical only: both organizations are

meant to advance Qatari national interests and promote the regime's "soft power." As such, QFI intuitions need to be carefully watched for pro-Qatar advocacy. Even if the matter how benign they may seem on the surface.

But more than a simple educational foundation, QFI is a key instrument of Qatari state policy. The LLG professional founder of QFI is Sheikha Hind bint Hamad al-Thani, the daughter of Qatar's former emir. The chairman of the board of QFI is Sheikh Jassim bin Abdulaziz al-Thani, and other prominent full members of the board family. As of 2017, the most recent public records available, the treasurer of QFI was Khalid al Kuwari, an Qatari government official and a scion of the powerful al-Kuwari clan. Also on the board was former U.S. ambassador to Qatar (1999–2001) Patrick Theros, who at the time was the longest-serving president of the US-Qatar Business Council.

(There is an intriguing pattern of former ambassadors to Qatar immediately taking lucrative private-sector posts that remain linked to Qatar. Joseph LeBaron came to be chair of Diwana, a firm providing focused for relations workers in Qatar; the chairman of which is Sheikh Hamad al-Thani. LeBaron also became a senior advisor to Squire Patton Boggs, which has represented Qatar since 1994. And a Chas Freeman did business consulting for U.S. firms operating in Qatar before becoming the founder of the Qatar-America Institute in 2021.)

QFI's efforts are in line with the Qatari regime's strategic document "Qatar National Vision 2030," which calls for "outpowering cultural exchange with the Arab peoples in order that while Qataris adhere to traditions central to their Qatari society role as a 'responsible member of the international community' while it safeguard and construct its regional role. QFI's work thus serves to embolden a more robust focus on spreading the Arabic language and culture as a means to further a partnership with American audiences via the Arab world in general and Qatar in particular. In the end, QFI initiatives are best summarized as an extension of QF, and by extension the Qatari government, to show its benefits to the world, and an increase its recognition and influence among strategically foreign audiences. (Epstein 2017)

## Teacher Training and Curriculum Development

QFI does not merely assist in teaching Arabic, but everywhere has to its affiliated nearby 150 Social Studies programs in Chicago Arabic F-15, which includes not just resources for teaching Arabic and over 6 cultures and Arabic language programs, but an institutionalized section about the many benefits of doing so. Explicitly stated among these is that learning Arabic will improve Americans' attitudes toward Arabs and Muslims, in addition to deepening appreciation of Arabic culture. Additionally,

QFI provides a social impact toolkit which includes measurable graphics that educate QFI units in providing Arabic study.

QFI spends a great deal of energy forming partnerships with educational organizations, and sponsoring training workshops and programs for teachers.

Partners include the Middle East Outreach Council, the National Council for the Social Studies (which hosted part of the Arabic, announcements workshop), and the Great Books Foundation, the Joint National Committee for Languages, and internationally the German Arabic Council (associated with the Arab Forum), UNRWA, the American Councils for International Education, and PKWRW. Global (which began as a U.S. government program). QFI also has some involvement in Hajj.

Sponsored events include flagship level programs such as the Teacher Leadership Program (hosted by U. Texas at Austin, and later "relocated to U. Texas at Austin") and a model workshop managed by Qatar's Arabic for Non Arabic which conducts a tremendous range of speaker-development activities ranging from technology research to higher collaborative.

Additionally, QFI organizes Arabic-language teachers into summer leadership programs to facilitate the exchange of ideas and resources between teachers and doubtless to connect the QFI's influence over classroom instructors and content.

Several live events, QFI provides huge amounts of content in multiple media, and pays the social impact resources, electronic publications, in the flagship resource, a web portal called Al-Masdar, whose translates into "the source" and offers Arabic language resources and video content (and also sponsored "Global

However, a friendly teacher reported that a QFI training session he attended in January 2018 in Arizona, the presenters gave a slanted view of Middle Eastern politics that blatantly favored Qatarism ends, and echoed QFI's extremist views. The contents provided that pro-American members to pursue the QFI's foundation, which introduced QFI as an American member to promote in pro-Arab materials and instruction. QFI programs officer Carol Eastgeen introduced QFI as an American member to promote the health Council for the "service about a Lebanese" but the details of QFI start and with Carol McAfee all contributed Lebanese workshops. And were thus exempt from public disclosure rules.

Involvement in Schools

QFI has given over $20 million dollars in grants to public schools around the course, the colors of the first such with larger grants going to Tucson, AZ, which received nearly half a million dollars in 2017. Grants were mostly distributed in 2014, with almost all of QFI's funds in 2018. Linear programs, QFI programs officer Carol Eastgeen influences a "service about a Lebanese" but the details of QFI start and with Carol McAfee all contributed Lebanese workshops. And were thus exempt from public disclosure rules.

QFI also provides scholarship opportunities and education classes involving travel to Qatar itself for promising students, however many of those students studied QFI grants alone, while going to volunteer with UNRWA, the U.N. agency focusing on Palestinian refugees, for example, in November 2018 QFI held the possible QFI give even more active in the colleges level. For example, QFI has over 400 cash partnerships with colleges such as University of Texas at Austin, Northwestern U., Georgetown U., Yale U., and other universities. Other universities at the credit with downmrals QFI's involvement with the Muslim Brotherhood. While at the same time subsidizing the Brotherhood ideology as "self extremist."

Arabic-Language Resources

QFI provides several resources for the Lesca Class soon Foundation to translate lessons from Arabic curriculum QFI has sponsored the benefit of several lectures to institute. Additionally QFI has sponsored the electronic publications while QFI's Global Studies reach a broader audience that aims to know just how much funding QFI is providing, is correct, thanks to government disclosures we do know that its organization QFI has been considerably generous to American universities. QFI has just over 12 Weekly broadcasts, where the density information service from these Arabic centers to set up teacher training workshops at Qatar's foundation. (The show of the QFI's College of Islamic Studies, a member of university campuses around the country, even sponsored many study programs.

Additionally, in 2017 the Examining Foundation indicated that it had partnered with

Education Day: The Teaching Arabic Curriculum's professional development library of videos of best practice Arabic classroom techniques.

The details of these contents, and any used are even demonstrated by the Qatari, one given a QFI agent, where Georgetown U. Community at University WCU held. Second to doubtless to even connect because the QFI's agendas and its own content. While notably QFI held a second academic, independent conference, QFI had troubling positions to determine. QFI had troubling positions to determine actual position and research agenda, and has consistently, if they even adamantly, administer delegate.

Meanwhile, Texas A&M was required to release records of its own QFI program, under similar lines that QFI actually filed suit to make the disclosure. In legal representative the political powerhouse Squire Patton Boggs (which received very late day in legal support, in 2020 revised its retention agency) reflects as a "service about a Lebanese" but the details of QFI start and with Carol McAfee all contributed Lebanese workshops, and were thus exempt from public disclosure rules.

But it is also that certain set contracts are attending Qatar, the chance to influence university operations in the United States, and to promote the attendees of its policies. For example, in November 2018 WCU held the annual WCU Qatar Day, when students were often asked to act as a handed the QFI

QFI in Qatar

Of course the emphasis in Qatar often host the most university-educated teachers, including even to be referable the top QFI access to a "comedy house" program that provide severe reprisals from the Qatari Ministry of Education. These institutions to American universities, QFI has publicly advertised against, in 2a Week broadcasts, where the density information service from these Arabic centers and policy attacks against Israel and Jewish, the share of the QFI's College of Islamic Studies Council, under the authority of U. Georgetown has released over $300 million in aid to American universities. Most recently, she was even honored by the

The Egyptian Muslim Brotherhood whose prominence and has most military reprisal to entrenched turn to doubt its agendas, it emphasize a collective "destruction to Islamic." Though I'll the Ministries of the Brotherhood's America there were Most Brotherhood-America these aligned interestingly, as a former American is concerned, one called to the SAAR Network. These GIS facility includes Loudy Suit, former MIT dean (whose daughter's retention served his board Arabic in MIT lecturers), Other faculty members closely aligned with the MIT's long terms, and of whom "including" over professor working even Arabic which has written about "Revolution a means of engineering science QFI."

QFI is a remarkably supportive of Hamas extremists, particularly in the MIT Qari Brothers, particularly of Arab Modernists and Renewal—named in honor of Shaikh Yusuf Al-Qaradawi, spiritual leader of the Muslim Brotherhood, who chaired the council that established the Center's faculty. QFI, Qaradawi has repeatedly endorsed suicide bombings, terrorist attacks against the United States, and the total extermination of the Jews, even a channel from receiving much infrastructure. Qaradawi also headed Arab in 2012, QFI honored Hamas leader Ismail Haniyeh (who was last designated a terrorist by the Federal government) at the Center for the Muslim Brotherhood's vibrant study of Islamic state, including Dome of the Rock.

An American educator who received at a QFI educational institution in Doha, told the Middle East Forum that, at the time of that writing of this account, that of the student council of the school had an absolute and dominated "Palestine." Moreover, even singled out, a student who wrote the existence of Israel in the Middle East (which did not appear on maps at his school) was "normal."

QFI's Influence Operations

Maggie Salem often plays a large role in crafting the Qatari Foundation QFI provides severe reprisals from the Qatari Ministry of Education. These institutions would suggest, on several occasions who has spoken at the U.S. Qatar Business Council in America, including even to be referable, a member of

verbal media outlets, including NPR, one even surrounded by the murder of Jamal Khashoggi.

In December 2018, news reports surrounding the Khashoggi killing revealed the role played by Salem, who even secretly attempted to channel U.S. reporting and investigative him to take a hard anti-Saudi Arabia line. QFI also provided Khashoggi the services of a research writer under study in 2016.

Sometime before 2018, QFI sponsored the Arab Milestones Association of New York City, a three-week master-teacher concept events Salem was the executive director.

In July 2017, QFI and QFI fighters jointly promoted a congressional resolution condemning the so-called "blockade" of Qatar. In November, QFI organized a Super Modern Summit on the blockade with that message claimed that it that the Gulf states, retaliation of Qatar would do him. He was more, a claim that Maggie Salem regularly advocated for herself.

Conclusion

For decades now, Qatar—a tiny but rich country caught between regional great powers—was eager to protect even its growing "soft power." Its sponsorship of the Muslim Brotherhood and its senior owned media from Al Jazeera have driven Qatar to do much to spread its media throughout the Muslim world and then increasingly, across the West too. So diplomatic ties to supporting reaches such as the United States and Israel, Qatar has been to facilitate media operations, which has its sovereign wealth fans, the vast—resourced media from Al Jazeera have driven Qatar to sponsorship having firms such as Squire, and Credit Suisse.

The Qatar Foundation and Qatar Foundation International are an integral part of that wide strategy. The role of QFI is to influence the rising American students serving the Muslim world, recognize them into effective, even willing to spread content ranging disproportionately, so support for Arab, undisclosed study of Arabia; the truth is, the better we can interact directly with the Muslim world. Defeats the blockade on Arab interests, and its supported content even. But American educators must reject their classrooms to become victims of Qatar's propaganda.

Omri Ben-Israel is a Fellow in politics reporter, a member of the Middle East Forum.

MEF0000956



1650 Market Street, Suite 3600
Philadelphia, PA 19103

215-546-5406
info@meforum.org
meforum.org

Nexis®   ✓   Search   Folders **71**   Alerts   History ▾   Sam Westrop ▾

Document: Middle East Forum Holds C...   Actions   | Select Language | ▼ |   ○ Disclaimer

📁▾   🖨   ✉   ⬇   ⬡   Go to ▾   All terms **7** ▾   ∧ ∨   Search Document 🔍

‹ 8 of 510 | Results list ›

# Middle East Forum Holds Conference on Qatar

CQ Transcriptions

February 6, 2019 Wednesday

Copyright 2019 CQ-Roll Call, Inc. All Rights Reserved

All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.

## Body

Middle East Forum Holds Conference On Qatar

February 06, 2019 08:15 A.M.

SPEAKERS:

REP. ROGER MARSHALL (R-KAN.)

MICHIGAN STATE UNIVERSITY PROFESSOR OF LAW BRUCE W. BEAN

FORMER FIFA OFFICIAL HAROLD MAYNE-NICHOLLS

INVESTIGATIVE SPORTS JOURNALIST JENS WEINREICH

FOUNDATION FOR SPORTS INTEGRITY CHAIRMAN JAIMIE FULLER

REP. JACK BERGMAN (R-MICH.)

RETIRED U.S. AIR FORCE GENERAL GENERAL CHARLES F. WALD

FOX NEWS CHIEF INTELLIGENCE CORRESPONDENT CATHERINE HERRIDGE

FORMER DUTCH MILITARY INTELLIGENCE SENIOR ANALYST RONALD SANDEE

MIDDLE EAST FORUM'S ISLAMIST MONEY IN POLITICS PROJECT WRITER OREN LITWIN

SECURITY STUDIES GROUP WRITER JIM HANSON

MIDDLE EAST FORUM COO GREGG ROMAN

RABBI SHUNLEY BOTEACH

STRENGTH TO STRENGTH FOUNDER AND DIRECTOR SARRI SINGER

STUART FORCE, FATHER OF TAYLOR FORCE, AN AMERICAN CITIZEN KILLED IN A TERROR ATTACK IN ISRAEL

LAWFARE PROJECT EXECUTIVE DIRECTOR BROOKE GOLDSTEIN

FORMER AL-JAZEERA JOURNALIST MOHAMED FAHMY

MIDDLE EAST BROADCASTING NETWORK PRESIDENT ALBERTO FERNANDEZ

MIDDLE EAST FORUM'S ISLAMIST WATCH COORDINATOR SAMANTHA MANDELES

BLOOMBERG COLUMNIST ELI LAKE

AUTHOR PETER THEROUX

MIDDLE EAST CENTER FOR REPORTING AND ANALYSIS EXECUTIVE DIRECTOR JONATHAN SPYER

FORMER MAJORITY STAFF DIRECTOR OF THE HOUSE PERMANENT SELECT MICHAEL ALLEN

MIDDLE EAST FORUM PRESIDENT **DANIEL PIPES**

JERUSALEM POST OPINION EDITOR SETH FRANTZMAN

HUDSON INSTITUTE SENIOR MIDDLE EAST ANALYST MICHAEL PREGENT

ISLAMIST WATCH DIRECTOR SAM WESTDROP THE JEWISH NEWS SYNDICATE EDITOR IN CHIEF JONATHAN TOBIN

[*]ROMAN: Our opening remarks this morning will be made by Congressman Roger Marshall. Doctor Marshall, as he was known before he became a member of Congress, represents Kansas' big first district, having previously served as a physician, and more importantly, as a devoted father and husband, where he was able to deliver more than five thousand babies during his time as a doctor before entering into the U.S. Congress.

He is a graduate of Kansas State University with an undergraduate degree in biochemistry and graduated from Medical School at the University of Kansas. Moreover, Congressman Marshall has represented in Kansas' First District utilizing his depth of medical and family experience, but also, having many years of support in the Army Reserve, rising to the rank of captain, and serving his country faithfully with valor.

Moreover, Congressman Marshall serves in the House Agricultural Committee, the Committee on Science, Space and Technology and the House Small Business Committee. The issue of Qatar is one which effects not just--not just us overseas in terms of Middle East issues, but also the influence of Qatari lobbyist, PR firms, and other mechanisms that try to effect congressional policy. Congressman Marshall, please join us.

(APPLAUSE)

MARSHALL: Well, good morning everybody and glad that everybody here made it on time. And, you know, maybe before I give my remarks here, I might just make a couple comments from the State of the Union speech last night. Certainly, the city is a buzz was with what the president did say.

MEF000959

If I could share one thing is that I hope you all, and I hope my folks back home felt the genuine heart that this president has for the American people. He's not an elitist, he's a person that's connected, maybe better than any president I can remember, to the everyday working man and woman back home.

That same passion, that same compassion that he gave last night is something that I feel every time I'm with him. You know, last night after he gave his speech, I was one of the last people to get to shake his hand, I said--I think I said something like, Mr. President, we have your back. And he looked at me and shaked my--shook my hand, looked me in the eye, and said, thank you, thank you. Just two simple words. That's all he needed to do.

And we have a great relationship with the president. I--I would stand--I do stand beside him. Almost all of his policies, I think his policies are spot on. His policies are helpful to Kansans and they're helpful to this country.

As I think about just a general theme of national security, I think everybody back home feels like we're safer today than we were two years ago. I actually think he's the most transparent president we've ever had.

You know, what you see is what you get. Behind closed doors, he's just as transparent and blunt as he is with the press. I never heard him say anything behind closed doors that wasn't consistent with what he said with the microphones and cameras in front of him.

And I would say the same thing about my fellow Kansan, Secretary Pompeo, who I got to see for a little bit yesterday. He's transparent, his yes is his yes, his no is his no. And I think they're both in the places that they should be right now at this point in time and they're both doing a great job. And very, very proud of Secretary Pompeo, very proud of what our president is doing.

You know, as a global leader, the United States is faced with many complex challenges and uncertainties abroad. In the Middle East, we have strong allies to confront these threats, but they continue to be more important than ever, more important than ever. And we need to know who is our friend and who is our foe, and you can't be both. You have to be one or the other.

Under President Trump's leadership, the United States advanced common interest and promoted security, prosperity, and peace in the region. The presidents long list of accomplishments includes finely recognizing Jerusalem as Israel's capital, something that was very important to me, personally.

He's ended the foolish Iran nuclear deal. I have no idea why Americans can support the Iran nuclear deal, a deal that would end up with Iran having nuclear warheads. I have--even though it would be delayed for perhaps, ten years, we have to think long term.

More and more as I get more familiar with this role, I realize that decisions in the press are made tonight. Decisions are judgment on my decisions in the morning, there's a judgment in the press by evening. And I think of a president from my state, General Eisenhower. When General Eisenhower finished his role as being president, most historians said, oh, he's the thirty--thirty fifth best president ever.

But today many historians would consider him the fifth best president ever. And that's because the decisions he made took years, decades to come to fruition. He started the interstate highway system, he started NASA. He started the education department.

You know, again, if you think about President Eisenhower, a great strategist, you know, he wasn't patent, Mr. Rah Rah guy. He was a great strategist, very thoughtful, certainly had compassion for his soldiers and for his country, but he was a long term thinker.

And again, it's just so important that, as a congressman, I don't worry as much about the impact, what's going to be said on TV tonight, as how is it going to impact my children and my grandchildren. The president's strong words against radical Islamic terrorism, during the campaign have been followed by action.

On November 4, 2018, U.S. sanctions on Iran's oil industry went into full effect, cutting off a vital lifeline to their economy. I want to stop there and just talk about the oil industry for a second. The oil industry is very important in Kansas. And I'm so proud that President Trump pointed this out last night.

We are no longer dependent upon Middle East oil. And that--no one's talking about this, but I think that greatly impacts our decisions and gives the president and Secretary Pompeo a few more cards in our hands that we're not subservient to that oil that the American entrepreneurs have come through for us that we are, for all practical purposes, energy independent and so very proud of that American spirit which has led to increased oil and natural gas production.

I think about what's going on in Kansas, ethanol is a big source of energy as well. And it's growing across the country. Kansas with 35 percent of our energy electricity coming from wind energy now. And all those technologies are improving to make that happen.

So, again, very important that energy is a national security issue, being able to feed ourselves, which is taken for granted, and the energy is taken for granted as well, two important points of national security.

The response to Iranian aggression and funding of terrorist groups is long overdue. Numerous violent extremist throughout the Middle East, such as Hezbollah and Lebanon, Hamas and Palestine, the Assad regime in Syria, Shiite militias in Iraq and Houthi rebels in Yemen would be crippled without their military and financial support.



Went to an Israel trip with almost my entire freshman class, one of the greatest trips of my life. What we were able to learn to be able to see some of the issues, the challenges in the Middle East was--was phenomenal--phenomenal experience for a freshman congressman.

You know, more recently we took a second trip to Kuwait and Djibouti as well, trying to understand first hand what's going on in the Middle East and what our capabilities are, and what a great job that our military is doing. It's been a steep, steep learning curve, but I feel like--feel like I'm getting there.

It's my hope that the maximum pressure campaign will bring us closer to lasting peace for American Israelis and the Iranian people who continue to suffer each day at the hands of a regime. Until the day comes, the United States will continue to unequivocally support Israel against those who call for its destruction.

My--my freshman class and now we're sophomores, I think just especially a kin relationship with Israel. I believe nine of us have military experience. We have two generals in our military. Brian Mast is one of my close friends in my class. Our trip to Israel behind closed doors, Benjamin Netanyahu was walking on the stage, he looked out in the audience and saw Brian Mast.

And if you don't know Brian Mast, he gave up his legs for this country. But after his injury, he went back to Israel and helped train their soldiers. Anyway, as we were sitting there in the audience in our seats, who--the person who I think is one of the three great leaders in the entire world, ran across the stage, came down stairs, went back to Brian's room, shook his hands and hugged him.

And I said this man gets it. And certainly, was very, very proud to have Brian as one of my close classmates. And by the way, he just had a baby girl. So, we've got three boys and they another--

a baby girl for the first time. So, he and Breanna (PH) have become close friends. My wife and I, oh, for whatever reasons, the young mothers' kind of cluster around my--my wife and she gives them friendly advice and encouragement. We've raised four kids ourselves. And just so proud of those relationships.

Yeah, just to continue, unfortunate Iran isn't alone, it's promotion of radical terrorism. Across the Persian Gulf sits the nation Qatar, who's well documented support for terrorism and extremist groups have fueled violence, Civil War and bloodshed. It's blind eye to the terrorist financing within its own borders continues to undermine security and cause them to question the long term partnership of the U.S. operated base within the country.

This certainly is going to be a topic of conversation that's rising to the top. Certainly, I understand we have a significant investment in intelligence there. But I would just assure you that Congress and certainly, Secretary Pompeo and the bright people understand the complexity of this issue and will do what they think is right for America.

On June 8, 2017 Saudi Arabia, Bahrain, Egypt and the UAE designated 59 people into groups, all that are based in or otherwise associated with Qatar for lengths to terrorism. Among these terrorist groups are, of course, al-Qaeda, ISIS, Hamas. Qatar is hedging support for the extremist hostile United States cannot and will not be tolerated.

And again, I think the president reiterated this last night in many, many fashions as well. I'm very glad to hear his continued consistent support for Israel and as well as for this overall war on terrorism.

Moving ahead, Congress will play a vital role in ensuring the long term security of the Middle East. The security assistance and foreign aid provided each year to numerous countries will continue to ensure strategic cooperation for vending threats to America from al-Qaeda, ISIS--ISIS, Hezbollah and Hamas.

These radical Islamic groups share a common theme, hatred for other religions, anti-Semitic values, and a longing for the destruction of the West. It remains imperative that the U.S. continues to work with its truest partners in the Middle East, our true long term friends, people that have bonded together for 50, 60 years.

For those that continue to--to aid bad actors, a realignment, a military support, may be long overdue. We certainly appreciate the people in this room and your interest and your concern for this country's national security. I don't claim to be an expert on this. But as a physician, I've learned to bring in experts. You know, I'm not--I was never hesitant to bring in a consultant to explain to me, to get more facts, to order one more x-ray, to get a second opinion or a third opinion.

But eventually, as the physician, I'm an obstetrician in gynecologist, was able to not only deliver some five thousand babies but had to help a lot of women through some very, very tough times in their life, whether it was breast cancer, ovarian cancer, all those types of things, and try to use that same since of gather the facts, get rid of the emotion, and as a doctor, a physician, try to recommend the best course, the best treatment, the best plan of action for this country.

I'm very proud to stand by President Trump. I support his policies. Very proud to stand by Secretary Pompeo as well. Appreciate you all having me this morning and hope you have a great day. Thank you.

(APPLAUSE)

PIPES: Thank you, Congressman Marshall. And good morning ladies and gentlemen. Congressman, as you see, could not stay so he went first. Let me introduce the day's events for

you. First, I'd like to welcome you to this conference on Qatar: U.S. Ally or Global Menace. I think you can probably tell from our hashtag where the answer lies. The hashtag is Qatar the menace, as in Dennis the menace but, Qatar the menace.

So, it's not too much an open question. I'm **Daniel Pipes**. I'm president of the Middle East Forum. And it's my happy task to thank you all for joining us this morning, this beautiful morning in Washington, both, those of you who are here in person and those of you who are on the live streaming.

We're meeting today in the brand new International Spy Museum in Washington DC. I'm told that this is the first event of this sort as oppose to a wedding that's ever taken place in this impressive building. Given our topic, especially the cyber hacking and related issues, this is not completely inappropriate as a venue for us.

We intend to end our proceedings by 4 p.m. Everyone is invited who's here in person to breakfast and then to lunch. For the sake of efficiency, we will take a number of fairly short breaks. Hope you can help us keep them relatively short. Please make sure that your mobile phones are either off or set to vibrate.

The events goal is simple, to explore and draw conclusions about a tiny country's large influence in the Middle East and beyond and especially in the United States. It is rather remarkable the number of nationals in Qatar is just slightly over three hundred thousand. It is a very small number. But the wealth of the country and the drive of its leadership have made it into an international force.

And, by the way, it's not new. As I noted in my introduction in the book that you have in front of you, already in the mid-1990s following the collapse of the Soviet Union, there was a joke in foreign policy circles. Now that the Soviet Union's gone, what are the two great powers? United States and Qatar came the response.

So, it's not--not a new thing. It was less maligned perhaps 20 years ago. But the ambitions and the money have been there for some time. We've put together an international cast to investigate topics as diverse as the football World Cup and cyber hacking of prominent Americans.

Now for a word from your sponsor. The Middle East Forum, the host, primary host of today's event. For those of you who aren't familiar with us is a Philadelphia based once think tank and now what we call think and action tank. We just celebrated our 25th anniversary two weeks ago.

MEF has two major topics. The Middle East and all its aspects, political, historical, religious, economic and so forth. And Islam and the West. We have decided that Islam and the West fits our--our mission, not Islam and other parts of the world, but Islam and the West, a new topic, basically.

Our staff numbers nearly forty--our staff numbers nearly forty and we have some 25 fellows. We take pride on approaching problems in our areas with three tools. The first is intellectual, having original ideas. The second is activist, turning those ideas into policy, or in other ways making them happen. And thirdly, philanthropic, working with allies to advance those ideas.

We raise money specifically to give to our allies, some of whom you see--logos you see behind me. Qatar's role in the world is a natural topic for the Middle East Forum to focus on, given our long standing interest in several topics. The impact of oil and gas, wealth, the intricacies of Persian Gulf relations and the teaching of Arabic and Middle East studies in the United States. Qatar Foundation is very involved in the last point.

I hope by the end of this conference, you will be able, without any problem, to answer the question of the conference. Qatar: U.S. ally or global menace? It's now my pleasure to call on

Gregg Roman, Director of the Middle East Forum, and the organizer of this event to give you more specifics on the rational and purpose of the day's activities. Gregg.

ROMAN: Thank you, Daniel. And Daniel didn't get his formal introduction, the president and founder of the Middle East Forum. And for this event, we wouldn't be able to do it without his inspiration backing and also all of his support over the last few months.

And in addition, we'd also like to thank all of our speakers who have come here today who will be presenting all of the organizations who are cosponsoring this event. And especially all of the staff, some that I'm looking at, some that I can speak of and some that I can't speak of that made today possible.

So, why Qatar? Why ask if it's a U.S. ally or frame it as a global menace? We will explore five or six different issues today through a series of panels, speeches and conversations, members of Congress, experts, former military officials, former intelligence officials and analyst, some who have come from as far as Germany, the United Kingdom, Israel and other places around the world to help us answer that question.

The Qatari regime and members of its royal family have covertly and openly funded, hosted and supported Jihadi organizations for decades. It has support in Iraq, al-Qaeda and later, the Islamic state. In Syria, (INAUDIBLE) Hamas, and in 2012 if we remember, Qatar pledged $250 million to Hamas, not to mention the $15 million payments which are now made to the organization on a monthly basis into the Gaza Strip.

In Libya, it's focused on the Dawn organization, and Afghanistan it permits the Taliban to maintain an interest office in Doha. Even if it might be used right now for a soft detente between America and the Taliban, it's still what's offering this years prior to any sort of negotiations that the president spoke about last night during the State of the Union.

Qatar support for international Jihadis network has long been a concern for Western policy makers and observers as well as several other states. And especially in 2017, this observation became a policy decision. With Saudi Arabia, Egypt, Bahrain, The United Arab Emirates and Yemen denouncing Qatari funding of Islamist terror, cutting diplomatic ties and implementing a partial blockade of the Peninsula Emirate.

But its extension and support for Jihadi groups does not just stop with violence. It also goes into the realm of non-violent Islamism. And contrast, Qatar's influence in the West is hardly discussed despite the billions of dollars that Doha has supported the schools, Universities, Mosque's, TV stations, sports clubs, PR firms and, of course, into the pockets of politicians.

I'm thinking of such tactics like cyber hacking. The radicalization of Muslim communities in the West, and, of course, the topic of our next panel, the 2022 World Cup Tournament. The Middle East Forum has organized this conference, not to just speak of the pernicious sponsoring of violent activity in the Middle East but also to examine these latter Qatari activities in depth.

In addition to documenting them, the goal is to examine how very Qatari tactics of exerted influence serve a much larger agenda. We at the Forum hope today's event will serve as a source of information and ideas for journalists, politicians, policy makers and the public.

What you will hear today does not stop within these walls. This should translated into policy ideas on how to stop Qatar's malicious and maligned influence activities both here in Washington DC and also over the rest of the world for those watching on the live stream.

Our goal is to correct the outdated idea that Saudi Arabia somehow remains the worlds chief sponsor of Islamist extremism in Jihad, showing that this role now belongs to Qatar. But it's not

just about the global view of Qatar. It's also the information being more necessary because the Trump administration has been offered inconsistent views of the Emirate.

Early on, President Trump condemned the Qatari regime as, and I quote, a funder of terror at a very high level. And backed the 2017 Saudi led blockade of Doha. In addition, he called on Qatar to shut down the Taliban's office in--in the capital. However, in April of 2018, the president contrarily praised Qatar as an ally in the fight against terrorism and referred to the Amir as a great friend.

There's a few developments which may help explain this reversal, including one, Qatar's well-funded law being campaign. In 2017, Qatar spent $16 million on lobbying in DC, by far, almost the largest amount out of any other country, employing some 23 different lobbying firms.

As part of its lobbying strategy, Qatar ordered a list drawn up of 250 influencers who were paid to travel to Qatar, including, Alan Dershowitz, Mike Huckabee, Mort Klein and other luminaries of not just those who consider themselves to be friends of the pro-Israel community in the United States, but those who were considered friends of the administration.

The lobbyist that were working for Qatar were headed by such leading figures like John Ashcroft, Michael Mukasey and David Rivkin. Former Congressman Jim Moran, Former Senator Trent Lott and many former staffers and senators. Others included start up lobbyist, like Nick Muzin and Joey Allaham, who may have been in the papers recently because of some litigation that has been filed against him.

Unusually, many of the more recent contracts have included a cause for bidding the firms to work for other--for other Gulf countries at any capacity, meaning that Qatar strategy is to box out the United Arab Emirates, Saudi Arabia and other Gulf Arab countries who may be on the other side of this regional dispute. A little more on their lobbying later.



The second reason why the U.S. may have drifted between being pro and anti-Qatar is because of the U.S. military base and alidade, which is the largest presence of air force of the American Air Force in the region. It hosts over ten thousand American servicemen and serves the main regional center for any missions against the Islamic state and other organizations that are threatening American interest in the region.

And lastly, there may be an American continued distrust of Saudi Arabia where U.S. policy makers opinion makers and academics continue to distrust the country and refer to it as the chief financier of terrorism extremism around the world.

The Khashoggi affair did nothing to improve the Saudis reputation. However, while Saudi Arabia doubtlessly continues to work with Islamist movements, Qatar now leads Riyadh as the main financier of terrorism in the region violent and non-violent in the Middle East and in the West.

Saudi Arabia has put itself on a path towards reform. It's indicated by the amount of Mosque. It is no longer sponsoring in countries where it formerly been the prime sponsor of extremism. Yes, they have work to do but Qatar is getting a blank check and they are able to do whatever they want without being held accountable. They must be held to account.

Now, lastly before we get our next panel, this will be about three more minutes and I'd ask the other speakers who will be on our FIFA panel to get ready to come up. I'd like to speak a little bit more about a personal foray into Qatar's cyber espionage strategy that effected both me and my employees of the organization and also many friends.

No, we weren't hacked by Qatar. But we did land on an information trover of over fifteen hundred individuals that were attempted to be hacked by Qatar, which included Bollywood stars, members of the Syrian opposition, members of the Syrian Government, policy makers, a prominent

MEF000965

American think tanker from the Center for American Progress, which you may find out in a newspaper story. It'll come out later today.

But more importantly, there were those who weren't just targeted by the cyber espionage, but the individuals who may have had something to do with it here in the United States. In the world of technology, Qatar's leaders are two-faced. Speaking to the U.N. General Assembly in late September, Emir Tamim promised the host an international conference on the threats of cyber warfare and hacking.

This, after winning sympathy for cyber-attacks against Qatari government targets. But that's only half the story. Former Al Jazeera journalist, Mohamed Fahmy, who is with us today and will speak after lunch, has sarcastically written that Qatar is the perfect country to host such a confab. The regime's officials would give speeches about how they recruit hackers and select their targets. The cyber mercenaries on Qatar's payroll could discuss their career paths in hacking the citizens of foreign countries.

And the American media consultants who work for Qatar could hold a panel discussion on how to successfully pitch and place hacked emails to and in the American media. This conference is a great idea. Qatar has much to teach the world about hacking in cyber warfare, after all, they're at the forefront of state sponsored of hacking of foreign nationals and other individuals.

And last, I'd like to bring up a story that I've been personally involved with for the past year and a half, which was questioning the travel of American center-right Zionist and Jewish community officials on their treks to Doha. This is something that I referred to beforehand and I said I would bring up.

Two organizations come to mind. One, the Zionist Organization of America, which is largely not been involved with this, you know, foray but they were the recipient of a hundred thousand dollar donation from a Qatari lobbyist, unbeknownst to them according to their record. And it was returned after it became publicly available through a Foreign Agent Registration Act filing. 

And two, an organization which is based in Israel but has a 501 c3 non-profit here in the United States. Our Soldiers Speak, led by an individual named Benjamin Anthony, a former sergeant in the IDF. And himself, aware of the money going to him, but he has to this day still not returned the Qatari blood money to its origins.

The problem being here that there may have originally been a good faith effort to negotiate with Doha. There may have been a misled idea that these leaders who either received money from the Qatari's or their interlocutors or were on the receiving end of contracts between Qatari lobbyist and their attorneys, for instance, a contract that was signed between Alan Dershowitz, the prominent American leading liberal attorney and Joey Allaham, his client, which only came out after there was much legal investigation into it.

The original idea of going to Doha to broker peace to think that they had this ability to somehow end Qatari support for Hamas, may have been noble. But Qatar's agents on Capitol Hill exploited their visits to Doha. And they exploited the funding of their organizations to a torpedo, a key piece of anti-terrorism legislation.

Look it up now if you have your phone in front of you, H.R. 2712, The Palestinian International Terrorism Support Prevention Act. Legislation designating Qatar as a state sponsor of Palestinian terrorism. These agents correctly figured that if leading American Zionist and other recipients of funding like that hundred thousand dollars granted to Our Soldiers Speak, had good things to say about Qatar, or even may have not said anything.

MEF000966

Sometimes silence is a lot louder than words spoken. And they could argue. And there are over 150 contacts with senators and congressmen that such a bill was unfounded, indeed, detrimental to peace, that key anti-terrorism legislation may not pass.

And last session, it didn't, even though it received the support of both democrats and republicans and the majority of the House of Foreign Affairs Committee. Some of these individuals openly admit that they were duped by the Qatari's. But they do not acknowledge the harm that they did.

In our research that we've done at the Forum over the past year and a half including court documents, lobbying materials, two dozen interviews and conversations with the recipients of the funds themselves and those who traveled to Doha, discovered a myriad of inaccuracies and many of these visitors stories pointing to a longer more intimate relationship with Qatar and its agents, including conversations between their PR agents, including continued friendships that take place in DC restaurants, and including visits that were going between their lobbyist and other individuals.

We were able to track the story back from 2013, when Qatar initiated its Zionist influence campaign to the current belligerency of the responsive individuals who visited Qatar on the Qatari dime. And after being outed in effect for accepting bribes from the regime. I'm not saying they're bribes but they're kin to it.

The story that we put together refutes most of the claims of these individuals. And it creates a direct correlation between those who visited Doha and the Qatari attempts to torpedo this legislation.

We can only conclude that those who visited Qatar and their behavior afterwards confirmed anti-Semitic tropes about money grubbing, immoral, Jewish Americans. And as a Jewish American, I find it offensive. And two, these individuals refuse truthfully to admit their role in the failure of H.R. 2712, rendering them unsuited to continually in letting their organizations if they don't pin up. 

To redeem themselves, as continuous respectable leaders of their respective movements, they need to come clean about their dealings with Qatar and they need to make passage of this key anti-Palestinian terror legislation in their current organizational roles and in this current Congress, one that is at the forefront of their organizations.

While some individuals who went to Qatar were invited to speak at this conference, they all declined. There were organizations which were invited to co-sponsor this conference also declined. The door is open waiting for them to attend today. And if anyone of you from any of the organizations that I mentioned or their leadership is in Washington DC today, we invite you to this podium to denounce Doha.

Thank you for listening to our opening remarks. And now we welcome our first panel, that of FIFA. Focusing on the Qatari 2022 World Cup. Jaimie. Is Jaimie Fuller here?

FULLER: Right here.

ROMAN: Hey Jaimie. Jaimie's going to introduce our panel. Thank you.

(APPLAUSE)

FULLER: Good morning. Are the microphones on? Good. We have a--we have a really pleasant opportunity, I think, compared to the seriousness of what's going to be discussed today. We get to--we get to spend this morning, a little bit of time talking to you about sport, and particularly about football.

MEF000967

I'll make introductions shortly, but if I can just make a few comments before we kick off. So, we live in an increasingly complex world that reflects, and nowhere reflects that complexity more than the Middle East. As we know, there's a boycott or blockade going on at the moment for Qatar--for Qatar from key regional players. And it's effecting day to day life and critically the preparations of the 2022 FIFA World Cup. And I say critically because that's what we're here to talk about.

Other consequences also include the boycotting of air space, and the need for rerouting of Qatar air ways flights around the boycotting countries. But the focus this morning is on the World Cup. And I'd particularly like the panel to discuss a couple of things today, specifically what happened, why it happened, and should it be allowed to continue to happen.

But today we find ourselves at the epicenter of world politics and power. Washington is the place to be. And our audience is not just educated but also well versed on the nuances of politics. We'll have political games of play.

However, I'd like to take the next 45, 50 minutes or so, to look at how politics works in sport and more specifically, in football. If you think that politics has dirty undertones, you should have a good look at the world sport, particularly football.

Mixing politics and sport is not a new phenomenon, and whilst in the right-hand sport can have a massive--massively positive impact on society, it's also open to misuse and abuse. Contrast how Adolf Hitler hijacked a 1936 Berlin Olympics in an attempt to showcase the so called, superiority of the--of the Aryan race.

Contrast that with the role that sport played in the imposition of boycotts on--on Palatine South Africa in order to eradicate that culture and that system. And specifically, that was mainly about rugby and cricket, and I know these are not games that you guys are that familiar with.

But the Rugby World Cup is the third largest global sporting event after the football World Cup in the summer Olympics. But not only was sport instrumental in bringing down that Palatine system in 1992, it was also critical in bringing the nation together in 1995 when South Africa hosted the Rugby World Cup.

And there are iconic images of the great Nelson Mandela wearing the South African spring box Captain Francois Pienaar's jersey. It--it was a very powerful moment and it helped divide--it helped bring back a new night, a bitterly divided nation. It's powerful stuff.

So, sport does have the power to play a force for good and it genuinely can change the world. But to do so, it must be in the right hands. And this emphasizes the need for great governance, something that sport frankly, has a poor track record in.

There is, however, one pretty significant hurdle. And in order to prevent the repeat of abuses like those of Adolf Hitler, sport has endowed itself with the right of autonomy or self-governance. In an attempt to bring sport--to prevent sport from being a tool of the corrupt and abusive through government interference, sport is unwittingly or perhaps even wittingly and willingly in granting itself self-governance.

It's removed any aspect of accountability in answerability. So, whilst autonomy is important, it's not an automatic right, and it's something that needs to be owned. And we've seen over the last 20 years or more that football is well and truly abused that right.

International and also some national federations have used the notion of autonomy as an accountability shield, enabling massive misuse and corruption within increasingly large amounts of sums involved. But this session this afternoon is more specifically about football. And none of that one hundred odd international sports federations symbolizes governance issues more than FIFA.

The Federation Internationale de Football Association and--its thanks to the efforts of the Department of Justice and the FBI, that we're finally seeing some action on this front. Now, just to give you a little bit of context because a lot of you people don't really think of football as being as big as it is.

If I tell you that the summer Olympics gets one fifth of the number of eyeballs of the FIFA World Cup, it gives you a bit of an indication. I come from Australia or in Australia soccer or football is--is not as huge as it is in most other countries around the world. And I grew up thinking that the Olympics was the ultimate mega-event. It's not. It's 20 percent of the size of the football World Cup.

So, the issues that FIFA have been known and been public for over 20 years, but it's taken the intervention of U.S. Justice officials to finally bring them out some element of accountability. There's still a lot of work to do. It's a work in progress. And some of us fear that the DOJ may have think that their job is done.

We hope that's not the case because there's a huge amount of work still to--still to come and frankly, FIFA and football still stinks. More specifically though, the catalyst behind the FBI intervention was the bizarre awarding of the 2022 World Cup to Qatar.

It is a nation of only 350 thousand citizens and as Harold pointed to me yesterday, until last week, it's had no football culture at all. And I say until last week because it's--it's just won, Qatar just won the Asian Confederation Cup. Not to mention that it also has temperature in summer that exceed 130 degrees.

Now, I stress the temperature in summer because the World Cup is always played in summer every four years in the northern summer. It's critical to understand this because the business of football to a large degree revolves around the set World Cup time table. Moving the finals to winter creates massive issues, not just for the professional leagues and clubs, but also for broadcasters. We'll talk about that a bit later.

Therefore, any thought of awarding the World Cup to Qatar must be thought of as a remote. So, how did it happen? So, just before I introduce my colleagues, I just want to say one thing and that's, I'm conscious of the fact that we sit in jurisdiction where any mention of the word football conges up images of leviathans and padded gear and helmets, smashing the crap out of one another in attempting to win, induce concussion or worse.

We understand that and I'm sorry but for us it's the word football is engrained. And so, please, when we talk about football, understand we're talking about soccer. It's the beautiful game and it is the world game.

Sitting on my--at the end on the right is Mr. Harold Mayne-Nicholls. Harold is from Santiago, Chile. He's a former journalist and a onetime FIFA official. At one point, Harold was mentioned in dispatches as being a potential challenger to Sepp Blatter as president of FIFA. And this led to Harold being target with a fairly vitriolic campaign that had awarded a seven year ban from football unfairly. And we'll probably talk about that in a bit.

More aptly though for this discussion, in 2010 during the bidding process for two World Cups for the 2018 and 2022 World Cups, Harold led the Bid Evaluation Committee. So, he's the man who was responsible for looking at all the nine bids and determining the quality of their bids. So, I think--I think he's going to have some very interesting stuff to say.

Sitting on my immediate right is Jens Weinreich. I mentioned in the pre--in my preamble that we've known about these issues with respect to FIFA for 20 years. Jens wrote his first book about

MEF000969

FIFA corruption in 1998. This is the godfather of corruption when it comes to FIFA and more particularly to the IOC and the Olympics, as well.

If you get a chance to speak to Jens, by all means, pick his brain. Hopefully, we won't get too bogged down on Olympic issues today. But he is the real deal. He is a freelance journalist in Germany. He writes for critical publication such as de Spiegel and German television.

And Jens was instrumental in the Revelations of the German corruption to acquire the 2006 World Cup. Jens produced a 26 page article in Der Spiegel which then brought that story.

My name is Jaimie Fuller. I'm, until recently, I was chairman of a global sportswear brand. And that journey being with the sportswear brand has led me into the murky underworld of corruption within sport.

And for us, our brand values were all about fueling the true spirit of competition. And so, that's--that's taken us down into areas where sport and society cross over and particularly where corruptions involved. We'll talk a little more about some of my experiences in Doha in Qatar. But right now, I think we should probably kick off the conversation. And we'll start with a bit of general overview about the situation in FIFA. And Jens, you might like to start a little bit from 1998 and give everybody a bit of an idea of the context of the nature of corruption within FIFA and the football system.

WEINREICH: Yeah, most of all I would say it's simply a question of culture. I mean, that--it's a family business in FIFA. It has been a family business. And the culture of corruption was established, if one can say, culture was established in the early '70s when Brazilian took over the helmet on FIFA, as FIFA President Joao do Havelange.

And this guy, he--he was able to--to extend his Presidency always with--with the usual promises to the voters. When he took over FIFA, he extended the football World Cup, the finalist numbers of finalist countries from 16 to 24 and then almost 20 years later when he wanted to get a last term in office, it was in '94, in the U.S. by the way, in the FIFA Congress, he was able to extend the number of finalist from 24 to 32.

And this is always the case. It's a part of the business, part of the family business. As Gianni Infantino, now the president of FIFA, he came in office in 2016 and he was able to expand the tournament to 48 teams from starting in 26 at the World Cup in the U.S. and North America, one has to say.

And now, we have the discussion whether or not the World Cup in Qatar will also be played 48 teams. So, we are talking about the culture of corruption. And you know, or surly you know that when the DOJ was--when the DOJ came in and when the--when the indictment was published and when the raid was conducted in Syriac and at the end of May in 2015.

Since then we talk about FIFA and continental organizations as organizations under the RICO Act, Racketeer Influenced and Corrupt Organizations. So, FIFA was happy to--to escape that danger to be declared a RICO organization. But they respective continental federations in North America CONCACAF and the South America CONMEBOL. They are more or less RICO organizations.

So, that is basically the--the--the big issue here. And--and if you follow the recent developments in FIFA under the new President, Gianni Infantino, as Swiss President again Sepp Blatter, was also a Swiss president. He was president from '98 to 2015.

So, you may as the questions has anything changed in FIFA? One of the answers and the obvious answer will probably be no. Nothing or not much has changed. So, that is more or less the--the story over decades. And, of course, the second of December in 2010 was a core point.

FULLER: So, let's--let's--let's talk about that because that was the catalyst for the Department of Justice intervention and for the FBI investigation was the awarding of two World Cups. The 2018--2018 to Russia and the '22 to Qatar. So, there are only 24 voters that appoint the World Cup, correct?

WEINREICH: In this case, in '22 in 2010 FIFA Executive Board, yeah, had 24 members but two were already--already suspended for corruption, of course.

FULLER: And they were suspended two weeks before the vote, weren't they?

WEINREICH: Yeah, a few days--a few days a few weeks before the vote. One guy from Nigeria and the other guy from--from the Fiji Islands, right?

FULLER: Yeah. So, just a couple of weeks before they take this critical vote. Two of them are suspended in a sting, a newspaper sting attempting to sale their votes for significant sums of money. So, the vote came down to 22 people. When you--when you bid for these sorts of mega-events, and particularly, the World Cup, is the jewel in the crown of global sporting events.

When you bid for these, it's an enormous process and it cost a huge amount of money. As I said, I come from Australia. We spent $50 million on our attempt to host the World Cup. We got one vote. And to--to make matters worse, that $50 million was tax payer's money. It wasn't money from the--the Australian Football Federation. It was tax payer's money granted by the government.

And even still today, there is not transparency as to how that money was spent. But when you do this, in that case, it was the first time that FIFA had allocated two World Cups at the same time, which opened the doors for massive misuse and abuse.

And so, there were a total of nine countries, nine countries bidding for the two World Cups. And as I mentioned, Harold, you led that bid evaluation process. Could you talk us through a little bit about what the criteria was, how the process worked and what relevance that bid evaluation process--what the outcome of the bid evaluation was? And what relevance that had when it came to choosing the host countries?

MAYNE-NICHOLLS: Yeah, well, there were eleven countries with nine bidding processes. There were two joint bidding Belgium Holland and Spain with Portugal. At the beginning it was supposed--all the--all the bidding countries were running for both World Cup. But I would say on month and a half before the voting or two months before the voting, they decide that the 2018 World Cup will be in Russia, in Europe, so, only the European countries will be bidding for that.

And the rest of the world will take the 2022. So, that make a big, big mess because then you were able to--to find a way to exchange votes or to get some agreements with the voting. And that then began a huge political talking between all these 22 or 24 people that were voting.

Each one taking their own decision. With all that on hand, we began in July 2010 with a group of six people, we began visiting each country, each one of these bidding process. We established that will try to be the same amount of time in each one of the bidding countries. That was more or less five days.

And we went to every place. And after that, we produced a report, a report that was sent to each one of these 24 members at that time, plus a FIFA President, plus a FIFA general secretary. And when we were sure they received it, we published it on the web. Still on the web, which were the criteria that we were looking to establish or to say which country will be able or not to run the World Cup.

MEF000971