# EXHIBIT 3-D

Date of
Intel 03-25-2019

Title Investigative Project on Terrorism: Islamists Silent on Hamas' Brutal Repression of Gaza Protests

Notes

*Update: U.S. Rep. Ilhan Omar called the Hamas repression "abhorrent" in a Twitter post Tuesday: "I hope all will join in me in condemning these crackdowns on human rights workers and journalists (sic)."*

Hamas continues to use force to quell a popular uprising in Gaza as protests against the group's governance enter a third week. Protesters are beaten and hundreds of people —— including journalists —— have been detained.



You wouldn't know that by the reaction from Islamist groups in the United States and Europe. Not one has said a critical word about the Hamas brutality.

The protests, labeled "Bedna N'eeish," or "We want to live," were sparked by thousands of Gazans who took to the streets March 14 to protest the scarce food supplies, tax hikes and substandard living conditions that have only worsened since Hamas took power in 2007. Rather than build a viable economy and invest in infrastructure, Hamas diverts huge sums of money to digging attack tunnels and developing weapons for the next confrontation with Israel that place Palestinians in harm's way.

Hamas blames the Palestinian Authority and Israel while accusing them of orchestrating the protests. It used gunfire, massive arrests and beatings to try to shut the protests down.

When a rocket fired from Gaza struck a home in central Israel Monday morning, some saw it as an attempt to bait an Israeli military response. A family of seven, including three children, was inside the house, which was destroyed by fire. The family escaped with injuries.

"Having failed to quell the protests with a violent crackdown, Hamas chose a new tack," wrote Daniel Shapiro, former U.S. ambassador to Israel. "What better way to distract their public, and turn their ire away from Hamas and back toward Israel, than to provoke a heavy Israeli response?"

If Islamists truly were concerned about the suffering in Palestinians, they would be quick to condemn this latest rocket attack. The response will only make the lives of Gaza's Palestinians worse.

That's what Palestinian Authority President Mahmoud Abbas meant last week when, while visiting two people wounded in the protests, cursed Hamas assailants and labeled them as "dogs" who belong to the "garbage of history."

The Council on American-Islamic Relations (CAIR), which embraces the Palestinian cause, has said nothing about the violent Hamas crackdown on dissent. CAIR Executive Director Nihad Awad, who is usually busy distributing accusations of "Islamophobia" on others using his Twitter account, remained muffled on the major events taking place in the land of origin.

Neither Ilhan Omar nor Rashida Tlaib, two Muslim women elected to Congress last fall, has had anything to say about the brutal treatment of Gazans by Hamas. Both Tlaib, a Palestinian, and Omar, have been supported by CAIR.

"Peace and respect for human rights: These are universal values," Omar wrote in a recent *Washington Post* op-ed. "... These are the values that propelled me to get involved in public life."

A statement criticizing Hamas for the attacks on protesters, or for the unprovoked rocket attacks on civilians, would go a long way in establishing her sincerity. Her silence sends a more disturbing signal.

Omar ignited controversy when she questioned the allegiance of pro-Israel advocates, was the guest speaker Saturday at a CAIR fundraiser in Southern California. Attacks by Hamas on Palestinians were not mentioned during the fundraiser.

Omar did take a moment to mock dozens of people who gathered outside the banquet to protest her series of anti-Semitic statements, ignoring those concerns. Omar cast the protesters as people who unjustly characterize Islam as "oppressive ... and isolates its women. And today they gather outside to protest a Muslim woman who is in Congress, the irony in that is very entertaining to me ... But I don't think any of them realize that people like myself and many of the people in this room can care less about what they have to say. Because we know who we are and where we belong and what we stand for."

In Egypt, the Muslim Brotherhood's official website and twitter account have ignored the anti-Hamas Gaza protest. Hamas is a Brotherhood offshoot.

Turkish President Recep Tayyip Erdogan, who presents himself as the leader of the Sunni Muslim world, has ignored the Gaza protests entirely.

But Hamas Mufti Younes Al Astal issued a fatwa declaring al protesters against Hamas as "apostates."

"All those who protest against or killed by the resistance (Hamas) are apostates and should have no compensation," he said, referring to money given to surviving relatives after an accidental death. The fatwa provided Hamas a religious justification to continue using repressive measures against Gaza dissidents.

Gaza's deteriorating economic conditions come as an increasing number of Hamas leaders obtained significant wealth.



A 2014 conference ended with $5 billion in commitments from Qatar and other nations to help rebuild Gaza. Frustrated Gazans wonder where Hamas leaders squandered these funds.

"The entirety of Gaza is unemployed, my husband and my son are unemployed, I am not speaking on my own behalf but on behalf of all of Gaza," one woman protester said, "The son of a Hamas official would own a car, a house and a job by the age of 20 and my son like all others Gazan youth own nothing!"

The silence over the Hamas crackdown on Gaza protesters makes it clear that Islamist concern for human rights is selective. If they really wanted life to improve for Palestinians in Gaza, speaking out seems like a pretty minimal action.

*Hany Ghoraba is an Egyptian writer, political and counter terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

**URL (Printing)**    https://www.investigativeproject.org/7868/islamists-silent-on-hamas-brutal-repression

MEF001260

Date of Intel: 09-08-2017

Title: Investigative Project on Terrorism: U.S. Islamists Claim Win Over Legislation Banning Funding to Terror-Tied Charity

Notes:

*Updated Sept. 13: U.S. Rep. Ron DeSantis's amendment to block money going to Islamic Worldwide was not withdrawn, as it was never formally offered in the first place. "Due to Hurricane Irma (sic), I left Washington on Thursday to help my family and community prepare for the storm," DeSantis said in a statement. "I was thus unable to offer my amendment, but remain committed to blocking taxpayer funds for organizations with ties to terrorist groups such as Hamas."*

Legislation seeking to ban federal funding to a UK-based Hamas charity was withdrawn Thursday after Islamist groups advocated voting against the measure.

U.S. Rep. Ron DeSantis, R-Fla, introduced an amendment to the State and Foreign Operations Appropriations Act to block taxpayers' dollars from going to Islamic Relief Worldwide, IRW, or Islamic Relief UK late last month because the Islamist charity allegedly funneled money to Hamas, the Washington Free Beacon reported.

IRW received $370,000 in federal funding for the fiscal years 2015 and 2016, government records show.

National Islamist groups and their allies rallied to the charity's defense.

"Islamic Relief Worldwide is a valued partner of numerous governments and the United Nations bodies globally, and exists as a humanitarian organization dedicated to the alleviation of poverty and suffering internationally," the Council of American-Islamic Relations Chicago chapter (CAIR-Chicago) said in a press release urging American Muslims to pressure Congress to reject the legislation.

The announcement also claimed that "IRW has been awarded $704,662 worth of funding from US federal sources for its work in Kenya, Ethiopia, and Central African Republic."

CAIR describes itself as the "nation's largest Muslim civil rights and advocacy organization" but has roots in a Hamas-support network in the United States.

Israel banned IRW from operating in the West Bank in 2014 saying the charity funneled money to Hamas. Iyaz Ali, a British national of Pakistani origin who worked for IRW's Gaza office, allegedly transferred money to Hamas institutions outlawed in Israel, a 2006 communique issued by the Israeli prime minister's office said.

Files found on Ali's computer tied IRW with illegal Hamas funds in the UK, Saudi Arabia, and Nablus, the statement said. Investigators also found "photographs of swastikas superimposed on IDF symbols, of senior Nazi German officials, of Osama Bin Laden and Abu Musab al-Zarqawi, as well as many photographs of Hamas military activities."

The UAE designated IRW as a terrorist organization last year. Britain's largest bank HSBC also declined to do further business with Islamic Relief UK in January 2016, citing the charity's alleged terror ties.

In the United States, the DeSantis amendment also drew calls from Islamic Relief-USA and the Islamic society of North America (I_NA) asking supporters to contact their representatives to voice their opposition.

Islamic Relief USA labeled the amendment as "malicious and misguided" and claimed it "seeks to denigrate and undermine this widely respected civil society organization."

"If passed it could cause substantial material damage to IRW's life-saving work around the world. Lives and livelihoods in some of the world's poorest and most disadvantaged countries are at stake," Islamic Relief USA claimed.

The organization has shared close ties with IRW since its inception. The Internal Revenue Service (IRS) underscored the connections in IRUSA's 1993 articles of incorporation: "Your case is being transferred to National Office for further review due to your close association with Islamic Relief, United Kingdom, an organization that does...not have tax exempt status in the United States. As stated in your application, Islamic Relief, United Kingdom will administer the operation of your numerous, diverse programs."

These ties continue to this day.

On its "Affiliates and Alliances" page, Islamic Relief USA's website describes itself as one of "16 Islamic Relief legally separate and independent affiliates (also referred to as 'partner offices') around the world." "Islamic Relief Worldwide (IRW), a United Kingdom

**MEF001261**

charity, serves as a catalyst, coordinator and implementer of the Islamic Relief family's relief and development projects around the globe."

Senior IRW officials have had close ties to the global Islamist Muslim Brotherhood movement. Among them:

- **Mohamed Ashmawey**, former chief executive officer of IRW's board of directors, served on the executive committee of the Muslim Arab Youth Association (MAYA), an umbrella group of militant Islamist groups that hosted conferences featuring radical extremists. Ashmawey also served as CEO of Islamic Relief USA and ISNA board member.

- **Ibrahim El-Zayat**, former chair of IRW's board of trustees, was a representative of the World Assembly of Muslim Youth (WAMY) in Europe, a Saudi nongovernmental organization that seeks to spread the conservative Saudi brand of Islam known as Wahhabism. He also is connected to the Turkish Islamist organization, Milli Gorus. He is reported to have told a meeting of Islamists in Germany: "It is still premature to strike against the Jews and infidels in this country."

- **AbdulWahab Nourwali**, a member of IRW's board of trustees, served as "a trustee of WAMY for 12 years, administering and operating the WAMY offices in three major cities in Saudi Arabia with a strength of 300 employees, as well as running and supervision of 23 overseas bureaus some of which have more than 200 employees," his biography said.

- **Essam El-Haddad**, who quit his position as IRW trustee in September 2012, became advisor to Muslim Brotherhood leader and Egyptian President Mohamed Morsi. El-Haddad also served on the Muslim Brotherhood's Guidance Bureau.

- **Issam Al-Bashir**, a former director of Islamic Relief Worldwide was minister of Guidance and Religious Endowments for the Muslim Brotherhood in Sudan.

IRW's annual reports available on its website list donations from terror-tied charities, including:

- **Qatar Charity**, formerly the Qatar Charitable Society. It collaborated with the Hamas Ministry of Education in 2009 to build schools to indoctrinate children with pro-jihadist propaganda. Osama bin Laden discussed Qatar Charity in 1993 as an important fundraising source for al-Qaida.

- **Charitable Society for Social Welfare's tax records** list now-deceased American-born al-Qaida cleric Anwar al-Awlaki as vice president. The charity is believed to have been founded by Shaykh Abd-al-Majid al-Zindani, named in 2004 by the Treasury Department as a Specially Designated Global Terrorist.

- **International Islamic Charitable Organization** is a Kuwait-based Islamist charity tied to Global Muslim Brotherhood spiritual leader, Yusuf Qaradawi. The charity allegedly sent money to "trustee zakat committees" in the Palestinian territories, many of which have ties to Hamas.

- **Al Eslah Yemen.** Yemen's second largest political party, founded in 1990, is affiliated to the Muslim Brotherhood. Saudi Arabia placed it on its terrorist blacklist in 2014. Senior party leaders reportedly have close ties to terrorist groups such as al-Qaida.

Islamist groups may have succeeded in blocking the DeSantis amendment, and Islamic Relief USA may continue to receive government grants. Its history and terror connections, however, are well documented. Those facts cannot be changed by political pressure campaigns.

URL (Printing)   https://www.investigativeproject.org/6643/islamists-claim-win-after-lawmaker-withdraws

MEF001262

Date of   02-25-2014
Intel

Title   Investigative Project on Terrorism: IPT Exclusive: An Al Jazeera Anchor's Bloody Call

Notes

A prominent Al Jazeera anchor with close ties to the
Muslim Brotherhood issued a statement praising the
murders of police officers and advocating attacks on
journalists who stand with Egypt's current
government.



Ahmed Mansour's statement was reported Saturday
on the Brotherhood's own web site, Ikhwan Online. It
blamed police and journalists for supporting last
summer's military intervention which ousted
President Mohamed Morsi ââ€š' the Muslim
Brotherhood's candidate ââ€š' from office just one
year into his term.

Those who "retaliate against the criminal officers, are
the ones who will help in overthrowing the coup,"
Mansour's statement said, according to Ikhwan
Online. "They are those which will destroy the
economy of the coup. They are those which will
decisively prevent the return of tourism."

A suicide bomber killed four people and injured 14
more last week in an attack on a tourist bus and an Egyptian police conscript was shot in the leg during an attempted ambush.

Mansour's statement also criticized "the treasonous media" for siding with the military in toppling Morsi last July. The military violently
quashed protest camps demanding Morsi's return to power, killing hundreds of people.

"Considering the media partners in all the massacres is correct, and their being punished at the hands of the movements today is not a
terrorist act, but act of heroism," Mansour's statement said.

The article was quickly removed by the Brotherhood, however, and Mansour denies making the statement. He claims that he is being set
up by Egypt's military government.

"Coup agencies misled dozens of news sites, including Ikhwan Online [the Muslim Brotherhood] by spreading an article in my name,
with incitement to murder," Mansour wrote on Twitter Sunday. "I proclaim my innocence of this prattle."

Tricking the Brotherhood would be quite an accomplishment. Mansour has been identified as a Brotherhood member and has long had
close relations with the group.

This is not the first time Mansour claims to have been set up. Days after Morsi's ouster, the Brotherhood published a report attributed to
Mansour which claimed Egypt's new interim president was a Seventh Day Adventist, "which is a Jewish sect," the article said.

The new leader wanted to move the Muslim-majority country closer to Christianity, Mansour said.

It also said that Mansour accused opposition figure Mohamed ElBaradei of refusing to join Egypt's Islamist-led Shura Council because
the council denies the Holocaust.

Mansour denied making those statements, too, and the Brotherhood deleted its posting. But it remains posted elsewhere and its
contents were translated and posted by a group which monitors the group's publications.

"This is a token gesture offered to the Jews by ElBaradei so that he can become President of the Republic in the fake elections that the
military will guard and whose results they will satisfy in their interestsââ€š all with the approval of America. Israel and the Arabs, of
course," the Brotherhood article quoted from Mansour's statement, which reportedly came from his Facebook page.

Mansour said he had no Facebook page at that time, however, so "everything that was published in my name through Facebook is
false."

But Mansour has entertained anti-Christian conspiracy theories on Al-Jazeera. During a 2010 interview on his "Without Borders"
program, he asked about the Coptic Church's "dominance over the country in Egypt and the Coptic demands for more rights."

Copts make up about 10 percent of Egypt's 85 million citizens.

Mansour asked about an alleged shipment of weapons and explosives smuggled in by Coptic officials. Since the coup, Muslim
Brotherhood members and other Islamists have attacked Coptic churches and communities, blaming them for Morsi's fall.

But it is the Copts who posed the threat, Mansour's guest said in 2010. The imported weapons would be stored inside churches.

"Christians hoarding weapons in churches can only mean one thing: that they intend to use them against Muslims," Mohamed Selim al
Awa said.

"The weapons that the Copts bring and store in a church can have no purpose other than to be used in the future against the Muslims,"
he added predicting that Copts were "preparing for war against the Muslims."

<video controls="" height="325" id="v638" poster="https://www.investigativeproject.org/audio-video/638.jpg"
src="https://www.investigativeproject.org/audio-video/638.m4v" style="color:white !important" width="450"></video> <script
type="text/javascript" >jwplayer('v638').setup({ file: 'https://www.investigativeproject.org/audio-video/638.m4v', title: 'IPT
Exclusive: An Al Jazeera Anchor\'s Bloody Call', width: '100%', aspectratio: '16:9', controls: 'true', logo: { file:
'https://www.investigativeproject.org/maps/IPT-flat-logo-white-100px.png', link: 'https://www.investigativeproject.org/4299/ipt-
exclusive-an-al-jazeera-anchor-bloody-call', hide: 'true', position: 'top-left', width: '5%', height: '15%' }, image:
'https://www.investigativeproject.org/audio-video/ 638.jpg', sharing: { code: encodeURI('<iframe class="video" width="460"
height="310" src="https://www.investigativeproject.org/audio-video/embed_iframe.php?av_id=638" frameborder="0"

MEF001263

allowfullscreen></iframe>'); link: 'https://www.investigativeproject.org/4299/ipt-exclusive-an-al-jazeera-anchor-bloody-call' }, ga: () }); </script>

Al-Awa later said his remarks had been misinterpreted.

It is difficult to see how so many lines are getting crossed between the Brotherhood and Al-Jazeera, and between the Brotherhood and Mansour, the network's anchor.

In his 2007 book, *(Un)civil War of Words: Media and Politics in the Arab World*, Egyptian scholar Mamoun Fandy wrote that "Qatar 'gave' part of Al-Jazeera to the Muslim Brotherhood. The director of the station, Waddah Khanfar, is a Muslim Brother, Sheikh [Yusuf] Qaradawi, the TV star of the Muslim Brotherhood, has a regular show on Al-Jazeera, and another second generation Muslim Brotherhood member, Ahmed Mansour, has two shows on Al-Jazeera: *Shahed ala al-Asr* (A witness to history) and *Bila Hudoud* (Without borders)."

The network's bias toward the Brotherhood prompted nearly two dozen staffers to resign in protest last summer.

Al-Jazeera America launched last summer, promising "fact-based, in-depth news." And while there may be a different tone and style, both branches of the network remain funded by, and answerable to, the same Qatari bosses.

Mansour, meanwhile, isn't exactly exhibiting peaceful sentiments toward those he says did him wrong.

"The television channels of the coup and its newspapers and intellectuals are all with all their power launching large-scale attack against me using an article they faked and publishing it in my name," he wrote on Twitter Monday morning. "The curse of God upon these lying murderers."

URL
(Printing)    https://www.investigativeproject.org/4299/ipt-exclusive-an-al-jazeera-anchor-bloody-call

MEF001264

**Date of Intel** 03-11-2014

**Title** Investigative Project on Terrorism: Iran Bent on Supporting Islamist Terror During Nuclear Talks

**Notes**

Iran is bound and determined to support Islamic terror, instigate violence in Syria's civil war, expand its cyber warfare capabilities and strengthen a nefarious relationship with Russia. All are grave issues that are occurring as Iran negotiates with the West over lifting sanctions in exchange for the Islamic Republic halting its nuclear weapons program.

I raised the issue of Iran's illicit activity in recent testimony before the House Committee on Foreign Affairs last week. The committee's hearing examined Iran's role as the world's leading state-sponsor of terror, and how the Islamist state will not end its global ambitions despite any assurances given to the West.

Just this week Israel displayed dozens of rockets, hundreds of thousands of bullets and nearly 200 mortar rounds from an intercepted Iranian shipment bound for terrorists in Gaza. The cache shows the "true face of Iran," officials say.



Israeli commandos seized control of the cargo ship as it carried dozens of medium range rockets between Syria and Iran.

The ship carried Syrian-made M-302 rockets with a range of up to 200 kilometers (A6A6A" or about 125 miles, Israel Defense Forces (IDF) say. They would have been capable of reaching nearly all of Israel had they reached Gaza. IDF says that the mortar rounds were made in Iran.

"Nobody has the right to ignore the true and murderous actions of the regime in Tehran," Prime Minister Benjamin Netanyahu said. "I think that it would be proper for the international community to refer to Iran's true policy, not its propaganda."

Iran has flatly denied any involvement with the shipment, but Netanyahu accused it of "brazenly lying."



<!-- caption begin -->
IDF photos
<!-- caption end -->

The Israeli ship raid closely follows an Iranian-backed weapons transfer that was destroyed in an air raid. Those rockets were destined for Hizballah terrorists in Lebanon. Iran, whose leaders openly admit that their dream is to destroy Israel, is trying to surround the Jewish state with rockets capable of hitting its population centers.

An Israeli government official said the ship bound for Gaza reminds the world of the true nature of the Iranian regime.

"Iran with a nuclear weapon is not just another country with a nuclear weapon," the official said. "It is the difference between Pakistan with its current government in possession of a bomb, and Pakistan ruled by the Taliban in possession of a bomb. This is an extremist regime, and the terrorism it supports is just one manifestation of that extremism. How many countries on the planet send weapons to terrorist organizations?"

In his address to the press, Netanyahu said that in confiscating the shipment, "we have exposed the truth behind Iran's fake smiles."

The interception of its Gaza-bound ship is only an indication of much broader and secretive terror programs, against which evidence continues to pile up.

The same Hizballah terrorists bent on destroying Israel are also, under Iran's direct orders, providing vital support in the effort to prop up Syrian dictator Bashar al-Assad as he ruthlessly suppresses an uprising against his rule.

Iran provides Assad with weapons, funds, strategic advice, intelligence and cyber-tracking, military training, propaganda support and economic aid.

In addition to its support of terror and its role in Syria, Iran's ability to harm the West and its allies extends well beyond the reach of Israel. As my testimony demonstrated, the Islamic Republic is a rapidly emerging force in cyber terror.

Cyberspace is the new battlefield, and it is an especially difficult environment. Cyber is hard to detect. It is difficult to identify attackers. It can result in significant damage. It can reach globally and cross borders effortlessly.

Iran's cyber warfare program is sophisticated enough to have carried out attacks on major U.S. banks, including J.P. Morgan and Bank of America; major Persian Gulf oil companies, including the Saudi Arabian state-owned oil company, ARAMCO, and Qatar's natural gas producer Rasgas; and cyber attacks penetrated into an unclassified U.S. Navy computer network that reportedly took four months to resolve. Iran also claims to have used cyber capabilities to take control of a U.S. drone and capture it.

Only a few years ago most experts rated Iran at tier two or tier three cyber capabilities. Today many are surprised and believe that Iran has dramatically closed the gap and ranks closely behind the one cyber powers such as the U.S., Russia, China and Israel. They are not only surprised, but they are perplexed at how Iran could have made up so much ground so quickly.

Finally, ripple effects from Russia's recent aggression in Ukraine provide the Islamic Republic a significant amount of time to expand its terror network and advance its nuclear weapons and cyber warfare programs.

Russia always had very few reasons to support the West in enforcing sanctions as a means to persuade Iran to halt its nuclear weapons program. It now has no reason to support the coalition given its aggression in Ukraine against strong Western opposition. Talks over Iran's nuclear program will likely fall apart, and sanctions will not be re-imposed.

Sanctions were the only pressure the West had to change Iran's behavior. Without them, Iran has nothing holding it back.

Russia will also continue to support Iran's aspirations of having a world class cyber warfare capability, and it will continue, along with Iran, to supply weapons and other support in Syria.

Russia's invasion of Ukraine over strong Western opposition ensures a much closer relationship with the Islamic Republic. It has moved from "if" to "how far and how fast" the relationship will grow. Russia and Iran, which both have global ambitions, have much to gain from more significant cooperation.

We at the Investigative Project on Terrorism are very concerned about the future capabilities of the Iranian theocracy in the context of its very dark past and present.

Iran's support of Islamist terror groups, its role in Syria, its cyber warfare capabilities and a closer relationship with Russia will radically change the national security calculus for the U.S. and its allies.

We always need to keep in mind that Iran is a ruthless killing machine that flagrantly and routinely mocks international laws and norms.

Can we really expect Iran to fulfill any of its unenforceable commitments reached during the ongoing negotiations over its nuclear program, especially keeping in mind that to this day it has never really been held accountable for its actions?

*Pete Hoekstra is the former Chairman of the House Intelligence Committee and the Shillman Senior Fellow with the Investigative Project on Terrorism.*

URL    https://www.investigativeproject.org/4311/iran-bent-on-supporting-islamist-terror-during
(Printing)

Date of
Intel        10-15-2009

Title        Investigative Project on Terrorism: Book Exposes CAIR's Exaggerations, Efforts to Stymie Law Enforcement

Notes
A new book claims to give readers an inside look at the Council on American-Islamic Relations
(CAIR), arguing everything from its claims of financial and political clout to its genuine agenda
are rooted in deception.



_Muslim Mafia: Inside the Secret Underworld That's Conspiring to Islamize America_ is based in
large part on access to CAIR operations obtained by Chris Gaubatz, the son of co-author P.
David Gaubatz. Using an alias, the younger Gaubatz spent six months as a CAIR intern in 2008.

Working under the name David Marshall, Chris Gaubatz worked closely with CAIR leadership
including Executive Director Nihad Awad, Communications Director Ibrahim Hooper, and
Legislative Director Corey Saylor. Chris Gaubatz claims to have walked out with 12,000 pages
of documents (most of which he had been instructed to shred) and 300 hours of clandestine
video.

Among the findings from co-authors Gaubatz and Paul Sperry: that CAIR wildly exaggerates its
membership numbers, that it is plagued by budget problems and dissension, and that it is
financially dependent on a small network of wealthy Persian Gulf-based donors. In many cases,
the book adds precision to general facts about CAIR that already are in the public domain.

For example, the _Washington Times_ reported on CAIR's dwindling membership rolls in 2007,
only to have officials vehemently deny the story. According to _Muslim Mafia_, however, CAIR had
just 5,133 members at that time, a far cry from its claim of 50,000 members and further still from
its stated goal of 100,000 members set at a 2002 board meeting.

CAIR has sought to blame its membership and financial problems on the U.S. government's decision to list it as an unindicted co-
conspirator in the Holy Land Foundation terror-finance case. But its problems started well before the designation. Internal records from
the 2002 meeting showed CAIR's membership was just 9,271 nationwide Ã¢Ã¢ÃÂ with 903 people in California, 1,219 in Virginia, 870
in Texas, 775 in Illinois and 768 in New York.

Those figures, the authors argue, challenge CAIR's claim that it is a representative of the American Muslim community: "Using Pew
Research's survey estimate of 2.5 million American Muslims, CAIR's current five thousand members represent just two-tenths of one
percent of the U.S. Muslim population. Using CAIR's inflated guesstimate of seven million American Muslims, CAIR represents an even
smaller fraction of the Muslim community."

_Muslim Mafia_ claims that CAIR relies on two dozen wealthy supporters, many of them from Persian Gulf countries including Saudi Arabia,
Qatar and the United Arab Emirates, for 60 percent of its $2.7 million annual operating budget, including one donor who contributes
$600,000 a year.

The authors point to notes from a 2006 board meeting where Awad reported that the Washington public-relations firm Hill and
Knowlton had put together a "business plan" to help CAIR raise money from other Gulf states. State Department records obtained by the
Investigative Project on Terrorism show that that year, CAIR officials, with Hill and Knowlton in tow, sought huge donations from the
United Arab Emirates and Saudi Arabia.

Meanwhile, IRS tax filings show CAIR's income from membership dues has been plummeting. In 2006, CAIR operated at a loss of more
than $160,000 Ã¢Ã¢ÃÂ more than triple the $50,000 deficit the group sustained in 2005. In 2004, by contrast, CAIR had a surplus of
more than $338,000.

"Membership dues measures [sic] the organization's success and base of support," CAIR notes in a section of its report to the IR
explaining why it collects dues. But its IRS filings show dues plummeting from more than $700,000 in 2000 to just over $40,000 in
2006.

The bottom line, the authors say, is that "CAIR is unsupported by the broader Muslim population, which finds it more a liability than an
asset. And given the anemic size of its member database, CAIR cannot possibly deliver on its threats to bring the weight of the Muslim
community to bear against national politicians, CEOs, or advertisers for media personalities it doesn't like."

But even though CAIR is a paper tiger when it comes to mobilizing Muslim voters, the organization has had numerous successes in other
areas Ã¢Ã¢ÃÂ particularly in undermining law-enforcement efforts to secure Muslim cooperation in terrorism investigations.

In January, the Investigative Project on Terrorism broke the news that the FBI had cut off access to CAIR after evidence in the HLF trial
showed CAIR founders were part of a Hamas-support network in the U.S. In a subsequent letter, an FBI official said questions about
CAIR's relationship to Hamas led to the conclusion the agency could "not view CAIR as an appropriate liaison partner."

Anecdotes in _Muslim Mafia_ won't help the organization return to the FBI's good graces. It offers examples of CAIR's efforts to impede
federal investigations related to terrorism despite its claim to be a partner to law enforcement.

For example, Chapter Six details the way CAIR coached a mosque leader in Western Maryland not to cooperate with an FBI investigation
of suspicious activity.

Likewise, a 2004 investigation was thwarted when the FBI raided the Institute for Islamic and Arabic Sciences in America in Merrifield,
Va. on suspicions of terrorist activity. But when the agents from the Bureau's Joint Terrorism Task Force arrived, the book claims, the
building had been cleaned out because CAIR had warned institute officials of the raid.

Another chapter is devoted to the case of former Fairfax County,Va. Police Department Sergeant Mohammad Weiss Rasool, who pled
guilty to illegally searching a federal database in order to tip off a terror suspect about an FBI investigation.

"He's a habitual liar and a traitor," a senior FCPD official said of Rasool. "He disgraced the uniform." As CAIR's representative on the
police force, Rasool traveled into the District of Columbia to meet with CAIR Executive Director Awad. A CAIR visitor log published on p.
323 of the book, documents one of Rasool's visits in 2005.

The log is among numerous examples of internal CAIR documents cited in the book. Among them is a 2007 letter thanking Awad and
CAIR for "the **additional contribution** of $9,000 to be used for the legal expenses relative to Imam Jamil Al Amin's case." [Emphasis

added]

Al-Amin was convicted in 2002 of killing a Georgia police officer. CAIR and other Islamist groups have touted his case, but the book shows CAIR gave directly to his legal fund.

Other published documents indicate a dysfunctional working environment in CAIR's Washington headquarters, including allegations Sunni Muslims are treated better than Shia. A September 2004 staff memo by senior official Khalid Iqbal expressed concern about "Lost productivity," "Low employee moral [sic]"; and lack of advancement opportunities and high turnover, with more than 50 percent of CAIR National's workforce leaving in the past year.

Pages 321-324 of the book feature a detailed letter by Tannaz Haddadi, an official in CAIR's Washington office, alleging that she was demoted by Mr. Iqbal after he learned that she was a Shia. Haddadi details her efforts to get Awad to intervene without success.

Most of the attention *Muslim Mafia* has received thus far focuses on details of CAIR's efforts to place interns in congressional offices, especially with members serving on committees covering Justice and Homeland Security. The authors publish a 2007 memo in which Saylor reports that he placed Samia Elshafie in a "Congressional Fellowship" in the office of Rep. Sheila Jackson-Lee (D-TX). The authors identify Elshafie as "the congresswoman's office contact for human rights issues."

On Wednesday, U. S. Rep. Sue Myrick, who wrote the book's foreword, was joined by three fellow Republicans in asking the House Sergeant at Arms to investigate whether CAIR infiltrated congressional offices – specifically judiciary, homeland security and intelligence committees. Additionally, the lawmakers are asking the Internal Revenue Service to investigate the legality of CAIR's tax-exempt status.

CAIR still has its protectors in Congress, though, who stand by the organization despite repeated and harmful documented disclosures. U.S. Rep. Loretta Sanchez, D-C4, has issued a statement denouncing Myrick and her colleagues for seeking an investigation of CAIR's efforts to infiltrate Congress based on allegations contained in the book.

So far, CAIR has not challenged the veracity of the claims in *Muslim Mafia*. Instead, it has focused on the authors' political backgrounds and minimized the findings. "All they can come up with is that we are political active?" Hooper asked in a *Politico* story. "The terror threat is that Muslims are politically active?"

That seems a deliberate attempt to misstate the issue, which is not whether Muslims should be employed on Capitol Hill or anywhere else. It is whether CAIR is an honest and reliable broker for American Muslims. The record, already long and detailed before *Muslim Mafia*'s publication, shows CAIR habitually engages in deception about its activities. The book reinforces that conclusion with internal examples.

URL
(Printing)    https://www.investigativeproject.org/1463/book-exposes-cairs-exaggerations-efforts-to

Date of
Intel: 03-05-2014

Title: Investigative Project on Terrorism: U.S. Funded Syrian Relief Flowed Despite Radical Elements

Notes:



A Syrian rebel group benefiting from $10 million in
nonlethal American aid includes allies and supporters
of radical Islamic groups who share the goal of
toppling dictator Bashar al-Assad.

The aid, consisting mainly of food and medical
supplies, is financed by a State Department grant and
routed to the Free Syrian Army by an organization of
Syrian Americans that simultaneously lobbies
Congress for more rebel aid.

The Free Syrian Army (FSA) is considered by Western
governments to be the more moderate of rebel
factions fighting Assad. In recent weeks, the FSA has
battled the Islamic State in Iraq and Syria (ISIS), a
group so vicious that al-Qaida disassociated itself
from it.

But that doesn't mean the FSA is free of radical
elements. Reports from Human Rights Watch and
Amnesty International during the past two years say
FSA brigades have committed war crimes including
kidnapping, torture and executions.

The Supreme Military Council is a loose coalition of individuals who represent militias fighting under the FSA banner. Zahran Alloush,
was a supreme council member when the American aid was sent. Alloush, a co-founder of a new opposition coalition called the "Islamic
Front," has praised another al-Qaida affiliate in the Syrian jihad.

"Jabhat Al-Nusra are brothers who have firm strength, and who fight the enemy in the Alawite regime, we have jointly conducted many
military operation and we saw great pluck from them," Alloush said in November. "I met with their Sharia counselor, Abu Maria Al
Qahtani, and I did not see any differences between the ideas of their counselor and the ideas of ours, their counselor could be ours if we
were the same group, I also appreciate my great brother Abu Mohamad Al Jolani, the leader of al-Nusra."

Another supreme council member, Jamal Marouf, is cast as a moderate, but allied himself with radical jihadists in a January Twitter post.

"The front of the Syrian revolutionaries, The Islamic Front, and Jabhat al-Nusra, Muhajreen and Ansar, we are all in the fighting front
together against the regime. What happened now is a fitna (strife). God damn who ignited it," Maarouf wrote.

The Treasury Department granted a license to the Syrian Support Group (SSG) in 2012, allowing it to send goods to Syria despite U.S.
economic sanctions against the country. The license expires at the end of July. In addition to the known radical ties held by some FSA
leaders, there seems to be no public information to show where the $10 million in food and medical supplies went, or what steps are
taken to ensure it did not fall into hands of some of those extremists.

Since the license was granted, no written reports have been produced showing which brigades have benefited from the SSG's aid.

The SSG website says it became "the U.S. Government's implementing partner" in distributing approximately $10 million in food,
medical supplies and other items since last April. A picture posted on the SSG's Twitter account in May shows members of the group
unloading supplies in boxes marked "Hola!" from a truck.

Some of the aid has been delivered using a cargo plane operated by the U.S. Air Force in conjunction with the State Department.

The SSG was founded in December 2011 by Syrian Åf ÅÇmigrÅf Å©s to support the FSA. The Syrian-American group has close ties with
Free Syrian Army leadership. In a February 2013 video, recently-ousted FSA chief Salim Idris asked Syrian Americans interested in
supporting his cause to donate to the SSG.

Its lobbying efforts in Congress and with the White House are based on the SSG's ability to provide intelligence and information about
what is happening inside Syria to policymakers. The group has had more success getting its message across at the White House than on
Capitol Hill, SSG spokesman Dan Layman told The Huffington Post last spring. It also has gained allies in U.S. Sens. John McCain and
Lindsey Graham on the Republican side, and Bob Casey, Robert Menendez, and Dianne Feinstein, who chairs the Senate Intelligence
Committee, on the Democratic side.

The SSG served as a "conduit" for the flow of information between the Supreme Military Council (SMC) and the United States
government since the Obama administration closed the U.S. embassy in Damascus in February 2012. Robert Ford, the U.S. ambassador
to Syria, wrote in an April 29, 2013 letter that the SSG was "a major factor in facilitating the Department of State's relationship with the
[FSA] Military Councils and the Chief of Staff of the Supreme Military Council." One rebel leader told Time magazine in September that
he does not differentiate between the SSG and the U.S. government.

The Telegraph reported last July that the British Foreign Office had demanded the SSG repay thousands of pounds after it determined a
grant the group had received was improperly spent. SSG never collected significant private donations, the story said, in part because
the State Department made it clear its money could not be used to buy weapons.

### FSA's Extremist Ties Known From Start

FSA leaders had little control over rebel units when the Obama administration approved the SSG license in July 2012. Reports of jihadists
fighting under the FSA's auspices appeared three months earlier, not long after the rebel faction's creation.

"The ÅfÅÅÅf problem is the fighters of the FSA ... are difficult to control. So we need the world's help right now - and after the regime
has fallen," FSA Col. Malik al-Kurdi said in an August 2012 interview with Al-Jazeera.

FSA fighters have been involved in attacks on Syria's Christian population, who are targeted because FSA considers them to be pro-
Assad. Several massacres of Christians by FSA brigades have been reported, including one last May, and the seizure of the Christian

town of Ma'aloula in September by FSA units working with al-Qaida's Syrian affiliate Jabhat al-Nusra.

Mazen Asbahi, the SSG's president, conceded that many of the FSA's brigades fight alongside Jabhat al-Nusra.

"Yes, that's true that in certain battles the al-Nusra guys will come and will fight alongside the Free Syrian Army brigades, and it's hard to prevent that given the fight that's on the ground, given the type of violence that's being visited upon civilian areas by the Assad regime," Asbahi said in a September interview with Boston public radio affiliate WBUR. "How do we know who the good guys are?

"The al-Nusra guys and the Free Syrian Army brigades do not sort of interrelate on a day-to-day basis. They're not part of the same command infrastructure. They're very separate."

That answer cannot explain the pro al-Nusra stances of several individuals who were members of the Supreme Military Council before the Islamic Front formed in November. The Front was created after six Islamist brigades withdrew from the FSA's command over disagreements with Idris.

Abu Ahmad Issa Sheikh, the Islamic Front's leader, told Reuters in November that his new faction aimed to replace the Assad regime with an Islamic theocracy. Sheikh's previous group was part of the supreme council under the Free Syrian Army umbrella.

Although the SMC professed a commitment to the values of Western democracy in its Proclamation of Principles, its Islamist members openly professed skepticism about democracy even before they split with the FSA in November. The proclamation calls for a "free and democratic Syria" where Syrians would enjoy freedom and equality regardless of ethnicity, creed, religion or class.

Sheikh told Al-Jazeera in a June '13 interview that his group did not "want people to be ruled by statutory laws cited by humans, whether right or wrong" and that democracy could "interfere with Islam."

"We have three conditions in order to join the state or for us to be a state. First: the reference of this state is that the sole source for this state is Islam, and we do not take the rights of others," Sheikh said. "This is our right because we are 85% of the segments of Syrian society, Sunni Muslim. It is our right."

Sheikh shuttled back and forth between Turkey and Syria las. August and met with Western diplomats.

Alloush, cited earlier praising Jabhat al-Nusrah, allowed his group Jaish al-Islam (Army of Islam) to fight under the black banner of jihad rather than the pre-Ba'ath Syrian flag while it was under the FSA umbrella.

Jafala's group participated in a joint operation with the al-Qaida faction in a Sept. 29 attack on an airport in Aleppo. It also participated in a Nov. 13 attack on forces loyal to the Assad regime in Aleppo.

The Obama administration continues to struggle to find a coherent policy for dealing with Syria's bloody civil war. Food and medical supplies seem innocuous enough, but if the SSG's license is to be renewed, and more taxpayer funding committed, more needs to be done to ensure the U.S. government does not underwrite violent jihadists who could be worse than Assad's brutality.

URL
(Printing)    https://www.investigativeproject.org/4307/us-funded-syrian-relief-flowed-despite-radical

**Date of Intel** 11-18-2011

**Title** Investigative Project on Terrorism: Protecting Hate by Promoting Anti-Semitism

**Notes**

"Iranophobia," an irrational fear of all things Iranian, has become the Islamic regime's catch-all excuse for international criticism. Groups like the Organization of the Islamic Cooperation (OIC), the representative body of the world's Muslim nations, are pushing for a United Nations resolution to ban denigration of Islam and other religions.

But hate towards Jews remains a key part of political speech and culture throughout Islamic countries, even those touched by the Arab Spring.

A "Million Man March against the Judaization of Jerusalem," organized by Egyptian American Imam Salah Sultan, is planned for Monday in downtown Cairo. Sultan, a former Columbus, Ohio imam who is the rapporteur of the Jerusalem Committee of the International Union of Muslim Scholars, said that his organization would soon issue a fatwa "permitting the blood of Zionists." He also stated that "there is no excuse for anyone to refrain from jihad after God has removed the affliction, which obstructed us from jihad to liberate Palestine."



"Saturday Hunter"

Attaching the epithet of "Jew" or "Zionist" to hated leaders has been common of late, such as former Libyan dictator Muammar Gaddafi and current Syrian President Bashar al-Assad. It is meant to portray repression as a Jewish theme. Old anti-Semitic libels and conspiracy theories are also combined with hate of Israel, to attempt to egitimize these attitudes.

Several recent examples from the Middle East Media Research Institute (MEMRI) highlight how this hate finds expression in popular political discourse. These examples serve as the tip of the iceberg, showing that even in countries without a significant Jewish population, anti-Semitism is rampant.

"Saturday Hunter," a virulently anti-Semitic film, is a recent hit in the conservative Islamic Republic of Iran. The story revolves around a boy who goes to live with his religious Jewish grandfather, who is a rabbi, after his Jewish mother marries a Christian.

The grotesque imagery of the film portrays religious Jews as murderers fighting a war against "infidels," as the rabbi tries to brainwash his grandson into participating in the killing. He urges the boy not "to betray the Jews" and to "never reveal your inner thoughts to anyone," as he tries to build a "war machine to take over theworld."

Managing Director Mohsen Sadeqi argues that his film is simply anti-Zionist, and that it is wildly popular with Iranian audiences. "It is natural that the Zionists are angry about the film screening which make us more strong-willed," he told the Tehran Times. But in response to protest letters sent by Iran's Jewish community to the government, which went unanswered, Sadeqi responded by saying that "Judaism is a symbol of evil" and that "movies like these will continue and will be filmed in the future."

Syrian writer Osama al-Malouhi blends classic anti-Semitic lies with current events in an Oct. 26 article entitled "Syrian Blood for Matzas," specifically how the Jews love the oppression of the Arab Spring protests. The piece was posted to the website Soqopion.net, a popular network of Islamists opposed to the embattled regime of President Bashar al-Assad.

In his article Al Malouhi claims that 80 percent of Israelis support Assad  which is why the world will not stop his crackdown on civilian protests. He then repeats false claims that Jews "are taking pleasure in watching Syrian blood being spilled. Perhaps the murderer [Assad] will [even] bring it to them for [their] matza," he writes, in a reference to the ancient blood libel that Jews bake human blood into their Passover food.

"Asking myself why Jewish support of Bashar increased [even] after they saw the rivers of Syrian blood this mass-murderer spilled in Syran towns, an old image leapt to my mind, of Jews bleeding people and using their blood to prepare matzas," Al-Malhouhi adds. "Logic does not accept this, but the facts prove it."

The same hate is evident in an article for Kuwaiti daily al-Watan, written by journalist Abdullah Khallaf. Former Libyan dictator Muammar Gaddafi was actually a Jew, who was empowered as part of a Jewish conspiracy, Khallaf claims. Zionist agents contacted Gaddafi while he was studying in London and pushed him to join a Jewish conspiracy to take over the world and to exploit Libya in particular.

"The violence with which he destroyed and killed tens of thousands, and the bombing of the [Libyan] people during his last revolution, indicate that he internalized the directives of The Protocols of the Elders of Zion." Khallaf declared, trying to connect Gaddafi to a discredited anti-Semitic forgery. Gaddafi was also protected by "Jevesses," a reference to his multiethnic female guard, and "wasted funds" according to supposed "Zionist" directives.

Lebanese columnist Bushra Gherz Al-Din invokes the Protocols to argue the exact opposite for local daily Al-Diyar. The Arab Spring is actually a Jewish conspiracy to take over the world, Al-Din writes, as prescribed in the Protocols.

"About 100 years ago, 300 of the most arrogant elders of Zion convened. [They were] members of 50 Jewish groups who held secret meetings at which they plotted how to enslave the world," Al-Din writes. "They instigated] revolution after revolution, in Tunisia, Egypt, Libya, Bahrain, Yemen and Syria, and what is yet to come will be even worse… After all this, the only question left to ask is: How long will we continue to let them [the Jews] toy with us, like puppets on hidden strings?"

Adolph Hitler's anti-Semitic fantasies are also popularly cited. In September, Saudi columnist Khaled Al-Ghaeami echoed accusations of jewish conspiracies for a column in local daily Okaz, which has a circulation of several hundred thousand in the conservative kingdom. As proof for his conspiracy piece, "Liberalism â€¦â€¦ A Jewish Deception." Al-Ghanami cites Hitler's Mein Kampf.

"[Mein Kampf] contains many stories about the Jew who lurks in the shadows (according to Hitler), and whose calls for freedom and equality are nothing but diabolical plots aimed at weakening the state, causing anarchy, undermining security, and controlling the fate of

the nations," al-Ghanami writes. "This is because the Jew believes he is superior to others, and he dislikes manual labor, preferring to make the people his slaves by [giving them] interest-bearing loans."

Even where journalists try to distinguish between Jews and Zionists, anti-Zionism is often tinged with hateful rhetoric.

In another MEMRI translated article from Qatar's *Al-Arab*, Egyptian journalist Sharif Abd al-Ghani laments the popular custom of cursing Jews during Friday sermons. Despite admonishing common anti-Jewish attitudes in religious education and the Arab world's mosques, Abd al-Ghani also states that local people believe that their curses have "fulfilled their role in the struggle against the Zionist enemy in the best way possible." Even his positive examples of Jewish scholarship and invention appear to come from a 2006 Pakistani article entitled "Why Are Jews So Powerful?"

Examples of anti-Semitism in Arab media, such as the few mentioned above, remain rich in their conspiracies and varied in their accusations. They also match extremely low levels of positive feelings towards Jews, as shown in Pew opinion polls. Ultimately, the common denominator is that increasing freedom hasn't killed anti-Semitism, and that the Arab world's trend of hate continues to find new ways to express itself.

URL        https://www.investigativeproject.org/3296/protesting-hate-by-promoting-anti-semitism
(Printing)

MEF001272

Date of
Intel        05-23-2012

Title        Investigative Project on Terrorism: Hamas in Gaza Sending Out Tentacles to the West Bank

Notes

In March, a Palestinian resident of the West Bank appeared before an Israeli military court and was charged with attempting to set up a Hamas terrorism cell, after being recruited for the mission by Hamas in Gaza.



Ahmed Fahida, a 26-year-old attorney from a village near Ramallah, allegedly worked under the instruction of Hamas's military wing in Gaza, the Izzedin Al-Qassam Brigades, following directives he received via Facebook and emails, to set up a terrorism cell that would fire rockets and kidnap and kill a soldier.

This isn't the only case of its kind – a number of similar cases are being processed through military courts. These are signs that the Hamas regime in Gaza is stepping up efforts to create active cells in the Fatah-ruled West Bank.

Hamas's West Bank terrorism infrastructure has not recovered after being devastated by waves of Israeli counter-terror operations launched a decade ago, and the organization's leadership would like to change that.

Fahida's charge sheet provides a glimpse into how this is being done. According to the indictment, Fahida made Facebook contact last year with a Gazan Hamas operative by the name of Ahmed Uda, who proceeded to recruit him, and put him in touch with a third man, nicknamed Abu Ibrahim, also from Gaza.

Ibrahim and Fahida allegedly exchanged several emails, through which Fahida learned how to evade Israeli intelligence, and how to create explosive devices. Later, the charge sheet states, Fahida recruited a second West Bank resident, and the two learned how to create and fire rockets. They also planned to kidnap and murder an Israeli soldier.

The kidnap plot, according to the indictment, involved burying the soldier's body and presenting his personal items in order to deceive Israel that he was still alive, allowing for negotiations for the release of Palestinian security prisoners.

After months of preparations, "the defendant received two messages from Abu Ibrahim, telling him to begin carrying out the terrorist attacks," the charge sheet said.

Several factors are driving Hamas's efforts to step up terrorism launched from the West Bank. Hamas would like to 'cash in' on recent developments that boosted its credibility in the court of Palestinian public opinion at Fatah's expense. These events include Hamas's conflict with Israel last year, and its success in securing the release of 1,200 Palestinian prisoners from Israeli prisons. Additionally, it is unable to directly launch attacks from Gaza now due to its commitment to the truce with Israel.

Ultimately, Hamas's aim is to govern the West Bank in Fatah's place and convert it into an Islamist emirate and a hornet's nest of jihadi activity, just as it is doing in Gaza.

Hamas is able to fund its terrorist infrastructure in Gaza from a combination of sources, including donations from foreign governments, fundraising programs disguised as social assistance charities in the Palestinian territories, the Arab world, and the West, and from taxes levied on Gazan businesses and residents.

Last year, Israeli President Shimon Peres slammed Turkey as a sponsor of Hamas terrorism, saying that Ankara was sending hundreds of millions of dollars. Qatar in recent months gave Hamas $400 million for public works in Gaza. With no independent oversight, it is impossible to know how much of that cash might be siphoned off to terrorism. Gaza received a total of $1 billion in international aid in 2012, according to defense sources.

Although Iran significantly cut its funding since 2011, to express its displeasure at Hamas's backing of the Syrian uprising against the Assad regime, Iran continues to supply Hamas with rockets.

**Divided Leadership**

Since 2007, when Hamas gunmen stormed Fatah positions in the Gaza Strip and seized it in a violent coup, two de facto Palestinian entities have evolved.

In Gaza, Hamas, which is a Palestinian branch of the Egyptian Muslim Brotherhood movement, created an Islamist-jihadi enclave.

It transformed itself from a terror organization to a radical regime. It amassed thousands of rockets, set up a domestic security force, and institutionalized its terrorism and guerilla warfare wing, known as the Izzedin Al-Qassam Brigades.

Meanwhile, the West Bank continues to be ruled by the government and security forces of the secular nationalist Fatah movement, based in Ramallah.

Despite the geographical disconnect between the two territories, Hamas in Gaza has been busy attempting to revitalize its terrorist infrastructure in the West Bank. These efforts started after Hamas seized power in Gaza in 2007, but have increased notably over the past year, according to the Israel Defense Forces (IDF).

Simultaneously, the West Bank has experienced a marked increase in violent disturbances and attacks, some of which have been organized by paramilitary terror outfits affiliated with Fatah. The Israel Security Agency (ISA – the domestic intelligence body) recently released data on violent incidents in November and December, providing a good case study of the upsurge in violence.

MEF001273

There were 111 violent attacks in December, including 69 fire bombings in the West Bank and 30 in east Jerusalem, three hand grenade attacks, and two gun attacks.

There were 166 attacks in the West Bank and east Jerusalem in November, including two stabbings, three via improvised explosive devices, a hand-grenade attack, and 156 fire bombings. November and December represent a steep rise in violence compared to October, in which 70 incidents were recorded.

The increased rate of violence has continued in 2013, with 139 incidents in February, 125 violent attacks in March, and 139 in April, according to the Israel Security Agency.

Hamas is watching this increase in West Bank violence, and recognizes an opportunity to once again take a lead role in terrorism.

Its terrorism cells once thrived in West Bank cities such as Jenin, Qalqiliya, and Hebron, until they were extinguished in 2002, when Israel launched Operation Defensive Shield in response to a murderous wave of suicide bombings.

Yet the IDF has noted an increase of recruitment efforts during the past year involving senior Hamas operatives in Gaza reaching out to Palestinians in the West Bank.

These have been accompanied by cash transfers between the two territories (enabling newly recruited terrorists to purchase explosives and firearms), and instructions on training and target selection. As the Fahida case shows, the communications occur via phone calls, emails, and Skype. Hamas asks the squads to report to them when they are ready to act, and provides them with a list of targets.

The IDF and the Israel Security Agency have observed more efforts by Hamas to activate the cells and send them on *jihad* missions, including shootings, suicide bombings, and even the launching of rockets at Israel from the West Bank.

So far, Israel has been able to effectively block these efforts, thanks to the presence of the IDF in the West Bank, a wealth of Israeli intelligence capabilities there, and raids on Hamas members by the Fatah-dominated Palestinian Authority security forces.

On a regular basis, Israeli soldiers, acting on intelligence, arrest members of budding Hamas cells, seize explosives and terrorist finances, and prevent the murder of Israelis. There have been five known raids on Hamas members so far this year.

One defense source described these continuous actions as "mowing the lawn," meaning that although the counter-terrorism raids are effective, it will only be a matter of time before they have to be launched again.

Many of Hamas's West Bank terror cell efforts are being orchestrated by Gaza's interior minister, Fathi Hammad, a wealthy man who is deeply dedicated to the cause of *jihad* and the cult of martyrdom.

In 2008, as thousands of Palestinian rockets rained down on southern Israel, Hammad told Hamas's al-Aqsa TV: "For the Palestinian people, death has become an industry, at which women excel, and so do all the people living on this land….this is why they have formed human shields of the women, the children, the elderly, and the mujahedeen (holy fighters), in order to challenge the Zionist bombing machine. It is as if they were saying to the Zionist enemy: 'We desire death like you desire life.'"

**Troubling Increase in Plots**

Hammad, as head of Gaza's domestic security forces, has enforced Hamas's ban on rocket fire on southern Israel, while promoting terrorism in the West Bank.

Recent examples of Israeli raids that prevented the start of a new West Bank-based Hamas terrorism campaign include:

- **April 7:** The Israel Security Agency and Jerusalem District Police arrest a Hamas terrorism cell in east Jerusalem, and charge its members with hurling firebombs at Israeli security forces after Friday prayers at the Temple Mount. The suspects have been charged with conspiracy to attack security forces, manufacturing firebombs, and assaulting police officers with firebombs.

- **March 13:** The Israel Security Agency announces the arrest of a Hamas cell based in the villages of Ras Karkar and Siluad, in the Ramallah Directorate of the West Bank. The cell was ordered by handlers in Gaza to create and fire rockets at Israel, kidnap and murder an Israeli soldier, and prepare suicide bombings. The terrorists received concrete instructions to kidnap a soldier, present his ID and cell phone for negotiations to secure the release Palestinian prisoners, and then kill and bury him at a hideout according to the ISA. Prior to their arrest, the terrorists sent a message to Gaza saying they were ready to act within days. Security services have linked this cell directly to Hammad, the Hamas interior minister.

- **March 4:** Israeli security forces uncover a Hamas terror cell in Hebron that was planning attacks on Israeli targets. According to the investigation, the suspects plotted to carry out a combined explosives and shooting attack on an IDF position in the Hebron area.

- **February 4:** The IDF arrests 23 Hamas members, including three Hamas legislators, in West Bank cities. These raids came days after the Palestinian Authority arrested several Hamas operatives, including some who had just been released from Israeli prisons. The IDF declined to provide a reason for these specific arrests.

In the background, Hamas is trying to revitalize its civilian component in the West Bank by mobilizing student activists at Palestinian universities, pushing them to get involved in student elections, and attempting to build medical clinics and summer camps that indoctrinate children with its ideology. The most influential university is Bir Zeit, where Hamas students held a high profile march in December (an unusual event), and came in second 2012 student elections

These actions, too, are being closely monitored by Israel.

One defense source has expressed concern that recent events, such as Hamas's eight-day confrontation with Israel in November, and the Schalit prisoner exchange swap between Israel and Hamas, which saw over 1,200 Palestinian prisoners released in 2011, are enabling Hamas to win over more hearts and minds in the West Bank.

The prisoner exchange has acted as a catalyst for soldier kidnapping attempts. According to the Israel Security Agency, 33 such attempts have been stopped this year alone ––– a sharp increase from 2012, which saw 24 such attempts.

A report in the Hebrew daily *Yedioth Ahronoth* cited officers in the IDF who warned that Hamas has stepped up kidnapping attempts to secure further releases of Palestinian security prisoners.

On a broader regional level, the Muslim Brotherhood's elevation to power in Cairo has raised the hopes of its ideological twin in Hamas of gaining regional support.

Although initial hopes for closer cooperation with Egypt appear dashed, Hamas still believes that in the long term, its strategic standing has been significantly boosted by the rise of the Egyptian Muslim Brotherhood, as well as Turkey's strong support for Hamas.

Back in the Palestinian territories, Fatah and Hamas continue to compete for support.

The most recent Palestinian poll, published on April 1, showed that PA President Mahmoud Abbas would win 52 percent of the vote in a future election, while Hamas Prime Minister Ismael Haniyeh would win 41 percent. This marks a drop in Hamas's popularity when compared to the results of a poll carried out in January, shortly after the Israel-Hamas conflict. Then, 44 percent of Palestinians supported Haniyeh, and 45 percent supported Abbas. There are several, complex factors behind the changing popularity of Hamas (and Fatah) among Palestinians, but the recent drop in Hamas's standing can be linked to the time that has elapsed since the last conflict with Israel, and the subsequent focus by Palestinians on economic and political issues.

As it pursues reconciliation talks with the Palestinian Authority Â¢Â€Â" another vehicle to achieve its West Bank take-over objective Â¢Â€Â" Hamas will continue to reach out from Gaza to the West Bank to reestablish its terrorist and civilian-political infrastructure.

*Yaakov Lappin is the Jerusalem Post's military and national security affairs correspondent, and author of The Virtual Caliphate (Potomac Books), which proposes that jihadis on the Internet have established a virtual Islamist state.*

URL
(Printing)   https://www.investigativeproject.org/4031/hamas-in-gaza-sending-out-tentacles-to-the-west

**Date of Intel**  09-25-2011

**Title**  Investigative Project on Terrorism: DOJ Releases Islamic Bank Agreement

**Notes**

The Department of Justice has released a multimillion dollar agreement reached last month with an international Islamic banking network after a four-year criminal investigation.



After stonewalling all requests for a copy of the report and refusing to discuss the non-prosecution agreement with the Islamic Investment Company of the Gulf (Bahamas), or IICG, for weeks, a copy was given to U.S. Rep. Frank Wolf, R-Va., late Friday. Wolf had written to Attorney General Eric Holder urging its release after reports of the secret deal first surfaced.

The agreement strictly is based on tax issues, leaving it a mystery as to why DOJ officials fought against its release. During a hearing on terror financing Wednesday, Assistant Attorney General Lisa Monaco told U.S. Sen. Charles Grassley, R-Iowa, that she had no information on the deal and could not explain why it was being withheld.

In the agreement signed Aug. 12, IICG admitted failing to pay $22.5 million in restitution, $4.5 million in fines and millions more in interest in exchange for not facing criminal charges. The agreement describes money flowing out of a Boston-based company in which IICG controlled the majority of stock and into a network of Cayman Island accounts. Millions of dollars came back in the United States to start up 32 different development companies involved in apartments and other multi-family housing. All the companies were incorporated in Delaware and have overlapping directors.

Each of the 32 companies passed unanimous resolutions accepting the DOJ agreement. Several of those directors are officers in an international financial network founded by a Saudi prince. For instance, Khalid Abdulla-Janahi and Ziad, chairman and vice chairman of the Faisal Private Bank, signed many of the documents for the agreement.

In addition, Juma Abuli with Mohammed Bucheerei and Mohammed Janahi, who also signed many of the development company agreements, are officers at Bahrain's Ithmaar Bank, described as being associated with Faisal Private Bank. Acting IICG General Manager Syed Ibadur Rehman Chisti also is a director for Faysal Asset Management, Ltd.

Faisal Private Bank reportedly was investigated previously for possible terror financing links. The Wall Street Journal reported that it was mentioned in a Hamas financing case involving transfers to the group and its current deputy political director. Nusra Abu Marzook, Saudi Prince Mohammed al-Faisal also founded Dar al Maal al-Islami Trust (DMI Trust), which also has been suspected of involvement with terrorists. Two influential Muslim Brotherhood figures â€ž— Hasan Turabi of Sudan and Yusuf al-Qaradawi of Qatar, have been DMI Trust board members.

"DMI is the hub of a network of banks and investment funds across Europe and the Middle East that cater to Muslims interested in strictly following Quranic principles, such as a bank on collecting interest," the Journal reported in 2007. "Some DMI affiliates came under scrutiny by U.S. counterterrorism agencies in the mid-1990s for suspected connections to extremists, government records show.

Faysal Asset Management's website calls the IICG a "wholly owned subsidiary" of DMI Trust

When the investigation first came to light in early 2007, it was being handled by the Justice Department's counterterrorism section. The same prosecutor, Corey Smith, is a party to the agreement, but is now assigned to the tax division.

Although DMI is not mentioned by name in the agreement or an accompanying statement of facts, attorneys for the Trust were among the signatories.

The agreement leaves the door open to prosecution down the road if IICG fails to make its payments, broken into three installments during the next 15 months, or if it makes any "contradictory statement" to anything within the agreement.

That seems unlikely. The agreement also makes a point of praising IICG's cooperation in the case, explaining that it was "an important and material factor underlying the decision by the United States to enter into this Agreement."

Deciding whether to release the document was based on "a careful balancing of the public's right to know, the impact on individual privacy interests, and the Department's interest in deterring future misconduct," Assistant Attorney General Ronald Weich explained in a letter to Wolf. But there remains no explanation for the delay or Monaco's inability to bring it to the hearing Wednesday after Grassley made it clear in advance he intended to ask about it.

IICG could not object. The agreement contains a specific clause saying the company "agrees that the United States, in its sole discretion, may issue public statement(s) based on this Agreement and the Statement of Facts."

The IICG multi-family housing companies which approved resolutions accepting the DOJ agreement are:

Atlantica Investment Corp., Beacon Street Investment, BR Investment Corp. Buckhead Investment Corp. Cascades Investment Corp., City Heights Investment Corp., CK Apartments Corp., Clarendon Investment Corp., Dadeland Investment Corp. DR Apartments Corp., Dry Creek Village Investment Corp., ED Investment Corp., EQ Breckenridge Investment Corp., Excalibur Investment Corp., Fairchase Investment Corp., FSC Investment Corp., Galleria Investment Corp., LS Apartments I Corp., ND Apartments Corp., OM Investment Corp. RP Apartments Corp., Saddlewood Investment Corp  SAN Apartments Corp., SD Investment Corp., Signature Investment Corp., Sunset Village Investment Corp., TGA Investment Corp., TM Investment Corp., Town Lake Investment Corp., Tremonto Investment Corp., WM Apartments Corp., Woodland Pond Investment Corp.

**URL**  https://www.investigativeproject.org/3200/doj-releases-islamic-bank-agreement

(Printing)

MEF001277

Date of
Intel    10-17-2011

Title    Investigative Project on Terrorism: Israel Braces for Schalit Return, Terrorist Release

Notes

Efforts to block Tuesday's planned the prisoner release deal between Israel and Hamas were rejected late Monday by Israel's High Court of Justice.

The court found it did not have the authority to stop such government action, clearing the way for Israeli soldier Gilad Schalit's freedom, in exchange for more than 1,000 imprisoned terrorists, including prisoners of attacks which killed scores of innocent people.

Schalit, kidnapped in June 2006, and 477 Palestinian prisoners are scheduled to go free Tuesday. Israel Â¢Â€Â" bracing for the likelihood that some terrorists it plans to release will return to the battlefield Â¢Â€Â" is warning it will target newly released security prisoners who engage in terrorist activities.

Prime Minister Benjamin Netanyahu sent a letter to victims' families who opposed the deal on Monday, expressing empathy for their concerns. But he said this was outweighed "by the responsibility of the Prime Minister of Israel to bring home every soldier who is sent to protect our citizens."



Public-opinion polls show considerable popular support for the Schalit deal, with 79 percent of respondents to a Yediot Ahronot poll backing it. Even so, Israelis could have second thoughts as they see some of the names on the list of militants scheduled to be released.

They include Musab Hashlemon, a Hamas operative from Hebron, who received 17 life sentences for his role in facilitating a 2004 double suicide attack in Hebron. Sixteen civilians were murdered when suicide bombers dispatched by Hashlemon detonated themselves on two city buses.

In January 2004, Hashlemon Â¢Â€Â" at the time a minor Hamas operative Â¢Â€Â" was released in a prisoner exchange between Israel and Hizballah. He will be deported to Hamas-ruled Gaza.

Also on the list is Nasser Yataima, involved in planning the March 2002 suicide attack on a Seder at the Park Hotel in Netanya, in which 30 people were killed and 140 wounded.

Another is Abd al-Aziz Salaha, who participated in the October 2000 lynching of two IDF reservists who mistakenly drove into a mob of Palestinians in Ramallah. Salaha was photographed holding his blood-soaked hands out of the window.

Ahlam Tamimi, a female Hamas terrorist convicted of participating in the August 2001 bombing of a Sbarro's pizzeria in Jerusalem in which 15 people were killed and 130 wounded. She has previously declared that she does not regret her role in the massacre.

Ibrahim Jundiya, who sent a suicide bomber to blow up a bus in Jerusalem in 2002, killing 11 people, will be deported to Hamas-ruled Gaza, as will Fadi Muhammad al-Jabaa, who plotted the 2003 suicide bombing of a Haifa bus, where 17 passengers were killed. Walid Aqel, who founded Hamas' military wing, the Izzadin al-Qassam Military Brigades, in the 1990s, will be released from prison and sent to Turkey.

During negotiations on the prisoner swap, Hamas refused to agree to stop attacking Israelis and declared its intention to kidnap more Israeli soldiers.

It is unclear what Â¢Â€Â" if any Â¢Â€Â" supervision will exist to prevent terrorists exchanged for Schalit from engaging in jihad. Many will be sent to Hamas-ruled Gaza, and others will be exiled to countries like Syria, Turkey and Qatar Â¢Â€Â" all of which have a history of close relations with Hamas. Monitoring of the former detainees will be minimal, with Hamas officials stating that their status will be discussed at annual meetings involving Israel and Egypt.

Hamas plans to celebrate the Schalit deal when many of the imprisoned terrorists return to Gaza. The former prisoners will meet with Hamas Prime Minister Ismail Haniyeh, government ministers, and members of the Palestinian Legislative Council.

One of those slated to return to Gaza is Muhammad Zufi, who helped Schalit's abductors film the kidnapping. He was serving four life sentences in Israel for his terrorist activities. In the West Bank, the freed militants are to be welcomed home by PA President Mahmoud Abbas and will lay wreaths on Yasser Arafat's grave.

The news is being cheered by Hamas supporters around the world, including in the United States.

American Muslims for Palestine (AMP) hailed the release of those they called "political prisoners," from Israel's prisons. "Palestinian political prisoners are a byproduct of occupation, which is the source of all injustice and instability in the region," said AMP Chairman Hatem Bazian. "International laws guarantee all people the right to resist their occupation and to see their own freedom and self-determination."

"AMP stands in solidarity with Palestinian political prisoners," the group's statement also noted. "We continue to call on Congress to pressure Israel to release all political prisoners."

Hamas' patrons in Tehran also welcomed the terrorists' release as a victory. Iranian President Mahmoud Ahmadinejad called the swap "clearly a great victory for the Palestinian nation and for all freedom and justice fans in the world."

URL
(Printing)    https://www.investigativeproject.org/3236/israel-braces-for-schalit-return-terrorist-release

**MEF001278**

Date of
Intel       11-16-2011

Title       Investigative Project on Terrorism: Tunisian Pledges a New Caliphate

Notes

Secular Tunisians are expressing concerns after a
leader of the country's Islamist Al-Nahda movement
said Tunisia's emerging government marks "the Sixth
Righteous Caliphate."

The fifth caliphate, an Islamic imperial governing
system, was abolished by Turkish secular Kemal
Ataturk in 1924. In a speech posted on YouTube
Sunday, Hamadi Jbeli also pledged that "we shall set
forth with God's help to conquer Jerusalem, if Allah
willsâ€¦ From here is conquest with the help of
Allah Almighty."

Al-Nahda won 08 of 217 parliamentary seats in the
nation's first free elections and Jbeli may be its
candidate for prime minister. The group's electoral
success won international praise as a "moderate
movement" promoting a democratic form of political
Islam. Headlines in mainstream media outlets like
the New York Times, Los Angeles Times, and CNN
called Al-Nahda moderate.

Jbeli's statements have many Tunisians questioning
the label's validity. He spoke at a rally held by the
group in celebration of its electoral success and
leading role in forming a governing coalition. It is also not the first time the group has promoted moderation to outsiders while
preaching different values to party members.

Leading secularist party Ettakatol suspended its participation in committees to form a governing coalition. "We do not accept this
statement," said Khemais Ksila, an executive committee member of Ettakatol. "We thought we were going to build a second republic
with our partner, not a sixth caliphate." Issam Chebbi of the secular PDP party called the speech "very dangerous."

"This is what we feared," Chebbi said.

Tunisian women's groups also have been skeptical of Al-Nahda's moderation, saying there has been an increase in verbal and physical
abuse since President Zine Abidine Ben Ali resigned in the wake of a popular uprising.

Party leaders tried to contain the damage, telling Reuters that Jbeli was talking about "good governance and a break with corruption …
not the establishment of an Islamic regime."

Although Al-Nahda's breach of Tunisian secularism dominated reports on the controversial political rally, including Reuters' article,
speakers also promoted the military conquest of Israel. The event also marked the first time Al-Nahda invited a Hamas representative,
Houda Naim of the Palestinian Legislative Council in Gaza, to address a political rally in Tunisia.

Naim expressed hope that the liberation of Tunisia would lead to the "liberation of Palestine," which Hamas believes can only be
achieved through violence and "resistance." Al-Nahda's secretary general echoed Naim's call, stating, "The liberation of Tunisia will, Allah
willing, bring about the liberation of Jerusalem."

support for Hamas and the complete "liberation of Palestine" have been consistent messages from Al-Nahda's political leaders and its
charter. Hamas has reciprocated with its support for Tunisia's revolt against dictatorship and embracing political Islam.

The Arab Spring "will achieve positive results on the path to the Palestinian cause and threaten the extinction of Israel." Party leader and
ideologue Rashid Ghannouchi said in a May interview with the Al Arab Qatari website. "The liberation of Palestine from Israeli
occupation represents the biggest challenge facing the Umma [Muslim nation] and the Umma cannot have existence in light of the Israeli
occupation."

Further, in the same interview, Ghannouchi said: "I give you the good news that the Arab region will get rid of the bacillus [bacteria] of
Israel. Sheikh Ahmed Yassin, the leader of Hamas, said that Israel will disappear by the year 2027. I say that this date may be too far
sway, and Israel may disappear before this."

Ghannouchi has also given his support to specific types of terror carried out by Hamas, including rocket attacks against Israeli civilians
and "martyrdom operations."

In June 2001, Ghannouchi appeared in an al-Jazeera panel discussion in which he blessed the mothers of Palestinian suicide bombers:

"I would like to send my blessings to the mothers of those youth, those men who succeeded in creating a new balance or
powerâ€¦ bless the mothers who planted in the blessed land of Palestine the amazing seeds of these youths, who
taught the international system and the Israel [sic] arrogance, supported by the US, an important lesson. The Palestinian
woman, mother of the Shahids (martyrs), is a martyr herself, and she has created a new model of woman."

Ghannouchi even gone beyond rhetoric, calling for Muslims to fund and provide logistical support for Hamas. He signed the
controversial "Istanbul Declaration," issued by Muslim clerics in support of Hamas after Israel's January 2009 war in Gaza. The
declaration stated that there was an "obligation of the Islamic nation to open the crossings at the crossings â€¦â€¦ in and out of
Palestine permanently" to provide supplies and weapons to Hamas to "perform the jihad in the way of Allah Almighty."

Ghannouchi's statements are consistent with Al-Nahda's platform, which declares that the party "struggles to achieve the following
goals â€¦: To struggle for the liberation of Palestine and consider it as a central mission and a duty required by the need to challenge
the Zionist colonial attack. The platform also refers to Israel as an "alien entity planted in the heart of the homeland, which constitutes an
obstacle to unity and reflects the image of the conflict between our civilization and its enemies."

MEF001279

In September, the organization stated that it "supports the struggle of peoples seeking liberation and justice and encourages world peace and aims to promote cooperation and collaboration and unity especially among Arab and Islamic countries and considers the Palestinian struggle for liberation to be a central cause and stands against normalization."

Standing against peace. Envisioning a new Caliphate. Meet the moderate Al-Nanda party.

**URL (Printing)**   https://www.investigativeproject.org/3290/tunisian-pledges-a-new-caliphate

MEF001280

Date of
Intel   01-18-2012

Title   Investigative Project on Terrorism: U.S. May Release Senior Taliban Terrorists

Notes

The Obama administration is considering releasing
five top Taliban jihadists from custody at Guantanamo
Bay in hopes of negotiating a peace agreement with
the Afghan terrorist movement. Secretary of State
Hillary Clinton said last week that administration is in
"the preliminary stages" of testing whether talks with
the Taliban can succeed.



President Obama plans to withdraw virtually all U.S.
troops from Afghanistan by 2014. Last month, Vice
President Joe Biden told an interviewer that "the
Taliban per se is not our enemy."

Republican presidential frontrunner Mitt Romney
blasted Obama's approach to the Taliban, declaring
that "The right course for America is not to negotiate
with the Taliban while the Taliban are killing our
soldiers." Yet one of Romney's top foreign policy
aides has reportedly advocated a negotiating
approach that is similar to Obama's.

According to a recent report in The Hindu, radical
Islamist cleric and Muslim Brotherhood spiritual guide
Yusuf al-Qaradawi has served as a "key mediator" in
U.S.-Taliban negotiations.

The Taliban's recent announcement that it plans to open a political office in Qatar meets a longstanding U.S./NATO condition for
discussing Afghanistan's future with the terror group. Earlier this month, reports indicated that Washington had agreed to transfer the
five Taliban leaders from U.S. custody to Afghan President Hamid Karzai's government.

At some point, they could be set free.

Another report indicated the jihadists would be transferred to Qatar, a nation with a poor record on combating terrorism and a
suspected link to the 9/11 attacks.

The strategy is fraught with peril as previous experience has shown. Still, the State Department has made finding a negotiating address
for the Taliban a top priority.

In November 2010, an imposter posing as a Taliban representative stole several hundred thousand dollars from Western officials trying
to woo the group into joining negotiations. In September, a suicide bomber disguised as a Taliban peace envoy blew up former Afghan
President Burhanuddin Rabbani, head of a government council seeking a political solution with insurgents.

But analysts say that demands from the Taliban, which ruled Afghanistan from 1996-2001 and provided training facilities for the 9/11
hijackers, may be too risky. The five Taliban leaders "have provided critical support to the integration of the Taliban into al-Qaida both
politically and militarily," said Bill Roggio, managing editor of the Long War Journal and a senior fellow with the Foundation for Defense
of Democracies (FDD). "They were part of forging ties with a al-Qaida before and after 9/11."

Given the fact that none of the five have renounced al-Qaida or jihadism, their release from custody makes no sense "if we want to leave
behind an Afghanistan not controlled by al Qaida," Roggio told the Investigative Project on Terrorism.

The State Department refused to speak publicly about the possible release of the Taliban officials. White House spokesman Jay Carney
declined comment when asked recently about possible terrorist releases. He did reiterate President Obama's commitment to close the
Guantanamo Bay facility.

History shows that Afghan officials, including Karzai (who is now demanding that Washington turn its prison facilities in Afghanistan over
to his government in a month), have been "personally involved" in releasing other terrorists detained by the United States from prison,
said Thomas Joscelyn of FDD.

He points to an Aug. 6, 2009 cable originating at the U.S. Embassy in Kabul, which noted that the Bush and Obama administrations
were wooed by Karzai's willingness to release dangerous prisoners. U.S. officials have repeatedly emphasized to Afghanistan's attorney
general "the need to end interventions by him and President Karzai, who both authorize the release of detainees pre-trial and allow
dangerous individuals to go free or re-enter the battlefield without ever facing an Afghan court."

Joscelyn obtained Joint Task Force-Guantanamo (JTF-GTMO) memos from 2008 evaluating five high-risk jihadists the Taliban wants
freed from Guantanamo. In each case, military intelligence officials concluded the detainee was too dangerous to release. The five are
former Taliban Deputy Intelligence Minister Abdul Haq Wasiq; Taliban Army Chief of Staff Mullah Mohammed Fazl; the organization's
former governor of Herat province, Mullah Khairullah Khairkwa, Mullah Norullah Noori, a former Taliban military commander and
governor; and Muhammad Nabi, one of the Taliban's top financiers. Read profiles here and here. Some highlights:

- **Mullah Mohammed Fazl**

  Fazl was a top Taliban commander before his capture in November 2001. According to JTF-GTMO, he cooperated with
  Abeer Hadl al Iraqi, who led the 055 Brigade At AKA "Osama bin Laden's chief fighting force, which served with Taliban
  units.

  Fazl would likely rejoin the Taliban if released from U.S. custody "and establish ties with elements participating in
  hostilities against U.S. forces in Afghanistan." JTF-GTMO warned.

  Fazl is also wanted by the United Nations in connection with war crimes, including the murders of thousands of Afghan
  Shiites.

MEF001281

- Mullah Norullah Noori

  Noori (also wanted by the U.N. for anti-Shiite atrocities) had ties to Mullah Omar, the Taliban's Supreme Leader, as well as to senior al-Qaida members. He fought alongside al-Qaida as a Taliban military general and was involved in fighting U.S. forces in late 2001.

- Abdul Haq Wasiq

  A task force threat assessment found that Wasiq "was central to the Taliban's efforts to form alliances with other Islamic fundamentalist groups to fight alongside the Taliban against U.S. and Coalition forces after the 11 September 2001 attacks." Wasiq arranged al-Qaida training of Taliban operatives that was reportedly conducted by Hamza Zubayr, a senior terrorist killed during the September 2002 raid in which 9/11 organizer Ramzi Binalshibh was captured.

- Mullah Khairullah Khairkhwa

  Joscelyn quoted U.S. officials at Guantanamo as stating that Khairkhwa was a major drug trafficker who oversaw one of bin Laden's training facilities. A JTF-GTMO file on Khairkhwa said that following 9/11, he "represented the Taliban during meetings with Iranian officials seeking to support hostilities against U.S. and Coalition forces."

- Muhammad Nabi

  In a Jan. 23, 2008 memo, JTF-GTMO analysts said Nabi had been a senior Taliban official who served as a "member of a joint al Qaeda/TalibanâĢâĢâĢcell in Khowst and was involved in attacks against U.S. and Coalition forces" and "facilitated the smuggling of fighters and weapons."

If any of the five are released by the United States, Joscelyn said, they may well follow the example of Mullah Abdul Qayum Zakir, a former detainee who was released from Guantanamo in December 2007 and became a senior Taliban commander targeting and killing U.S. soldiers on the battlefield âĢâĢâ a position he holds today.

"This misguided 'peace' effort may well help the Taliban replenish its leadership ranks," Joscelyn said.

Even State Department officials âĢâĢâ "the most dovish part of the U.S. government" âĢâĢâ do not sound very optimistic about the prospect of successfully negotiating with Taliban. Joscelyn noted, with one recently estimating the chances of success at just 30 percent.

Indeed, even as Washington courts the Taliban, feuding Taliban factions in Afghanistan and Pakistan responded positively to an initiative from one of al-Qaida's top commanders, Abu Yahya al-Libi, who persuaded them to put aside differences and create a new military alliance against NATO and U.S. forces in Afghanistan. At a recent meeting, al-Libi reportedly won a promise from Pakistani Taliban officials to send fighters to Afghanistan to wage jihad against "U.S.-led infidel forces."

Roggio, who closely monitors events on the battlefield, says current trends are not favorable to the U.S. and NATO efforts to stabilize the country. In large swaths of Afghanistan, the Taliban "seizes control once the sun goes down" and government and Western forces have ended their patrols, he said. The fact that many Afghan travelers find it necessary for their own safety to disguise themselves as Taliban sympathizers is another troubling indicator of the security situation in the country today.

He believes President Obama's insistence on a 2014 withdrawal date for U.S. forces is undermining Washington's credibility in dealing with allies and foes. Some members of Congress have sent classified letters challenging the tentative plan to release the Taliban prisoners and some have raised the possibility of blocking the transfer by attaching amendments to unrelated legislation.

"I think that, ultimately, the fact that the U.S. is pulling back troops is an important message for [the Taliban]âĢâĢâ that they are winning," Roggio said. "The Taliban will use this to keep their forces on the battlefield. Telling them that we're on the way out tells them that time is on their side."

All of this is happening at a time when there are close to 100,000 U.S. troops in Afghanistan, he said, adding. "It doesn't take a lot of imagination to see what's likely to happen if American troops are gone two years from now."

URL
(Printing)  https://www.investigativeproject.org/3387/us-may-release-senior-taliban-terrorists

MEF001282

Date of  09-06-2012
Intel

Title  Investigative Project on Terrorism: PA, Islamists Push Blood Libel Against Israel

Notes

One of the most enduring anti-Israel slanders is the charge that it is persecuting non-Jews and destroying Muslim and Christian holy sites. These dubious claims continue to be made not only by international organizations, but by U.S. groups like American Muslims for Palestine (AMP) and the Council on American-Islamic Relations (CAIR).



Coming at a time when Christians are under direct attack from Muslims in Egypt, Nigeria and in other Muslim states, promulgating such fantasies serves only to incite hatred and violence against Jews.

Palestinian Muslims and Christians "are living basically in an outdoor prison, in refugee camps," CAIR-Michigan Executive Director Dawud Walid said in a May speech to the Islamic Organization of North America. "Al-Masjid al-Aqsa is our property for us to defend. This is the land that Allah guided us to âtâ€¦ and it should be free" (i.e., not under Israeli jurisdiction).

CAIR-Michigan's Lena Masri last month tweeted an israel from a pro-Hizballah Lebanese newspaper accusing Israel of destroying Palestinian mosques. In 2010, CAIR-Los Angeles Executive Director Hussam Ayloush wrote that a ruling by Israel's Supreme Court rejecting claims that authorities desecrated a Muslim cemetery was illegitimate: "This is the same court that has long excused internationally condemned apartheid-like policies and human rights violations against Palestinians, including occupation, settlement construction and denying refugees the right to return."

In 2010, Israel added two of the most holy sites in Judaism âtâ€¦ the Cave of Machpelah in Hebron and Rachel's Tomb near Bethlehem âtâ€¦ to its historic registry list, drawing an angry reaction from AMP Chairman Hatem Bazian, who said the designation "proves Israel does not want peace." Bazian claimed that the move is "just the latest in a series of actions aimed at separating Palestinians from their land."

Both Hamas and the more "moderate" Palestinian Fatah organization have accused Israel of a laundry list of crimes against non-Jews, ranging from denying Muslim bread to attempting to steal Jerusalem's "Islamic-Christian religious history."

Perhaps no falsehood has been recycled more often than the claim that Israel seeks to destroy the al-Aqsa Mosque.

On Aug. 21, 1969, a deranged Australian Christian named Michael Dennis Rohan set fire to the mosque. Although Israeli firefighters quickly extinguished the blaze and Rohan confessed to setting it, Islamists and others have spent more than four decades propagating the falsehood that Jews and Israelis were behind the attack.

Middle East scholar Daniel Pipes writes that many Muslims around the world became convinced that Israel had paid Rohan (some claimed his actual name was Cohen) up to $100 million to torch the mosque.

As Palestinian Media Watch has documented, the al-Aqsa slander has become a staple of Palestinian Authority propaganda, with its media organs claiming that Jews seek to invade al-Aqsa and that Israel plans to destroy the mosque and build the Jewish Temple in its place. PA President Mahmoud Abbas has declared that Israel seeks to destroy that shrine.

"Israel's policies and schemes have never stopped and will never stop in al-Aqsa courtyards in order to harm [the mosque's] Arabness and holiness," PA television (via viewed) August 3. "What is new this time is the discovery of traces of dangerous chemicals in the al-Aqsa foundations and [the discovery of] other solvents used to cause the foundations to crumble and collapse." That same day, the official PA daily al-Hayat al-Jadida claimed the Israeli chemical plot was part of "a dramatic offensive to Judaize the city and utterly erase its original [Arab] landmarks."

In June, Muslim Brotherhood General Guide Mohamed Badie exhorted Muslims to make their "sole goal" the "recovery of al-Aqsa Mosque, freeing it from the filth of the Zionists, and imposing Muslim rule throughout beloved Palestine."

Badie added that "The Lord of Glory has threatened these murdering Zionists criminals with a penalty of a kind which operates in this world before the Hereafter."

The website of Imam Yusuf al-Qaradawi, an influential Muslim Brotherhood cleric based in Qatar, recently featured a statement from the International Union of Muslim Scholars accusing "armed Zionists" of committing "aggression" against Muslim worshippers at al-Aqsa and declaring Jerusalem "the holy city for Muslims and Christians." The same statement denounced Israel for insisting that Arab peace negotiators recognize it as a Jewish state.

Hizballah boss Hassan Nasrallah has accused Israel of attempting to destroy al-Aqsa Mosque. The Iranian regime's Fars News Agency published a story quoting without rebuttal a "Palestinian activist" warning that Israel may order the mosque's destruction "through an artificial [earth] quake." After Israeli security forces clashed with Palestinian rioters at the mosque compound in October 2009, Hamas political leader Khaled Meshaal claimed the incident was "the first step towards dividing the mosque, and demolishing it and building a temple in its place.

"Jerusalem belongs to its Arab inhabitants, Muslims and Christians. The future [of the city] will not be settled at the negotiating table, but on the ground of confrontation and resistance," Meshaal added.

In late June, the Church of the Nativity in Bethlehem was added to the World Heritage List of endangered sites maintained by the United Nations Educational, Scientific and Cultural Organization (UNESCO) over the objections of Washington and Jerusalem. "Palestine" (Abbas' PA regime, which was admitted to UNESCO last year) pushed for a resolution blaming Israel for endangering the church even though UNESCO's own investigators questioned the endangerment finding.

MEF001283

But in late June, the agency's World Heritage Committee voted 13-6 to disregard their conclusions and declare the church to be endangered. "We are ecstatic," Palestinian official Hanan Ashrawi said after the vote.

She added that the endangerment finding "emphasizes that Israel must be bound by international law and treaties, particularly pertaining to its illegal and detrimental measures as a belligerent occupant and as a major threat to the safety and the responsible preservation of that important segment of human civilization in Palestine."

Most mainstream media outlets said little about the fact that it has been Palestinian terrorists rather than Israelis who have been menacing Christians and turning the Church of the Nativity into a war zone. In 2002, more than 50 Palestinian gunmen in Bethlehem, desperately seeking to avoid capture by Israeli troops, seized 200 hostages and imprisoned them inside the church complex.

The terrorists, members of Hamas and then Fatah boss Yasser Arafat's organization, included bomb-makers, recruiters, financiers, and arms traffickers who had been involved in suicide bombings in Israel. During the Church of the Nativity siege, the terrorists denied medical care to sick priests, and food and water to other hostages, and stole religious artifacts.

"Using priests and nuns as human shields in the most sacred location for Christianity is not just barbaric," the Heritage Foundation's Ariel Cohen observed. "It is a violation of the 1977 First Protocol to the Geneva Convention and it is a war crime."

But prominent news outlets including the *Christian Science Monitor*, *the New York Times* and the Associated Press glossed over or ignored this dark history in reporting the UNESCO designation.

Earlier this year, "60 Minutes" broadcast a story by correspondent Bob Simon purporting to show that Israel's occupation of the West Bank and Jerusalem was largely to blame for the decline of Christian communities there. The Committee for Accuracy in Middle East Reporting in America (CAMERA) published a detailed critique of the "60 Minutes" piece noting that Simon ignored a long pattern of Islamist harassment and mistreatment of West Bank Christians. It published an ad in the *Wall Street Journal* August 14 demanding CBS correct the report.

Among the errors was a "60 Minutes" claim that the percentage of Muslims in the West Bank has decreased since 1967. That is due to a faster growth of Muslims. Citing data from the Jewish Council for Public Affairs, CAMERA reported that the raw number of Christians in fact has grown from 40,000 just before the Six Day War to about 52,000 today.

CAMERA pointed to a 2009 op-ed by Israeli Arab journalist Khaled Abu Toameh, in which he described how Christians have been suffering as Islamist groups like Hamas strengthened in the Bethlehem area. Toameh described an atmosphere of violence and intimidation in which Christian-owned companies were forced out of business as a result of shakedowns by Muslim gangs, and how Muslims stole land from Christian property owners.

"As a Muslim journalist, I am always disgusted and ashamed when I hear from Christians living in the West Bank and Jerusalem about the challenges, threats and assaults that many of them have long been facing," Toameh wrote. "When they go on the record, these leaders always insist that Israel and the occupation are the only reason behind the plight of their constituents. They stubbornly refuse to admit that many Christians are being targeted by Muslims. By not talking openly about the problem, the Christian leaders are encouraging the perpetrators to continue their harassment and assaults against Christian families."

For all the talk of conspiracies against non-Jews, the truth is that since Israel assumed control over the entire city of Jerusalem in 1967, no evidence has emerged of a Zionist plot against non-Jews.

Islamists have failed to demonstrate the same respect for Muslims and non-Muslims. Militants in Nigeria are attacking Christian churches in a campaign of violence. Coptic churches in Egypt likewise have been targeted and some jihadists are threatening wholesale slaughter. Sectarian violence in Iraq has spawned attacks on mosques and churches.

The reality is that Israel is the only country in the Middle East where the Christian population is growing (aside from foreign workers in Saudi Arabia and other Gulf countries who forced to practice their faith in secret). By focusing attention on false allegations of Israeli persecution, Islamists can delegitimize the Jewish state and divert attention from the serious problem of Muslim persecution of Christians.

The same American Islamist groups who attack Israel largely ignore the persecution of Christians in Hamas-ruled Gaza or the Fatah-controlled West Bank. The double standard shows they are less interested in advancing human rights than they are in demonizing Israel.

URL
(Printing)   https://www.investigativeproject.org/3739/pa-islamists-push-blood-libel-against-israel

Date of     05-24-2013
Intel

Title       Investigative Project on Terrorism: Media Analysts Dodge Jihad Connection in Boston, London

Notes

In separate attacks a month apart, Islamist terrorists
made it clear that they believed they acted in the
name of their religion, exacting vengeance for their
fellow Muslims. Yet several media pockets have gone
into overdrive to deflect attention from that Islamist
motivation.



Still carrying the weapons that killed British soldier
Lee James Rigby in his bloody hands, Michael
Adebolajo explained why he attacked an unarmed
man on a London street Wednesday: "We swear by
Almighty Allah, we will never stop fighting you until
you leave us alone. The only reasons we killed this
man is because Muslims are dying daily. This British
soldier is an eye for an eye, a tooth for a tooth. We
apologize that woman had to see this today, but in
our lands our women have to see the same. You
people will never be safe. Remove your government.
They don't care about you."

The *New York Times* omitted reference to the
attacker's invocation of Allah, relegating it to page
A7. ABC, NBC and CBS similarly omitted the Islamic
reference.

Media Matters for America went further, accusing Fox News of "Islamophobia," for comments about the attackers' motivations. The
liberal organization made no reference to the attackers' own words, but emphasized condemnations of the attack from British Muslim
leaders. Commentator Michelle Malkin was singled out in the Media Matters post for saying the videotaped attacker was "quoting
chapter and verse, sura and verse, from the Quran the justification for beheading an innocent solider there, and of course they've
targeted civilians as well."

In fact, that's exactly what Adebolajo did at 1:15 of the graphic video below.

<iframe allowfullscreen="" frameborder="0" height="315" src="http://www.youtube.com/embed/WxrtaHkyw5w" width="560">
</iframe>

"But we are forced by the Qur'an, in Sura At-Tawba, through many ayah in the Qur'an, we must fight them as they fight us," he says.

Yet Media Matters cites Malkin's comments as an example of Fox's "Islamophobia."

Following the Boston bombing last month, not even the discovery jihadist propaganda on Tamerlan Tsarnaev's YouTube channel and
other social media platforms was enough to convince some media liberals that the he and his brother Dzhokhar were motivated by
religion. Instead they chose to look for other more secular explanations such as Chechen nationalism or disillusionment with U.S. foreign
policy.

Hours after Tamerlan and Dzhokhar Tsarnaev's names became public, *The Atlantic's* Megan Garber penned a column titled "The Boston
Bombers Were Muslim. So?" in which she suggested pinning the Muslim label on them reduced them to being "caricatures" and
"whitewashed" their humanity.

Had the bombers been white right wing extremists like Timothy McVeigh chances are that Garber would not have called for tolerance
and suggested using a label made them into "caricatures" or demeaned them.

Not to be outdone, Media Matters' Eric Boehlert charged that Fox News was engaged in a "war on Islam," a conspiratorial, delusionary
and incendiary narrative that Canadian intelligence says is the leading cause of radicalization among young Muslims.

Boehlert has consistently ignored the treatment of women as second-class citizens and the imposition of the death penalty on
homosexuals in Muslim countries such as Saudi Arabia, Sudan, Afghanistan and Iran.

He has also routinely uncritically echoed the radical Islamist narrative pushed by the Council on American-Islamic Relations (CAIR), the
Muslim Public Affairs Council (MPAC) and other groups. In turn, they have frequently cited his work in their own defense.

The Media Matters senior fellow has defended Islamic extremists such as Sami Al-Arian, a Florida professor who pleaded guilty in 2006
of aiding the Palestinian Islamic Jihad terrorist group, accusing his detractors of "sloppy journalism" and of having a "pervasive anti-Arab
bias."

Boehlert also defended Islamic charities in a March 22 blog written after a biography about Fox CEO Roger Ailes showed that Ailes
compared the charities to terrorist organizations. In fact, numerous Muslim charities have been shut down and prosecuted due to their
support for terrorist groups. The Holy Land Foundation had been the largest Muslim charity in the United States before being convicted
of routing more than $12 million to Hamas.

According to a Foreign Policy magazine article published in February, the involvement of Islamic charities in terrorist fundraising
continues.

Boehlert refuses to use the term Islam and terrorism in the same sentence. Yet he had no such qualms about using the terms "right-wing"
and "terrorist" in the same sentence following the Boston bombing to falsely describe Fox News's supposed inattention to white
supremacist violence during an April 29 interview on Current TV.

"When a right-wing nut, an extremist goes on shooting rampages, the response is how do they possibly stop a lunatic?" Boehlert said.
"When a Muslim is accused of an act of terror, Fox News definitely knows how to stop the lunatic, and they are definitely interested in
assigning political blame."

This came six days after reports indicated that Dzhokhar Tsarnaev told his interrogators that he and his brother, as NBC reported, "were motivated by a desire to defend Islam because of 'the U.S. wars in Iraq and Afghanistan.'"

That has since been reinforced by reports about Dzhokhar's note, scrawled inside the boat he was captured in on the night of April 19. "When you attack one Muslim, you attack all Muslims," he wrote.

Boehlert has yet to acknowledge a religious motivation for the Boston bombings.

MSNBC host Melissa Harris-Perry and her guests provided a compelling example of the contortions people will go to in order to minimize the radical Islamic connection to terrorist attacks in her April 21 broadcast.

They took turns grasping at a serious of unrelated "what-ifs" that could have been in play.

"I keep wondering if there will ever be a discussion of that this was because of Ben Affleck, a connection between Boston and movies about violence, and of course the answer is no!" Harris-Perry said. "But given that they are Chechen, given that they are literally Caucasian, our very sense of connection to them is this framed up notion of Islam making them into something that is non-normal."

Georgetown sociology professor and MSNBC political analyst Eric Michael Dyson chimed into the discussion saying that the discussion of a religious motive following the Tsarnaevs' discovery was due to stereotyping and profiling.

"We do what makes us the most comfortable that this is an exceptional, extraordinary case that happened because they are this," Dyson said. "So you take the one part of the element that he's Muslim. He might have listened to classical music Â¢Â€Â¦ He might have gone to some lecturer."

Peter Hart of the far-left Fairness & Accuracy in Reporting tore into Fox's Bill O'Reilly in an April 25 post for saying that "only radical Islam allows terror murder."

"Islam, radical or otherwise, does no such thingÂ¢Â€Â¦"just as it would be wrong to blame Catholicism for O'Reilly's calls to attack civilians in several predominantly Muslim nations," Hart wrote, referring to his support O'Reilly'sÂ Â for the Bush administration's invasion of Afghanistan in 2001 after 9/11.

FAIR has frequently been cited as the go-to source of media criticism by the Communist Party USA's news website People's World.

It does not take long to read Osama bin Laden's 1998 fatwa calling it a duty for Muslims to kill Americans anywhere they can, or the Hamas Charter, to see that the terrorists do base their acts on Islamic religious texts.

"Praise be to God, who Â¢Â€Â¦ says in His Book: 'But when the forbidden months are past, then fight and slay the pagans wherever ye find them, seize them, beleaguer them and lie in wait for them in every stratagem (of war).'" bin Laden wrote. "And peace be upon our Prophet, Muhammad Bin-'Abdullah, who said: 'I have been sent with the sword between my hands to ensure that no one but God is worshipped, God who put my livelihood under the shadow of my spear and who inflicts humiliation and scorn on those who disobey my orders.'"

The opening paragraph of the Hamas charter invokes Surat Al-Imran (III), verses 109-111, before saying "Israel will rise and will remain erect until Islam eliminates it as it had eliminated its predecessors. The Islamic World is burning." Later, it cites Sura 2 (the Cow), verse 120, before declaring "There is no solution to the Palestinian problem except by Jihad."

The media campaign to minimize radical Islam as a driver of terrorism is contradicted by at least two policy papers from non-conservative foreign policy think tanks.

A 2010 report by the Bipartisan Policy Center found that the only common denominator for Muslim radicalization in America was a "religious fervor" that led them to justify violent behavior, and the Council on Foreign Relations found in a 2011 report that this thread has played out repeatedly in homegrown Islamic terrorists as diverse as Anwar al-Awlaki, Faisal Shahzad and Jose Padilla.

Another reality is that many Muslim Brotherhood, Salafist and Wahhabist clerics who control Islamic religious institutions in the Muslim world as well as the West have openly rationalized "martyrdom operations" or "legitimate resistance" to justify terrorism. This has particularly been true with regard to terror attacks against Israel and the United States.

"I encourage the Palestinians toÂ¢Â€Â¦ if only I along with my brothers  my friends  and all the preachers  could go to that sacred land and die there as martyrsÂ¢Â€Â¦. Alas  it was not to be  Nevertheless  I encourage my brothers in Palestine to continue these wonderful Jihadi  martyrdom operations "  Sheikh Muhammad Musa Al- Sharif  assistant professor in the Department of Islamic  Studies  King Abdul Aziz University, said in a Jan. 17 interview with Iqra TV that was translated by the Middle East Media Research InstituteÂ Â (MEMRI).

Another noted example is Sheikh Yusuf Qaradawi, a Qatari-based Egyptian cleric who is touted by American Islamist groups including CAIR as a moderate. Following the 2003 U.S. invasion of Iraq, Qaradawi declared that Muslims who died fighting Americans in the Persian Gulf area would be considered "martyrs given their good intentions since they consider these invading troops an enemy within their territories but without their will."

Qaradawi republished a fatwa on his website on earlier this month, originally written May 7, 2001 urging Muslims to engage in a jihad against their enemies.

"There is no doubt that the Muslim is enjoined to wage jihad on the enemies of his religion and his homeland," Qaradawi wrote. "The Muslim does not take the infidel as a friend, and the pious does not take as a friend the impious, for if he takes him as a friend, it is evidence of a lack of faith, or the disappearance of his conversion to Islam, God forbid, for it is a kind of apostasy, and a type of defection from Islam. The Muslim if he cannot wage Jihad on his enemies with the sword, should then at least wage jihad on them by boycott."

The unwillingness to recognize religion's role in these attacks by many in the media stems from a false belief that Muslims are victims in need of defense leads to a moral equivalency, according to Zuhdi Jasser, founder and president of the American Islamic Forum for Democracy.

Jasser argues that the white supremacist narrative following the bombing stems from anÂ Â acceptance by many liberals of the paranoid American Islamist narrative that Muslims are the victims of an imaginary plot to subjugate Islam.Â Â Many liberals in the media have also bought into the idea that the Muslim terrorists arrested since and Islamic charities closed by the government as fronts for terrorist groups in the wake of 9/11 were framed by the government. Another false belief is that Muslims have been the predominant victims of religiously motivated hate crimes since 9/11.

Hate crimes against Muslims have fallen dramatically since 2001, when Muslims accounted for 26.3 percent of all hate crimes targeting religion. In 2011, that number stood at 13.3 percent, according to FBI statistics. By contrast, the same statistics show that hate crimes against Jews accounted for 57 percent of all religiously motivated hate crimes in 2001 and 62 percent in 2011.

Jasser argues that politics feeds the white supremacist narrative and jihad denial of many media figures.

"This is part of a growing meme of thou shalt not be critical of minorities," Jasser said. "Those who refuse to acknowledge that while not all Muslims are Islamists, all Islamists are Muslim are in denial. That denial can be manifested many ways in order to deflect debate and genuine critique or reform."

Jasser charges that accusations from media figures fuel Islamist efforts to sow alienation and hatred of the West. That makes young Muslims susceptible to al-Qaida's message, as the Tsarnaev case shows.

URL
(Printing)     https://www.investigativeproject.org/4033/media-analysis-dodge-jihad-connection-in-boston

| | |
|---|---|
| Date of Intel | 09-17-2009 |
| Title | Investigative Project on Terrorism: Al-Qaradawi Center for "Moderation" |
| Notes | |

In an amazing bit of irony, a Qatari government fund is creating the Al-Qaradawi Centre for Islamic Moderation and Renewal, named after leading Sunni scholar and self-proclaimed "Mufti of martyrdom operations" Yousef Al-Qaradawi. Its director claims that the center will direct its "moderation" towards "politicians and economists," train imams, and show the "huge difference between terrorism and jihad."



Yet all of these stated goals directly contradict Al-Qaradawi's statements in support of terrorism, his desire to overthrow capitalism, and his position as a leading member of the Muslim Brotherhood.

Director Hasan Khalifa is a professor of Comparative Religion at Cairo University and a great admirer of Al-Qaradawi. He stated that the organization "would direct its works at politicians and economists to help them promote moderation in their respective areas."

In the realm of politics, there are numerous examples of Al-Qaradawi's "moderation." He has openly demanded the killing of American troops in Iraq and erased the "heroic deeds" from "Hamas, Jihad, Al-Aqsa Brigades, and others." Reports by prominent London newspaper Al-Sharq Al-Awsat, repeated Israeli claims that Al-Qaradawi was funding "the heart of Hamas," the Al-Islam Charity, through his Welfare Coalition. He has also pledged to fight the United States if it attacked Iran, stating:

"When America threatened it [Iran]. I said I am against America. Iran has the right to possess peaceful nuclear power, and if America fights it, we would stand up against it [America]."

To top it all off, Al-Qaradawi has proclaimed himself the "Mufti of martyrdom operations" and stated:

"I have been affiliated with a group considered by Zionists as their first enemy; it is the Muslim Brotherhood that has provided and still provides martyrs for the cause of Palestine."

Al-Qaradawi is known for advocating the overthrow of Western capitalism. While sitting together with Hamas leader Khalid Mishal in a public meeting of the Al-Quds International institution, an organization in which the two of them are both board members, Al-Qaradawi stressed:

"We have our own economic philosophy and system which others do not have. The collapse of the capitalist system, which is based on usury and securities rather than commodities in markets, shows us that it is undergoing a crisis and that our integrated Islamic philosophy, if properly understood and applied, can replace Western capitalism."

The center claims that it will "also publish and translate books about moderation so as to reach out to Western readers." Perhaps they will also disseminate Al-Qaradawi's Priorities of the Islamic Movement in the Coming Phase, which advocates violent jihad and supports nearly all of the Mujahideen movements affiliated with Al-Qaeda. In this book, Al-Qaradawi has stated:

"The Islamic Movement should consider itself at the  beck and call of every Islamic Cause and respond to every cry for help wherever that cry may come from. It should stand with Eritrea in its jihad against the unjust Marxist Christian regimeÂ¢Â€Â¦ It should stand by Sudan against the treacherous Christian racist rebellionÂ¢Â€Â¦ It should support the Muslims of Philippines against the biased Christian regimeÂ¢Â€Â¦ It should also help the Muslims of Kashmir in their struggleÂ¢Â€Â¦ [against] Indian imperialism which Â¢Â€Â¦ is trying to turn it into a base of conspiracy against Pakistan and the whole Muslim world as a whole... Hamas is an embodiment of the Palestinian people's belief in its Muslim and Arab origins, and a testimony that the people are still alive and will never die and that jihad will be carried on by pure hands and clean hearts until victory is achieved with the Will of Allah."

Another goal of the center is to train preachers and imams "because they have more close contact with the masses and can spread moderation to them." Al-Qaradawi's "moderation" includes his views on how to achieve victory over the Jews, in which he stated:

"When I was asked why we did not achieve victory over the Jews and why the Jews' state was established, I said because they entered the battle as Jews and we did not enter it as MuslimsÂ¢Â€Â¦ In fact, we have stripped the battle of any religious meaning. Therefore, we will never achieve victory except by religion and faith. This is a religious nation. It has religious roots. If you advocate to it socialism, nationalism, democracy, or any such thing, it will not affect it. However, if you say there is no God but Allah and Allahu Akbar, raise the Koran in front of this nation, and say O winds of paradise blow and O Allah's Brigades set out, you will find the entire nation behind youÂ¢Â€Â¦ they [the Arabs] will never get anything except by resistance. Resistance is our support in front of our enemy. Our enemy will not give us anything free or do us a favor. Independence and freedom are not given or granted to people. They tree of freedom is watered by blood."

Al-Qaradawi "has always been calling for acceptance of others, 'whether they are Muslims or not,'" said Center director Hasan Khalifa. Al-Qaradawi expressed such views in the following quote, from Priorities of the Islamic Movement in the Coming Phase:

"It is not right, in my view, that Christianity should monopolize all these [Western] countries unrivalled, or rivaled by Zionist Judaism that only joins forces with it against us. This is what I told our brothers in America, Canada, Australia, and other countries many years ago."

Perhaps, the statement to which he was referring was his 1995 speech at the MAYA conference in Toledo, Ohio, where he stated:

"Conquest through Da'wa [proselytizing], that is what we hope for. We will conquer Europe, we will conquer America! Not through sword but through Da'wa."

With all of his radical statements and hate speech, it is unbelievable that the Qatari Emir and Queen would sponsor a foundation in the name of Al-Qaradawi. This is especially worrisome, as the center is a part of its Western-oriented Education City, an effort to reach out to non-Muslim students. If these are the voices of a moderate Islam, which "are trying to fight extremism," what is left for the extremists?

For more information about Al-Qaradawi, please see the IPT's profile of him here.

**URL**
**(Printing)**     https://www.investigativeproject.org/1420/al-qaradawi-center-for-moderation

| | |
|---|---|
| Date of Intel | 03-02-2010 |
| Title | Investigative Project on Terrorism: CAIR's Ayloush Dupes MSU Audience |
| Notes | |

Take a Los Angeles based director of a national Islamist organization and put him before about 50 people on a Montana university campus, and you'd hopefully get an enlightening and candid talk about his faith, his organization and the struggle against radicals.

Instead, Hussam Ayloush, Executive Director for the Council on American-Islamic Relations (CAIR) Los Angeles chapter, brought the heavy spin during two sessions on the topic of "Islam in America" last week at Montana State University.

The daylong conference, hosted by the Muslim Student Association and the University's Diversity Awareness Office, was designed to provide an overview of the basic principles of Islam. Rather than discuss the tenets of the faith, or point out where the vast majority of Muslims reject the interpretations of extremists, Ayloush's presentation misstated several key facts about the Islamic community's genuine struggle with terror.



While speaking on Muslims' views of terrorism, Ayloush claimed:

"The reality is, I don't know, I cannot think of one Muslim scholar that I know of, that I have ever heard of, who has actually condoned terrorism. I can come up with a list of actually every head of Islamic department, Islamic religious authority, in every Muslim country in the world that has actually strongly condemned unequivocally 9/11 attacks, the terrorism attacks, the beheadings that we watched in Iraq. There is no debate actually within the Muslim world. There is no scholar that says otherwise."

This is misleading at best. It ignores statements made by the prominent Muslim Brotherhood theologian, Yusuf al-Qaradawi, who has endorsed suicide bombings, including condoning the killing of American troops in Iraq. Leading Shiite scholar and Iranian supreme leader, Ayatollah Ali Khameini, and Sheikh Muhammad Sayyed Tantawi, the top Egyptian cleric of AIA, A Azhar University, have both issued calls of support for "martyrdom operations."

In April of 2001 Qaradawi also told the Qatari newspaper *AlRaya* suicide bombings "are not suicide operations." Instead, he said:

"these are heroic martyrdom operations, and the heroes who carry them out don't embark on this action out of hopelessness and despair but are driven by an overwhelming desire to cast terror and fear into the hearts of the oppressors."

Qaradawi reaffirmed his support for suicide bombings just weeks ago on *BBC Arabic* saying that he "supported martyrdom operations" and that Palestinians are "forced to turn themselves into human bombs, in order to defend their land, their honor, and their homeland."

Ayloush can't plead ignorance here. He cited Qaradawi's views on *zakat* [alms giving] during a 2002 CAIR Fundraiser and even appeared with the Muslim leader side by side in a photo on CAIR California's webpage in 2001

The California CAIR representative also ignored endorsements of terrorism from other high-level Islamic scholars, such as Sheikh Faysal Mawlawi, who in a 2003 post on an *Islam Online* forum, wrote that "we are allowed to kill every Israeli until they stop this mass killing and paganism. It is *only then that we can stop our attacks on the Israeli civilians*‚Äö‚Ä¢‚Ä¢‚Ä¢" [emphasis added]

Curiously, Ayloush chose not to address allegations surrounding his own organization, CAIR, for supporting the terrorist organization Hamas, a suspicion which now appears to be the focus of a federal grand jury investigation.

He misled his Montana State audience a second time when he described Al Qaeda's popular support:

"Al Qaeda does not exist openly in any Muslim country. They have to hide in some caves in Afghanistan because there is no country that will take them. Because they cannot operate. They are not popular. What people confuse is there is popularity in the grievances they take up."

It may be true that Al Qaeda does not operate "openly," a reality that has as much to do with the long reach of American Predator strikes as anything else. Ayloush's statement, however, minimized surprisingly deep support and power in some countries.

In Somalia, the Islamist terror group ai-Shabaab recently pledged allegiance to Al Qaeda. Al-Shabaab controls wide plots of land in the southern part of Somalia. In Yemen and Pakistan, militants and civilians who remain sympathetic to the al Qaeda ambitions provide shelter for the group.

According to a recent Pew poll, 51 percent of those polled ir the Palestinian territories said that they have "confidence in Osama bin Laden." In Indonesia, home to the world's largest Muslim population, 24% of the population said that they had confidence in the Al Qaeda leader.

A 2007 Pew study of Muslim-American attitudes found that 7 percent of U.S. Muslims between the ages of 18-29 said that they have a "favorable" view of al Qaeda. Among the relatively large, young American Muslim population, that translates to tens of thousands of American youth who have some sympathy to Al Qaeda. The title of the survey's finding here is "Young Muslims: More Observant, More Radical."

After five college students disappeared in December and turned up in Pakistan hoping to join the jihad against American troops, Ayloush's bosses at CAIR national announced a recognition that they need to acknowledge and confront radicalism in their own

community and "deal with it effectively." Pretending it doesn't exist, or that it lacks support, as Ayloush did before an interfaith audience, challenges the depth of that commitment.

**URL (Printing)**  https://www.investigativeproject.org/1822/cairs-ayloush-dupes-msu-audience

Date of
Intel         05-17-2010

Title         Investigative Project on Terrorism: CAIR's Emerging News Network

Notes

Imagine the reaction if a newspaper hired a former
National Rifle Association employee to cover a gun
control referendum. Or if a former Goldman Sachs
trader was offered by a television network as an
objective journalist on financial reform.

Even those who agreed with the journalist's point of
view would have to acknowledge the appearance of a
conflict of interest.

Something similar may be happening when it comes
to the Council on American-Islamic Relations (CAIR), a
group federal law enforcement views with suspicion
at best. In three separate instances in less than a
month, reporters working for national news
organizations have written stories compatible with
CAIR's agenda without acknowledging their personal
histories with the group. In two of the three cases, the
reporter had been a full-fledged CAIR employee. In
the third, the reporter had received a CAIR
scholarship while a student.

Whether the cases are a matter of coincidence, they
fit with an ambition outlined by CAIR co-founder and
executive director Nihad Awad. During the 2005
Islamic Society of North America (ISNA) conference, Awad described the significance of getting more Muslims into mainstream
journalism jobs (Hear it here):

"Second, to fix our image in the media over the next ten years, and to turn it, we have to invest in journalism. Today we
have about between 50, in my estimate, and 100 Muslim journalists nationwide. In the next ten years, we have to
encourage young Muslims to pursue the field of journalism and film making. And every major center in the country has to
give a scholarship for one student. Ten years from now we will have 1,000 Muslim journalists and filmmakers. And this
will be trusted in shaping the right image about the Muslim community, Muslim Americans and Islam."

News organizations rightly value a diversity in hiring, believing that newsrooms should reflect the communities they cover. Muslim
reporters are a part of that diversity. But conflicts of interest remain a legitimate concern, too. If a journalist previously benefited
financially from an organization, should he or she cover stories related to it?

In the three recent examples, the news outlet either didn't know about the connection or didn't find it significant enough to re-assign
the story or disclose the connection.

1. Sharaf Mowjood was a government relations manager at CAIR's Los Angeles chapter before getting work with ABC News. Among his
assignments with ABC, Mowjood co-authored a story on the FBI shooting of a Detroit imam as agents moved in to arrest him. CAIR,
which has been ginning up allegations about the shooting for months, obtained autopsy photos and released some to the media. The
ABC story quoted CAIR-Michigan executive director Dawud Walid rebutting FBI claims that Abdullah was dangerous. According to a
criminal complaint, Abdullah preached violent jihad and vowed not to be taken peacefully if police ever came for him.

Four co-defendants with Abdullah were arrested without injury after complying with agents' orders to surrender. Abdullah fired his
weapon first. FBI officials say drawing return fire. The same day the ABC story came out, Detroit News reported Abdullah had a
previous, violent encounter with a police officer following a 1980 traffic stop.

2. The Global Muslim Brotherhood Daily Report (GMBDR) website reported that the Associated Press assigned former CAIR-Canada
spokeswoman Hadeel Al-Shalchi to cover a labor dispute at the Qatari-based website Islamonline. The GMBDR website described
Islamonline as "the most prominent voice of the global Muslim Brotherhood," but said Al-Shalchi's story cast the Brotherhood as
moderate and Brotherhood spiritual leader and Islamonline 'ounder Youssef al-Qaradawi as a 'relative moderate." The Brotherhood's
ideology envisions the spread of Islamic law throughout the world. Qaradawi has issued fatwas sanctioning attacks against U.S. troops
in Iraq and against Israeli civilians. In 2009, he said Hitler punished Jews "for their corruption" and predicted the next time it happened
would be "at the hands of the believers."

3. In the most recent example, Los Angeles Times reporter Raja Abdulrahim included CAIR in a story about the fine line Muslim
organizations walk in taking on extremism without "pandering to outsiders who equate Muslims with extremism."

Abdulrahim's college education was helped by a $5,000 CAIR scholarship awarded in 2003, a CAIR-California newsletter shows. As a
student, she wrote several guest columns and letters to the student newspaper that were harshly critical of Israel or of U.S. policy after
9/11. In one, Abdulrahim rebutted another student who had been critical of terrorist groups. She felt the student:

"erroneously refers to Hamas and Hizbollah as 'fundamentalist' and 'terror organizations' that have 'murdered innocent
Israeli civilians.' It is time we see this conflict for what it really is A¢Â€" present day Imperialism. These Palestinians are
not 'terrorizing' Israelis, they are just defending their land and lives."

Such sentiments are well in line with CAIR's ideology. In the 2006 war between Israel and Hizballah, and the 2008-09 Gaza war with
Hamas, CAIR ignored terrorist rocket fire on Israeli cities but demanded that the U.S. stop Israeli responses. While it claims to oppose
violence against civilians, CAIR officials routinely dodge challenges to condemn terrorist groups like Hamas and Hizballah by name.

Like other Washington-based political groups, CAIR places great emphasis on media relations. It offers guidelines for letter-writing
campaigns to local newspapers, coaching sessions for its chapter officials, and sessions at conferences devoted to getting its message
out. Here's an assessment of a typical reporter from a Power?oint presentation prepared by CAIR spokesman Ibrahim Hooper:



On this, CAIR seems to be onto something. Its officials routinely are quoted in daily newspapers and on television about grievances it has, or about issues related to American Muslims. But those news outlets rarely, if ever, inform their audiences of CAIR's questionable history in a Hamas-support network. Those roots are well documented in court records available on the Internet and in the assessment of high ranking federal officials. Perhaps, due to "extreme deadline pressure," reporters don't mind being spoon-fed the message and even the sources to tell their stories.

Federal prosecutors cast CAIR as "a participant in an ongoing and ultimately unlawful conspiracy to support a designated terrorist organization, a conspiracy from which CAIR never withdrew." A year ago, an FBI congressional liaison wrote that the Bureau would not engage in routine communication with CAIR "until we can resolve whether there continues to be a connection between CAIR or its executives and HAMAS."

CAIR appears to be the target of a federal grand jury in Washington, D.C., but that has not been widely reported.

We emphasize these statements from federal law enforcement officials because of their sources and because CAIR never really has addressed the evidence that generated them. That includes the presence of two CAIR founders on a telephone list for a U.S-based Hamas-support network and the inclusion of CAIR among the network's arms.

Plenty of people may look at the same documents linking CAIR to Hamas support and not see an issue. Fine. But they can't reach that conclusion if their news outlets never inform them.

Perhaps that has to do with the third point in the graphic above. In addition to fearing charges of inaccuracy, reporters abhor accusations of bias. CAIR, in perpetuating its claim as the voice of all Muslim Americans, has a history of labeling critics of the organization as "Islamophobes."

Ultimately, journalism is supposed to be an exercise in pursuit of the truth, of skepticism that challenges people to back up their claims and defend their statements and actions. CAIR already enjoys sympathetic media coverage. Stacking the deck with reporters tied to the organization makes it much more difficult for CAIR to be held to the same standard as other political organizations.

But then again, isn't that the point?

URL
(Printing)   https://www.investigativeproject.org/1958/cairs-emerging-news-network

Date of     08-26-2010
Intel

Title     Investigative Project on Terrorism: The Tangled Web of the GZM Imam's Organizations Raises Questions

Notes
The backers of the Ground Zero Mosque have virtually no money, one of the group's leaders says, and plan to create another nonprofit organization that would further comolicate the already labyrinthine financial network surrounding the project.

Daisy Khan, one of the leaders of the project, told supporters over the weekend that the mosque's organizers have "nothing in the bank" for their effort Khan said there is no money and that she doesn't know of anything that has been raised.

Tracing the money going to the two nonprofit groups led by Khan and her husband and partner in the mosque project, Imam Feisal Abdul Rauf, requires a world map.

Federal tax records show Rauf and Khan direct the two groups supporting the mosque project A¢A¢A¯ the Cordoba Initiative and the American Society for Muslim Advancement (ASMA). Those two organizations, along with Soho Properties, which owns the site of the proposed mosque and community center, are coordinating the project.



However, federal tax records show the Cordoba Initiative has not listed contributions from at least two charitable foundations that have supported its activities. In another case, a foundation gave money to Cordoba's sister group, the American Society for Muslim Advancement (ASMA), that was supposed to go to Cordoba; that money was also not listed in Cordoba's tax records.

Cordoba has failed to list almost $100,000 in charitable donations since 2007, federal tax records show.

Between 2006 and 2008, Cordoba's charitable tax filings with the IRS show a total of $31,668 in gross receipts. However, tax filings from two charities that have donated to Cordoba or ASMA show more than $130,000 to donations to Cordoba during that time.

They include:

- $98,000 from 2006 through 2008 from the Deak Family Foundation, a Rye, N.Y.-based nonprofit organization.
- $32,000 from the William and Mary Greve Foundation of New York in 2007.
- The Greve foundation also gave ASMA $25,000 in 2008 "to support Cordoba Initiative in improving Muslim-West relations." There is no record in the Cordoba Initiative's tax filings that shows it received $25,000 from ASMA. Greve foundation officials did not respond to requests for comment.

The Deak foundation's contributions to Cordoba were routed through ASMA, the religious organization Rauf founded in 1997 as the American Sufi Muslim Association, said R. Leslie Deak, the foundation's director. The Deak foundation has also given more than $100,000 between 2006 and 2008 to the National DefenseUniversity Foundation. That group supports activities at the National Defense University, a Pentagon think tank in Washington.

However  Cordoba's tax filings between 2005 and 2008 show no contributions from A MA

The missing donations are troubling, said Bob Blitzer, a former FBI counterterrorism chief now in private business. "Obviously, they're not running things very well," Blitzer said. "It's the whole issue of the money is really bothering the public. Does he have the money?"

Blitzer said the missing money could be due to theft, embezzlement or sloppy bookkeeping. "They're really open for somebody who, particularly the government since they're filing as a nontaxable institution, could look into why the money is missing," he said.

As a religious organization, ASMA is exempt from filing the same federal tax forms as Cordoba. That means it is not required to name its donors, or reveal how much it receives in donations or how it spends its money in federal tax documents.

The church status for ASMA comes from the group's original 1997 filing with the IRS. ASMA was originally created as the American Sufi Muslim Organization and stated on its federal application it would provide "facilities for the local Muslim community in offering five time daily prayers" and other religious functions. As a result, the group was granted church status and was exempted from filing the traditional tax forms and financial disclosures associated with other charities.

The group changed its name from the American Sufi Muslim Association to the American Society for Muslim Advancement (ASMA) in 2006, New York state corporation records show. Its current web site mentions nothing about the group hosting prayer services. Instead, it cites five key parts of its mission, to educate, incubate, advocate, organize and mobilize on behalf of Islam.

Their church status, former FBI counter terrorist chief Blitzer said, could also be subject to an investigation. "The bigger issue is, if they got tax exempt status as a church and they're now not having services, how can they maintain their status for any length of time?" Blitzer said.

A financial statement found on ASMA's web site for the fisca year ending June 30, 2009, also does not mention religious services as one of the group's functions. The statement says ASMA is "a non profit intermediary organization established in 1997 and dedicated to reshaping the discourse about Islam."

The same financial statement lists Cordoba as a "related party." The statement says Cordoba is a separate corporation that will "work with ASMA as a sister organization sharing the same infrastructure, space, utilities, vendor services and co-sponsorship of programs to remain fiscally lean and keep operational costs low for both."

The statement, however, does not show that ASMA sent anymoney to Cordoba between July 1, 2008, and June 30, 2009.

During that time, ASMA reported receiving $1,382,194 in grants, the financial statement shows. Donors included the United Nations Population Fund, $53,664; the Dutch government's MDG3 Fund, $481,942; the Hunt Alternatives Fund, $15,000; the Carnegie Corp. of New York, $122,000; the Rockefeller Brothers Fund, $50,000; and the Qatar government fund, $576,312.

There are no available records for anything called the Qatar government fund, although the oil-rich Persian Gulf nation has a sovereign wealth fund known as the Qatar Investment Authority.

At various times this year, Rauf has said he plans to solicit donations for the $100 million mosque and community center project from overseas sources, although he has not named any donors. One possible source could be Malaysia, where Cordoba has an office, according to a 2009 New York corporate filing.

In an interview earlier this year, however, Khan said there is no connection between the two offices that share the same name. "I don't know what the status of that organization is," Khan told investigative reporter Claudia Rosett of Forbes magazine on Aug. 11. Yet Khan is named as a Cordoba official in the 2004 tax form that includes the reference to the Malaysian official. Khan is also listed as a Cordoba director in its 2008 tax filing, which is the latest on record.

Imam Rauf was also listed as a participant in several meetings of the Malaysia-based Perdana Global Peace Organisation, according to the group's web site. Perdana is led by former Malaysian Prime Minister Mahathir Mohamad.

Mohamad was prime minister from 1981 to 2003. Shortly before he left office, he told a gathering at the Organization of the Islamic Conference that Jews rule the world by proxy. Mohamad said he was not anti-Semitic but opposed "Jews who kill Muslims" and "the Jews who support the killers of Muslims."

Creating a new nonprofit group to handle the finances for the mosque profit means that outsiders looking to monitor the group's finances would have to wait until 2012, according to guidelines for nonprofits posted on Guidestar.org. That site tracks nonprofit groups and their finances.

It takes an average of two months for the IRS to rule on a group's nonprofit filing, Guidestar says. So, if the group filed immediately, it could receive tax-exempt status in late October. IRS regulations require all nonprofits to file their tax forms within five months after the end of their fiscal year. That would push disclosure of the mosque group's finances to March 2012 at the earliest.

Until then, however, questions about Rauf and Khan's finances remain. "When you see this kind of activity, it makes you pause," Blitzer said.

**URL**
**(Printing)**   https://www.investigativeproject.org/2134/the-tangled-web-of-the-gzm-imams-organizations

Date of
Intel          09-17-2010

Title          Investigative Project on Terrorism: Convoy Still Rolls As Aid Fows

Notes

The fourth convoy organized by a former British
parliamentarian to aid the Hamas-controlled
government in Gaza is scheduled to begin Saturday
from London, Morocco and Qatar, again raising
tensions over potential clashes with Israeli and
Egyptian officials enforcing a blockade on Gaza.



This attempt to "bring humanitarian aid to the
Palestinian people in the Gaza Strip" comes amid
growing evidence that past aid ventures have been
diverted to support Hamas military efforts. And it
comes despite Israel's decision to greatly reduce the
list of materials banned from entering Gaza. Even
under the old blockade restrictions, a top United
Nations official challenged the fundamental premise
driving relief efforts.

"There is no humanitarian problem in Gaza," United
Nations Middle East envoy Robert Serry said earlier
this year.

The convoy is spearheaded by Viva Palestina (VP), a
group headed by former British MP George Galloway
which has already sent three convoys to Gaza and
delivered millions of dollars to the Hamas government
there.

In addition to the convoy, dubbed "Viva Palestina 5 Â¢Â€Â" a global lifeline to Gaza," VP is supporting an international flotilla, with contingents from the U.S., Canada, Europe, India, South Africa and other countries in the Middle East. It plans to arrive in Gaza at the same time as the VP land convoys, in early October.

VP claims it will bring "medical equipment, educational supplies and the wherewithal to rebuild a destroyed mosque, a school for orphans and to construct a maternity facility in Beit Hanoun in northern Gaza." The group stated "we will be taking Aid to Gaza that has been specified by the organisations within Gaza as being required."

VP also has a campaign to purchase "cement" to "Help Gaza Rebuild," an item that is only allowed to enter Gaza for projects authorized by the Palestinian Authority (PA) and "implemented and monitored by the international community." Israel notes that cement can be used for Hamas military purposes, such as building bunkers and digging tunnels. In the past, VP has not worked with the PA or the international community, but directly with the Hamas government and organizations in Gaza.

The VP convoy is comprised of activists from the US, the UK, Ireland, Australia, New Zealand, Malaysia, Canada, Italy and other countries. It will travel through France, Italy, Greece, Turkey, Syria and Egypt, from where it plans to enter Gaza. In Syria, the convoy will be joined by dozens of trucks coming from the Arab Gulf and Jordan, organized by the Islamist Jordanian Lifeline Committee and the Kuwaiti Popular Committee to Break the Siege. When the third VP convoy stopped in Syria in December, 2009, it was greeted by Usama Hamdan, a Hamas representative from Lebanon and a Special Designated Global Terrorist (SDGT), as well as by Musa Abu Marzook, a Syrian Hamas leader, and also an SDGT.

The international flotilla is headed by IHH, the Free Gaza Movement (FGM) and the European Campaign to End the siege of Gaza, the same organizations that led the May flotilla effort, with other groups. Plans for the current flotilla began as early as June, when IHH held a press conference at the European Parliament in Strasbourg. Some leaders of the upcoming flotilla are in contact with Hamas, according to the Meir Amit Intelligence and Terrorism Information Center based in Israel.

Unlike the last flotilla, Freedom Flotilla 2 will be joined by a larger and more organized U.S. contingent:

The California-based Free Palestine Movement (FPM) is an offshoot of FGM, and claims to be "a human rights organization," although its actions and plans contradict this statement. FPM had a small delegation, including Ambassador Edward Peck and Paul Larudee, which participated in the first flotilla. Iranian-born Paul Larudee, co-founder of the Free Gaza Movement and the founder of The Free Palestine Movement, said that the organization will participate in the upcoming flotilla and that the organization also plans to send an airplane to Gaza in 2011.

He also praised the passengers on the Mavi Marmara ship who violently attacked Israeli commandos as they tried to board, writing that "I admire them for doing so; they knew that Israel has a reputation for disproportionate response."

The Free Palestine Movement's website states that shortly after the May flotilla the organization "was called to a meeting in Beirut of more than twenty organizations committed to new efforts to break the siege." FPM has since held a number of fundraising events for the upcoming flotilla and its other plans related to undermining srael.

Another group, The U.S. Boat to Gaza campaign, is raising funds to join the upcoming flotilla. Its website states that "Gaza is essentially an open-air prison under a U.S.-backed Israeli blockade" and "We must join with others from across the world to support an end to the collective punishment of 1.5 million Palestinians in Gaza." It is endorsed by dozens of organizations, including FGM, the Muslim Students Association West (MSA-West) and the radical Adalah-NY group. U.S. Boat to Gaza, too, has held a number of events to raise its goal of $370,000.

The previous flotilla and VP's last convoy each ended in violence. Nine passengers were killed on the Mavi Marmara. Videotapes and other evidence show a number of passengers expressed a desire for "martyrdom" before the confrontation and investigations show the violence had been planned.

Likewise, in January, participants of the third Viva Palestina convoy clashed with Egyptian riot police, resulting in the death of one Egyptian soldier. Galloway was also declared persona non grata by the Egyptian Ministry, barring him from entering the country again.

Galloway recently implored Egyptian President Mubarak to allow him and the convoy to enter Gaza via the El-Arish port, stating, "I don't want any dispute with Egypt which Israel might exploit to its interests. I say to Mubarak from Algeria, please let us pass through."

**Viva Palestina and IHH**

In its latest convoy, Viva Palestina once again joins forces with IHH, the Turkish organization that sponsored the Mavi Marmara ship of the May 31st flotilla, and deliberately orchestrated the violent confrontation with Israel in the Mediterranean Sea. VP partnered with IHH during its third convoy that arrived in Gaza in January.

IHH's ties to Hamas have been confirmed by the U.S. government, and the group is under investigation for a potential designation by the State Department. As IPT previously reported, IHH assisted al-Qaida in the 1990s, and currently openly supports and transfers money to Hamas. IHH is also a member of the Union of the Good, a group designated by the U.S. State Department in 2008 for its support for Hamas.

In June, *The New York Times* reported that Mehmet Kaya, who runs the IHH office in Gaza, said, "We only work through Hamas, although we don't limit our aid to its followers." And, "We consider Israel and the United Nations to be the terrorists, not Hamas."

Galloway's support for IHH continue unabated. But he famously announced that his goal is not humanitarian, but political, to support the Hamas government in Gaza.

At a June 5th protest outside of the Israeli embassy in London, where flags of Turkey and Hizballah waved, Galloway announced that he flew to Turkey to attend "the funerals of the martyrs" who died on the Mavi Marmara. Galloway's respect for the nine killed, seven of whom declared their desire to die as *shaheeds* during their mission to fight Israel, echoes the words of IHH head, Bulent Yildirim. Yildirim called them "brave, freedom fighters, who sacrificed everything they had for the sake of the cause," in a speech he recently delivered to activists who were on the Mavi Marmara.

Yildirim was on the ship, too, and prepared the IHH operatives to engage the Israeli Defense Forces (IDF) violently. He ordered the operatives to "form a human chain and throw the IDF soldiers back into the sea using chairs and iron bars" if they managed to board the ship.

Yildirim and IHH do not hide their support for Hamas. Yildirim gave a speech at a Hamas rally in Gaza in February 2009, stating, "From here, I call upon all the leaders of the Islamic world, and upon all the peoplesÂ¢Â€Â¦Anyone who does not stand alongside Palestine Â¢Â€Â" his throne will be toppled," and "What can the enemy do to me? I carry Paradise in my heart. If they deport me Â¢Â€Â" it would be a trip. If they imprison me Â¢Â€Â" I will be able to spend some time alone. If they kill me Â¢Â€Â" that is martyrdom for the sake of Allah. Allah Akbar."

IHH's website contains reports of Hamas officials' visits to Turkey and meetings with IHH officials. At one joint press conference held with IHH, senior Hamas spokesman Sami Abu Zuhri said, "Resistance will continue until entire Palestine has been recovered and a Palestinian state is established."

Given the track record of Viva Palestina and IHH, both of the upcoming land and sea missions may result in violence. In fact, Israel has been diligently preparing for such an encounter.

**URL (Printing)** https://www.investigativeproject.org/2188/convoy-still-rolls-as-aid-flows

**Date of Intel**   09-24-2010

**Title**   Investigative Project on Terrorism: GZM Imam's Malaysia Connections

**Notes**

Ground Zero Mosque leader Feisal Abdul Rauf has maintained a long relationship with former Malaysian Prime Minister Mahathir Mohamad, including taking Mohamad's advice on getting Malaysia more involved in the Middle East peace process, long after Mohamad's anti-Semitic and anti-American statements were widely known.

That includes a three-year association with Mohamad's Perdana Global Peace Organization, which kicked off a December 2005 conference with Mohamad saying the United States invaded Iraq in 2003 because it "it was about getting at the wealth of a country rich in oil" and implying a U.S. role in the assassination of Lebanese Prime Minister Rafik Hariri.

While Rauf now says he only attended Perdana's December 2005 conference, the organizations' web site lined him just below Mohamad from 2005 to 2008. During that time, Perdana's website shows Mohamad met with activists who believed the 9/11 attacks were set up by the U.S. government and conducted more conferences in which he "congratulated" Iraqi insurgents for killing U.S. soldiers.



Mohamad, one of Rauf's advisers on world peace, implied the United States played a role in the 2005 assassination of former Lebanese Prime Minister Rafik Hariri after the U.S. government passed a law in 2003 calling for sanctions against Syria. "Fortuitously, Rafik Hariri of Lebanon was assassinated and Syria is implicated," Mohamad said. "Whether the findings are factual or not is irrelevant. I am not being cynical but remembering the lies about Iraq, I cannot help but wonder."

Rauf, the leader of the Ground Zero Mosque effort, has worked for years with Mohamad, records show. Those ties came long after Mohamad earned a reputation for making anti-Semitic comments. For example:

- The Perdana Global Peace Organization. Rauf attended this group's inaugural December 2005 conference and signed a document that included a call to have any killings in war subject to an "international law of crimes." He was also listed as the No 2 person on the group's roster between 2005 and 2008. Rauf, however, has said he has had nothing to do with Perdana since December 2005. He did not attend a 2007 conference in which Mohamad "congratulated" Iraqi insurgents for killing U.S. soldiers, but his name was still listed on Perdana's website.
- The Cordoba Initiative, the nonprofit organization that Rauf says is going to build the mosque, has long had a Malaysian office. In August, however, investigative reporter Claudia Rosett reported in Forbes that Cordoba had removed the Malaysian office from its website. A 2009 newspaper report says Cordoba is funded by the Malaysian government.
- The two organizations Rauf created ‐ Cordoba and the American Society for Muslim Advancement ‐ held several conferences in Malaysia with Mohamad or his associates. They included a 2006 conference on Shariah law.

Rauf had at least a three-year association with Mohamad's Perdana group, whose website also features reports of meetings with believers in a 9/11 conspiracy.

From 2005 through 2008, Rauf was listed on the group's website, just below Mohamad's, according to the group's records and website.

Perdana records show that Rauf spoke at the December 2005 Perdana Global Peace Forum and signed the group's "Kuala Lumpur Initiative to Criminalise War" as the second signatory immediately below Perdana leader Mohamad. Also attending that forum were George Galloway and Yvonne Ridley, two leaders of the group Viva Palestina, which actively supports the Hamas-led government in Gaza. Ridley, a British former journalist, converted to Islam after being kidnapped by the Taliban in Afghanistan in 2001.

During an August 2005 appearance at a Chautauqua Institute conference in New York, Rauf announced that he had just returned from meetings with Mohamad with ideas of how Malaysia could play a larger role in the Middle East peace process. Perhaps, Rauf said, Malaysia could send troops to help patrol the border between Israel and the occupied West Bank and Gaza. Or Malaysia could help train police in Iraq, Rauf told the group.

Rauf, who recently completed a tour of the Middle East sponsored by the State Department, has said little about his association with Perdana and Mohamad. However, in a June interview with Aaron Klein of ABC radio, he denied any association with Perdana after 2005.

"This is not true, that is an absolute lie," Rauf said. "I was invited to a lecture. They had a conference in December 2005, and I was invited there to lecture. That is the extent of my relationship with Perdana."

The Cordoba Initiative's website, in a recently added section, also says Rauf is not a member of Perdana: "Imam Feisal Abdul Rauf has never been a member of this group. Several years ago, Imam Feisal was invited to Malaysia, the most moderate Islamic country in the world, to participate in a Peace Conference sponsored by the Perdana Peace Group. He was one of the hundreds of speakers present. He has no political, advisory or business affiliation of any nature with the Perdana group. A photo of Imam Feisal was taken at the conference, and this has been used to 'prove' his membership in the Perdana Global Peace Organization, but the allegation is false. Because of the controversy surrounding Perdana, we have requested the Perdana Group to remove the photo of him from their publicity."

Neither Rauf nor the Cordoba site explains why he was listed as senior Perdana official for three years on its website or why the group still lists him as a "role player and contributor." There is no evidence that Rauf ever asked to his name removed from the Perdana site or dissented from Mohamad's comments at the December 2005 conference.

Also, the Perdana site listed a February 2006 release about Rauf working to calm the violence caused by the publication of the image of the prophet Mohammed in a Danish newspaper.

Most of the controversial material on the group's website is attributable to comments made by Mohamad, who was Malaysia's prime minister from 1981 to 2003. During his final years in office, Mohamad was dogged by allegations of anti-Semitism. He blamed the 1997 Asian economic crisis on foreign currency traders and a Jewish economic cabal led by financier George Soros.

By 2005, when Rauf joined the Perdana group and met with Mohamad to discuss Middle East peace, Mohamad's reputation for anti-Jewish and anti-Israel comments had long been established. Among the examples:

- In 1986, Mohamad told a conference of world leaders in Zimbabwe that "the expulsion of Jews from the Holy Land 2,000 years ago and the Nazi oppression of the Jews have taught them nothing. If at all, it has transformed the Jews into the very monsters that they condemn so roundly in their propaganda material. They have been apt pupils of the late Dr. Goebbels."
- He defended his government's decision to ban the showing of director Steven Spielberg's film Schindler's List in Malaysia because it somehow maligned the Nazis who perpetrated the Holocaust.
- U.S. politicians, he said in May 2003, "are scared stif of the Jews because anybody who votes against the Jews will lose elections. The Jews in America are supporting the Jews in Israel. Israel and other Jews control the most powerful nation in the world. And that is what I mean [about Jews controlling the world. I stand by that view."

A June 2006 story on the Perdana site highlights a meeting Mohamad had with representatives of a group aiming to start a "real investigation" into the cause of the 9/11 terrorist attacks in New York, Washington and Pennsylvania. The collapse of the World Trade Center towers in New York, the group said, was not caused by the two airliners that crashed into them; instead, the Reopen 911 group said, there is "evidence that the towers came down in a controlled demolition."

Last week, the Investigative Project on Terrorism exposed videos and essays showing a former officer in ASMA, Rauf's organization serves on the board of Muslims for 9/11 Truth and founded a group called the Muslim-Jewish-Christian Alliance for 9/11 Truth. Each argues the attacks were "an inside job."

Cordoba's Shariah project started with a conference in Kuala Lumpur in August 2006. The Cordoba website lists four participants besides Rauf, including Mahmood Ahmad Ghazi, a Pakistani bank official and expert in Shariah finance and Dato' Abdul Hamid Mohamad, a Malaysian Supreme Court judge.

Judge Mohamad was then an appellate court justice for Malaysia. Since then, he became Malaysia's Supreme Court chief justice and serves as a member of the Shariah Advisory Council of Securities Commission Malaysia.

Ghazi is the author of a document posted on the Pakistani Supreme Court's website called "The Role of Judiciary in the Promotion of a Culture of Tolerance." The essay lauds the role of the Supreme Court in Pakistani society, nearly above all other social institutions, but contains anti-Western passages. Ghazi leads his essay by describing the current state of disunity in Islam, caused in large part by Western powers:

> "These difficulties have been further accentuated by the injustices being
> done to the Muslims around the globe. Western powers have adopted
> double standards; one for dealing with Muslims and the other, for
> dealing with non-Muslims. Every such policy further reassures the
> Muslim masses that the present world order has been conceived,
> developed and adopted only to curb and control Muslims and to ensure
> that their ideals and aspirations are frustrated."

In June 2008, Cordoba held a conference in Kuala Lumpur in conjunction with the Institute of Diplomacy and Foreign Relations and Ministry of Foreign Affairs of Malaysia, agencies of the Malaysian government. The conference was titled the Third International Conference on the Muslim World and the West: Bridging the Gap. Malaysian Prime Minister Abdullah Ahmad Badawi officiated and spoke at the conference.

Badawi later visited the ASMA offices in New York in late 2009, according to an email update found on the ASMA website.

In December 2008, Rauf briefed a group of scholars at the offices of the International Institute of Islamic Thought about the findings of the Shariah Project, according to IIIT. The Virginia-based IIIT was founded by Muslim Brotherhood members who helped underwrite a Tampa front that housed four members of the Palestinian Islamic Jihad governing board.

Rauf and his wife Daisy Khan attended another conference in Kuala Lumpur in July 2009, according to links on the website for the conference, the Women's Islamic Initiative in Spirituality and Equity (WISE), which was sponsored by ASMA.

During that conference  Rauf was interviewed by The National  a newspaper published in the United Arab Emirates  That interview focused on the Shariah Index Project, which Rauf announced on the last day of the WISE conference in Kuala Lumpur. The story said the Shariah project had been quietly in the works since 2006 with "behind-the-scenes meetings with scholars, activists and government officials."

Rauf also said, "We have been soliciting the opinion of scholars throughout the Muslim world, asking them what defines an Islamic state, from the point of view of Islamic law." The National noted the Cordoba Initiative has offices in both New York and Kuala Lumpur and "it is funded by the Malaysian government and other sources in both western and Muslim countries."

As IPT reported on August 26, a 2009 financial statement for ASMA showed it received $576,312 from the government of Qatar. ASMA and Cordoba say money for Cordoba often goes through ASMA.

**URL
(Printing)**   https://www.investigativeproject.org/2198/qzm-imams-malaysia-connections

Date of
Intel          11-09-2010

Title          Investigative Project on Terrorism: "Moderate" Qaradawi Defends Hitler and Nuclear Terror

Notes

During the past month, Imam Yusuf al-Qaradawi,
spiritual guide to the Muslim Brotherhood, has called
on Muslims to acquire nuclear weapons "to terrorize
their enemies." He also boycotted an interfaith
meeting with Jews on grounds he believes they
support murdering Muslims in Palestine, and he
additionally said Muslims are permitted to kill Israeli
women because they serve in the army.

This continues Qaradawi's long-established support
of violent jihad. But despite this record, he has been
embraced as a "moderate" Muslim by his defenders
in the West and the Arab world. In a September
interview, former London Mayor Ken Livingstone said
"the fact that Sheikh Qaradawi has been banned
[from Britain] is a disgrace: he is one of the leading
progressive voices in the Muslim world." Livingstone
blamed "a huge smear campaign organized by
Zionists."



In America, John Esposito, a religious scholar who is
close to the Brotherhood, has called Qaradawi a
supporter of a "reformist interpretation of Islam and
its relationship to democracy, pluralism and human
rights." The Council on American-Islamic Relations
(CAIR) and prominent Islamists like Tariq Ramadan, grandson of Muslim Brotherhood founder Hasan al-Banna, have expressed similar
sentiments about Qaradawi.

Barrie Osborne, producer of Hollywood blockbusters like *The Lord of the Rings* and *The Matrix*, has hired Qaradawi as a consultant for a
movie about the Prophet Mohammed. Last month, Qaradawi was given a medal for public service by King Abdullah of Jordan.

Qaradawi has won these awards despite a long record of anti-Semitism and advocating violence against purported enemies of Islam.
Consider the following examples:

- In an interview last month with Al-Jazeera's Arabic-language service, Qaradawi was asked if Muslims should try to get atomic
  weapons "to terrorize their enemies." Qaradawi replied that this goal would be permissible, saying he was "happy" to learn that
  Pakistan had such a nuclear weapon to defend itself. Qaradawi explained that that was the meaning of Koranic verses urging
  Muslims "to terrorize thereby the enemy of God and your enemy."

Support for Iran and Muslim rights to possess nuclear technology have been recurring themes for Qaradawi.

"It is obligatory on all Muslims to resist any possible attack the US might launch against Iran," Qaradawi said in a 2007 interview. "The
U.S. is an enemy of Islam that has already declared war on Isam under the disguise of war on terrorism and provides Israel with unlimited
support."

It was wrong to deny Iran the right to ostensibly peaceful nuclear technology so long as the United States and Israel had nuclear
weapons, he said.

- Last month  Qaradawi boycotted the 8th Doha International Center for Interfaith Dialogue conference in Qatar  saying he
  opposes discourse with Jews on principle.

"How can we conduct a dialogue in a time when they seize lands, shed blood, burn farms, and demolish houses? Palestine's conundrum
has to be resolved first before we sit together at the same table," he said.

A source close to Qaradawi told the Egyptian newspaper *al-Masry al-Youm* that the imam does not oppose talking to Jews because of
their religious affiliation, noting that he has met with representatives of the anti-Zionist Neturai Karta, an organization seen here
attending a Holocaust-denial conference staged by Iranian President Mahmoud Ahmadinejad.

The Neturai Karta are Jews who reject the principles of Zionism and the occupation of Muslim lands, although "the majority of Jews at
present are with the actions of murder in Palestine," the source said in explaining Qaradawi's willingness to talk to the group.

- In a recorded address last month to a Hamas-organized parley in Gaza, Qaradawi said Palestinians must continue violence
  against Israel.

"Arms must not be laid down; he who wants freedom must pay the price. Independence is not given as alms," Qaradawi said.
According to the Arabic-language newspaper *al-Watan*, Qaradawi stated: "We must irrigate [the] tree of freedom with our blood. We
must not leave the Palestinians alone." Every Muslim "must play his part to help our brothers in Palestine until they obtain their rights,"
he said. "Not one inch of the Land of Islam must remain in the grasp of infidels and occupiers."

- In an interview with OnIslam.net last month, Qaradawi blamed "the Zionist media machine" for popular opposition to the
  location of the Ground Zero Mosque. Muslims in the U.S. and abroad also have voiced opposition to the plan.
- Qaradawi's website glorifies violence against Jews and against Palestinians deemed to be supporters of Israel. The front page
  links to a section entitled "Palestine under siege." At the top of the section is an entry from May 2002 showing the body of a
  "Palestinian collaborator with Israel" being dragged through the streets of Hebron. It consists of Koranic verses denouncing
  Muslims who work with "evil Jews" to betray Hamas and other "citizen resistance fighters."
- In a September speech reported by the Arabic language website moheet.com, Qaradawi called jihad an Islamic moral duty and
  said Muslims are permitted to kill Israeli women because they serve in the army. He said the Prophet Mohammad's prohibition
  on killing the innocent did not apply to Israel because it is an invader and aggressor society which only knows how to violate the
  rights of others.
- In a February interview with BBC Arabic, Qaradawi affirmed his support for suicide bombings. "I supported martyrdom
  operations," he said, according to a translation by the Middle East Media Research Institute (MEMRI) . "This is a necessary thing,

as I told them in London. Give the Palestinians tanks, airplanes, and missiles, and they won't carry out martyrdom operations. They are forced to turn themselves into human bombs, in order to defend their land, their honor, and their homeland."

- According to excerpts of a speech that aired on Al-Jazeera in January 2009, Qaradawi called on Muslims to put Jews in "their place" as Hitler had done, in revenge for Israeli military operations in Gaza several weeks earlier. "Throughout history, Allah has imposed upon the [Jews] people who would punish them for their corruption," he said. "The last punishment was carried out by Hitler. By means of all the things he did to them - even though they exaggerated this issue - he managed to put them in their place. This was divine punishment for them. Allah willing, the next time will be at the hands of the believers."

- At a January 2009 "Gaza Victory Rally" in Doha, Qatr, Qaradawi prayed for the opportunity to kill a Jew before his death. "The only thing that I hope for is that as my life approaches its end, Allah will give me an opportunity to go to the land of jihad and resistance, even if in a wheelchair. I will shoot Allah's enemies, the Jews, and they will throw a bomb at me, and thus, I will seal my life with martyrdom. Praise be to Allah."

- In a January 2009 sermon broadcast on Al-Jazeera teevision, Qaradawi said Allah "will not allow these people [Jews] to continue to spread corruption in the land. We wait for the revenge of Allah to descend upon them, and Allah willing, it will be by our own hands: 'Fight them, Allah will torment them by your hands, and bring them to disgrace, and will assist you against them, and will heal the hearts of the believers, and you will still the anger of your hearts.' This is my message to the treacherous Jews." He went to urge Allah not to "spare a single one of them. Oh Allah, count their numbers, and kill them, down to the very last one."

Qaradawi may hold more tolerant views on other issues. But when it comes to terrorism and anti-Semitism, his words and the consistency with which he offers them, speak for themselves.

**URL (Printing)**    https://www.investigativeproject.org/2315/moderate-qaradawi-defends-hitler-and-nuclear

MEF001301

**Date of Intel**  11-28-2010

**Title**  Investigative Project on Terrorism: State Department Docs Shed New Light on Peace Efforts

**Notes**

The Israeli government asked the Palestinian Authority if it would take control of the Gaza Strip in the lead-up to Operation Cast Lead, Hamas will accept a negotiated peace based upon the 1967 borders, although not publicly. And the U.S. government is seeking information on foreign funding of terrorismﾀ�4ﾀ&ﾀ"in particular from Venezuela and Turkey.



All of this is according to leaked State Department documents posted Sunday on the Wikileaks site.

The State reports leaked by Wikileaks shed new light onto the past and ongoing delicate negotiations that the U.S. government has undertaken to reach a peace agreement between Israelis and Palestinians. The classified documents, which span four years and the most recent two American administrations, reveal increasing American and Israeli cooperation with Arab states, a greater focus on isolating Hamas, and the intricacies of intelligence collection against Hamas in the Gaza Strip.

The documents, many of which summarize meetings between government officials and American diplomats and members of Congress, indicate that there is more interest in a two-state solution between Israel and Palestinians than at any time in recent history.

In one report, issued on the heels of the 2007 Annapolis Conference, the head of Egypt's Security Service, Omar Soliman, told the U.S. ambassador to Cairo and a visiting congressional delegation that there was broad-based support for a negotiated peace and the creation of a Palestinian state within one to three years.

Believing that such a peaceful resolution would be a "big blow" to terrorist organizations that use the conflict as a pretext for violence, Soliman enumerated the conditions that would make peace possible: a moderate PA leadership willing to negotiate; an isolated and politically cut-off Hamas; an Israeli government ready for peace; and Arab states ready to see an end to "the struggle."

Hamas boycotted the Annapolis peace negotiations, and protests erupted in both the Gaza Strip and the West Bank. Despite that, Soliman went on to applaud the Bush Administration's efforts at Annapolis. "The bottom line for Hamas is that they must be forced to choose between remaining a resistance movement or joining the political process," Soliman reportedly told U.S. officials. "They cannot have it both ways."

The conference, Soliman reported, gave new hope to the peace process. "We have a short time to reach peace. We need it. We need to wake up in the morning with no news of terrorism, no explosions, and no news of more deaths. We want everyone happy. That is the Egyptian dream."

The conference ultimately failed to achieve the peace settlement that participants had hoped for, but the U.S. continues to pursue it.

During a February 2010 meeting between Emir Hamad bin Khalifa al-Thani of Qatar and U.S. Sen. John Kerry, the Massachusetts Democrat who chairs the Senate Foreign Relations Committee, the men discussed recent administration efforts to move forward with Israeli-Palestinian peace. In a wide-ranging conversation, the men discussed border negotiations, the right of return, parallel peace efforts with Syria, the demilitarization of an eventual Palestinian state, and Jerusalem, among other topics.

Emir al-Thani argued that the best way to move forward on peace between Israel and the Palestinians was for the Americans to push Israel to make peace with Syria. This, al-Thani argued, "would help push Arab extremists," the leaked documents show.

Referencing the 2006 war between Hizballah and Israel and 2008 Operation Cast Lead, the emir said what has changed is that Arabs "for sure" now want two statesﾀ4ﾀ&ﾀ"Israel and Palestine. "When you consider that many in the region perceive that Hizballah drove Israel out of Lebanon and Hamas kicked them (at least initially) out of the small piece of land called Gaza, it is actually surprising that the Israelis still want peace."

Despite that, al-Thani said he believed the moment is ripe for successful peace negotiations. Israelis, who "have been under threat for a long time," are ready for peace. And "Hamas will accept the 1967 borders with Israel, but will not say it publicly so as to lose popular Palestinian support."

The only remaining question involved the authority and resolve of Palestinian Authority President Mahmoud Abbas. Kerry and al-Thani agreed Abbas "is not strong enough to make necessary compromises with Israel because the Palestinian people have wanted him to stick to his guns on a settlement freeze and the Goldstone Report." The Report, which was critical of Israel's actions during Operation Cast Lead, has been widely criticized as one-sided and inaccurate.

U.S. officials are looking beyond Abbas' political abilities to the internal politics of all Palestinian reconciliation efforts, the documents show. For example, an October 2008 cable detailed State's efforts to collect intelligence on Palestinian issues.

The directive sought to have diplomats collect information on officials within Hamas and the Palestinian Authority, including phone numbers, email addresses, credit card account numbers, frequent flyer account numbers, work schedules, and "other relevant biographical information."

While largely interested in official and public perceptions on issues relevant to ongoing peace negotiations, including final status issues and the U.S. role in the peace process, the directive highlighted a number of areas of interest for the global fight against terrorism.

Of particular note was the source of funding for Hamas and the organization's potential for cooperation with other terrorist groups.

American officials sought information on how Hamas has raised and moved money, including "contacts and cooperation between NGOs and terrorist groups, especially Hamas charities and any political/humanitarian entities suspected of passing funds to militants." Highlighting the threat posed by abuse of Islamic charities, the directive requested "details on Hamas' social welfare network to include hospitals, education systems, textbooks, libraries, and social services in the Palestinian territories and their funding sources in the region and worldwide."

The directive also asked that diplomats discern whether there is any "relationship between Palestinian terrorist groups and al-Qaida, and indications of interest by Palestinian terrorist groups to work with global jihadists."

**URL** https://www.investigativeproject.org/2352/state-department-docs-shed-new-light-on-peace
**(Printing)**

Date of
Intel           12-21-2010

Title           Investigative Project on Terrorism: Wikileaks: Arab Resistance to Fighting Terror

Notes

Saudi Arabia "remains a critical financial support base" for terrorist groups including al-Qaida, the Taliban and the Pakistani-based Lashkar-e-Tayyiba (LeT), U.S. Secretary of State Hillary Clinton warned in a December 2009 memo made public by Wikileaks. Millions of dollars are raised for those groups, and others like Hamas, each year, the memo said, "often during Hajj and Ramadan."

Saudi Arabia was the "most significant source of funding to Sunni terrorist groups worldwide," Clinton wrote in the memo sent to several U.S. ambassadors in Muslim countries and the Treasury Department. "While the Kingdom of Saudi Arabia (KSA) takes seriously the threat of terrorism within Saudi Arabia, it has been an ongoing challenge to persuade Saudi officials to treat terrorist financing emanating from Saudi Arabia as a strategic priority."

The October 2009 memo, like several other released by Wikileaks, also pointed out deficiencies and reluctance among Arab nations to combat terror groups like al-Qaida, Hamas, and Hizballah.



The reasons for that range from "weak regulatory oversight" in the case of the United Arab Emirates, to differing "definitions of what constitute terrorism" in Qatar. As was the case in several Arab countries, Kuwait agreed to deal with terror at home but was passive about tackling Kuwaiti financing and coordination for terrorists abroad. Kuwait "has been less inclined to take action against Kuwait-based financiers and facilitators plotting attacks outside of Kuwait," the memo said. "Al-Qa'ida and other groups continue to exploit Kuwait both as a source of funds and as a key transit point."

A November 2005 meeting between Assistant to the President Frances Townsend and a source, whose name has been redacted, revealed Saudi hesitance to regulate local charities. Townsend "raised the status of the commission to monitor and regulate Saudi charities," a directive that the Saudis had promised years before and which Townsend said had become "a credibility issue." The source agreed with Townsend but said that the Saudi "government was going slowly because of fears of being attacked by the religious people."

In addition, "when Townsend raised the importance of the Joint Terrorist Finance Task Force," the source "replied that he wants to resolve this so they could get items like this off the agenda and focus on the real strategic threat -- Iran." In addition, the source said that the Saudi government wanted to go after terrorist financing, but had to do so "intelligently so as to not create economic martyrs for the religious extremists."

The cables showed even more hesitation to deal with international terror within less cooperative nations. Syrian support for terror was one of many subjects in a June 2009 meeting between the Lebanese Prime Minister and American officials. "Most importantly, the U.S. should not allow Syria to use Lebanon as a platform or battleground" for its promotion of terror, caretaker Prime Minister Fouad Siniora told General David Petraeus. Along the nation's border with Syria, "the presence of PFLP-GC camps," a Palestinian terror organization, remained an issue of dispute. Petraeus described U.S. reluctance to respond to Syrian outreach, because Syria "continues to allow Al Qaeda-affiliated facilitation networks to operate from its territory and allows the transit of suicide bombers into Iraq."

In another cable, from a meeting on February 18, 2009, Syrian President Bashar Assad told U.S. congressmen and other U.S. officials that he shouldn't be expected to completely prevent terrorism smuggling between his country and Iraq. He argued that the Syrians should not be pressed, in light of the United States' imperfect monitoring of its border with Mexico. "Do your homework. My job is to protect my people, not your soldiers," Assad said. He also deflected concerns about Syrian support for Hamas and Hizballah, saying "How were they [Hamas and Hizballah] created? By conflict because Lebanon was occupied by Israel, it's normal to have resistance. This is the reality we have to deal with."

Secretary Clinton's October 2009 cable also showed Pakistani unwillingness to deal with terrorism even at home. "Pakistan's intermittent support to terrorist groups and militant organizations threatens to undermine regional security and endanger U.S. national security objectives in Afghanistan and Pakistan," the document said. "Although Pakistani senior officials have publicly disavowed support for these groups, some officials from the Pakistan's Inter-Services Intelligence Directorate (ISI) continue to maintain ties with a wide array of extremist organizations, in particular the Taliban, LeT and other extremist organizations. These extremist organizations continue to find refuge in Pakistan and exploit Pakistan's extensive network of charities, NGOs, and madrassas."

Internationally, Pakistan sought to undermine U.S. initiatives to designate terrorists. "On the international stage, Pakistan has sought to block the United Nations Security Council Resolution 1267 listings of Pakistan-based or affiliated terrorists by requesting that China place holds on the nominations," Secretary Clinton's memo noted. The measure still met with some success, although not against the United States' targets for the terror list. "China recently placed a technical hold on the designation of three Pakistan-based or affiliated terrorists nominated by India, although China did not prevent the most recent Pakistan-related U.S. designation nomination in June."

The Clinton memo can be read in full here.

URL
(Printing)       https //www investigativeproject org/2430/wikileaks arab-resistance to fighting terror

Date of Intel   02-17-2011

Title   Investigative Project on Terrorism: Qaradawi's Ominous Return to Egypt

Notes

Yusuf al-Qaradawi, an influential Muslim Brotherhood theologian, promises to be in Egypt's Tahrir Square to deliver a sermon at Friday's prayer service.

Qaradawi, who has lived in Qatar since 1961, was a vocal critic of deposed Egyptian President Hosni Mubarak. A profile this week in Germany's Der Spiegel called him the Muslim Brotherhood's "father figure."



But his return is being touted as a reward for "Qaradawi's role in mobilizing support for the Egyptian revolution," a claim which is questionable at best.

It won't be the first time Qaradawi has been back to Egypt, but his visits have been fleeting. A sermon from him on the first Friday after Mubarak's ouster could be hugely symbolic as the Brotherhood tries to exert influence over the direction Egyptian society takes. And it will trigger memories of the 1979 Iranian revolution, which took a dramatic turn when Ayatollah Ruhollah Khomeini returned from exile in France.

Egypt's revolution has been described as largely spontaneous, fueled by a building rage brought on by years of oppression, inspired by a Facebook page created by Google executive Wael Ghonim devoted to a man killed by security forces and ignited by the peaceful Tunisian revolt, which showed change was possible.

If anything, the Muslim Brotherhood deliberately took a low profile during the uprising, not wanting to play into Mubarak's narrative that his ouster would lead to chaos in Egypt. But a statement Monday from Qaradawi's International Union of Muslim Scholars said he "initiated the beginning of the Friday of wrath 28/01/2011 by shouting out loud, 'Go, Mubarak, safeguard the blood and protect the people of Egypt.'"

The Brotherhood confirmed Qaradawi's role in Friday's events, saying he "will address the celebrators on the importance of the role of all Egyptians in building a free and democratic Egypt."

The Der Spiegel profile notes Qaradawi's enigmatic nature. Hailed as a moderate for opposing al-Qaida and embracing modern technology, he has called on Allah to kill "the Jewish Zionists" and spoken "about the right of Palestinian women to blow themselves up." He has been barred from entering the U.S. since 1999, the profile said.

In the past two years, he also has:

- Called on Muslims to acquire nuclear weapons "to terrorize their enemies."

- Called jihad an Islamic moral duty and said Muslims are permitted to kill Israeli women because they serve in the army.

- Affirmed his support for suicide bombings "I supported martyrdom operations " he said  according to a translation by the Middle East Media Research Institute (MEMRI) "This is a necessary thing  as I told them in London. Give the Palestinians tanks, airplanes, and missiles, and they won't carry out martyrdom operations. They are forced to turn themselves into human bombs, in order to defend their land, their honor, and their homeland. '

- Called the Holocaust a divine punishment of jews "for their corruption. The last punishment was carried out by Hitler. By means of all the things he did to them - even though they exaggerated this issue - he managed to put them in their place. This was divine punishment for them. Allah willing, the next time will be at the hands of the believers."

- Prayed for the opportunity to kill a Jew before his death. "The only thing that I hope for is that as my life approaches its end, Allah will give me an opportunity to go to the land of jihad and resistance, even if in a wheelchair. I will shoot Allah's enemies, the Jews, and they will throw a bomb at me, and thus, I will seal my life with martyrdom. Praise be to Allah."

This week, a Brotherhood official was among eight people named to a panel charged with recommending changes to Egypt's suspended constitution. As the IPT has noted, the Brotherhood's bylaws continue to call for it "to establish Allah's law in the land by achieving the spiritual goals of Islam and the true religion." That includes "the need to work on establishing the Islamic State, which seeks to effectively implement the provisions of Islam and its teachings."

Der Spiegel reports that Qaradawi envisions a "United Muslim Nations" as a contemporary form of the caliphate. In its statement on the Revolution, the International Union of Muslim Scholars advocated something much broader. It called for "all components of the Egyptian people, Muslims and Copts, alike to stand as one to reach a consultative democratic government which represents the Egyptian people and its values and principles."

Images of a triumphant Qaradawi in leading prayer at the spot that triggered Egypt's revolution might trigger memories of Ayatollah Khomeini's return to Iran months after the Shah fled. Though analysts at the time did not anticipate him seizing power, the Islamic Republic was born just two months later.

Analysts today say differences in Egypt's uprising and in the Brotherhood's following make a repeat unlikely. Qaradawi's following is nowhere near as deep or committed as was Khomeini's, said Ian Johnson, author of A Mosque in Munich. But his presence in Cairo complicates Egypt's fledgling move toward democracy. "Qaradawi has been a troubling specter in global Islam for the past couple of

decades," Johnson said in an email. "He has taken some reformist positions but also advocates extremist, anti-democratic views. His injecting himself into the fragile Egyptian revolution cannot be helpful to that process."

In an interview on National Public Radio, Stanford University director of Iranian studies Abbas Milani also said the Brotherhood has no charismatic leader of Khomeini's stature. But he remained skeptical of the organization's claims that it is not interested in making Egypt's revolution into an Islamic one.

"Do you believe them?" asked Steve Inskeep. "No, I don't, to be honest with you," Milani said. "I think Muslim Brotherhood has an established record of wanting to create a government based on Sharia."

**URL** https //www investigativeproject org/2603/qaradawi ominous return to egypt
**(Printing)**

Date of | 12-18-2012
Intel

Title | Investigative Project on Terrorism: State Department's Continued Outreach to Radicals

Notes

The Obama administration's efforts to conquer hearts and minds in the Muslim world as part of its broader strategy to battle Islamist terrorism may be a laudable goal. But the administration's continued pandering to radical Islamists both at home and abroad continues to baffle and frustrate opponents of political Islam and Islamist organizations.

The administration has been swift to embrace newly-elected Islamist regimes in the Middle East despite their violent and pro-jihad rhetoric. Last month for example, it heaped praise on Egypt's new Islamist leader Mohammed Morsi for helping broker a truce between Israel and Hamas after eight days of fighting. In lauding Morsi, the U.S. government overlooked statements supporting Hamas issued by Morsi's colleagues in the Muslim Brotherhood and their celebration of rocket attacks on Israel. Morsi was a senior Brotherhood official for years before seeking office.



This international outreach to authoritarian Islamist regimes bestows undue legitimacy on Islamists and renders democratic and secular opposition and dissident groups voiceless. The same flawed outreach is being pursued domestically.

The latest example comes from a State Department-sponsored delegation last year of five Bulgarian Muslims who came to discuss the role of religion in the United States. Details of the trip, funded by the Bureau of Educational and Cultural Affairs under its International Visitor Leadership Program (IVLP), were obtained by the Investigative Project on Terrorism via a Freedom of Information Act request.

The delegation hoped to "learn about the environment of religious tolerance in the U.S. and how religious groups function in a democratic society with a separation of church and state," records in the 379-page FOIA release show. It described meetings the delegation had with leading Islamist groups like the Council on American Islamic Relations (CAIR) and individuals in Washington, D.C., Philadelphia, Salt Lake City and Chicago from Sept. 26-Oct. 14, 2011.

This is a problem that has been detailed before. Rather than seeking views from the broader, more diverse Muslim American community, government officials grab at "the lowest hanging fruit," said Zuhdi Jasser, a Phoenix-based doctor who heads the American Islamic Forum for Democracy. "But they ignore ideological diversity and instead take the shortcut of generally allowing those Muslims who are part of a national and global political Islamist movement to represent our faith community."

"When confronted the White House and State Department will say that the ideological positions of Muslim groups is not their concern," added Jasser, whose appointment this year to the U.S. Commission on International Religious Freedom sparked ire among Islamists.

Jasser also blamed political correctness for the government's flawed outreach policy:

"In part this also happens out of an absurd degree of political correctness and in part because these organizations have been very successful at branding themselves as *the* 'voice of the Muslims.' Even our National strategy on Counterterrorism has been hijacked by this behavior, where it references the word ideology over 20 times but never names the ideology. The truth is that there is not and will never be *one* Muslim voice. We are a very diverse community/ÂʤÃ€Â!. "

Jasser's views were echoed by Qanta Ahmed, a New York-based physician and ardent critic of radical Islam.

The government's failure to distinguish "Islam" from "political Islam" and its "willful engagement with non-violent Islamists" has resulted in the Islamists "owning the narrative," she said. In congressional testimony given in June, she also highlighted the threat Islamist ideology poses to the American democracy:

"While we have been pursuing conventional international warfare and in fact have assassinated the leader of Al Qaida for instance, we have remained dangerously vulnerable because of our delayed realization of the political science aspects of Islamist ideology and the very serious threat this poses to our democracy," Ahmed said. She described threats to free speech in the debate over radical Islam due to threats of litigation and false claims of bigotry that are used to stifle other points of view. Already, due to Islamist influence, the U.S. government has stopped using words like "Islamist" and "radical Islam."

"This sanitization of our lexicon reveals a shocking and perhaps specious reluctance to engage with the problem or worse, a foolhardy embrace, unintentional or otherwise, with the Islamist stance," Ahmed said.

"These are vulnerabilities which cannot be safeguarded by drones, or gunships but instead must be secured by counter ideological warfare which begins here, by widening the debate, discussion and scholarship in the area."

Such considerations were absent in planning the Bulgarian celegation's itinerary, as the FOIA documents show a parade of meetings with prominent U.S.-based Islamist organizations and individuals.

The delegation, for instance, visited the headquarters of the Muslim Public Affairs Council (MPAC) in Washington, D.C. and met with Haris Tarin, director of the organization's Washington office. Founded in the U.S. in 1986, MPAC has a history of defending designated terrorist organizations and their supporters, opposing U.S. counterterrorism efforts, and spewing anti-Semitic rhetoric. The group has questioned America's designation of Hamas and Hizballah as terrorist groups and called the Hizballah bombing of a U.S. Marines barracks in Beirut as "exactly the kind of attack that Americans might have lauded had it been directed against Washington's enemies."

Tarin has been critical of U.S. foreign and counterterrorism policies, has attempted to whitewash the jihadist threat, and embraced senior Muslim Brotherhood leaders. On Nov. 29, 2011 MPAC hosted a Capitol Hill forum on "Islamic Political Movements and the Arab Spring: Committed to Democracy and Pluralism?" The forum was followed by special dinner with Rachid Ghannouchi, leader of Tunisia's

Ennahda Party. Tarin was a featured speaker at the event. He wrote a post on his Facebook page praising Ghannouchi: "Ghannouchi is an [sic] modern intellectual giant on Islam and governance. BIG TIME! If you are in DC and want to come, hit me up!"

In an interview with the Al Arab Qatari website six months earlier, Ghannouchi called for the destruction of Israel. "I give you the good news that the Arab region will get rid of the bacillus of Israel. Sheikh Ahmed Yassin, the leader of Hamas, said that Israel will disappear by the year 2027. I say that this date may be too far away, and Israel may disappear before this." Ghannouchi said

The delegation also visited the ADAMS Center, a radical Northern Virginia-based mosque that was found to be home to Saudi-produced radical and jihadist literature. According to a 2005 Freedom House report on radical Saudi literature found in American mosques, the materials collected by investigators included a fatwa that forbids Muslims to become United States citizens since the country is governed by infidels:

"It is forbidden for a Muslim to become citizen of a country [such as the United States] governed by infidels."

The Bulgarian delegation met with the staff of the CAIR office in Chicago. CAIR was founded by leaders of the Islamic Association for Palestine (IAP), formerly a central player in Hamas' support network in the U.S. Evidence in the Hamas-financing trial of the Holy Land Foundation placed CAIR within the "Palestine Committee," a network of Muslim Brotherhood-tied organizations in the United States working to support Hamas.

Internal records entered into evidence in the case showed that the Palestine Committee was created to support Hamas "with what it needs of media, money, men and all of that." HLF and five of its employees were found guilty in 2008 on 108 counts for funneling money to Hamas through zakat (charity) committees in the Palestinian territories.

The delegation also visited the Mosque Foundation of Bridgeview, Ill., where they met with Kifah Mustapha. Mustapha also was implicated in the HLF investigation, listed by prosecutors as a Palestine Committee member. Mustapha was a paid HLF fundraiser and sang in the al-Sakhra band, which frequently performed at HLF events.

Mustafa is shown in a video exhibit introduced in the HLF trial performing with the al-Sakhra musical troupe. Mustafa can be seen singing in the chorus supporting Hamas' call for jihad:

"O mother, Hamas for Jihad. Over mosques'

loudspeakers, with freedom. Every day it resists

with stones and the dagger. Tomorrow, with God's

help, it will be with a machine gun and a rifle."

The government's outreach to radical Islamist groups and individuals is not new and has been ongoing for at least the past two decades under the Clinton and Bush administrations. Some of these Islamists include groups and individuals who have been convicted, indicted or designated unindicted co-conspirators in terrorism prosecutions in the U.S.

The State Department spent $40,000 from 1992-2000 to sponsor Abdurahman Alamoudi to represent American Muslims in speaking engagements overseas. Alamoudi, a former head of the now-defunct American Muslim Council, was sentenced to 23 years in prison for illegal financial dealings with Libya. Alamoudi also confessed to being part of a Libyan plot to assassinate the then-crown prince of Saudi Arabia.

The United States Agency for International Development (USAID) provided financial aid to the Hamas-tied Holy Land Foundation. In 2000, on discovering the agency was providing aid to a terror-linked charity, Thomas R. Pickering, then-Undersecretary of State for Political Affairs, ordered termination of HLF's registration with USAID since it was found the partnership was "contrary to the national interests and foreign policy of the United States."

Islamist apologist John Esposito has been sponsored by the State Department to travel overseas and talk about life for Muslims in America to international audiences. FOIA records obtained earlier by the IPT show Esposito traveled overseas several times between 1997 and 2007 on the State Department's dime, including to Pakistan, Bosnia, and Croatia. Esposito has a track record of downplaying the threat from Islamist terrorism and has close ties to CAIR and the United Association for Studies and Research (UASR)â€”two Muslim Brotherhood front groups that were identified by federal prosecutors in the HLF trial as part of the Hamas-support network in the U    Esposito also served as a defense expert in the HLF trial and considers U    based Palestinian Islamic Jihad (PIJ) operative  ami Al Arian a close friend

A March 2009 State Department booklet, titled "Being Muslim in America," ostensibly seeks to debunk the myth that American Muslims are marginalized and do not form part of mainstream America. But at closer glance the booklet reads more like a pro-Islamist propaganda mouthpiece giving voice to standard Islamist grievances such as growing Islamophobia and racial profiling in post-9/11 America.

More recently, the State Department sent MPAC's founder and president, Salam al-Marayati, as its emissary to a human rights forum in Poland in October. Al-Marayati earlier alleged Israel as a suspect behind the 9/11 attacks and called Hizballah attacks "legitimate resistance." This is not the first time the State Department handpicked al-Marayati as its representative, sending him on a 2010 trip to Europe where al-Marayati spoke about free speech and religious freedom.

Jasser criticized the State Department and the Obama administration for their work with "patently Islamist ideologues" such as ISNA (Islamic Society of North America), MPAC and CAIR that helps promote and provide legitimacy to such groups.

"Even though these groups have reportedly anywhere from 4-12% support of American Muslims, the USG endorsements in all its forms props up these groups more as the de facto tribal leaders of our American faith community," Jasser said in an email exchange with the Investigative Project on Terrorism.

"If the Obama administration would actually reach out to more ideologically diverse Muslims, i.e. our AILC [American Islamic Leadership Coalition], they would find that many of the lenses through which they view our communities would need to be changed. They would be forced to address the ideology of Islamism and how to understand the impact that has upon the actions of those groups."

Currently, Jasser emphasized, Islamists provide "unfettered advice [that] leads to pro-Islamist positions domestically and abroad, leading to stronger positions of influence for Islamists and less access for anti-Islamist Muslims. They falsely convince the White House that anti-Islamists are anti-Muslim when the reality could not be more pro-Muslim."

URL   https://www.investigativeproject.org/3856/state-department-continued-outreach-to-radicals
(Printing)

**Date of** 10-31-2011
**Intel**

**Title** Investigative Project on Terrorism: Media Whitewash Ghannouchi's Radical Islamist Views

**Notes**

A recurring media theme in recent days is that Rachid al-Ghannouchi and his Ennahda Party, which won last week's Tunisian elections, are "moderate" Islamists despite considerable evidence to the contrary.

A few notable voices in the conservative blogosphere like Martin Kramer, Melanie Phillips and Raymond Ibrahim pointed out problems with this argument, including Ghannouchi's endorsement of jihad in Gaza, stating that "Gaza, like Hanoi in the '60s and Cuba and Algeria, is the model of freedom today." Ghannouchi has expressed support for suicide bombings and welcomes the destruction of Israel, which he predicts could "disappear" by 2027.



"There is no such thing as 'moderate Islamism,'" Phillips wrote. "It's as absurd as saying there were moderate and extreme Stalinists, or moderate and extreme Nazis, or moderate and extreme proponents of the Spanish Inquisition. You cannot have moderate fanatics."

That message apparently hasn't reached some U.S. media and political elites. Before and after Tunisia's election, news outlets provided a steady stream of stories portraying the group as moderate and committed to democracy.

Sen. Joseph Lieberman (I-CT) wrote a *Wall Street Journal* op-ed (which he republished on his Senate website) declaring that "Ennahda has been giving encouraging answers about its rejection of extremism and its respect for the democratic process, individual liberties, women's rights and the rule of law."

The headline of a front-page *New York Times* story referred to Ennahda as "moderate." The *Times* quoted Ghannouchi (the founder of the party) saying that Ennahda "is not a religious party" but one whose members "merely draw their values from Islam." The *Times* added that the group's win at the polls in Tunisia "was sure to embolden those who favor a more liberal approach, including some within Egypt's mainstream Muslim Brotherhood."

Another *Times* story began: "For more than three decades, Rachid al-Ghannouchi has preached that pluralism, democracy and secular Islam are harmonious."

These and other media accounts gloss over or neglect to mention Ghannouchi's many radical statements Â¢Â€Â" particularly his calls for Israel's destruction.

The Arab Spring "will achieve positive results on the path to the Palestinian cause and threaten the extinction of Israel," he said in a May interview with the Al Arab Qatari website. "The liberation of Palestine from Israeli occupation represents the biggest challenge facing the Umma (Muslim people) and the Umma cannot have existence in light of the Israeli occupation."

In the same interview, Ghannouchi said "I give you the good news that the Arab region will get rid of the bacillus of Israel  sheikh Ahmed Yassin  the leader of Hamas  said that Israel will disappear by the year 2027. I say that this date may be too far away  and Israel may disappear before this."

This is consistent with Ennahda's platform, which declares that the group "struggles to achieve the following goals Â¢Â€Â¦ To struggle for the liberation of Palestine and consider it as a central mission and a duty required by the need to challenge the Zionist colonial attack which planted in the heart of the homeland an alien entity which constitutes a (sic) obstacle to unity and reflects the image of the conflict between our civilization and its enemies."

In September, the organization stated that it "supports the struggle of peoples seeking liberation and justice and encourages world peace and aims to promote cooperation and collaboration and unity especially among Arab and Islamic countries and considers the Palestinian struggle for liberation to be a central cause and stands against normalization."

In June 2001, Ghannouchi appeared in an al-Jazeerah panel discussion in which he blessed the mothers of Palestinian suicide bombers:

"I would like to send my blessings to the mothers of those youth, those men who succeeded in creating a new balance of powerÂ¢Â€Â¦I bless the mothers who planted in the blessed land of Palestine the amazing seeds of these youths, who taught the international system and the Israeli (sic) arrogance  supported by the US, an important lesson. The Palestinian woman, mother of the Shahids (martyrs), is a martyr herself, and she has created a new model of woman.'

These inconvenient quotes have thus far been notably absent from media coverage of Ghannouchi and the Tunisian elections.

The *Washington Post* editorialized that Ennahda has forsworn violence and accepted "the rules of democracy and human rights." If "its success is accepted by secular Tunisians and Western democracies, its moderate model should get a boost in Egypt and Libya," the paper added.

The *Post* also ran an op-ed by John Esposito, a prominent apologist for radical Islam, who described Ennahda as advocating a national unity government based on "the desire to address common political, economic and social concerns." It "speaks of a government "that is inclusive of all parties, secular or Islamist, accepting equality of citizenship, civil society and women's rights," Esposito wrote.

The European media provided a similar picture. The British *Daily Mail* newspaper reported that Ennahda "believes that democracy is the best system to maintain people's rights." It quoted the party as "support[ing] Tunisia's liberal laws promoting women's equality Â¢Â€Â¦" making it much more progressive than other Islamic movements in the Middle East."

The German newspaper *Die Welt* wrote that Ennahda's ascencion shouldn't trouble Westerners very much: "Success in founding a new state, even with a Sharia-oriented party in the lead, as long as it accepts the principles of plurality and human rights, will be an enormous step forward."

According to the German financial daily *Handelsblatt*: "We should get used to the fact that democracy in many Arab countries will create strong Islamist parties. There are worse things. For too long, fear of Islamists has led the U.S. and Europe to support terrible despots like Tunisia's Ā¢Ā€Ā¡Ben Ali and Egypt's Hosni Mubarak."

People who toppled dictators through peaceful uprising deserve credit and a chance to show they can govern responsibly. But the United States and its allies should not see the changes through rose-colored glasses. Hardcore Islamists like Ghannouchi pose a host of new challenges and potential problems. It would help if the news media paid attention to those rather than invoking judgments about moderation in hopes they turn out to be true.

**URL (Printing)**  https://www.investigativeproject.org/3262/media-whitewash-ghannouchi-radical-islamist-views

**Date of Intel**  06-13-2013

**Title**  Investigative Project on Terrorism: The Shi'ite crescent holds its ground

**Notes**

Developments in Syria are unfolding quickly, as the country's civil war takes new twists and turns every week, and the impact of the conflict on the Middle East (and beyond) is growing.

After two years of fighting and at least 80,000 casualties, it is possible to conclude that the Syrian civil war has degenerated into a long-term, regional, sectarian Sunni-Shi'ite conflict which has crossed into neighboring Lebanon and Iraq and threatens to spill over into Turkey, Jordan and Israel. No resolution to this feud is in sight.



Inside Syria, Syrian President Bashar Assad's Allawite regime defied the predictions of many observers and held firm against the Sunni rebels seeking his overthrow.

In fact, Assad has begun to make gains against the rebels.

This is possible due to the growing presence of highly trained Shi'ite Hizballah battalions that, under Iranian orders, have mobilized from their bases in Lebanon and crossed into Syria to offer vital battlefield assistance to the Syrian regime's strained army.

This situation has sparked outrage across the Sunni world, and prompted Sunni religious and political figures to issue call for jihad against Hizballah, on behalf of the beleaguered Syrian rebels.

Assad hails from Syria's Allawite minority, and the Allawite sect is an offshoot of Shia Islam, the center of which is Iran.

For Iran, Assad remains its only state ally and strategic partner in the Middle East. Syria's strategic value for Iran is paramount, especially at a time when the region is awash with Sunni Islamist elements who view Iran and its Shi'ite satellites as threats and heretics.

Hizballah's deep involvement in Syria is stretching sectarian tensions in neighboring Lebanon to breaking point. Non-Shi'ite Lebanese leaders are openly describing Hizballah as a foreign Iranian entity. Such direct, public criticism was rare before the outbreak of the Syrian civil war, and indicates the collapse of Hizballah's credibility and image among Sunnis.

In retaliation, Syrian rebels have begun firing rockets from Syria at Shi'ite areas in northern Lebanon that are Hizballah strongholds.

Additionally, Lebanese Sunni gunmen fired rockets at Hizballah's Dahiya district in south Beirut.

The northern Lebanese city of Tripoli is racked with gun battles between Sunni militias and armed Allawite elements loyal to Assad. The potential for a further spillover of Syria's civil war into Lebanon has risen.

audi Arabia and Qatar continue to fund and arm the rebels, while Turkey is providing them with territory to establish safe bases outside of the fighting zones in  yria

Turkey and Qatar are keeping supply lines open to the Muslim Brotherhood-affiliated rebels in Syria, while Saudi Arabia is providing support for the Salafi-jihadi fighters there.

Israel wants to avoid being dragged into the volatile events developing north of its borders.

From a strategic perspective, because of its role as a backbone in the Tehran-Damascus-Hizballah axis, the Syrian regime poses a far greater threat to Israel than the Sunni rebels.

The Sunni Islamist elements fighting against Assad are lightly armed and poorly organized. The more radical rebel elements could create limited security problems, which the Israel Defense Forces should be able to contain.

Assad's fall would weaken Iran, Israel's foremost foe, and damage Hizballah, the largest terror entity in the Middle East, which has 80,000 rockets and missiles pointed at Israeli civilians. Hence, from an Israeli perspective, the threats stemming from Assad's survival outweigh those posed by extremist groups among Sunni rebels, like Jabhat Al-Nusra.

Either way, the turmoil in Syria has made it more likely that pinpoint security incidents will end up setting off larger confrontations that could drag Israel into the picture.

One such threat is the transit of Iranian and Syrian weapons to Hizballah, a development Israel has made clear it would not accept.

**Israel Observes as Sunnis Rage**

Iran is supplying Syria with weapons and military advisers from its Revolutionary Guards Corps to help Assad gain victories over the rebels.

For the time being, Iran has successfully safeguarded its 'Shi'ite crescent,' a continuous chain of territories under its influence.

The crescent begins in Iran, stretches over Iraq (which has a majority Shi'ite population, an Iran-friendly government, and pro-Iranian militias), and passes through Syria. It ends on Israel's border, in southern Lebanon, where Hizballah maintains a heavily armed Iran-sponsored state-within-a-state among the Shi'ite population there.

According to Israeli intelligence estimates, Assad's regime controls roughly 40 percent of Syrian territory. That number is set to grow following the retaking of the strategic town of Qusayr, which occurred due to Hizballah's assistance.

Qusayr is a strategic location for both sides in the civil war. For the Syrian regime, it links Damascus to the Allawite heartland on Syria's Mediterranean coast. The Allawite population center is Assad's main base of support, and could one day form an Allawite enclave if Syria splits into mini-states. For the rebels, the Qusayr area, close to Lebanon, served as a transit point for arms and fighters.

Buoyed by the victory at Qusayr, the Syrian regime is now turning its sights to retaking the northern city of Aleppo. The reinvigorated regime also took the bold step of sending its tanks to the Syrian Golan, near the Israeli border, to retake the region from the rebels, and seizing the border town of Quneitra.

This is a dangerous move, as it violates the ceasefire agreement with Israel, and places heavy Syrian armor a stone's throw from the IDF. Israel reportedly warned Syria against this move, and Damascus replied by saying that the tanks were only there to fight rebels. Israel will be watching that development closely.

Iran's decision to send Hizballah into Syria was a key factor in turning the civil war back to Assad's favor.

With its forces now spreading out over Syria, Hizballah's influence Ã¢Â€Â' and potential confrontation zone with Israel Ã¢Â€Â' has grown.

"People have to understand that Hizballah is now a regional party," one of its fighters said in an interview with Lebanese news site NOW.

Israel has monitored these developments closely from the sidelines. Defense Minister Moshe Ya'alon recently formulated the causes that would force Jerusalem to end its observer status and become involved in Syria.

"We are not getting involved in the civil war so long as our interests are not harmed, and so long as there is no attempt to transfer precise weapons, mainly by Hizballah, or an attempt to take control of chemical weapons or heating up the border and firing on our territory," Ya'alon said, in comments made public by the Defense Ministry.

Ya'alon noted that there were instances of attacks by the Syrian army on IDF positions on the Golan Heights, but added that the policy on returning fire was crystal clear: "As soon as our forces are fired on they are supposed to silence the source of fire." The IDF did this last month, and has since not been challenged by the Syrian army.

By contrast, the Sunni Muslim world has reacted largely with fury to the Shi'ite crescent's recent moves.

"How could 100 million Shiites (worldwide) defeat 1.7 billion (Sunnis)? Only because (Sunni) Muslims are weak," said leading Muslim Brotherhood cleric Sheikh Yussuf al-Qaradawi.

Describing Hizballah as "the party of Satan," Qaradawi called on able-bodied Sunnis to flood Syria and fight a jihad against it and the Syrian regime. "Every Muslim trained to fight and capable ofdoing that (must) make himself available," he said. .

"Iran is pushing forward arms and men (to back the Syrian regime), so why do we stand idle?"

An Egyptian Muslim Brotherhood member said his organization can send 12,000 men to fight Hizballah in Syria, according to a report by the Middle East Media Research Institute (MEMRI). The Institute also cited religious scholars attending a Doha conference as calling for the "gates of jihad" to be opened "to liberate Syria from the Assad regime."

Hamas is in a particularly uncomfortable bind. Originally an ally of Assad, and once the proud recipient of Iranian aid, Hamas has abandoned the Syrian regime and fallen in line with its Muslim Brotherhood colleagues in Egypt in supporting the Sunni rebels.

This has cost Hamas dearly in Iranian financial support, with Iran cutting its aid program for Hamas in Gaza by $23 million a month.

East of Syria, the sectarian conflict has spilled over into Iraq. Nearly 2,000 Iraqis were killed in April and May in sectarian bombings and shootings alone. The upsurge in violence in Iraq Ã¢Â€Â' the worst since the 2006-07 sectarian strife Ã¢Â€Â' is a result of fresh Iraqi wounds being reopened by events in Syria. Sunnis in Iraq are feeling discriminated against and resentful of the Shi'ite Al-Maliki government in Baghdad, and are emboldened by the uprising launched by their fellow Sunnis in Syria. Al-Qaida-affiliated Sunni groups in Iraq, most notably the Islamic State of Iraq (ISI), has set up fighting cells in Syria too, and is carrying out active combat and jihad missions in both states.

The Sunni and Shi'ite nature of the Syrian conflict is likely to keep the main players and their backers engaged with one another for years to come.

## Unpredictability

As the conflict draws on, its most defining features are volatility and unpredictability. The battle has turned in Assad's favor now, but the rebels could rebound later.

And Western intervention remains possible if localized use of chemical weapons by the regime reoccurs. Russia, an Assad supporter, virulently opposes such an escalation, meaning this regional conflict could turn into a global showdown between Washington and Moscow.

In addition, Syria has what is probably the world's largest arsenal of Sarin mustard gas compounds and VX nerve agents, making the situation even more volatile.

Some 1.6 million Syrian refugees have fled their homeland, resettling in neighboring countries which are unequipped to care for them, and upsetting the demographic balance in places such as Lebanon.

Just south of the chaos, Israel is preparing itself for all scenarios, based on the understanding that a flexible military is best suited for dealing with an environment which is changing faster than ever before.

The Shi'ite crescent has proven its willingness and ability to safeguard Assad's regime, and those who were quick to eulogize the Syrian leader now know that when it comes to the Syrian civil war, prophecies are worthless.

*Yaakov Lappin is the Jerusalem Post's military and national security affairs correspondent, and author of The Virtual Caliphate (Potomac Books), which proposes that jihadis on the internet have established a virtual Islamist state.*

URL (Printing)  https://www.investigativeproject.org/4045/the-shiite-crescent-holds-its-ground

Date of Intel   08-01-2014

Title   Fox News.com: Obama and Kerry behind one of most strategic mistakes in military historyÀ (9 comments)

Notes



July 22, 2014: U.S. Secretary of State John Kerry meets with Egypt's Foreign Minister Sameh Shukri in Cairo. AP

The obsession by the Obama-Kerry administration with imposing a cease-fire on the warring parties in the Hamas-Israel war will go down in history as one of the most strategic mistakes in military history.

Here is a fact the administration deliberately and maliciously ignored: In the history of modern warfare, no terrorist group has ever honored a cease-fire. Hamas has broken every cease-fire it ever said it would honor. Every single one.

Even the Israel-Hamas 2012 cease-fire, brokered by then-Secretary of State Hillary Clinton, was simply agreed to by Hamas to give it an opportunity to restock its military arsenal, pressure Israel to lift its restrictions on the import of cement and steel into Gaza – material that Clinton said would be used to build hospitals and schools, but in fact was used to build a network of underground tunnels into Israel and build a subterranean network of underground bunkers, weapons storage facilities and launching pads.

Hamas simply used the cease-fire to rebuild its military infrastructure and as predicted by Israeli military intelligence, would simply break the cease-fire when it felt ready to take on the Israelis once again.

And on Friday, Hamas did the exact same thing. It agreed, through its main financial backer Qatar (which is the world's largest financial sponsor of terrorist groups including Hamas, Hizbollah, Al Qaeda and Al Nusra in Syria) and which the U.S. inexplicably anointed as its interlocutor to Hamas, that it would honor a 72-hour cease-fire initiated by the Obama-Kerry administration.

On Thursday night Kerry proudly announced the cease-fire. But read the main sentence of his press conference.

"Then, as soon as the cease-fire is underway tomorrow morning – I talked to the Egyptian foreign minister tonight – Egypt will issue invitations to the parties to come to Cairo immediately in order to engage in serious and focused negotiations with Egypt to address the underlying causes of this conflict."

"Underlying causes?" What in God's name is Kerry talking about? That would be the equivalent of announcing a cease-fire with Al Qaeda after it killed 3000 Americans on 9-11 on the grounds that it needed to "address the underlying causes" of Al Qaeda's war against the United States and the West.

Here is a little secret for Mr. Kerry: The underlying causes of the current Israeli-Hamas war, initiated by Hamas with its launching of tens of thousands of missiles into Israel and its use of underground tunnels from Gaza to carry out murderous attacks against Israeli civilians, is that Hamas, like Al Qaeda, is a nihilistic radical Islamic organization dedicated to the destruction of the Jewish state and the establishment of an Islamic caliphate.

The term "underlying causes" directly implies there are legitimate rational grievances by Hamas. Yes, the same "underlying causes" that motivated Adolph Hitler to carry out a worldwide war of conquest, including the Holocaust of six million Jews. Hamas is the embodiment of pure evil. And its motivation is the same as that of Al Qaeda and ISIS.

On Fox News, the former U.S. Ambassador to Bahrain, Adam Ereli, summed up the conflict in words that accurately described the "underlying causes" behind the war between Israel and Hamas:

"– [W]hat we're seeing happen between Israel and Gaza is not a localized conflict, but is much, is part of a much bigger regional war. And that war has Iran, Hezbollah and the Muslim Brotherhood on one side and it has the forces of what I would call reason and moderation on the other side – being Israel, Egypt, Jordan, Saudi Arabia and the countries of the Gulf. And United States has an interest in ensuring that the forces of reason and moderation prevail."

Mr. Ereli was right on point. But somehow this administration lost sight of its real strategic interests and instead embraced an agenda that has resulted in extensive damage to our national interests, which in turn has resulted in increasing the strategic threat to American national security.

This administration believes that Al Qaeda is bad but the Muslim Brotherhood, which is the parent of Hamas and Islamic jihad as well as that of Al Qaeda, is a rational organization with "legitimate grievances" that can be negotiated with on the same basis that the U.S. can

negotiate with Canada or Germany. That is why this administration has embraced the Muslim Brotherhood, starting with the first speech Mr. Obama gave in Cairo in February 2009, where the first two rows of "dignitaries" were 20 leaders of the Muslim Brotherhood in Egypt hand-selected by the Obama administration.

Moreover, the Obama administration, according to an investigation carried out by my organization, the Investigative Project on Terrorism, lifted all visa restrictions on Muslim Brotherhood officials in their applications to visit the United States. In a report our organization will be releasing next week, more than 25 senior Muslim Brotherhood officials who had publicly called for jihad against the United States or the West, or had openly expressed their support for Hamas and Hezbollah, visited the United States in the past three years and met with senior U.S. officials. One of them, who served as vice president of a Muslim Brotherhood group that had called for the killing of Americans, actually met with President Obama in the White House.

So the "underlying causes" of the current war of annihilation carried out by Hamas against Israel is very simple: It believes that Israel needs to be destroyed paralleling the same agenda of Al Qaeda that believed the United States should be destroyed. We are talking about an organization that won't be satisfied in the short term until every Jew in Israel is dead and in the long term until Western civilization is destroyed replaced by a worldwide Islamic caliphate.

Hamas on Friday succeeded in kidnapping an Israeli officer, after launching a suicide bombing against Israeli soldiers in a well-planned operation 90 minutes after the cease-fire had gone into effect. Immediately following the suicide bombing that killed several Israeli soldiers (still unreported), a group of up to 10 Hamas terrorists immediately descended upon the scene of the bombing where chaos reigned supreme, and kidnapped the Israeli officer in charge of the company stationed in Gaza.

Then Musa Abu Marzuk, a leader of Hamas in Cairo, who was invited to participate in the talks with the U.S. and UN officials on the cease fire, had the audacity to announce the kidnapping took place BEFORE the cease-fire went into effect. This was a manifestly demonstrable lie, as Israel would never have agreed to a cease-fire if it knew one of its soldiers had been kidnapped.

The Obama-Kerry administration's obsession with imposing a cease-fire on Israel on the grounds that too many civilians were being killed in collateral damage (caused by the fact that Hamas used the Gaza population as human shields to protect its launching of missiles ensconced in hospitals, mosques, kindergartens and civilian apartment buildings) somehow convinced itself that Hamas was an organization with "legitimate" political grievances. Yes, the same type of radical Islamic group whose agenda parallels exactly that of the same radical Islamic groups that has killed thousands of Americans and Europeans and whose wars of aggression has resulted in the deaths of hundreds of thousands of Muslims and Christians in Syria and Iraq.

At this point the administration, if it truly wants to limit the damage to our own national security and reverse the strategic threat to the survival of Israel, needs to be honest with itself and acknowledge its historic mistake in its approach to the Muslim Brotherhood and its stepchild, Hamas. The Muslim Brotherhood is the godfather of all Sunni terrorist groups, from Al Qaeda to Hamas, a fact these groups openly admit.

This is a classic war of good versus evil. The only difference between the Muslim Brotherhood and its terrorist offspring is the deception perpetrated by the Muslim Brotherhood in portraying itself as opposed to violence and committed to political pluralism. Nothing could be further from the truth. All one needs to do is read the covenant of the Muslim Brotherhood in which it states its commitment to carry out jihad to dominate the world, read the contemporary incendiary statements of Muslim Brotherhood officials issued in Arabic and not in English, and observe the Muslim Brotherhood hatred and persecution of of Christians, secular women, non-believing Muslims, infidels and gays.

This administration's current policy towards the Muslim Brotherhood extends from the legitimacy it has conferred on the Muslim Brotherhood organization overseas and its chief patron, Qatar, to the embrace of Muslim Brotherhood front groups in the United States. This administration has gone so far as to ban the mention of the term "radical Islam" and to claim that the word jihad means only peaceful struggle and not violent commitment to impose Islam, which is the genuine historic and religious definition of jihad.

Reversing these policies would not only help protect the long term strategic interests of the United States but would also protect and help in the growth of the community of genuine Muslim moderates who in the end are the only key to reversing the growing threat of radical Islam in the world today.

*Steven Emerson is executive director of the Investigative Project on Terrorism and the executive producer of a new documentary about the Muslim Brotherhood in America "Jihad in America: the Grand Deception."*

URL    https://www.investigativeproject.org/4494/obama-and-kerry-behind-one-of-most-strategic
(Printing)

| | |
|---|---|
| Date of Intel | 08-04-2017 |
| Title | Investigative Project on Terrorism: Al Jazeera: The Terrorist Propaganda Network |
| Notes | |

Al Jazeera's support for terrorism goes far beyond on-air cheerleading. Many of its employees have actively supported al-Qaida, Hamas and other terrorist groups. Concerns over the network's consistent pro-terrorist positions prompted several Gulf States to demand that Qatar shut it down in June.

Sheikh Said Bin Ahmed Al-Thani, director of Qatar's government information office, called such demands "a condescending view [that] demonstrates contempt for the intelligence and judgment of the people of the Middle East, who overwhelmingly choose to get their news from Al Jazeera rather than from their state-run broadcasters," Al-Thani wrote in Newsweek.



But a week earlier, United Arab Emirates Minister of State for Foreign Affairs Anwar Gargash detailed Al Jazeera's connections to terrorists and terror incitement in a letter to the United Nations High Commissioner for Human Rights. Al Jazeera violates a 2005 U.N. Security Council resolution that called on member states to counter "incitement of terrorist acts motivated by extremism," Gargash charged.

The network has given a platform to terrorists like Osama bin Laden, Hamas leaders Khaled Meshaal and Mohammed Deif, Hizballah leader Hassan Nasrallah and others, Gargash wrote.

"These have not simply been topical interviews of the kind that other channels might run: Jazeera has presented opportunities for terrorist groups to threaten, recruit and incite without challenge or restraint," Gargash wrote.

**Al Jazeera Incites Terrorism**

Al Jazeera took credit for the wave of Arab Spring revolutions in early 2011. Network host Mehdi Hasan noted in a December 2011 column that Al Jazeera gave a regional voice to the irate Tunisian protesters who ousted their dictator that they would not have otherwise had.

Faisal Al-Qassem, host of Al Jazeera's show "The Opposite Direction," boasted that television, not the Internet or Facebook, was responsible for the revolutions. Al Jazeera's influence during the Arab Spring and the subsequent revolutions is a factor in the effort by Qatar's Gulf neighbors to clip its wings.

Muslim Brotherhood ideologue Sheikh Yusuf Qaradawi urged his widely viewed Al Jazeera program to incite the masses against their dictators.

"We salute the [Tunisian] people, which has taught the Arab and Islamic peoples ... the following lesson: Do not despair, and do not fear the tyrants, and more feeble the than a spider-web. They quickly collapse in the face of the power of steadfast and resolute peoples," Qaradawi said in a Jan. 16, 2011 Al Jazeera broadcast. "The tyrants never listen and never heed advice, until they are toppled."

He likewise called on former Egyptian President Hosni Mubarak to step down on his program later that month.

"There is no staying longer, Mubarak, I advise you (to learn) the lesson of Zine El Abidine Ben Ali," Qaradawi said referencing Tunisia's toppled dictator.

A month later, Qaradawi issued a fatwa calling for the death of Libyan dictator Muammar Gaddafi. Libya still has not recovered from the toppling of Gaddafi in 2011.

Qaradawi urged the overthrow of Syrian dictator Bashar al-Assad after demonstrations began in Syria that March, sparking the ongoing Syrian civil war.

Even before the Arab Spring, Al Jazeera acted as a platform for violent terrorists.

Qaradawi's endorsement of suicide bombings aired on Al Jazeera. The network also glorified a female Palestinian suicide bomber whose 2003 attack killed 19 people at an Arab-owned restaurant in Haifa as a "martyr."

It also broadcast a 2006 speech by al-Qaida leader Abdel Majid al-Zindani at a pro-Hamas conference in Yemen, even though the United States and United Nations already had designated him as a terrorist. Proceeds from the conference benefited Hamas. Hamas leader Khaled Meshaal and the widow of slain Hamas leader Abd Al-Aziz Al-Rantisi also attended.

"What is our duty towards this righteous jihad-fighting people, the vanguard of this nation? What is our duty? What is our obligation? " al-Zindani asked. "The Hamas government is the Palestinian people's government today. It is the jihad-fighting, steadfast, resolute government of Palestine.

"I don't have it in my pocket right now, but I am making a pledge, and as you know, I keep my promises. So I'm donating 200,000 riyals. What about you? What will you donate? Go ahead.".

**Defector Alleges Qatari Intel Runs Al Jazeera**

Al Jazeera is not just another news organization like CNN, Fox News or the BBC, Qatari intelligence whistle-blower Ali al-Dahnim told Egypt's Al-Bawaba newspaper in April. Qatar's state security bureau both finances and operates Al Jazeera, he claimed. "By and large, its [Al Jazeera] news content comes under the sway of security officials, rendering it as a mouthpiece for Qatar's security and intelligence apparatus," Al-Dahnim said on Egyptian television. "Not to mention its free publicity to hardened terrorists such as Osama bin Laden who used to use Al Jazeera as an outlet to disseminate his terror messages to the world."

Al Jazeera English likewise pushes the Qatari government's favored narratives, such as exaggerating the global importance of its emir.

Its short-lived affiliate, Al Jazeera America (AJAM), aired pro-Palestinian propaganda. During the 2014 Gaza crisis, AJAM host Wajahat Ali pushed Hamas' talking points about the territory's population density without a single reference to how the terrorist group used mosques and civilian buildings to launch rockets.

"I think it is simply providing one side of a story. It doesn't rise to Soviet propaganda, but it certainly is propaganda for one side," Temple University journalism professor Christopher Harper told the Investigative Project on Terrorism in 2014.

**Muslim Brotherhood Shapes Al Jazeera Narrative**

Al Jazeera has been "hijacked" by the Muslim Brotherhood, Tunisian intellectual Khaled Shawkat alleged in 2006. Shawkat claimed to have spoken with numerous Al Jazeera journalists who told him that Qatar's rulers handed the network over to the Muslim Brotherhood.

"Most of them agreed that 'loyalty' [to a group] had come to supercede 'qualifications,' and that journalists with no Muslim Brotherhood background had to choose one of two options: [either] adapt to the new work conditions and swear loyalty to the representative of the supreme guide [of the Muslim Brotherhood' at Al Jazeera, or leave," Shawkat wrote, according to a translation by the Middle East Media Research Institute (MEMRI).

Around the same time, a top UAE official complained to American diplomats that Qatar had acquiesced to Al Jazeera staff who were "linked to Hamas, the Muslim Brotherhood, and jihadists," a State Department cable noted.

Abu Dhabi Crown Prince Sheikh Mohammed bin Zayed Al-Nahyan "said although the Muslim Brotherhood Al Jazeera royal family finances Al Jazeera, the people 'controlling' it were the same ones financing Osama bin Laden, Hamas, and Iraqi jihadists," the cable said.

Numerous Al Jazeera employees resigned in 2013 in protest over the channel's pro-Muslim Brotherhood orientation. Former Al Jazeera journalist Fatima Nabil charged that she and her colleagues "had the feeling that the channel is partisan in favor of political Islam, and in most cases selectivity is exercised in broadcasting the text messages [of viewers] on the channel, and even more so in the selection of guests and interviewees."

The Qatari government controls the network's coverage, former Al Jazeera journalists Mohamed Fahmy and Mohamed Fawzi, arrested by Egyptian authorities in 2013 on terrorism charges, told the *Washington Times* this year. Al Jazeera actively worked with Brotherhood members in Egypt, Fahmy claimed.

Al Jazeera journalist Ahmed Mansour allegedly supported a secret Muslim Brotherhood group in the UAE that aimed to stir up unrest and chaos, Egypt's *Youm 7* reported. Qatar provided fugitive members of the Muslim Brotherhood with passports and money. Abdulrhaman Khalifa bin Sabih, the former leader of the secret Muslim Brotherhood organization in the UAE, told *Youm 7* that an Al Jazeera employee named Mohammed al-Mukhtar al-Shankiti trained him to use social media to spread demonstrations and unrest in the Emirates.

Al Jazeera reportedly enabled the secret Muslim Brotherhood group to link with foreign media and communicate with them because they lacked the means to do so on their own.

*Al-Arabiya* recently noted that Mansour emphasized the commonalities between the Muslim Brotherhood and al-Qaida during a 2015 interview with then Jabhat al-Nusra (Now called Hayat Tahrir al-Sham) leader Abu Muhammad al-Joulani, as evidence of his Brotherhood sympathies.

*Al-Arabiya* claimed that Al Jazeera's organizing the interview with al-Joulani served the purpose of improving his image so he can take over after Assad falls, and that it proved a Qatari connection with the Nusra leader.

Emails seized from Osama bin Laden's compound in Abbottabad, Pakistan also show the importance al-Qaida gave to Al Jazeera. One email noted that while other networks were hostile to the terrorist group, it could not afford to turn Al Jazeera into an enemy.

"Although sometimes it makes mistakes against us, their mistakes are limited. By clashing with it, it will be biased and damage the image of the Muslim *Mujahidin*," bin Laden wrote under the alias "Zamarai."

**Alleged al-Qaida Members on Al Jazeera's Staff**

Al Jazeera Islamabad bureau chief and Syrian native Ahmad Muaffaq Zaidan Â¢Â€Â" identified in a leaked National Security Agency PowerPoint as a member of both al-Qaida and the Muslim Brotherhood Â¢Â€Â" helped Al Jazeera reporter Ahmed Mansour secure the interview with Joulani. Zaidan denies belonging to al-Qaida. He met with bin Laden several times after 9/11.

Zaidan, however, periodically writes for a website connected with the Syrian Muslim Brotherhood.

Numerous emails retrieved from bin Laden's compound showed that al-Qaida viewed Zaidan as an asset. Al-Qaida leaders discussed what they wanted to ask Zaidan including a 2010 email in which an al-Qaida leader said he hoped to use Zaidan to talk Al Jazeera into running a documentary on the 10th anniversary of the 9/11 attacks.

Zaidan isn't the first Al Jazeera journalist accused by the U.S. government of belonging to al-Qaida and the Muslim Brotherhood. Sami Muheidine Mohamed al-Haj worked in Al Jazeera's Doha newsroom in 2000. He also served as a money courier for al-Qaida under the cover of his employment with Al Jazeera and a beverage company.

Pakistani authorities captured al-Haj in December 2001 because his name appeared on a watch list, and turned him over to U.S. forces in January 2002. U.S. authorities transferred al-Haj to Guantanamo Bay for questioning, including for information about Al Jazeera's contacts with bin Laden.

A leaked Guantanamo Bay file describes al-Haj as a member of both the Muslim Brotherhood and al-Qaida.

He belonged to the Muslim Brotherhood's Shura council and was involved in plans to distribute weapons to terrorists in Chechnya. A photo showed Al-Haj in Al Jazeera's Kandahar, Afghanistan office with 9/11 mastermind Khalid Sheikh Muhammad.

Another email captured in the raid on Bin Laden's compound describes an Al Jazeera cameraman referred to as "Siraj" as a member of the al-Qaida linked Libyan Islamic Fighting Group, who was imprisoned in Iran. The LIFG maintained a network inside Iran in the 2000s.

Networks have their biases. But none comes close to Al Jazeera's persistent role as the biggest promoter of terrorist propaganda next to social media.

**URL (Printing)**   https://www.investigativeproject.org/6478/al-jazeera-the-terrorist-propaganda-network

Date of
Intel          12-13-2016

Title          Investigative Project on Terrorism: 'Hate Spaces" Film Exposes Campus Intolerance

Notes          A new documentary, "Hate Spaces," exposes the
epidemic of campus intolerance favoring Muslims and
anti-Israel activists over Jews and Israel supporters
when it comes to free speech, academic freedom,
and protection from abuse.

The film is being released theatrically by Americans
for Peace and Tolerance (APT), a Boston-based non-
profit dedicated to raising public awareness about the
increasingly hostile campus environment. "Hate
Spaces" premiered Nov. 30 in New York, and will be
screened at select locations around the country
(contact info@peaceandtolerance.org for details). The
film will also be available on DVD in early 2017 and
eventually on YouTube. Click here to sign up for alerts.



The film's title refers to the concept of "safe spaces"
that has been used to silence unpopular speech on universites around the United States.

Executive Producer Avi Goldwasser, who also wrote and directed "Hate Spaces," first noticed the extent of the campus problem in
2004, when he produced "Columbia Unbecoming." That film documented the intimidation by Columbia University professors of Jewish
students who supported Israel. "Jewish students were abused by faculty members and the administration ignored it," Goldwasser told
the Investigative Project on Terrorism (IPT). "The abusing professor got tenure."

Indeed, anti-Israel lies, incitement, and hate speech are often tolerated under the banners of academic freedom and free speech. Last
September, for example, the University of California, Berkeley reinstated a student-led course that presented a demonizing, one-sided
history of the Palestinian-Israeli conflict after public outcry claimed that free speech and academic freedom were jeopardized by the
course's suspension. In contrast, pro-Israel speech is attacked by Israel critics who demand the right to have "safe spaces" free from
"hate speech."

"Any support of Israel is hate speech!" one protestor in the film proclaims.

Groups such as Students for Justice in Palestine (SJP), the Muslim Student Association (MSA), and American Muslims for Palestine (AMP)
leverage their politically favored status to exercise rights and protections that they try to deny their political opponents. At Northeastern
University, SJP violated school policies over a two-year period, including "vandalism of university property, disrupting the events of other
student organizations, not getting the appropriate permits when required, distributing unauthorized materials inside residence halls
and sliding them under the doors of private rooms, not providing a 'civility statement' which was required after a previous sanction [and]
not meeting with university advisers," according to Northeastern spokeswoman Renata Nyul.

"We have zero tolerance for anti-Semitism, zero tolerance for racism or any kind of hatred," Northeastern University President Joseph
Aoun said in the film, defending his school's decision to suspend SJP.

But SJP successfully reframed the school's response as suppression of free speech and rallied public and media pressure until their
suspension was lifted. Thus, in an SJP-dominated campus, speech that violates school policies and harasses Jews and Israel supporters is
protected as "free speech" rather than punished as 'hate speech."

By contrast, critics of Islam have been silenced with accusations of "hate speech" and "Islamophobia." In 2014, Brandeis University
canceled a speaking invitation and honorary degree to Ayaan Hirsi Ali  a campaigner for women's rights and a fierce critic of Islam  after
she was branded an "Islamophobe" by the Council on American Islamic Relations (CAIR). Around the same time  CAIR used similar
accusations to stop the screening of a documentary on honor killings.

Meanwhile, Jewish students and organizations are targeted with impunity, as feckless college administrators hesitate to take remedial
action (as happened at Connecticut College). One of the reasons for their reluctance, the film suggests, is fear of jeopardizing funding
â€¢â€¢ collectively, over $1 billion over the last six years â€¢â€¢ from Qatar, Saudi Arabia, and the United Arab Emirates.

Through brazen lies â€¢â€¢ like claiming that Israel "commits genocide" and "apartheid" â€¢â€¢ SJP and MSA have created campus
environments that are hostile to Jews and pro-Israel students, while suppressing support for Israel as "hate speech."

"Hate Spaces" was a story that had to be told, Goldwasser said, because "most people do not realize how the hostility is being
institutionalized, made fashionable by a combination of forces including radical faculty, radical student organizations, and an enabling
university administration. While many anti-Jewish incidents and the BDS (boycott, divestment and sanctions against Israel) campaign are
reported by the media, few are willing to connect the dots and report on the underlying ideology and extremist organizations that are
inciting the hostility."

The film shows how such campus hostility can reach as far asstudent council meetings, events that should be focused on campus affairs
and otherwise far-removed from Middle East politics. It features UCLA sophomore Rachel Beyda, who applied for a leadership position
on the Undergraduate Students Association Council. She was challenged by an SJP-backed campaign that claimed her Jewish
background would make her biased when deciding sensitive campus issues. For about 40 minutes, students questioned whether her
Jewish identity would make her a less fair-minded leader, even though three other students deciding her fate had been similarly active in
their respective communities (Iranian students' group, the MSA, and the Sikh students' group).

The film also highlights the extent of SJP's infiltration into academia. The organization, which has ties to Muslim-Brotherhood-linked
groups, has chapters on more than 600 campuses. "Hate Spaces" underscores how there is "sensitivity training" on many campuses for
just about every group (including for bestiality and incest at Yale) but not when it comes to groups relating to Jews or Israel.

The film includes footage of SJP founder Hatem Bazian calling for an intifada in America during a 2004 San Francisco rally. In addition to
heading the University of California, Berkeley's Islamophobia Research and Documentation Project, Bazian is AMP's founder and
national chair. AMP provides funding, printed materials (including "Apartheid walls" for public demonstrations), and staff to SJP
chapters.

'Hate Spaces" cites the IPT's 2015 report about AMP support for Hamas and terrorism against Israel.

It includes footage from an AMP event with several disturbing quotes. "When I look at the people who fight with the Israeli Occupation Forces," says AMP's Munjed Ahmad in one example, "I don't think we understand how many American Jews who were involved in the assault of Gaza the past summer were American...Of those people massacring those 500 children and those civilians, there were American Jews."

Taher Herzallah asks: "What if as Muslims, we wanted to establish an Islamic State? Is that wrong? What if, as Muslims, we wanted to use violent means to resist occupation? Is that wrong?"

"Hate Spaces" attempts to explain how campuses became so hostile to Israel. By manipulating identity politics, SJP created an anti-Israel alliance of hard-left groups. They exploit the academically trendy concept of "intersectionality" Â¢Â€Â" the idea that all injustices are interconnected Â¢Â€Â" to demonize Israel and make common cause with activists from totally unrelated movements, like the campaign to address police violence.

SJP also attracts well-meaning students concerned about equality and social justice by portraying Palestinians as blameless victims of wholly unjustified Israeli attacks. "What drew me to SJP was my motivation to support equal human rights," one student says in the film. "I joined them because I felt that the Palestinian people were being oppressed."

Another student explains how "SJP deliberately works with anti-Zionist Jewish organizations because working with those organizations helps to immunize them ...against charges of bigotry and anti-Semitism. It gives SJP cover."

"Hate Spaces" points out that student demographics have also helped SJP, because tens of thousands of students from Muslim countries that are traditionally hostile to Israel have arrived on U.S. college campuses in recent years. As noted by a former-SJP activist interviewed in the documentary, "There's definitely a lot of ethnic solidarity between Muslims and Palestinians because [a] majority of the Palestinians are Muslims, so it's almost like a brotherhood."

Goldwasser describes the intended audience for "Hate Spaces" as "decent Americans, especially, those in leadership positions." He believes that "once they are educated about this outrage on campus, there is a chance that changes will be made. All we ask is that Jewish students be treated equally, receive the same protection as any other minority on campus."

The film notes that professors and administrators have only exacerbated the campus movement promoting BDS, through their indifference or open complicity with the movement's campus leaders and tactics: "Many university officials are uncomfortable dealing with hatred that comes from a non-Western minority, preferring to selectively invoke the concepts of academic freedom and free speech instead of fulfilling their responsibility to Jewish students."

*Noah Beck is the author of The Last Israelis, an apocalyptic novel about Iranian nukes and other geopolitical issues in the Middle East.*

URL
(Printing)    https://www.investigativeproject.org/5726/hate-spaces-film-exposes-campus-intolerance

Date of
Intel       11-06-2017

Title       Investigative Project on Terrorism: Tariq Ramadan's Fans Insist He's Not A Rapist; It's The Women's Fault, And the Jews'

Notes

From the moment news broke of Harvey Weinstein's sexual aggressions, men and women alike rushed to express their disgust and disappointment. As the number of accusers mounted, so, too, did the number of those who condemned him. From actors to producers, film festivals to the Oscars and dozens of politicians, the once-celebrated movie mogul has been disparaged and denounced.

Compare that to the response to women who accuse Islamic scholar and guru Tariq Ramadan of similar, even more violent behavior Â¢Â€Â" four at last count, with more rumored to be preparing to step up. In France, where Ramadan faces charges of sexual assault; in Switzerland, his birthplace; and in England, where he lives and teaches at the University of Oxford, his fellow Muslim leaders, as well as Muslim



Tariq Ramadan

Anonymous allegations

and civil rights groups, have yet to say a word against him. Even the Ligue France des Femmes Musulman Â¢Â€Â" the French League of Muslim Women Â¢Â€Â" has failed to speak out, although three of Ramadan's alleged victims, including French writer and activist Henda Ayari, are French Muslim women. (The fourth is Belgian.)

Even the French authorities, it turns out, have kept quiet. "That he had many mistresses, that he consulted sites, that girls were brought to the hotel at the end of his lectures, that he invited them toundress, that some resisted and that he could become violent and aggressive, yes, but I never heard of rapes," Bernard Godard, who worked in the French Ministry of the Interior from 1997 to 2014, told the French magazine l'Obs. It is hard to understand how Mr. Godard knew that girls "resisted" and that Ramadan became violent, and did not somehow understand that there might be rape involved, or that violence against young girls might be worth reporting. And so he said nothing.

New allegations continue to emerge, including from four Swiss women who say he came on to them when they were teenagers.

On the other hand, Tariq Ramadan's many fans Â¢Â€Â" more than 600,000 people follow him on Twitter and he has more than 2 million Facebook followers Â¢Â€Â" have plenty to say. He is innocent, they are certain. In their comments on both social media sites, they assure him that Allah will protect him. The women are liars, or part of a conspiracy: against Muslims, against the Muslim leader himself, against Islam Â¢Â€Â" all the insidious, but entirely predictable, work of the world's Jews.

In the United States, people who have benefited from Ramadan's star power have had little to say.

Of course that's somewhat to be expected. Ramadan is vehemently anti-Israel, so it comes as no surprise that his fans and followers would be, too. Besides, the charges against him describe such heinous behavior Â¢Â€Â" dragging a woman by her hair through a hotel room, repeated beatings and sexual assaults, sexual abuse of a disabled woman and more Â¢Â€Â" that only the Zionists, the Jews, could have come up with them.

Which is why one fan posted on Ramadan's Facebook page (translated from Arabic) "One of the ways of the Zionists is to use women as a sexual commodity to pressure their enemies and threaten to expose them to become their servants." Another added, "The Muslim asses are waking up and can see clearly why these accusations are launched against Muslims and especially one who is a proponent of the Palestinian cause." And yet another wrote from Canada: "[the episode stands in the center] of the whole Emirati war on Qatar, and the war of the Zionist and secular lobby in France."

Even after the revelations of another rape came to light Ramadan's minions remained unmoved. While one admitted that "I don't believe and I won't believe what they invent about you even if it happens in front of my eyes, I will lie and believe you," another posted: "The Zionist lobby realized that the first complaint was not enough to smear Mr. Ramadan's reputation and integrity, so they fomented another story with a more violent accusation in order to shock the public ..... We know Mr. Ramadan and we know as well the Zionist lobby and its Zionist dogs (media and politics) who struggle since long ago to smear Tariq Ramadan's reputation and academic work... In vain. Mr. Ramadan, we will NEVER let you down, no matter how loud the Zionist dogs' barking is."

Others have pointed to the "immodesty" of his accusers: what were they doing going to his hotel room? (He invited them when they requested spiritual guidance.) And why did they not wear hiabs? After all, as Ramadan has taught, women should always remain covered, as protection against the unbridled lust and weakness of men. On Twitter, one follower posted: "France is the capital of vice and prostitution where hookers are cheaper than a cup of coffee. Its [sic] probably ties to sell her book." And in a diatribe defending Ramadan on Facebook, Mohamed H. Elnasry, an Egyptian-American activist and political analyst, criticized Ayari's opposition to the hijab, of which she has written, "It is not for women to hide because of sexual and perverted frustration that is unable to control themselves [sic] by the beauty of a woman!"

And yet, covered women are also raped, both in the Middle East and in the West, where Shaista Gohir, the chair of a UK-based helpline for Muslim women, told the Independent, some "have beenfully dressed. Some have been wearing the headscarf, [full robe], and even the face veil. The offenders have included family friends, family members, and also respected religious leaders in the community." As Claudia Landsberger, a former colleague of the late Islam critic and filmmaker Theo van Gogh, wrote in an email, such incidents demonstrate "how the whole issue of modesty, or chastity, in order not to make men go wild, does not make any difference in the heads of these men. So first they imprison these women in their hijabs, burqas, or whatever, making them even believe it is for their own benefit Â¢Â€Â" and double-betray them." Van Gogh, the producer of "Submission," a film that criticized the treatment of women in Islam, was murdered by a Dutch Muslim extremist in 2004.

For his part, Ramadan has filed a countersuit for slander against Ayari, who claims that he attacked her in a hotel room in 2012. "He choked me so hard that I thought I was going to die," Ayari told a French newspaper Oct. 30. Ramadan had tried to convince her to be his sex slave, she said. When she refused, he threatened to harm her children. It was this threat, she claims, that kept her from speaking out earlier. Only in the aftermath of the Weinstein scandal, as women around the world joined the social media "#MeToo" campaign, did she find the courage to come forward.

Her example, in turn, gave courage to his three other accusers. It is not clear whether Ramadan plans to sue them as well. For now, he has said on Facebook, his attorneys have advised him to keep silent on the case.

But what all this shows is that in the court of Muslim public opinion Â¢Â€Â" even among so-called civil rights groups that act in the name of Islam Â¢Â€Â" Tariq Ramadan is not just innocent until proven guilty. He is innocent, and the others guilty: the Jews, the Zionists, the secularists, the unveiled women.

This is not a new refrain: we've heard similar chorales legitimize terrorist attacks like the *Charlie Hebdo* shootings, or the attempted murders of others who have dared to lampoon Mohammed. They echoed, too, in the response of many Dutch Muslims to the slaughter of Theo van Gogh. Ramadan could, of course, intervene. He could say that no, this has nothing at all to do with Jews. No, rape is not the fault of women. Instead, he is silent. This, his silence, is his assault. And of this, he alone is guilty.

*Abigail R. Esman, the author, most recently, of* Radical State: How Jihad Is Winning Over Democracy in the West *(Praeger, 2010), is a freelance writer based in New York and the Netherlands. Follow her at @radicalstates.*

URL
(Printing)    https://www.investigativeproject.org/6878/tariq-ramadar-fans-insist-he-not-a-rapist-it

**Date of Intel**  12-19-2014

**Title**  Investigative Project on Terrorism: Turkey-based Hamas Leader Well Known to US Law Enforcement

**Notes**

It has been a busy year of plotting death and destruction for Hamas leadership. As we noted Thursday, Hamas has three key operating bases in three separate locations – Gaza, Qatar and Turkey.

The Turkish operation may be the most active in plotting terror attacks. And the man who runs that base, Saleh Al-Arouri, has risen to prominence as a result. Al-Arouri has been linked to a series of terrorist plots and attacks primarily aimed at West Bank targets, an area where the terrorist group hopes to regain strength and popular support.

As a new Investigative Project on Terrorism report on Al-Arouri shows, while his infamy may be relatively new, his efforts to help Hamas foment terror date back years and are well known among American prosecutors and investigators.

Al-Arouri is a longtime Hamas military commander who operates openly in Turkey, a NATO member country and ostensibly an ally of the United States and the West.

He was the first Hamas official to acknowledge the group's responsibility for the June abduction and murder of three Jewish teenagers in Israel.

Naftali Fraenkel, one of the murdered teens, was a U.S. citizen. The U.S. government is authorized to investigate and prosecute murder and attempted murder of U.S. citizens committed in foreign countries under Title 10, Section 2332 of the United States Code. This statutory authority is the basis for the FBI and other federal agencies to investigate many foreign terror attacks against U.S. citizens and for the Department of Justice (DOJ) to bring U.S. criminal charges against the perpetrators of such attacks.

U.S. law allows victims of foreign terror attacks to sue those responsible. Foreign state sponsors of terrorism that are officially designated as such by the U.S. government also can be civilly liable for terror actions against the U.S. Turkey, of course, is not a U.S. designated state sponsor of terrorism.

In August, Nitsana Darshan-Leitner, the founder and director of the Israeli NGO law center Shurat HaDin, wrote a letter to Attorney General Eric Holder requesting the U.S. government investigate, prosecute and extradite Al-Arouri from Turkey on charges related to Fraenkel's murder.

Such legal action would not be the first time Al-Arouri's name appeared in federal court proceedings. In 2003, three Hamas operatives were indicted in Chicago for a racketeering conspiracy. Those operatives were Hamas political leader Mousa Abu Marzook, and Chicago residents Muhammad Salah and Abdelhaleem Ashqar. Marzook was in Syria and was never tried under the indictment. Salah and Ashqar were ultimately convicted of obstruction and contempt violations and sentenced to prison terms.

Al-Arouri was named among the "Hamas Co-Conspirators" in a superseding indictment in that case. Al-Arouri was described as a high-ranking Hamas military leader dating back to his role as a Hamas student cell leader at Hebron University in the early 1990s." He received "tens of thousands of dollars for Hamas-related activities" from Salah which were used to buy weapons for terrorist attacks, the indictment said.

In addition, Al Arouri appears in a 1999 federal court ruling involving a civil forfeiture action against Muhammad  alah. The court order described a 1992 trip  alah took to Israel and the Palestinian territories. There he "funneled approximately $100 000 to an alleged HAMAS operative, Salah Al-Arouri, which, according to both Salah and Al-Arouri, was used to purchase weapons. Al-Arouri allegedly admitted to Israeli officials that he gave an individual named Musa Dudin approximately $45,000 of the money he received from Salah so that Dudin could purchase weapons in September 1992. Al-Arouri further related that Dudin purchased the weapons as planned and that these weapons were subsequently used in terrorist attacks, including a suicide attack resulting in the murder of an Israeli soldier in Hebron in October 1992."

That was among a series of terrorist attacks "supported with weapons and money provided by Al-Arouri with funds he received from Salah" that led Israel to deport 415 Hamas operatives to Lebanon in December 1992, the court ruling noted.

As mentioned, Al-Arouri operates openly in Turkey. The first statement admitting that Hamas was responsible for kidnapping Fraenkel and two other students came during an August gathering of Islamic clerics. From that base, Israeli officials say, Al-Arouri also plotted a coup against Palestinian Authority President Mahmoud Abbas. If Al-Arouri succeeded, it would dramatically threaten U.S. national security interests in the region.

American law enforcement has the power to investigate Al-Arouri for killing Fraenkel, the American teenager. Failure to do so only enables his incessant plotting to kill people in Israel and, perhaps, his Palestinian foes.

Read the full report on Saleh Al-Arouri here.

**URL (Printing)**  https://www.investigativeproject.org/4710/turkey-based-hamas-leader-well-known-to-us-law

Date of   10-29-2014
Intel

Title   Investigative Project on Terrorism: IPT Exclusive: Terror Enablers Join Global Elite at Brookings Forums

Notes

To read part 1 in this series, click here.

The speaker rosters at the Brookings Institution's annual Doha conferences read like a veritable Who's Who of international leaders.



Featured guests include influential American policymakers such as National Security Advisor Susan Rice, former Secretary of State Madeleine Albright, former Undersecretary of State for Public Diplomacy Karen Hughes, and former U.S. Permanent Representative to the United Nations Zalmay Khalilzad.

Their international counterparts include former Afghan President Hamid Karzai, Turkish Foreign Minister Ali Babacan, Bahrain's Foreign Minister Sheik Khalid bin Ahmad bin Mohammed al-Khalifa, and many, many others from the highest echelons of global political power.

The luminaries consider questions such as the following three from the 2006 conference: "With the five year anniversary of the 9/11 attacks coming up, what is the state of relations between the U.S. and broader Muslim world? Where do we want to be five years from now? What are the key challenges that we must solve to reach this vision?"

Brookings introduces these leaders to Â¢Â£Â¨ and therefore legitimizes Â¢Â£Â¨ unsavory figures like Muslim Brotherhood spiritual guide Yusuf al-Qaradawi and Rachid Ghannouchi, the leader of Tunisia's Islamist Ennahda Party.

Brookings claims to offer "a platform to policy experts and world leaders, bringing expertise and informed debate to the public discussion of policy choices."

However, the commitment of some of its Qatari associates to the global peace and stability that Brookings claims to foster is, at the very least, questionable.

**Sheik Yusuf Qaradawi**

Brookings grants a platform to numerous Islamists and supporters of jihad terror through its association with Qatar, as in the case of Muslim Brotherhood intellectual and spiritual leader Yusuf Qaradawi, who enjoys close ties with its government.

Qaradawi, whose presence in Qatar dates back to the 1970s, has described the Holocaust as "divine punishment on the Jews," sanctioned killing Shiite Muslims and declared that no innocent Jews exist in Israel. His views led American officials to prevent him from visiting the U.S. in 1999 and British officials to prevent him from entering the U.K. in 2008.

But his popular program on Al Jazeera gives Qaradawi a global reach, making him among the world's most influential Sunni clerics.

Qaradawi also heads the Qatar-based International Union of Muslim Scholars (IUMS), which lists former Hamas Prime Minister Ismail Haniyeh as a member, sanctioned the killing of U.S. troops in Iraq, praised Palestinian terrorists as heroes, and issued repeated calls for Israel's destruction.

A State Department cable disclosed by Wikileaks demonstrates that the connection between Qaradawi and Qatar's financial sector concerned the Obama administration in 2009. U.S. Treasury officials admonished Qatar concerning Qaradawi's role as chairman of the sharian advisory board of the Qatar Islamic BankÂ¢Â£Â¨ headed by Sheik Jassim Bin Hamad Bin Jassim Bin Jabr Al-Thani, a member of Qatar's royal family Â¢Â£Â¨ due to fears that he leveraged his position to steer money to Hamas.

Qatar rebuffed American efforts to exclude Qaradawi from his involvement in the emirate's banking sector, which he has manipulated to fund terrorist groups. Qaradawi sat on the Qatar Islamic Banc's shariah advisory board, which is responsible for "channeling contributions of Zakat," until 2010, according to the bank's 2013 governance report.

Qaradawi influences Qatar's charitable sector, including Qatar Charity Â¢Â£Â¨ formerly the Qatar Charitable Foundation Â¢Â£Â¨ and the Qatar Foundation. The former belongs to Qaradawi's Union of Good, an alliance of 57 Islamic charities in 21 countries. In its designating the Union of Good, the U.S. Treasury Department officials describe it as "a broker for Hamas" that facilitates financial transfers between its member charities in a November 2008 press release. Union of Good issued the Istanbul Declaration in July 2010 calling for "jihad and resistance against the occupation until the liberation of all Palestine."

Another indication of Qaradawi's closeness to Qatar's leadership came in 2008 when the Qatar Foundation established the Al-Qaradawi Centre for Research in Moderate Thought. A January 2009 Gulf News report stated that the center would "serve as a think tank on a wide range of issues concerning Islamic studies and will highlight the middle path propagated by Qaradawi."

Qaradawi has repeatedly endorsed suicide bombings, including those against U.S. troops in Iraq, and claims that Hamas and Palestinian Islamic Jihad were not engaged in terrorism due to Israel's universal conscription policy in 1996. Six months before the 2002 Doha conference, the Qatari newspaper Ar-Raayah quoted Qaradawi petitioning Arab governments to arm Palestinian terror groups to "bring about victory to the Intifada" and saying that Palestinian suicide bombers are "heroic martyrs."

During Brookings' 2002 Doha Conference on U.S. RelationsWith the Islamic World, Qaradawi joined UCLA Law Professor Khaled Abou Fadl on a panel titled "Martyrs of Murderers? Terrorism and Suicide Bombings." Qaradawi launched into an invective defending Hamas, Islamic Jihad, the al-Aqsa Brigades and suicide bombing.

"If we are talking about people who are our brothers and our sons in Palestine who are defending their country, people like Hamas and Jihad and al-Aqsa brigades, they are not murderers, they arenot killers and it's a transgression against them to call them so and label them so Â¢Â£Â¨They have every right to defend themselvesand to stick their necks out for the sake of their freedom," Qaradawi said. "People who call them suicides are committing a transgression against them. This is a wrongful description. They are not suicides.

**MEF001322**

"They are the furthest away from the concept of suicide. The psychology of a suicide is totally different. A suicide is someone who is desperate and gives up hope on life and God and does not believe in the mercy of God. They are totally against that. These are people who can never be called murderers."

Abou Fadl politely disagreed with Qaradawi.

"I fully recognize the right of Palestinians to defend themselves against violence, and I do not have any idealized visions of Israeli policy towards Palestinians," Abou Fadl said. "But when, as an intellectual living in the United States, I hear about a group that goes in during a bar mitzvah and slaughters a group of religious practitioners, I cannot fit it with-in my readings in Islamic ethics or Islamic law. I find a very difficult time deferring to such political paradigms, because it offends me to the core as a Muslim and as a Muslim intellectual."

Qaradawi's unequivocal defense of suicide bombings was not enough to stop Brookings from inviting back in 2007. Ambassador Martin Indyk, head of Brookings' Saban Center for Middle East Policy, sat next to Qaradawi onstage. Qaradawi delivered an anti-American, pro-Palestinian terrorist speech:

"So what I want to say is that it is America who is antagonizing us, it took Islam as a surrogate enemy, and accuses Islam of being the source of violence and terrorism, while it forbids our occupied peoples from resisting the occupiers. It does not want the Iraqi people to resist the American occupation, nor does it want the Palestinian people to resist the Israeli occupation. Whoever does this is accused of terrorism. Hamas and the Palestinian resistance factions are all accused of resisting the occupiers. Because I oppose the Palestinian occupation, I am categorized by our American brothers as a terrorist, as calling for terrorism. Does this make people love America? They are double standards."

Qaradawi complained that, "America, which forbids the resistance from defending its country, does not say a single word condemning Israel's daily acts of slaughter, torture, displacement, starvation, destruction, and siege. It does not say a single honorable word. On the contrary, Israel runs amok in the region with all this violence, supported by American money, American weapons, and the American veto. This is why people are against America." He concluded by acknowledging the influence of the Brookings institution, saying: "I conclude my speech with some advice that I hope Brother Indyk passes on to the decision makers in America." His advice? "My advice is that America should give up the idea of controlling the world by force."

Brookings' engagement with Qaradawi failed to make a dent in his extremist views, as he reiterated his support for suicide bombings a year later in a February 2008 interview carried by the London-based Al-Hiwar and Al-Jazeera. Qaradawi said: "[British authorities] focused on the issue of martyrdom operations (suicide bombings), as if this was something new. I have (supported) this for more than 20 years. I am not the only one to support this. More than 300 Muslim scholars supported it."

Qaradawi's comments also clarify that semantics determine whether or not an act of violence qualifies as terror for all too many Muslims.

He became the first in a long list of pro-Hamas, anti-American, anti-Israeli speakers invited to attend the Doha-based conferences, all of which Indyk moderated.

## Sheik Rachid Ghannouchi

Sheik Rachid Ghannouchi's decades-long defense of Hamas and calls for Israel's violent destruction taxes Brookings' engagement with him.

Ghannouchi blessed the mothers of Palestinian suicide bombers during an al-Jazeera panel discussion in 2001, saying: "I would like to send my blessings to the mothers of those youth, those men who succeeded in creating a new balance of power … I bless the mothers who planted in the blessed land of Palestine the amazing seeds of these youths, who taught the international system and the Israel [sic] arrogance, supported by the US, an important lesson. The Palestinian woman, mother of the Shahids (martyrs), is a martyr herself, and she has created a new model of woman."

As far back as a December 1990 speech delivered at the First Islamic Palestine Conference in Tehran, Ghannouchi promoted creating financial institutions to "finance the Islamic liberation jihad with funds donated by Muslims." Ghannouchi claimed that they would fund the creation of an "Islamic army" to "liberate" Palestine and other "occupied" Muslim lands.

Ghannouchi advocated "an Islamic civilizational project that spans all humanity" that would stoke the flames of "rebellion and Islamic resistance everywhere." He also called for the "destruction of the Jews."

"We [are] here back with all our force the call to jihad made by His Excellency Ali Khamenei, who called the Muslim world community to jihad in order to drive out the Great atan " Ghannouchi said. "The allies of Zionism are the allies of atan."

Ghannouchi's name appears in the phone book of Al-Taqwa Bank founder Youssef Nada. The bank fulfilled many of the aims in Ghannouchi's 1990 speech, and U.S. Treasury officials implicated it as an al-Qaida and Hamas funding source.

Such support for Hamas and Israel's destruction led the Clinton administration to ban Ghannouchi from entering the U.S. in 1994. The Obama administration rescinded that ban in 2011.

In February 2009, Ghannouchi praised Hamas's rocket attacks against Israel as an essential opportunity to "create intimidation and balance in power" and to "strike terror" into the hearts of the Israelis. He also signed the Istanbul Declaration that month, which advocated a "jihad and Resistance against the occupier until the liberation of all Palestine." Ghannouchi also Hamas' Qassam rockets as a way to "create intimidation and balance in power" and to "strike terror" into the hearts of the Israelis during an interview with London-based Al-Hiwar TV.

Considerable evidence exists showing his positions had notchanged when the Obama administration allowed him to obtain a visa permitting him to travel to the United States. His 2011 biography from IUMS's Arabic website quoted him saying that the "approach of Hamas in Resistance restored hope to the Islamic Ummah." He still supported jihad, saying in 2011 that Muslims "wherever there is occupation, there is an answer: jihad. It is an action to liberate Muslim homelands remaining in foreign occupation."

In a May 2011 interview with the Qatari newspaper Al-Arab, Ghannouchi declared that the Arab Spring would "achieve positive results on the path to the Palestinian cause and threaten the extinction of Israel … The liberation of Palestine from Israeli occupation represents the biggest challenge facing the Umma [global Muslim community] and the Umma cannot have existence in light of the Israeli occupation … I give you the good news that the Arab region will get rid of the bacillus of Israel. Sheik Ahmed Yassin, the leader of Hamas, said that Israel will disappear by the year 2027. I say that this date may be too far away, and Israel may disappear before this."

His outlook on world affairs reflects that of the Ennahda platform, which declares that the group "struggles to achieve the following goals … To struggle for the liberation of Palestine and consider it as a central mission and a duty required by the need to challenge the Zionist colonial attack which planted in the heart of the homeland an alien entity which constitutes a [sic] obstacle to unity and reflects the image of the conflict between our civilization and its enemies."

Brookings rewarded Ghannouchi with an audience at its US-Islamic World Forum in 2012. Despite Ghannouchi's support for Palestinian terror, Indyk invoked him as "a great Muslim thinker" during his May 2013 visit to Washington. Indyk praised Ghannouchi's commitment to democracy in Tunisia while ignoring his extremist rhetoric in support of Hamas and other terrorist groups.

**Mouaz Al Khatib**

Mouaz Al Khatib is the former president of the National Coalition for Syrian Revolutionary & Opposition Forces. A November 2012 *Foreign Policy* expose revealed that: "Khatib's website features numerous instances of anti-Semitic rhetoric. In one of his own articles, he writes that one of Iraqi dictator Saddam Hussein's positive legacies was 'terrifying the Jews.' He has also published others' anti-Semitic observations on his site: In one article, written by Abdul Salam Basiouni, Jews are described as 'gold worshipers.' Finally, in an obituary of a Gaza sheik copied from IslamSyria, Jews are dubbed 'the enemies of God.'" Khatib has also praised Qaradawi as "our great imam.'"

Given the high regard for Qaradawi, it comes as no surprise that Brookings featured Khatib at the 2014 US-Islamic World Forum.

**Sheik Abdullah Bin Bayyah**

Abdullah Bin Bayyah, IUMS vice president at the time of his appearances at the 2010 and 2012 Doha conferences, as well as the 2011 U.S.-Islamic World Forum in Washington, strongly supports Hamas and other Palestinian terror groups. Bin Bayyah resigned from the organization in 2013 in the wake of criticism following an Investigative Project on Terrorism expose on his extremist views and his work with the Obama White House.

Bin Bayyah's statements illustrate that his views do not reflect the moderation he prefers the public to believe about him. His participation in three consecutive Brookings Doha conferences failed to diminish his extremism in the interest of peace, telling Muslim rulers to lend their "financial, military and diplomatic support" to Palestinian terrorist groups to "unite all resistance movements into one entity" to stop what he called the "terrible, ongoing massacre in Gaza" in a 2013 fatwa.

He condemns the West for comparing Hamas and other Palestinian terror groups with al-Qaida.

"[P]lacing the Palestinian resistance, which defends internationally recognized rights, on an equal footing with intercontinental terrorist organizations (al-Qaida) is not based on any moral principle and would be detrimental to the cause of the fight against terrorism and mix the cards and raises questions to the world conscience and serves terrorists," Bin Bayyah wrote in a 2011 fatwa.

Restoring the caliphate is another of Bin Bayyah's ambitions. He argues that "the ummah (Muslim world) ought to be under one banner and one ruler," calling it a basic "principle prescribed by Islam." Bin Bayyah contends that its disappearance in 1924 led to the decline of the Muslim world.

Arguably, none of these people and perspectives would have ever accessed an audience of respected world dignitaries at Brookings were it not for the influence of their Qatari brethren.

**URL (Printing)** https://www.investigativeproject.org/4636/ipt-exclusive-terror-enablers-join-global-elite

| | |
|---|---|
| Date of Intel | 09-14-2017 |
| Title | Investigative Project on Terrorism: Al-Arian and the Georgetown Gang Ride Again " Now in Turkey |
| Notes | |

Palestinian Islamic Jihad board member Sami Al-Arian appears to be thriving in his new environs after his 2015 deportation from the United States.

He is scheduled to speak next month at a conference in Istanbul sponsored in part by his old pals at Georgetown University's Saudi-endowed Alwaleed Center for Muslim-Christian Understanding. Center Director John Esposito, a Muslim Brotherhood apologist, also considers himself a "very close friend" of Al-Arian's. And as we noted last spring, family ties strengthen the Al-Arian/Georgetown connection.



Sami Al-Arian
Civil Rights Activist

Al Arian was deported to Turkey in 2015, pursuant to terms in his 2006 guilty plea connected to his Palestinian Islamic Jihad support. A computer scientist by training, he now works as "director of the Center for Regional Politics at Istanbul Sabahattin Zaim University."

His conference biography casts him as a civil rights activist and thinker. It is silent about Al-Arian's documented role as secretary for the Palestinian Islamic Jihad's *Majlis Shura*, or board of directors. It also omits a 1991 introduction of Al-Arian captured on videotape in which he speaks after being described as the head of "the active arm of the Islamic Jihad Movement in Palestine" in the United States.

It may be part of a public comeback that Al-Arian is staging as he starts a new life in Turkey and supports its Islamist regime. Following the failed coup attempt, Al Arian offered his analysis on its suspected instigators, twice hinting that Israel was connected to it. TRT World Â¢Â€Â" Turkish Radio and Television Â¢Â€Â" is an active arm of the Turkish government which incurred harsh criticism over its coverage of the coup attempt.

Al-Arian appeared on TRT World again in July, opining on the favorite Islamist topic of Jerusalem's Al Aqsa Mosque and identified as a 'civil rights activist & writer.' First, he rationalized a terrorist attack that killed two Israeli police officers, both of whom were Druze Arabs. Then he repeated the false and incendiary claim that, "This right-wing Israeli government has been trying for many years now to partition Al-Aqsa Mosque. And this is where this whole episode Â¢Â€Â" this whole crisis Â¢Â€Â" was created."

Next month, Al-Arian will speak at the Istanbul "Internationa Conference on The Muslim Ummah," sponsored by Georgetown's Alwaleed Center along with Qatar's College of Islamic Sciences, Hamad Bin Khalifa University. His presentation is called, "The Challenge of Settler Colonialism in Palestine/Israel."

He'll be joined by his son, Abdullah Al-Arian, and son-in-law Jonathan Brown, along with Esposito and Islamist luminaries as Tariq Ramadan Â¢Â€Â" grandson of Muslim Brotherhood founder Hasan al-Banna Â¢Â€Â" and Ibrahim Kalin, a spokesman for Turkey's Islamist President Recep Tayyip Erdogan. Kalin joined Erdogan during visits with U.S. Muslim groups last year.

Al-Arian also is slated to lead the conference's final session, which features Ramadan, Kalin and Esposito discussing "The Muslim Ummah in Today's World."

The Oct. 8 conference is called, "International Conference on the Muslim Ummah: synthesizing a New Paradigm, Analyzing Modern Challenges." Since the Ottoman Empire's fall, the concept of the 'Muslim Ummah' [community] has lost its historical meaning as many scholars and academics from many disciplines have been debating its relevance and practical manifestations to today's world " a conference description said. The meeting aims to "propose a new paradigm within the context of the modern world."

Al-Arian's academic friends may not care about his work as the head of the Palestinian Islamic Jihad (PIJ)'s "active arm" in America, his service as a PIJ board member, or his efforts to keep Iranian money flowing to the terrorist group in the 1990s. This is a man who, in the wake of a horrific double suicide bombing that killed 21 people at a bus station, saw fit to write that the attack "is the best guide and witness to what the believing few can do in the face of Arab and Islamic collapse at the heels of the Zionist enemy..."

That bloodthirsty attitude makes sense, since the PIJ bylaws explicitly reject "any peaceful solution for the Palestinian Cause, and [affirms] the jihad solution and the martyrdom style as the only option for liberation." It seeks "a state of terror, instability and panic in the souls of the Zionists" and creating "a psychological barrier between the Jews and the Muslim Palestinian people and the creation of a conviction that the coexistence is impossible..."

While the Hamas charter has always been public, officials did not know PIJ had a similar document until federal investigators found it in Al-Arian's possession during 1995 searches of his home and offices.

None of these academics gathering in Istanbul are dumb. They know these facts about their "very close friend" and still treat him as a respected academic. Including Al-Arian in an academic conference isn't about advancing scholarship. It's about rehabilitating a terrorist's reputation.

| | |
|---|---|
| URL (Printing) | https://www.investigativeproject.org/6645/al-arian-and-the-georgetown-gang-ride-again-now |

**Date of**
**Intel**   01-29-2015

**Title**   Investigative Project on Terrorism: Hamas-Supporting MB Figures Meet With Congress, State Dept.

**Notes**

A delegation including senior exiled members of Egypt's Muslim Brotherhood and two people with a history of open support for Hamas lobbied senators Wednesday.



The delegation requested a meeting with several senators, a Senate source told the Investigative Project on Terrorism (IPT).

The delegation sought help in restoring former President Mohamed Morsi and the Muslim Brotherhood to power in Egypt. Morsi-era parliamentarians, government ministers and judges formed the Egyptian Revolutionary Council in Istanbul, Turkey last August with the aim of toppling Egypt's military government. It is based in Geneva, Switzerland.

The delegation arrived in Washington Monday and will leave Thursday, according to a brief provided to the Senate offices. A Facebook post Wednesday by former Egyptian judge Waleed Sharaby showed him alongside fellow delegation members on Capitol Hill.

The delegation also includes Sarwat Nafei, a self-described liberal elected as speaker of the Egyptian parliament in exile; Maha Azzam, head of the Egyptian Revolutionary Council; Abdul Mawgoud Dardery, an exiled Muslim Brotherhood member and Egyptian parliamentarian; and Mohammed Gamal Heshmat, an exiled member of the Muslim Brotherhood's shura council and Egyptian parliamentarian.

Sharaby's Facebook page shows him at the State Department on Monday. In a Facebook posting Thursday, Heshmat claimed he met with "a representative of the White House" as well. "The voice of the Egyptian revolution must be loud everywhere," he wrote.

Sharaby and Heshmat have openly expressed support for Hamas.

Heshmat's Facebook page features a picture of him posing with Hamas Chairman Khaled Meshaal. He told the IPT that he met Meshaal during a conference in Doha, Qatar last June, and said he did not have a "continuous relationship" or a "dark relationship" with the terrorist leader.



The Muslim Brotherhood leader has a long history of supporting Palestinian terrorists. Heshmat "wants to send weapons to the Palestinians, and even send Egyptians to fight," Deborah Amos reported in 2002 for "NOW with Bill Moyers."

Heshmat denied making the statement when the IPT asked about it Tuesday, saying all he had ever favored was sending "humanitarian aid" to help the Palestinians.

In an August 2012 Facebook posting, he denied that Muslims were responsible for a terrorist attack in the Sinai. "[I]t is unreasonable that the Muslims carried out such an incident, because if it were a jihadist operation, it would be the first inside Israeli territory," the Egyptian newspaper Al-Masry Al-Youm reported.

He blamed "an American Zionist plot" for Egypt's military crackdown on the Muslim Brotherhood in August 2013. In a Facebook posting last July, Heshmat called Israeli Jews "the descendants of pigs and monkeys" who were fighting against the "Palestine of Jihad."

<!-- caption begin -->
Mohammed Gamal Heshmat, second from the left, with Hamas political leader Khaled Meshaal.
<!-- caption end -->

Similarly, Sharaby, although not a Muslim Brotherhood member, wrote an article last July praising the memories of Hamas co-founders Sheik Ahmed Yassin and Abdel Aziz Rantisi. Sharaby's article poetically praises Hamas:

"Or shall I tell you how this blessed movement developed the thought of resistance in record time and under the circumstances in which it was impossible to verify that these results? From throwing stones at the enemy, to stabbing him with a knife, to the sniper shot, to the IED, to martyrdom operations in the heart of the Zionist Entity, to the short-range missiles, to the long-range missiles to attack Israeli military units which made the people of Israel go into bunkers!!!"

The Saudi tabloid Al-Madina slammed the State Department meeting Wednesday, calling the delegation "terrorists." Saudi officials labeled the Muslim Brotherhood a terrorist group last year.

The State Department defended the meeting in an email to the IPT. "We meet with representatives from across the political spectrum in Egypt."

Before coming to Washington, Dardery, Sharaby and Heshmat participated in a forum in New Jersey sponsored by Egyptian Americans for Freedom and Justice, which an Egyptian newspaper describes as a "Brotherhood organization." The forum was also attended by noted Islamist leader Mohammed Qatanani.

Heshmat and Sharaby arrived in the U.S. on Jan. 20, according to the Facebook page of Egyptian Americans for Freedom and Justice.

Appearing at an event Tuesday sponsored by the Center for the Study of Islam and Democracy (CSID) at the National Press Club, Azzam called the discussions with the State Department "fruitful."

"There was an overlap and a common reading of the situation, of the threat of the current regime to human rights and the rule of law," Azzam said regarding the feedback her delegation received from the State Department. "They welcomed the continued engagement with us."

Delegation members told the State Department that support for President Abdel Fatah Sisi's regime ran contrary to American values and national interests. They asked the U.S. not to get in the way of the Egyptian people's "fight for their own freedom," Azzam said.

Tuesday's CSID event emphasized the Sisi regime's killing, torturing and jailing of political opponents. Speakers pointed to a 2014 Human Rights Watch (HRW) report that found that Sisi and the Egyptian military were likely guilty of "crimes against humanity."

The military government killed thousands of Egyptians, jailing thousands of innocent protesters and imprisoning over 40,000 political dissidents of all stripes, according to Azzam , including liberals, Islamists and others.

Nafei accused the media of creating "a complete fabrication" about the idea that the Muslim Brotherhood wished to create a religious state both before and after the military ousted President Mohamed Morsi in July 2013.

"The reality is that it's democracy, pro-democracy," Nafei said. "There is no religious state. There is no threat coming from a religious state."

The delegation urged Egyptian-Americans of all stripes Â¢Â€Â" Coptic Christian and Muslim Â¢Â€Â" to unite against the Sisi government. Dardery asked Copts, who have overwhelmingly supported Sisi, to come to their side.

"The constitution that was made in 2013 Â¢Â€Â¦ states clearly that all Egyptians are equal," Dardery told the IPT. "There is no difference between a Christian, a Muslim and Jew.

"We've been living together for the past 1,400 years," he continued. "We've been living with churches next to mosques."

Dardery's sentiments did not convince Michael Meunier, a Coptic leader and Sisi supporter who embraced the 2011 revolution early on. The Brotherhood was behind violence that has swept Egypt since Morsi's fall, Meunier told the IPT from Cairo. He noted that Coptic churches were burned by the Brotherhood's supporters, and St. Mark Cathedral in Cairo was attacked by Islamists during Morsi's tenure.

Meunier had terse words for the State Department, saying that meeting with this delegation furthers the perception that the U.S. was behind the Brotherhood's rise to power and heightens tensions between Egyptians and Americans.

URL
(Printing)   https://www.investigativeproject.org/4765/hamas-supporting-mb-figures-meet-with-congress

Date of   10-24-2014
Intel

Title   Investigative Project on Terrorism: Guest Column: Peace According to Radical Islam

Notes

England is debating whether to outlaw the Muslim Brotherhood, the religious, ideological and operative supporter of Hamas. Various political pressures, however, have prevented British security from designating the Muslim Brotherhood as a terrorist organization. One can hope that the ISIS execution of American correspondent James Foley, carried out by a British-born Muslim, would be a wake-up call for not only the British, but all the European security services. The chilling similarity between the horror of Foley's execution at the hands of a British-born ISIS operative and the Hamas execution of dozens of Gazans, as well as the ISIS slaughter of hundreds of virtually naked Syrian soldiers, should have sounded alarm bells regarding the dangers inherent in the fermenting Islamic enclaves in America and Europe. Unfortunately, that does not seem to be the case.



The West's decades-long apathy toward Hamas' attacks on Israeli civilians turned into shock and horror when the Hamas' sister organization, ISIS, used the same tactics on Yazidis, Christians, Shi'ites, Kurds and anyone else the group classified as "infidel."

The activists of the Muslim enclaves in Europe, which bred volunteers for ISIS, are now demonstrating in the streets Â¢Â€Â" not only against Israel Â¢Â€Â" but against their host countries. They are testing the limits to see how far they will be able to go when they decide to organize riots. When that happens, they will not only be inspired by their political sheikhs, they will be supported by *mujahedeen*, volunteers who fought in Syria and Iraq and returned to the back yards of their home countries as seasoned fighters.

The whole world is slowly becoming aware of the situation, yet American Secretary of State Kerry still tries to promote Qatar and Turkey, which openly support terrorist organizations all over the globe, as "honest brokers" to negotiate peace between Israel and Hamas. State Department Spokesperson Marie Harf still actively defends Qatar, whose Al-Jazeera TV is shamelessly used for propaganda against Israel, Egypt and Jordan, and calls for rioting on the Temple Mount. It accuses Jordan of collaboration with Israel in Israel's so-called attempts to "Judaize" Jerusalem and uses all means at its disposal to foment unrest in Jordan against the king and to dethrone him.

The American aerial attacks on ISIS in support of the Iraqi and Kurdish Peshmerga armies indicate that the Americans turned a corner, perhaps too late, in their understanding of the Muslim Brotherhood-inspired Islamic terrorism carried out by the ISIS, al-Qaida, Hamas, the Palestinian Islamic Jihad, the Al-Nusra Front and the other terrorist organizations which slaughter, rape and pillage, sell women and behead infidels, all in the name and for the greater glory of Allah, Muhammad and Islam. Now, with American planes in the skies over Iraq, President Obama is willing to talk about "a cancer that has grown" in the Muslim world after many politically correct years of avoiding putting "Islamic" and "terrorism" together in the same sentence.

And yet, the American administration remains stubbornly blind when it comes to countries like Qatar and Turkey, which fund and motivate Islamic terrorism. That may be because of a hidden agenda of military-economic forces too powerful to resist, such as arms sales and naval bases. America, which wants to be seen as fighting for global justice, ironically finds itself acting against the best interests of Israel and Egypt, and in support of countries like Qatar, which bear direct responsibility for the current morass in the Middle East.

Rumors abound that following Operation Protective Edge, Hamas is willing to reach a two-state peace agreement with Israel based on the 1967 borders as part of the Palestinian Authority's national consensus government. Really? The PA leadership learned the hard way that Hamas cannot be trusted and that nothing its leaders say can be taken at face value. The 2007 Hamas putsch of the Gaza  trip during which the PA leadership was thrown from rooftops and shot in the streets  taught Fatah to be wary

When the PA established the "government of technocrats" with Hamas last spring, Hamas promised it would abstain from terrorist attacks, and shortly thereafter abducted and murdered three Israeli youths, all the while issuing denials to every available media outlet.

Israel even thwarted a Hamas coup plot against the PA in the West Bank, confiscating guns, weapons and explosives and arresting senior Hamas activists.

During recent meetings in Cairo seeking pledges to rebuild Gaza, it seemed forgotten that Hamas steadfastly refuses to disarm and demilitarize. In his last United Nations speech, PA President Mahmoud Abbas promised to follow in the footsteps of the *fedayoun* and rejected Israel's security claims.

The reason for these events is simple and tragic: the tail is wagging the dog. Despite the donations from the West and Palestinian Authority-overseen rebuilding of the Gaza Strip, Hamas continues its threats to renew its attacks against Israel and boasts of its new arms and its tunnels under construction. The Palestinian Authority does not even try to restrain Hamas, but additionally, on Oct. 19, one day after Hamas political leader Khaled Mashaal appealed to the Palestinians to use weapons against Israel, Abbas used a PLO meeting in Ramallah to call on the Palestinians to act against Israel in Jerusalem "with all the means at their disposal."

The result came soon: a Hamas terrorist from Jerusalem who had been recently released from Israeli security jail deliberately drove his car into a group of people waiting for a bus, killing a three-month-old baby and injuring eight other people. Hamas hailed the attack and the death of the "female settler."

Hamas threatens Israel's existence. It has systematically violated every agreement and ceasefire, even 24-hour ceasefires, reached with Israel. Israel, however, has absolute faith that Hamas will adhere to Article 7 of its charter, which calls for the genocide of the Jews and the destruction of the State of Israel. The situation is absurd. Abbas, a partner in a government in which the other half calls for the genocide of the Jews, self-righteously accuses Israel of genocide in the Gaza Strip. He accuses Israel of "apartheid" all the while claiming that Jewish presence in the Muslim and Christian holy places in Jerusalem "defiles" them. His use of the term "defilement" clearly shows his hatred of the Jews. In that, Abbas is no different from Hamas and Hitler, but the international community, as usual, remains silent.

Experience and recent history have taught Israel that radical Islamists cannot be trusted, because opportunism and treachery are part of their operational code. The *taqia*, legitimacy of lying to the infidel, is part and parcel of radical Islam. Al-Qaida received aid and training from the United States to defeat the Russians and then destroyed the World Trade Center. The Lebanese Shi'ites who welcomed Israel

with flowers in 1982 and helped the IDF expel the Palestinian terrorist organizations became Hizballah and turned their weapons against Israel.

During the 1980s, when Hamas was founded as Al-Mujama' al-Islami, it cooperated with Israel against the PLO in the Gaza Strip. When the first intifada broke out in 1986, it changed its name to Hamas and instituted an anti-Israeli terrorist campaign, which is still ongoing. Hamas operatives who went to Bashar Assad's Syria, betrayed him and joined the rebels opposing him. Veteran members of the Muslim Brotherhood, who in the past had been faithful to King Hussein in Jordan, are now trying to overthrow his son, King Abdallah. Members of the Muslim Brotherhood who had previously been dispatched by the Arab monarchies, such as Saudi Arabia, to carry out terrorist attacks around the world, are now attacking the monarchies themselves.

In the meantime, not only did Hamas fail to slaughter the tens of thousands of Israelis it hoped to with its rockets and tunnel-based commando attacks, but its defeated leaders, with the aid of Qatar, Turkey and anti-Semitic Europe, are trying to win concessions from Israel.

Among those concessions are the construction of an airport and seaport, and secure access to Judea and Samaria, all with the objective of importing the weapons promised by Iran for the next round of fighting. The refusal of Abbas representative Azzam al-Ahmad to accept disarming Hamas as a condition for progress during the Cairo talks, should have been a wake-up call for Israel's critics. Abbas had committed himself to this requirement according to the Oslo Accords. And the Hamas plans for a putsch against Fatah in the West Bank should have been a wake-up call for him. In reality, he is afraid to set foot in the Gaza Strip and barely controls Judea and Samaria, whose restless inhabitants mostly support Hamas. For these reasons, fearing for his own safety, he sent Rami Hamdallah, the prime minister of his technocrat government, to the Gaza Strip to demonstrate his government's presence and symbolic authority, and to discuss Hamas demands for payments for its workers. Hamdallah didn't reach any agreement, and Hamas spokesman Sami Abu Zuhri threatens that Hamas is "running out of patience."

The moderate Arab states know that founding another armed, radical Islamist country in the region is a bad idea, and for that reason genuine support for the Palestinian state is fading. Abbas can no longer be part of the solution because of the danger that Hamas will also take over Judea and Samaria. It is clear to the leaders of the moderate Arab states that Hamas will continue its arms buildup and will turn any Palestinian entity, including Judea and Samaria, into an Islamic emirate along the lines of ISIS in Syria and Iraq and Hamas in the Gaza Strip, and that outcome will only aggravate the ills of the Middle East.

It is also clear that the "Palestinian issue" was never the main cause of the region's conflicts; on the contrary, if the Palestinian state does ever come into existence, it will be part of the problem, not a solution. John Kerry's recent hint that the Israeli-Palestinian conflict is somehow related to ISIS is not only ridiculous, but it shows how little the international community in general and the United States in particular understands the Middle East. The Shi'ite-Sunni enmity-caused-disaster throughout the region, Hizballah and the Muslim Brotherhood all have nothing to do with Israel and the Palestinians. How awful for Kerry that it is impossible to link Israel to the spread of the Ebola virus, as Jews were blamed for the spread of the Black Plague during the Middle Ages.

The Palestinian issue is barely marginal to the events in the Middle East. However, the problem can be resolved by renewing the original territorial affiliations, with the inclusion of security oversight: Judea and Samaria can be returned to Jordan and the Gaza Strip to Egypt. That development would facilitate the disbanding of UNRWA, a corrupt and useless UN agency. In light of the millions of genuine refugees fleeing the ISIS and seeking a safe haven in Jordan, Turkey and Lebanon, where they receive no UN aid, the money financing UNRWA could be put to better purposes. The Palestinians living in the apartheid Arab states should be given citizenship and civil and legal rights, and allowed to live and work as equal citizens.

The world, including the United States, has finally understood that there is no such thing as "political Islam" and that the Muslim Brotherhood is the spiritual mentor of all the various Islamic terrorist organizations. It and its proxies use the preaching of the da'wah to incite the masses to acts of terrorism as a way of installing anti-Islamic rule of the world. Thus, the need to stop ISIS and Hamas is not because they threaten Israel and Jordan (as noted by the American Secretary of State), but because they threaten the entire world.

The Middle East has turned a corner. On the one hand, the Iranian nuclear threat is becoming more prominent, and Syrian and Hizballah terrorism and missiles endanger Israel and its neighbors. On the other hand, Islamic terrorism poses a genuine strategic threat to all the countries in the region, putting the sane Arab states in the same battlefield trench with Israel. As the king of Saudi Arabia noted, if the ISIS isn't stopped in the Middle East today, Europe and America will have to deal with it tomorrow.

Israel's critics had the decency to remain quiet during the summer and allow Israel to deal with Hamas. They understood the danger of Hamas terrorism and the need to disarm it. They also understood that Jordan and Saudi Arabia are next in line, that Israel is the only bulwark between them and radical Islamic terrorism, and that the Palestinians must not be used as a tool in the hands of terrorists. For the sake of world peace, the West has to exploit every chance to stamp out Islamic terrorism. Instead, it concentrates on rebuilding the Gaza Strip, has no intention of trying Hamas for its war crimes, and does not bother even to hold Mahmoud Abbas responsible for his actions

The Arab world is going up in flames. Hundreds of thousands are being killed and millions are being displaced, and yet the world is silent, unless Israel is part of the equation. Thus on Oct. 13, representatives from 50 countries and the heads of 20 international organizations met in Cairo to discuss rebuilding the Gaza Strip. They pledged $5 billion for Gaza without even a hint of disarmament. Instead, they hurled false accusations at Israel for not using proportional power and causing too much casualties and destruction, and wrung their hands for the plight of the Gazans. All this occurred without requiring some kind of mechanism to oversee the dispersal of funds and building materials and without demilitarizing the Gaza Strip.

Will the promised money ever arrive? Experience has shown that promises are rarely kept in the Middle East. And if the money does arrive, will it be kept out of Hamas' hands or will it buy more weapons and build more terrorist tunnels? Sweden and Britain, in their rush to recognize the "Palestinian state" without Israeli-Palestinian negotiations, prove that they have learned nothing from history. Hatred for the Jews and the fear of the Muslim enclaves growing in the West have overcome every existential, rational and humanitarian consideration.

*Dr. Reuven Berko has a Ph.D. in Middle East studies, is a commentator on Israeli Arabic TV programs, writes for the Israeli daily newspaper Israel Hayom and is considered one of Israel's top experts on Arab affairs.*

URL  https://www.investigativeproject.org/4626/guest-column-peace-according-to-radical-islam
(Printing)

MEF001329

**Date of Intel**   05-09-2019

**Title**   Investigative Project on Terrorism: Iran's Arrowhead in Gaza Tries to Drag Israel into a New Conflict

**Notes**

Palestinian Islamic Jihad (PIJ), an Iranian-backed terrorist faction in Gaza that has an even larger rocket arsenal than Hamas, has been working hard in recent weeks to try to spark conflict with Israel.

On Friday, as PIJ representatives met with Hamas counterparts in Cairo, pretending to hammer out a long term arrangement with Egyptian officials to stabilize the Gaza Strip, a PIJ cell launched a sniper attack on Israel Defense Forces (IDF) personnel.



It wasn't the first recent PIJ armed attack on Israel. At the end of April, the terror group fired a rocket at a southern Israeli city, which landed in the Mediterranean Sea. PIJ had also been busy speeding up the digging of a new terror attack tunnel from Rafah, in southern Gaza, into Israel. The IDF had been monitoring the tunnel's development, and destroyed it during the recent flare-up before PIJ could send killing and kidnap squads into the country.

In March, two PIJ operatives armed with grenades and knives were caught heading for a southern Israeli village after infiltrating from Gaza.

Yet it was the sniper attack, which wounded an IDF officer, that ultimately triggered a sequence of events leading to a major escalation. PIJ was able to drag Hamas into the situation it had created.

What followed was a deadly Gazan onslaught of 690 rockets fired at Israelis. This was accompanied by an anti-tank missile strike on an Israeli civilian vehicle on a highway near Gaza. Four Israeli civilians were murdered in the violence Ã¢Â€Â" a number that would have been far higher had the Iron Dome air defense system not intercepted 240 rockets heading for built up areas. The Israel Air Force, for its part, struck over 350 terror targets across Gaza in retaliation, killing approximately 30 Hamas and PIJ operatives, and destroying many high value enemy targets that were embedded within civilian neighborhoods.

Among the terrorists targeted by Israel for air strikes was Ahmed Khudari, who played a central role in transferring Iranian cash to Gaza based terror organizations.

Contrary to PIJ's apparent wishes, the conflict was short-lived. Hamas, damaged by Israel's response, sought a truce.

So why did PIJ try to set Gaza ablaze? It is reasonable to assume that it received encouragement from its sponsor, Iran, to which it owes its allegiance. Additionally, PIJ, which is headed by Damascus-based radical terror chief Ziad Nakhala, is jockeying for prime position as the most militant Islamist faction in Gaza. It is trying to upend Hamas in this competition for power and prestige.

The combination of factors Ã¢Â€Â" Iran's radical influence, and PIJ's local initiative to present itself as leader of the jihadist campaign against Israel Ã¢Â€Â" caused the terror organization, which has approximately 10,000 armed members, to recklessly try to send Gaza down the path of more conflict. It did so without the slightest care for the fate of the Gazan civilians, which PIJ uses as human shields.

Additionally, a PIJ rocket that malfunctioned led to deaths of a pregnant Palestinian woman and a toddler, despite several reports in the international media that parroted Hamas Health Ministry claims blaming Israel

"PIJ decided to initiate an operation. It tried to kill IDF soldiers, violating all [past] agreements between Israel, these two terrorist organizations [Hamas and PIJ], and the Egyptians," former national security adviser, Maj. Gen. (ret.) Yaakov Amidror, said Sunday during a conference organized by the Israel Project.

PIJ "tried to cheat Hamas, and tried to hide" its actions, but that it did not succeed, Amidror said.

"Why did PIJ do it? The answer is, again, and again, Iran. The Iranian interest is another operation in Gaza. The Iranians want to be free to continue doing what they are doing in Syria," Amidror said, referring to Tehran's ongoing attempts to build attack bases in Syria Ã¢Â€Â" efforts that have been thwarted by reported Israeli air strikes.

The Iranians might be hoping that "Israel will be busy focusing on Gaza and will not have enough energy" to focus on Syria, Amidror said.

Hamas, for its part, "couldn't stay out and was grabbed by PIJ into the operation." Any future truce, Amidror warned, will be in jeopardy if Hamas fails to rein in PIJ, and no amount of Qatari money that floods into Gaza will stop the organization from launching further attacks.

"We understand Hamas is the stronger force in the Gaza Strip and our expectations are that they will take responsibility. Unlike PIJ, Hamas [has] some obligations towards the population of Gaza. The P J's obligation is to Iran," Amidror said.

While both groups are extremists, the fact that Hamas has a governing role means it is less free to pursue its radical ideology than PIJ, he added. "This is the big difference between them."

On Saturday, IDF spokesman Lt. Col. Jonathan Conricus confirmed that "over the last week, the PIJ has been trying to destabilize the area and trying to execute different terrorist attack, below the threshold, without being accountable or taking responsibility for the attack, while trying to outsmart or trick Hamas."

Conricus added that the group "tried numerous covert attempts, parallel to them trying to observe an appearance of coordination with Hamas. We see that Hamas has not been able, so far, to implement its rule or really control PIJ."

None of this should give the misleading appearance that Hamas has abandoned its terrorist ways. It's just that Hamas's policy is to try and set the West Bank, and Israel's streets, ablaze with terrorism, while keeping the fire away from its rule in Gaza.

For proof of Hamas's ongoing terrorist activities, one need look no further than Monday's Israeli air strike on an eight-story building in Gaza's Rimal neighborhood, used by Hamas as the headquarters for its West Bank terrorism operations. The strike is an indication that Hamas in Gaza remains highly active in trying to coordinate attacks in the West Bank.

Hamas is seeking to export terrorism to the West Bank, and to keep its home turf in Gaza out of the line of fire. It remains far from clear whether Iran's arrowhead in Gaza, PIJ, is prepared to accept that formula.

Statements made Tuesday by PIJ's secretary general, Ziad Nakhala, indicate it isn't done provoking conflict.

"What happened in Gaza is a live exercise in preparation for the great battle that we see as inevitable," Nakhala told the Lebanese Al Mayadeen television channel.

*Yaakov Lappin is a military and strategic affairs correspondent. He also conducts research and analysis for defense think tanks, and is the Israel correspondent for IHS Jane's Defense Weekly. His book,* The Virtual Caliphate, *explores the online jihadist presence.*

**URL (Printing)**    https://www.investigativeproject.org/7913/iran-arrowhead-in-gaza-tries-to-drag-israel-into

**Date of Intel**   09-15-2017

**Title**   Investigative Project on Terrorism: IDF's Gaza Wall May Charge Hamas Terror Strategies

**Notes**

Time may be running out for one of Hamas's main weapons against Israel: Its cross-border terror tunnels.

By 2019, according to Israel Defense Forces (IDF) assessments, Israel will complete an underground wall that stretches along the 60-kilometer (37 mile) border with Gaza. The wall is the product of several years of research and development, and is designed to eliminate the tunnel threat to Israeli communities located near Gaza.



During the past three years, since the end of its last conflict with Israel, Hamas has invested big resources into its tunnel maze. One of its top goals is to rehabilitate an ability to inject murder squads into Israeli territory through the tunnels.

Once inside Israel, they could target IDF soldiers and Israeli civilians for murder or kidnapping, whenever the next conflict breaks out.

But Israel has invested far more than Hamas to try stopping that threat. It is paying 150 million shekels ($42.5 million) for each kilometer of the new wall.

Work began on the subterranean project in areas where Israeli communities were very close to the border. Then, gradually, other areas began receiving protection.

During a conference call held with reporters in August, the commander of the IDF's Southern Command, Maj.-Gen. Eyal Zamir, said the wall will prevent "the digging of tunnels into our territory," adding that work is "advancing according to plan. In the coming months, this project is going to significantly accelerate. We will see an expansion in the scope of the works. Within two years, we will be able to complete work."

Many details about the wall remain classified. But IDF sources have previously indicated that the wall will come with electronic sensors. The sensors will issue alerts to military control centers, sounding the alarm about suspicious tunnel digging activity.

The control rooms, would, in turn, be able to order action if necessary.

Similar military control rooms are popping up along the Gaza border to handle intelligence coming in from Israel's above-ground border fence. Sensors installed on the barrier, together with units from the IDF's Combat Intelligence Collection Corps, are joined by drones, spy balloons, and radars, all feed the control centers with a flow of data, and alert them to suspicious activity.

The big question now is whether Hamas will sit back and watch Israel take away its offensive tunnel option, or whether it will feel cornered and strike out, risking a new conflict.

"We very much hope we will not be challenged as this [work] continues," said Zamir. "We hope that this quiet will continue, but continue to prepare. We are on high alert."

Hamas's military wing, the Izzadin Al-Qassam Brigades, issued a statement earlier this month saying that the underground wall "will not limit the ability of the resistance," and vowing to "find the solutions needed to overcome it."

But Hamas is unlikely to launch attacks in response to Israel's wall, Ely Karmon, a senior research scholar at the International Institute for Counter-Terrorism in Herzliya, Israel, told the Investigative Project on Terrorism.

"They cannot initiate a military maneuver now. The timing is bad for them," he said, citing Hamas's financial woes, made worse by the fact that Qatar, under U.S. pressure, is cutting off the cash flow to the Gaza Strip.

Hamas wants to engage Egypt to improve its isolation and find a way out of its financial crisis. It just opened an office in Cairo. It cannot depend on friends like Turkey, which has a limited ability to provide assistance, Karmon said. "Beyond that, Hamas is under pressure from the Palestinian Authority. A new military clash with Israel will harm them," he said.

During his remarks, Zamir said that the "Gaza arena is stable," adding, "We have identified that Hamas remains deterred, and that it is restraining many attacks [by smaller Palestinian armed factions]."

At the same time, he said, Hamas is encouraging the flames of terrorism to spread in the West Bank, and is orchestrating terror cells remotely, as it prepares itself for future war in Gaza.

That's an assessment that was echoed by Karmon, who said Hamas is most likely to respond to Israel's improved position against the tunnels in Gaza by upping attempts to generate terrorism from the West Bank.

Hamas, together with Iran, could try to smuggle rockets into the West Bank, Karmon said, citing a directive by Iran's Supreme Leader Ayatollah Khamenei to assist West Bank terrorist cells.

"The Iranians understood that Hamas is deterred in Gaza, and limited in what it can do," Karmon said.

As a result, Hamas likely will remain focused on igniting the West Bank, and using it as a launchpad for terrorist attacks on Israel, he said.

Karmon cited information unveiled by the chief of Israel's domestic intelligence agency, the Shin Bet, in recent days, which told the government that about 200 terror attacks had been thwarted in 2017.

"Most of the big attacks [that were stopped by the Shin Bet] were organized by Hamas, not Fatah," Karmon said. "Hamas's whole campaign is focused on the West Bank, and includes using cans that support Hamas, and distributing propaganda for violent incitement. They are neutralized in Gaza, and are trying to heat up the West Bank."

Meanwhile, back in Gaza, Hamas continues neglecting the basic needs of the 2 million Palestinians it rules over, as it remains focused on its quiet military build-up, according to the chief of the IDF's Southern Command.

"Many resources in Gaza are going to the Hamas military wing. They could be used instead to improve the humanitarian situation," Zamir said. "We continue to prepare. Reality is explosive. It could deteriorate into a conflict at any time."

In addition to offensive tunnels, Hamas has built a maze of tunnels that crisscross Gaza City. Zamir described them as "an underground metro network," designed to move Hamas armed members, weapons, and logistics out of Israel's sight.

Yet Israel's Southern Command is watching these activities closely, and preparing a range of solutions designed to enable Israel to turn Hamas's underground city into a large death trap if a new conflict begins.

The IDF's Southern Command recently sent out images of civilian facilities in Gaza that Hamas uses as a cover for its military-terrorist activities.

One image is of a six-story residential building, which Hamas used to build an underground facility nearby, according to the military. The second photo is of a home containing a family with five children, which is linked to a tunnel that leads to a mosque, enabling Hamas terrorists to move underground and use human shields as they do.

This type of activity "endangers the civilians of Gaza," Zamir cautioned. "We hope that this quiet will continue, but we are continuing to prepare, and are on high alert."

*Yaakov Lappin is a military and strategic affairs correspondent. He also conducts research and analysis for defense think tanks, and is the Israel correspondent for IHS Jane's Defense Weekly. His book, The Virtual Caliphate, explores the online jihadist presence.*

**URL (Printing)**   https://www.investigativeproject.org/6683/idf-gaza-wall-may-change-hamas-terror-strategies

Date of Intel: 07-01-2020

Title: Investigative Project on Terrorism: Hamas Takes Opportunistic View of Potential Annexation

Notes:

Hamas has sent threatening, yet vague messages in recent weeks about what might happen if the Israeli government annexes some West Bank settlements.

Hamas spokesman Abu Obeida said June 25 that Israel would "regret" an annexation step, which would constitute a "declaration of war." That message was backed up by an apparent show of force Tuesday, when Hamas fired a volley of rockets into the Mediterranean Sea.



"We won't talk much, and we won't make more statements," Abu Obeida said. "We say in words that are limited and clear and which the occupation and those who stand behind it need to understand very well: The resistance considers this decision a declaration of war on our Palestinian people."

Abu Obeida also provided a timely reminder of Hamas's core ideological vision of destroying Israel and replacing it with an Islamist state, stating that the "project of the resistance was to remove the occupation from all the lands of historic Palestine."

His statements reflect the fact that Hamas leadership in Gaza is still weighing its options over how to respond should Israel choose annexation. In the meantime, Hamas continues to use Gaza as a base to raise a terror army, build up its rocket arsenal, and plot to increase its presence in the West Bank.

The Israeli government is divided over how to proceed on the issue. Defense Minister and Alternative Prime Minister Benny Gantz wants to delay the maneuver due to the coronavirus pandemic and its economic fallout, expressing a desire to generate a regional diplomatic process. As a result, a timetable or a clear indication of the scope of annexation remains unclear.

Still, Hamas sees a new opportunity to promote its brand of violence and terrorism.

Hamas is interested in undermining its arch rival, the Fatah-run Palestinian Authority (PA) in the West Bank, which it wishes to topple and replace. Tensions over the issue of annexation could offer Hamas a new opportunity to promote that objective. In an unprecedented step, the PA froze its security coordination with Israel in May over annexation tensions. Both Israel and the PA have a shared interest in repressing Hamas's armed activities in the West Bank.

To that end, Hamas can be expected to try to activate terror cells in the West Bank, which it works around the clock to build, and which Israel's intelligence agency, the Shin Bet, is equally determined to dismantle in time.

To get a sense of the scope of these activities, it is worth noting that Israeli security forces thwarted more than 500 significant terror attacks in 2019, most of them organized by Hamas. These include planned suicide bombings and shootings in Israeli cities, as well as attempted kidnappings and the planting of explosives. Hamas also maintains a headquarters in Turkey, where it orchestrates West Bank terror squads and channels money for operations, according to the Meir Amit Intelligence and Terrorism Information Center.

One recent example of such activity is the Hamas cell that the Shin Bet arrested in March. It planned to plant explosives in Jerusalem's Teddy soccer stadium during a game creating a mass casualty attack on civilians. The cell received funding from a Hamas operative who was in touch with the organization's military wing, according to the Shin Bet.

Activating terror cells remotely in the West Bank has always been a more convenient path for Hamas to realize its jihadist ideology, because it poses less of a threat to its regime in Gaza.

Yet the possibility of an escalation in both the West Bank and Gaza, simultaneously, remains real. Hamas has assembled a well-armed terror army in Gaza, equipped with tens of thousands of rockets, anti-tank guided missile launchers, mortar launchers, and other weapons. A network of tunnels runs under the Gaza Strip for the movement of Hamas's operatives, and residential buildings double as military command centers and rocket launch sites. Hamas continues to prioritize its force build-up program over the wellbeing of the Gazan people.

Hamas copied its warfare doctrine, that is based on operating from and exploiting the civilian population as human shields, from Hizballah and adapted to Gazan conditions. Today, the two organizations cooperate on a number of levels.

Israeli leaders have warned Hamas that its leaders would personally pay the price for an escalation in Gaza. Gantz has warned that the Israel Defense Forces would resume targeted assassinations in such a scenario.

"To the heads of the Hamas, I remind them that they will be the first to pay for any aggression," Gantz said Friday in a speech to Israel Air Force flight academy graduates. "The IDF is the strongest military in the region, and any harm that will affect the Israeli civilians will claim a powerful and painful price. We will not tolerate any threat on Israel's borders."

The IDF has been preparing for a broad range of scenarios involving reactions to annexation, one of which includes a simultaneous escalation of violence in both Gaza and the West Bank.

Officials believe that Hamas leader Yahya Sinwar does not have an interest in initiating a new, all-out war with Israel at this time. He appears more interested in pursuing an arrangement with Israel aimed at rescuing the Gazan economy from collapse, and decreasing the possibility of a revolt within the Strip due to the dire economic situation of Gazans living under Hamas rule.

A new conflict with Israel not only eliminates any hope for that kind of arrangement, it would also result in Israel's firepower destroying Hamas's military assets and commanders, and in renewed damage to Gaza's neighborhoods, with little for Hamas to show for it.

But Hamas and other armed Islamist factions in Gaza also fear they cannot afford to be seen to be sitting passively on the sidelines in the face of annexation. Their ideology of armed conflict, and their desire to maintain their "street credibility" as rejectionist factions

MEF001334

committed to Israel's destruction, means doing nothing is not much of an option.

One option at Sinwar's disposal is to allow smaller terror groups in Gaza to fire rockets at Israeli civilians. That is what appeared to have happened Saturday, when terrorists in Gaza, possibly from Palestinian Islamic Jihad, fired two rockets which exploded in southern Israel, setting off warning sirens. The rockets landed in an open area, causing no injuries.

Israel retaliated with air strikes within hours, targeting a Hamas rocket manufacturing workshop and a weapons manufacturing facility in Gaza.

"This strike will impede the Hamas terror organization's future abilities," the IDF Spokespersons Unit said in a statement. "The Hamas terror organization is responsible for all events transpiring in the Gaza Strip and emanating from it, and will bear the consequences for its actions against Israeli civilians."

Hamas is well aware of Israel's military power, and the lack of any tangible gains a new conflict could bring. But deterrence is no guarantee against a potential snowballing conflict, which might begin with actions of the Iranian-backed Palestinian Islamic Jihad, an organization that has plunged Gaza into clashes with Israel repeatedly, including last February.

Against the backdrop of these tensions, Qatar recently began distributing $30 million in aid payments to Gazans. Previously, Hamas threatened to end the recent period of calm if Israel did not allow Qatari aid money to reach Gaza. In addition, a balloon carrying an explosive was found in southern Israel near the Gazan border in mid-June, after a lengthy period in which such attacks had ceased. In 2019, fires caused by such balloons burned over 350 acres of farmland, and in 2018, 8,400 acres of farmland were ravaged by fires sparked by Gazan incendiary balloons.

In light of these threats, the Israeli Defense Ministry has in recent weeks assembled a multi-disciplinary team to prepare for a number of operational scenarios that could unfold in the West Bank and Gaza.

The explosiveness of the area was also reflected in comments by IDF Chief of Staff, Lt. Gen. Aviv Kochavi, who, while addressing soldiers taking part in a drill in northern Israel on June 23, stated, "From what I see here, the level of combat is good and it is naturally directed at the central combat arena â€" the north and Hizballah, and Hamas and Palestinian Islamic Jihad in the Gaza Strip. You could find yourselves in a few weeks in Judea and Samaria [the West Bank] because of disturbances and terrorism. You must be flexible. Be prepared. The coming events could develop into conflict in Gaza."

*Yaakov Lappin is a military and strategic affairs correspondent. He also conducts research and analysis for defense think tanks, and is the military correspondent for JNS. His book, The Virtual Caliphate, explores the online jihadist presence*

URL
(Printing)  https://www.investigativeproject.org/8462/hamas-takes-opportunistic-view-of-potential

**Date of Intel** 12-04-2019

**Title** Investigative Project on Terrorism: Fighting for Control & Concessions: Hamas Pauses Border Riots to Quell Dissent

**Notes**

Since March 2018, Hamas has held near-weekly violent protests on Israel's border with the Gaza Strip. It sent busloads of Palestinian men to the Israeli border, dispatched operatives to launch incendiary devices, and encouraged rioters to infiltrate Israel and carry out attacks. But for the past three Fridays, the Israel-Gaza border has been unusually calm.



Reports indicate those protests will resume this week. But the question remains, why did Hamas decide to halt violent demonstrations this past month?

Before exploring some potential explanations, it's worth noting that it is now an open fact that Hamas plans these violent protests, controls their tempo, and decides when they stop. When weekly demonstrations first broke out, outside observers were duped into believing the protests were peaceful, spontaneous expressions of popular Palestinian discontent. More than a year later, we can fully put that narrative to rest. The High National Commission for the March of Return and Breaking the Siege, recently met to discuss whether protests should be toned down in light of the latest escalation of violence between Israel and mainly Palestinian Islamic Jihad terrorists.

Deliberations included potentially "rolling back the marches to once a month or during national occasions," a Hamas committee member told the Hizballah-affiliated al-Akhbar daily on Nov. 22, the Times of Israel reported. No decision has been reached.

Similar deliberations about the Gaza border protests took place earlier this year. After a temporary lull in protests, a Hamas source, cited in al-Akhbar, threatened to re-start the terrorist group's arson terrorism campaign, sending incendiary kites and balloons toward Israeli communities. Another senior Hamas official said the "return marches" would start increasing in severity and that "non-violent" means, including arson terror campaigns, would be reignited if Israel failed to comply with Hamas demands.

These riots were never spontaneous outbursts of grievances by ordinary people. Mass violence on the border is a largely top-down, organized terrorist initiative to provoke Israel.

The evidence is clear from looking at Palestinian fatality ratios resulting from border confrontations. The vast majority of Palestinians killed in the weekly violent protests on the Israel-Gaza border are people affiliated with Hamas and other terrorist groups.

From March 2018 through mid-2019, approximately 187 Palestinians were killed at the Israel-Gaza border Ã¢Ã€Â" including 150 (80 percent) members or affiliates of terrorist organizations. About half of those killed are either associated with Hamas or are full-blown members. Hamas military wing operatives represent almost a quarter of the total fatalities.

The border violence is intended to coerce Israel into adhering to Hamas' demands, including open border crossings and financial transfers. The latest cessation of protests may signal that Hamas is willing to give Egyptian and Qatari-mediated negotiations with Israel a chance. On Monday, a senior-level Hamas delegation reportedly arrived in Cairo to discuss reducing hostilities with Israel, among other concerns. These Hamas overtures suggest that more pragmatic elements within the organization are looking to reach a longer-term truce with its arch-enemy Israel, so that the organization can focus on re-building its terrorist infrastructure and imposing control over Gaza. Hamas, at its core, remains committed to the long-run destruction of the Jewish state.

Beyond negotiating tactics, there is another reason Hamas may seek to reduce protests on the border: mitigating large gatherings of demonstrators that could backfire. Hamas largely sat on the sidelines during the latest escalation of violence between Israel and PIJ to avoid a confrontation with Israel. This decision likely erodes its image as the main challenge to Israel and exposed Hamas' difficulty in reigning in on rival Palestinian terrorist activities in the Hamas-run enclave. Beyond challenges from within the Palestinian national movement, Hamas faces growing dissatisfaction of its rule among Gaza's residents. The terror group is likely focusing on ways to deter or prevent internal protests that Hamas feels compelled to repress using brutal means.

Last March, Hamas operatives reportedly beat protesters with clubs and used other violence Ã¢Ã€Â" including live fire Ã¢Ã€Â" to disrupt the protests, along with conducting arbitrary arrests of dissidents, human rights activists, and journalists.

Demonstrations erupted in multiple areas throughout Gaza to protest the standard of living and poor economic conditions under Hamas rule. Since taking control of Gaza in 2007, Hamas has consistently diverted international aid and financial transfers to bolster its terrorist capabilities, at the expense of societal concerns. That has contributed greatly to the electricity and water shortages Palestinians there face.

A two-year investigation by Human Rights Watch (HRW) released last year found that Hamas and the Palestinian Authority (PA) use systematic torture and repression to stifle any dissent against their rule. Hamas chooses when to fuel or restrain violent riot against Israel, and never fails to ruthlessly quell any protest against itself.

Originally, weekly border protests were meant as a diversion, as Hamas' leadership admitted, to distract Gaza's constituents from internal economic and societal woes. But Hamas' latest call for calm at the border is not its way of extending an olive branch to Israel. The group has calculated that it is best to focus on crushing internal dissent, reigning in rival groups, and trying to get more concessions from Israel.

**URL (Printing)** https://www.investigativeproject.org/8191/fighting-for-control-concessions-hamas-pauses

Date of Intel    09-12-2016

Title    Investigative Project on Terrorism: Raids, Arrests Show 9/11's Lessons Are Global

Notes

They are known as "the 102 minutes that changed America." Fifteen years later, it is increasingly clear that the 102 minutes of the Sept. 11 attacks also reshaped and changed the world.

Indeed perhaps even more than Americans, Europeans now feel the strongest aftershocks, having been shaken by more than 10 Islamist terror strikes in the past 20 months alone.

Hence as America commemorates the 15th anniversary of 9/11, several European countries are intensifying their intelligence activity. In the process, they are discovering more and more terror cells, resulting in multiple arrests Europe-wide just this past week. More are likely to come, particularly in France and Belgium, judging from a recent CNN report which found that the plotters of the Nov. 13 Paris attacks had intended them "to be far worse, to occur in other European countries as well, and, investigators believe, had planned to follow them up with strikes in several locations."



CNN also uncovered signs that ISIS was planning to increase its activity in the UK â€â€" which may explain the Sept. 8 arrests of two West London men suspected of preparing an act of terrorism and funding terrorist activity. A third man arrested in East London the same day was also taken into custody on another terror-related charge. The arrests follow other raids in Birmingham and Stoke in late August, in which four men were taken into custody on charges of planning a terrorist attack.

But ISIS is doing more than planning attacks. It appears also to be exploring new strategies and weapons, according to the 17-year-old son of Belgian imam Shayh Alami. The boy has called for the death of Christians in the past. After his arrest last month, according to the *Mirror*, the youth (who has not been named) told police that the terrorist group has begun inciting a kind of Islamist chainsaw massacre, encouraging its European followers to take chainsaws to Christians in shopping centers.

And in France, four days after a car loaded with gas cylinder was spotted parked near Notre Dame Cathedral in Paris, police arrested three women, ages 19, 23, and 39, on charges of planning a terrorist attack. The arrests, which coincidentally also took place on Sept. 8, soon led to the arrests of four other suspected "radical Islamists," according to the prosecutor's office. At least one of the three women, Ines Madani, reportedly wrote a letter pledging allegiance to the Islamic State and spoke on the phone about plots to bomb Paris train stations. Hence, while the parked car appeared rigged to explode, the *New York Times* reports, officials clearly found its presence suspicious. In short time, they traced its ties to that phone conversation: the car belongs to Madani's father.

Further investigation also showed that the group planned attacks on police in what French interior minister Bernard Cazeneuve described as "new and, moreover, imminent violent actions."

Apparently, they weren't the only ones: On Sept. 11, French authorities also arrested a 15-year-old boy on suspicion of preparing "imminent and violent action." Like the women arrested previously, the boy is believed to have had contact with suspected ISIS militant Rashid Kasheem, who is French. Kasheem is now in Syria, but has regularly called for attacks in France, *LeMonde* reports.

Not all the activity in Europe of late has been directly related to attacks, however. Among the lessons learned from 9/11 is the importance of terror finance and the insidious methods through which money is transferred to support terrorist groups worldwide.

Tracing those connections remains crucial to counterterrorist intelligence, which explains why Dutch officials last week raided two mosques and several private homes: the mosques and their imams are suspected of laundering money through at least 10 charities. Those charities, the Dutch Fiscal Information and Investigation Service (FIOD) believes, help fund other organizations that, in turn, provide financial support to terrorist groups in Syria, Lebanon, Jordan and the Ukraine. According to a FIOD statement, financial transfers to the mosques and the charitable organizations come not only from the Netherlands, but from Qatar, Saudi Arabia, and the UAE.

In addition, FIOD asserts, "One of the suspect foundations has received a transfer of hundreds of thousands of euros from a charitable organization from the Middle East which is connected to a charity that the US has placed on a list of sanctioned groups."

The suspects, believed to be Ahmad Salam, his son Suhayb Salam, another (unnamed) son and a fourth party, are also said to have connections to Kuwait's Revival of Islamic Heritage Society (RIHS), which the U.S. Treasury Department designated in 2008 "for providing financial and material support to Al Qaida and Al Qaida affiliates and supporting terrorism."

Both mosques, the Al-Fitra mosque in Utrecht and As-Sunnah mosque in Tilburg, have come under fire in the past for preaching Salafism, the extremist form of Islam that some European countries â€â€" including the Netherlands â€â€" have discussed banning. Last December, Utrecht's mayor also expressed concern about the influence the Al Fitra mosque and Suhayb Salam, its imam, were having on members, and the mosque's alleged efforts to turn Dutch Muslim children against Dutch society. And in 2013, both As-Sunnah and Ahmad Salam were investigated on charges of abusing and beating children during Quran lessons â€â€" accusations Salam strongly denied.

But there is this that can be said about what has changed because of 9/11: we know more about radical Islam. We know more about what is needed to defend ourselves against it, and to fight it where it rises. The raids and plots of these past few weeks confirm that point. The threat may be greater now, but we are far better prepared than we were on that bright September day to fight it. And we will.

*Abigail R. Esman, the author, most recently, of Radical State: How Jihad Is Winning Over Democracy in the West (Praeger, 2010), is a freelance writer based in New York and the Netherlands. Follow her at @radicalstates.*

URL (Printing)    https://www.investigativeproject.org/5633/raids-arrests-show-9-11-lessons-are-global

Date of
Intel

05-15-2018

Title

Investigative Project on Terrorism: Egyptian Terror Supporters Canvass Capitol Hill

Notes

Members of the Muslim Brotherhood-linked Egyptian Americans for Freedom and Justice (EAFJ) canvassed Capitol Hill last week seeking support against the Egyptian regime's human-rights record.



They timed their lobbying Congress about Egypt's mass incarceration and human rights record to coincide with the US Council of Muslim Organizations (USCMO) event, just like last year.

EAFJ President Hani Elkadi and his EAFJ colleagues want military aid to Egypt blocked. Under Egyptian President Abdel Fateh el-Sisi, more than 60,000 people have been imprisoned for political crimes and subjected to torture, Human Rights Watch reported last fall.

A staffer for U.S. Sen. Robert Casey, D-Penn., expressed sympathy with EAFJ's points about human rights in Egypt, and said the senator shares their concern that the Trump administration won't be hard enough.

"This president doesn't seem to acknowledge the importance of human rights as a security issue," she said.

Elkadi, who was present while she spoke, isn't bashful about advertising his support for the Muslim Brotherhood. "I am [Muslim] Brotherhood and I'm not threatened," he wrote in a 2015 Facebook post. Elkadi and members of his group flashed the Muslim Brotherhood's four-fingered salute on the Capitol lawn during the visit.

Just like last year, congressional staffers were not made aware of Elkadi's support for Muslim Brotherhood-linked terror.

He lamented the 2016 death of Muslim Brotherhood Guidance Bureau member Mohamed Kamal in a shootout with Egyptian security forces. Kamal created a terrorist infrastructure for the Brotherhood after the Egyptian military ousted it from power in 2013. State Department officials added two groups that evolved from Kamal's terror infrastructure, Hasm and Liwa al-Thawra, to the U.S. terror list earlier this year.

Elkadi posted a Muslim Brotherhood communiquÁ ƒ Â© on Facebook calling his death an "assassination" by "coup criminals" with the hashtag #Kamal_martyrs in October 2016. A month later, Elkadi called "all young people" to wage Jihad against the Egyptian regime. He previously posted a communiquÁ ƒ Â© from the Popular Resistance Movement (PRM) in February 2015, an element in Kamal's terrorist infrastructure.



His opinions aren't isolated within EAFJ. Spokesman Mahmoud ElSharkawy, who joined in last year's lobbying but was noticeably absent last week, also expressed support for PRM  which claimed joint responsibility with ISIS for the killing of police officers in Helwan near Cairo in 2015. ElSharkawy mourned the October anniversary of Kamal's death.

It was a year ago that "the criminals in Cairo have announced the assassination of the leader of the revolution, the Martyred Doctor Mohamed Kamal and his companion, the hero and martyr Yasser Shehata," ElSharkawy wrote.

Egypt's Al Bawaba newspaper identified ElSharkawy in 2015 as a member of the International Organization of the Muslim Brotherhood. He allegedly helped fund these terror groups in conjunction with exiled Brotherhood members in Egypt and Qatar.

EAFJ cites liberal democratic values when they meet with Western politicians and speak in English, but they express pro-terror ideas in Arabic on social media when they don't think people outside their circle are looking.

URL
(Printing)

https://www.investigativeproject.org/7445/egyptian-terror-supporters-canvass-capitol-hill

Date of Intel: 06-26-2017

Title: Investigative Project on Terrorism: Terror-Tied Qatari Think Tank's Anti-Israel, Pro-BDS Stance

Notes:

Earlier this month, major Arab countries led by Saudi Arabia severed diplomatic ties with Qatar, accusing it of financing and sheltering terrorists and maintaining cordial relations with Iran. Doha's pro-terror policies have not only made the Middle East more unstable, but also directly threaten Israel's security.

For the past decade, Qatar has provided financial and diplomatic support to the Palestinian terrorist group Hamas by hosting its leaders and pledging millions of dollars to the Hamas-run Gaza Strip. Qatar also sponsored platforms to campaign for the global Boycott, Divestment, Sanctions (BDS) movement aimed at economically isolating Israel to end its alleged "oppression" of Palestinians.

An IPT investigation has found that senior academics tied to a Doha-based think tank believed to be financed by the Qatari government and its Washington, D.C. affiliate routinely engage in anti-Israel rhetoric and are strong BDS supporters.



**Osama Abu-Irshaid**, a non-resident scholar at the Doha-based Arab Center for Research and Policy Studies (ACRPS) was a featured speaker at a three-day international conference in Tunis in August hosted by the center to discuss boycotting as a means to combat "Israeli occupation."

The conference, "Boycott as a Strategy against Israeli Occupation and Apartheid: Present-day Realities and Aspirations" described BDS as "an indispensable method in the struggle against Israeli oppression" and sought "to better understand its importance and the best means by which it can be bolstered."

The BDS movement touts itself as "a Palestinian-led movement for freedom, justice, and equality" that uses a strategy of boycotts, divestment, and sanctions to challenge "international support for Israeli apartheid and settler-colonialism." But the strategy appears to be backfiring as its unintended victims are Palestinian workers and the Palestinian economy.

Abu-Irshaid is also national policy director of the pro-Hamas and anti-Israel organization, American Muslims for Palestine (AMP). A lawsuit filed in a Chicago federal court in May alleged that AMP and several of its activists are "alter egos and/or successors" of a Hamas-support network that was held liable for the death of an American teen by Hamas terrorists in 1996.

A 2015 IPT investigation first detailed connections between AMP leaders, including Abu-Irshaid, and a former pro-Hamas network in the U.S. called the "Palestine Committee." Foundation for the Defense of Democracies Vice President Jonathan Schanzer built on those connections in Congressional testimony last year.

Abu-Irshaid has defended Hamas leaders and openly supports the terrorist group in social media posts.

After the U.S. State Department designated Hamas activist Ahmed Ghandour as a terrorist in April, Abu-Irshaid blasted the move as "an extension of the old/new US policy against Hamas, adopted [by President Bill Clinton, then] by former President George W. Bush, followed by Barack Obama and Donald Trump today ... But the fact that the Trump administration is adding specific names from Hamas is a clear display of good intentions toward Israel. This shows a contradiction between US policy and European [policy] toward Hamas, especially since some European parties, such as the European Court of Justice [ECJ], have [recommended] taking Hamas off [the European Union's] terror blacklist since 2003."

**Khalil Jahshan**, a Palestinian American who is executive director of ACRPS' U.S. affiliate, the Arab Center Washington DC (ACW), also spoke at the Doha Institute's Tunis conference. He called for a reassessment of boycott tactics in response to the Israeli government's pushback as "vital to ensuring the sustainability and continued effectiveness of boycott campaigns across the world."

"It won't be enough to repeatedly shout that Israel is incapable of defeating the worldwide BDS movement ... [the campaign] needs to capitalize on its efforts," Jahshan said.

At a March conference on the "The Israel Lobby and American Policy" sponsored by the virulently anti-Israel Washington Report on Middle East Affairs (WRMEA), Jahshan claimed that BDS is "beginning to have an impact," adding that "...today it is not accidental that the prime minister of Israel and most of its national security leaders view the BDS as the number one national security threat to the state of Israel, because it's exposing it worldwide, in no uncertain terms, to the fact that occupation has got to end, occupation cannot be tolerated. The more clarity there is associated with that, I think, the more effective the campaign would be and the more attractive it would become, particularly here in the U.S."

ACRPS' senior leadership has ties to terrorist groups, including al-Qaida, Hamas, and Hizballah. Qatari national Abdel Rahman al-Nuaimi, who was appointed the center's president in 2002, was designated by the U.S. Treasury Department in 2013. A Treasury press release announcing the designation called him a "terrorist financier and facilitator who has provided money and material support and conveyed communications to al-Qa'ida and its affiliates in Syria, Iraq, Somalia and Yemen for more than a decade." That action includes ordering "the transfer of nearly $600,000 to al-Qa'ida."

The center has featured top-ranking Hamas activists at its conferences. Former Hamas leader Khalid Meshaal spoke in 2012 about "The Islamist Movement and the Path to Governance in Complex Circumstances: Lessons Learned from the Hamas Experience." Another noted Islamist leader invited to speak at the event was Sheikh Rachid Ghannouchi, the head of the Tunisian Ennahda Party. At the ARCPS' second annual conference the following year, Hamas' head of international relations, Osama Hamdan, spoke on "Resistance: The Options and the Future."

ARCPS is reportedly funded by the Qatari government and its events feature the Qatari leadership.

**Azmi Bishara**, a former Arab member of Israel's parliament currently serves as ACRPS' general director. Bishara reportedly aided the Iranian proxy group Hizballah during the 2006 Lebanon War by warning about a prospective Israeli attack on its leader Hassan Nasrallah

MEF001339

and by advising on how to engage in "psychological warfare" against the Israelis.

Bishara gave the keynote speech via video at an October 2016 conference on democracy in the Arab world at ACW, the Arab Center's D.C. affiliate.

In February 2014, ACW board member **Mohammed Abu-Nimer**, participated in a panel with Ramah Kudaimi from the U.S. Campaign to End the Israeli Occupation (now known as the U.S. Campaign for Palestinian Rights) to advance the false narrative of Israeli apartheid and the Boycott, Divestment, and Sanctions global campaign. The event at American University was sponsored by the American University Students for Justice in Palestine, a radical student organization that has chapters on several campuses across the U.S. and campaigns for divestment from Israel, which falsely smears as an apartheid state.

Kudaimi has advocated terrorism, calling it "resistance," and defended a convicted terrorist bomber. "[T]he real resistance is in the streets of #Palestine fighting Zionist regime," he wrote in an October 2015 Twitter posting. "[T]he fake resistance is killing Syrians doing their own intifada." In a March op-ed, Kudaimi argued that convicted Palestinian terrorist Rasmieh Odeh Â¢Â€Â" who participated in a 1969 Jerusalem grocery store bombing that killed two Israeli college students, "should be honored, not imprisoned."

**Yousef Munayyer**, a non-resident Middle East analyst at ACW, also serves as the executive director of the US Campaign for Palestinian Rights. In an *American Prospect* article in support of BDS, Munayyer wrote: "...full BDS can grow and create a reality of political, economic, and cultural isolation that will show the Israeli public their leaders have misled them. Additionally, while the boycott of settlement goods has an impact and should be encouraged, it is marginal on its own when compared to the amount of pressure that will likely be necessary to change Israeli behavior."

**Nadim Rouhana**, who is on ACW's board of directors, is founding director of Mada al-CarmelÂ¢Â€Â" Arab Center for Applied Social Research, an anti-Israel organization that routinely hosts conferences and other events on topics related to Zionism and "Settler Colonialism."

Arab states at odds with Qatar are unhappy with its support of the Muslim Brotherhood, which they see as a terrorist threat, and for Qatar's destabilizing influence in the region. But its support for BDS is equally immoral and unfavorable to Middle East peace efforts. By providing a platform for anti-Israel and pro-BDS propaganda, Qatar propagates a slanted and one-sided Palestinian narrative that perpetuates Israeli stereotypes and pins the blame for the current impasse in negotiations entirely on the Jewish state.

URL
(Printing)    https://www.investigativeproject.org/6334/terror-tied-qatari-think-tank-anti-israel-and-pro

Date of   06-14-2016
Intel

Title   Investigative Project on Terrorism: CAIR Offers Terror Sympathizers and Misleading Rhetoric to Condemn Orlando Tragedy

Notes

In the wake of Sunday morning's devastating and monumental Islamist terrorist attack that killed 49 men and women at a gay nightclub in Orlando, the Council on American-Islamic Relations (CAIR) convened a news conference to condemn the bloodshed.

It posted excerpts, presumably the parts CAIR most wants people to see, on YouTube.

It marks yet another missed opportunity for American Islamists to engage fellow Muslims in a debate about their faith's more incendiary commands. Instead, CAIR and the other assembled speakers spent more time telling non-Muslims what to think. Several speakers also seemingly contradicted one another regarding Islam's view of homosexuality

"Homophobia, transphobia and Islamophobia are interconnected systems of oppression. And we cannot dismantle one without dismantling the others...," said CAIR co-founder and Executive Director Nihad Awad.

Saif Inam of the Muslim Public Affairs Council was more impassioned. "To the LGBTQ community, let me be very clear. The American Muslim community stands with you. We are your allies" who "stand shoulder to shoulder with you."

Two other speakers, Naeem Baig of the Islamic Circle of North America, and Abu Nahidian of Virginia's Manassas Mosque, referenced Islam's prohibition on homosexuality, though they said that it did not justify violence against gay people.

"Our issue here is not about the LGBT community. It is totally un-Islamic to do such a ghastly act, and not to mention the level of aggression and violence that followed," Baig said, quickly pivoting to his concern that the slaughter at the Pulse nightclub reflects poorly upon Muslims: "It brings total chaos in society and Muslims now would have to undeservedly carry this crime on their heads."

Nahidian compared gays and lesbians to drunks and people who consume pork. Islam prohibits many activities, he said, but "that does not mean that we have to go ahead and attack every bar because we are against drinking, every supposedly, grocery store because we are against the porks and eating that. Go ahead and attack all kind of areas that it is against our religion. No. We have to live with the people and we have to dialogue only and talk. We are not allowed to take arms against anyone."

Terrorist Omar Mateen's father echoed the message in a statement early Monday. "God will punish those involved in homosexuality," he said, adding it is "not an issue that humans should deal with."

Nahidian, meanwhile, stands out as an odd representative for an event aimed at enhancing the image of Muslims in America. He maintained close ties with Iran, and during a 2010 anti-Israel rally in Washington's Dupont Circle, he insisted the 9/11 attacks were "not done by Muslims. It is done by the plot of the Zionists in order to justify to occupy the land of the Muslims such as Afghanistan, such as Iraq, such as Pakistan, now moving on to the rest of the areas. They plot and they scheme and no doubt God is plotting and scheming against them too."

<iframe allowfullscreen="" frameborder="0" height="315" src="https://www.youtube.com/embed/av8DjZkVNp8" width="560"></iframe>

Another speaker included at the CAIR event, Kristin Szremski, represents the vehemently anti-Israel group American Muslims for Palestine (AMP). Several AMP officials and speakers have direct ties to a U.S.-based Hamas support network, the Investigative Project on Terrorism first reported last year. Internal records reveal that CAIR was part of that network, known as the Palestine Committee, and Awad was listed as among its members.

Szremski also is a prominent and vocal advocate for Rasmea Odeh, the Palestinian woman convicted in a 1969 terrorist attack in Jerusalem that killed two college students. Odeh and an accomplice have publicly discussed their role in the attack.

Meanwhile none of the speakers mentioned that attacks targeting gay people – often by throwing them off the tops of buildings – are frightfully common in areas controlled by ISIS, the group to which Mateen pledged allegiance during his slaughter.

Awad said ISIS claims to speak for Islam, but "the 1.7 billion [Muslims in the world] are united in rejecting their extremism and their interpretation and their acts and senseless violence."

The evidence says otherwise.

In 2014, the Washington Post listed 10 countries where homosexuality can lead to the death penalty. They are Saudi Arabia, Iran, Iraq, Yemen, Sudan, Somalia, Qatar, Nigeria, Mauritania and the United Arab Emirates. In some of those states, any sex outside of marriage is prohibited.

After the Orlando attack, political scientist Ian Bremmer noted the overwhelming majorities in Muslim countries which exhibit intolerance toward gay people. In addition, more than half of British Muslims surveyed earlier this year said homosexuality should be outlawed.



It was widely reported before CAIR's news conference that in April, a mosque near Orlando hosted an Iranian-born cleric who was on videotape saying, "Death is the sentence" for homosexuality. If it was mentioned during the news conference, CAIR cut it out of the video it posted on YouTube.

In 2008, the Middle East Media Research Institute (MEMRI) flagged the condemnations of Abd Al-Qader Shiba Al-Hamad, a Saudi scholar in Medina, who called homosexuality "a great corruption" and a "heinous crime." He then recounts the various punishments discussed in the Quran and among the followers of Islam's prophet Muhammad. They range from "merely killing them or burning them" to beheading to climbing the highest mountain and rolling "them down the mountain until they are killed."

There was no recognition during CAIR's news conference that prominent imams espouse such violent rhetoric toward gay people. Instead, two people invoked the Quranic passage that states, "Whoever saves a life, it's as if they have saved the life of all of humanity. And if you take a life, it's as if you have taken the life of all of humanity."

They stopped short of the next verse, which commands, "the penalty for those who wage war against Allah and His Messenger and strive upon earth [to cause] corruption is none but that they be killed or crucified or that their hands and feet be cut off from opposite sides or that they be exiled from the land."

Similarly, Rizwan Jaka, a national board member for the Islamic Society of North America, noted the Quran's instruction that "There shall be no compulsion in [acceptance of] the religion." But no one tried to tell impressionable Muslims, like Mateen, why that is more relevant today than the verse that tells them to "kill the polytheists wherever you find them and capture them and besiege them and sit in wait for them at every place of ambush."

It isn't that difficult. The American-Islamic Forum for Democracy, whose founder Zuhdi Jasser has been attacked by CAIR, issued a statement expressing its sorrow over the Orlando attack and committing during the holy month of Ramadan to "triple down on acknowledging the deep reforms necessary and the responsibility of every Muslim in countering the ideologies that inspire these Islamist savages ... Make no mistake. We are again horrifically reminded that our nation and the free world are in a long war that has been declared upon us by global militant Islamists and their Salafi-Jihadi ideology.

'Understanding this ideology demands that we finally move beyond the false 'lone wolf' and 'violent extremism' narrative and counter the enemy's ideology of Islamism and its jihadism."

After terrorist attacks like Orlando, San Bernardino, and too many others, CAIR's message focuses on non-Muslims and their thoughts on Islam. Perhaps they would better serve the public by encouraging Muslims to relay to other Muslims why the theological underpinnings that drive the bloodshed are wrong. When other Muslims try to do so, they too often are derided as sellouts.

| URL (Printing) | https://www.investigativeproject.org/5427/cair-offers-terror-sympathizers-and-misleading |

Date of    08-21-2019
Intel

Title    Investigative Project on Terrorism: Tunisian Islamists Aim for Power After President's Death

Notes

Tunisian Islamists are hoping to return to power in upcoming elections triggered by last month's death of President Beji Caid Essebsi

And for the first time, the Islamist Ennahda Party has a candidate running. Ennahda, founded by Rachid Ghannouchi in 1981, has links to the Egyptian Muslim Brotherhood and follows its ideology.



ENNAHDHA
Renaissance Party

Abdel Fattah Mourou, 71, has been Tunisia's acting parliament speaker since Essebsi died July 25, and now is Ennahda's candidate to replace him. His campaign platform thus far is vague, with Mourou promising "to serve the nation's goals to attain its pride and dignity hand in hand with my Tunisian brothers. We seek to preserve the republic and to support the state and its institutions." He presents himself as a "reformer," criticizing the Muslim Brotherhood for mishandling its chance at governing Egypt and for its ultimate goal of establishing a global Islamic state. "It will never happen! It would be better if you dreamt of how to play a positive role in your own country," he said. "Your country is your goal. You should work for the benefit of your country."

Despite such talk, Mourou maintained ties with the Islamist leaders, including Brotherhood ideologue Yusuf al-Qaradawi, whom he visited in Qatar in 2015.

Ghannouchi, meanwhile, is running for a seat in parliament. If he wins, he quickly could rise to become the parliament's speaker. The speaker becomes interim president in case a president fails to perform his duty or dies, according to the Tunisian Constitution. That's what happened with current interim president Mohamed El Nasser.

Before he died, Essebsi represented a stabilizing force in Tunisia after civil strife in 2013 was triggered by worsening security, economic conditions and the assassination of opposition leaders. Ennahda won a plurality in Tunisia's first elections after longtime President Zine al-Abidine Ben Ali was forced out in 2011 during Arab Spring protests.

Just two years later, the prime minister, an Ennahda member, resigned, and the party gave up other key government ministries.

Essebsi then tried to initiate secular social reforms, including gender equality in inheritance laws and freedom for Muslim women to marry non-Muslims. But Ennahda rejected these ideas, which failed to pass in parliament. The fate of those reforms could be determined in the two upcoming elections.

Some Islamist preachers rejoiced at Essebsi's death and told Muslims not to offer prayers for him.

Tunisians now are bracing themselves to face two major elections in the next two months: The first is the Sept. 15 snap presidential elections, while parliamentary elections that were originally set for November have been moved up to Oct 6.

Poll results have been fluctuating since December. A poll conducted then by Sigma Conseil showed Ennahda leading the secular Nidaa Tounes coalition 36 percent to 29 percent. Support for Ennahda then plummeted to only 18 percent in a May poll. It wasn't clear what triggered the change. Ennahda blamed the pollster: "We reject Sigma Conseil's attempts to redirect the public opinion ... The movement expresses its amazement of the poll that dropped the chances of Ennahda from 33 percent in February 2019 to 18 percent in April and that was paralleled by a skyrocketing rise to other political entities," it said.

But a poll taken last month by Emrhod Consulting found Ennahda with only 8.6 percent support. A new party, the Heart of Tunisia, described as populist, polled highest and is promising economic liberalization and social reform.

Former Defense Minister Abdel Karim Zbidi recently posted a graphic from a poll said to be taken last week by the  wiss based   tratege Consulting, which shows a tight race with former Defense Minister Abdel Karim Zbidi leading, followed by businessman Nabil Karoui, who founded the populist Heart of Tunisia party. Prime Minister Youssef Chahed is in fourth, and Ennahda's Abdel Fattah Mourou is in fifth place.

But the top five candidates all are within two percentage points of each other, well within standard polling margins of error.

Thus far, the independent Tunisian electoral body has approved 26 out of 96 announced presidential candidates. Among them are some with significant visibility.

Prime Minister Chahed formed a new party in January called "Tahya Tounis" ("Long Live Tunisia"). Tahya Tounis is a secular center-left party that is led by Essebsi's son Hafez Essebsi.

Tunisia's first post-revolution president, Moncef Marzouki, also is running. Known for siding with Islamists, Marzouki called on Ennahda to ally with him last January. He also called upon Tunisian leftists to join him saying, "your real enemy is poverty, not Islam and Islamists."

He is known to be a staunch Islamist ally. In an interview with Al Jazeera, he bluntly called Egypt, United Arab Emirates, and Saudi Arabia "the Axis of Arab Evil" because they are "in favor of Israel and dominant Western economic and military pressure groups. These regimes' main task is the breaking of the spirit of the Arab revolutions and preventing the Arab peoples from determining their destiny and possessing their wealth."

Zbidi resigned his position as defense minister to run for president, and may be the candidate supported by secular Tunisians. Secular parties Nidaa Tounes and the Afek Tounes have endorsed Zbidi and he may be among the front-runners.

"I don't need an endorsement from Ennahda and I reject their support for we don't share the same ideologies," he said. If elected, he promised to open secret files which detail Ennahda's "Secret Apparatus," which allegedly murdered political opponents.

Tunisia faces economic challenges, including a growing national debt and rising unemployment and inflation. Meanwhile, ISIS threatens more terrorist attacks and bloodshed in the North African country.

Tunisian Islamists see these elections as a great opportunity to secure full power in the country by running their most famous, yet aging candidates, such as the 71-year-old Mourou and the 78-year-old Ghannouchi. Given setbacks and defeats in other countries in the

Middle East such as Egypt, Sudan and Libya, this election is crucial for Islamists. In 2014, Ennahda won 69 seats of Parliament's 218 seats, while Essebsi's Nidaa Tounes party won 86, and was able to control the government with the help of allied parties. Tunisia's direction, either continuing down the path of secular reforms or returning to Islamist control, lies in the balance in the two upcoming votes.

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

**URL (Printing)**   https://www.investigativeproject.org/8036/tunisian-islamists-aim-for-power-after-president

Date of    06-24-2020
Intel

Title    Investigative Project on Terrorism: Senior Saudi Cleric's Criticism of Anti-Semitism Draws Islamists' Ire

Notes

Saudi cleric Mohamed Al-Issa visited Auschwitz earlier this year, and last week, he addressed the American Jewish Committee's online global forum. He expressed a desire to improve Muslim-Jewish relations and fight Holocaust denial.

"We have repeatedly seen how we share the same concerns around growing intolerance and the same threats [from extremists] facing each of our communities," he said. "But also we share the same determination to build a more tolerant and peaceful world Â¢Â¢Â" a world ruled by a just and all-encompassing peace."

So, of course, Al-Issa, secretary general of the Muslim World League, is being attacked by Islamists, led by those on Qatar's state-owned network Al Jazeera.



I have made it my mission to work with my brothers and sisters of the Jewish faith

Senior Al Jazeera anchor Ahmed Mansour on Saturday mocked a video showing Al-Issa in Auschwitz last January and receiving an award for his efforts in combating anti-Semitism. "We congratulate Saudi Sheikh Mohammed Al-Issa, Secretary General of 'The Association of Bin Salman,' for the warm hospitality of the Zionists and their honor and grant him the Great Medal of the Zionist?!"

 A Mansour ⏺ أحمد منصور

نبارك للشيخ السعودي محمد العيسى أمين عام "رابطة بن
سلمان "حفاوة الصهاينة وبتكريمه ومنحه على وسام
الصهيوني الأكبر ؟!

We congratulate the Saudi Sheikh Mohammed Al-Issa, Secretary General of "The Association of Bin Salman," on the warm hospitality of the Zionists and their honor and grant him the Great Medal of the Zionist ?!



0:00 · 41.5K views

A week earlier, the Al Jazeera anchor mocked Al-Issa's calls for coexistence between Muslims, Christians and Jews. "We are proud in the Muslim World League to carry the responsibility with Jews and Christians brothers and sisters to build understanding, love and harmony between followers of all faiths," Al-Issa said.

To Mansour, this raised a question whether "The general secretary for the Muslim World League is calling for a new religion?!!"

Al Jazeera's Arabic website pinned an article criticizing the Saudi cleric for speaking to a Jewish organization without mentioning the Palestinian cause.

For years, Issa stepped up the rhetoric against Islamism. "There is no place for political Islam anywhere in France or any other [country] because it does not uphold neither religion, nor national values nor respects the laws and constitutions of countries but only the political agendas and ideology of Islamists," he told France 24 in March. "You have to respect the constitution, the laws as well as the culture as long as you are resident of a country. Otherwise find yourself a different country that suits you."

Al-Issa's stance for rapprochement with Jews irked Palestinian Islamist writer Yasser Zaatrah. "The Secretary General of the Muslim World League continues to preach the extending of dialogue and bonds of partnership between Jews and Arabs," he wrote earlier this month. Israeli Army spokesman "Avichai Adraee and the Zionist entity's websites are celebrating the statements! At the height of Zionist arrogance comes this free normalization with Israel."

Mauritanian Muslim Brotherhood writer Mohamed Shangiti mocked Al-Issa for calling Jews his brothers. "Issa and Sheikh Yusuf Al Othaimeen have no love in their hearts for the Muslim Brotherhood as it is filled now for the Jewish Brotherhood," he tweeted. "For how long the Muslim World League will be run by the hypocrites of the devil."

Egyptian Muslim Brotherhood cleric and former MP Mohamed Al Sagheer on Saturday criticized the visit to Auschwitz by Al-Issa and other Islamic clerics, tweeting, "Can Muslim clerics remain under the leadership of Al-Issa after these acts which he only represents himself?"

Palestinian Al Jazeera anchor Tamer Al-Mishaal also mocked Al-Issa for talking "[w]ith such enthusiasm ... about your Jewish brothers as you described them" and challenged Al-Issa to "deliver a speech in support of the steadfastness of the people of Jerusalem in the face of the ongoing campaign of Judaization against the first of the holy sites well as part of the long series of Zionist crimes against the people of Palestine, Arab and Islamic countries as you are Secretary-General of the Muslim World League !!"

Other Qatari state media outlets beyond Al Jazeera went after Al-Issa. "The head of the 'Muslim World League' appeared to promise to tackle anti-Semitism and hatred and cry over the Holocaust,' the women's magazine *Meem* tweeted, "... so the Foreign Ministry of the occupation [Israel] applauded him with great joy ... this is how the recruitment of clerics is done to promote the Zionist rhetoric and justify the occupation and the marketing of normalization."

Qatari media anchor Jaber Al Harami tweeted "Muhammad al-Issa ... cries over the Holocaust and considers it the most terrible of human history, while Zionist crimes against the Palestinian people and the rape of Jerusalem does not deserve to be mentioned."

The criticism extends beyond the Gulf States.

Official Turkish media outlet TRT Arabic posted a video casting Al-Issa as wrong for visiting Auschwitz and gaining praise from Israelis Â¢Â€Â" who should be seen as the enemy. The video induced statements accusing Al-Issa of normalizing relations with Israel and ignoring the crimes against Palestinians.

In response to the attacks, Al-Issa told Al Arabiya news networks, that "no one is looking to merge religions."

There's a clear message being sent here. If a Muslim, especially a Muslim cleric, expresses anything short of hostility toward Israel, or acknowledges and laments the Holocaust, the Islamists in Qatar, Turkey and elsewhere will pounce. It exposes both countries' false political narrative of establishing good ties with Jews and Israel while endorsing the complete opposite narrative in their state-owned media.

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at At Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

Copyright Â¸Â© 2020. Investigative Project on Terrorism. All rights reserved.

**URL (Printing)**   https://www.investigativeproject.org/8452/senior-saudi-cleric-criticism-of-anti-semitism

MEF001346

| | |
|---|---|
| Date of Intel | 05-15-2020 |
| Title | Investigative Project on Terrorism: Washington Lobbyists Duke It Out Over Libya's Civil War |

Notes

Both sides in Libya's ongoing civil war are waging political warfare in Washington. They have enlisted lobbying firms to shape perceptions of the conflict in Congress and within the Trump administration.



Libya's civil war pits militias backed by its democratically-elected House of Representatives (HoR), based in Benghazi, against those loyal to its Tripoli-based, Islamist-dominated Government of National Accord (GNA). Unfortunately, neither faction has "clean hands." Both employ mercenaries, are supported by foreign powers, and have been accused of war crimes.

The GNA formed in December 2015 through a United Nations-brokered agreement that was backed by the Obama administration and the European Union. This pact aimed to unite the Islamists who were installed in the capital in August 2014 after Muslim Brotherhood and allied al-Qaida militias exiled the secular/liberal dominated House of Representatives (HoR) to Tobruk in eastern Libya. The Islamists rejected elections in June 2014 which the Muslim Brotherhood lost in a landslide.

Instead, the Islamists continued meeting as the General National Congress (GNC), naming former Libyan Islamic Fighting Group (LIFG) member Omar al-Hassi as prime minister.

Numerous GNA members supported the jihadists who ousted the HoR from Tripoli in 2014. That has remained a sticking point for Field Marshal Khalifa Haftar, who leads the forces loyal to the HoR. Parliament members balked at a demand to transfer control of Libyan military forces to the GNA. The agreement that created the GNA expired in 2017. The Presidential Council was required to receive a vote of confidence from the House, but that never happened.

The split never healed, with both sides claiming to be Libya's legitimate government – the HoR based on popular elections and the GNA based on international agreement.

Turkey and Qatar back the GNA, providing it with weapons and mercenaries in violation of a United Nations arms embargo.

Human rights observers have accused militias loyal to both sides of torture, war crimes and other abuses, but those committed by the GNA have generated less news coverage. They also have accused the pro-GNA militias of using human shields.

Haftar has been the focus of critical reports. His forces, which control most of Libya's territory, have waged an offensive in Tripoli to end what they see as the Muslim Brotherhood and "terrorist" control of the city.

The lobby war took off in earnest following an April 2019 call between Haftar and President Donald Trump, in which Trump endorsed Haftar's offensive.

Since that call, however, the administration appears to have backed away. Haftar's hired lobbyist reportedly could not get him an official visit with administration officials last summer.

Haftar's offensive is driven by "what we call the three Ms – the militias, the money and the Muslim Brotherhood," an unnamed senior State Department officials told reporters during a February background briefing. Haftar's actions, the official said, are "directly counterproductive to [his] goals. He is – his offensive is empowering militias in Tripoli."

Mercury Public Affairs and Gotham Government Relations & Communication are the GNA's registered lobbyists. They seem to have fared better casting Haftar's forces as rebels and war criminals.

Mercury has been paid $150,000 per month for the past year as part of a $2 million contract with the GNA. Mercury also works for Islamist governments supporting the GNA, including Turkey and Qatar.

GNA promised Gotham $750,000 for six months of lobbying. Their Justice Department filings under the Foreign Agents Reporting Act (FARA) show Gotham released numerous press releases on behalf of the GNA.

Former Louisiana U.S. Sen. David Vitter is Mercury's point man for the GNA and Turkey, FARA documents show. POLITICO reported last year that Vitter is one of about a dozen of the firm's employees working on the Libyan contract.

Trump administration officials met with GNA leaders to discuss ISIS and Russian involvement in Libya, Vitter reported in a November FARA filing. That month, the U.S. State Department issued a statement calling on Haftar's Libyan National Army "to end its offensive on Tripoli. This will facilitate further U.S.-Libya cooperation to prevent undue foreign interference, reinforce legitimate state authority, and address the issues underlying the conflict."

**Dispute Over Muslim Brotherhood's Presence**

| | |
|---|---|
| URL (Printing) | https://www.investigativeproject.org/8400/washington-lobbyists-duke-it-out-over-libya-civil |

Date of Intel    04-23-2018

Title    Investigative Project on Terrorism: Qatar Ambassador Plays Semantics With Definition of Terrorism

Notes

Hamas is not a terrorist organization and his country has nothing to do with terrorism, Qatari counterterrorism envoy Ambassador Mutlaq Al-Qahtani told the Investigative Project on Terrorism (IPT). But it all depends on your definition of terrorism. Al-Qahtani spoke April 9 at the National Press Club at an event sponsored by the International Center for the Study of Violent Extremism (ICSVE) Â¢Â€Â" a group that works to undermine the appeal of ISIS using counter-messaging videos.

"Qatar has not, does not, and will never support terrorism in any form," Al-Qahtani said.

Terrorism is a subjective term, he said, and there is no globally-accepted definition. Qatar views Hamas as a "legitimate political force and governing party," ICSVE founder Anne Speckhard wrote on her group's website in January. Qatar's emir, Sheikh Tamim bin Hamad al-Thani, told CNN's Christiane Amanpour in 2014 that Hamas was not a terrorist group because it is "a very important component of the Palestinian people."



Qatar has been a stalwart supporter of the Muslim Brotherhood for decades and especially since the 2011 Arab Spring. This support alienated Qatar from its neighbors and led to the decision last June by Saudi Arabia, Bahrain and the United Arab Emirates (UAE) to impose a land, sea and air blockade of Qatar. They issued a list of 59 terror-linked people and 12 allegedly terror-linked groups that they claimed Qatar supported. The blockade would continue, the three Gulf states said, until Qatar took action against them. Many of the people listed are also blacklisted by the U.S. government and by the United Nations.

Ending support for the Muslim Brotherhood was among the 13 demands Qatar's Gulf neighbors imposed on it, as was Qatar taking action against the people on the Gulf States' terror list.

Al-Qahtani seemed to say the Brotherhood was being targeted solely because it is an opposition group. Opposition parties often are unfairly tarred with the terrorist label, Al-Qahtani said. He vigorously argued that the Muslim Brotherhood likewise faced unjust accusations of being connected with terrorism in Egypt and the United Arab Emirates (UAE).

"I think the most important [thing] for anybody if you want to make a good argument against any country to classify this entity or that individual as a terrorist is try to make sure that the Security Council of the United Nations to sanction that individual or that entity...," Al-Qahtani said. Since that has not happened, "Hamas is not a terrorist organization."

Qatar's "explanation for HAMAS not being a terrorist organization is distinctly unimpressive and inconsistent," terrorism researcher Kyle Orton told the IPT

Hamas became famous for sending suicide bombers to blow up Israeli civilians, the most recent being a 2016 attack on a bus in Jerusalem. It also encouraged stabbing attacks against Israelis in the fall of 2015. Rocket attacks by Hamas against Israeli civilian targets also have been commonplace. Additionally, Hamas has praised car-ramming attacks against Israelis.

Al-Qahtani questioned the Gulf States' standing to accuse others of supporting terrorism, saying Saudi Arabia, Bahrain and the UAE have terrorism records "worse than ever." He cited a connection between Bahrain's royal family and ISIS's late top religious scholar, Turki Binali, and Egypt's blocking of the addition of ISIS affiliates on the U.N.'s terror list as examples. His list of examples also included findings by the Henry Jackson Society last year that Saudi interests funded Islamist extremists in the U.K.; however, he omitted that the report also pointed

<!-- caption begin -->
Mutlaq Al-Qahtani is Qatar's foreign affairs special envoy for Combating Terrorism and Mediation in Dispute Resolution.
<!-- caption end -->

the finger at Qatar. The 9/11 hijackers were from Saudi Arabia, the UAE and Egypt, he said, adding that some of their funding came through the UAE.

Al-Qahtani's remarks connecting Saudi Arabia with 9/11 weren't accurate, Orton said.

"One of al-Qaeda's founding missions is to overthrow the House of Saud. That these people were originally Saudi citizens is really irrelevant," Orton said via Twitter.

Al-Qahtani failed to mention Qatar's own connection to 9/1'.

Khaled Sheikh Mohammed took a Qatari government job at the suggestion of Qatar's current Interior Minister Sheikh Abdullah bin Khalid bin Hamad al-Thani, the 9/11 Commission found. U.S. intelligence officials also said al-Thani helped Mohammed escape from

Qatar in 1996 before American authorities could capture him. Osama bin Laden personally visited with al-Thani in Qatar several times between 1996 and 2000. Bin Laden's declaration of war against the United States was issued in 1998.

Qatar's interior ministry published a list of terror financiers that it sanctioned in March in response to pressure from its neighbors, but the Anti-Defamation League (ADL) noted that groups like Hizbalah and al-Qaida were conspicuously absent. Two al-Qaida linked financiers with ties to Qatar's government also were not included.

Not only does Qatar reject terrorism labels for Hamas, the country provided significant support to the group. Hamas's top leaders lived in Doha until last June when "external pressures" forced their expulsion following the announcement of the blockade. As recently as 2015, Qatar's foreign minister described then-Hamas political leader Khaled Meshaal as a "dear guest." But Qatar no longer funds Hamas, U.N. Ambassador Nikki Haley told Congress in December. It previously pumped millions of dollars to fund Hamas' governmental infrastructure in Gaza. Qatar claimed that it routed its money through the United Nations, but Israeli press reports indicate that Qatar agreed to directly fund the construction of a new Palestinian government building in Gaza.

Even if Qatar has backed off funding Hamas, it remains a major source of anti-Israel terrorist incitement.

The ADL complained April 10 that Qatar remains a hotbed of anti-Semitic rhetoric. For example, the imam of Doha's state-run main mosque in December called Jews "your deceitful, lying, treacherous, fornicating, intransigent enemy" in a sermon called the "Liberation of Al-Aqsa."

Al-Qahtani rejected the charge of religious extremism.

"…[Extremist] religious doctrines pose an undeniable challenge to all of us. They exist in every culture and Islam has no monopoly on them. If actors continue to twist religious doctrines to poison the minds of desperate people in our region and beyond, it's clear that we are obliged to fight the compact religious extremism," Al-Qahtani said.

Yet for decades, Qatar's royal family gave Muslim Brotherhood ideologue Sheikh Yusuf Qaradawi a platform for his hate-filled, pro-terrorist ideas. Qaradawi considers non-violent definitions of jihad Â¢Â€Â" those which cast it as primarily spiritual Â¢Â€Â" as "unacceptable," a belief he shares with Muslim Brotherhood founder Hasan al-Banna.

jihad as a spiritual struggle diminishes "Jihad in the Way of Alah, and play[s] down its status and virtues in Islam, and its necessity in defending the being of the Ummah (Muslim nation) and its holy sites, if attacked by aggressors and affected by arrogant tyrants," Qaradawi wrote in a 2016 article.

Qaradawi preached support for suicide bombings and hatred of Jews for years on Qatar's state-owned Al-Jazeera network.

The Holocaust "was divine punishment for them. Allah willing, the next time will be at the hand of the believers," Qaradawi said in a 2009 Al-Jazeera broadcast.

He also sanctioned attacks against U.S. troops in Iraq. In 2014, Qaradawi expanded his fatwa supporting suicide bombings to Syrians. He dialed back his support for Palestinian suicide bombings in 2016, saying Palestinians could use rockets to attack Israel instead.

"Suicide bombing has been normalised in a way it could not have been without the support of someone with Al-Qaredawi's stature," the UAE-based National newspaper said in November.

After President Trump announced the U.S. recognized Jerusalem as Israel's capital, Qaradawi called for jihad and hurled anti-Semitic barbs.

"The Quran does not devote as much space to the Persians and Romans as it does to the Jews, whose crimes and depraved deeds it exposes. They are the greatest of liars when they speak, the greatest of villains when they quarrel, and the most treacherous of people when they make pacts," Qaradawi wrote on Twitter, a translation by the Middle East Media Research Institute (MEMRI) shows.

Qaradawi's International Union of Muslim Scholars (IUMS) also issued a communiquÂ©Â© in October calling for the end of Qatar's isolation and reaffirming the "importance of armed struggle and resistance in all its forms to liberate Palestine and the Al-Aqsa Mosque." Senior Hamas leader Ismail Haniyeh is an IUMS member.

Qatar reportedly used an associate of Qaradawi's as a conduit to coordinate the flow of Qatari arms and money to al-Qaida linked rebels belonging to the Libyan Islamic Fighting Group (LIFG)

Qaradawi and IUMS Secretary General Ali Mohiuddin Qaradaghi have close ties with terror-linked charities connected with Qatar's royal family. These include Qatar Charity and the Sheikh Eid al-Thani Charity. Qatar's Gulf neighbors placed both on their list of terror-connected groups.

Qatar Charity, formerly the Qatar Charitable Society, belongs to Qaredawi's Union of Good, a global alliance of Islamic charities in 21 countries, that facilitates financial transfers between its member charities. U.S. Treasury officials described the Union of Good as a "broker for Hamas" in 2008 when it blacklisted it.

U.S. court documents showed that Osama bin Laden used Qatar Charity as a terror funding source during the 1990s. Qatar Charitable Society helped finance the 1998 bombings of the U.S. embassies in Kenya and Tanzania, according to the U.S. government.

Reports suggest these connections persist. Maliweb reported that Qatar Charity funded terrorists belonging to the al-Qaida linked group Ansar Dine in 2013, a claim corroborated by French intelligence. The other Gulf States also accuse Qatar Charity of assisting AQAP in Yemen.

Al-Qahtani downplayed Qaradawi's continued presence in Qatar and how it squares with its "soft-power approach to terrorism" Â¢Â€Â" the subject of the conference. Qaradawi "is quite od. His health is not that good," and his Al-Jazeera program went off the air years ago, he said.

All of these pieces of evidence show that Qatar's approach to terrorism is confused at best. Standing with ICSVE against ISIS is one thing, but terrorism is more than just ISIS.

| URL (Printing) | https://www.investigativeproject.org/7416/qatari-ambassador-plays-semantics-with-definition |

| | |
|---|---|
| Date of Intel | 10-31-2014 |
| Title | Investigative Project on Terrorism: Brookings Scholars Hawk Qatar's Hamas Talking Points |
| Notes | |

Since the beginning of Brookings' relationship with Qatar in 2002, its scholars have increasingly advocated that U.S. policymakers open a direct channel to Hamas Â¢Â¢Â¨ a position in keeping with Qatar's foreign policy.



Sheik Hamad bin Jassim bin Jaber Al Thani, a member of the Qatari royal family who chairs the Brooking Doha Center (BDC)'s advisory council, made Qatar's position clear, according to a quote found in a secret December 2005 cable written by then-Ambassador Chase Untermeyer, on the eve of the January 2006 Palestinian elections.

"We shouldn't exclude Hamas. It makes Hamas look like the real Palestinians. To isolate them is to repeat mistakes made in many places," the cable released by Wikileaks said.

In recent years, Qatar's leadership has emerged as one of Hamas's biggest financial and political backers.

Other State Department cables disclosed by Wikileaks quoted Brookings' patron, and former Qatari Emir Hamad bin Khalifa Al Thani's wife, describing her husband as "a big friend of Hamas."

Qatar pledged $50 million to support Hamas in 2006, and the former emir pledged another $400 million to Hamas' cash-strapped government in Gaza during an October 2012 state visit. Its funding of Hamas continues despite the accession of Tamim bin Hamad Al Thani to the Qatari throne following his father's abdication last year. Current Prime Minister Abdullah bin Naser bin Khalifa Al Thani announced in June that Qatar would give Hamas $60 million to pay salaries of the terror group's public servants. Earlier this month, Qatar pledged $1 billion to help rebuild Gaza after Hamas provoked a war with Israel by firing rockets at civilian communities. No strings were attached to the pledge.

Furthermore, the Qatari government also has frustrated American efforts to isolate Hamas.

Hamas political chief Khaled Meshaal lived in Qatar from 1999 until 2001 following his expulsion from Jordan. Meshaal told Al-Hayat in 2003 that Al Thani assisted his 1999 entry into Qatar and that he had maintained a "personal relationship" with the then-Qatari foreign minister.

Meshaal moved back to Qatar in February 2012 after the start of Syria's civil war.

Israel's United Nations Ambassador Ron Prosor pointed his finger at Qatar in an August New York Times op-ed, blaming the Gulf state for every rocket and tunnel aimed at Israel, saying they were "made possible through a kind donation from the emir of Qatar." Prosor described Qatar as a "Club Med for terrorists" for harboring Meshaal, influential Muslim Brotherhood cleric Yusuf al-Qaradawi and Abdul Rahman Omeir al-Naimi, a Qatari history professor that the U.S. Treasury Department designated last year as an al-Qaida financier.

Qatari technology allegedly helped Hamas build sophisticated cyber systems in tunnels and above ground to attack Israel. Nearly 70 percent of cyber-attacks against Israel during this summer's Gaza war originated from Qatari-associated IP addresses. Sensors provided by the Gulf state in Hamas tunnels alerted the terrorists to approaching Israeli soldiers  and Qatari cloud-based software enabled Hamas to remotely fire its rockets  the Times of Israel reported.

Brookings portrays Qatar's relations with Hamas in a positive light, setting the country up as a mediator between the terrorist group and Israel.

Sultan Barakat, research director with the Qatar-based Brookings Doha Center (BDC), downplayed Egypt's traditional role as Mideast peacemaker in a July column on CNN.com. Barakat asserted that Egypt's post-Muslim Brotherhood government might not be in a good position to broker a ceasefire. Qatar, on the other hand, "is one of the few regional actors that have maintained strong ties to (and perhaps influence over) Hamas' leadership." That makes Qatar, the BDC's sponsoring country, a better partner for Western powers.

Barakat suggested that "Western powers might find themselves having to look for help from a different partner: Qatar," Barakat wrote, giving a nod to the BDC's sponsoring country. "Under President Abdel Fattah el-Sisi, Egypt has proven more adept at securing the backing of politicians and diplomats in Tel Aviv, Washington and New York for a peace initiative than it has at reaching out to Palestinians."

Despite Barakat's concerns, Egypt ultimately brokered the August agreement that ended the latest round of Hamas' fighting with Israel.

Reports in the Arabic press indicate that Qatar had threatened to expel Meshaal from the country if he agreed to Egypt's cease-fire terms in July.

### Spreading disinformation about Hamas

Hamad bin Jassim bin Jabr's sentiments can also be found in the body of work of numerous Brookings scholars who argue that Hamas is willing to disarm or recognize Israel's right to exist.

Numerous articles lend Brookings' credibility to the false notion that Hamas's 1988 charter calling for Palestinian Muslims to fight Israel "until liberation is achieved" no longer has relevance or to the notion that Hamas wants peaceful coexistence with Israel. Consequently, they argue that the U.S. should talk directly with Hamas.

"While the Palestinian Islamist group's status and circumstances differ from those of other Islamist movements around the region, its continued shunning by Washington may be just as outdated and counterproductive," wrote Saban Center for Middle East Policy Visiting

Fellow Khaled Elgindy, in an April 2012 article suggesting the U.S. should talk directly with a designated terrorist group. "Hamas remains a major force in Palestinian politics, one that cannot be wished away or boycotted out of existence."

Elgindy latched onto an "omission of language calling for Israel's destruction" from the 2006 Hamas electoral platform to argue that the 1988 charter had lost its meaning. He argued that Hamas leaders accept the principle of a two-state solution based upon Israel's pre-1967 borders.

"Hamas officials have hinted at a willingness to move away from armed struggle in favor of nonviolent popular resistance," he wrote. The "risks of ignoring or isolating" Hamas exceeded worries about legitimizing the terrorist group.

Apparently Elgindy failed to notice Meshaal's January 2006 statement to Al-Jazeera undercutting his thesis.

"As for recognizing [Israel] and amending our charter Â¢Â€Â" Hamas is not the kind of movement that succumbs to pressure," Meshaal said. "If people raise the issue of targeting civilians Â¢Â€Â" we have said and we continue to say that when our enemy stops targeting civilians, we will make the same commitment."

Meshaal repeatedly reiterated the terrorist group's refusal to recognize Israel's right to exist in subsequent years.

"First of all, Palestine Â¢Â€Â" from the (Jordan) River to the (Mediterranean) Sea, from its north to its south Â¢Â€Â" is our right and our homeland. There will be no relinquishing or forsaking even an inch or small part of it," Meshaal said in the speech carried on Al-Aqsa TV. "Second, Palestine was, continues to be, and will remain Arab and Islamic.

"Palestine belongs to us and to nobody else."

Meshaal further discredited Elgindy's thesis regarding Hamas' willingness to disarm in August when he called the terror group's armed wing's weapons "sacred."

"The issue is not up for negotiations. No one can disarm Hamas and its resistance," Meshaal said.

An idealistic search for "moderates" in Hamas peppers the research of many of Elgindy's colleagues who similarly look in vain for a Hamas path on the road to peace. They contend that engagement will encourage Hamas to abandon terrorism and become a non-violent political party.

Hamas is not a "monolithic entity," BDC Director Salman Shaikh wrote in a 2012 oped published by CNN. Not all Hamas members were "focused on resistance."

"The international community Â¢Â€Â" and Israel Â¢Â€Â" should work with the newly emerged regional troika of Egypt-Turkey-Qatar to engage with Hamas and strengthen Hamas' pragmatic wing. Given the strength of its ties, though, Iran could still prove to be a spoiling influence," Shaikh wrote.

Shaikh may have exposed his feelings about Hizballah, Palestinian Islamic Jihad (PIJ) and Hamas during a June 2013 forum held at the Brookings Doha Center in Qatar. He described Hizballah, PIJ and other Palestinian terrorist groups as the "axis of resistance" against Israel within the context of Iran's policies in the Middle East.

A March article written by Brookings scholar Neven Bondokji, a joint visiting fellow with Qatar University, similarly sought to portray Hamas as being on the road to moderation.

Bondokji's article, "The Nationalist versus the Religious: Implications for Peace with Hamas," suggests that Hamas should no longer be viewed as a "violent, Islamist and terrorist organization." The international community ignores the supposed transformation within the terrorist group over the past 15 years.

"High-ranking members of Hamas have asserted that Hamas is a constantly changing and self-transforming movement," Bondokji wrote. "One major shift in Hamas political ideology that emerged from my research is the shift from religious ideology to nationalism.

"In this, Hamas seems to be part of a broader trend of mainstream Islamic parties that sooner or later have to come to terms with the fact that an all-inclusive [pan-Islamic]-based ideology is not practical in today's political scene."

She also claims Hamas' public-relations shift from using the term "jihad" to terms such as "hudna" and "resistance" cannot be ignored. A hudna is a temporary truce rather than a permanent peace under Islamic law.

"Hamas' earlier communiquÃ©s specifically attacked Jews and portrayed the conflict between Judaism and Islam," Bondokji wrote. "Today, Hamas draws clear lines between Jews and Judaism on the one hand, and Israeli state policies and Zionism as a nationalist ideology on the other."

These word choices illustrate a shift in ideology from that of Muslim Brotherhood founder Hasan al-Banna, who "argued forcefully that Islamic solidarity precedes the national struggle," Bondokji asserted. This, she wrote, fosters the possibility of a positive outcome between Israel and Hamas.

Brookings' Tamara Cofman Wittes made similar arguments in 2008, against calling Hamas and Hizballah "primarily Islamist groups," instead describing them as "nationalist militants." Doing so obscures the "search for solutions to the problems these groups pose for democratic politics." The Muslim Brotherhood liked it so much that it republished the article on its English-language website.

Contrary to Bondokji's and Wittes' assertions that Hamas has evolved from a religious cause into a nationalist movement like Fatah, Hamas leaders continue to say that Israel's destruction would facilitate restoration of the Caliphate. Its long-term aims reach beyond leveling Israel and replacing it with a Palestinian Islamic state.

"We anticipate further victories, in which we shall liberate our land, Allah willing. We shall liberate our Al-Aqsa Mosque, and our cities and villages, as a prelude to the establishment of the future Islamic Caliphate," Hamas Interior Minister Fathi Hammad said in a November 2013 address in Gaza. "Therefore, brothers and sisters, we are at the threshold of a global Islamic civilization era. The fuel and spearhead of this era will be Gaza, and its mujahideen and leaders will be from Gaza, Allah willing."

Hamas legislator and cleric Yunis al-Astal similarly commented on the Caliphate in a 2011 interview with Al-Aqsa TV. Former Hamas Prime Minister Ismail Haniyeh proclaimed in July 2012 that the Arab Spring would "introduce the era of the Caliphate."

Brookings also pushes the argument that engagement and reconciliation between Hamas and its rival Fatah faction will lead to peace.

"Certainly, the conquest of Gaza may be a prominent signal that the hard-liners have triumphed; however, the international community has not given the moderates within Hamas any incentives to cooperate," Brookings scholar Stacie L. Pettyjohn wrote in a 2007 column in Beirut's *Daily Star* following Hamas' victory over Fatah in that year's conflict between the two Palestinian factions. "Â¢Â€Â¦[T]errorist organizations only gradually forgo violence and commit to a political process."

"Therefore, it is important to discover whether there are moderates within Hamas, and if this happens to be the case, to strengthen them," Pettyjohn continued. "To do so, the international community needs to end its policy of blanket isolationism, which only weakens the pragmatists, and adopt a policy of conditional engagement in order to promote cooperation."

Pettyjohn's column claimed that a power-sharing arrangement between Hamas and Fatah could "resurrect the peace process."

Reality proved to be quite different. The two factions reached such an agreement in April 2014.

Instead of taking steps toward peace, Hamas reaffirmed its commitment to Israel's destruction and provoked more than a month of bloodshed with the Jewish state. Recognizing Israel was a "red line" the terrorist group would never cross, Hamas deputy political chief Mousa abu Marzook noted in May. Its fighters will not lay down their arms.

Contrary to Brookings' assertions of a new moderation in Hamas, talk of jihad flowed from the lips of Hamas propagandists during the summer violence. The Hamas Interior Ministry wrote in a Facebook posting in July that everyone killed in the fighting should be called a civilian from Gaza or Palestine before discussing "his status in jihad or his military rank." Other recent invocations of the term "jihad" include a cartoon that appeared on Hamas TV praising the terror group's military wing during an October 2013 broadcast.

"Today, the Zionist occupation knows who the Izz Al-Din Al-Qassam Brigades are, and it knows that thousands of young fighters are prepared to be martyred for the sake of Allah, until this land is liberated," the Hamas TV spot said. "The battle of the minds shows that Al-Qassam is a powerful tenacious rival, whose men are heroes, educated in the mosques and possessing the spirit of jihad."

Brookings' wishful thinking concerning Hamas with Ambassador Martin Indyk, the former Obama peace negotiator and current vice president and director of the Foreign Policy Program, who engineered the outreach with Hamad Jassim bin Jabr Al Thani.

Indyk and Al Thani devised the partnership following the September 11, 2001 attacks, first hosting a series of conferences in Doha starting in 2002 and later with the establishment of the Brookings Doha Center (BDC) in 2008.

During his tenure as the Obama administration's chief peace negotiator between Israel and the Palestinians ending in July, Indyk served as an anonymous source for multiple stories casting Israel as the culprit for the talks' failure.

Indyk slammed Israel recently, describing the Jewish state's attitude toward the United States as "disrespect." He noted that U.S. taxpayers underwrite Israel's defense budget to the tune of $3 billion.

"On the Israeli side I see something which I'm really, really disturbed by, which is the total disrespect on the part of some on the right in Israel for the relationship with the United States," Indyk reportedly told a Washington, D.C. congregation according a *Washington Free Beacon* report. "And that manifests itself with right wing politicians standing up excoriating our leaders, who are trying to do their best for Israel."

## Parroting Anti-Israel Talking Points

Hamas refuses to relinquish its weapons and stop smuggling them into Gaza, but some Brookings scholars advocate a unilateral end to Israel's blockade on the territory.

"The hope for Israel is that a long-term cease-fire would, over time, produce its own momentum. Peace would push leaders from attacking Israel. Hamas' military capabilities might grow, but it would be reluctant to risk any economic improvements in Gaza in another round of fighting," Brookings scholar Daniel Byman wrote in a fall 2010 *Foreign Affairs* article. "A cease-fire that allowed goods to flow into Gaza would make it harder for Hamas to blame all its constituents' problems on Israel.

"Right now, Hamas gains from the perception that Israel and the international community seek to crush the Palestinians," Byman continued. "Opening the crossings in Gaza would dispel this impression and place Hamas in a difficult spot politically: it would have to give up either on resistance or governance."

Byman also suggested that refusing to deal with Hamas would "only make the situation worse" and weaken Palestinian moderates.

In a 2012 paper, Byman suggested that Hamas could be counted on to fight al-Qaida and its local sympathizers in Gaza.

"Hamas possesses tremendous credibility in the Gaza Strip—"gained by its struggle against Israel—"that amplifies its rebuff of al Qa'ida specifically Hamas's Muslim Brotherhood philosophy its social and political wings and its willingness to compromise on issues like elections and temporary ceasefires with Israel are all rejections of al Qa'ida and its teachings," Byman wrote.

Considering its refusal to disarm and its continuing reaffirmation of its desire to destroy Israel, such a recommendation exhibits a naïve understanding of Hamas. Repeated statements by its leaders indicate that Hamas remains committed to its religiously motivated ideology, and that secular considerations will accomplish little in convincing them to renounce violence.

Brookings scholars reject Israel's right to defend itself and downplay Hamas rocket attacks in other works.

"If Israel has the right to defend itself by launching air strikes that have destroyed Palestinian homes and schools, then surely Palestinians have the right to protect themselves from the brutal and escalating Israeli violence," Ibrahim Sharqieh, deputy director of the BDC, wrote in a July 11, 2014 column on CNN.com. "To forestall another war, and to prevent further brutality against civilians, Washington needs to take immediate measures to avoid the hypocrisy of legitimizing Israeli violence against Palestinian civilians under the guise of 'self-defense.'"

Israel engages in "collective punishment" by maintaining the blockade, he said, agreeing with Secretary of State John Kerry that the Jewish state "risks becoming an 'apartheid state.'"

Elginoy similarly contends that Israel's security depends upon ending its occupation of the West Bank and the lifting of its blockade of Gaza even though Hamas leaders refuse to consider relinquishing their weapons.

Byman slammed Israel's effort to defend itself from rocket attacks against its civilian population, claiming the Jewish state engaged in "disproportionate military operations" in a July 24 *Foreign Policy* article titled "An Eye for a Tooth."

"Such disproportional military operations strike at the heart of 'just-war theory' and the way of warfare embraced by the militaries of the United States and other Western countries," Byman wrote.

These analyses gloss over Hamas' intentional and illegal use of densely populated areas of the Gaza Strip to launch rockets against Israel. It also conveniently ignores Hamas' role in provoking Israel. A Hamas training manual captured by Israel Defense Forces instructed the terror group's members to build and store bombs in their homes to evade detection by Israeli intelligence.

Evidence shows that Hamas intentionally manipulated death-toll figures to inflate the numbers reported in the press. Hamas told Palestinians living in Gaza to pass disinformation to the foreign press. An independent BBC tally of the casualties reveals a high proportion of combat-age men.

Brookings scholars further Qatar's foreign policy aims concerning Hamas and other Islamist groups by continuously repeating their talking points. In the process, they provide Hamas with undeserved legitimacy and present Western decision-makers with a distorted view of the world.

It was Kerry himself, when he was chairman of the Senate Foreign Relations Committee, who dared to raise his voice against Qatar's continuing support for Hamas when he said at a 2009 Brookings forum: "Qatar, for example, cannot continue to be an American ally on Monday that sends money to Hamas on Tuesday."

He was swimming against the tide, denouncing the road that Qatar and Brookings clearly opted to travel years ago. But when he became Secretary of State, Kerry's views of Qatar suddenly shifted as he anointed Qatar as the interlocutor for the ceasefire talks between Hamas and Israel. That shift proved to be the ultimate prize for Qatar in its quest for legitimacy in its multi-million dollar campaign in buying off Brookings. It had now bought off the Obama administration.

**URL (Printing)**   https://www.investigativeproject.org/4640/brookings-scholars-hawk-qatar-hamas-talking-points

Date of Intel  03-28-2017

Title  Investigative Project on Terrorism: Georgetown University and Radical Islamists: It's a Family Affair

Notes

Georgetown University's Qatar campus is set to host Sami Al-Arian for a lecture tonight in Doha. According to a news release from the school's Middle Eastern Studies Student Association, Al-Arian is a "civil rights activist" who hopes to challenge students to "make it a better, and more equitable and peaceful world."

These are charitable descriptions for Al-Arian, a documented member of the Palestinian Islamic Jihad's *Majlis Shura*, or board of directors. According to the Islamic Jihad's bylaws, which law enforcement agents found during searches of Al-Arian's home and offices, there can be "No Peace without Islam." The group's objective is to create "a state of terror, instability and panic in the souls of Zionists and especially the groups of settlers, and force them to leave their houses."



It's an agenda Al-Arian took to heart. Following a double suicide bombing in 1995 that killed 19 Israelis, Al-Arian solicited money from a Kuwaiti legislator. "The latest operation, carried out by the two mujahideen who were martyred for the sake of God, is the best guide and witness to what they believing few can do in the face of Arab and Islamic collapse at the heels of the Zionist enemy..." he wrote.

"I call upon you to try to extend true support of the jihad effort in Palestine so that operations such as these can continue, so that the people do not lose faith in Islam and its representatives..." he wrote. Four years earlier, he spoke at a fundraiser in Cleveland, introduced as the head of the "active arm of the Islamic Jihad Movement in Palestine."

Why, then, is a Jesuit university, albeit at a campus in Qatar, hosting a leader of a designated terrorist group's "active arm"?

There's a family bond between Georgetown University and the Al-Arians. Son Abdullah is an assistant professor at Georgetown's Qatar campus, teaching history in its School of Foreign Service. He earned his Ph.D. at Georgetown, writing his dissertation about the Egyptian Muslim Brotherhood during the 1970s, a time his father acknowledges being part of the global Islamist movement.

Jonathan Brown, Al-Arian's son-in-law, also works at Georgetown, as the [Saudi] Prince Alwaleed Bin Talal Chair of Islamic Civilization. Brown recently drew criticism for a lecture in which he argued that slavery isn't inherently "morally evil" if the slave is treated well. He also minimized sexual consent as a recent social more, arguing no one is really free enough to grant consent anyway.

the Islamic Committee for Palestine:  It is the active arm of the Islamic Jihad

Property records show Brown and his wife Laila Al Arian bought a modest house just outside Tampa in 2015. Brown also owns a $1.1 million house in McLean, Va.

Brown's boss, Georgetown University Professor John Esposito, has been a staunch Al-Arian defender. Al-Arian is "an extraordinarily bright, articulate scholar and intellectual-activist, a man of conscience with a strong commitment to peace and social justice," Esposito wrote in a letter to a federal judge.

Brown's slavery and sexual consent lecture was hosted by the International Institute of Islamic Thought (IIIT) in Herndon, Va. The IIIT was a prime financial supporter of a think tank Al-Arian founded in Tampa called the World and Islam Studies Enterprise (WISE). It provided cover for at least three other members of the Palestinian Islamic Jihad's Shura Council, including his brother-in-law Mazen Al-Najjar, an academic named Basheer Nafi and Ramadan Abdullah Shallah ﷺ the Islamic Jihad's secretary general since late 1995.

Federal prosecutors wanted Al-Arian to tell a grand jury what he knew about the IIIT's financial support for terrorists. He refused. Al-Arian was charged with criminal contempt after maintaining that stance even after a judge granted him immunity for his truthful testimony.

The case never went to trial. Al-Arian was deported to Turkey in 2015, pursuant to terms in his 2006 guilty plea connected to his Palestinian Islamic Jihad support. He now works as "director of the Center for Regional Politics at Istanbul Sabahattin Zaim University," the Georgetown Middle East students group's news release said.

Al-Arian is a computer scientist.

Sabahattin Zaim opened in 2010 and claims to have about 1,100 undergraduate students.

While the Georgetown University program is organized by a student group, promotional material lists Mehren Kamrava as moderator. Kamrava directs the Georgetown School of Foreign Service's Center for International and Regional Studies.

His presence adds the university's imprimatur to the Al-Arian event. In addition, the School of Foreign Service posted the news release promoting Al-Arian's lecture.

Qatar has supported Hamas, the Islamic Jihad's rival Palestinian terrorist group, providing money and refuge for Hamas leaders. In that light, Al-Arian's invitation doesn't seem out of place. But it is still an event hosted by a Georgetown University campus, moderated by one of its prominent faculty.

While Al-Arian has tried to deny his Islamic Jihad activities, or at least minimize them, his work to advance the group's bloody ambitions is undeniable. He self-identified as the Shura Council's secretary. In his plea agreement, he admits lying about Shallah's prominent role in the Islamic Jihad.

During his 1991 remarks in Cleveland after his "active arm" introduction, Al-Arian urged donations for jihad. "Your brothers in Palestine are struggling with their beings," he said, "so let us struggle here with our money."

"This is the way of giving," he said earlier. "This is the way of struggle. This is the way of battle. This is the way of jihad. This is the way of martyrdom. Thus is the way of blood, because this is the path to heaven."

The student association's news release failed to mention this background as a convicted felon, describing the former University of South Florida professor as a "civil rights advocate." It fails to mention Al-Arian's guilty plea, and whitewashes his resulting deportation to Turkey by saying "Al-Arian relocated."

The federal judge who saw all the evidence against Al-Arian, who watched him lie about his true identity and violent ambitions, called him a "master manipulator." Old habits die hard, apparently. The question in this case is whether Georgetown and its student groups are being duped or are witting accomplices in whitewashing a terrorist into a 'human rights advocate.'

GEORGETOWN UNIVERSITY IN QATAR

**M E S S A**

MIDDLE EASTERN STUDIES STUDENT ASSOCIATION

MESSA CONFERENCE PUBLIC LECTURE

# YOUTH IN THE MIDDLE EAST

*by*

## Dr. Sami Al-Arian

*Moderated by*

### Dr. Mehran Kamrava

Tuesday, March 28, 2017
6:00 P.M.

Auditorium
Georgetown University Building
Education City



URL
(Printing)   https://www.investigativeproject.org/5913/georgetown-university-and-radical-islamists-it

Date of Intel: 11-19-2015

Title: Investigative Project on Terrorism: Wolf Encouraged by Reported Administration Plans to Label ISIS Atrocities 'Genocide'

Notes:

Rumors that the Obama administration plans to accept his proposal to classify the Islamic State's (ISIS) atrocities against Yazidis, Christians and other groups as genocide are encouraging, former U.S. Rep. Frank Wolf told the Investigative Project on Terrorism.



"The administration from what we can gather is taking this very, very seriously," Wolf said.

Wolf, a former Republican congressman from Northern Virginia, doesn't agree with the Obama administration on many things, but the genocide issue may be one in which common ground is in sight.

"I commend them," Wolf said. "I'm really pleased that they are moving ahead and doing this, but now that the administration is doing this, Congress ought to do something."

A bipartisan resolution pending in the U.S. House describes crimes being perpetrated against Christians and other ethnic minorities in Iraq and Syria as genocide under international law. It calls on the United Nations to "to assert leadership by calling the atrocities being committed in these places by their rightful names: 'war crimes', 'crimes against humanity', and 'genocide'."



In September, Wolf sent a letter to Attorney General Loretta lynch asking that the genocide label be applied. He also asked that the U.S. prosecute ISIS's self-proclaimed caliph, Abu Bakr al-Baghdadi, and Mohammed Emwazi, aka "Jihadi John," for killing American journalists Steven Sotloff and James Foley, and American aid worker Kala Mueller.

That was before a drone strike in Syria killed Emwazi last week.

Wolf interviewed 75 Yazidi girls last winter during a trip to the region with the 21ST Century Wilberforce Initiative, where he is a distinguished fellow.

"When we got back, it was clear to me that what we saw was genocide, particularly against the Yazidis, but even the Christians," Wolf said.

In addition to the Yazidis, Shiite Muslims and Turkomen also are genocide victims, Wolf said. Wolf's quest received an added boost from the U.S. Holocaust Museum, which issued a report last week also calling on the administration to label the atrocities against the Yazidis as genocide.

The report stated:

> "Our findings also suggest there is sufficient reason to assert that in addition to committing crimes against humanity and war crimes, IS perpetrated genocide against the Yezidi population living in Ninewa in August 2014. The determination of genocide against the Yezidi population is based on a preponderance of the evidence, and does not reflect the standard necessary for individual criminal responsibility. Any formal determination that genocide was perpetrated needs to be made by a court and based on careful consideration of the evidence."

Word of the pending White House action came last week from Yahoo! News reporter Michael Isikoff, who reported that an announcement calling ISIS atrocities a genocide could come in the next few weeks. Internal discussions are underway at the White House, State Department and on Capitol Hill regarding the implications of such a declaration.

"It would help trigger the indictment of ... Al-Baghdadi," Wolf said. "Al-Baghdadi was directly responsible for the deaths of the four Americans, including the assault of the poor woman from Arizona.

"That would almost have to follow through because it would force the Justice Department ... to indict Al-Baghdadi."

A genocide declaration would open the way to prosecuting anyone who helps ISIS. It also could pressure the U.N. to similarly classify the atrocities as genocide, Wolf said. Such people could be brought before the International Criminal Court in The Hague for war crimes tribunals similar to those that followed the Holocaust or the Yugoslav wars in the 1990s.

"Anyone who did anything at all would be guilty of genocide," Wolf said. "They would be a participant in genocide, so that will kind of chill a lot of the support for ISIS."

This could potentially ensnare the ISIS supporters in Qatar, Saudi Arabia and even Turkey, the latter of which failed to stem the tide of foreign fighters into Syria.

Numerous people warned Wolf during his trip of Qatari funcing for ISIS. Wealthy Qataris who bankrolled ISIS's predecessor, al-Qaida in Iraq, have maintained their financial support for ISIS. U.S. authorities repeatedly have cited Qatar for its failure to crackdown on terrorism financing.

"Qatar's overall level of [counter-terrorism] cooperation with the U.S. is considered the worst in the region," a top level State Department official wrote in a secret Dec. 30, 2009 State Department cable.

Saudi citizens "have funneled hundreds of millions of dollars to Syria in recent years, including to ISIS and other groups," Washington Institute Fellow Lori Plotkin Boghart wrote in a June 2014 report.

A declaration also could turn those involved in black market ISIS oil sales into accessories to genocide.

"Trucks are rolling out of ISIS-controlled territory up into Turkey," Wolf said.

MEF001356

ISIS earns an estimated $50 million per month from selling oil, Iraqi and American officials told the Associated Press. Turkey's shadowy intelligence agency, MIT, is alleged to be helping manage ISIS's oil smuggling operation.

Wolf also condemned Turkey for failing to shut down the flow of foreign fighters into its territory.

"Anyone aiding and abetting [genocide] could be prosecuted," Wolf said.

### State Department Won't Say If Christians Included

Government officials aren't saying which minority groups will be covered by any genocide declaration, Isikoff wrote, citing an unnamed Obama administration source who said atrocities aimed at Christians, Shiite Muslims and others were likely "crimes against humanity." However, the source claimed those acts did not appear to meet the U.N. genocide treaty's standard Â¢Â€Â" "that the perpetrators have the 'intent to destroy, in whole or in part,' an entire 'national, ethnical, racial or religious group.'"

"There is no doubt that that designation meets the parameters of the definition of genocide because of the declaration by ISIS that they wanted to wipe them (Christians) out," said Zuhdi Jasser, president of the American Islamic Form for Democracy. "Their policies really do not fit together.

"This designation becomes meaningless if it's not applied in a consistent and rational way," said Jasser, who also serves as vice-chair of the U.S. Commission on International Religious Freedom. "

Christians must be included in any final declaration, Wolf said, but added that he was unaware of any effort to omit them.

A State Department spokeswoman would not comment on which minority groups might be covered in a genocide declaration, saying the agency did not want to "comment on any internal discussions."

"We certainly continue to be horrified by ISIL's atrocities against the Yazidi people, as well as its continuing appalling atrocities against other minority communities including Christians, Shabak, Turkmen, Sabean-Mandean, Kakai and other minority populations through its horrific campaign of murder, kidnapping, sexual slavery and forcible transfer of populations," State Department spokeswoman Julia Mason said in an e-mailed statement.

URL (Printing)   https://www.investigativeproject.org/5043/wolf-encouraged-by-reported-administration-plans

Date of   10-16-2016
Intel

Title   Investigative Project on Terrorism: Brookings Fellow Briefs BDS Leaders

Notes



A high-profile Brookings Institution senior fellow participated Sunday in a national gathering outside Washington, D.C. of an anti-Israel group which pushes for a boycott and economic divestment from the Jewish state.

In addition to his role with Brookings, Shibley Telhami is the University of Maryland's Anwar Sadat Professor for Peace and Development.

In 2014, the Investigative Project on Terrorism examined the Brookings Institution's close ties with the terror-supporting Gulf state Qatar, which has given the think tank millions of dollars over the years. Brookings, in turn, routinely gives voice and legitimacy to radical Islamists including those who advocate for Hamas, and hedges on censorship and blasphemy law campaigns by Muslim countries which are part of the Organization of Islamic Cooperation.

In his comments Sunday, Telhami made no endorsement of the Boycott, Divestment, Sanctions (BDS) campaign, but summarized polling he did during the past year on American attitudes on U.S. policy in the Israeli-Palestinian conflict.

Increasingly, he said, there's a partisan divide, with data showing Democrats are more likely to want the U.S. to be even-handed rather than favor Israel or the Palestinians. When it comes to United Nations votes on establishing a Palestinian state, 53 percent of Republicans want the United States to continue voting against it. But only 19 percent of Democrats would want the U.S. to vote against it.

More than 80 percent of Democrats say they favor Israel's democracy over its status as a Jewish state. A majority of Republicans, 57 percent, agreed.

Telhami does not ask specific questions about BDS in his polls, he said in a December interview.

While Telhami took no position about the conference's mission, his presence granted legitimacy upon the US Campaign and its mission. That mission includes isolating Israel politically and economically by pushing for a boycott on Israeli products and academic cooperation and pressuring corporations and universities to divest from companies doing business in Israel.

In doing so, the US Campaign remains silent about Hamas's rejection of any peaceful settlement to the conflict, a position established in its anti-Semitic charter which also calls for Israel's annihilation. Hamas officials reiterate that position often.

The US Campaign also ignores provocations by Hamas, including its policy of diverting supplies and money that could be used to improve life for Palestinians in Gaza in order to build attack tunnels into Israel and to rebuild its rocket arsenal in preparation for future conflict.

The organization also ignores offers to create a Palestinian state that were rejected by Palestinian Authority leader Yasser Arafat in 2000 and Mahmoud Abbas in 2008. The 2008 Israeli offer included a near total withdrawal from the West Bank and the elimination of Israeli control of East Jerusalem, including the Old City, which would be given to an international authority.

This one-sided approach prompted the United Methodist Church to withdraw from the US Campaign to End the Israeli Occupation last May. "Blaming only one side while ignoring the wrongdoing of Hamas, Hezbollah, and Iran will not advance the cause of peace," the Methodist petition said.

The campaign's executive director, Yousef Munayyer, hosted Telhami's panel.

Munayyer is a buttoned-down, reasonable sounding apologist for Hamas.

After a contentious appearance on Fox News during the 2014 Gaza war, Munayyer said that "Hamas is a resistance movement that has used tactics that we all agree are terror tactics. But they're not only a terrorist organization; they're a resistance movement, they're a political organization, they're a social services organization, and I don't agree with the use of the word 'terrorism' to just hijack conversations."

Last week, Munayyer warned his Twitter followers that the periods just before U.S. elections are used by Israel as cover to launch unjust attacks against Palestinians in Gaza. In doing so, he ignores the thousands of rockets Hamas launched into Israeli civilian communities and their role in triggering conflicts in late 2008 and during the summer of 2014.

 (((YousefMunayyer)))                    ⟳  ⭐ Follow

Israel used the last two US presidential elections as cover for escalations leading to major wars on Gaza. Be mindful.



Telhami's polling can be useful for people on all sides who may be passionate about the issue. But his decision Sunday to give legitimacy to a group which pursues actions carrying no hope of making peace more likely was a poor one. A poll among the United Methodist Church earlier this year made that clear.

URL   https://www.investigativeproject.org/5679/brookings-fellow-briefs-bds-leaders
(Printing)

**Date of Intel**   09-03-2014

**Title**   Investigative Project on Terrorism: Guest Column: Israel is the Safest Place for an Arab in the Middle East

**Notes**

A while ago we went to get the car fixed in one of the Arab villages in Israel's northern coastal plain near where my husband was born. The area is a microcosm of Jewish-Arab coexistence, characterized by the kind of easy relations between good neighbors. The repair shop is run by a man named Muhammad, who welcomed us into his office and offered us Turkish coffee with cardamom, in the best Arab tradition. Despite the complex situation in the Gaza Strip, there was no tension in the air.

The day we went was typical of the Israeli operation in the Gaza Strip. At that point, the Palestinian terrorist organization ruling the Gaza Strip had attacked Israel, Jewish and Arab civilians alike, with a daily average of 100+ rockets (to say nothing of the terrorist tunnels Hamas dug and planned to use on the Jewish New Year in a massive, simultaneous attack on the kibbutzim around the Gaza Strip). The overall situation might have influenced Muhammad, but nothing of the drama in the south was reflected in the way he received us, which was, as usual, courteous and friendly.


Umm al-Fahm is the second largest Arab city in Israel
by: Mootaz1997
Licensed under Creative Commons via Wikimedia Commons

Pouring the coffee, he said the following: "I want you to know that in our village there are 10 boys serving in the IDF and fighting Hamas in the Gaza Strip. We even have one girl serving in Border Police Force."

I was very surprised. Israeli Arabs, unlike most of the Israeli population (with the exception of the ultra-Orthodox), are not subject to military conscription, and most of them refuse to contribute anything to the common Israeli social effort, not even to their own communities. So I asked him if the Arabs from his village who served in the IDF were Muslims, and whether they wore their uniforms when they came to the village on leave. Yes, he said, they were Muslims. For them and their families, everyone who lived in Israel was an Israeli and had to serve. Hamas' rockets, he said, did not distinguish between his family and ours, they were all meant to kill Israelis.

I asked him how open public discourse was in his village. Did the villagers discuss current events objectively, or did they blindly support the Gazan leadership? He said people spoke openly and without fear, and that most of them opposed Hamas' aggression against Israel, and would not live anywhere else in the Middle East

It was not the first time I had heard Israeli Arabs openly criticizing the situation in the West Bank and the Gaza Strip. I heard the same things during a visit to Umm el-Fahm, a large Arab Israeli city in the north, the birthplace and stronghold of Ra'ed Salah's Islamic Movement, which like Hamas in the Gaza Strip, is the Israeli branch of the Muslim Brotherhood. Even there, I heard local residents criticizing the Palestinian leadership in the West Bank and Gaza, as well as the Islamic Movement in Israel. Some of them even joked that in the situation created in the Middle East by the Arab Spring, the only place the Islamic Movement could operate freely was the State of Israel. The absurdity is that the movement has not been outlawed, despite the fact that it is hostile to Israel and its Jewish citizens, and advocates its destruction. The people who told me the joke said that places like Egypt, for example, where official policy and objectives were similar to those of the Islamic Movement in Israel, the movement had been outlawed and its leaders thrown in jail, and some had been executed.

Another issue sometimes discussed with Israeli Arabs is the exchange of population and land for the sake of a peace agreement. Israel has often suggested that the settlements in Judea and Samaria near the 1967 border be annexed by Israel, and that Arab settlements in Israel near the border be annexed by the Palestinian Authority, and become part of the eventual Palestinian state. It turns out that the residents of Umm el-Fahm are deeply concerned about such a possibility and openly oppose it. One of them even said, "My grandmother always says that "it is better to be in hell with the Jews than in paradise with the Arabs..."

The people I have spoken to had great political awareness. They all knew that even though Israel unilaterally withdrew from Gaza in 2005, Hamas fired rockets at Israeli cities and dug attack tunnels under the border to abduct Israeli civilians and soldiers. They all knew that the Gazan border with Israel was meaningless for Hamas and that the organization had openly declared that its objective was the destruction of the State of Israel.

No less serious was Hamas' attempt to initiate what it called the "Ramadan Intifada." It called on the Arabs in the West Bank, Israeli Arabs (which it refers to as "the Arabs of 1948") and the Arabs of east Jerusalem to rise up against Israel. Luckily, the call was only partially answered. In Wadi Ara, a predominantly Arab area in the north, there were groups of masked men, mostly young, who blocked the main roads and attacked Israeli vehicles with Molotov cocktails. During Operation Protective Edge, Hamas made a supreme effort to destroy the delicate fabric of the various communities in Israel, Jewish, Druze, Christian, Muslim and Bedouin, and attempted to create chaos within the country to influence the outcome of the war.

Hamas was unsuccessful, but many people had the uncomfortable sensation that while the government and the IDF were fighting Hamas' rockets and ground attacks, there were Israeli citizens who exploited the opportunity to call for attacks against Jews within Israel. The pictures of masked Israeli Arabs throwing Molotov cocktails were eerily similar to the ISIS terrorists and the Hamas terrorists in the Gaza Strip...

In an effort to preserve the delicate fabric of Israeli society, the Arab village elders tried to stop the vandalism carried out by Arab youths, but over the years the deterioration of their patriarchal tribalism weakened their authority. The result was that many Jewish Israelis, who normally went to the restaurants, auto repair shops, supermarkets and clothing stores in Arab cities and villages, kept away, fearing for their safety and the safety of their families, dealing an economic blow which was roundly criticized by the Arab shopkeepers who suffered.

The conduct of Israeli Arab elected officials is often discussed. While many Israeli Arabs objected to the violence during the operation, some of their representatives in the Israeli Knesset fomented it. One of the most prominent offenders was Hanin Zoabi, who confronted the Israel Police Force and made offensive remarks to Arab policemen who came to disperse a demonstration.

I asked Muhammad for his view. He said the Arabs in the Knesset did not care about their constituents, and felt that the more extreme their positions were and the more solidarity they showed with the Palestinians in Judea, Samaria and the Gaza Strip, the more votes they would get in the next election. He said that in effect, they were not doing their jobs.

In fact, it was during Operation Protective Edge that Knesset members Zoabi, Zahalka and Ghattas, with unknown funding, chose to go to Qatar to visit Asmi Bashara, another Arab Knesset member, a criminal who fled the country when it was discovered that he had spied for Hizballah in the second Lebanon War. He is now in Qatar, along with Khaled Mashaal, the head of Hamas' political bureau. How ironic that it was during a war that three members of the Israeli parliament chose to visit Israel's enemies.

I could not help but ask myself what would happen if, during the wars in Afghanistan and Iraq, both of America's Muslim congressmen felt the time was ripe to meet with Osama bin Laden, and/or issue statements against American citizens and soldiers while being interviewed by Al-Jazeera America. Were the demonstrations held in Umm el-Fahm and elsewhere anti-war protests or pro-Hamas riots? Would the American public consider a demonstration in support of al-Qaida or ISIS a legitimate anti-war protest or treason?

Clearly, the war in Gaza created a dissonance for some Israeli Arabs, and the conflict and the pictures made both Jews and Arabs emotional. The identification of some Israeli Arabs with the Palestinians is legitimate, but the objective has to be changed from Israel's destruction to a long-term solution for the Palestinians living in the various Arab countries. The status of refugee cannot be inherited and there are almost none left from the 1948 conflict. The treatment the Arab countries give their descendants is criminal, it is genuine apartheid. They are not citizens, they have no rights, they do not have equal opportunities.

However, the worst criminal is the United Nations, whose UNRWA deliberately perpetuates discrimination and focuses on keeping the remaining the Palestinians and their descendants as refugees forever, while neglecting the millions of genuine refugees throughout the Africa and the Middle East, especially Syria and Iraq. Their lives are in danger, but because of anti-Semitism and the narrow interests of the UN and UNRWA leaders, they are ignored. The time has come for Syria, Jordan and Lebanon to give the descendants of the original refugees citizenship, as Israel gave citizenship to the Jewish refugees from the Arab countries who fled in 1948.

There are many agencies trying to destroy the relations between Israel's communities and ethnic groups. Israel's Jews and Arabs have weathered crises before, because they have mutual economic and social interests. Daily life is stronger than radical Islamic fundamentalism, which is trying to make political capital in Israel. Various Israeli Knesset members contribute nothing to the lives of their constituents, destroying their trust, which has been noted by many Israeli Arabs. Recent surveys have indicated a rise in the participation of Arab in the National Service (a non-military framework of public service) as well as a significant rise in the number of Christian Arabs enlisting in the IDF. Arab society in Israel is not monolithic, and the amazing pluralism of Israeli life means Christian Arabs, Bedouin and Druze serve in and lead elite IDF units. For example, the Druze Golani Brigade Colonel Rasan Alian, who was wounded, left the hospital to return to command his soldiers on the battlefield in Gaza.

I recently lectured on Palestinian terrorism before an academic audience at Kibbutz Sde Boker. Afterwards I spoke with Qassem, a Palestinian journalist from east Jerusalem, and asked him if I had said anything that offended him. He said no, that he was not angry with me, he was angry with the Islamists who had dragged us into the war. It was hard to admit, he said, but today the only safe place for an Arab in the Middle East was the State of Israel.

*Dr. Anat Berko, PhD, is a Lt Col (Res) in the Israel Defense Forces, conducts research for the National Security Council and is a research fellow at the International Policy Institute for Counterterrorism at the Interdisciplinary Center in Israel. A criminologist, she was a visiting professor at George Washington University and has written two books about suicide bombers, "The Path to Paradise," and the recently released "The Smarter Bomb: Women and Children as Suicide Bombers" (Rowman & Littlefield)*

URL   https://www.investigativeproject.org/4556/israel-is-the-safest-place-for-an-arab-in
(Printing)

**Date of Intel**  12-18-2014

**Title**  Investigative Project on Terrorism: Hamas's International Triangle of Bases: Gaza, Turkey and Qatar

**Notes**

In recent years, the Palestinian terrorist organization Hamas has developed into a truly international entity. Today, it enjoys three territorial bases of operation: Gaza, the seat of the Hamas regime, Turkey, and Qatar.

According to Israeli intelligence estimates, each base serves a different purpose. The three branches have worked, alternatively, in harmony and in discord, together and independently, in line with the various terrorist activities they pursue.

"These are not the same leaderships," one security source said, speaking of the Hamas command structure in each base.

"Qatar is home to Hamas's political branch, headed by Khaled Meshaal. In Turkey [in the city of Istanbul], Hamas maintains a military branch headquarters, which sets up terrorist infrastructure. This headquarters is comprised partly of former Hamas prisoners who were ejected from Israel during the [2011] Gilad Shalit prisoner exchange. In Gaza, there are both military and political operatives."



Each branch plays a unique role, and relations between them fluctuate.

Hamas's headquarters in Istanbul is headed by Salah Al-Arouri, a senior figure in the military wing who is focused on rejuvenating Hamas terrorism cells in the West Bank, and using it as a springboard for orchestrating deadly attacks against Israel.

Gaza is home to the main military wing, the Ezzedin Al-Qassam Brigades, whose operatives focus on building up their offensive rocket capabilities, tunnel networks, and, like Arouri, they also seek to also set up West Bank terrorism cells.

On Thursday, Hamas held what is described as its largest military exercise since the summer war against Israel.

Gaza is also home to Hamas's political wing, headed by Ismail Haniyeh.

"They all have their own interests. Those in Gaza have one point of view, those abroad have another. There have, in the past, been disagreements," the source said.

One example of such internal conflict was the dispute between Khaled Meshaal and Hamas in Gaza over when to end the summer war with Israel. Meshaal pushed Hamas to continue the fighting, despite growing calls by Hamas in Gaza to agree to a ceasefire. The conflicting positions were partly the result of geography: Hamas in Gaza had a better real time understanding of the heavy costs Israel was inflicting on it during the fighting than the overseas Meshaal, who, from his luxurious Qatari surroundings, could afford the privilege of calling for more fighting.

Nevertheless, a basic level of cooperation and consent exists among all three branches. Saleh Al-Arouri in Turkey would not have embarked on a major mission to set up a large-scale Hamas terrorist network in the West Bank, plan atrocities against Israel, and aim to topple the Palestinian Authority and its president  Mahmouc Abbas  without approval from Khaled Meshaal and Hamas in Gaza

Cooperation may not always be close, but it exists.

"There are connections," the security source said. "Hamas in Gaza is connected to those trying to orchestrate terrorism in Judea and Samaria. There is a circle of cooperation."

Arouri could seek and receive assistance from Gaza, as he has done, but he can also try to work independently. "There are no laws," the source stressed.

In recent months, the Shin Bet [Israel Security Agency] uncovered two intricate Hamas terror plots to inflict mass-casualty attacks on Israelis, and to weaken Fatah in the West Bank. Both were tied to Arouri.

This discovery has led Israeli defense chiefs to become more vocal about the Hamas base in Turkey.

"Hamas's terrorism headquarters are in Gaza and in Istanbul. It is unbelievable that a NATO member is hosting the headquarters of a terrorist organization in its territory," Defense Minister Moshe Ya'alon told his Spanish counterpart earlier this month.

"We have stopped a coup planned by Hamas, which was organized in, among other places, its Turkish headquarters, against [PA President Mahmoud Abbas] Abu Mazen in Judea and Samaria. We saved him from this revolution. Hence, there is much significance and importance in our having freedom to operate security-wise in Judea and Samaria," Ya'alon stated.

Likewise, at the end of November, the Shin Bet and IDF announced that they had broken up a large-scale international Hamas terrorist infrastructure that was in the planning stages of multiple mass-casualty attacks, including an intended bombing of a soccer stadium in Jerusalem.

The plot included car bombings, bombing Jerusalem's light rail system, and targeting Israelis overseas.

This case illustrates the growing centrality of Istanbul to Hamas terror activities in the West Bank. Hamas's headquarters in Turkey has become a key command and planning center.

Earlier this year, the Shin Bet announced the thwarting of another large Hamas network in the West Bank, set up by Saleh Al-Arouri in Istanbul, and headed locally by a Hamas member in Ramallah.

Hamas funneled more than a million shekels (more than $250,000) to terror operatives to prepare a series of attacks, which were designed to allow it to shift attention away from Gaza, and ultimately lead to the fall of the Fatah-run Palestinian Authority, according to Israeli investigation. This would be achieved by provoking Israel into harsh responses in the West Bank, destabilizing the area and leading to the toppling of the PA.

Hamas has come a long way since the days when its founders, Muslim Brotherhood operatives in the Palestinian territories, set up indoctrination and social support centers.

Today, it is an international terrorist organization, which continues to plot new ways to murder and maim Israelis from its various bases, while it dreams of setting up a second Islamist-jihadist regime in the West Bank, as it did in Gaza.

*Yaakov Lappin is the Jerusalem Post's military and national security affairs correspondent, and author of The Virtual Caliphate (Potomac Books), which proposes that jihadis on the internet have established a virtual Islamist state.*

URL
(Printing)   https://www.investigativeproject.org/4707/hamas-international-triangle-of-bases-gaza-turkey

**Date of Intel**  02-01-2018

**Title**  Investigative Project on Terrorism: Syrian Opposition Leader Offers Non-Islamist Alternative Plan for Syria

**Notes**

A liberal Syrian opposition leader lobbied the Trump White House and conservative think tanks in Washington last week to support a plan to counter growing Iranian and Islamist domination in Syria. Kamal al-Labwani says he received a favorable reception from his contact at the National Security Council and from the think tanks with which he met.

He wants American help to manage a force of non-Islamist Arab and Kurdish rebels to push out the Assad regime and in building a credible non-sectarian democratic government in its place.

Current U.S. policy has focused on arming and supporting the Kurdish-led Syrian Democratic Forces (SDF) against ISIS. Secretary of State Rex Tillerson announced two weeks ago that the U.S. would keep troops in northern Syria to keep ISIS from re-emerging.

Al-Labwani wants the United States and Israel to provide military support to a coalition of Arab non-Islamist rebels fighting under the banner of the Free Syrian Army (FSA) Southern Front along the Jordanian border in southern Syria. Reports last fall indicate that Israel has been arming FSA groups. In one video, FSA fighters were shown emptying ammunition containers marked with Hebrew letters.

Al-Labwani met with Israeli authorities in 2016, asking them to enforce a no-fly zone over southern Syria, including over Damascus and southwestern Syria using their air defense systems. The Israelis told al-Labwani they could cover an area at least 62 miles deep inside Syria, but that has yet to happen. But Israel has implemented al-Labwani's suggestion to allow Syrian fighters to obtain medical care in Israeli hospitals.

In an interview with the Investigative Project on Terrorism (IPT) al-Labwani proposed training these forces in Jordan and in areas controlled by the FSA Southern Front and the SDF. He plans to meet with SDF representatives in Geneva next month.

The FSA Southern Front would cut off Iran's land bridge to the Mediterranean by linking up with the SDF, now fighting ISIS in northern Syria, in eastern Syria along the Iraqi border.

According to Michael Pregent, adjunct fellow at the Hudson Institute, al-Labwani's proposal has merit, but it could face difficulties due to likely infighting between Arabs and Kurds.

Al-Labwani says tensions among Syria's competing ethnic, tribal and religious groups can be minimized by building a new federal Syria that would give a greater say to these groups in running the country.

Al-Labwani founded a group called the Syrian Liberal Democratic Union in 2001. His warning that year that a civil war was in Syria's future landed him in prison for three years.

Al-Labwani also served six years in a Syrian prison for meeting with Bush White House officials in 2005. He then joined the opposition Syrian National Council (SNC) but resigned due to Qatari and Muslim Brotherhood control of the body. Al-Labwani predicted in 2012 that having Islamists take over the revolution against Assad would be disastrous. He also belonged to the National Coalition for Syrian Revolutionary and Opposition Forces in 2014, which has supported Turkey's recent assault on Syrian Kurds in Afrin.

"Turkey, Qatar, and Jordan, and everybody ask us to be loyal to [their] country, not loyal to Syria," al-Labwani said about their overlordship over the SNC and its successor bodies. "That is the big problem. You need money; ok, you have to obey us. You need weapons; you have to take orders. So this makes division inside this [society] and … is not loyal to my case because I spent 10 years in prison not to be agent to Jordan or agent to Turkey [but] to help my people, my family."

These nations have no interest in letting Syrians build their own civil-society institutions or in having their own representatives, al-Labwani said. He wants no part of any institutions controlled by Qatar, Turkey or any other foreign power.

Al-Labwani has strong connections with leaders of opposition groups in the south and plans to meet with SDF representatives in the coming month in Vienna, Austria to discuss his plan.

**Countering Iran and the Islamists**

In the short term, countering Iran, the Muslim Brotherhood and other Islamic extremists by supporting non-Islamist leaders and rebels under their control should be the priority for the United States and the West, al-Labwani said.

The alternative is what al-Labwani called an "axis of resistance" in the form of a coalition between Sunni and Shiite jihadists in Syria backed by Iran that will spread across the region.

Hizballah and other Shiite militias backed by Iran's Revolutionary Guard Quds Force have provided the firepower, that in conjunction with Russian airpower, has kept Assad in power.

"If the U.S., Turkey, Qatar and Saudi [Arabia] had been willing to give the rebels anti-air missiles and more weapons and money, Assad would have been toast despite Russian and Iranian help. I don't know how many billions the rebels got, but it clearly wasn't enough, considering Russia and Iran's willingness to escalate," University of Oklahoma Director of Middle East Studies and Syria expert Joshua Landis said. "As we saw in Iraq, Kuwait, Libya and elsewhere in the Middle East, air power is decisive."

Undercutting Iran requires working with tribal leaders to promote conflict in Hizballah-controlled areas. The Iranian-controlled terror group enjoys hegemony over neighboring Lebanon, and it counts Christians such as Lebanese President Michel Aoun as key allies.



Hizballah and other Iranian-backed Shiite militias have served as Assad's shock troops fighting to restore control of areas formerly controlled by ISIS and other militias.

"We need to defeat Hizballah. To go inside the society, inside his society and make conflict between each other. We have to fight them from inside the Lebanese society," al-Labwani said.

Working with Arab rebels in the south, al-Labwani says he can help provide a credible alternative to the Islamists supported by Qatar and Turkey.

Sheikh Muhammad Yaqoubi is an influential Syrian anti-Islamist cleric who works with al-Labwani. Yaqoubi told the IPT that Syrian rebel leaders in the south, who were snubbed by the Obama administration due to their lack of Muslim Brotherhood connections and support from Qatar, could get the job done.

Now it's up to the Trump administration to embrace anti-Assad forces who want a peaceful, non-sectarian Syria in contrast with the prior administration's policies.

**URL**
**(Printing)** https://www.investigativeproject.org/7326/syrian-opposition-leader-offers-non-islamist

Date of Intel   10-04-2019

Title   Investigative Project on Terrorism: Al Jazeera Caught Hyping a Revolution That Wasn't

Notes

When some relatively minor protests against Egyptian President Abdel Fattah Al-Sisi broke out last month, many Islamists hoped it was the start of another revolution.



Massive street demonstrations in 2011 forced longtime President Hosni Mubarak to resign. He was replaced by a government dominated by the Muslim Brotherhood, which, in less than a year, managed to alienate millions of Egyptians who again took to the streets demanding change. The Egyptian army, then led by Al-Sisi, forced the Brotherhood out. He was elected president shortly thereafter.

Qatar-based Al Jazeera television was among the biggest cheerleaders hoping the latest protests were the start of the next big thing in Egypt. The network got caught using videos that looked like a massive street demonstration to bolster the claim that Sisi's government was vulnerable.

In fact, the videos depicting protests showed soccer fans celebrating an Egyptian Football Super Cup win.

Al Jazeera admitted broadcasting the incorrect and misleading videos a day later. Some "turned out to be for football fans who gathered in Tahrir to celebrate a victory over Zimbabwe in CAF 2019 last June," an Al Jazeera anchor reported.

Before all of this, Muslim Brotherhood networks such as Mekameleen and El Sharq had called for a revolt against Sisi. A Sept. 20 program called "The last hours for Sisi" was hosted by prominent Muslim Brotherhood leader Hazem Zobaa.

The Brotherhood's website, Ikhwan Online, published an article Sept. 23 detailing the reasons Sisi will leave office.

Al Jazeera anchors and reporters hyped the Brotherhood campaign on their personal Twitter accounts. "The Egyptian people broke the barrier of fear, Al Sisi will not arrest millions if they are out and he will comply. Leave Sisi, the people want the Regime down," Palestinian-born Jordanian senior anchor Jammal Rayyan wrote on Twitter.

"Al Sisi will deliver a speech from Al Masa Hotel owned by the army," he wrote Sept. 25. "Will it be his farewell speech?"

No. Sisi was at the United Nations General Assembly meeting that day and there are no indications the government is about to fall. But other pro-Islamist voices offered similarly erroneous predictions.

"The ousted Al Sisi will not return home [from the UN meeting] for sure, that is a certainty," wrote Yemeni Nobel Laureate Tawakkol Kerman.

In the weeks leading up to this, the number of registered anonymous Twitter accounts surged, Saudi journalist Tarrad al-Asmari reported. Muslim Brotherhood committees orchestrated a campaign with the hashtag "#TahrirSquare," he wrote.

Al Asmari uploaded 54,000 tweets  more than half of which had similar profiles and messages  This helped hashtags such as "Leave Sisi" and "You are finished  Sisi" trend

These made-up hashtags were celebrated by Al Jazeera Mubasher, a sister network that serves Islamist agendas. The channel continuously broadcasts videos critical of the Egyptian government.

Al-Asmari also uploaded a file containing Al Jazeera anchors inciting tweets against Sisi. Rayyan, for example, tweeted, "Bye Bye Sisi, it looks like Egyptians are on their way to oust Sisi in a week."

"Sisi is a tool for Zionists the enemies of Egypt," wrote Al Jazeera anchor Ahmed Mansour. "He destroyed Egypt, left Egyptians in poverty and debts. People of Egypt this is your chance to retake your country back from those who robbed it and left it impoverished."

Al Jazeera has long battled criticism it is biased toward the Muslim Brotherhood. Nearly two dozen staffers quit the network in 2013 after the Brotherhood's ouster from power, citing that very reason.

Despite Al Jazeera's apology, it continued broadcasting fabricated videos about the alleged revolution in Egypt through last Friday. One video showed a protester dressed in yellow appearing live on air in two different cities at the same time.

The Muslim Brotherhood's hopes of instigating a revolution started with a video call by a fugitive contractor named Mohamed Ali. He made unsubstantiated claims that the army didn't pay him what he was owed. Ali, who live in Spain, called for a revolution against Al Sisi. Al Jazeera and Brotherhood networks publicized his statements and cast him as a folk hero.

Ali's reputation has been questioned, however, with his partner telling an interviewer that Ali failed to complete work on the army projects and that the company has had to lay off 750 workers.)

While the Brotherhood protests fizzled, a pro-state rally in Cairo's Nasr City neighborhood attracted thousands of people, including some of Egypt's most famous celebrities and singers.

On Friday, a few limited protests organized by the Brotherhood were reported. Still, more than 2,000 people reportedly have been arrested in the past two weeks.

Sisi's rule appears to be secure despite an orchestrated campaign of hype by the Brotherhood and its sympathizers. He was greeted by thousands of Egyptians Friday when he returned from New York.

"Egyptians beware, they will never leave you alone," he said about the Brotherhood campaign. "They will never let you enjoy any achievement or succeed. It is a war between us and them."

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

**URL (Printing)**   https://www.investigativeproject.org/8102/al-jazeera-caught-hyping-a-revolution-that-wasnt

**Date of Intel**  10-15-2014

**Title**  Investigative Project on Terrorism: Guest Column: The Road from Qatar to the Gaza Strip

**Notes**

In a recent speech, Israeli Ambassador to the United Nations Ron Prosor mentioned the central role of Qatar in supporting international terrorist organizations. Money flowing from Qatar to Hamas, for example, paid for the terrorist attack tunnels dug from the Gaza Strip under the security fence into Israeli territory, and for the thousands of rockets fired at Israeli civilian targets in both the distant and recent past. In response, State Department spokesperson Marie Harf rushed to Qatar's defense, claiming it had an important, positive role in finding a solution for the Israeli-Palestinian conflict.

Qatar's funding for Islamist terrorist organizations all over the world is an open secret known to every global intelligence agency, including the CIA. It was exposed by Wikileaks, which clearly showed that funds from Qatar were transferred to al-Qaida. Qatar also funds the terrorist movements opposing the Assad regime in Syria, such as the Al-Nusra Front, encourages anti-Egyptian terrorism in the Sinai Peninsula and within Egypt itself, and is involved in Islamic terrorism in Africa and other locations. It accompanies its involvement in terrorism targeting Israel and Egypt (through the Muslim Brotherhood) with vicious and inflammatory propaganda on its Al-Jazeera TV channel.



Qatar also spends millions of dollars supporting the Islamic Movement in Israel, a branch of the Muslim Brotherhood headed by Sheikh Ra'ad Salah. The Islamic Movement is responsible for ongoing acts of provocation on the Temple Mount and in Judea and Samaria, and incites the entire Islamic world against Israel, claiming that the Jews are trying to destroy the Al-Aqsa mosque and replace it with the Jewish Temple. The incitement continued even as the Islamic Movement's sister movement, Hamas, fired rockets at Jerusalem and endangered both the mosques on the Temple Mount and Jerusalem's sites sacred to Judaism, Christianity and Islam.

As Qatar's representative, the Islamic Movement, which has not yet been outlawed in Israel, contributed to Hamas what it could during Operation Protective Edge by instigating riots, blocking roads and seeking to foment a third intifada which, according to the plan, would be joined by Israeli Arabs to augment the deaths of thousands of Israelis killed by rockets and the mass murders through the attack tunnels planned for the eve of the Jewish New Year.

In his recent UN speech, Israeli Prime Minister Benjamin Netanyahu rebutted Palestinian Authority President Mahmoud Abbas' accusations of Israeli "genocide" of the Palestinian people. He reminded his audience of Hamas' use of Gazan civilians as human shields and of the rockets fired to attack specifically civilian Israeli targets. Unfortunately, he did not mention the Hamas charter, which calls for the murder of all the Jews. The fact that Abbas now heads a national consensus government in which Hamas is a full partner commits him to the slaughter of the Jewish people â€" a true genocide â€" and it is to the disgrace of the international community that such an individual was permitted to address the UN instead of being tried for war crimes.

In fact, the similarities between Hamas and ISIS are clearly stated in the Hamas charter, which defines Hamas as part of the Muslim Brotherhood's global Islamic movement. One of its objectives is to fight "infidel Christian imperialism" and its Zionist emissaries in Israel in order to impose the Sharia, Islamic religious law, on the world. According to the charter's paragraph 7, Hamas' intention is to slaughter every Jew, as ordered by Muhammad and those who accept his legacy. That is the basis for the threat issued by [  ] "Caliph " Abu Bakr al-Baghdadi, that under his leadership, Islam will "drown America in blood."

Throughout its history, Hamas, like ISIS, has been committed to the concept of the global caliphate, which it plans to help construct by creating its own Islamic emirate on the ruins of the State of Israel. Since its founding, Hamas has attacked Israel and murdered thousands of its citizens, exactly as ISIS has attacked and murdered "infidels." They share the same slogans, with "There is no god but Allah" and "Allah, Prophet Muhammad" inscribed on their flags and headbands. Hamas terrorists have blown themselves up in Israel's coffee shops, hotels, restaurants, buses, malls and markets, wherever there are large concentrations of civilians. The way Hamas executed suspected collaborators during the final days of Operation Protective Edge bore the hallmarks of the al-Qaida execution of Daniel Pearl and the ISIS beheading of James Foley and others.

In the decades during which Hamas has carried out a continual series of deadly terrorist attacks against Israel, wearing the same "Allah, Prophet, Muhammad" headbands as ISIS terrorists, the international community rarely voices its support for Israel, or takes into account that by defending itself Israel also defends the West, which has failed to understand that "political Islam" inspired by the Muslim Brotherhood was setting up shop in the free world's backyard and that the ticking bomb was set to go off sooner than expected. The West has not clearly condemned Qatar for openly supporting Hamas and its terrorist activities against Israel or demanded that it stop.

While Israel responded to Hamas' rocket attacks on civilian targets to keep thousands, if not tens of thousands, of Israeli civilians from being killed, the international community demanded "proportionality." That requirement kept Israel from responding as it should have and encouraged Hamas to fire ever more rockets at "military targets" such as Tel Aviv and Jerusalem. When Israel built its security fence to keep Hamas suicide bombers from infiltrating into Israeli territory to blow themselves up in crowds of civilians, the international community opposed it, rushed to embrace the Palestinians' vocabulary of "racism" and "apartheid," and willingly played into the hands of Hamas and Abbas. This reaction occurred although Israel is the only truly democratic country in the Middle East, where Jews and Arabs can live in peace without "apartheid."

Today President Obama says he "underestimated" the threat posed by ISIS, while Israel has been warning the world of extremist military Islam for at least a decade, as Netanyahu warned the world of a nuclear Iran in his UN speech.

The international community has been curiously silent about the genuine apartheid in the Arab states neighboring Israel. Three descendants of the original 1948 Palestinian refugees, by now in their fourth generation, still live in refugee camps, do not have citizenship, and are excluded from jobs and social benefits. Israel, however, absorbed hundreds of thousands of Jewish refugees, many of them destitute, who fled Europe and were expelled from the Arab countries when the state was founded, and were given citizenship and enjoy full rights, as do the Arabs who remained in Israel after the War of Independence.

Israel, which has nothing against the Palestinian people, would like to see the Gaza Strip rebuilt for both humanitarian reasons and to give Hamas something to lose. Radical Islamic elements around the globe, however, including Hamas, ISIS, al-Qaida, the Al-Nusra Front and Hizballah, all financed by Qatar, do not want to see the Israeli-Palestinian conflict resolved. They all have the same global agenda, based on fueling the conflict to unite Islam around it, under their leadership.

Therefore, Qatar continues to support global Islamic terrorism. On Sept. 13, Qatar paid the Al-Nusra Front a ransom of $20 million to free abducted UN soldiers from Fiji. The world praised Qatar for its philanthropy, but in effect, it was a brilliant act of manipulation and fraud, both filling the Al-Nusra Front's coffers and representing itself as the Fijians' savior. Qatar is using the same underhanded trick in the Gaza Strip. After sending Hamas millions of dollars to fund its anti-Israeli terrorist industry, it pledged $1 billion to help rebuild the Gaza Strip during last weekend's conference in Cairo.

While the world hopes Operation Protective Edge was the last round of Palestinian-Israeli violence, senior Hamas figures reiterate their position of gearing up to fight Israel again. Not one Hamas leader is willing to agree to a full merger with the Palestinian Authority to establish a genuine unified Palestinian leadership. Hamas rejects even the idea of disarming or demilitarization as part of an agreement to rebuild the Gaza Strip and promote the peace process. Unfortunately, no one has suggested it as a pre-condition for any U.S. dollars that will be contributed to the reconstruction of Gaza.

All that is left now is to hope that the billions of dollars poured into the Gaza Strip for its rebuilding will be accompanied by the disarmament of Hamas and the establishment of an honest mechanism for overseeing the money and materials Egypt and Israel allow into the Gaza Strip. It is imperative that they not be diverted to rebuild Hamas' terrorist infrastructure and tunnels, or to bribe UNRWA officials to look the other way, as has happened so often in the past. There is every indication that only Hamas and Qatar know whether there is anything to justify that hope.

*Dr. Reuven Berko has a Ph.D. in Middle East studies, is a commentator on Israeli Arabic TV programs, writes for the Israeli daily newspaper Israel Hayom and is considered one of Israel's top experts on Arab affairs.*

**URL (Printing)**  https://www.investigativeproject.org/4611/guest-column-the-road-from-qatar-to-the-gaza-strip

**Date of Intel** 11-14-2016

**Title** Investigative Project on Terrorism: Hamas Funding Sources Drying Up

**Notes**

Hamas in Gaza is facing an acute financial crisis as its overseas cash sources dry up. This is forcing the Islamist regime and its armed terrorist wing, the Izzadin Al-Gassam Brigades, to resort to increasingly desperate measures such as using international aid organizations to funnel cash away from Gazan civilians.

Hamas's dire financial situation has multiple causes. Egypt has effectively blocked off many smuggling tunnels linking Gaza to Sinai, which previously were used to transfer money into Gaza from Hamas donors.

Additionally, Hamas finds itself without a clear international backer these days. Not only is Egypt under the rule of President Sisi decidedly hostile, but relations between Hamas and Iran are unstable, rising and falling periodically due to disagreement over conflict raging in Syria.

Iran provides Syrian dictator Bashar al-Assad with military support through its own generals, and thousands of assistance fighters from its Lebanese terror proxy Hizballah. Palestinians generally oppose the Assad regime.



Nevertheless, Iran sometimes does try to smuggle money to Hamas, but this source of funding is unreliable.

Qatar's financial aid to Gaza has, since the 2014 Israel-Hamas war, been limited to civilian reconstruction programs. Here, too, Hamas has gotten involved, seized apartment buildings to use as financial assets.

Israel's Defense Minister Avigdor Liberman told the Israeli Knesset's Foreign Affairs and Defense Committee late last month that sources of outside funding for Hamas are drying up.

Recent revelations by Israel's domestic intelligence agency, the Shin Bet, confirm this situation.

In August, the Shin Bet revealed that Hamas had been targeting international aid organization operating in Gaza, rerouting money intended for humanitarian assistance towards preparations for war with Israel.

For example, Hamas stole 60 percent of the annual budget of the World Vision international aid organization, stealing 7.2 million dollars a year from it, according to the Shin Bet. Money intended to feed and help Gazan children instead went towards purchasing weapons, building bases, and digging attack tunnels.

The theft went as far as taking thousands of food packages intended for Gazan civilians and sending them to armed members of Hamas territorial battalions, according to the Shin Bet investigation.

Also in August, Israel charged an engineer from Gaza with exploiting his position in the United Nations Development Program, which rebuilds damaged residential buildings  for rerouting 300 tons of construction material to help build a Hamas naval terrorist base.

On Nov. 1, the Israel Defense Forces (IDF) exposed a Hamas plan to smuggle money to its operatives in Israeli prisons, and to its West Bank terror cells, by forcing Palestinians who have travel papers allowing them into Israel to act as cash smugglers.

Two Hamas operatives targeted Gazan civilians at a border crossing on their way to Israel for business or medical treatment, said the IDF's Coordinator of Government Activities in the Territories (COGAT), Maj.-Gen. Yoav Mordechai.

In July, the Shin Bet arrested two Gazans with tens of thousands of dollars hidden in their shoes. They were under Hamas orders to transfer the cash to operatives in the West Bank to fund terrorist attacks. Hamas intelligence agents had been approaching Gazan civilians systematically for money smuggling purposes, ShinBet said.

Hamas's financial situation is part of a larger ticking bomb that is the Gazan economy. "The whole of the Gaza Strip is in economic-civilian distress," Liberman told Knesset.

Noting that 95 percent of Gaza's civilian economic funding come from the international community, Liberman said Israel faced a structural tension between its wish to improve the living conditions of ordinary Gazans and the attempts by Hamas to exploit Israel's humanitarian steps. Hamas has stolen construction material, injected into Gaza by Israel for civilian reconstruction, to build itself up militarily, Liberman said.

According to Liberman, as part of its bid to keep money from the international community pouring into Gaza's economy, Hamas also refuses to resolve crises. For example, it did not take link up Gaza's purification plant, paid for by the World Bank (and costing $100 million), to the electric grid, despite the fact that Israel approved a unique electrical supply to it, Liberman added.

Meanwhile, more than 90 percent of Gaza's water is unfit for consumption, and it will take at least two years for the international community to set up desalination plants on Gaza's coastline  A water crisis will likely strike Gaza long before that, Liberman said. Israel is formulating a water crisis response policy.

The warning signs from Gaza's economic situation continue to mount, driven by Hamas's insistence of using the enclave as a fortress of jihadist hostility towards Israel and ignoring its peoples' basic needs.

Hamas's 26,000 armed members, and 40,000 government employees receive their salaries, and the regime is building up its armed forces despite the cash shortages. Ordinary Gazans, on the other hand, are on their own.

*Yaakov Lappin is a military and strategic affairs correspondent. He also conducts research and analysis for defense think tanks, and is the Israeli correspondent for IHS Jane's Defense Weekly. His book, The Virtual Caliphate, explores the online jihadist presence.*

**URL** https://www.investigativeproject.org/5699/hamas-funding-sources-drying-up
**(Printing)**

Date of | 05-18-2015
Intel

Title | Investigative Project on Terrorism: Hamas Using Truce to Prepare for Next Clash with Israel

Notes

In the nine months since Hamas fought a 50-day war with Israel, the terrorist group has exploited the months of recent quiet to prepare itself for the next clash, which it assumes will inevitably come.

Hamas is in the midst of a full-scale rocket rearmament and tunnel reconstruction drive. The Israel Defense Forces (IDF) is also preparing its responses for the next time the Gazan regime attacks.

Despite its extremist ideology, Hamas does not appear interested in sparking another costly and damaging war now, and yet, a large number of potential triggers are in place that could start one anyway.

The military wing, the Izzadin Al-Qassam Brigades, has restarted its domestic rocket and mortar production program, and built, in all likelihood, more than 1,000 rockets since the Aug. 26 ceasefire went into effect.

The new rockets include dozens of projectiles with a range of more than 75 kilometers, putting central Israeli cities in reach. By the end of Operation Protective Edge last year, Hamas was left with about 3,000 rockets â a third of its original stockpile.

Israel's Iron Dome anti-rocket batteries proved more than capable of shooting down volleys of incoming Gazan rockets that threatened populated areas in the last conflict, intercepting 580 incoming threats.

Despite Israel's effective air defenses, Hamas is pushing to produce more rockets, since they still have the ability to disrupt Israeli civilian life with air raid sirens, force millions to take cover, and harm Israel's economy.

Due to Egypt's stringent policy of destroying smuggling tunnels, Hamas is not able to smuggle weapons in from outside, and uses metal workshops in Gaza to make rocket tubes and fins instead. It uses dual use materials like farming chemicals and mixes them together to create explosive warheads.

The IDF destroyed 32 cross-border attack tunnels last summer, which Hamas dug with the intention of injecting murder squads into southern Israel to kill and kidnap Israelis civilians and soldiers.

Hamas had employed around 1,000 diggers at relatively low cost, and worked them in shifts to create the underground network. It linked the cross-border tunnels to a series of subterranean passages within Gaza itself. Such tunnels were used for the transport of arms and terrorists, out of view of Israel's air force and intelligence services.

Should a new Hamas tunnel be found to cross the border into Israel again, violating Israeli sovereignty, another round of fighting could soon follow.

Meanwhile, the Gazan economy remains stagnant. A small percentage of the $5.4 billion pledged by international donors towards Gaza's reconstruction has reached the strip.

The hold-up in transferring the funds is rooted in an ongoing dispute between Gaza's rulers and the Ramallah-based Palestinian Authority (PA), which governs Palestinians in the West Bank.

A failure by the PA and Hamas to agree to a joint mechanism to receive the funds means that reconstruction is proceeding slower than a snail's pace. Tens of thousands of Gazan buildings that were damaged or destroyed in the 2014 conflict remain unrepaired.

Hamas, for its part, uses the resources it does have to rebuild its offensive military assets, largely ignoring the plight of Gazan civilians.

The longer reconstruction is held up, the more the chances of a renewed conflict grow.

Israel, being well aware of this possibility, is making efforts to facilitate the entry of reconstruction material. In April alone, according to figures from the IDF's Coordinator of Government Activities in the Territories, 63,468 tons of construction materials entered Gaza via Israeli crossings. Since October, 167,673 tons of construction material entered Gaza.

Gazan civilian pressure on Hamas could grow, and the military wing could find an excuse to initiate a new conflict, to force the international community to facilitate reconstruction. Such a move would be designed to deflect domestic pressure away from Hamas.

When Hamas initiated war with Israel last June, it did so because Hamas leaders felt regionally barricaded, and their regime was on the brink of economic collapse.

Hamas hoped that a conflict would to strengthen its position, and used its military bases, hidden in the heart of residential areas, to attack Israel regardless of the suffering this decision ended up causing to the residents of Gaza.

Today, all of the same factors that caused Hamas to turn towards conflict remain in place. To the south, in Egypt, Hamas's sister movement, the Egyptian Muslim Brotherhood, is hunted and repressed by the government of President Abdel Fattah el-Sisi, contributing to Hamas's isolation.

Egypt views Gaza as one large terrorist base, where Salafi-jihadist organizations freely arm themselves and move through tunnels into Egyptian territory to carry out attacks.

Egypt identifies Hamas a branch of its Islamist domestic foe, the Muslim Brotherhood, and a direct threat to its national security, leading to a ban on the military wing this year.

Egypt created a kilometer-wide buffer zone with Gaza, destroying homes on the Sinai-Gaza border, and blocking off hundreds of smuggling tunnels in the process.

Hamas has few regional allies, though it does enjoy some backing from Turkey, Qatar, and an old-new friend has reappeared: Iran.

Hamas and Tehran reestablished ties this year despite mutual mistrust, and Iran started bankrolling Hamas's rearmament program to the tune of tens of millions of dollars.

In addition, tensions exist between various ruling factions wthin Hamas, a fact that could lead to future instability. Disagreement exists between Hamas's military wing and the political wing in Gaza.

The military wing is privately disappointed by the performance of the political wing during last summer's war, and feels aggrieved over a perceived lack of support. The political wing, has, behind closed doors, questioned the military wing's "achievements" during the war.

The emergence of ISIS-inspired groups in Gaza creates another potential trigger for destabilization. Hamas recently arrested dozens of hardline Salafi jihadists in Gaza who pose a threat to its regime, and destroyed a mosque at the start of May belonging to a pro-ISIS group.

Such groups accuse Hamas of being too soft on Israel, and have sporadically fired rockets at Israel, prompting Israeli retribution strikes as well as Hamas arrest raids.

Despite the tension, Hamas is likely to maintain links with global jihad organizations operating in the Sinai Peninsula.

These ties might enable Hamas to reserve the option of ordering attacks on Israel, away from its home turf of Gaza.

Hamas can be expected to try to set up terrorist infrastructure to activate at a later time in other areas too, particularly in the West Bank, and in southern Lebanon.

Ultimately, as long as Hamas refuses to recognize Israel and drop its openly declared goal of destroying it through a jihadist war punctuated by temporary ceasefires, it will continue to pose a significant risk to Israeli security, and an even larger risk to the civilian population of Gaza over which it rules.

*Yaakov Lappin is the Jerusalem Post's military and national security affairs correspondent, and author of The Virtual Caliphate (Potomac Books), which proposes that jihadis on the internet have established a virtual Islamist state.*

URL
(Printing)   https://www.investigativeproject.org/4855/hamas-using-ruce-to-prepare-for-next-clash-with

MEF001372

**Date of Intel**   03-30-2016

**Title**   Investigative Project on Terrorism: The Gaza Time Bomb

**Notes**

On the surface, the Gaza Strip looks relatively calm, with few security incidents occurring since the end of the protracted 2014 summer conflict between Hamas and Israel.

Behind the scenes, pressure within the Islamist-run enclave is gradually building again, just as it did prior to the 2014 war.

Gaza's civilian population is hostage to Hamas's dramatically failed economic policies, and its insistence on confrontation with Israel, rather than recognition of Israel and investment in Gaza's economic future.



Ultimately, the civilian-economic pressure cooker in Gaza looks likely to explode, leading Hamas to seek new hostilities with Israel, for which it is preparing in earnest.

Right now, Hamas remains deterred by Israel's firepower, and is enforcing its part of the truce. Hamas security forces patrol the Strip's borders to prevent Gazans from rioting, to stop them from trying to escape Gaza into Israel, and to stop ISIS-affiliated radicals who fire rockets at Israel.

Hamas is using the current quiet to replenish its rocket arsenal, dig its combat tunnel network, and build up sea-based attack capabilities. It is investing many resources in cooking up new ways to surprise Israel in any future clash. These efforts have not gone unnoticed by the Israel Defense Forces (IDF).

Hamas has not fired a single rocket into Israel since August 2014, but it encourages violence in the West Bank as part of a strategy to destabilize its Palestinian rival, the Fatah-led Palestinian Authority. Hamas in Gaza also works remotely to set up and orchestrate terrorism cells in the West Bank, while plotting way to overthrow Fatah from power. The Shin Bet, Israel's domestic intelligence agency, has successfully foiled nearly all of these efforts thus far, saving many Israeli lives, and the PA's rule, too.

A deeper look at processes under way in Gaza reveals why the status quo seems untenable in the long run. Thirty percent (910,000) of Gaza's population of 1.85 million are aged 15 to 29, and out of these, 65 percent are unemployed. This represents one of the highest unemployment rates for young people in the world. Many are university educated and deeply frustrated. The overall unemployment rate in Gaza is 38.4 percent, and rising steadily. Eighteen thousand Gazan university students graduate every year. Most of them have nothing to do with their degrees, and return home to a life of idle unemployment. Many Gazans dream of leaving. The suicide rate is growing. Under Hamas's rule, these young people see no change on the horizon.

Out of the total population of Gaza, 1.3 million receive assistance from United Nations aid workers, without which, a humanitarian crisis would likely ensue.

Those who dare complain, such as Gazan bloggers, find themselves whisked away into Hamas police custody, where they receive firm warnings to remain silent, or else.

Meanwhile, the Gazan population is growing at an unsustainable rate. Since Israel pulled out all of its soldiers and civilians in 2005, 600,000 Gazans have been born. This is a generation that has never been to Israel (unlike the older Gazans) and its only experience of Israel is through air force missiles fired at Hamas targets following clashes sparked by the jihadist regime's military wing.

Many of these young people are exposed to the propaganda of Hamas's media outlets, like the Al-Aksa television station, which is a major source of incitement. Some are also exposed to the wider world through the Internet, and are aware that life can be different for them.

By 2020, Gaza's population will hit 2.3 million people. It could run out of drinking water. This might prompt a civilian revolt, which could push Hamas into starting a new war with Israel to distract attention.

To try to relieve the pressure, Hamas leaders make promises that they cannot keep, such as the setting up of a sea port, and the opening of the Rafah crossing with Egypt, which the anti Hamas Egyptian government opened just 13 times in 2015 for fear of allowing jihadists in Gaza to pour into the restive Sinai Strip.

A Hamas delegation traveled to Egypt earlier this month to try to mend relations with the Cairo government. The effort resulted in failure, after Egyptian officials accused Hamas of failing to acknowledge its collaboration with the ISIS-affiliated Sinai Province insurgents.

Changes are underway within Hamas itself, which are causing the Izzadin Al-Qassam Brigades military wing to gain power at the expense of the political wing, which is led by Ismael Haniyeh.

Yiyhe Sinwar is a senior Hamas member with growing power, operating in the gray zone between both wings. He is close to military wing chief Muhammed Def, and to Haniyeh. Sinwar's power represents the rise of military wing's influence, where many members are finding their way into political elite positions in Gaza.

Marwan Issa is another senior Hamas member, influential to both wings. While the political wing has, behind closed doors, been hesitant to support the military wing's disastrous adventures against Israel, its ability to veto future attacks may vanish.

Additionally, Hamas is running out allies as it did before the 2014 war.

Iran continues to fund its military wing, as well as Palestinian Islamic Jihad. Yet Tehran's ability to traffic weapons into Gaza has been ruined by Egypt's tunnel demolition drive.

Iran's overall influence on Gaza, therefore, is limited.

The Muslim Brotherhood-friendly Qatar has also stepped back from Hamas, limiting its funding projects in Gaza to civilian reconstruction only, building a modern highway in Gaza and a fancy new neighborhood in Khan Younis. However, no Qatari funds go to Hamas's military build-up. Turkey's assistance to Hamas is limited, too. It paid for a new Gaza hospital and 11 mosques, but beyond that, its support is mostly rhetorical.

The Arab world is indifferent to Gaza, meaning that Hamas is in strategic distress.

ISIS-inspired ideology is penetrating Gaza, and a few thousand former Hamas, Fateh, and Islamic Jihad members have defected to small Salafist-jihadist groups there. These groups have been responsible for all rocket fire into Israel since the summer of 2014.

In fact, the only state that makes major efforts to care for Gaza's civilians is Israel. Israel provides 60 percent of Gaza's electricity (30 percent is locally produced and Egypt provides the remaining 10 percent).

In 2015, Israel allowed 104,000 Gazans through the Erez border crossings to assist traders and humanitarian journeys. At the Kerem Shalom vehicle crossing, 900 trucks pass each day from Israel into Gaza, carrying all manner of goods, from fuel, to construction materials and commercial goods.

For Gaza civilians, the only ray of light seems to shine from the reconstruction mechanism, which Israel quietly set in motion after Hamas cynically used Gazan civilian areas as rocket launching zones and urban combat bases.

Israel set up a computerized reconstruction system that closely monitors and enables the rebuilding, while preventing the use of concrete and dual use items from falling into Hamas's hands. Gaza contractors who cannot account for their materials on the computerized systems are immediately removed from their positions, a heavy price to pay in the unemployment-rife Gaza Strip.

Funded by international donors and the Palestinian private sector, the mechanism, which Israel pushed to set up, has repaired 80,000 of the 130,000 housing units damaged during the conflict. Another 20,000 are currently being repaired.

Of the 18,000 homes completely destroyed in 2014, nearly 1,000 have already been rebuilt, and material for nearly 2,000 more homes has been bought and paid for.

The reconstruction program is providing jobs and a little hope for Gazans. But it is unlikely to be sufficient to stave off an economic collapse. Again, the rebuilding effort is funded almost entirely by outside sources while Hamas invests tremendous resources into terrorism-guerilla capabilities and denies the Gazan people the opportunity of economic development by refusing to recognize Israel.

Until Gaza is run by people with different priorities, its residents have little hope their lives will improve.

*Yaakov Lappin is the Jerusalem Post's military and national security affairs correspondent, and author of The Virtual Caliphate (Potomac Books), which proposes that jihadis on the internet have established a virtual Islamist state.*

**URL (Printing)**   https://www.investigativeproject.org/5238/the-gaza-time-bomb

Date of Intel: 04-27-2017

Title: Investigative Project on Terrorism: Hamas Wants Quiet As It Prepares For Next Assault on Israel

Notes:

Strategically, Hamas remains as committed as ever to its objective of destroying Israel and toppling the Fatah-run Palestinian Authority in the process. Tactically, however, Hamas exhibits pragmatism and won't rush into wars with Israel when conditions are ill suited.

Hamas looks at the long run, and remains convinced that it can eradicate Israel, even if it takes decades or centuries. Yet it would prefer to bide its time, and build up its force until the next clash while working to decrease its acute regional isolation. For this to happen, Hamas needs to avoid plunging Gaza into a new war any time soon. Yet it remains far from clear that it will be able to do this.

Should a war erupt in the near future, it likely will be triggered by unplanned dynamics of escalation.

Gaza's woeful living standards and infrastructure are among those factors. Crises such as the ongoing electricity supply problem plaguing the Strip could facilitate an early conflict, as Hamas may try to distract the population's frustrations from its failings, and divert them to Israel.



The Palestinian Authority (PA) is threatening to make matters worse by cutting off cash for Gaza's power plant. It's part of the ongoing feud between the Fatah-run PA in Ramallah and Hamas in Gaza. Gazans now receive electricity only four to six hours a day due to this feud. In January, Gazans took the unprecedented step of protesting power cuts, making Hamas extremely nervous.

In addition to tensions over the electricity crisis, a Hamas-run terror cell could spark conflict if it carries out a mass casualty attack that spawns Israeli retaliation.

The sheer scope of such plots that Israel thwarts every year is enormous.

Last year, 184 shooting attacks, 16 suicide bombings, and 16 kidnapping plots were foiled, Shin Bet chief Nadav Argaman testified last month before the Knesset's Foreign Affairs and Defense Committee. Hamas had "significantly increased" efforts to pull off attacks in the West Bank and in Israel, he said, adding that Israeli security forces arrested more than 1,000 Hamas members in the West Bank last year and broke up 114 cells.

These are risks Hamas is prepared to take, since the day that it ceases all attempts to carry out jihadist terrorism against Israel is the day that it stops being Hamas.

Yet Hamas is also a government now, and it must consider the Gazans it rules. Hamas is keenly aware of Palestinian sentiment. Its leaders grew up in Gaza's refugee camps and always have their finger on the pulse of Gazan society.

Hamas leaders seem to understand that the public opposes a new damaging war with Israel. They recognize that the Palestinian public cannot stomach a war with Israel every two years. The reconstruction program in Gaza following the 2014 conflict is far from complete. There are still Gazans whose homes haven't been repaired from the damage inflicted in 2014

The general population, despite being exposed to Hamas's daily propaganda diet of jihadist rhetoric, would likely be reluctant to be again be used as human shields by the military wing, barely three years since the end of the last clash.

The price of Hamas's policy of embedding its rocket launchers and fighters in Gaza's civilian areas also is not alluring to many Gazans.

On the flip side, one of Hamas's worst fears is of being perceived as weak. After one of its senior operatives was mysteriously killed recently, it executed three people it accused of collaborating with Israel.

Hamas also responded to Mazen Fuqaha's killing by sending threatening messages to Israel promising vengeance. Hamas videos suggest it will target senior Israeli security officials for assassination.

Fuqaha was a key figure in the Izzadin Al-Qassam Brigades, and reportedly in charge of setting up multiple terrorist cells in the West Bank. His bullet-ridden body was found last month outside of his Gazan apartment building.

The Israeli defense establishment takes these Hamas threatsseriously. Despite the noise, however, Hamas has not rushed to respond just yet Â¢Â€Â¨ underlining the fact that Hamas is aware of the restraints factors that it is under.

Since the end of the 2014 war with Israel, the Islamist regime has shied away from escalating the security situation with Israel.

Hamas's leadership sees unfavorable regional conditions. They lack any powerful regional backer following the 2013 downfall of Muhammad Morsi, the Muslim Brotherhood president in neighboring Egypt, in whom Hamas staked so many of its hopes.

In the past, Hamas enjoyed many partnerships, enjoying arms support and funding from the Shi'ite axis (Iran and Hizballah) Â¢Â€Â¨ and forming relationships with Sunni powers.

But the Middle Eastern regional upheaval, which pits Sunnis against Shiites, and Islamists against non-Islamists, forced Hamas to make choices. It could no longer be on the same side of both Shi'ite Iran and Sunni Saudi Arabia, who are locked in a transnational proxy war. In the same vein, Hamas cannot be on the same side as boththe Assad regime and the Sunni rebels fighting to remove him.

Worst of all from Hamas's perspective, Morsi's departure means it cannot rely on its primordial impulse to attach itself to a Sunni Muslim Brotherhood-led backer.

Five years ago, there were initial signs of a regional wave of Muslim Brotherhood successes. The Brothers rose to power in Egypt, Turkey, Tunisia, and had Qatari backing. Morsi's 2013 fall changed Hamas's fortunes for the worse. The rise of Egyptian President Abdel Fattah El-Sisi, a leader who identifies Hamas as a Gazan branch of his domestic arch-enemy, the Egyptian Muslim Brotherhood, guaranteed Hamas's isolation.

Relations with Cairo remain rocky despite recent Hamas attempts to improve ties. Egypt may open its Rafah border crossing a few days a week, but this does not change its core view of Hamas as a true enemy, to be held at bay, weakened, and deterred.

Hamas has also fallen out with Saudi Arabia. And Hamas and Iran do not get along very well either, despite Iran continuing to be the chief sponsor of the military wing, paying it $50-$60 millions a year, according to various estimates.

This leaves Hamas with just two stalwart friends: Qatar and Turkey, neither of which can back them substantially. Turkey is not an Arab state, meaning that its role in the Arab world is limited, and its desire to lead the Arab world will always be met with suspicion. A failure by Turkey to infiltrate the region means that it can only do so much to assist Gaza. Qatar, though wealthy, is politically weak, and geographically distant.

New Hamas leader Yihyeh Sinwar, despite his fundamentalist inclinations, must consider these constraints and see that his Islamist-run enclave has little real backing.

To compound its problems, Hamas also has serious financial issues. It has three main sources of income: Donations from states, donations from private individuals, and Hamas's network of investments.

Hamas gets far less money than it used to from its donors, according to Israeli assessments. Only Qatar and Turkey donate on a regular basis, while Iran continues to finance the military wing, but not the entire movement.

Hamas is a large organization, with operations in the West Bank, Qatar, and Turkey in addition to Gaza. In the Strip, it needs to pay salaries, and prepare for its next clash with Israel. Hamas also seeks to export terrorism to the West Bank and build up political support among West Bank Palestinians. All of this costs money. It is has offices and headquarters in multiple states overseas that require annual budgets.

Private Gulf State donors are drying up. Wealthy Saudis are more interested in supporting Syrian rebels. Hamas's cause has moved to the back of the line.

Its investments, meant to be saved for a rainy day, now must be tapped.

So what can Hamas do? First and foremost, it continues its domestic military build-up, mass producing rockets, mortar shells, variants of shoulder-fired missiles, drones, and digging tunnels ÂÂÂÂ" all at the expense of the welfare of the 2 million Palestinians it rules.

That's because Hamas drew many operational lessons from its last conflict with Israel, and is keen on rebuilding its terrorist-guerrilla army without interruptions.

One lesson was to focus on a perceived Israeli vulnerability through short-range strikes. To that end, it is building new rockets that carry 200 kilogram warheads - significantly larger than past rockers made in Gaza.

These projectiles are not accurate, but would cause enormous damage if they slammed into a southern Israeli town or village.

Hamas weapons factories produce simple RPGs as well.

Second, Hamas is trying to becoming more 'acceptable' to the region and to the world. It is about to unveil a new charter which will be an attempt to obfuscate its jihadist ideological leanings and ties with the Muslim Brotherhood, and present itself as being merely a national "resistance" organization.

In the long run, Sinwar and his regime plan to continue to prepare for the 'grand' destiny they have chosen for Gaza. So long as Hamas rules Gaza, it will be the base of unending jihad against Israel, buffered by tactical ceasefires, until conditions are ripe for a new assault.

*Yaakov Lappin is a military and strategic affairs correspondent. He also conducts research and analysis for defense think tanks, and is the Israel correspondent for IHS Jane's Defense Weekly. His book, The Virtual Caliphate, explores the online jihadist presence.*

**URL (Printing)**   https://www.investigativeproject.org/6043/hamas-wants-quiet-as-it-prepares-for-next-assault

**MEF001376**

Date of
Intel          08-01-2014

Title          Investigative Project on Terrorism: Hamas Defenders: Don't Call Them Terrorists

Notes

By attacking Israeli troops and kidnapping one just
hours into a new ceasefire Friday morning, Hamas
guaranteed that the people it claims to represent in
Gaza will face more casualties as Israeli forces hunt
for the terrorist who live among them.



Yet, for Hamas defenders, this is unlikely to change
their descriptions for the group. Despite long
standing terrorist designations by the United States
and European Union, to them Hamas is a "sovereign
government," a political party, a "humanitarian
organization" or a "resistance" movement.

A July 14 blog written by Cate Charret on
Mondoweiss, a website with a self-described focus on
a "progressive Jewish perspective," denounced
describing Hamas as a terrorist group as "reductionist
and racist," noting they were democratically elected.
The Huffington Post's Jonathan Russo called Hamas'
terrorist reputation a result of "Israel's mislabeling and
misdiagnosis."

"When they threw out Fatah in their 2007 coup they
became a sovereign government, rulers of a tiny yet
definable enclave. At that moment Hamas went from a terrorist group to a legitimate government," Russo wrote.

That "legitimate government," we now know, diverted millions of dollars that could have helped build Gaza and improve life for its
people into building a vast rocket arsenal and tunnel network with one aim Â¢Â£Â" to kill as many Israelis as possible.

Yet Charret and others claim the 1988 Hamas Charter, calling for Israel's destruction and for the killing of the Jews in preparation for
Judgment Day, no longer applies because Hamas political bureau chief Khaled Meshaal said in 2006 he could accept a Palestinian state
within the 1967 borders.

However, subsequent statements by Meshaal and other top Hamas leaders have discredited the 2006 statement as meaningless.

"First of all, Palestine Â¢Â£Â" from the (Jordan) River to the (Mediterranean) Sea, from its north to its south Â¢Â£Â" is our right and our
homeland. There will be no relinquishing or forsaking even an inch or small part of it," Meshaal said in a December 2012 speech carried
on Al-Aqsa TV. "Second, Palestine was, continues to be, and will remain Arab and Islamic.

"Palestine belongs to us and to nobody else."

Meshaal reiterated his opposition to peaceful coexistence with Israel as a Jewish state in his interview with Charlie Rose that aired on PBS
on Monday, saying he did not "want to live with a state of occupiers," namely Israel. He also compared Hamas' fight with Israel with the
patriots during the American Revolution who fought against the British.

"As a Palestinian, I want to be liberalized, I want a state, I want to live without occupation ... You in America, the American Revolution,
was it peaceful? Did you not kick the British out?" Meshaal said.

Mousa abu Marzook, deputy head of Hamas' political bureau, also called recognizing Israel a "red line" that could not be crossed in a
May interview with Al-Monitor.

Scholars, the United Nations, the European Union and the U.S. government generally define terrorism as random violence or other
criminal acts, such as kidnappings or hostage takings, against civilians by a non-state actor aimed at instilling fear to achieve political
goals.

Hamas came to prominence 20 years ago, when it responded to U.S.-led peace efforts between Israelis and Palestinians by launching
waves of suicide bombings. Its targets included crowded public buses, restaurants, a teen-oriented nightclub and a mostly elderly
crowd at a Passover Seder.

Hamas' main political goal remains wiping Israel off the map. The only rationale for launching rockets and mortars at Israel is to instill fear
among Israeli civilians, as was its suicide bombing campaign in the 1990s and 2000s. Human Rights Watch labeled Hamas' rocket
attacks against Israel as war crimes in 2010.

Palestinians living in Gaza have also felt Hamas' wrath since it threw Fatah out in 2007.

Hamas has repeatedly endangered civilians in densely populated areas of Gaza, which U.N. officials have labeled as
war crimes. The same is true of its use of schools, hospitals and mosques for military operations in the current conflict and in the 2012
and 2009 conflicts with Israel that have similarly endangered innocent civilians.

Abductions, murder, torture and death threats against those Hamas accuse of "collaborating" with Israel have been commonplace in
Gaza.

At least 30 accused collaborators have been killed by Hamas in the past two weeks, according to news reports. These extrajudicial
killings have drawn repeated condemnations from HRW.

Numerous other due-process violations and unfair trials have been documented by the human-rights group. At least 100 torture
allegations were noted in 2012 by Palestinian rights groups. Coerced confessions of collaborating with Israel have also been common.
HRW reported that 147 people were tortured by Hamas police or internal security services in 2011.

Hamas security forces shot individuals who opposed the terrorist group's rule of Gaza following the 2009 war with Israel, HRW
reported. One person it interviewed said Hamas security forces repeatedly shot him in his legs after he openly celebrated Israel's attack.

Others had similar stories. HRW also complained about nine documented deaths from torture or severe beatings at the hands of Hamas security forces between January and March 2009.

In one case in 2009, witnesses saw Hamas members badly beat a suspected drug dealer with sticks and metal bars, but they were too afraid to try to stop the beating.

Amnesty International criticized Hamas in its 2013 annual report for failing to investigate war crimes and crimes against humanity that may have been committed by its members during the 2009 and 2012 conflicts. It also cited Hamas for repressing freedom of speech.

Hamas disrupted a rally by women in Gaza last October, the Amnesty report said. In January 2013, Mahmoud Abu Rahma was stabbed by unidentified assailants after he published an article critical of Hamas.

The report similarly cited Hamas' military wing for summarily killing seven men suspected of collaborating with Israel.

Women under Hamas rule in Gaza face intense discrimination and repression. Hamas banned women from riding on the back seat of motorcycles driven by men and mandated that women wear Islamic dress in 2009.

In 2010, Hamas banned men from working in women's hair salons and banned coed schools for students over the age of nine.

Hamas created a morality police in Gaza to patrol the beaches to ensure that men and women are dressed "appropriately." Women have been punished for swimming in T-shirts and jeans. Unrelated men and women have been punished for violating the rule against not mingling. Couples walking down the streets of Gaza have been routinely stopped by the morality police who ask if they are married.

"You basically have to carry a copy of your marriage license on you at all times, or risk being humiliated," a Gaza couple told the *Los Angeles Times*.

Those who hype Hamas as an elected government tend to ignore that the terrorist group has remained in power beyond its term. It cancelled the 2010 elections.

Hamas' popularity has suffered as a result.

"We find the Gazans have become so courageous in speaking out because they've just had enough," Fox News contributor Lisa Daftari said Tuesday, after recently speaking with people in Gaza. "They don't want the Hamas terror group really hijacking their cause and not getting them their basic needs."

A community organizer she interviewed wanted a ceasefire as soon as possible, and said that Hamas has no interest in peace or negotiations because their children are not getting killed.

"Nobody can forgive Hamas for butchering Palestinians to get power. Most Gazans hate Hamas with a passion," Daftari said, quoting a Gaza resident she interviewed.

Meshaal's refusal to accept a ceasefire with Israel showed many in Gaza that Hamas does not care about their welfare or their lives, she said.

Hamas may have won one vote one time in 2006. Since then, its rule has brought only pain and misery to the people of Gaza. Today's attack, which immediately shattered a planned 72-hour humanitarian ceasefire, is just the latest example of that misery. For people to deny its inherent terrorist mission and try to cast Hamas as a legitimate political movement is delusional.

**URL (Printing)**   https://www.investigativeproject.org/4493/hamas-defenders-dont-call-them-terrorists

Date of Intel: 02-19-2016

Title: Investigative Project on Terrorism: Hamas Dances With the Devil

Notes:

The Gaza-based Hamas terror organization has more than its fair share of problems at the moment. Quite likely against its better judgment, it is becoming increasingly reliant on a controversial and dangerous relationship with Sinai Province, the vicious ISIS affiliate in Sinai.

Most of Hamas' problems are related to cash flow. Funds from sympathetic donor states such as Turkey, Qatar and Saudi Arabia are sporadic and insufficient, while relations with another benefactor, Iran, have come under great strain due to Hamas' support for Syrian rebel factions opposing the Assad regime that fights alongside Iranian backed Hizballah. The wages of public sector workers often go unpaid for months at a time, and according to a 2015 World Bank report, Gaza's unemployment rate is the highest in the world at 43 percent.

Add into the mix the failure of Arab nations to deliver on pledges to rebuild parts of Gaza damaged during the 2014 summer war with Israel, and Egypt's refusal Â¢Â€Â" apart from a brief respite earlier this week Â¢Â€Â" to open the crucial Rafah crossing, and things look bleak for Hamas. The only goods legally entering Gaza are the many hundreds of truckloads arriving daily from Israel via the Kerem Shalom crossing.

Egyptian president Abdel Fattah el-Sisi has cracked down severely on the Sinai smuggling tunnels in and out of Gaza that flourished during the time of his Muslim Brotherhood predecessor Mohammed Morsi.

In a search of a friend, or at least a partner with whom it can have a mutually beneficial relationship, Hamas cut a deal with Sinai Province despite having cracked down violently on ISIS supporters in Gaza in order to keep a grip on power in the overcrowded coastal enclave. This collaboration risks legitimizing the ISIS affiliate in Hamas' own backyard, undermining its brutal dominance in Gaza, and providing the jihadists' supporters with an argument that it is Sinai Province and not Hamas that is keeping the show on the road.

Formerly known as Ansar Beit al-Maqdis, Sinai Province was previously affiliated with al-Qaida. That changed in late-2014 when the Bedouin terror group switched allegiance to Islamic State and its leader, Abu Bakr al-Baghdadi. Its extreme, ultra-violent ideology has long been viewed even by Hamas as fanatical, so getting into bed with such an organization clearly carries inherent risks.

Sinai Province is believed to have been behind last October's bombing of a Russian airliner from the Red Sea resort of Sharm el-Sheikh, a shocking mass murder that dealt a huge blow to Egypt's already ailing tourist industry.

"This [partnership] is not so much because of a shared vision or shared ideology but because, at this point in time, anybody is doing business with anybody within Sinai," regional terror expert Benedetta Berti said earlier this month in an interview with the British Israel Communications & Research Centre (BICOM). "This creates a clash between what Hamas wants for Gaza, which is not a proliferation of pro-ISIS cells, and some of the deals part the group is doing in Sinai."

"Salafist groups are not a challenge in the sense that they are going to overthrow Hamas, but they are definitely a political challenge," Berti added "especially if we look at public opinion polls Â¢Â€Â" we see that more and more people are losing faith in the Hamas government "

Senior Israel military officials claim that injured Sinai Province fighters continue to be ferried through the tunnels into Gaza for medical treatment. They believe this has been ongoing since last summer. Hamas denies treating the jihadis, but is believed to have paid Sinai Province to help keep supply lines open for weapons, including help in clandestinely transferring the lethal Russian-made Kornet anti-tank guided missiles into Gaza. In return, Sinai Province gained a share of the weaponry.

It also has been an open secret for some time that Abdullah Kishta, the notorious Gaza-based weapons expert, is helping train Sinai Province to use the Kornet and other weapons such as MANPAD surface-to-air-missile systems in attacks against Egyptian forces.

Kishta's training has paid rich dividends with a devastating series of large-scale assaults by Sinai Province on Egyptian forces, including major attacks that have inflicted heavy losses. The group has an estimated 500 to 1,000 members, well trained and well organized local Bedouins. There is no evidence thus far of foreign fighters joining their cause, unlike in ISIS conflict zones in Syria and Iraq.

Israel watches closely from the other side of the border. Privately, many Israeli officials acknowledge that with Palestinian rivals Fatah unlikely to assert any real pressure on Hamas in Gaza, they prefer that Hamas stays in power. The alternative Â¢Â€Â" any one of a number of ISIS-affiliated or other Salafist groups Â¢Â€Â" could prove far more problematic for the Jewish State.

"For Israel, the desire to avoid escalation prevents it from confronting Hamas's [weapons] buildup openly and dictates a policy of imposed passivity, heightened by the difficulty in ensuring that provisions brought to the Gaza Strip, especially construction materials, are not used for military buildup Â¢Â€Â" though it is highly probable that this is precisely the case," Maj. Gen (ret.) Amos Yadlin, executive director of Tel Aviv University's Institute for National Security Studies (INSS), wrote Wednesday.

Israeli supplies Â¢Â€Â" some humanitarian food aid and some intended for reconstruction Â¢Â€Â" continue to enter Gaza. If they didn't, and people starved, that could potentially spark an uprising against Hamas, further destabilizing Gaza and opening the door for Hamas' opponents, including Islamic State, to attempt an uprising.

Israel also is wary that Sinai Province could mount a cross-border attack into its territory, launching missiles toward Eilat, or copying Hamas in attempting to tunnel from Sinai into southern Israel to kidnap or murder Israelis.

Hamas, though, remains under severe pressure. Only time will tell if its marriage of convenience with the Islamic State affiliate is a shrewd move to ensure survival, or a calamitous error of judgment.

*Paul Alster is an Israel-based journalist. Follow him on Twitter @paul_alster and visit his website: www.paulalster.com.*

**URL**
**(Printing)**   https://www.investigativeproject.org/5163/hamas-dances-with-the-devil

Date of    08-31-2017
Intel

Title    Investigative Project on Terrorism: It's Time for Qatar to Stop Its Regional Meddling

Notes

Bahrain is threatening to file a complaint with the
United Nations Security Council and the International
Criminal Court against fellow Gulf state Qatar for
supporting terrorism and interfering in Bahrain's
internal affairs.

Qatar has engaged in "fourth generation warfare
crimes" to destabilize Bahrain, a senior official told
the Saudi-owned *Al Arabiya* news organization last
week. "Fourth generation warfare" is described as "a
concept of warfare that is decentralized, utilizes
terrorism as a tactic and relies on media
manipulation."

A Bahraini TV documentary alleges that the Qatar-
financed Academy of Change used "claims of
peaceful activism" to push for regime change in Saudi
Arabia, Bahrain, the United Arab Emirates, and
Kuwait.

The documentary, "Academy of Destruction," aired
confessions that key figures affiliated with the
academy "were sent to Manama to execute the Qatari
goal to spread incitement and chaos to topple the
regime in Bahrain."



The academy is headed by Hisham Morsi, the son-in-law of blacklisted Muslim Brotherhood cleric Yusuf al-Qaredawi.

Qatar's financial backing of the global Islamist Muslim Brotherhood movement and chummy ties with Iran have helped fuel regional
unrest that threatens to destabilize existing regimes in the boycotting countries.

Doha's meddling in the internal affairs of regional Arab states led Bahrain Â¢Â€Â" along with Saudi Arabia, the UAE, and Egypt Â¢Â€Â"
to impose an economic and diplomatic blockade in early June.

The boycotting countries issued a list of 13 demands to lift the embargo. Those demands call on Qatar to cut its support for the Muslim
Brotherhood and scale down its ties with Iran.

Qatar rejected the demands saying they violate its sovereignty, causing the boycotting states to replace them with six broad principles
urging Doha "to refrain from interfering in the internal affairs of States and from supporting illegal entities."

One alleged conspiracy had Qatar working with Iran to overthrow the Bahraini regime during the Arab Spring protests of 2011, *Al
Arabiya* reported. Bahraini TV broadcast a recording alleged to be a conversation between Qatar's former Prime Minister Sheikh Hamad
bin Jassim bin Jaber al-Thani and Bahraini Shia dissident Sheikh Ali Salman plotting to oust Bahrain's ruling al-Khalifa family.

This revelation built upon an earlier report that Hamad bin Jassim masterminded a 2011 Qatar-sponsored initiative to work with Iran and
Bahraini opposition groups, in particular Ali Salman's Al-Wefaq Society, to foment unrest and destabilize the region.

The broader Iranian-Saudi struggle for Middle East dominance has made Doha's cozy relationship with Tehran a point of contention with
the Riyadh-led quartet. Bahrain holds Qatar responsible for "media incitement  support for armed terrorist activities and funding linked
to Iranian groups to carry out sabotage and spreading chaos" in the island nation. Since a Saudi-led military intervention in Bahrain in
2011 sought to quell weeks of Shia-dominated demonstrations against the ruling al-Khalifa Sunni monarchy, the country has been hit by
sporadic protests by its majority Shia community that were reportedly backed by Qatar.

Tehran sees Bahrain as a historic part of Iran and sees Saudi efforts to suppress the Shiite popular revolt as an "invasion," making Bahrain
a proxy battleground for the regional rivals. Riyadh, in turn, accuses Doha of supporting Iran-allied rebels in Yemen, known as Houthis.

Things came to a head between Qatar and the Saudi-led camp in April when Doha agreed to pay $1 billion in ransom to Iranian security
officials and an al-Qaida-affiliated Syrian Islamist group. The deal, reported to be "the straw that broke the camel's back," secured the
release of 26 Qataris, including members of the royal family, kidnapped during a hunting trip to Iraq.

Problems with Qatar have been festering for some time. In 2013-2014, Qatar's Emir Sheikh Tamim bin Hamad al-Thani signed the Riyadh
Agreements, but then failed to live up to its commitments. The agreements sought to build "a new phase of fraternal relations" and
called on Qatar to stop supporting the Muslim Brotherhood. Qatar also promised not to support rebel factions fighting Gulf Cooperation
Council (GCC) countries in Yemen and Egypt.

Neither pledge was fulfilled.

In addition to its ties to Iran, Qatar's support for various Brotherhood movements is another sore point. Since the 2011 Arab Spring
uprisings, Doha has gone all-out to embrace Muslim Brotherhood branches in Egypt, Gaza, Libya, Syria and Tunisia. The tiny but gas-rich
Gulf state pumped billions of dollars into the former Muslim Brotherhood-led government in Egypt, armed and aided Islamist rebel
factions in Libya and Syria, and pledged millions to the Brotherhood's Palestinian terrorist offshoot Hamas. Its government-backed *Al
Jazeera* news network has helped advance Islamist agendas and provided a platform to Hamas and Muslim Brotherhood dissidents from
other Gulf countries and Egypt.

Although the UAE and Saudi Arabia had earlier embraced Muslim Brotherhood members fleeing repression in their home countries, the
Gulf monarchies subsequently had a falling out with the Islamist movement after its local networks sought to politicize Islam. In a 2002
interview, the late Saudi Prince Nayef Bin Abdi Aziz famously alleged the Brotherhood sought to "politicize Islam for self-serving
purposes" and claimed "that the root of all our problems and issues is the Muslim Brotherhood."

In March 2011, several members of the UAE's al-Islah organization signed a political petition that demanded "an elected parliament with
legislative powers" leading to a major crackdown on the Islamist group. A Facebook group "The UAE Revolution" called for "a revolution

against the era of Sheikhs, a revolution against oppression and suppression of freedoms in the UAE, a revolution against those who have looted from the people of the UAE."

More than 65 members of al-Islah were sentenced up to 15 years in the UAE in July 2013 for plotting to overthrow the Gulf monarchy in a trial contested by human rights groups. In an opinion piece the previous month, Emirati political analyst Sultan Sooud al-Qassemi had called the Brotherhood "the greatest threat to the UAE" and urged the Gulf monarchy to "take immediate measures to show that it will not stand for such threats" from the Islamist movement.

Egypt turned into another battleground for the Gulf monarchies in the wake of the Arab Spring. Relations between Qatar and Saudi Arabia became strained when a Muslim Brotherhood-led government came to power in Egypt in 2012. President Mohammad Morsi's government backed uprisings against Arab monarchies and engaged in outreach to Riyadh's arch rival Iran. Doha, on the other hand, provided Morsi's government billions of dollars in aid. After the military ousted Morsi's Muslim Brotherhood-led government in July 2013, Saudi Arabia and the UAE together offered $8 billion in aid to help pump up the Egyptian economy. The Muslim Brotherhood was subsequently designated a terrorist organization by Saudi Arabia, the UAE, and Egypt.

Qatar's maverick foreign policy seeks to use Iran, the Muslim Brotherhood and other extremists as strategic weapons to upend Saudi dominance and further destabilize the Middle East. The Muslim Brotherhood's successes in overthrowing regimes in Egypt, Tunisia, and other places in its quest for a global Caliphate has Saudi Arabia and the UAE worried that Qatar's support may invigorate the Brotherhood in the Gulf monarchies and create civil unrest.

Qatar just restored full diplomatic ties with Iran that broke off last year following attacks on Saudi diplomatic facilities in Tehran. Doha's close ties to the Islamic Republic will ensure continued collaboration with Iran-backed terrorist groups in Saudi Arabia's restive eastern region of Qatif and Bahrain. Doha will also continue supporting Iran-backed Houthi militias in Yemen complicating the existing political, military, and humanitarian crisis in the country, where a Saudi-led military intervention is underway.

Qatar points to "Saudi and Emirati hypocrisy" by arguing that both the Gulf monarchies have a "shameful history" of support for terror and extremism; so why is the island Gulf nation being singled out? But Doha misses a key point: The question is not so much about either side's support for terror as it is about the bigger and more important issue of regional stability. Qatar needs to recognize this fact and refrain from falling victim to its contentious history and the ambitions of its post-1995 leadership that wants Doha to pursue an independent foreign policy and be a major power in the region. Qatar's failure to stop colluding with destabilizing elements to pursue its regional ambitions will only end up throwing the Middle East into deeper chaos.

URL
(Printing)    https://www.investigativeproject.org/6608/it-time-for-qatar-to-stop-its-regional-meddling

**Date of Intel** 05-30-2019

**Title** Investigative Project on Terrorism: Brotherhood Designation Requires a Chapter-Based Approach

**Notes**

Amid reports that the Trump administration again is considering designating Egypt's Muslim Brotherhood as a terrorist group, several longtime Brotherhood watchdogs and critics are urging caution.



The Brotherhood, created in 1928 by schoolteacher Hassan al-Banna, wants to restore the global Islamic Caliphate â€“ the Islamic theocratic state abolished in 1924 â€“ through the gradual Islamization of society.

But the organization has splintered, especially after the Egyptian military ousted the Muslim Brotherhood-led government in 2013, following that up with a violent crackdown on Brotherhood supporters and arrests of its leaders.

The resulting breakdown of organizational cohesion makes a terrorist designation more challenging.

By law, in order to qualify for designation as a terrorist organization by the U.S. State Department, a group must:

- Be a foreign organization;
- Engage in terrorism, or has both the ability and intent to do so; and
- Its terrorist activity threatens U.S. nationals or national security.

The Muslim Brotherhood, as one organization, doesn't have a unified command and control structure ordering terrorist attacks, said Hudson Institute Senior Fellow Samuel Tadros.

"A political designation [of the overall movement] really doesn't fit at the State Department; it's going to be challenged in court. We're gonna lose," Tadros said. "That's going to give them the biggest victory they're ever had. [They would say,] 'American courts have proven we aren't terrorists.'"

That doesn't mean the Brotherhood and its leaders are peaceful.

Muslim Brotherhood branches, including some in Egypt since the fall of President Mohamed Morsi, have established armed wings that have close relations with hardcore jihadists. This is particularly true in Syria, Libya and Yemen where Brotherhood militias fight side-by-side with Al-Qaida forces.

The Muslim Brotherhood resorts to violence when its path to domination is obstructed, Sir John Jenkins found in the British government's 2015 review of Brotherhood activities.

"They have deliberately, wittingly and openly incubated and sustained an organisation â€“ Hamas â€“ whose military wing has been proscribed in the UK as a terrorist organisation (and which has been proscribed in its entirety by other countries)," the report said. "The writings of the leading Muslim Brotherhood ideologue have been used to legitimise AQ related terror."

"Some leading Muslim Brotherhood members and supporters have endorsed attacks on western forces," it said.

That was true after the 2003 U.S. invasion of Iraq. Late Muslim Brotherhood Supreme Guide Mehdi Akef encouraged Muslims to wage jihad against the United States. He sided with al-Qaida's forces, led by Abu Musab al-Zarqawi, in the April 2004 Battle of Fallujah.

"Participating in jihad is a duty on the neighboring countries" if Iraq wasn't capable of doing it alone, Akef said. "Jihad is the height of Islam, and it is an obligation to go to the Day of Judgment ... The barbaric aggression and the brutal U.S. aggression on Iraq have united the Iraqi people under one umbrella ... and indeed awakened all the [Islamic nation]."

The International Union of Muslim Scholars (IUMS), then led by Brotherhood ideologue Yusuf Qaradawi, issued a fatwa encouraging Muslims to fight Americans in Iraq in November 2004 during the Second Battle of Fallujah.

The Brotherhood denounced the 2011 U.S. "assassination" of Osama bin Laden, calling his activities "legitimate resistance" against the West.

"As long as the occupation remains, the legitimate resistance will remain, and America, NATO and the European Union must announce quickly the end of the occupation of Afghanistan and Iraq and the recognition of the legitimate rights of the Palestinian people," a Brotherhood Arabic language statement said.

And after Morsi was forced from Egypt's presidency, a schism emerged within the Brotherhood's leadership, documents obtained by Egypt's Mada Masr news site show. Older leaders favored peaceful resistance to military rule, while others endorsed violence short of taking lives.

One violent faction sent a member to train in Gaza with Hamas' Qassam Brigades with the intent of passing on terrorist skills to other Brotherhood members in Egypt. The Brotherhood "visibly split" in 2014, Mada Masr found, with the violent faction led nationwide by Guidance Bureau member Mohamed Kamal. He died in a 2016 shootout with Egyptian authorities.

Terror cells linked to Kamal began carrying out attacks in 2015 under the names Popular Resistance Movement (PRM) and Revolutionary Punishment Movement (RPM). These attacks happened just after the Brotherhood's official website, then managed by Kamal's faction, promised "a long, unrelenting jihad" to end military rule.

The Muslim Brotherhood's Shariah Committee published *The Jurisprudence of the Popular Resistance to the Coup* in Arabic that same month.

"Peacefulness is not a fundamental of Islam or the group [Muslim Brotherhood], and special operations work does not mean total confrontation," the eBook said. "... [T]he Jihadi tendency settled as a doctrine in the foundation of Imam al-Banna's methodology and the acculturation of the Muslim Brotherhood."

A website linked to the Kamal faction claimed responsibility for killing Egyptian Prosecutor General Hesham Barakat in June 2015. Egyptian authorities reportedly found evidence linking the Hamas Qassam Brigades to the assassination. Earlier that month, the RPM killed a man because he had helped police round up 40 leaders of pro-Brotherhood protests in Helwan.

PRM and the ISIS Sinai Province claimed responsibility for killing eight Egyptian police officers in Helwan province near Cairo in May 2016.

State Department officials designated Hassm and Liwa al-Thawra as foreign terrorist organizations in 2018. Both groups emerged from Kamal's wing of the Brotherhood, *Mada Masr* reported.

Hassm members trained in Hamas camps with help from Turkish and Qatari intelligence, Egypt's *Youm 7* newspaper reported last July. Hassm is controlled by exiled Brotherhood leaders abroad, the newspaper said.

The best thing the U.S. can do now is to have the Treasury Department sanction Brotherhood entities which finance Hassm and Liwa al-Thawra, Iadros said.

"It will bring the whole thing down, but without the overly political victory for them," Tadros said. "It's a very slow process, but it brings an end to any monies ... for the organization."

Opponents to U.S. action against the Brotherhood argue that designating the movement could open the door to terrorist designations being made for political reasons.

"In this very vein, adding the Brotherhood to the watch list subjects the designation process to our value judgments and political whims, undermining the legitimacy of existing designations," Vish Sakthivel, a fellow at the Foreign Policy Research Institute, wrote last month in the *National Interest*.

Sakthivel and other opponents argue that designating the Muslim Brotherhood as a terrorist organization would compromise American bargaining power and diplomatic flexibility. They also contend that it would validate arguments made by ISIS and al-Qaida that violence is the only valid means to bring about change even though Brotherhood factions work with these terrorist groups.

But the Brotherhood created one designated terrorist group Â¢Â€Â' Hamas Â¢Â€Â" and Brotherhood leaders retained control, the British government's 2015 report found.

The Brotherhood's Shura Council acts as the international movement's legislature. Its bylaws state that its decisions are binding on all Brotherhood chapters.

Top Hamas leader Ismail Haniyeh in 2000 described Hamas as an inseparable branch of the Muslim Brotherhood, and a year later pledged his religious fealty and obedience to Supreme Guide Mohamed Badie.

Brotherhood members swear absolute obedience to the supreme guide as part of their membership.

This pledge of allegiance is not isolated: a 2012 video shows Hamas members in Gaza pledging allegiance to the Muslim Brotherhood. The original 1988 Hamas charter described the movement as "one of the wings of Moslem Brotherhood in Palestine."

Designating the Muslim Brotherhood as a terrorist organization is "aimed at American Muslims and controlling them while at the same time continuing to demonize Islam," former Council on American-Islamic Relations legal director Arsalan Iftikhar argued in a *Washington Post* op-ed.

"If the Muslim Brotherhood is labeled as a 'terrorist' organization, anyone who is labeled a Muslim Brotherhood supporter will be seen as a terrorist sympathizer by their fellow Americans without any proof needed whatsoever," Iftikhar said.

"Nearly 7 million American Muslims would become the primary domestic target of such a designation."

The most recent estimates say American Muslim population s 3.5 million people Â¢Â€Â" half of what Iftikhar claimed.

Whether the United States designates the Brotherhood as a whole, or limits actions to target its violent branches, criminal law and the threshold for prosecution won't change. Random American Muslims Â¢Â€Â" and even Muslims who support the Brotherhood's ideals Â¢Â€Â" cannot be targeted with criminal violations. The line is material support Â¢Â€Â' aid in the form of money, supplies or services Â¢Â€Â" provided to the designated entity.

The Brotherhood's objectives constitute a threat to the United States and its allies.

URL (Printing) https://www.investigativeproject.org/7924/brotherhood-designation-requires-a-chapter-based

Date of   07-28-2014
Intel

Title   Investigative Project on Terrorism: Emerson to Kerry-Obama It's Terrorism, Stupid

Notes

Secretary of State John Kerry's push for a ceasefire in
Gaza last week was so flawed it managed to unite
Israel's fractious political leadership in opposition
while simultaneously being lambasted by the
Palestinian Authority.

The proposal called for negotiations on Hamas
demands, including opening border crossings into
Gaza and relaxed boating restrictions off the Gaza
coast. In addition, its language reportedly upgraded
Hamas Â¢Â€Â" a designated terrorist organization
Â¢Â€Â" to an equal plane with Israel. Then, President
Obama called Prime Minister Benjamin Netanyahu
Sunday to make "clear the strategic imperative of
instituting an immediate, unconditional humanitarian
ceasefire that ends hostilities now and leads to a
permanent cessation of hostilities based on the
November 2012 ceasefire agreement."



In other words, Obama demanded that Israel institute
an immediate unilateral ceasefire even while Hamas
continues its terrorist operations against Israel. True to
form, Hamas escalated its attacks on Monday.

A mortar attack on the community of Eshkol near the
Gaza border killed four Israeli civilians and wounded nine others, five of whom were in critical condition. At the same time, a squad of
heavily-armed Hamas terrorists emerged from a tunnel near Kibbutz Nahal Oz in an attempt to carry out a mass murder attack. The Israeli
military killed one terrorist and is searching for the others.

The U.S. response? In addition to more demands that Israel stop trying to root out the Hamas terror infrastructure in Gaza, administration
officials Monday expressed anger that the Israelis would leak details of the proposed ceasefire and criticize Kerry.

This overlooks an important fact Â¢Â€Â" Kerry's proposal also angered the Palestinian Authority Â¢Â€Â" with a senior official telling
London-based Saudi newspaper Al-Sharq Al-Awsat that "Kerry wanted to create a framework that would be an alternative to the
Egyptian initiative and to our concept regarding it, in order to please Qatar and Turkey." The move would strengthen the Muslim
Brotherhood's stature, the PA official said, "because the Americans think Â¢Â€Â" and will be proven wrong Â¢Â€Â" that that moderate
political Islam represented by the Muslim Brotherhood can combat radical Islam…"

In their haste to bring about an end to the hostilities, U.S. officials have lost perspective about the conflict and how to prevent the next
flare-up. Israel has acknowledged that the depth and sophistication of the Hamas tunnel network greatly surpassed previous
assessments. Reports indicate that Hamas was planning to use the tunnels to wage a massive attack involving 200 terrorists against
communities neighboring Gaza during the Jewish high holiday Rosh Hashanah.

Yet U.S. officials continue to pressure Israel, which already has accepted five ceasefires. All of them were broken by Hamas.

Reports out of Israel say Kerry's proposal did nothing to help identify and dismantle Hamas tunnels or strip it of its remaining rocket
arsenal. Israel's security cabinet quickly and unanimously rejected it.

Israeli Justice Minister Tzipi Livni- considered the most dovish in the cabinet - blasted the proposal as "completely unacceptable" and one
that "would strengthen extremists in the region."

While its specifics have attracted scant attention in American media, it left Israeli commentators dumbstruck. The result "is clearly a major
crisis in Israel-US ties at a time when Israel finds itself in the midst of a complex and costly war," Times of Israel editor David Horovitz
wrote Sunday in a commentary headlined "John Kerry: The betrayal."

An unnamed senior U.S. official briefed Israeli reporters Sunday night, claiming the proposal is being misrepresented. "There was no
Kerry plan," the official said. "There was a concept based on the Egyptian cease-fire plans that Israel had signed off on."

No one else in the arena seems to agree. The proposal was based on Kerry's consultations with Qatar and Turkey Â¢Â€Â" Hamas' two
leading patrons Â¢Â€Â" a move which angered Palestinian Authority officials and other Arab states for empowering a terrorist group
and excluding them.

"Those who want Qatar or Turkey to represent them should leave and go live there," PA President Mahmoud Abbas's Fatah group said in
a statement that Jerusalem Post reporter Khaled Abu Toameh wrote was "directed against Hamas."

Kerry's disastrous idea, giving Hamas a clear diplomatic win at a time it had nothing to show but devastation for a fight it started, drew
perverse praise.

"It takes a certain artistry to irritate and annoy not only the Israeli left and the Israeli right at the same time, but also both Jerusalem and
Ramallah," the Jerusalem Post's Herb Keinon noted wryly.

"This provided Hamas with a badly needed tailwind," Keinon wrote. "Sure, they were getting clobbered, their human shields were
dying, but they were getting what they wanted. The world was talking to them, recognizing their standing in Gaza, presenting their
demands. Why stop, things were going their way. And, indeed, they didn't stop, and violated three different cease fires Saturday night
and Sunday, including one that they themselves declared."

As I noted previously, it was under the terms of the 2012 ceasefire Obama and Kerry are pushing to restore that Hamas diverted money
meant to improve life for people in Gaza to building its tunnel network and built an arsenal of 10,000 rockets Â¢Â€Â" each one
earmarked for firing on Israeli civilians.

If there are suggestions for a better way for Israel to unearth the tunnels and to stop the rocket fire emanating from crammed neighborhoods surrounded by civilians, by all means, offer them up.

It's safe to assume that, in the course of invasions in Afghanistan and Iraq, American forces killed many more civilians than the last three Gaza conflicts combined. It's a product of war. The difference is there were not network cameras poised to show the carnage from a drone strike or other inadvertent killing.

But let's not pretend that this conflict can be resolved by giving Hamas what it wants. Its officials may talk about economic suffering among Palestinians in Gaza. But if the past month has proven anything, it is that the Hamas leadership cares more about creating Israeli suffering than alleviating the pain and devastation its actions have brought upon the Palestinians. The millions of dollars diverted to building tunnels, to importing or manufacturing rockets, could have done wonders to create infrastructure and jobs in Gaza. And none of that activity would have generated Israeli military strikes. But those facts seem to be lost on the mainstream media which Hamas has hardily manipulated to show images of Palestinian casualties rather than show the civilian hiding placesÂ¢Â€Â"like schools, hospitals, mosques, kindergartens, UN centersÂ¢Â€Â"where Hamas has brazenly stored weapons and from where it has also thousands of launched rockets and missiles at Israel.

Hamas political leader Khaled Meshaal made clear what Hamas ultimately desires during an interview with CBS' Charlie Rose that was aired on "Face the Nation" Sunday. Rose tried to pin Meshaal down on Hamas' willingness to accept a two-state solution and coexist peacefully next to a Jewish state.

"Do you want to recognize Israel as a Jewish state?" Rose asked.

"No," Meshaal said. After a long pause, he added, "I said I do not want to live with a state of occupiers." To Hamas, as its charter makes clear, all of Israel is occupied Palestinian land. There can be no peace until Hamas either gives up on its founding principle to destroy Israel or until it is removed from power and influence.

Pushing a ceasefire that accentuates Hamas demands could not be more counterproductive.

Kerry may be feeling some of the sting from all the criticism. In new remarks Monday, he emphasized the need to disarm Hamas.

But he has lost tremendous credibility with those elements who stand opposed to Hamas and its benefactors in Qatar and Turkey. "Jerusalem," writes Horovitz, "now regards him as duplicitous and dangerous."

If he really cares about generating a lasting peace, his next, best move might be resignation. As for President Obama, he might start to educate himself about Hamas' horrific murderous actions and agenda before approving a plan that allows this al-Qaida clone to resurrect itself after being seriously wounded by defensive Israeli actions.

*Steven Emerson is executive director of the Investigative Project on Terrorism (IPT) (www.investigativeproject.org), an international counter terrorist institute focusing on the worldwide threat of radical Islam. He is also the author of six books on terrorism and national security, and producer of two documentaries on terrorism, the latest being an expose of the covert Muslim Brotherhood infrastructure in the US entitled, "Jihad in America: the Grand Deception" (www.granddeception.com) available at Amazon.com*

URL   https://www.investigativeproject.org/4482/kerry-takes-us-diplomacy-off-the-rails
(Printing)

**Date of Intel** 10-30-2014

**Title** Investigative Project on Terrorism: Brookings Takes Both Sides of the Issue on Islamist Censorship

**Notes**

Brookings' partnership with the Organization for Islamic Cooperation (OIC), in conjunction with its Qatari-backed Project on U.S. Relations with the Islamic World, sends a mixed message for a think tank that claims to want "a more open, safe, prosperous and cooperative international system."

The OIC is a 57-government body (56 nations plus the Palestinian Authority) that constitutes the largest United Nations voting bloc.

Fighting against criticism of Islam and those who link the religion with violence under the banner of so-called "Islamophobia" features prominently in the OIC's rhetoric and diplomacy.

"Freedom of expression … cannot be used as a pretext for inciting hatred … or insulting the deeply held beliefs and tenets of all religions," OIC's "Seventh Observatory Report on Islamophobia: October 2013-April 2014" states.



Islamophobia under OIC's definition even covers court-proven facts such as the use of zakat (charity) payments to fund terror, evidenced by the international body's attack on FBI training materials that describes it as a "funding mechanism for combat."

Zakat is the tithe Muslims must pay as a pillar of their faith. It may be spent on feeding the hungry or caring for the sick, but also for funding violent jihad. Muslim authors such as Sheik Muhammad Ali Hashimi, a well-known author in the Arab world, teach that funding "jihad for the sake of Allah" is the most important use for zakat.

Court documents and classified State Department cables demonstrate that numerous charities such as Qatar Charity (formerly the Qatar Charitable Society), the Holy Land Foundation (HLF) and countless others have diverted zakat collections to benefit terror groups such as al-Qaida and Hamas. A 2012 UN Security Council report notes that the Taliban uses zakat collected from areas it controls to finance its operations.

Instead of unequivocally and unconditionally defending free speech, Brookings sends mixed messages, with some experts endorsing the OIC's effort on Islamophobia and others condemning its excesses.

Brookings scholar Ahmet T. Kuru argued following the Sept. 11, 2012 terror attack in Benghazi, Libya that left Ambassador Christopher Stevens and three other Americans dead, that Muslims need "mechanisms and institutions" to prevent the dissemination of "anti-Islamic propaganda." In this case, Kuru implicitly referred to the "Innocence of Muslims" video that the Obama administration and others blamed for triggering the attack.

"The Organization of Islamic Cooperation (OIC) has taken some important steps forward in promoting respectful, civilized and effective ways of fighting Islamophobia. Their diplomatic attitudes, however, have yet to spread at the grassroots level," Kuru wrote, contrasting the OIC's efforts with those of violent Muslim protesters. "The recent incident also shows how counterproductive Islamophobia is. There are politicians and religious leaders in the United tates and Europe who  unfortunately  promote Islamophobia

"Western countries need to develop effective mechanisms and institutions to marginalize Islamophobes; that will be consistent with their principle of working against discrimination, as well as serving their interests in different parts of the world."

Other Brookings scholars reflect this line of reasoning about the threat from Islamophobia and their perspectives similarly align with many of the OIC's complaints.

A few years earlier, in a June 2007 article, former Brookings scholar Peter Singer cited former U.S. diplomat William Fisher, saying that "an unreasoning and uninformed Islamophobia" served as a new prejudice that threatened to undermine U.S. foreign policy and that it was rapidly becoming "implanted in our national genetics."

Brookings scholar David Benjamin extended this line of reasoning in an Oct. 7, 2008 paper, stating that Islamophobia driven by "the religious right and talk radio" had undermined the integration of Muslims into American society. He claimed this compounded the effects with "dubious prosecutions."

"Officials should denounce incidents of anti-Muslim sentiment quickly and vigorously," Benjamin wrote.

The OIC's diplomatic efforts against so-called Islamophobia have included applying pressure to governments and international bodies to criminalize free speech.

### OIC's war on free speech

Brookings invited then-OIC Secretary General Ekmeleddin Ihsanoglu to speak at its annual U.S.-Islamic World Forum in 2006, 2011, 2012 and 2013 in Doha. The conferences drew intellectuals and policymakers from the United States and across the Muslim world, and serve as a major part of Brookings' Project on U.S. Relations with the Islamic World.

Ihsanoglu's organization for years has lobbied the European Union and the United Nations to outlaw criticism of Islam.

In 2008, in the wake of deadly riots throughout the Muslim world over notorious Danish cartoons of Islam's Prophet Muhammad, Ihsanoglu claimed that "Muslims are being targeted by a campaign of defamation, denigration, stereotyping, intolerance and discrimination." He declared that "Islamophobia cannot be dealt with only through cultural activities but (through) a robust political

engagement." The OIC issued a report advocating for a "legal instrument" that would outlaw what the OIC and other Islamic entities perceive as criticism of Islam.

Far from rejecting this censorship, Brookings gave it a platform. Malaysian Foreign Minister Syed Hamid Albar condemned press freedom at the organization's 2008 U.S.-Islamic World Forum: "The so-called principle of freedom of the press, was clearly offensive and derogatory, even by the standards of caricatures ... it could have been resolved at the local level, if only wisdom, understanding and cooler heads had prevailed. Instead it was highlighted as anissue of freedom of expression that could not be interfered versus Islam, thus adding insult to injury ... Western notions of legality pertaining to libel and the like are thus completely irrelevant."

Albar characterized jihad as a "motivational factor to free Muslims from the state of ignorance and to overcome injustices," and that Muslims could engage in "true jihad" to "defend oneself against violence or aggression."

Then-U.S. Undersecretary of State for Public Diplomacy Karen Hughes challenged the idea that speech should be criminalized.

"And let me be clear," she said, "America believes in democracy even when we strongly disagree with the views of those elected, just as America believes in free speech even when we are deeply offended by what is sometimes said."

"In a genuine democracy, all have a right to express their views, share ideas and participate as equal," Hughes added. In a society built on freedom and justice, we have the right to offend one another but the responsibility to do our best not to."

As such, Al-Qaida, Hamas and the Islamic State do not consider themselves terrorists because they are defending themselves against aggression. They instead suggest that the United States andIsrael terrorize Muslims.

"In any partnering, Brookings and the OIC would seem to be working at cross purposes. While Brookings aims for more openness, the OIC wants a more closed, restrictive world. The OIC's charter pledges it to combat defamation of Islam, and thus restrict speech and heighten feelings of offense outside of and within the Muslim world," Nina Shea, senior fellow at the Hudson Institute, and an expert on the OIC, told the Investigative Project on Terrorism. "The OIC is intractable in its pursuit of punishing blasphemous speech through worldwide criminal laws along the lines of the laws and practices of its leading member states, including Saudi Arabia, Iran, Pakistan and Turkey.

"Whether, to accommodate this new partnership, Brookings makes tradeoffs regarding the freedom of its scholars to critically analyze Islamic culture and politics will bear watching."

A 2013 Brookings report on the OIC noted that "in the two decades from the Cairo Declaration in 1990 to the establishment of the Independent Permanent Commission on Human Rights in 2011, the OIC has gradually shed the language of sharia." The report, "A Rights Agenda for the Muslim World? The Organization of Islamic Cooperation's Evolving Human Rights Framework," offered no evidence that the OIC had abandoned its anti-free speech agenda, but nonetheless recommended that "given the OIC's ambition as a human rights actor, the international human rights community should prioritize engagement with the OIC. This would provide the organization with much needed prestige and knowledge that could help in efforts to establish autonomy and authority over human rights issues in member states."

So far, the OIC has failed to outlaw criticism of Islam. Endorsing the criminalization of the "defamation of religions" proved too much even for Brookings, which labeled the OIC effort as "destructive to religious reform."

"Unlike religion, people do need protection. And the OIC's anti-defamation of religions resolution failed to recognize there are already international laws that protect human rights at stake when it comes to religious discrimination that's just to name a few," a 2013 Brookings report said.

OIC also seeks funding from its member states to create "media campaigns to counter intolerance against Islam and discourage using expressions such as 'Islamic' fascists or 'Islamic' extremists for criminal terrorists."

In 2002, following the September 11 terrorist attacks, OIC member states deadlocked on adopting a definition of the word "terrorism." They did agree, however, that Palestinian suicide bombingsagainst Israel did not qualify. OIC delegates strongly condemned defining Hamas and other Palestinian groups as terror groups, saying: "We reject any attempt to associate Islamic states or Palestinian and Lebanese resistance with terrorism."

Qatar hosted the OIC's International Fiqh Academy in Doha in January 2003, when it granted religious sanction to Palestinian suicide bombing  declaring it legitimate jihad  "The Islamic Fiqh Council asserts that jihad and martyr operations done to defend the Islamic creed  dignity  freedom and the sovereignty of states is not considered terrorism but a basic form of necessary defense for legitimate rights  Thus the oppressed peoples who are subjected to occupation have the right to seek their freedom via all means possible  The Islamic Fiqh Council stresses that martyr operations are a form of jihad, and carrying out those operations is a legitimate right that has nothing to do with terrorism or suicide. Those operations become obligatory when they become the only way to stop the aggression of the enemy, defeat it, and grievously damage its power."

The fatwa concluded: "In light of the above, there is no change concerning the Islamic ruling regarding martyr operations as such operations are considered true jihad in the Cause of Allah."

Despite the OIC's extremist track record, Brookings again partnered with it in sponsoring the think tank's 2013 Islamic World Forum.

In December 2006, Brookings' Saban Center for Middle East Policy hosted a forum on Islamophobia that included leaders of Muslim-American groups suspected of ties to the Muslim Brotherhood:

   Â‚Ã· Nihad Awad, a founder and executive director of the Council on American-Islamic Relations (CAIR);

   Â‚Ã· Mahdi Bray, then in charge of the Muslim American Society's (MAS) political arm; and

   Â‚Ã· Louay Safi, a researcher who has worked for the International Institute of Islamic Thought (IIIT) and the Islamic Society of North America (ISNA).

Subsequent FBI investigations discovered that Awad and CAIR were members of a Hamas-support group in the United States created by the Muslim Brotherhood. But by the time the Doha forum took place, Awad publicly acknowledged in 1994 that he was "in support of the Hamas movement more than the PLO. That same year, he also told "60 Minutes" reporter Mike Wallace, who asked about Hamas violence, that "the United Nations Charter grants people who are under occupation [the right] to defend themselves against illegal occupation."

Bray's MAS, meanwhile, was identified as the Muslim Brotherhood's American arm in a 2004 Chicago Tribune expose. "They agreed not to refer to themselves as the Brotherhood but to be more publicly active," the story said.

A year before the forum, Safi was identified publicly as an unindicted co-conspirator in a terrorism support prosecution against Palestinian Islamic Jihad (PIJ) board member Sami Al-Arian. Safi was the IIIT's research director when President Clinton signed an

executive order outlawing support for PIJ and other terrorist groups which were responsible for "grave acts of violence … that disrupt the Middle East peace process" and threaten U.S. national security.

Safi called Al-Arian after the order was issued and asked whether the order would affect his activities. Al-Arian ran a think tank which provided cover for Ramadan Abdullah Shallah, who has been the PIJ secretary general since 1995. The IIIT, Safi's employer at the time, helped underwrite the think tank's operations.

At the 2006 Islamophobia forum, Imad-ad-dean Ahmad, from the Association of Muslim Social Scientists, said that getting so-called "moderate Muslims" to accept Israel's right to exist was a bridge too far.

"I don't think you will find a moderate Muslim who will accept the State of Israel, recognize the State of Israel, recognize the State of Israel as a reality, but to find someone who will actually endorse it and say, 'Yes, Israel is justified in its policies and its actions and moral right to exist.' That's asking a lot," Ahmad said.

Nobody on the panel challenged Ahmad's comment.

Among the speakers at the Islamophobia forum were State Department's Deputy Assistant Secretary for Educational and Cultural Affairs Alina Romanowski, and Dan Sutherland, an officer for Civil Rights and Civil Liberties in the Department of Homeland Security.

The event exemplified the sort of doubletalk Muslim leaders engage in when discussing the connection between Islamic theology and violence. Awad, Bray and Safi detailed numerous anecdotes that supposedly established U.S. mistreatment of Muslims.

Awad complained about a "poll that was conducted by the *Washington Post* and ABC News [that] also found that 1 in 4 Americans admitted of harboring prejudice towards Muslims. That survey also indicated 46% of Americans have a negative view of Islam."

Muqtedar Khan, then a senior nonresident fellow with the Brookings Institution's Saban Center, declared: "I believe that Islamophobia is a graver danger than anti-Americanism, and I hope I can make the case. When I say graver danger I mean a graver danger in things like security threats to the US… Islamophobia is a prejudice and does not correspond to reality."

In 2003, Khan said: "Most non-Muslim critics and often ignorant Muslim advocates of the Sharia (the Islamic Way) equate the Sharia to Hudud laws, the stringent punishments for fornication (flogging), theft (amputation), and adultery (stoning). The maqasid (objectives) of the Sharia is to establish social justice, equality, tolerance, and freedom of religion in societies…Yes, I believe that when the Sharia is interpreted and implemented by educated, enlightened, and compassionate people it will establish social justice and coexist harmoniously with a democratic polity. But if uneducated, angry, and bigoted people take the law in their hands and presume to speak on behalf of God, then tyranny is the most likely outcome."

As scholar Daniel Pipes noted, "This is argument by assertion. He has not provided any basis for this optimism. So far, the record in countries where the Sharia is applied ─ Saudi Arabia, Pakistan, Sudan, Afghanistan ─ is less than encouraging."

Nevertheless, Khan's fantastic and unsupported view of Sharia did not prevent Brookings from bringing him on that same year as a nonresident fellow.

Since the forum took place, dramatic new evidence about CAIR emerged to cement its role in a Muslim Brotherhood support network operating in the United States called the Palestine Committee.

CAIR was listed on a 1994 agenda listing the Palestine Committee's subsidiaries, and Awad and CAIR co-founder Omar Ahmad appeared on an internal committee telephone list (Ahmad is listed as Omar Yehya).

Awad participated in a 1993 secret meeting of Hamas supporters where they discussed how to oppose U.S.-led peace efforts without exposing themselves as Hamas supporters. The evidence prompted the FBI to cut off outreach efforts with CAIR, saying the group was not an "appropriate liaison partner," as long as it was unclear "whether there continues to be a connection between CAIR or its executives and HAMAS."

"It is astonishing, given this history, that the mainstream American media should routinely describe CAIR as 'a Muslim civil rights organization,'" Brookings scholar Peter Skerry wrote in a 2011 column. "It is one thing for CAIR's leaders to ritualistically deny and obfuscate the organization's origins; it is quite another for America's academic, political, and media elites to systematically ignore them."

Yet Brookings' senior management did exactly that by inviting Awad to participate in its 2012 and 2013 Doha conferences.

**Iqbal Sacranie**

Brookings' 2006 U.S.-Islamic World Forum featured Sir Iqbal Sacranie, then-secretary-general of the Muslim Council of Britain. The foremost international symbol of the Islamist war on free speech, Salman Rushdie, wrote in 2005 that "this is the same Sacranie who, in 1989, said that 'Death is perhaps too easy' for the author of The Satanic Verses.' Tony Blair's decision to knight him and treat him as the acceptable face of 'moderate,' 'traditional' Islam is either a sign of his government's penchant for religious appeasement or a demonstration of how limited Blair's options really are."

Rushdie also quoted Sacranie as fuming, "There is no such thing as an Islamic terrorist. This is deeply offensive," and noted that "his organization boycotted a Holocaust remembrance ceremony in London commemorating the liberation of Auschwitz 60 years ago. If Sir Iqbal Sacranie is the best Blair can offer in the way of a good Muslim, we have a problem."

So does the Brookings Institution.

URL   https://www.investigativeproject.org/4638/brookings-takes-both-sides-of-the-issue-on
(Printing)

Date of
Intel

11-24-2014

Title

Investigative Project on Terrorism: Canadian Watchdog Report Chastises RCMP for Islamist Engagement

Notes

A new report by Canada's Point de Bascule takes the
Royal Canadian Mounted Police (RCMP) to task for
participating in a panel discussion Wednesday
sponsored by the Muslim Students Association (MSA)
at the University of Windsor. RCMP Superintendent
Doug Best, who heads the Canadian law-enforcement
agency's national security operations in Ontario, will
appear alongside two Canadian Islamists.



"The upcoming event in Windsor is the latest example
of an increasing and dangerous collaboration
between Canada's security agencies and Islamists
linked to the Muslim Brotherhood infrastructure," the
Point de Bascule report says.

The program, "Violent Radicalization and It Impact on
Muslims," also features two speakers with a history of
supporting radical Islamists. One of those speakers is
Muhammed Robert Heft who recently met with
Taliban officials in Qatar in hopes of getting the
Taliban to stand against the Islamic State. The other
radical Islamist is law professor Faisal Kutty has been a
spokesman for two charities accused of al-Qaida ties.

The host organization, MSA, was founded in 1963 by
Muslim Brotherhood members at the University of Illinois at Champaign-Urbana. It served as the organizational base from which the
Islamist movement in North America sprang. A 2007 New York Police Department report found that extremists use MSAs as "forums for
the development and recruitment of like-minded individuals."

Numerous individuals with MSA ties have been convicted or charged with terrorism-related offenses.

"However, if we look carefully at the organizations that they support and the goal that they pursue, they are indistinguishable from those
defended by violent Islamists," said Marc Lebuis, director ofPoint de Bascule. "In fact, Islamists waging violent jihad and those waging
what they call themselves the "jihad of the tongue" are executing a good cop/bad cop routine in front of our very eyes."

The "Jihad of the tongue" involves calling non-believers to Islam, and it can accompany a military or political struggle. Muslim
Brotherhood ideologue Sheik Yusuf al-Qaradawi contends that this sort of jihad can be waged by "calling others to Islam, highlighting
the merits of Islam and preaching in the language of the target audience."

Qaradawi also notes that this "collective jihad of da'wah (Islamic preaching)" precedes military jihad.

The Hamas Charter similarly endorses the jihad of the tongue as a prong of its offensive against Israel and the Jews, Lebuis said.

"Jihad is not confined to the carrying of arms and the confrontation of the enemy. The effective word, the good article, the useful book,
support and solidarity - together with the presence of sincere purpose for the hoisting of Allah's banner higher and higher - all these are
elements of the jihad for Allah's sake," Hamas says in Article 30 of its 1988 charter.

Point de Bascule, a non profit watchdog group that monitors the activities and operations of radical Islamic groups in Canada, warns that
if those waging the "jihad of the tongue" on Canada's security infrastructure succeed, it will make the "task of neutralizing violent
jihadists almost impossible."

The fruits of this engagement include a 2009 RCMP document "Words Make Worlds" that discourages police officers from using Islamic
concepts to describe the Islamist threat. Michel Coulombe, director of Canada's Security Intelligence Service, testified in February that
his agency prefers to refer to jihadism as "terrorism inspired by Al-Qaida ideology" rather than invoking Islamic terminology.

It's not a notion that will be challenged by the others on Wednesday's Windsor panel.

Muhammed Robert Heft is a Toronto-based convert imam who has advised the RCMP, Canadian parliamentarians along with U.S. and
Australian government agencies counter-terrorism issues. Heft helped create a "Specialized De-Radicalization Intervention Program"
modeled on Alcoholics Anonymous to work with radicalized Muslim youth. He also founded P4E Support Group, which states on its
website that it exists to "assist Muslims converts."

Heft portrays himself as a moderate; however, his Facebook page raises questions about that. Earlier this month, Heft travelled to Doha,
Qatar to meet with Taliban representatives at their "embassy" there.

"Please pray for the success of my mission, I am meeting with the head of the Taliban Embassy in Doha, Qatar and we are working on a
treaty that would state clearly that the Taliban (Mujahideen) don't condone vigilante violence, Criminal acts or Terrorism in Non Muslim
Countries. They have agreed to take it to Mullah Omar," Heft wrote Oct. 24. "This will hopefully put some doubt as to the legitimacy of
ISIS and there(sic) Fatwas about killing indiscriminately."

He said that he had been in communication with the Taliban for the previous six months leading up to his announcement.

Such sentiments ignore the Taliban's history of indiscriminate killing of innocents and its support for Osama bin Laden and al-Qaida both
before and since 9/11. Al-Qaida Emir Ayman Al-Zawahiri pledges his loyalty to Mullah Omar.

Canada's government added the Taliban to its list of terrorist organizations in 2013, noting that the terrorist group mostly relies on
suicide bombings and improvised-explosive devices to kill indiscriminately.

Heft's Facebook page links to the website of Zakir Naik, a Muslim televangelist banned from entering Canada in 2010.

Naik described Jews as "our staunchest enemy" and endorsed Osama Bin Laden, saying:" If [Osama bin Laden] is fighting the enemies of Islam, I am for him Â¢Â€Â¦' If he is terrorizing a terrorist, if he is terrorizing America the terrorist, the biggest terrorist, I am with him."

Faisal Kutty, the third panelist at the MSA event, is a Valparaiso University law professor in Indiana..

Kutty served on the board of Council on American-Islamic Relations (CAIR) Canada office and worked as a spokesman for the World Assembly of Muslim Youth (WAMY), a radical Saudi funded organization and the Benevolence International Foundation (BIF) Â¢Â€Â" both organizations linked to al-Qaida and Osama bin Laden.

Kutty told journalists that BIF "provides succor for the needy, not help for terrorists" and denied that Benevolence International Foundation had ties to Al-Qaida in October 2001, according to the Point de Bascule report.

The United Nations added BIF to its list of Taliban and al-Qaida supporting entities in November 2002, noting its active support for Bin Laden's activities in Bosnia, Pakistan, China, Chechnya and Russia. Three months later, BIF director Enaam Arnaout entered a plea agreement for diverting charitable donations to jihadists.

Kutty publicly defended WAMY in October 2001, telling a Canadian newspaper it was a "very respected organization" and that people "would be shocked" to hear allegations linking it with al-Qaida. But a Canada Revenue Agency (CRA) audit released in 2011 found that WAMY had served as "primary [source] of Al-Qaida financial and fundraising activity" in 1993 and that it "served a critical role in the Arab-Afghan terrorist infrastructure."

Furthermore, in 2003, David Kane, a special agent with U.S. Customs Service, signed an affidavit in which he revealed numerous radical, racist and terrorist activities supported by WAMY, including active support for Hamas' terrorist wing. Kane also cited the fact that WAMY published many books for Muslim youth promoting hatred of Christians and Jews. Kane quoted from one book as follows:

"[T]he seed of the Gulf-war was planted by a Jew; the Jews are enemies of the faithful, God and the angels; The Jews are humanity's enemies; they foment immorality in this world; The Jews are deceitful, they say something but mean the exact opposite; Who was behind the biological crisis which became like brain washing? A Jew; Who was behind the disintegration of family life and values? A Jew; The one that stirred-up hate and turned the individuals against their Muslim governments in the Arab peninsula - a Jew; Who promoted Atheism and made the countries thrive on Muslims' blood? The Jews; Every tragedy that inflicts the Muslims is caused by the Jews."

More recently, Kutty downplayed the role Islam plays in motivating jihadists. In a Nov. 22 column in the *Windsor Star*, he blamed "mental illness" for jihadist terrorist acts, including that of Parliament Hill shooter Michel Zehaf-Bibeau.

"In fact, a few 'radicals' that I have counselled were diagnosed schizophrenics," Kutty wrote.

The report shows that , the RCMP fallen into the same trap as some U.S. law enforcement agencies in that have established close relations with radical Islamist groups who pretend to be moderate. The danger is that the RCMP legitimizes militant groups and radicals who should be shunned rather than dignified as respected moderate allies of the Canadian government in its war against war against Islamic terrorism.

By embracing Islamic extremists who masquerade as moderates, the RCMP effectively has ostracized genuine Islamic moderates in Canada who deserve recognition for their courage in speaking out against the terrorists.

Read the full Point de Bascule report here.

URL
(Printing)   https://www.investigativeproject.org/4663/canadian-watchdog-report-chastises-rcmp-for

MEF001391

Date of   09-18-2019
Intel

Title   Investigative Project on Terrorism: Reconciliation Offer Exposes a Muslim Brotherhood Generational Divide

Notes

Muslim Brotherhood members imprisoned in Egypt offered last month to renounce the group and pay damages in exchange for their freedom. But it doesn't appear the gambit will work, and the move has exposed a generational rift within the 91-year-old Sunni movement.

A series of scandals have hit the mother group including corruption allegations of its leaders who are accused of stealing donations, and recently, the indifference shown by the same leaders to the plight of the group's imprisoned youth.



As many as 1,500 Muslim Brotherhood youth who were convicted in a number of charges including terrorism, vandalism and joining a terrorist listed group in Egypt, signed a petition seeking a reconciliation with the government in exchange for vowing to renounce the Muslim Brotherhood extremism and politics. The petition included a pledge for each prisoner to pay $5,000 in reparations to the Tahya Misr (Long Live Egypt) development fund.

No official response has come from the Egyptian government. But Muslim Brotherhood leaders expressed shock, especially 82-year-old Ibrahim Munir, the de-facto general guide residing in London. He accused Egyptian security authorities of baiting the inmates. "We did not put them in jail and did not force them to join the Muslim Brotherhood," he told Al Jazeera. "Those who want to disown the Brotherhood should do so," saying they have been given the "Nasser's license."

During President Gamal Abdel Nasser's rule (1954-1970), Brotherhood members were offered a chance to revoke their membership and renounce the group's beliefs in exchange for prison release. Many Brotherhood leaders took advantage of the opportunity, but some rejoined the Brotherhood during Anwar Sadat's presidency.

Today, some Brotherhood leaders are criticizing the younger members. "Some of them envy us, I don't know why," radical cleric Wagdi Ghoneim, who is a fugitive in Turkey, said in a videotaped sermon posted earlier this month. "They say those who are in Turkey are riding cars and eating shawarma. It is not your business! What do you expect us to eat? Beans and falafel? God is blessing us because we moved on."

Ghoneim once rejoiced when a hurricane struck the United States as "revenge by the Lord." After Tunisian leader Zine El Abine Ben Ali was ousted from power in 2012, Ghoneim called on young men to die as martyrs for jihad instead of dying in their beds.

Brotherhood leaders have been criticized by some television personalities for demanding the inmates continue to sacrifice while they live comfortably in Turkey, Qatar, Europe and America.

Defections from the Muslim Brotherhood are not uncommon, but they usually happen on an individual basis, said Egyptian-Canadian author and political analyst Azza Sedky. "We've had individual members defecting, such as attorney Tharwat El Kharabawy, and what seemed initially as a genuine defection though proved to be a façade such as Abdel Moneim Abou Fotouh, but a revolt of a whole group of a younger generation of Brotherhood members? No!"

"Some of them may have realized that they will lose an opportunity and will end up in prison for a very long time; that's not remorse; that's desperation," she said.

Brotherhood history is filled with reconciliation initiatives. In many cases, imprisoned Brotherhood members were released, and a short period of calm would follow. After that, the Brotherhood would regroup and plot against the government.

But the Brotherhood betrayed Nasser, was tied to those who killed Anwar Sadat, and even plotted against [Hosni] Mubarak after submitting similar initiatives and reforms of their rhetoric, said former MB leader Tharwat Al Kharabawy. "We can never trust the Brotherhood, for their loyalty is never to a country or a nation, but [to] their own organization," he said last month on the Saudi-financed MBC Masr. "They are not prisoners of war, but prisoners who committed acts of terrorism and similar crimes. The only way out of this is disbanding the entire terrorist group."

For these reasons, Sedky believes that Egyptian authorities are less receptive this time.

"Neither the decision maker nor many Egyptian citizens in general would feel secure to shake hands with MB members or any jihadi group given the history of such reconciliations," said Sedky. "I doubt that a deal will ever be struck with either."

Brotherhood television networks broadcasting from Turkey didn't hold back when criticizing the would-be defectors. "A leader should be held accountable and careful when speaking in public," said Hazem Zayba, a former Muslim Brotherhood spokesman in Egypt, "and the leadership should declare publicly that the Brotherhood are responsible for these prisoners on all levels because they are our people even those who decide to leave the group."

Amr Farrag, the founder of the Muslim Brotherhood propaganda news network Rasd, bashed Munir on his Facebook page, calling him "a pimp." Farrag's page features many posts from the disgruntled families of the imprisoned youth.

Some Islamist group researchers believe that the inmates' initiative should be considered.

"There are many among the Brotherhood youth who were fooled by the Brotherhood rhetoric as now they discovered that it is a group that is broken by rifts and now they seek to reconcile," said former Muslim Brotherhood leader and political researcher Khalid Al Zaafarani.

Former Muslim Brotherhood member Sameh Eid agrees, saying that officials should consider the offer because many of the inmates are serving terms less than five years, so it is important to distance them from the Brotherhood rather than releasing them with vindictive emotions.

Still, silence from government officials indicates that the chances of reconciliation with the younger Muslim Brotherhood members are slim.

Meanwhile, corruption allegations against Brotherhood leaders surfaced in July. A leaked tape from Amir Bassam, a member of Brotherhood's Shura Council, includes him saying Munir and Mahmoud Hussein, the Brotherhood's secretary general in Egypt, acknowledged buying personal properties and vehicles with Brotherhood donations. An internal investigation by the Brotherhood led to the Shura Council being disbanded, Al Arabiya reported. One member, Mahmoud Elibiary, reportedly refused to return the money he had embezzled.

While the Muslim Brotherhood in Egypt has taken a blow, Sedky believes that it is far from finished.

"They will endure, and even if they hide in deep pockets underground, they will still have some presence," she said. "They have instilled their venom in many citizens across many regions in Egypt, and it'll be hard to get rid of them completely."

Still, "it is quite redeeming to see their unified image collapse ... the older generation is not of much use, and the younger one is desperate, but a core exists somewhere in between and won't let go that easily."

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

**URL (Printing)**   https://www.investigativeproject.org/8079/reconciliation-offer-exposes-a-muslim-brotherhood

Date of   04-19-2018
Intel

Title   Investigative Project on Terrorism: 90 Years In, The Muslim Brotherhood Faces An Uncharted Future

Notes

The Muslim Brotherhood has managed to weather many storms during nine decades in Egypt. Presidents Gamal Abdel Nasser, Anwar Sadat and Hosni Mubarak all tried to contain and suppress the Islamist movement, which ultimately seeks a global Muslim Caliphate. But opportunity suddenly presented itself after Mubarak's fall in 2011, and the Brotherhood won power a year later. Any high hopes among voters led to an ill-fated year under President Mohamed Morsi, who was ousted from power when millions of frustrated Egyptians took to the streets during the June 30, 2013 revolution.

A resulting military crackdown put top Brotherhood leaders in jail and sent others into exile. As a result, the Brotherhood celebrated its 90th anniversary April 1 in Istanbul, Turkey, one of the group's last strongholds in the region. It attracted Ibrahim Munir, the group's London-based secretary general and de-facto supreme guide, and Khaled Meshaal, the former head of the Hamas political bureau. The two leaders bragged about the Brotherhood's survivalÂ Â Â under what they labeled tyranny and oppression.



And they tried to project a united front to supporters despite factors that prove otherwise.

The first is an internal struggle over tactics exposed by communiquÃƒÂ©s denouncing members, such as former Secretary General Mahmoud Hussein, for criticizing deadly Muslim Brotherhood attacks on Egyptian police and the army.

Hussein, an official Brotherhood communiquÃƒÂ© said, "not only sought to stop any attempt at approchement, he would occasionally go out in the media to reignite the atmosphere of disagreement and strengthen division within the ranks of the Brotherhood without regard to circumstances or regulations."

Egyptian public opinion toward the Brotherhood changed radically after Morsi's failed tenure, dropping from 80 percent support at the start of the Arab Spring to less than half of that by 2014. "When Egyptians voted in the MB in 2012, it was because they believed they would bring a better life to all," said Azza Radwan Sedky, a Canadian-based Egyptian political analyst and author of Cairo Rewind: the first two years of Egypt's Revolution. "It proved to be a sham."

The group's future never looked bleaker. According to Egyptian political strategist Ahmed Sarhan, "the group's local organization in Egypt has suffered severely under continuous successful security crackdown over the past 5 years, and it is now safe to assume that the leadership has been completely wiped off, most of the senior leaders are serving jail sentences, and [a ]few managed to escape to Qatar and Turkey."

Sedky agreed, saying that she doubts that the Muslim Brotherhood can survive as a powerful organization that can galvanize the majority of Egyptians behind it. Although the group managed to survive previous security crackdowns, it now lacks the public support that it relied on to endure the hard times. This is due to its open war strategy that it is accused of waging against the Egyptian army, police, public officials and even common citizens.

A loss of public support isn't the Brotherhood's only challenge. Financial and political support from countries such as Turkey and Qatar could be affected by mounting pressure from states opposed to the Brotherhood, such as Saudi Arabia, Bahrain and the United Arab Emirates. Turkish President Recep Tayyip Erdogan, whose afinity for the Muslim Brotherhood is well known, defended Brotherhood activities in Turkey labeling them asÂ Â "ideological and not terrorist."

But that support for the Brotherhood isolates Turkey and Qatar politically and economically from neighboring states. Turkey's ailing economy and worsening relations with the EU pose immediate threats. That situation is not sustainable long-term, Sarhan said.

"Turkey and Qatar have offered safe haven to many of the MB middle level leaders, where they have helped establish media outlets to spread their message. Nevertheless, the future of the support given to MB members in these countries [is] questionable," Sarhan said.

Meanwhile, intellectual and organizational stagnation has the Brotherhood pushing the same political agenda it offered during the 1970s. That program focused on infiltrating Egypt's Parliament, vocational syndicates and student unions while promoting archaic social programs that don't fit modern times. This included attempts to ban forms of arts such as opera and ballet. During its one year in power, an aggressive program of "Brotherhoodization" of the Egyptian state was pursued through major government appointments of Brotherhood-aligned officials.

"Islamists in general, and MB sympathizers in particular, will always find their ways through the different political organizations in Egypt, especially labor syndicates and parties of the left movement " Sarhan said. "The only way [to stop that] is to open up the political landscape to the liberal parties, while keeping the pressure on Islamists."

Techniques that helped the Brotherhood survive for 90 years, when little was known about its activities, may be less effective under Egypt's current crackdown. Egyptians recoiled from Morsi' srule, and the Brotherhood's influence has suffered, both at home and abroad. The Brotherhood's past success fooling Western synpathizers into believing it was a moderate force in a chaotic region may be more difficult to preserve.

"MB groups in exile will eventually wither away," Sarhan said, "since they won't be allowed to return home. We can take lessons from Al-Gamaa Al Islamyyah in the 1990s, which collapsed under the security forces pressure, and their affiliates abroad ceased to exist."

All of these factors indicate that the Muslim Brotherhood in its traditional structure and cultural impact may fade away. It is possible that it will split into smaller entities.

"It will take the MB years to build a new hierarchical organization," Sarhan said. It may be able to build an organization in exile, biding time until conditions in Egypt are more favorable. He cited the example of Tunisia's Ennahda movement, whose leader Rached al-Ghannouchi lived in exile in London for decades before returning to lead the government coalition in 2011.

As Sedky said, "The dream of reigning supreme across the Muslim World and the whole world doesn't die easily."

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

**URL (Printing)**  https://www.investigativeproject.org/7408/90-years-in-the-muslim-brotherhood-faces

| | |
|---|---|
| Date of Intel | 04-20-2016 |
| Title | Investigative Project on Terrorism: Social Media Emerges as a Valuable Terrorist Fundraising Tool |
| Notes | |

Social media has emerged as a valuable and effective fundraising tool for terrorist groups. The Internet's easy access and relative anonymity allows terrorist groups to solicit online donations from both supporters and unsuspecting donors who believe they are supporting a humanitarian or charitable activity.

On March 22, for example, the Nafir al Aqsa (Mobilizing for Al-Aqsa) Campaign "to equip the mujahidin of Beit al Maqdis [Jerusalem]," posted (and suspended in the past day) a solicitation for funding under the Twitter handle @Nafeer_aqsa100. It cites a hadith Â¢Â$Â" a saying attributed to Islam's prophet Muhammad Â¢Â$Â" that giving money to those waging jihad is as good as doing it yourself.



*Translation:*

Nafir al Aqsa Campaign

To equip the Mujahdin of Beit al Maqdis

Equip a Mujahid

2,500 Dollars

Kalashnikov

Ammunition vest

Military clothing

Ammunition

Military boots

The Messenger of God (May God bless him and grant him peace) said: "Whoever equips a warrior in the way of God has himself fought, and he who supplies the needs of the family of a warrior has himself fought."

The post lists a Telegram account "Nafeerraq" and email Nafeeraq@tutanota.de to contact the campaign.

Another post from March 23 (also suspended in the past day) solicits funds for jihad, listing the prices of a sniper weapon ($6,000), a grenade thrower RPG ($3,000), and PK machine gun ($5,500).





The solicitation campaign cites a statement from bin Laden: "I urge the youth and the sincere traders to seize this opportunity and undertake this sublime task of defending this religion and savage this Ummah by supporting this Jihad and their properties and by exhorting and fighting against our enemies, especially in Palestine and Iraq."



The Nafir al Aqsa campaign also solicits funds on YouTube.

In an April 2015 post, the Twitter handle @7sanaabil belonging to a Chechen jihadist group Jaish alMuhajireen wal-Ansar ("The Army of the Mujahidin and Ansar") based in Aleppo, Syria, solicited donations for "Arming-Medical-Relief-Sponsorship" and "sponsorship of the families of martyrs." The fundraising campaign uses Whatsapp and Telegram Ä¢Ã¢ÂÂ" mobile apps to receive and send text messages Ä¢Ã¢ÂÂ" to communicate instructions for transferring money. Jaish alMuhajireen wal-Ansar has pledged allegiance to al-Qaida's Syria branch, the al Nusra Front.

An Aug. 21 post by @7sanaabil claims that "Jihad for money' trumps the interpretation of jihad in the Quran as a struggle for self improvement.

A recent report by the Paris-based Financial Action Task Force (FATF), an intergovernmental money laundering and terrorism financing watchdog, underscores the widespread use of social media platforms such as Facebook, Twitter, YouTube, Whatsapp, Skype, and Telegram by terrorist groups and their financial facilitators to coordinate "large-scale and well-organized fundraising schemes" involving thousands of "sponsors" raising "significant amounts of cash."

The challenge in slowing online fundraising "in an era when social media allows anyone with an Internet connection to set himself up as an international terrorist financier" was further highlighted by then-Under Secretary for Terrorism and Financial Intelligence and now CIA Deputy Director David Cohen in a March 2014 address before the Center for New American Security: "We see this activity most prominently in Kuwait and Qatar, where fundraisers aggressively solicit donations online from supporters in other countries, notably Saudi Arabia, which have banned unauthorized fundraising campaigns for Syria."

A fundraising campaign tied to the al Nusra Front and led by Saudi Sheikh Abdullah Mhesne used the Twitter handle "Jihad_bmalk" to call for contributions "to support the Islamic battalions" by invoking passage 47:38 from the Quran: "Behold, you are those invited to spend in the way of Allah; but among you are some that are niggardly. But any who are niggardly are so at the expense of their own souls.'





The now-suspended Twitter campaign openly acknowledged that contributions would help buy weapons by listing the price of 8 mortar shells as "100 Kuwaiti Dinars" or "1,300 Saudi Riyal, Qatari Riyal" and the "150 Kalashnikov bullets, 50 sniper bullets" as "50 Kuwaiti Dinars" and "650 Saudi Riyal, Qatari Riyal." It then assigns "gold" and "silver" "shares of the project" based on the individual's contribution and states. "Choose, my brother, how many share in the Way of God you want." The tweet included Kuwaiti and Qatari Whatsapp numbers to contact to make a donation.

### Swift Reincarnations

hutting down social media pages soliciting for terrorists is more challenging than one might expect. Often, groups recreate accounts under new names to replace those shut down.

In November 2014, for example, the Middle East Media Research Institute (MEMRI) reported on the "Madad Gaza Twitter Campaign" launched the previous month by the military wing of the Palestinian Popular Resistance Committees in the Gaza Strip. The fundraising drive boldly listed prices of weapons and other equipment that could be purchased by donations to the "Mujahideen of Gaza": "Kalashnikov (AK-47 assault rifle)- $1900, four hand grenades Â¢Â€Â" $14, four empty ammunition clips Â¢Â€Â" $14, 120 bullets for a Kalashnikov Â¢Â€Â" $2.5," the post reads. It also lists ways to contact the group. The account was suspended but the same fundraising campaign appeared under a new avatar in an April 1 post.



MEMRI also reported on the Nafir Al-Aqsa ("Mobilizing for A-Aqsa") campaign that was launched on Twitter (@nafeeraq) in November 2014 by Gaza jihadis to raise money to "repel the Jews' aggression and liberate Al-Aqsa Mosque" and is "associated with pro-Islamic State (ISIS) elements in Gaza." The account was suspended but resurfaced under a new Twitter handle @Nafeer_aqsa100 that published its first post on Feb. 5. A March 26 post (since suspended) asks supporters to "Participate in bombing in usurped places and Jewish cities by paying the cost of the rocket for the Mujahideen [Holy Warrior]." It asks Muslims to donate "$900 to buy Katyusha 107 rocket, $4000 to buy 20 km Grad Rocket, an 10000 to buy 40 km Grad rocket."



'n August 2014, the U.S. Treasury Department designated three key terrorist financiers for moving "money, arms, and fighters" to the Syria-based al-Qaeda-affiliated al Nusra Front and the Islamic State "through fundraising appeals on social media and the use of financial networks." Two of the three, Hajaj Al-Ajmi and Shafi Al-Ajmi, both Kuwait-based terrorist financiers, "resumed their tweets using two new accounts after their original accounts were banned," according to a report in the *Kuwait Times*. "We will continue supporting Islam and its people, and praise will be to Allah always," Hajjaj al-Ajmi wrote in his first tweet following the designation. "And only believers believe all what happens to them is for their own good."

## QIWI Wallet Electronic Payment System

A popular method to raise money online by Islamic State militants from Russia's North Caucasus region was the QIWI wallet electronic payment system.

The fundraising campaign was led by the Russian-language ISIS media activist group, ShamToday. ShamToday used VKontakte, often described as "Russia's Facebook," to solicit donations.

The QIWI wallet allows individuals to donate money without requiring them to share their bank account information or even owning an account. According to a Radio Free Europe report, "IS sympathizers who want to donate to ShamToday can do so at a dedicated QIWI kiosk (Russia had over 169,000 of these in 2013) or via their smartphone, by transferring money from their own QIWI account to the ShamToday account number, provided by the group on its donation request."

An advertisement posted on VKontakte by ShamToday appeals for donations using the QIWI wallet system. The solicitation reportedly cites a Quranic verse that direct Muslims to "fight against the disbelievers collectively as they fight against you collectively." The account was suspended following an order by the Russian prosecutor-general in October 2014.

### Raising Money Under the Guise of Charitable and Humanitarian Activities

Financial facilitators who fundraise for terrorism using social media often do so under the guise of soliciting donations for legitimate charitable and humanitarian activities. In November 2014, a French charity that called itself "Pearl of Hope" was shut down after two of its senior leaders were charged with financing terrorism in Syria. The charity's solicitations reportedly "featured poignant images of wounded children and calls for donations to promote the health and education of sick Syrian and Palestinian toddlers." Although Pearl of Hope posts on Facebook and YouTube show that it did indeed transport food and medical supplies in Syria, investigators say the charity also used "such deliveries as a front to funnel covert funds to jihadist groups and had links to the Syrian al-Nusra Front."

### Crowdfunding for Jihad

Terrorist groups have also been known to use crowdfunding websites to raise money by setting up a fundraising page ostensibly for charitable and humanitarian activities while collecting donations to bankroll their jihadi activities. "Terrorism financing continues to manifest itself in so many different ways with more recent developments coming in the form of the use of largely unregulated space of social media by terrorist groups such as ISIL [Islamic State of Syria and the Levant] for crowdfunding," Paul Jevtovic, head of Australia's financial intelligence unit, AUSTRAC (Australian Transaction Reports and Analysis Centre), said during a November regional security summit in Sydney.

In testimony before Canada's Standing Committee on National Security and Defense, Michael Peirce, a senior official with the Canadian Security Intelligence Service (CSIS), also highlighted the use of crowdfunding websites by terrorists to raise funds. "The internet age has given us the ability for people to go and put a public message seeking funds. They won't necessarily direct the full purpose of raising the

funds. Again, they might do it under the cover of humanitarian aid, but crowd share. "I want to go carry out humanitarian aid in Somalia, please share funds," and they set up a website, and funding flows through. It's quite a troubling development from the internet."

International Prepaid Cards

FATF's 2015 report mentions a case study where ISIS supporters asked donors to contact them via Skype. Donors who reached out were told to buy an international prepaid card and send the prepaid card number to them via Skype. The fundraiser then sent the card number to a contact living in a country neighboring Syria who would then sell the card number at a lower price and provide the cash earnings to the terrorist group.

URL  https://www.investigativeproject.org/5314/social-media-emerges-as-a-valuable-terrorist
(Printing)

Date of
Intel          05-04-2018

Title          Investigative Project on Terrorism: Threats to Apostates "Most Severe" in Muslim Countries and Beyond

Notes

It was the traditional *Milad un Nabi*, when Muslims
commemorate the birthday of the Prophet
Mohammed, and the imam in a small Punjab village
had a question.

"Who here does not love the Prophet Mohammed?"
he asked. Mishearing the cleric, 15-year-old Anwar Ali
raised his hand.



A shout went up from the crowd, which had gathered
to celebrate their prophet with songs, poems, and the
reading of sacred texts. "Blasphemer!" the imam
declared, and pronounced that the boy should be put
to death.

Instead, Ali rushed home and cut his own hand off
with a scythe. He returned later to present the imam,
Shamir Ahmed, with the hand placed on a plate
Â¢Â€Â" a sign of his repentance. "What I did was in
love for prophet Muhammad," he reportedly said as
his father expressed pride in his son's actions. While
police later arrested Ahmed for "inciting violence," Ali
was heralded throughout the community as a hero.

In fact, Anwar Ali was one of the lucky ones. Others
accused of blasphemy have been sentenced to lashings, beheading, or both. And it isn't always by the government: in 2014, a Christian
couple, accused of burning verses from the Quran, was set on fire and thrown into a brick kiln by a mob of more than 1,000 people. The
wife, just 24, was four months pregnant.

Five of the couple's alleged killers have been sentenced to death. But more than 100 others have been acquitted.

Such is the state of religious law in much of the world, according to the International Humanist and Ethical Union (IHEU)'s 2017
"Freedom of Thought" report. A thorough analysis of the rights to freedom of thought, expression, and religion worldwide, the report
examines the rights and abuses of humanists, atheists, agnostics, apostates, and those practicing minority religions. Perpetrators named
in the report are not only governments, but members of the general population, such as the university students who beat Mashal Khan to
death after he described himself on Facebook as "the humanist"; the machete-wielding mobs who attacked and killed several humanist
writers in Bangladesh; and the slaughterers of blogger and human rights activist Yameen Rasheed, who was stabbed 36 times in his
home in that popular honeymoon destination, the Maldives.

In all, the report identifies 30 countries as "most severe" with "grave violations," "in which "'apostasy' or conversion from a specific
religion is outlawed and punishable by death" and "religious instruction in a significant number of schools is of a coercive fundamentalist
or extremist variety." In addition, they classify 55 others at the second level of severity, marked by "religious control over family law or
legislation on moral matters," where "'blasphemy' is outlawed or criticism of religion is restricted and punishable with a prison
sentence." Such criteria includes some surprising culprits, including Germany, Greece, and Denmark.

Notably, however, the report points out that the countries identified as having the "most severe" conditions also show "a high
prevalence of human rights abuses across various other sectors of society as well." Further, the list "is predominated by Islamic states or
countries with mainly Muslim populations  or with highly Islamized regions within multi religious nations   The result of all this Â¢Â€Â"
just as many conservative and extremist followers of Islam would probably agree and desire it! Â¢Â€Â" is that it is Islamic states, and
Islamic populations, which pose the most prevalent and often the most serious threat to the non-religious people in their societies
today."

Such threats are not limited to the Muslim world, however, as the 2015 killings of the *Charlie Hebdo* editors made clear. Non-Muslims
perceived to have attacked Islam as well as Muslim apostates in the West such as Wafa Sultan, Ibn Warraq, Ayaan Hirsi Ali, and Salman
Rushdie, live under constant threat. For this reason, in 2015 British-Iranian former Muslim Maryam Namazie began the hashtag
#exmuslimbecause to lend support to those living with the fear of reprisal for exercising their freedom of belief. The hashtag eventually
morphed into an independent Twitter account, which now boasts more than 3,000 followers.

Others have quietly formed secret organizations, such as the Dutch Facebook groups "Ex-Muslims in The Netherlands" and "Moroccans
Without Religion." According to the Dutch newspaper *Trouw*, membership in these groups is by invitation only, and most of the
members remain anonymous. Many have hidden their viewpoints even from their own families. "Ex-Muslims in the Netherlands"
members exchange emotional support, but also recommend books to one another Â¢Â€Â" including titles by Richard Dawkins and
Charles Darwin, *Trouw* reports.

Whatever the risks within their own communities, however, such things are far easier and safer to organize in the West than in the Islamic
world, where the threat comes not just from family and community, but often also from the state. In Iran, Iraq, Qatar, the Maldives, Saudi
Arabia, and the UAE, for instance, apostasy Â¢Â€Â" either leaving Islam for another religion or declaring oneself unreligious Â¢Â€Â" is
punishable by death. Even advocating secularism is illegal in these and many other countries, the Freedom of Thought report points out.

(A series of brief excerpts from the "Freedom of Thought" report available here demonstrates the force of those perils.)

Even so, Western attitudes toward free thought may be gradually worsening. German laws against insulting religion, while perhaps
understandable given Germany's Nazi past, nonetheless violate democratic, post-Enlightenment ideals by imposing prison sentences
on those who merely express an opinion. In the Netherlands, anti-Islam Parliament member Geert Wilders was prosecuted for a 2014
campaign speech in which he promised "fewer Moroccans" in the Netherlands. In finding him guilty, the court called his words
"demeaning and thereby insulting towards the Moroccan population."

Similarly, in the wake of the *Charlie Hebdo* attack and previous attempts on the lives of Mohammed cartoonists Kurt Westergaard and
Lars Vilks, many international activists Â¢Â€Â" including UN Secretary General Ban Ki-Moon Â¢Â€Â" have countered calls for repealing
old blasphemy laws with cries to strengthen them, instead arguing that the cartoonists and others who "provoke" Muslims by "insulting"
them are only asking for trouble.

But humanists and secularists adamantly oppose such moves. They signal a "pattern of regression on a global scale," warns IHEU spokesman Bob Churchill, in the Freedom of Thought report's introduction. Similarly, in an introduction to *The Fall And Rise of Blasphemy Law*, former *Jyllands-Post* editor Flemming Rose, who published the Danish Mohammed cartoons, describes the idea of strengthening blasphemy laws as "nonsense" that indicates "a frightening lack of understanding of the basic principles of a free society."

Tragically, however, that "nonsense" has resulted in immense suffering in the form of torture, "honor" crimes, imprisonment, and death – not just in the Muslim world, but also in the West. Hence if we are going to keep that free society, we will have to do more than understand its "basic principles." We will need to protect, with all our laws, ideals, and voices, the freedoms that we cherish from those who blaspheme against them.

*Abigail R. Esman, the author, most recently, of Radical State: How Jihad Is Winning Over Democracy in the West (Praeger, 2010), is a freelance writer based in New York and the Netherlands. Follow her at @radicalstates.*

**URL (Printing)**   https://www.investigativeproject.org/7431/threats-to-apostates-most-severe-in-muslim

Date of    06-26-2013
Intel

Title    Investigative Project on Terrorism: Exclusive: Banned Cleric's Outspoken Deputy Visits White House

Notes

Radical Egyptian cleric Yusuf Qaradawi is considered so radical that the United States bans him from entering the country.

Qaradawi, considered the spiritual leader of the Muslim Brotherhood movement, has called for the killing of Jews and Americans.

That history makes the June 13 White House meeting with Sheik Abdullah Bin Bayyah all the more inexplicable. Bin Bayyah is vice president of the International Union of Muslim Scholars (IUMS), a group founded by and headed by Qaradawi. The IUMS has a long history of supporting Hamas â¢Â¢Â"a top Hamas leader is an IUMS member â¢Â¢Â"and of calling for Israel's destruction.



Bin Bayyah's website claims that he met June 13 with senior Obama administration officials at the White House.

Nonetheless, it was the Obama administration which sought the meeting with Bin Bayyah, his website's account said.

"We asked for this meeting to learn from you and we need to be looking for new mechanisms to communicate with you and the Association of Muslim Scholars (another name used for the IUMS)," Gayle Smith, senior director of the National Security Council, reportedly said.

Bin Bayyah's June 13 account placed other senior officials in the meeting, including: Rashad Hussain, the U.S. special envoy to the Organization of Islamic Cooperation (OIC), National Security Adviser Tom Donilon and White House spokeswoman Jennifer Palmieri. But the account was later changed to delete the reference to Donilon's presence at the meeting.

Smith also thanked Bin Bayyah for "his efforts to bring more understanding amongst humanity" during the meeting, the Bin Bayyah account said.

The White House did not respond to repeated requests for comments between June 14 and Tuesday.

Bin Bayyah lobbied the White House to "take urgent action" to help Syrian rebels. "We demand Washington take a greater role in [Syria]," Bin Bayyah told Al-Jazeera. President Obama later announced plans to arm Syrian rebels.

In granting Bin Bayyah a visa, White House officials ignored his radical statements as well as his close connection to Qaradawi. The IUM 's hostility toward Israel and its support of terrorists is well documented. Bin Bayyah falls comfortably in line with that view.

For example, in a 2011 statement on his Arabic-language website, he criticized the West for placing Palestinian terrorist groups such as Hamas, Palestinian Islamic jihad and others in the same category as al-Qaida:

"[P]lacing the Palestinian resistance, which defends internationally recognized rights, on an equal footing with intercontinental terrorist organizations (al-Qaida) is not based on any moral principle and would be detrimental to the cause of the fight against terrorism and mix the cards and raises questions to the world conscience and serves terrorists."

The IUMS welcomed Hamas leader Ismail Haniyeh as a member in February 2012. The "Union will spare nothing in the service of the Palestinian people, praising the jihad of the Palestinian people with the leadership of the Hamas movement for resistance," Haniyeh's induction certificate said.

&lt;!-- caption begin --&gt;
Sheik Abdullah Bin Bayyah posted this photo of his June 13 White House meeting.
&lt;!-- caption end --&gt;

A 2004 fatwa, issued while Bin Bayyah was an IUMS board member, sanctioned "resistance," meaning attacks on American troops in Iraq as "a duty on every able Muslim in and outside Iraq."

Jamal Badawi, a longtime ISNA board member, also is listed as a member of the IUMS Board of Trustees. Badawi has repeatedly defended Palestinian terrorism including suicide bombings. His name appears on the first page of a 1992 telephone directory of Muslim Brotherhood members in the United States, and he is listed as a fundraiser in records from the 2008 Holy Land Foundation Hamas financing trial.

Badawi's radical views fit in well with the IUMS, which has issued numerous statements against peace with Israel, calling for the "liberation of Palestine" from Jewish control. Each statement has been unyielding in calling on Muslims to destroy Israel and in

forbidding them from making peace with the Jewish state.

After a board of trustees meeting in December, the IUMS issued a communique calling on Hamas and Fatah to reconcile in the name of "the core Palestinian values (including the right of return and resistance until the liberation of Palestine and its capital Jerusalem) Â¢Â€Â¦ Meanwhile, the union calls on the scholars of the nation to continue their religious role in enlightening the local and international public concerning the dangers that this Judaization policy in Jerusalem poses for the historic unity of the Palestinian territories which is religiously impermissible to give up one inch of it."

A photo on the group's website shows Bin Bayyan was present at the meeting.

In 2009, it issued a fatwa forbidding any normalization of relations with Israel. It came on the 42rd anniversary of the Six-Day War, and Israel's capturing of the Temple Mount.



<!-- caption begin -->
Sleikh Abdallah Bin Bayyah, circled in red, is shown at the International Union of Muslim Scholars (IUMS) board meeting in Doha, Qatar in December. The trustees issued a concluding statement at the meeting calling for Israel's destruction and the return of Palestinians exiled after the Israeli War of Independence in 1948. Photo: IUMS)
<!-- caption end -->

"All political, economic, and cultural dealings and all forms of normalization with the Zionist entity are considered to be a form of supporting and sustaining the occupier in its occupation of land and holy places," the fatwa said. "Moreover, such actions are considered a form of loyalty to the enemy, which is religiously prohibited; as Allah (Exalted and Glorified be He) says: 'And if any amongst you takes them as Awliya' (friends, protectors, helpers, etc.), then surely he is one of them.'(Al-Ma'idah 5: 51). In conclusion, we call on all Muslims, rulers and citizens, to undertake their role, and embark on rescuing Al-Aqsa Mosque and the Blessed Land and freeing them from the clutches of the Zionist occupation."

Just last month, an IUMS-affiliated Egyptian cleric blamed the United States and Israel for driving Egyptian opposition to the Muslim Brotherhood-dominated government. Khaled Kholif invoked the anti-Semitic forgery, The Protocols of the Elders of Zion, as evidence of his argument, the Global Muslim Brotherhood Daily Watch reported.

"America and Israel are pleased with [the Egyptian opposition] movements, which are led by the brainless," Kholif said during an appearance on Egypt's Al-Hafez television flagged by the Middle East Media Research Institute (MEMRI). "They have said so in The Protocols. Let me tell you exactly what they said in The Protocols: 'We will strive to undermine security in the lands of the Gentiles, through reckless revolutions, led by the brainless.' It says so in The Protocols of the Elders of Zion, as translated by Khalife Al-Tunisi.

"If you haven't read it," Kholif said of the Protocols, "you should."

**Embraced by American Islamists**

Bin Bayyah previously met with White House envoy Rashad Hussain when Bin Bayyah participated in a July 2012 Islamic Society of North America (ISNA) conference in his native Mauritania.

His website also indicates he spoke at the ADAMS Center, a large northern Virginia mosque, while he was in Washington June 12.

In addition to his role as IUMS vice president , Bin Bayyah also is a member of the similarly anti-Semitic Qaradawi-founded European Council for Fatwa and Research and the OIC's International Islamic Fiqh Academy, the latter of which issued a resolution in January 2003 sanctioning Palestinian suicide bombings.

Qaradawi and Bin Bayyah show a keen mutual admiration of each other in their writing. Bin Bayyah notably referred to Qaradawi as "a mountain upon whose peak there is light" and as "a great reformer" who "spreads knowledge and wisdom" in a 2008 article published by Boston cleric Suhaib Webb. Qaradawi returned the favor three days later: "The reality is that the more I have come closer to him and got to know him better, the more I have loved him Â¢Â€Â¦"

That article also was published on Webb's site.

And like Qaradawi, Bin Bayyah claims Palestinian violence is acceptable under international law. Islamic law's approval is a given.

"He who adheres to international covenants can resist. The Palestinians. There are international conventions and there are international resolutions which give them rights but do not provide them with the means to obtain their rights. It is their right to resist," Bin Bayyah said during a 2010 Al-Jazeera broadcast. "So, that which says resistance, says kinds of resistance, including the use of weapons. So, international conventions do not stray too far from the interests Islamic Sharia oversees."

Bin Bayyah endorsed a push by Muslim intellectuals to get the United Nations to criminalize blasphemy against the Muslim prophet Muhammad and Islam, saying that it causes violence.

"To people of reason and understanding: We ask everyone to ponder the ramifications of provoking the feelings of over one billion people by a small party of people who desires not to seek peace nor fraternity between members of humanity." Bin Bayyah wrote in a post last fall. "This poses a threat to world peace with no tangible benefit realized. Is it not necessary in today's world for the United Nations to issue a resolution criminalizing the impingement of religious symbols? We request all religious and political authorities, as well as people of reason to join us in putting a stop to this futility that benefit no one."

Considering that this information is readily available on the Internet, it would not have been too difficult for White House officials to uncover that both Bin Bayyah and the IUMS support Palestinian terrorism and Israel's destruction. The White House visit also raises questions relative to the degree the Obama administration is willing to go to court the Muslim Brotherhood both at home and abroad.

URL   https://www.investigativeproject.org/4055/exclusive-barned-cleric-outspoken-deputy-visits
(Printing)

Date of   08-19-2019
Intel

Title   Investigative Project on Terrorism: Minor League Owner Rejects Connecticut Democrats' Demand to Meet CAIR

Notes

Some Connecticut Democratic Party officials want the owner of a local minor league baseball team, the Connecticut Tigers, to meet with the Connecticut chapter of the Council on American Islamic Relations (CAIR-CT). E. Miles Prentice also is the chairman of the board of the Washington, D.C.-based Center for Security Policy (CSP), founded by former Reagan Defense Department official Frank Gaffney.



"While Mr. Prentice is allowed to have his own political opinions, it is clear that the Center for Security Policy supports anti-Muslim rhetoric, something that risks the safety and security of many, especially today. We encourage Mr. Prentice and CAIR to attempt to work toward a better understanding between them," Connecticut state Sen. Cathy Osten, state Reps. Emmet Riley and Kevin Ryan said in a statement reported by the *Norwich Bulletin.*

CAIR CT Executive Director Tark Aouadi demanded a meeting with the Connecticut Tigers after an Aug. 1 *Norwich Bulletin* report on Prentice's CSP connection.

"They've funded all sorts of anti-Muslim bigotry," CAIR spokesman Ibrahim Hooper told the *Norwich Bulletin.*

The meeting isn't going to happen, Prentice said.

"My colleagues and I at the Center for Security Policy are more than willing to debate the content of our research and advocacy on behalf of freedom and the practice of peace through strength with Americans of differing views, but who are also committed to freedom and our Constitution," he said in a statement. "We see no utility, however, to meeting with, or otherwise legitimating, those who seek to silence us or are associated with terrorist organizations like Hamas."

Instead, he said he's willing to meet "with influential leaders of various faith communities to affirm my personal commitment to welcoming and serving all of our fans, irrespective of their religious beliefs, if any, as we have always done."

In backing CAIR's demand, the Connecticut politicians ignored information in the public record tying CAIR and its founders to Hamas. Internal records seized by the FBI show that CAIR was part of a Muslim Brotherhood-orchestrated network of American Islamist organizations called the Palestine Committee. That committee was charged with supporting Hamas politically and financially.

CAIR is listed among the committee's affiliates in a 1994 meeting agenda. U.S. District Court Judge Jorge Solis ruled that prosecution evidence in the 2008 Hamas financing trial against the HolyLand Foundation established a "prima facie case as to CAIR's involvement in a conspiracy to support Hamas." The FBI imposed a ban on liaison work with CAIR in 2008 due to concerns over links between CAIR executives and Hamas.

CAIR co-founder and Executive Director Nihad Awad's name appears in a phone list of Palestine Committee members together with senior Hamas political leader Mousa abu Marzook.

"I am in support of the Hamas movement," Awad said during a 1994 discussion at Barry University. He repeated his support for Palestinian terrorist groups during a 2004 Al-Jazeera interview.

"I truly do not condemn these organizations," Awad said. "I will condemn them only when I see that media outlets are requiring the heads of Jewish foundations in America to condemn Israel for its treatment of innocent people; for killing people whether in Lebanon, Oana, or Palestine; for bulldozing their homes; and for their flagrant human rights violations.

"We do not and will not condemn any liberation movement inside Palestine or Lebanon."

Prentice should not have any connection with CSP, Norwich Democratic Committee member Tracey Burto told the *Bulletin.* The Connecticut Tigers lease a city-owned stadium and are negotiating a 10-year lease extension. Burto, Aouadi and other people attended last week's meeting of the Norwich Baseball Stadium Authority to voice their concerns about Prentice's CSP ties.

"I really think his being part of an anti-Muslim hate group is completely inappropriate," Burto said.

This is not the first time people associated with CSP have been in the crosshairs of Connecticut Democrats. U.S. Sen. Richard Blumenthal lambasted former Attorney General Jeff Sessions for his CSP ties during his March 2017 confirmation hearing.

Blumenthal had a close relationship with former CAIR CT board member and Executive Director Mongi Dhaouadi, who reposted a pro-Qatar video by Sheikh Abdel Majeed al-Zindani on his Facebook page in June 2017. Al-Zindani appears on a United Nations list as a specially designated terrorist. In 2013, the U.S. Treasury Department described al-Zindani as someone who provides "religious guidance in support of [al-Qaida in the Arabian Peninsula] operations."

Dhaouadi also defended Palestinian terrorists.

"Resisting the occupation is NOT terrorism it is a legitimate right of defending ones (sic) self from your land from real terrorists i.e. IDF," Dhaouadi wrote in a 2017 Facebook post.

CAIR CT founder and board member Badr Malik defended the 2006 riots that followed the publication of a cartoon of Muhammad in a Danish newspaper.

"It's not an overreaction in my opinion. Because it's just like anti-Semitism is wrong, you don't put down a religion just because you are not of that religion. It's not supposed to be happening. Making fun of religion, making a joke of a prophet just to provoke people's emotion, it's not right. It's basically bashing a religion," Malik said.

Other CAIR CT board members are similarly radical.

Current board chairman Farhan Memon defended Javed Iqbal, owner of a Brooklyn-based company that provided New York-area satellite customers with Hizballah's TV channel Al-Manar that U.S. government branded a terrorist entity. Iqbal pleaded guilty to providing material support to Hizballah in 2008 and was sentenced to just over five years in prison in 2009. A 2006 *New York Times* report about Iqbal's case noted that Al-Manar programming included calls for violence including suicide attacks against U.S. troop in Iraq.

"It's like the government of Iran saying we're going to ban The New York Times because we think of it as a terrorist outfit," the *Times* quoted Memon saying. "Or China trying to ban CNN."

Memon claimed on Twitter in August 2014 that siding with Israel is "standing with the perpetrators of genocide."

CAIR Connecticut's banquets have featured numerous radicals over the years. These include Hamas defender and noted Islamist Linda Sarsour, Siraj Wahhaj and Aouadi's former boss CAIR Florida Executive Director Hassan Shibly, a radical who defended Hizballah and opposes FBI sting operations.

These Democrats ought to be looking at CAIR's terrorist connections and some of the radical views held by Connecticut chapter leaders instead of trying to shake down Prentice.

**URL (Printing)**  https://www.investigativeproject.org/8034/minor-league-owner-rejects-connecticut-democrats

Date of
Intel        02-07-2017

Title        Investigative Project on Terrorism: Sunni States' Military Spending Sprees Could Fall to Radical Islamists

Notes



Faced with an array of developing threats to their stability and survival, Sunni Arab states have gone on an unprecedented military spending spree, buying up some of the very best capabilities the West has to offer. This development holds the potential for danger should these states be overrun by radical Islamists.

As long as the Sunni governments, guided by concerns over Iran, ISIS and other extremist actors, remain firmly in power, possessing high quality Western weapons in such large quantities will serve their goals of defending themselves.

But should the Sunni countries disintegrate into failed states, or undergo an Islamist revolution â€" an unfortunate yet distinct possibility in the 21st century, chaotic Middle East - Israel and the West could face an explosively dangerous development.

An organized Islamist rise to power would see the military forces of such states come under the command of belligerent decision makers. Alternatively, a failed state scenario would mean that military bases in these countries could be looted, and deadly platforms taken over.

Either way, the scenario of jihadists seizing game-changing military capabilities is real enough for Israel to acknowledge that it is planning ahead for it as a necessary precaution.

Outgoing Israel Air Force Commander Maj.-Gen. Amir Eshel spoke explicitly of this danger on Jan. 24 at the Institute for National Security Studies in Tel Aviv.

His air force must know how to act as a precise surgeon, Eshel said, able to conduct pinpoint strikes based on fine intelligence. But it also must be able to operate like a "big hammer" able to deal with large-scale threats. In the tumultuous Middle East, he said, it seems unreasonable to believe that the current situation will remain as it is. "In five, 10, or 15 years, states can fall," he warned.

Eshel was referring to pragmatic Sunni states that, like Israel, are deeply threatened by Iran's expanding radical Shi'ite axis, and by Salafi jihadist Sunni groups that are bent on destroying all countries that do not fit their vision of an extremist caliphate.

"Even if we have shared regional interests [with these Sunni countries now], we do not know what will happen in the future. Western military sales to these countries have reached $200 billion. This is state of the art weaponry. It is not just about the quantity," Eshel said. It is the Air Force's responsibility to assume that "something will collapse."

Most of the Arab countries' spending spree has gone into their air forces and surface-to-air missiles. The Israel Air Force must ensure it can deal with these capabilities, he added, in the event of future jihadist revolutions.

In the same week that Eshel spoke, the U.S. State Department announced the first weapons sales to Gulf states under the Trump administration, pending approval by Congress

The sales reportedly include $400 million worth of helicopter gunship parts and air-to-air missiles to Kuwait, and $525 million for intelligence balloons to Saudi Arabia. ISIS has already built and deployed its own armed drones, according to reports, and if its goal of seizing control of state assets were realized, it could try to use some of the means on the battlefield.

Gulf Arab countries continue to break records in their rush to purchase military hardware. As part of its bid to deter Iran and boost its ability to hit the Islamic Republic's capital, Tehran, Saudi Arabia modernized its missile arsenal in recent years, purchasing Chinese medium-range surface-to-surface missiles from China, in a deal reportedly facilitated by the CIA.

More recently, the Saudis, who are leading a coalition against Iran-backed Houthi Shi'ite rebels in Yemen, spent $179.1 billion on weapons in 2016, and intend to spend $190 billion in 2017.

Saudi Arabia in recent years has replaced Russia as the third largest defense spender in the world. Salafi jihadists would like nothing more than to topple the Saudi royal court, which they see as a Western puppet, and take control of Islam's holiest sites, Mecca and Medina.

Last September, the U.S. approved $7 billion worth of fighter jets (F-15s and F-18s) to Kuwait and Qatar, and more than $1 billion in F-16 sales to Bahrain.

Egypt, too, has joined the shopping rush, becoming the world's fourth largest defense importer in 2016, buying up arms from the U.S. and France, as well as submarines from Germany.

Egypt, which is in a state of deep civil conflict with the Muslim Brotherhood, is also fighting a stubborn ISIS jihadist insurgency in its Sinai province. ISIS' terror campaign has claimed many lives among Egyptian security forces, and threatens to spread to other areas of the country.

After the fall and disintegration of Syria, Iraq, Libya, Yemen, the idea that the Middle Eastern map will remain unaltered in the coming years is far from certain.

Had Israel, according to international media reports, not bombed Syria's nuclear weapons production facility in Deir Al-Zor in 2007, the area, now filled with ISIS, could have seen nuclear weapons fall into the hands of genocidal jihadists.

Should Sunni states begin their own nuclear programs in response to Iran's own future nuclear efforts, the danger of atomic bombs falling into Islamist hands would increase.

There is no alternative but to plan for such contingencies in the current unpredictable regional environment, where today's rational states could be replaced by sinister forces tomorrow.

*Yaakov Lappin is a military and strategic affairs correspondent. He also conducts research and analysis for defense think tanks, and is the Israel correspondent for IHS Jane's Defense Weekly. His book, The Virtual Caliphate, explores the online jihadist presence.*

**URL (Printing)**   https://www.investigativeproject.org/5777/sunni-states-military-spending-sprees-could-fall

Date of   03-18-2019
Intel

Title   Investigative Project on Terrorism: A Tale of Two Protests: Hamas Crushes Internal Dissent While Fueling Violent Border Riots

Notes



Hamas is ruthlessly trying to crush dissent amid internal protests against the terror group's rule over Gaza that broke out Thursday. Hamas officials reportedly are beating protesters with clubs and using other violence Â¢Â¢â including live fire Â¢Â¢â to disrupt the protests, along with conducting arbitrary arrests of dissidents, human rights activists, and journalists.

Hamas also continued to hold seven Palestinian journalists on Sunday for covering the demonstrations, according to a source from the Palestinian Journalists Syndicate speaking to *The Times of Israel*.

The violence by Hamas against Palestinian protesters critical of economic conditions in Gaza has yet to draw significant international news coverage. And the Committee to Protect Journalists has not issued an alert.

According to the syndicate, Hamas released 10 of the 17 reporters arrested since the onset of protests on Thursday. Four of the released journalists needed medical treatment.

A United Nations official condemned Hamas's "brutal treatment" of the detainees.

"I strongly condemn the campaign of arrests and violence used by Hamas security forces against protesters, including women and children, in Gaza over the past three days," Nickolay Mladenov, United Nations envoy to Israel and the Palestinian territories, said in a statement.

"I am particularly alarmed by the brutal beating of journalist and staff from the Independent Commission for Human Rights and the raiding of homes," he added.

Amnesty International issued its own condemnation Monday afternoon calling Hamas's actions "a flagrant violation of international law."

That seems like a significant story, but most of the world has yet to be informed about it.

"The crackdown on freedom of expression and the use of torture in Gaza has reached alarming new levels," said Amnesty's Deputy Middle East and North Africa Director Saleh Higazi.

"Over the past few days, we have seen shocking human rights violations carried out by Hamas security forces against peaceful protesters, journalists and rights workers."

The statement came after Hamas detained a female Amnesty research consultant and questioned her for three hours, "during which four male interrogators subjected her to ill-treatment."

Hamas also detained more than 80 protesters affiliated with its rival  Fatah  during the weekend

Demonstrations erupted on Thursday in multiple areas throughout Gaza to protest the standard of living and poor economic conditions under Hamas rule. Since taking control of Gaza in 2007, Hamas has consistently diverted international aid and financial transfers to bolster its terrorist capabilities, at the expense of societal concerns. That has contributed greatly to the electricity and water shortages Palestinians there face.

Israel stood ready to help alleviate Gaza's energy crisis, but the Palestinian Authority balked, prompting a Hamas official to ask, "So who is besieging you, the people of Gaza?"

Hamas critics rallied around the message, "We Want to Live!", the *Jerusalem Post* reports. They were motivated by rising unemployment, chronic electricity shortages and new taxes. The electrical flow into Gaza is being curtailed by the Fatah-led Palestinian Authority.

A 32-year-old Gaza man reportedly self-immolated, the kind of protest that helped ignite 2011-12 "Arab Spring" uprisings in Tunisia, Egypt and elsewhere.

A two-year investigation by Human Rights Watch (HRW) released last year found that Hamas and the Palestinian Authority (PA) use systematic torture and repression to stifle any dissent against their rule.

The PA in the West Bank and Hamas in Gaza conduct arbitrary detentions targeting people who criticized them, using broad legislation prohibiting activities seen as promoting "sectarian strife" or offending "higher authorities."

Hamas's violent suppression escalated over the weekend to the point where the Palestine Liberation Organization (PLO) reportedly requested Egyptian and Qatari intervention to pressure the terror group.

While Hamas uses violent and brutal methods to stifle dissent within Gaza, the terror group controls and fuels organized riots on the Israel-Gaza border. Hamas also encourages infiltrations and terrorist attacks targeting Israeli civilians under the guise of peaceful popular protests against the Jewish state. However, media attention predominately focuses on the "Gaza protests" that involve Israel's targeted response to violent protests on its border.

If international rights activists devoted to the Palestinian cause truly cared about the plight of the Palestinian people, they would voice their concerns about Hamas's suppression tactics. Instead, there is a deafening silence as Hamas ruthlessly crushes the hopes of many Gazans seeking a better life.

**URL** https://www.investigativeproject.org/7864/a-tale-of-two-protests-hamas-crushes-internal
**(Printing)**

MEF001411

| | |
|---|---|
| Date of Intel | 07-18-2014 |
| Title | Investigative Project on Terrorism: Democratic Congressman Calls Out Qatar's Hamas Support on Al-Jazeera America |
| Notes | |

A congressman's recent criticism of Al-Jazeera America's Qatari owners for funding of Hamas has renewed questions about the network's journalistic integrity.

Rep. Brad Sherman, D-Calif., who sits on the House Foreign Affairs Committee, also slammed the network's coverage of the latest round of fighting between Hamas and Israel during his July 9 appearance on the network.

"Every one of those rockets [fired by Hamas into Israeli cities] is a war crime, almost every one," Sherman said, noting that Hamas seeks to hit civilian targets. "Of course it's a war crime committed by Hamas. And of course the owners of this TV network help fund Hamas."

Allegations have floated for years about members of the Qatari royal family meddling in editorial decisions of Al-Jazeera's Doha-based English-language sister network. A State Department cable from December 2009 stated that Qatar was using Al-Jazeera as "an informal tool Â¢Â€Â¦ of foreign policy."



This lack of editorial independence came into focus in 2011, when Qatari superiors ordered the re-editing of a two-minute video package that appeared on Al-Jazeera English. Qatari network officials modified the segment to ensure that comments by Sheik Hamad bin Khalifa Al-Thani at the United Nations led the segment, even though staffers judged Al-Thani's comments as being less important than other speakers that day, such as President Barack Obama.

Al-Jazeera America strives to publicly distance itself from its Qatari parents and portray its product as "unbiased, fact-based Â¢Â€Â¦ in-depth journalism." A look at its coverage of the current Gaza conflict, however, calls its claim of being unbiased into question.

The network's pro-Hamas slant has been exhibited in its disproportionate emphasis on deaths of Palestinian civilians without almost any critical mention of Hamas's intentional use of human shields Â¢Â€Â¦ considered a war crime under international law.

Similarly, Al-Jazeera America reporters have made scant reference to the terrorists' use of densely populated areas to fire rockets or of Israel's warning civilians to leave targeted areas prior to bombing.

For example, a July 15 segment of its program "Consider This" focused on the plight of Palestinian children in Gaza. Moderator Wajahat Ali omitted any reference to how the terrorist group endangers children's lives. Ali repeated the mantra about Gaza's population density without a single reference to how Hamas uses mosques and civilian buildings to launch rockets.

During his appearance on the network, Sherman also slammed Al-Jazeera America for dismissing Hamas' threat to Israeli civilians because their rockets had not killed anyone at a kindergarten in Israel.

"Â¢Â€Â¦ [Y]ou on this TV station say, 'well maybe it's not a war crime because it's not successful, the rocket didn't hit a kindergarten Â¢Â€Â¦' it was aimed at a kindergarten but it didn't hit a kindergarten Â¢Â€Â¦' so then it's not reprehensible '" Sherman said.

U.S. officials have harbored concerns about the Qatari royal family for years and even interceded to stop some of the money it sent to Hamas.

A confidential State Department cable from February 2006 describes former Qatari Emir Hamad bin Khalifa Al-Thani, who founded Al-Jazeera by a royal decree in 1996, as a "big friend of Hamas." He notably pledged $400 million to Hamas's cash-strapped government in Gaza during an October 2012 state visit. However, recent reports indicate that the U.S. blocked the transfer of money to Hamas.

Back in 2006, Al-Thani gave $50 million to the then Hamas-led Palestinian Authority.

Al-Thani may have abdicated in 2013 in favor of his son, but the change has not lessened Qatar's financial commitment to Hamas. Qatar's Prime Minister Abdullah bin Naser bin Khalifa Al Thani announced in June that Qatar would give Hamas $60 million to pay the salaries of its civil servants in Gaza.

That kind of open support frustrates American diplomats.

"Officials should make known USG concerns about the financial support to Hamas by Qatari charitable organizations and our concerns about the moral support Hamas receives from Yousef Al-Qaradawi [a popular Muslim Brotherhood cleric living in Qatar]," U.S. Ambassador to Qatar Joseph E. Lebaron wrote in a 2009 secret cable to Washington. He also made clear "high-level Qatari political support is needed" to curtail terror financing.

Hamas received much of its money in Qatar through charitable foundations or popular committees. Hamas politburo chief Khaled Meshaal told Al-Hayat in 2003. Meshaal noted that Qatari TV occasionally organized days when it would collect donations to assist the intifada happening at the time.

Qatar twice provided sanctuary to Meshaal after he wore out his welcome elsewhere. Jordan kicked him out in 1999, and he had to leave Damascus in 2011 after relations between Hamas and the Assad regime soured over the Syrian civil war. Qatar has allowed Hamas to maintain offices in Doha for years.

Qatar Charity, formerly the Qatar Charitable Society and also controlled by the Qatari royal family, has long been suspected of maintaining close ties with Hamas. A secret cable from July 2003 suggests that the charity likely had ties to Hamas. The charity collaborated with the Hamas Ministry of Education 2009 to build schools, according to the Daily Mail. Such schools indoctrinate children with pro-jihadist propaganda.

Osama bin Laden discussed Qatar Charity in 1993 as an important fundraising source for al-Qaida Â¢Â€Â" underscoring its long history of funding terrorism.

Another example of Qatar's complicity with Hamas fundraising has been in its allowing Qaradawi, who heads the Union of Good, to operate within its borders. Treasury Department officials stated in a November 2008 press release that Hamas's leadership created Union of Good in 2000 shortly before the start of the seconc Intifada to "facilitate the transfer of funds to Hamas."

Qaradawi has hosted a program on Al-Jazeera's Arabic chanel where he has advocated Palestinian suicide bombings.

Al-Jazeera America came into being after the Al-Jazeera Meda Network purchased Current TV from former Vice President Al Gore and other investors in January 2013. Worries about Qatar using Al Jazeera America as a propaganda tool surfaced almost immediately.

Al-Jazeera America interim CEO Ehab Al Shihabi fought back hard against those accusations in May. "I am not Qatar. I don't represent Qatar," Al Shihabi told the Paley Center for Media. "I am, you know, separate from Qatar government. I took a grant like what [the] BBC has."

"And the whole concept exercise really is built up on the asset of Al-Jazeera Media Network." he added, "and if I'm not successful to build up on that asset that means I am not a right business person."

Other than Al Shihabi, all of the network's top executives are Americans who previously worked for American networks such as CNN or ABC.

Questions about Al-Jazeera America's editorial independence and slant persist, despite those American hires.

Temple University journalism professor Christopher Harper, a veteran reporter who has covered the Middle East since 1979, noted in a column following the network's launch last August that Al-Jazeera America was not about news, and that its product reminded him of Soviet propaganda. Al-Jazeera America gave Qatar a "seat at the political table in the United States," Harper wrote, adding that it was not likely to make money in the already crowded cable newsmarket.

He has proven correct thus far. Its viewership has been practcally non-existent, averaging 13,000 viewers during prime time.

Al-Jazeera America's uncritical coverage of the Hamas-linked Council on American Islamic Relations (CAIR)'s effort to weaken the terrorism watch list is one example of the slanted coverage. The FBI cut off contact with CAIR in 2008, based on evidence it uncovered tying CAIR and its founders to a Hamas support network. A federal judge also ruled in 2009 that the evidence established "at least a prima facie case as to CAIR's involvement in a conspiracy to support Hamas."

Al-Jazeera America anchor John Siegenthaler Jr. interviewed CAIR-NY board member Lamis Deek on June 25 concerning a federal judge's ruling that the watch list was unconstitutional. Siegenthaler never asked Deek about the national-security considerations stemming from the judge's ruling and seemed to sympathize with CAIR's position.

"I think it is simply providing one side of a story. It doesn't rise to Soviet propaganda, but it certainly is propaganda for one side," Harper told the Investigative Project on terrorism.

A July 10 broadcast of the network's program "Inside Story" hosted by longtime former National Public Radio announcer Ray Suarez provides another example of this slant.

Suarez sought to discuss the failure of peace talks between Israel and the Palestinians, except for one critical part of the story Â¢Â€Â" someone to present Israel's perspective.

Peace would be possible, Suarez and his three guests agreed, if only Israel were to cooperate with Palestinian Authority President Mahmoud Abbas.

None of the guests, including Gershon Baskin, head of the Israel-Palestinian Think Tank; Aziz Abu Sarah of the Middle East Justice & Development Initiative; or former U.S. Ambassador to Egypt Dan Kurtzer, made any reference to Hamas' refusal to renounce violence or its commitment to Israel's destruction, nor provocations by members of the Palestinian Authority calling Israel the occupied "1948 lands," nor Abbas's statements of solidarity with Hamas as far back as 2009.

uerez noted that Baskin had past contacts with Hamas and proceeded to ask him how he would handle peace negotiations with the terrorist group  regardless of the fact that Hamas's charter and recent statements show it has no desire for peace with Israel. The host then referred to Palestinian terrorism as the "armed struggle" Â¢Â€Â" a term Hamas leaders use to describe their terror attacks against Israelis.

Abu Sarah suggested that Palestinians should consider a one-state solution where Palestinians and Jews would live side by side in the same state Â¢Â€Â" something he said "would mean the end of the Jewish state."

Suarez's political bias has been well-known for years. He narrated an April 2007 PBS documentary, "America at a Crossroads: The Muslim Americans," which dismissed CAIR's links to terrorists as the work of "a small band of conservative and pro-Israeli groups, who accuse it of having an extremist agenda."

"There have also been claims that some members of CAIR have terrorist links. But there have been no charges linked to CAIR itself," Suarez said.

Information about CAIR's extremism was readily available atthe time the documentary aired. These included CAIR Executive Director Nihad Awad's 1994 endorsement of Hamas; convictions of CAIR leaders such as Randal "Ismail" Royer and Ghassan Elashi; and its opposition to terrorism investigations.

Conservative journalist Cliff Kincaid questions why Al-Jazeera America continues to operate despite Qatar's terror ties and argues that it should be labeled foreign propaganda.

"Al-Jazeera's entry into the U.S. media market, in violation of the law, was tantamount to giving American broadcast facilities during World War II to 'Tokyo Rose' and 'Axis Sally,'" Kincaid said. "Its broadcasts in the U.S. are not being labeled by cable and satellite providers as foreign propaganda under the Foreign Agents Registration Act.

"In addition, the deal was not reported to the Committee on Foreign Investment in the U.S. (CFIUS) of the Treasury Department, in violation of the law."

Clearly, the terror ties of Al-Jazeera America's Qatari owners should be further examined by U.S. regulatory authorities and members of Congress because many questions remain to be answered regarding the network's independence from foreign control.

URL   https://www.investigativeproject.org/4467/democratic-congressman-calls-out-qatar-hamas

(Printing)

MEF001414

Date of Intel  07-02-2014

Title  Investigative Project on Terrorism: Deporting Al-Arian May Be Easier Said Than Done

Notes

In dropping their criminal contempt case last week against Sami Al-Arian, a member of the Palestinian Islamic Jihad's board of directors during the 1990s, prosecutors said they will seek to deport him under terms of a related 2006 plea agreement.

That may not happen anytime soon. Similar deportation cases have ended successfully, but took several years to complete.

In the interim, Al-Arian is free to resume a normal life, and return to political activity, something he already started to do at pro-Muslim Brotherhood events even under terms of pre-trial release.

Nothing was happening in the contempt case, which had been frozen by U.S. District Judge Leonie Brinkema for five years as she found herself unable to grant a defense motion to dismiss and unwilling to let it proceed to trial. She offered no signs that would change. Twice, she promised a written order on the pending motions keeping the case from going to trial. It never materialized.



The contempt case grew out of Al-Arian's refusal to testify before a federal grand jury in Northern Virginia that was investigating possible terror financing by a group that helped fund Al-Arian's operations. He was given immunity for his truthful testimony, but still refused, claiming that his 2006 plea agreement to conspiring to provide services to the PIJ included a government promise that his "cooperation" with it was over.

There was no such language in his plea agreement, but he argued that the absence of a cooperation clause proved his claim. A grand jury subpoena is compelled testimony, not voluntary. And, as U.S. District Judge James Moody noted in a hearing on the matter, before his plea "Dr. Al-Arian could have been subpoenaed to testify as a witness just like anybody else in this country; right?"

The defense argument amounted to giving Al-Arian a unique exemption because he became a convicted felon. Appellate courts in the 4th and 11th circuits rejected Al-Arian's claims. He prevailed in the end by refusing to budge, an awful precedent for prosecutors trying to compel testimony from hostile witnesses.

That example grows worse if Al-Arian skirts his plea's specific language calling for his eventual deportation.

Removing stateless Palestinians is difficult, however, especially in a case involving a man who served on a terrorist group's Shura council. It requires travel documents and a country willing to accept him.

But it has been done. In 2012, Bayan and Basman Elashi were deported three years after a final order was issued against them. Both were part of Infocom, a webhosting company in Richardson Texas, connected to Hamas political leader Mousa Abu Marzook. Both were convicted of doing business with a terrorist and conspiring to violate export regulations.

The Elashi brothers made their way to Gaza by way of Egypt

And two of Al-Arian's associates were deported to the West Bank   ameeh Hammoudeh, a co-defendant in Al-Arian's terror support trial, was deported in 2006 under terms in a separate tax case. And Fawaz Damra, a fiery imam who raised money for the PIJ, urging that checks be written to Al-Arian's charity, was deported in 2007 after being convicted three years earlier of immigration fraud. Damra introduced Al-Arian as head of "the active arm of the Islamic Jihad Movement in Palestine" during one of their fundraisers.

The Cleveland Plain Dealer later found him selling drapes and doing some teaching in Ramallah.

Hammoudeh's was an exceptionally fast removal. The other cases took years to complete. For Al-Arian, that could mean years to take advantage of his status as a hero to American Islamists and their allies. The contempt case's dismissal was a cause for celebration among those supporters. The Muslim Public Affairs Council (MPAC), which casts itself as a moderate political organization and enjoys close ties to the White House called it "a joyous day." The Council on American-Islamic Relations (CAIR), which was created by a Muslim Brotherhood support network for Hamas in America, first offered praise to God for the case's demise. Then, Executive Director Nihad Awad followed up with a statement noting CAIR's longtime support for "Dr. Al-Arian and his family through this harrowing trial … This is a victory for the entire community, but of course most of all the Al-Arian family."

MPAC  Follow

Prosecutors Drop All Charges Against Al-Arian abcn.ws/1nOmmhP It's a joyous day for Dr. Sami Al-Arian and the entire Al-Arian family!

On his Twitter feed, Awad posted a similar message in English. In Arabic, however, he wrote that Al-Arian endured "11 years of suffering because of the Israeli lobby."

Journalist Glenn Greenwald, recipient of tens of thousands of secret NSA files stolen by Edward Snowden, called the case "One of the worst post-9/11 persecutions."

None of these happy supporters acknowledged Al-Arian's documented role on the PIJ board. Wiretaps showed that he spent the bulk of 1994 arguing with handlers in Iran to keep the PIJ from imploding. Al-Arian's commitment to violent jihad extended beyond running the active arm of the Islamic Jihad Movement in Palestine." He used the occasion of a double-suicide bombing to write a solicitation for

MEF001415

donations for "the jihad effort in Palestine so that operations such as these can continue."

He arranged to bring Ramadan Shallah into the United States on a work visa, and then feigned shock when Shallah emerged in 1995 as the new PIJ secretary general.

To supporters, however, he remains an activist and civil rights advocate. If he is deported Â¢Â€Â" something he promised to help facilitate in his 2006 guilty plea and where willful obstruction could now be a separate criminal offense Â¢Â€Â" those same advocates likely will decry it as an injustice.

Al-Arian was born in Kuwait and raised in Egypt. Neither is likely to want him back, especially Egypt, which waged a violent crackdown on the Muslim Brotherhood and staged mass arrests.

The United States may have options, however. Start with the Palestinian Authority, currently functioning as a unified partnership between Fatah, which dominates the West Bank, and Hamas in Gaza. The U.S. did not break relations with the PA or cut its funding when Hamas, a designated terrorist group, joined the government.

Task the PA with taking Al-Arian in, either in the West Bank or Gaza. The trick would be in getting him past entry points in Egypt or Israel, but the Damra and Elashi cases are examples of previous successes. Another U.S. "ally," the Gulf emirate of Qatar, provided refuge for Hamas political leader Khaled Meshaal.

Al-Arian flouted the system by concocting an imaginary benefit allowing him to rebuff a grand jury subpoena and insisting it was real even if no one could see it. He must not be further rewarded with the comforts and privileges of life here.

As Judge Moody said in sentencing Al-Arian in 2006, "The evidence was clear in this case that you were a leader of the Palestinian Islamic Jihad. You were on the board of directors and an officer, the secretary. Directors control the actions of an organization, even the PIJ; and you were an active leader."

Right now, he's free in America. The Department of Homeland Security needs to do everything it can to send him packing.



**CAIR National**                                         ⭐ Follow

## Alhamdulillah! Federal Court Drops All Charges Against Dr. Sami Al-Arian -



**Nihad Awad** نهاد عوض                              ⭐ Follow

خبر سعيد: اسقطت الحكومة الامريكية كافة التهم ضد د. سامي العريان بعد 11 سنة من المعاناة بسبب اللوبي الاسرائيلي. مبروك له و لفريق المحامين.



**Glenn Greenwald**                                     ⭐ Follow

One of the worst post-9/11 persecutions finally ends as federal court dismisses all charges against Dr. Sami Al-Arian jonathanturley.org/2014/06/2.7/fed...

URL
(Printing)   https://www.investigativeproject.org/4444/deporting-al-arian-may-be-easier-said-than-done

**Date of**
**Intel**        12-30-2019

**Title**        Investigative Project on Terrorism: Is Europe Facing Another Decade of Jihad?

**Notes**

For most of Europe, the end of 2019 marks the close
of a decade of jihad, of terrorist attacks in the streets,
of bombers, shooters, and knife-wielding self-styled
warriors rampaging restaurants and theaters,
stadiums and concert halls, Christmas markets and
kosher markets, trains, museums, magazine offices,
and airports.



But according to a newly-released report from Dutch
intelligence and security agency AIVD, 2020 will not
bring with it an end to such attacks. Rather, more
jihadist activity should be expected, not only in the
Netherlands, but throughout Europe and the West.

There is some good news: the number of attacks in
the West decreased significantly in 2018-2019, from a
record high of 211 in 2015 to just 16 in 2019 as of this
writing. This is largely thanks to vastly improved
intelligence procedures that interrupted dozens of
terrorist plots, such as the June arrest in Belgium of a
man planning an attack on the American embassy,
and of 20 suspects in Copenhagen, Denmark earlier
this month. The gradual decline of the Islamic State
was also an important factor, the AIVD indicates, as
fewer European fighters departed for the region and
Europe tightened its watch of those who attempted,
after fighting for the terrorist group, to return home.

Accordingly, the Dutch National Coordinator of Counterterrorism and Security (NCTV) has reduced the terror threat level from 4 to 3 (on
a scale of 5) for the first time since 2016. But even in doing so, both the NCTV and AIVD warn that another attack is likely. More, the AIVD
expects radicalization and the spread of violent Islamist ideology to increase throughout the West. Indeed, despite the killing by
American troops of ISIS leader Abu Bakr al-Baghdadi, the AIVD warns, "ISIS's underground battle for jihad continues in its central region
(Syria and Iraq). And there is a chance, too, that individual ISIS sympathizers will use his death as a reason to take revenge by staging
further attacks."

What's more, as al-Qaida continues its resurgence, its intentions to attack European targets pose an additional danger.

"Al Qaida controls a base in Syria and elsewhere, facilitating networks in Turkey, among others, and networks of supporters in most
Western countries," the AIVD reports.

But the greatest threat seems to come from Salafist influences, including the long arm of the Saudi government, in educational and
religious institutions throughout the West. Salafist lessons a religious schools and Muslim community centers are a particularly large
problem in the Netherlands, though the AIVD and others believe similar programs are in place in other European countries.

"Promoters of Salafism systematically build intolerant, anti-integrative and anti-democratic ideology in Holland's extracurricular religious
education Â¢Â€Â" and thereby, among children and youth," the AIVD reports. "In practice, this means that an unknown number of
Dutch children are told from an early age that a Muslim should 'turn away' from or 'hate' non-Muslims, dissenting Muslims, Dutch
society and the democratic social order " uch indoctrination it says can easily lead to radicalization

Growing networks of Salafist leaders, many funded by Saudi Arabia, Kuwait and Qatar, exacerbate the problem, the report says. While
many have been educated in Medina and are therefore fluent in Arabic Â¢Â€Â" giving them a certain level of prestige in the Dutch
Muslim community Â¢Â€Â" the majority, the AIVD says, "were raised in the Netherlands, had a Dutch education, and speak fluent
Dutch." And yet, "their strategy, agenda, and message is entirely in conflict with Dutch democratic law and order."

What's more, the Saudis help support the creation of Dutch-language religious lessons that continue to promote that anti-Democratic,
anti-Western message. "Hence," notes the report, "through their systematic efforts, these Salafist promoters are making their doctrines
go mainstream."

The fact that such efforts take place Europe-wide, however, makes the Salafist threat and the Middle Eastern funding of Western Islamic
education all the more alarming Â¢Â€Â" not only in terms of security, says the AIVD, but in respect to integration. "In most West
European countries, developments with Salafism and its followers are similar to what we have in the Netherlands," the report says,
though adds that, "the influence and the networks may take a different form among various migrant groups and other national
differences."

Moreover, the AIVD report authors cite a 2018 report from the Institute Montaigne, "The Factory of Islamism," which showed that that
the "systematic dissemination of intolerant, anti-integrative and anti-democratic ideological concepts by Salafists has far-reaching
polarizing effects on coexistence in Western European democracies; and, because of the risk of radicalization, it ultimately also has an
effect on safety."

Adding to the challenge is the pending release of terrorists whose sentences end in the next three years, said counter-terrorism
consultant Jason Walters. Likely to further spread Salafist doctrine Â¢Â€Â" a doctrine many of them learned from those same Saudi-
funded schools and mosques Â¢Â€Â" they, too, are cause for concern. "We saw what could happen in London," Walters notes,
referring to the Nov. 29 knife attack on London Bridge, carried out by a jihadist who completed his sentence and claimed to have
renounced radicalism.

In addition, reports the AIVD, while little recruiting is taking place among incarcerated Dutch terrorists, "new networks are developing
that are likely to continue after their release."

Still, says Walters, who is a former Islamist terrorist himself, the rise and fall of the Islamic State has also had some unexpected
consequences. "The legacy of ISIS seems to have changed the dynamic somewhat," he says. "It's pushed some towards more
extremism, but it has emboldened a counter-movement. Atheism has really become a thing in the Middle East, for example."

Does that suggest a reason for hope in the long run? Possibly. But such changes take time, and any promise lies in the far future. For now, it seems, even as this decade ends, the dangers of jihadist terror will continue.

*Abigail R. Esman, the author, most recently, of Radical State: How Jihad Is Winning Over Democracy in the West (Praeger, 2010), is a freelance writer based in New York and the Netherlands Her next book, on domestic abuse and terrorism, will be published by Potomac Books. Follow her at @radicalstates.*

**URL (Printing)**   https //www investigativeproject org/8237/is europe facing a second decade of jihad

| | |
|---|---|
| Date of Intel | 01-03-2017 |
| Title | Investigative Project on Terrorism: Beyond ISIS: Europe's Salafists Nurturing Jihad |
| Notes | |

Before there was the Islamic State, before YouTube videos that seduce Europe's Muslims to join in the jihad, before Twitter and Tumblr and the many tools of recruitment on the Internet, there was the local mosque.

There still is.

With all the emphasis now on ISIS and its various affiliates, and on the dangers they pose against the West, we have largely forgotten the forces that were radicalizing Muslim youth in Europe long before ISIS came along. Worse, we have failed to notice they still do. And yet these largely Saudi-backed, Salafist institutions â¢Â¢Â¢" mosques and schools and Islamic community centers â¢Â¢Â¢" arguably pose the greatest threat to Western culture, both in terms of their potential for inspiring terrorism and the sociopolitical influence they exert.

Concerns about Salafist groups and their unwavering impact in Europe have reemerged of late, the result of numerous investigations into ties between European mosques and terror financing organizations. Added to this is a growing unrest within the European Muslim community as it struggles with its own identity and future. In the process, counterterrorism experts and

## POSSIBLE SALAFIST SCHOOL IN ROTTERDAM CONCERNS PARLIAMENT



government officials have increasingly been forced to acknowledge that "bombing the hell out of ISIS," as the U.S. president-elect has sworn to do, won't be enough to solve the problem.

Salafism â¢Â¢Â¢" the orthodox, strictly sharia-based interpretation of Islam championed by the Saudis and at the heart of the Islamic State and similar extremist groups â¢Â¢Â¢" is thriving in the West. And as many experts agree, Salafist ideology is where violent jihadism finds its home.

Now Europe is starting to crack down. For years, governments largely shook their heads in passive, ineffectual dismay over the Salafist mosques in their communities. But the recent rash of terror attacks and concern about increased radicalization among European Muslim youth have spurred officials into action. In November, Germany outlawed the Salafist group "True Religion," which distributes German translations of the Quran, calling it a "collecting pool" for jihadists. According to the New York Times, more than 140 "True Religion" members have joined ISIS in Syria or Iraq.

An estimated 820 Germans are believed to have joined the terror group, about a third of whom have since returned.

In the months following the ban, German media exposed further evidence of Salafist activity, thanks to a leaked intelligence report. Gulf states have actively supported Salafist mosques, schools, and associations, the report revealed, building "missionary movements" funded in part by the Saudi Muslim World League, Sheikh Eid bin Mohammed al-Thani Charitable Association, and the Kuwaiti Revival of Islamic Heritage Society, which the U.S. accuses of having ties to al-Qaida.

Yet the  audi ambassador to Germany denies his government funds imams or maintains ties to  alafism in Germany reports the independent. Further, he insists that his government "does not build mosques."

Cross the border into Belgium, however, and such claims quickly crumble. Rather, the country's largest mosque, located in the midst of Brussels' EU Quarter, is widely known as a "hotbed for Salafist radicalization," according to Die Welt. And it has been financed for nearly 50 years by the Saudis, who also train its imams.

The Saudi connection was part of an oil financing deal made between the Gulf state and then-king Baudouin of Belgium in 1967. In exchange for favorable oil prices, Saudi Arabia received a 99-year lease on the property and the right to train imams. Indeed, according to the Washington Post, "Saudi Arabia .. invested in training the imams who would preach to a growing Muslim diaspora in European countries, including in Belgium."

Essentially, as Die Welt reports, Belgium "gave the House of Saud carte blanche to spread the message of Salafism."

The Islamic Cultural Center at the Great Mosque of Brussels continues the tradition, parlaying its message into the classes it offers to about 700 children, and into its training of a new generation of imams.

This kind of deep integration of conservative, Salafist Islam into the communities of Western Europe is, however, not unique to Belgium. In the Netherlands, officials abandoned an effort earlier this year to outlaw Salafism. It would "intervene in people's personal religious beliefs," thereby violating Holland's constitution, Social Affairs Minister Lodewijk Asscher said at the time.

Yet at a Salafist Koran school in Utrecht, students are taught to reject Western norms in favor of their orthodox Muslim ideals, according to four former students, who independently described their experiences to the Dutch newspaper Volkskrant.

And it isn't just in Utrecht. In Amsterdam, conflicts, sometimes violent, have broken out in mosques between the more moderate old garde and a more conservative, younger generation, as Dutch Muslims battle over their identity. "It is five to twelve," city council member Sofyan Mbarki, himself a Muslim, warned last summer about the growing Salafism in the Amsterdam mosques.

Several recent investigations into Salafist organizations across the country have turned up some eye-opening links to terror groups. In Eindhoven, for instance, the Al-Waqf organization was recently accused of having financial ties to al-Qaida. One of the country's largest Muslim organizations, Al Waqf runs the Eindhoven Al Fourqian Mosque. Its imam, Ismail Bakri, according to Holland's NRC Handelsblad, also is the treasurer and co-founder of the Association des Savants Musulmans (ASM) in Bern, Switzerland. The ASM also has offices in Qatar and Gaza.

The ASM is no ordinary Muslim group. The United States identifies two ASM board members as terror financiers: Kuwaiti Abdul Mohsen al-Mutairi allegedly raised money for jabhat al Nusra in Syria, and Yemeni politician Abdel Wahab Humaiqani is alleged to have financial ties to al-Qaida. The U.S. also believes he was behind a 2012 terrorist bombing in Yemen.

That's not all. ASM is allied with the Qatari Eid Charity, research by Dutch analyst Carel Brendel shows. The other name for the Eid Charity? Sheikh Eid bin Mohammed al-Thani Charitable Association Â£Â£Â£" the same group cited by Germany's intelligence report on Gulf-state funding of Salafist mosques and schools.

Dutch officials put a stop to ASM's plans to build another institute that included a school, in Rotterdam, noting links exposed in Wikileaks documents to Hamas and suspicions it provided funds for Al Nusra. Moreover, the NRC report says that charity founder Abd al-Rahman al Nu'aymi is thought to be a major fundraiser for al-Qaida in Syria and Iraq.

Nonetheless, Dutch directors of the planned project insist that there is no affiliation with extremism.

True or not, Rotterdam has plenty of other problems, as a number of terrorist arrests throughout the past year have made clear. And nationally, extremist ideologies are working their way into the mainstream. In one shocking recent incident, the Meldpunt Internetdiscriminatie (MiND), which addresses concerns about discrimination on the internet, refused to intervene when several Dutch Muslims responded to an online article about a gay group in Morocco by calling for gays to be burned and beheaded. In a letter to the unnamed person who filed the complaint, MiND wrote, "the comments should be seen in the context of Islamic beliefs, which from a legal standpoint keeps them from qualifying as insulting. Some Muslims believe that the Koran states homosexuals should be killed."

In other words, if the Quran calls for homosexuals to be beheaded, then there is nothing wrong with Muslims calling for homosexuals to be beheaded. Context is key.

To its credit, after a Dutch web site posted MiND's letter online, the outcry that followed led to a "re-evaluation" on MiND's part, and the determination that religious context should not apply to calls for violence. A similar situation took place in Germany in 2007, when a judge denied an abused Muslim woman a divorce, citing a Quranic verse that encourages husbands to beat "disobedient" wives. The case was later retried.

For the most part, however, European officials seem at a loss, unsure of how to handle the new Salafist chic. Seeking answers in the aftermath of the attacks in Paris and Brussels, reporters at Holland's *Financieel Dagblad* turned last March to one of the best-known faces of moderate Islam in the Netherlands. Ahmed Marcouch, a Moroccan-born former Amsterdam police officer who now serves in the House of Representatives. Marcouch has been outspoken about the dangers of Salafism, which he has called a totalitarian, anti-democratic ideology that is "spitting its poison into our society."

"Is the Netherlands too naÃ ƒÃ¯ve, then, about Salafism?" the *FD* asked him.

"Yes," he said.

*Abigail R. Esman, the author, most recently, of Radical State: How Jihad is Winning Over Democracy in the West (Praeger, 2010), is a freelance writer based in New York and the Netherlands.*

**URL**
**(Printing)**   https://www.investigativeproject.org/5746/beyond-isis-europe-salafists-nurturing-jihad

**MEF001420**

**Date of Intel** 09-16-2014

**Title** Investigative Project on Terrorism: Syrian Brotherhood Stands Nearer to ISIS Than to U.S.

**Notes**

While the United States tries to build a coalition of Arab allies to join in the fight against the terrorist group ISIS, now known as the Islamic State, one group which stands to benefit directly is coming out against Western intervention and expressing unity with other radical jihadists.

A Syrian Muslim Brotherhood spokesman says attacks on the Islamic State by the United States and its allies are not the answer.



"Our battle with ISIS is an intellectual battle," Omar Mushaweh said in a statement published Sept. 9 on the Syrian Brotherhood's official website, "and we wish that some of its members get back to their sanity, we really distinguish between those in ISIS who are lured and brainwashed and they might go back to the path of righteous, and between those who has foreign agendas and try to pervert the way of the [Syrian] revolution."

Rather, the first target for any Western intervention should be dictator Bashar al-Assad's regime, Mushaweh asserts, according to a translation of his comments by the Investigative Project on Terrorism.

Such comments should reinforce Western concerns about the Syrian Brotherhood, whose members are prominent among the Free Syrian Army (FSA), one of the supposedly moderate factions in the Syrian civil war which receive U.S. training and weapons. And it shows the challenge of finding truly moderate allies on the ground in Syria. Compared to ISIS, the FSA might be considered moderate. Then again, ISIS was so ruthlessly violent that al-Qaida disavowed the group in February.

In addition, the Syrian Brotherhood openly mourned the death last week of a commander in Ahrar Al Asham, a Syrian faction with ties to al-Qaida.

Mushaweh's views about the U.S. intervention are shared by other Brotherhood members. Another Brotherhood leader, Zaher Salem, minimized the ISIS threat by comparing current American rhetoric to that which preceded the 2003 Iraq invasion.

"All of these tales that are being told by America about the primitive, terrorist and threateningÂ,Â nature of the Islamic State are similar to the tales that have been told in regard to the Weapons of Mass Destruction in Iraq, and about the crimes against humanity," Salem wrote in an article published Sept. 13 by the Arab East Center, a think tank associated with the Muslim Brotherhood. "It is trifling to race with others to condemn terrorism and the killing of the American journalist, because we should be aware the aim of this anti ISIS coalition is to pave the way for an Iranian hegemony over the region."

Yusuf Al Qaradavi, an influential Brotherhood cleric living in Qatar, joined in criticizing the American military campaign against ISIS. "I totally disagree with [ISIS] ideology and means," he wrote on Twitter, "but I don't at all accept that the one to fight it is America, which does not act in the name of Islam but rather in its own interests, even if blood is shed."

While both are  unni Muslim movements  each seeking to establish a global Islamic Caliphate  I   views the Brotherhood as too passive, while the Brotherhood sees ISIS as being unnecessarily violent in pursuing its aims.

The two have common enemies, however, including the ruling regimes of Saudi Arabia, Egypt, United Arab Emirates, and Jordan, which have worked to cripple the Brotherhood, and which ISIS considers infidel regimes which should be toppled in pursuit of a broader Islamic Caliphate.

In another indication the Syrian Brotherhood is no moderating force, it issued aÂ,Â statement on its website Sept. 10 mourning the killing of Ahrar Al Asham leader Hassan Aboud in a suicide bombing.

"Syria has given a Â,Â constellation of the best of its sons, and the bravest leaders of the Islamic front and Ahrar Al Sham," the head of the Brotherhood's political bureau, Hassan Al Hashimi, said in the statement translated by the IPT. "We consider them Martyrs."

Ahrar Al Sham is a radical group co-founded byÂ,Â Abu Khaed al Suri,Â,Â who was al-Qaida chief Ayman al Zawahiri's designated representative in Syria. Al-Suri was killed in February in a suicide bombing believed to be carried out by ISIS.

Aboud made clear his ideologicalÂ,Â links to al-Qaida clear n a July 2013 Twitter post. "May God have mercy on the Mujahid Sheikh Abdullah Azzam. He was a scholar of Jihad and the morality.' Azzam was considered a mentor to Osama bin Laden, and pushed conspiracy theories involving Jewish and Christian plots against Islam.

The Brotherhood official mourning Aboud, Al Hashimi, has visited the United States a couple of times since the Syrian civil war started.

He spoke at the controversial Dar al-Hijrah mosque in northern Virginia on Nov. 17, 2013, as part of a program organized by the Syrian Emergency Task Force (SETF). TheÂ,Â SETF has worked closely with Muslim Brotherhood members and some of its officials have expressed anti-Semitic statements and solidarity with Hamas.

Still, the SETF has partnered with the StateÂ,Â Department to implement training projects in Syria. Last December, the SETF's executive director endorsed working with a coalition of Syrian opposition groups called the Islamic Front, even though several entities involved, including Ahrar Al-Sham, had fought with ISIS and the radical Jabhat al-Nusra, or al-Nusra Front. Four Islamic Front affiliates also endorsed a declaration calling for "the rule of sharia and mating it the sole source of legislation" in a post-Assad Syria.

The announcement of the event was distributed to the DarÂ Â AlÂ,Â Hijrah mailing list, but without mentioning thatÂ,Â Al HashimiÂ,Â is the head of the political bureau of the MuslimÂ,Â Brotherhood.



*You're invited to the*

# Syrian Revolution -
# Challenges and Success

By Dr. Hassan Al Hashm & Al Halal member

*When*

Sunday
Nov. 17, 2013
From 7:30pm to 10:30pm

*Where*

Dar Al Hijrah Islamic Center
3159 Row St
Falls Church, VA 22044

Tickets

URL   https://www.investigativeproject.org/4571/syrian-brotherhood-stands-nearer-to-isis-than-to
(Printing)

Date of   06-12-2020
Intel

Title   Investigative Project on Terrorism: Urooj Rahman: Molotov-Lobbing Attorney

Notes

The New York media is titilated, mystified and horrified all at the same time. Why did two seemingly promising young lawyers allegedly carry out a Molotov cocktail attack on an New York Police Department police car? How is it possible that they would cross the line over to violence, upend their lives, and jeopardize their legal careers?

On May 30, in the first days of protests and looting in New York City following the murder of George Floyd in Minneapolis, Urooj Rahman and her friend Colinford Mattis allegedly gathered gasoline and other materials in order to construct Molotov cocktails. According to court documents, they brought the homemade bombs to the protest, and Rahman is accused of hurling a Molotov cocktail inside the broken window of a police car. The pair also reportedly attempted to distribute the Molotov cocktails to others to encourage them to do the same. After initially being released on bail, the court on Friday ordered both of them back to jail. If convicted, they could face between 5 and 20 years in federal prison and be disbarred.



During her attack on the police car, Rahman wore a Palestinian keffiya covering her nose and mouth in imitation of Palestinian protesters. A photo of her that appears in court papers shows her brandishing a Molotov cocktail in one hand while holding the keffiya over the lower part of her face with the other hand. In a video interview with Loudlabs News conducted on a Brooklyn street, Rahman wears a blue medical mask and additionally wraps her keffiya around the back of her neck and over her lower face. This imitation of Palestinian protesters does not appear to be accidental.

During the interview, Rahman justified the violence taking place against the police. People are so angry and frustrated over the deaths of Eric Garner, George Floyd, and too many others, she said, that the only answer is violence: "This s—t won't ever stop unless we f£¢â€Â"king take it all down, and that's why the anger is being expressed tonight in this way. These people have so much pain â¢£â€Â" we all have so much pain from how f£¢â€Â"ked up this country is towards black lives. This has to stop. And the only way they hear, the only way they hear us is through violence, through the means that they use. We've got to use the [slave] master's tools, that's what my friend always says."

When asked if she had heard that some police officers were hurt that night, Rahman again justified violence and blamed the mayor for not pulling the police back. Violence would continue, she warned, because "nothing else works." She also asserted that no reform of the police would be sufficient and declared, "It's not gonna be enough until they defund the police."

Rahman has a history as both a supporter of the Palestinian cause and an anti-police activist from her student days at Fordham Law. She was awarded a Follan fellowship which enabled her to spend the summer of 2014 working in Haifa and the West Bank. There, she was a legal intern at Mada Al Carmel the Arab Center for Applied  cial  cience Research/ Palestine Works  engaging in "research  fact finding and advocacy work on political  social  economic and legal issues affecting Palestinian citizens of Israel." In  eptember 2016 Rahman authored an article in the Fordham Leitner Center Interns Blog describing her experiences titled, "Witnessing occupation, apartheid and resistance in Palestine/Israel."

"My fieldwork confirmed for me that the lives of Palestinians in the occupied Palestinian territories as well as inside Israel are seen as expendable and less valued by the Israeli government," she wrote. "The systematic oppression they face is viewed as a necessary consequence to keep the Israeli military state in power and to assert dominance over the indigenous Palestinian population."

Rahman described joining thousands of people in a 2014 Palestinian protest in the West Bank town of Qalandiya. While Rahman claimed the demonstration was peaceful, media reports indicate that it was violent and included displays of mock rocket launchers glorifying those used by Hamas against Israeli civilians.

In another piece, Rahman claims that "Palestinian citizens [inside Israel] are also often denied their 'democratic' [sic] right to protest." Yet she describes taking part in a demonstration in Haifa together with both Palestinian Arab and Jewish Israelis, which was organized and led by Arab members of the Israeli parliament who opposed the policies of the Israeli government. She neglects to mention that the protesters clashed with police.

In 2014, she helped to produce a report jointly published by Robert Gangi's Police Reform Organizing Project (PROP) and the Leitner International Human Rights Clinic at Fordham Law. Rahman's research for the project is acknowledged at the end of the document.

Gangi is a longtime critic of the NYPD and an advocate for prison inmates who heads PROP, which aims to "to stop the current wasteful, ineffective, unjust, illegal, bullying, homophobic, transphobic, and racially biased practices of the NYPD."

PROP's recommendations concerning the relationship of the New York Police Department towards the Muslim community echo those of the Council on American-Islamic Relations (CAIR)-New York Anti-Surveillance Project, which claims that the NYPD is "inherently biased" against Muslims. PROP similarly wants the mayor and police commissioner to end what it calls the "suspicion-less surveillance of MuslimÂ.ÂAmericans, starting by having the NYPD disavow its "radicalization" theory, on which discriminatory surveillance is based." These claims continue to be promoted by CAIR despite recent significant policy changes made by Mayor Bill de Blasio to improve relations with the Muslim community.

Several years after working on the PROP paper, Rahman was described as a "Pakistani-American activist" who served as a policy coordinator for Gangi's unsuccessful 2017 mayoral primary challenge to de Blasio. Gangi defended Rahman after her arrest and claimed, "I almost feel she must have been set up."

Another of Rahman's unwavering defenders since her arrest is Salmah Rizvi. Rizvi is a former intelligence analyst who worked as a Truman Fellow in the State Department's Office of the Coordinator for Counterterrorism and in the Defense Department during the Obama administration. Rizvi posted bail for Rahman on June 1 and described her to the court as "my best friend."

Rahman has also signaled admiration for female revolutionaries by tweeting an article link titled "10 Female Revolutionaries That You Won't Hear About in History Class."



Urooj Rahman @UroojRahman 16 Mar 2014
10 Female Revolutionaries That You Won&#8217;t Hear About in History Class

Among them were Tawakkol Karman, the 2011 Nobel laureate who gained prominence as a leader of Al-Islah, the Yemeni Muslim Brotherhood. Following her acceptance of the prize, she was feted in Qatar by the extremist and anti-Semitic Muslim Brotherhood ideologue Sheikh Yusuf Al-Qaradawi. Also featured was American revolutionary Kathleen Cleaver, formerly communications secretary for the Black Panther Party in the United States and now a law professor. Cleaver is pictured in her revolutionary days standing in a combat pose wielding a long gun.

Since the emergence of the Black Lives Matter (BLM) movement in the United States, supporters of the Palestinian cause have sought to draw parallels between BLM and the Palestinians. They have attempted to coopt symbols of the movement to serve two purposes: to show solidarity with BLM but also to advance their own cause. A recent example is the work of Palestinian artist Walid Ayyoub, who depicts George Floyd wearing a keffiya around his neck with a Palestinian flag serving as a backdrop.



Similarly, while Rahman expressed solidarity with BLM on her home turf in Brooklyn, she was simultaneously signaling her support for the Palestinian cause with her keffiya. Her reported use of a Molotov cocktail, also seemingly in imitation of Palestinian terrorist tactics, together with her pronouncements condoning violence and apparent admiration for female revolutionaries demonstrate her desire to put words into action.



So it is perhaps not surprising that Rahman chose to outfit herself in a keffiya and a T-shirt proclaiming "The Struggle Will Continue Regardless."

URL (Printing)   https://www.investigativeproject.org/8434/urooj-rahman-molotov-lobbing-attorney

MEF001424

| | |
|---|---|
| Date of Intel | 12-15-2017 |
| Title | Investigative Project on Terrorism: Federally Funded U.S. Institute for Peace Hosts Pro-Hamas Tunisian Group |
| Notes | |

A pro-Hamas leader of Tunisia's Muslim Brotherhood-linked Ennahda Party met last month with the federally funded U.S. Institute for Peace (USIP) in Washington.



Talking Peace With Hamas Supporters?

The Nov. 29 meeting covered the relationship between Islam and democracy in the light of Ennahda's 10th Party Congress in May 2016, the Ennahda Abroad Facebook page said. There, the group agreed to stop trying using electoral politics to achieve its religious objectives. This change of tactics likely was caused by Ennahda's 2014 defeat in Tunisian elections.

In Washington, Ennahda Shura Council President Abdelkarim Al-Harouni led a delegation which met with USIP Executive Vice President William B. Taylor and Vice President for the Middle East and Africa Michael Yaffe.

The USIP defended its engagement with Ennahda and said it does not endorse Ennahda's position on the Israeli-Palestinian conflict, the organization said in a statement to the Investigative Project on Terrorism.

"In order to prevent violent conflict and support Tunisia in its efforts to become a peaceful democracy, USIP has been facilitating dialogues in Tunisia since 2012. These efforts require USIP to engage with and maintain relationships with a variety of actors such as political parties, government officials, local officials, religious leaders, and civil society groups to ensure inclusivity. USIP does not endorse the actions or statements of any actor or political party," USIP said.

"USIP consistently fails to do its homework to discern Islamists and avoid them. Instead, it welcomes them and thereby counters its own mandate to foster peace," Middle East Forum founder and President Daniel Pipes told the IPT.

While Ennahda may have respected Tunisia's electoral outcome which forced it from power, its 2016 Congress took a page from Muslim Brotherhood founder Hasan al-Banna's playbook by emphasizing the need for Islamic education to gradually Islamize society from below over time instead of imposing Islam by the state. Al-Banna allowed participation in elections, but he taught that education was a key to Islamization. The party's politicians were barred from speaking or doing political organization in mosques.

"It's not a separation, it's a takhassus (specialization)," Ennahda Shura Council member and member of the Tunisian parliament Farida Laabidi told The Washington Post in May 2016. "Our references will remain Islamic, but it's not logical for us to try to do everything from tarbiya (religious education) to manage economic policy."

Many Tunisians were ignorant of Islam and that education was needed to Islamize Tunisia, Ennahda founder Rached Ghannouchi said in 2012.

Al-Harouni, who led the delegation at last week's USIP meeting, openly endorses Ghannouchi's anti-Israel policies.

"Our Constitution urges us to support just causes in the world, foremost of which is Palestine," Al-Harouni said at a Nov. 7, 2015 Ennahda rally in Tunis. "Nothing will come from Tunisia except support for the Resistance and the Intifada. There will not come from it any normalization with the Zionist entity; we do not normalize with tyrants, occupiers, putschists and terrorists.

"...[T]he liberation of Palestine will pass through the liberation of the Arab world and that ... revolution launched from Tunisia will not be achieved except in Holy Jerusalem."

"Resistance" is often a coded reference for violence. Hamas, for example, is a violent terrorist organization. Its name is an acronym, which translates in full to the "Islamic Resistance Movement."

During his U.S. visit, Al-Harouni visited the home of Dar al-Hijrah Islamic Center board member Esam Omeish on Nov. 26, an Omeish Facebook post shows. Omeish expressed solidarity with Islamist leaders around the Middle East above a picture of him posing with Al-Harouni on his Facebook page:

"The brethren [Ikhwan] everywhere are from the same blessed niche in [Mohamed] Morsi of Egypt, [Abdelilah] Benkirane of Morocco, [Recep Tayyip] Erdogan of Turkey, and [Mohamed] Sowan of Libya, and other countries of Islam in spite of all the smearing, forgery and brainwashing; a thorn in the side, and a wall against the disintegration of this Umma. They are the makers of the renaissance of this Umma, whose time has come. To God is everything before and after."

Omeish was forced to resign from a Virginia immigration panel in 2007 after an Investigative Project on Terrorism video showed him invoking the "jihad way" for Palestinian liberation. He also lamented Israel's killing of Hamas founder Ahmed Yassin in 2004. Earlier this year, the internationally recognized Libyan government in Tobruk classified Omeish as a terrorist. A February 2016 Facebook post supported the al-Qaida-linked Mujahideen Shura Council of Derna.

Ghannouchi, Ennahda's founder, called upon international organizations and "supporters of justice and fairness in the world" for political and financial assistance for Hamas-ruled Gaza during the July 2014 war between Hamas and Israel. A month later, Ghannouchi posted a photo of himself with then-Hamas chief Khaled Meshaal and expressed his solidarity with the Palestinians.

Ghannouchi said he reached out to Meshaal and "congratulated him on the victory achieved by the people of Gaza against Israeli aggression which last nearly two months, and which left more than 2,000 dead and thousands of wounded, and a vast destruction of property."

Ennahda issued a communiquÁfÁ© following this meeting denying that Hamas is a terrorist group.

"[Ennahda] [c]onsiders the victory of the Resistance in Gaza is a victory for moderate Islam approach as opposed to the brutal forms of terrorism and violence associated with Islam," Ghannouchi's group said.

Another Ennahda communiquÁfÁ© shows Ghannouchi meeting with Meshaal again on Sept. 13, 2014. Other top Ennahda members met with their Hamas counterparts in October 2014 to discuss where the resistance to Israel was headed, Ennahda's website said.

Apart from his Hamas-related activities, Ghannouchi actively encouraged Tunisians to fight against the Assad regime in Syria, the Lebanese news website NOW News reported in October 2014. He allegedly told the parents of two young men who went to fight in Syria that it was "better for your son to die in Syria than here. He will be a martyr and he will mediate for you on Judgment Day. Fighting Bashar al-Assad is better than staying here."

Tunisians supplied the largest contingent of foreign fighters supporting ISIS.

Ghannouchi's rabidly anti-American and pro-terrorist stances led the Clinton administration to bar him from entering the U.S. in 1994.

Ghannouchi advocated the "destruction of the Jews" during a 1990 conference in Tehran, and also invoked Ayatollah Khamenei's "call to jihad" against America, "the Great Satan. The allies of Zionism are the allies of Satan."

The Obama administration lifted the ban on him entering the U.S. in the fall of 2011 even though copious evidence showed that Ghannouchi still supported terrorists.

That May, Ghannouchi invoked Yassin's prediction that Israel would be eliminated by 2027. "I say that this date may be distant," he told Qatar's *Al-Arab* newspaper. "Perhaps Israel will disappear before that."

### Masmoudi and Dhaouadi Lobby for Ghannouchi and Ennahda

Ghannouchi was joined at the USIP meeting by two people on whom he has long relied to lobby on his behalf in the United States. Radwan Masmoudi is president of the Center for the Study of Islam and Democracy (CSID), and Mongi Dhaouadi, who is tied to CSID and has been the Connecticut director for the Council on American-Islamic Relations (CAIR).

CSID has had a close relationship with the State Department and members of Congress.

Masmoudi played a key role in establishing contact between the U.S. Embassy in Tunisia and Ennahda, an August 2006 State Department cable said. It also acknowledged that Masmoudi received money from the State Department's U.S.-Middle East Partnership Initiative (MEPI).

A November 2016 U.K. Parliament report describes Masmoudi as "an advisor to the President of Tunisia's [Ennahda] party," meaning Ghannouchi. Masmoudi belonged to Ennahda in the 1980s and 1990s, *TunisiaLive* reported in August 2012.

CSID has repeatedly hosted Ghannouchi at U.S.-based events since the Obama administration granted him a visa in 2011.

Dhaouadi, a Tunisian-born senior program officer with CSID, also has worked with Ghannouchi and participated in Ennahda Party activities in the past, such as its May 2016 Congress. An Ennahda Party Abroad Facebook post describes Dhaouadi as the "Representative of the American Bureau."

Like Ghannouchi, Dhaouadi supports terrorism against Israel. However, he denies that Palestinians who kill Israelis are terrorists. "Resisting the occupation is NOT terrorism it is a legitimate right of defending oneself from your land from real terrorists i.e. IDF," a 2015 post shared by Dhaouadi on his Facebook page said.

Dhaouadi also supports the Boycott, Divestment, Sanctions (BDS) movement against Israel.

He also showed support last June for Shiekh Abdel Majid Al-Zindani, who is listed by the U.S. Treasury Department as a Specially Designated Global Terrorist due to his ties to al-Qaida. Treasury officials noted in 2013 that Al-Zindani is a "spiritual leader" to al-Qaida in the Arabian Peninsula (AQAP).

Despite this supposed moderation at home  Ennahda clearly supports violent Islamic revolution elsewhere  particularly in the Palestinian Israeli conflict and in  yria  Unless U  IP officials challenged Ennahda on these issues  its meeting likely did little to advance the cause of peace

**URL**    https://www.investigativeproject.org/7090/federally-funded-us-institute-for-peace-hosts-pro
**(Printing)**

**Date of Intel** 10-11-2018

**Title** Investigative Project on Terrorism: French Say 'Non' to Islamist Performer at Bataclan

**Notes**

On Nov. 13, 2015, a series of islamist terrorist attacks shook the city of Paris. One hundred thirty people were killed and hundreds others injured in coordinated shootings and a suicide bombing that hit the Bataclan concert hall, the Stade de France stadium, and several bars and restaurants, all in the name of the Islamic State.



In the three years since, the Bataclan, now owned by a Qatari group, has staged provocative performances that some argue are not only pro-Muslim, but pro-Islamist. In April, when the venue announced a concert set to feature controversial rapper Medine, who has been criticized for attacks on France's secularism, many determined that enough had now become enough. Led by Patrick Jardin, the father of one of the 90 victims of the Bataclan killing, a group calling itself "100 patriots" called for a "patriotic protest" against the planned Oct. 19 event.

The movement proved effective: just barely a month before the scheduled event, the Bataclan and Medine announced that, in a "conciliatory spirit" and "respect" for the victims' families, the concert would not take place. While some have called the cancellation an attack on free speech, others are celebrating what they view as the correct decision. Medine will still perform, the statement read, but at an alternative venue.

But despite this "conciliation," the pattern of producing such controversial events at the Bataclan has many Parisians distressed. Even the date of Qatar's purchase of the property has raised hackles: Sept. 11, 2015 Â¢Â€Â" two months before the attack and "an extremely symbolic date," Pierre Cassen, one of the protest organizers, observed.

"Curiously, those who are in charge of the hall feel oddly obliged to invite artists who at one point or another pay homage to the religion of the assassins Â¢Â€Â' Islam," said Cassen. "The first year, the singer Sting sang 'Inshallah.'"

*Inshallah, Inshallah*
*If it be your will, it shall come to pass*

Medine represented a particularly troubling choice. "He is someone who openly calls for the crucifixion of secularists, like in Golgotha; celebrates the recurring riots taking place in France; calls on Algerians to continue the war in Algeria; and chants racist remarks against whites," Cassen said. Lyrics to the rapper's "Angle d'Attaque," for instance, include, "These white pigs go far, hand me a handgun, I'll make one pedophile less." "I've hated Whites since Rodney King. I need a rifle" and "Whites are demons/pigs of no morality." For Cassen and others involved in the protest "This programming is first and foremost an unprecedented provocation against France, and an insult to the memory of the victims and their families."

Yet despite such hateful rhetoric, Pierre Jardin was not specifically looking to bar Medine from performing, making calls of "censorship" misguided. "He just wanted it elsewhere than the place where his 31-year-old daughter lost her life," said Cassen.

It would seem a reasonable enough request; and if the many Parisian Muslims who joined the "Je suis Charlie" march were sincere in their denunciation of radical Islam, one would expect their community to have shown equal sympathy in this regard.

They did not. "Not a single imam, as I speak to you, not a single Muslim leader, asked Medine to cancel his concert," said Cassen. "That makes them all accomplices, all of them are complicit."

Hence despite the re-staging of the Medine concert, Cassen and others view the incident as part of an ongoing assault.

Such events would be unthinkable under other circumstances, they argue, but it apparently is different when Muslims are involved.

"Imagine a neo-Nazi concert in Auschwitz. Imagine a communist concert in Katyn, where Stalin's troops shot thousands of Polish officers in the head," said Cassen. "The Americans refused to build a mosque, which Muslims demanded, at Ground Zero, where the Twin Towers were destroyed by Islamist assassins." And yet, "This[is] an incredible violence against France, and it's no coincidence, because for the Islamists, in Europe, our country is the number one target. So anything that can weaken our defenses is a good thing Â¢Â€Â" like the Medine concert."

But if France is a top target, it is far from being the only one: the UK suffered the most terror attacks and deaths of any European country during 2017. Hence, asked how he would advise others facing similar provocations, Cassen offered a rallying call.

"Every country has its traditions, but the fundamentals remain," he said. "Organize, and gather others. Write a statement that a maximum of people can sign. Lead the battle of social movements. And then, if the balance of power is favorable, organize rallies, with speeches, videos, and show the determination of the resistance.... The only battles lost in advance are the ones you do not lead."

*Abigail R. Esman, the author, most recently, of Radical State: How Jihad Is Winning Over Democracy in the West (Praeger, 2010), is a freelance writer based in New York and the Netherlands. Follow her at @radicalstates.*

**URL** https://www.investigativeproject.org/7648/french-say-non-to-islamist-performer-at-bataclan

(Printing)

Date of
Intel            05-16-2019

Title            Investigative Project on Terrorism: Why Iran Objects to a Muslim Brotherhood Terrorist Designation

Notes
News that the Trump administration is considering designating the Muslim Brotherhood as a terrorist organization drew objections from Iran despite the religious differences between the Sunni and Shia strongholds. Nevertheless, they both share financial alliances, radical ideologies, global domination dreams and a common enemy in the form of the West and Israel.

"The U.S. is not in position to (...) start naming others as terror organizations and we reject by any attempt by the U.S. in this regard," Iranian Foreign Minister Javad Zarif told reporters earlier this month. "The U.S. is supporting the biggest terrorist in the region, that is Israel."





For four decades, Iran's main strength was not a strong army or a robust economy, but its militant proxies around the Middle East. Close ties with the Muslim Brotherhood extended Iran's reach and provided the Islamic Republic with a softer political power within nearly 80 countries where the group operates, especially in regions inaccessible to Iran such as Europe and the United States. The potential designation of Muslim Brotherhood will cut such an access to Iran. A stronger Muslim Brotherhood is beneficial for the Iranian regime and the Islamist axis, which now includes Iran, Turkey, and Qatar, said Egyptian-based Iranian affairs expert Mohamed Banaya.



"Iran's rejection ... comes within the framework of the axis of political Islamism, which brings together Qatar, Iran and Turkey on the one hand and Islamist political groups, foremost among them the Muslim Brotherhood," he said.

Iran's ties with the Muslim Brotherhood extend also to its offshoots such as Hamas. Relations with Hamas date back at least to a 1990 conference held in Tehran to support the Palestinian intifada. At that time, Hamas declared Iran a strategic ally. More recently, Hamas Political Bureau chief Ismail Haniyeh sent a letter to Iran's Khamenei saying, "With God's permission and the launch of a vigorous popular intifada in the West Bank and al-Quds (Jerusalem), we will thwart the plot of the tyrant of the current era (U.S. President Donald Trump) and rulers of hypocrisy in capitals near and far to eliminate the issue of Palestine."

Warm relations between the Brotherhood and radical Shiite clerics date back to a 1954 meeting between Nawab Safavi and Brotherhood ideologue Sayyid Qutb. Safavi founded the Fedayeen of Islam, an Iranian terrorist group that has inspired both ayatollahs Ruhollah Khomeini and Ali Khamenei. Qutb invited Safavi to visit Egypt in 1953 where Safavi delivered a speech to Muslim Brotherhood members at Cairo University. Safavi was sentenced to death in Iran in 1956 after being convicted of planning an unsuccessful assassination attempt on Iranian Prime Minister Hossein Ala'.

In a 1998 article, Iran's Supreme Leader Ayatollah Ali Khamenei discussed how he was personally influenced by Safavi whom he met when he was about 16 years old. "That was the time when the first inspiring sparks of the Islamic Revolution were ignited in me by Nawab-Safavi, and I have no doubt that the first fire ignited in our hearts was because of Nawab-Safavi."

Khamenei invoked Safavi's approach to fighting British occupiers: "Islam must be revived; Islam must rule over the country; and those who are at the top of the government are lying. They are not Muslims."

Ayatollah Ruhollah Khomeini wrote a book three years after Qutb's execution, titled The Islamic Government, in which he argued that the government must be run by Islamic Laws (Sharia), and for that to happen, it must be ruled by a leading Islamic jurist (Faqih) who will supervise Sharia's application and provide a "guardianship" to the Islamic state. This doctrine became a part of the Iranian constitution in 1979 after which Khomeini became Iran's Al Faqih.

Ali Khamenei is equally an admirer of Qutb works that he translated some in Farsi language, particularly the books, The Future of Islamic Lands and An Indictment against the Western Civilization. Both books address the imperative of making Islam the dominant force against Western civilization.

But Iran may have more tangible concerns beyond ideological affinity. The United States designated the Iranian Revolutionary Guard Corps (IRGC) as a terrorist organization in April. The Brotherhood might offer some relief to those new financial restrictions. Banaya said.

"Under the US sanctions on Tehran, Iran's leader will resort to the Brotherhood's financial networks to support Iran economically and financially to withstand the Trump sanctions," he said. "Whatever the US decision, Iran and the Brotherhood will expand their relationship more than ever."

There is precedent for this arrangement.

Yusuf Nada, the Muslim Brotherhood financier who is also known as the Brotherhood's "foreign minister," admitted in a 2002 Al Jazeera interview that he was the Brotherhood contact person with Iran.

The Muslim Brotherhood's economic ties to Iran were initiated during the hostage crisis at the U.S. Embassy in Tehran, Nada said at the time. The United States imposed an economic blockade on Iran, closing it off from normal shipping lanes. Iranian Trade Minister Reza Al Sacr asked Nada to supply urgently needed barley and 100,000 tons of steel. Nada delivered, shipping the goods from Hamburg to Finland, then by rail through the Soviet Union to the Caspian Sea where it was later shipped to Iran. Nada says he lost $5 million in the deal, but felt good about it because it was for an Islamic country.

Former Muslim Brotherhood spokesman Kamal Al Helbawy is an admirer of the Iranian regime and paid many visits to Iran. In a 2011 meeting with Khamenei, he said that Iran will help in "ending the global arrogance led by the United States." He praised Khamenei as "the No. 1 figure in the Muslim world ... and he speaks up bravely against the corrupt regimes. He spoke against the corrupt regime of Egypt (Mubarak) until it collapsed."

Though Egyptian-Iranian relations were severed after the Islamic Revolution in Iran and the Egyptian-Israeli peace treaty in 1979, they quickly were restored after the Muslim Brotherhood's Mohamed Morsi became Egypt's president in 2012. Morsi visited Tehran shortly after, becoming the first Egyptian president to do so since 1979. Similarly, Iranian President Mahmoud Ahmadinejad visited Egypt in 2013, becoming the first Iranian president to Egypt after the Islamic Revolution.

Morsi was ousted in 2013 after mass street protests against his rule. He is awaiting trial for allegedly divulging Egyptian state secrets to the Iranian Revolutionary Guard, among other terrorist organizations, including Hamas.

Iran is "the largest backer financially and militarily" for Hamas. Hamas leader Yahya Sinwar said in 2017. "Today, the relationship with Iran is excellent, or very excellent," Sinwar said.

"Iran has not stopped supporting the Palestinian cause, most recently the Great Return Marches in Gaza, and the two sides have reached a strategic partnership in this regard," said Khaled Al Qadoumi, a Hamas representative in Tehran.

Iran and the Muslim Brotherhood may represent two often-competing Islamic sects. But they share significant worldviews and common enemies. Those bonds may become more significant in the coming months and years.

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

URL (Printing)   https://www.investigativeproject.org/7919/why-iran-objects-to-a-muslim-brotherhood

Date of Intel: 07-21-2016

Title: Investigative Project on Terrorism: Obama Eid Celebration Again Empowers Islamists Over Reformers

Notes:

The White House held a celebration Thursday afternoon to honor Eid al Fitr, the end of the Muslim holy month of Ramadan. While no guest list has been made public, the Investigative Project on Terrorism (IPT) has learned that it includes a number of Islamist activists who have espoused views in direct contrast with American policy.

Among them were several officials from the Council on American-Islamic Relations (CAIR) and a former official who remains close to the organization. In contrast, Muslim Americans who believe CAIR and other Islamist groups are not representative of the community's diverse viewpoints were not invited.

The White House declined to comment to the IPT or release a complete list of invitees.

The inclusion of so many CAIR officials shows that the United States government has wildly different views about the organization.

FBI policy since 2008 prohibits engagement with CAIR, which touts itself as "a grassroots civil rights and advocacy group" and the country's "largest Muslim civil liberties organization."

But the FBI cut off CAIR's access after its agents uncovered CAIR's darker history. Internal documents and eyewitness accounts prove that CAIR was born into a network of Muslim Brotherhood-created support groups in the United States. Each branch of that network, known as the "Palestine Committee," shared a mission of boosting the Islamist movement in general and Hamas in particular.

Until it determines "whether there *continues to be a connection* between CAIR or its executives and HAMAS, the FBI does not view CAIR as an appropriate liaison partner," a senior official explained in writing in 2009. [Emphasis added]

Here's what federal prosecutors privy to the same evidence wrote in 2007:



Unlike the

innocent "default 2014 co-conspirators" in Anderson, CAIR has been identified by the

Government at trial as a participant in an ongoing and ultimately unlawful conspiracy to

support a designated terrorist organization, a conspiracy from which CAIR never

withdrew.

CAIR has tried to ignore or minimize these statements. But it has never acknowledged the connections to the Hamas support network or ever tried to claim that it has evolved since then and no longer pursues its original secret agenda. It has had only one executive director in its history, and he was listed in a roster of the network's members (see No. 25, Nihad Awad).

Despite this wealth of evidence, Thursday's Eid celebration shows that the message to CAIR is a little different at the Obama White House: Come on in!

At least four CAIR officials were invited. Among them, a man who called the 2008 war between Israel and Hamas in Gaza a "genocide" and who likens the Israeli Defense Forces (IDF) to ISIS, and a man who accuses the FBI of setting up innocent Muslims and of cold-blooded murder.

In addition, Ahmed Bedier, a former CAIR official in Florida who continued to raise money for the organization as recently as 2014, posted links to videos from the event on Twitter Thursday afternoon

Honoring a holiday celebrated by several million Americans is fine  But the Obama administration's insistence on inviting Ã¢Â€Â" thereby empowering Ã¢Â€Â" radical Islamist voices like the CAIR officials included Thursday overlooks the work and conclusions of its own career agents and prosecutors.

Once again, the White House guest list omits any members of the fledgling Muslim Reform Movement. That movement, representing more diverse opinions and arguably a more representative face of American Muslims, published a declaration that should be embraced by people of all stripes. It is worth reading in its entirety, but its preamble says they are fighting for "a respectful, merciful and inclusive interpretation of Islam" and clearly rejects "interpretations of Islam that call for any violence, social injustice and politicized Islam."

In addition to explaining what they reject, the reformists articulate what they stand for. "We are for secular governance, democracy and liberty. We are against political movements in the name of religion. We separate mosque and state. We are loyal to the nations in which we live."

Someone needs to explain why that message can't get a seat at the table.

"The saddest thing is not only the complete monopoly and cominance of American Islamist groups in the [White House] Eid celebration invitation," Reform Movement member Zuhdi Jasser told the Investigative Project on Terrorism, "... but imagine how insulting it is that the [White House] also includes representatives of all the 'petro-Islam' and [Organization of Islamic Cooperation]'s 'neo-caliphate' tyrannies from Embassy Row. So the nations like Saudi Arabia, Qatar, Egypt, Afghanistan, and Pakistan who imprison, torture, and assassinate Muslim reformers like us are honored and invited down the red carpet along with their choir of American Islamist lobbyists (as Asra Nomani calls them: the #HonorBrigade) and yet genuine, honest free-thinking American Muslim reformers are completely ignored and blackballed. This has been the SOP for the Obama administration for now over 7 years. Their 'Muslim' related policies are dominated by the Islamist mafia at home and abroad. The Obama administration and their friends on the Left claim to be about diversity yet when it comes to diversity it's all about racial and ethnic diversity and no ideological diversity within the House of Islam."

The ideology two CAIR officials brought to the White House is inherently hostile toward U.S. policy.

In addition to comparing the IDF to ISIS, CAIR Los Angeles Executive Director Hussam Ayloush repeatedly accused Israel of committing genocide and a holocaust against Palestinians in Gaza. These accusations seem to redefine what constitutes a genocide or holocaust, since Gaza's population is increasing steadily.



Ayloush also reacts similarly to most CAIR officials when asked about Hamas, the beneficiary of support from the American "Palestine Committee" to which CAIR was born. He refuses to acknowledge Hamas as a terrorist organization and quickly grows angrily defensive.

Hasan Shibly, Ayloush's Florida counterpart, returns to the White House for at least the second time since December, when he was included in a discussion on religious discrimination. Like Bedier, he posted video from the event on his Facebook page Thursday afternoon, also showing Ayloush with him.

In the video, Shibly says the White House event triggered debate, since U.S. military strikes in Syria killed civilians. Ayloush, Shibly said, planned to deliver a letter "about the atrocities in Syria" to Obama. "Right now U.S. drone strikes Â¢Â€Â" they're the biggest creators of terrorism in the Middle East," Shibly said.

```
<video controls="" height="265" id="v823" poster="https://www.investigativeproject.org/audio-video/823.jpg"
src="https://www.investigativeproject.org/audio-video/823.m4v" style="color:white !important" width="320"> </video> <script
type="text/javascript"> jwplayer('v823').setup({ file: 'https://www.investigativeproject.org/audio-video/823.m4v', title: 'Obama Eid
Celebration Again Empowers Islamists Over Reformers', width: '100%', aspectratic: '16:9', controls: 'true', logo: { file:
'https://www.investigativeproject.org/maps/IPT-flat-logo-white-100px.png', link:
'https://www.investigativeproject.org/5523/obama-eid-celebration-again-empowers-islamists', hide: 'true', position: 'top-left',
width: '5%' height: '15%' }, image: 'https://www.investigativeproject.org/audio-video/823.jpg', sharing: { code:
encodeURI('<iframe class="video" width="330" height="250" src="https://www.investigativeproject.org/audio-
video/embed_iframe.php?av_id=823" frameborder="0" allowfullscreen></iframe>'), link:
'https://www.investigativeproject.org/5523/obama-eid-celebration-again-empowers-islamists' }, ga: {}}); </script>
```

That, presumably, means Shibly thinks drone strikes create more terrorism than ISIS.

Shibly said he and his colleagues also planned to criticize "consistent abuse by the FBI" and Customs and Border Protection "against the American Muslim community," saying Muslim activists are harassed and accusing the FBI of "brainwash[ing] mentally disturbed youth to plan terrorist plots so they can justify the continued surveillance of the community."

The White House embrace comes despite the fact that Shibly is helping a family sue the FBI, for allegedly shooting a Muslim without cause. Agents shot and killed Ibragim Todashev, a "skilled mixed-martial arts fighter," after hours of questioning in 2013 tied to an unsolved triple murder. Todashev also was a friend of Boston Marathon bomber Tamerlan Tsarnaev. After reportedly acknowledging some involvement in the murder case, agents say Todashev attacked.

CAIR asked for independent investigations. But after two reviews found no wrongdoing, Shibly refused to accept the outcome. He also accused FBI agents of shooting a Detroit imam in 2010 after he had been "tied and bound." Separate independent investigations and an actual video of the shooting showed this was not remotely true, but Shibly repeated the smear anyway.

He also defended a terror suspect who was arrested after loading what he thought was a bomb into his car. Sami Osmakac repeatedly expressed interest in violent jihad and dreamed of carrying out a "second 9/11."

"I want to do something," he said. "Something terrifying." Before his arrest, he made a martyrdom video in which he called his attack "payback for Sheikh Osama Bin Laden."

Still, Shibly cast Osmakac as a man who posed no threat to the public and blamed the FBI for setting him up.

He gets the White House invitation Â¢Â€Â" again, at least his second Â¢Â€Â" but Jasser and his fellow reformists are shut out. The imprimatur that accompanies an audience with the president of the United States can be used for tremendous good. It can raise new voices to prominence, and it can stimulate much-needed debate. The Reform Movement declaration, for example, specifically emphasizes the rights of women to equal treatment.

Instead, President Obama and his staffers continue to tip the scales to favor the most monolithic, pro-Islamist voices and protect the monopoly they enjoy on public debate.

It is beyond shameful.

**URL**
**(Printing)**   https://www.investigativeproject.org/5523/obama-eid-celebration-again-empowers-islamists

Date of  12-31-2014
Intel

Title  Investigative Project on Terrorism: Guest Column: "Palestine" and the ICC

Notes

The Palestinian Authority's latest unilateral attempt to gain recognition as a state without negotiating any concessions failed Tuesday. But other mischief remains in play, including Wednesday's move to join the International Criminal Court (ICC).

Earlier this month, "Palestine" was upgraded from "observer entity" to "observer state" at the ICC. It was another milestone on the Palestinian Authority's road to international recognition as a state without having to negotiate directly with Israel, make any concessions, or commit to a genuine dialogue for peace, a unilateral stem directly violating both the Oslo Accords and UN Resolution 242. Countries supporting the move know Â¢Â€Â" but are apathetic to the fact Â¢Â€Â" that their actions only reinforce the PA's intransigence and destroy any motivation the Palestinians might have had to compromise on any issue that would bring about a just peace for both sides.

The Palestinian Authority's dream to try Israel in the ICC for so-called "war crimes" in the Gaza Strip is the height of absurdity. The PLO won international recognition after it claimed to have abandoned terrorism against Israel. If its operational wing, the Palestinian Authority, manages to penetrate the international legal network, sign the Rome Convention and bring Israel to trial for its activities in the Gaza Strip, senior PLO and Palestinian Authority figures will immediately find themselves in the ICC accused of their own crimes.

The Palestinian national consensus government, with Rami Hamdallah as prime minister and Mahmoud Abbas as "president," is a coalition with Hamas, whose suicide bombers blew themselves up in Israel on busy streets and in crowded public places and caused thousands of deaths and maimings, to say nothing of abducting and murdering three teen aged boys just six months ago. The Palestinian government is responsible for the war crimes committed by Hamas this past summer, including launching long-range rockets at densely populated cities, among them Tel Aviv and Jerusalem, and sending its death squads to murder Israeli civilians indiscriminately.



Israel conducts military operations against Palestinian terrorism with pinpoint precision and in accordance with the best international legal and moral criteria. This past summer, as always, it warned the civilian population before it attacked terrorists, whose leaders had fled like rats into the basements of hospitals to wait out the war. In contrast, Palestinian terrorist organizations deliberately attacked the Israeli civilian population; they uttered no word of regret or sorrow, and certainly did not appoint a committee to investigate.

While Palestinians bemoan their failure to carry out a mass slaughter of Israeli civilians and destroy the country's infrastructure, many thanks to the Iron Dome aerial defense system, Israel is undertaking a comprehensive examination of complaints lodged by Palestinians, Israelis and the international community regarding possible illegal actions taken by Israeli soldiers and officers during Operation Protective Edge.

No country comes close to Israel in following the letter of the laws of warfare. Arab countries, many of which are currently engaged in mutual slaughter, cannot even approximate Israel's conduct when it comes to morality. Needless to say, no Palestinian or other terrorist organization has ever examined its own behavior the way Israel constantly does.

There are many Palestinians honest enough to admit Â¢Â€Â" although not brave enough to do so publicly Â¢Â€Â" that if they had the weapons Israel does, not one single Israeli would be left alive. Article 7 of the Hamas charter decrees the total annihilation of all the Jews in the world. Mahmoud Abbas, Hamas' partner in the Palestinian national consensus government, had the unmitigated gall to stand before the UN General Assembly and accuse Israel of genocide.

The Palestinians have received symbolic recognition for their "state" from the parliaments of Britain, Spain, France, Sweden and the EU, but they still have a long road to statehood if they cannot come to terms with Israel.

Hamas's recent attacks on the Israeli civilian population and the current chaos engulfing the Middle East have forced Israel to take extreme precautions regarding its security and not to accept any of the more adventurous international solutions for the conflict which will endanger its security. The regional conflicts and massacres in the Middle East show the Palestinian issue isn't the key to peace. This chaos clearly indicates that there is no connection between the general regional tragedy and the Palestinian issue. Nevertheless, there are still many people who cling to the fiction that resolving the Palestinian issue will, like a magic wand, cure all the ills of the Middle East.

It is obvious that the Gulf states, rather than dealing with the marginal Palestinian issue, are deploying to face the threat of a nuclear Iran, the drop in oil prices and America's weakness in dealing with the Middle East. In view of the worsening schism between the Russian-backed Shi'ite bloc of Iran, Iraq, Syria and Lebanon on the one hand, and the Sunni bloc of the rest of the Arab-Muslim world on the other, the repeated demands of the emir of Qatar (with Turkish backing) to solve the Palestinian issue while encouraging the Islamic

terrorist organizations are ridiculous. Qatar, Turkey and their friends in the EU behave as if the utterly irrelevant Palestinian issue had anything to do with the current situation in the Middle East.

In reality, the Palestinian issue is not even floating around the perimeter of the Middle East's problems, despite Qatar's efforts to bring it center stage. It is grotesque that, aside from Arab extremists in Israel who support Qatar and Turkey, Israeli extremists are indulging in provocation to aggravate problems unnecessarily. These provocations include the settlements, the fairly unnecessary Jewish national homeland law and the obsession of the Messianic Jews with praying on the Temple Mount although it is forbidden by Jewish religious law. The attempts of extremist Jews to change the status quo serve only the unfounded claim of Palestinian subversives that Al-Aqsa mosque is in danger of destruction.

Furthermore, the Shi'ite regime in Tehran, blithely ignoring America's pathetic declarations, marches steadily towards an atomic bomb. It is also becoming clearer that the Iranians have tightened their hold on Sana'a, Baghdad, Damascus and Beirut. In the meantime, the Sunni states suffer from internal schisms, polarized by Turkey and Qatar, which support the Muslim Brotherhood, Hamas, ISIS and other Islamist terrorist organizations in the Middle East and Africa. The terrorist organizations, the fruit of the poison tree of Qatar and Turkey (which has given a safe haven to Hamas arch-terrorist Salah al-Arouri) are an internal threat to the Arab regimes, as the Muslim Brotherhood is an internal threat to Egypt, Turkey and Qatar.

Qatar patched up relations with Egypt and the Gulf states recently, but supports the terrorist organizations with money, arms and training bases, revealing its agenda to exploit the chaos in the Middle East to impose a radical Islamic regime on the region, a new Ottoman Empire, at the expense of enlightenment and progress.

The situation is explosive, anomic and rife with contradictions. Turkey, in its desire to destroy the Assad regime and the pro-Iranian administration in Baghdad, supports terrorist organizations such as ISIS. It also supports Hamas and the Muslim Brotherhood, endangering Israel and Egypt, both American allies. America, Turkey's ally in NATO, bombs ISIS, thereby strengthening the Iran-Iraq-Syria-Lebanon (Hizballah) axis, sworn enemies of America's other ally, Israel, instead of weakening it. And when Israel allegedly strikes strategic weapons meant for Hizballah, the enemies of the Assad regime, among them Turkey and ISIS, are immediately strengthened and Israel is condemned by Russia, which supplied the weapons to Syria and attacked Ukraine.

Within the Middle East's tangle of tragedy, refugees, destruction and slaughter, ISIS issued the Islamic laissez-faire for the rape of women taken captive: Yazidi women, Christian women, Jewish women. The manifesto of sexual horror appeared alongside the bombings, destruction of mosques and churches on the heads of worshippers, murders and beheadings that have made incomprehensible the steps taken by Europe against Israel, an island of sanity in a sea of Islamist madness. They have turned the UN commission headed by William Schabas, a proud anti-Semite, who is supposed to investigate objectively the "war crimes" committed by Israel into yet another chapter of The Protocols of the Elders of Zion.

Schabas, the man who will judge Israel's actions, has accused the Jewish state of war crimes in the past, has refused to classify Hamas as a terrorist group, and has a record of defending Iran's nuclear weapons program as understandable and a defensive necessity.

The European Union, long an enclave of regression and a cat's paw for violent radical Islam, is trying to destroy Israel. Although Hamas has launched thousands of rockets at exclusively civilian targets (they only hit military bases when they fly off course) and is developing longer-range and more lethal rockets, the EU countries take no notice. They refuse to understand that the Palestinian Authority can barely rule the West Bank and has no chance of competing with Hamas' popularity in the Gaza Strip, especially now that the Europeans, in their endless folly, have taken Hamas off the list of terrorist organizations.

Abbas has even threatened to stop the Palestinian Authority's security coordination with Israel, a delusional idea because it is Israel that keeps him in power. Without Israel, the Palestinian national consensus government is a lost cause. In 2006, without security coordination with Israel, Fatah lost the Gaza Strip to Hamas, which threw Fatah supporters from the rooftops of high-rise buildings and kneecapped others. Abbas, a notorious Holocaust denier, deliberately uses the figure six million when counting the number of Palestinians scattered around the world as "refugees." It is a pathetic attempt to link the Palestinians to the number of Jews slaughtered by the Nazis in Europe. In reality 600,000 original Arabs fled Israeli territory in 1948 and their descendants can in no way be considered refugees today. Abbas cynically clutches the so-called "right of return" of the "six million Palestinian refugees" as a way to destroy Israel demographically.

It is absurd that the Jewish people, one of the oldest civilizations in the world, has to seek recognition and permission to exist from the newly-formed Palestinian Authority, itself torn by internal strife and power struggles. However, demanding that the Palestinians recognize Israel as a Jewish state is meant to show, at the symbolic-semantic level at least, that the Palestinians are sincere in their desire for peace. Unfortunately, Abbas cannot bring himself to do that. Instead he uses the pulpit of the UN to declare that the Jews "pollute" the holy places of Islam and Christianity in Jerusalem.

While Abbas bemoans the fact that Palestinians with no claim whatsoever on Israel cannot move en masse into its territory, he and the rest of the world conveniently ignore the absurd situation in which the descendants of the original refugees living in various Arab countries are not citizens, do not have the "status" of refugees, cannot hold most of the well-paying jobs, and basically have no civil rights at all. Israel, on the other hand, took in 800,000 Jewish refugees expelled from the Arab countries, without receiving reparations for the trillions of dollars of assets they were forced to leave behind.

EU leaders, reading from texts scripted by the Islamist terrorist organizations, are far more "shocked" by the so-called "war crimes" committed by Israel than by what their own ancestors did to the Jews, which can never be forgiven. The Europeans, who bear the responsibility for what happened to the Jews in Second World War, are trying to represent the Israelis as committing worse crimes than the Europeans who willingly, and in some cases eagerly, collaborated with the Nazi, as a way of shifting the mark of Cain from their own foreheads. They have to accept and openly declare that not one single Palestinian will enter Israel under the fictitious "right of return" and that if the "six million" Palestinian refugees want to return, they will return to the Palestinian state that may actually be established some day (a catastrophe in its own right).

Allowing "Palestine" to change its status in the ICC from "observer entity" to "observer state" is not a solution to any problem the Palestinians may have. Rather, it is another roadblock on the peaceful road to statehood. If the Hamas-Fatah terrorism conglomerate receives legitimacy from the nations of the world, the day is not far off that ISIS will have the same status with the support of the EU, and the Islamic Caliphate will achieve its manifest destiny. The recent dangerous European court decision to take Hamas off the list of terrorist organizations is another milestone on Europe's suicidal race to hell. The Americans, in the meantime, use their veto in the Security Council to support Israel, although facing the global typhoon of radical Islamism and terror they are like Hans Brinker, finger in the dike (Israel) to keep the tsunami of Islamist terrorism from engulfing Europe.

*Dr. Reuven Berko has a Ph.D. in Middle East studies, is a commentator on Israeli Arabic TV programs, writes for the Israeli daily newspaper Israel Hayom and is considered one of Israel's top experts on Arab affairs.*

URL (Printing)    https://www.investigativeproject.org/4715/guest-column-palestine-and-the-icc

MEF001434

Date of  02-24-2020
Intel

Title  Investigative Project on Terrorism: Al Jazeera Anchor's Call for Assassinating Arab Leaders Goes Unpunished

Notes

Qatari news network Al Jazeera portrays itself as podium for free speech in the Middle East. But since its 1997 founding, it has gained notoriety as an outlet willing to air views of Islamist extremists and jihadists. It often was the first to receive al-Qaida statements and videos, including those by founder Osama bin Laden.

The Qatari network promoted Islamist movements during the 2011-12 Arab Spring revolutions. It propped up Islamist agendas in the Middle East, especially those tied to the Muslim Brotherhood. The network's pro-Brotherhood bias prompted more than 20 Al Jazeera staffers to resign in 2013 in protest.

That background is relevant in understanding an Al Jazeera anchor's reaction last month to the new U.S. peace plan, dubbed the "Deal of the Century."

Ambassadors from the United Arab Emirates, Oman and Bahrain attended a news conference where President Donald Trump and Israeli Prime Minister Benjamin Netanyahu announced the plan.

Al Jazeera senior anchor Jamal Rayyan asked his Twitter followers whether Arab leaders who supported the deal should be assassinated.


<!-- caption begin -->
(Twitter image) Al Jazeera anchor Jamal Rayyan.
<!-- caption end -->



Many Arabs were exposed in the deal
of the century saga, would you be in
favor of forming Palestinian militias
highly trained "special squads" to deal
with Arab figures, who undermine
Palestinian National Liberation
Movement, and deter their countries?
Your opinion does matter #Palestine
#Saudi Arabia #UAE #Egypt #Bahrain
#Gulf #TheArabMaghreb



"After the Deal of the Century revealed the presence of Arab figures, would you approve that the Palestinian factions form highly trained special units to 'handle' the Arab countries figures who are working on thwarting the Palestinian Liberation movement in order to stop these countries? Your opinion is important."

What happened next shows that Al Jazeera's lenient policy toward terrorism incitement extends beyond the guests it books. The network has made no comment about its anchor's incendiary rhetoric.

Rayyan deleted his question about Arab leaders in the wake of backlash from social media users who accused him and Al Jazeera of inciting and endorsing assassinations and terrorism. A hashtag, "Jamal Rayan incites terrorism," trended on Twitter

Rayyan made no other comment about his tweet. But he did post a statement thanking "all the respectable followers who cared about my health condition and their prayers for quick recovery because of a small break in my legs. Due to my busy schedule as a result of the physiotherapy I will not be able tweet till further notice. Goodbye."

But he continued tweeting next day. "Like a hawk, I will rise above the jungle struggle," he wrote. "I know if I fall even the smallest of creatures will try to crush me in a jungle where even its smallest creatures are wolves."

Saudi Arabian-financed Al Arabiya and other Arabic media outlets accused him of faking an injury to avoid the embarrassment caused by his public incitement for assassinations. Al Jazeera remained silent about the entire incident, however, and Rayyan was not disciplined. Later, he posted a video in which he wept and blamed Saudi Arabia and the UAE for the U.S. peace proposal. He also made an unsubstantiated claim that former British Prime Minister Tony Blair was "the Godfather behind this deal."

"Why O Emirates? Why O Saudi Arabia?" he said while crying. "The Palestinian people never pointed their guns towards Saudis or Emiratis. We (Palestinians) have a cause, Palestinians have been fighting for 70 years and they are aiming their guns towards the enemy that occupied their lands and they are not in a hurry to reclaim their lands because we will resist and they shall pass."

In response to Rayyan's poll question about assassinations, an Egyptian lawyer who practices before the country's Supreme Court filed a complaint, saying his comments incited terrorism. The complaint described Rayyan as a Palestinian with a hostile stance against Egypt

who receives substantial financing from Qatari intelligence.

Rayyan's informal poll about the U.S. peace plan is not the first time the network asked viewers whether they support terrorist attacks. "Do you support al-Qaida bombings in Algeria?" a 2007 Al Jazeera poll asked. A majority, 54 percent, said they did.

Popular Al Jazeera host Sheikh Yusuf Al Qaradawi, long considered the Muslim Brotherhood's spiritual leader, issued a fatwa during his weekly program, "Sharia and Life," in 2011 urging followers to kill former Libyan President Muammar Gaddafi.

"Anyone who can fire a bullet at him to rid the people and country from him, he should do it," Qaradawi said.

Many Egyptians have been particularly wary of Palestinian militants since 1978, when the Abu Nidal terrorist organization assassinated Egyptian pro-peace novelist and Minister of Culture Yusuf el-Sebai. El-Sebai joined President Anwar Sadat in his historic visit in Jerusalem in 1977 before signing the Camp David accords. So a call from a senior Al Jazeera anchor for Palestinian terrorists to assassinate pro-peace Arab leaders will stir some bad memories.

In another tweet earlier this month, Rayyan posted a video of Iranian Foreign Minister Mohammad Javad Zarif commenting on the U.S. peace plan. The Iranian Zarif, he wrote, "speaks Arabic better than many Arab ministers."

Palestinians, Zarif said in the video, "shall defeat the American-Zionist will through their volition ... Iran "categorically rejects the so called deal of the century because it aims to waste the cause, rights and holy places. Jerusalem will remain the capital of Palestine which we look forward for its complete liberation."

Rayyan repeatedly glorifies Turkey's Islamist President Recep Tayyip Erdogan. He posted a video last month showing Erdogan reciting from the Quran. "This is the leader of Islamic nation," Rayyan wrote. "All hail the leader of the Islamic nation Recep Tayyip Erdogan."

Al Jazeera and its online affiliate AJ+ have pushed anti-Semitic messages. Last May, the network broadcasted a video questioning the number of Jews who were killed in the Holocaust.

"[T]he number of victims of the Holocaust remains one of the most prominent historical debates to this day," narrator Muna Hawwa said. She went on to say "Israel is the biggest winner from the Holocaust, and it uses the same Nazi justifications as a launching pad for the racial cleansing and annihilation of the Palestinians.'

In the wake of criticism, AJ+ removed the video and suspenced two journalists who were involved in producing it. That disciplinary action casts the lack of any punishment against Rayyan in a disturbing light. He continues his online onslaught against any peace initiative and appears free to call for assassinating Arab leaders who participate.

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

URL
(Printing)
https://www.investigativeproject.org/8316/al-jazeera-anchor-call-for-assassinating-arab

Date of    07-13-2017
Intel

Title    Investigative Project on Terrorism: U.S. Sen. Richard Blumenthal's CAIR Ally Posts al-Qaida Leader's Video

Notes

A board member with the Council on American Islamic Relations' (CAIR) Connecticut chapter reposted a video by a designated al-Qaida terrorist on his Facebook page last month and says Palestinian attacks against Israel aren't terrorist acts. Nonetheless, U.S. Sen. Richard Blumenthal, D-Conn., considers Mongi Dhaouadi his go-to guy on Muslim issues and has worked with him closely for the past six years. This relationship is particularly curious considering Blumenthal's strong statements of support for Israel.

Dhaouadi is a man of contradictions. On one hand, he says that Islam and terror do not mix.

"These terrorist groups don't represent our faith, do not represent our community. And so we want to make that clear to everyone who keeps saying that we don't hear enough from the Muslim community. We say it and we say it over and over again," Dhaouadi said in November 2015.

On the other, Dhaouadi reposted a pro-Qatar video on his Facebook page last month by Abdul Majeed Al-Zindani, a specially designated terrorist and former Osama bin Laden loyalist.



<!-- caption begin -->
U.S. Sen. Richard Blumenthal with CAIR Connecticut's Mongi Dhaouadi
<!-- caption end -->

A 2004 Treasury Department statement calls Al-Zindani one of bin Laden's "spiritual leaders." He also helped buy arms for al-Qaida and other terrorists. Al-Zindani also appears on the United Nations list of specially designated terrorists.



He also served on the board of Sheikh Yusuf Qaradawi's Hamas-funding operation known as the Union of Good, the Treasury Department said in a 2008 press release labeling it a terrorist operation. Al-Zindani's al-Qaida connection persists; the Treasury Department noted in 2013 that he provides "religious guidance in support of [al-Qaida in the Arabian Peninsula] operations."

Anwar al-Awlaki taught at Iman University in Sana'a, Yemen, an institution founded and run by Al-Zindani. Prosecutors in 2005 described Iman University as "a 'nest for terrorism' that exports and propagates terrorism."

In the video Dhaouadi posted on Facebook, Al-Zindani thanked Qatar for supporting Al-Jazeera and for giving refuge to people who had been kicked out of their home countries ΆΆ€Ά" a likely reference to the terrorists harbored by the Gulf emirate.

That might be appealing to Dhaouadi, who has issued extreme anti-Israel statements.

After Saudi Arabia demanded that Qatar sever ties with Hamas last month, Dhaouadi accused the Saudis of "doing the bidding for the apartheid state of Israel. Selling out the Palestinian cause in the open."

Palestinian attacks on Israelis, he has said, are not terrorist acts.

MEF001437

"Resisting the occupation is NOT terrorism it is a legitimate right of defending one self from your land from real terrorists i.e. IDF," Dhaouadi wrote.

 Mongi Dhaouadi · · · · · · · · · · | Ramallah City · · · · · ·

Resisting the occupation is NOT terrorism it is a legitimate right of defending ones self and your land from real terrorists i e IDF



Ramallah City · · · · · · · · ·

Blumenthal has condemned Palestinian terrorist attacks against Israelis.

Dhaouadi's support for the Boycott, Divestment, Sanctions (BDS) movement against Israel also stands at odds with Blumenthal's stated support for Israel.

Blumenthal issued a Dec. 22 statement condemning a U.N. resolution calling Israel's West Bank settlements illegal.

"Support for Israel on this issue has been and will continue to be strongly bipartisan. Consistent with past policy, this Administration must now veto this most recent misguided and one-sided attempt backed by the Palestinian Authority to isolate Israel and weaken the peace process," Blumenthal wrote.

Blumenthal also strongly supports U.S. aid to the Israel Defense Forces (IDF), while Dhaouadi calls the IDF a "criminal force."

"My name is Mongi Dhaouadi and I #SupportGaza because it is time we break-open Israel's concentration camps and end the occupation," Dhaouadi wrote in a July 2014 Facebook post.

**Dhaouadi and Blumenthal's Long Relationship**

Blumenthal and Dhaouadi's public relationship dates to 2011 when the senator spoke at CAIR Connecticut's fundraising banquet Dhaouadi was the chapter's executive director.

Dhaouadi is not the only radical at CAIR Connecticut. In 2006, board member and chapter founder Badr Malik defended riots against the Danish cartoon of Islam's prophet Muhammad.

"It's not an overreaction in my opinion. Because it's just like anti-Semitism is wrong, you don't put down a religion just because you are not of that religion. It's not supposed to be happening. Making fun of religion, making a joke of a prophet just to provoke people's emotion, it's not right. It's basically bashing a religion," Malik said.

Fellow Connecticut board member Eman Beshtawii supports the Boycott, Divestment, Sanctions movement and rejects Israel's right to exist as a Jewish state.

"If you support Israel's 'right to exist as a Jewish state' in a country whose indigenous Palestinian people today form half the population, then you ... must come to terms with the inevitability of massacres," Beshtawii wrote in a 2014 Facebook post.

Blumenthal joined a rogue's gallery of Islamic extremists on the program at the 2011 banquet. That included Imam Siraj Wahhaj, who testified in defense of 1993 World Trade Center bombing mastermind Omar Abdel Rahman, and Ahmed Bedier, a former CAIR Tampa executive who described Israel as a "terror [state]."

"I want to thank you for your friendship, for your support, for giving me the honor of being your United States senator; I am the United States senator for every single person in this room. I work for you," Blumenthal told the CAIR audience.

He also attended Dhaouadi's April 2013 lecture on compassion in Islam and CAIR Connecticut's 9th annual banquet with Dhaouadi in December 2013. The banquet speaker's list also included Wahhaj and CAIR Florida Executive Director Hassan Shibly, a radical who defended Hizballah and opposes FBI sting operations.

Last October, Blumenthal spoke at CAIR Connecticut's 13th annual banquet with radical Islamist Linda Sarsour.

That month, Blumenthal also participated in a joint press conference with Dhaouadi and announced a plan to bring Syrian refugees into the U.S. quicker. A month later, Blumenthal again stood with Dhaouadi and CAIR Connecticut at his state's capitol on Nov. 21 calling for stronger hate crimes laws.

Dhaouadi, like other CAIR leaders, has a history of promoting hate crimes that turn out to be false. He labeled the brutal 2012 murder of Iraqi Muslim refugee Shaima Alawadi outside San Diego a hate crime.

"She was found dead two weeks ago in her home, beaten, with a note sitting next to her that says, 'Go back home terrorist,' 'Go back home terrorist,'" Dhaouadi said. "I don't know about you, but I have two daughters who wear the head scarf and they walk down the streets and they attend the public schools in New London."

Her husband was later convicted of the crime.

Several weeks after the hate crimes press conference, Blumenthal attended a forum on the subject at the Islamic Center of Connecticut in Windsor with Dhaouadi. During this CAIR-sponsored event, Blumenthal promised to "vigorously question" Attorney General nominee Jeff Sessions.

Blumenthal held a joint press conference with Dhaouadi in February to protest President Trump's proposed travel ban.

"We urge the president, abandon the Muslim ban. Abandon the religious test," Blumenthal said.

Dhaouadi's recent pro-terrorist Facebook posts are only the tip of the iceberg when it comes to his terrorist sympathies. They wouldn't be terribly difficult for Blumenthal's staffers to discover.

Dhaouadi also works for the Center for the Study of Islam and Democracy (CSID), a group linked to Tunisia's branch of the Muslim Brotherhood movement, the Ennahda Party.



**Richard Blumenthal** ✓

Follow

Proud to stand w/#CT groups fighting against discrimination & hate. I will lead efforts in Congress to strengthen #hatecrime laws.



He supports Ennahda Party founder Rached Ghannouchi, a member of the International Muslim Brotherhood's Guidance Bureau. Dhaouadi's Facebook timeline includes numerous posts featuring images of Ghannouchi or news about the cleric.

An October 2015 Facebook post shows Dhaouadi escorting Ghannouchi through the streets of Washington, D.C. Ghannouchi spoke three days earlier at an event in New York sponsored by CSID, founded by former Ennahda member Radwan Masmoudi. Dhaouadi also attended Ennahda's congress in Tunisia in May 2016.

 Mongi Dhaouadi

Walking with Sheikh Rached Ghannouchi on a beautiful sunny day in Washington DC.



A Guantanamo Bay detainee report notes that Ennahda attempted to link up with other radical groups including al-Qaida during Ghannouchi's exile in the United Kingdom in the 1990s. More recently, Ghannouchi met in August 2011 with Ansar al-Shariah founder Seif Allah Ben Hassine, better known as Abu Iyadh â¢â¬Â" a former bin Laden ally sanctioned by the U.S. after 9/11. Abu Iyadh was responsible for al-Qaida's assassination of Northern Alliance leader Ahmed Shah Masood two days before the 9/11 attacks.

Ghannouchi encouraged Tunisian Muslims to wage jihad in Syria against the Assad regime in 2014; Tunisians account for the largest contingent of foreign fighters in the country's civil war.

Additionally, Ghannouchi's name appears in the phone book of Youssef Nada, founder of the Muslim Brotherhood controlled Al-Taqwa Bank, which U.S. Treasury officials described as an al-Qaida and Hamas funding source.

Ghannouchi also maintains close ties with Hamas leaders such as Khaled Meshaal and has repeatedly called for Israel's destruction. He called for the "destruction of the Jews" at a December 1990 conference in Tehran at which he also called for jihad against America.

Ghannouchi still supports terrorism against Israeli Jews; he gave a stirring endorsement of the Palestinian knife jihad, calling it a "historic opportunity to support this Intifada, support the Palestinians, and liberate Jerusalem" in a 2015 article published by Quds Press.

**Pot Meet Kettle**

Blumenthal castigated Attorney General Jeff Sessions for his association with Center for Security Policy founder, president and CEO Frank Gaffney and David Horowitz Freedom Center founder and CEO David Horowitz during Sessions' January confirmation hearing.

Blumenthal wanted Sessions to disavow having called Horowitz "a man I admire."

Blumenthal likewise asked Sessions to disavow the support that Gaffney and the Center for Security Policy gave him when they gave him an award in August 2015.

"Senator Blumenthal … has trouble distinguishing America's defenders from her enemies," Horowitz told the Investigative Project on Terrorism in an email.

Gaffney likewise slammed Blumenthal.

"He is so willfully blind, and so evidently under the influence of Muslim Brotherhood operatives that he is both evidently clueless about the threat they represent here in the United States, and he compounds it by castigating people who understand it far better than he does," Gaffney said.

Blumenthal's office did not respond to requests for comment.

His alliance with Dhaouadi is curious, given his grandstanding on Gaffney and Horowitz. If it's bad for Sessions to like people with controversial positions, why is it okay for Blumenthal?

URL
(Printing)

https://www.investigativeproject.org/6412/richard-blumenthal-cair-ally-posts-al-qaida

Date of
Intel    07-19-2019

Title    Investigative Project on Terrorism: Brotherhood Turns to Retired Egyptian Soccer Icon in Rebranding Effort

Notes

Desperate attempts by the Muslim Brotherhood to garner sympathy after ousted Egyptian President Mohamed Morsi's death last month fell mostly on deaf ears. Most Egyptians were unsympathetic to a president who almost led his country into a civil war, triggering the worst wave of terrorist attacks in its history.

Instead, Brotherhood supporters in Egypt shifted toward exploiting Egyptians' endless passion for soccer, particularly one its most famous stars Â¢Â€Â" and Muslim Brotherhood supporter Â¢Â€Â" Mohamed Abu Trika. Abu Trika once was one of the most successful Egyptian and African players. The 2008 BBC African player of the year won 24 national and continental titles with the Egyptian club Al Ahly, and three AFCON titles with the national team in the past decade.



<!-- caption begin -->
Mohamed Abu Trika showed support for Gaza just after Hamas took control there.
<!-- caption end -->

With Egypt hosting the African Cup of Nations (AFCON 2019) June 21, the biggest soccer tournament on the continent, supporters launched a "Cheer for Trika" campaign. Crowds would cheer at the 22-minute mark of each game in honor of Abu Trika's jersey number. Moataz Matar, a TV anchor with the Brotherhood's Turkey-based "Al Shark" network, promoted the idea for weeks. Another pro-Brotherhood outlet, the Qatari-based online news service Al Arabi Al Gadeed, also promoted the cheer, saying the crowds promised and delivered.

The campaign generated cheers from some gathered in the Cairo stadium but not the mass reaction organizers sought. Al Jazeera tried to downplay the disappointing reaction, claiming that security personnel threatened fans if they joined in. Tweets, videos and articles about Abu Trika glories were intensified with Al Jazeera lauding him the man of the week.

Abu Trika was known for his piety and sportsmanship during his playing career. But he also was part of several controversies, including the AFCON 2008 tournament, when he wore a T-shirt underneath his national team jersey that said, "Sympathize With Gaza."

He drew a yellow card warning after revealing the shirt while celebrating scoring a goal. FIFA has strict regulations prohibiting political messages. Abu Trika wore the shirt just six months after Hamas seized control of the Gaza Strip after street battles with the Fatah movement that runs the Palestinian Authority.

Abu Trika shocked many fans before Egypt's 2012 presidential election with his open support for the Muslim Brotherhood.

"I love Egypt and I believe the country needs Islam and men who know Islam and seek Islamic Sharia. In light of the current events and the presidential candidates, I only found [the Brotherhood] to support, and I believe Egypt needs a big organization such as the Freedom and Justice Party and the Muslim Brotherhood who are spread all across Egypt," he said in a video issued by the Brotherhood. "I feel they work with love and dedication. This video is to endorse Dr. Mohamed Morsi for the position of the president of the republic because we love Egypt!"

The next year, Abu Trika formed a tourism company with Muslim Brotherhood member Anas Omar. When Morsi's regime fell, Abu Trika's assets were frozen by the government as part of a crackdown on Brotherhood interests. He also was blacklisted for his ties to the Muslim Brotherhood and alleged terrorism support. He moved to Qatar, working as a sports analyst for Al Jazeera's BEIN Sports network.

Although an Egyptian court lifted the ban on his assets, he remains on Egypt's wanted list and was sentenced in absentia to one year in prison for tax evasion.

From Qatar, Abu Trika continues to send political messages on his Twitter account. He wrote a eulogy for Morsi last month, asking that "God grants him heaven and may he forgive his sins and rest him in peace."

He also mocked the recent U.S. "grand bargain" unveiled in Bahrain by President Trump's son-in-law, Jared Kushner.

"My little Kushner the Zionist entity is occupying Palestinian territory and this auction held in Manama will not change that," he wrote June 25. "Thank you to all who boycotted this auction ... Our sacred sites are not safe."

The Abu Trika/The AFCON 2019 campaign is just the latest Brotherhood attempt to try winning public support through the adoration Egyptians have for their sports heroes. It hoped that international soccer star Mohamed Salah, the two-time African player of the year and Liverpool's lead striker would be the movement's new symbol. For years, the Brotherhood claimed that he was a member, but Salah categorically denied this in 2013.

Salah eliminated any doubt in 2016, when he donated 5 million Egyptian pounds to the "Tahya Masr" fund, which was founded by President Abdel Fattah al-Sisi to support the Egyptian economy. Al-Sisi was the defense minister who led the drive to oust Morsi in 2013 following massive public protests against Morsi's regime. Egypt banned the group later that year and, under Sisi, has arrested hundreds of Brotherhood officials.

Abu Trika's promotion of Islamism and the Muslim Brotherhood's rebranding effort is the subtlest yet because it relies on a beloved sports figure and a passion that is shared by most Egyptians.

Fortunately, after years of Muslim Brotherhood terrorist activities in the country, it appears a majority of Egyptians can't entertain the thought of a revival of the Brotherhood through any form even through a beloved soccer icon.

The Muslim Brotherhood's desperate attempts to regain its popularity is failing again.

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

MEF001441

**URL** https://www.investigativeproject.org/7992/brotherhood-turns-to-retired-egyptian-soccer-icon
**(Printing)**

Date of
Intel   02-27-2019

Title   Investigative Project on Terrorism: Why Egypt Works to Curb Hamas' Influence in Gaza

Notes

Egypt's relations with Hamas have always been turbulent. Hamas was formed in 1987 as a Palestinian offshoot of the Egyptian Muslim Brotherhood, and Egypt considers the Brotherhood a terrorist group. But Egypt shares a border by Gaza, which Hamas governs, and the country often has served as an intermediary between Israel and Hamas when fighting breaks out.

Egypt moved aggressively against hundreds of Hamas smuggling tunnels after the Muslim Brotherhood-dominated government of Mohamed Morsi was ousted in 2013. It closed its Rafah border crossing into Gaza except for humanitarian supplies, citing security threats. Israel has closed its Gaza border in an attempt to stem the flow of weapons and supplies used to make them reach Hamas.

Egypt also revoked the Egyptian citizenship of some Hamas leaders, including co-founder Mahmoud Al Zahar.



<!-- caption begin -->
Egyptian President Fattah Al-Sisi meets with Palestinian Authority President Mahmoud Abbas.
<!-- caption end -->

Egypt also is wary of Hamas's close ties to Iran, which pours money and weapons into Gaza. Iran expects Hamas to use that support to attack Israel, while Egypt is hoping to keep the area quiet. Last month, Egypt reportedly made Hamas choose between Iran or Palestinian reconciliation, which it is seeking in hopes of reopening its borders.

Egypt and Iran have been feuding since the 1979 Islamic Revolution and Egypt's peace treaty with Israel. Iran has plotted against Egypt for decades.

Hamas, meanwhile, has allowed jihadists to reach Sinai, worrying Egyptian authorities. Many Gaza-trained terrorists used border tunnels to sneak into Egypt and execute attacks. Some of those terrorists belonged to the North Sinai ISIS-affiliate Ansar Bait Al Maqdes. These elements occasionally have attempted to break the Egyptian-Israeli peace by bombing oil pipelines to Israel from Egypt, as well as target attacking Israeli settlements from Sinai.

In 2016, Egypt accused Hamas of involvement in the assassination of Egyptian Public Prosecutor Hisham Barakat, in coordination with Muslim Brotherhood leaders in Turkey.

With Gaza's borders sealed, the tunnels in and out of Egypt became a key supply source for the people and tax revenue for Hamas. Hamas even had a tunnel authority in its government, signifying their extreme importance. That authority was closed in 2014 after Egypt started destroying tunnels.

At that point, some tunnels were large enough to allow vehicles to pass under the borders. After destroying more than 3,000 smuggling tunnels, the Egyptian army engineering corps in 2015 dug a canal stretching 14 kilometers from the Mediterranean Sea to the end of the land borders between Egypt and Gaza. Large tubes pumped in seawater, creating a canal that helped flood another 1,000 tunnels. The Egyptian army built 18 fishing farms inside the canal.

The security situation remains fragile in North Sinai as a large number of citizens were killed in terrorist attacks  including many Copts forcing many to seek refuge in safer cities such as  uez and Ismailia.

As a result, the Egyptian army decided to demolish the old border city of Rafah to create a security buffer zone with Gaza and relocate its residents to a new Rafah city two kilometers away. This decision dealt Hamas a major blow, since many smuggling tunnels opened inside the town.

Egypt continued to cut all the illegal lifelines that generated the huge finances which kept the terrorist group in power in Gaza since 2007. A Hamas economic ministry spokesman in 2013 claimed that Gaza lost over $230 million per month from fees and taxes after the tunnels were taken out of commission.

Hamas still garners millions of dollars monthly by operating the border when it is opened for humanitarian aid shipments. In 2016, a Hamas employee leaked a document detailing the revenue.

That's why Hamas wants to continue controlling the Rafah border crossing, while Egypt wants the Palestinian Authority (PA) in charge. The PA was designated as the controlling power in a 2017 Hamas-Fatah reconciliation negotiated in Cairo. Breaking all agreements mediated by Egypt, Hamas last month hassled and arrested more than 500 Palestinian Authority representatives in Gaza.

Egypt still controls the Fatah-Hamas reconciliation process and rejects the involvement of other regional countries including Turkey, Qatar and Iran. Those countries have long supported terrorist activities inside Egypt and politically endorsed Muslim Brotherhood terrorism against Egypt. Hence, Egyptians won't allow them to be part of any political arrangement, especially as Egypt plans to host another round of negotiations between Hamas and the PA in Cairo in the upcoming weeks. The negotiations seek a full Palestinian reconciliation, the border status and a possible coalition government, although success is considered highly unlikely in the near future.

Egypt sees the Palestinian Authority as its chief Palestinian aly because it is internationally recognized and recognizes Israel. More importantly, it is the nemesis of Hamas, which always carried hostility toward Egypt and remains allied with Iran.

Accordingly, Egypt will continue to work on clipping the wings of Hamas, realizing the danger the group has carried through the years in undermining Egyptian security and foiling all peace initiatives.

*Hany Ghoraba is an Egyptian writer, political and counter-terrorism analyst at Al Ahram Weekly, author of Egypt's Arab Spring: The Long and Winding Road to Democracy and a regular contributor to the BBC.*

**URL** https://www.investigativeproject.org/7834/why-egypt-works-to-curb-hamas-influence-in-gaza
(Printing)

Date of Intel: 01-17-2019

Title: Investigative Project on Terrorism: Report Sheds Light on Hamas's Sinai Arms Smuggling

Notes:

In recent years, Israel has waged a covert war against a large-scale Hamas effort to smuggle weapons into the Gaza Strip, a Hebrew-language media report has said.

The Jan. 6 report, citing unspecified international media sources, was published in Walla News, one of the largest online Israeli news agencies. Since 2015, the report said, the Israeli Air Force went far beyond targeting ISIS in Sinai, striking a "large number of weapons transfers from Sinai to the Gaza Strip for Hamas."

Through such alleged strikes, Israel destroyed an estimated 15,000 Gaza-bound rockets of standard industrial production quality.

"Hamas's military wing was interested in upgrading its arsenal of locally-produced rockets, which experience rapid erosion, and are not as high in quality as the standard [industrial level] rockets," the report said. Despite the Israeli interdiction, "Hamas is still able to fire rockets at Tel Aviv and the surrounding area.



<!-- caption begin -->
Terrorists blew up an Israeli bus in November with a smuggled Kornet missile fired from Gaza
<!-- caption end -->

Recent statements made by the outgoing Israel Defense Forces (IDF) Chief of Staff Gadi Eisenkot, who ended his four-year tenure on Tuesday, seem to confirm the report. "We have foiled the smuggling of 15,000-20,000 rockets [into Gaza]," Eisenkot said during a visit to a region of southern Israel that has experienced frequent Hamas rocket attacks.

Hamas has relied on both Iran and ISIS in its attempts to smuggle arms into Gaza via Sinai, using underground trafficking tunnels linking the two territories. Egypt destroyed most of those tunnels.

Last February, ISIS in Sinai reportedly seized Iranian weapons en route to Gaza, including Kornet guided anti-tank missiles and GPS-guided arms. Hamas has used such weapons to fire on Israeli vehicles from Gaza. Such reports appear to indicate that Iranian efforts to push weapons into the hands of Gaza's terrorist factions have not ceased, even if they have been reduced due to Egypt.

The Sinai Peninsula is also awash with arms that have been smuggled into the area from failed states such as Libya, where arms traffickers raided army weapons depots, and sold the stolen array of goods on the black market to anyone willing to pay.

Had Hamas succeeded in smuggling in the rockets, it would have doubled the size of the projectile arsenal in Gaza. According to IDF intelligence assessments, Hamas and Palestinian Islamic Jihad (PIJ) currently possess a combined rocket and mortar arsenal of over 20,000 rockets and mortars, all of which are pointed at Israeli cities, towns, and villages.

Egypt has taken a proactive role in destroying smuggling tunnels that link the Sinai Peninsula to the Gaza Strip since Abdel Fattah El-Sisi replaced the Muslim Brotherhood's Mohamed Morsi as president in 2014. This change forced both Hamas and PIJ into domestic arms manufacturing, with the backing of Iranian cash and know-how.

The Israeli Air Force has struck many local rocket production facilities in Gaza, including medium-range projectiles that place greater Tel Aviv, Israel's financial hub and largest population center, in range.

While Israel's Iron Dome air defense systems provide protection against the rocket attacks, recent skirmishes illustrate the fact that air defenses are not hermetic. In November, for example, Hamas fired more than 400 projectiles at southern Israeli civilians, killing one man and injuring several more. In addition to the risk of death, injury, and destruction they pose to Israeli civilians, the rockets also create psychological trauma, particularly to children living in southern Israeli areas that have been shelled on a regular basis.

**Hamas's relationship with ISIS**

The recent report on Hamas's major smuggling activities in Sinai also served as a reminder of the Gazan terrorist regime's complex relationship with Sinai Province, the local ISIS affiliate.

Egypt has worked hard to try and drive a wedge between Hamas, a Palestinian Muslim Brotherhood branch in Gaza, and ISIS in Sinai, which is an extension of the Salafi-jihadist network. As a rule of thumb, the Salafi jihadists view the Muslim Brotherhood as being too soft, and too prone to nationalism, which the Salafi jihadists consider to be a foreign Western concept that has no place in the Islamic world.

Both Hamas and ISIS promote terrorism and jihad, agree on the ideological goal of destroying Israel, view the West as an enemy, and view secular Arab governments as foes. But the Muslim Brotherhood movement prefers to transform Arab countries into Islamist theocracies through political processes, while ISIS seeks immediate violent revolution.

But these significant ideological differences have not stopped Hamas and ISIS from opportunistically collaborating with each other, as well as confronting one another, as conditions change.

Cairo is in the midst of a massive military crackdown on the Salafi-jihadist terrorists in Sinai. Egypt also wants to influence Hamas in Gaza, despite the deep hostility that exists between the Gazan Islamist regime Â+Â€Â" a natural affiliate of the Egyptian Muslim Brotherhood Â+Â€Â"- and El-Sisi's administration, which views the Brotherhood as a severe terrorist threat.

Egypt is concerned Gaza serving as a weapons supply source and a safe refuge for Sinai's terrorists, which is why it has pressured Hamas to cut off all ties with ISIS.

In recent years, Hamas has played a double game regarding ISIS. In its home turf of Gaza, it has kept them in check, making frequent arrests and delivering painful slaps to the organization. But in Sinai, it has cooperated with ISIS, sparking Egyptian anger.

Hamas gave Sinai Province access to Gaza, allowing it to smuggle arms from Gaza to Sinai, and it even provided military training to ISIS. This cooperation enabled Hamas to use ISIS to smuggle weapons into Gaza, creating a two-way arms flow.

This cooperation also allowed Hamas to 'outsource' terrorist attacks against Israel to ISIS in Sinai, when it tried to prevent Israeli retaliation in its home turf in Gaza.

The cooperation did not cover up the deep-seated ideological hostility between the two groups, as illustrated by a January 2018 ISIS video, showing the execution of a Hamas member accused by the group of smuggling weapons to Gaza.

That incident could reflect Hamas's moving away from ISIS in Sinai, in response to heavy Egyptian pressure. Hamas is dependent on Egypt's good will, due in part to the Egyptian-controlled Rafah crossing A4A€A˜ the only gate Gaza has to the rest of the world. Egypt is the most important Arab power in the vicinity, and could choke off Hamas if it wishes.

Despite friendships with the more distant Turkey and Qatar, Hamas is deeply isolated in the region and has no choice but to take Egyptian demands into account if it wishes to have access to the rest of the world.

That reality has allowed Egypt to pressure Hamas to drift away from its cooperation with Sinai Province.

At the same time, Hamas has tried to fool Egypt in the past, pretending to move away from ISIS in Sinai, while continuing to cooperate with it. In November, the Middle East Media Research Institute (MEMRI) released a document that provided recent evidence of cooperation between Hamas's military wing and Sinai Province.

The document, a religious opinion written by an eminent ISIS cleric who is part of the organization's bureaucracy, detailed types of assistance that Hamas provided to ISIS, including weapons transfers "both to and from Sinai, logistical support, financial support, supply of ammunition, and [the] transfer of wounded to Gaza." Due to the innate ideological hostility between Sinai Province and Hamas, the cleric objected to this cooperation, although "he did rule that receiving weapons from Hamas could be permitted under certain conditions," according to the report.

Ultimately, it appears as if Hamas is not satisfied with its ability to mass produce its own weapons in Gaza and remains committed to importing high quality weapons from outside of Gaza to terrorize Israeli civilians, and target the Israeli military in future wars.

*Yaakov Lappin is a military and strategic affairs correspondent. He also conducts research and analysis for defense think tanks, and is the Israel correspondent for IHS Jane's Defense Weekly. His book, The Virtual Caliphate, explores the online jihadist presence.*

URL (Printing)   https://www.investigativeproject.org/7785/report-sheds-ight-on-hamas-sinai-arms-smuggling

Date of Intel: 05-29-2018

Title: Investigative Project on Terrorism: Photos Show IRUSA Chairman's Muslim Brotherhood Support

Notes

Photos shared on Facebook by Islamic Relief USA's (IRUSA) board chairman and others give credibility to Egyptian press reports tying him to the Muslim Brotherhood. They show Khaled Lamada with people who have known Brotherhood loyalties, all displaying Brotherhood salutes and symbols. In 2013, Egypt's *El-Watan* newspaper identified Lamada as an American member of the Muslim Brotherhood.

Lamada denies affiliation with the Muslim Brotherhood "in any way."

This matters because IRUSA's parent organization, Islamic Relief Worldwide (IRW), also has faced accusations of Muslim Brotherhood ties. The United Arab Emirates (UAE) included IRW on a 2014 list of terror groups.

The UAE list describes IRW "as 'Islamic Relief Worldwide of the Global Muslim Brotherhood,' alleging that the organization is a Muslim Brotherhood member or affiliate," IRW wrote last fall in a report to the U.S. Congress. "This is an untrue and unfounded allegation that is categorically denied. Again no evidence has been provided to substantiate the allegation."


<!-- caption begin --> Lamada, second from the left, displays the pro-Muslim Brotherhood salute with Waleed Sharaby (wearing the yellow scarf), a leader of the Brotherhood-linked Egyptian Revolutionary Council, in January 2015.
<!-- caption end -->

Israel and Bangladesh also accuse IRW of supporting terrorism. Bangladesh barred IRW from working with Rohingya refugees from next-door Myanmar due to concerns it would radicalize them. In 2014, Israel banned IRW from working in Gaza due to evidence it employed Hamas members as aid workers, a claim currently being fought in Israeli courts. European banks Credit Suisse, HSBC and UBS refuse to do business with IRW due to terror finance concerns.

Islamic Relief USA does not give money to anyone suspected of involvement in terror, Lamada told the Egyptian newspaper *Al Masry Al Youm*. He claimed that IRUSA works through the United Nations Relief and Works Agency (UNWRA) in Gaza, which has employed Hamas workers in the past.

IRUSA is the largest Muslim charity in the U.S. and provides nearly 25 percent of IRW's budget. It also partners with the State Department's USAID program.

American politicians have opened their doors to Lamada, who displayed photos of himself at the Obama White House's Ramadan Iftar dinner in 2016.

Social media activity makes Lamada's Muslim Brotherhood support hard to hide.

He posted in a 2015 photo with Brotherhood Shura Council member Gamal Heshmat and exiled Pro-Brotherhood Egyptian judge Waleed Sharaby. Heshmat and Sharaby belong to an Istanbul-based group of exiled Morsi-era parliamentarians and Brotherhood-linked politicians called the Egyptian Revolutionary Council (ERC)

Each man in the picture held up four fingers, a gesture representing the Muslim Brotherhood's resistance to its 2013 ouster from power by Egypt's military. Lamada and Sharaby posed for other pictures, too.

Heshmat and Sharaby have openly supported terrorism.

Egyptians should give Palestinians weapons to go fight against Israel. Heshmat told NPR's Deborah Amos in 2002. Heshmat met in Qatar in 2014 with Khaled Meshaal, then a top Hamas official. He ridiculed the U.S. classification of Hamas as a terrorist group in a February 2015 Facebook post.

"What happened when America sanctioned Hamas as a terrorist organization? We saw heroism," Heshmat wrote.

Sharaby similarly supports Hamas. In a 2014, post on a pro-Brotherhood website, Sharaby praised Hamas terrorist attacks against Israelis as a "blessed movement."

"From throwing stones at the enemy, to stabbing him with a knife, to the sniper shot, to the IED, to martyrdom operations in the heart of the Zionist Entity, to the short-range missiles, to the long-range missiles to attack Israeli military units which made the people of Israel go into bunkers!!!" Sharaby wrote.

Leaders of the pro-Brotherhood group Egyptian Americans for Freedom and Justice (EAFJ), who have endorsed Brotherhood-linked terrorists in Egypt, also appeared in the photo with Lamada. They included EAFJ President Hani Elkadi; EAFJ spokesman Mahmoud ElSharkawy; EAFJ co-founder Aber Mostafa; and EAFJ members Said Abbasy and Yahya Almontaser. This group photo originally appeared on Almontaser's Facebook page.

Egypt's *Youm 7* news site alleges EAFJ is tied to the International Organization of the Muslim Brotherhood. Elkadi made an official trip on EAFJ

MEF001447

business to Istanbul in May 2017 where many of the Brotherhood's international leaders are based, and met with Brotherhood-linked figures like Sharaby.

Other pictures on Lamada's Facebook timeline indicate he has a close relationship with EAFJ leaders. He spoke at its July 2016 Ramadan iftar dinner. A group photo from that night shows Lamada with Elkadi, Abbasy and EAFJ co-founder Sheikh Mohamed Elbar, imam of Brooklyn's Islamic Society of Bay Ridge, where Lamada formerly served as a board member. Elbar, who belongs to Muslim Brotherhood ideologue Sheikh Yusuf Qaradawi's International Union of Muslim Scholars (IUMS), called for Egyptian President Abdel Fatah al-Sisi's head in 2016.

"[O]nce people pledge allegiance to a Muslim ruler, it is forbidden to struggle against him and remove him, and if anyone removes him, he should be beheaded," Elbar said at an EAFJ gathering in Arabic. "Do you know who ought to be beheaded? Who should be stricken with the sword or hanged or detained? He who came to fight, and not the legitimate president [Morsi]."

Earlier this year, Elbar called for violence against Israel even if Palestinians are outgunned.



<!-- caption begin -->
Khaled Lamada, circled, poses with exiled Egyptian judge Waleed Sharaby to his left and Brotherhood Shura Council member Gamal Hesmat to his right, along with EAFJ members in 2015.
<!-- caption end -->

Before EAFJ was created, Lamada described himself as the founder of a group called Egyptian Americans for Democracy and Human Rights (EADHR). Its New York-New Jersey chapter described EADHR as part of an umbrella group created by the London-based International Organization of the Muslim Brotherhood. Egypt's *El-Balad* newspaper in January 2017 accused Lamada, ElSharkawy and Abbasy of helping finance Brotherhood-linked terrorism in Egypt after their names appeared in several cases in Egyptian courts.

All of the EAFJ leaders who appeared in the January 2015 photo with Lamada mourned the 2016 death of Mohamed Kamal, who died in a shootout with Egyptian security forces. Kamal had established a Brotherhood-linked terrorist infrastructure in Egypt following the Brotherhood's 2013 ouster.

Kamal received support from the Muslim Brotherhood's Shariah Committee, which wrote an ebook blessing his terror effort against the Egyptian government, former George Washington University Muslim Brotherhood researcher Mokhtar Awad found. Kamal's faction created terrorist entities called the Revolutionary Punishment Movement (RPM) and Popular Revolutionary Movement (PRM). Elements of Kamal's terror network evolved into Hasm and Liwa al-Thawra, which were added to the State Department's terrorist list in January. PRM claimed joint responsibility with ISIS's Sinai Province for a May 2016 attack near Cairo that killed eight police officers.

Facebook posts also suggest IRUSA board members Mohamed Amr Attawia and Hamdy Radwan have Brotherhood loyalties.

Attawia's Facebook page includes photos from an EADHR rally held in New York in December 2013. Lamada appears in one of Attawia's photos from the rally. Also, like Lamada, *El-Watan* reported that Attawia was a member of the Muslim Brotherhood. Attawia's name appears in a 1991 Muslim Brotherhood phone book together with then-Hamas Political Bureau chief Moussa abu Marzook.

Marzook created the Muslim Brotherhood's Palestine Committee to support Hamas in America.

Radwan, an open Hamas supporter, is Facebook friends with many of the EAFJ members and includes Heshmat's personal blog among his likes.

These photos and Facebook likes make it harder to dismiss the connections between IRUSA's board members and the Muslim Brotherhood. Lamada's EAFJ connection should raise questions due to that group's support for terrorism.

**URL (Printing)**  https://www.investigativeproject.org/7468/photos-show-irusa-chairman-muslim-brotherhood

Date of
Intel        02-06-2009

Title        Investigative Project on Terrorism: Qaradawi's Extremism Laid Bare

Notes
On January 30, 2009 excerpts of a speech by Sheikh Yusuf Al-Qaradawi were aired on Al-Jazeera. In the speech, Qaradawi made vicious remarks about Jews, inciting Muslims to put Jews in "their place" as Hitler had done, in revenge for Israeli actions in Gaza several weeks prior:

> "Throughout history, Allah has imposed upon the [Jews] people who would punish them for their corruption. The last punishment was carried out by Hitler. By means of all the things he did to them Â¢Â¢ÂªEÂª" even though they exaggerated this issue Â¢Â¢ÂªEÂª" he managed to put them in their place. This was divine punishment for them. Allah willing, the next time will be at the hand of the believers."

Such vitriol is nothing new for Qaradawi. At a "Gaza Victory Rally" in Doha, Qatar two days earlier, which was attended by Hamas Political Chief Khalid Mishaal, he gave a speech saying that "martyrdom is the greatest wish of a Muslim," and that the "resistance must continue." Qaradawi concluded by praying for the opportunity before his death to kill a Jew, "The only thing I hope for is that as my life approaches its end, Allah will give me an opportunity to go to the land of Jihad and resistance, even if in a wheelchair. I will shoot Allah's enemies, the Jews, and they will throw a bomb at me, and thus, I will seal my life with martyrdom. Praise be to Allah."

Qaradawi, based in Qatar, is the spiritual leader of the Muslim Brotherhood movement and is a popular cleric throughout the Sunni Muslim world. The Muslim Brotherhood is an 80-year-old Egyptian religious movement that seeks the global spread of Islam and establishment of a Shariah, or religious law, in nations with Muslim populations. The MB is the ideological underpinning for all modern Islamic terrorist groups, including Hamas and Al Qaeda.

American Muslim groups and mainstream American media outlets often paint Qaradawi as a "moderate" who represents mainstream Islam. This dangerous mischaracterization ignores Qaradawi's speeches, sermons, and writings, which have called for the killing of American and British troops in Iraq, the killing of Jews and the destruction of Israel, the execution of homosexuals, and have shown support for domestic violence against women.

He is currently banned from entering the U.S. or Britain because of his hate-filled rhetoric calling for violence. In the face of the West's so-called "war against Islam." In September 2004, Qaradawi proclaimed that it was a religious obligation for Muslims to fight U.S. and British troops in Iraq. The communiquÃ©, signed by Qaradawi and 93 other clerics, said that "the Jihad Â¢ÂªEÂª" waging Iraqi people's resistance to the foreign occupation Â¢ÂªEÂª is a Shari'a duty incumbent upon anyone belonging to the Muslim nation, within and outside Iraq, who is capable of carrying it out," and that it was "forbidden for any Muslim to offer support to the occupiers."

Additionally, he also has ties to terrorist financing. On November 12, 2008 the U.S. Treasury Department designated the Union of Good (also known as the Charity Coalition), a worldwide collection of charities which listed Qaradawi as its President, under Executive Order 13224 as a terrorist entity as a result of its fund-raising activites on behalf of Hamas and Hamas-controlled organizations in the West Bank and Gaza.

Despite the ban on his physical entry into the U.S, Qaradawi's Islamist news organization, Islamonline.net (IOL), announced on December 27, 2008, that it had opened an office in Washington D.C. IOL serves as Qaradawi's mouthpiece to the West to spread "the 'message of Islam to the world,' and posts many of his controversial fatwas, such as those that support the use of women in suicide bombings, punishment or execution for homosexuals, divorce for women who do not wear the hijab, and death for apostates from Islam.

Those who downplay Qaradawi's extremism include some of the usual apologists, like the Council on American Islamic Relations (CAIR) and Dr. John Esposito, who ignore his radicalism, and, instead, present him as "moderate." On numerous occasions, CAIR has embraced the radical cleric, describing him as a "renowned Muslim scholar," even after acknowledging his support for "martyr operations" against Israeli targets.

In an interview on M_NBC on July 26, 2005, CAIR legal director Arsalan Iftikhar referred to Qaradawi as "one of the most famous Muslim scholars in Cairo" who had said "unequivocally" that suicide bombings and acts of terrorism "are completely outside the bounds of Islam." This is a gross lie, as Qaradawi expressed, prior to 2005, support for suicide bombings and the killing of Israeli civilians. Similarly, in 2006 CAIR National Director Nihad Awad called him a "prominent and known scholar." Perhaps this treatment should come as no surprise, considering Qaradawi himself confirmed his favorable attitude toward CAIR in a November 2002 interview on Al-Jazeera, referring to the organization as "our brothers there [in America]."

Likewise, Esposito, director of the Prince Alwaleed Bin Talal Center for Muslim-Christian Understanding at Georgetown University, places Qaradawi among "a cross section of Muslim thinkers, religious leaders and mainstream Islamic movements from Egypt to Indonesia, Europe to America" that engage in a "reformist interpretation of Islam and its relationship to democracy, pluralism and human rights."

Shockingly, mainstream American media outlets such as the Washington Post, Los Angeles Times, the Associated Press, and the Christian Science Monitor have also painted Qaradawi with a "moderate" brush despite his verbal attacks.

When Qaradawi referred to Shiite Muslims in September 2008 as "heretics" seeking to infiltrate Sunni societies and inflaming sectarian tensions throughout the Middle East, the Associated Press close to characterize the Sheikh as someone "widely respected throughout the Middle East Â¢ÂªEÂª [who] has also participated in numerous Muslim and interfaith reconciliation dialogues." The Los Angeles Times did the same, calling him a "prominent moderate cleric," despite his inflammatory remarks.

In the run up to the Iraq War in 2003, the Christian Science Monitor referred to Qaradawi as a "moderate Egyptian cleric," while the Washington Post described him as a "popular Islamic cleric who is often seen as a moderate voice in the Arab world," despite his pronouncements at the time calling those who died resisting the occupation in Iraq "martyrs."

Perhaps the most egregious example is a February 2003 article in the Washington Post that refers to Qaradawi as a "maverick" and as being "seen as a voice of moderation." The article even goes so far as to call him a "reformer" that was "seeking to create a new, moderate current in Muslim thinking."

Qaradawi's consistent calls for Â¢ÂªEÂª and praise of - violence are never mentioned in these stories to place his moderate reputation into proper context. To continue to call him a "moderate" is an injustice, especially to those Muslims whose true moderate voices are closed out of the debate.

The fact that Qaradawi's radicalism has been overlooked time and again, regardless of the evidence showing otherwise, is alarming. The quest to find moderate Muslim leaders with whom to deal does not mean we should settle on someone, who although popular,

preaches and sustains views that are not only inimical to U.S. interests, but which pose a very real physical threat to us as well. In the interest of calling a spade a spade, Qaradawi should be labeled exactly as he is Â¢Â€Â" a radical Islamist.

**URL** (Printing)   https://www.investigativeproject.org/992/qaradawis-extremism-laid-bare

MEF001450

Date of
Intel      05-31-2001

Title      Wall Street Journal: Terrorism on Trial

Notes
On Tuesday, a federal jury in New York returned a guilty verdict against the four defendants accused of plotting the terrorist bombing, three years ago, of the U.S. embassies in Kenya and Tanzania. The successful prosecution of these murderers represents a great victory for the United States, for the principle of justice, and for the rule of law. We are all in debt to the brave and capable prosecutors.

**Operational Range**

Unfortunately, the trial does almost nothing to enhance the safety of Americans. The Qaeda group, headed by the notorious Osama bin Laden, which perpetrated the outrages in East Africa, will barely notice the loss of four operatives. Indeed, recent information shows that Al-Qaeda is not only planning new attacks on the U.S. but is also expanding its operational range to countries such as Jordan and Israel.

In Israel, for example, bin Laden has begun to develop a network among the terrorists of the Hamas organization. Last year, Israel arrested a Hamas member named Nabil Aukel who was trained in Pakistan and then moved to Afghanistan and Kashmir to put that training into practice. He returned to Israel with well-honed skills in the remote detonation of bombs using cellular phones, and was detailed to carry out terrorist attacks in Israel.

Perhaps the real importance of the New York trial lies not in the guilty verdicts but in the extraordinary information made public through court exhibits and trial proceedings. These have given us a riveting view onto the shadowy world of Al-Qaeda—though you'd never know from following the news media, for this information was barely reported. Tens of thousands of pages from the trial transcript provide a full and revealing picture of Al-Qaeda, showing it to be the most lethal terrorist organization anywhere in the world.

They demonstrate that Al-Qaeda sees the West in general, and the U.S. in particular, as the ultimate enemy of Islam. Inspired by their victory over the Soviet Union in Afghanistan in the 1980s, the leaders of Al-Qaeda aspire to a similar victory over America, hoping ultimately to bring Islamist rule here. Toward this end, they engaged in many attacks on American targets from 1993 to 1998. One striking piece of information that came out in the trial was bin Laden's possible connection to the World Trade Center bombing in New York in 1993. A terrorist manual introduced as evidence was just an updated version of an earlier manual found in the possession of the World Trade Center defendants.

The court evidence shows how Al-Qaeda is an umbrella organization that includes a wide range of Islamist groups, including Hezbollah (Lebanon), Islamic Jihad (Egypt), the Armed Islamic Group (Algeria), as well as a raft of Iraqis, Sudanese, Pakistanis, Afghans and Jordanians. Each of its constituent groups has the capability to carry out its own independent recruiting and operations.

The groups coordinate through Al-Qaeda's "Shura Council," a kind of board of directors that includes representatives from the many groups. The groups meet on a regular basis in Afghanistan to review and approve proposed operations. Most of them have maintained close relationships with each other since the end of the war in Afghanistan against the Soviets. They know each other well and work together efficiently.

We learned from the trial that when operations in one place are shut down, the rest of the network soldiers on, virtually unaffected. Even if bin Laden himself were to be killed, this Islamist network would survive and continue to expand, sustained by its ideological adhesion. Islamism is the glue that keeps these groups together, and fired up.

The court documents also revealed that although bin Laden has had a leading role in formulating and paying for Al Qaeda, the organization did rely heavily on state sponsorship as well. For example, Sudanese President Omar Bashir himself authorized Al-Qaeda activities in his country and gave it special authority to avoid paying taxes or import duties. More remarkably, he exempted the organization from local law enforcement. Officials of the Iranian government helped arrange advanced weapons and explosives training for Al-Qaeda personnel in Lebanon where they learned, for example, how to destroy large buildings.

Perhaps the most disconcerting revelations from the trial concern Al Qaeda's entrenchment in the West. For example, its procurement network for such material as night vision goggles, construction equipment, cell phones, and satellite telephones was based mostly in the U.S., Britain, France, Germany, Denmark, Bosnia and Croatia. The chemicals purchased for use in the manufacture of chemical weapons came from the Czech Republic.

In the often long waits between terrorist attacks, Al-Qaeda's member organizations maintained operational readiness by acting under the cover of front-company businesses and nonprofit, tax-deductible religious charities. These nongovernmental groups, many of them still operating, are based mainly in the U.S. and Britain, as well as in the Middle East. The Qatar Charitable Society, for example, has served as one of bin Laden's de facto banks for raising and transferring funds.

Osama bin Laden also set up a tightly organized system of cells in an array of American cities, including Brooklyn, N.Y.; Orlando, Fla.; Dallas; Santa Clara, Calif.; Columbia, Mo., and Herndon, Va.

Several conclusions follow from this information.

First, we should think of Al-Qaeda not as an organization dominated by one man but as a global Islamist "Internet" with gateways and access points around the world.

Second, Al-Qaeda has a world-wide operational reach. Especially noteworthy is its success in the U.S. and Europe, where it recruits primarily (as this trial showed) among Muslim immigrants. The legal implications of this fact are as serious as they are delicate. Clearly, this is a major new area for law enforcement to grapple with.

**Larger Point**

Finally, this trial shows that trials alone are not enough. In conceptualizing the Al-Qaeda problem only in terms of law enforcement, the U.S. government misses the larger point: Yes, the operatives engage in crimes, but they are better thought of as soldiers, not criminals. To fight Al-Qaeda and other terrorist groups requires an understanding that they (along with some states) have silently declared war on the U.S.; in turn, we must fight them as we would in a war.

Seeing acts of terror as battles, not crimes, improves the U.S. approach to this problem. It means that, as in a conventional war, America's armed forces, not its policemen and lawyers, are primarily deployed to protect Americans. Rather than drag low-level operatives into American courtrooms, the military will defend us overseas. If a perpetrator is not precisely known, then those who are known to harbor terrorists will be punished. This way, governments and organizations that support terrorism will pay the price, not just the individuals who carry it out. This way, too, Americans will gain a safety that presently eludes them, no matter how many high-profile courtroom victories prosecutors win.

MEF001451

**URL** https://www.investigativeproject.org/154/terrorism-on-trial
(Printing)

Date of
Intel          09-19-2007

Title          Investigative Project on Terrorism: Hearing on Saudi Arabia Weapons Sale Cites Kingdom's Terror Ties

Notes
There is no evidence that Saudi Arabia "has taken public punitive actions against any individual for financing terror" since 9/11, a former top security aide to two presidents testified Tuesday before a congressional subcommittee.

Lee S. Wolosky, former director of the National Security Council's Office of Transnational Threats under Presidents Bill Clinton and George W. Bush, told the House Foreign Affairs Subcommittee on the Middle East and South Asia that six years after the attacks on America, the Saudi government has still not reigned in charities with ties to al Qaeda.

"I think we've let the billionaires of Saudi Arabia off the hook," said Congressman Dana Rohrabacher (R-CA).

The subcommittee met to explore America's relationship with Saudi Arabia in light of a $20 billion dollar weapons sale being offered by the White House to the member states of the Gulf Cooperation Council. That includes Saudi Arabia, Bahrain, Kuwait, Oman, Qatar, and the United Arab Emirates. The bulk of the sale will be going to Saudi Arabia.

In a display of bipartisan agreement, both Subcommittee Chairman Gary Ackerman (D-NY) and Ranking Member Mike Pence (R-IN) expressed skepticism about the wisdom of the sale. The question for Ackerman was simple: "Saudi Arabia will make its own calculations about the region and about its relations with the United States on the same basis it always has: What's in it for the House of Saud? So, I think it's time we ask ourselves a similar question: What's in it for the House of Uncle Sam?"

Pence offered another question: "Are they [Saudi Arabia] really an ally in the War on Terror?"

The two witnesses before the subcommittee attempted to answer these questions. F. Gregory Gause, III, an associate professor of political science at the University of Vermont, explained that this arms sale would not serve to affect security in the region one way or the other. He incorrectly noted that Saudi Arabia had never deployed its military outside its borders (In 1948, Saudi Arabia sent a contingent of roughly a thousand soldiers to fight Israel), using that as evidence to claim that any operations in Iraq or Iran are unlikely. Gause said the only reason to make the sale other than economic gain for our arms industry was that the sale would demonstrate that the United States is committed to the security of Saudi Arabia, making it less likely that the kingdom would pursue nuclear technology should Iran succeed in producing nuclear weapons.

Wolosky explained Saudi Arabia's connections to the financing of terrorism and the propagation of extremism. Of the failure to regulate charities that have financed terrorism, he stated: "Passing legislation is one thing, and implementation and enforcement are another. Certain steps announced to increase oversight over problematic Saudi-based charities have not been fully implemented."

One of these charities is the Muslim World League, a multi-million dollar organization based in Mecca, Saudi Arabia. It is funded by both the Saudi government and private donations. Since its founding, the League has functioned as the quasi-official religious missionary and propaganda arm of Saudi Arabia. In March 1997, Secretary General Abdullah Al-Obaid of MWL thanked King Fahd for his continued support of the organization, noting that the Saudi government had officially provided more than $1.33 billion in financial aid since 1962.

MWL continues to operate dozens of offices around the world. MWL has two in the United States â€" in Virginia and New York City. The FBI raided the Virginia office in March 2002 as part of a still-open investigation into a network of Virginia-based Islamic charities and corporate entities suspected of having ties to terrorist groups. The office was raided again in July 2005.

Another of these Saudi charities is the International Islamic Relief Organization (IIRO). Western intelligence sources have traced IIRO money transfers to bank accounts in London and in Amman, Jordan and then from front groups to Hamas-backed organizations in Gaza and the West Bank. The sources believe the annual amount the IIRO channels to these groups totals about $20 million.

Fayez Ahmed Alshehri, one of the 9/11 hijackers, told his father he was going to work for IIRO and never saw his family again. Mohammed Al Zawahiri, the brother of Dr. Ayman al Zawahri (second in command of al Qaeda), worked around the world on behalf of IIRO.

Following the 1998 U.S. embassy bombings in Kenya and Tanzania, six Islamic NGOs, including MWL and IIRO were banned from Kenya for "endangering the lives of Kenyans" and "working against the interests of Kenyans in terms of security," according to John Etmesi, Chairman of the Nongovernmental Coordinating Board in Kenya. In mid-December of 1998, the Kenyan Supreme Court lifted the ban against MWL and IIRO after the Islamic community in Kenya applied strong pressure.

In August 2006, the U.S. Treasury Department designated IIRO's branch offices in the Philippines and Indonesia for "facilitating for al Qaeda and affiliated terrorist groups."

When asked by Ackerman how the U.S. can ensure that the Saudis follow through with their commitments to regulate their charities, Wolosky replied, "Only by compelling Saudi Arabia by conditions of some policyâ€¦will you have leverage to find out if those chains are being pulled."

URL
(Printing)     https://www.investigativeproject.org/478/hearing-on-saudi-arabia-weapons-sale-cites-kingdoms-terror

Date of
Intel          08-17-2014

Title          Jerusalem Online: Op-Ed: The President's True Colors Finally RevealedÂ (18 comments)

Notes

When I first glanced at the headline on today's Jerusalem Online and reports in the Jerusalem Post and other Israeli newspapers, I thought they must have been a satire: "Washington officials have told Egypt that the US will guarantee Israel's commitment to any agreement signed." But it was not a satire. This was deadly serious, confirmed by other Israeli newspapers and sources in Cairo.



The US offering to Hamas to 'guarantee' Israeli commitments to any agreement signed? As if anyone needed proof of the Obama administration's antipathy to Israel, here it was in black and white. If any party needed a commitment to enforce its agreements in any deal, it would have been Hamas, which has been known to break every commitment it ever made. To pick just a few at random:

- Hamas recently violated 9 cease fire agreements, including two of its own.

- Hamas illegally siphoned thousands of tons of cement and steel shipments it received from international donors and Israel that it had committed to use to build the civilian infrastructure in Gaza for hospitals, schools and apartment buildings; instead it spent upwards of $500 million of these humanitarian shipments to covertly build numerous tunnels buried deep underground into Israel in order to carry out murderous raids on Israeli civilian communities intended to kill tens of thousands of Israelis.

- Hamas violated the terms of the 2012 ceasefire negotiated by then-Secretary of State Hillary Clinton together with Egyptian Muslim Brotherhood President Mohammed Morsi. Under the terms of that agreement, Hamas committed to stop firing missiles into Israel from Gaza. But in fact, Hamas never honored its commitment and continued to fire hundreds of missiles from Gaza into southern Israel during the entire year of 2013 and the first half of 2014. But then in July, Hamas initiated a full scale war against Israel in which it launched 4,000 missiles into 80 percent of Israel's population centers.

- Hamas violated the commitment to the Palestinian Authority that it would never launch a coup d'Ã¡tat against the PA after Israel withdrew from Gaza in 2005. But in 2007, Hamas did exactly that in a bloody takeover of Gaza, kicking out and killing PA officials.

- Hamas violated a solemn commitment to its own civilians that it would uphold the rule of law (yea, right) when it took over Gaza only to subsequently execute hundreds of dissident Gazans, torture and imprison thousands of political opponents, violently persecute the minority of Christians still living in Gaza and imprison and prosecute suspected gay Gazans

- It violated a commitment it made in the Clinton-negotiated 2012 truce that it would cease its missile attacks on Israel.

And at the same time, it should be noted that President Obama personally signed an official letter at the time of the 2012 negotiated ceasefire to Prime Minister Benjamin Netanyahu that the US would provide Israel with the technology to defeat and stop Hamas smuggling of weapons. But subsequent to that promise, Hamas soon received in massive quantities from Iran, Sudan, and North Korea. That promise was never carried out.

Israel, on the other hand, meticulously fulfilled its part of the bargain by significantly relaxing the blockade on Gaza, allowing tons of previously restricted cement and steel into Gaza, increasing the number of daily truckloads of food, medical stuff and building equipment through the two Israeli checkpoints into Gaza by more than 250 truckloads ( a commitment that continued during the Hamas war against Israel, a fact mostly ignored by the mainstream media blindly committed to the Hamas narrative that Israel was the aggressor).

Remember when Obama spoke to the annual AIPAC conference a few years back and ceremoniously declared, "I got your back"? This is the same president who, as the Wall Street Journal disclosed last week, personally held up the Israeli request for additional Hellfire missiles that it had depleted in its war with Hamas.

As far back as 1967, the United States made a firm promise to Israel that it would never allow the Egyptians to blockade the Straits of Tiran, considered the lifeline of Israel. But when the Egyptians blockaded the Straits of Tiran in May 1967, what did the US do? Nothing.

And in the current round of negotiations being held in Cairo now, according to leaked details in Egyptian newspapers reported by today's Jerusalem Online

Israel agreed to make the following astonishing concessions

- "Israel will stop its attacks in Gaza - in land, sea and air. No ground operations will be conducted."

- Israel has agreed to the "opening of crossings between Israel and Gaza [in which] Movement of people and merchandise will be allowed, to rebuild Gaza. '

- "Eliminating the buffer zone in the North and East of Gaza and deployment of Palestinian military forces starting from January 1, 2015."

- "Freedom of fishing and action in the territorial waters of the Palestinians in Gaza to a range of 6 miles. The range will gradually be increased, to no less than 12 milesÂ¢Â€Â!"

- "Israeli authorities will assist the Palestinian Authority to restore the foundations in Gaza, as well as help provide the necessary living needs for those who were forced to leave their homes due to the battles. Also, Israel will provide emergency medical attention to the wounded and will supply humanitarian assistance and food to Gaza as soon as possible."

It should be noted that even during the recent murderous war waged by Gaza, Israel opened up its borders to treat wounded Gaza civilians in Israeli hospitals and continued to supply more than 500 tons daily of humanitarian assistance and food to Gaza daily, even as Hamas launched thousands of rockets and attempted mass murder of Israeli civilians, fortunately thwarted by Israel, to infiltrate dozens of fully armed Hamas terrorists into Israel via the tunnels dug by Hamas.

And what did the Hamas commit to?

- "All Palestinian factions in Gaza will stop the attacks against Israel, in the land, the sea and the air; also, building tunnels from Gaza to Israeli territory will be stopped."

That was it. Virtually the identical commitments it agreed to in December 2012. Quite interestingly, Hamas insistedÂ¢Â€Â"which Israel did not agree toÂ¢Â€Â"to the immediate opening of a Gaza seaport and airport. But the party that suggested to Hamas that they insist on these demands was none other than the Qataris, the countryÂ¢Â€Â"the top financial patron to Hamas, the Muslim Brotherhood and many of its terrorist offshootsÂ¢Â€Â"curiously selected personally by Obama to be the official diplomatic interlocutor in the Cairo talks. The role that Qatar was supposed to play was to convince Hamas to make concessions. But the opposite happened. Qatar, the country to which that the US just sold $11 billion worth of military weapons, actually sabotaged the negotiations. So far, the president has been silent on this betrayal.

In light of the fact that Hamas has never upheld any of its past commitments, the salient question that has to be asked is why did Obama feel compelled to assuage Hamas with an assurance that the US would "guarantee" that Israeli upheld its commitments? The word "guarantee" has a rather expansive and vague latitude for definition. The most recent demonstration of an American guarantee that Israel would halt its defensive war against Hamas was the suspension of critical military deliveries to Israel during the height of the conflagration instigated by Hamas.

Indeed, for all the public affirmations made last weekÂ¢Â€Â"after the WSJ expose– by the Obama administration that the U.S. was "totally committed to the security of Israel," Obama suddenly decides to make a promise to HamasÂ¢Â€Â"whose covenant differs not one bit from the fascist radical Islamic doctrine adopted by ISILÂ¢Â€Â"that it would enforce the commitments made by Israel, which in fact have historically been studiously upheld by Israel.

If Obama was truly sincere in his now obviously contrived promises to "watch [Israel's] back," he would have offered to guarantee Hamas commitments, a terrorist group that has repeatedly violated its commitments in previous agreements. But with his statement that he would "guarantee" Israeli commitments and not those made by Hamas, the president has revealed his true colors for everyone to see.

*Steven Emerson is executive director of the Investigative Project on Terrorism (www.investigativeproject.org), a non profit group that investigates the threat of radical Islam, author of 6 book on terrorism and national security and executive producer of the award winning 2013 documentary "Jihad in America: The Grand Deception" (www.granddeception.com)*

**URL (Printing)**   https://www.investigativeproject.org/4522/op-ed-the-president-true-colors-finally-revealed

Date of   02-18-2021
Intel

Title   Axios: Al Jazeera to license NYT content for new Arabic-language platform

Notes   Al Jazeera is creating an editorial platform for business news called "Reyada" that will include licensed business content from the New York Times.

**Why it matters:** The platform is meant to serve as a hub for reporting on the Middle East's economic diversification, according to a statement announcing the partnership.

**Details:** The product will combine Al Jazeera's original coverage with a selection of reporting licensed from the New York Times, per the statement.

- The licensed content will focus on economics, finance and entrepreneurship.
- The content will run alongside Al Jazeera's business coverage across Al Jazeera's Arabic-language digital properties and will feature an array of formats inclucing articles, videos and photos.
- Reyada will be run from Al Jazeera's offices in Washington, D.C., and Doha, Qatar.

**What they're saying:** "We are thrilled to collaborate with The New York Times, an organisation that possesses such high journalistic integrity and a well-earned legacy, to support the launch and coverage of Reyada," said Yaser Bishr, executive director of digital for Al Jazeera Media Network.

- "We are delighted to participate in Reyada and look forward to providing the in-depth, impactful journalism of The New York Times to Al Jazeera's business audience the world over," said Michael Greenspon, the global head of NYT licensing and print innovation, in a statement.

URL   https://www.axios.com/al-jazeera-license-nyt-arabic-reyada-f53de027-1385-458d-94bc-6272ecc1a6eb.html
(Printing)

**Date of Intel**   02-23-2021

**Title**   NPR: Al Jazeera Is Launching A Right-Leaning News Outlet Called Rightly

**Notes**

Al Jazeera, the Qatar-funded media company, wants to build a new audience among American conservatives, as it prepares to launch a news platform called Rightly. The digital venture pairs the Arab company with political commentators such as Stephen Kent, who will host an interview-based show on the platform.

"Onward and upward," tweeted Yaser Bishr, digital executive director for Al Jazeera Media Network, as he shared a story about the launch.

Kent's show will debut on Thursday, according to Politico, which first reported on Al Jazeera's new venture. The outlet's goal, Politico's *Playbook* states, is to lure "center-right folks who feel left out of mainstream media." Rightly's editor-in-chief will reportedly be Scott Norvell, a veteran of Fox News.

In an email to NPR, Kent said he wants his show, called *RightNow,* to host discussions about how ideas such as classical liberalism can fit into today's political environment. It will not be, he said, yet another arena for fights between Democrats and Republicans – or even between old-school Republicans and supporters of former President Donald Trump.

"This show is a forum about the fight within the right over its commitment to liberalism, the ethic of accommodation, and openness," Kent said. "That tradition is under attack on the left and right. But I can't settle the left's increasingly complicated relationship with liberalism. So my focus will be on the right and building the case over time for why the liberal tradition is worth defending."

As he shared news of the pending launch on Twitter, Kent said Rightly's editorial tone would be, "Somewhere between Dispatch, Reason and...Persuasion."

The push to launch a new platform in the U.S. comes five years after Al Jazeera shut down its ambitious Al Jazeera America cable news channel. The network's international English-language channel remains available in the U.S., as does its digital and video outlet, AJ+.

Less than a week ago, Al Jazeera announced another new venture called Reyada, an Arabic-language business platform that will license content from *The New York Times.*

**URL (Printing)**   https://www.npr.org/2021/02/23/970664967/al-jazeera-is-launching-a-right-leaning-news-outlet-called-rightly

Date of
Intel        08-24-2021

Title        ANALYSIS - Qatar emerges as biggest regional winner in Afghan endgame

Notes
             ANALYSIS BY ANDALOU AGENCY

             **Mediatory role played by Qatar between Taliban and US solidifies position of Gulf state in region**

             *The author is a journalist and researcher in international relations, interested in Gulf and Palestinian studies.

             ANKARA

             As Afghanistan nears the possible endgame after years of fighting, the mediatory role played by Qatar between the Taliban's political leadership and the US has solidified the position of the Gulf state in the region.

             Over the past two years, Qatar emerged not only as a trusted mediator for the US, but gained the Taliban's confidence to host the group's talks with the Afghan government as well after the enactment of the Doha Agreement in February 2020.

             It is worth mentioning that it was the United Arab Emirates (UAE), which had first offered to host talks on Afghanistan in 2018 in an attempt to increase its political influence in South Asia. But its attempts did not bear fruits given the country's hostile attitude towards the Islamic movements in the region.

             The failure of the UAE to host such talks and the success of Qatar to conclude these talks productively is linked to the negotiating environment in the two states. The Taliban leaders felt they were not negotiating in a supportive or, at least an impartial environment in the UAE, since following the Arab Spring of 2011, the country had developed a kind of hostility towards politically loaded Islamic movements in different regions.

             It was antagonizing Egypt's Muslim Brotherhood, Palestine's Hamas, Tunisia's Ennahda, and Libya's plentiful Islamic groups. In contrast Doha had weaved warm ties with these groups, thus emerged as a trusted mediator between them and their local political foes at one hand and a gateway for the US and other Western powers, who were seeking to establish back-channel talks with these groups.

             Hence, the latest developments in Afghanistan and the peaceful transition of power to the Taliban not only showed the success of the Qatar-led mediation efforts aimed to put an end to the suffering in the war-weary country but helped the Gulf monarchy to emerge as the biggest winner of the events.

             Honest broker

             Firstly, Doha has managed to reinvent its image as an honest broker in the region given the fact it was damaged during the Arab Spring after the Gulf state embraced a pro-Arab Spring stance. That was reflected in the Doha-based Al-Jazeera TV's pro-revolution coverage and Qatar's financial support to the revolutionary movements in Libya, Syria, and Yemen.

             The Gulf monarchy also spearheaded shuttle diplomacy during the first two years of the protests that hit six Arab countries. Doha was known for its active diplomacy and mediation efforts that earlier bore fruit in Yemen (between government and Houthis in 2008); Lebanon (among the country's rivals in 2009), Palestine (between Fatah and Hamas in 2012); Sudan and Chad in 2009; Djibouti and Eretria in 2010; and most importantly the Darfur Agreement that brought the Sudanese government and opposition together in 2011.

             Furthermore, secondly, what made Doha the bigger regional winner is that the four-year-long campaign to demonize the Gulf monarchy by its neighbors like Saudi Arabia, the UAE, Bahrain, and Egypt also failed.

             The four countries, during the years of blockade they imposed over Qatar, were seeking, now and then, to depict the Gulf state as nothing but a terror state. Major lobbying firms were hired in the US to exert more pressure on Washington not to engage with Doha on the regional issues. However, the developments, mainly in Afghanistan, Syria, and Palestine, have demonstrated that, in some cases, the US needs Qatar more than Qatar needs it. Particularly, in the issues where the US utterly needs back-channel talks with the Islamic groups in the region.

             There was a wrong perception that Doha was acting independently of the US and was harming its interest. But that was clarified by many Qatari leaders, mainly Emir Tamim who reaffirmed in a televised interview with the veteran anchor Christine Amanpour in 2014 that they were in extreme coordination with the US about their relations with the Islamic groups in the region, most specifically, the Palestinian resistance Hamas group. Emir Tamim noticed that the US was frequently telling them to convince Hamas to take part in the 2006 parliament elections as that hopefully would contain the Palestinian movement and make it part of the peace process with the Israelis.

             Gateway for regional powers

             Thirdly, thanks to the close relations it has with the Taliban, Qatar has become a gateway for the regional powers aiming at having good ties with Afghanistan's new rulers. Turkey, Saudi Arabia, and, to a lesser extent, Egypt are looking forward to having good ties with the Taliban. Those countries will take Qatar as a key to outreach the Afghan powerful actors, which would help Doha and increase its influence as a pivotal and unsurpassable political player in the region.

             Since 1995, the year which marked the rise of King Hamad to power, the Qatari monarchy has been playing a role far beyond its size on the regional level by investing in media, education, humanitarian diplomacy, mediation, and sports.

             This role has seemingly coincided with the rise of Emir Hamed's son Tamim in 2013, whose active and vigorous diplomacy was visible during the Gulf crisis in alliance with Turkey. That has also culminated with the ties the country has knitted with the dissidents and opposition groups in the region making it a favorable destination not only for the world powers but also for the regional players to seek back-channel contacts.

             **Opinions expressed in this article are the author's own and do not necessarily reflect the editorial policy of the Anadolu Agency.

URL
(Printing)    https://www.aa.com.tr/en/analysis/analysis-qatar-emerges-as-biggest-regional-winner-in-afghan-endgame/2344157

**MEF001458**

| | |
|---|---|
| Date of Intel | 03-01-2021 |
| Title | Calgary Herald: Where is Canada as human rights are threatened in Afghanistan? |
| Notes | |

Canadian blood is on Afghanistan's soil. I know because the Taliban killed a family member, journalist Michelle Lang, while embedded with Canadian troops in 2009. In the same incident, the Taliban also killed four soldiers and seriously wounded another five, including another civilian. I have met the injured and the families of the fallen. They represent the best citizens Canada has to offer.

So I can't help but wonder: where is Canada on the world stage as the U.S. reviews the agreement that the Trump administration negotiated with the Taliban and Afghan government in Qatar? Where were we when those negotiations were ongoing? If Michelle were still here, I think she would want to know too.

We hear nothing from our government on these matters. According to journalist Sally Armstrong, the Taliban is using violence to leverage its position, resulting in a "disturbing uptick in violence by the same bunch of deranged men" as before. She says their misogynist edicts "hook crime to sexuality" in the most barbaric of ways.

Armstrong was among a group of speakers at a recent seminar hosted by the non-profit organization Canadian Women for Women in Afghanistan. The message was unequivocal: there will be no lasting and sustainable peace without the protection of basic human rights. The sense of urgency in the message was also clear: women's rights have been bargained away in the name of peace. Until their meaningful participation is assured, the hard-won gains of the past 20 years are at grave risk.

I fail to understand how our government can reconcile its inaction when the sacrifices made by Canadian soldiers and their families continue to haunt our nation. Where are our leaders now? I want to hear from them before it's too late for the Afghan people, too late to secure not only a lasting peace in Afghanistan but also in the world. While the U.S. engaged in talks with the Taliban, targeted killings of journalists, media workers and human rights defenders have escalated at alarming rates. A recent UN report states: "No fewer than 11 human rights defenders and media workers were killed in targeted attacks in Afghanistan from the 12 September 2020 start of peace negotiations through to 31 January 2021." Many more have fled the country fearing for their lives. Reports of ethnic cleansing targeting the Hazara people, the most persecuted tribe in Afghanistan, are particularly alarming, as is the refugee crisis in the country.

Afghanistan remains a breeding ground for insurgent groups, those that brought the international community into the region in the first place. During the negotiations, the Taliban refused to cut ties with al-Qaida. Meanwhile, Pakistan continues to shelter terrorist groups, providing them with training facilities and the like. CW4WAfghan executive director Lauryn Oates set aside her usual optimism on that issue, admitting: "That's a hard nut to crack."

Nonetheless, she pointed to a common myth in the West, which might explain our inaction: that progress wasn't achieved so there's nothing to protect. In fact, dozens of surveys and studies point to increases in life expectancy, in education outcomes, in better maternal health and so on. And Afghan women are speaking out, risking their lives — because the alternative of returning to life under the Taliban is even more terrifying, not just for them but for future generations of boys and girls.

A wide range of coalitions in Afghanistan are all making the same demand, over which this sense of urgency prevails: a just and sustainable peace. In other words, not a watered-down peace that comes at the cost of dignity and basic human rights. As Oates said: "No peace without rights. We have to stand in solidarity."

Canada is a signatory to a UN Security Council resolution called Feminist International Assistance Policy. It stipulates women's participation in these types of high-level talks. What is our government doing to ensure Canada and its allies put pressure on the Afghan and U.S. governments to enforce this commitment and reopen talks that include Afghan women, as well as a guaranteed ceasefire, before the U.S. withdraws its troops?

That's what I'd like to know. Because as Armstrong said: "In the absence of protest from the international community, evil thrives."

*Catherine Lang is the aunt of Michelle Lang, who was killed in Afghanistan while covering the conflict for the Calgary Herald and former Canwest News Service*

| | |
|---|---|
| URL (Printing) | https://calgaryherald.com/opinion/columnists/opinion-where-is-canada-as-human-rights-are-bargained-away-in-afghanistan |

Date of    10-12-2015
Intel

Title    The New Racists: David Miller, Hilary Aked, Kevin MacDonald?

Notes

From his office at the University of Bath, David Miller, an academic and writer, researches organizations and activists that he believes, in his words, work to "distort public debate and undermine democracy."

The results of this research, done with the help of his students and assembled into detailed profiles of the shadowy figures behind this lobbying, are published across a number of websites run by Miller, including PowerBase and SpinWatch.

A visitor to these websites will quickly note one particular constant: it would seem that a significant number of Miller's profiles focus on Jews and Muslims who are working to fight extremism and terrorism.

Counter-terrorism groups, "neocons" and various political organizations are all accused of belonging to a "covert propaganda operation" for various Jewish organizations. Even Tony Blair, Miller argues, is in league with a sinister "international network" of Israeli settlers and American "Islamophobes."

As one blogger notes, any of Miller's "fellow academics" who do not present strong convictions against Israel, are "smeared... as neocons."

Shiraz Maher, a counter-terrorism expert, has written: "Despite the 'close to ten thousand' entries on SpinProfiles [another Miller project] you will find nothing on [Islamist pressure] groups. ... The problem is with SpinProfile's apparent obsession with 'Jewish power' or, if you will, 'the Jewish lobby'."

At a recent conference organized by Miller, American academic Deepa Kumar denounced Muslims working to combat extremism and terrorism within their communities as "native informants." And as the journalist Nick Cohen observed: "For the religious [Islamic] right and the political and academic left, a liberal Muslim is their trussed-up version of the enemy, the alien, the 'other'."

Another David Miller site, Neocon Europe (now defunct), published the works of Kevin MacDonald, a prominent white supremacist who claims that Jews control the media and politicians to "transform the country to serve their interests." In a list entitled, "characteristics of Jewish intellectual movements," MacDonald has claimed that Jews "form a cohesive, mutually reinforcing core" that has "access to prestigious and mainstream media sources, partly as a result of Jewish influence on the media."

Other conspiracy theories promoted on Miller's websites include those of Miller's colleague, Idrees Ahmed, who claims that the Darfur crisis has been prolonged by a powerful Jewish lobby.

According to Standpoint Magazine, in 2009, David Miller appeared to provide accommodation for Joel Kovel, an anti-Jewish American academic who has written that, "The Holocaust has been repressed from history and converted into moral capital to cover and justify whatever the Jewish people would do in the way of domination themselves, whether this be the pell-mell immersion in American bourgeois life or the policies of Israel."

David Miller and his network also seem to work with Muslim Brotherhood operatives. In 2009, Miller secured taxpayer funding to run a project examining British Islam in collaboration with Osama Saeed, a Muslim Brotherhood activist. Saeed was previously the spokesperson for the Muslim Association of Britain, the main organization for the Muslim Brotherhood in Britain. In 2005, Saeed called for the re-establishment of the Islamic caliphate; and in 2006, Saeed expressed praise for the late Al Qaeda leader Anwar Al-Awlaki.

Miller's protégés include Hilary Aked, a blogger with a seemingly strong interest in British Jewish groups. It would seem Aked apparently believes that a hidden Jewish network is responsible for the "Islamophobia industry," and that there is a distinct "overlap between Islamophobia and Zionism." She also describes moderate Muslims as "native informants."

Aked is published at the online publication, Electronic Intifada, where she writes about "pro-Israel" infiltration of the media, and that pro-Israel conferences are part of a secretive "transnational Islamophobia industry."

Electronic Intifada is a prominent pro-Hamas publication, whose founder, Ali Abunimah, has described Palestinian leaders who talk with Israel as "collaborators," and claims that, "supporting Zionism is not atonement for the Holocaust, but its continuation in spirit."

Aked has also frequently written for Al Araby Al Jadeed, a Qatari-funded media group that is accused by Egyptian newspapers of being a Muslim Brotherhood front group. Al Araby's editor-in-chief, Wael Qandil, is described by the Arab newspaper Al Arabiya as a prominent supporter of the Muslim Brotherhood.

To fund his apparent obsession with the "propaganda" ostensibly spread by Jews and anti-Islamist Muslims, Miller has received grants from the Economic and Social Research Council, a body funded by the British government. In 2012, Miller received £400,000 ($614,000 USD) from the Council.

Miller's projects have also received funding from a number of Islamist groups tied to the Muslim Brotherhood and the terror group, Hamas, including:

Friends of Al Aqsa has published writings of prominent anti-Semites, including the Palestinian journalist Khalid Amayreh, whose submission claimed that Jews control America, and that the Iraq war "was conceived in and planned by Israel through the mostly Jewish neocons in Washington."

- £2000 from Interpal, a British charity closely linked to Hamas. Interpal's leaders regularly attend Hamas rallies and ceremonies in the Gaza strip. Interpal trustee Essam Yusuf even participated in a song that praised Hamas's terrorist activities and its "martyrs." Another Interpal trustee, Ibrahim Hewitt, has written of a "so-called Holocaust," and claims: "The Jews cannot be entrusted with the sanctity and security of this Holy Land."

- £10,000 from Friends of Al Aqsa, an organization founded by Ismail Patel, who told a crowd in 2009 that, "Hamas is no terrorist organization. The reason they hate Hamas is because they refuse to be subjugated, occupied by the Israeli state, and we salute Hamas for standing up to Israel."

- A total of £15,000 from the Cordoba Foundation, a lobbying group led by senior Muslim Brotherhood official, Anas Al-Tikriti. Prime Minister David Cameron has described the Cordoba Foundation as a "political front for the Muslim Brotherhood."

- £5000 from Middle East Monitor, a Muslim Brotherhood online publication. Its editor, Daud Abdullah, was a signatory to the Istanbul Declaration, a document that, according to *The Guardian*, called for attacks on British troops and Jewish communities.

In 2011, Middle East Monitor brought the Hamas activist Raed Saleh to speak in Britain. Saleh has claimed (falsely) that 4000 Jews skipped work at the World Trade Center on 9/11 and that those who killed the "Martyr, Sheikh Osama Bin Laden" had "sold their consciences to Satan." David Miller seems, in fact, to be a vocal supporter of Raed Saleh, and spoke in defence of Saleh at a court deportation hearing.

It would seem that in the minds of David Miller, Kevin MacDonald and Hilary Aked, a mysterious Jewish cabal is responsible for all the world's ills. Jewish money is supposedly the nexus between "Islamophobia," Western colonialism, terrorism and violent foreign policy.

That such views find a platform in academia -- and any funding by governments -- is, and probably should be, seriously troubling.

Anti-Jewish tropes have been the foundation of conspiracy theories for centuries. The ideas of Miller, MacDonald and Aked are not new, but they remain racist, xenophobic and false.

**URL (Printing)**   https://www.gatestoneinstitute.org/6677/david-miller-hilary-aked-kevin-macdonald

Date of Intel   02-25-2021

Title   The Guardian: Al Jazeera staff say rightwing platform will 'irreparably tarnish' brand

Notes

More than 100 staff at the Qatar-funded media organisation Al Jazeera have signed an open letter to management objecting to the launch of a rightwing digital platform that they say betrays its journalism and will "irreparably tarnish the network's brand and work".

The internal letter, seen by the Guardian and sent to senior leaders of the media network, said the launch of Rightly on Thursday was "an affront to the ethical, journalistic and editorial vision and guidelines of Al Jazeera".

The memo said the new conservative platform, which many staff learned about through media reporting, was "met with shock, confusion and criticism", and came at a time of budget cuts and layoffs that had left women of colour in particular doing more work without extra compensation.

"Media in the US is already polarised and the introduction of 'Rightly' is not a solution but rather a deepening of the problem," the letter said. "Those of us who work in the United States already face tremendous challenges, and our jobs will only be made more difficult now that we will be associated with promoting a political ideology."

It added: "This isn't about politics, left or right, or diversity of perspectives … This is about journalism and continuing the network's moral mission of uplifting marginalised voices, communities and stories. 'Rightly' is a betrayal of that mission."

Signatories to the letter include several executive producers presenters and correspondents, while about 20 have signed on as anonymous out of concern for their jobs, sources inside the media organisation said. An updated version of the memo would be sent later with more signatures, a staffer in Washington said.

Al Jazeera is marketing Rightly as a way to reach "audiences currently underrepresented in today's media environment" and a showcase of the "racial, cultural and generational diversity of centre-right politics".

The platform posted its first content on Thursday, an episode of an "opinion-led interview programme" called Right Now, whose host, Stephen Kent, said the conservative movement in the US found itself at a crossroads "between facts and feelings, empiricism or rationalism, owning the libs or owning our actions". He cast the programme as an effort to build a new conservative movement end Republican party.

The launch of Rightly threatens to disturb a largely dormant fault line between Al Jazeera's decision-makers in Doha and its journalists, especially those producing work in English.

Qatar is thought to see Al Jazeera as an instrument of influence, increasingly so as its foreign policy has become more active over the past decade, but its English networks in particular have generally recruited journalists who see their work in more progressive terms.

"For so long we have worked to keep this channel and network true to its sense of mission," the open letter said. "How does this new platform align with the network's commitment to amplify the voices of the marginalised and hold power to account?"

The launch of Rightly would have been less surprising to those familiar with Al Jazeera's Arabic output, which reflected a more conservative ideology, said Dr HA Hellyer, a senior fellow at the Royal United Services Institute and the Carnegie Endowment.

"Generally I'd say Al Jazeera Arabic is a rightwing channel, in the context of Arab politics, but I don't know many channels in the Arab world that are otherwise. The distinction between such channels in the Arab world is more: are they rightwing in favour of non-state, pretty-rightwing, Islamist groups? Or are they rightwing in favour of authoritarian regimes opposed to such groups?"

Analysts have speculated that Rightly is an attempt to build bridges with the US right after a torrid four years for Qatar, which found itself at a distance from Donald Trump  whose administration was closer to Qatar's Gulf rivals  audi Arabia and the United Arab Emirates

The staff letter called Rightly "problematic on many levels" and asked for a meeting to discuss staff concerns with the venture. "We strongly believe that it should not remain a part of the Al Jazeera Media Network," it said.

A spokesperson for the network said: "Al Jazeera has a rich history of providing a voice to all sides and encouraging truth-based debates and reporting. We have expanded our footprint previously with AJ+ … along with many other programs, brands and offerings that provide a diverse repertoire of ideas and perspectives. Rightly is a continuation of this rich tradition.

"Our mission is to deliver captivating content to the world which informs, inspires and entertains, through our talented, creative and spirited people … Rightly is the next chapter."

URL (Printing)   https://www.theguardian.com/media/2021/feb/25/al-jazeera-staff-say-rightwing-platform-will-irreparably-tarnish-brand

Date of     08-14-2021
Intel

Title       OPINION - From the smokescreen of 'counterterrorism operations in Afghanistan' emerges a massive new crisis

Notes
            OPINION BY ANADALOU

            **US appears to have decided that the over 1 trillion dollars it has spent in the last 20 years to keep Afghanistan under control is now the problem of the region's countries, particularly Russia and China**

            ISTANBUL

            With US President Joe Biden announcing on April 14, 2021, that his country and NATO members would withdraw their troops from Afghanistan, a new chapter in the history of the country was opened.

            What happened in the four months that followed, on the other hand, created nightmare scenarios for the international community.

            With the departure of US troops from the country, the Taliban, which controlled only the country's rural areas as of early 2021, began to take control of the border areas along with Iran, Pakistan, and Tajikistan.

            In the first week of August, the organization captured five provincial centers in 72 hours.

            The Taliban are marching to power without repeating the mistakes of their first takeover in 1996, and they are not allowing the formation of a coalition capable of resisting them, such as the Northern Alliance.

            As of August 10, the Taliban had taken control of 85% of the country's territory.

            But, how come US political and military decision-makers failed to anticipate the Taliban's ability to upend the Afghan national government in such a short period of time? At what point did the calculations of the U    a superpower that experienced the failure to prevent communist North Vietnamese forces from capturing Saigon in 1975, go awry about the Taliban? Or did the US planning about the organization really go awry in the first place?

            Could we truly describe the situation in Afghanistan that the US has created as "incompetence and lack of foresight"? Or has the US deliberately placed a Trojan horse on the doorsteps of Central Asia, South Asia, the Asia-Pacific region, and the Middle East? How did the international community suddenly inherit this ball of chaos of so many intertwined problems when they thought that peace would return to the region with the US withdrawal from Afghanistan?

            **A sudden change in discourse**

            Let's take a quick look at the statements made and the actions taken by the US Department of Defense and American diplomats between August 6-9 to get an idea of the answers to these questions.

            As the situation on the ground began to contradict their messages to the world, the US, which had previously believed (until August) that the Afghan national government could maintain the military balance on the ground with the air power provided by the US and persuade the Taliban to come to the negotiating table, has now completely changed the language it uses.

            At a press conference on August 9, US Department of Defense Press Secretary John F. Kirby stated that the Taliban made some gains on the ground during former President Donald Trump's administration as well, implying that the organization's progress was not directly related to the Biden administration's decisions.

            Contrary to US officials' claims until ten days ago that the Taliban would not be able to take control of the provincial centers, Kirby stated that it is alarming that five provincial centers fell into the hands of the Taliban in 72 hours, and he placed the responsibility of protecting the cities on the Afghan people and the administration.

            Another significant statement made by the US Department of Defense representative concerned whether or not the US would continue to provide air support to the Afghan National Army after August 31.

            Kirby stated that answering this question in advance would be controversial, giving the impression that this support may also be limited.

            Although the US initiated air support using B-52 heavy bombers inflicted heavy losses on the Taliban, the operation's cost makes it unsustainable in the long run.

            The US had used the destructive power of B-52 bombers in Vietnam as well, but all it had accomplished was to bring North Vietnam to the negotiating table.

            The likelihood of the same weapon having a similar effect on the Taliban is merely speculative.

            In fact, on August 8, the US administration dispatched Special Representative for Afghanistan Reconciliation Zalmay Khalilzad to Doha, Qatar's capital, to assess the effects of the B-52 bombers on the Taliban and to stop the occupation of the provincial capitals.

            However, past experience suggests that the Taliban's "Political Bureau" and its parent branch, the "Taliban Political Commission," which held peace talks with Khalilzad in Doha, have limited clout.

            There is no concrete evidence that Taliban representatives in Doha influenced the "Taliban Military Commission" on the ground.

            During the negotiations, the US has not had the opportunity to meet directly with Mawlawi Hibatullah Akhundzada, the Taliban's leader since 2016, or his Deputy for Political Affairs, Mullah Abdul Ghani Baradar.

            Likewise, Mullah Mohammad Yaqoob, who is in charge of the Taliban's military operations, is a figure with whom the US has also been unable to directly contact.

            The US and the countries in the region have failed to establish a dialogue that extends beyond the fourth tier of the organization's management structure.

            This situation creates a process in which the developments on the ground and the contents of the talks in Moscow, Tehran, and Doha move in completely different directions.

While countries such as the UK and China expect the Taliban to adopt more moderate policies in the hope of gaining international recognition, the organization is taking steps that are not so out of line with those taken in 1996 in order to establish their dominance in the country.

Officials of the national government, members of the media, and teachers are targeted and assassinated, for example.

Yet another example of the changing discourse of the US administration on Afghanistan was observed at the United Nations Security Council (UNSC) on Friday, August 6.

Deborah Lyons, the UN Secretary-Special General's Representative for Afghanistan, declared that Afghanistan had reached a tipping point, as if they had only recently become aware of the Taliban's human rights violations, with the group seizing control of more provincial centers.

The developments confirm that US discourse on Afghanistan shifted dramatically in August.

But, are these radical shifts in rhetoric sufficient to restore the rising levels of risk to where they were before April 14? Or is this just a desperate attempt to get the toothpaste, as it were, back into the tube?

**Geopolitical risks US is creating by withdrawing from Afghanistan**

For the last 40 years, Afghanistan has been under constant occupation, conflict, and civil war, which has resulted in an endless migration movement.

Afghanistan has a population of nearly 40 million people, with 2.8 million registered and unregistered Afghan citizens living in Pakistan.

According to data from the United Nations High Commissioner for Refugees (UNHCR), the number of Afghans in Iran, which has received the second largest number of Afghan immigrants, is around 800,000.

Unofficial data, however, suggests that this figure is actually close to 3 million.

According to the UNHCR, there are over 200,000 Afghan citizens in Turkey. But the number of registered irregular Afghan migrants who arrived in Turkey between 2014 and 2021 is over 500,000.

If the Taliban gains control of the entire country, it is considered inevitable that a large wave of migration from Afghanistan to Australia, Europe, and Central Asian republics will occur.

About 60% of the Afghan population today is made up of groups with ethnic and religious identities that would inevitably be in conflict with the Taliban's government mentality.

Afghanistan, where 43% of the population is under the age of 15, also has a high potential for migration in this regard.

It would be useful to remember a plane hijacking incident that took place on February 6, 2000, in order to truly comprehend the risks that those seeking to flee the Taliban regime may be willing to take.

During a domestic flight from Kabul to Mazar-i-Sharif, a Boeing 727 passenger jet operated by Ariana Afghan Airlines was hijacked and flown to the UK with its crew and 180 passengers by nine Afghan citizens trying to flee the Taliban regime.

Under the current circumstances, it is not difficult to imagine Afghan citizens making far more dramatic attempts.

It should also be noted that the irregular Afghan migrants currently arriving in Turkey from Iran are not part of the anticipated main migration wave.

The majority of these people are attempting to reach Europe by taking advantage of the favorable weather and sea conditions of the summer before the great migration begins, not least in order to escape the economic crisis and the unmanageable COVID-19 situation in Iran as soon as possible.

It is not hard to see that  if the main migration wave were to begin  the number of Afghan migrants would far outnumber those from
yria

The potential migration wave moving towards Europe  Australia  and the Central Asian republics would bring many deaths and hard to cover costs for the countries along the way.

A migration wave estimated to reach millions would further complicate the balances for the Tehran administration, while there is already the possibility of new sanctions and conflicts against Iran due to allegations that the country has enough material to produce nuclear weapons within ten weeks.

With the Taliban's advance, the uncontrolled movement of not only people but also large quantities of conventional weapons is on the agenda.

As its unstoppable advance continues, the Taliban has captured large quantities of light and heavy weapons and vehicles supplied by Western countries to Afghan national security forces.

British news outlets aired footage of mortar shell containers falling into the hands of the Taliban at the bases abandoned by the US.

We can be certain that these weapons and ammunition, which are far in excess of the Taliban's requirements, will be transferred to DAESH-linked groups and other terrorist organizations in the Philippines, Thailand, Uzbekistan, Tajikistan, Africa, and the Middle East in a short period of time. The proliferation of weapons emanating from Afghanistan will also feed groups that pose a direct threat to Russia and China.

The US argued that the operation launched in Afghanistan in the aftermath of the 9/11 attacks was not technically an invasion, that they did not intend to build a nation, and that their sole goal was to eliminate al-Qaeda as a threat.

And, in justifying their withdrawal decision, they stated that Afghanistan no longer posed a terrorist threat to the United States.

Will, however, Afghanistan, which the Taliban and other DAESH-linked groups now see as a safe haven, not continue to pose a terrorist threat to Asia and the Middle East? The US appears to have decided that the over 1 trillion dollars it has spent in the last 20 years to keep Afghanistan under control is now the problem of the region's countries, particularly Russia and China.

By imposing this financial burden on its rivals, Washington is putting a Trojan horse on their doorsteps, one that will keep them busy both financially and in terms of security.

If the migration from Afghanistan continues in the direction of Uzbekistan, Tajikistan, and Turkmenistan, the instabilities in these countries, which are currently in conflict with each other over water resources, will worsen.

As the food and water security of these countries would be threatened, the terrorist risk would increase along the southern and middle corridors of the Iron Silk Road of China, which extends all the way to Europe.

The military drills carried out by Russia in order to meet the approaching threat at the borders of the Central Asian republics have already begun to impose new burdens on the defense budgets of the countries in the region as well as Russia.

**A 'gift' from US**

The current picture, which has emerged in the last four months following US President Biden's announcement that the US would withdraw from Afghanistan on April 14, hints at US efforts to present countries that it considers adversaries with "gifts" in the form of crises of various shapes and sizes disguised as "a lack of vision and incompetence" on the part of the US.

The US will point to Turkey, Iran, Tajikistan, and Pakistan as targets for the migration of Afghan civilians in the first stage of the plan, while Russia and China will be tested with potential terrorist threats.

Over the next two years, the threats will diversify, with their geographical spread gradually expanding.

The socioeconomic and security issues that will be triggered by Afghan immigration and terrorism will create new political, economic, and ethnic problems in regions ranging from North Africa to Asia's Pacific coasts.

While the US conducts the new two-front Cold War it has designed, Asian, Middle Eastern, and African countries will deplete their resources combatting the effects of the chaos unfolding before our eyes.

There is still some time, albeit very little, to deal with the unpredictable consequences of the Afghanistan crisis for the countries that would be affected the most.

The only way out is to form a coalition in order to fill the void left by the US and NATO's withdrawal, not only militarily but also economically and in a humanitarian perspective, while the problem is still primarily in Afghan territory.

Given that the US is deliberately confronting the international community with a crisis at a time when the UN is utterly incapable of meeting any of its goals, the conditions are ripe for Turkey to reach out to Afghanistan -- beyond just controlling the Kabul Airport -- to bring together countries from all over the world, from Australia to the European Union, and from China to India, around a common mission that goes beyond just contingency planning.

Any interventions arranged after the Taliban takes over entire Afghanistan will be too late, and the resulting repercussions will knock on the doors of more than 100 countries, like a wild forest fire spreading from continent to continent simply because it was not put out where it started.

Translated from Turkish by Can Atalay

URL
(Printing)   https://www.aa.com.tr/en/analysis/opinion-from-the-smokescreen-of-counterterrorism-operations-in-afghanistan-emerges-a-massive-new-crisis/2333955

Date of Intel: 02-26-2021

Title: Al Jazeera: Rightly or wrongly, Al Jazeera's newest venture may be necessary

Notes:

When news first emerged on 23 February that Al Jazeera was establishing a platform called "Rightly" to target US conservative audiences, it landed like a bombshell. Journalists and staffers of the Doha-based satellite network were quick to express their disagreement via social media.

Ahmed Shihab-Eldin, a senior reporter for AJ+, expressed his misgivings over the move via Twitter: "What happened to giving voice to the voiceless? Or does Al jazeera feel … these conservatives are somehow voiceless? What an exploitative misguided move. This is not innovation. This is not progressive. This is politics and exploitation."

Similarly, Dena Takruri, a senior presenter and producer with AJ+, tweeted: "I've worked at Al Jazeera for over 10 years bc of the values-based journalism we uphold: to give voice to the voiceless, speak truth to power & prioritize facts over ideology. THAT is the Al Jazeera I know. Many of my colleagues have risked their safety & lives for this mission."

### Internal criticism

Objections soon took the shape of an internal open letter to Al Jazeera's management. More than 100 staff voiced their opposition, saying the venture went against the network's mission and would "irreparably tarnish the network's brand and work".

Such a backlash is to be expected for various reasons, not least because many Al Jazeera staffers only learned about the development via the media. But the lack of internal communication is only the tip of the iceberg: The roots of their apprehension are ultimately located in the network's worldview, and especially within Al Jazeera English and AJ+.

Al Jazeera became renowned in the Middle East with the creation of its Arabic-language channel in 1996, which earned a reputation for standing up against oppressive regimes. Its reporting on the Palestinian Second Intifada and US-led wars in Iraq and Afghanistan constituted a "decolonisation of the airwaves" and played a vital role in debunking military propaganda.

Such critical coverage provoked the international establishment's ire to the extent that former US President George W Bush speculated about bombing the network's headquarters in Qatar in 2004, according to a report in the Daily Mirror. The report cited two anonymous officials, one of whom said Bush made the remark in jest, while the other maintained he was "deadly serious". The previous year US forces had killed an Al Jazeera journalist when its bureau was bombed during the invasion of Iraq.

The network's journalistic success expanded further onto the world stage thanks to the launch of Al Jazeera English in 2006. The channel had the necessary ethos and resources to produce stories and perspectives that other international media did not always cover, if at all.

Many journalists and producers espoused liberal views, seeing the job as an opportunity to do journalistic work that was not always possible in other countries because of the extensive commercialisation of the media sector, budget cuts and other impediments, including the dominance of right-wing media ownership.

### Qatar's soft power

So what could explain this move to establish Rightly and to venture into the uncharted waters of right-wing politics? Several factors are at play.

Firstly, Qatar's inception of the Al Jazeera network is closely tied to its soft power strategy. According to political scientist Joseph Nye, soft power represents "the ability to affect others to obtain preferred outcomes by the co-optive means of framing the agenda, persuasion, and positive attraction". In this context, Doha has aspired to play a broader international role over the past 25 years as both a mediator and an initiator of cooperation and collaboration, regionally and internationally

uch a grand strategy and the creation of a mighty media empire go hand in hand. Therefore, venturing into new media territories whether geographic, demographic (eg AJ+) or political (eg Rightly), should come as no surprise

Al Jazeera previously tried to venture into the US news market through its now-defunct Al Jazeera America (AJAM), although this was undertaken via the acquisition of the progressive-oriented television station Current TV. But following several strategic, managerial and operational blunders, and after the loss of about $2bn, AJAM was shut down in 2016 after just three years of operation.

Secondly, building further soft power capabilities has become even more pressing for Qatar after the blockade imposed by Saudi Arabia, the UAE, Egypt and Bahrain from June 2017 to this past January. Doha's reliance on soft power and public diplomacy played a big role in its emerging victorious from the vicious political and economic warfare imposed on the country.

The move against Qatar, backed by chief US ideologue Steve Bannon, held some lasting lessons for Doha, namely that the strategy of benign neglect vis-a-vis the conservative camp was counterproductive. Some form of positive engagement with the right-wing constituency had to be implemented.

### Golden opportunity

Last but not least, the upheaval now being witnessed within the conservative camp represents a golden opportunity. Former US President Donald Trump's election defeat left conservatives in the country split, and there has been significant dissension between the Trump camp and Fox News.

Such a period of upheaval represents a window of opportunity for Al Jazeera to try its luck and convey its old motto of being "a voice for the voiceless". Many non-Trumpist centre-right viewers feel disenfranchised and underrepresented. With the right editorial and journalistic approach, combined with more astute business acumen, this venture could well pay off.

Of course, scepticism will still surround Al Jazeera's newest project. Right-wing politics is usually diametrically opposed to what Al Jazeera has stood for, whether in regional or international politics. But then again, without engagement and more cogent discussions with other perspectives and world views, how can the binaries plaguing our public sphere ever be addressed?

URL (Printing): https://www.middleeasteye.net/opinion/rightly-or-wrongly-al-jazeeras-newest-venture-may-be-necessary

| | |
|---|---|
| Date of Intel | |
| Title | Islamic Relief and Qatar Implicated in Tunisian Terror Finance Investigation |
| Notes | A leaked report allegedly produced by the Tunisian Commission for Financial Analysis (CTAF) reveals an investigation into a prominent leader of Islamic Relief - the international Islamist charitable network founded in the U.K. and named by the United Arab Emirates as a terrorist organization - over concerns that monies given to Islamic Relief's Tunisian branch by the British parent branch, Islamic Relief Worldwide, were used to fund jihadists at the Tunisian-Libyan border. |
| URL (Printing) | https://www.meforum.org/islamist-watch/57763/islamic-relief-and-qatar-implicated-in-tunisian |

Date of Intel

Title   Khashoggi Revelations Finally Expose Qatar Foundation International's Goals

Notes   Description of QFI's involvement in American politics.

URL (Printing)   https://pjmedia.com/homeland-security/khashoggi-revelations-finally-expose-qatar-foundation-internationals-goals/

| | |
|---|---|
| Date of Intel | 07-20-2019 |
| Title | Al Jazeera Promotes Hamas' War On Israel In Broadcast For Egypt's Muslim Brotherhood Leader |
| Notes | Following on the heels of its recent controversies for anti-Semitism and Holocaust denial, Qatar's Al Jazeera Arabic network this week featured a former Hamas leader praising the Egyptian Muslim Brotherhood's assistance in conducting missile attacks on Israeli civilians. |
| URL (Printing) | https://www.dailywire.com/news/48657/al-jazeera-promotes-hamas-war-israel-broadcast-dalia-al-aqidi |

**Date of Intel**  04-08-2019

**Title**  The New Islamist Lobby

**Notes**  On April 1st and 2nd, the United States Coalition of Muslim Organizations (USCMO) descended on Congress for its fifth annual National Muslim Advocacy Day. USCMO is a national umbrella group for a veritable Who's Who of Islamist organizations such as the Council on American-Islamic Relations (CAIR), the Muslim-American Society (MAS), American Muslims for Palestine (AMP), and the Muslim-Brotherhood think tank International Institute of Islamic Thought (IIIT). USCMO describes its mission as facilitating communication and coordination between all these groups, "to create and sustain an urgent, collective sense of direction."

USCMO is led by Oussama Jammal, a longtime Islamist who raised money for terror financer Sami al-Arian and has close ties with the Islamist party of Turkish ruler Recep Erdogan, and with the government of Qatar and the Muslim Brotherhood -- as do many of the other USCMO leaders. USCMO nevertheless presents itself as the spokesman for the entire American Muslim community (most members of which want nothing to do with the Brotherhood). And it is that message, more than any other, that USCMO wants to convey to our elected representatives: that Islamists speak for all Muslims in America.

**URL (Printing)**  https://www.americanthinker.com/articles/2019/04/the_new_islamist_lobby.html

Date of
Intel        01-30-2019

Title        Qatari Soft Power: Doha Miseducates America

Notes        Overview

Nominally, the mission of the Qatar Foundation International (QFI, an affiliate of the Qatar Foundation or QF, which is based in Qatar itself) is to spread and facilitate the teaching of Arabic. While this does not encompass everything they do, Arabic-language and Arabic-culture teaching is the predominant theme in QFI's activity. QFI's activities can largely be divided into two parts:

1. Curriculum development and Arabic-teacher training, and

2. Directly sponsoring classes and student programming.

In both of these fields, QF's reach is growing and it is forming partnerships with many powerful nonprofits and government bodies, increasingly including those abroad such as in the U.K., Germany, and Brazil.

However, these seemingly benign programs have a deeper goal of influence. QFI does not merely support the teaching of Arabic; it evangelizes for it. It openly states that part of its motivation is to encourage positive feelings for Arabs and Muslims among the language students. Additionally, promising students are flown out to Qatar for additional programming, and alumni of QFI programs are encouraged to participate in a private forum called YALLAH and organize activism there.

Beyond that, QFI has been caught acting in the American political scene more than once. Director Maggie Salem ghost-wrote some of the Washington Post articles of Jamal Khashoggi and encouraged him to take an anti-Saudi line additionally, QFI at one time sponsored a New York Arab-American community association headed by the controversial Islamist activist Linda Sarsour. QFI also co produced a propaganda video against Saudi Arabia with Al Jazeera and it is now developing a reboot of an old BBC program, "Doha Debates," to mobilize youth opinion about Middle-East politics. They intend to use the show to build more relationships with universities, including providing themed curriculums.

In general, QFI has been careful to avoid controversy in its public image. The same cannot be said for its parent organization QF, which has openly supported terror organizations and radical ideologues from the Muslim Brotherhood. Moreover, QF-run educational institutions and mosques in Qatar often feature viciously extremist speakers. Despite such extremism, QF has lucrative relationships with several flagship American universities, having paid out over a billion dollars since 2011.

The difference in behavior between QF and QFI is tactical only both organizations are meant to advance Qatari national interests and promote the regime's "soft power." As such, QFI initiatives need to be carefully scrutinized for pro-Qatar propaganda, no matter how benign they may seem on the surface.

URL
(Printing)   https://www.meforum.org/57695/qatar-soft-power

Date of Intel  03-02-2018

Title  Islamist Qatar Buys American Teachers

Notes  The emirate's educational foundation spreads anti Israel and anti American propaganda in U.S. schools.

URL (Printing)  https://www.meforum.org/islamist-watch/articles/2018/islamist-qatar-buys-american-teachers

**Date of Intel**   12-02-2019

**Title**   Democratic Presidential Hopefuls Meet With Terrorist-Run Pay-To-Slay Group

**Notes**   There's no other conference like this, the Coalition for Civil Freedoms (CCF) claimed ahead of its ninth annual Family Conference and Lobby Day in Washington D.C. last month.

You can say that again. CCF is a legal advocacy and support group founded by a convicted terrorist which functions as a de facto "martyrs fund" for American jihadists and their families. Would-be suicide bombers, terrorism financiers, and jihadist recruiters can rest easy knowing that CCF will pay their prison commissary and provide for their families should they end up on the wrong side of the law.

However, this "pay-to-slay" program doesn't seem to alarm a handful of U.S. lawmakers and their staff — including the office of Democratic presidential frontrunner Senator Elizabeth Warren — who welcomed CCF to Capitol Hill on October 28 and lent a sympathetic ear to this terrorist fan club and lobby group.

CCF spent three full days grooming terrorist next-of-kin on how to effectively lobby Congress, before parading this delegation through the Capitol Building to meet with U.S. lawmakers and propose legislation. The Entrapment and Government Overreach (EGO) Rel i

of Act would deprive law enforcement of some of the most effective prosecutorial tools at their disposal, effectively prohibiting the use of undercover informants and decriminalizing material support for terrorism.

But that's not the worst of it. "If the EGO bill passes, it may be possible to bring many, if not most, preemptive cases back into court to be reevaluated under the new standards imposed by EGO…" said Leena Al-Arian, CCF associate director and the daughter of CCF founder and president Sami Al-Arian.

Mr. Al-Arian has a personal stake in reversing terrorism convictions. He pleaded guilty in 2006 to conspiring "to make or receive contributions of funds, goods or services to or for the benefit of the Palestinian Islamic Jihad (PIJ), a Specially Designated Terrorist." The former University of South Florida professor was later deported to Turkey, where he gave a speech in a 2018 calling the U.S. "our enemy." Qatar, which consistently offers a haven to terrorist leaders from Hamas and the Taliban, continues to provide the elder Al-Arian with a platform to demonize Israel and the West.

Although Mr. Al-Arian couldn't join his daughter in Washington, authorities temporarily released accused Hamas leader Abdelhaleem Ashqar from house arrest so that he could attend the CCF function. Ashqar was accused of being "a critical communication conduit for the Hamas enterprise," and a 1993 FBI raid of his apartment turned up "a treasure trove of Hamas-related documents." He served 11 years in prison for refusing to testify before a grand jury subpoena regarding Hamas activities in the U.S., a sign of his continued loyalty to the foreign terrorist organization.

Other family members attended the lobby on behalf of their imprisoned loved ones. CCF coordinator Ashley Young, sister to former Metro Transit Police Officer Nicholas Young, was a part of the delegation. Her brother was sentenced to 15 years in prison for sending prepaid phone cards which he believed would be used by ISIS for jihadist recruitment.

Terrorism is a family affair for CCF board member Hawa Wehelie, who also attended the conference and lobby. Her brother, Yusuf Wehelie, was sentenced in 2017 to 10 years in prison for illegally transporting high-powered weapons. Her father was fired as an FBI linguist and charged with interfering in an investigation involving Al Shabaab militants, and another brother was placed on a no-fly list in 2010 for making suspicious trips to Yemen.

Besides Senator Warren's office, CCF met with North Carolina Congressman David Price (D) and possibly a handful of other lawmakers. Based on social media pictures, it appears that the Islamist coalition engaged with Senators Dick Durbin (D-IL), Thom Tillis (R-NC), and Roy Blunt (R-MO), or members of their staff. Another presidential hopeful, Senator Bernie Sanders (D-VT), was photographed in June with CCF activists, who provided him with a copy of their EGO bill.

This bipartisan group didn't need to research terrorism caselaw to understand with whom they were consorting. CCF is composed of various Islamist factions which are demonstrably tied to jihadist organizations. For instance, the Florida branch of the Council on American Islamic Relations is perhaps the most radical chapter of a nationwide extremist group acknowledged in civil court as a "terrorist supporting front organization." In 2014, its Florida members held a pro-Hamas rally outside the Israeli consulate in Miami where attendees shouted: "We are Hamas!" and "Hamas kicked your ass!"

The Islamic Circle of North America's (ICNA) Council for Social Justice also falls under the CCF umbrella. ICNA is the chief U.S. proxy to the violent South Asian Islamist movement, Jamaat-e-Islami, and one of its branches openly coordinated with Lashkar-e-Taiba — the terror group behind the 2008 Mumbai attacks.

Another CCF subgroup, the Aafia Foundation, is solely committed to the release of Aafia Siddiqui, a former FBI most wanted terrorist widely known as "Lady Al Qaeda." In seeking to secure her release, CCF is united in common cause with ISIS and the Taliban, which have bartered unsuccessfully to exchange Siddiqui for U.S. hostages.

Family members left to pick up the pieces following terrorism prosecutions have only one person to blame for their present circumstances: the convicted. But that's not the way that CCF tells it, and far too many senior lawmakers are apparently willing to listen.

Ironically, Senator Blunt co-sponsored the Taylor Force Act, a bill passed in 2018 that denies funding to the Palestinian Authority until it stops "paying monetary rewards to terrorists and their families." It is time to demand the same from pay-to-slay groups at home.

Benjamin Baird is the coordinator for Islamism in Politics, a project of the Middle East Forum.

**URL (Printing)**   https://www.meforum.org/islamist-watch/60014/democratic-presidential-hopefuls-meet-with

Date of
Intel        06-22-2019

Title        How Qatar is buying conservative column inches

Notes        While Qatari money is everywhere, in previous years its influence had been perceived mostly on the American left. Qatar's media empire Al Jazeera, for example, operates a social media platform named AJ+, which has partnered with hard left-leaning American outlets such as the Young Turks.

Meanwhile, prominent think tanks such as the Brookings Institution have received tens of millions from Doha. Brookings got $15 million in 2013, and at least $2 million in just the past year — perhaps much more. Such generosity has afforded Brookings a plush center in Doha. Meanwhile, the Qatari regime enjoys a steady flow of academic papers downplaying the kingdom's patronage of violent Islamism and painting its ties to designated terror groups as nothing more than earnest attempts at dialogue, carried out in an attempt to acquire influence for the sake of benevolence.

But institutions such as Brookings — along with many American universities (including public colleges) that enjoy similar arrangements — are not Doha's only playthings. Over the past few years, there have been noticeable Qatari attempts to win friends and influence people outside the usual ambit of the Left.

URL
(Printing)    https://www.washingtonexaminer.com/opinion/op-eds/how-qatar-is-buying-conservative-column-inches

# Briefing: Qatar Foundation



March 27, 2018

*Summary: American schools should not be cooperating with the Qatar Foundation. QF is an arm of an autocratic regime. It embraces terrorist organizations and gives platforms to hateful extremists. Its strategic goal is to teach American schoolchildren the Qatari view of the Middle East, and to attack the legitimacy of the United States and Israel.*

On January 27, Qatar Foundation International (QFI) sponsored a continuing-education event for public-school teachers titled "Middle East 101" in Phoenix, Arizona. It featured Middle East scholars and was hosted by the Arizona Department of Education—which is not surprising, given that QFI has donated over $450,000 to Arizona public schools. Unfortunately, while there was a good deal of interesting material, teachers also got a large helping of Islamist propaganda—designed to influence American schoolchildren and ultimately to advance Qatari foreign policy.

QFI program officer Craig Cangemi introduced QFI as a member organization of the Qatar Foundation (QF), which he blandly described as "a private, education-focused foundation in Doha, Qatar." In fact, QF is a massive apparatus directly managed by Qatar's ruling Al-Thani family, which conducts a tremendous range of state-development activities ranging from technology research to higher education.

Cangemi insisted that QFI, the American branch, sets its own policies, saying, "We are an autonomous organization... [W]e do not have any ties with Qatar: the government, the state, or really [the] Qatar Foundation." This is patently false. The CEO and nominal founder of QFI is Sheikha Hind bint Hamad Al-Thani, the daughter of Qatar's former emir.  The chairman of the board of QFI is Sheikh Jassim bin Abdulaziz Al-Thani, another member of the royal family. As of 2012 (the most recent public records available), the treasurer of QFI was Khalid Al Kuwari, a senior Qatari government official and a scion of the powerful Al-Kuwari clan. QFI is in fact a key instrument of Qatari state policy.

The main speaker was Barbara Petzen, a senior staff member at the Center for Strategic International Studies who once worked for the Saudi-funded Middle East Policy Council (MEPC), and has been long accused of anti-Israel bias in educational fora. During her presentation, she repeatedly argued that Islam, as such, had no relationship with Islamic terrorism, which she claimed was more immediately rooted in Muslim political grievances against the West for its support of Israel and the wars in Iraq and Afghanistan. (Petzen hit similar themes in a 2015 presentation for QFI.)

1

Petzen's whitewashed the role of Islamism, a religious-political ideology with roots in 20th century totalitarianism that demands political supremacy as a religious value, and thus leads inevitably to political violence. She argued that Islamism as represented by Saudi Arabia and the Egyptian Muslim Brotherhood is focused on governing society (albeit in a religiously severe fashion), and is therefore *opposed* to extremism, since "extremism, by definition, turns things over—is destabilizing... If you're in power, you don't want extremism because it destabilizes your control." (By this faulty definition, no ruling ideology can be "extremist." Indeed, ISIS would not be considered "extremist" once it set up its government.)

Similarly, when commenting on the June 2017 decision by Saudi Arabia, Egypt, and seven other Muslim countries to sever ties with Qatar, Petzen downplayed the importance of Qatari regime's deep, systematic support for Islamism and terrorism. Instead, she claimed the diplomatic crisis was motivated mainly by Qatar's close economic relations with Iran, a geostrategic competitor of Saudi Arabia. This ignores the fact that Qatar's neighbors fear destabilization by the Muslim Brotherhood and its supporters, and have abruptly reversed their own prior support of the Brotherhood in response.

Previously, Petzen worked for the Saudi-funded Middle East Policy Council (MEPC), which has produced a variety of anti-Israel material for K-12 students. In 2006, Jewish newspapers reported that Petzen had promoted a book for K-12 students titled the *Arab World Studies Notebook* that omits Israel from maps of the Middle East, encourages discussion of "Jewish lobbying," and claims that in 1948 "armed Jewish groups had driven much of the Palestinian population from their homes, thus capturing most of the Palestinians' land through acts of sheer terror and intimidation."

While working at MEPC, Petzen also designed a Middle East studies website named TeachMidEast, which recommends students read the extremist publication *Electronic Intifada* for more information about Palestine, describing it only as an "independent news publication." In fact, *Electronic Intifada* has been strongly criticized for the anti-Semitism of its writers. One of its journalists warned that Jews are due a second "Holocaust" unless they "distance themselves from the Zionist monster before it's too late to do so."

So why would QFI choose such a presenter to educate American teachers? What exactly is QFI and its parent organization, the Qatar Foundation?

**History of QFI**

QFI describes itself as "a U.S.-based member of the Qatar Foundation (QF)," a theoretically non-governmental foundation in Qatar with a tremendous variety of state-development activities ranging from technology research to higher education. The founding of QF in 1995 is politely attributed to Sheikha Moza bint Nasser Al-Thani, the second wife of Qatar's previous emir and the mother of the current emir, along with her husband the deceased emir. (Sheikha Moza is

2

the chair of QF and directs its activities.) QFI itself was established in 2007 with the help of the US-Qatar Business Council, which was founded under the aegis of the previous emir.

**U.S. Government Partnerships**

QF and QFI have both established dozens of partnerships with American government departments, public schools, and universities. Primarily, QFI claims to be in the business of teaching Arabic and awards grants to American teachers and schools for that purpose. But QFI also engages directly with students. It has taken high-school students from all across America – mostly from schools that are recipients of large QFI grants – on "exchange" trips to Qatar.

Over the last eight years, QFI has distributed over $30 million to American public schools, including $465,000 to the Tucson Unified School District in Arizona. QFI currently claims to be supporting 28 schools in 10 states "reaching over 2500 students." In 2011, the Department of Education announced a joint project with QFI named "Connect All Schools," which pledged to introduce "global issues curricula" into U.S. schools.

Several publicly-funded universities are funded by QF, and some have established campuses in Doha. Some of this largesse is in the form of research grants. Virginia Commonwealth University's branch in Doha, for example, received $880,000 from QF in 2013 to design aerogels. Other partnerships are geared more towards Qatar's ideological exports. Portland State University, for instance, has a long history of collaboration with QF and helped design a curriculum for QFI that is currently being promoted in American schools.

Qatar spends more than $400 million annually on hosting branch campuses of six US universities. That total includes a $76.2 million payment to Texas A&M University at Qatar for the operation of an engineering campus at Doha's Education City complex; an estimated $121.7 million to Weill Cornell Medicine-Qatar, an outpost of Cornell University's medical school; an estimated $60.3 million to Carnegie Mellon University Qatar's business and computer science campus; $59.5 million for Georgetown University's School of Foreign Service in Qatar; $45.3 million for Northwestern University in Qatar's communication and journalism outpost; and $41.8 million annually to Virginia Commonwealth University's fine arts campus.

These grants and partnerships are lucrative. But what exactly are QF and QFI teaching so many American college students and schoolchildren?

**QFI Curriculum**

QFI does not simply offer money to teachers wanting to provide Arabic lessons to their students, but seeks to shape American education about the Middle East through lessons plans and curricula. There are troubling themes, however, within the material that QFI sponsors in

3

American schools.

Arab Culture

In collaboration with Portland State University, QFI has designed a five-unit high school curriculum named "Arab Culture Through Literature and Film." One of the lessons encourages students to read articles produced by a now-defunct organization called ME Analysis. The website for ME Analysis is no longer available, but one of the recommended articles, uncovered through an Archive service, includes an image produced by Middle East Monitor (MEMO) showing bloodstained Israeli arrows laying siege to the Gaza Strip.

MEMO is a prominent Hamas-linked publication whose editor, Daud Abdullah, was condemned by the British government after he became a signatory to the Istanbul Declaration, a document that called for attacks on British troops and Jewish communities. On its social media, ME Analysis posts anti-Semitic cartoons by the notoriously anti-Semitic cartoonist Carlos Latuff, as well as cartoons blaming conflict in the Middle East on the Western press and maps claiming Jews have taken Palestinian land. One anti-Israel social media post laments that the "Israeli lobby gets its way."

ME Analysis is clearly an unsuitable resource for American high-school children. But is this just an unintentional oversight by QFI? Perhaps its other offered curricula are more balanced.

"My Voice-My School"

In partnership with the United Nations Relief and Works Agency (UNRWA), which is in charge of Palestinian refugees, QFI is promoting a program called "My Voice-My School" in which American classrooms are paired with Palestinian schools in Gaza, Lebanon, and Syria. Communicating over Skype, the American students are meant to learn the importance of "education advocacy" ("particularly in the context of the Syria crisis"), and over the course of the program are expected to create and execute advocacy projects of their own.

While this appears to be a worthy program, it raises questions. If the focus is on the Syria crisis, why are Americans matched to Palestinian schools exclusively? Why not Syrians or ethnic Kurds?

Al Masdar

Al Masdar, QFI's flagship curriculum project, offers lesson plans and resources about countries throughout the Middle East. Unsurprisingly, the most flattering collection is about Qatar. One resource offered is even titled "Express Your Loyalty to Qatar." No lesson plan is particularly critical of Qatar, whereas other countries discussed in Al Masdar's resources are open to criticism.

4

Other lesson plans contain various anti-Semitic and anti-American material, particularly several lessons produced by the Zinn Education Project, which claims to promote a revisionist "people's history."

One of the ZEP lesson plans hosted on QFI's website - titled "Greed as a Weapon: Teaching the Other Iraq War" – examines the "greed" of the corporations ostensibly responsible for the Iraq war in the wake of the Bush administration's "lies" about 9/11. The author, Adam Sanchez, writes: "The violence perpetrated by the United States was not just from guns and bombs, but also from the neoliberal economic policies that allowed international corporations to feast on Iraq's economy."

The lesson plan "Whose 'Terrorism?' questions the definition of terrorism by creating scenarios for students to discuss, such as if "Israeli soldiers taunting and shooting children in Palestinian refugee camps, with the assistance of U.S. military aid" should be considered terrorists. After using this lesson plan, the author reported that one of his students stated "I also realized how many terrorism acts the U.S. has committed."

Al Masdar also hosts a number of anti-Israel lesson plans. One, titled "Primer on Palestine, Israel, and the Israeli-Arab Conflict," praises the PLO as a moderate force resisting Israeli brutality. It asserts that "Torture of Palestinian prisoners [by Israel] has been a common practice since at least 1971." The lesson plan describes the first Intifada as peaceful civil disobedience, but adds that in response "Israel tried to smash the *intifada* with 'force, power and beatings.' Army commanders instructed troops to break the bones of demonstrators. From 1987 to 1991, Israeli forces killed over 1,000 Palestinians, including over 200 under the age of 16." There is no mention of Palestinian terror against Israeli civilians during the first intifada.

\*\*\*

Why are the curricula of QFI so biased? Why is it teaching American schoolchildren to show "loyalty" to Qatar, while inculcating distrust of the United States and its policies? The answer lies in who is behind QFI, and whose agenda it serves.

### Who is in charge of QFI?

The CEO and nominal founder of QFI is Sheikha Hind bint Hamad Al-Thani, daughter of the previous emir of Qatar and of Sheikha Moza. Sheikha Hind and her father are the nominal founders of *Al-Jazeera*, and she played a key role in his regime, directing the Emir's Office starting in 2009. The chairman of the board is Sheikh Jassim bin Abdulaziz Al-Thani, another member of the royal family. As of 2012 (the most recent public records available), the treasurer of QFI is Khalid Al Kuwari, a senior Qatari government official and a scion of the powerful Al-Kuwari clan. QFI is hardly a side project of Qatar; it is in fact a key instrument of state policy.

It seems QFI's American staff was selected to further that policy. Its executive director, Maggie Salem, makes no secret of her animosity towards Israel. She has tweeted her support for

5

Boycott, Divestment, and Sanctions (BDS)—a movement that aims to pressure Israel into making dangerous concessions by isolating the country economically and culturally.



**Maggie M. Salem**
@maggiesalem

Follow ⌄

#BDS! 🇵🇸 Today, more than ever. Legal, peaceful resistance to #Israel's #settlements that is, especially now, the most powerful leverage we have for a lasting, complete and just peace. @BDSmovement @pal_legal

5:44 PM · 6 Dec 2017

Salem also serves on the board of UNRWA-USA, a non-profit organization that supports the work of UNRWA, and has used the oft-repeated Apartheid canard against Israel. She has even promoted the work of Mondoweiss, a far-left anti-Israel news blog whose founder, Phil Weiss, once wrote, "I can justly be accused of being a conspiracy theorist because I believe in the Israel lobby theory ... certainly my theory has an explanation of the rise and influence of the neocons. They don't have a class interest but an ideological-religious one."

Salem's Twitter advocacy extends to pushing pro-Qatar positions. She recently tweeted that "Qatari rulers have determinedly pushed their traditional society toward globalization and westernization." She has also attacked other Middle Eastern states for illiberalism and uses Qatar as a foil, writing, "UAE, KSA, Egypt, Bahrain criminalize views diff from govts'. Qatar imperfect yet improving." Salem has repeated this motif, often including Israel in her list of sinful countries: "Israel, KSA, UAE, Bahrain, Egypt – all on the wrong side of history. Qatar? Imperfect yet heading toward more openness not less." Salem even criticizes New York University for maintaining educational ties with Abu Dhabi.

Even more alarming, however, is the overt extremism of QFI's Qatari parent organization, QF.

**The Qatar Foundation and Qatari Support for Extremism**

A detailed report by the Middle East Media Research Institute (MEMRI) lays out the Qatar Foundation's support for Islamism, and particularly its patronage of Sheikh Yousef Al-Qaradawi, the spiritual leader of the Muslim Brotherhood. Al-Qaradawi has repeatedly endorsed suicide bombings, terrorist attacks against the United States, and the total extermination of the Jews; he is barred from entering the U.S. due to terrorism concerns. Indeed, Al-Qaradawi claims "If it hadn't been for the Emir, Sheikh Hamad bin Khalifa, Allah preserve him, I would have been on the list of terrorists. The Americans were determined to put me on this list, but the Emir stood fast courageously, pitting his determination against theirs, [and as a result] I stayed off the list." (This is of course the same Sheikh Hamad who established the Qatar Foundation.)

6

QF's support for Islamism goes deeper. QF schools and mosques often host the most virulently radical Islamist preachers, including one who referred to the 9/11 attacks as a "comedy film," another who said that Jews bake Passover matza with human blood ("believing that this brings them close to their false god"), and a third who accused the Shia of "poisoning" and "sorcery." A featured lecturer of the QF-backed Qatar Faculty of Islamic Studies was Mohamed El-Moctar El-Shinqiti, presently a professor at the QF's flagship Hamad bin Khalifa University. El-Shinqiti was once an imam at a West Texas mosque at which he openly encouraged young people to engage in terror attacks against Israel and Egypt. The dean of the College of Islamic Studies (CIS) is Emad al-Din Shahin, a member of the Egyptian Muslim Brotherhood whose prominence led Egypt's military regime to sentence him to death in absentia.

Other CIS faculty are connected to the International Institute for Islamic Thought (IIIT), the Muslim Brotherhood's American think tank. These included Louay Safi, former IIIT executive director and research director, and Jasser Auda, who is also on the faculty of IIIT's Fairfax Institute. Other faculty seem closely aligned with the IIIT's long-term goal of the "Islamization of knowledge," including one professor working under Auda who has written about "Revelation as a source of engineering sciences" (!).

QF-backed schools in Doha enforce a rigid ideological program. An American educator who worked at a QF educational institution in Doha told the Middle East Forum that faculty were not allowed to purchase maps showing Israel, the entire territory of which was instead labeled "Palestine." Moreover, even tangentially mentioning the existence of Israel or the Holocaust in class would provoke severe reprisals from the Qatari Ministry of Education. The official government policy was "Israel doesn't exist." As the educator put it, "They're teaching their populace... the nonexistence of Israel."

As if hateful rhetoric and propaganda were not enough, QF openly partners with terrorist organizations and terror-financing charities, among them:

Charitable Society for Social Welfare
The UN has reported that the Qatar Foundation funds the Charitable Society for Social Welfare (CSSW), which was founded by the designated Al Qaeda operative Abdul Majeed Al-Zindani, and once employed the terrorist cleric Anwar Al Awlaki to run one of its American branches. Federal prosecutors in a New York terrorism-financing case have described CSSW as "a front organization" that was "used to support al-Qaeda and Osama bin Laden."

Qatar Charity
QF has a long history of logistical and financial partnerships with the Qatar Charity, an enormous aid organization also based in Doha. According to federal prosecutors, in 1993, Osama bin Laden named the Qatar Charity as one of several groups used to fund Al-Qaeda's overseas operations. In 1995, after a failed attempt by Al-Qaeda operatives to assassinate President Hosni Mubarak of Egypt, Bin Laden complained that because funds from Qatar Charity (then operating under the name Qatar Charitable Society) had been used in that operation, he was concerned that Al-Qaeda's ability to use charities to fund operations might

7

be compromised. The Qatar Charity is also accused of funding Chechen Islamists and the Bangladeshi jihadist organization Jamatul Mujahideen Bangladesh (JMB). In 2008, Israel banned Qatar Charity because of its links to Hamas.

Hamas

Qatari Minister Khalid Al-Attiyah has claimed that "80 percent of Qatar's aid to Gaza since the cease fire" is delivered by QF.



In 2012, Hamas leader Ismail Haniyeh was hosted by the Qatar Foundation and met with its senior staff. Haya Al-Nassr, QF's Director of the Communication Directorate, awarded Haniyeh with a "victory shield" featuring the Dome of the Rock. Haniyeh signed QF's "VIP book" and said "We look forward to cooperating with the Qatar Foundation."

*Hamas leader Ismail Haniyeh with senior QF official Haya Al-Nassr*

## Qatar's Extremist Foreign Policy

This is all of a piece with the Qatari regime's deep, systematic support for Islamism and terrorism as a strategic tool to expand its influence globally. The regime has used all the tools at its disposal—its media empire *Al-Jazeera*, its network of charities, its heavy investments in Islamist-guided education—to radicalize and deceive people around the globe, including in the United States. Qatar's double-dealing has become so dangerous that its neighbors fear destabilization by the Muslim Brotherhood and its supporters. In June 2017, Saudi Arabia, Egypt, and seven other Muslim countries severed ties with Qatar and halted flights and sea-based shipping over Qatar's pervasive support for the Muslim Brotherhood, terrorist groups, and Islamism generally.

QFI, the American branch of QF, has not shied away from overt pro-Qatar advocacy in the past and has become even more blatant following the recent diplomatic crisis. In July, QFI and Al Jazeera jointly produced a propaganda video condemning the so-called "blockade" of Qatar. In November 2017, QFI organized a panel discussion claiming that that the Gulf states' isolation of Qatar was due to "fake news," a claim that Executive Director Salem explicitly endorsed on Twitter. For QFI to belittle the very real alarm that other Muslim states feel about Qatar's support for extremism is telling.

## Avoiding Transparency

Originally QFI was organized as a 501(c)(3) nonprofit, yet on February 2, 2012, the nonprofit was voluntarily terminated; over half a million dollars of assets were transferred to the Qatar

8

Foundation (which was described in IRS filings as "a related party"). The organization continued, however, as QFI LLC, a private entity that is subject to far fewer disclosure rules than a nonprofit. Moreover, the Qatar Foundation itself was singled out in a 2015 U.S.-Qatar bilateral agreement over the implementation of the Foreign Account Tax Compliance Act (FATCA), designed to hinder money laundering and tax evasion; the Foundation was specifically exempted from the disclosure requirements of FATCA. Why? What are the Qatar Foundation and QFI trying to hide?

**Conclusion**

The Qatar Foundation International presents itself as a beneficent charity working to spread knowledge of different cultures through language. In fact, it is an agent of Qatari foreign policy, whose twofold mission is is to persuade American schoolchildren to oppose their own government and support the Qatari agenda, and to spread the dangerous virus of Islamism to American Muslim communities.

Learning new languages and understanding foreign cultures is a worthy exercise that can broaden one's mind and create new professional opportunities. This is particularly true of learning Arabic, as the United States has been deeply involved in the Middle East for many years and has a great need for skilled professionals who speak Arabic well. But QFI's largesse should be seen for what it is: an influence operation by a hostile, autocratic foreign power.

There are many free Arabic-language resources available to dedicated teachers, and more coming soon (the popular free language app Duolingo.com is planning to offer Arabic for the first time in March). These alternatives are vastly preferable to working with QFI. Students who wish to learn Arabic should not be subjected to Islamist indoctrination. American schools, universities and public bodies should reject QFI and its money.

9

# THE CHRONICLE OF HIGHER EDUCATION

FACULTY GOVERNANCE

# A University's Stumbles in Qatar Revive Questions About Foreign Campuses

By *Karin Fischer*

MEF001484



EQROY, ALAMY

**Texas A&M University campus in Qatar**

Just before Thanksgiving, professors at Texas A&M University's campus in Qatar got an email that was both unexpected and alarming. The message, from the campus's dean, laid out a sweeping reorganization of its liberal-arts and sciences programs, combining them into a single unit focused on teaching the core curriculum. Contracts for professors in these fields would be replaced with nine-month instruction- and service-focused appointments. Only professors in engineering, plus a handful in the sciences, would conduct research.

The changes would begin on January 1.

MEF001485

The proposal was greeted with dismay and confusion in Qatar and on Texas A&M's home campus, in College Station. The swiftness and seeming finality of the plan's implementation and abrogation of contracts appeared to run roughshod over shared governance. Although the branch campus was set up nearly 20 years ago to offer engineering degrees, it has long had a strong and distinctive foundation in liberal-arts education, and critics feared that the quality of the degree — one that bears the Texas A&M name — would be eroded.

**FROM THE CHRONICLE STORE**



ARTICLE COLLECTION
### The Missing Men on Campus
Can colleges boost male enrollment?

Adding to the uncertainty: questions about the impetus for the changes. The proposal mentioned the need to "maximize the value and impact of QF's investment in engineering" — namechecking the Qatar Foundation, the campus's deep-pocketed benefactor. Was this a case of a branch-campus patron peremptorily having its way?

# "I started pulling every fire alarm I could."

At the same time, rumors swirled about a possible restructuring of the main campus, under a new president, M. Katherine Banks. Could Qatar be a trial run?

"I started pulling every fire alarm I could," said Joseph Daniel Ura, a professor of political science at the main campus on temporary assignment in Qatar.

MEF001486

The alarm-pulling succeeded. At a December 12 Faculty Senate meeting, Timothy P. Scott, Texas A&M's interim provost, said the university was "tapping on the brakes" and would appoint a committee to review potential changes and solicit faculty feedback. In an email to *The Chronicle* last week, Scott said appointments to the panel were still being made final and its charge and timeline formalized.

Still, the episode serves as a reminder of the complex relationship among American universities, their overseas outposts, and the foreign countries that host and almost always underwrite them. Even at an international campus that has largely been humming along for the better part of two decades, questions of quality, governance, and identity inevitably arise.

In the end, no matter what an institution promises or aims for, a branch campus ain't the university. Here are some other lessons:

**The tensions between the ambitions of host countries and western universities are unavoidable and inherent when it comes to branch campuses.** Both César Malavé, dean of the Qatar campus and its top administrator, and representatives of the Qatar Foundation have stated that the education- and research-focused nonprofit group, started by the Persian Gulf nation's former ruler, did not dictate the proposed changes. Texas A&M and the half-dozen other foreign universities that form Education City, Qatar's higher-ed hub, "have the total absolute freedom to determine the way that they organize and the way they deliver their academic programs," said Francisco J. Marmolejo, president of the Qatar Foundation's higher-education arm.

"I think it is important to clarify that this is a proposal of the university," he added of

the Texas A&M plan.

The foundation may not have dictated the changes, but it drove them. Malavé has said the restructuring, and the tight window for realizing it, was precipitated by a new 10-year contract between the partners, which lays out a number of performance indicators tied to engineering research and local economic impact. While Malavé said the foundation had "zero interference" in the curriculum, it effectively set the goalposts and motivated Texas A&M to reach them.

Another Texas A&M professor, Tracy Hammond, director of the Institute for Engineering Education and Innovation, said during the December faculty meeting that the Qatar Foundation "would not budge" on its priorities. "The Qatar Foundation from Day 1 has been very, very clear that they've only ever wanted TAMU for their engineering," said Hammond, who declined to speak to *The Chronicle.*

During same meeting, Malavé said the Qatar campus got a "failing grade" on the local impact of its research, although in a later interview, he walked back that statement as "probably too strong." Still, he thought that the changes would make it easier for the campus to meet the new performance metrics. The shape of the proposal was also informed by his background in engineering education and belief in the integration of the humanities, science, and engineering, he said.

Kris Olds, a professor at the University of Wisconsin at Madison who studies the globalization of higher education, noted that in almost all cases, branch campuses are funded by their host nations, shifting the balance in setting an institution's direction and agenda. Because they rely on their foreign sponsors, western

MEF001488

universities don't have full autonomy over their offshore campuses, Olds said. Texas A&M and its Qatar campus are "wholly dependent upon the largess of a foreign state."

If those goals shift or evolve, that can alter or even end the partnership. Singapore, for example, struck a deal with Yale University to start a small globally focused liberal-arts college. In August, however, the National University of Singapore, the Singaporean partner in Yale-NUS College, announced it would wind down the institution over the next four years. Instead of operating a self-contained elite college, NUS's president said he wanted to expose all of the university's students to a liberal-arts education.

But Jana M. Kleibert, a researcher at Leibniz Institute for Research on Society and Space in Germany who studies international branch campuses, said Qatar has always looked to its foreign university partners to "cater to specific niches," including Texas A&M in engineering, Carnegie Mellon in computer science, and Northwestern in journalism.

Still, Kleibert said partners' objectives in offshore campuses can differ, even when they think they are aligned — for instance, western universities may see "knowledge generation" as the production of high-level research, while foreign governments may measure it in terms of human-capital development and spillover into the local economy. "They may think they're on the same page when they aren't," she said.

**Keeping a university's DNA in an overseas branch campus is tough.** Texas A&M's Qatar campus awards Texas A&M degrees ("We do not write 'at Qatar' on our diploma," one professor noted at the Faculty Senate meeting) and has sought to

MEF001489

keep up university traditions in the Middle East, such as distributing Aggie rings to graduates. While the curriculum does not have to be identical, it must be equivalent.

For critics such as Ura, the political-science professor, the de-emphasizing of the liberal arts in the restructuring plan runs counter to the Texas A&M-ness of the Qatar campus. The university's engineering degree is distinguished by its grounding in humanities, sciences, and social sciences; in fact, the core curriculum is partly mandated by Texas state law.

Many students — six in 10 of whom are women — are attracted to Texas A&M because they want to become well-rounded engineers, Ura said. The proposal, he said, "cuts against what our students want. It cuts against our identity."

Nonetheless, as Kleibert noted, the Qatar Foundation has been deliberate in importing select programs from its partners, rather than seeking to replicate complete universities on its home soil. In fact, she suggested it is particularly American to offer a full liberal-arts curriculum on offshore campuses — as contrast, she pointed to a German campus in Oman that offers a narrow engineering education.

For the Qatar Foundation, Kleibart asks, does it make sense to have political-science classes at Texas A&M when Georgetown runs its foreign-service program in Education City? "It clashes with the ideal of liberal arts on the U.S. context, but it makes sense on the Qatari side."

Many international branch campuses are also focused largely on teaching, without

MEF001490

significant research portfolios, she said.

Under Marmolejo's leadership, the Qatar Foundation has pushed the idea of a "multiversity," seeking to encourage its foreign-university partners to "collaborate to compete" through co-teaching, joint academic programs, cross-registration, and in the future, possibly joint appointments. The aim is to "combine our capacities in order to make sure that one plus one is not two, but more than two," Marmolejo said.

Dale Rice, an instructional associate professor of journalism who is speaker of the Texas A&M Faculty Senate, said professors were also disquieted by an aspect of the proposal that would remove oversight for tenure and promotion for Qatar faculty members in science and the liberal arts from their corresponding departments at the main campus. Severing those ties would erode a key connection back to College Station and could undermine quality, he said.

"If we're not careful, it's easy to see campuses abroad as stepchildren," Rice said. "They are not. They are part of our family."

But Malavé said some faculty in Qatar chafed at having their performance reviews dependent on department chairs thousands of miles away, with whom they have little day-to-day interaction. "I though we were mature enough to do it on our own," he said.

Jason Lane, dean of education at Miami University of Ohio, said it is inevitable for a branch campus, especially one approaching its third decade, to evolve from its parent institution. An offshore campus must operate in two different cultural and

**MEF001491**

regulatory environments, but it also is likely to become more embedded locally over time.

"I always viewed branch campuses as sort of Janus-faced," said Lane, a co-founder of the Cross-Border Education Research Team, now housed at Pennsylvania State University at University Park, "with one face pointed at the home institution and the other looking locally."

**Governance is messy. Throw in the international element, and it gets messier.** Growing pains might be inevitable as branch campuses mature. At Texas A&M, the showdown over the Qatar campus also came amid broader clashes between faculty members and the administration around leadership changes and Covid-19 policies. It's possible that the proposal wouldn't have blown up the way it did if tensions weren't already running high in College Station between professors and a new president.

In particular, the Qatar proposal fanned faculty anxiety because Banks was already considering a consulting firm's recommendations for restructuring on the home campus, including a proposal to merge three colleges into a College of Arts and Sciences, Rice said.

According to Malavé, the Qatar plans were developed separately from the main-campus reorganization. While he said he doesn't think his proposal violated any university policies on shared governance, in hindsight, he wishes he had been more consultative and had not given the impression that it was a done deal. He promised to work with the committee of administrators and faculty members. "We will do this right," he said.

MEF001492

But Rice, a former journalist, said the incident revealed how disconnected Texas A&M faculty were from the Qatar campus and decisions about it. For example, he asked why faculty leaders weren't part of the lengthy negotiations over the latest contract with the Qatar Foundation.

This isn't especially unusual, Kleibert said. Branch-campus agreements are often struck without much fanfare by top-level administrators, and when faculty objections occur, they are frequently focused on issues like free speech, not day-to-day governance.

Rice said he hoped this approach would change at Texas A&M. "I find it really disheartening that negotiations go on for two years, that decisions get made, but no one comes to, for example, the Faculty Senate and says, What do you think about us continuing our relationship with Qatar?" he said. "It might be a great relationship or it might be worth reconsidering. The point is, in real shared governance, somebody would have had that conversation."

*We welcome your thoughts and questions about this article. Please email the editors or submit a letter for publication.*

INTERNATIONAL        SCHOLARSHIP AND RESEARCH        LEADERSHIP

ADMINISTRATION

**MEF001493**



Karin Fischer

Karin Fischer writes about international education, colleges and the economy, and other issues. She's on Twitter @karinfischer, and her email address is karin.fischer@chronicle.com.

## IN THE CHRONICLE STORE

MEF001494

A Un ve s ty s Stumb es n Qata  Rev ve Quest ons About Fo e gn Campuses

2022 01 13  8 51 AM



The Truth About Student Success



Managing the 21st Century Parent



Reforming Gen Ed



The New Generation of Students

MEF001495



1255 23rd Street, N.W. Washington, D.C. 20037
© 2022 The Chronicle of Higher Education

MEF001496

# BARZAN AERONAUTICAL AND RELATED GROUPS
## Working Group Report



## Overview

1. Qatar through its Ministry of Defense under Barzan Holdings SQTP, LLC is attempting to become an exporter of UVA's and other military technologies. In this context however we are focused on their efforts to manufacture, import, export, UVA and their related technologies as a means of circumventing U.S. regulatory authority and other foreign countries who are signatories of the Missile Technology Control Regimes. We have primarily focused on Germany in our initial research. We intend to further widen this investigations scope with additional investigations.

2. They have started Barzan USA, LLC, a Delaware limited liability company, and Barzan Aeronautical, LLC., a South Carolina limited Liability Company.

3. We have identified initial Missile Technology Control Regime Violations.

4. We have identified ITAR and EAR violations which are U.S. laws against transfer and export of military defense technologies.

5. We have identified FARA filings that are inaccurate at the least and more likely fraudulent in nature as a means to confuse and avoid necessary disclosures and filings.

6. We have identified activities that will be scrutinized by regulatory authorities in the United States and we have made contacts in the United States enforcement authorities who are very interested in our initial findings and discoveries. We have barely scratched the surface of nefarious activities and continue to chase down a great deal of information in this pursuit.

7. We have identified suspicious and nefarious activities related to Qatar dealings with German companies which are linked to the companies identified above that they have now started in the United States.

8. We have identified the nature and scheme of Qatar's plans regarding obtaining prohibited Military Technology and their plan to participate in the world-wide profits of being a leader in the military defense sector that includes the already existent and emerging UVA sector. They have developed a very deceptive and novel approach to achieve these ends and in a covert enough manner to attempt to do so without being subject to scrutiny or discovery.

**Summary**
We have developed a working report that continues to evolve and to be supplemented with facts and details related to the above subjects. We have additional research that needs to be conducted and we have in place the necessary

operatives to get the additional information that we seek.  Our end goal can be to create major hardships and scrutiny for Qatar's actions.  To include financial and other penalties.

We also have garnered the knowledge to do what they intend to do for a perspective foreign government who would like to surpass them in their efforts and at the same time avoid the mistakes that they are making that will make their efforts futile should we attack Qatar's methods and motivations.  A goal of this approach would be to become a foreign owner U.S. owner of companies that export UVA's and their related technologies to Category 1 permissible governments and also Category II to those governments that the U.S. will not export Category 1 technologies.  At the same time to structure the method and counsel another foreign government on how to participate in global sales and the related technologies without being subject to Regulatory authorities of the United State and its Allies without violating existing laws and regulations.

---

## INTRODUCTION

1. **This report is based on a review of Qatar activities related to Military Technology pursuits and more specifically U.S. and non-U.S.  UAV Technology and Markets.**

   a. We have been looking into Qatar's development of Barzan Aeronautical (now Barzan USA LLC) based in South Carolina.  As the timeline' below will layout, in early 2018 Qatar Ministry of Defense officially launched Barzan Holdings a/k/a Barzan Holdings QSTP, LLC which is designed as a holding company owned by the Government of Qatar to be used for acquisitions, manufacturing, and sales in global military technology.

   b. Our goal has been to clearly identify current/expected security concerns so that the full range of international and U.S. controls can be analyzed and potential violations identified.  This initial assessment will consider:

   I. Potential violations of the Missile Technology Control Regime (MTCR) presumption of denial relating to Category I UAVs on identified U.S. security interests. This will include the Reiner Stemme Q01 which was developed by Reiner Stemme and is now owned by Barzan Holdings, QSTP and Barzan USA, LLC which is a recently established Delaware LLC and the extent to which these activities may be investigated for potential violations by United States Government enforcement agencies to include the Department of Defense and Justice Department officials which our group has direct contact with and who have shown a keen interest in looking into activities that we have initially identified.

   II. Potential security concerns posed by foreign ownership of United States Military Defense companies and more particularly the transfer of technologies

to the foreign government of Qatar as well as exports of UAVs covered by Category I as it relates to the Q01 joint project of German company Reiner Stemme and the government of Qatar which are now one and the same as the Qatar government owns both. Outline how these activities threaten to impair the national security of the United States. Our goal is to bring to bear United States legal and regulatory restrictions in place to prevent foreign investment that may be harmful to national security and national interests. This will include Investigations launched by the Department of Commerce directing The Committee on Foreign Investments In the United States (CFIUS) to scrutinize the activities that we have uncovered. This will also involve Exon-Florio (legislation that governs Foreign Investment in Defense Sector technology) review by the Department of Defense and CFIUS. Components of the National Security Program (NISP). We will identify security risks and defense critical technologies and transfer of technology to Qatar who is not a party to the MTCR.

2. **U.S. Export Control (ITAR/EAR)**
   a. Bring to light Qatar attempts to gain technology from United States companies like Raytheon and manufacture UAVs which are controlled as defense articles under the International Traffic in Arms Regulations (ITAR),
   b. Explore potential violations of the Arms Export Control Act (AECA), 22 U.S.C. § 2751 *et seq.*, and the International Traffic in Arms Regulations (ITAR), 22 C.F.R. Parts 120-130. Looking into Qatar's failure to provide accurate and complete reporting on political contributions, commissions, or fees that it paid, or offered or agreed to pay, in connection with activities related to Barzan Aeronautical and Barzan USA, LLC as well as appropriate disclosures to United States and German Governments.
   c. Explore Memorandums of Understanding reached with Educational Organizations that would result in transfer of technologies in violation of ITAR.

3. **U.S./German Activities Related To Reiner Stemme GMBH, Barzan One GMBH, Barzan One GMBH, Barzan USA, LLC, Barzan Aeronautical, LLC, Reiner Stemme.aero. GMBH, trading as RS. RedEagle.**
   a. U.S. and German regulations prohibited Qatar and German Company Reiner Stemme GMBH efforts to sell QO1 UAV as it classifies as category 1 under MTCR because Reiner Stemme and Qatar were unwilling to certify end user foreign governments. They would have been subject to massive regulations and unable to sell their product worldwide. The plan then became to sell Reiner Stemme and the intellectual property to Qatar owned Barzan Holdings, QSTP, LLC and Reiner Stemme GMBH to be liquidated. Barzan Holdings, QSTP is then able to attempt to influence politicians here in the United States by monetary and other promises so that they can set up manufacturing in South Carolina and sell the Q01 to United States and their allies. It is part of their plan to invest money in the United States and gain favor with the administration by

creating jobs all the while becoming a United States distributor of UAV's and privy to technological developments.  A hard look needs to be taken at Qatar relations with Raytheon, Boeing, Northrup, and a myriad of other U.S. companies and foreign companies for potential ITAR and the Foreign Corrupt Practices Act (FCPA).

b.  At the same time Reiner Stemme and his team has left to start Reiner Stemme.aero GMBH, trading as RS.RedEagle which it appears that the UAV's that fall under Category 1 under MTCR regulations will be made in so as to avoid the regulatory requirements of the United States and Germany and other signatories of the MTCR.  They also have a model of the new aircrafts that Red Eagle anticipates developing that will make modifications classifying the UAV as Category II.  Under any circumstances, the UAV's will be very similar to the Q01 that Qatar will manufacture in the United States.  The previous lobbying efforts of Reiner Stemme GMBH on American Government agencies and officials has been taken over by Barzon Aeronautical, LLC, and Barzan USA, LLC and related entities.  Thus making Foreign Registration Act filings much less stringent because their covert actions are now being on the outward face being conducted by American companies although Qatar is the owner of those companies.

c.  Our efforts will be to show activities by Qatar as evidenced by corporate subterfuge and maneuverings to include hiring of US lobbyists, law firms, and the making of political contributions to gain sensitive technologies and commercial advantage here in the United States.  Efforts to appear like they are complying with U.S. and MTCR guidelines to which they are not a signatory while all the while having a stake in the Reiner Stemme spinoff which will sell to all the other nations of the world which the ownership by Qatar is masked by the ICO (Crypto Currency which hides ownership) being done to secure funds for the additional UAV's being developed under the Red Eagle name.  This is being done in conjunction with Austros Nexus Holding under the direction of Michael Thomale and Christian Michel Scheibener.  Our suspicion is that this is purely a front to allow Qatar to invest in the new company while not having any ownership on paper and therefore not subject to scrutiny should the UAV's be sold to countries that would harm their image in the eyes of the United States or its allies or affect their abilities to secure technology from their United States ventures in Barzan Aeronautical and Barzan USA and sales of the Q01.  At the same time, Qatar will secure itself as a United States Company manufacturing and selling Category 1 UVA to the United States and permissible foreign nations.  They will benefit from gaining technology for their own programs which they have stated they intend to pursue on their home soil and also participating in the profits of a massive industry both with their ownership here in the United States through Barzan One and Barzan USA but also abroad with Red Eagle.  Of notable alarm to the United States should be their close dealings with Turkey and already buying Category I UVA's as well as partnerships in other technology as well as Qatar's close relationship with Iran.  Of additional concern, is Qatar's efforts to build their own manufacturing capabilities of UVA's on their home soil and their efforts to secure technology for such pursuit globally and at the same time align themselves to share in the profits of the entire industry in the United States, Germany, and now

Austria of which we are currently aware. Further research will most definitely uncover additional activities. A prime example in another sector was Qatar's purchase of 49.9 percent ownership of vehicle manufacturer BNC and now they own 49.9% of Turkish tank manufacturing and all of the technology associated with same.

4. FOREIGN AGENT REGISTRATION ACT (FARA) VIOLATIONS

a. Barzan Holdings QSTP, LLLC, The Law firm of Ott, Beilitzki, O'neill, Barzan Aeronautical, LLC, Barzan One, GMBH, Reinner Stemme GMBH together and in conjunction with each other have made improper FARA filings regarding their activities with regard to their required filings under FARA. In fact, Barzan USA has never made a filing that they are an owner of Reiner Stemme GMBH. It was also represented that Barzan Holdings QSTP transferred their membership interest in Barzan Aeronautical, LLC to Barzan USA, LLC when in fact Barzan One GMBH is the owner of Barzan Aeronautical, LLC according to minutes of the meetings attached to one of their many FARA filings which will be attached below. Barzan Holdings QSTP may have transferred their membership interest (although they had none to begin with) which is a blatant misrepresentation but they also did not disclose that they own Barzan One, GMBH which actually still owns the membership shares in Barzan Aeronautical, LLC.

b. The FARA filings attempt to show control of the companies being maintained by U.S. citizens and Qatar has attempted to file confusing documentation that shows that they are a foreign owner but that they have no control of the daily activities. However, despite having their lawyer state that they do not control the daily activities in a self-serving statement in the FARA filing it goes on to say that management by the purported U.S. company being Barzan USA, LLC is subject to an operating agreement between Barzan USA, LLC and Barzan Holdings QSTP of which terms are not disclosed and are completely hidden. It will certainly be a target area for United States Investigators that we will outline for them.

c. We will make the case for investigators that what has been done is an effort to avoid making future FARA filings by making it look like they are merely a foreign investor and not a foreign owner for purposes of FARA filings. We will show that this is deceptive in every manner. They even went so far as to add their attorney, who was required to make FARA filings, as an officer of the U.S. company so that FARA filings would no longer be necessary since he is no longer on paper representing a foreign government of foreign company and in fact just acting in his capacity as an officer of the U.S. company Barzan Aeronautical, LLC and Barzan USA, LLC. However, his firm is paid $75,000.00 for his services which is now being run through the books of Barzan Aeronautical, LLC and not directly from Qatar although we are confident, we can show evidence to investigators to the contrary.

## WHAT WE KNOW ABOUT CURRENT ACTIVITIES OF QATAR REGARDING UVA ACTIVITIES IN THE UNITED STATES AND GERMANY AND GLOBALY THAT CAUSES ALARM AND QUESTIONS TO ARISE

Barzan Aeronautical (now Barzan USA LLC) based in South Carolina U.S.  As the timeline[ii] below will layout, in early 2018 Qatar Ministry of Defense officially launched Barzan Holdings a/k/a Barzan Holdings QSTP, LLC which is designed as a holding company to be used for acquisitions, manufacturing, and sales in the global military technology.

In May of 2017 Barzan Holdings created  Mertus 343. GmbH later named Barzan One GmbH located at **Schönhagen Airfield, Hangar C1, D-14959 Trebbin (registered, Frankfurt). Purposes listed for creation of this company was to manage its own assets.**

In March of 2018 at the DIMDEX 2018 in Qatar Barzan Holdings[iii] signs multiple agreements, (MOUs) with military organization around the world with the intent to transfer intellectual property back to Qatar.

One of those intended purchases was 365 million worth of drones from German company Reiner Stemme Utility Air-Systems.

Later in July of 2018 Barzan Holdings hired Vincent Renz[iv] in South Carolina to begin developments of forming Barzan Aeronautical in South Carolina with the intention of developing Q01  drones. Renz has strong ties to Germany's Aeronautical and Space organization and is also named as a Dir. Or Barzan One GmbH in Germany.

While studying the development of Barzan Aeronautical our research uncovered several circumstances that do not comply with U.S. regulatory compliances.  Below is a breakdown of developments;

Barzan Holdings (owned by the Ministry of Def. Qatar) owns in totality, Barzan One GmbH in Germany, as well as, Barzan Aeronautical (now USA) located in South Carolina.

In August of 2017 Barzan One GmbH acquired an aeronautical design company named Reiner Stemme GmbH (Stemme) in Germany.  Reiner Stemme GMBH is owned by both Barzan Holdings, QSTP, LLC and BARZAN USA, LLC.  Qatar has previously been a large investor in Reiner Stemme and had placed orders for Stemme is the design and patent holder (in Germany) of several key aeronautical designs.  Qatar acquired Stemme, transferred patents to Barzan Holdings then began liquidation proceedings of both Barzan One and Reiner Stemme.  This by itself raises major suspicion as to why Barzan Holdings went directly to dissolve both companies.  On their financials they show a balance sheet of assets of $24,000,000.00 and liabilities of $25,000,000.00 for both Barzan One and Reiner Stemme which on paper would show that they are in debt and allow for voluntary liquidation.  There is no mention of what happened to their

purported order for 365 million dollars of Q01 drones that they originally invested in Reiner Stemme to build.

The mystery deepens when we determined that all of the patents that were the invention of Reiner Stemme, were then transferred to Barzan Holdings QSTP transferred these patents to Barzan Holdings they are moved to the United States to be filed as patent held by Barzan Aeronautical[v] (now Barzan USA).

- ○ Under FARA[vi] disclosure requirements Qatar is required to disclose all financial transactions (and windfalls) from business transactions that are associated with US military products. "regardless whether the transaction occurred on U.S. soil or not.

- ○ They violate ITAR and Disclosure of classified information act 18 U.S. Code § 798[vii]. they are required to disclose a detailed financial breakdown of who and what is taking place with this liquidation because it has direct implications on US military contractors

Barzan Holdings is the sole owner of Barzan Aeronautical (now Barzan USA LLC) which is a U.S. based organization controlled by a foreign entity. Under FARA regulations any business transaction, domestic or not, that has direct ties to a U.S. based organization owned or operated by a foreign entity must be disclosed via FARA compliance.

By Barzan Holding's executing the transfer of patents from Reiner Stemme to Barzan Holdings then to the United States for use in the manufacturing of aircrafts by the organization Barzan Aeronautical (USA) it triggered the following series of compliance violations:

- ○ The acquisition of Reiner Stemme GmbH by Barzan One GmbH where officers of the organization where also officers of U.S based Barzan Aeronautical.

- ○ The Transfer of Patents (assets) into the United States to be used within a commercial environment without filing a FARA document.

- ○ The gathering of intellectual property

We are currently awaiting information from operatives in Germany regarding details surrounding several actions involved in the acquisition and liquidation of Reiner Stemme by Barzan One GmbH, the patents and transfer, financial affiliations, and principals involved in the transaction[viii].   We are confident that creditors have been deceived and are unaware of the intellectual property transfers.  Germany also has strict rules regarding liquidation and we are confident that we can find improper activities on behalf of Barzan Holdings, QSTP, Barzan USA, LLC, and the State of Qatar in its ultimate ownership capacity.

## CONCLUSION

As the technological capabilities of UAVs become more sophisticated and both the military and commercial demand for UAVs grows, it is essential that regulators watch the activities of Foreign Countries like Qatar because of the activities and potential violations detailed in this report. Along those ends our pursuit will be to  utilize our connections with the framework we have outlined and the issues we have uncovered to further investigate these matters ourselves and then to place the appropriate information in the hands of contacts that we have within the Federal Government of the United States to get them the information that they need.  The information necessary to see this to its conclusion will only be available to them and it will be up them to pursue violations and bring scrutiny upon Qatar for their seemingly benign activities.  We suspect nefarious activities and we are confident that with our information, direction, and support to the proper authorities and agencies to which we have unique access here in the United States that we will uncover the deceitful tactics and thoroughly thwart Qatar's efforts to ingratiate themselves with the United States in the Defense Sector and thwart their efforts to obtain technology and profits at the expense of United State national security and national interests in the UAV and Defense Technology Sector in general.  Just like in Natural Gas exploitations Qatar has used on the United States to gain majority stakes in U.S. companies and interests they intend to do the same in the Defense Sector where the United States has always been a worldwide leader and these efforts by Qatar to achieve world superiority and/or equivalency in all arenas and aspects in the United States and Globally in Education, Energy, Military, Technology, Sports, Charities, Theatre and Arts, etc. is a national security and national interest concern for the United States and all Nation States.  When a Foreign State such as Qatar that is highly involved in and an orchestrator of terrorist activities globally covertly inserts itself in the United States of America in all areas but most concerningly in sensitive National Security matters including Defense Technology exportation for their own benefit and for the benefit of hostile nations to the United States around the Globe then the full weight of the United States Government needs to be brought to bear to stop the activities that threaten America.  There may be opposition from certain parties within the United States Government and perhaps even high ranking won't let those hinderances stop our search for the truth and the end of these efforts.

## Current Research in Germany:

**General Questions**
- Who are the creditors of Barzan One, How is liquidation compensating them
- Who are significant shareholders of Reiner Stemme
- How are creditors and other shareholders of Reiner Stemme being compensated for Liquidation
- Any Details on Red Eagle ICO Operation
- Status on Barzan One GmbH Liquidation.

- Status of Reiner Stemme personal activity (financial)
- Rheinmetall AG... What developments are taking place regarding RBAT (Qatar/Rheinmetall Joint Venture).  Is Stemme involved in any capacity
- Is there any additional development of HEL (High energy Lazer) technology where individuals and Barzan are associated

## Individuals [ix]
### Reiner Stemme
- How was he compensated for the sale of Reiner Stemme to Barzan Holdings.
- Does he maintain any ties to Barzan One or other organizations associated with Qatar
- Is he developing further design work for any associated company to Qatar
- Travel to Qatar or Middle East

### Vassilios Brentel
Managing Director/Liquidator at Reiner Stemme Utility Air Systems. Managing Dir /Liquidator at Barzan One GmbH.  Brentel has been hired by Barzan One to liquidate both Barzan One and Stemme.  This action is highly unusual and designed to conceal actions that would be exposed by an audit required by a "Sale" of an organization
- How is he being compensated for liquidation of both Reiner Stemme and Barzan One
- What method is being used to facilitate the liquidation
- Who is acquiring assets
- What other associations does Brentel have

### Cornelia Wendt
She was original director and operational managemen at Barzan One GmbH.  She is affiliated with a company called CYREN which is a threat intelligence solutions company. They have offices in Germany, UK, Iceland, and yes U.S.A (McClVirginia_)..Cyren is considered to be one of the best "funded" securities firms in DC.. Cyren originally launched in Israel (1991)
- Who is she in relationship to Stemme
- What is her full association with Barzan One

### Oliver Alexander

- What is his compensation in liquidation
- What other association does he have in Europe

### Vincent Renz
Renz is the Original CEO of Barzan Aeronautical.  He was positioned in S.C. prior to the founding of Barzan Aeronautical.  He is also a Dir. of Barzan One GmbH (Germany) Founder/CEO of 3Dcision
- A general profile of his activity in German/Europe
- As much about his ties to DLR Aeronautical and Space in Germany
- Does he have any ties to Stemme outside of Barzan One
- Any other associations that come up

### Alexander Papenberg
Alexander is Reiners Stemmes connection is U.S.
- What are his ties to Stemme in Germany
- What associations does he have outside of Stemme

- General German/European Profile

**Alfred Schmiderer**
He worked with Reiner Stemme on wing design… He held patents that are tied to Barzan Ones acquisition of Reiner Stemme Utility
- Compensation for sale of patents associated with Stemme design taken by Barzan One
- Other associations with Stemme

**Michael Thomale**
Thomale has a long history as a seller and company former. His credo is believed to be MLM products, but that seem to be in question with further research. Thomale has become a partner of the Austro NEXUS Industrial Holding Co, which has been operating successfully since 2011.
- Who is he to Stemme
- Does he have any additional ties to Qatar

---

## TimeLine of Activity

**Oct 18, 2019**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Companies Official Presentation
Barzan Aeronautical LLC is a wholly-owned U.S. commercial subsidiary of Barzan Holdings QSTP. Barzan Holdings is a commercial company owned by the Ministry of Defense for the State of Qatar.

**Aug 22, 2019**
**FARA Filing**
Richard James Craven
CEO Barzan Aeronautical LLC
Assignment of Member Interest
Barzan Aeronautical LLC, a South Carolina limited liability company (the "Company"), consisting of 1,000 LLC Membership Units.

**Aug 21, 2019**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Christopher A. Ott
Barzan QSTP LLC/Barzan Aeronautical
The registrant will provide legal counsel on commercial and export control matters.

**Apr 14, 2019**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC

MEF001507

Christopher A. Ott
Barzan Aeronautical
Initial Opening of Banking for Barzan along with Monies received and Disbursements table

**Aug 8, 2019**
**FARA Filing**
Barzan Aeronautical LLC
Change in ownership
Barzan Holdings QSTP (the foreign principal), changed its direct ownership interest in Barzan Aeronautical LLC to Barzan USA LLC, a Delaware company that is one-hundred percent (100%) owned by Barzan Holdings QSTP

**Aug 8, 2019**
**FARA Filing**
Barzan Aeronautical LLC
Christopher A. Ott
Barzan Holdings QSTP LLC: - Procurement /development of defense and security items. - Clarified the Company's business operations in response to Post & Courier article (July 2019). No informational material was provided. - Engaged in commercial activity with U.S. companies

**Jul 31, 2019**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Thomas Ferguson III
Ott, Bielitzki & O'Neill provided legal and government relations counsel on commercial and export control matters. This included drafting relevant legal agreements, providing legal counsel to the Company in negotiations with third parties.

**Jul 28, 2019**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Thomas Ferguson III
Advise Barzan Aeronautical on relevant export control and related matters..

**Jul 18, 2019**
**Textron Systems**
Barzan Aeronautical bought an Aerosonde unmanned aircraft from Textron Systems at last month's Paris Air Show. Barzan Aeronautical CEO Richard Craven said the contract with Textron is "part of our long term business investment in the Charleston area."

**Jun 06, 2019**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Thomas Ferguson III
Advise Barzan Aeronautical - Advise client on relevant export control and related matters...

MEF001508

**Mar 30, 2019**
**FARA Filing**
McDermott Will & Emery LLP
Congressman Jeff Miller
White paper regarding current activities by Qatar in South Carolina.
Parties to document: Jeff Miller, Jonathan Day, Gavle Reuter, Joshua Roqaczewski

**Feb 11, 2019**
**FARA Filing**
Richard James Craven
Protocol of the Members Meeting (Mar 2018) of Barzan Aeronautical LLC
Mr. Oliver Alexander, CEO of Barzan One GmbH
Mr. Vincent Renz, Manager
Mr. Christopher Ott, Counsel
Description of Operational Duties, Bi-Laws and Bank and Consulting Relationships

**Feb 11, 2019**
**FARA Filing**
Richard James Craven
CEO Barzan Aeronautical LLC
Persons renders services directly in furtherance of the interests of any of the foreign principals?
Richard James Craven. Describe the nature of registrant's regular business or activity. Barzah
Aeronauticalis procuring/developing airborne ISR systems. Barzan Aeronautical is 100% owned
by the foreign principal Barzan Holdings QSTP LLC Parties associated with Filing: Richard
Janies Craven and Vincent Renz Also see: fund distribution table

**Feb 11, 2019**
Ott, Bielitzki & O'Neill PLLC
Articles of Operation and LLC of Barzan Aeronautical LLC

**Feb 11, 2019**
**FARA Filing**
Richard James Craven
CEO Barzan Aeronautical LLC
List of every foreign principal to whom you will render services in support of the primary
registrant Barzan Holding QSTP

**Jan 31, 2019**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
List of Meetings between Gov. Officials/Senators/Businessmen and Barzan

MEF001509

**Jan 01, 2019**
**OpenSecret.org**
Qatar's Total Government Spending in 2018
$10,275,680

**Aug 01, 2018**
**FARA Filing**
Michael Sitrick
QATAR HIRES CRISIS MANAGEMENT FIRM
The Qatari embassy hired recently **Sitrick Group**'s **Michael Sitrick** and **Sallie Hofmeister.** Sitrick is a well-known crisis management specialist. According to the disclosure filing, Sitrick's firm "will provide public relations and consulting services in support of the legal communications and public affairs services provided to the Embassy of Qatar by its legal counsel, **Pillsbury Winthrop Shaw Pittman LLP.**" Among those services, the filing says, are the "development and communication of information and informational materials to news organizations and others concerning such matters.

**Jul 20, 2018**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Laura O'Neill Ott
Christopher A. Ott
Legal services / Incorporation of Barzan LLC.

**Jul 20, 2018**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Christopher A. Ott
Barzan Aeronautical LLC is fully-owned by Barzan Holdings QSTP LLC, which in turn is 100% owned by the Qatar Ministry of Defence. Presently all funding for Barzan Aeronautical LLC is provided by Barzan Holdings QSTP LLC. Barzan Aeronautical LLC has a Board of Directors comprised of both U.S. and Qatari nationals.

**Jul 20, 2018**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Laura O'Neill Ott
Christopher A. Ott
Legal services / Incorporation of Barzan Aeronautical LLC.

**Apr 10, 2018**
**FARA Filing**
Ballard Partners
Qatar hires Trump-linked lobbyist ahead of emir's visit

**Jan 2018**
**Qatar Signs MOU with Britain and U.S.**
Britain signed a deal Qatar to supply 24 Typhoon fighters after two consecutive agreements with the U.S. to purchase 36 Boeing F-15QA and France to receive 12 additional Dassault Rafale fighters.

**Q-2, 2016**
**FARA Filing**
Ott, Bielitzki & O'Neill PLLC
Laura O'Neill Ott
Christopher A. Ott
Legal services / Incorporation of Barzan LLC.

---

**We can provide ONLINE access to each Report above**

---

EXHIBITS AND ATTACHMENTS

18. (a) The following described exhibits shall be filed with an initial registration statement:
Exhibit A- This exhibit, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal named iii item 7.

Exhibit B- This exhibit, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal. (b) An Exhibit C shall be filed when applicable. This exhibit, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, constitution, and bylaws of a registrant that is an organization. A waiver of the requirement to file an Exhibit C may be obtained for good cause shown upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530. (See Rule 201(c) and (d)). (c) An Exhibit D shall be filed when applicable. This exhibit, for which no printed form is provided, sets forth ah account of money collected or received as a result ofa fundraising campaign and transmitted for a foreign principal. (See Rule 201 (e).

---

**ITAR**
Part 121 of the ITAR identifies the items that are defense articles, technical data, and defense services pursuant to Section 38 of the AECA.Section 123.1(c)(5) thru Section 127.1(b) **Transfer of Intellectual Knowledge which violates** 18 U.S. Code § 798.Disclosure of classified information  and  18 U.S. Code § 793.Gathering, transmitting or losing defense **information**

○  Whoever knowingly and willfully communicates, furnishes, transmits, or otherwise makes available to an <u>unauthorized person</u>, or publishes, or uses in any manner prejudicial to the safety or interest of the <u>United States</u> or for the benefit of any <u>foreign government</u> to the detriment of the <u>United States</u> any <u>classified information shall be fined under this title or imprisoned not more than ten years, or both.</u>

---

## 18 U.S.C. § 793(a)-(f) Gathering, Transmitting or Losing Defense Information
## US <u>ITAR</u> and <u>EAR</u> violations and the methods to attack
For practical purposes, ITAR regulations dictate that information and material pertaining to defense and military-related technologies (items listed on the U.S. Munitions List) may only be shared with U.S. Persons unless authorization from the Department of State is received or a special exemption is used

## Transfer of Intellectual Knowledge which violates <u>18 U.S. Code § 798.Disclosure of classified information  and <u>18 U.S. Code § 793.</u>Gathering, transmitting or losing defense information
Whoever knowingly and willfully communicates, furnishes, transmits, or otherwise makes available to an unauthorized person, or publishes, or uses in any manner prejudicial to the safety or interest of the United States or for the benefit of any foreign government to the detriment of the United States any classified information shall be fined under this title or imprisoned not more than ten years, or both.

<u>United States v. Rosen, 445 F.Supp.2d 602, 646 (E.D. Va. 2006)(Ellis, J.)</u>
<u>United States v. Morison, 844 F.2d 1057 (4th Cir.), cert. denied, 488 U.S. 908 (1988)</u>

With respect to a major component of the legal framework, one district court judge had the following to say: The conclusion that the statute is constitutionally permissible does not reflect a judgment about whether Congress could strike a more appropriate balance between these competing interests, or whether a more carefully drawn statute could better serve both the national security and the value of public debate. Indeed, the basic terms and structure of this statute have remained largely unchanged since the administration of William Howard Taft. The intervening years have witnessed dramatic changes in the position of the United States in world affairs and the nature of threats to our national security. The increasing importance of the United States in world affairs has caused a significant increase in the size and complexity of the United States' military and foreign policy establishments, and in the importance of our nation's foreign policy decision making. Finally, in the nearly one hundred years since the passage of the Defense Secrets Act, mankind has made great technological advances affecting not only the nature and potential devastation of modern warfare but also the very nature of information and communication. These changes should suggest to even the most casual observer that the time is ripe for Congress to engage in a thorough review and revision of these provisions to ensure that they reflect both these changes, and contemporary views about the appropriate balance between our nation's security and our citizens' ability to engage in public debate about the United States' conduct in the society of nations.

---

18 U.S.C. § 793(a)-(f) provides: (a) Whoever, for the purpose of obtaining information respecting the national defense with intent or reason to believe that the information is to be used to the injury of the United States, or to the advantage of any foreign nation, goes upon, enters, flies over, or otherwise obtains information concerning any vessel, aircraft, work of defense, [etc.], or any prohibited place so designated by the President by proclamation in time of war or in case of national emergency in which anything for the use of the Army, Navy, or Air Force is being prepared or constructed or stored, information as to which prohibited place the President has determined would be prejudicial to the national defense; or (b) Whoever, for the purpose aforesaid, and with like intent or reason to believe, copies, takes, makes, or obtains, or attempts to copy, take, make, or obtain any sketch, photograph, photographic (c) Whoever, for the purpose aforesaid, receives or obtains or agrees or attempts to receive or obtain from any person, or from any source whatever, any [protected thing] connected with the national defense, knowing or having reason to believe. . . that it has been or will be obtained, taken, made, or disposed of by any person contrary to the provisions of this provision. (d) Whoever, lawfully having possession of, access to, control over, or being entrusted with any document [or other protected thing] relating to the national defense, or information relating to the national defense . . . the possessor has reason to believe could be used to the injury of the United States or to the advantage of any foreign nation, willfully communicates, delivers, transmits . . . to any person not entitled to receive it, or willfully retains the same and fails to deliver it on demand to the officer or employee of the United States entitled to receive it; or (e) Whoever having unauthorized possession of, access to, or control over any document [or other protected thing], or information relating to the national defense which information the possessor has reason to believe could be used to the injury of the United States or to the advantage of any foreign nation, willfully communicates, delivers, transmits . . . to any person not entitled to receive it, or willfully retains the same and fails to deliver it to the officer or employee of the United States entitled to receive it; or (f) Whoever, being entrusted with or having lawful possession or control of any document [or other protected thing], or information, relating to the national defense, (1) through gross negligence permits the same to be removed from its proper place of custody or delivered to anyone in violation of his trust, or to be lost, stolen, abstracted, or destroyed, or (2) having knowledge that the same has been illegally removed from its proper place of custody or delivered to anyone in violation of his trust, or lost, or stolen, abstracted, or destroyed, and fails to make prompt report of such loss, theft, abstraction, or destruction to his superior officer — Shall be fined under this title or imprisoned not more than ten years, or both. negative, blueprint, plan, map, model, instrument, appliance, document, writing, or note of anything connected with the national defense; or BOTH


U.S. Export Control (ITAR/EAR) Reforms a. Provide greater clarity regarding the distinction between "unarmed military UAVs," which are controlled as defense articles under the International Traffic in Arms Regulations (ITAR), and commercial UAVs, which are controlled under the Export Administration Regulations (EAR). Specifically,

establish technical criteria based on current military technology that will subject UAV technology to ITAR control (e.g., resolution capability of surveillance payload, low observable features, armor, anti-aircraft countermeasures), and continually update these criteria to keep up with technological change. Other UAV technology — whether meant for military or civilian use — should be controlled under the less restrictive EAR; b. Review use of "anti-tamper" (anti-repurposing) conditions that are applied to U.S. export licenses to ensure that they are applied to sensitive UAV technologies in a consistent and transparent fashion that takes into account cost-effectiveness and focuses less on hardware conditions and more on software conditions where possible.

4. Defense Department UAV Acquisition and Operation Policy a. Promote use of the Defense Exportability Features (DEF) program in the UAV context to encourage integration of adequate protections on sensitive technology earlier in the design and development  process; b. Consider government encouragement of co-development/co-production with industry in allied or partner nations to share costs, promote interoperability, and mitigate impacts on the defense industrial base from export restrictions; c. In view of the potential loss of a U.S. governmental UAV in inhospitable territory, ensure a reasonable across-the-board anti-tamper requirement for sensitive UAV technology; d. To ensure that export controls are not undermined, encourage greater protections against unauthorized dissemination of UAV technical data from the U.S. government inventory.

---

## Liquidation of Reiner Stemme Utility

A GmbH's liquidation requires many formalities to be observed, these are laid down by the registration court. The process ends with de-registration from the German Trade Register. Consultinghouse can help you in dealing with these formalities, however, we do not provide legal representation or representation in tax issues.

**SOLUTION DESCRIPTION**

To initiate the liquidation, there are several possibilities available under the German Limited Liability Companies Act (§ 60 GmbHG). In most cases, a shareholder's decision to liquidate the company will need to be taken.

**Shareholder's decision**

For the shareholders' decision, a majority of ¾ of the votes is required, as long as there is no other ruling in the Articles of Association. The decision takes immediate effect unless another date has been declared.

Since an opening balance has to be prepared the shareholders' decision should be taken by the end of the financial year and should contain the names of the liquidators who are nominated (who can be the former general managers, whose responsibilities are equivalent to the general manager's at the time of the liquidation) and a ruling as to who will store the company's books after the liquidation.

From the effective date of the shareholders' decision onwards, the company has to use the suffix "GmbH in Liquidation" or "GmbH i.L.". The same date is decisive for the determination of

taxable income and the General Managers of the GmbH no longer have the power to represent the company.

Liquidation also means changing the corporate objectives. Therefore, all obligations have to be paid and all assets realized. Only after the complete winding-up of the company will it be de-registered from the German Trade Register.
Notification of shareholder's decision and liquidator to German trade register
The decision to liquidate the company has to be notified to the German Trade Register. In this notification, the liquidators have to affirm that there is no conflict of interest with their nomination.

**Duties of the liquidators**
Once notified to the German Trade Register, the liquidators become the legal representatives of the company. Their main task of is to wind-up the company's business and to pay all liabilities. They can take whatever action is necessary and appropriate for this purpose.

**Announcement of liquidation**
The liquidators have to announce the company's liquidation in the German Electronic Federal Gazette and to appeal to the company's creditors.

At least one year from the date of appeal to the creditors must have elapsed before the company can be de-registered in the German Trade Register.
Before the company's remaining property can be distributed, the operation of the GmbH can be carried on but only under the changed company objectives and purpose as per the shareholder's decision.

**Distribution of remaining property**
After the restrictive year has passed and the company's affairs have been concluded, the remaining property can be paid out to the shareholders. This is called the liquidation ending.

**Ending**
The liquidation ending has to be notified to the German Trade Register. The record for the announcement of the company's liquidation and the appeal to the creditors has to be attached to this notification. With this act, the liquidator's responsibilities are fulfilled.
The registry court reviews the correct proceeding of the liquidation. If there are no objections, the company will be de-registered from the German Trade Register.

---

**Barzan One GmbH  (Financials 2017)**
Frankfurt am Main Accounting / financial reports
Annual financial statements for the financial year from January 1, 2017 to December 31, 2017
**balance sheet**
assets
12/31/2017
EUR
A. Fixed assets 26,409,008.00
I. Intangible assets 24,677.00
II. Property, plant and equipment 26,303,811.00
III. Financial assets 80,520.00
B. Current assets 2,432,548.27

MEF001515

I. Inventories 664,845.77
II. Receivables and other assets 1,763,100.24
of which 1,200,000.00 with a remaining term of more than one year
III. Cash in hand, Bundesbank credit balances, bank balances and checks 4,602.26
C. Prepaid expenses 37,481.54
Total assets, total assets 28,879,037.81
liabilities
12/31/2017
EUR
A. Equity 28,628,978.20
I. subscribed capital 25,000.00
II. Capital reserves 28,668,911.30
III. Net loss 64,933.10
B. Provisions 5,250.00
C. Liabilities 244,809.61
of which with a remaining term of up to 1 year 244,809.61
Total assets, total liabilities 28,879,037.81
**attachment**
Items in the balance sheet and the profit and loss account that show neither an amount in the
financial year nor in the previous year are not specified in accordance with Section 265 (8)
HGB. The following accounting and valuation methods are used to prepare the balance sheet
and the profit and loss account:

- Purchased intangible assets (including software) are capitalized in accordance with tax
treatment and amortized after their expected useful life. Factual situations are valued at the
acquisition or production costs less depreciation. Scheduled depreciation is carried out linearly
within the periods permitted by tax law.
- Movable fixed assets up to a value of € 410 (low-value assets) are fully depreciated in the year
of acquisition and, at the same time, shown in the schedule of assets as disposals.
- Financial assets are valued at the lower of acquisition cost or fair value.
- In principle, inventories are valued at acquisition or production costs or at lower daily values.
Proportionate administrative and social costs were not included in the production costs.
- Receivables and other assets are valued at their nominal value less a general allowance for
general credit risk. Individual allowances are made for doubtful debts.
- The liquid funds are stated at their nominal value.
- The marked capital is stated at the nominal amount.
- Provisions are recognized in the amount that is necessary according to reasonable
commercial assessment and in accordance with the expected expenses and impending losses.
Pension provisions are recognized in the amount of the commercial law partial values.
- Liabilities are recognized at the repayment amount.

In the year under review, the company was managed by:
Oliver Alexander

_____

## BACKGROUND  INFORMATION ON UVA REGULATIONS
The goal of U.S. regulations and MTCR regulations is export controls by the U.S. and signatory
Countries on proliferation of defense technology. Other nations gaining both weaponry and

technological know-how would both threaten U.S. national security and its allies and directly undermine the United States' ability to shape international defense transfers in the long term.

## BACKGROUND ON UAV INDUSTRY & MARKETS

UAVs are a lucrative technology with a growing international and domestic market in both the military and civilian sectors. Analysts believe that the global UAV market will more than double in the next ten years, from the current $6.4 billion to around $11.5 billion a year.1 The United States is a global leader in the production of UAVs, and exports them around the world. However, other countries have growing UAV production capabilities and are increasing their market share globally.

### U.S. Industry Capabilities

The United States has an established UAV manufacturing infrastructure. Today, the United States maintains a dominant position in UAV production and operation, particularly in military applications. A lack of consistent data on individual UAV exports, however, makes it difficult to ascertain the total value of U.S. UAV exports. Data from the Stockholm International Peace Research Institute (SIPRI) database indicates that the United States has authorized the export of at least $3 billion in UAV items over the span of 20 years (1994–2014),2 but that data is incomplete and industry experts have estimated that U.S. UAV export authorizations from 2005-2012 alone were between $2 and $3 billion.3

A majority of UAVs produced in the United States are considered "mini-UAVs" and used for intelligence, surveillance, and reconnaissance (ISR) missions. The United States currently exports UAVs to 21 countries, including Italy and the United Kingdom. These two countries are the predominant recipients of Category I UAVs from the United States.

### Non-U.S. Industry Capabilities

A number of countries export UAV platforms and technology. According to the SIPRI Arms Transfer Database, fifteen countries, including the United States, have exported whole UAV platforms.  Israel and China are the largest UAV exporters, and now Turkey is emerging as another major exporter.  Neither China nor Turkey comply with MTCR regulations.  with UAVs exported to 30 different countries, including to the United States. Industry experts have.

### Defense Markets for UAVs

The defense market for UAVs was estimated to be approximately $6 billion annually worldwide. UAVs purchased in the defense market generally are for ISR missions, but also may feature technologies necessary for targeted strikes, among other military applications. While the defense market and the UAV market more broadly involve the transfer of the less-sensitive MTCR Category II technologies, the more-sensitive Category I technologies have been exported on a smaller scale. For example, the United States has sold Category I platforms to France, Germany, Italy, NATO, and the United Kingdom, and sales of these platforms have been approved for Australia, Japan, the Netherlands, and South Korea. Additionally, a Category I lease was approved for Switzerland.

## BACKGROUND ON INTERNATIONAL CONTROL REGULATIONS APPLICABLE TO UAVS

Two multilateral regimes lay the groundwork for export controls on UAV technology: the Missile Technology Control Regime and the Wassenaar Arrangement. The MTCR controls exports of missile technology, a category that covers UAVs due to their potential utility as a platform for WMD delivery. The Wassenaar Arrangement establishes procedures to promote transparency in the transfer of conventional weapons and dual-use items, including UAVs.

## Background on Missile Technology Control Regime

The MTCR arose from National Security Decision Directive 70 (1982), in which President Reagan ordered the negotiation of a new international export control policy to prevent the proliferation of nuclear-capable missiles able to strike from a significant distance. Thirty-four governments formally adhere to the MTCR, agreeing to coordinate national export licensing efforts to prevent the proliferation of unmanned delivery systems capable of delivering weapons of mass destruction. Other nations, such as Israel and China, claim to adhere to the MTCR but are not official signatories. These non-members implement national export control regulations consistent with the agreement and adopt a process of information exchanges and demarches among its signatories in order to enforce accountability.

The MTCR governs the export of UAVs and separates the technology into Category I and Category II systems. The U.S. and six other close allies crafted the specific 300km/500kg definition for Category I UAVS to tightly control unmanned systems capable of delivering relatively unsophisticated nuclear weapons. This definition has been the centerpiece of the MTCR for more than 26 years. At the time of the MTCR's negotiation, there were no non-cruise missiles capable of reaching the 300km/500kg Category I threshold, but manufacturers soon built up to that definition and then exceeded it, such as with the well-known Reaper and the Global Hawk models. As a result of this rapidly evolving technology, in the late 2000s, the MTCR members considered making exceptions to the Category I export rules for certain UAVs that exceeded the 300km/500kg threshold but determined not to do so.

The MTCR requires that Category I items be subject to a strong presumption of denial for export licensing. As a result, Category I exports are rare and only occur if a government (a) obtains binding government-to-government undertakings embodying the assurances from the recipient government [and]…(b) assumes responsibility for taking all steps necessary to ensure that the item is put only to its stated end- use. The transfer of Category I production facilities is prohibited. For items that fall under **Category I and II, the following factors must be taken into consideration before exporting:**

- Concerns about WMD proliferation;
- The current capabilities and potential objectives of the recipient state's missile programs;
- How the transfer might impact potential development of unmanned delivery systems
- The assessment of end-use transfers, including assurances from the recipient state;
- The applicability of other relevant multilateral agreements; and
- The risk that missiles might fall into the hands of terrorists or individuals.24

Category II includes: (i) complete UAV systems that do not fall under Category I and that have a range equal to or greater than 300 km; and (ii) UAVs that have an autonomous flight control and navigation capability or the capability of controlled flight out of the direct visual range of a human and incorporate an aerosol dispensing system with a capacity greater than 20 liters.

Category II items were initially subcomponents of Category I systems. However, in 1993, Category II controls on rockets and UAVs were broadened to cover complete systems capable of flying 300 km range with any payload. This change was designed to cover systems capable of delivering chemical and biological pay- loads, which could be far lighter than nuclear payloads.

Category II technology is permitted for export, but requires a governmental review and licensing process.

For both Category I and II items, the MTCR imposes a "no-undercut rule" prohibiting an exporter from undercutting another member's export denial unless the two exporters first consult one another.

**Wassenaar Arrangement**

The Wassenaar Arrangement is a voluntary international agreement established to promote greater transparency and accountability for international arms transfers, and to protect against destabilizing accumulation of certain conventional weapons and dual-use technologies. The Arrangement is currently comprised of 41 member countries, including the United States. Wassenaar members agree to institute national policies, derived from Wassenaar-adopted best practices for export and transfer that ensure the responsible transfer of conventional weapons and dual-use items. Members are encouraged to report on arms transfers and export denials of controlled items to "countries of concern" that are not part of the regime. With these provisions, Wassenaar seeks to prevent unauthorized transfers or re-transfers of items contained within two control lists — one for munitions and the other for dual-use goods and technologies.

**UAVs and corresponding systems are controlled under category 9 of the Arrangement's Dual-Use List. This includes.**
•       UAVs that can be flown out of the direct visual range of the human operator, or which have an autonomous flight control and navigation capability;
•       Equipment designed to control UAVs;
•       Systems of navigation, attitude, guidance or control which are specifically designed for UAVs;
•       Equipment and components designed to convert a manned aircraft to a UAV;
•       Engines specifically designed or modified to propel UAVs to altitudes above 50,000 feet;
•       Equipment specifically designed for production of UAVs and associated systems and equipment;
•       Software specifically designed or modified for use in UAVs.

The Wassenaar Munitions List controls Remote Piloted Air Vehicles (RPVs), UAVs, autonomous programmable vehicles, as well as accompanying launch and recovery equipment, ground support equipment, and equipment for command or control. The Munitions List also limits reciprocating engines designed for UAVs.

The United States has previously made a number of proposals to expand the range of UAV technology covered by the Arrangement. Specifically, the United States proposed the addition of equipment and components designed to convert a manned aircraft to a UAV, of engines specifically designed or modified to propel UAVs to altitudes above 50,000 feet, and further refinement of navigation, attitude, guidance and control systems.29 These proposals were subsequently adopted and are reflected in the dual-use control list.

Arms Trade Treaty and United Nations Register of Conventional Arms
The Arms Trade Treaty (ATT), which was adopted by the UN General Assembly in April 2013, will have some impact on UAV exports. Although not listed specifically in the scope of the Treaty, the categories of conventional arms included in the United Nations Register of Conventional Arms are referenced in the text of the ATT. During the UN Register's most recent review, the Panel of Governmental Experts concluded that UAVs are included within the fourth and fifth categories of the Register (combat aircraft and attack helicopters, respectively). Thus, States that are party to the ATT will be required to apply the Treaty's prohibitions and export assessment obligations to transfers of UAVs. In other words, the ATT widens the controls on UAVs from the more limited membership of the MTCR and Wassenaar Arrangement and re-quires certain States to undertake a more rigorous level of control on UAV exports than existed previously.

**BACKGROUND ON CURRENT U.S. EXPORT CONTROLS AND POLICIES**

The United States Government announced a classified new U.S. Export Policy for Unmanned Aerial Systems, with an unclassified summary, in February 2015. The policy reinforced that the United States implements MTCR and Wassenaar obligations through two export control regulatory frameworks: the International Traffic in Arms Regulations (ITAR) and the Export Administration Regulations (EAR). The

ITAR, administered by the U.S. Department of State's Directorate of Defense Trade Controls (DDTC), regulates the export and reexport of a broad range of military items. The EAR, administered by the U.S. Department of Commerce's Bureau of Industry and Security (BIS), regulates the export and reexport of less militarily sensitive civilian or dual-use items. Both classes of items are subject to different export licensing requirements and policies.
ITAR and EAR Control Lists

The ITAR and EAR contain lists of articles, services, and technical data to identify those categories of items that fall under their respective jurisdiction. The ITAR contains the U.S. Munitions List (USML, 22 C.F.R. § 121.1). Category VIII of the USML, titled "Aircraft and Related Articles," lists, among other items, certain unmanned aerial vehicles, component parts, and the technical data necessary to design and manufacture those vehicles and parts. The Category VIII listings indicate which items are also subject to MTCR restrictions. The USML also contains the MTCR Annex, and identifies specific categories cross-referenced to the corresponding USML listing, although the MTCR Annex has not been updated in many years and there- fore is not current in various areas.
Items related to UAVs listed on the USML include:
- Unarmed military unmanned aerial vehicles;
- Armed unmanned aerial vehicles;
- Military intelligence, surveillance, and reconnaissance aircraft;
- Target drones;
- Optionally piloted vehicles;
- UAV flight control systems and vehicle management systems with swarming capability;
- Ship-based launching and recovery equipment specially designed for UAVs controlled under the USML and land-based variants thereof;
- Inertial navigation systems, aided or hybrid inertial navigation systems, Inertial Measurement Units, and Altitude and Heading Reference Systems specially designed for UAVs controlled under the USML aircraft controlled in this category;
- Bomb racks, missile launchers, missile rails, weapon pylons, pylon-to-launcher adapters, UAV launching systems, and external stores support systems for UAVs, drones, or missiles;
- Radar altimeters with output power management or signal modulation low probability of intercept capabilities for UAVs, drones, or missiles; and
- Electronic assemblies and components capable of operation above 257 degrees Fahrenheit that are specially designed for UAVs.

The EAR contains the Commerce Control List (CCL, 15 C.F.R. § 774, Supp. 1), which covers certain categories of non-military and dual-use UAV items as well as UAV parts and components that are specially designed a functional phrase with a technical meaning that captures certain parts not specifically listed for a military UAV other than those parts specifically identified on the USML. The CCL also covers technology required for the development, production, operation, installation, maintenance, repair, overhaul, or refurbishing of certain listed items.

MEF001520

## ITAR and EAR Licensing Policies

Compared to other technologies, UAVs are subject to highly restrictive U.S. licensing requirements and procedures that greatly limit the ability of manufacturers to export UAV items, particularly of a military nature. U.S.-origin Category I UAV transfers generally must be Foreign Military Sales administered through the U.S. government.

All UAV items listed on the ITAR's USML are subject to strict export licensing requirements. This means that these items may not be exported to certain nations subject to U.S. arms embargoes and that exports to any other nation require DDTC review and licensing. The standard of licensing review that the DDTC will apply depends on which MTCR category a USML-listed UAV item falls under. If a UAV item is a MTCR Category I item (i.e., capable of delivering a payload of at least 500 kilograms to a range of at least 300 kilo- meters), it faces a presumption of license denial. If it is a MTCR Category II item, it is reviewed on a case- by-case basis. State Department Fact Sheet entitled "U.S. Export Policy for Unmanned Aerial Systems," this case-by-case review will now consider several criteria, as follows:

• Sales and transfers of sensitive systems to be made through the government-to-government Foreign Military Sales program;
• Review of potential transfers to be made through the Department of Defense Technology Security and Foreign Disclosure processes;
• Each recipient nation to be required to agree to end-use assurances as a condition of sale or transfer;
• End-use monitoring and potential additional security conditions to be required; and
• All sales and transfers to include agreement to principles for proper use.33
The EAR's CCL controls UAV items for missile technology, national security, and/or anti-terrorism reasons, meaning that exports of such items to any country other than Canada require a license. The BIS reviews each license on a case-by-case basis, weighing the characteristics of the UAV item, its destination, proposed end-use and end-user, among other factors. For any items controlled for missile technology reasons (potential WMD delivery systems), the Departments of Defense, State, Energy, and Commerce review the license application. The agencies apply MTCR guidelines and additional factors, consider intelligence information, and determine if the transaction would pose an unacceptable risk or provide material assistance to a missile program of concern.

The EAR also contains a "catch-all" provision that requires exporters to obtain a license for the transfer of any item, even if non-controlled, if they know or are informed that the item will be used in the design, development, or production of UAVs with a range equal to or greater than 300 kilometers.

## Licensing Provisions & Manufacturer Modification Practices

The Departments of State and Commerce normally issue export licenses with certain provisos that place conditions on exports. With regard to missile technology and UAVs, this has taken the form of "anti-tamper" provisos that require technological features that prevent the militarization, weaponization, or changes to controlled exports.

In light of proliferation concerns and past agency licensing practices, exporters also at times modify their UAV technologies in order to obtain a lower standard of scrutiny in export license applications and increase their chances of gaining license approval. For instance, in 2010, General Atomics modified its Predator UAV model so that it could not be fitted with weapons, creating a new UAV model that fell into MTCR Category

II instead of Category I. By virtue of this change and the resulting lower threshold of export license review, General Atomics was able to obtain an export license for sales of the Predator XP to certain foreign nations.

------------------

## [ii] BARZAN AREONAUTICAL PERATING AGREEMENT

Upon valuable consideration, the persons named below as "Members1' hereby covenant agree to be bound to the following as their LIMITED LIABILITY COMPANY OPERATING AGREEMENT dated this 26 day of March, 2018 (this "Agreement" or this "Operating Agreement") for Barzan Aeronautical LLC, a limited liability company organized under the laws of the State of South Carolina (hereinafter known as "the LLC"):

**ARTICLE I Definitions** As used in this Operating Agreement, the following terms are to have the meaning as stated below: "LLC" means "Limited Liability Company" and "the LLC" means Barzan Aeronautical LLC. "LLC Units" or "Units" means measures of ownership in the LLC. The capital structure of the LLC shall consist of Units all of the same class with equal rights for all purposes under this Operating Agreement. "LLC Unit Percentage" means, with respect to an LLC member, the percentage derived from the following fraction: number of LLC Units held by such Member divided by the total number of LLC Units held by all Members (and, thereafter, multiplying said fraction by 100 to arrive at ' a percentage). "Sovereign Law" means the laws of the State of South Carolina. "Vote in interest of LLC members" means a vote of the LLC members in which each LLC member shall have one vote per LLC Unit possessed; for example, a member possessing 150 LLC Units would have 150 votes in interest. "Unanimous vote in interest of LLC members" means a vote of the LLC members in which each LLC member shall have one vote per LLC Unit possessed and the number votes for any resolution before the members shall be 100% of the outstanding LLC Units. For example, if there are 1000 outstanding LLC Units, 1000 affirmative votes are required to achieve a Unanimous vote in interest upon a resolution before the members.

**ARTICLE II General Provisions** Section 2.1. Formation. Articles of Organization have been filed with the Secretary of State of the State of South Carolina.  The Members shall execute or cause to be executed all other instruments, certificates, notices and documents as may now or hereafter be required for the formation, valid existence and, when appropriate, termination of the LLC as a limited liability company under the laws of the State of South Carolina. Section 2,2. Company Name. The name of the LLC is "Barzan Aeronautical LLC" or such other name or names as may be selected by the Members from time to time, and its business shall be carried on in such name with such variations and changes as the Members deem prudent Section 2.3. Purpose of the. LLC. The purpose of the LLC is to engage in any lawful act or business activity for which a limited Liability company may be organized under the laws of the State of South Carolina, including, but not limited to acting as the Prime Contractor for managing the

acquisition and integration of intelligence surveillance reconnaissance (ISR) technology into aerial ISR platforms for sale and delivery to authorized government or private buyers, and all other related activities. The address of the LLC shall be determined by the Members. The LLC may from time to time have such other place or places of business, within or without the State of South Carolina, as the Members may decide. Section 2.5. Registered Agent. The registered agent of the LLC shall be determined by the Members who also shall possess the power to remove or replace a currently serving LLC registered agent. Section 2.6. Business Transactions of a Member with the Company. A Member may lend money to, borrow money from, act as surety, guarantor or endorser for, guarantee or assume one or more obligations of, provide collateral for, and transact other business with, the LLC and, subject to applicable law, shall have the same fights and obligations with respect to any such matter as a Person who is not a Member. Section 2.7. Company Property. No real or other property of the LLC shall be deemed to be owned by any Member individually, but shall be owned by and title shall be vested solely in the LLC. Section 2,8. No Term To Existence. The LLC's existence shall commence on the date of the filing of the Articles of Organization with the appropriate office and, thereafter, the LLC's existence shall be perpetual without term. Section 2.9. Accounting Period. The close of the LLCs year for financial statement and income tax purposes shall be as determined by the Members.

**ARTICLE III  MEMBERS** Section 3.1. Members. The name, initial capital contribution, LLC Units and LLC Unit Percentage of the Members are set forth in the below table, which shall be amended from time to time to reflect the admission of new Members. Member Name Initial Capital LLC Units LLC Unit % Contribution Barzan One GmbH $5000 1,000 100% Section 3.2. Admission of New Members. New members may be admitted to the LLC by an affirmative Unanimous Vote in Interest of LLC members. Section 3.3. No Liability of Members. All debts, obligations and liabilities of the LLC, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the LLC, and no member shall be obligated personally for any such debt, obligation or liability of the LLC solely by reason of being a member. This section does not prevent an LLC member* should he or she so choose, from separately agreeing to guaranty or otherwise become liable for a debt which is also one of the LLC. Section 3.4. Access to Books and Records of LLC. Each LLC member shall have the right to inspect the books and records of the LLC during normal business hours after the giving of reasonable notice of this intent to the LLC custodian of said documents and information; however, each member gaining access to the books and records of the LLC shall hold this information confidential and only use LLC information for the furtherance of LLC business and interests or for making investment decisions regarding the member's LLC interest. Upon withdrawal or departure as a member of the LLC, a member shall deliver all LLC books and records in his or her possession to the remaining LLC members or managers. Section 3.5. Actions bv the Members: Meetings: Quorum. a.Action by Written Resolution. The LLC members may take any action at a meeting in person, by proxy, or without a meeting by written resolution in accordance with Section 3.5(d). Meetings of LLC members may be conducted in person or by telephone conference. A voting proxy given by an LLC Member to another person must be in writing. b.Voting. Each LLC member shall be entitled to vote upon all matters for

which LLC members have the right to vote. All LLC member votes shall be tallied by interest under which each member shall be entitled to one vote for each LLC Unit possessed (for example, a member possessing 150 LLC Units shall be entitled to 150 votes upon any matter submitted to the LLC Members for a vote). Each vote per LLC Unit shall carry the same weight and have the same value, for voting purposes, as every other LLC Unit. c. Unless another percentage is given elsewhere in this operating agreement or by Sovereign law, all LLC member votes on any matter shall require an affirmative vote in interest by LLC members of LLC Unit in excess of 50% of the outstanding total to pass or approve die motion, resolution, or otherwise take action by the LLC members. For example, if there are 1000 LLC Units outstanding, a vote of 501 LLC Units in favor of a resolution is required for its passage unless the resolution involves a matter for which this operating agreement or Sovereign law requires a higher percentage. d. Any action required or permitted to be taken at any meeting of the Members may be taken without a meeting if Members with the percentage of votes (per LLC units) sufficient to approve the action pursuant to the terms of this Agreement resolve thereto in writing and the writing or writings are filed with the LLC records of actions taken by Members. In no instance where action is authorized by written resolution shall it be required that a meeting of Members be called or notice be given; however, upon passage, a copy of the action taken by written resolution of the members shall be sent promptly to all LLC members. e. Meetings of Members may be called by any LLC member, or members, collectively holding 20% or more of the outstanding LLC Units upon seven (7) day's written notice to the other LLC members. Notice of a meeting called for hereunder may be made by standard U.S. mail, or electronic mail and shall contain the time, place, and purpose of such meeting. A quorum for any action to be taken at a meeting of LLC members shall be LLC members present (in person, via telephone, or by proxy) holding more than 50% of the LLC Units. Any Member may through a written instrument waive the right to receive prior notice of a meeting. Of the Members as described herein. f. Notwithstanding any other provision of this Agreement, the following actions shall require a Unanimous vote in interest of the LLC Members: 1. any merger, consolidation or other business combination; 2. sale or other disposition of substantially all the assets of the LLC; 3. dissolution of the LLC; 4. filing of a petition or commencing other proceedings seeking reorganization; liquidation, arrangement or other similar relief under applicable Sovereign law relating to bankruptcy or insolvency; 5. the amendment or modification of any provision of this Agreement; 6. the issuance of additional LLC Units (other than those issued pursuant to the founding of the LLC as set forth in Section 3.1 of this operating agreement) to any Member or other person; 7. the decision to appoint managers for the LLC under Article IV hereof. Section 3.6. Power to Bind the LLC. No LLC member or group of members acting in their individual capacity— separate and apart from action as LLC members pursuant to this operating agreement—shall have any authority to bind the LLC to any third party with respect to any matter. Section 3.7. Members who are not individuals. Each Member who is an artificial entity or otherwise not an individual" hereby represents and warrants to the LLC and each Member that such Membra* is: (a) duly incorporated or formed (as the case may be), (b) validly existing and in good standing under the laws of the jurisdiction of its incorporation or formation, and (c) has full power and authority to execute and deliver this Agreement and to perform its obligations hereunder. Section 3.8. Tax Matters

Partner. Mr. Gerald Straun having his business address at 1587 c Savannah Highway Charleston SC 29407 United States of America is hereby designated as the LLC's "Tax Matters Partner" under Section 6231(a)(7) of the Internal Revenue Code of 1986, as amended (the "Code"), and shall have all the powers and responsibilities of such position as provided in the Code and the Treasury Regulations thereunder. The LLC members may remove or replace the Tax Matters Partner by a vote of the majority in interest.

**ARTICLE IV MANAGEMENT** Section 4.1. Management of the LLC. The day-to-day business of the LLC shall be managed by a Managing Director who shall be appointed subject to Section 4.2 herein; however, the LLC members reserve the right to create a Board of Directors and appoint managers who may be responsible for specific duties and responsibilities. Section 4.2. The Managing Director of the LLC shall be appointed and dismissed by the members with simple majority of the vote. The conclusions, amendment (including, but not limited to the provisions regarding their respective remuneration) or termination of any employment or service agreements with the managing director requires a resolution of the member's meeting with simple majority of the vote. Section 4.3. the managing director is bound by law and the Operating Agreement as well as by any resolutions of the member's meeting (including the rules of procedure of the LLC adopted by members' resolution as well as any general or specific orders issued to them by members' resolutions) as well as the resolutions of the Board of Directors. The members' resolution for the adoption and amendment of the rules of procedure for the management as well as for the adoption of orders to the managing director require simple majority of the votes cast. The managing director is obliged to run the operations of the LLC with the care of a prudent businessman. Section 4.4 The members unanimously appoint Vincent Renz as its initial manager. The manager shall act as the Executive Officer of the LLC. Section 4.5. The LLC shall have an initial Board of Directors comprising of three (3) members. Section.4.6 The Board of Directors shall make its decisions by resolution passed with simple majority. Section 4.7. The initial Board of Directors shall be: (a) Mohammed Labda; (b) Vincent Renz; (c) Oliver Alexander.

**ARTICLE V CAPITAL STRUCTURE** Section 5.1. Capital Structure. The capital structure of the LLC shall consist of one class of LLC Units each having equal rights under all provisions of this operating agreement. Section 5.2. LLC Units. 1000 LLC Units shall be issued to the Members, as set forth in Section 3.1 hereof, as part of the initial funding of the LLC: however, additional LLC units may be issued pursuant to a Unanimous vote in interest of LLC Members. Section 53. Capital Contributions. i . Each Member shall contribute or shall have contributed* as an initial capital contribution ("Initial Capital Contribution") to the LLC the amounts set forth below. Member Name Initial Capital Contribution Barzan One GmbH S 5000 . The Members shall complete their initial capital contributions to the LLC within ten (10) days of the date of this agreement unless another date is agreed upon in writing by all LLC Members. Section 5.4. Additional Capital Contributions. Members may make additional capital contributions but shall not be required to do so. Section 5.5. Raising Additional Capital. Additional capital may be raised by the LLC through sales of new LLC Units pursuant to

MEF001525

an affirmative Vote in Interest of LLC members, see Section 3.5(c) above. Any Member resolution authorizing the raising of additional capital through the sale of LLC Units shall state, in reasonable detail, the purposes and uses of such additional capital and the amounts of additional capital required. Section 5.6. No Withdrawal Qf Capital Contributions. Except upon the dissolution and liquidation of the LLC as set forth herein, no Member shall have the right to withdraw its capital contributions. Furthermore, no interest shall be paid upon any member's capital account. Section 5.7. Maintenance of Capital Accounts. An individual capital account shall be maintained for each LLC Member consisting of the member's capital contributions and (1) increased by that member's share of LLC profits, (2) decreased by that member's share of LLC losses, and (3) further adjusted as required or allowed by the Internal Revenue Code:(Title 26 of the United States Code) and / or all published Treasury Regulations (Title 26 of the Code of Federal Regulations). In all cases, the capital accounts of the members shall be accounted for in accordance with the Internal Revenue Code (Title 26 of the United States Code) and or ail published Treasury Regulations (Title 26 of the Code of Federal Regulations).

**ARTICLE VI ALLOCATIONS AND DISTRIBUTIONS Section** 6.1. Allocations to Capital Accounts. Pursuant to the Internal Revenue Code (Title 26 of the United States Code) and the Treasury Regulations (Title 26 of the Code of Federal Regulations) and this Operating Agreement, net profits, net losses, and other items of income, gain, loss, deduction and credit of the LLC shall be annually allocated among the Members ratably in proportion to each Member's LLC Unit Percentage. For example, if a Member has an LLC Unit Percentage of 45%, he or she shall be allocated 45% of all profits or losses (and other allocation items) for any given tax year. . Notwithstanding the foregoing, no item of loss of deduction of the LLC shall be allocated to a Member to the extent such allocation would result in a negative balance in such Member's capital account if other Members then have positive balances in their capital accounts. Such loss or deduction shall be allocated first among the Members with positive balances in their capital accounts in proportion to (and to the extent of) such positive balances and thereafter to Members in accordance with their Unit Percentages. Section 6.2. Tax Allocations. In die case of any special tax allocations allowed under the Internal Revenue Code or Treasury Regulations, the method of allocation and formula determined by the Tax Matters Partner shall be followed so long as it complies with Sovereign law, die Internal Revenue Code, the Treasury Regulations, and fairly treats each Member. The method of tax allocation selected by the Tax Matters Partner shall be presumed to be "fair to all the members" and any Member or party challenging said allocation on these grounds shall bear the burden of proof. Section 6.3. Distributions. Distributions to the Members shall only be made pursuant to an affirmative vote in interest of the LLC Members. The resolution attesting to the affirmative vote in interest of the LLC Members shall state the amounts and dates of distribution to each member; however, no distribution shall be declared or made if, after giving it effect, die LLC would not be able to pay its debts as they become due in the usual course of business or die LLCs total assets would be less than the sum of its total liabilities. No distributions shall be declared or made until the repayment of any outstanding Member loans and indebtedness. Section 6.4. Family Partnership Savings Provision. Notwithstanding anything in this Operating Agreement to

the contrary, should any provision of this Operating Agreement or any act of the parties, result in violation ofthe family partnership provisions of Internal Revenue Code Sec. 704(e) (as amended) or die regulations and cases thereunder, the Members may amend this Agreement, or take any other actions reasonably necessary to prevent or correct such violation.

**ARTICLE VII TRANSFERS OF UNITS; WITHDRAWAL, DEATH, REMOVAL OF MEMBER** Section 7.1. Transfer of LLC Units. No Member shall have the right to sell, convey, assign, transfer, pledge, grant a security interest in or otherwise dispose of all or any part of its LLC Units other than as follows: . Only upon the following conditions may an LLC Member assign, pledge or grant a security interest in its LLC Units: (a) the assignment, pledge or security interest shall not entitle the assignee, pledgee or security interest holder to participate in the management and affaire of the LLC, to become a Member, nor to vote the Member's LLC Units and (b) such assignee, pledgee, or security interest holder is only entitled to receive the distributions the Member. would otherwise be entitled to absent the assignment, pledge, or security interest. . To another LLC Member. Members mav freely sell convey or otherwise transfer their LLC Units to another Member without prior approval of die LLC through a vote of the LLC Members. . To non-LLC Members. Subject to the other provisions of this section, no Member shall be entitled to sell, convey or otherwise transfer its LLC Units to a non-LLC Member without a prior affirmative Unanimous vote in interest of LLC Members. Prior to the vote of LLC Members upon a proposed sale, the Member seeking authorization of the sale or transfer of its LLC Units shall provide all other LLC Members with written documents detailing the exact terms of the proposed sale. . Creditors and spouses of Member. Creditors of a member cannot vote a member's LLC units nor in any way assume ownership or management rights of a member in the LLC. At most, a creditor of a member is entitled to seek a court order attaching distributions made by the LLC on account of the member's LLC membership interest. A spouse or former spouse of a member stands in the same position as a creditor of a member under this agreement meaning that the former spouse may not vote a member's LLC units nor in any way assume ownership or management rights. Section 7.2. Withdrawal Of Member. . Members shall have the unilateral right to resign or withdraw at any time from the LLC. . A Member is required to give thirty (30) days written notice to each of the other LLC Members to initiate a withdrawal. In this notice, the withdrawing Member shall state an effective date for his or her withdraw arid said date must be at least thirty (30) days after delivery of notice to all other LLC members and be the last day of a month (i.e., the 30th or the 31st). Upon receipt of said notice, the LLC Members shall promptly take any vote required under this agreement for withdrawal of a Member and, if die vote is in a sufficient affirmative percentage as called for under this agreement, the remaining LLC members shall cause a reasonably prompt preparation of financial statements for the LLC as of the effective date of withdrawal for said Member. . Upon withdrawal, the withdrawing Member shall receive, in exchange for his or her LLC Units, the Withdrawal Compensation Amount to be paid within I year of the effective date of the Member's withdrawal. . The "Withdrawal Compensation Amount" is defined herein as 100% of the withdrawing member's capital account . Any withdrawing LLC member possessing a negative capital account upon the effective date of withdrawal shall have a

duty to repay the negative balance of his or her capital account to the LLC upon withdrawal. . Should the LLC fail to perform upon its obligation under this section to make payments when due, in addition to any other remedies possessed, the LLC shall be liable to the withdrawing Member for interest upon the amount of any deficiency at the rate of 7% per annum (compounded annually) computed from the date that said deficient payment was due under this agreement . Upon withdrawal, the withdrawing Member shall have no continuing obligations to the LLC other than pursuant to state law, this Agreement or other applicable laws or such obligations as expressly assumed by such Members. . A withdrawing Member shall retain the right to vote as an LLC member up until the effective date of his or her withdrawal, at which time, the withdrawing Member's LLC Units shall be considered transferred bank to the LLC and the person who has withdrawn shall no longer be considered a member of the LLC. If a withdrawing Member was also a "manager" of the LLC, the withdrawing Member shall resign as a manager immediately upon giving notice of to the other LLC members of his or her intent to withdraw. Section 7.3. Death Of Member. . Upon the death of a Member* the remaining LLC members shall cause a prompt preparation of financial statements for the LLC as of the end of the month in which the Member died which shall be the date of death for die deceased Member for accounting  purposes under this agreement. For purposes of this section, if LLC Units are titled in the name of a revocable trust, the trustee of said revocable trust shall be treated as the Member. . The estate of the deceased Member (or his revocable trust if the LLC Units were so titled) shall receive, in exchange for his or her LLC Units, die Death Compensation Amount to be paid within 2 years of the. date of the Member's death. The payments shall be made in two equal installments payable at the annual anniversary of the date of death with gg interest being due nor owing upon the outstanding amount. . The "Death Compensation Amount" is defined herein as 100% of the deceased member's capital account. . Should the LLC fail to perform upon its obligation under this section to make payments when due, in addition to any other remedies possessed, the LLC shall be Liable to the deceased Member's estate or revocable trust (as the case may be) for interest upon the amount of any deficiency at the rate of 7% per annum (compounded annually) computed from the date that said deficient payment was due under this agreement. . Upon death, the estate of the deceased Member (or his or her revocable trust, as the case may be) shall have no continuing obligations to the LLC other than pursuant to stale law, this Agreement or other applicable laws or such obligations as expressly assumed by said Member. Section 7.4. Removal Of Member. . A Member may be involuntarily removed from the LLC only under either of the following circumstances': (1) the Member is required to provide services to the LLC (as reflected in this agreement), said Member ("Offending Member") is not substantially performing the promised services, and a. vote in interest all LLC Members except the offending Member vote for removal or (2) the Member has defaulted upon its obligations under this agreement to make capital contributions (or loans) to the LLC. . In the case of a removal for failure to perform required services, 60 days prior to any vote to remove, the other LLC Members shall cause a notice to be issued to the Member in question stating that they shall bring to a vote of the LLC Members a motion to remove said Member within 60 days for unsatisfactory performance of required services and detail specific instances or tasks that were allegedly not satisfactorily performed. The other LLC Members shall then give

MEF001528

the Member in question a good faith opportunity to cure the deficiencies in performance of services prior to the vote of removal. The period of this good faith opportunity to cure need not extend beyond 60 days. If the Member in question completes a cure within 60 days of receiving the aforementioned notice, then the motion pending before the LLC Members for removal shall be withdrawn. . In the case of a removal for failure to make required capital contributions, 30 days prior to any vote to remove, the other LLC Members shall cause a notice to be issued to the Member in question stating that they shall bring to a vote of the LLC Members a motion to remove said Member within 30 days for non-payment of required capital contributions. The Member in question shall then have 30 days within which to cure the default which shall consist of making all required capital contributions plus 7% per annum interest (compounded annually) upon the amount of any deficiency computed from die date said contribution was due to be made to the LLC. If the Member in question completes this cure within 30 days of receiving the aforementioned notice, then the motion pending before the LLC Members for removal shall be withdrawn and the Member in question shall, henceforth, be consider in good standing. If, however* the 30 day cure period expires and the Member in question fails to make a required capital contribution plus interest oh the deficiency, then this Member shall be barred from voting on the motion for removal. . If, after complying with the above notice and cure provisions, a vote in interest of LLC Members pursuant to Section 7.4 (a) and (b) is made to remove the Member in question, then, as of that moment, this person shall no longer be entitled to exercise any rights, powers or privileges of a Member and his or her LLC Units shall be considered redeemed by the LLC. In the case of removal for failure to make require capital contributions, the Unanimous vote in interest shall be determined without regard to the LLC interest of Che member to be removed. For example, if the member to be removed holds a 20% interest, only a Unanimous percentage of the remaining 80% LLC interest is required to effect removal. Upon die affirmative vote in interest of LLC Members to remove a Member pursuant to this Section, the remaining LLC members shall cause a prompt preparation of financial statements for the LLC as of the end of the month in which the resolution was passed by the LLC Members removing said Member and this shall be the effective date of removal for the Member for accounting purposes only under this agreement. The removed Member shall receive in exchange for his or her LLC Units the Removal Compensation Amount to be paid within 1 year of the effective date of the Member's removal. The "Removal Compensation Amount" is defined herein as 100% of the removed member's capital account minus any current debts or liabilities the removed member owes to the LLC. Should the LLC fail to perform upon its obligation under this section to make payments when due, in addition to any other remedies possessed, the LLC shall be liable to the removed Member for interest upon the amount of any deficiency at the rate of7% per annum (compounded annually) computed from the date that said deficient payment was due under this agreement,

**ARTICLE VIII  DISSOLUTION OF THE COMPANY** Section 8.1. Dissolution. The LLC shall be dissolved upon the occurrence of the following event (hereinafter, a "Liquidation Event"): a Unanimous vote in interest of LLC members to dissolve the LLC. Despite any provision of state law to the contrary, no other event—including (but not limited to) the withdrawal, removal, death, insolvency, liquidation, dissolution, expulsion, bankruptcy,

or physical or mental incapacity of a Member—shall cause the existence of the LLC to terminate or dissolve. Section 8.2. Liquidation. . In addition to a Unanimous vote in interest of LLC members to dissolveper Section 8.1 above, the death of all LLG members or a court order that the LLC be dissolved shall constitute Liquidating Events. . Should a Liquidation Event occur, the LLC shall then be liquidated and its affairs shall be wound up-including preparation of final financial statements and an accounting—by (or at the direction of) the LLC Members. All proceeds from the liquidation shall be distributed in accordance wife state law, and all LLC Units shall, thereafter, be canceled. Distributions to the Members shall be made in accordance, and proportion, with the Members' relative Capital Account balances. . Final distributions to Members shall not be made until all liabilities have been satisfied and any contingent claims against the LLC have been resolved. . Upon the completion of the liquidation and distribution offee LLC's assets, the LLC shall be terminated and the Managers shall cause the Company to execute and file a certificate of Cancellation in accordance with state law.

**ARTICLE IX Exculpation Of Liability: Indemnification** Section 9.1. Exculpation of Liability. Unless otherwise provided by law or expressly assumed, a person who is a Member or Manager, or both, shall not be liable for the acts, debts or liabilities of the LLC to third-parties-i.e., persons other than the LLC or LLC Members. Section 9.2. Indemnification. Except as otherwise provided in this Article, the LLC shall indemnify any Member or Manager (and may indemnify any employee or agent) of the LLC who was or is a party or is threatened to be made a party to a potential, pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative, and whether formal or informal, other than an action by or in the right of the LLC, by reason of the fact that such person is or was a Member, Manager, employee or agent of the LLC. Indemnification shall be limited to expenses, including attorney's fees, judgments, penalties, fines, and amounts paid in settlement actually and reasonably incurred by such person in connection with the action, suit or proceeding, if, and only if, the person acted in good faith, with the care an ordinary prudent person in a like position would exercise under similar circumstances. For persons other than Members or Managers of the LLC, indemnification shall only be made after an affirmative vote of a majority in interest of LLC Members.

**ARTICLE X** Section 10.1. Amendment of Operating Agreement. This Agreement may be amended by, and only by, a written resolution setting forth in detail the amendment and signed by sufficient Members to reflect a Unanimous vote interest of LLC members in favor of said amendment. Section 10.2. Successors. This Agreement shall be binding as upon all successors in interest of the Members which includes, but is not limited to, executors, personal representatives, estates, trustees, heirs, beneficiaries, assignees, nominees, and creditors of the Members. Section 10.3. Counterparts. This Agreement may be executed in several counterparts with the same effect as if the parties executing the several counterparts had all executed one counterpart. Section 10.4. Equitable Remedy, in Event of Material Breach. Each member agrees that the other members (if any) would be irreparable damaged with no adequate remedy available at law by the material breach of any provision in this operating agreement. Thus, in the event of a material breach of this agreement by a member, any other non-breaching member shall

be entitled to enjoin and restrain the breaching member from continued violation this agreement This equitable remedy shall be in addition to (and not supersede by) any other remedy, such as an action at law for damages, that the LLC or non-breaching members may have. Section 10.5. Indemnification of Attorneys Fees.and out-of-pocket costs. The prevailing party in any lawsuit for an injunction or damages against a member for breach of this agreement shall be indemnified by the losing party for its reasonable attorneys fees and out-of-pocket costs which in any way relate to, or were precipitated by, the breach that was the subject of the lawsuit.

**MISCELLANEOUS** Section 10.6. Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of South Carolina, USA. Each Member, by signing this agreement, hereby submits to personal and subject matter jurisdiction in the State of South Carolina, of any dispute between or among the Members, the LLC, and the LLC Managers connected to or regarding the business of, or investment in, the LLC. Section 10.7. Severability: Standard for Interpretation. If it shall be determined by a court or other competent body that any provision or wording of this Agreement shall be invalid or unenforceable under state or other applicable law, such invalidity or unenforceable shall not invalidate the entire Agreement. Whenever two or more interpretations of the provisions or wording ofthis Agreement shall be possible, the interpretation or construction which leads to the enforcement and validity of any provision of this Agreement shall be favored and deemed to be die intended interpretation of the parties to this Agreement. Section 10.8. Entire Agreement. This agreement contains the entire understanding between the Parties and supersedes any prior oral and written agreements by the Parties respecting the subject matter hereof.

IN WITNESS WHEREOF, the undersigned have duly executed this Operating Agreement as members on the date first written above: Signed: **Barzan One GmbH** By Mr Oliver Alexander, Managing Director

**Qatar Hires Crisis Management group; Sitrick Group, LIC**
11999 San Vicente Blyd. Los Angeles, CA 90049
Embassy of Qatar (through Pillsbury Winthrop Shaw Pittman LLP)
2555 M St NW, Washington, DC 20037
Sitrick Group, LLC will provide public relations and consulting services in support of the legal communications and public affairs services provided to the Embassy of Qatar by its legal counsel, Pillsbury WInthrop Shaw Pittman LLP. These services will include development and communication of information and informational materials to news organizations and others concerning such matters

# iii Barzan Holdings (aka Barzan QSTP - Qatar)
Barzan Holding is the official entity authorized to hold strategic partnerships with leading international companies in the military field, where joint projects will focus on building human and technological capital, research and development, and provide consultancy regarding

conducting strategic procurement required by Qatar's different military sectors.  The joint ventures (JVs) are the primary way that Barzan Holdings is building R&D capabilities in Qatar through knowledge transfer. This will ensure having a self-sufficient country in the field of defense and security.

The joint ventures (JVs) are the primary way that Barzan Holdings is building R&D capabilities in Qatar through knowledge transfer. This will ensure having a self-sufficient country in the field of defense and security says Mohammed Al-Khater

Barzan Holdings is responsible for empowering the military capabilities of the Qatari Armed Forces. This will be achieved by partnering with leading international companies and organizations in the defense field.

Acting as a commercial gateway for the defense industry in Qatar, Barzan Holdings is open for business and provides opportunities for international companies to collaborate on R&D, facilitate knowledge transfer and create innovative defense and security technologies.


**QSTP**
**Rheinmetall Barzan Advanced Technologies (RBAT)**
which is Barzan Holdings' joint venture (JV) with German defense company Rheinmetall AG, signed four agreements.

QSTP aims to grow Qatar's knowledge economy by encouraging companies and institutes from around the world to develop and commercialize their technology in these sectors in Qatar. In addition, to have a big responsibility and commitment to develop the role of Qataris themselves in the R&D technology sector and this includes providing high tech training, supporting new business startups and enhancing technology management skills.

*Qatar Science & Technology Park (QSTP),*
*part of Qatar Foundation Research, Development, and Innovation (QF RDI), is a Free Zone and Qatar's premier hub for applied research, technology innovation, incubation, and entrepreneurship.*

QSTP fosters a vibrant ecosystem that facilitates the development of new high-tech products and services, supports the commercialization of market-ready technologies, and offers state-of-the-art offices and facilities specifically designed for tech-based companies.

Located in Qatar Foundation's Education City, QSTP has access to a cluster of leading universities and research centers. Members of QSTP's Free Zone – including international corporations, SMEs, and research institutions – are collectively committed to investing in new technology development programs, creating intellectual property, enhancing technology management skills, and developing innovative new products.

Operating across four overarching themes – Energy, Environment, Health Sciences, and Information & Communication Technologies – QSTP's programs and services are designed to support Qatar's drive toward sustainable economic development and diversification.

KONGSBERG
KONGSBERG and Barzan Holdings QSTP-LLC Sign MOU- In 2017, Barzan Holdings QSTP-LLC and KONGSBERG established a new company for technology development programs. The

company,BK Systems, has its main office in Qatar Science & Technology Park, and KONGSBERG is holding the CEO position.

- ○ Kongsberg develops the anti-ship missile (Naval Strike Missle (NSM) used by the US Navy.   By 2018 the Boeing RGM-84 Harpoon and Lockheed LRASM were withdrawn fro the Navy's weapon systems leaving Kongsberg to supply 100% of the Navy Anti-ship missiles. (Lockheed and Boeing are key participants in SC Barzan development).
- ○ In 2018 Kongsberg Joined Raytheon (another SC Barzan member) to produce 5th generation NSM.
- ○ Also in 2018 "The bidding for the requirement has been fraught, with two major competitors dropping from the process leaving Raytheon and Kongsberg's Naval Strike Missile as the team to beat" said Rear Adm. Ronald Boxall

"We are pleased to sign this MOU today and to continue our great cooperation with Barzan", says Geir Håøy, President and CEO of KONGSBERG.

Kongsberg Maritime (KM), has for many years delivered systems for Qatar's fleet of LNG vessels. The next step towards digitization of the world's largest fleet of LNG vessels – the Qatari fleet, includes the development and establishment of a Remote Support Center ('RSC') for future maritime clients. The RSC will support its users with the capabilities to perform: fleet performance management, initiate and ensure predictive maintenance, individual cargo and vessel analysis, transfer of vessel data to desired parties.

**Other Military Technology and Development Relationships**

**Beretta Holding**
Barzan Holdings signed an agreement with Beretta , to create a JV named "Bindig," the Qatari word for rifle. The JV is the first time Beretta Holding has established a JV in the Middle East, and Bindig will manufacture pistols and rifles under the Bindig name in Qatar, for use by the Qatar Armed Forces and other security and governmental entities

**BMC**
Barzan Holdings signed an agreement with Turkish company BMC, that specializes in military vehicles. BMC is a legacy investment of the Qatar Armed Forces, and Barzan Holdings will now manage this relationship in the future.

**Raytheon**
Barzan Holdings has partnered with major US defense contractor Raytheon to power the Qatar Cyber Academy. The Academy will train Qataris undergoing their national service, and also open its services to the public sector, to better understand cybersecurity and protect themselves from potential cybersecurity threats

**Kongsberg**
Barzan Holdings signed an agreement with Norwegian company Kongsberg, to create a JV called "BK Systems." BK Systems will specialize in military communications systems, navigations systems and weapons manufacture.

**Sur International**

Barzan Holdings signed an agreement with Turkish company Sur International and the Qatar Amiri Guard, to create a JV called "QSur." QSur will manufacture high-end military uniforms, and uniform accessories.

## Qinetiq
Barzan Holdings has a JV agreement with Qinetiq from the UK, a leading provider of military consultancy services, to create "BQ Solutions." During DIMDEX, BQ Solutions signed an agreement with the Qatari Emiri Navy under which BQ Solutions will advise the Navy on best strategies and practices in "blue water" and transformational activities.

## Rheinmetall AG
Barzan Holdings signed a JV agreement with large German defense company Rheinmetall AG and the agreement creates a JV called Rheinmetall Barzan Advanced Technologies (RBAT) that will develop an ammunition manufacturing base in Qatar, provide security for strategic venues and critical infrastructure in Qatar, and develop research in UGV (unmanned ground vehicle) and HEL (high energy lazer) technology.

## Aselsan and Sitek
Barzan Holdings signed agreements with two Turkish companies: Aselsan and SStek, to create a JV called "Barq." Barq will engage in developing and producing electro optic equipment, crypto technology and research related to remote weapon platforms.

## Wilcox
Barzan Holdings signed an agreement with US company Wilcox, specializing in weapons manufacturing, plus electro optic gun technology

## SSM
Barzan has also signed an MoU with Turkish company SSM, to work on joint R&D projects between Qatar and Turkey for knowledge exchange.

## Orbital ATK
Barzan Holdings created a JV worth several hundred million dollars in technology transferprojects designed to help build the capacity of Qatar manufacturing companies to assemble security equipment and components.  Orbital ATK is based in Virginia and builds and delivers space, defense and aviation-related systems to customers around the world, developing products that include propulsion systems, satellites, tactical missiles, precision weapons, armament systems and ammunition

## Tapestry Solutions
The Qatari Signal Corps also signed a $79 million deal and a Memorandum of Understanding with Tapestry Solutions, a subsidiary of Boeing, for Enterprise Resource Planning.  The system will support Qatari Emiri Air Force logistics management.  Tapestry Solutions is based in San Diego, California and specializes in services and software systems that improve the tracking and distribution of equipment, spare parts and personnel for the U.S. Department of Defense and other government and non-government agencies

## Textron Systems
On June 17, 2019, South Carolina-based Barzan Aeronautical, LLC, a subsidiary of Barzan Holdings, signed a contract to purchase an Aerosonde Small Unmanned Aircraft System (SUAS) from Textron Systems as part of a teaming agreement to provide intelligence, surveillance and reconnaissance services to international customers. Textron said, "The drone

is part of a teaming agreement with Barzan to provide intelligence, surveillance and reconnaissance services".

## Fincantieri
Italian shipbuilding major, Fincantieri and Qatar's Barzan Holdings signed a letter of intent (LoI) aimed at studying possible forms of cooperation in the coastal defense surveillance sector during the 6th edition of DIMDEX 2018 conducted in Doha, Qatar
- The merger of Naval Group and Fincantieri poised to happen, the appointment of Giuseppe Giordo as head of Fincantieri's defense activities could stir animosity between the two companies

## Nexter Systems
Nexter Systems in collaboration with the local Company Barzan Holdings presents a new version of its VBCI 2 8x8  IFV armored Infantry Fighting Vehicle under the name of Al Zubarah. The Company Barzan Holdings has been recently created by the Qatari Ministry of Defense to enhance military capabilities and investment in the defense industry.

## BAE Systems
Qatar intends to increase its purchase of Hawk training aircraft from BAE Systems, the country's defense minister has announced.  Speaking at the Royal United Services Institute on 17 January, Khalid Bin Mohammad Al Attiyah said the country would purchase nine of the advanced jet trainers.

## Qatar Navigation
Barzan Holdings signed a Memorandum of Understanding (MoU) with Qatar Navigation (Milaha) in line with the vision to enhance Qatar's defense and security capabilities.  Qatar Navigation (Milaha) Q.P.S.C. was established in July 1957, as the first public shareholding company registered in Qatar and holds commercial registration no. 1. The Company has since evolved, expanded and diversified into maritime transportation, gas, petroleum products, containers and bulk, offshore support services, port management, logistics services, shipyard, trading agencies, real estate, and asset management.

[iv] **Vincent Renz**
Renz is the Original CEO of Barzan Aeronautical.  He was positioned in S.C. prior to the founding of Barzan Aeronautical.  He is also a Dir. of Barzan One GmbH (Germany) Founder/CEO of 3Dcision

Employment
3Dcision, Inc.
Charleston, SC
Founded 2015

**3Dcision** provides data processing and analysis of remote sensing digital data sets of airborne (aircraft/UAV) and satellite data in order to deliver 2D and 3D products and reports of geo information, videos and augmented reality products through a relationship with DLR, the national aeronautics and space research center for Germany.
The company products are focused on the growing, high end market of very high image quality

datasets with very high position accuracy as:

• 2D real time image data
• 2.5 near real time data
• Fast product delivery 3D and simulation data (hours to days)

Typical high-end customers are military and security related customers as well as line object infrastructure owners or providers (pipelines gas/oil/fuel/water, energy lines, borders, coastal zones and rivers, transportation roads on the sea, roads, and railway systems). All these potential customers are linked to regular service monitoring, surveillance and reconnaissance covering cities, counties and countries.

3Dcision handles all types of airborne and satellite data sets in order to deliver high precision 3D position cartographic, virtual and augmented reality images, used in the world wide mapping and visualization industry. We provide imaging data (visible and infrared) in real time or very short processing time together with other information as 3D geo information products to the customer in clear data formats or customer standards.

---

[v] See Barzan Aeronautical Managing Agreement above as part of timeline

---

[vi] **ITAR**
Part 121 of the ITAR identifies the items that are defense articles, technical data, and defense services pursuant to Section 38 of the AECA.Section 123.1(c)(5) thru Section 127.1(b) **Transfer of Intellectual Knowledge which violates** 18 U.S. Code § 798.Disclosure of classified information  and  18 U.S. Code § 793.**Gathering, transmitting or losing defense information**
o   Whoever knowingly and willfully communicates, furnishes, transmits, or otherwise makes available to an unauthorized person, or publishes, or uses in any manner prejudicial to the safety or interest of the United States or for the benefit of any foreign government to the detriment of the United States any classified information shall be fined under this title or imprisoned not more than ten years, or both.

---

[vii] **18 U.S.C. § 793(a)-(f) Gathering, Transmitting or Losing Defense Information**
US ITAR and EAR **violations and the methods to attack**
For practical purposes, ITAR regulations dictate that information and material pertaining to defense and military-related technologies (items listed on the U.S. Munitions List) may only be shared with U.S. Persons unless authorization from the Department of State is received or a special exemption is used

**Transfer of Intellectual Knowledge which violates** 18 U.S. Code § 798.Disclosure of classified information  and  18 U.S. Code § 793.**Gathering, transmitting or losing defense information**
Whoever knowingly and willfully communicates, furnishes, transmits, or otherwise makes available to an unauthorized person, or publishes, or uses in any manner prejudicial to the

safety or interest of the United States or for the benefit of any foreign government to the detriment of the United States any classified information shall be fined under this title or imprisoned not more than ten years, or both.

**United States v. Rosen, 445 F.Supp.2d 602, 646 (E.D. Va. 2006)(Ellis, J.)**
**United States v. Morison, 844 F.2d 1057 (4th Cir.), cert. denied, 488 U.S. 908 (1988)**

With respect to a major component of the legal framework, one district court judge had the following to say: The conclusion that the statute is constitutionally permissible does not reflect a judgment about whether Congress could strike a more appropriate balance between these competing interests, or whether a more carefully drawn statute could better serve both the national security and the value of public debate. Indeed, the basic terms and structure of this statute have remained largely unchanged since the administration of William Howard Taft. The intervening years have witnessed dramatic changes in the position of the United States in world affairs and the nature of threats to our national security. The increasing importance of the United States in world affairs has caused a significant increase in the size and complexity of the United States' military and foreign policy establishments, and in the importance of our nation's foreign policy decision making. Finally, in the nearly one hundred years since the passage of the Defense Secrets Act, mankind has made great technological advances affecting not only the nature and potential devastation of modern warfare but also the very nature of information and communication. These changes should suggest to even the most casual observer that the time is ripe for Congress to engage in a thorough review and revision of these provisions to ensure that they reflect both these changes, and contemporary views about the appropriate balance between our nation's security and our citizens' ability to engage in public debate about the United States' conduct in the society of nations.

18 U.S.C. § 793(a)-(f) provides: (a) Whoever, for the purpose of obtaining information respecting the national defense with intent or reason to believe that the information is to be used to the injury of the United States, or to the advantage of any foreign nation, goes upon, enters, flies over, or otherwise obtains information concerning any vessel, aircraft, work of defense, [etc.], or any prohibited place so designated by the President by proclamation in time of war or in case of national emergency in which anything for the use of the Army, Navy, or Air Force is being prepared or constructed or stored, information as to which prohibited place the President has determined would be prejudicial to the national defense; or (b) Whoever, for the purpose aforesaid, and with like intent or reason to believe, copies, takes, makes, or obtains, or attempts to copy, take, make, or obtain any sketch, photograph, photographic (c) Whoever, for the purpose aforesaid, receives or obtains or agrees or attempts to receive or obtain from any person, or from any source whatever, any [protected thing] connected with the national defense, knowing or having reason to believe. . . that it has been or will be obtained, taken, made, or disposed of by any person contrary to the provisions of this provision. (d) Whoever, lawfully having possession of, access to, control over, or being entrusted with any document [or other protected thing] relating to the national defense,

or information relating to the national defense . . . the possessor has reason to believe could be used to the injury of the United States or to the advantage of any foreign nation, willfully communicates, delivers, transmits . . . to any person not entitled to receive it, or willfully retains the same and fails to deliver it on demand to the officer or employee of the United States entitled to receive it; or (e) Whoever having unauthorized possession of, access to, or control over any document [or other protected thing], or information relating to the national defense which information the possessor has reason to believe could be used to the injury of the United States or to the advantage of any foreign nation, willfully communicates, delivers, transmits . . . to any person not entitled to receive it, or willfully retains the same and fails to deliver it to the officer or employee of the United States entitled to receive it; or (f) Whoever, being entrusted with or having lawful possession or control of any document [or other protected thing], or information, relating to the national defense, (1) through gross negligence permits the same to be removed from its proper place of custody or delivered to anyone in violation of his trust, or to be lost, stolen, abstracted, or destroyed, or (2) having knowledge that the same has been illegally removed from its proper place of custody or delivered to anyone in violation of his trust, or lost, or stolen, abstracted, or destroyed, and fails to make prompt report of such loss, theft, abstraction, or destruction to his superior officer — Shall be fined under this title or imprisoned not more than ten years, or both. negative, blueprint, plan, map, model, instrument, appliance, document, writing, or note of anything connected with the national defense; or BOTH

U.S. Export Control (ITAR/EAR) Reforms a. Provide greater clarity regarding the distinction between "unarmed military UAVs," which are controlled as defense articles under the International Traffic in Arms Regulations (ITAR), and commercial UAVs, which are controlled under the Export Administration Regulations (EAR). Specifically, establish technical criteria based on current military technology that will subject UAV technology to ITAR control (e.g., resolution capability of surveillance payload, low observable features, armor, anti-aircraft countermeasures), and continually update these criteria to keep up with technological change. Other UAV technology — whether meant for military or civilian use — should be controlled under the less restrictive EAR; b. Review use of "anti-tamper" (anti-repurposing) conditions that are applied to U.S. export licenses to ensure that they are applied to sensitive UAV technologies in a consistent and transparent fashion that takes into account cost-effectiveness and focuses less on hardware conditions and more on software conditions where possible.

4. Defense Department UAV Acquisition and Operation Policy a. Promote use of the Defense Exportability Features (DEF) program in the UAV context to encourage integration of adequate protections on sensitive technology earlier in the design and development  process; b. Consider government encouragement of co-development/co-production with industry in allied or partner nations to share costs, promote interoperability, and mitigate impacts on the defense industrial base from export restrictions; c. In view of the potential loss of a U.S. governmental UAV in inhospitable territory, ensure a reasonable across-the-board anti-tamper requirement for sensitive UAV technology; d. To ensure that export controls are not undermined, encourage

greater protections against unauthorized dissemination of UAV technical data from the U.S. government inventory.

<sup>viii</sup> **Current Research in Germany:**
- Who are the creditors of Barzan One, How is liquidation compensating them
- Who are significant shareholders of Reiner Stemme
- How are creditors and other shareholders of Reiner Stemme being compensated for Liquidation
- Any Details on Red Eagle ICO Operation
- Status on Barzan One GmbH Liquidation.
- Status of Reiner Stemme personal activity (financial)
- Rheinmetall AG... What developments are taking place regarding RBAT (Qatar/Rheinmetall Joint Venture).  Is Stemme involved in any capacity
- Is there any additional development of HEL (High energy Lazer) technology where individuals and Barzan are associated

**Individuals**

**Reiner Stemme**
- How was he compensated for the sale of Reiner Stemme to Barzan Holdings.
- Does he maintain any ties to Barzan One or other organizations associated with Qatar
- Is he developing further design work for any associated company to Qatar
- Travel to Qatar or Middle East

**Vassilios Brentel**
- How is he being compensated for liquidation of both Reiner Stemme and Barzan One
- What method is being used to facilitate the liquidation
- Who is acquiring assets
- What other associations does Brentel have

**Cornelia Wendt**
- Who is she in relationship to Stemme
- What is her full association with Barzan One

**Oliver Alexander**
- What is his compensation in liquidation
- What other association does he have in Europe

**Vincent Renz**
- A general profile of his activity in German/Europe
- As much about his ties to DLR Aeronautical and Space in Germany
- Does he have any ties to Stemme outside of Barzan One
- Any other associations that come up

**Alexander Papenberg (Stemme's U.S. Connection)**
- What are his ties to Stemme in Germany
- What associations does he have outside of Stemme
- General German/European Profile

**Alfred Schmiderer**
- Compensation for sale of patents associated with Stemme design taken by Barzan One
- Other associations with Stemme

**Michael Thomale**
- Who is he to Stemme
- Does he have any additional ties to Qatar

## ix INDIVIDUAL PROFILES
__Vassilios Brentel,__
Managing Director/Liquidator at Reiner Stemme Utility Air Systems. Managing Dir /Liquidator at Barzan One GmbH.

**Brentel has been hired by Barzan One to liquidate both Barzan One and Stemme.
This action is highly unusual and designed to conceal actions that would be exposed by an audit required by a "Sale" of an organization.**

Past Employment
Managing Strategic Consultant
Acquisition of a temporary project as commercial managing director / CFO at a medium-sized provider of production systems in special machine construction. Goals: Strategic realignment and further profitable growth of the company; Building new customer and supplier relationships; Ensuring profitability by introducing targeted controlling; Improve credit and capital resources.

The Takeover of a commercial interim project at a leading global provider of software solutions in the transport sector. Goals: Execution of the annual financial statements according to IFRS and HGB; Analysis and optimization of the area of finance and advice to management.

The takeover of an interim project for a medium-sized machine and plant manufacturer. Goals: Aligning the controlling and accompanying the introduction of a new ERP management system.

**Vincent Renz**
Renz is the Original CEO of Barzan Aeronautical.  He was positioned in S.C. prior to the founding of Barzan Aeronautical.  He is also a Dir. of Barzan One GmbH (Germany) Founder/CEO of 3Dcision

Employment
3Dcision, Inc.
Charleston, SC
Founded 2015

3Dcision provides data processing and analysis of remote sensing digital data sets of airborne (aircraft/UAV) and satellite data in order to deliver 2D and 3D products and reports of geo information, videos and augmented reality products through a relationship with DLR, the national aeronautics and space research center for Germany.
The company products are focused on the growing, high end market of very high image quality

datasets with very high position accuracy as:

• 2D real time image data
• 2.5 near real time data
• Fast product delivery 3D and simulation data (hours to days)

Typical high-end customers are military and security related customers as well as line object infrastructure owners or providers (pipelines gas/oil/fuel/water, energy lines, borders, coastal zones and rivers, transportation roads on the sea, roads, and railway systems). All these potential customers are linked to regular service monitoring, surveillance and reconnaissance covering cities, counties and countries.

3Dcision handles all types of airborne and satellite data sets in order to deliver high precision 3D position cartographic, virtual and augmented reality images, used in the world wide mapping and visualization industry. We provide imaging data (visible and infrared) in real time or very short processing time together with other information as 3D geo information products to the customer in clear data formats or customer standards.

**Cornelia Wendt**
is listed as a director and operational managemen at Barzan One GmbH.  She is affiliated with a company called CYREN which is a threat intelligence solutions company. They have offices in Germany, UK, Iceland, and yes U.S.A (McClVirginia_)..Cyren is considered to be one of the best "funded" securities firms in DC.. Cyren originally launched in Israel (1991)

**We are working with German associates to acquire information regarding her involvement in the circumstances in this of the disillusionment of both firms.**

**Reiner Stemme**
Born in 1939, Reiner Stemme studied mechanical engineering and physics at the Universities of Berlin and Berne, and received a doctorate in Laser-Physics. Following his engineering education, he acquired business experience at LasAG from 1970 to 1976, responsible for manufacturing and sales. Dr. Stemme then initiated and managed VDI Technology Center in Dusseldorf and Berlin until 1985. In this role, he allocated resources and monitored the performance of technology start-ups in a wide range of fields.

An accomplished sailplane pilot, Dr. Stemme grew up intrigued by Hirth's 1930's dream of convenient recreational travel by cross-country soaring safari. To fulfill that vision, however, imposed the challenge of creating one airplane that could combine practical power flying and high performance soaring.Over decades, he watched other members of the soaring community explore potential solutions. Solutions generally fell into two categories: Either modify a traditional powered plane by extending the wings, or add a small engine to a sailplane.

Breakthrough Design Concept
After years of thought, Dr. Stemme conceived and patented a breakthrough solution to fulfill Hirth's dream. Rather than move the engine or propeller, a unique folding propeller is driven by

an engine mounted mid-ship using a drive shaft. This breakthrough configuration permitted, for the first time, an aerodynamically clean fuselage during soaring flight and instant access to the power of a full-sized, four-stroke aircraft engine. Leaving the security of conventional business, Dr. Stemme founded Stemme GmbH & Co.KG in 1985 to bring his new design to reality.

In 1985, work began on the airframe design and proof of concept prototype. The novel propulsion system worked well during ground tests, but the design team held their breath on the first flight. A s experienced engineers, they knew theory and real-world practice are sometimes different. They knew the first flight would confirm or disprove the merits of the revolutionary Stemme design.

Stemme turned to the world renown team of Horstmann and Quast to meet these design challenges. Working in Braunscheig at the German Center of Aviation and Space Technologies, their effort resulted in the HQ41 advanced laminar airfoil. In all respects, the new airfoil met Stemme's design requirements as evidenced by the plane's performance characteristics: Spin resistant stall, 50:1 L/D, 110 fpm minimum sink rate (only 200 fpm at 90 kts) and a remarkable 4.5 seconds per 90 degrees of roll.

Powered by a normally aspirated Limbach 93hp four cylinder, four stroke engine, a new class of self-launching sailplane was born with European LBA certification of the Stemme S10 on September 31, 1990. Operating with the ease of a power plane and the performance of a high performance sailplane, Hirth's dream of soaring with complete independence had finally become a reality. The Stemme S10 rapidly became associated with its moniker, The Best of Both Worlds.

Stemme embarked on a program to certify the airplane in the U.S, resulting in FAA type certification in June, 1992. The U.S. version, named Chrysalis after the miraculous transformation between caterpillar and butterfly, incorporated a modified fuel system and numerous other changes to meet certification requirements.

The Variable Pitch Propeller: Meeting a Need for Speed

True to Hirth's vision, Stemme S10 owners quickly learned to exploit the plane's unique capabilities. Solo safaris over long distances became commonplace.

To further serve this need for long and fast distance capability, Stemme engineered a further refinement to the folding propeller -- An ability to thermoelectrically select between two pitch settings: Takeoff and cruise. Cruise speed went up from 90 kts to 120 kts and takeoff/climb performance improved markedly. Type certification was awarded in September 1994. The S10-V was born!

So Dr. Stemme embarked on the ultimate refinement of the drive concept: Turbo-charging. Rather than retrofit a turbocharger to an existing power plant, the decision was made to incorporate the new and highly regarded Bombardier-Rotax turbo-charger 914 aircraft engine. Entering service with an initial TBO of 1,000 hours, the engine provides 115 horsepower up to 12,000 feet msl. As a result, cruise speed increased to 140 kts, climb rate at 10,000 feet is a remarkable 800 feet per minute and service ceiling is over 30,000 feet msl. Changes in the certification procedures and requirements required a massive re-certification effort throughout 1996 resulting in issuance of a new type certificate to the S10-VT Turbo at the 1997 National Business Aviation Convention.

Not all development effort, however, was lavished on improvements to powered flight.

With demand setting new records, Stemme sought and received an additional infusion of capital in 1997 to expand its manufacturing capacity. New offices were acquired at Strausberg, an airfield 20 miles East of Berlin and construction of new production and development facilities began in the fall. As a result, the company is well positioned to pursue its growth plans for the future.

Entering 1998, the company's primary focus is expansion of its manufacturing capacity and customer support capability for the S10 family of aircraft. Stemme is committed to providing technical and maintenance support to its growing number of customers on a par with its world

class aircraft.

In response to considerable demand for special purpose aircraft for surveillance, reconnaissance, remote sensing and environmental survey, Stemme announced the S15 Utility model. Underwing hard attach points carry mission specific payloads weighing up to 140 lbs (65 kg) each. Forward Looking Infra Red (FLIR), night sun search lights and video cameras are available for law enforcement, border patrol and environmental monitoring applications. Teamed with Wescam, the leading supplier of stabilized airborne camera equipment, the S15 Utility can provide broadcast quality video coverage. Infrared fire detection equipment can serve forestry management needs. In each case, the S15 Utility can loiter at low altitudes in tight circles – serving many of the observation roles performed by helicopters at a small fraction of the cost. Stemme continues to perform aerodynamics studies for the DLR (German equivalent to NASA). For example, in 1997 an S10 equipped with micro spoilers helped better understand the fluid dynamics of bird wings at high angles of attack. The research confirmed the micro spoilers significantly reduced reverse air flow -- important results which may be applied to large transport aircraft.

Considerable private and public interest is focused on Unpiloted Air Vehicles (UAV's) for a variety of missions. The S10's high performance laminar airfoil, high aspect ratio composite wing structures and revolutionary drive system is appealing to UAV system integrators. Stemme supplies airframe and propulsion components under its S-UAV program.

The modular design of the S-10 Family lends itself to modification and adaptation. Dr. Stemme and his talented team are sure to continue expanding their unique family of aircraft. Visit the company's website periodically at www.Stemme.de to receive future announcements.

**Michael Thomale**

Thomale has a long history as a seller and company former. His credo is believed to be MLM products, but that seem to be in question with further research. Thomale has become a partner of the Austro NEXUS Industrial Holding Co, which has been operating successfully since 2011. Together with the aircraft designer. He stole the aircraft RED EAGLE from Reiner Stemme's Air Force of the Bedouin state of Qatar. And the reputation of the Berlin engineer Dr. Reiner Stemme and his nephew Dr. Wolfgang Stemme is impeccable.

**Imaad Zuberi**
Manhattan Street Capital
VP Strategic Development
5694 Mission Center Road,
Suite 602-468.
San Diego, CA 92108.
(619)884-7266

Imaad Zuberi (born 1970) is an American entrepreneur, venture capitalist, philanthropist and political fundraiser. He is a partner in Avenue Ventures and has written about foreign investments. Among his major investments is the Al Areen Palace & Spa resort in Bahrain. He is under criminal investigation by federal prosecutors for donations to Trumps's inaugural committee through his company Avenue Ventures LLC, and for matters relating to other campaign contributors to members of both parties and acting as a Foreign Agent (see information in Support data).  He operated an informal entity named Avenue Ventures, a venture capital firm. As part of his operation of Avenue Ventures, defendant Zuberi told foreign national, representatives of foreign governments, and other that he could implement changes to United States foreign policy by wielding his influence in Washington, D.C. Defendant Zuberi

typically advertised these political policy changes as devices to construct profitable business and investment opportunities for his clients as well as himself.

Zuberi is vice president of strategic development for Manhattan Street Capital and runs its FundAthena (2015–present).   He also serves as vice president of Avenue Ventures and previously was vice president of strategy and market/corporate development at AEGON Group.

Imaad Zuberi, 49, contributed large sums of money to both Republicans and Democrats, including $600,000 to then-candidate Hillary Clinton during the 2016 campaign, as well as to Republican Senators Lindsey Graham of South Carolina and Rand Paul of Kentucky. But federal prosecutors say that money came from foreign entities

Over the course of 2017 and 2018, campaign finance disclosures show Zuberi, his family and affiliated companies combined to give $52,500 to McMaster when the South Carolina governor pursued his first campaign victory since ascending to the post after Nikki Haley's departure. Zuberi was invited to sit down with Trump and McMaster as part of a VIP group of 30 major donors before Trump spoke at a larger October 2017 fundraiser for McMaster in Greenville.

In the months following that introduction to McMaster, Zuberi "indicated to the governor's office that he represented the Qatari Investment Authority, which had an interest in investing in South Carolina,"

He was a top fundraiser for President Barack Obama's 2012 re-election campaign and in 2015 was listed as a "Hillblazer," as those who raised at least $100,000 for Hillary Clinton's 2016 presidential campaign were known.

 In 2014, it paid Zuberi $4.5 million directly — plus another $2 million to a company he co-owns — for consulting services which included influencing the U.S. government.  According to the Foreign Agents Registration Act, or FARA, paid representatives of foreign governments — even if they outsource the actual lobbying to other organizations — must disclose those relationships to Justice "within ten days" of acquiring a foreign client according to the statute.

In 2017, Zuberi contributed $900,000 to Donald Trump's presidential inaugural committee. On February 4, 2019 federal prosecutors in New York subpoenaed communications between Zuberi and the Inaugural Committee as part of a broader investigation that included fraud and money laundering.

At the time of his inaugural donation, Zuberi was working to help officials from Qatar develop ties the new Trump administration.  Ahmed al-Rumaihi, then the head of a branch of Qatar's $320 billion sovereign wealth fund, dined with Michael Cohen, and Zuberi at Manhattan's Peninsula Hotel on Fifth Avenue. The men discussed possible investments by the Qatari fund in public-private partnerships that the incoming Trump administration hoped to establish to bankroll infrastructure projects.  Zuberi said he did not recall attending a meeting with Cohen and al-Rumaihi. Still, the episode is one of a series during the presidential transition in which Zuberi was involved in efforts by Qatari officials to contact top Trump advisers.

Zuberi has supported Democrat Terry McAuliffe's 2013 Virginia gubernatorial campaign[and the Organizing for Action advocacy group.

Zuberi applied for a license with the Office of Foreign Affairs for a company called U.S. Cares,

which he said would export humanitarian aid to Iran. He received nearly $7 million from investors but used 90% of the money to purchase real estate and pay off his credit card debt, according to prosecutors.

In the 2000s he appears to have established himself in Los Angeles as a venture capitalist. He joined private equity firm Avenue Partners in 2009 and boasts on his LinkedIn page of having "closed over $15 billion in transactions" while at the firm.

A 2015 investigation by Foreign Policy found that Zuberi failed to disclose to the Justice Department millions of dollars in payments he took from the Sri Lankan government while lobbying for Sri Lankan interests in Washington.

Zuberi reportedly posted a Facebook update in December 2016 in which he claimed to have been at Trump Tower with soon-to-be National Security Adviser Michael Flynn. On that same day, a Qatari delegation reportedly visited the building to meet with Flynn and campaign chairman Stephen K. Bannon. It was reportedly on the sidelines of that meeting that Cohen allegedly pitched himself to a Qatari official as a conduit to the administration, for a cool $1 million.

He has advised the Chinese government on economic policy and the Sri Lanka government.

## Education
Zuberi earned a BSc in 1997 from the University of Southern California and an MBA in 2006 from Stanford University.

## List of his Financial Donations

| | | | | | |
|---|---|---|---|---|---|
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 03-12-2018 | | $91,100 | Republican National Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 11-29-2017 | | $60,700 | Republican National Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 09-28-2018 | | $57,200 | Republican National Cmte (R) |
| Money to Parties | ZUBERI, IMAAD MR | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 12-23-2017 | | $33,900 | Democratic Congressional Campaign Cmte (D) |
| Money to Parties | ZUBERI, IMAAD MR | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 04-16-2018 | | $33,900 | National Republican Senatorial Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 11-29-2017 | | $33,900 | Republican National Cmte (R) |
| Money to Parties | ZUBERI, IMAAD MR | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 05-16-2018 | | $33,900 | National Republican Senatorial Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 06-19-2017 | | $33,900 | National Republican Congressional Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES LLC | 09-23-2017 | | $33,900 | DNC Services Corp (D) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 11-28-2017 | | $33,900 | National Republican Congressional Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 09-28-2018 | | $33,900 | Republican National Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 09-19-2018 | | $33,900 | National Republican Congressional |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 11-15-2016 | | $33,400 | National Republican Congressional Cmte (R) |
| Money to Parties | ZUBERI, IMAAD MR | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 10-01-2016 | | $33,400 | National Republican Senatorial Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 02-02-2017 | | $33,400 | National Republican Senatorial Cmte (R) |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES LLC | 01-08-2016 | | $33,400 | DNC Services Corp (D) |
| Money to Parties | ZUBERI, IMAAD | | | | |

MEF001545

| | | | | | |
|---|---|---|---|---|---|
| EL MONTE, CA 91733 | AVENUE VENTURES | 03-19-2015 | $33,400 | Democratic Senatorial Campaign Cmte (D) | |
| Money to Parties | ZUBERI, IMAAD MR | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 02-02-2017 | $32,900 | National Republican Senatorial Cmte (R) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES LLC | 05-20-2013 | $32,400 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES LLC | 09-16-2014 | $32,400 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 03-09-2014 | $32,400 | Democratic Congressional Campaign Cmte (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 02-15-2014 | $32,400 | National Republican Congressional Cmte (R) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 12-02-2013 | $32,400 | Democratic Senatorial Campaign Cmte (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 03-21-2015 | $32,400 | National Republican Congressional Cmte (R) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 03-31-2015 | $32,000 | Democratic Congressional Campaign Cmte (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES LLC | 08-27-2015 | $32,000 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES LLC | 05-28-2014 | $30,000 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| S EL MONTE, CA 91733 | AEGON-TRANSAMERICA | 10-21-2011 | $25,000 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 03-12-2018 | $23,300 | Republican National Cmte (R) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 03-12-2018 | $10,600 | Republican National Cmte (R) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| S EL MONTE, CA 91733 | AEGON-TRANSAMERICA | 09-01-2011 | $10,500 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| S EL MONTE, CA 91733 | AVENUE VENTURES | 02-29-2012 | $10,000 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 09-19-2014 | $10,000 | Kentucky State Dem Central Exec Cmte (D) | |
| Money to Parties | ZUBERI, IMAAD S | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 03-29-2018 | $10,000 | New Jersey Democratic State Cmte (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 09-30-2014 | $10,000 | Republican Party of South Carolina (R) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| S EL MONTE, CA 91733 | AVENUE VENTURES LLC | 02-29-2012 | $10,000 | DNC Services Corp (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| S EL MONTE, CA 91733 | AVENUE VENTURES LLC | 02-29-2012 | $5,800 | DNC Services Corp (D) | |
| Money to Candidates | ZUBERI, IMAAD MR | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 08-07-2017 | $5,400 | Cotton, Tom (R) | |
| Money to Candidates | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 10-03-2018 | $5,400 | Graham, Lindsey (R) | |
| Money to Candidates | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 05-02-2016 | $5,400 | Kander, Jason (D) | |
| Money to Candidates | ZUBERI, IMAAD MR | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 02-14-2017 | $5,400 | Goodlatte, Bob (R) | |
| Money to Candidates | ZUBERI, IMAAD MR | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 08-02-2015 | $5,400 | Goodlatte, Bob (R) | |
| Money to Candidates | ZUBERI, IMAAD MR | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 11-28-2017 | $5,400 | Wilson, Joe (R) | |
| Money to Candidates | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 03-21-2014 | $5,200 | Markey, Ed (D) | |
| Money to Candidates | ZUBERI, IMAAD | | | | |
| EL MONTE, CA 91733 | AVENUE VENTURES | 05-14-2014 | $5,200 | Graham, Lindsey (R) | |
| Money to Candidates | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURE PARTNERS | 11-05-2013 | $5,200 | Menendez, Robert (D) | |
| Money to Parties | ZUBERI, IMAAD | | | | |
| S EL MONTE, CA 91733 | AVENUE VENTURES LLC | 02-29-2012 | $5,000 | DNC Services Corp (D) | |
| Money to PACs | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 11-04-2018 | $5,000 | ELEPAC (D) | |
| Money to PACs | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES, LLC | 11-05-2018 | $5,000 | Southern California Fund (D) | |
| Money to PACs | ZUBERI, IMAAD | | | | |
| SOUTH EL MONTE, CA 91733 | AVENUE VENTURES | 03-29-2018 | $5,000 | New Millennium PAC (D) | |

**Alexander Papenberg**

Papenberg is Stemme Contact in U.S.

**Current Position**
Revolution Corp -International Technology Consultancy
CEO-Aeronautics
Non-Fossil Fuel Based Energy Generation
AR Industrial Application
Infrastructure Technology

**Employment History**
Adinotec AG
CEO
Oct 2015 – Dec 2016
Munich/Germany
Road Construction Technology
www.adinotec.com

ZETECPRO
Senior Manager
Jun 2008 – Sep 2015
France
www.zetechpro.com
TLRG
Senior Manager
Aug 2001 – Sep 2008

**Education**
University of Heidelberg
Master's  - Field Of StudySinology,Political Science, Economics 1973 – 1977

**We are working with German Associate to find out further information regarding Papenberg involvement with Stemme and Qataris.**

**Nasser Ha
ssan Al Naimi,**
Managing Director, Barzan Holdings. The defence industry is being revolutionised, as new threats emerge in areas such as cyberwarfare. Traditional defence spending focused on procurement, but local defence players are now investing heavily in research and development (R&D) programmes as the strategic landscape shifts. When launching Barzan Holdings, we considered how we could contribute to Qatar National Vision 2030, build human and technological capital, and participate in Qatar's business ecosystem. We have identified strategic partners to provide niche expertise, equipment and technology.

MEF001547

Foreign Gift and Contracts Report with Date Range 01/01/2011 to 06/30/2017
Grouped by: OPEID, State, Foreign Gift Received Date
Data Source: Postsecondary Education Participation System 10/1/2017

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Gifter | Gifter Name |
|---|---|---|---|---|---|---|---|---|
| 00108100 | Arizona State University | Tempe | AZ | 12/19/2016 | $93,690.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 12/14/2016 | $11,682.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 12/01/2016 | $57,196.00 | Contract | QATAR | Sidra Medical and Research Center |
| 00108100 | Arizona State University | Tempe | AZ | 12/01/2016 | $103,482.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 10/12/2016 | $4,377.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 09/26/2016 | $30,739.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 09/07/2016 | $24,600.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 09/06/2016 | $5,310.00 | Contract | QATAR | Sidra Medical and Research Center |
| 00108100 | Arizona State University | Tempe | AZ | 06/27/2016 | $15,358.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 05/31/2016 | $151,991.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 05/26/2016 | $78,544.00 | Contract | QATAR | Qatar Airways |
| 00108100 | Arizona State University | Tempe | AZ | 05/16/2016 | $108,865.00 | Contract | QATAR | Sidra Medical and Research Center |
| 00108100 | Arizona State University | Tempe | AZ | 05/04/2016 | $126,627.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 04/13/2016 | $13,900.00 | Contract | QATAR | Qatar Airways |
| 00108100 | Arizona State University | Tempe | AZ | 01/27/2016 | $14,525.00 | Contract | QATAR | Qatar Airways |
| 00108100 | Arizona State University | Tempe | AZ | 01/27/2016 | $72,903.00 | Contract | QATAR | Sidra Medical and Research Center |
| 00108100 | Arizona State University | Tempe | AZ | 01/21/2016 | $85,504.00 | Contract | QATAR | Qatar Airways |
| 00108100 | Arizona State University | Tempe | AZ | 01/14/2016 | $151,484.00 | Contract | QATAR | Qatar Airways |
| 00108100 | Arizona State University | Tempe | AZ | 12/30/2015 | $179,760.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 12/10/2015 | $14,368.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 12/10/2015 | $126,332.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 11/12/2015 | $2,580.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 10/07/2015 | $65,564.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 09/09/2015 | $33,163.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 05/06/2015 | $155,419.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 05/06/2015 | $185,519.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 03/30/2015 | $927.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 02/23/2015 | $1,854.00 | Contract | QATAR | Qatar Petroleum |
| 00108100 | Arizona State University | Tempe | AZ | 12/11/2014 | $192,918.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 09/03/2014 | $34,244.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 07/09/2014 | $2,959.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 05/07/2014 | $94,617.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 03/26/2014 | $11,609.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 02/26/2014 | $11,308.00 | Contract | QATAR | RasGas Company Limited |
| 00108100 | Arizona State University | Tempe | AZ | 01/09/2014 | $12,126.00 | Contract | QATAR | RasGas Company Limited |

MEF001548

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Gifter | Gifter Name |
|---|---|---|---|---|---|---|---|---|
| 00132800 | University of Southern California | Los Angeles | CA | 11/03/2016 | $498,161.00 | Contract | QATAR | |
| 00132800 | University of Southern California | Los Angeles | CA | 06/05/2015 | $315,000.00 | Contract | QATAR | |
| 00144500 | Georgetown University | Washington | DC | 06/09/2017 | $2,015,000.00 | Monetary Gift | QATAR | Embassy of the State of Qatar |
| 00144500 | Georgetown University | Washington | DC | 01/18/2017 | $784,399.00 | Contract | QATAR | Qatar National Research Fund |
| 00144500 | Georgetown University | Washington | DC | 09/06/2016 | $170,027.00 | Contract | QATAR | Jasoor Institute |
| 00144500 | Georgetown University | Washington | DC | 07/15/2016 | $554,138.00 | Contract | QATAR | Qatar National Research Fund |
| 00144500 | Georgetown University | Washington | DC | 07/15/2016 | $24,798,288.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 06/30/2016 | $32,232,861.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 03/31/2016 | $3,817,917.00 | Contract | QATAR | Jasoor Institute |
| 00144500 | Georgetown University | Washington | DC | 12/01/2015 | $25,916,911.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 06/30/2015 | $494,813.00 | Contract | QATAR | Jasoor Institute |
| 00144500 | Georgetown University | Washington | DC | 12/31/2014 | $24,436,092.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 06/30/2014 | $35,104,075.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 08/01/2013 | $254,317.00 | Contract | QATAR | Qatar National Research Fund |
| 00144500 | Georgetown University | Washington | DC | 07/05/2013 | $26,671,099.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 01/10/2013 | $29,735,681.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 12/31/2012 | $25,753,062.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 06/30/2012 | $25,285,787.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 12/31/2011 | $495,924.00 | Contract | QATAR | Qatar National Research Fund |
| 00144500 | Georgetown University | Washington | DC | 12/31/2011 | $25,695,012.00 | Contract | QATAR | Qatar Foundation |
| 00144500 | Georgetown University | Washington | DC | 06/30/2011 | $21,157,903.00 | Contract | QATAR | Qatar Foundation |
| 00156400 | Emory University | Atlanta | GA | 04/01/2015 | $256,750.00 | Contract | QATAR | Qatar University |
| 00156900 | Georgia Institute of Technology | Atlanta | GA | 09/23/2015 | $272,915.00 | Contract | QATAR | Qatar Foundation |
| 00167100 | DePaul University | Chicago | IL | 09/11/2014 | $476,485.00 | Monetary Gift | QATAR | Al Faisal Holding Co |
| 00173900 | Northwestern University | Evanston | IL | 06/30/2017 | $24,487,436.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 06/16/2017 | $54,180.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 06/08/2017 | $11,113.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 06/01/2017 | $568,720.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 05/01/2017 | $70,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 04/21/2017 | $79,538.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 04/06/2017 | $222,220.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 12/31/2016 | $24,487,436.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 12/22/2016 | $13,483.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 12/22/2016 | $15,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 10/06/2016 | $230,534.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 08/22/2016 | $50,399.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 08/22/2016 | $268,316.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 08/22/2016 | $300,000.00 | Contract | QATAR | Doha Film Institute |

MEF001549

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Giftor | Giftor Name |
|---|---|---|---|---|---|---|---|---|
| 00173900 | Northwestern University | Evanston | IL | 06/30/2016 | $23,307,395.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 06/15/2016 | $300,000.00 | Contract | QATAR | Doha Film Institute |
| 00173900 | Northwestern University | Evanston | IL | 04/01/2016 | $70,001.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 03/21/2016 | $59,280.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 03/15/2016 | $269,573.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 02/29/2016 | $222,220.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 12/31/2015 | $23,307,395.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 12/16/2015 | $69,999.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 12/08/2015 | $120,049.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 08/31/2015 | $59,903.00 | Contract | QATAR | Texas A&M/Qatar National Research |
| 00173900 | Northwestern University | Evanston | IL | 07/22/2015 | $119,253.00 | Contract | QATAR | Texas A&M/Qatar National Research |
| 00173900 | Northwestern University | Evanston | IL | 07/12/2015 | $50,399.00 | Contract | QATAR | Texas A&M/Qatar National Research |
| 00173900 | Northwestern University | Evanston | IL | 06/30/2015 | $22,963,483.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 06/25/2015 | $280,879.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 06/23/2015 | $29,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 06/23/2015 | $30,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 12/31/2014 | $23,065,535.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 11/11/2014 | $119,781.00 | Contract | QATAR | Qatar University/Qatar National R. |
| 00173900 | Northwestern University | Evanston | IL | 10/26/2014 | $50,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 10/03/2014 | $118,674.00 | Contract | QATAR | Qatar University/Qatar National R. |
| 00173900 | Northwestern University | Evanston | IL | 08/31/2014 | $55,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 06/30/2014 | $22,226,159.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 06/18/2014 | $150,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 04/04/2014 | $119,252.00 | Contract | QATAR | Qatar National Research Fund/Qatar |
| 00173900 | Northwestern University | Evanston | IL | 02/21/2014 | $113,749.00 | Contract | QATAR | Qatar National Research Fund/Qatar |
| 00173900 | Northwestern University | Evanston | IL | 12/31/2013 | $22,226,159.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 10/14/2013 | $350,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 08/15/2013 | $30,000.00 | Monetary Gift | QATAR | Qatar National Research Fund |
| 00173900 | Northwestern University | Evanston | IL | 06/30/2013 | $22,111,424.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 01/28/2013 | $999,952.00 | Monetary Gift | QATAR | Sidra Medical and Research Center |
| 00173900 | Northwestern University | Evanston | IL | 12/31/2012 | $22,111,424.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 06/30/2012 | $20,746,288.00 | Contract | QATAR | Qatar Foundation |
| 00173900 | Northwestern University | Evanston | IL | 12/31/2011 | $20,746,288.00 | Contract | QATAR | Qatar Foundation |
| 00177400 | University of Chicago (The) | Chicago | IL | 05/25/2016 | $556,460.00 | Contract | QATAR | Qatar Foundation |
| 00177500 | University of Illinois at Urbana-Champaign | Champaign | IL | 03/18/2015 | $255,895.00 | Contract | QATAR | Qatar University |
| 00177500 | University of Illinois at Urbana-Champaign | Champaign | IL | 03/28/2013 | $314,184.00 | Contract | QATAR | Qatar University |
| 00177500 | University of Illinois at Urbana-Champaign | Champaign | IL | 06/01/2011 | $352,088.00 | Contract | QATAR | Qatar University |
| 00177500 | University of Illinois at Urbana-Champaign | Champaign | IL | 03/09/2011 | $301,463.00 | Contract | QATAR | College of the North Atlantic-Qatar |

MEF001550

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Giftor | Giftor Name |
|---|---|---|---|---|---|---|---|---|
| 00181300 | Indiana University - Purdue University Indianapolis | Indianapolis | IN | 08/24/2012 | $253,553.00 | Monetary Gift | QATAR | Qatar University |
| 00182500 | Purdue University | West Lafayette | IN | 08/17/2015 | $250,000.00 | Monetary Gift | QATAR | Qatar Foundation |
| 00182500 | Purdue University | West Lafayette | IN | 06/24/2015 | $299,450.00 | Monetary Gift | QATAR | Qatar Environmmtl & Energy Res Inst |
| 00182500 | Purdue University | West Lafayette | IN | 06/06/2014 | $328,110.00 | Monetary Gift | QATAR | Qatar Environmental & Energy Res In |
| 00182500 | Purdue University | West Lafayette | IN | 06/06/2014 | $367,499.00 | Monetary Gift | QATAR | Hamad Medical Corporation |
| 00182500 | Purdue University | West Lafayette | IN | 08/05/2013 | $250,000.00 | Monetary Gift | QATAR | Qatar Foundation |
| 00182500 | Purdue University | West Lafayette | IN | 07/15/2013 | $250,000.00 | Monetary Gift | QATAR | Qatar Foundation |
| 00182500 | Purdue University | West Lafayette | IN | 06/12/2013 | $367,407.00 | Monetary Gift | QATAR | Qatar National Research Fund |
| 00182500 | Purdue University | West Lafayette | IN | 07/06/2011 | $348,156.00 | Monetary Gift | QATAR | Qatar University |
| 00182500 | Purdue University | West Lafayette | IN | 06/29/2011 | $333,840.00 | Monetary Gift | QATAR | Qatar National Research Fund |
| 00189200 | University of Iowa | Iowa City | IA | 09/02/2014 | $344,857.00 | Contract | QATAR | Qatar Biomedical Research Institute |
| 00207700 | Johns Hopkins University | Baltimore | MD | 06/01/2017 | $70,436.00 | Monetary Gift | QATAR | |
| 00207700 | Johns Hopkins University | Baltimore | MD | 06/30/2016 | $165,882.00 | Monetary Gift | QATAR | |
| 00207700 | Johns Hopkins University | Baltimore | MD | 12/15/2015 | $316,648.00 | Monetary Gift | QATAR | |
| 00215500 | Harvard University | Cambridge | MA | 01/01/2015 | $1,000,000.00 | Monetary Gift | QATAR | |
| 00215500 | Harvard University | Cambridge | MA | 05/12/2014 | $2,435,008.00 | Contract | QATAR | |
| 00215500 | Harvard University | Cambridge | MA | 01/01/2014 | $999,978.00 | Monetary Gift | QATAR | |
| 00215500 | Harvard University | Cambridge | MA | 01/01/2012 | $1,000,000.00 | Monetary Gift | QATAR | |
| 00215500 | Harvard University | Cambridge | MA | 07/01/2012 | $1,000,000.00 | Monetary Gift | QATAR | |
| 00215500 | Harvard University | Cambridge | MA | 02/14/2011 | $1,258,961.00 | Contract | QATAR | |
| 00229000 | Michigan State University | East Lansing | MI | 06/17/2011 | $270,299.00 | Contract | QATAR | Qatar Foundation |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 10/21/2016 | $26,549.00 | Contract | QATAR | Qatar University |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 10/21/2016 | $26,549.00 | Contract | QATAR | Qatar Nat'l Research Fund |

MEF001551

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Giftor | Giftor Name |
|---|---|---|---|---|---|---|---|---|
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 07/29/2016 | $47,125.00 | Contract | QATAR | Qatar Nat'l Research Fund |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 07/08/2016 | $290,625.00 | Monetary Gift | QATAR | Qatar Foundation |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 06/27/2016 | $1,550,000.00 | Contract | QATAR | Qatar Foundation |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 07/24/2015 | $104,959.00 | Contract | QATAR | Qatar Foundation |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 05/12/2014 | $103,632.00 | Contract | QATAR | Qatar University |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 05/12/2014 | $103,632.00 | Contract | QATAR | Qatar Foundation |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 05/01/2014 | $197,250.00 | Contract | QATAR | Qatar Foundation |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 05/01/2014 | $197,250.00 | Contract | QATAR | Qatar Environment & Energy Res Inst |
| 00232500 | University of Michigan - Ann Arbor | Ann Arbor | MI | 10/26/2012 | $4,982,041.00 | Contract | QATAR | Qatar Foundation |
| 00252000 | Washington University in St. Louis | St Louis | MO | 06/06/2014 | $258,273.00 | Contract | QATAR | Qatar University |
| 00252000 | Washington University in St. Louis | St Louis | MO | 12/05/2013 | $915,534.00 | Contract | QATAR | Qatar University |
| 00271100 | Cornell University | Ithaca | NY | 07/01/2016 | $719,781.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 07/01/2016 | $719,948.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 07/01/2016 | $719,982.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 07/01/2016 | $719,985.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 07/01/2016 | $799,766.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 07/01/2016 | $890,238.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 07/01/2016 | $3,679,462.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 06/15/2016 | $848,545.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/29/2016 | $887,777.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $742,604.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $748,643.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $797,605.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $808,140.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $808,759.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $808,189.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $809,815.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 04/01/2016 | $809,816.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 03/15/2016 | $1,049,324.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 03/01/2016 | $364,975.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/12/2016 | $301,416.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/12/2016 | $314,901.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $499,192.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $862,502.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $862,505.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $899,280.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $899,960.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $899,973.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $899,992.00 | Contract | QATAR | Qatar National Research Fund |

MEF001552

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Giftor | Giftor Name |
|---|---|---|---|---|---|---|---|---|
| 00271100 | Cornell University | Ithaca | NY | 01/01/2016 | $900,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/20/2015 | $303,925.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $347,760.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $358,414.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $923,505.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $979,076.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $993,650.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $1,048,478.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $1,049,061.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $1,049,394.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2015 | $1,049,977.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 06/12/2015 | $288,968.00 | Contract | QATAR | Hamad Medical Corp |
| 00271100 | Cornell University | Ithaca | NY | 03/15/2015 | $347,352.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 03/15/2015 | $347,352.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 03/15/2015 | $1,010,344.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 03/15/2015 | $1,050,000.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/12/2015 | $616,317.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 01/01/2015 | $9,349,865.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2014 | $354,480.00 | Contract | QATAR | Qatar National Research Fund |
| 00271100 | Cornell University | Ithaca | NY | 11/01/2014 | $1,035,269.00 | Contract | QATAR | Qatar National Research Fund |
| 00278500 | New York University | New York | NY | 11/01/2013 | $290,526.00 | Contract | QATAR | Qatar National Foundation |
| 00278500 | New York University | New York | NY | 11/01/2013 | $290,526.00 | Contract | QATAR | Slatech |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 05/15/2015 | $847,937.00 | Contract | QATAR | Qatar National Research |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 05/05/2015 | $267,653.00 | Contract | QATAR | Qatar National Research |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 05/05/2015 | $793,434.00 | Contract | QATAR | Qatar National Research |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 05/05/2015 | $866,550.00 | Contract | QATAR | Qatar National Research |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 05/05/2015 | $898,419.00 | Contract | QATAR | Qatar National Research |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 06/01/2014 | $899,233.00 | Contract | QATAR | Qatar National Research |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 02/01/2014 | $32,279,481.00 | Contract | QATAR | |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 01/01/2014 | $1,049,901.00 | Contract | QATAR | |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 08/12/2012 | $817,362.00 | Contract | QATAR | |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 03/12/2012 | $9,154,657.00 | Contract | QATAR | |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 02/08/2012 | $14,063,965.00 | Contract | QATAR | |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 02/08/2012 | $913,600.00 | Contract | QATAR | |
| 00324200 | Carnegie Mellon University | Pittsburgh | PA | 08/01/2011 | $57,240,609.00 | Contract | QATAR | |
| 00332900 | Pennsylvania State University (The) | University Park | PA | 04/27/2016 | $450,906.00 | Monetary Gift | QATAR | Construction Development Co, LLC |
| 00360400 | Rice University | Houston | TX | 06/23/2016 | $252,896.00 | Contract | QATAR | Qatar Leadership Center |
| 00360400 | Rice University | Houston | TX | 09/19/2011 | $724,340.00 | Contract | QATAR | Qatar Petroleum |

MEF001553

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Giftor | Giftor Name |
|---|---|---|---|---|---|---|---|---|
| 00363200 | Texas A&M University | College Station | TX | | $288,652.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 05/31/2016 | $301,400.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 05/31/2016 | $725,668.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 05/23/2016 | $24,955,073.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 04/18/2016 | $301,784.00 | Contract | QATAR | Qatar National Research Fund |
| 00363200 | Texas A&M University | College Station | TX | 04/12/2016 | $376,450.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 04/12/2016 | $1,096,849.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 03/31/2016 | $249,978.00 | Monetary Gift | QATAR | Ooredoo |
| 00363200 | Texas A&M University | College Station | TX | 03/31/2016 | $801,692.00 | Monetary Gift | QATAR | Maersk Oil Qatar |
| 00363200 | Texas A&M University | College Station | TX | 02/29/2016 | $336,902.00 | Contract | QATAR | Aramco Services Co |
| 00363200 | Texas A&M University | College Station | TX | 02/17/2016 | $18,547,304.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 11/09/2015 | $5,537,348.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 10/08/2015 | $8,146,048.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 09/30/2015 | $4,472,953.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 09/21/2015 | $995,890.00 | Monetary Gift | QATAR | Qatar Computing Research Institute |
| 00363200 | Texas A&M University | College Station | TX | 08/28/2015 | $772,620.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 08/27/2015 | $627,068.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 08/24/2015 | $792,477.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 08/17/2015 | $10,122,624.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 07/08/2015 | $6,851,739.00 | Contract | QATAR | Qatar Foundation |

MEFI001554

| OPEID | Institution Name | City | State | Foreign Gift Received Date | Foreign Gift Amount | Gift Type | Country of Giftor | Giftor Name |
|---|---|---|---|---|---|---|---|---|
| 00363200 | Texas A&M University | College Station | TX | 07/01/2015 | $278,548.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 06/29/2015 | $649,023.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 06/08/2015 | $7,331,635.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 05/30/2015 | $5,787,625.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 03/31/2015 | $10,405,858.00 | Contract | QATAR | Qatar |
| 00363200 | Texas A&M University | College Station | TX | 02/28/2015 | $9,202,452.00 | Contract | QATAR | Qatar |
| 00363200 | Texas A&M University | College Station | TX | 01/31/2015 | $10,798,738.00 | Contract | QATAR | Qatar Foundation |
| 00363200 | Texas A&M University | College Station | TX | 06/12/2014 | $634,950.00 | Monetary Gift | QATAR | Maersk Oil |
| 00372500 | Virginia Commonwealth University | Richmond | VA | 07/01/2015 | $40,092,588.00 | Contract | QATAR | Qatar Foundation |
| 00372500 | Virginia Commonwealth University | Richmond | VA | 05/01/2015 | $9,600.00 | Contract | QATAR | Qatar National Research Fund |
| 00372500 | Virginia Commonwealth University | Richmond | VA | 04/01/2015 | $7,392.00 | Contract | QATAR | Qatar National Research Fund |
| 00372500 | Virginia Commonwealth University | Richmond | VA | 04/01/2015 | $7,605.00 | Contract | QATAR | Qatar National Research Fund |
| 00379800 | University of Washington - Seattle | Seattle | WA | 05/24/2013 | $191,178.00 | Contract | QATAR | Qatar University |
| 00379800 | University of Washington - Seattle | Seattle | WA | 02/06/2013 | $63,718.00 | Contract | QATAR | Qatar University |
| 00379800 | University of Washington - Seattle | Seattle | WA | 01/24/2011 | $322,770.00 | Contract | QATAR | Qatar University |

MEF001555

# EXHIBIT 18

# REDACTED

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------
BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT
BROIDY,

                              Plaintiff,

                              Case No.: 18-cv-02421

              v.

STATE OF QATAR, STONINGTON STRATEGIES LLC,
NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC,
KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED
BIN HAMAD BIN KHALIFA AL THANI, AHMED
AL-RUMAIHI, and DOES 1-10,

                              Defendants.
-------------------------------------------

         CONFIDENTIAL ATTORNEYS' EYES ONLY

          VIDEOTAPED DEPOSITION OF
               JOSEPH ALLAHAM
          TUESDAY, JUNE 19, 2018
               9:00 a.m.


          MAGNA LEGAL SERVICES
     320 West 37th Street, 12th Floor
        New York, New York 10018
            (866)624-6221


Reported by:  Adrienne M. Mignano, RPR


Job Number:   411069



Page 2

1

2

3                          June 19, 2018

4                          9:00 a.m.

5                          New York, New York

6

7          CONFIDENTIAL ATTORNEYS' EYES ONLY

8    Videotaped Deposition of JOSEPH ALLAHAM,

9    held at the offices of Boies Schiller &

10   Flexner, 575 Lexington Avenue, New York, New

11   York, pursuant to Notice, before Adrienne M.

12   Mignano, a Notary Public of the State of New

13   York.

14

15

16

17

18

19

20

21

22

23

24

25



MEF001558

```
                                                            Page 3
1
2    A P P E A R A N C E S:
3
4    BOIES  SCHILLER  &  FLEXNER  LLP
5    Attorneys  for  Plaintiffs
6             575  Lexington  Avenue
7             New  York,  New  York  10022
8    BY:      LEE  WOLOSKY,  ESQ.
              SAMUEL  KLEINER,  ESQ.
9             SCOTT  GLASS,  ESQ.
              ROBERT  J.  DWYER,  ESQ.
10
11
     ARENT  FOX  LLP
12
     Attorneys  for  Joseph  Allaham
13
              1675  Broadway
14
              New  York,  New  York  10019
15
     BY:      TEMITOPE  K.  YUSUF,  ESQ.
16            MOHAMMED  FAROOQUI,  ESQ.
17
18   COVINGTON  &  BURLING  LLP
19   Attorneys  for  Defendant  -  State  of  Qatar
20            620  Eighth  Avenue
21            New  York,  New  York  10018
22   BY:      MARK  P.  GIMBEL,  ESQ.
23            KATHERINE  PULLEY  ONYSHKO,  ESQ.
24
25
```



MEF001559

Page 4

```
 1
 2     APPEARANCES  (Continued)
 3
       WILMER  CUTLER  PICKERING  HALE  AND  DOOR  LLP
 4
       Attorneys  for  Defendants  -  Global  Risk
 5     Advisors  and  Kevin  Chalker
 6               7  World  Trade  Center
 7               250  Greenwich  Street
 8               New  York,  New  York  10007
 9     BY:       BRENDAN  R.  McGUIRE,  ESQ.
10
       WILEY  REIN  LLP
11
       Attorneys  for  Defendants  -  Stonington  and
12     Nick  Muzin
13               1776  K  Street  NW
14               Washington,  DC  20006
15     BY:       STEPHEN  OBERMEIER,  ESQ.
16
17
       A L S O    P R E S E N T :
18
19        RUDOLFO  DURAN
          Legal  Video  Specialist
20
21
22
23
24
25
```



MEF001560

Page 5

1

2          THE VIDEOGRAPHER:  This  is  the

3     start  of  media  labeled  number  one  of

4     the  video  recorded  deposition  of

5     Joseph  Allaham  in  the  matter,  Broidy

6     Capital  Management  LLC,  et  al  versus

7     State  of  Qatar,  et  al,  in  the  United

8     States  District  Court  for  the  central

9     district  of  California.

10          This  deposition  is  being  held  at

11     Boies  Schiller  &  Flexner,  LLP,  located

12     at  575  Lexington  Avenue,  New  York,  New

13     York  on  June  19,  2018  at  approximately

14     9:08  a.m..

15          My  name  is  Rudolfo  Duran.   I'm

16     the  legal  video  specialist.   The  court

17     reporter  is  Adrienne  Mignano,  and

18     we're  both  in  association  with  Magna

19     Legal  Services.

20          Will  counsel  please  introduce

21     themselves.

22          MR.  WOLOSKY:   Lee  Wolosky,  Boies

23     Schiller  and  Flexner  for  Elliott

24     Broidy  and  Broidy  Capital  Management.

25          MR.  KLEINER:   Samuel  Kleiner,



Page 6

```
 1
 2          Boies  Schiller  &  Flexner.
 3                MR.  GLASS:   Scott  Glass,  Boies
 4          Schiller  &  Flexner.
 5                MR.  DWYER:   Robert  J.  Dwyer,
 6          Boies  Schiller  &  Flexner.
 7                MR.  OBERMEIER:   Stephen
 8          Obermeier,  Wiley  Rein  on  behalf  of
 9          Stonington  and  Nick  Muzin.
10                MR.  McGUIRE:   Brendan  McGuire
11          from  Wilmer  Hale  for  Global  Risk
12          Advisors  and  Kevin  Chalker.
13                MR.  GIMBEL:   Mark  Gimbel  of
14          Covington  &  Burling  for  the  State  of
15          Qatar.
16                MS.  ONYSHKO:   Katherine  Pulley
17          Onyshko,  Covington  &  Burling.
18                MR.  FAROOQUI:   Mohammed  Farooqui
19          from  Arent  Fox  on  behalf  of  Joseph
20          Allaham.
21                MS.  YUSUF:   Temitope  Yusuf  from
22          Arent  Fox,  LLP  for  Joey  Allaham.
23                MR.  ALLAHAM:   Joey  Allaham.
24
25
```



Page 7

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2   J O S E P H      A L L A H A M, called as a
 3          witness, having been duly sworn
 4          by a Notary Public, was examined and
 5          testified as follows:
 6   EXAMINATION BY
 7   MR. WOLOSKY:
 8       Q     Good morning, Mr. Allaham.
 9            MR. GIMBEL:   I think to start
10      out, Counsel wanted to put some
11      statements on the record.   I know
12      Mr. Obermeier did, and I would like to
13      do so for my client.
14            So on behalf of the State of
15      Qatar, I would like to say that the
16      State of Qatar objects to this
17      deposition as an intrusion on its
18      sovereign immunity.
19            Qatar will be filing a motion to
20      dismiss, asking that all claims
21      against it be dismissed.   The court
22      lacks subject matter jurisdiction
23      against Qatar in the Foreign Sovereign
24      Immunities Act.
25            For the reasons that are set
```



MAGNA

LEGAL SERVICES

MEF001563

Page 8

1       Allaham - ATTORNEYS' EYES ONLY

2       forth in Qatar's pending motion to

3       stay discovery, Qatar objects to any

4       further discovery, including this

5       deposition, until such time as the

6       District Court has ruled on the

7       forthcoming motion to dismiss and the

8       threshold issue of sovereign immunity.

9           The State of Qatar objects to

10      any examination of Mr. Allaham or any

11      use of documents, to the extent it

12      involves materials that are protected

13      by the Vienna Conventions Consular and

14      Diplomatic Relations, as stated by Mr.

15      Allaham in his Foreign Agent

16      Registration Act filings.  He

17      conducted work on behalf of the State

18      of Qatar, and in conjunction and as a

19      consultant to the State of Qatar,

20      documents and testimony relating to

21      his work fall within the Act and

22      protections of the Vienna Conventions.

23          The last point I would like to

24      make on the record, simply because I'm

25      not sure I saw it on the transcript at



**MAGNA** ◗
**LEGAL SERVICES**
**MEF001564**

Page 9

```
 1       Allaham - ATTORNEYS' EYES ONLY

 2       the outset is, this entire transcript

 3       should be designated "Attorneys' Eyes

 4       Only" provisionally.  And I believe

 5       that there is an agreement by the

 6       parties on that point.

 7           MR. OBERMEIER:  The Stonington

 8       defendants also object to the

 9       deposition taking place at this time.

10       It is premature for all of the reasons

11       stated in our stay motion, including

12       the Court lacks personal jurisdiction

13       over the Stonington defendants.

14           Stonington defendants are immune

15       from suit, and Mr. Broidy has failed

16       to state a claim.  We will be moving

17       to dismiss on all of those grounds.

18       The Court, as I said, lacks personal

19       jurisdiction over the Stonington

20       defendants.

21           By appearing here today, I am

22       not waiving personal

23       jurisdiction objections on behalf of

24       Stonington defendants.  I'm here only

25       to protect my clients' right, to the
```



Page 10

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2      extent they become an issue.
 3           Stonington defendants reserve
 4      all rights and defenses, including the
 5      right to call Mr. Allaham again, if
 6      the case proceeds, if necessary.
 7           MS. YUSUF:  I would just add
 8      that as agreed to prior to getting on
 9      the record, all parties agree that
10      this will be provisionally designated
11      as "Attorneys' Eyes Only".  And if I
12      can just get confirmation from
13      plaintiff's counsel that that is the
14      case?
15           MR. WOLOSKY:  Yes, we agree.
16           MR. GIMBEL:  For the State of
17      Qatar, hearing Mr. Obermeier's
18      statement, I feel the need to add, we
19      also do not waive any of our
20      objections and immunities and reserve
21      all rights.
22           MR. McGUIRE:  Global Risk
23      Advisors and Kevin Chalker join in
24      those objections.  We also object that
25      the deposition is premature at this
```



Page 11

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        time, and that similarly as with what
 3        Mr. Obermeier stated, the Global Risk
 4        Advisors and Kevin Chalker are
 5        similarly going to move to dismiss the
 6        case on the grounds articulated by Mr.
 7        Obermeier.
 8            We are not waving our personal
 9        jurisdiction or other arguments by
10        appearing here.  We're merely here to
11        ensure that our clients' rights are
12        noticed, and we will -- obviously, we
13        will reserve those rights and move
14        accordingly pursuant to the Court's
15        schedule.
16    EXAMINATION BY
17    MR. WOLOSKY:
18        Q      Good morning, Mr. Allaham.
19        A      Call me Joey.  My grandfather
20    was Mister.
21        Q      State your name and address.
22        A      Joseph Allaham, 114 East 71st
23    Street, New York, New York 10021.
24        Q      Is that a residential or
25    business address?
```



Page 12

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2     A        Residential.
 3     Q        And do you have a business
 4  address that you currently use?
 5     A        No.
 6     Q        Did you at one point use 550
 7  Madison Avenue as a business address?
 8     A        Yes.
 9     Q        And for what businesses did you
10  use that as your business address?
11     A        Hospitality.
12     Q        What are some of the businesses
13  that you ran from that address?
14     A        Prime Grill.
15     Q        I should start by saying or
16  asking you to make sure that you
17  understand that you are under oath today
18  and that you must testify truthfully?
19     A        Okay.
20     Q        Are you aware of any reason why
21  the State of Qatar would not want you to
22  testify truthfully today?
23     A        Say that again.
24     Q        The State of Qatar made remarks
25  at the outset of this deposition.
```



Page 13

1          Allaham - ATTORNEYS' EYES ONLY

2               Are you aware of any reason why

3     the State of Qatar would not want you to

4     testify today?

5               MR. GIMBEL:  I'm going to

6          object.  There is no good faith basis

7          for that question and it's

8          argumentative.

9     BY MR. WOLOSKY:

10        Q     You can answer the question.

11        A     I'm not aware.

12        Q     Are you aware of any reason why

13    Stonington Strategies would not want you

14    to testify today?

15        A     I'm not aware, no.

16        Q     Are you aware of any reasons why

17    Global Risk Advisors would not want you to

18    testify today?

19        A     No.

20        Q     Okay.

21               During the course of this

22    deposition, I'll ask you questions and you

23    can answer them.  Please make your answers

24    clear so the court reporter can take them

25    down.



Page 14

```
1          Allaham - ATTORNEYS' EYES ONLY
2               If I ask you a question that you
3   believe is unclear, please ask me to
4   clarify it and I'll try to do so; and
5   please wait until I finish my question so
6   that the court reporter can take down your
7   answer.
8               If you need a break at any time
9   just let us know, but please answer the
10  pending question and we can take a break.
11       A       Sure.
12       Q       Have you ever met Elliott
13  Broidy?
14       A       Just now, a second ago.
15       Q       In 2017 is there any reason for
16  you to have felt ill will towards
17  Mr. Broidy?
18               MS. YUSUF:   Object to the form.
19       What is ill will?
20       Q       You can answer the question.
21       A       I don't understand.  What do you
22  mean by ill will?
23       Q       2017, is there any reason for
24  you to have had a grudge towards
25  Mr. Broidy?
```



Page 15

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      A     No.
 3      Q     Where were you born,
 4  Mr. Allaham?
 5      A     In Damascus.
 6      Q     Damascus is the capital of
 7  Syria, correct?
 8      A     Syria.
 9      Q     When did you move to the United
10  States?
11      A     Around early '90s.
12      Q     And what countries are you
13  currently a citizen of?
14      A     United States.
15      Q     Do you maintain Syrian
16  citizenship at this point in time?
17      A     No.
18      Q     Did you attend any university?
19      A     No.
20      Q     Do you have formal training in
21  the hospitality business?
22      A     No.
23      Q     How about in real estate?
24      A     No.
25      Q     In accounting?
```



Page 16

1          Allaham - ATTORNEYS' EYES ONLY

2      A      No.

3      Q      In international affairs?

4      A      Say that again.  Meaning in

5   terms of --

6      Q      Do you have formal training in

7   international affairs?

8      A      How do you define training?

9      Q      At a university.

10     A      No.

11     Q      What languages do you speak

12   fluently?

13     A      Arabic, English and managing

14   Hebrew.

15     Q      I'd like to show you an exhibit

16   that -- a document that has been marked

17   for identification as Allaham Exhibit 3.

18            It is an article published by

19   Politico on June 7, 2018.

20            (Whereupon, Article published in

21      Politico, was marked as Allaham

22      Exhibit 3 for identification, as of

23      this date.)

24   BY MR. WOLOSKY:

25     Q      Have you seen that article



MAGNA
LEGAL SERVICES

MEF001572

Page 17

1      Allaham - ATTORNEYS' EYES ONLY

2  before?

3     A    Yes.

4     Q    You see in the second paragraph

5  the article states that you had "Recently

6  cut ties with the country," which is a

7  reference to Qatar.

8        Do you see that, Mr. Allaham?

9     A    Yes.

10    Q    Then the article quotes you as

11  saying, "Qatar enjoys portraying

12  themselves as the purveyor of peace in the

13  region, but this could not be further from

14  the truth."

15        Do you see that?

16    A    Yes.

17    Q    Did you make that statement?

18    A    I did not personally make that

19  statement, no.

20    Q    But is that a statement that you

21  agreed would be attributed to you?

22    A    I think it was prepared by an

23  assistant of mine and she submitted it.

24    Q    And do you agree with that

25  statement?



MAGNA
LEGAL SERVICES

MEF001573

Page 18

1          Allaham - ATTORNEYS' EYES ONLY

2       A       I mean, what do you mean by

3    agreeing with that statement?

4       Q       This is a statement that the

5    article attributes to you.  Either you

6    agree with it or you do not agree with it.

7       A       I think at that moment I was

8    not -- how do I say -- reading the full

9    statement that it was done on my behalf,

10   so I happen to say I have -- it was a

11   statement that was made on my behalf.

12      Q       So you wouldn't disassociate

13   yourself from that statement?

14      A       No.

15      Q       You didn't call or have someone

16   call Politico to say, I never said that?

17      A       No.

18      Q       So what did you mean by saying,

19   "Nothing could be further from the truth?"

20          MS. YUSUF:  Objection.

21       Mr. Allaham just said that it wasn't

22       him, it was his assistant.

23          MR. GIMBEL:  I join in that

24       objection.

25   BY MR. WOLOSKY:



MEF001574

Page 19

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      Do you believe that Qatar is a

3  purveyor of peace in the region?

4      A      I don't think I can speak for

5  Qatar.  It is not my position.

6      Q      I'm only asking you to speak to

7  a statement that was given to Politico on

8  your behalf, to which you did not make any

9  objection to Politico after it was

10  attributed to you.

11      A      So say your question again.

12      Q      Do you believe that Qatar is a

13  purveyor of peace in the region?

14      A      I think Qatar is -- it's hard

15  for me to answer that question.  It's --

16  that day or the day before an event

17  happened that I was unhappy about, and was

18  translated my dissatisfaction with that

19  event.

20      Q      And what was the event that made

21  you unhappy around the time of this

22  article?

23      A      The meeting of Emir with

24  al-Qaradawi was something that we were

25  against.



MEF001575

Page 20

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      Q      Can you explain that further?
 3      A      The -- how would you like me to
 4  explain it; in what terms?
 5      Q      Could you say who Qaradawi is?
 6      A      I mean, all of the Jewish
 7  leaders who I brought to Qatar raised that
 8  issue with that person that's -- and to
 9  make sure that that's -- I'm not
10  associated with that person and the people
11  I brought in are not associated with.
12          So that's really the
13  dissatisfaction of that.
14      Q      And as of the date of that
15  article, June 7th, did you have any other
16  reasons to be angry at Qatar?
17      A      No.
```



MAGNA ❯
LEGAL SERVICES
MEF001576

Page 21



```
16      Q      I'd like to show you a document

17   that has been marked for identification as

18   Allaham 5.  Exhibit 5.

19              (Whereupon, Document Bates

20         stamped PROOD00000024 through 60, was

21         marked as Allaham Exhibit 5 for

22         identification, as of this date.)

23   BY MR. WOLOSKY:

24      Q      These documents are series of

25   WhatsApp messages involving you.  They are
```



Page 22

1          Allaham - ATTORNEYS' EYES ONLY

2     Bates  stamped  PROD00000024  to  60,  and  we

3     obtained  these  documents  from  your

4     counsel.

5               Now,  you'll  see  that  these

6     WhatsApp  messages  involve  phone  number

7     917-570-6132.

8               That  is  your  phone  number,

9     correct?

10    A        Correct.

11    Q        Now,  you  also  see  that  these

12    messages  involve  someone  named  Jamal.

13              Would  that  be  Jamal  Benomar?

14              MS.  YUSUF:  Counsel,  can  you

15         point  to  where  you're  referring  to

16         when  you  say  these  messages?

17    Q        The  second  message,  January  19,

18    2018  at  5:01  a.m.  refers  to  Jamal.  The

19    second  message,  February  7,  2018,  6  a.m.

20    refers  to  Jamal.

21              MR.  GIMBEL:  I'm  going  to  state

22         on  the  record  that  this  is  obviously

23         30  pages  or  so  of  text  messages.  I'm

24         not  intimately  familiar  with  the

25         content  of  them,  but  to  the  extent



Page 23

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        that they contain any kind of
 3        communication that would be subject to
 4        the Vienna Conventions, we object to
 5        the use of this document.
 6   BY MR. WOLOSKY:
 7        Q     Do you see, Mr. Allaham, the
 8   references to Jamal?
 9        A     Yes.
10        Q     Is that Jamal Benomar?
11        A     Yes.
12        Q     And who is Jamal Benomar?
13        A     He is an ally.  He is a friend
14   of the trusted man for the Qatar, I would
15   say.
16        Q     Who is the trusted man that
17   you're referring to?
18        A     Jamal.  You just asked.
19        Q     He is a trusted friend to which
20   Qataris?  The Qatar leadership you're
21   referring to?
22        A     Yes.
23        Q     And how do you know him, Jamal?
24        A     I've known him for many years.
25        Q     Did you know him when he was an
```



MAGNA ●
LEGAL SERVICES
MEF001579

Page 24

1          Allaham - ATTORNEYS' EYES ONLY

2    official at the United Nations?

3          A       Yes.

4          Q       Is he currently an official at

5    the United Nations?

6          A       I don't know.  You would have to

7    ask him.

8          Q       Do you know if he was an

9    official at the United Nations in 2017?

10         A       I don't know, no.

11         Q       Please take a moment to review

12   these e-mail -- or excuse me, these

13   WhatsApp messages, which appear to reflect

14   a dispute that you were having with Jamal.

15              MS. YUSUF:  Again, Counsel, you

16         handed him 30 pages or so.  Which

17         messages specifically?  Do you want

18         him to review the whole packet or are

19         there specific messages you want him

20         to look at?

21              MR. WOLOSKY:  I would like for

22         him to take a look at the first page,

23         PROD00000024, and I have already

24         indicated the messages on the record

25         that contain the name Jamal.



MEF001580

Page 25

1              Allaham - ATTORNEYS' EYES ONLY

2    BY MR. WOLOSKY:





Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 325 of 684

Page 26





Page 27





MEF001583

Page 28





MEF001584

Page 29





MEF001585

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 329 of 684

Case 2:18-cv-02421-JFW-E   Document 238-20   Filed 10/17/18   Page 31 of 386   Page ID #5201





MEF001586

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 330 of 684

Case 2:18-cv-02421-JFW-E   Document 238-20   Filed 10/17/18   Page 32 of 386   Page ID #:5202

Page 31





Page 32





MEF001588

Page 33





MEF001589

Page 34



```
 9            Do you see you sent a text
10    message, WhatsApp message on March 26,
11    2018.  It says, "My lawyers is not a
12    litigator who he met with me five month
13    ago and still can't resolve it, getting
14    the run around, and I have Dershowitz and
15    Huckabee contracts ongoing."
16            What are the Dershowitz and
17    Huckabee contracts that you had ongoing?
18        A     I mean, I work with them.  I'm a
19    business person.
20        Q     Was that in relation to the work
21    you were doing with Qatar?
22        A     No, not Qatar.  Abroad.  I mean,
23    I was --
24        Q     What was the nature of the work
25    you were doing with Dershowitz and
```



Page 35

1           Allaham - ATTORNEYS' EYES ONLY

2    Huckabee?

3               MS. YUSUF:  Objection.  Compound

4        question.

5        Q     You can answer it.

6        A     I mean, I work with them in many

7    matters that involved Middle East,

8    especially Israel.  Many places.  Advisory

9    and consulting.

10       Q     And are these -- do you have a

11   written contract with Alan Dershowitz?

12       A     Yes.

13       Q     And what are the terms of that

14   contract?

15       A     I cannot recall that right off

16   the top of my head.

17       Q     Do you know how much you paid

18   Alan Dershowitz?

19               MS. YUSUF:  Objection.  Assumes

20        facts not in evidence.

21       A     I mean, I will not answer that

22   question.  He is my lawyer and it is

23   something -- it is client.

24       Q     So your contract with Alan

25   Dershowitz is one for legal services that



Page 36

1       Allaham - ATTORNEYS' EYES ONLY

2    he provides to you?

3       A       Legal services, advisory and

4    consulting.



Page 37





MEF001593

Page 38



```
16              MS. YUSUF:  Attorney.  Calls for
17         attorney-client privilege information.
18              Don't answer it.
19              MR. DWYER:  Are you following
20         your counsel's instruction not to
21         answer that question?
22              THE WITNESS:  Yes.  She would
23         fire me.
24    BY MR. WOLOSKY:
25         Q    Can you go to the next page.
```



```
                                              Page 39
  1          Allaham - ATTORNEYS' EYES ONLY
  2   I'm going to shorten the reference and
  3   just say Bates marked page 25.
  4          Do you see you sent a text
  5   message to Mr. Benomar on March 4, 2018
  6   that concerns Mueller's Focus on Adviser
  7   to UAE.
  8          Do you see that?
  9     A     Yes.
 10     Q     Now, if you turn to the next
 11   page, you'll see additional messages that
 12   you sent to Mr. Benomar on March 4th,
 13   March 5th.
 14          Now, why were you sending
 15   messages to Mr. Benomar after you gave him
 16   notice in February?
 17     A     I mean, what happened, if I
 18   recall, since we were trying to resolve
 19   our dispute between us was an ongoing
 20   conversation.
 21     Q     Did Mr. Benomar respond to your
 22   WhatsApp messages?
 23     A     I don't --
 24     Q     In the normal course?
 25          MS. YUSUF:  Objection.
```



Page 40

1          Allaham - ATTORNEYS' EYES ONLY

2              Are you referring to these

3          specific messages or just in life?

4              MR. WOLOSKY:  I'm referring to

5          these specific messages, March 4th and

6          March 5th that are reflected on the

7          documents Bates stamped 25 and 26.

8      A     I see whatever I'm looking at.

9   I don't see any response from him.

10      Q     I see if you skip to page Bates

11   stamped 27.

12      A     Yes.

13      Q     I see one response from

14   Mr. Benomar on March 5, 2018 at 6:51 p.m.

15   it says, "just now."

16              Do you see that?

17              MS. YUSUF:  Objection to the

18          characterization that this is a

19          response from Mr. Benomar.  The

20          document speaks for itself and it says

21          "Joey" next to it, and so it appears

22          to be a message sent by Mr. Allaham.

23              MR. GIMBEL:  Join in that

24          objection.

25   BY MR. WOLOSKY:



MEF001596

Page 41

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q       Please  skip  to  the  document
 3    Bates  stamped  number  38.
 4                Please  direct  your  attention  to
 5    the  second,  third  and  fourth  messages  --
 6    excuse  me,  second,  third  and  fifth
 7    messages  on  that  page,  dated  March  13th.
 8                Can  you  take  a  moment  to  read
 9    those?
10        A       Yes,  go  ahead.
11        Q       Now,  this  is  a  series  of
12    messages  that  you  and  Mr.  Muzin  exchanged
13    regarding  the  theft  of  Mr.  Broidy's
14    e-mails?
15                MS.  YUSUF:   Objection  to  the
16        characterization.   The  messages  speak
17        for  themselves.
18                MR.  GIMBEL:   Join  in  that
19        objection.
20    BY  MR.  WOLOSKY:
21        Q       You  wrote,  "Tried  to  get  the
22    e-mails.   That  what  I  think  he  was  doing
23    there.   Reviewing.   He  had  it  right  before
24    MBS  comes."   Then  --
25                MS.  YUSUF:   Objection.   It  says,
```



Page 42

1          Allaham - ATTORNEYS' EYES ONLY

2          "he did it" not "he had it."

3     BY MR. WOLOSKY:

4          Q      Now, then Mr. Muzin responds,

5     "Why would they need Jamal to review

6     e-mails?"

7              Do you know who the they -- I'm

8     sorry, first, who is the "he"? Is the

9     "he" referring to Jamal Benomar?

10         A      I'm not sure.  I mean, I don't

11    know with who the conversation was going.

12         Q      Okay.

13             To your knowledge, was

14    Mr. Benomar -- did you believe that

15    Mr. Benomar was in Qatar reviewing

16    Mr. Broidy's e-mails as these messages

17    seem to suggest?

18             MS. YUSUF:  Objection to the

19         characterization.  That's what you

20         believe they suggest.  I don't think

21         Mr. Allaham has said they suggest

22         that.

23             MR. GIMBEL:  I join in that

24         objection.

25             MR. WOLOSKY:  Can you re-read



Page 43

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      the question, please.
 3          (Record read)
 4      A     I think -- I don't really
 5  remember if he was there or not, but based
 6  on the time.  But the e-mails were coming
 7  out publicly, so everyone was reading
 8  those e-mails.
 9      Q     But you believe it is plausible
10  that that's what he was doing in Mr. --
11  that's what Mr. Benomar was doing in Qatar
12  "reviewing" them?
13          MS. YUSUF:  Objection.  Calls
14      for speculation.
15          MR. GIMBEL:  Join in that
16      objection.  Misstates his testimony.
17      A     I can't speak for what he was
18  doing.
19      Q     You think it is possible?
20          MS. YUSUF:  Objection.  Calls
21      for speculation.  Anything is
22      possible.
23          MR. GIMBEL:  I join in that
24      objection.
25      A     Everyone was reading those
```



Page 44

1          Allaham - ATTORNEYS' EYES ONLY

2     e-mails.   They were hot.

3          Q     Why do you think it's possible

4     that Mr. Benomar would be in Qatar

5     reviewing Mr. Broidy's e-mails?

6               MS. YUSUF:   Objection.

7          Misstates his testimony.

13         Q     Did you read the e-mails?

14         A     Some.   The ones I was able to --

15    whatever was in articles.

16         Q     Did you read e-mails that were

17    not in the articles?

18         A     Never.

19         Q     Did Mr. Muzin, to your

20    knowledge, read e-mails that were not in

21    the articles?

22         A     I can't speak for Nick.

23         Q     Did you ever discuss with

24    Mr. Muzin his review of e-mails that were

25    not in articles?



Page 45

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2            MR. GIMBEL:  Objection.  Assumes
 3        facts not in evidence.
 4        A     I think for the credit of Nick,
 5    which is I will only state that my opinion
 6    not -- he was bombarded from reporters
 7    that wanted to speak with him.  And all of
 8    these reporters had all claimed had leaked
 9    e-mails, and they all wanted to speak with
10    Nick to just comment on the e-mails.
```

16        Q     Now, can I direct your attention
17    to WhatsApp message that Mr. Muzin sent   to
18    you on March 13th at 5:31 p.m.?
19        A     Yes.
20        Q     It says, "It's cool that in
21    e-mails Broidy references Royce."
22            I'm assuming -- which I'm
23    assuming is a reference to the Chairman   of
24    the House of Foreign Affairs Committee,   Ed
25    Royce?



Page 46

```
 1         Allaham - ATTORNEYS' EYES ONLY
 2     A      Yes.
 3     Q      Do you know how Mr. Muzin knew
 4  what was in those e-mails?
 5            MS. YUSUF:  Objection.  Can you
 6        restate your question?
 7            MR. WOLOSKY:  Can you read back
 8        the question.
 9            (Record read)
10     A      Again, what I stated, whatever
11  reporters were sending him.
12     Q      Do you know that reporters sent
13  to him e-mails concerning Mr. Royce?
14     A      I'm not sure.  But I mean, it
15  states here some of the e-mails
16  referencing Royce.
17     Q      Now, the message immediately
18  above that is a message from you to Muzin
19  that reads, "I'm sure he" -- referring to
20  Jamal -- "took the credit."
21            What is that you believe Jamal
22  took the credit for?
23     A      I have to --
24     Q      Did Jamal take the credit for
25  the hack of Mr. Broidy's e-mails?
```



MEF001602

Page 47

```
 1          Allaham - ATTORNEYS' EYES ONLY

 2      A       No.

 3      Q       Did you ever discuss with Jamal

 4  the hack of Mr. Broidy's e-mails?

 5      A       Never.

 6      Q       Can you flip to the next page.

 7              This is the document that's

 8  Bates stamped number 39.   There is a text

 9  message that you send to Nick Muzin on

10  March 18, 2018.   It says, "I keep on

11  thinking to use Ben Brafman for Jamal."

12              Do you see that?

13      A       Yes.

14      Q       Why was it that you believed

15  that Jamal needed a criminal lawyer?

16              MS. YUSUF:   Objection.   Assumes

17      facts not in evidence.   I don't think

18      that this says that Jamal needs a

19      criminal lawyer.

20              MR. GIMBEL:   I'm going to join

21      in that objection.

22  BY MR. WOLOSKY:

23      Q       You can answer the question.

24      A       I think my English is a little

25  bit -- I'm not so good in -- I was saying
```



**MAGNA** ●
LEGAL SERVICES

**MEF001603**



Page 48

1          Allaham - ATTORNEYS' EYES ONLY

2     for me to use Ben Brafman against Jamal.

3     Meaning I need a lawyer to figure out our

4     dispute.  So I was referring to myself to

5     use Ben Brafman.



MEF001604

Page 49





MEF001605

Page 50





MEF001606

Page 51





MEF001607

Page 52





Page 53





MEF001609

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 353 of 684

Page 54





Page 55



```
18          MS.  YUSUF:  Can  I  just  take  a
19     quick  break?
20          MR.  WOLOSKY:   Sure.
21          THE  VIDEOGRAPHER:   The  time  is
22     10:03  a.m.,  and  we're  going  off  the
23     record.
24          (Thereupon,  a  recess  was  taken,
25     and  then  the  proceedings  continued  as
```



Page 56

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        follows:)
 3             THE VIDEOGRAPHER:  This is the
 4        start of media labeled number 2.  The
 5        time now is 10:17 a.m., and we're back
 6        on the record.
 7   BY MR. WOLOSKY:
 8        Q      Mr. Allaham, have you ever been
 9   associated with a business called the
10   Prime Hospitality Group?
11        A      Yes.
12        Q      What was the nature of that
13   business?
14        A      Restaurant.  Hospitality.
15        Q      And Prime Hospitality Group
16   operated out of 550 Madison Avenue in New
17   York, otherwise known as the Sony
18   building, correct?
19        A      Yes.
20        Q      Did Prime Hospitality Group ever
21   perform work for the State of Qatar
22   directly or indirectly?
23        A      No.
24        Q      Does Prime Hospitality Group
25   still operate?
```



MEF001612

Page 57

1          Allaham - ATTORNEYS' EYES ONLY

2          A      No.

3          Q      When did it close?

4          A      Around the fall of 2017.

5          Q      Have you ever been associated

6   with a business called AFH Associates,

7   LLC?

8          A      Yes.

9          Q      And what was the nature of that

10  business?

11         A      It was a lease holder.

12         Q      And what lease did it hold?

13         A      At the Sony building.

14         Q      Did it engage in any other

15  business?

16         A      I mean, I was operating the

17  Prime Grill out of -- so that's --

18         Q      Has AHF Associates ever

19  performed work for the State of Qatar

20  either directly or indirectly?

21         A      No.

22         Q      Is AFH still in operation?

23         A      Rephrase that again, the

24  corporation?

25         Q      Does it still conduct business?



Page 58

1          Allaham - ATTORNEYS' EYES ONLY

2      A      No.

3      Q      Does it maintain any bank

4  accounts?

5      A      No.

6      Q      Did it at any time maintain bank

7  accounts?

8      A      I believe so.

9      Q      And do you recall at what banks

10  it maintained those accounts?

11      A      I don't recall.

12      Q      Did AFH have any offshore bank

13  accounts?

14      A      No.

15      Q      Did Prime Hospitality Group have

16  any offshore bank accounts?

17      A      No.

18      Q      Does Prime Hospitality Group

19  maintain any bank accounts that are still

20  open?

21      A      No.

22      Q      Have you been associated with a

23  business called Allaham Consultancy or

24  Allaham Consulting?

25      A      Yes.



MAGNA
LEGAL SERVICES

MEF001614

Page 59

1          Allaham - ATTORNEYS' EYES ONLY

2       Q       Do you have an ownership

3   interest in that business?

4       A       Yes.

5       Q       Do any other persons have an

6   ownership interest in that business?

7       A       No.

8       Q       What business does Allaham

9   Consultancy or Allaham Consulting conduct?

10      A       Real estate consulting.

11      Q       Has Allaham Consultancy or

12  Allaham Consulting ever performed work for

13  the State of Qatar either directly or

14  indirectly?

15      A       Never.

16      Q       Can you describe the manner in

17  which Allaham Consultancy provides real

18  estate consulting services?

19      A       It's consulting services for

20  real estate.

21      Q       And who does it provide those

22  services to?

23      A       Whoever seeks to be a client.

24      Q       And is that commercial real

25  estate or residential real estate?



MEF001615

```
                                                          Page 60

 1          Allaham - ATTORNEYS' EYES ONLY

 2     A       Both.

 3     Q       And is it -- what regions of the

 4  country or world does Allaham Consultancy

 5  provide real estate consulting services?

 6          MS. YUSUF:  Objection.

 7          Are you referring to where it

 8      operates or are you referring to where

 9      the clients come from?

10  BY MR. WOLOSKY:

11     Q       What are the geographic markets

12  that it provides consultancy services for?

13     A       United States.

14     Q       New York City?

15     A       New York City.

16     Q       Any places outside of New York

17  City?

18     A       United States.

19     Q       Is it a big company?

20          MS. YUSUF:  Objection.

21          What do you mean by big?

22  BY MR. WOLOSKY:

23     Q       What would you say the annual

24  revenues of Allaham Consultancy or Allaham

25  Consulting are?
```



Page 61

```
1          Allaham - ATTORNEYS' EYES ONLY
2       A     It just started not long ago.
3       Q     When did it start?
4       A     I'm not sure, but not long.
5  Less than a year.
6       Q     How many clients does it have?
7       A     Whoever comes.  I mean, it is
8  not --
9       Q     Does it have any clients?
10      A     At this time, no.
11      Q     Does Allaham Consultancy
12 maintain bank accounts?
13      A     No.
14      Q     How does Allaham Consultancy get
15 paid by its clients?
16      A     If there is a client, usually
17 depends how the deal is structured.  I
18 mean --
19      Q     I'm sorry.  I'm having a hard
20 time understanding.
21            If it doesn't have bank
22 accounts, how does it get paid?
23      A     I mean, when the deal -- when
24 there is a deal, I don't have to get paid.
25      Q     Participation in a deal, is that
```



MAGNA
LEGAL SERVICES

MEF001617

Page 62

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    how Allaham Consultancy receives
 3    compensation for its work?
 4          A      That is my aim to be.
 5          Q      But it is fair to say that
 6    Allaham Consultancy has not conducted any
 7    deals at this point for which it would
 8    receive compensation?
 9                 MS. YUSUF:  Objection.  Assumes
10          facts not in evidence.
11    BY MR. WOLOSKY:
12          Q      Has Allaham Consultancy
13    participated in any real estate
14    transactions for which it has or will
15    receive compensation?
16          A      Not yet.
17          Q      Does Allaham Consultancy have
18    any offshore bank accounts?
19          A      No.
20          Q      Are there any other real estate
21    consultancy firms that you have been
22    associated with other than Allaham
23    Consultancy?
24                 MS. YUSUF:  Objection.
25                 Is there a time period here or
```



Page 63

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      do you mean in life?
 3              MR. WOLOSKY:  In life.
 4      A      Yes.
 5      Q      What are the other firms with
 6  which you have been associated that have
 7  conducted real estate consultancy work?
 8      A      I don't recall the name.  It was
 9  around 2010 or '11 we had a small company.
10      Q      And did you do any real estate
11  deals when you had that small company?
12      A      It was more.  Definitely we did
13  a few deals, but, again, the real estate
14  is vague about -- could be raising money
15  for a deal or could be -- yes, the answer
16  is yes.
17      Q      How many deals would you say you
18  have done in real estate?
19      A      When I had the company, you
20  mean?
21      Q      Yes.  And throughout your life.
22      A      I would say we did a few deals.
23      Q      So less than five, would you
24  say?
25      A      I don't remember.  It was years
```



**MAGNA**
LEGAL SERVICES

MEF001619

Page 64

1          Allaham - ATTORNEYS' EYES ONLY

2    ago.

3          Q      Was it more than 100?

4          A      No.

5          Q      So it is somewhere between --

6                 MR. WOLOSKY:  Sorry.  Strike

7          that.

8          Q      Can you name any deals that you

9    did in real estate during that period of

10   time?

11         A      I mean, I helped sell something

12   in downtown Miami.

13         Q      Was that a commercial project or

14   residential project?

15         A      Commercial.  I'm not sure

16   actually.  Could be both.

17         Q      Other than the Miami deal, are

18   there any other real estate deals that you

19   can name that you did?

20         A      Again, I don't recall but there

21   were a few.  I don't recall.

22         Q      There were a few.

23                Less than ten, would you say?

24         A      I don't recall.



MEF001620

Page 65





MEF001621

Page 66





Page 67





MEF001623

Page 68





Page 69





Page 70

```
13      Q      Have you ever been associated

14   with the business called Coin Funding,

15   LLC?

16      A      Coin Funding?

17      Q      Coin Funding, LLC.

18      A      Is that Rodman's, Dennis

19   Rodman's --

20      Q      You've not heard of this

21   company?

22      A      No.

23      Q      I'd like to show you an exhibit

24   that has been marked for identification as

25   Allaham 30.
```



MEF001626

Page 71

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2              (Whereupon, Printout of Terms
 3          and Conditions of Allaham Consulting
 4          website, was marked as Allaham Exhibit
 5          30 for identification, as of this
 6          date.)
 7   BY MR. WOLOSKY:
 8      Q      This is a printout of the
 9   Allaham Consulting website.
10              I'd like to direct your
11   attention to the first page where it says
12   under terms and conditions, "Information
13   about us".  It says,
14   "www.AllahamConsulting.com is owned and
15   operated by Coin Funding, LLC".
16              Do you see that?
17      A      Yes.
18      Q      Can you explain what Coin
19   Funding, LLC is?
20      A      I have no idea.  Probably the
21   website guy.  I have no clue.
22      Q      Have you ever seen this document
23   before?
24      A      I have to admit, I never in my
25   life read the terms and conditions on
```



Page 72

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2   anything, so no.  I have seen it but I
 3   have never read it.
 4        Q     Who was involved in setting up
 5   the www.AllahamConsulting.com web page?
 6        A     A web master person.
 7        Q     I'm sorry?
 8        A     A website person.
 9        Q     Do you know the name of that
10   person?
11        A     Baskhar.
12        Q     Were there any other employees
13   or owners of Allaham Consulting involved
14   in setting up the web page?
15        A     No.
16        Q     Other than Lexington and Allaham
17   Consultancy, are you presently associated
18   with any other business entities?
19        A     No.
20        Q     Other than Lexington and Allaham
21   Consultancy, were you involved or
22   associated with any other business
23   entities in 2017?
24        A     No.
25              Can I add something to that?
```



MAGNA
LEGAL SERVICES
MEF001628

Page 73

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2        Q       Please.

 3        A       There is no offshore account

 4   that I'm affiliated with in any company or

 5   personally.

 6        Q       Okay.

 7        A       Okay?  For the record.

 8        Q       Why were you looking into

 9   establishing an offshore account in 2017?

10            MS. YUSUF:  Objection.  The

11        question is about offshore accounts,

12        and I believe you're referring to the

13        WhatsApp message that was asked and

14        answered.

15            MR. GIMBEL:  I think it also

16        mischaracterizes the record.

17   BY MR. WOLOSKY:

18        Q       I'd like to show you an exhibit

19   that's been marked for identification as

20   Exhibit Allaham Exhibit 7.

21            (Whereupon, Two Binders

22        containing phone records, were marked

23        as Allaham Exhibit 7 for

24        identification, as of this date.)

25   BY MR. WOLOSKY:
```



Page 74

1        Allaham - ATTORNEYS' EYES ONLY

2        Q       These are phone records from

3   Sprint that plaintiff received on May 18th

4   in response to a subpoena plaintiff served

5   on Sprint on May 1st.

6              These materials were produced to

7   us in an Excel spreadsheet, which was

8   printed to create this exhibit.

9              I represent that this exhibit is

10  unchanged from the Excel spreadsheet

11  except for the header containing page

12  numbers and the date of printing, along

13  with some handwritten notations that

14  indicate the identity of the person who

15  was called or who you called.

16             And this document reflects that

17  it is a record of calls placed to or from

18  the phone number 917-570-6132, beginning

19  May 1, 2017 and ending May 1, 2018.

20             Now --

21             MR. GIMBEL:  Can I just ask for

22        the record, you have said that there

23        are handwritten notations here.  Are

24        those handwritten notations supplied

25        by the business record holder, Sprint,



MEF001630

Page 75

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        or have they been added by somebody on
 3        your team?
 4             MR. WOLOSKY:  They have been
 5        added by our team.
 6             MR. GIMBEL:  We object to the
 7        notations on the ground that they are
 8        not a business record.
 9             MS. YUSUF:  And I similarly want
10        to state for the record that this is
11        the first time that counsel for
12        Mr. Allaham is seeing what looks like
13        almost a thousand pages of paper.
14             Certainly I expect that we will
15        be directed to specific pages, but I
16        just want to be clear that this is not
17        a document that we have reviewed or
18        received previously.
19   BY MR. WOLOSKY:
20        Q    Now, is it correct that
21   917-570-6132 is your -- the phone number
22   that you use?
23             MS. YUSUF:  Objection.  Asked
24        and answered.
25        A    Yes.
```



Page 76

1          Allaham - ATTORNEYS' EYES ONLY

2          Q       And is it correct that you use

3     Sprint as your mobile service provider for

4     that phone number?

5          A       Yes.

6          Q       Now, I will represent to you,

7     and I'm happy to flag them for you on the

8     pages in this document, they appear on

9     pages 851, 855, 859, 860, 862, 863, 864,

10     866, 867, 873, 874, 878, 839, 880, 883,

11     884, 887, 890, 908, 909, 919, 921 and --

12     that's it.

13               There are 42 phone calls placed

14     to or from the phone number 869-469-0080,

15     which is the phone number for Bank of

16     Nevis International in the Caribbean.

17               Did you make those calls,

18     Mr. Allaham?

19               MS. YUSUF:   Objection.

20               I believe counsel just said some

21          were received and some were sent.   So

22          which calls are you referring to?

23     BY MR. WOLOSKY:

24          Q       Did you participate in those

25     phone calls with Bank of Nevis



MEF001632

                                                    Page 77

 1          Allaham - ATTORNEYS' EYES ONLY

 2   International?

 3              MR. GIMBEL:  I want to state an

 4        objection to the form of the question

 5        because I think counsel is testifying.

 6        A      Yes.

 7        Q      What was the subject matter of

 8   those calls?

 9              MS. YUSUF:  Which calls

10        specifically?  You just said there are

11        44 different ones, and Mr. Allaham

12        doesn't know which page you're

13        referring to.  So how can he answer

14        questions about calls?

15              MR. DWYER:  Are you testifying?

16        Objections are as to form.  You're

17        really trying to coach the witness.

18              MS. YUSUF:  That's a lot coming

19        from you, Bob, but okay.

20   BY MR. WOLOSKY:

21        Q      Sir, it is a simple question.

22              Do you deny making or receiving

23   42 phone calls from Bank of Nevis

24   International?

25        A      No.



Page 78

1          Allaham - ATTORNEYS' EYES ONLY

2          Q      So what was the subject of those

3    42 phone calls?

4          A      I was trying to open an account

5    in Nevis.

6          Q      Isn't it true that you have an

7    account at Bank of Nevis International?

8          A       No, it is not true, and I do not

9    have an account at Nevis or any offshore

10   period.

11         Q      And isn't it true that you were

12   calling on those dates or receiving phone

13   calls on those dates concerning deposits

14   to your account?

15         A      I do not have an account.

16         Q      And your testimony is that you

17   were trying to open phone calls -- excuse

18   me.

19                You were trying to open a bank

20   account and you needed to call 42 times?

21         A      We -- I was trying to open an

22   account and it is the research, more or

23   less, paperwork, and then I decided no

24   need to open the account.

25         Q      And have you traveled to Nevis?



Page 79

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        A       Never.
 3        Q       And why is it that you selected
 4   Bank of Nevis as a location to pursue
 5   opening up a bank account?
 6        A       Because that's what my
 7   accountant suggested to me, that that is
 8   the place to do it.
 9        Q       Who is your accountant?
10        A       Allen Dorkin.
11        Q       Did you retain an accountant in
12   Nevis concerning this bank account?
13               MS. YUSUF:  Objection.
14               Which bank account are you
15        referring to?
16   BY MR. WOLOSKY:
17        Q       Did you retain an accountant or
18   any professional service providers in
19   Nevis concerning your interest in opening
20   up a bank account at Bank of Nevis?
21        A       No, I did not.
22        Q       Do you know someone named Midge
23   Morton?
24        A       I think the name is familiar.
25   That's why I said earlier, I have to look
```



Page 80

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2   it up.
 3       Q     Okay.
 4             Well, I will represent to you
 5   that there are multiple phone calls to or
 6   form Midge Morton on the Island of Nevis
 7   during the same time period as your phone
 8   calls to or from Bank of Nevis.
 9             I'll further represent that
10   those phone calls appear on pages 851,
11   852, 853, 855, 858 and 860 at the same
12   time, roughly, as the phone calls to or
13   from Bank of Nevis.
14             Is it your testimony that you
15   have no recollection of 11 phone calls
16   with Midge Morton during February of this
17   year?
18             MS. YUSUF:  Objection
19        mischaracterizes the testimony.
20             MR. GIMBEL:  Objection.  Form.
21        A     As I stated, I was trying to
22   open an account through my accountants and
23   then we decided it is a hassle, and if the
24   Qataris want to pay me, they should pay me
25   in the United States.
```



Page 81

1        Allaham - ATTORNEYS' EYES ONLY

2             The account was never opened and

3    never went through, and there was nothing

4    there.  The phone calls were just research

5    for what paperwork is needed.  It was too

6    complicated, above my pay rate to open it.

7    I'm not that sophisticated, so it was

8    never opened.



Page 82





Page 83





Page 84





MEF001640

Page 85





Page 86



23      Q      Well, then, why don't we have

24   you review the document that we have

25   marked for identification as Exhibit



MEF001642

Page 87

1       Allaham - ATTORNEYS' EYES ONLY

2   number 1.

3           (Whereupon, Short Form

4       Registration Statement Pursuant to the

5       Foreign Agents Registration Act of

6       1938, was marked as Allaham Exhibit 1

7       for identification, as of this date.)

8       A     I'm sorry --

9           MS. YUSUF:  There is no

10      question.

11      A     There is something I just

12  remembered, and I would like to put it

13  back on the record, which is important.

14          I got paid for a real estate

15  deal that I had done years ago at the end

16  of 2017.  I was owed the money and the

17  person paid me the money.

18      Q     Who was the person?

19      A     It is a New York company

20  unrelated to Qatar or any -- it is a --

21  just to show you that I was involved in

22  the real estate business.

23      Q     Sure.

24      A     Not related at all.  It goes

25  back to a 2007 or 2008 deal that I had



Page 88

1          Allaham - ATTORNEYS' EYES ONLY

2     done.

3          Q      Okay.

4                 Let's start with this document,

5     which is your short form registration

6     statement, pursuant to the Foreign Agents

7     Registration Act of 1938 as amended.

8                 It was filed with the National

9     Security Division of the Department of

10    Justice on June 15, 2018.

11                Do you see that?

12         A      Yes.

13         Q      Okay.

14                Did you review this document

15    before it was filed?

16         A      Yes.

17         Q      And are you aware that you

18    signed it under penalty of perjury?

19         A      What does that mean?

20         Q      I mean, if you look at page 2,

21    two thirds of the way down, the page right

22    above your signature it says, "The

23    undersigned swears or affirms that under

24    penalty of perjury, that he or she has

25    read the information set forth in this



**MAGNA**
LEGAL SERVICES

**MEF001644**

Page 89

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   registration statement, and that he/she is
 3   familiar with the contents thereof, and
 4   that such contents are in their entirety
 5   true and accurate to the best of his or
 6   her knowledge and belief."
 7             MR. WOLOSKY:  Can you re-read
 8        the pending question.
 9             (Record read)
10   A       Yes.
11   Q       Did you review it before you
12   signed it?
13   A       Yes.
14   Q       And when you signed it, did you
15   believe it to be true?
16   A       Yes.
17   Q       And do you anticipate that
18   Lexington will file any additional
19   documents pursuant to this statement?
20             MS. YUSUF:  Objection.
21             MR. GIMBEL:  Objection to form.
22   Q       You can answer.
23   A       I'm not going to anticipate
24   anything.
25   Q       Okay.
```



**MAGNA●**
LEGAL SERVICES

**MEF001645**

Page 90

1        Allaham - ATTORNEYS' EYES ONLY

2               Now, on the front page of this

3    document, first page of the document, item

4    number 10, list every foreign principal to

5    whom you will render services in support

6    of the primary registrant.  And it says,

7    State of Qatar, Emir, Tamim bin Hamad Al

8    Thani and Qatar Supreme Committee for

9    Delivery and Legacy Sheikh Mohammed bin

10   Hamad Al Thani."

11              Do you see that?

12   A     Yes.

13   Q     And then beneath that in box

14   number 11, it says, "The registrant began

15   working to promote the 2022 World Cup in

16   Qatar, and then expanded its activities to

17   include fostering better international

18   relations within the Gulf region with the

19   leadership in the Jewish community in the

20   United States."

21              Do you see that?

22   A     Yes.

23   Q     So my question to you was

24   whether the additional payments from

25   Qatar, that you have declined to identify,



Page 91

1          Allaham - ATTORNEYS' EYES ONLY

2     relate to activity that is disclosed in

3     this statement?

4               MS. YUSUF:   Objection to form.

5          Counsel, I think you meant something

6          else but --

7               MR. GIMBEL:   I join in that

8          objection.

9     BY MR. WOLOSKY:



Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 391 of 684

Page 92





Page  93





Page 94



```
15              Now, in Box 10 it says, it
16   references the Emir Tamim bin Hamad Al
17   Thani.
18              Is he your client?
19        A     I mean, he is the Emir of Qatar.
```



MEF001650

Page 95





MEF001651

Page 96





Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 396 of 684

Page 97





Page 98





Page 99

1     Allaham  - ATTORNEYS' EYES ONLY

2          Q       Okay.

3               Now, the second name in Box 10

4     other than the Emir, is Sheikh Mohammed

5     bin Hamad Al Thani, and there is a

6     reference to the Qatar Supreme Committee

7     for Delivery and Legacy.

8               What is the Qatar Supreme

9     Committee for Delivery and Legacy?

10      A       It is the building where it

11    takes the whole preparation for the workup

12    takes place.  Planning.



MEF001655

Page 100







Page 101

```
 9      Q      Now,  in  your  short  form  FARA
10    registration  statement,  you  refer  to  MBH.
```



MEF001657

Page 102





Page 103





Page 104





Page 105





MEF001661

Page 106



25              MR. WOLOSKY:   Can we just take a



MEF001662

Page 107

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        five-minute break?
 3               THE VIDEOGRAPHER:  The time is
 4        11:16 a.m., and we're going off the
 5        record.
 6               (Thereupon, a recess was taken,
 7        and then the proceedings continued as
 8        follows:)
 9               THE VIDEOGRAPHER:  There is the
10        start of media labeled number three.
11        The time now is 11:24 a.m., and we're
12        back on the record.
13   BY MR. WOLOSKY:
14        Q     I'd like to direct your
15   attention back to Exhibit 1, the short
16   form FARA registration statement.
17               Do you see that?
18        A     Yes.
19   Q    Can   you turn to   page   two, box
20   14.
21               The question reads:  What
22   compensation or things of value have you
23   received to date or will you receive for
24   the above services?
25               What additional compensation
```



MEF001663

Page 108

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    will you receive for the above services?
 3          A      I don't know yet.
 4          Q      Why do you not know?
 5          A      Because we never had a written
 6    contract.
 7          Q      But you do expect to receive
 8    additional compensation for the above
 9    services?
10          A      Yes.
11          Q      Do you expect to make an
12    additional FARA filing in the future?
13          A      That will be up to my lawyers.
14          Q      I'd like to show you an exhibit
15    that has been marked Exhibit Number 2 for
16    identification purposes.
17                (Whereupon, Registration
18          Statement Pursuant to the Foreign
19          Agents Registration Act of 1938, as
20          Amended, was marked as Allaham Exhibit
21          2 for identification, as of this
22          date.)
23    BY MR. WOLOSKY:
24          Q      It is a registration statement
25    filed pursuant to the Foreign Agents
```



Page 109

1          Allaham - ATTORNEYS' EYES ONLY

2    Registration Act of 1938.  It was filed

3    with the Department of Justice, and signed

4    by you on June 15, 2018, and it contains

5    various exhibits.

6                    Do you see that document?

7         A     Yes.

8         Q     Did you review this document

9    before you signed it?

10        A     Yes.

11        Q     And did you agree -- do you

12   agree with its contents?

13        A     I don't know if I agree or

14   disagree.  It is a document my lawyers

15   told me to read, so --

16        Q     Is there anything in the

17   document that you believe is factually

18   inaccurate?

19        A     I'm not sure.

20        Q     Are you aware that you signed it

21   under penalty of perjury?

22        A     Yes.

23        Q     On page one in box five, 5A,

24   asks for the type of organization of the

25   registrant.



Page 110

```
1          Allaham - ATTORNEYS' EYES ONLY
2                  Do you see that?
3     A      Yes.
4     Q      And there are no boxes checked.
5            Why has it been left blank?
6     A      I'll ask my lawyer.  I have no
7     idea.
8     Q      What kind of organization is
9     Lexington Strategies, LLC, what type of
10    entity?
11    A      It says LLC.
12    Q      So it is an LLC?
13    A      It says that, number one.
14    Q      Do you know its date and place
15    of organization?
16    A      I'm not sure.
17    Q      Do you know why that field, 5B,
18    was left blank?
19    A      No, I don't.
20    Q      Can you turn to page two,
21    please.
22            The top of the page 5G says,
23    "List all partners, officers, or directors
24    of persons performing the functions of an
25    officer or director of the registrant."
```



MEF001666

Page 111

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2             Do you see that?
 3     A     Yes.
 4     Q     Listed here is Lauren Allaham
 5  who I believe you testified is your wife.
 6             Is that correct?
 7     A     Yes.
 8     Q     And what functions does she
 9  perform for Lexington Strategies, LLC?
10     A     It says managing director.
11     Q     Well, that's her position, but
12  what functions does she perform?
13     A     Support me.
14     Q     Does she engage in
15  communications with officials of the State
16  of Qatar?
17     A     Not directly, no.
18     Q     Does she engage in
19  communications with Nick Muzin?
20     A     No.  I mean communications in
21  terms of what sort of communication?
22     Q     E-mails, text messages, phone
23  calls?
24     A     I mean, I'm sure when she had a
25  baby he wished her "mazel tov."
```



Page 112

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      Q      Any communications relating to
 3  the work performed by Lexington for the
 4  State of Qatar?
 5      A      No.
 6      Q      Were her documents and
 7  electronically stored information searched
 8  in responding to the subpoenas served on
 9  you?
10             MS. YUSUF:   Objection.
11      A      No.
12      Q      They were not searched?
13      A      No.
14      Q      Does Lexington Strategies, LLC,
15  have any other employees or officials
16  other than you and Lauren Allaham?
17      A      No.
18      Q      Who is Emma Hitchcock?
19      A      She is the house assistant, I
20  would say.
21      Q      Does she do work for your
22  businesses or just personal work?
23      A      I mean, for the family, usually
24  helps me write, if I need to write
25  something in English.  My English is not
```



Page 113

1          Allaham - ATTORNEYS' EYES ONLY

2     perfectly good in writing.

3          Q     So she will occasionally perform

4     professional or --

5               MR. WOLOSKY:  Strike that.

6          Q     She will occasionally perform

7     services for you that are in furtherance

8     of your business interests?

9          A     Personal or business, if I ask

10    her.

11         Q     And did she perform any work in

12    furtherance of your work for Qatar?

13         A     I'm not sure.

14         Q     Were her documents and

15    electronically stored information searched

16    in response to the subpoenas that were

17    served upon you?

18         A     I'm not sure.

19         Q     Does Emma Hitchcock occasionally

20    issue statements on your behalf?

21         A     I mean, she -- not often, no.  I

22    have never issued --

23         Q     But occasionally?

24         A     I don't know about occasionally.

25    The first time was the one that you named.



Page 114

1          Allaham - ATTORNEYS' EYES ONLY

2     The statement.

3          Q     You're referring to the article

4     from Politico --

5          A     Yes.

6          Q     -- that we talked about earlier?

7          A     Yes.

8          Q     Did she ever issue statements to

9     Tablet on your behalf?

10         A     No, that day, I have to say, I

11    was in the hospital with my wife and I was

12    getting a lot of phone calls.

13               So I would not say she is.  And

14    this is -- my lawyer is involved in it,

15    and my lawyer.

16               MS. YUSUF:  Objection.

17               Don't testify to anything that's

18         privileged.  You can answer his

19         question, but don't testify to

20         anything privileged.

21         A     She does not do it -- she did

22    not do it without my lawyers's

23    instructions.

24               MR. WOLOSKY:  Can you read the

25         pending question?



MEF001670

Page 115

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2               (Record read)
 3     A     Yes.
 4     Q     On the same page two, 5J reads,
 5  "Give a complete statement of the
 6  ownership and control of the registrant."
 7  And it says, "The managing director,"
 8  meaning Miss Allaham, "and the member,"
 9  meaning you, "co-owned Lexington
10  Strategies, LLC."
11               Do you see that?
12     A     Yes.
13     Q     What percentages do you each own
14  of Lexington Strategies, LLC?
15     A     I don't know off the top of my
16  head.
17     Q     Who would know?
18     A     I will find out and get back to
19  you.
20     Q     Would your accountant know that?
21     A     Yes.
22     Q     Would Miss Allaham know that?
23     A     No, the accountant probably.
24     Q     Can you turn to page three.
25               Now, we've already discussed the
```



Page 116

1        Allaham - ATTORNEYS' EYES ONLY

2   Emir and MBH and their relationship to the

3   work performed by you that is the subject

4   matter of what's called the short form

5   registration which is Exhibit 1.

6              Is it fair to say that the

7   work -- their relationship to the work

8   that was performed by Lexington Strategies

9   was the same as the work that was the

10  subject of your previous testimony

11  concerning the short form registration

12  statement?

13             MR. GIMBEL:  Objection to form.

14      A    I'm not understanding the

15  question.

16      Q    That's because FARA forms are

17  very complicated.

18             I'll come back to it.

19             Do you see in box eight it says

20  activities?

21      A    Yes.

22      Q    The question reads, "In addition

23  to the activities described in any Exhibit

24  B to this statement, will you engage or

25  are you engaging now in activity on your



MEF001672

Page 117

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    own behalf which benefits any or all of
 3    your foreign principals."
 4               Do you see that?
 5       A     Yes.
 6       Q     And then it says yes or no, but
 7    there is no box checked.
 8               Do you see that?
 9       A     Yes.
10       Q     Do you know why no box is
11    checked?
12       A     No.
13       Q     Can you answer the question?
14       A     I don't have any further
15    engagement.
16       Q     So the answer is effectively no,
17    then?
18       A     Yes.  Do you want me to check it
19    for you?  I'll check it.
20       Q     Now, Exhibit B, can you flip to
21    Exhibit B.
22       A     Where is Exhibit B?  Which one
23    is B?  They are not marked.
24               MS. YUSUF:  Keep flipping.
25       Q     Do you see Exhibit B?
```



Page 118

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2             I'm sorry.  It's towards the

 3   end.  As I said, FARA statements are

 4   complicated.

 5             MS. YUSUF:  Too far.  Go back.

 6        A    Yes, I see B.

 7        Q    Okay.

 8             Do you see about two-thirds of

 9   the way down the page it says, "Check

10   appropriate box"?

11        A    Yes.

12        Q    And then it gives you choices,

13   four, five, or six.  Four asks you, in

14   substance, whether your agreement is

15   pursuant to a formal written contract.

16   You didn't check that box.

17             Is that because your agreement

18   with Qatar described in this statement is

19   not pursuant to a formal written contract?

20        A    My lawyers did this so I cannot

21   answer you why and why not.  It is not --

22   I'm not an expert on filing.
```



Page 119

```
 3      Q      Box number five says, "There is
 4  no formal written contract.  The agreement
 5  has resulted from an exchange of
 6  correspondence."
 7             Do you see that?
 8      A      Yes.
 9      Q      Was your agreement the result of
10  an exchange of correspondence?
11      A      I think I would like my lawyer
12  to answer that question because he knows
13  more about it.
14      Q      Well, I'm asking you this
15  question because --
16      A      It looks to me that I should
17  check it.  I'll check it.  I checked it.
18      Q      So there was an exchange of
19  correspondence between you and your
20  foreign principal that led to your
21  engagement?
22      A      It was not correspondence, no,
23  it was more of an oral meeting agreement.
24             MR. GIMBEL:  I'm going to object
25      to the question.  It misstated his
```



MEF001675

Page 120

1          Allaham - ATTORNEYS' EYES ONLY

2          testimony.

3          Q      Box six asks whether the

4     agreement between the registrant and the

5     foreign principal is the result of neither

6     a formal written contract nor an exchange

7     of correspondence.

8               Do you see that?

9          A      I see that.

10         Q      Now, is that accurate as to your

11    situation and your engagement by the State

12    of Qatar?

13         A      Again, I should refer this to my

14    lawyer because they would answer -- they

15    have been involved in this a lot more than

16    I have been in this.  So they can answer

17    better than me.  I'm not going to be able

18    to check boxes or uncheck boxes.



Page 121

1        Allaham - ATTORNEYS' EYES ONLY

2        Q        Why wasn't this box checked

3    then?

4        A        I think my lawyer should answer

5    that.

6        Q        For these situations, the FARA

7    form instructs you to give a complete

8    description of the terms and conditions of

9    the oral agreement or understanding, its

10   duration, the fees and expenses, if any,

11   to be received.

12               You didn't do that?

13               MS. YUSUF:   Objection to form.

14       A        What are you reading?

15       Q        Box number six, which applies in

16   situations where there is neither a formal

17   written contract nor exchange of

18   correspondence.

19               Do you see that?

20       A        I see that.

21       Q        The FARA form indicates that in

22   this situation you're supposed to give a

23   complete description of the terms and

24   conditions of the oral agreement.

25               Do you see that?



**MAGNA** ●
**LEGAL SERVICES**
**MEF001677**

Page 122

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2              MS. YUSUF:  Counsel, you're
 3        leaving a word out.  It says below --
 4        "complete description below."
 5        A     Yes.
 6        Q     Okay.
 7              MS. YUSUF:  And there appears to
 8        be on the document a description
 9        below.  So I just want to be clear
10        because the record won't reflect.
11        Q     Counsel is correct.  So counsel
12   is directing us to box seven.
13              Do you see box seven?
14        A     I don't see a box.
15        Q     I'm sorry.  It's question seven.
16   "Describe fully the nature and method of
17   performance of the above-indicated
18   agreement or understanding."
19              Do you see that?
20        A     Yes.
21        Q     And now you wrote, "The nature
22   of the work began to promote the 2022
23   World Cup in Qatar, in the United States
24   and Qatar.  The understanding was expanded
25   to include relationship building with the
```



MEF001678

Page 123

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2    leadership in the Jewish community in the
 3    United States to better international
 4    relations.  Methods of performance
 5    included peaceful means of community
 6    engagement, charitable contributions, and
 7    arranging meetings in the United States
 8    and Qatar.  The initial grant was for USD
 9    1.45 million for compensation,
10    disbursements, and operating expenses."
11              Do you see that?
12        A     Yes.
13        Q     Now, this answer reflects that
14    the work began to promote the 2022 World
15    Cup, correct?
16        A     This is what it reads, yes.
```



MAGNA
LEGAL SERVICES

MEF001679

Page 124





Page 125





Page 126





MEF001682

Page 127





MEF001683

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 427 of 684

Case 2:18-cv-02421-JFW-E   Document 238-20   Filed 10/17/18   Page 129 of 386   Page ID #:5299





Page 129





Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 429 of 684

Page 130







```
24        Q        Can you turn to the next page.
25                 Question nine reads:   "Will the
```



Page 132

1           Allaham - ATTORNEYS' EYES ONLY

2      activities  on  behalf  of  the  above  foreign

3      principal"  --  that's  the  Emir  and  MBH  --

4      "include  political  activities  as  defined

5      in  Section  one-zero  or  1-0  of  the  act  in

6      the  footnote  below."

7                   Do  you  see  that?

8           A       Yes.

9           Q       And  there  is  no  box  checked  for

10     whether  political  activities  will  be

11     engaged  in  on  behalf  of  the  foreign

12     principal.

13                  Why  is  that?

14          A       Because  I  never  --  I  never  was

15     in  contact  with  any  official  throughout

16     my  --  throughout  --  since  I  started  work

17     with  Qatar,  I  never  interacted  with  any

18     officials  --  American  officials.

19          Q       So  then  your  testimony  is  that

20     the  answer  to  this  question  should  be  no?

21          A       Yes,  we  should  do  a  "no"  here.

22          Q       Do  you  know  why  no  was  not

23     checked?

24          A       I  have  to  check  with  my  lawyers.

25          Q       And  who  are  the  lawyers  that



MAGNA
LEGAL SERVICES
MEF001688

Page 133

1        Allaham - ATTORNEYS' EYES ONLY

2   filled out these forms on your behalf?

3        A    I'm not sure because my lawyer

4   who was dealing with this was traveling

5   that day, was Craig Engle.  So I don't

6   know who took and did it, but I will

7   definitely, please, raise it with him.  We

8   need to check boxes.  We have unchecked

9   boxes.

10       Q    Was Alan Dershowitz involved in

11  the preparation of this FARA registration

12  form?

13       A    No.

14       Q    Was Ben Brafman involved in the

15  preparation and filing of this FARA

16  registration form?

17       A    No.

18       Q    Was Abbe Lowell involved in the

19  preparation and filing of this FARA

20  registration form?

21       A    No.

22       Q    Was Michael Bhargava involved in

23  the filing and preparation of this FARA

24  registration form?

25       A    No.



```
                                                    Page 134

 1         Allaham - ATTORNEYS' EYES ONLY

 2     Q      Can you please turn to page

 3   three of Exhibit 2.

 4            MS. YUSUF:   Which exhibit?

 5     Q      Same exhibit, Exhibit 2.

 6     A      More boxes?

 7     Q      More questions.

 8            So question eight.   You write in

 9   response to question eight, "The

10   registrant began working to promote the

11   2022 World Cup in Qatar and then expanded

12   its activities to include fostering better

13   relations within the Gulf region."

14            Does that mean --

15            MS. YUSUF:   Counsel skipped a

16       word, so I just want the record to

17       reflect it says "better international

18       relations."

19     Q      "Better international relations

20   within the Gulf region."
```



MEF001690

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 434 of 684





MEF001691

Page 136

```
 5      Q      What is "non-FARA activity," as
 6   you used the term there?
 7      A      I think my lawyers decided to
 8   put it, so I'm not sure.
 9      Q      What is your understanding of
10   what that term means?
11      A      I have no idea about FARA.  To
12   me, FARA was you have to register if you
13   have -- if you're in touch with
14   politicians.  In my case, I was never in
15   touch with politicians, but my lawyers
16   chose to do it not to violate any law.  I
17   was never at any time, at any time given,
18   since I started, shook a politician hand
19   or was on the same sidewalk of a
20   politician.
21      Q      And then it goes on to say in
22   that same sentence, "And working with
23   other consultants to Qatar."
24             Do you see that?
25      A      Yes.
```



Page 137

1          Allaham - ATTORNEYS' EYES ONLY



20     Q     But it is fair to say you worked
21  with him?
22     A     I mean, our interests align.  So
23  we both --
24     Q     But you exchanged WhatsApp
25  messages with him?



Page 138

1         Allaham - ATTORNEYS' EYES ONLY

2    A     Yes.

3    Q     You spoke to him on the phone,

4    exchanged e-mails and working drafts of

5    documents with him, correct?

6    A     Yeah, make, you know --

7          MR. GIMBEL:  Objection to form.

8    Q     You can answer.

9    A     I mean, yes.

10   Q     Why did you have an e-mail

11   address at Stonington.com?

12   A     Because it was encrypted and I

13   don't have an encrypted account.  So Nick

14   volunteered for me to have one.  I rarely

15   use it.

16   Q     Were you ever a subagent of

17   Stonington?

18   A     No.

19         MR. GIMBEL:  Objection.  Calls

20       for a legal conclusion.

21   Q     Okay.

22         Now, if you go to the bottom of

23   that page, there is a section called

24   financial information.

25         Do you see that?



MEF001694

Page 139

1          Allaham - ATTORNEYS' EYES ONLY

2      A      Yes.

3      Q      And this, again, describes the

4  incoming initial grant of 1.45 million

5  dollars.

6             Do you see that?

7      A      Yes.

8  Q   It   was received   in October of

9  2017.

10     A      Yes.

11     Q      Under purpose, it says, "Develop

12  plan to promote 2002 World Cup in Doha."

13            Do you have a copy of that plan?

14     MS.   YUSUF:     I think you mean

15     2022.

16     Q      Sorry.  "Developed plan to

17  promote 2022 World Cup in Doha."

18            Do you see that?

19     A      Yes.





```
24        Q        The  last  sentence  under  purpose

25   says,  "Work  entailed  making  FARA  and
```



Page 141

1        Allaham - ATTORNEYS' EYES ONLY

2   non-FARA-related expenditures."

3            Do you see that?

4      A     Yes.

5      Q     What are non-FARA-related

6   expenditures?

7      A     Again, my lawyers put that in.

8   I'm not sure what they consider FARA or

9   non-FARA.  FARA, to me, my understanding

10  was dealing with politicians and lobbying

11  on the hill, which I never did.

12     Q     Before I leave this page, I want

13  to go back to question eight briefly,

14  where it says "working with other

15  consultants to Qatar," at the end.

16           Do you see that?

17     A     No.  Yes, on eight, yes.

18     Q     And I apologize for coming back

19  to it.

20     A     Yes.



MEF001697

Page 142





MEF001698

Page 143



```
20        A        No.

21        Q        Can you turn to page four of the

22  same exhibit, Exhibit 2.

23               At the top of the page, question

24  9B, Receipts, Things of Value reads,

25  "During the period beginning 60 days prior
```



Page 144

1          Allaham - ATTORNEYS' EYES ONLY

2     to the date of your obligation to register

3     to the time of filing this statement, did

4     you receive from any foreign principal

5     named in item seven anything of value

6     other than money either as compensation,

7     for disbursement, or otherwise."

8               Do you see that?

9          A     Yes.

10         Q     You'll note that neither the

11    "yes" box nor the "no" box is checked on

12    the form that is filed.

13              Do you see that?

14         A     Yes.

15         Q     Do you know why neither box was

16    checked?

17         A     No, I don't.

18         Q     Do you know what the answer to

19    the question that 9B poses is?

20         A     No.

21         Q     Did you, Mr. Allaham, receive

22    from any foreign principal named in item

23    seven anything of value other than money?

24         A     Where is item seven?

25         Q     Item seven is the box that



Page 145

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2   includes the Emir and MBH.

 3        A     No.

 4        Q     And the State of Qatar and the

 5   Supreme Committee for Delivery & Legacy.

 6             The question is asking you

 7   whether you have received anything of

 8   value from any of those persons or

 9   entities other than money?

10             MS. YUSUF:  That's not what the

11        question says.  It says, "During the

12        period beginning 60 days prior to."

13        So the question does have a qualifier.
```



MAGNA

LEGAL SERVICES

MEF001701

Page 146



```
17      A      The Sheraton, usually, I like,
18   because I get my points on SPG.   I like
19   SPG points, usually gets me to Marriott
20   and SPG, and that's how we take our
21   vacation.
22      Q      Question 10A reads, "During the
23   period 60 days" -- sorry.   "During the
24   period beginning 60 days prior to the date
25   of your obligation to register to the time
```



MEF001702

Page 147

1           Allaham - ATTORNEYS' EYES ONLY

2     of filing the statement, did you spend or

3     disburse any money in furtherance of or in

4     connection with your activities on behalf

5     of any foreign principal named in item

6     seven."

7               Do you see that?

8     A     Yes.

9     Q     And the "no" box is checked, but

10    it does say "see attachment" at the

11    bottom.

12              Do you see that?

13    A     Yes.

14    Q     So let's go to the attachment.

15    A     Attachment.

16    Q     If you flip ahead about four

17    pages, there is a sheet of paper that

18    says, "Attachment, question 10A."

19    A     Yes.

20    Q     Do you see that?

21    A     Yes.

22    Q     This is a list of disbursement

23    of monies.

24    A     Yes.

25    Q     Now, is this a complete list of



MEF001703

Page 148

1          Allaham - ATTORNEYS' EYES ONLY

2     the money that was disbursed by you --

3          A     Yes.

4          Q     -- in furtherance of the work

5     that you performed by the State of Qatar?

6          A     Yes.

7          Q     Did you disburse money to Alan

8     Dershowitz in connection with the work you

9     performed by the State of Qatar?

10         A     Again, it is client -- and he

11    does not only work with me on Qatar, we

12    work on many different subject and consult

13    on many different countries in the regions

14    of the Arab regions or Middle East or

15    Africa.

16         Q     What are some of the other

17    countries that are the subject of your

18    work with Alan Dershowitz?

19         A     Nothing is sealed yet.  I'm open

20    for business.  If you have any clients,

21    you're welcome to send them over.

22         Q     You mentioned Africa.

23               Do you work with Alan Dershowitz

24    on countries relating to or in Africa?

25         A     I mean, Morocco, I assume, is in



MAGNA
LEGAL SERVICES

MEF001704

Page 149

1         Allaham - ATTORNEYS' EYES ONLY

2     Africa.

3         Q     Do you work with Professor

4     Dershowitz on Morocco issues?

5         A     No, I did not end up getting the

6     job, but it was -- I was trying to get the

7     account.  I did not get it.

8         Q     Were you trying to get the

9     account from Mr. Benomar relating to

10    Morocco?

11        A     Not from him, from the officials

12    of Morocco.

13        Q     Was Mr. Benomar involved in that

14    work that you were doing to try to get

15    work from Morocco?

16        A     I mean, I don't know what

17    "involved" means.  I met with the foreign

18    minister and apparently he was not

19    interested, so --

20        Q     To your knowledge, did Morocco

21    hire Mr. Benomar to do work for it?

22        A     I'm not sure.  I don't know.

23    You have to ask him that.  I do not know.

24        Q     Did Morocco hire Professor

25    Dershowitz to do work for it, to your



MEF001705

Page 150

1        Allaham - ATTORNEYS' EYES ONLY

2    knowledge?

3        A       No, it was done through me,

4    because of me, I arranged it.  So it was

5    not through Jamal, it was through me.   And

6    I recall the king was not there, so it

7    didn't really take effect.

8        Q       And how much money did Professor

9    Dershowitz get paid for the work for the

10   State of Morocco?

11            MS. YUSUF:  Objection.

12       A       Again, it's not -- his contract

13   with me is wide open.  If I have to work

14   with Japan, it will be with Japan.  It's

15   not just -- whatever I do, he works with

16   me as a consultant.  So --

17       Q       But that includes work that you

18   did for the State of Qatar, among many

19   other countries?

20       A       Not many other countries yet,

21   but Israel is one of them, for example.



MAGNA
LEGAL SERVICES
MEF001706

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 450 of 684

Page 151





Q So turning to this exhibit.

MS. YUSUF: Are you referring to the attachment, Counsel?

Q Yes, thank you. Attachment to question 10A.

Page 153

1           Allaham - ATTORNEYS' EYES ONLY

2                   What is Our Soldiers Speak?

3       A       It is an Israeli organization

4    that helps soldiers and their families.

5       Q       And how was it -- what was the

6    purpose of the $100,000 grant to it in

7    connection with the work that you were

8    doing for the State of Qatar?

9       A       It was my choice.  And I support

10   the IDF and Israeli soldiers, and it is

11   something that is very dear to me.

12      Q       Who is the leadership of Our

13   Soldiers Speak?

14                  Who are the people you deal with

15   there?

16      A       I don't deal with -- not

17   specific.  Same thing with IDF

18   organization or APEC or -- it is a general

19   organization.

20      Q       But who did you call up on or

21   before October 30th to say, "I want to

22   contribute $100,000 to your organization"?

23      A       It is one of the honoraries.

24      Q       What is the name of the

25   honorary?



Page 154

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      A      Joe Cayre.
 3      Q      Can you spell that?
 4      A      Joe, J-O-E; Cayre, C-A-Y-R-E.
 5      Q      And is he American or Israeli?
 6      A      American.  And he was being
 7  honored.
 8      Q      And where was he being honored?
 9      A      At that dinner event.
10      Q      Where was the dinner held?
11      A      At a downtown banquet hall or --
12  I forgot.  It will come to me.
13      Q      And so you basically bought a
14  table or something to that effect, at this
15  dinner?
16      A      Yes.
17      Q      Honoring Mr. Cayre?
18      A      Mostly the organization because
19  I like the organization.
20      Q      Did the organization have
21  anything further to do with your work for
22  Qatar?
23      A      No.
24      Q      To your knowledge, did any
25  Qatari nationals attend that dinner?
```



Page 155

```
1          Allaham - ATTORNEYS' EYES ONLY

2      A     No.

3      Q     When you made the contribution

4  to Our Soldiers Speak, did you tell Our

5  Soldiers Speak that the money came from

6  Qatar?

7      A     They didn't ask me, so --

8      Q     Did you tell them?

9      A     I didn't -- I was not asked.

10     Q     And you didn't volunteer the

11 information?

12     A     I was not asked.

13     Q     So what's the purpose of giving,

14 in your mind, $100,000 to an organization

15 to promote goodwill for Qatar without the

16 recipients knowing that the money came

17 from Qatar?

18     A     I think because it is dear to

19 me, and I know about the capture of

20 soldiers that are held by Hamas, and I met

21 with many people involved, that they want

22 ████████████████████████████████████████

23 ████████████████████████████████████████

24 ████████████████████████████████████████

25 non-FARA, if you want.  So we're trying to
```



Page 156

1        Allaham - ATTORNEYS' EYES ONLY

2    recapture the alive bodies Hamas was

3    holding.  And I wanted the Qataris to know

4    that it is very dear to me and it is

5    something that I support, that we want to

6    get those bodies back.  The parents and

7    many people came who I met with, that was

8    the main topic, even the Jewish leaders

9    topic was probably, I would say, 99

10   percent of every person that came in, that

11   was the top of the list to ask, for

12   captured bodies, for the parents, to be

13   returned.

14            So there was nothing better for

15   me to send a message to my bosses, that we

16   want this to be done, and it is something

17   that I asked every day to get it done.

18      Q      And I certainly agree that it is

19   an important goal.  But I'm having a hard

20   time understanding how giving $100,000 of

21   Qatar's money to Our Soldiers Speak

22   furthers that goal.

23      A      I have a hard time with a client

24   paying 1.6 to a Playboy model, so I try to

25   spend my 100,000 on an organization rather



MEF001712

Page 157

1        Allaham - ATTORNEYS' EYES ONLY

2     than a Playmate.  So I have a hard time

3     with that, so --

17        Q       And how does this goodwill

18    contribution further that goal?

19        A       Because me -- my point, giving

20    this money to an organization, is that the

21    soldiers -- and coming from me, which the

22    Qataris knew, that it is a bold statement

23    that I will always support the IDF and the

24    soldiers, and we want those bodies back

25    because I arranged many meetings with the



MEF001713

Page 158

```
1          Allaham - ATTORNEYS' EYES ONLY
2    ambassador  of  Gaza  for  the  Qatari  with  the
3    general  of  the  Israel  IDF.   We  did  a  lot,
4    and  I  hope  those  bodies  will  be  returned.
5    So  was  just  a  statement  and  support  for
6    other  soldiers.
7          Q      Did  you  discuss  the  return  of
```



Page 159



```
17        Q      And the next contribution,

18   November 2, 2017, was to Zionist

19   Organization of America, $50,000.

20               What was that contribution for?

21        A      For a table for that dinner.

22        Q      Is that Morton Klein's

23   organization?

24        A      Yes.

25        Q      Did you attend that dinner?
```



LEGAL SERVICES

MEF001715

Page 160

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2        A      No.

 3        Q      Did Mr. al-Rumaihi attend that

 4   dinner?

 5        A      Yes.

 6        Q      And he attended that dinner at

 7   your invitation?

 8        A      Yes.

 9        Q      Why did Mr. al-Rumaihi want to

10   attend the Zionist Organization of America

11   dinner?

12             MR. GIMBEL:  Objection.  Calls

13        for speculation.

14        Q      Did you discuss -- you can

15   answer that question.

16        A      I don't know that I invited him.

17   I was out of town when he -- I did not

18   have a full table, and he said yes, he

19   would come.

20        Q      Why did you invite him to the

21   Zionist Organization of America dinner?

22        A      I just did not have enough

23   people, bodies to fill my table.

24        Q      Does Mr. Rumaihi live in the

25   United States to your knowledge?
```



MAGNA ●
LEGAL SERVICES

MEF001716

Page 161

1          Allaham - ATTORNEYS' EYES ONLY

2          A      I'm not sure.  I don't know.  He

3     lives between Doha and the United States.

4     I don't know.

5          Q      At the time you invited him to

6     the ZOA dinner, he was in the United

7     States?

8          A      That dinner, I assume, was in

9     the United States not Doha, if I'm not

10    mistaken.

11         Q      Do you know if he has a

12    residence in the United States?

13         A      I do not know.  A residence,

14    meaning a home?

15         Q      Yes.

16         A      From what I read, in LA, but

17    nothing that I -- you know, the Ahmed is

18    an interesting figure so I wasn't --

19         Q      In what way is he an interesting

20    figure?

21         A      He is just an interesting figure

22    so I never -- he is there, he is here, he

23    is there.  So I don't know.  I don't know

24    what his residence, if he owns, rents, I

25    have no clue.



Page 162

1        Allaham - ATTORNEYS' EYES ONLY

2        Q      Do you know if he is in the

3   United States currently?

4        A      I do not know.



MEF001718

Page 163



```
 9        Q        Did you speak to Mr. Geragos
10    during this time period?
11        A        No -- is he a lawyer?
12        Q        Mark Geragos.
13        A        Is he a lawyer?
14        Q        Yes.
15        A        I did not, but I have heard the
16    name from Jeff.
```



MAGNA
LEGAL SERVICES
MEF001719

Page 164





MEF001720

Page 165



```
12      Q       The last disbursement on this

13   form is January 23, 2018, again, the

14   Zionist Organization of America for

15   $50,000.

16              What was the purpose of that

17   contribution?

18      A       I believe for the ZOA dinner.

19      Q       Say it again?

20      A       I believe it was for the ZOA

21   2018 dinner.

22      Q       That's the same dinner that was

23   funded with the initial grant?

24              MS. YUSUF:   Objection.

25      Misstates the witness' testimony.
```



Page 166

    1        Allaham - ATTORNEYS' EYES ONLY

    2     Q     The record shows it was for the

    3  ZOA dinner, Z-O-A.

    4        So just to clarify, the initial

    5  grant to ZOA was for the 2017 dinner and

    6  the subsequent grant was for the 2018 ZOA

    7  dinner?

    8     A     I think that's what it says.

    9     Q     It doesn't say that, but if

   10  that's what you're saying, then that's

   11  what you're saying.  It just says 50,000,

   12  January 23, Zionist Organization of

   13  America.

   14     A     I don't really recall the -- but

   15  this is what I'm assuming.

   16     Q     Okay.

   17     A     I'll invite you to the dinner

   18  instead of Ahmed.

   19     Q     I'd love that.

   20        MR. WOLOSKY:  I think we're at a

   21     natural breaking point here.  So I

   22     would propose that we adjourn for

   23     lunch.

   24        THE WITNESS:  Okay.  How long is

   25     lunch?



Page 167

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2             MR. WOLOSKY:  An hour.  Does
 3        that work for you?
 4             THE WITNESS:  Yes.
 5             THE VIDEOGRAPHER:  The time is
 6        12:29 p.m., and we're going off the
 7        record.
 8             (Thereupon, a recess was taken,
 9        and then the proceedings continued as
10        follows:)
11             THE VIDEOGRAPHER:  This is the
12        start of media labeled number 4.  Time
13        now is 1:35 p.m., and we're back on
14        the record.
15   BY MR. WOLOSKY:
16        Q     Good afternoon, Mr. Allaham.
17             Joey?
18        A     Exactly.  Good afternoon.
19        Q     I'd like to direct your
20   attention back to Exhibit 3.  It's the
21   Politico article dated June 7, 2018.  It's
22   the article in which you were quoted as
23   saying, quote, "'Qatar enjoys portraying
24   themselves as the purveyor of peace in the
25   region, but this could not be further from
```



MEF001723

Page 168

```
1          Allaham - ATTORNEYS' EYES ONLY
2    the truth,'" closed quote, "Allaham said
3    in a sharp reversal from his past
4    position."
```



MEF001724







Page 170

```
12      Q      I'm going to show you again your
13  phone records.  This is Exhibit 7.
14             You have that binder in front of
15  you.
16             MS. YUSUF:  Which binder,
17      Counsel?  There are two.
18             MR. WOLOSKY:  It is binder 1.
19      Q      And what I will tell you -- and
20  you're obviously free to go find these on
21  the page numbers that are identified --
22  that I'll identify.
23             But there were 11 phone calls
24  that took place with Mr. Benomar in June
25  of 2017.  They are reflected on pages --
```



Page 171

1          Allaham - ATTORNEYS' EYES ONLY

2      volume 1 of Exhibit 7 -- 315, 321, 329,

3      336, 338, and 345.

4              So is it fair to say that your

5      contact with Mr. Benomar began in June?

6              MS. YUSUF:  Objection.

7              MR. GIMBEL:  I would object to

8          it assumes facts that are not on the

9          record.

10     BY MR. WOLOSKY:

11         Q     Your first call with Mr. Benomar

12     in June of 2017 was on June 16th, and it

13     is on page 315 of Volume 1.

14             MR. GIMBEL:  Objection to

15         counsel testifying.

16         Q     Mr. Allaham, can you please turn

17     to page 315 of Volume 1.

18         A     Okay.

19         Q     Okay.

20             Now, if you look in the

21     left-hand column, it says "Calling

22     number."

23             Do you see that?

24         A     Yes.

25         Q     And 917-570-6132 is your number,



Page 172

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   correct?
 3        A      Correct.
 4        Q      And do you know if 917-442-7695
 5   is Mr. Benomar's number?
 6        A      I assume it is.
 7        Q      Okay.
 8               I'm happy to refresh your
 9   recollection by showing you the WhatsApp
10   messages that are --
11        A      No.  I remember 442 is the
12   first --
13        Q      And that's Benomar, right?
14        A      Yeah.
15        Q      Okay.
16               So, if you see, there are phone
17   calls between your number and
18   Mr. Benomar's number, 917-442-7695, that
19   begin on June 16 at 20:55 and 55 seconds.
20               Do you see that?
21        A      Yes.
22        Q      Okay.
23               And then I will represent to you
24   that those calls continue.
25               But for purposes of establishing
```



Page 173

1        Allaham - ATTORNEYS' EYES ONLY

2    when you first began contact with

3    Mr. Benomar, it appears that that contact

4    began in mid-June of 2017.

5             MS. YUSUF:  Objection.  Assumes

6        facts not in evidence.

7             MR. GIMBEL:  Objection to form.

8    BY MR. WOLOSKY:

9        Q     Would you agree that you had

10   telephone calls with Mr. Benomar on June

11   16, 2017?

12       A     It states it.  I see it in front

13   of me.

14       Q     Okay.



MEF001729

Page 174





MEF001730

Page 175

9       Q       And how did you meet Jamal?

10      A       I was working in Syria in 2010.

11  I've known him for before that, so,

12  probably, I've known him for ten years.

13  So I always liked to ask him something if

14  I had some international affairs or -- for

15  his point of view. So I've known -- had a

16  discussion with him about Syria and how to

17  make peace back then and how to resolve

18  the -- if I recall, the uprising, the

19  whatever that took place.

20      Q       And you mentioned that you met

21  him around this time period, 2017, at an

22  event; what was that event?

23              MS. YUSUF:  Objection.

24      Misstates.

25      A       I don't remember. It was some



Page 176

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    bar mitzvah or wedding.  I'm not sure.
 3    There's a lot of those.
 4          Q       Was it here in New York?
 5          A       Yes.
 6          Q       Was he a patron at your
 7    restaurant?
 8          A       He would come often, I would
 9    say.
10          Q       So going back to your trips to
11    Qatar.
12          A       Can I put this away?
13          Q       Oh, yes.
14          A       I'm not taking this with me; you
15    can keep it.
16                  MR. WOLOSKY:  You want to grab
17          it for me?  You can.
18    BY MR. WOLOSKY:
```



MEF001732

Page 177





MEF001733

Page 178





MEF001734

Page 179

20       Q       When you traveled to Qatar, did
21   you travel on your U.S. passport?
22       A       What other passport would I
23   travel on?
24       Q       Do you have any other passports?
25       A       I don't.



Page 180

1          Allaham - ATTORNEYS' EYES ONLY

2          Q        You testified earlier about your

3    use of the phone number 917-570-6132.

4                   Do you recall that?

5          A        That's my phone number.

6          Q        And you testified that the

7    carrier for that phone number is Sprint.

8          A        Yes.

9          Q        Who is the manufacturer of the

10   phone that you use to communicate on that

11   phone number?

12         A        Apple.

13         Q        What model is the phone?

14         A        Now?  Today?  The latest one,

15   the 10.

16         Q        And what was it in 2017?

17         A        The one before it; whatever it

18   was before.

19         Q        Do you know what operating

20   system is used on your current phone?

21         A        What does that mean,

22   "operating"?

23         Q        IOS?

24         A        I have no idea.

25         Q        And you don't know what



Page 181

1        Allaham - ATTORNEYS' EYES ONLY

2    operating system was used on your previous

3    phone, the one you used in 2017?

4        A     No.

5        Q     And you -- did you make your

6    mobile phone available to be searched for

7    documents responsive to the subpoena

8    served on you?

9              MS. YUSUF:   I'm just going to

10       state an objection.  Don't -- you can

11       answer his question, but don't discuss

12       anything that has to do with

13       attorney-client privilege.

14             MR. WOLOSKY:   I don't think I

15       asked anything about communications

16       with attorneys.

17             Can you re-read the question.

18             (Record read)

19       A     Yes.

20       Q     Do you have any other mobile

21   phones?

22       A     In terms?   Meaning?

23       Q     How many mobile phones do you

24   have?

25       A     I only carry one.



MEF001737

Page 182

1          Allaham - ATTORNEYS' EYES ONLY

2       Q       Okay.  Do you have any others

3    that you don't carry around with you?

4       A       I mean, we have one for the

5    whole, entire family as an emergency.

6       Q       And what's the phone number for

7    that phone?

8       A       I don't know it by heart.

9       Q       Do you know the carrier?

10      A       Could be Sprint, maybe.  I'm not

11    sure.

12      Q       And do you know the

13    manufacturer?  Is it Apple?

14      A       Yes.

15      Q       And do you know what model it

16    is?

17      A       It's definitely an older phone,

18    so I'm not sure.  We don't know.

19      Q       Did you make that phone

20    available to be searched for documents

21    responsive to the subpoena served on you?

22      A       No, but I don't usually use it.

23      Q       Have you had any other mobile

24    phones since March 1, 2017?

25      A       Rephrase that.  Meaning?



MEF001738

Page 183

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2     Q      Have you had any other mobile
 3  phones since March 1, 2017?
 4           MS. YUSUF:  Counselor, your -- I
 5      just want to understand your question.
 6      You're referring to other than the
 7      ones he has already identified?
 8           MR. WOLOSKY:  Yes.
 9           MS. YUSUF:  The 10 and the prior
10      one.
11           MR. WOLOSKY:  Yes.
12  BY MR. WOLOSKY:
13     Q      So you testified, I believe,
14  that you currently have a 10?
15     A      Yes.
16     Q      Last year, you had the prior
17  model?
18     A      Yes.
19     Q      Other than those two phones,
20  have you had any other mobile phones since
21  March 1, 2017?
22     A      No.
23     Q      And other than the family phone
24  you testified about.
25     A      No, I don't.
```



Page 184

1        Allaham - ATTORNEYS' EYES ONLY

2        Q       Do you have any landlines,

3    landline telephones, at your home?

4        A       Yes.

5        Q       What's the phone number for your

6    landline phone?

7        A       I have no idea.

8        Q       Do you know who the provider is?

9        A       I assume it's Spectrum,

10   probably.

11       Q       Spectrum?

12       A       Probably.

13       Q       Is that a cable company?

14       A       It's like the cable and

15   everything.

16       Q       So is it an IP-based phone, or

17   is it a traditional landline phone?

18       A       I have no idea.  I'm not that

19   sophisticated.  I don't know.

20       Q       Do you ever use that home phone

21   number for work-related calls?

22       A       I could -- 99 percent point 9,

23   no.

24       Q       Do you have landline telephones

25   at your business?



MAGNA

LEGAL SERVICES

MEF001740

Page 185

 1        Allaham - ATTORNEYS' EYES ONLY

 2              MS. YUSUF:   Objection.

 3     A      No.

 4     Q      Do you ever use burner phones?

 5     A      What's a burner phone?

 6     Q      Do you ever use temporary phones

 7   that you use only for a short period of

 8   time for a specific purpose?

 9     A      No, never.

10     Q      When you travel to Qatar, do you

11   use another phone or your phone -- your

12   iPhone that you testified about?

13     A      Usually, my phone.  My phone is

14   working in Qatar.

15     Q      Do you ever use other phones

16   when you're in Qatar on business?

17     A      No.  Sometimes, the driver's, if

18   my phones don't have connections or -- but

19   usually my phones.

20     Q      When you replaced your phone

21   that you used in 2017 for the current

22   iPhone 10 that you use, did you destroy

23   your previous phone?

24     A      I don't think I destroyed it.  I

25   would usually exchange it, yes, swipe it.



Page 186

1       Allaham - ATTORNEYS' EYES ONLY

2       Q       Do you have possession of it

3    today?

4       A       I don't believe so, no.

5       Q       To the best of your knowledge,

6    what happened to that old phone?

7       A       I think it gets mailed back.

8    I'm on a plan, I believe.  Every new phone

9    comes out, I just trade in.

10       Q       How do you maintain your

11    contacts?

12       A       On my phone.

13       Q       On the Apple contacts --

14       A       Yeah.

15       Q       -- application?

16       A       Not Apple.  Whatever is on the

17    phone.

18       Q       Do you maintain contacts in any

19    other format or location?

20       A       No.

21              MS. YUSUF:  Objection to form.

22              You can answer.

23       A       No.

24       Q       Did you provide your contacts to

25    be searched for documents responsive to



MEF001742

Page 187

1          Allaham - ATTORNEYS' EYES ONLY

2    the subpoena served on you?

3              MS. YUSUF:  Objection to form.

4       A     I gave my phone.

5       Q     And it included your contacts?

6       A     Yes.

7       Q     What devices do you use to

8    communicate via text message?

9       A     My cell phone.

10      Q     Is it the same cell phone and

11   phones that we've been discussing?

12      A     Yes.

13      Q     And what services do you use to

14   communicate via text message?

15             You use WhatsApp, correct?

16      A     I -- one of the apps I use is

17   WhatsApp.

18      Q     And what are some of the

19   additional apps that you use?

20      A     I use text.  That's usually what

21   I use.  I have other apps, but I don't

22   usually -- I don't use them.

23      Q     What are some of the other apps

24   that you occasionally use?

25      A     Mostly WhatsApp.



Page 188

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      Do you use Signal?

3      A      Very rarely.

4      Q      Do you use it for work relating

5   to Qatar.

6             Possibly?

7      A      No.  They don't have -- they

8   don't usually communicate on Signal.

9      Q      Do you use Telegram?

10     A      What's Telegram?

11     Q      It's an app.

12     A      I don't believe I have it.

13     Q      Do you use Wickr?

14     A      I don't believe so.

15     Q      Do you use Skype?

16     A      No.

17     Q      Do you use FaceTime?

18     A      Yes.

19     Q      Do you use FaceTime for

20   communications relating to your work for

21   Qatar?

22     A      No.

23     Q      Do you use Facebook Messenger?

24     A      I don't even know how to go on

25   my Facebook.



Page 189

1        Allaham - ATTORNEYS' EYES ONLY

2        Q      Do you use LinkedIn to

3    communicate?

4        A      I don't even know how to go on

5    LinkedIn.

6        Q      Do you use GroupMe?

7        A      No.

8        Q      Did you provide your Signal

9    messages to be searched for documents

10   responsive to the subpoena served on you?

11       A      I mean, I gave my phone, so I

12   have no idea what they were looking for.

13       Q      Did you provide your texts to be

14   searched for documents responsive to the

15   subpoena served on you?

16       A      Again, I gave my phone for the

17   day, and that's very hard for me to

18   manage.

19       Q      Do you backup your device

20   regularly to iCloud?

21       A      I have no idea.

22       Q      Do you know if you disabled

23   automatic backups on iCloud?

24       A      I'm not aware of it.

25       Q      Do you have any computers at



Page 190

1          Allaham - ATTORNEYS' EYES ONLY

2     your home?

3      A      Not mine.  I never use.  For the

4     kids.  I never use it.

5      Q      You don't use any computers at

6     all?

7      A      Never, no.

8      Q      Do you use your iPhone?

9      A      Mostly, yes.

10     Q      So you don't have any computers

11    that you use at your office?

12     A      I don't use any computer.  I

13    have not had a computer probably in ten

14    years.  I have my brain, so --

15     Q      Do you use any tablets?

16     A      Meaning iPad?

17     Q      Yes.

18     A      When I watch shows, usually.

19     Q      Do you use them for

20    communications?

21     A      No.

22     Q      What devices do you use to

23    communicate by e-mail?

24     A      My phone.

25     Q      Not your computer?



Page 191

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2                MS. YUSUF:  Objection.
 3     A     No.  I do not have a computer.
 4     Q     Not your tablet?
 5     A     No.  I have a tablet, but I have
 6  to tell you it's all greasy and broken, so
 7  I don't like to touch it.  I see my kids
 8  use it as a --
 9     Q     We're glad you didn't bring it
10  with you.
11                What software applications do
12  you use to compose, read, and send e-mail?
13     A     Whatever is on -- I have in my
14  phone.
15     Q     Do you know if it's Outlook?
16     A     I have no idea.
17     Q     Do all of your various e-mail
18  accounts go into the same display?
19     A     Correct, except the Proton,
20  which I don't use, usually.
21     Q     But you have a Proton account?
22     A     I have the Stonington.
23     Q     That's right.
24                Have you ever used an
25  application called Thunderbird?
```



Page 192

1          Allaham - ATTORNEYS' EYES ONLY

2     A      No.

3     Q      Can you tell me the e-mail

4  addresses that you use for either personal

5  or business activities.

6     A      Mostly, my

7  josephallaham@gmail.com.

8  Joey@alexisstrategies, and icloud.com, and

9  joey@Stonington.

10    Q      I believe your iCloud e-mail is

11  joeyallaham@icloud.com.

12           Does that sound right?

13    A      Probably, yes.

14    Q      Do you still have access to your

15  e-mail address

16  joey@stoningtonstrategies.com?

17    A      Yes.

18    Q      Do you use that regularly?

19    A      Not at all.

20    Q      What is Alexis Strategies?

21    A      It's just a website.  You know,

22  I wanted to -- I was debating Lexington or

23  Alexis, and ended up with Lexington, but I

24  never set up the e-mail because I have too

25  many e-mail addresses, and that was the



MEF001748

Page 193

1          Allaham - ATTORNEYS' EYES ONLY

2    e-mail I landed with.

3          Q     So what is your Alexis

4    Strategies e-mail address for --

5          A     I think joey@alexisstrategies.

6          Q     Joey@.

7                And does anyone else have an

8    alexisstrategies.com e-mail address?

9          A     No.

10         Q     Is Alexis Strategies a company?

11         A     No.

12         Q     It's just an e-mail address?

13         A     A domain.

14         Q     A domain.

15         A     I own maybe 100 domains.  It's

16   just every time I come up with a name, I

17   like to buy it.  I spent $12.  I used to

18   have that sickness, but I stopped.

19         Q     So I think you confirmed this

20   already, but the entity that hosts the

21   stoningtonstrategies.com e-mail address is

22   ProtonMail, correct?

23         A     Again?  Sorry.

24         Q     The entity that hosts the

25   stoningtonstrategies.com e-mail address



MAGNA

LEGAL SERVICES

MEF001749

Page 194

1          Allaham - ATTORNEYS' EYES ONLY

2    that you have --

3          A      Yes.

4          Q      -- is ProtonMail?

5          A      Yes.

6          Q      Why did you feel it was

7    necessary to have a ProtonMail-linked

8    e-mail address?

9                 MS. YUSUF:   Objection.

10         A      I was told that it's a safer

11   e-mail address.

12         Q      Told by whom?

13         A      I mean, I don't recall, but

14   it's -- I mean, I read it -- a lot about

15   it, read a lot that Proton is the safest

16   e-mail address to have.

17         Q      So was it your idea, or was it

18   Nick Muzin's idea to have ProtonMail host

19   the stoningtonstrategies.com e-mails?

20         A      No, I think it was the tech

21   person; he suggested that's the best, most

22   efficient way.

23         Q      The tech person at which

24   company?

25         A      The guy who I told you I use.



MEF001750

Page 195

1        Allaham - ATTORNEYS' EYES ONLY

2        Q     So, then, did you suggest it to

3    Nick?

4        A     No.  Well, I introduced him to

5    Nick to do his website.  So it's my guy.

6              And even I have to go back to

7    the real estate.  I forgot that I had

8    another website called popupgenius.com, my

9    concept to do pop-ups.  You can check it

10   out; it's still up and running.  It was

11   part of the real estate that I did.

12             So I told you that Baskhar does

13   websites, and I introduced him to Nick,

14   and that's how the Proton -- he said,

15   Proton, since you guys are dealing with

16   government and stuff, it's the safest way.

17       Q     And, I'm sorry, his name is

18   Baskhar?

19       A     Yes.

20       Q     B-A-S-C-A-R?

21       A     B-A-S-K-H-A-R.

22       Q     Is that his first name or his

23   last name?

24       A     First name.

25       Q     Do you know, what's his last



MEF001751

Page 196

```
1          Allaham - ATTORNEYS' EYES ONLY

2    name?

3          A      I have no idea.

4          Q      Does he live here in New York?

5          A      No.

6          Q      Washington?

7          A      No.

8          Q      Qatar?

9          A      No.

10         Q      Where does he live?

11         A      India.

12         Q      India?

13         A      He's in India.  Nobody uses the

14   site.  He's in India.

15         Q      Aside from the Gmail account,

16   the iCloud account, the Alexis Strategies

17   account, and the Stonington Strategies

18   account, have you used other e-mail

19   addresses since March 1, 2017?

20         A      No.

21         Q      Do you know what internet

22   service you use at home?

23         A      I said probably Spectrum.

24         Q      Spectrum?

25         A      Used to be Verizon, and now it's
```



Page 197

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   Spectrum's.
 3        Q      And do you have any special
 4   plans that you use for internet service
 5   when you're traveling?
 6             MS. YUSUF:  Objection to form.
 7        A      "Special plan" meaning?
 8        Q      What internet services do you
 9   use while traveling?
10        A      Sprint.
11        Q      Do you ever purchase internet
12   time overseas when you're traveling?
13        A      No.  I think I have the plan; I
14   think 19.99 for international.
15        Q      So that's an international data
16   plan?
17        A      I believe so.  I try not to
18   abuse it.
19        Q      When did you first become aware
20   of the litigation by Mr. Broidy against
21   the State of Qatar and others?
22        A      I think -- I'm not -- I don't
23   recall whether I read about it or Nick
24   told me.  I'm not sure.
25        Q      Do you recall whether you
```



Page 198

1          Allaham - ATTORNEYS' EYES ONLY

2    learned about it on the day that a

3    complaint was filed, on March 26, 2018?

4          A     I'm not -- probably.  I don't

5    recall exactly how, but --

6          Q     And I'd like to show you a

7    document that we have marked for

8    identification as Exhibit 19.

9                I'm sorry, it is Exhibit 5, and

10   you already have it.  You already have

11   that exhibit.

12               If I can ask you to flip to page

13   41, Bates-stamped page 41.

14         A     Yes.

15         Q     You have in front of you a

16   document Bates-stamped PROOD00000041.

17         A     Yes.

18         Q     Okay.

19               Do you see that on March 26,

20   2018 at 3:33 p.m., Nicolas Muzin texts to

21   you a document called "Elliott Broidy

22   Complaint.pdf"?

23         A     I see it.

24         Q     Is it correct to say that that

25   is the date that you learned about the



Page 199

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    complaint filed by Mr. Broidy?
 3          A     Yes.
 4          Q     And you responded to Mr. Muzin
 5    at 3 -- at -- sorry, 4:14 p.m. that same
 6    day, "Call me, please."
 7                Do you see that?
 8          A     Yes.
 9          Q     Why did you ask him to call you?
10          A     I don't remember why.  This is
11    an hour later, so I don't --
12          Q     And since the date of this
13    message, March 26, 2018, have you deleted
14    any e-mails on any of the accounts you
15    identified a moment ago?
16          A     I delete e-mails every day.  I
17    mean, I get a lot of junk.
18          Q     And so it's fair to say that you
19    deleted e-mails that relate to your work
20    for the State of Qatar?
21                MS. YUSUF:  Objection.
22          A     I don't believe so.
23          Q     Since that date, April 26 --
24    March, 26, 2018, have you deleted any
25    messages on services such as WhatsApp?
```



**MEF001755**

Page 200

1          Allaham - ATTORNEYS' EYES ONLY

2      A      I mean, I don't know if -- I

3    don't know.  I don't believe I deleted,

4    but, usually, I know my memory.  I -- so

5    if something is not a video or something,

6    I don't, usually delete stuff that's

7    unrelated to my -- my friend sends me

8    important videos all the time.  I don't

9    keep them.

10      Q      Did you delete any texts or

11   WhatsApp messages that relate to Nick

12   Muzin or Stonington since the date of the

13   filing of this complaint on March 26?

14      A      I do not believe so.

15      Q      Did you delete any WhatsApp

16   messages since March 26 that relate to

17   Global Risk Advisors?

18      A      I never heard of them.

19      Q      Did you delete any messages on

20   WhatsApp since March 26, 2018 that relate

21   to Ahmed Al-Rumaihi?

22      A      I don't believe so.

23      Q      Did you delete any messages on

24   WhatsApp since March 26, 2018 that relate

25   to Jamal Benomar?



MEF001756

Page 201

1          Allaham - ATTORNEYS' EYES ONLY
2          A      I don't believe so.
3                 But, so you know, I do not back
4     up my WhatsApp.  I never backed it up.  So
5     when I changed phones in 2000, I don't
6     think I deleted anything, so --
7          Q      When did you change phones; do
8     you recall?
9          A      Whenever the new phone came out.
10         Q      And since March 26, 2018, have
11    you deleted any texts that relate -- texts
12    or WhatsApp messages that relate to your
13    work for the State of Qatar?
14         A      Not intentionally, no.
15         Q      And going back to your practice
16    of deleting e-mails, do you do that once a
17    week, once a day?  Is there a regular
18    practice that you follow in deleting your
19    e-mails?
20         A      I mean, not really, no.  I get a
21    lot of -- a good amount of junk e-mails
22    every day, so --
23         Q      So your practice would be to
24    delete only the junk e-mails, or do you
25    delete whole blocks of e-mails that may



MEF001757

Page 202

1        Allaham - ATTORNEYS' EYES ONLY

2   come in over a certain time period?

3        A       Usually, the junk e-mails.

4        Q       When did you first become aware

5   of the subpoena for your documents in this

6   case?

7        A       When Joel Mowbray called me.

8        Q       What did Joel Mulberry say to

9   you?

10       A       He basically threatened me.

11       Q       How did he threaten you?

12       A       On my phone, text.

13       Q       What did he say or write to you?

14       A       That if I don't cooperate,

15   I'll -- they'll have me as a defendant, I

16   think, or some language -- I have to

17   cooperate with you guys or, you know,

18   stuff with all those -- all different

19   threats that's if I don't do this, they

20   will add me as a defendant.

21       Q       You understand that you're not a

22   defendant in this case?

23       A       I know, but that was his threats

24   all the time.  And that's how he was

25   saying:  I'm keeping you because of the --



MEF001758

Page 203

1          Allaham - ATTORNEYS' EYES ONLY
2     you know, because of your kids -- because
3     I hosted him for free in this past
4     whatever.  But it was threats, which is --
5     I found that very disturbing to do.
6          Q     And what kind of cooperation was
7     Mr. Mowbray seeking?
8          A     I have no idea.
9          Q     And did you meet with
10    Mr. Mowbray since the filing of this
11    lawsuit?
12         A     Oh, yeah.  He met me.  Then he
13    came to see me two weeks ago with my
14    lawyers in DC.  My lawyer met with him.
15         Q     And did you meet with him at
16    other times, since the filing of this
17    lawsuit?
18         A     Yes.  He came to see me.
19         Q     Were those meetings at your
20    request or his request?
21         A     Always his request.
22         Q     Did you have any interest in
23    speaking with him?
24         A     I mean, he threatened me all the
25    time.  That's his way of calling me to a



Page 204

1          Allaham - ATTORNEYS' EYES  ONLY

2    meeting,  that  something  bad  is  happening;

3    the  FBI  is  coming,  something  urgent  was

4    occurring.   So  he  always  had  a  bad

5    approach  of  calling  for  a  meeting.

6          Q     And  has  the  FBI  come?

7          A     No,  not  yet.

8          Q     They  haven't  come  to  talk  to

9    you?

10          A     No.

11          Q     Have  you  entered  into  a

12    cooperation  agreement  with  the  U.S.

13    Government  concerning  the  hack  of

14    Mr.  Broidy's  e-mails?

15          A     Say  that  again.

16          Q     Have  you  entered  into  a

17    cooperation  agreement  or  immunity

18    arrangement  with  the  U.S.  Government

19    concerning  the  hack  of  Mr.  Broidy's

20    e-mails?

21          A     I  don't  have  anything  to  do  with

22    the  hack,  and  I  don't  have  any  agreement

23    with  anybody.

24          Q     So  is  the  answer  to  the  question

25    I  just  asked,  "No"?



Page 205

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2             MR. WOLOSKY:  Please re-read the
 3       question.
 4             (Record read)
 5       A    No.
 6       Q    Have you retained Abbe Lowell?
 7       A    No.
 8       Q    Have you retained Michael
 9  Bhargava?
10       A    No.
11       Q    Have you spoken to either
12  Mr. Lowell or Mr. Bhargava?
13       A    Define that.  What do you mean?
14  Have I --
15       Q    Spoken:  You move your mouth and
16  words come out.
17       A    I mean, did I meet him in the
18  restaurant and spoken to him or picked up
19  the phone and call him?
20       Q    Either one.
21       A    None, no.
22       Q    Has Mr. Muzin retained Abbe
23  Lowell?
24             MS. YUSUF:  Objection.
25       A    I can't answer for someone else.
```



Page 206

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q      To the best of your knowledge,
 3   has Mr. Muzin retained Abbe Lowell?
 4        A      I don't know.
 5        Q      Has Mr. Muzin retained Michael
 6   Bhargava?
 7              MS. YUSUF:  Objection.
 8        A      I don't know.
 9        Q      I'd like to show you an exhibit
10   that we've marked for identification
11   Allaham Exhibit 19.
12              This is a document that was
13   produced by your attorneys, and it's
14   Bates-stamped PRODOOD00000046 through 51.
15   And it's a series of WhatsApp messages
16   between you, Mr. Muzin and others.
17              MS. YUSUF:  Counsel, can we just
18        confirm this is a subset of Exhibit 5,
19        or do you have something else you're
20        referring to?
21              MR. WOLOSKY:  There may -- that
22        may have been how it ended up, so --
23              MR. GIMBEL:  It is now, so --
24              MR. WOLOSKY:  It is?  Okay.
25              So then I will correct the
```



Page 207

```
 1         Allaham - ATTORNEYS' EYES ONLY
 2         record and refer you to the document
 3         that's been marked as Exhibit 5, and
 4         ask that you please turn to page --
 5         that ends in 46.
 6   BY MR. WOLOSKY:
 7         Q      Do you see that page?
 8         A      Yes.
 9         Q      The first text message on that
10   page is a text message from you to Nick
11   Muzin on April 5, 2018 at 12:28 p.m.
12                Do you see that?
13         A      Yes.
14         Q      Now, that is what appears to be
15   a cut-and-paste of an e-mail from Abbe
16   Lowell.
17                Do you see that?
18         A      Yes.
19         Q      So why is it that you were
20   cutting and pasting an e-mail from Abbe
21   Lowell to Mr. Muzin?
22         A      Abbe was asking if we have
23   insurance.
24         Q      Why was Abbe asking if you have
25   insurance?
```



Page 208

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2              MS. YUSUF:  Objection.  Calls
 3       for speculation.
 4              MR. GIMBEL:  Join.
 5       A     I think you need to ask Abbe.
 6       Q     Well, I'll refer you to a text
 7   message that you wrote on that same day at
 8   12:20 -- sorry -- excuse me, 12:30 p.m.
 9   Quote, "That what I said."
10              Do you see that?
11       A     Yeah.
12       Q     Okay.  And why is it -- why did
13   you write that?
14       A     It's a communication between me
15   and my lawyer, Matthew.
16              MS. YUSUF:  Are you referring --
17   BY MR. WOLOSKY:
18       Q     I'm referring to a text message
19   that Mr. Allaham sent to Nick Muzin that
20   says, "That what I said."
21       A     "That what I said."
22              MS. YUSUF:  He's talking about
23              12:30.
24   BY MR. WOLOSKY:
25       Q     12:30 p.m.
```



Page 209

1        Allaham - ATTORNEYS' EYES ONLY

2      A      Okay.

3             "That what I said."

4      Q      Yes.

5      A      Because Nick says, "Interesting.

6   I don't know how that makes a difference

7   to him."

8             I said, "That's what I said."

9      Q      Yes.

10            So why is it that you believed

11  that the issue of insurance did not make a

12  difference?

13            MR. GIMBEL:   Objection to the

14      form.

15      A      I don't know what's the sequence

16  of -- meaning this case had to be defended

17  with insurance or without insurance.

18      Q      In which case is it that you

19  were concerned about there being

20  insurance?

21      A      Meaning the -- your client's

22  case.

23      Q      And what is Mr. Lowell's role in

24  that case?

25            MS. YUSUF:   Objection.



MEF001765

Page 210

        Allaham - ATTORNEYS' EYES ONLY

1

2      A      I think you need to ask
3   Mr. Lowell.
4      Q      And this is an e-mail that you
5   are copying and pasting and sending to
6   Mr. Muzin.
7      A      It was not sent to me, that
8   e-mail.
9      Q      This is an e-mail that you were
10  copying and pasting and sending to
11  Mr. Muzin.
12             So what is your relationship to
13  this e-mail?
14     A      My lawyer, Matthew.
15     Q      And what is Matthew's
16  relationship to this e-mail?
17             MS. YUSUF:  Objection.  Calls
18     for attorney-client-privileged
19     information.
20             MR. WOLOSKY:  I'm not asking him
21     about his communications with his
22     counsel.
23             Can you please re-read the
24     question.
25             MS. YUSUF:  You're asking about



Page 211

1          Allaham - ATTORNEYS' EYES ONLY

2          counsel's relationship to the e-mail,

3          which calls for

4          attorney-client-privileged

5          information.

6   BY MR. WOLOSKY:

7          Q        What is -- now, are you going to

8   answer that question?

9          A        No.

10         Q        Why is your lawyer in contact

11  with Abbe Lowell?

12              MS. YUSUF:  Objection.  Calls

13         for speculation and calls for

14         attorney-client-privileged

15         information.

16  BY MR. WOLOSKY:

17         Q        Do you know why your lawyer is

18  in touch with Abbe Lowell?

19         A        Again, it's client-privileged

20  information.

21         Q        That's not your objection to

22  make.

23              MS. YUSUF:  It's the objection I

24         just made:

25              "Why is your client in contact



MEF001767

Page 212

1         Allaham - ATTORNEYS' EYES ONLY

2      with Abbe Lowell?

3            "Objection.  Calls for

4      speculation and

5      attorney-client-priveledged

6      information."

7            MR. WOLOSKY:  Well, are you

8      instructing him not to answer that

9      question?

10           MS. YUSUF:  Yes.

11   BY MR. WOLOSKY:

12      Q     And are you not answering that

13   question?

14      A     I think I would refer it to my

15   lawyers.

16      Q     And I'm asking you, so --

17           MR. WOLOSKY:  Can you go back to

18      the pending question, please.

19           (Record read)

20      A     Again, I defer it to my lawyers

21   to answer that question.

22      Q     So you're not going to answer

23   that question today?

24      A     No.  I think you can pick up the

25   phone, whatever method you can -- my



Page 213

Allaham - ATTORNEYS' EYES ONLY

1        lawyers can do the same.  I'm not going to

2        speak on behalf of my lawyers.

3        Q       And what is the role of Michael

4        Bhargava in this e-mail chain?

5               MS. YUSUF:  Objection.

6        A       I have no idea.

7        Q       Do you know who Michael Bhargava

8        is?

9               MS. YUSUF:  Objection.  Asked

10       and answered.

11       Q       You can answer it.

12       A       I don't.

13       Q       Have you ever met with Abbe

14       Lowell?

15       A       I met him many times.

16       Q       In what context did you meet

17       him?

18       A       In the restaurant.  I've met

19       every Jew on this planet.

20       Q       We just met today for the first

21       time.

22       A       You know, I was told Elliott

23       goes to one of my events and he didn't

24       pay.  He owes me.  So --



Page 214

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      Have you ever met Abbe Lowell in

3    a professional context in which you have

4    sought his legal services?

5           MS. YUSUF:  Objection.

6      A      Say that again, please.

7      Q      Have you ever met Abbe Lowell in

8    a professional context where you have

9    sought his legal services?

10     A      No.

11          MR. WOLOSKY:  So I'd like to go

12          back to the attorney-client privilege

13          assertions given that answer.

14          Will you allow him to answer

15          those questions?

16          MS. YUSUF:  No.

17          MR. WOLOSKY:  On what basis?

18          MS. YUSUF:  Attorney-client

19          privilege.

20          MR. WOLOSKY:  He just testified

21          that he never had any contact with

22          Abbe Lowell in an attorney-client

23          relationship.

24          MS. YUSUF:  You asked him if he

25          ever met Abbe Lowell in a professional



Page 215

1       Allaham - ATTORNEYS' EYES ONLY
2       context where he has sought his legal
3       services.
4               MR. WOLOSKY:  And he answered
5       no.
6               MS. YUSUF:  Right.
7               MR. WOLOSKY:  So how does he
8       have an attorney-client relationship?
9               MS. YUSUF:  I'm not testifying
10      to -- I'm stating my objection, and my
11      client's not answering based on that.
12              MR. WOLOSKY:  You're instructing
13      him not to answer, which is different
14      than stating an objection.
15              MS. YUSUF:  I'm sorry,
16      Counselor, can you restate that.
17              MR. WOLOSKY:  If you're stating
18      an objection, then your objection can
19      be noted for the record and he can
20      answer the question.
21              MR. GIMBEL:  I, for one, have
22      long since lost the thread of what
23      this question is, so I would ask that
24      it either be re-read or restated.
25              MR. WOLOSKY:  The question is:



Page 216

1       Allaham - ATTORNEYS' EYES ONLY

2       Have you ever met Abbe Lowell in a

3       professional context in which you have

4       sought his legal advice.

5              The answer was "no."

6              So given that there appears to

7       have never been contact with Abbe

8       Lowell, aside from in a social

9       context, I've asked counsel if she

10      will reconsider her instruction not to

11      answer questions concerning

12      communications with or concerning Abbe

13      Lowell concerning which she

14      asserted -- she instructed her client

15      not to answer.

16             MS. YUSUF:  No, I will not

17      reconsider it.  I think there's

18      information you don't have.  Perhaps

19      an off-the-record discussion would be

20      helpful.

21             MR. WOLOSKY:  Okay.

22             Can we have it right now?

23             MS. YUSUF:  Yes.  Let's just

24      step outside.

25             We're going to go off the record



MEF001772

Page 217

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2      for a minute.
 3             THE VIDEOGRAPHER:  The time is
 4      2:31 p.m., and we're going off the
 5      record.
 6             (Thereupon, a recess was taken,
 7      and then the proceedings continued as
 8      follows:)
 9             THE VIDEOGRAPHER:  This is the
10      start of media labeled number five.
11      The time now is 2:42 p.m., and we're
12      back on the record.
13   BY MR. WOLOSKY:
14      Q    Mr. Allaham, I would like to
15   show you a document that has been marked
16   for identification as Allaham 36.
17             (Whereupon, Document from New
18      York State Department of Corporations,
19      was marked as Allaham Exhibit 36 for
20      identification, as of this date.)
21   BY MR. WOLOSKY:
22      Q    Have you seen that document
23   before?
24      A    No.
25      Q    This is a document from the New
```



Page 218

```
 1         Allaham - ATTORNEYS' EYES ONLY
 2  York State Department of State Division of
 3  Corporations that was filed on November 9,
 4  2017, for a limited liability company
 5  called Alexis Strategies, LLC.
 6         A     I see that.
 7         Q     Did you file this document or
 8  cause this document to be filed?
 9         A     I think see the address now.  I
10  used them for accounting for a little bit
11  and might have said I liked the name, but
12  I never even -- I don't believe I picked
13  up this -- the LLC.  I don't recall seeing
14  this.
15         Q     Did you -- do you recall we
16  discussed earlier an e-mail address
17  called -- that you have called
18  alexisstrategies.com, I believe it was.
19               Do you recall that discussion?
20         A     Yes.
21         Q     And I believe you testified that
22  Alexis Strategies did not exist as a legal
23  entity.
24               Does this document refresh your
25  recollection?
```



Page 219

1        Allaham - ATTORNEYS' EYES ONLY

2        A     I have never seen it.  So

3    probably if he has done it, I never used

4    it.  I never picked it up.  It was never

5    picked up.

6        Q     So you believe that your

7    accountant filed this document without

8    your knowledge?

9        A     No, I probably have called them

10   with the name and they have probably done

11   it.  Which is, I believe, that's what

12   happened, but I never used it or I never

13   picked it up.

14       Q     What do you mean by you "never

15   picked it up"?

16       A     Meaning, when you do analyses,

17   you pick up the paperwork for it.  I never

18   picked it up.  And this is news to me that

19   it was done.

20       Q     So is this an inactive company

21   as far as you know?

22       A     Yes, but not -- correct, it is

23   not related to me, absolutely inactive,

24   yes.

25       Q     So is it inactive and not



Page 220

1           Allaham - ATTORNEYS' EYES ONLY
2    related to you or inactive but related to
3    you?
4        A       Both.  It is not active and it
5    is not related to me.  I believe -- I will
6    ask for it, if it is available -- if it is
7    there still, I'll take it.
8        Q       And if this company is not
9    active --
10               MR. WOLOSKY:  Strike that.
11       Q       If this company is not related
12   to you, how do you know that it is
13   inactive?
14       A       Because I never used it.  I
15   assume he has done it for me because I
16   liked the name.  So I don't think it
17   was -- I don't believe it is active.  I'm
18   assuming it is not.
19       Q       Do you know if it has any bank
20   accounts?
21       A       Not to my knowledge, no.
22       Q       Who would know, would your
23   accountant know?
24       A       I mean, I don't believe there is
25   a bank account, no.



Page 221

1      Allaham - ATTORNEYS' EYES ONLY

2      Q      Do you know who owns Alexis

3   Strategies, LLC?

4      A      No, I don't.

5      Q      Now, a long while ago, before we

6   went off on different topics, I was asking

7   you some questions about your first

8   becoming aware of the subpoena for

9   documents that was served on you in this

10  case.

11          And I referred you to some

12  WhatsApp messages, but you also testified

13  that Joel Mowbray told you about the

14  subpoena and threatened you.

15          Do you recall that?

16      A      I mean, I recall he arranged a

17  phone call for you.  He asked you to call

18  my lawyer, correct?

19          So he was talking to me about

20  this ongoing.  I don't remember.

21      Q      But did he specifically inform

22  you about the subpoena served on you in

23  this case?

24      A      I believe he told me the

25  subpoena was coming, yes.



Page 222

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q      Now, if you go back to Exhibit
 3   5, it's Exhibit 5, right?  Exhibit 5 on
 4   page 49.  There is a WhatsApp message from
 5   Nick Muzin to you dated April 24, 2018,
 6   called Allaham subpoena.
 7              Do you see that?
 8        A      Yes.
 9        Q      And then there is a response
10   from you to Nick Muzin that says, "It is
11   in New York Times."
12              Were you aware of the
13   subpoena --
14              MR. WOLOSKY:  Strike that.
15        Q      When Muzin sent to you the text
16   on April 24 called Allaham subpoena, did
17   you then become aware of the fact that a
18   subpoena had been served on you?
19        A      I'm not sure.  I don't know.
20        Q      Also, you remember the subpoena
21   being served on you, correct?
22        A      It was never served on me
23   personally.
24        Q      Served on your lawyer?
25        A      Yes.
```



MEF001778

Page 223

1          Allaham - ATTORNEYS' EYES ONLY

2          Q          You were aware in April that a

3    subpoena had been served on you, correct?

4          A          I don't recall.

5          Q          Do you know if you have deleted

6    any e-mails on any of your e-mail accounts

7    since the time this subpoena was served on

8    you?

9          A          E-mails, meaning?

10         Q          E-mails to your various e-mail

11   accounts about what you testified earlier,

12   your Gmail account, your iCloud account,

13   your Alexis Strategies account, and your

14   Stonington strategies account?

15         A          I don't believe so, no.

16         Q          You don't believe you deleted

17   any e-mails from those accounts since

18   April 24, 2018?

19         A          I don't believe so, no.

20         Q          Have you deleted any messages on

21   WhatsApp since that date, April 24, 2018?

22         A          Again, I told you I delete

23   messages that's inappropriate for my wife

24   to see or my kids.

25         Q          Do you recall deleting any



Page 224

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   messages on WhatsApp since that date
 3   related to your work for the State of
 4   Qatar?
 5        A    I don't believe so.
 6        Q    I'd like to ask you to look at a
 7   document that we have marked for
 8   identification as Exhibit 21.  This is a
 9   document that was produced by your
10   attorneys and is Bates stamped
11   PROD00000062 through 65.  And it is a
12   letter from Mr. Obermeier of Wiley Rein
13   dated May 17, 2018.
14             (Whereupon, Letter from Stephen
15        Obermeier of Wiley Rein, dated May 17,
16        2018, was marked as Allaham Exhibit 21
17        for identification, as of this date.)
18   BY MR. WOLOSKY:
19        Q    Have you seen this letter
20   before?
21        A    Yes.
22        Q    Did you receive this letter on
23   or around May 17, 2018?
24        A    Yes, that's what it says.
25        Q    And are you aware that this
```



MEF001780

Page 225

1        Allaham - ATTORNEYS' EYES ONLY

2   document instructs you to preserve all of

3   your documents relevant to certain

4   matters?

5        A     This is what it says.

6        Q     Did you, in fact, preserve

7   documents in accordance with this letter?

8        A     Yes.

9        Q     When you testified earlier that

10  you deleted e-mails, did you permanently

11  delete them or did they just go into your

12  trash folder?

13       A     I don't think I have a trash

14  folder, everything comes up.

15       Q     So when you delete documents on

16  your e-mails as you testified to earlier,

17  they are permanently deleted, to the best

18  of your knowledge?

19       A     I have no idea.  I don't know.

20       Q     Did you stop deleting your

21  e-mails after you received a letter from

22  Mr. Obermeier?

23       A     In the relation to this lawsuit,

24  I never -- I told you I delete junk

25  e-mails.



Page 226

1        Allaham - ATTORNEYS' EYES ONLY

2        Q       And how about WhatsApp messages,

3    did you stop deleting WhatsApp messages

4    after receiving the letter from

5    Mr. Obermeier?

6        A       I believe -- I don't usually

7    delete stuff unless inappropriate.

8        Q       I'd like to refer you back to

9    Exhibit 5.

10               When did you first start using

11   WhatsApp?

12       A       I don't remember.

13       Q       It was prior to 2017?

14       A       Probably.

15       Q       I'd like to refer you,

16   Mr. Allaham, to page 27 of this exhibit.

17               Do you see on this page there

18   are four messages between you and Mr.

19   Muzin  on  September  7  and  September  8,

20    2017?

21       A       Yes.

22       Q       Now, there are no additional

23   messages  between you and Mr. Muzin  that

24   had been produced to us until December 7,

25   2017, which appears on the next page, on



Page 227

1          Allaham - ATTORNEYS' EYES ONLY

2     pages 28, 29, when you and Mr. Muzin

3     exchanged 15 messages.

4               Did you exchange any WhatsApp

5     messages with Mr. Muzin between September

6     8 and December 7, 2017?

7     A     I don't know.  I have to check

8     my phone.

9     Q     Would you like to check your

10    phone right now?

11    A     Do I?

12    Q     Go ahead.

13              MS. YUSUF:  You're not touching

14         your phone while you're on the record.

15    Q     Do you recall if you and Mr.

16    Muzin communicated at all between the

17    dates of September 8 and December 7, 2017?

18    A     I don't know.  I really do not

19    know.

20    Q     Do you have any explanation to

21    offer as to why there are no WhatsApp

22    messages that have been produced by you

23    between you and Mr. Muzin from September 8

24    through December 7, 2017?

25              MS. YUSUF:  I'm going to object



Page 228

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2      to form.  This production was made in
 3      response to a subpoena.  So Counsel is
 4      asking a general question about
 5      communications and why none have been
 6      produced as opposed to something
 7      specific to the subpoena.
 8          MR. WOLOSKY:  I'm asking him if
 9      he had any communications with Mr.
10      Muzin between September 8 and December
11      7, 2017.
12          MS. YUSUF:  And he answered, "I
13      don't know.  I really do not know."
14  BY MR. WOLOSKY:
15      Q      Did you communicate with Mr.
16  Muzin about things other than your work
17  for the State of Qatar?
18      A      I mean, general stuff.
19      Q      From the period September 8,
20  which was when you were working with Mr.
21  Muzin on documents that relate to the
22  representation of Qatar, and December 7,
23  2017, did you communicate with Mr. Muzin
24  about subjects other than your work for
25  Qatar?
```



Page 229

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2     A     I'm sure -- I mean, we're
 3  friends, I would say.
 4     Q     And what were some of the
 5  subjects that you would have communicated
 6  with him about other than the work that
 7  you did for the State of Qatar?
 8     A     His kids, his life, his
 9  girlfriend.  Personal, social stuff.
10     Q     Now, if you flip to pages 30 to
11  31, you'll see that you and Mr. Muzin
12  exchanged 12 messages on January 26 and
13  27, 2018.
14        Do you see that?
15     A     Yes.
16        MS. YUSUF:  I'm going to object.
17     That's not how many messages were sent
18     on January 26.
19     Q     And 27, I said.  26 and 27.
20        MS. YUSUF:  I don't see any
21     messages from the 27.  So which ones?
22     Q     Let me rephrase the question.
23        I'm sorry.  Please go to page 29
24  of that exhibit.
25        Do you see a series of text
```



MEF001785

Page 230

1          Allaham - ATTORNEYS' EYES ONLY

2    messages between you and Mr. Muzin on

3    December 7, 2017?

4               Do you see that?

5         A    Yes.

6         Q    And then do you see that the

7    text messages pick up again on January 25,

8    2018?

9               Do you see that?

10        A    Yes.

11        Q    There are no messages in this

12   record between you and Mr. Muzin between

13   December 7, 2017, and January 25, 2018.

14              Do you see that?

15        A    Yes.

16        Q    Do you know why that is the

17   case?

18        A    No, I don't.

19        Q    Did you exchange any WhatsApp

20   messages with Mr. Muzin between those

21   dates?

22        A    I don't know.

23        Q    Did you and Mr. Muzin

24   communicate at all between those dates?

25        A    We probably did.  I have to



Page 231

1          Allaham - ATTORNEYS' EYES ONLY

2    check.

3          Q      Is there any reason you can

4    think of why you would not have been

5    communicating by WhatsApp during that time

6    period?

7          A      No, there is no reason.

8          Q      Now, the first message on

9    January  25, which is on page 29, after

10   that gap of several weeks, is a text

11   message   from Nick Muzin to you and it

12   begins,  "It is very good."

13             Do you know what he is referring

14   to?

15         A     No.

16         Q     Was there any prior

17   communication with Mr. Muzin about what

18   was very good?

19         A      Again, I'm looking at what you

20   see.  I have to check.

21         Q      Now, I'll represent to you that

22   there are similar gaps in your WhatsApp

23   communication with Mr. Muzin, on the

24   record, that has been produced to us at

25   other times such as April 24 and May 4,



**MEF001787**

Page 232

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   and April 13 and April 19.
 3             Are you aware of any reason why
 4   there should be gaps in your WhatsApp
 5   communication with Mr. Muzin between those
 6   dates?
 7             MS. YUSUF:  Objection.
 8             When you say gaps in his
 9        communication, you're just referring
10        to the production or something else?
11   BY MR. WOLOSKY:
12        Q     You can answer the question.
13        A     Again, I think this was produced
14   based on the subpoena.  So --
15        Q     Is it possible that you deleted
16   the WhatsApp messages that would have --
17             MR. WOLOSKY:  Strike that.
18        Q     Is it possible that you deleted
19   WhatsApp messages between those dates?
20        A     No, I don't believe so.
21        Q     I'd like you to please look at a
22   document that we have marked for
23   identification purposes as Exhibit 33.
24             (Whereupon, Supplemental
25        Statement Pursuant to the Foreign
```



Page 233

1          Allaham - ATTORNEYS' EYES ONLY

2          Agents Registration Act of 1938, as

3          amended, was marked as Allaham Exhibit

4          33 for identification, as of this

5          date.)

6    BY MR. WOLOSKY:

7          Q     It is a supplemental statement

8    filed by Muzin Capital Partners, LLC,

9    pursuant to the Foreign Agents

10   Registration Act of 1938, as amended, and

11   it was filed for the six-month period

12   ending September 30, 2017.

13              Have you seen this document

14   before, Mr. Allaham?

15        A     I probably did.

16        Q     And what was the context in

17   which you have seen it previously?

18        A     Meaning -- say that again.

19        Q     Why did you see it previously?

20        A     Because I remember my lawyers

21   were doing the registration for it.  They

22   were working with Nick's lawyers.

23        Q     And who were those lawyers

24   acting for you?

25        A     Arent Fox.



Page 234

Allaham - ATTORNEYS' EYES ONLY

1

2      Q      And if you skip to page 10 of

3  this document.

4      A      Yes.

5      Q      Question 5B reads, "During the

6  six-month reporting period, has a

7  registrant hired as employees or any

8  capacity any persons who rendered or will

9  render services to the registrant directly

10  or in furtherance of any foreign

11  principals other than a clerical or

12  secretarial or in a related or similar

13  capacity," and the box is checked "yes."

14  And your name is listed as such a person

15  who was hired by Muzin Capital Partners,

16  LLC, and it sets forth that you were

17  retained as a consultant in connection

18  with the representation of the democratic

19  party of Albania.

20            Is that accurate?

21      A      This is what it reads.

22      Q      Is it an accurate statement that

23  you were retained to do work by Mr. Muzin

24  or by his entity in connection with the

25  representation of the democratic party of



Page 235

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   Albania?
 3        A     So what's the question?
 4              MR. WOLOSKY:  Can you please
 5        re-read the question.
 6              (Record read)
 7        A     It is.
 8        Q     And if you turn to page 13 of
 9   that same document.
10        A     Yes.
11        Q     There is a section at the bottom
12   called disbursements, monies.
13              Do you see that?
14        A     Yes.
15        Q     Okay.
16              And do you see that it records a
17   payment to you or an entity called AFH
18   Associates?
19        A     Yes.
20        Q     For $52,000 on April 5, 2017.
21              Do you see that?
22        A     Yes.
23        Q     Was that payment, in fact, made
24   to you or to your entity, AFH Associates?
25        A     Yes.
```



**MEF001791**

                                        Page 236

1        Allaham - ATTORNEYS' EYES ONLY

2        Q       And what was that payment for?

3        A       For what it states on page 10.

4        Q       To do work for the democratic

5    party of Albania?

6        A       Not for Albania.  Whatever it

7    says on page 10, it describes what the

8    services are.

9        Q       And what specifically did you do

10   in furtherance of this representation?

11           MS. YUSUF:  I'm going to object

12       to relevance.

13       A       Consultant.

14           MR. GIMBEL:  It seems like we're

15       deep sea fishing now.

16       Q       Consulting to whom, Mr. Muzin?

17       A       It says it on page 10.  If you

18   would like me to read it to you, or you

19   read it already.

20       Q       What work did you do for the

21   democratic party of Albania?

22       A       Consultant.

23       Q       And what specific facts did you

24   perform in connection with your consulting

25   work?



Page 237

1        Allaham - ATTORNEYS' EYES ONLY

2     A     I don't remember.

3     Q     What was the advice that you

4  provided pursuant to your consulting work

5  to the democratic party of Albania?

6            MS. YUSUF: Objection. Assumes

7     facts not in evidence.

8     A     I don't remember.

9     Q     Did you do any work for the

10  $52,000 that you received from Mr. Muzin's

11  entity?

12    A     Consultant. I was consulted.

13    Q     And did you go to Albania?

14    A     No.

15    Q     Did you meet with any Albanians?

16    A     Albanians -- I had a lot of

17  employees that were Albanians so I met

18  with Albanians, yes.

19    Q      Now, I'd like for you to look at

20  a document that we have marked for

21  identification as Allaham Exhibit 34.

22            (Whereupon, Short Form

23     Registration Statement Pursuant to the

24     Foreign Agents Registration Act of

25     1938, as amended, was marked as



Page 238

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Allaham Exhibit 34 for identification,
 3        as of this date.)
 4   BY MR. WOLOSKY:
 5        Q     This is your short form
 6   registration statement filed pursuant to
 7   the Foreign Agents Registration Act in
 8   connection with this same work performed
 9   by you and Mr. Muzin for the democratic
10   party of Albania.
11             MS. YUSUF:  I'm going to object
12        again on relevance because I really
13        thought we were here relating to the
14        action that was filed in the Central
15        District of California, but hopefully
16        I'll see the connection soon.
17   BY MR. WOLOSKY:
18        Q     Do you see on page 1, question
19   11 asks you to describe separately and in
20   detail all services which you will render
21   to the foreign principal?
22             Do you see that box?
23        A     Yes.
24        Q     And you reply, "The registrant
25   assisted with promoting the visions and
```



Page 239

1          Allaham - ATTORNEYS' EYES ONLY

2     goals of the democratic party of Albania

3     to business and political leaders in the

4     United States."

5               Do you see that?

6     A     Yes.

7     Q     How did you assist in promoting

8     the visions and goals of the democratic

9     party of Albania to business and political

10    leaders in the United States?

11    A     I don't remember the -- it's

12    been a while.  So -- but they wanted to,

13    you know, get investors and get people to

14    invest in Albania.

15    Q     Now, if you turn to the second

16    page of this document, it says that it was

17    signed on November 14, 2017, by you.

18              Do you see that?

19    A     I see my name, yes.

20    Q     Do you see the date?

21    A     Yes.

22    Q     And this date is after the date

23    on which you were retained by the State of

24    Qatar, correct?

25    A     Yes.



MEF001795

Page 240

1       Allaham - ATTORNEYS' EYES ONLY

2       Q      Can you tell me any business or

3    political leaders in the United States

4    that you worked with to promote the

5    visions and goals of the democratic party

6    of Albania?

7       A      I never worked with any

8    politicians.

9       Q      So what is this money for that

10   you're receiving, $52,000?

11      A      Consulting and -- consultant.

12   Business consulting.

13      Q      And if you go back to Exhibit

14   33, on the same page that we were on

15   previously, page 13, there is a section at

16   the top called receipt -- receipts,

17   monies.

18             Do you see that?

19      A      Page what?

20      Q      Top of page 13.

21      A      Yes.

22      Q      And there is a company called

23   Biniatta Trade LP which paid $150,000 in

24   support of this project.

25             Do you see that?



MEF001796

Page 241

1        Allaham - ATTORNEYS' EYES ONLY

2        A      Yes.

3        Q      And what is Biniatta Trade LP?

4               MS. YUSUF:  Objection.

5        A      I don't know.

6        Q      Were you engaged in discussions

7   at any point or communications at any

8   point with Mr. Muzin about Biniatta Trade?

9        A      No.  Not that I recall.  I don't

10  want to say no.  I don't remember.

11  Q    Can you   please     turn to Exhibit

12  5, page 35.

13       A      Exhibit 5?

14       Q      Exhibit 5, on page 35.

15       A      Yes.

16       Q      Okay.

17              Do you see there is a text

18  message from Mr. Muzin to you on March 8,

19  2018, it is the third one from the bottom,

20  and it says, "Broidy is saying Biniatta

21  framed him."

22              Do you see that?

23       A      Yes.

24       Q      And you respond, "Holy shit."

25              Do you see that?



Page 242

```
1          Allaham - ATTORNEYS' EYES ONLY
2      A     Yes.
3      Q     Does that refresh your
4  recollection of what Biniatta Trade is?
5      A     I don't -- no, I don't really
6  remember the -- no, I don't remember the
7  conversation.
8      Q     Does it refresh your
9  recollection of communications that you
10  had with Mr. Muzin concerning Biniatta
11  Trade?
12      A     No, I don't.
13      Q     Is Biniatta Trade a Russian
14  entity to the best of your knowledge?
15      A     I have no clue.
16      Q     Does it bear any relation to the
17  work that you have done for Qatar?
18      A     I'm sorry?
19      Q     Does Biniatta Trade bear any
20  relation to the work that you have done
21  for Qatar?
22      A     Not to my knowledge at all.
23      Q     Does Biniatta Trade bear any
24  relation to the work that you have done or
25  wish to do for Morocco?
```



MEF001798

Page 243

1        Allaham - ATTORNEYS' EYES ONLY

2        A      No, not to my knowledge.

3        Q      Did Biniatta Trade bear any

4    relation to the work that you did for the

5    democratic party of Albania?

6        A      Again, I was not involved in

7    that.   I don't know.   I was a

8    subcontractor so I don't know.

9        Q      Do you want to take a short

10   break?

11       A      Sure.

12              THE VIDEOGRAPHER:   The time is

13              3:16 p.m., and we're going off the

14              record.

15              (Thereupon, a recess was taken,

16              and then the proceedings continued as

17              follows:)

18              THE VIDEOGRAPHER:   This is the

19              start of media labeled number 6.   It

20              is now 3:31 p.m., and we're back on

21              the record.

22   BY MR. WOLOSKY:

23       Q      Mr. Allaham, I'd like to ask you

24   some questions about Stonington

25   Strategies, LLC.



Page 244

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2             Do you know what Stonington
 3   Strategies, LLC is?
 4     A     What do you mean if I know what
 5   Stonington is?  It's an LLC.
 6     Q     And do you have an ownership
 7   interest in that business?
 8     A     No.
 9     Q     Do you know who does?
10     A     I assume it's Nick.  I'm not
11   sure if there's any others.
12     Q     And have you ever been
13   associated with Stonington Strategies,
14   LLC?
15     A     What term you mean,
16   "associated"?
17     Q     Have you ever done work with
18   Stonington Strategies?
19     A     I mean, I work parallel with
20   Nick, so it's a very broad question.
21     Q     I'd like to show you an exhibit
22   that we have marked for identification as
23   Exhibit -- Allaham Exhibit 25.
24             (Whereupon, Exhibit A to the
25        registration statement filed by
```



MEF001800

Page 245

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Stonington Strategies, LLC, was marked
 3        as Allaham Exhibit 25 for
 4        identification, as of this date.)
 5   BY MR. WOLOSKY:
 6        Q     It is a -- it's Exhibit A to the
 7   registration statement filed pursuant to
 8   the Foreign Agent's Registration Act of
 9   1938, filed by Stonington Strategies, LLC
10   as registrant.  And it's dated -- the date
11   of filing is September 3, 2017.
12              Have you ever seen this document
13   before, Mr. Allaham?
14        A     I'm not sure.
15        Q     If you go to box 1, it says,
16   "Name and address of registrant."
17              Do you see that?
18        A     Yes.
19        Q     Do you see that the address
20   that's provided is 550 Madison Avenue?
21        A     Yes.
22        Q     That is the address that you
23   used in 2017 for your business interests,
24   correct?
25        A     Yes.
```



Page 246

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q       Do  you  have  any  idea  why
 3   Stonington  Strategies  used  that  address  on
 4   its  FARA  Exhibit  A  form?
 5        A       No,  I don't.   I  have  no  idea.
 6        Q       Did  Stonington  Strategies
 7   maintain  an  office  at  550  Madison  Avenue
 8   in  2017?
 9        A       Not  to  my  knowledge,  no.
10        Q       Did  Stonington  Strategies  use
11   your  offices  at  550  Madison  Avenue  in
12   2017?
13        A       I don't  think  --  I  believe  he
14   needed  an  address  in  New  York,  and  he  had
15   no  address  to  file  his  FARA  or  something,
16   and  I  was  --  it  was  okay  with  me,  if  I
17   recall  my  recollection.   That's  the  only
18   relationship;  he  just  used  my  address  for
19   New  York.   He  said  it  was  a  New  York
20   address.
21        Q       Do  you  know  why  he  needed  a  New
22   York  address  for  his  FARA  registration
23   form?
24        A       I  have  no  idea.
25        Q       Did  he  use  this  address,  to  your
```



**MAGNA** ▶

**LEGAL SERVICES**

**MEF001802**

Page 247

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2   knowledge, for your and his convenience so
 3   that you could work on Qatar matters
 4   together?
 5               MS. YUSUF:  Object to the form.
 6      A      We had no agreement.  I have no
 7   agreement with Stonington.
 8      Q      Did he pay you rent for the use
 9   of this address?
10      A      What date was this filed?
11   Q   It     was filed    in November of
12   2017.
13               MS. YUSUF:  Objection.  That's
14      misstated.  This says it was September
15      3, 2017.
16      Q      Sorry.  September 2017.
17      A      I don't think I was in business
18   at that time.
19      Q      Do you know where Mr. Muzin
20   lives?
21      A      Somewhere in DC.
22      Q      Have you been to his house?
23      A      Yes.
24      Q      Do you know if he lives in
25   Maryland or DC?
```



Page 248

1        Allaham - ATTORNEYS' EYES ONLY

2        A       I'm not sure.  I'm not very

3   familiar with it.

4        Q       Have you used his offices in the

5   same manner as he has used your business

6   addresses?

7        A       No.

8        Q       Do you know if Stonington

9   maintains any bank accounts?

10       A       I don't know.

11       Q       But you did, from time to time,

12  engage in financial transactions with

13  Stonington or Mr. Muzin, correct?

14               MS. YUSUF:   Objection.

15       A       No.

16       Q       You did at various times engage

17  in financial transactions with entities

18  controlled by Mr. Muzin, correct?

19       A       Yes.

20       Q       And do you recall what banks he

21  used for those transactions?

22       A       No, I don't.

23       Q       Do you know what Stonington's

24  main phone number is?

25       A       No.



Page 249

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      When you needed to speak with

3   Nick Muzin, did you use his cell phone

4   number exclusively, or were there other

5   numbers, such as an office number, that

6   you used for Stonington?

7      A      His cell phone only.

8      Q      Has Stonington done work for the

9   State of Qatar?

10      A      That is what I'm saying; I

11   believe it didn't.

12      Q      You're not aware of any work

13   that Stonington did for the State of Qatar

14   except for its public filings?

15      A      I'm not --

16           MR. GIMBEL:   Objection to form.

17      A      I'm not answering for

18   Stonington.  I have no -- nothing to do

19   with Stonington.

20      Q      You have to answer the questions

21   that are posed to you to the best of your

22   knowledge.

23      A      So then can you re-ask it,

24   please.



MEF001805

Page 250





Page 251





MEF001807

Page  252





MEF001808

Page 253





Page 254





MEF001810

Page 255





MEF001811

Page 256





Page 257





MEF001813

Page 258





Page 259





Page 260





MEF001816

Page 261





MEF001817

Page 262





MEF001818

Page 263





Page 264





Page 265





Page 266





MEF001822

Page 267





Page 268





MEF001824

Page 269





MEF001825

Page 270





MEF001826

Page 271





Page 272





Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 572 of 684

Page 273





MEF001829

Page 274





MEF001830

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 574 of 684

Page 275





Page 276





MEF001832

Page 277

```
13          Now, I'm going to ask you to
14    look at an exhibit that we have marked for
15    identification as Allaham Exhibit 9.
```



Page 278





MEF001834

Page 279





MEF001835

Page 280





Page 281





Page 282





Page 283





Page 284





MEF001840

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 584 of 684

Page 285





Page 286





Page 287





Page 288





Page 289





Page 290





Page 291





Page 292





Page 293





Page 294



```
12              MR.  GIMBEL:   Let's take  the
13       break  you  requested.
14              THE  VIDEOGRAPHER:   The  time  is
15       4:22  p.m.,  and  we're  going  off  the
16       record.
17              (Thereupon,  a  recess  was  taken,
18       and  then  the  proceedings  continued  as
19       follows:)
20              THE  VIDEOGRAPHER:   This  is  the
21       start  of  media  labeled  number  seven.
22       The  time  is  4:30  p.m.,  and  we're  back
23       on  the  record.
24   BY  MR.  WOLOSKY:
25       Q       Okay.   I'm  going  to  ask  you,
```



**LEGAL SERVICES**

**MEF001850**

Page 295

1        Allaham - ATTORNEYS' EYES ONLY

2   Mr. Allaham, to look at the document that

3   we have marked for identification as

4   Exhibit 27.

5            (Whereupon, E-mail with

6        attachment, was marked as Allaham

7        Exhibit 27 for identification, as of

8        this date.)

9   BY MR. WOLOSKY:



MEF001851

Page 296





MEF001852

Page 297





MEF001853

Page 298





MEF001854

Page 299





MEF001855

Page 300





MEF001856

Page 301

 5       Q      Did you have concerns that

 6  Elliott Broidy had access to the top

 7  levels of the White House and was lobbying

 8  against Qatar?

 9       A      I had no idea who Elliott Broidy

10  was to be honest with you.  I had no clue

11  who the man was until probably January.  I

12  have read the name, but I never connected

13  it.  It was always Joel Mowbray was the

14  lobbyist against Qatar.  So I never took

15  -- you know, to be honest here, Nick

16  writes a lot and he talks a lot, so I

17  never took it serious.  To me, he was

18  pitching and being a salesman.  He is a

19  good writer.  So that's all I took it as,

20  serious as that.

21       Q      Did Nick have concerns that

22  Elliott Broidy had access to the top

23  levels of the White House and was lobbying

24  against Qatar?

25             MS. YUSUF:  Objection.



```
                                          Page 302
 1        Allaham - ATTORNEYS' EYES ONLY
 2        A      Again, I can't speak for Nick,
 3    but one thing I would say for sure, him
 4    and Joel Mowbray are two enemies.  They
 5    hated each other.  So they were going at
 6    each other's throat anytime they can.
 7              So I was not sure if this was
 8    really truth, reality, or it is their
 9    personal.  And I do believe, then, it was
10    more of a personal, who is going to sort
11    of be more successful than the other one.
12    They had true rivalry, and they were best
13    friends and they became enemies.
14              So this is really how much I
15    thought of it.  I never -- I knew he was
16    close to Royce because I hosted him
17    several times together, so I was invited
18    to lunch together with them.  So I knew
19    that part is true.
20              So to the extent of Elliott, I
21    don't, I never really honestly bought into
22    it.  And Nick was more obsessed with Joel
23    and how they can go at each other's
24    throat.
25        Q      I'm sorry, you mentioned a lunch
```



MAGNA
LEGAL SERVICES
MEF001858

Page 303

1        Allaham - ATTORNEYS' EYES ONLY

2    with Ed Royce.

3             Who attended that lunch?

4    A    I was -- Joel invited me.  Joel

5    likes free meals.  So when they invited me

6    in my own place, meaning he wants a free

7    meal.  So I was invited to a lunch, but I

8    did not attend it, I hosted them.

9        Q    I see.

10            And did you ever discuss with

11   Nick concerns that he had that Elliott

12   Broidy had access to the top levels of the

13   White House that would interfere with his

14   plans to work for Qatar?

15   A    Say that again, I'm sorry.

16   Q    Can you re-read the question,

17   please?

18            (Record read)

19   A    No, I don't recall.

20   Q    Did you ever have discussions

21   with Jamal Benomar about the influence

22   that Elliott Broidy had at the top levels

23   of the White House lobbying against Qatar?

24   A    I don't think I knew about it,

25   so I would not have a discussion about



Page 304

1           Allaham - ATTORNEYS' EYES ONLY





Page 305





Page 306





MEF001862

Page 307





Page 308





MEF001864





MEF001865

Page 310





Page 311





Page  312





Page 313



```
10      Q      Who is Jack Abernathy?

11      A      A friend of mine.

12      Q      What kind of work do you do with

13   Jack Abernathy?

14             MS. YUSUF:  Objection.  Assumes

15      facts not in evidence.

16      Q      Do you do work with

17   Mr. Abernathy?

18      A      No, I don't.

19      Q      Is your relationship strictly

20   personal?

21      A      I would say personal.  I mean he

22   had a crypto company, whatever,

23   bitcoin-type-of-thing a month or two ago.

24   I mean it is more personal, but he asked

25   me to invest and I did not invest.
```



Page 314

1        Allaham - ATTORNEYS' EYES ONLY

2    Nothing more than that.

3        Q     Did you ever discuss with him

4    your work with the State of Qatar?

5        A     Never.

6        Q     Do you know why he was on

7    WhatsApp message chats with Jamal Benomar

8    and Nick Muzin?

9             MS. YUSUF:  Objection.  Assumes

10        facts not in evidence.

11            MR. GIMBEL:  Objection.

12       A     He was never with Jamal in a

13   conversation.

14   Q   Can   I   refer   you back to Exhibit

15   5.

16       A     Sure.

17       Q     The page that is Bates stamped

18   number 50 in that exhibit.

19            Do you see a series of text

20   messages that include Jack Abernathy's

21   name on the left-hand side?

22       A     Yes.

23       Q     Do you have any idea why Jack

24   Abernathy's name is there?

25       A     I looked and this is -- I



Page 315

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   brought this up with my counsel.  This was
 3   deleted before Jamal became part of the
 4   text.  Jack was never in the text with us.
 5   He was never part of it.
 6        Q      So he was deleted from the text
 7   messages, that group chat that included
 8   Nick Muzin and Jamal?
 9        A      That me, Nick, and Jack.  Jack
10   was taken out when Jamal -- I think, a day
11   or two, when Jamal came in.
12        Q      Do you know where that text
13   message is that includes Jamal in that
14   group chat?
15        A      I don't believe it was any.  The
16   way this reads, it's different, the way it
17   shows on the phone.  But I don't believe
18   it was ever -- I don't believe it was ever
19   a time that they were together.
20        Q      Mr. Abernathy was part of a
21   group chat with you and Mr. Muzin, but
22   then when Jamal Benomar was added, Jack
23   Abernathy was deleted; is that correct?
24            MS. YUSUF:   Objection.
25        Misstates the testimony.  I think he
```



Page 316

1          Allaham - ATTORNEYS' EYES ONLY
2          said it was the other way around.
3          Q     Can you answer the pending
4     question?
5               MR. WOLOSKY:  Can you --
6               (Record read)
7          A     I think it was a much period of
8     time before that.  There was no
9     conversation initiated between the three
10    of us, between Nick, me, and Jack.
11    Probably, a month or two before that was
12    no conversation, just a group that was
13    created for that.
14         Q     For you, Nick and Jack?
15         A     Yeah, just to chat.  Jack is,
16    you know, a smart guy and just to -- but
17    when, I believe -- and this is something
18    that I saw on my phone -- when Jamal
19    joined, Jack was taken out, but there was
20    no conversation between the three of us,
21    which is me and Nick and Jack, probably
22    days or months before Jamal was added,
23    with Jack.
24         Q     What were the subject matters
25    concerning which you and Nick and Jack



Page 317

1        Allaham - ATTORNEYS' EYES ONLY

2    chatted?

3             MS. YUSUF:   Objection.

4    Relevance.

5    A      It is really unrelated to this.

6    So it is not something that is relevant.

7    Q      What was the subject matter?

8    A      I don't know.  I really don't

9    recall, but nothing to do with Qatar or

10   anyone on this list.  It is really just he

11   is an experienced lobbyist and just --

12   nothing that really has any relevance that

13   I can recall.

14   Q      Because he was an experienced

15   lobbyist, did you or Mr. Muzin consult

16   with him about activities you were engaged

17   in?

18   A      I don't recall us consulting

19   anything to do with -- any relationship.

20   It was just I knew Jack.  I introduced him

21   to Nick.  So we were looking for clients,

22   so Nick thought Jack could get the clients

23   since he was no longer in the lobbying

24   business.  So it was just pure friendship,

25   that is looking to help us get clients.



Page 318

1        Allaham - ATTORNEYS' EYES ONLY

2        Q       And do you know if Jack helped

3    Nick to get clients?

4        A       I don't recall that he did, no.



MEF001874

Page 319





MEF001875

Page 320





MEF001876





MEF001877





LEGAL SERVICES

MEF001878

Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 622 of 684

Page 323





Page 324



```
13        Q      Do you know Michael Avenatti?
14        A      I do not know him.  I have seen
15   him on TV.
16        Q      To the best of your
17   recollection, did you place or receive
18   phone calls using WhatsApp with Jamal
19   Benomar?
20        A      Yes.  I probably did.
```



MAGNA
LEGAL SERVICES
MEF001880

Page 325





Page 326



```
10     Q      Did you speak to Mr. Klein
11  regularly by telephone?
12     A      Yes.
13     Q      What were the subject matters of
14  your discussions?
15     A      Mort likes to call every hour,
16  and it's always anything to do with,
17  honestly, Israel-related-type-of-thing.
18  It is all about -- mostly about Israel and
19  his organization.
```







MEF001883

Page 328

```
11     Q      And when you spoke with Mort
12  Klein about his decision to reach --
13  release a negative statement about Qatar
14  on June 6, 2018, did you also tell
15  Mr. Klein that you would be cutting your
16  ties with Qatar?
17     A      Cutting my ties with Qatar was
18  probably around the same time.  I mean
19  that reason was part of the break up.
20     Q      And did you tell Mr. Klein that
21  part of the reason why you were cutting
22  your ties was because you did not receive
23   payments that you thought you were
24   entitled to?
25     A      That was not -- again, that was
```



Page 329

1        Allaham - ATTORNEYS' EYES ONLY

2    not the reason really.  Just my job was

3    done.  I wanted to be out way before.

4        Q      Did you discuss that with

5    Mr. Klein?

6        A      No, I don't recall that.

7        Q      Did you discuss that with Mr.

8    Muzin?

9        A      I don't -- it's not -- that was

10   my decision.  You saw my text from

11   February, I was asking to -- I gave my

12   notice.

13       Q      Around the same time as both you

14   and Mr. Klein cut your ties with Qatar,

15   Mr. Muzin did the same, correct?

16       A      I believe he did it.

17       Q      Did you discuss with Mr. Muzin

18   his decision to cut his ties with Qatar?

19       A      I mean he expressed to me that

20   he was also going to do it.

21       Q      Did he say why?

22       A      I'm not sure.  I mean -- I was

23   not involved in his discussions with the

24   embassy.

25       Q      It was a good contract for him,



Page 330

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2   wasn't it?
 3               MS. YUSUF:   Objection.
```

[redacted]

```
 7     A      Again, this is not a question
 8   I'm going to answer for Nick.
 9     Q      Did you discuss with him his
10   reasons for terminating his contract with
11   Qatar?
12     A      No, I'm not.
13     Q      Are you aware of the reasons why
14   he terminated his relationship with Qatar?
15     A      I can't comment on it because I
16   don't want to speculate on why.  He
17   never -- I was not really in the loop of
18   the embassy and meetings and stuff.
19     Q      Do you know if it was his
20   decision to sever his relationship with
21   Qatar?
22     A      Or?
23     Q      Or Qatar's decision to sever its
24   relationship with him?
25     A      I think it is clear that he put
```



Page 331

1        Allaham - ATTORNEYS' EYES ONLY

2    out, that's not for me to answer.  I think

3    Qatar should answer or Nick should answer

4    for that.

5        Q     But are you aware of the

6    reasons?

7        A     No, I'm not.



Page 332





Page 333





Page 334





MEF001890

Page 335





MEF001891

Page 336





MEF001892

Page 337





MEF001893

Page 338





Case 1:19-cv-00150-DLF   Document 202-6   Filed 08/29/23   Page 638 of 684

Case 2:18-cv-02421-JFW-E   Document 238-20   Filed 10/17/18   Page 340 of 386   Page ID #:5510

Page 339





MEF001895

Page 340



25        Q        Are you paying for your



```
                                              Page 341
 1         Allaham - ATTORNEYS' EYES ONLY
 2    attorneys?
 3         A     Yes.
 4         Q     Do you have an agreement with
 5    any party to reimburse or indemnify your
 6    legal fees?
 7         A     No.
 8         Q     I'm going to take you through
 9    some of the text messages that you
10    exchanged, WhatsApp messages you exchanged
11    with various parties.  We have been
12    through a lot of them already.  This is at
13    Exhibit 19.
14               Sorry, Exhibit 5, yes.
15         A     You need the coffee.
16         Q     I do.  I need different tabs as
17    well.
18               So let's start quickly and we'll
19    go through this.  The document that's
20     Bates stamped 24.
21         A     Page 24, yes.
22         Q     Page 24.
23               Do you see that?
24         A     Yes.
25         Q     And we talked about this page
```



MEF001897

Page 342

1        Allaham - ATTORNEYS' EYES ONLY

2    already.

3        A    Yes.



Page 343





Page 344





Page 345



19      Q       Now, on the next page which is

20   Bates stamped 28.

21      A       Yes.

22      Q       Do you see there are e-mails --

23   excuse me, WhatsApp messages that refer to

24   Broidy Capital.  It is a message from Nick

25   Muzin to you, December 7, 2017, at 9:42



MEF001901

Page 346

```
 1          Allaham - ATTORNEYS' EYES ONLY

 2    a.m.   It is the third from the bottom.

 3              Do you see that?

 4              Broidy Capital is his company.

 5    A      Yes.

 6    Q      And then you respond, "He is, he

 7    one."

 8              Do you see that?

 9    A      Yes.

10    Q      What does that mean?

11    A      Meaning, I remember that Nick

12    was having a hard time getting -- he got

13    disinvited to the Vegas event.

14    Q      And what is the Vegas event?

15    A      I think the Republican

16    National -- RNC.

17    Q      Why did he get disinvited from

18    the Vegas event?

19    A      I have no idea.

20    Q      Did he believe that Broidy got

21    him uninvited to the Vegas event?

22    A      I have no idea.

23    Q      Can you turn to the next page,

24    please, Bates stamped 29.

25    A      Yes.
```



**MAGNA** ◉
LEGAL SERVICES

**MEF001902**

Page 347

1        Allaham - ATTORNEYS' EYES ONLY

2        Q      The third -- I'm sorry, the top

3    e-mail.   Sorry.

4             MR. WOLOSKY:   Strike that.



MEF001903

Page 348

10     Q      And then you write, "Broidy

11   spoke to Malcolm."

12            Do you see that?

13     A      Yes.

14     Q      And why did you write that?

15     A      Because Malcolm told me that

16   Broidy spoke to him.

17     Q      About what?

18     A      No, just he was nice to him and

19   he spoke.   That's all.   The way he says

20   it.

21     Q      Now, the very last WhatsApp

22   message on that page is a WhatsApp message

23   from Nick Muzin to you on January 25,

24   2018, at 5:42 p.m.

25            Do you see that?



**MAGNA**
LEGAL SERVICES
MEF001904

Page 349

1          Allaham - ATTORNEYS' EYES ONLY

2     A      Yes.

3     Q      Okay.

4            It says, "We got the press going

5     after Broidy."

6            Do you see that?

7     A      Yes.

8     Q      Do you know what he is referring

9     to?

10    A      I think he was referring to a

11    lot of reporters calling him.  A lot of

12    reporters are calling him telling him

13    that, you know, they have information on

14    Broidy.

15    Q      He seems to be saying, "We got

16    the press going after Broidy."

17           Who is the "we" in that

18    sentence?

19           MS. YUSUF:  Objection.

20    A      I don't know who the "we" is.

21    Q      Were you involved in getting the

22    press to go after Broidy?

23    A      Never, I never spoke to a

24    reporter until last week probably.

25    Q      Who was Nick Muzin working with



**MAGNA**
LEGAL SERVICES

**MEF001905**

Page 350

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   to get the press to go after Broidy?
 3        A    I have no idea.
 4             MR. GIMBEL:  Objection.  Assumes
 5        facts not in the record.  Lacks
 6        foundation.
 7   BY MR. WOLOSKY:
 8        Q    Now, he says, "I e-mailed you."
 9             Do you see that?
10        A    Yes.
11        Q    I'd like to -- I'd like you to
12   take a look at an exhibit that we have
13   marked.  I believe we have marked it
14   Exhibit 23.
15             This is an e-mail produced to us
16   by your lawyers.  It's Bates stamped
17   PROD000000075.
18             (Whereupon, E-mail from Nick
19        Muzin to Joey Allaham, Dated January
20        25, 2018, was marked as Allaham
21        Exhibit 23 for identification, as of
22        this date.)
23   BY MR. WOLOSKY:
24        Q    It is an e-mail that has been
25   forwarded to you from Nick Muzin on
```



Page 351

1       Allaham - ATTORNEYS' EYES ONLY

2    January 25, 2018, at 5:25 p.m.  And the

3    forwarded e-mail is an e-mail from Ben

4    Wieder to Nick Muzin dated January 26,

5    2018, at 1:09 a.m.

6       A     Okay.

7       Q     And Nick Muzin writes to you in

8    the forwarding e-mail, "Time to rock."

9             Do you see that?

10      A     Yes.

11      Q     What does he mean by, "Time to

12   rock"?

13            MR. GIMBEL:  Objection.  Calls

14      for speculation.

15      A     I mean, nearer to the bottom

16   e-mail, "Hope you had a good flight.

17   Sending along my contact info.  As I

18   mentioned, we spoke briefly.  I am working

19   on a story about Elliott Broidy and hoping

20   to talk.  Let me know when is best for

21   you."

22            I mean, I don't know what he

23   meant, but it clearly states that somebody

24   was working on a story, and Nick was

25   excited.



MEF001907

Page 352

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2       Q       And he conveys that excitement
 3  to you, correct?
 4       A       He wrote it, yes.
 5       Q       And did you share his
 6  excitement?
 7       A       No.
 8       Q       Why was he excited?
 9               MS. YUSUF:   Objection.
10       A       I don't know.
11       Q       Did you ever discuss with Nick
12  Muzin why he was excited that the media
13  was going after Elliott Broidy?
14       A       I mean it is not -- again, we
15  were not -- or I was not, I should say for
16  me, that -- aware of what's coming down on
17  Elliott.  So it was something that's -- I
18  cannot speak for Nick about.
19       Q       Why would you think he would be
20  excited and that it is time to rock?  Did
21  he dislike Elliott Broidy?
22       A       Again, I think it is a rivalry.
23  It is competition.  So this is how I
24  perceive it.  I cannot look at it any
25  different way.  I mean he has to answer it
```



Page 353

1        Allaham - ATTORNEYS' EYES ONLY

2    for himself.

3        Q    Did you ever discuss with Nick

4    Muzin how Mr. Broidy was an impediment of

5    the successful completion of his lobbying

6    work for Qatar?

7        A    I don't think I knew to what

8    extent it was, or Nick did. I don't want

9    to speak on his behalf. But I don't think

10   anyone knew what extent Elliott had, so.

11   You know, to us, Joel is the guy who was

12   lobbying for Qatar. I never believed

13   Broidy was.

14       Q    Did Nick believe that Elliott

15   Broidy was having discussions with senior

16   U.S. officials about Qatar?

17           MS. YUSUF:   Objection.

18       A    I don't know. I cannot speak

19   for him, but for myself, I never believed

20   it.

21       Q    Now, can you please go back to

22   the exhibit that we were looking at a

23   moment ago, Exhibit 5, the exhibit of

24   WhatsApp messages.

25       A    Yes.



Page 354

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q     Now, we were just on page 29.
 3   We discussed the e-mail.
 4        A     Yes.
 5        Q     I'm sorry.  Before we go on, do
 6   you know who Ben Wieder is?
 7        A     Ben Wieder?
 8        Q     Yes, on Exhibit 23.
 9        A     Exhibit 23?  No, I don't.
10        Q     Have you ever talked to him?
11        A     Never.  And I'll state on the
12   record, I never spoke to any reporters
13   until my last-week article.
14        Q     Now, going back to Exhibit 5,
15   the next page, Bates stamp 30, can you
16   turn to that page.
17        A     Yes.
18        Q     You reply within 60 seconds to
19   Mr. Muzin's e-mail, that said, "We got the
20   press going after Broidy."  You reply,
21   "Just be very careful."
22              Why were you advising Mr. Muzin
23   to be very careful?
24        A     Because I did not really believe
25   that all of this stuff was not relevant to
```



Page 355

1        Allaham - ATTORNEYS' EYES ONLY

2    me.  I sympathized with what happened with

3    Elliott, to be honest.



Page 356

11        Q        Is there any place in these

12    WhatsApp messages that you can point to

13    that refers to the documentary?

14        A        I don't see it.

15        Q        Do you --

16        A        Usually, I'm going to state

17    also, when I was doing things, I never

18    liked to share with anybody because I

19    don't want it to end up in the press.  So

20    I knew that something that's -- I don't

21    want it to end up being in the press until

22    it is done.

23        Q        Right.  But the immediate

24    message to which you're replying says, "We

25    got the press going after Broidy."  So you



Page 357

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   reply, "Alan is doing something tomorrow
 3   himself."
 4            Is your testimony that that had
 5   nothing to do with the press going after
 6   Broidy?
 7      A      Absolutely not.  We have --
 8   absolutely not.
 9      Q      Why would you write that message
10   in response to Mr. Muzin's about the press
11   going after Broidy?
12      A      I stated, again, I never
13   believed in speaking to the press.  It
14   only screws things up.  So I just
15   always -- I'm paranoid from the press.
16      Q      And then the last sentence in
17   that text message is, "He helped so the
18   hill one which I think is great."
19            What does that mean?
20      A      The article in The Hill that he
21   wrote.
22      Q      That who wrote?
23      A      Mr. Dershowitz.
24      Q      And then two text messages down
25   you write to Mr. Muzin, "This Vegas thing
```



Page 358

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   is bothering me."
 3             What is that in reference to?
 4      A     Him being -- I think -- I don't
 5   really recall, but I think he was
 6   kicked -- I don't know if he was kicked
 7   out or something he was -- he told me
 8   about, he was kicked out.
 9      Q     Now, the last WhatsApp message
10   on this page is a message from you to Nick
11   Muzin.  It reads, "Does Bob Book go?"
12             Do you see that?
13      A     Yes.
14      Q     Who is Bob Book?
15      A     Just a wealthy Republican
16   individual.  I was asking if he was in
17   Vegas, did he go.
18      Q     And is he involved in running
19   Miramax, Mr. Book?
20      A     No.
21      Q     If you can turn to the next page
22   which is Bates stamped 31.
23             And do you see texts that begin
24   on March 1, 2018, between you and Mr.
25   Muzin?
```



Page 359

1          Allaham - ATTORNEYS' EYES ONLY

2      A      What page, 31?

3      Q      Bates stamped 31.

4      A      Yes.

5      Q      There is a series of text

6  messages that begin on March 1, 2018, and

7  these are news articles concerning

8  Mr. Broidy and his relationship with

9  something called 1MDB.

10             Do you see that?

11     A      What date is it?  Yes, I see it.

12  The Real Deal line?

13     Q      Yes, The Real Deal and the Wall

14  Street Journal.

15     A      Yes.

16     Q      And Mr. Muzin writes to you at

17  1:04 p.m., "He is finished."

18             Do you see that?

19     A      Yes.

20     Q      Did you think that Broidy was

21  finished as a result of these news

22  articles?

23     A      I have no idea.  I don't know

24  his -- I don't -- I was not concerned

25  about -- this, to me, was pure trash and



MAGNA
LEGAL SERVICES
MEF001915

Page 360

```
1          Allaham - ATTORNEYS' EYES ONLY
2   gossip.
3       Q    But Nick is concerned about it,
4   correct?
5            MS. YUSUF:  Objection.
6       A    I can't speak for Nick.
7       Q    What does he mean -- what do you
8   believe Nick means when he writes to you
9   "he is finished"?
10      A    I don't know.  I'm not going to
11  speak for Nick.
12      Q    Do you believe that Nick had a
13  role in the publication of the articles
14  that he is sending to you and you were
15  sending to him?
16      A    I don't believe so, no.  I think
17  reporters did call him because everyone
18  knew he was lobbying for Qatar.  And Nick
19  likes to speak to the press, so --
20      Q    So what would lobbying for Qatar
21  have to do with articles concerning
22  Elliott Broidy and Malaysia?
23      A    Again, I don't know, I can't
24  speak for Nick, but I was not -- any
25  knowledge of any of these besides what you
```



Page 361

1          Allaham - ATTORNEYS' EYES ONLY

2     saw, so I don't know.

3          Q     Did Nick ever explain to you why

4     reporters were calling him to talk about

5     Elliott Broidy's hacked e-mails?

6          A     No.

7          Q     Did you ever ask him?

8          A     You know, he -- again, Nick was

9     being told that there are hacked e-mails

10    and they were calling -- that's what I was

11    told, that they were asking for his input.

12         Q     Why do you think they were

13    asking for Nick's input?

14         A     I think -- I get calls.  I

15    got -- since I registered, I got 40 phone

16    calls from reporters.  I think it is a

17    typical -- whenever you have a scandal,

18    you want someone to go on the record or do

19    whatever to help put something out.  Or

20    add to it or -- but again, I speak for my

21    opinions, not for Nick.

22         Q     Can you turn to the next page,

23    please.  It's Bates stamped 32.  The first

24    message on that page which Muzin sends to

25    you reads, "We have reason to believe this



MEF001917

Page 362

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    hack was sponsored and carried out by
 3    registered and unregistered agents of
 4    Qatar seeking to punish Mr. Broidy for his
 5    strong opposition to state-sponsored
 6    terrorism," said the spokesman.
 7               You respond, "That's F crazy."
 8               Do you see that?
 9      A    Yes.
10      Q    And what do you mean by that,
11    "That's F crazy"?
12      A    That -- to see that agents
13    registered or non-registered, I mean
14    ridiculous.
15      Q    Why do you think it is
16    ridiculous?
17      A    Because I don't believe -- this
18    is my opinion, I don't believe any
19    Americans, lobbyists were involved.  I
20    don't know.  Just something that's -- it
21    was shocking, same times.  You know,
22    you're excited to see your opponent being
23     defeated.  So it is not something that
24    should go out of context.  You know, it
25    is -- you know, at the end of the day,
```



**MAGNA** ◗
**LEGAL SERVICES**
**MEF001918**

Page 363

1        Allaham - ATTORNEYS' EYES ONLY

2    Elliott lost this fight, and that's really

3    the conversation.

4        Q      Did you consider Elliott your

5    enemy?

6        A      No, I don't consider Elliott my

7    enemy.  I don't.  Even the opposite, I was

8    trying to -- Joel can vouch that I was

9    trying to make peace and not have this

10   chaos because it is not beneficial.

11       Q      When you say, "At the end of the

12   day, Elliott lost this fight," what do you

13   mean by that?

14       A      Meaning, at the end of the day,

15   Nick was right in his proposal that

16   Elliott became apparent, from the hacked

17   e-mails that we read, that he was doing

18   everything, lobbying without being

19   registered as an agent.

20       Q      And I don't understand.

21              Which fight, who was he fighting

22   with in your mind?

23       A      Again, you know, there is two

24   countries.  We have Qatar and we have the

25   other countries.  We are on the other



Page 364

1          Allaham - ATTORNEYS' EYES ONLY

2     side.

3               These e-mails came out, exposed

4     Elliott, exposed the other country.  So in

5     a way, you had something on the other --

6     on your opponent.  So if you're working --

7     again, working for the other team was a

8     goal scored against you, so this is how we

9     looked at it.  This is how I looked at it.

10        Q     Who do you think scored the goal

11    against Elliott?

12        A     I don't know who scored the goal

13    and they end up in the press.

14        Q     Who do you think would have a

15    reason to score the goal?

16        A     I don't want to speculate on

17    who, but definitely I could say it is not

18    me and I know Nick, it's not in Nick's

19    capacity.  I'm not speaking for him, so --

20        Q     Do you believe that the hack was

21    beneficial to the State of Qatar?

22        A     No, I don't.  Not at all.

23        Q     Why is that?

24        A     And I think it was very much

25    damaging.  The opposite.



Page 365

1        Allaham - ATTORNEYS' EYES ONLY

2        Q       Why is that?

3        A       Because we were winning without

4    this hacking.  This hacking, whatever, was

5    not beneficial for Qatar, period.  I don't

6    believe it was beneficial.  I think it was

7    not.

8        Q       Do you think that the State of

9    Qatar was responsible for the hacking?

10       A       I cannot speak for them, and it

11   is not my place to speak for a nation.

12   But if someone asked me, I would advise

13   against any of that.

14       Q       Do you think the State of Qatar

15   had the ability to hack Mr. Broidy?

16               MS. YUSUF:  Objection.

17       A       I don't know.

18       Q       Do you believe that the State of

19   Qatar has hacked other enemies of the

20   State of Qatar?

21       A       I don't know.  Not to my

22   knowledge.

23       Q       Have you read public reports

24   about hacking taking place between the

25   State of Qatar and the United Arab



Page 366

1        Allaham - ATTORNEYS' EYES ONLY

2    Emirates?

3        A      I have read reports about that.

4        Q      Do you know anything about that?

5        A      I do not know besides what I

6    read.

7        Q      Do you believe it to be true?

8        A      I don't know.  I cannot

9    speculate.

10       Q      Okay.  So let's go back to this

11   document, Exhibit 5.  The document -- we

12   are on the document that is Bates stamped

13   32.  We just talked about an e-mail or a

14   text message that you wrote that said,

15   "That's F crazy."

16       A      Yes.  Page 32, right?

17       Q      Yes.

18              Can I ask you to turn to the

19   page that's Bates stamped 34?

20       A      I like 32.  There is one part

21   you should read so it will give an

22   explanation.

23       Q      What part is that?

24       A      "Now it makes sense why Broidy

25   and Mowbray have been going after me for



Page 367

```
1          Allaham - ATTORNEYS' EYES ONLY
2    months."  Meaning he just figured it out.
3            I'm not seek speaking for Nick,
4    but reading it, now it makes sense why
5    they are going after him.  Meaning they
6    just found out why they have been going
7    after Nick.
8            Because Joel was going after
9    Nick, and that's their rivalry that I kept
10   on saying.  He pushed articles against me,
11   Joel, and I was very upset about it.
12   There was no reason for this kind of
13   stuff.
14     Q     And the reason why Broidy and
15   Mowbray have been going after Nick for
16   months, you're saying, is because they
17   just discovered that Qatar was responsible
18   for the hack of their e-mails?
19     A     No.
20           MR. GIMBEL:  Objection.
21      completely mischaracterizes his
22      testimony in the most ridiculous way.
23     A     No.
24           MS. YUSUF:  I join in that
25      objection.
```



**MAGNA** ❯
**LEGAL SERVICES**
**MEF001923**

Page 368

1      Allaham - ATTORNEYS' EYES ONLY

2      Q     So, I'm sorry, can you explain

3   again what your testimony is?

4      A     He just found out why Broidy and

5   Mowbray were going after Nick, after he

6   read the e-mails.

7      Q     Can you turn to the page that's

8   Bates stamped number 34.

9      A     Yes.

10      Q     There are e-mails beginning

11   March 6, 2018, between you and Nick Muzin.

12            Do you see that in the middle of

13   the page?

14      A     Yes.

15      Q     You send to Mr. Muzin two news

16   articles concerning Broidy, one is

17   Bloomberg and one is New York Times.

18            Do you see that?

19      A     Yes.

20      Q     And then Mr. Muzin responds,

21   "Saw it, means more Broidy stuff will be

22   coming out.  More people talking about

23   Joel."

24            Do you know what that means?

25      A     It means what it says, meaning



Page 369

1          Allaham - ATTORNEYS' EYES ONLY

2    more stuff is coming out.

3        Q     And how does Mr. Muzin know

4    that?

5        A     Because, again, to my knowledge,

6    reporters were always calling him.

7        Q     Can you turn to the next page,

8    please.  This is Bates stamped 35.

9        A     Yes.

10       Q     The bottom of the page.

11       A     Yes.

12       Q     The message that we have already

13   discussed.  It says, "Broidy is saying

14   Biniatta framed him."

15             Do you see that?

16       A     Yes.

17       Q     Has Biniatta ever paid you any

18   money directly?

19       A     Never.

20       Q     Has Biniatta ever paid you any

21   money indirectly?

22             MS. YUSUF:  Objection.

23       A     I don't know.

24       Q     You don't know if Biniatta ever

25   paid money to you indirectly?



MEF001925

Page 370

1          Allaham - ATTORNEYS' EYES ONLY

2       A     No.

3       Q     Have you ever met with anyone

4    from Biniatta?

5       A     No.

6       Q     The messages continue about

7    Biniatta, "Holy shit," you're saying to

8    Mr. Muzin.  And then you say, "This is

9    stupid," to Mr. Muzin.  And then you say,

10   "Call me."

11            These are 3 messages in the

12   space of ten minutes.

13            Why did you want Mr. Muzin to

14   call you?

15      A     I don't remember.  I don't

16   remember.

17      Q     Was it about Biniatta?

18      A     I had no -- I never paid much

19   attention to these stories.

20      Q     Can you turn to the next page,

21   please.  It's Bates stamped 37.

22      A     Yes.

23      Q     The top of the page, Mr. Muzin

24   sends to you a Huffington Post story about

25   leaked e-mails of Elliott Broidy.



Page 371

1           Allaham - ATTORNEYS' EYES ONLY

2                 Do you see that?

3       A       Yes.

4       Q       And you respond, "Crazy."

5                 Do you see that?

6       A       I do.

7       Q       Do you know why you responded

8    "crazy"?

9       A       Just my reaction, that it is

10   not -- I'm not saying I love it.  I'm not

11   enthusiastic about it.  I'm not excited.

12      Q       And then on March 12, you send

13   another article to Nick Muzin and this one

14   is from The Hollywood Reporter.  And

15   again, it is about the probe.  And you

16   write, "This is a long one in a way

17   mentions you, which is good, I think."

18                Do you see that?

19      A       Uh-huh.

20      Q       Why did you think it was good

21   that Mr. Muzin was mentioned in an article

22   about Elliott Broidy?

23      A        I have to read the article.  I

24   don't remember.  There are so many

25   articles.  I was trying to make him feel



Page 372

         Allaham - ATTORNEYS' EYES ONLY

1    good.  I don't know.

2    Q    Now, you say, "Call me," after

3    you read it.

4         Do you recall whether Mr. Muzin

5    called you?

6    A    You have my records, I have no

7    idea.

8    Q    Now, the next message says -- it

9    is from you to Mr. Muzin, "I don't think

10   anything they will put on Broidy will

11   stick."

12        Do you see that?

13   A    Yes.

14   Q    Who is the "they" in that

15   sentence?

16   A    I mean all of these articles.

17   You see, I was defending your client.  You

18   don't get that from the records.  I did

19   not believe in all of this nonsense.

20   Q    Can you turn to the next page,

21   please.  It's Bates stamped 38.

22   A    Yes.

23   Q    Again, Mr. Muzin, here, is

24   referring to "they" in a message he sends



Page 373

```
1          Allaham - ATTORNEYS' EYES ONLY
2    you on March 13, 2018, about Jamal
3    reviewing the e-mails.
4               Do you see that?
5          A    Yes.
6          Q    Who is the "they"?
7          A    I'm not sure what was the point
8    of "they," but -- I mean everyone that was
9    reading those e-mails assumed the Qataris
10   would be -- everybody was reading those
11   e-mails.
12         Q    And does this reflect your
13   belief that "they" is the Qataris?
14         A    I'm not sure what I refer to
15   them.
16         Q    Jamal was working for the
17   Qataris, right?
18         A    I don't know.  I still don't
19   know.
20         Q    Jamal had a relationship with
21   the Qataris?
22         A    He had a relationship with every
23   nation in the world, I would say.
24         Q    Why do you think he would have
25   taken credit for the Broidy e-mails?
```



Page 374

1        Allaham - ATTORNEYS' EYES ONLY

2        A      I don't mean the credit for the

3     Broidy e-mails.  I'm thinking about just

4     for the proposals that Nick put in

5     together that's make -- you know, make our

6     team look good.

10        A      No, I mean, I would not say

11     that.  Meaning, again, it is like the

12     Qatari, you know, if it was the other way

13     around, Elliott's team would be happy to

14     see the stuff.  So this is really the

15     context that would put it in, phrase it

16     in.

17        Q      So when you texted Mr. Muzin,

18     "I'm sure he took the credit," you mean

19     the credit for a victory for the Qatari

20     team?

21        A      No, it's not, meaning the credit

22     that Nick was right all along about --

23        Q      This is a reference to Jamal

24     Benomar?

25        A      Yes.



Page 375

1          Allaham - ATTORNEYS' EYES ONLY

2          Q     So I'm not sure I understand

3     what you are saying that you believe he

4     would take the credit for?

14               MS. YUSUF:   Objection.

15               MR. GIMBEL    Objection to form.

16      A     I mean that's what I would look

17    at it as.

18      Q     On March 14, you ask Mr. Muzin,

19    "Any news?"

20               Do you see that?

21      A     Yes.

22      Q     What is that referring to?

23      A     It's more of an Arabic way, this

24    is how you phrase this conversation.   My

25    wife -- I mean this is how I communicate.



MEF001931

Page 376

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2     Like, what's going on in Arabic, you say
 3     "any news."
 4        Q     And Mr. Muzin responds less than
 5     a minute later, "Nothing.  I'll get some
 6     intel about the Broidy event soon."
 7              Do you see that?
 8        A     Yes.
 9        Q     Does Mr. Muzin speak Arabic?
10        A     No.
11        Q     So what is the intel about the
12     Broidy event that he is referring to?
13              MS. YUSUF:  Objection.
14        A     I'm not sure.  I think the
15     Broidy fundraiser probably.
16        Q     Were you very curious about
17     that?
18        A     I think everybody was curious.
19     The whole world was curious, if you watch
20     TV.
21        Q     What was the fundraiser you were
22     referring to?
23        A     That they were throwing a
24     fundraiser to the president.  I mean that
25     was every night on TV.
```



**MEF001932**

Page 377

1        Allaham - ATTORNEYS' EYES ONLY

2        Q      Now, on the next page on

3   March -- the next page is Bates stamped

4   39.

5        A      Yes.

6        Q      And on March 15, you send an

7   article to -- I'm sorry, Mr. Muzin sends

8   an article to you from McClatchy, which we

9   have, and I'll represent to you it's about

10  someone named Yuri Vanetik and Elliott

11  Broidy.  You respond, "That's not good."

12           Who is Yuri Vanetik?

13       A      I have no clue.

14       Q      Why did you respond, "That's not

15  good"?

16       A      Because, again, I don't like

17  articles.  I'm not a fan of bad articles.

18       Q      There are many articles that

19  were sent to you that you didn't have any

20  response to.

21           Do you know why you thought this

22  one in particular was not good?

23       A      No, I don't recall this one.

24  But I think I responded many times, that's

25  the same response.  It's not -- I'm not --



Page 378

1       Allaham - ATTORNEYS' EYES ONLY

2   I don't cheer for -- to me, this is cheap

3   shots.

4       Q    And so you don't know who your

5   Yuri Vanetik is?

6       A    I have no clue.  Never met the

7   guy.

8       Q    And two text messages down, you

9   write to Muzin, "I keep on thinking to use

10  Ben Brafman for Jamal."

11           And what is it that you thought

12  Ben Brafman could do for Jamal?

13           MS. YUSUF:  Objection.  Asked

14      and answered.

15           MR. GIMBEL:  Objection.

16      Misstates his prior testimony.

17  BY MR. WOLOSKY:

18      Q    What is the meaning of this

19  sentence, "I keep on thinking to use Ben

20  Brafman for Jamal"?

21      A    To sue him.

22      Q    That you would sue Jamal?

23      A    Yes.

24      Q    Why would you sue Jamal?

25      A    Because I was getting the



Page 379

1        Allaham - ATTORNEYS' EYES ONLY

2    runaround.

3        Q      About what?

4        A      About my money.

5        Q      That Jamal owed to you?

6        A      I mean, Jamal, I couldn't sue

7    the State of Qatar.  Everyone -- I

8    couldn't do that.  Nobody was interested

9    in that.

10       Q      And did you sue Mr. Benomar?

11       A      No.

12       Q      Why did you decide not to sue

13   him?

14       A      Because the lawyers told me I

15   don't have an agreement and it will be --

16              MS. YUSUF:  Don't testify to

17        anything that's privileged.

18       A      Okay, it's privileged.

19       Q      So try to answer the question

20   without revealing attorney-client

21   privilege information.

22       A      That I did not want to waste any

23   money.

24       Q      On lawyers to chase Jamal

25   Benomar?



Page 380

1           Allaham - ATTORNEYS' EYES ONLY

2       A     Yes.

3       Q     How much money do you think he

4   owed you?

5       A     It's -- it's complicated.  So

6   it's not something that I would want to

7   share yet.  It's confidential, I think.

8       Q     Well, this is an attorneys' eyes

9   only deposition.  This is directly

10  relevant to the subject matter of your

11  subpoena.  So I would ask you to please

12  answer the question.

13          Can you read back the pending

14  question?

15      A     I know the question.  I

16  understand the question.  Again, it is two

17  parties that, you know, I think I'm owed

18  something and the other party thinks I'm

19  owed something else.  So it is hard to

20  pinpoint, but from my point I would say

21  from a number, could be from five to ten

22  million.

23      Q     And you were seeking to pursue

24  Jamal Benomar for that money even though

25  the money was really owed to you by the



MEF001936

Page 381

1          Allaham - ATTORNEYS' EYES ONLY

2     State of Qatar, correct?

3          A     Yes.

4          Q     And is that because Jamal

5     Benomar was holding that money for you?

6          A     I could not get a straight

7     answer so I did not know what -- this is

8     part, you know, your -- you know,

9     sometimes excuse if you have an offshore,

10    I was trying to do it.  I gave up on that.

11    It was harder than having a baby.

12               So I just was trying to pinpoint

13    to get my money, that's all I was trying

14    to do.  I was being a debt collector.

15               MS. YUSUF:  Counsel, I believed

16          we have reached the seven-hour mark,

17          but I will ask the videographer to

18          confirm.

19               THE VIDEOGRAPHER:  Two minutes.

20               MR. WOLOSKY:  We get eight

21          hours.

22    BY MR. WOLOSKY:

23          Q     Can you turn to the next page,

24    please, Bates stamped 40.

25               "You see juice in it?"  Do you



Page 382

1          Allaham - ATTORNEYS' EYES ONLY

2    see an e-mail that you wrote?

3               MR. WOLOSKY:  We get eight hours

4       under the federal rules.

5               MS. YUSUF:  Which rule are you

6       referring to?

7               MR. GIMBEL:  Seven.

8               MR. WOLOSKY:  Seven hours?

9               MR. GIMBEL:  Yes.

10              MS. YUSUF:  Rule 30.

11   BY MR. WOLOSKY:

12       Q    Can you turn to the document

13   that's Bates stamped 44.

14       A    Yes.

15       Q    No, actually, sorry, turn to 43,

16   preceding it.  Mr. Muzin and you engage in

17   a series of text messages, "Nothing will

18   be expedited about this lawsuit.

19   Fantastic.  Good."

20              And then you write, "Will give

21   us time."

22              Give you time for what?

23       A    Probably to collect what I'm

24   owed.

25       Q    Can you turn to the document



Page 383

1       Allaham - ATTORNEYS' EYES ONLY

2   that's Bates stamped number --

3       A       Page 44.

4           MR. WOLOSKY:   I'll finish in

5       five minutes.

6           MS. YUSUF:   You'll finish in

7       seven seconds.

8   BY MR. WOLOSKY:

9       Q       Bates stamped 52.

10          MS. YUSUF:   We've reached the

11      seven-hour mark, Counselor, so we're

12      going to stop the deposition because

13      that's all the time you're entitled to

14      under the rules of federal procedure.

15          MR. WOLOSKY:   I'm going to ask

16      one more question.

17          MS. YUSUF:   We're going to go

18      off the record because we're past the

19      seven-hour mark.

20          MR. WOLOSKY:   We're going to

21      stay on the record, but you can leave

22      if you wish.

23          MS. YUSUF:   You will need leave

24      of the Court to keep him beyond seven

25      hours.  So unless you have that, you



MEF001939

Page 384

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2      cannot keep him beyond the seven
 3      hours.  And the videographer has
 4      indicated to me that we have reached
 5      the seven hours.
 6             MR. WOLOSKY:  I'm requesting 15
 7      more minutes, absent which we will
 8      seek leave of Court as a result of the
 9      witness' evasion during this
10      deposition.
11             Will you give us 15 more
12      minutes?
13             MS. YUSUF:  I am not authorized
14      to give you beyond what is required.
15             MR. WOLOSKY:  You are
16      authorized.  You can allow him to sit
17      for ten more minutes.
18             MS. YUSUF:  The last time that I
19      reached an agreement with your firm
20      outside of what we were ordered by the
21      Court --
22             MR. WOLOSKY:  This wasn't
23      ordered by the Court.  This is the
24      Federal Rules of Civil Procedure.
25             MS. YUSUF:  I'm going to go with
```



Page 385

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2      the rules, so we are going off the
 3      record.
 4          Mr. Allaham, I'm instructing you
 5      not to answer any more questions.  We
 6      have reached the seven-hour mark.  If
 7      counsel wants to seek leave of Court
 8      for more time, he has every right to
 9      do so.
10          MR. WOLOSKY:  We will do so.
11          THE VIDEOGRAPHER:  The time is
12      6:11 p.m., and we're going off the
13      record.
14
15
16
17                      JOSEPH ALLAHAM
18
19 Subscribed and sworn to
20 before me this      day
21 of            , 2018.
22
23
24
25
```



MEF001941