# EXHIBIT A

# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 6000

**By Hand Delivery**                                         August 30, 2023

The Honorable Dabney L. Friedrich
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re:  **Broidy et al. v. Muzin et al., 19-cv-00150-DLF (D.D.C.)**

Dear Judge Friedrich:

On behalf of Limited Intervenor the State of Qatar ("Qatar") please find enclosed the following materials provided to the Court for *in camera* review pursuant to the Court's August 25, 2023 Minute Order:

(1) A USB flash drive containing electronic copies of the documents identified on Qatar's August 7, 2023 privilege logs (ECF No. 184-1); and

(2) Five binders containing paper copies of the documents identified on Qatar's August 7, 2023 privilege logs (ECF No. 184-1).

In providing these materials, Qatar expressly preserves and does not waive any rights or immunities, including its immunity from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1602 *et seq.* Qatar further expressly preserves and does not waive its rights to the inviolability of these materials based on Articles 24 and 27 of Vienna Convention on Diplomatic Relations, and is providing these documents solely to assist the Court's assessment regarding the applicability of these Treaty protections.

The materials provided to Qatar by defendants and non-party subpoena recipients for purposes of Qatar's privilege review included materials that were not the native or forensic images of the documents.  In particular, as the Court will see, for certain SMS and text messages, Qatar was provided a digest copy of messages, rather than a forensic image, and Qatar has accordingly submitted the digest copy of the messages withheld and logged on its privilege log.  Some digest copies of messages include accompanying attachments, such as image files (including screenshots of other text messages), and in one instance include a video file which is being included only in Qatar's electronic submission (PRIV-ALLAHAM-005).

Finally, six documents on Qatar's privilege log have already been produced with redactions.  *See* PRIV-MUZIN-001, PRIV-MUZIN-002, PRIV-MUZIN-020, PRIV-CONOVER-001, PRIV-CONOVER-002, PRIV-CONOVER-003.  To facilitate the Court's review, Qatar has provided unredacted copies of these documents and has identified the redacted portions by placing a red box around the redacted text.

Sincerely,

/s/ Amber Charles