# Exhibit A

# Kasowitz Benson Torres llp

|  |  |  |
|---|---|---|
| Daniel R. Benson<br>Direct Dial: (212) 506-1720<br>Direct Fax: (212) 880-8690<br>DBenson@kasowitz.com | 1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Fax: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

September 1, 2023

**VIA CM/ECF**

Hon. Dabney L. Friedrich
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: *Broidy Capital Management LLC v. Nicholas Muzin*, Case No. 1:19-00150-DLF

Dear Judge Friedrich:

      Pursuant to the Court's August 30, 2023 Order, I am herewith filing on behalf of plaintiffs Elliott Broidy and Broidy Capital Management LLC, (1) a copy of Mr. Allaham's June 2018 deposition transcript, attached as Exhibit A hereto, and (2) a copy of Mr. Allaham's affidavit he supplied Qatar pursuant to the 2018 Settlement Agreement, attached hereto as Exhibit B, for *in camera* review.

      As to the deposition transcript, Qatar's counsel, Covington & Burling, has previously objected, under the Protective Order in the California action in which Mr. Allaham was deposed, to plaintiffs using the AEO-designated transcript in any way unrelated to that action. *Broidy Cap. Mgmt. LLC et al. v. State of Qatar, et al.*, Case No. 18-cv-02421-JFW (C.D. Cal.). Now that Qatar itself has raised this AEO-designated transcript here, plaintiffs respectfully request the Court's permission also to submit for *in camera* review other AEO-designated documents produced in that action which, for reasons yet unknown, still have not been produced to plaintiffs in this action and which may provide important context for the Court's consideration. That these documents have not been produced in this action of course provides even further support for plaintiffs' motion, also filed today, for forensic examinations.

      The copy of the December 2018 Settlement Agreement plaintiffs submitted with their cross-motion to compel did not include a copy of Mr. Allaham's affidavit. We have since received a copy of the affidavit, which we are submitting to the Court.

                                                                                             Respectfully,

                                                                                          Daniel R. Benson