UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>　　　　　　　Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**PLAINTIFFS' MOTION TO COMPEL FORENSIC EXAMINATIONS**

Plaintiffs Broidy Capital Management, LLC and Elliott Broidy respectfully submit this motion, pursuant to Rule 37 of the Federal Rules of Civil Procedure and this Court's August 25, 2023 Minute Order, for an order compelling forensic examinations of Defendants and their respective counsel, as well as counsel to limited intervenor State of Qatar and counsel to former defendant Joseph Allaham.  Plaintiffs' motion should be granted for the reasons set forth in the accompanying memorandum of law.  Pursuant to Local Rule 7(c), a proposed order is submitted herewith.

Dated: September 1, 2023

    Respectfully submitted,

    KASOWITZ BENSON TORRES LLP

    By: */s/ Daniel R. Benson*
    Daniel R. Benson (pro hac vice)
    Sarah G. Leivick (pro hac vice)
    Sarmad M. Khojasteh (pro hac vice forthcoming)
    David Tyler Adams (pro hac vice forthcoming)
    1633 Broadway
    New York, New York 10019
    Tel.: (212) 506-1700
    dbenson@kasowitz.com
    sleivick@kasowitz.com
    skhojasteh@kasowitz.com
    dadams@kasowitz.com

    Henry B. Brownstein
    D.C. Bar No. 1026042
    1401 New York Avenue, Suite 401
    Washington, D.C. 20005
    Tel.: (202) 760-3400
    hbrownstein@kasowitz.com

    *Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy*