# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>        Plaintiffs,<br><br>        v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>        Defendants. | Civil Action No. 1:19-cv-00150-DLF |

## DECLARATION OF DANIEL R. BENSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL FORENSIC EXAMINATIONS

I, Daniel R. Benson, declare under penalty of perjury that:

1. I am a member of Kasowitz Benson Torres LLP, counsel for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy in the above-captioned action. I am admitted *pro hac vice* to this Court. I submit this declaration in support of Plaintiffs' Motion to Compel Forensic Examinations.

2. Attached hereto as Exhibit 1 is a copy of an email chain between Joseph Allaham and his former counsel Eric Roman ranging in date from June 18-19, 2023.

3. Attached hereto as Exhibit 2 is a copy of an email chain between Joseph Allaham and his former counsel Eric Roman ranging in date from June 18-20, 2023.

4. Attached hereto as Exhibit 3 is a copy of an email dated March 28, 2018 and letter attached thereto dated March 27, 2018 from Dean Dilley to Nicholas Muzin with the Bates range SPB 001-002.

5. Attached hereto as Exhibit 4 is a copy of an August 28, 2023 letter from Stephen J. Obermeier to me.

6. Attached hereto as Exhibit 5 is a copy of Plaintiffs' First Requests for Production of Documents to Defendant Nicholas D. Muzin dated November 8, 2021.

7. Attached hereto as Exhibit 6 is a copy of a July 25, 2023 letter from me to Eric Roman.

8. Attached hereto as Exhibit 7 is a copy of an August 4, 2023 letter from Randall Brater to me.

9. Attached hereto as Exhibit 8 is a copy of an email chain between Plaintiffs' counsel and former counsel for Joseph Allaham, ArentFox Schiff, ranging in date from July 10-August 11, 2023.

10. Attached hereto as Exhibit 9 is a copy of an email chain between Plaintiffs' counsel and former counsel for Joseph Allaham, ArentFox Schiff, ranging in date from August 11-16, 2023.

11. Attached hereto as Exhibit 10 is a copy of a July 26, 2023 letter from me to Eric Roman.

12. Attached hereto as Exhibit 11 is a copy of a July 20, 2023 letter from me to Stephen J. Obermeier.

13. Attached hereto as Exhibit 12 is a copy of an August 3, 2023 letter from Stephen J. Obermeier to me.

14. Attached hereto as Exhibit 13 is a copy of a July 26, 2023 letter from me to Stephen J. Obermeier.

15. Attached hereto as Exhibit 14 is a copy of a July 21, 2023 letter from me to Jeffrey A. Udell.

16. Attached hereto as Exhibit 15 is a copy of a July 28, 2023 letter from Jeffrey A. Udell to me.

17. Attached hereto as Exhibit 16 is a copy of an August 11, 2023 letter from me to Jeffrey A. Udell.

18. Attached hereto as Exhibit 17 is a copy of an August 21, 2023 letter from Jeffrey A. Udell to me.

19. Attached hereto as Exhibit 18 is a copy of an email chain between Craig Engle of ArentFox Schiff and Abbe David Lowell of Winston & Strawn LLP ranging in date from June 6-7, 2018.

20. Attached hereto as Exhibit 19 is a copy of an email chain between Joseph Allaham and his former counsel at ArentFox Schiff from December 17, 2018.

21. Attached hereto as Exhibit 20 is a copy of a December 18, 2018 email to Joseph Allaham from his former counsel at ArentFox Schiff.

22. Attached hereto as Exhibit 21 is a copy of a December 21, 2018 email to Joseph Allaham from his former counsel at ArentFox Schiff.

Executed this 1st day of September 2023, at New York, New York.

/s/ Daniel R. Benson
Daniel R. Benson (*pro hac vice*)