# EXHIBIT 1

**From:** Roman, Eric eric.roman@afslaw.com
**Subject:** Re:
**Date:** June 19, 2023 at 11:42 AM
**To:** Joey Allaham joey@alexisstrategies.com

Hi Joey.  Happy belated Father's Day to you!  Your email went into our spam filter (it is a new piece of software, and we have been having some issues like this with it, but I told IT to add your address to the "white list" so your emails should go through just fine now).

Osama contacted me on Friday but not over the weekend.  He wanted to know whether these WhatsApp chats had already been produced years ago in the California case.  We checked and while a few had been, most of the WhatsApp chats relevant here had not been produced in that case.  Still confirming with Nick and with Mohammed, but that appears to be correct.



**Eric Roman**
PARTNER | ARENTFOX SCHIFF LLP

eric.roman@afslaw.com | 212.492-3283 **direct**
Bio | My LinkedIn | Subscribe
1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

---

**From:** Joey Allaham <joey@alexisstrategies.com>
**Sent:** Sunday, June 18, 2023 13:03
**To:** Roman, Eric <eric.roman@afslaw.com>
**Subject:**

[You don't often get email from joey@alexisstrategies.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Happy Father's Day ! Hope you are enjoying the pool and the kids today and no harassment calls from osama  today , did he harass you again ?

Sent from my iPhone

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.