# EXHIBIT 2

**From:** Roman, Eric eric.roman@afslaw.com
**Subject:** Re: Re:
**Date:** June 20, 2023 at 1:28 PM
**To:** Joey Allaham joey@alexisstrategies.com
**Cc:** Engle, Craig craig.engle@afslaw.com

No, I have not heard from Osama since Thursday of last week   All of what I told you earlier still applies.

But Craig and I can give you a call later this afternoon (eastern time).  What time works best for you?



**Eric Roman**
PARTNER | ARENTFOX SCHIFF LLP

eric.roman@afslaw.com | 212.492-3283 **direct**
Bio | My LinkedIn | Subscribe
1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

**From:** Joey Allaham <joey@alexisstrategies.com>
**Sent:** Tuesday, June 20, 2023 11:43
**To:** Roman, Eric <eric.roman@afslaw.com>
**Subject:** Re:

Mohammad said osama is still harassing you . What's the reason now ? Can we have a call ?

Sent from my iPhone

On Jun 19, 2023, at 12:22 PM, Roman, Eric <eric.roman@afslaw.com> wrote:

From our perspective, none at all.  But I suppose Osama was hoping this would all be considered a non-issue with Qatar if the materials had already been previously disclosed to Broidy.

<Outlook-ntg4amcs.png>

**Eric Roman**
PARTNER | ARENTFOX SCHIFF LLP

eric.roman@afslaw.com | 212.492-3283 **direct**
Bio | My LinkedIn | Subscribe
1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

**From:** Joey Allaham <joey@alexisstrategies.com>
**Sent:** Monday, June 19, 2023 12:20
**To:** Roman, Eric <eric.roman@afslaw.com>
**Subject:** Re:

You don't often get email from joey@alexisstrategies.com. Learn why this is important

What's the concern ?

Sent from my iPhone

On Jun 19, 2023, at 11:42 AM, Roman, Eric <eric.roman@afslaw.com> wrote:

Hi Joey.  Happy belated Father's Day to you!  Your email went into our spam filter (it is a new piece of software, and we have been having some issues like this with it, but I told IT to add your address to the "white list" so your emails should go through just fine now).

Osama contacted me on Friday but not over the weekend.  He wanted to know whether these WhatsApp chats had already been produced years ago in the California case.  We checked and while a few had been, most of the WhatsApp chats relevant here had not been produced in that case.  Still confirming with Nick and with Mohammed, but that appears to be correct.

case. Still confirming with Nick and with Mohammed, but that appears to be correct.

<Outlook-21nizkcy.png>

**Eric Roman**
PARTNER | ARENTFOX SCHIFF LLP

eric.roman@afslaw.com | 212.492-3283 **direct**
Bio | My LinkedIn | Subscribe
1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

**From:** Joey Allaham <joey@alexisstrategies.com>
**Sent:** Sunday, June 18, 2023 13:03
**To:** Roman, Eric <eric.roman@afslaw.com>
**Subject:**

[You don't often get email from joey@alexisstrategies.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Happy Father's Day ! Hope you are enjoying the pool and the kids today and no harassment calls from osama today , did he harass you again ?

Sent from my iPhone

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.