# EXHIBIT 3

| | |
|---|---|
| From: | Dilley, Dean <dean.dilley@squirepb.com> |
| To: | nick@stoningtonstrategies.com |
| Sent: | 28-Mar-18 6:05:55 PM |
| Subject: | CONFIDENTIAL [I-AMS.FID2111814] |
| Attachments: | DILLEY-Letter to Mr. Nicholas Muzin Dated 3-27-2018.pdf |

Nick, the attached letter is for your attention.

Regards.

Dean

SQUIRE◯
PATTON BOGGS

Dean Dilley
Counsel
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

T  +1 202 457 5253
O  +1 202 457 6000
F  +1 202 457 6315

dean.dilley@squirepb.com | squirepattonboggs.com



Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Dean M. Dilley
T  +1 202 457 5253
dean.dilley@squirepb.com

March 27, 2018

CONFIDENTIAL

Mr. Nicholas Muzin
Stonington Strategies
nick@stoningtonstrategies.com

Re: Embassy of the State of Qatar, Agreement for Consulting Services, as amended

Dear Mr. Muzin:

Regarding the August 24, 2017 Agreement for Consulting Services, as amended, between the Embassy of the State of Qatar and Stonington Strategies, the Embassy asked that I relay the following.

Pending further written instructions from the Embassy, please suspend all work or activities under the Agreement. This includes work or activities by you, other Stonington personnel, and any subcontractors or consultants directed by Stonington. Any future work or activities will proceed only upon written instructions from the Embassy.

You are reminded that the Agreement remains in effect. Among other requirements: (i) you are obliged to honor the confidentiality terms of the Agreement; and (ii) except as directed by the Embassy, you are not authorized to act as a representative, spokesperson or agent on behalf of the Embassy or the State of Qatar in any meeting or communication with any person, or in any public or private statement, or in any communication with the media.

This letter is a communication encompassed by the confidentiality terms of the Agreement.

Sincerely,

Squire Patton Boggs LLP

Dean M. Dilley

Counsel for the Embassy of the State of Qatar

48 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities

Please visit squirepattonboggs.com for more information

010-8611-5145/1/AMERICAS