# EXHIBIT 6

# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Daniel R. Benson<br>Direct Dial: (212) 506-1720<br>Direct Fax: (212) 880-8690<br>DBenson@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

July 25, 2023

Eric Roman
ArentFox Schiff
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

Re:   *Broidy Capital Management v. Muzin*, Case No. 1:19-CV-150-DLF (D.D.C.)

Dear Eric:

We write regarding Defendant Joseph Allaham's May 30, 2023 and June 26, 2023 productions of documents in response to discovery requests served by Plaintiffs Broidy Capital Management, LLC and Elliott Broidy. Virtually all of the documents and communications in Mr. Allaham's two most recent productions were produced without much of the critical metadata. Given the important evidence contained only in the metadata for these documents, Plaintiffs request that Mr. Allaham produce all documents, including all attachments, included in the May 30, 2023 and June 26, 2023 productions in their native format.

Additionally, Mr. Allaham's productions make clear that he was actively engaging in highly relevant communications through January 24, 2019—the current end date of Mr. Allaham's productions. There is no basis to suggest that Mr. Allaham suddenly ceased engaging in relevant communications on that date and, thus, no basis for Mr. Allaham to refuse to produce documents through the end of 2019. Accordingly, Plaintiffs request that Mr. Allaham produce all responsive documents and communications through December 31, 2019.

Finally, Plaintiffs discovery requests require Mr. Allaham to produce documents related to any agreements (formal or informal) it negotiated or executed with Qatar or any Qatari agent, representative, or affiliate. We have not seen any such documents in Mr. Allaham's productions to date—does Mr. Allaham represent that no such documents exist?

We appreciate your prompt attention to these issues. Please confirm by Friday, July 28, 2023 that Mr. Allaham will produce all of the requested documents, and respond with the requested information, by Friday, August 4, 2023.

Sincerely,

*/s/ Daniel R. Benson*

Daniel R. Benson