# EXHIBIT 9

| | |
|---|---|
| **From:** | Collins, Nicholas L. <nicholas.collins@afslaw.com> |
| **Sent:** | Wednesday, August 16, 2023 9:25 PM |
| **To:** | David Tyler ("Ty") Adams; Broidy DC; Daniel R. Benson |
| **Cc:** | Brater, Randall; Farooqui, Mohammed; Roman, Eric |
| **Subject:** | RE: BCM v. Muzin, 19-CV-150 (DLF) - Allaham Responses & Objections |

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Counsel:

We are in receipt of your letters (8/11 and 8/15) and email (8/11) and will respond substantively soon.



**Nicholas L. Collins**
ATTORNEY | ARENTFOX SCHIFF LLP

nicholas.collins@afslaw.com | 212.457.5430 **DIRECT**
Bio | LinkedIn | Subscribe
1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

---

**From:** David Tyler ("Ty") Adams <DAdams@kasowitz.com>
**Sent:** Friday, August 11, 2023 4:16 PM
**To:** Brater, Randall <randall.brater@afslaw.com>; Farooqui, Mohammed <mohammed.farooqui@afslaw.com>; Roman, Eric <eric.roman@afslaw.com>; Collins, Nicholas L. <nicholas.collins@afslaw.com>; Zimmer, Heather M. <heather.zimmer@afslaw.com>
**Cc:** Broidy DC <Broidy-DC@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>
**Subject:** BCM v. Muzin, 19-CV-150 (DLF) - Allaham Responses & Objections

Counsel,

Please see the attached correspondence.

Thank you,
Ty

David Tyler ("Ty") Adams
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1927

Fax.  (212) 835-5067
DAdams@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.