# EXHIBIT 10

# KASOWITZ BENSON TORRES LLP

Daniel R. Benson
Direct Dial: (212) 506-1720
Direct Fax: (212) 880-8690
DBenson@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

July 26, 2023

Eric Roman
ArentFox Schiff
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

   Re: *Broidy Capital Management v. Muzin*, Case No. 1:19-CV-150-DLF (D.D.C.)

Dear Eric:

  I write on behalf of Plaintiffs Broidy Capital Management LLC and Elliott Broidy concerning additional deficiencies in the document productions of your clients Joseph Allaham and Lexington Strategies (together, "Mr. Allaham").

  First, Mr. Allaham's productions largely are devoid of documents relating to, and communications with or about, Jamal Benomar. Mr. Allaham's failure to produce more than a handful of materials concerning Mr. Benomar is particularly surprising and concerning given his known interaction and coordination with Mr. Allaham in connection with the matters alleged in the complaint.

  Second, Mr. Allaham has produced almost no documents relating to, or communications with or about, BlueFort Public Relations. Despite receiving millions of dollars from BlueFort for his work for Qatar, Mr. Allaham's productions do not include any agreements with BlueFort and contain virtually no communications with or concerning BlueFort or any of its executives, officers, employees, consultants, or representatives.

  Third, Mr. Allaham's productions notably lack documents and communications concerning the "250 Influencers Campaign." The absence of such materials on this important aspect of the scheme against Plaintiffs is surprising, particularly given that Mr. Allaham's participation in the campaign was sufficiently significant to garner front-page coverage by the *Wall Street Journal*.

  Mr. Allaham's wholesale failure to produce these highly relevant categories of documents and communications further highlights the need for Defendants to promptly disclose their search terms, which Plaintiffs have repeatedly requested and Defendants have unjustifiably refused to do.

  Please confirm by Monday, July 31, 2023, that by Friday, August 4, 2023, Mr. Allaham will (a) produce all responsive documents and communications concerning Jamal Benomar,

KASOWITZ BENSON TORRES LLP

Eric Roman
July 26, 2023
Page 2

BlueFort, and the "250 Influencers Campaign" and (b) disclose the search terms, custodians and document sources Mr. Allaham has searched in response to plaintiffs' requests.

      If Mr. Allaham refuses to do so, please let me know when you are available for a meet-and-confer, so that, if necessary, we can request the Court's intervention.

                                              Sincerely,

                                              Daniel R. Benson