# EXHIBIT 11

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

Daniel R. Benson
Direct Dial: (212) 506-1720
Direct Fax: (212) 880-8690
DBenson@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

July 20, 2023

Stephen J. Obermeier, Esq.
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036

Re:   *Broidy Capital Management v. Muzin*, Case No. 1:19-CV-150-DLF (D.D.C.)

Dear Stephen:

I write on behalf of Plaintiffs Broidy Capital Management LLC and Elliott Broidy in response to your July 18, 2023 letter to me concerning the document productions of your clients Nicholas Muzin and Stonington (together, "Muzin").

1. Thank you for your agreement to produce documents pre-December 2017. We request that responsive documents from at least March 2017 be produced.

2. There is no basis for Muzin to refuse to search for and produce responsive documents through the end of 2019. This is particularly so given that Muzin's productions make clear that it was actively engaging in highly relevant communications through at least January 24, 2019—the current end date of Muzin's productions. It is exceedingly unlikely that. Muzin suddenly ceased engaging in responsive communications on that date. Accordingly, Plaintiffs request that Muzin promptly produce all responsive documents and communications through December 31, 2019.

3. Muzin's May 25, 2023, June 13, 2023, and July 5, 2023 productions include missing or unreadable attachments.[1] Please promptly produce all such attachments in readable form for all responsive communications. If you are not able to identify or recover any

---

[1] *See, e.g.*, SSLLC_00000810; SSLLC_00001073; SSLLC_00001113; SSLLC_00001118; SSLLC_00001137; SSLLC_00001141; SSLLC_00001172; SSLLC_00001174; SSLLC_00001204; SSLLC_00001253; SSLLC_00001885; SSLLC_00001889; SSLLC_00001893.

**K ASOWITZ  B ENSON  T ORRES  LLP**

Stephen J. Obermeier
July 20, 2023
Page 2

of the missing or unreadable attachments, please explain what steps you took to do so and what impediments remain.

4. Muzin's productions include at least one WhatsApp chat reflecting deleted messages[2]—*i.e.,* messages that Muzin had at one point sent or received that were since deleted from the thread. Please produce the content of each deleted message and information sufficient to show when each message was deleted. If you are not able to recover deleted messages or discern when a message was deleted, please explain what steps you took to do so and what impediments remain.

5. Plaintiffs' discovery requests require Muzin to produce documents related to any agreements (formal or informal) it negotiated or executed with Qatar or any Qatari agent, representative, or affiliate. We have not seen any such documents in Muzin's productions to date—does Muzin represent that no such documents exist?

6. Virtually all of the documents and communications in Muzin's productions lacked metadata. Given the important evidence contained only in the metadata for these documents, Plaintiffs request that Muzin promptly produce all responsive documents and communications, including all attachments, in their native format.

7. Is Muzin asserting any privileges or immunities with respect to responsive documents required to be logged? If so, when will Muzin provide the log?

8. If we find any other deficiencies or issues with Muzin's production, we will promptly raise them with you.

\* \* \*

We appreciate your attention to these issues. Please confirm by Wednesday, July 26, 2023, that Muzin will produce the requested documents by Friday, August 4, 2023.

Sincerely,

Daniel R. Benson

---

[2] *See* SSLLC_00001141.