# EXHIBIT 13

# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Daniel R. Benson<br>Direct Dial: (212) 506-1720<br>Direct Fax: (212) 880-8690<br>DBenson@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

July 26, 2023

Stephen J. Obermeier
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036

      Re:    *Broidy Capital Management v. Muzin*, Case No. 1:19-CV-150-DLF (D.D.C.)

Dear Stephen:

      I write on behalf of Plaintiffs Broidy Capital Management LLC and Elliott Broidy concerning additional deficiencies in the document productions of your clients Nicholas Muzin and Stonington (together, "Stonington").

      First, Stonington's productions largely are devoid of documents relating to, and communications with or about, Jamal Benomar. Stonington's failure to produce more than a handful of materials concerning Mr. Benomar is particularly surprising and concerning given his known interaction and coordination with Stonington in connection with the matters alleged in the complaint.

      Second, Stonington has produced almost no documents relating to, or communications with or about, BlueFort Public Relations. Despite receiving millions of dollars from BlueFort for its work for Qatar, Stonington's productions do not include its initial August 29, 2017 contract with BlueFort and contain virtually no communications with or concerning BlueFort or any of its executives, officers, employees, consultants, or representatives.

      Third, Stonington's productions notably lack documents and communications concerning the "250 Influencers Campaign." The absence of such materials on this important aspect of the scheme against Plaintiffs is surprising given that Stonington's participation in the campaign was sufficiently significant to garner front-page coverage by the *Wall Street Journal*.

      Stonington's wholesale failure to produce these highly relevant categories of documents and communications further highlights the need for Defendants to promptly disclose their search

KASOWITZ BENSON TORRES LLP

Stephen J. Obermeier
July 26, 2023
Page 2

terms, which Plaintiffs have repeatedly requested and Defendants have unjustifiably refused to do.

    Please confirm by Monday, July 31, 2023, that by Friday, August 4, 2023, Stonington will (a) produce all responsive documents and communications concerning Jamal Benomar, BlueFort, and the "250 Influencers Campaign" and (b) disclose the search terms, custodians and document sources Stonington has searched in response to plaintiffs' requests.

    If Stonington refuses to do so, please let me know when you are available for a meet-and-confer, so that, if necessary, we can request the Court's intervention.

Sincerely,

*[signature]*

Daniel R. Benson