UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>    Plaintiffs,<br><br>    v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>    Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Plaintiffs Elliott Broidy and Broidy Capital Management LLC respectfully request that the Court extend the deadline in its August 25, 2023 Minute Order for plaintiffs' reply to the defendants' and Qatar's responses to plaintiffs' motion to compel forensic examinations from September 11, 2023 to September 15, 2023.  In support of this motion, plaintiffs state as follows:

1. The Court's August 25, 2023 Minute Order instructed that "defendants and the State of Qatar shall respond within seven days" to plaintiffs' motion to compel forensic examinations, and for plaintiffs to "file any reply three days thereafter."

2. Plaintiffs respectfully submit that additional time is required for plaintiffs to appropriately address the allegations and arguments in Qatar's brief in opposition to plaintiffs' motion to compel—which is 25 pages long and has only just been filed—and in the anticipated briefs from Mr. Muzin and Mr. Howard, which have not been filed yet.

3. In light of the importance and breadth of the matters being briefed, plaintiffs respectfully request an extension of their deadline to file their reply from September 11, 2023 to September 15, 2023.

4. Plaintiffs have filed this motion for extension as soon as possible upon receipt of Qatar's brief and, thus, have not conferred with counsel for any party.

Dated: September 8, 2023

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

*/s/ D.R.B.*

Daniel R. Benson (*pro hac vice*)
Sarah G. Leivick (*pro hac vice*)
Sarmad M. Khojasteh (*pro hac vice* forthcoming)
David Tyler Adams (*pro hac vice* forthcoming)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
dbenson@kasowitz.com
sleivick@kasowitz.com
skhojasteh@kasowitz.com
dadams@kasowitz.com

Henry B. Brownstein
D.C. Bar No. 1026042
1401 New York Avenue, Suite 401
Washington, D.C. 20005
Tel.: (202) 760-3400
hbrownstein@kasowitz.com

*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy*