# Exhibit 1

# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Daniel R. Benson<br>Direct Dial: (212) 506-1720<br>Direct Fax: (212) 880-8690<br>DBenson@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

August 29, 2023

**VIA E-MAIL**

Stephen J. Obermeier
Wiley Rein LLP
2050 M St NW
Washington, DC 20036

      Re: *Broidy Capital Management LLC v. Nicolas Muzin*, Case No. 1:19-00150-DLF

Dear Stephen:

      Thank you for your letter yesterday, to which we will prepare and send a full response next week. Meanwhile, can you please:

1. Produce any and all agreements, and any and all drafts thereof, between or among Mr. Muzin and/or Stonington and any Qatari entity, affiliate, representative, or agent from March 1, 2017 to the present, including but not limited to the August 29, 2017 Blue Fort PR agreement as well as any settlement or other agreement pertaining to this matter (in any way resembling the December 20, 2018 agreement between Joseph Allaham, Qatar, and Blue Fort PR).

2. Disclose whether Mr. Muzin and/or Stonington received any payments from any Qatari entity, affiliate, representative, or agent at any time from March 1, 2017 to the present, other than payments from Blue Fort PR and Qatar already disclosed pursuant to the Foreign Agents Registration Act.

3. Disclose whether Mr. Muzin and/or Stonington ever entered into any agreement requiring it to deliver or return to Qatar any hard-copy or electronic documents, information, or communications, and whether Mr. Muzin and/or Stonington ever delivered or returned to Qatar any such materials.

      Please respond with the requested information by the close of business on Thursday, August 31, 2023. Thank you for your prompt attention to this matter.

                                           Sincerely,

                                           */s/ Daniel R. Benson*

                                           Daniel R. Benson