# Exhibit 2

Stephen J. Obermeier
202.719.7465
sobermeier@wiley.law



Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel:  202.719.7000

wiley.law

August 31, 2023

**VIA ELECTRONIC MAIL**

Daniel R. Benson
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
dbenson@kasowitz.com

Re: *Broidy Capital Management v. Muzin*, Case No. 1:19-CV-150-DLF (D.D.C.) – Stonington Defendants' Responses and Objections to Discovery

Dear Counsel:

We write in response to your August 29, 2023, letter, which still does not respond to the Stonington Defendants' objections to Plaintiffs' discovery requests, nor comply with the process for resolving discovery disputes required by this Court.

With regard to your Requests 1 and 2, we refer you back to the Stonington Defendants' August 28 letter. Specifically, your requests are squarely subsumed by Stonington's now years-old objections, as we explained on August 28—in addition to our further explanation concerning the irrelevance of Blue Fort materials, which we separately addressed on August 3 (*see* Ex. G to August 28 letter). You have declined to meet and confer regarding those objections.

Further, we have already addressed the payment of Stonington's legal fees in our response to Plaintiffs' Second Interrogatory Requests. As you know, on February 1, 2023, the parties mutually supplemented their interrogatory responses and have had no discussions of further supplementation since that date.

Finally, Request 3 is a new interrogatory. Please propound this discovery request appropriately, and we will respond consistent with the timelines imposed by the Federal Rules of Civil Procedure. That said, to the extent this request suggests or inquires as to whether the Stonington Defendants have failed to preserve relevant materials, the answer is no. As we made clear in both our August 3 and August 28 letters, all relevant materials that were in existence at the time Broidy filed his original lawsuit in the Central District of California on March 26, 2018, were preserved, collected, and remain in the possession of the Stonington Defendants.

Daniel R. Benson
August 31, 2023
Page 2

      Again, to the extent you intend to raise these issues in your filing on Friday, we request that you include this correspondence along with our August 28 letter and attachments.

Sincerely,

Stephen J. Obermeier

wiley.law