UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Civil Action No.: 19-00150 (DLF) |

### DECLARATION OF JEFFREY A. UDELL IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL FORENSIC EXAMINATIONS

I, Jeffrey A. Udell, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner and the General Counsel of Walden Macht & Haran LLP, co-counsel to Defendant Gregory Howard ("Howard"). I am admitted to this Court *pro hac vice*, and I submit this Declaration, based upon my personal knowledge, in opposition to Plaintiffs' Motion to Compel Forensic Examinations.

2. Howard timely served Rule 26(a)(1)(A) Initial Disclosures. In addition, Plaintiffs propounded, and Howard responded to the following discovery:

    a. Plaintiffs' First Request for Production of Documents was served on November 8, 2021 and Howard timely responded.

    b. Plaintiffs' First Interrogatories were served on November 8, 2021 and Howard timely responded.

    c. Plaintiffs' First Requests for Admissions were served on November 8, 2021 and Howard timely responded.

d.     Plaintiffs' Second Interrogatories were served on September 8, 2022 and Howard timely responded.  Howard later provided a supplemental response on February 1, 2023.

3.     Annexed hereto as Ex. 1 is a true and correct copy of the parties' July 11, 2023 joint email to the Court requesting a teleconference to address Defendants' contemplated motion to compel Plaintiffs.

4.     Annexed hereto as Ex. 2 is a true and correct copy of The Associated Press, *Guilty Plea in Fraud Case Tied to New York Pension*, New York Times (Dec. 4, 2009).

5.     Annexed hereto are true and correct copies of the following documents:

a.     Ex. 3: Elliott Broidy's Statement of Offense. *United States v. Elliott Broidy*, 20-cr-00210-CKK (D.D.C Oct. 20, 2020), Dkt. No. 7.

b.     Ex. 4: Elliott Broidy's executed Plea Agreement. *United States v. Elliott Broidy*, 20-cr-00210-CKK (D.D.C Oct. 20, 2020), Dkt. No. 8.

6.     Annexed hereto as Ex. 5 is a true and correct copy of the April 4, 2023 (morning session) trial transcript in *United States v. Prakazrel Michel*, 19-cr-00148-CKK (D.D.C. Apr. 4, 2023) at Trial Tr. 51:14-23.

7.     Annexed hereto are true and correct copies of the following articles:

a.     Ex. 6: Maxwell Strachan and Jessica Schulberg, *Leaked Emails Appear to Show A Top Trump Fundraiser Abusing His Power*, HuffPost (Mar. 2, 2018).

b.     Ex 7: Mark Mazzetti et al., *Mueller's Focus on Adviser to Emirates Suggests Broader Investigation*, New York Times (Mar. 3, 2018).

c.     Ex. 8: Desmond Butler et al., *Mueller Probe Witness Secretly Backed UAE Agenda in Congress*, AP (Mar. 25, 2018).

    d.  Ex. 9: Kenneth P. Vogel et al., *Fund-Raiser Held Out Access to Trump as a Prize for Prospective Clients*, New York Times (Mar. 25, 2018).

    e.  Ex. 10: Greg Price, *Trump Fundraiser Asked Top Congressman For Help With Romanian Defense Contract, Emails Show*, Newsweek (Mar. 26, 2018).

    f.  Ex. 11: David Corn, *Disgraced Trump Fundraiser Tried to Use GOP Contacts to Score "Billions" in Africa*, Mother Jones (Dec. 12, 2018).

    g.  Ex. 12: Kenneth P. Vogel, *Elliott Broidy Pleads Guilty in Foreign Lobbying Case*, New York Times (Oct. 20, 2020).

8.  Annexed hereto as Ex. 13 is Howard's Supplemental Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended.

9.  Annexed hereto as Ex. 14 is a true and correct copy of Howard's August 28, 2023 email to the parties producing two additional documents inadvertently omitted due to vendor error.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of September 2023.

                _____
                  Jeffrey A. Udell