# EXHIBIT A

# Roman, Eric

**From:** Joey Allaham <joey@alexisstrategies.com>
**Sent:** Thursday, August 24, 2023 11:05 AM
**To:** Roman, Eric

Dear Eric:

I have managed to sort out my legal issues with Elliot Broidy, and i am being dismissed from his case.  Therefore, i won't being needing your or your firm's representation in this particular matter any more.

Kindly  arrange to return to me as soon as possible all of my documents and files, both paper and electronic.

Thank you very much .
Joey

1