# EXHIBIT C

# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| Daniel R. Benson<br>Direct Dial: (212) 506-1720<br>Direct Fax: (212) 880-8690<br>DBenson@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC |

July 10, 2023

Eric Roman
ArentFox Schiff
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

Re:   *Broidy Capital Management v. Muzin*, Case No. 1:19-CV-150-DLF (D.D.C.)

Dear Counsel:

We write on behalf of Plaintiffs Broidy Capital Management LLC and Elliott Broidy regarding two issues concerning Defendant Joseph Allaham's productions in the above-captioned action.

First, Defendants Nicholas Muzin and Stonington Strategies LLC have produced communications between Mr. Muzin and Mr. Allaham that Mr. Allaham has not produced, notwithstanding that those communications are obviously responsive to the document requests Plaintiffs served on Mr. Allaham.  (*See, e.g.*, SSLLC_00001276, SSLLC_00001287, SSLLC_00001407.)  Please explain what steps Mr. Allaham took to identify and collect relevant communications and why he has failed to produce responsive communications with Mr. Muzin.

Second, in the action titled *Broidy Capital Management LLC et al. v. State of Qatar et al.*, Case No. 2:18-CV-02421-JFW-E (C.D. Cal. 2018) (the "California Action"), Mr. Allaham produced a number of documents designated "Highly Confidential – Attorneys' Eyes Only." Please tell us whether Mr. Allaham has produced in the present action all of the documents and communications that he produced under the AEO designation in the California Action.

Please respond with the requested information by Friday, July 14, 2023.

Sincerely,

*DR.B*

Daniel R. Benson