UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT LLC and
ELLIOTT BROIDY,

        Plaintiffs,

    v.

NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,

        Defendants.

Civil Action No.: 19-00150 (DLF)

**DEFENDANT GREGORY HOWARD'S CROSS-MOTION
TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant Gregory Howard ("Howard"), by his undersigned counsel, respectfully submits this cross-motion, pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, to compel non-party Middle East Forum ("MEF") to produce documents responsive to Howard's subpoena to MEF that MEF is wrongfully withholding. Pursuant to Local Rule 7(c), a proposed order is submitted herewith. In support of this cross-motion, Howard states as follows:

1.    On August 29, 2023, MEF filed its motion to quash, for protective order and sanctions. (Dkt. No. 202). Contemporaneously with this cross-motion, Howard has filed its opposition to MEF's motion, consisting of a Memorandum of Law in opposition, dated September 12, 2023, a Declaration of Jeffrey A. Udell in opposition dated September 12, 2023, and the exhibits thereto (collectively, the "Howard Opposition"). Howard incorporates by reference herein the facts and legal arguments set forth in those filings.

2. The same considerations that warrant denial of MEF's motion, as set forth in the Howard Opposition, also warrant granting of Howard's cross-motion to compel production of the 59 documents that MEF is withholding solely on purported "trades secrets" grounds.

3. Howard makes this cross-motion reluctantly. Given the outstanding party discovery issues (reflected in Defendants' premotion email of July 11, 2023) (Dkt. 211-2), and the Court's statement by email on July 25, 2023 that it "does not require briefing as to the defendants' contemplated cross-motion to compel documents from plaintiffs," it would make more sense to resolve those issues first.

4. Nor was MEF under any compulsion to make its motion, given that—as set forth in the Howard Opposition—Howard was not threatening any imminent motion practice and indeed had indicated to MEF that it might decide not to make a motion. (Dkt. 213-1, Udell Dec. ¶ 5). However, now that MEF has forced the Court to resolve these issues, the Court should direct production of the withheld documents, which are relevant, responsive, and not privileged from production. As shown in Howard's Opposition: (1) through waiver and by listing the documents on its privilege log, MEF conceded relevance; (2) producing these documents poses no burden to MEF; and (3) to the extent the documents reveal the identities of non-Broidy donors, MEF can simply redact those names and produce documents with appropriate designations under the existing protective order.

5. Pursuant to Local Rule 7(m), Howard's counsel has conferred with MEF's counsel regarding the subject matter of this cross-motion. In particular, as detailed in Howard's Opposition, the parties discussed the issues extensively in written correspondence and in a Zoom conference. Indeed, MEF demanded that Howard make the within motion if Howard was not willing to certify that MEF's document production was complete. (Dkt. 202-22). Further, MEF

forced Howard's hand in its August 29, 2023 motion to quash, for a protective order and sanctions. (Dkt. No. 202).

6. For the foregoing reasons, and those set forth in the Howard Opposition, Howard respectfully requests that the Court direct MEF to produce the 59 documents listed on its privilege log (ECF No. 202-9), being withheld solely on purported "trade secret" grounds, and grant such other and further relief as is appropriate.

Dated: September 12, 2023

          Respectfully submitted,

          /s/ Charles S. Fax
          Charles S. Fax
          D.C. Bar No. 198002
          RIFKIN WEINER LIVINGSTON, LLC
          4800 Hampden Lane, Suite 820
          Bethesda, Maryland 20814
          Tel.: (301) 951-0150
          cfax@rwllaw.com

          Jeffrey A. Udell (admitted *pro hac vice*)
          Jacob Gardner (admitted *pro hac vice*)
          WALDEN MACHT & HARAN LLP
          250 Vesey Street, 27th Floor
          New York, NY 10281

          *Attorneys for Defendant Gregory Howard*