UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>           Plaintiffs,<br><br>     v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>           Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**REPLY DECLARATION OF DANIEL R. BENSON**

I, Daniel R. Benson, declare under penalty of perjury, that:

1.      I am a member of Kasowitz Benson Torres LLP, counsel for Plaintiffs Broidy Capital Management, LLC and Elliott Broidy in the above-captioned action. I am admitted *pro hac vice* to this Court. I submit this reply declaration in further support of Plaintiffs' Motion to Compel Forensic Examinations.

2.      Attached hereto as Exhibit 1 is a copy of a December 22, 2021 email from Craig Engle to Eric Roman and Joseph Allaham and attachments titled "2021-12-22 Allaham Responses to Broidys First Irogs (Cov).docx" and "2021-12-22 DRAFT Allaham Responses to Broidys First RFAs (Cov).docx."

3.      Attached hereto as Exhibit 2 is a copy of a December 22, 2021 email from Eric Roman to Craig Engle, Joseph Allaham, and Mohammed Farooqui and attachments titled "2021-12-22 Allaham Responses to Broidys First RFAs.docx" and "2021-12-22 Allaham Responses to Broidys First Irogs.docx."

1

4. Attached hereto as Exhibit 3 is a copy of a December 21, 2021 email from Joseph Allaham to Eric Roman and copying Craig Engle and Mohammed Farooqui and attachments titled "2021-12-20ocx" (draft of Mr. Allaham's Responses to Plaintiffs' First RFAs) and "2021-12-20docx" (draft of Mr. Allaham's Responses to Plaintiffs' First Interrogatories).

5. Attached hereto as Exhibit 4 is a copy of Mr. Allaham's December 22, 2021 Responses and Objections to Plaintiffs' First Requests for Admission and December 22, 2021 Responses and Objections to Plaintiffs' First Interrogatories.

6. Attached hereto as Exhibit 5 is a copy of a December 22, 2021 email thread involving Eric Roman, Craig Engle, Mohammed Farooqui, and Joseph Allaham.

7. Attached hereto as Exhibit 6 is a copy of a December 7, 2022 email from Mohammed Farooqui to Joseph Allaham.

8. Attached hereto as Exhibit 7 is a copy of a July 17, 2017 email from Nicolas Muzin to Joseph Allaham and Jamal Benomar and attachment "Qatar Budget Options."

9. Attached hereto as Exhibit 8 is a copy of an August 14-15, 2017 email thread between Nicolas Muzin and DLA Piper attorneys that Mr. Muzin forwarded to Joseph Allaham and Jamal Benomar.

10. Attached hereto as Exhibit 9 is a copy of an August 29, 2017 WhatsApp group chat between Nicolas Muzin, Joseph Allaham, and Jamal Benomar.

11. Attached hereto as Exhibit 10 is a copy of a February 9, 2018 "Advisory Opinion" from the FARA Unit at the Department of Justice.

12. Attached hereto as Exhibit 11 is a copy of an email thread spanning March 28, 2018 through April 3, 2018 that involves Matthew Nolan, Abbe Lowell, Michael Bhargava, Joseph Allaham, and others, and an attachment titled "Allaham.Benomar Matter."

13. Attached hereto as Exhibit 12 is a copy of a May 24, 2018 email from Craig Engle to Michael Bhargava.

14. Attached hereto as Exhibit 13 is a copy of a June 6, 2018 email thread involving Craig Engle, Abbe Lowell, and others.

15. Attached hereto as Exhibit 14 is a copy of a June 7, 2018 email thread involving Craig Engle, Abbe Lowell, and others.

16. Attached hereto as Exhibit 15 is a copy of an August 28, 2018 email thread between Joseph Allaham and Craig Engle.

17. Attached hereto as Exhibit 16 is a copy of a September 28, 2018 email thread involving Craig Engle, Abbe Lowell, and Joseph Allaham.

18. Attached hereto as Exhibit 17 is a copy of an October 29, 2018 email thread involving Craig Engle, Joseph Allaham, Matthew Nolan, and Daniel Sjostedt.

19. Attached hereto as Exhibit 18 is a copy of a June 6-7, 2018 email thread involving Abbe Lowell, Craig Engle, Eric Bloom, Matthew Nolan, Alan Heller, and Joseph Allaham.

20. Attached hereto as Exhibit 19 is a copy of a November 7, 2018 email from Craig Engle to Joseph Allaham.

21. Attached hereto as Exhibit 20 is a copy of a May 10, 2023 email from Craig Engle to Joseph Allaham.

22. Attached hereto as Exhibit 21 is a copy of a February 5, 2020 email thread involving Craig Engle, Michell Kamin, and Joseph Allaham.

23. Attached hereto as Exhibit 22 is a copy of a July 19, 2017 email from Nicolas Muzin to Joseph Allaham and Jamal Benomar.

24. Attached hereto as Exhibit 23 is a copy of a July 27, 2017 email from Nicolas Muzin to Joseph Allaham and Jamal Benomar, and attachment titled "Qatar July 28.docx."

25. Attached hereto as Exhibit 24 is a copy of an April 11, 2018 email thread involving Joseph Allaham, Matthew Nolan, Craig Engle, Abbe Lowell, and Michael Bhargava.

26. Attached hereto as Exhibit 25 is a copy of a June 6, 2018 email from Joseph Allaham to Craig Engle and attachment titled "Letter, Signed.pdf."

27. Attached hereto as Exhibit 26 is a copy of a July 9, 2018 email from Craig Engle to Joseph Allaham.

28. Attached hereto as Exhibit 27 is a copy of an August 22, 2018 email from Craig Engle to Nicolas Muzin, Stephen Obermeier, and Joseph Allaham.

29. Attached hereto as Exhibit 28 is a copy of an August 27, 2018 email thread between Joseph Allaham and Craig Engle.

30. Attached hereto as Exhibit 29 is a copy of a March 7, 2019 email thread involving Joseph Allaham, Craig Engle, and Yusuf Temitope.

31. Attached hereto as Exhibit 30 is a copy of a March 7, 2019 email thread involving Joseph Allaham, Craig Engle, and Yusuf Temitope.

32. Attached hereto as Exhibit 31 is a copy of a February 5, 2020 email thread involving Joseph Allaham, Craig Engle, and Mitchell Kamin.

33. Attached hereto as Exhibit 32 is a copy of a September 10, 2021 email from Craig Engle to Joseph Allaham.

34. Attached hereto as Exhibit 33 is a copy of a December 27-29, 2022 email thread involving Craig Engle and Joseph Allaham.

35.     Attached hereto as Exhibit 34 is a copy of a June 22, 2023 email from Mohammed Farooqui to Joseph Allaham, Craig Engle, Eric Roman, and Nicholas Collins attaching documents titled "Allaham production.pdf" and "Stonington Chat.pdf."

36.     Based on a review of defendants' document productions to plaintiffs, none of the exhibits attached hereto had been produced to plaintiffs before settling defendant Joseph Allaham provided them to plaintiffs in connection with plaintiffs' recent settlement with him.

Executed this 15th day of September 2023, at New York, New York.

/s/ Daniel R. Benson
Daniel R. Benson (*pro hac vice*)