# EXHIBIT 6

| | |
|---|---|
| **From:** | "Roman, Eric" <Eric.Roman@arentfox.com> |
| **To:** | "Farooqui, Mohammed" <Mohammed.Farooqui@arentfox.com> |
| **Cc:** | "Engle, Craig" <Craig.Engle@arentfox.com>, Joey Allaham <joeyallaham13@gmail.com> |
| **Subject:** | Re: Some of my thinking |
| **Sent:** | Wed 12/22/2021 5:04:31 PM (UTC) |

Agreed as well.

> On Dec 22, 2021, at 12:02, Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com> wrote:
>
> I agree with all of Craig's points.  A message was successfully sent to Qatar and others through our drafts.
>
> Mohammed Farooqui
> Associate
> (He/Him/His)
>
> Arent Fox LLP | Attorneys at Law
> 1301 Avenue of the Americas, Floor 42
> New York, NY 10019
> 212.457.5428 DIRECT | 212.484.3990 FAX
> mohammed.farooqui@arentfox.com | www.arentfox.com
>
>
>
> -----Original Message-----
> From: Engle, Craig <Craig.Engle@arentfox.com>
> Sent: Wednesday, December 22, 2021 11:33 AM
> To: Joey Allaham <joeyallaham13@gmail.com>; Roman, Eric <Eric.Roman@arentfox.com>; Farooqui, Mohammed <Mohammed.Farooqui@arentfox.com>
> Subject: Some of my thinking
>
> I was up all night so I've had a long time to think about this.  And typing is easier than talking.
>
> Our draft answers caused a great deal of turmoil at Covington.   They made all kinds of threats and allegations.  Good.  They know know their client has been lying to them or that their coverup won't hold.
>
> Our draft answers caused Abbe to contact us the day before our responses are due.  Not a coincidence.   Covington obviously shared protected drafts with him.  I will remember that.
>
> I have come to realize from more reading last night that Covington is doing the right thing for their client and trying to protect us Joey by saying everything we have is privileged.   I know you want revenge against Jamal but we also have to protect you from the downside: being tagged with individual liability here or being left to defend yourself
>
> We give up nothing by using Qatars privilege today and fight about Jamal tomorrow - and Qatar will have to defend the use of privilege not us.  If they lose then our draft  answers get submitted
>
> And I have some terrific arguments in my pocket for the next round.
>
> Joey you have made a lot of money off this arrangement and I don't want you to lose it by facing fines and personal legal fees.    And I know you want to find ways to make money off of this: insisting on using our draft answers now is not the way to do that.  It could be a swing and a miss.
>
> By bottom line is:   Let's play the game with the rest of the team and submit the revised answers today.  I don't want to be the excuse for delay.

\>
> I would have this conclusion even if I was feeling my normal self.
>
> So Let's see a draft with changes accepted.
>
> Thank you everyone for being flexible with me
>
>
>
> Sent from my iPhone

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.