# EXHIBIT 7

**From:** "Farooqui, Mohammed" <mohammed.farooqui@afslaw.com>
**To:** Joey Allaham <allahamjoey@gmail.com>
**Cc:** "Engle, Craig" <craig.engle@afslaw.com>, "Brater, Randall" <randall.brater@afslaw.com>, "Roman, Eric" <eric.roman@afslaw.com>, "Zimmer, Heather M." <heather.zimmer@afslaw.com>
**Subject:** Broidy - production
**Sent:** Wed 12/7/2022 5:55:21 PM (UTC)

Allaham Draft Production.pdf

Privileged & Confidential
Attorney Work Product
Attorney Client Privilege

Hi Joey,

As we discussed, we will have to make a production of documents around December 14.  Attached is our draft production that we intend to send to Covington (counsel for Qatar) today for their review.  It includes 71 total documents, mostly forwards of articles and other publicly available information.  I've included a list below of individuals appearing in these documents, including Mort Klein who frequently forwarded you articles.  Let us know if you have an issue with any of the documents.  In addition, could you advice on the following:
- Did you ever retain attorney Mark Levenson from the law firm Sills Cummis & Gross?  Mort Klein forwards articles sent by this attorney, but it does not appear that you were ever a client.
- Have you ever retained the firm DDK & Company for legal services?  It appears to primarily be an accounting firm.

**Key individuals in documents:**
- Jamal Benomar
- Mort Klein
- Shmuly Boteach
- John Rosen (ZOA)
- Mark Levenson, Esq. (Sills Cummis & Gross, P.C.)
- Menachem Genack
- Bhaskar Basu
- Daniel Friedman (Mother Jones)
- Allen Dorkin (accountant)
- Henry Orlinsky (HR Real Estate and Development, 654 Plaza)
- Emma Hitchcock
- Maggie Haberman (NY Times)
- landler@nytimes.com


I'm happy to discuss by phone/email,
Mohammed



**Mohammed Farooqui**
ASSOCIATE | ARENTFOX SCHIFF LLP
(HE/HIM/HIS)

mohammed.farooqui@afslaw.com | 212.457.5428 **DIRECT**

Bio | Blog | My LinkedIn | Subscribe

1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.