# EXHIBIT 8

**To:** Joey Allaham[joeyallaham@icloud.com]; Jamal Benomar[jamalbenomar1@gmail.com]
**From:** Nicolas Muzin[nickmuzin@gmail.com]
**Sent:** Mon 7/17/2017 1:54:49 PM (UTC)
**Subject:** second draft

Qatar Budget Options.docx

Dear Ali:

I appreciate our meeting today, and your proposal that we begin a three-month engagement together at a retainer of $500,000 per month. While there are many firms that could work at those rates, it is not an option for our firm given the level and scope of services that we provide, and the complexity of the project we propose.

What I can offer are two different budget options which are smaller contracts and shorter periods of engagement. Option 1 is for a three-month engagement, and Option 2 is for a six-month engagement. Both options provide for a continuation of the contract after the expiration of the term, at $5 million per month. Option 1 includes the political budget; in Option 2 it is a separate budget item, but is due within 7 days of signing the contract.

Option 1:

Three-month contract at $12 million per month, with the funds paid upfront. Contract continues (with option to exit) after three months at $5 million per month.

Option 2:

Six-month contract at $4 million per month retainer, plus a $20 million political budget. The retainer is paid upon signing, and the political budget is paid within 7 days. Contract renews (with option to exit) after six months at $5 million per month.

|  | **Original Proposal** | **Option 1** | **Option 2** |
|---|---|---|---|
| Term | 12 months | 3 months | 6 months |
| Retainer | $8 million/mo | $12 million/mo | $4 million/mo |
| Political budget | Included | Included | $20 million |
| Upfront | $48 million (6 mos) | $36 million (3 mos) | $44 million (6 mos) |
| Total | $96 million | $36 million | $44 million |

**Budget Allocation (using the original 12 month proposal):**

**Salaries - $1 million/month**

FULL TIME EMPLOYEES

- 10 lobbyists
    - 3 Congress
    - 2 Senate
    - 1 State Department
    - 1 Department of Defense
    - 2 White House
    - 2 National Security Council/CIA

- 5 PR specialists
    - 2 television
    - 1 mainstream print
    - 1 conservative / tea party radio and web
    - 1 surrogate coordinator

- 5 Directors of Coalitions
    - 1 for national security groups
    - 1 for tea party/conservative groups
    - 1 for think tanks
    - 2 for Jewish groups

- Other Staff
    - 3 War Room Coordinators
    - 5 opposition researchers
    - 4 digital bloggers/trackers
    - 2 pollsters
    - 2 political
    - 4 private investigators to follow opposition personnel
    - 1 ad purchaser
    - 5 support staff

**Political Budget - $3 million/month**

(as discussed)

**Polling/Data/Research - $1 million/month**

- Focus on 2016 battleground states (Ohio, North Carolina, Pennsylvania, Wisconsin, Michigan) and also on states where Trump lives (District of Columbia, New York, New Jersey, Florida).

**Television/digital/radio - $3 million/month**

SHOWS THAT TRUMP WATCHES REGULARLY

- Cable advertising ($1 million)
    - Foxnews – Fox & Friends, Hannity, Tucker Carlson
    - CNN – Anderson Cooper
    - MSNBC – Morning Joe

- Broadcast advertising ($1.2 million)
    - NBC - The Today Show, Saturday Night Live, Access Hollywood
    - CBS – 60 Minutes
    - ABC – This Week with George Stephanopoulos

- Digital advertising ($600,000) on Breitbart.com, Drudgereport.com, Townhall.com, and other conservative websites.

- Radio advertising ($200,000) on conservative radio.

**Visit to Washington**

Your Excellency's visit to the United States next week should include the following:

1. Dinner with Congressman Joe Wilson (R-SC)
    Chairman of the Readiness Subcommittee of the Armed Services Committee (which oversees the military base in Doha), and future Chairman of the Armed Services Committee.

2. Meetings with Congressmen Mark Meadows (R-NC), Congressman Lee Zeldin (R-NY), and Congressman Trent Franks (R-AZ)
    Members of the Armed Services and Foreign Affairs Committee to discuss preventing any action on moving the military base from Doha.

3. Meetings with Senator Ted Cruz (R-TX) and Senator Tom Cotton (R-AR)
    Members of the Senate Armed Services Committee

4. Washington lunch and roundtable discussion with key leaders of influential Jewish groups, including:
    - American Israel Public Affairs Committee (AIPAC)
    - Israeli American Council (IAC)
    - Republican Jewish Coalition
    - Conference of Presidents of Major Jewish Organizations
    - Emergency Committee for Israel
    - Israel Allies Foundation
    - Zionist Organization of America
    - Orthodox Union

5. One or more individual meetings with leadership of National Security Organizations
    - Jewish Institute for National Security Affairs (JINSA)
    - Center for Security Policy
    - Secure America Now

6. Meetings with prominent Trump influencers:
    - Joe Lieberman (the Firm is hoping to hire him full-time to help with the Project)
    - Sheldon Adelson
    - Haim Saban
    - Israeli Ambassador Ron Dermer
    - Newt Gingrich