# EXHIBIT 11

| | |
|---|---|
| From: | Nolan, Matthew on behalf of Nolan, Matthew <Matthew.Nolan@arentfox.com> |
| Sent: | Tuesday, April 3, 2018 1:35 PM |
| To: | Lowell, Abbe D.; Bhargava, Michael |
| Cc: | Joey Allaham |
| Subject: | RE: Benomar Matter |
| Attachments: | Allaham.Benomar matter.pdf |

Abbe:

We appreciate the time and consideration today. Joey Allaham asked me to send the attached summary of his views, for settlement discussions only.   You may share with your client if helpful for  the discussion.
We understand other parties may not agree with my client's views or recollections.

Regards,

Matthew M. Nolan
Partner

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.857.6013 DIRECT | 202.857.6395 FAX
matthew.nolan@arentfox.com<mailto:Matthew.Nolan@arentfox.com> | www.arentfox.com<http://www.arentfox.com>

From: Lowell, Abbe D. [mailto:ad.lowell@nortonrosefulbright.com]
Sent: Wednesday, March 28, 2018 6:35 PM
To: Nolan, Matthew <Matthew.Nolan@arentfox.com>; Obermeier, Stephen <SObermeier@wileyrein.com>; Bhargava, Michael <michael.bhargava@nortonrosefulbright.com>; Pickard, Dan <DPickard@wileyrein.com>
Subject: RE: Benomar Matter

As Nick Muzin was not going to be there and Stephen said clients by phone if needed, that is what I arranged.

Abbe David Lowell | Co-head of Regulations, Investigations, Securities and Compliance, United States Norton Rose Fulbright US LLP
1200 New Hampshire Ave N.W., Washington, DC  20036, United States<x-apple-data-detectors://1/1>
1301 Avenue of the Americas, New York NY 10019-6022<x-apple-data-detectors://2/0>
Tel +1 202 974 5605<tel:+1%20202%20974%205605>; +1 212 408 1170<tel:+1%20212%20408%201170> | Fax +1 202 974 6705<tel:+1%20202%20974%206705>; +1 646 710 1170<tel:+1%20646%20710%201170>

From: Nolan, Matthew [mailto:Matthew.Nolan@arentfox.com]
Sent: Wednesday, March 28, 2018 6:33 PM
To: Obermeier, Stephen; Lowell, Abbe D.; Bhargava, Michael; Pickard, Dan
Subject: RE: Benomar Matter

I can do Tuesday, and Joey Allaham would like to participate unless the view is he should not.

Matthew M. Nolan
Partner

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.857.6013 DIRECT | 202.857.6395 FAX
matthew.nolan@arentfox.com<mailto:Matthew.Nolan@arentfox.com> | www.arentfox.com<http://www.arentfox.com>

From: Obermeier, Stephen [mailto:SObermeier@wileyrein.com]
Sent: Wednesday, March 28, 2018 12:54 PM
To: Lowell, Abbe D. <ad.lowell@nortonrosefulbright.com<mailto:ad.lowell@nortonrosefulbright.com>>; Bhargava, Michael <michael.bhargava@nortonrosefulbright.com<mailto:michael.bhargava@nortonrosefulbright.com>>; Nolan, Matthew <Matthew.Nolan@arentfox.com<mailto:Matthew.Nolan@arentfox.com>>; Pickard, Dan <DPickard@wileyrein.com<mailto:DPickard@wileyrein.com>>
Subject: Benomar Matter

Rule 408 Settlement Communication

All,

We spoke with the client, and we are prepared to have a meeting on Tuesday, as we discussed.  We can host at our offices at 1776 K Street, and we will plan for the meeting to last at least from 10AM ET to 12PM ET.

I had suggested having our clients present, but Mr. Muzin will be out of the country.  He can, however, be available by telephone, and I would ask that all of the parties likewise be available by phone if they are unable to be present.  Please let me know if that works.

Thank you,

Steve


Stephen J. Obermeier | Attorney at Law
Wiley Rein LLP
1776 K Street NW | Washington, DC 20006
T: 202.719.7465 | M: 202.390.4269 | sobermeier@wileyrein.com<mailto:sobermeier@wileyrein.com>
www.wileyrein.com<http://www.wileyrein.com> | Bio<http://www.wileyrein.com/professionals-StephenObermeier.html> | LinkedIn<https://www.linkedin.com/pub/stephen-obermeier/71/a12/760> | Twitter<https://twitter.com/WileyRein>

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com<mailto:Information@wileyrein.com>.

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

_____

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to
nrfus.postmaster@nortonrosefulbright.com<mailto:nrfus.postmaster@nortonrosefulbright.com>.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

_____


_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Confidential/ Solely for Use in Settlement Discussions

## Summary of Joey Allaham/Lexington Strategies Expenses and Commitments Related to Contracts With Qatar and Involving Partnership With Jamal Benomar

Key terms of current contracts with Qatar (World Cup) :

1. Up to $6 million/year for donations to permit access.
2. Joey Allaham/Lexington to receive $750,000 per month for work performed and managing process. Benomar $950,000/month.
3. Contract term 2-4 years.

|  |  | Subtotal |
|---|---|---|
| Under contract Lexington/Allaham owed fees for period November 2017 –April 2018: | $ 4,500,000 |  |
| Remainder due (assume 18 months max) |  | $13,500,000 |
| **Fee total per agreement** |  | **$18,000,000** |

**Expenses and commitments made per contract:**

Payments Made on Behalf of Qatar thus far:

| | | |
|---|---|---|
| Alan Dershowitz contract: | $ 100,000 | |
| Mike Huckabee contract | $ 250,000 | |
| Zionist org of America | $ 100,000 | |
| Host Dinner for Joe Carey | $ 100,000 | |
| Smaller donations to organizations | $ 170,000 | |
| Accountants and Lawyers | $ 100,000 | |
| **Total expenditures through March 2018:** | | **$ 820,000** |

**Contract Commitments:**

| | | | |
|---|---|---|---|
| Alan Dershowitz contract: | | | |
| Amount due for January –April 2018 | $ 450,000 | | |
| Termination payment (90 days) | $ 300,000 | $ 750,000 | |
| Mike Huckabee contract: | | | |
| Amount due Feb-April 2018 | $ 300,000 | | |
| Termination payment (90 days) | $ 300,000 | $ 600,000 | |
| 77 WABC radio program commitment | | $ 250,000 | |
| **Total outside consultant/fee commitments:** | | | **$ 1,750,000** |

**Allaham has received $1,450,000 from Qatar (World Cup) to cover expenses.**
**Allaham has received $1,300,000 under prior canceled Bluefort Contract.**

1

Confidential/ Solely for Use in Settlement Discussions

**Pledges Made on Behalf of Qatar:**

|  |  | Subtotal |
|---|---|---|
| Zionist Organization of America |  |  |
| Pledge for 2017; | $1,000,000 |  |
| Pledge for 2018; | $1,000,000 |  |
|  | $ 250,000 |  |
| **Total ZOA:** |  | **$2,250,000** |
|  |  |  |
| American Society for Yad Vashem |  |  |
| 2017 | $ 300,000 |  |
| 2018 | $ 300,000 |  |
|  |  | $ 600,000 |
| Sam and Esther Minskoff Cultural Center |  |  |
| 2017 | $ 250,000 |  |
| 2018 | $ 250,000 | $ 500,000 |
|  |  |  |
| Manhattan High School for Girls |  |  |
| 2017 | $ 150,000 |  |
| 2018 | $ 150,000 | $ 300,000 |
|  |  |  |
| American Friends of Torah Tefilah (Ben Braffman) |  | $ 500,000 |
|  |  |  |
| Yeshiva Far Rockaway |  | $25,000-$100,000 |
| Kulana Torah Academy |  | $25,000-$100,000 |
| Israel Cancer Research Fund |  | $25,000-$100,000 |
|  |  |  |
| Shavi Nafshi Foundation |  |  |
| 2017 | $150,000 |  |
| 2018 | $150,000 | $ 300,000 |
|  |  |  |
| Park East Synagogue 2018 |  | $ 250,000 |
|  |  |  |
| Appeal of Conscience Foundation |  |  |
| 2017 | $ 100,000 |  |
| 2018 | $ 100,000 | $ 200,000 |
|  |  |  |
| Conference of Presidents (2018) |  | $ 100,000 |
|  |  |  |
| Yeshiva University |  | <u>$ 300,000</u> |
|  |  |  |
|  |  | **$5,375,000- $5,500,000** |
|  |  |  |
| Allaham is holding funds in escrow for Benomar in amount of; |  | $ 1,200,000 |

Confidential/ Solely for Use in Settlement Discussions

**Key points, Qatar (J Allaham views)**

- Allaham brought key relationships in the Jewish community to the client.
- Donations were to encourage dialogue with Qatar and to create connections with the Qatari Foundation and Jewish organizations.
- Qatar and Benomar specifically requested that Allaham develop the list and strategy for donations. To prominent organizations. Mr. Ali Al Thwadi, Qatar Supreme Committee for Delivery and Legacy, World Cup approved the list of organizations for donations.
- Allaham first met Benomar in Feb. 2, 2012 regarding possible business to advise Ali Abdullah Saleh, former President of Yemen to invest his wealth through Benomar and Allaham with commissions split by the two partners. At that time Benomar was assigned as special U.N. envoy to Yemen.
- June 8, 2012, Allaham met Benomar at a Bahz Mitzvah at 820 Ave. S, Brooklyn where they discussed the creation of a lobbying and business consulting group. Allaham interviewed Nick Muzin to join as group lobbyist. Benomar approved Nick, Benomar resigned from U.N. This is how the partnership started.
- On November 20, 2017, at a meeting in Doha, with the HE Sheikh Mohammed Staff, Benomar, and counsel for Qatar, Allaham discussed with Benomar terminating Muzin as recent events compromised his ability to render effective services.
- In a November 20, 2017 communication with Andrew Longmat, counsel to Qatar, Allaham indicated that Muzin should be released due to issues related to his engagement as lobbyist. Longmat drafted a confidentiality provision for Muzin instead per Allaham request.
- From December – January, HE Sheikh Mohammed and Chief of Staff Ali requested that Mort Klein apologize during his visit to HH, the Emir, in regards to negative statements made. Mort Klein changed his views with assurances of support from Allaham. ZOA lost major US donors as a result.
- Allaham introduced Chris Ruddy (owner of Newsmax) and journalist Chris Cox to Benomar as part of the strategy. Allaham knows Benomar asked to come go to Qatar but not to tell Allaham about it.
- Issues involving Jared Kushner – Benomar wanted Allaham to recruit Kushner to meet the Qataris and Moroccans. Benomar pressed for a business referral from Qatari investments with Extell Development. Allaham said it was a bad idea.

3

- Allaham was responsible for changing the image of Qatar. He will be filing a FARA registration.

## Morocco

- Allaham organized the effort, worked to retain the team and lobbyists employed.
- Agreement called for $3.14 million per year, Allaham to receive approximately $1,500,000.
- A written agreement was drafted with input from Allaham and Benomar.
- We will be filing a FARA registration if needed.

Allaham has communication and other evidence to support the above.