# EXHIBIT 12

**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**To:** Joey Allaham <josephallaham@gmail.com>
**Subject:** FW: Abbe did not give me his new email address so I am afraid you are stuck with me for another day.
**Sent:** Thur 5/24/2018 9:28:36 PM (UTC)

---

**From:** Engle, Craig
**Sent:** Thursday, May 24, 2018 5:28 PM
**To:** 'Bhargava, Michael' <michael.bhargava@nortonrosefulbright.com>
**Subject:** Abbe did not give me his new email address so I am afraid you are stuck with me for another day.

Michael: I have a client who wants to strangle me because he doesn't think I can get anything finished.  He has been sitting on the sidelines for two months with no new clients  (Imagine if you or I had a two month gap between clients).

Frankly, I don't think we have done anything wrong to derail these negotiations.  The very first thing Abbe said to me in response to my letter was to tell your client to stop working.  And that is what we did.  No activity since then, no income since then, either.

The next highlight was making sure my client didn't screw himself by getting involved in a new representation before this one was finished.  He didn't.

Another highlight was opening our kimono and showing you all our books and records.  Anybody else do that ?  Would you even believe them if they did ?  Oh and we plan to give you all our materials when we wrap this up.

Then I get the pleasure of working with the featherweights at Wiley Rein who, as Abbe once said, may have a criminal as a client.  Yet I did exactly what was asked of me: bring him into reality.  Ta da. Oh, and their FARA advice would be hysterical if this wasn't so serious.

And as time passed, I saw the other party sell out Joey in a defense agreement in Broidy.

The critical juncture was when Abbe called me and said, Craig: things were going well when you were behind the wheel.  Somehow you got elbowed out and things have gone amok. Get back behind the wheel please.

And I did.  And we have a nice neat little agreement ready to be signed – with maybe  a bug or two to iron out.  As of Monday I was saying we are 90 % complete.   Now people think I have over promised or under delivered and I am going to lose my credibility and effectiveness.

So before I get strangled, let me know what you need me to do to speed the plow, here.

I am scheduled to leave for Hungary on Monday at noon.   I'm going to postpone that trip because I'm not leaving this country until this is put to bed.

Sorry to vent: but I am full of steam.  Actually I feel much better now.

Hope you are well.

**Craig Engle**
**Partner**

**Arent Fox LLP** | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344

202.775.5791  DIRECT  |  202.857.6395  FAX

craig.engle@arentfox.com  |  www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.