# EXHIBIT 13

**Subject:** RE: Here is how i would respond to Abbe - but maybe i should wait an hour or two to send it
**From:** "Nolan, Matthew" <Matthew.Nolan@arentfox.com>
**Date:** 6/6/2018, 5:49 PM
**To:** "Engle, Craig" <Craig.Engle@arentfox.com>, Joey Allaham <josephallaham@gmail.com>

I would not trust Abbe further than I could throw him.  He has not been shooting straight with us on this.  He should have made a deal by now.

**Matthew M. Nolan**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.857.6013 DIRECT | 202.857.6395 FAX
matthew.nolan@arentfox.com | www.arentfox.com

---

**From:** Engle, Craig
**Sent:** Wednesday, June 06, 2018 5:45 PM
**To:** Joey Allaham <josephallaham@gmail.com>
**Cc:** Nolan, Matthew <Matthew.Nolan@arentfox.com>
**Subject:** Here is how i would respond to Abbe - but maybe i should wait an hour or two to send it


Throw *himself* to the wolves ?  Sorry, I think others beat him to that task.

*Lessens* any incentive for others to work out a settlement with him ? How could it get any less that our phone call on Friday?

I've done my best to counsel Joey to resign without anger or emotion – that's why its effective June 8, 2018.   (this last point is what keeps the door open)


**Craig Engle**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

---

**From:** Joey Allaham [mailto:josephallaham@gmail.com]
**Sent:** Wednesday, June 06, 2018 5:33 PM
**To:** Engle, Craig <Craig.Engle@arentfox.com>
**Cc:** Nolan, Matthew <Matthew.Nolan@arentfox.com>
**Subject:** Re: JOINT DEFENSE PRIVILEGE - SETTLEMENT COMMUNICATIONS

There is a Story on Politico tomw . With all . I think I should leave it . I told u these guys only know the power language . I don't think I should kill it .

Sent from my iPhone

On Jun 6, 2018, at 5:29 PM, Engle, Craig <Craig.Engle@arentfox.com> wrote:

Well that was fast – a reply from Abbe in four minutes -  I will draft a reply for you to look at.  (But this is one of the reasons why I asked Joey to put the effective date this Friday)

**Craig Engle**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

**From:** Lowell, Abbe David [mailto:ADLowell@winston.com]
**Sent:** Wednesday, June 06, 2018 5:26 PM
**To:** Engle, Craig <Craig.Engle@arentfox.com>
**Cc:** Bloom, Eric W. <EBloom@winston.com>
**Subject:** JOINT DEFENSE PRIVILEGE - SETTLEMENT COMMUNICATIONS

Craig,

Please ask him not to act in anger or emotion.  There is nothing lost for him to let me see if there is a pursuit we can do as a common interest.  What does he gain throwing himself to the wolves?  And if he does that, he lessens any incentive for others to work out a settlement with him.  At the least, his costs to litigate are well within what I am working on.

Abbe

**Abbe David Lowell**
**Partner**
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5875

F: +1 202-282-5100

VCard | Email | winston.com

**Winston & Strawn LLP**

**From:** Engle, Craig <Craig.Engle@arentfox.com>
**Sent:** Wednesday, June 6, 2018 5:22 PM
**To:** Lowell, Abbe David <ADLowell@winston.com>
**Subject:** Joey Allaham

Abbe:  A little earlier today Joey sent a letter to HE Sheikh Mohammed bin Hamad bin Khalifa Al Thani and Ali Althawdi stating that effective Friday June 8, 2018 he considers any arrangements or agreements between him and the Nation of Qatar to be finished and that he will need no assistance from them after that date.

Being left to fend for himself in the Broidy litigation was the last straw.  And Joey  stopped deluding himself that we were capable of reaching a settlement of prior grievances or cooperating or protecting documents - as the settlement agreement provided  for.

He is spending a fortune on this stupid subpoena in a stupid case where he isn't a defendant, trying to help a country that just kicked his face.  I'm wondering who of all the sketchy people I've met recently would do that for Joey.

I told Joey of your offer of help – and he quickly realized that help wasn't for him.  It was for Qatar.  So no thanks, and in a few days Joey will be completely on his own.  I'm not sure even I will still be involved.

But to sum up his experiences with Qatar, his last point was best:  "I'm going to work on the Sabbath for a country that hates Jews."

**Craig Engle**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.