# EXHIBIT 15

**Subject:** RE: RE: Re:
**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**Date:** 8/28/2018, 1:14 PM
**To:** Joey Allaham <josephallaham@gmail.com>

No need to reach out to him - it is all running out of the embassy now

My guess is that abbe and eric have spoken to the embassy in fact

Craig Engle
Partner

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com


-----Original Message-----
From: Joey Allaham [mailto:josephallaham@gmail.com]
Sent: Tuesday, August 28, 2018 1:08 PM
To: Engle, Craig <Craig.Engle@arentfox.com>
Subject: Re: RE: Re:

Are planning to reach out to Eric or just wait ?

Sent from my iPhone

> On Aug 28, 2018, at 11:08 AM, Engle, Craig <Craig.Engle@arentfox.com> wrote:
>
> Im not sure what you mean
>
> Craig Engle
> Partner
>
> Arent Fox LLP | Attorneys at Law
> 1717 K Street, NW
> Washington, DC  20006-5344
> 202.775.5791 DIRECT | 202.857.6395 FAX craig.engle@arentfox.com | www.arentfox.com
>
>
> -----Original Message-----
> From: Joey Allaham [mailto:josephallaham@gmail.com]
> Sent: Tuesday, August 28, 2018 8:07 AM
> To: Engle, Craig <Craig.Engle@arentfox.com>
> Subject: Re:
>
> What next for q now ?
>
> Sent from my iPhone
>
>> On Aug 28, 2018, at 8:03 AM, Engle, Craig <Craig.Engle@arentfox.com> wrote:

> Very interesting the man has a rich background and hopefully can be helpful to us
>
> Sent from my iPhone
>
>> On Aug 27, 2018, at 10:06 PM, Joey Allaham <josephallaham@gmail.com> wrote:
>>
>> How was dinner ?
>>
>> Sent from my iPhone
>>
>>> On Aug 27, 2018, at 6:18 PM, Engle, Craig <Craig.Engle@arentfox.com> wrote:
>>>
>>> All good with Steve.  I sense Eric is out of the picture.   Yes it would be great to have you at dinner tonight!
>>>
>>> Sent from my iPhone
>>>
>>>> On Aug 27, 2018, at 6:05 PM, Joey Allaham <josephallaham@gmail.com> wrote:
>>>>
>>>> All good with Steve ?
>>>> Jealous I'm not @ dinner tonight
>>>> Anything from Eric ?
>>>>
>>>> Sent from my iPhone
>>>
>>> _____
>>>
>>> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.