# EXHIBIT 16

**Subject:** FW: Following up
**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**Date:** 9/28/2018, 4:33 PM
**To:** Joey Allaham <josephallaham@gmail.com>

I received a very prompt and sympathetic reply from Abbe – see below

**Craig Engle**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

---

**From:** Lowell, Abbe David [mailto:ADLowell@winston.com]
**Sent:** Friday, September 28, 2018 4:31 PM
**To:** Engle, Craig <Craig.Engle@arentfox.com>
**Subject:** RE: Following up

Craig –

I surely understand.  I have tried to engage folks who need to engage and I will keep doing it or let you know that it is going nowhere.  Give us a little more time.

Abbe


### Abbe David Lowell
**Partner**

Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com

---

**From:** Engle, Craig <Craig.Engle@arentfox.com>
**Sent:** Friday, September 28, 2018 4:29 PM
**To:** Lowell, Abbe David <ADLowell@winston.com>

**Subject:** Following up

Abbe – I just checked in with Nick's counsel at Wiley and I don't understand why our matter hasn't settled.  We did everything we were asked and the litigation was resolved in your client's favor.  What is the hold-up ?  We practically had compatible offers on the table.

Let me know what you think.

Thank you.

**Craig Engle**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distr bute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.