# EXHIBIT 17

**Subject:** RE: Meeting Report and Indemnification document
**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**Date:** 10/29/2018, 11:44 AM
**To:** Joey Allaham <josephallaham@gmail.com>
**CC:** "Sjostedt, Daniel" <Daniel.Sjostedt@arentfox.com>

Oh that … I sent that to Steve to give to Dean – not Abbe - that is why I misunderstood

Daniel see below form joey – several months ago I put together a document and sent it to Steve Olbermeir at Wiley Rein that itemized all the pledges that joey has made to various organizations totaling several million dollars - it was part of a packet that backed up our claim – can you forward me those materials please

**Craig Engle**
**Partner**

**Arent Fox LLP** | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

---

**From:** Joey Allaham [mailto:josephallaham@gmail.com]
**Sent:** Monday, October 29, 2018 11:35 AM
**To:** Engle, Craig <Craig.Engle@arentfox.com>
**Cc:** Nolan, Matthew <Matthew.Nolan@arentfox.com>
**Subject:** Re: Meeting Report and Indemnification document

I need the bill with all the pledges etc ... what I'm owed beside your bill which I need . Basically I want to put in his face how much money they need to pay . I believe you did it in an organized way

Sent from my iPhone

On Oct 29, 2018, at 11:29 AM, Engle, Craig <Craig.Engle@arentfox.com> wrote:

> The indemnification agreement I sent you is the one that I gave abbe
>
> **Craig Engle**
> **Partner**
>
> **Arent Fox LLP** | Attorneys at Law
> 1717 K Street, NW
> Washington, DC  20006-5344
> 202.775.5791 DIRECT | 202.857.6395 FAX
> craig.engle@arentfox.com | www.arentfox.com
>
> ---
>
> **From:** Joey Allaham [mailto:josephallaham@gmail.com]
> **Sent:** Monday, October 29, 2018 11:24 AM
> **To:** Engle, Craig <Craig.Engle@arentfox.com>
> **Cc:** Nolan, Matthew <Matthew.Nolan@arentfox.com>
> **Subject:** Re: Meeting Report and Indemnification document
>
> I need what y gave Abbe as well that I'm owed .

Sent from my iPhone

On Oct 29, 2018, at 11:16 AM, Engle, Craig <Craig.Engle@arentfox.com> wrote:

> Joey: the meeting went fine.  The firm is going to give you another week to bring us something tangible.  If nothing comes in by COB Friday, we are going to send you a formal notice of withdrawal.
>
> You wanted two things:  a copy of the indemnification agreement and a summary of our bill.
>
> Enclosed is the indemnification agreement -  this one is for your signature (I signed the one last week while you were away – we need to substitute your signature for mine)  please sign this and email it back to me
>
> Summary of our bill:  that will be coming to you later today
>
> Good luck in London – I know you will do just fine.
>
> **Craig Engle**
> **Partner**
>
> Arent Fox LLP | Attorneys at Law
> 1717 K Street, NW
> Washington, DC  20006-5344
> 202.775.5791 DIRECT | 202.857.6395 FAX
> craig.engle@arentfox.com | www.arentfox.com
>
> ---
>
> **From:** Sjostedt, Daniel
> **Sent:** Monday, October 29, 2018 10:41 AM
> **To:** Engle, Craig <Craig.Engle@arentfox.com>
> **Subject:** Partial Indemnification w/ no signature
>
> Please see attached.
>
> Best,
>
> **Daniel Sjostedt**
> **Government Relations Specialist**
>
> Arent Fox LLP | Attorneys at Law
> 1717 K Street, NW
> Washington, DC  20006-5344
> 202.857.8933 DIRECT | 202.857.6395 FAX
> daniel.sjostedt@arentfox.com | www.arentfox.com
>
> ---
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
> <Partial Indemnification no sig.pdf>

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.