# EXHIBIT 18

**From:** Alan Heller <AHeller@gsblaw.com>
**To:** Joey Allaham <josephallaham@gmail.com>
**Subject:** Re: JOINT DEFENSE PRIVILEGE - SETTLEMENT COMMUNICATIONS
**Sent:** Thur 6/7/2018 1:39:12 AM (UTC)

Incredible!

Sent from my iPhone

On Jun 6, 2018, at 7:55 PM, Joey Allaham <josephallaham@gmail.com> wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Engle, Craig" <Craig.Engle@arentfox.com>
>> **Date:** June 6, 2018 at 6:04:25 PM EDT
>> **To:** "Nolan, Matthew" <Matthew.Nolan@arentfox.com>, Joey Allaham <josephallaham@gmail.com>
>> **Subject: FW: JOINT DEFENSE PRIVILEGE - SETTLEMENT COMMUNICATIONS**
>>
>> OH MY FREAKING GOD – LOOK AT THIS
>>
>> **Craig Engle**
>> Partner
>>
>> **Arent Fox LLP** | Attorneys at Law
>> 1717 K Street, NW
>> Washington, DC  20006-5344
>> 202.775.5791  DIRECT | 202.857.6395  FAX
>> craig.engle@arentfox.com | www.arentfox.com
>>
>>> **From:** Lowell, Abbe David [mailto:ADLowell@winston.com]
>>> **Sent:** Wednesday, June 06, 2018 5:58 PM
>>> **To:** Engle, Craig <Craig.Engle@arentfox.com>
>>> **Cc:** Bloom, Eric W. <EBloom@winston.com>
>>> **Subject:** RE: JOINT DEFENSE PRIVILEGE - SETTLEMENT COMMUNICATIONS
>>>
>>> PS – it means I think there is a settlement of a good idea to be had with us
>>>
>>> **Abbe David Lowell**
>>>
>>> **Partner**
>>>
>>> Winston & Strawn LLP
>>> 1700 K Street, N.W.
>>> Washington, DC 20006-3817
>>>
>>> D: +1 202-282-5875
>>>
>>> F: +1 202-282-5100
>>>
>>> VCard | Email | winston.com

**From:** Lowell, Abbe David
**Sent:** Wednesday, June 6, 2018 5:26 PM
**To:** 'Engle, Craig' <Craig.Engle@arentfox.com>
**Cc:** Bloom, Eric W. <EBloom@winston.com>
**Subject:** JOINT DEFENSE PRIVILEGE - SETTLEMENT COMMUNICATIONS

Craig,

Please ask him not to act in anger or emotion.  There is nothing lost for him to let me see if there is a pursuit we can do as a common interest.  What does he gain throwing himself to the wolves?  And if he does that, he lessens any incentive for others to work out a settlement with him.  At the least, his costs to litigate are well within what I am working on.

Abbe

**Abbe David Lowell**

**Partner**

Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5875

F: +1 202-282-5100

VCard | Email | winston.com



**From:** Engle, Craig <Craig.Engle@arentfox.com>
**Sent:** Wednesday, June 6, 2018 5:22 PM
**To:** Lowell, Abbe David <ADLowell@winston.com>
**Subject:** Joey Allaham

Abbe:  A little earlier today Joey sent a letter to HE Sheikh Mohammed bin Hamad bin Khalifa Al Thani and Ali Althawdi stating that effective Friday June 8, 2018 he considers any arrangements or agreements between him and the Nation of Qatar to be finished and that he will need no assistance from them after that date.

Being left to fend for himself in the Broidy litigation was the last straw.  And Joey  stopped deluding himself that we were capable of reaching a settlement of prior grievances or cooperating or protecting documents - as the settlement agreement provided  for.

He is spending a fortune on this stupid subpoena in a stupid case where he isn't a defendant, trying to help a country that just kicked his face.  I'm wondering who of all the sketchy people I've met recently would do that for Joey.

I told Joey of your offer of help – and he quickly realized that help wasn't for him.  It was for Qatar.  So no thanks, and in a few days Joey will be completely on his own.  I'm not sure even I will still be involved.

But to sum up his experiences with Qatar, his last point was best:  "I'm going to work on the Sabbath for a country that hates Jews."

**Craig Engle**
Partner

**Arent Fox LLP** | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.