# EXHIBIT 19

| | |
|---|---|
| **From:** | "Engle, Craig" <Craig.Engle@arentfox.com> |
| **To:** | Joey Allaham <josephallaham@gmail.com> |
| **Subject:** | good news |
| **Sent:** | Wed 11/7/2018 9:32:49 PM (UTC) |

I think we have an agreement

You sign an indemnification agreement for arent fox to be paid
You transmit to Eric the documents that I sent you
They review the documents and as long as there are no problems, we resume the settlement discussions right where we left off before Stephen sent them over to Dean at the Embassy.

My hope is the first to steps can happen today or tomorrow, and they go over the documents next week and (depending on how much time Eric needs to spend on the writing the brief) he and I finish the settlement.   I will send him the documents that you sent to Hassan

I know you have put this in my hands – and this is what I would like to do.  My neck is out about ten feet on this right now.


**Craig Engle**
Partner

**Arent Fox LLP** | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.