# EXHIBIT 20

| | |
|---|---|
| **From:** | "Engle, Craig" <craig.engle@afslaw.com> |
| **To:** | Joey Allaham <allahamjoey@gmail.com> |
| **Subject:** | Regarding the Broidy litigation |
| **Sent:** | Wed 5/10/2023 3:42:06 PM (UTC) |

Joey –

Giving out documents would violate your cooperation agreement and the joint defense privilege and any court order on confidentiality.

The cooperation agreement says your materials are actually the property of Qatar; that you have to keep them strictly confidential; that you cannot communicate with individuals adverse to Qatar (namely, Mr. Broidy); and that you cannot enter into any agreement with any third party who is adverse to Qatar; and your joint defense agreement contains restriction on your personal activity as well. These were all the terms you agreed to in order to receive the 1.55 million.

There is a Breach provision in the Agreement that means Qatar could sue you for the 1.5 million they paid you and the 2 m they have paid Arent Fox to represent you.

On June 8 Mr. Broidy will receive a lot of your documents anyway through the regular discovery process. I don't see the reason for you to give him something in person today – and risk being sued for 3.5 million – that I will give his lawyers in a month.

Also: I have seen all your documents. There is no smoking gun in there. Mr. Broidy's lawyers are not going to find anything from your production. Why risk being sued over something that is valueless?

My advice: let the discovery play out over the next month or two and then get Mr. Broidy to drop you from the law suit. In my opinion, a conversation with Mr. Broidy about dropping you from the lawsuit is certainly permitted (it would be best if was communicated through a lawyer).

*Joey: My number one interest has always been getting you out of this law suit. If you are still a defendant and this thing goes to trial, and people lie about you, you could be convicted of a major felony.*

I want you out of this lawsuit, period. Once that deal is set then we can talk about other things.



**Craig Engle**
PARTNER | ARENTFOX SCHIFF LLP

craig.engle@afslaw.com | 202.775.5791 **DIRECT**

Bio | My LinkedIn | Subscribe

1717 K Street, NW, Washington, DC 20006

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.