# EXHIBIT 22

**From:** Nicolas Muzin on behalf of Nicolas Muzin <nickmuzin@gmail.com>
**Sent:** Wednesday, July 19, 2017 4:48 PM
**To:** Jamal Benomar; Joey Allaham
**Subject:** something to share with the Sheik

Jamal,

See story below and video of my old boss and dear friend, Tim Scott, sitting next to President Trump at lunch today in the White House, to discuss the health care bill.

If you can think of a way to do this casually, you may want to share this with Sheik Mohammed or Ali, mention that I was at the White House today, and show them the type of influence that Tim Scott has with the President.
Not to mention Ted Cruz, and others I work closely with.

Nick


http://www.politico.com/story/2017/07/19/trump-congress-no-recess-health-care-240718