# EXHIBIT 23

| | |
|---|---|
| **From:** | Nicolas Muzin on behalf of Nicolas Muzin <nickmuzin@gmail.com> |
| **Sent:** | Thursday, July 27, 2017 7:11 PM |
| **To:** | Nicolas Muzin; Joey Allaham; Jamal Benomar |
| **Subject:** | new memo |
| **Attachments:** | Qatar July 28.docx |

1



Nicolas Muzin
202.858.1100
www.stoningtonstrategies.com
nick@stoningtonstrategies.com

PRIVILEGED & CONFIDENTIAL

July 28, 2017

Ali Al-Thawadi
Ministry of Foreign Affairs
State of Qatar

Dear Ali,

As Congress heads into the August recess, your enemies' attacks are intensifying – through a sustained public relations war, including television advertising, websites, a documentary, and digital ads which are being talked about in Washington. They have stepped up their activity on Capitol Hill, with bicameral members of the Foreign Affairs and Armed Services Committees considering legislation and hearings to move the US military base from Doha. And they have planned an aggressive grassroots strategy to target members of Congress at town hall meetings in their districts during the recess.

Despite the promising dialogue that you may be having with some in the Trump administration, the key influencers in the White House and on Capitol Hill are not on your side. Quite to the contrary, the viewpoint that Qatar is a sponsor of terror is becoming the dominant, fixed belief. As one very senior Pentagon official told me this past week: "Qatar has been in bed with many bad people, for too long. It's time to put them in their place."

I have outlined an intense lobbying, public relations, and coalitions plan to turn influencer opinion around within the next 60 days, with the goal of having President Trump personally intervene to end the crisis. This is not a question of having a few contacts in the White House, or putting up a website and running some digital ads. In order to succeed, this must be a full-scale public relations and lobbying war for the hearts and minds of America's foreign policy juggernaut, in the age of Trump. No other firm has the depth of experience and credibility that we offer, having raised hundreds of millions of dollars and built quality relationships within the very communities that agitate against you. As we discussed in Doha, the Trump confidante who leads the UAE's efforts was my subordinate, and I therefore have a unique ability to discredit him in the eyes of the President.

<u>August Itinerary</u>

- Digital and television advertising to overwhelm Saudi/Emirati messaging
    - Focus on shows that Trump is known to watch
    - Focus on swing political states, follow up with polling and data analysis to share with White House

*The Firm to See*



Nicolas Muzin
202.858.1100
www.stoningtonstrategies.com
nick@stoningtonstrategies.com

- Press roundtables/editorial board meetings/press conferences/interviews/op-eds with mainstream media (New York Times, USA Today, Wall Street Journal), and also right-wing media and blogosphere (Breitbart, Drudgereport, Townhall). Training and deployment of surrogates.

- Radio outreach on conservative talk radio, listened to by President Trump and Steve Bannon.

- Visits with Senators in D.C. (if Senate in session week of July 31), or in New York/Los Angeles during Senator's summer fundraising swings.

- Coalitions outreach to key leaders of national security, pro-Israel, tea party, and evangelical groups.
    - Major Conference on Capitol Hill exploring Saudi and UAE's ongoing ties to terror.

- Outreach to prominent Trump influencers, focusing on New York real estate community, Wall Street, Jewish philanthropists.

- Direct discussions with President Donald Trump, and senior advisor Jared Kushner

- Political project (as discussed)

- Polling to be conducted in 2016 swing states, with favorable data given directly to President Trump, Jared Kushner, and the White House political affairs office.

<u>September</u>
After assessing and discussing with you the results of August, we anticipate the following plan for September and October:

- Reactivation of Qatar Caucus to take the lead on letters of support to the Administration, congressional events, and education of Members.
- Congressional hearings, floor speeches, press interviews, and letters to the Administration calling attention to the role of Saudi Arabia and the UAE in sponsoring global terror from 9/11 to the present.
- Congressional visit to Qatar by senior members of House and Senate Foreign Relations and Armed Services Committees.
- Congressional event in the U.S. Capitol celebrating the 20th Anniversary of the establishment of the Al Udeid Air Base, featuring a presentation by military personnel.

We will engage the Jewish, evangelical, national security, tea party and conservative groups to hold events and demonstrations, letter writing campaigns, digital outreach, and congressional office visits to support the Qatari position. We will arrange to have His Excellency (or a designate) speak at, and receive honorary awards, from Jewish organizations (such as the Appeal of Conscience Foundation, which has previously



Nicolas Muzin
202.858.1100
www.stoningtonstrategies.com
nick@stoningtonstrategies.com

honored Jordan's King Hussein and his wife Raina, or United Jewish Appeal), in recognition of Qatar being one of the first Arab states to develop formal relations with the State of Israel.

All of the above sets the foundation for a series of discussions with Jared Kushner, and then President Donald Trump, at which time we will present our proposal for a resolution to the current crisis with the hope that they will adopt it as their own. By that time, we will have secured the support from the Israelis, key members of the administration, Congress and the Senate, conservative and grassroots groups and the media.

We anticipate beginning discussions with Jared Kushner within the next 2 weeks, and having the Administration send a strong signal to the Saudis and Emirates to desist from any further aggressive actions or inflammatory statements. We then buy ourselves a few weeks to accomplish the objectives listed above, before presenting the final deal to the President.

We look forward to a successful relationship together.

Yours Truly,

/s/

Nicolas D. Muzin

The Firm to See



Nicolas Muzin
202.858.1100
www.stoningtonstrategies.com
nick@stoningtonstrategies.com

### Contract

We greatly appreciate your decision to retain Stonington Strategies, ("The Firm"), to represent the State of Qatar in its public affairs dealings (the "Project"). This letter will confirm the terms of our representation.

As we have agreed, the Firm will direct and oversee the Project, which will include devising and implementing a public affairs and government relations strategy.

The Firm will provide its consulting services and may engage various public affairs, public relations, legal and lobbying subcontractors, at its complete discretion, to assist in the Project, as needed and at the Firm's sole financial responsibility.

It is understood that while the Firm will use reasonable best efforts to achieve the goals of the representation, the Firm cannot guarantee a successful outcome of the Project.

The performance of the services listed above will likely give rise to the requirement that the Firm register as a lobbyist or a foreign agent, and it is understood that the Firm will take all measures necessary to comply with both the spirit and letter of the all applicable laws and regulations. This contract is governed by the laws of the United States and the District of Columbia.

You will pay the Firm a fixed fee of Two Million Dollars per month (USD$2,000,000) ("Retainer Fee"), for a period of twelve months, commencing on August 1, 2017. $12,000,000 will be payable upon execution of this contract, with the remaining $12,000,000 payable in 11 equal monthly installments of $1.090,909.09 beginning on September 1, 2017, and ending on July 1, 2018. The Retainer will be renewable each month thereafter, subject to the consent of both parties. You will have no obligation or responsibility for additional payments to the Firm, or any subcontractor, for the Project, other than as noted in this paragraph.

If you find these arrangements satisfactory, please sign this letter and return it to me, keeping a copy for your files. We sincerely appreciate the opportunity to represent you, and we look forward to a successful relationship.

_____                                        _____

The Firm to See