# EXHIBIT 24

| | |
|---|---|
| **From:** | Joey Allaham on behalf of Joey Allaham <joeyallaham@icloud.com> |
| **Sent:** | Wednesday, April 11, 2018 11:42 AM |
| **To:** | Nolan, Matthew |
| **Cc:** | Engle, Craig |
| **Subject:** | Re: Proposed settlement terms |

I answered below part of me wants to say fine . We are filling a lawsuit and all will come out on discovery . What do u think ? Fact he reached out to you he is worried and wants to talk . Why can't u answer back fine no reason to waste time and we are preparing the lawsuit and will see discovery ? Can u be hard ?
No reason to go back and forth then and will go full force in court .

Sent from my iPhone

> On Apr 11, 2018, at 11:16 AM, Nolan, Matthew <Matthew.Nolan@arentfox.com> wrote:
>
> The email below came in from Abbe's team early this morning.  Unless the work before dawn this may be coming from Qatar?
>
> At any rate I think this is what Qatar/Benomar is saying:
>
> 1.  There was only 1 $300,000 contract with Muzin, no $2 million contract with Bluefort (or it was cancelled within a month?).
> 2. There is no secondary World Cup contract and Benomar has received no funds related to any such contract.

That's a pure lie . Makes me sick to my stomach I have commutations with the chief if of staff confirming he got the money . Was 300 and we agreed on 1.7 with the present go the staff . Tariq . Abdullah and ali . U need last names ? Jamal opened an acc in Doha and they asked me to be better him bc not american . They I helped him open Nevis with this people who opened the acc Sean foster Mowava P. Liburd | Elridge Glasford Ask him if these names ring a bill . He can very easily keep the money in Doha and in Morocco . I have exchanges with Jamal telling don't worry I will get money share and few exchanges like this . U can be strong at it .
> 3.  There is no Morocco contract.  I think they have to say this given the diplomatic status of Benomar.

Not true we even did the contracts one with the the embassy for 840 k and 3.160m in his off shore
>
> I am still digesting this but questions:
>
> 1.   If there is no World Cup contract, where did the $1,450,000 come from. Joey -- do you have the wire transfer or other correspondence on this payment showing where it came from?

Yes will send now . Guy Ahmad al Rumahi that I spoke with yest he is asking my help to go in his records on his suit against the basketball ball team . He had no idea he wired the money so they use him ? He had no clue
>
> 2.  If the Bluefort contract was cancelled right away then where di the $1,200,000 come from that Joey is holding for Benomar.  Joey-- do you have wire transfers and other correspondence on this payment you can send us.

From nick blue fort . Was for sept and oct each me and jamal got 600 each a month .
>

1

> I f there is no contract re World cup, then they could not have paid any money. And if the Bluefort contract was cancelled, then Joey was not paid anything there either.  So saying he gets to keep the money would be a little like saying Qatar never contracted with Joey, so why settle?
 Correct . I have a shit load of info . That will be for discovery I'm not worried about that .
>
> I have attached a short tallying of the settlement numbers.  Joey, I need to caution you that I do not believe we are ever going to get close to $20 million in a settlement on this.  But we can discuss this before the letter response goes out.
>
> We are working on a letter to go out by Friday –there is a lot to cover here and we need some time to put it together.   I can respond to the email below in the interim as well, but we need the information on the payment from you Joey.  And of course as I have stated several times now I need you to get current on our fees this week.  Otherwise we will be required to stop work.
I said this week .
>
> Many thanks, Matt
>
>
>
>
>
>
> Matthew M. Nolan
> Partner
>
> Arent Fox LLP | Attorneys at Law
> 1717 K Street, NW
> Washington, DC  20006-5344
> 202.857.6013 DIRECT | 202.857.6395 FAX matthew.nolan@arentfox.com |
> www.arentfox.com
>
>
> -----Original Message-----
> From: Bhargava, Michael
> [mailto:michael.bhargava@nortonrosefulbright.com]
> Sent: Wednesday, April 11, 2018 5:56 AM
> To: Nolan, Matthew <Matthew.Nolan@arentfox.com>; Lowell, Abbe D.
> <ad.lowell@nortonrosefulbright.com>
> Subject: RE: Proposed settlement terms
>
> Confidential Settlement Communication/Subject to Federal Rule of
> Evidence 408
>
> Matt,
>
> I know that you are preparing a formal reply to our offer, but as Abbe and I were discussing the issue, it became apparent to us that while we have been in a fact-gathering mode, we have not expressly communicated a couple things regarding some misimpressions that your client has that are at the basis of his claims.  Mr. Allaham's claims are based on the idea that Mr. Benomar has been paid by both Qatar and Morocco for contracts on which Mr. Allaham worked and that Mr. Allaham just needs access to these pots of money, but this is not the case.
>
> First, with respect to Qatar, your client claims that Qatar in November 2017 split the $2 million contract with Stonington, with $300,000 going to Stonington and the remaining amount to be split between Mr. Allaham and Mr.

2

Benomar.  This is not correct.  Qatar was almost immediately dissatisfied with Stonington's work, at least in part because of your client's effort to undermine Mr. Muzin, so it decided to reduce the overall contract from $2 million to $300,000.  The alleged oral contract with the World Cup organization never happened, and Mr. Benomar has never been paid for this fictional contract.  Mr. Benomar, in fact, has not taken any money whatsoever for his efforts to arrange for lobbyists/PR for Qatar in the United States such efforts.   There is no secret account in Nevis or anywhere else where Mr. Benomar has funneled this money.
>
> Second, the oral agreement that Mr. Allaham alleges with Morocco does not exist.   Mr. Allaham's claims of such an agreement are even more bizarre in this context, since Mr. Benomar is already a Moroccan diplomat in the United States, and it makes no sense for Morocco to pay one of its own diplomats for lobbying in the United States.   This simply didn't happen, and Mr. Benomar is not sitting on $3.5 million (or any other amount) for this fictional contract.
>
> In the end, the pots of money that your client alleges do not exist.   In this light, we believe that the resolution that we have proposed, in which Mr. Allaham retains the unspent money from the Qatari contracts, is eminently fair.   We look forward to receiving your formal reply.
>
> Mike
>
> Michael Bhargava | Senior Counsel
> Norton Rose Fulbright US LLP
> 1200 New Hampshire Avenue, NW, Washington, DC 20036 United States Tel
> +1 202 974 5629 michael.bhargava@nortonrosefulbright.com
>
> NORTON ROSE FULBRIGHT
>
> Law around the world
> nortonrosefulbright.com
>
> Norton Rose Fulbright and Chadbourne & Parke have joined forces, giving our clients access to more than 4,000 lawyers worldwide.
> nortonrosefulbright.com/chadbourne
>
> -----Original Message-----
> From: Nolan, Matthew [mailto:Matthew.Nolan@arentfox.com]
> Sent: Monday, April 09, 2018 7:48 PM
> To: Lowell, Abbe D.
> Cc: Bhargava, Michael
> Subject: Re: Proposed settlement terms
>
> I will speak with my client about curbing his instincts.  We will prepare a formal reply.
>
> Sent from my iPhone
>
> On Apr 9, 2018, at 7:39 PM, Lowell, Abbe D. <ad.lowell@nortonrosefulbright.com<mailto:ad.lowell@nortonrosefulbright.com>> wrote:
>
> My point is the same.  What do you propose to change in what we sent?
>
> By the way, it probably does not add much and may be unhelpful for Mr. Allaham to be sending his own emails at the same time you are.
>
> Abbe David Lowell | Co-head of Regulations, Investigations, Securities

> and Compliance, United States Norton Rose Fulbright US LLP
> 1200 New Hampshire Ave N.W., Washington, DC  20036, United
> States<x-apple-data-detectors://1/1>
> 1301 Avenue of the Americas, New York NY
> 10019-6022<x-apple-data-detectors://2/0>
> Tel +1 202 974 5605<tel:+1%20202%20974%205605>; +1 212 408
> 1170<tel:+1%20212%20408%201170> | Fax +1 202 974
> 6705<tel:+1%20202%20974%206705>; +1 646 710
> 1170<tel:+1%20646%20710%201170>
>
> On Apr 9, 2018, at 7:33 PM, Nolan, Matthew <Matthew.Nolan@arentfox.com<mailto:Matthew.Nolan@arentfox.com>> wrote:
>
> I am merely stating fact.  You may choose to treat it with whatever amount of respect or ridicule as you see fit.  But I don't take to bellicosity well.  We either have a realistic conversation or we do not.
>
> Sent from my iPhone
>
> On Apr 9, 2018, at 6:35 PM, Lowell, Abbe D. <ad.lowell@nortonrosefulbright.com<mailto:ad.lowell@nortonrosefulbright.com><mailto:ad.lowell@nortonrosefulbright.com>> wrote:
>
> With all respect, what a ridiculous response.  What would you do differently?
>
> Abbe David Lowell | Co-head of Regulations, Investigations, Securities
> and Compliance, United States Norton Rose Fulbright US LLP
> 1200 New Hampshire Ave N.W., Washington, DC  20036, United
> States<x-apple-data-detectors://1/1>
> 1301 Avenue of the Americas, New York NY
> 10019-6022<x-apple-data-detectors://2/0>
> Tel +1 202 974 5605<tel:+1%20202%20974%205605>; +1 212 408
> 1170<tel:+1%20212%20408%201170> | Fax +1 202 974
> 6705<tel:+1%20202%20974%206705>; +1 646 710
> 1170<tel:+1%20646%20710%201170>
>
> On Apr 9, 2018, at 4:23 PM, Nolan, Matthew <Matthew.Nolan@arentfox.com<mailto:Matthew.Nolan@arentfox.com><mailto:Matthew.Nolan@arentfox.com>> wrote:
>
> I am afraid I did not see this until today.
>
> I have forwarded to the client for review, but I am afraid you may have just taken this out of my hands.  This is a non-starter.
>
> Matthew M. Nolan
> Partner
>
> Arent Fox LLP | Attorneys at Law
> 1717 K Street, NW
> Washington, DC  20006-5344
> 202.857.6013 DIRECT | 202.857.6395 FAX
> matthew.nolan@arentfox.com<mailto:matthew.nolan@arentfox.com><mailto:M

4

> atthew.Nolan@arentfox.com> |
> www.arentfox.com<http://www.arentfox.com><http://www.arentfox.com>
>
> From: Bhargava, Michael
> [mailto:michael.bhargava@nortonrosefulbright.com]
> Sent: Friday, April 06, 2018 3:35 PM
> To: Nolan, Matthew
> <Matthew.Nolan@arentfox.com<mailto:Matthew.Nolan@arentfox.com><mailto:
> Matthew.Nolan@arentfox.com>>
> Cc: Lowell, Abbe D.
> <ad.lowell@nortonrosefulbright.com<mailto:ad.lowell@nortonrosefulbrigh
> t.com><mailto:ad.lowell@nortonrosefulbright.com>>
> Subject: Proposed settlement terms
>
> Attached please find a first draft of a term sheet for our further discussions.
>
> Michael Bhargava | Senior Counsel
> Norton Rose Fulbright US LLP
> 1200 New Hampshire Avenue, NW, Washington, DC 20036 United States Tel
> +1 202 974 5629
> michael.bhargava@nortonrosefulbright.com<mailto:michael.bhargava@norto
> nrosefulbright.com><mailto:ltracee.whitley@nortonrosefulbright.com>
>
> NORTON ROSE FULBRIGHT
>
> Law around the world
> nortonrosefulbright.com<http://nortonrosefulbright.com><http://nortonr
> osefulbright.com/>
>
> Norton Rose Fulbright and Chadbourne & Parke have joined forces, giving our clients access to more than 4,000 lawyers worldwide.
> nortonrosefulbright.com/chadbourne<http://nortonrosefulbright.com/chad
> bourne><http://www.nortonrosefulbright.com/chadbourne/>
>
>
>
> _____
>
>
> This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.
>
> To reply to our email administrator directly, send an email to
nrfus.postmaster@nortonrosefulbright.com<mailto:nrfus.postmaster@nortonrosefulbright.com><mailto:nrfus.postmaster@nortonrosefulbright.com>.
>
> Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com<http://nortonrosefulbright.com><http://nortonrosefulbright.com>.

> _____
>
>
> _____
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
> _____
>
>
> This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.
>
> To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com<mailto:nrfus.postmaster@nortonrosefulbright.com><mailto:nrfus.postmaster@nortonrosefulbright.com>.
>
> Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com<http://nortonrosefulbright.com><http://nortonrosefulbright.com>.
>
> _____
>
>
>
> _____
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
>
> _____
>
>
> This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.
>
> To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com<mailto:nrfus.postmaster@nortonrosefulbright.com>.
>
> Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but

does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com<http://nortonrosefulbright.com>.
>
> _____
>
>
>
> _____
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
>
> _____
>
>
> This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.
>
> To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.
>
> Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.
>
> _____
>
>
>
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
> <Lexingotn Offer.docx>