# EXHIBIT 25

**Subject:** Fwd: Letter, signed.pdf
**From:** Joey Allaham <josephallaham@gmail.com>
**Date:** 6/6/2018, 3:15 PM
**To:** Craig Engle <Craig.Engle@arentfox.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Joey Allaham <josephallaham@gmail.com>
> **Date:** June 6, 2018 at 3:13:05 PM EDT
> **To:** Ali <a.althawadi@sc.qa>
> **Subject: Letter, signed.pdf**
>
>
> Sent from my iPhone

―Attachments:―――――――――――――――――――――――――――――

Letter, signed.pdf                                                                                         27.3 KB

**Joseph Allaham**

Lexington Strategies International
114 E 71st, Suite 7E
New York, NY 10021

6th June 2018

**HE Sheikh Mohammed bin Hamad bin Khalifa Al Thani
& Ali Althawdi**

Dear Sirs,

Please consider this letter the termination of any agreements or understandings between myself, Joseph Allaham, HE Sheikh Mohammed, and Ali Althawdi.  I will no longer require any assistance effective this Friday, June 8th, 2018.

Sincerely,

*[signature: Joseph Allaham]*

Joseph Allaham