# EXHIBIT 26

**Subject:** Abbe update
**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**Date:** 7/9/2018, 10:41 AM
**To:** "josephallaham@gmail.com" <josephallaham@gmail.com>

```
I just received an email from him.  He said he rewrote  the agreement the way I suggested
and put in dollar amounts (he didn't say how much) and that it is Sitting in Qatar waiting
for approval

Sent from my iPhone

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and
confidential use of the intended recipient. If you received this in error, please do not
read, distribute, or take action in reliance upon this message. Instead, please notify us
immediately by return e-mail and promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product privilege by the
transmission of this message.
```