# EXHIBIT 27

| | |
|---|---|
| **From:** | Engle, Craig on behalf of Engle, Craig <Craig.Engle@arentfox.com> |
| **Sent:** | Wednesday, August 22, 2018 9:55 AM |
| **To:** | nickmuzin@gmail.com; SObermeier@wileyrein.com; joeyallaham@icloud.com |
| **Subject:** | My thoughts |

So I think the four of us should work on a two page joint narrative that lays out our "contract" claims and damages

I don't think we should assume any knowledge on Deans part so we can lay it out the most forceful and flattering way we can.  Even starting with how this all got started. And we don't have to assume that Jamal is in the loop or can rebut what we are saying

We can blame Jamal for making the promises and then not following through with them.  Detrimental reliance.

Nick and Steve and Joey: you can write the narrative fastest and best.  Then we can edit it.

Nick and Joey you should provide your numbers again but this time in a more sober fashion.  And agree on how the money should be paid and divided (if there is one lump sum payment) and Joey you should think hard about the pledges you include.

I will take care of the litigation narrative and dealing with Abbe and the fact that we have not received any work since this all happened and some other color commentary. Stephen I will defer to you on whether we provide some draft settlement language now wait until our next turn.

If we can finish this today that would be good so we get this in Deans hands before the wsj story comes out

I am a little under the weather again this morning.  But I will be in before noon   Let me know if you agree


Sent from my iPhone


_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.