# EXHIBIT 28

**Subject:** Re: Contributions made
**From:** Joey Allaham <josephallaham@gmail.com>
**Date:** 8/27/2018, 3:06 PM
**To:** "Engle, Craig" <Craig.Engle@arentfox.com>

I have down that you met with the Emir. But I may not have that right.  Did you - or just meet with his Chief of Staff ?  (Are there several Emir's over there?)

The emir brother . Mohamad .
Met with Emir but with him you don't discuss .mohamad assured mort the 2.3 m

Was anyone other than Jamal with you when you reached the oral agreements on the money being sent to you and what it was to be used for ?

Yes . Jamal . The chief of staff Ali and his assistant Abdullhah and Tariq  were  there . Total of 5 people in the room .

The Embassy may think the 1.45 was for the charitable contributions and is not a reimbursable amount.  I am arguing the opposite.  Especially with Dershowitz and Huckabee.

That was the way you wanted it . I think it goes left or right pocket it does not matter how it goes down . Numbers won't change either way . Originally they wanted it to be for the Organization and all but I had to get paid which I never did .

Is there anyone who approved the contributions you made, or has approved the pledges that are still outstanding?

Ali althwadi the chief of staff and on the big one for mort 2.3 m was mohamad al thani as I said and Jamal .


Sent from my iPhone

> On Aug 27, 2018, at 3:00 PM, Engle, Craig <Craig.Engle@arentfox.com> wrote:
>
> I have down that you met with the Emir. But I may not have that right.  Did you - or just meet with his Chief of Staff ?  (Are there several Emir's over there?)
>
> Was anyone other than Jamal with you when you reached the oral agreements on the money being sent to you and what it was to be used for ?
>
> The Embassy may think the 1.45 was for the charitable contributions and is not a reimbursable amount.  I am arguing the opposite.  Especially with Dershowitz and Huckabee.
>
> Is there anyone who approved the contributions you made, or has approved the pledges that are still outstanding?