# EXHIBIT 29

**Subject:** RE: Re:
**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**Date:** 3/7/2019, 9:29 AM
**To:** Joey Allaham <joey@alexisstrategies.com>

To bring up at the meeting in London ?   I have told her not to do that.

First of all it is the wrong place and time to do it.
Second, she is not the right person to do it.
And third, you have not hired us to do anything like that for you. The only thing you have hired us for is to represent you in the litigation.
If you want help on commercial matters, you need to sign the Madison engagement agreement and fund the arrears on Lexington.  Also: I think I have an Indonesian attorney for you

Craig Engle
Partner

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com


-----Original Message-----
From: Joey Allaham <joey@alexisstrategies.com>
Sent: Thursday, March 7, 2019 9:08 AM
To: Engle, Craig <Craig.Engle@arentfox.com>
Cc: Yusuf, Temitope K. <Temitope.Yusuf@arentfox.com>
Subject: Re:

Topi 😊

Sent from my iPhone

> On Mar 7, 2019, at 8:36 PM, Engle, Craig <Craig.Engle@arentfox.com> wrote:
>
> What is this for ?
>
> Sent from my iPhone
>
>> On Mar 7, 2019, at 2:55 AM, Joey Allaham <joey@alexisstrategies.com> wrote:
>>
>> Qatar
>> -LNG and LPG
>> -Agricultural in all fields .
>> - water
>> Some cyber ( all Israeli products not allowed to be sold ) -Shipping and logistics The Indonesians government will officially issue a letter appointing a broker , ask for a visit to Doha a long with the chairman of economic forum of Indonesia along with head petroleum CEO
>> -security tech
>>
>> Morrocao
>> -Agricultural in all fields
>> -All cyber

> -Shipping and logistics
> I don't need any favors whatsoever . All presentation are the most advanced in the world . They can look and choose if they like or not .in sure once they see they will be very interested at the least .they can choose whatever fits or not .
>
> Sent from my iPhone
>
> _____
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.