# EXHIBIT 31

**Subject:** FW: Joint Defense Communication: Joint Defense Meeting, February 24
**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**Date:** 2/5/2020, 4:09 PM
**To:** Joey Allaham <joeyallaham13@gmail.com>

See below

Craig Engle
Partner

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com


-----Original Message-----
From: Engle, Craig
Sent: Wednesday, February 5, 2020 4:09 PM
To: Kamin, Mitchell A <MKamin@cov.com>
Subject: RE: Joint Defense Communication: Joint Defense Meeting, February 24

Mitch - I spoke with my client and an he expressed a clear desire for me to go to the meeting  - in addition to Allison since she is new to the team - he wants to  make sure his interests are adequately expressed and all the background well-understood  Let me know if this is ok with you and your client.   Thank you.

P.S.  I may also have some very relevant information about the plaintiff that I can share with the group.

Craig Engle
Partner

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com


-----Original Message-----
From: Kamin, Mitchell A <MKamin@cov.com>
Sent: Monday, February 3, 2020 4:02 PM
To: Engle, Craig <Craig.Engle@arentfox.com>
Subject: Re: Joint Defense Communication: Joint Defense Meeting, February 24

Thanks Craig.  I see now that Allison Andersen appeared in the case. Would you mind connecting me with her?  Thanks, Mitch

Mitch Kamin mobile
mkamin@cov.com

On Feb 3, 2020, at 3:34 PM, Engle, Craig <Craig.Engle@arentfox.com> wrote:

  [EXTERNAL]

Mitch happy to hear from you.   Tope is no longer with the firm.  I will make different arrangements and let you know.   Thank you

Sent from my iPhone

On Feb 3, 2020, at 2:48 PM, Kamin, Mitchell A <MKamin@cov.com> wrote:

Attorney-Client Privileged; Subject to Joint Defense Agreement

Hi all -

Happy new year.

Ali Al Thawadi and HRH Sheikh Mohammed have requested that an attorney representing each member of the JDA attend a litigation update meeting in London on February 24, at noon.  Precise location and details t/b/d.

Please confirm whether you can attend.

Thanks,
Mitch



Mitchell Kamin

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

<image001.jpg>


_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

_____

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.