# EXHIBIT 32

**Subject:** I spoke with Richard - he is in London
**From:** "Engle, Craig" <Craig.Engle@arentfox.com>
**Date:** 9/10/2021, 9:35 AM
**To:** Joey Allaham <joeyallaham13@gmail.com>

He said that he has the issue of evacuating the women judges in front of Qatar, and they are interested in helping out, so that is what they are focusing on at the moment.  After that he said he will be able to get their attention again on Qatar.com

I gave him a briefing about the Broidy case.   I told him I didn't need him to do anything now, but that I wanted to make sure he know.

**Craig Engle**
**Partner**

Arent Fox LLP | Attorneys at Law
1717 K Street, NW
Washington, DC  20006-5344
202.775.5791 DIRECT | 202.857.6395 FAX
craig.engle@arentfox.com | www.arentfox.com

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.