# EXHIBIT 33

**Subject:** Re:
**From:** "Engle, Craig" <craig.engle@afslaw.com>
**Date:** 12/29/2022, 6:36 PM
**To:** Joey Allaham <joey@alexisstrategies.com>

I just sent Mitch another message.   This is stupid !

Get [Outlook for iOS](#)

---

**From:** Joey Allaham <joey@alexisstrategies.com>
**Sent:** Thursday, December 29, 2022 2:57:44 PM
**To:** Engle, Craig <Craig.Engle@arentfox.com>
**Subject:** Re:

Craig are u concern they didn't send the wire ?
Tomw is the last day . What do you like to do?

Sent from my iPhone

> On Dec 29, 2022, at 6:56 AM, Joey Allaham <joey@alexisstrategies.com> wrote:
>
> Thank you Craig . Pls be keep posted , perhaps check if it came to your firm please otherwise pls send a note
>
> Sent from my iPhone
>
>> On Dec 29, 2022, at 1:23 AM, Engle, Craig <craig.engle@afslaw.com> wrote:
>>
>>
>> All good here.   I am waiting to hear back again from Covington
>>
>> Get [Outlook for iOS](#)
>>
>> ---
>> **From:** Joey Allaham <joey@alexisstrategies.com>
>> **Sent:** Tuesday, December 27, 2022 12:10:19 PM
>> **To:** Engle, Craig <Craig.Engle@arentfox.com>
>> **Subject:**
>>
>> How you had a very good Christmas, checking in with you
>>
>> Sent from my iPhone
>>
>> ---
>> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this

> message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.