UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT LLC and
ELLIOTT BROIDY,

          Plaintiffs,

      v.

NICOLAS D. MUZIN, JOSEPH ALLAHAM,
GREGORY HOWARD, and STONINGTON
STRATEGIES LLC,

          Defendants.

Civil Action No. 1:19-cv-00150-DLF

**STATE OF QATAR'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO BROIDY'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL FORENSIC EXAMINATIONS**

      Limited Intervenor the State of Qatar respectfully requests that the Court grant it leave to file a sur-reply in response to Broidy's Reply Memorandum of Law in Further Support of Plaintiffs' Motion to Compel Forensic Examination (ECF No. 215) ("Reply") by September 22, 2023. Plaintiffs do not oppose this motion.

      1.      Broidy's Reply, filed on September 15, 2023, contains new arguments directed at Qatar and its counsel that were not made in his Motion to Compel Forensic Examinations (ECF Nos. 206, 207-1 (corrected memorandum)) or in his earlier Reply Memorandum of Law in Further Support of Plaintiffs' Cross-Motion to Compel (ECF No. 197), where his request for a forensic examination was first made. These new arguments include the untrue assertions that Qatar's counsel "falsified verified discovery responses," (Reply at 2) and that Qatar's counsel violated the Court's December 8, 2021 order by receiving draft discovery responses from Mr. Allaham (*id.* at 3). In connection with its new arguments, Broidy's Reply attaches 33 new exhibits not referenced in his Motion (ECF Nos. 215-2 through 215-34).

1

2.     Qatar disputes the inflammatory and untrue claims made for the first time in Broidy's Reply.  Because Qatar has had no opportunity to address these new claims, Qatar respectfully requests leave to submit a sur-reply addressing them.  *See Lu v. Lezell*, 45 F. Supp. 3d 86, 91 (D.D.C. 2014) ("If the movant raises arguments for the first time in his reply . . . the Court may either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments.").[1]

3.     Qatar requests leave to file its Sur-Reply by this Friday, September 22.  Qatar respectfully submits that this deadline is appropriate in light of the period afforded to Broidy for his Reply (which the Court extended upon Broidy's motion from three to seven days, *see* ECF No. 209; Minute Order (Sept. 11, 2023)) and in light of the Rosh Hashanah holiday this past weekend, which several attorneys on Qatar's team observed.

4.     In advance of filing this motion, counsel for Qatar contacted counsel for Plaintiffs to obtain Plaintiffs' position on this motion.  Counsel for Plaintiffs advised that they do not oppose Qatar's request, though they disagree with the premise that the Reply contains new arguments, as opposed to "only references to additional newly discovered documents."

Dated: September 18, 2023            Respectfully submitted,

/s/ Alexander A. Berengaut
Alexander A. Berengaut (D.C. Bar No. 989222)
David M. Zionts (D.C. Bar No. 995170)
Amber M. Charles (D.C. Bar No. 1035226)

---

[1] As noted in *Lu*, the Court could also refuse to "entertain [the] new arguments first raised in [Broidy's] reply brief."  *Kruise v. Jorgensen*, No. 19-CV-49, 2022 WL 4379036, at *3 n.2 (D.D.C. Sept. 22, 2022), *aff'd*, No. 22-7143, 2023 WL 3476628 (D.C. Cir. May 16, 2023) (citation omitted); *see also Page v. Comey*, No. 20-CV-3460, 2023 WL 244350, at *3 (D.D.C. Jan. 18, 2023) (same), *appeal docketed*, No. 23-5038 (Feb. 24, 2023).  However, in light of the serious nature of the untrue claims that Broidy has made against Qatar and its counsel, Qatar respectfully requests an opportunity to submit a sur-reply addressing Broidy's claims.

COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com
dzionts@cov.com
acharles@cov.com

Mark P. Gimbel
(*pro hac vice* application pending)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
mgimbel@cov.com

*Counsel for State of Qatar*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I caused a true and correct copy of the foregoing motion to be filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, as more fully reflected on the Notice of Electronic Filing.

Dated: September 18, 2023

/s/ Alexander A. Berengaut
Alexander A. Berengaut (D.C. Bar No. 989222)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com

*Counsel for State of Qatar*