UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY<br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC<br>　　　　　　　　Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**ARENTFOX SCHIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO BROIDY'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL FORENSIC EXAMINATIONS**

ArentFox Schiff LLP ("ArentFox"), former counsel to Joseph Allaham, respectfully requests permission to file a sur-reply in response to Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion to Compel Forensic Evidence (ECF No. 215). ArentFox proposes to submit this sur-reply by September 22, 2023. Plaintiffs do not oppose this request.

1. In their Reply, Plaintiffs have introduced new arguments based on new factual allegations that ArentFox disputes. These new allegations and arguments were absent from both Plaintiffs' Motion to Compel Forensic Examinations (ECF No. 206, 207) and Plaintiffs' earlier Reply Memorandum of Law in Further Support of their Cross-Motion to Compel (ECF No. 197), where they initially made their request for forensic examination.

2. Certain of Plaintiff's new allegations and arguments are specifically aimed at ArentFox. These claims include untrue assertions that ArentFox violated the protective order issued by this Court on December 8, 2021, and that ArentFox advised Mr. Allaham to provide false or inaccurate responses to Plaintiffs' discovery requests. As part of these new arguments, Plaintiffs' have appended 33 additional exhibits to their Reply, which include emails exchanged between counsel at ArentFox and Mr. Allaham.

1

3. ArentFox has not had the chance to respond to these fresh allegations and arguments presented by the Plaintiffs. Therefore, ArentFox is requesting permission to submit a sur-reply to address these new claims. *See Lu v. Lezell,* 45 F. Supp. 3d 86, 91 (D.D.C. 2014) ("If the movant raises arguments for the first time in his reply to the non-movant's opposition, the Court may either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to file a sur-reply.").

4. ArentFox respectfully requests permission to submit its sur-reply by Friday, September 22, 2023. ArentFox believes that this deadline is appropriate, especially considering that the Plaintiffs' deadline to file its Reply was extended, at their request, from three to seven days (*See* ECF No. 209; Minute Order (Sept. 11, 2023)).

5. Before filing this motion, counsel for ArentFox asked counsel for Plaintiffs whether they would oppose it. Counsel for Plaintiffs responded that while they disagree that there are any "new arguments in [the Reply], only references to additional newly discovered documents," they will not oppose this request.

Dated: September 18, 2023

    /s/ *Randall A. Brater*
Randall A. Brater
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006
P: 202.857.6000
F: 202.857.6395
randall.brater@afslaw.com

Eric Roman
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
P: 212.484.3900
F: 212.484.3990
eric.roman@afslaw.com

*On behalf of ArentFox Schiff LLP*

3