# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY<br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC<br>　　　　　　　　　　Defendants. | Civil Action No.  1:19-cv-00150-DLF |

**STONINGTON DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL FORENSIC EXAMINATIONS**

Defendants Nicolas D. Muzin and Stonington Strategies, LLC (together "Stonington"), by counsel, respectfully request leave to file a sur-reply in response to Plaintiffs Broidy Capital Management, LLC's and Elliott Broidy's (together "Broidy") Reply Memorandum of Law in Further Support of Plaintiffs' Motion to Compel Forensic Examinations, ECF No. 215 ("Reply"), on Friday, September 22, 2023.

1.　Although Broidy's Reply mostly ignores Stonington, it introduces some new arguments and allegations regarding Stonington.  These new allegations and arguments were not included in Broidy's Motion to Compel Forensic Examinations (ECF No. 206), or Broidy's earlier Reply Memorandum of Law in Further Support of his Cross-Motion to Compel (ECF No. 197), where he original raised his request for forensic examination.

2.　 Broidy for the first time makes the false assertions that Stonington "concocted a scheme with Qatar to evade FARA reporting requirements," and that Stonington's counsel "helped

facilitate" this scheme. Reply at 7. In support of these new arguments, Broidy has submitted new exhibits that were not referenced in his Motion to Compel Forensic Examinations.

3.     Stonington disputes these false assertions. As Stonington has had no opportunity to address them, Stonington respectfully requests leave to submit a sur-reply addressing them. *See Connecticut v. United States Dep't of the Interior*, 344 F. Supp. 3d 279, 308 (D.D.C. 2018) ("[A] sur-reply is appropriate 'when a party is "unable to contest matters presented to the court for the first time" in the last scheduled pleading.'" (quoting *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003))); *Lu v. Lezell*, 45 F. Supp. 3d 86, 91 (D.D.C. 2014) ("If the movant raises arguments for the first time in his reply . . . the Court may either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to file a sur-reply.").

4.     Stonington requests permission to submit its sur-reply on or before Friday, September 22, 2023. This deadline is appropriate because Broidy's deadline to file the Reply was extended, at his request, from three to seven days, *see* ECF No. 209; Minute Order (September 11, 2023), and the Court has already granted leave for non-parties State of Qatar and ArentFox to file sur-replies on that date, *see* Minute Orders (September 18, 2023).

5.     In advance of filing this Motion, counsel for Stonington emailed Broidy's counsel at 3:00pm on Tuesday, September 19, 2023, to ask whether they intended to oppose this Motion and to request a response by 9:00am this morning. As of the time of filing, Broidy's counsel has not provided a response.

Dated: September 20, 2023

/s/ Stephen J. Obermeier
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wiley.law
Rebecca Fiebig (D.C. Bar # 976854)

      rfiebig@wiley.law
      Enbar Toledano (D.C. Bar # 1030939)
      etoledano@wiley.law
      Krystal B. Swendsboe (D.C. Bar # 1552259)
      kswendsboe@wiley.law
      WILEY REIN LLP
      2050 M Street NW
      Washington, DC 20036
      Phone: (202) 719-7000
      Facsimile: (202) 719-7049

      *Attorneys for Defendants Stonington Strategies LLC and Nicolas D. Muzin*