# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>                           Plaintiffs,<br><br>         v.<br><br>NICHOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES, LLC,<br><br>                           Defendants. | Case No. 19-cv-00150-DLF |

**NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure, plaintiffs Broidy Capital Management, LLC and Elliott Broidy will serve the annexed subpoena on Heather Conover. The subpoena calls for the production of documents on or before March 14, 2022 at the office of Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019.

Dated: February 25, 2022

                                        KASOWITZ BENSON TORRES LLP

                                        By: /s/ Andrew R. Kurland

                                              Andrew R. Kurland (admitted *pro hac vice*)
                                              1633 Broadway
                                              New York, N.Y. 10019
                                              Tel.: (212) 506-1700
                                              akurland@kasowitz.com

                                          *Attorneys for Plaintiffs*

To: All Counsel of Record (by email)