# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, *et al.*, | : : : | |
| Plaintiffs, | : : | Civil No. Action 1:19-cv-00150-DLF |
| v. | : : | |
| NICHOLAS D. MUZIN, *et al.*, | : : | |
| Defendants. | : | |

### AFFIDAVIT OF GREGG ROMAN

I, Gregg Roman, hereby certify that I am over the age of 18 and that I am of sound mind and competent to testify in a court of law in the District of Columbia, and state as follows:

1. I am the Director of Non-Party Middle East Forum ("MEF").

2. I am authorized to bind MEF and to speak on behalf of MEF.

3. I have personal knowledge regarding the facts and circumstances related to donor information at MEF.

4. At MEF we take the following steps to ensure that donor information is kept secret. To further that protection of donor information we have taken the following steps:

    a. MEF's donor lists are part of MEF's encrypted database which requires multi-factor authentication in order to access. Similarly, MEF uses encrypted emails to communicate information to donors.

    b. As part of hiring any employee, MEF requires that they sign a Non-Disclosure Agreement which expressly classifies donor information as MEF's "Confidential Information" and we prohibit disclosure of such information to any third party.

20332405_1

    c.   Not only has MEF appropriately asserted the privilege in this lawsuit and proactively filed a Motion to Quash, MEF also has a track record of fighting to protect donor information in Court as a confidential trade secret. *See Middle E. F. v. Reynolds-Barbounis*, No. CV 19-5697, 2021 WL 84054, at *4 (E.D. Pa. Jan. 8, 2021).

5.    MEF derives economic value from our ability to keep donor information secret and to respect certain donor's desire for anonymity. MEF's ability to attract donations would be compromised if donors had to fear that their names could become public.

6.    MEF has previously voiced to Defendant Gregory Howard's counsel that it will suffer significant injury if disclosure of donor lists is required. Due to MEF's advocacy, over the years MEF has faced numerous threats including, but not limited to, threats of physical harm. It has received threats from terrorist organizations including al Qaeda and ISIS. These threats have been investigated by the Federal Bureau of Investigation ("FBI"), who visited MEF as recently as September 2021. During that meeting MEF was informed by the FBI to protect its donor information because other nations are looking to access that information. MEF has publicly advocated about the connection between the State of Qatar and these type of terrorist organizations. In a December 17, 2021 article titled "Uncovered Documents Expose Qatari Terrorism Financing," MEF stated:

> Qatar has provided billions of dollars to Muslim Brotherhood regimes and affiliates, such as Hamas, and to Islamists who have fueled civil war in Libya and Syria, such as Ahrar al-Sham, which executed attacks alongside the successor of Jabhat al-Nusra, an offshoot of al Qaeda.

Enclosed is a copy of the December 17, 2021 article. It is self-evident that there is clear and identifiable danger that disclosure of donor information, source information or identification of sources could legitimately cause physical harm to individuals associated with MEF.

7. More recently an Iranian group tried to hack MEF's servers. *See* https://www.meforum.org/64795/mef-resolute-in-the-wake-of-iranian-sponsored.

8. All of the above illustrate the crucial importance of protecting all of MEF's donor list from disclosure, even under a Protective Order.

**I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.**

Dated: September 26, 2023

_____
Gregg Roman