# EXHIBIT A



**ArentFox Schiff LLP**

1717 K Street, NW
Washington, DC  20006

202.857.6000   **MAIN**
202.857.6395   **FAX**

afslaw.com

September 22, 2023

VIA ELECTRONIC MAIL

**Randall Brater**
Partner
202.715.8472   **DIRECT**
randall.brater@afslaw.com

Daniel R. Benson, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
dbenson@kasowitz.com

Re:   Broidy Capital Management LLC v. Nicolas Muzin, Case No. 1:19-00150-DLF

Dear Daniel:

As you know, ArentFox Schiff LLP ("Arent Fox") previously represented Joseph Allaham and Lexington Strategies.  We understand from your recent public filings with the Court, that you are in possession of Arent Fox work product, including material that reflects the mental impressions of Arent Fox lawyers.

Pursuant to Federal Rule of Civil Procedure 26(b)(5)(B), Section 7 of the Amended Protective Order (ECF No. 150) entered by the Court on June 2, 2022, and D.C. Rule of Professional Conduct 3.4(a), you should immediately return that work product to Arent Fox and refrain from any further use.  We also demand that you notify us of any third-parties to whom you may have disclosed that information, and immediately take steps to recover that information and prevent it from being further used or disclosed.  If you are unwilling to take any of these steps, please notify us immediately.

Arent Fox reserves all rights with respect to its work product, none of which are waived.

Sincerely,

Randall Brater

**Smart In
Your World®**



Daniel R. Benson, Esq.
September 22, 2023
Page 2

cc:    Eric Roman, Esq.
       Henry Brownstein, Esq.
       Sarah Leivick, Esq.
       Sarmad Khojasteh, Esq.
       David Adams, Esq.