UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT
LLC, *et al.*,

    *Plaintiffs*,

v.

NICOLAS D. MUZIN, *et al.*,

    *Defendants*,

and

STATE OF QATAR,

    *Limited-Purpose Intervenor.*

No. 19-cv-150 (DLF)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the State of Qatar's Motion to Vacate, Dkt. 175, is **GRANTED** insofar as it seeks vacatur of this Court's June 2, 2022 order granting the plaintiffs' Motion to Compel and **DENIED** otherwise.  It is further

**ORDERED** that the plaintiffs' Cross-Motion to Compel, Dkt. 185, is **GRANTED**.

**SO ORDERED.**

                                                                                   DABNEY L. FRIEDRICH
October 13, 2023                                                       United States District Judge