## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>          Plaintiffs,<br><br>     v.<br><br>NICOLAS D. MUZIN, GREGORY HOWARD, STONINGTON STRATEGIES LLC,<br><br>          Defendants. | Case No. 19-cv-00150-DLF |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's October 13, 2023 Order, Plaintiffs Broidy Capital Management, LLC and Elliott Broidy (together, "Plaintiffs") and Defendants Nicolas D. Muzin, Stonington Strategies LLC, and Gregory Howard (together, "Defendants"), by counsel, hereby submit this Joint Status Report regarding the remainder of discovery in this case.

1.  Pursuant to the Court's October 13, 2023 Order (ECF 227), Defendants will produce no later than today, October 20, 2023, the documents and communications over which Qatar asserted privileges and immunities in its privilege logs.

2.  In the interest of completing any remaining discovery expeditiously and raising any remaining discovery disputes with the Court on a unified track, the parties propose the following revised schedule:

| Event | New Deadline* |
|---|---|
| Deadline to complete document productions and written responses to all outstanding requests served prior to October 13, 2023 | November 17, 2023 |
| Deadline to complete document productions and written responses to all discovery requests served on or after October 13, 2023 | February 2, 2024 |

| | |
|---|---|
| Parties shall meet and confer and complete supplemental productions, if any, to narrow discovery disputes | February 5, 2024 to February 23, 2024 |
| Deadline to raise all discovery disputes to the Court via joint submission | March 8, 2024 |
| Completion of document discovery | 21 days after resolution of discovery disputes |
| Deadline to amend pleadings | 14 days after completion of document discovery |
| Close of fact discovery | 84 days after completion of document discovery |
| Proponent's expert disclosure | 28 days after close of fact discovery |
| Opponent's expert disclosure | 28 days after proponent's expert disclosure |
| Close of expert discovery | 28 days after opponent's expert disclosure |
| Deadline to make dispositive motions | 28 days after close of expert discovery |

\*  To the extent that this day falls on a weekend or holiday, the deadline will be the next business day.

Dated: October 20, 2023

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:  */s/ Daniel R. Benson*
Daniel R. Benson (*pro hac vice*)
Sarah G. Leivick (*pro hac vice*)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
dbenson@kasowitz.com
sleivick@kasowitz.com

Henry B. Brownstein
D.C. Bar No. 1026042
1401 New York Avenue, Suite 401
Washington, D.C. 20005
Tel.: (202) 760-3400
hbrownstein@kasowitz.com

*Counsel for Plaintiffs Broidy Capital*
*Management and Elliott Broidy*

WILEY REIN LLP

By:  */s/ Stephen J. Obermeier*
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wiley.law
Rebecca Fiebig (D.C. Bar # 976854)
rfiebig@wiley.law
Enbar Toledano (D.C. Bar # 1030939)
etoledano@wiley.law
Krystal B. Swendsboe (D.C. Bar # 1552259)
kswendsboe@wiley.law
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Stonington*
*Strategies LLC and Nicolas D. Muzin*

WALDEN MACHT & HARAN LLP

By:  */s/ Jacob Gardener*
Jacob Gardener (pro hac vice)
Jeffrey A. Udell (pro hac vice)
Adam P. Cohen (pro hac vice)
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
judell@wmhlaw.com
acohen@wmhlaw.com
jgardener@wmhlaw.com

Rifkin Weiner Livingston LLC
Charles S. Fax
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
cfax@rwlls.com

*Counsel for Defendant Gregory Howard*

3