UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, STONINGTON STRATEGIES LLC,<br><br>　　　　　Defendants. | Case No. 19-cv-00150-DLF |

### NOTICE REGARDING AUGUST 7, 2023 MOTION TO SEAL (ECF NO. 186)

Pursuant to the Court's October 13, 2023 Order, Defendants Nicolas D. Muzin, Stonington Strategies LLC (together, "Stonington"), by counsel, hereby submit this Notice of materials that should remain under seal following resolution of Plaintiffs' Motion to Seal, ECF No. 186.

1. Pursuant to the Court's October 13, 2023 Order (ECF No. 230), Stonington has identified two documents that were included in Plaintiffs' recent filings—and were addressed in Plaintiffs' August 7, 2023 Motion to Seal (ECF No. 186)—that contain personal information and implicate the privacy of third parties, that Stonington had therefore marked as confidential in their own productions, and that should likewise remain under seal here:

    a. Plaintiffs' Memorandum of Law in Support of Cross-Motion to Compel and in Opposition to Qatar's Motion to Vacate ("Plaintiffs' Memorandum") (ECF No. 186-5) at p. 18, proposed redaction filed contemporaneously as Sealed Exhibit A.[1] This filing includes an image of a text message chain produced by Stonington

---

[1] As the whole of Plaintiffs' Memorandum is currently maintained under seal, Stonington files its proposed redaction under seal although Stonington only seeks to redact the portion of Plaintiffs' Memorandum that includes Stonington's confidential production material.

and marked "confidential." The individual names and phone numbers in this screenshot are private information entitled to protection as "confidential" information under the Amended Protective Order (ECF No. 150) that should remain under seal.

    b. Ex. 35 to Plaintiffs' Memorandum (ECF 186-7). Exhibit 35 likewise includes phone numbers, email addresses, and names that are private third-party information that should remain under seal, consistent with Stonington's original confidentiality designation and the Court's October 13, 2023 Order.

2. Redaction of Plaintiffs' Memorandum and sealing of Exhibit 35 to Plaintiffs' Memorandum are appropriate in light of the six factors articulated in *Metlife, Inc. v. Fin. Stability Oversight Council*, 865 F.3d 661, 665 (D.C. Cir. 2017). Stonington is not aware of any need for public access to the materials at issue; the materials are currently under seal; and Stonington is not aware of any objection or prejudice to sealing. Both documents contain personal and other information, including that of non-parties, that raises individual privacy concerns. As the Court noted in its October 13, 2023 Order, "[p]rotecting the privacy of innocent third parties is a legitimate concern in determining whether higher values outweigh the public's right of access." ECF No. 230 at 4 (quoting *In re Terrorist Attacks on September 11, 2001*, 2019 WL 3296959 at *6 (S.D.N.Y. Jul 22, 2019)). As such, Stonington designated these materials as "confidential" when they were produced and has sought to seal only the portions of the filed documents that were previously designated as "confidential."

3. Pursuant to the Court's instructions, on October 25, 2023, counsel for Stonington provided its proposal to counsel for Plaintiffs for the purpose of conferring. On October 26, 2023,

counsel for Plaintiffs stated that they "do not disagree that the portions of the two documents identified [by Stonington] should remain redacted."

4. Stonington therefore submits for the Court's consideration in resolving any remaining portion of Plaintiffs' Motion to Seal (ECF No. 186) its proposed redaction of Plaintiffs' Memorandum, and requests that the redacted portion of Plaintiffs' Memorandum, and Exhibit 35 to Plaintiffs' Memorandum, be maintained under seal.

Dated: October 26, 2023

                                      Respectfully submitted,

                                      WILEY REIN LLP

                                      By:  s/ Stephen J. Obermeier
                                      Stephen J. Obermeier (D.C. Bar # 979667)
                                      sobermeier@wiley.law
                                      Rebecca Fiebig (D.C. Bar # 976854)
                                      rfiebig@wiley.law
                                      Enbar Toledano (D.C. Bar # 1030939)
                                      etoledano@wiley.law
                                      Krystal B. Swendsboe (D.C. Bar # 1552259)
                                      kswendsboe@wiley.law
                                      2050 M Street NW
                                      Washington, DC 20036
                                      Phone: (202) 719-7000
                                      Facsimile: (202) 719-7049

                                      *Counsel for Defendants Nicolas D. Muzin and Stonington Strategies LLC*