UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROIDY CAPITAL MANAGEMENT, LLC, *et al.*,

    *Plaintiffs*,

  v.

NICOLAS D. MUZIN, *et al.*,

    *Defendants*.

No. 19-cv-150 (DLF)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is

**ORDERED** that non-party ArentFox Schiff LLP's Motion for a Protective Order and Sanctions, Dkt. 226, is **DENIED**. It is further

**ORDERED** that the plaintiffs' cross-motion for sanctions, Dkt. 231 at 7, is **DENIED**.

**SO ORDERED.**

November 14, 2023

DABNEY L. FRIEDRICH
United States District Judge