UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, and ELLIOTT BROIDY,<br><br>    Plaintiffs,<br><br>    v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>    Defendants. | Civil Action No.: 19-00150 (DLF) |

## NOTICE OF WITHDRAWAL OF APPEARANCES OF COUNSEL

  Charles S. Fax and Liesel Schopler, co-counsel of record for Defendant Gregory Howard, hereby withdraw their appearances on behalf of Mr. Howard pursuant to LcR 83.6(b). Mr. Howard will continue to be represented in this case by his primary attorneys of record, Jeffrey A. Udell, Adam Cohen, and Jacob Gardener of the law firm Walden Macht & Haran LLP, 250 Vesey Street, 27th Floor, New York, New York, 10281. Mr. Udell, who had been appearing in this case *pro hac vice*, was admitted to the bar of this Court on November 6, 2023. Mr. Cohen and Mr. Gardener will continue to represent Mr. Howard *pro hac vice*.

APPROVED:

*Gregory Howard*
Gregory Howard
c/o Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, New York 10281

                 *Charles S. Fax*
                 Charles S. Fax
                 Rifkin Weiner Livingston LLC
                 4800 Hampden Lane, Suite 820
                 Bethesda, Maryland 20814
                 Office: (301) 951-0150

Cell: (410) 274-1453
Email: cfax@rwllaw.com

*Liesel Schopler*
Liesel Schopler
Rifkin Weiner Livingston LLC
225 Duke of Gloucester Street
Annapolis, Maryland 21401
Office: (410) 269-5066
Cell: (202) 489-3879
Email: lschopler@rwllaw.com

*Jeffrey A. Udell*
Jeffrey A. Udell
Adam P. Cohen (*pro hac vice*)
Jacob Gardener (*pro hac vice*)
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, NY 10281
Tel.: (212) 335-2030
judell@wmhlaw.com

*Attorneys for Defendant Gregory Howard*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Appearances was electronically served on all counsel of record this 16th day of November, 2023, via the ECF filing system.

Charles S. Fax