UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>        Plaintiffs,<br><br>    v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>        Defendants. | Civil Action No. 1:19-cv-00150-DLF |

## ENTRY OF APPEARANCE

Pursuant to the Court's December 19, 2023 order granting admission *pro hac vice*, Mark P. Gimbel hereby enters his appearance in the above-captioned matter as counsel for the State of Qatar ("Qatar").  Entry of this appearance does not waive any rights or immunities on behalf of Qatar, including its immunity from the jurisdiction of the courts of the United States pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602–1611.

Dated:  January 25, 2024                                Respectfully submitted,

                                                                           */s/ Mark P. Gimbel*_____
                                                                           Mark P. Gimbel
                                                                           COVINGTON & BURLING LLP
                                                                           620 8th Avenue
                                                                           New York, New York 10018-1405
                                                                           (212) 841-1000
                                                                           mgimbel@cov.com

                                                                           *Counsel for State of Qatar*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I caused a true and correct copy of the foregoing Entry of Appearance to be filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, as reflected on the Notice of Electronic Filing.

Dated: January 25, 2024

*/s/ Mark P. Gimbel*
Mark P. Gimbel
COVINGTON & BURLING LLP
620 8th Avenue
New York, New York 10018-1405
(212) 841-1000
mgimbel@cov.com

*Counsel for State of Qatar*