UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>NICOLAS D. MUZIN, *et al.*,<br><br>    *Defendants*,<br><br>    and<br><br>STATE OF QATAR,<br><br>    *Limited-Purpose Intervenor.* | No. 19-cv-150 (DLF) |

## NOTICE OF APPEARANCE

Please take notice that Michael Ding, Counsel at America First Legal Foundation, hereby enters his appearance as counsel of record for Non-Party Bentley Media Group in the above-captioned matter.

Dated: January 25, 2024             Respectfully,

/s/ Michael Ding
Michael Ding (D.C. Bar No. 1027252)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: michael.ding@aflegal.org

*Counsel for Bentley Media Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2024, I electronically filed the foregoing on the Court's CM/ECF System. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

    Respectfully submitted,

    /s/ *Michael Ding*
    MICHAEL DING
    AMERICA FIRST LEGAL FOUNDATION