UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT, LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NICOLAS D. MUZIN, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>STATE OF QATAR,<br><br>*Limited-Purpose Intervenor*. | No. 19-cv-150 (DLF) |

**LOCAL RULE 7(j) MOTION FOR LEAVE TO INTERVENE AND
TO UNSEAL COURT RECORDS**

Under Local Rule 7(j) and Fed. R. Civ. P. 24, Non-Party Bentley Media Group, operator of "Just The News," respectfully moves for permissive leave to intervene and to unseal certain records relating to communications by the State of Qatar with its agents and operatives who are defendants in this case.

1. Bently Media Group operates "Just The News" ("JTN"), a web-based news organization. JTN's Chief Executive Officer and Editor in Chief is John Solomon, an award-winning investigative journalist, author, and digital media entrepreneur who has reported for The Associated Press, The Washington Post, The

Washington Times, Newsweek, The Daily Beast, and The Hill. JTN's website may be found at https://bit.ly/3ScseaO.

2.  Under FED. R. CIV. P. 24 and the common-law right of access, JTN may intervene in this case for the limited purpose of seeking access to materials that have been shielded from public view either by seal or by a protective order. *League of Women Voters v. Newby*, 963 F.3d 130, 132 (2020) (quoting *EEOC v. National Children's Center, Inc.*, 146 F.3d 1042, 1046 (D.C. Cir. 1998)). JTN must "seek disclosure only of 'public records,' which, in the context of court proceedings, are called 'judicial records.'" *League of Women Voters*, 963 F.3d at 132 (quoting *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978)). "If the goal in filing a document is to influence a judge's decision making, the document is a judicial record." *Cable News Network, Inc. v. Federal Bureau of Investigation*, 984 F.3d 114, 118 (D.C. Cir. 2021).

3.  The Court issued a Memorandum Opinion on October 13, 2023, regarding certain sealed and logged documents. Dkt. 228.

4.  JTN and the American people have an overwhelming interest in inspecting, disseminating, and engaging in political speech and debate regarding these documents because they formed the basis of this Court's Memorandum Opinion and are central to the ongoing story about Qatari efforts to influence U.S. elected officials, politics, and legislative affairs.

5. JTN has a First Amendment and common law right to the logged documents, and no party has a sufficient interest to continue to conceal them from public view.

6. In compliance with Local Rule 7(m), JTN's counsel conferred in good faith with counsel for Plaintiffs, Defendants, and Intervenor Qatar before filing this motion. The plaintiffs' counsel consented to this filing. The defendants' counsel took no position. Qatar's counsel objected.

WHEREFORE, JTN asks that the Court grant it leave to intervene and unseal the logged documents.

Dated: January 25, 2024                         Respectfully,

*/s/ Michael Ding*
Reed D. Rubinstein (D.C. Bar No. 400153)
Daniel Z. Epstein (D.C. Bar No. 1009132)
Michael Ding (D.C. Bar No. 1027252)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: reed.rubinstein@aflegal.org
E-mail: daniel.epstein@aflegal.org
E-mail: michael.ding@aflegal.org

Charles J. Glasser, Jr., Esq.
(N.Y. Bar No. 2969384)*
Of Counsel for Bentley Media Group
53 Valley Way,
West Orange NJ 07052
973-666-6270
charlesglasseresq@gmail.com

*Counsel for Bentley Media Group*

*Application for Pro Hac Vice forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2024, I electronically filed the foregoing on the Court's CM/ECF System. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Respectfully submitted,

/s/ *Michael Ding*
MICHAEL DING
AMERICA FIRST LEGAL FOUNDATION