# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>      Plaintiffs,<br><br>   v.<br><br>NICHOLAS D. MUZIN, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>      Defendants. | Civil Action No. 1:19-cv-00150-DLF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Broidy Capital Management, LLC and Elliott Broidy and Defendants Nicolas D. Muzin, Stonington Strategies LLC, and Gregory Howard, through their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, without interest or costs to any party.

Dated: April 8, 2024

Respectfully submitted,

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | WILEY REIN LLP |
| By: /s/ *Paul J. Burgo*<br>Daniel R. Benson (*pro hac vice*)<br>Paul J. Burgo (*pro hac vice*)<br>David Tyler Adams (*pro hac vice*)<br>1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 506-1700<br>dbenson@kasowitz.com<br>pburgo@kasowitz.com<br>dadams@kasowitz.com | By: */s/ Stephen J. Obermeier*<br>Stephen J. Obermeier (D.C. Bar # 979667)<br>sobermeier@wiley.law<br>Rebecca Fiebig (D.C. Bar # 976854)<br>rfiebig@wiley.law<br>Enbar Toledano (D.C. Bar # 1030939)<br>etoledano@wiley.law<br>Krystal B. Swendsboe (D.C. Bar # 1552259)<br>kswendsboe@wiley.law<br>2050 M Street NW |

Henry B. Brownstein
D.C. Bar No. 1026042
1401 New York Avenue, Suite 401
Washington, D.C. 20005
Tel.: (202) 760-3400
hbrownstein@kasowitz.com

*Counsel for Plaintiffs Broidy Capital Management and Elliott Broidy*

WALDEN MACHT & HARAN LLP

 */s/ Jeffrey A. Udell*
Jeffrey A. Udell (D.C. Bar # NY0578)
Adam P. Cohen (pro hac vice)
Jacob Gardener (pro hac vice)
250 Vesey Street, 27th Floor
New York, NY 10281
judell@wmhlaw.com
acohen@wmhlaw.com
jgardener@wmhlaw.com

*Counsel for Defendant Gregory Howard*

Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Stonington Strategies LLC and Nicolas D. Muzin*