UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>          Plaintiffs,<br><br>     v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>          Defendants. | Civil Action No. 1:19-cv-00150-DLF |

**STATE OF QATAR'S NOTICE IN RESPONSE TO THE COURT'S
APRIL 15, 2024, MINUTE ORDER**

Limited Intervenor the State of Qatar ("Qatar") provides this Notice in response to the Court's April 15, 2024 Minute Order ("Minute Order"). In filing this Notice, Qatar expressly preserves and does not waive any rights or immunities, including its immunity from the jurisdiction of the courts of the United States under the Foreign Sovereign Immunities Act. 28 U.S.C. §§ 1602-1611; *see also Broidy Cap. Mgmt. LLC v. Muzin*, 61 F.4th 984, 987, 999 (D.C. Cir. 2023).

1.      On October 13, 2023, the Court issued an Omnibus Order denying in part Plaintiffs' and Qatar's Motions for Leave to File Documents Under Seal (ECF Nos. 184, 186, 193, and 196) (the "Motions for Leave"). *See* ECF No. 230. The Court's Omnibus Order, however, recognized that certain materials subject to the Motions for Leave could "raise[] individual privacy concerns," and gave the parties an opportunity to "propose any appropriate redactions" by October 26, 2023. *Id*. at 4.

2.  Upon receipt of the Court's Omnibus Order, Qatar evaluated the materials subject to the Motions for Leave[1] and determined not to seek redaction of any of those materials. Accordingly, Qatar did not file proposed redactions on October 26, 2023.

3.  The Court's April 15, 2024 Minute Order directs the parties to "file redacted copies of their brief and supporting materials" related to the Motions for Leave by no later than May 10, 2024. Accordingly, Qatar submits this Notice to inform the Court that it is not seeking redaction of any materials subject to the Motions for Leave.[2]

4.  Qatar has conferred with counsel for Plaintiffs and Defendants, which advise that they take no position on Qatar's foregoing Notice.

Dated: May 7, 2024

Respectfully submitted,

/s/ Alexander A. Berengaut
Alexander A. Berengaut (D.C. Bar No. 989222)
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com
dzionts@cov.com

Mark P. Gimbel (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
mgimbel@cov.com

*Counsel for State of Qatar*

---

[1] ECF Nos. 184-1, 185, 186-1 through 186-35, 193-1, 196-1, 196-2.

[2] On October 26, 2023, Defendant Stonington Strategies filed a Notice (ECF No. 234) proposing redactions to two documents. Qatar has no objection to those proposed redactions.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, a true and correct copy of the foregoing State of Qatar's Notice in Response to the Court's April 15, 2024, Minute Order was filed through the Court's e-file and serve system, which will serve notice electronically on all counsel of record, and emailed to all counsel of record, as more fully reflected on the Notice of Electronic Filing.

Dated: May 7, 2024

*/s/ Alexander A. Berengaut*
Alexander A. Berengaut (D.C. Bar No. 989222)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com

*Counsel for State of Qatar*